# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | | |
|---|---|---|
| Rebecca Pifer | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. |
| Lincoln Life Assurance Company of Boston | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Rebecca Pifer                                                               .

Date:      03/09/2021                                    /s/ Andrew Whiteman
                                                                    *Attorney's signature*

                                                    Andrew Whiteman, N.C. State Bar number 9523
                                                              *Printed name and bar number*

                                                              Whiteman Law Firm
                                                    5400 Glenwood Avenue, Suite 225
                                                              Raleigh, NC 27612

                                                                    *Address*

                                                    aow@whiteman-law.com
                                                              *E-mail address*

                                                              (919) 571-8300
                                                              *Telephone number*

                                                              (919) 571-1004
                                                                    *FAX number*