IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No. 1:22-cv-00186-WO-JLW

| | | |
|---|---|---|
| REBECCA PIFER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **CONSENT MOTION FOR** |
| LINCOLN LIFE ASSURANCE | ) | **EXTENSION OF TIME TO FILE** |
| COMPANY OF BOSTON, | ) | **ANSWER OR OTHER** |
| | ) | **RESPONSIVE PLEADING** |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

Defendant Lincoln Life Assurance Company of Boston ("Defendant"), by and through counsel, and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Civil Rule 6.1, hereby moves the Court for a 21-day extension of time, up to and including Sunday, April 25, 2022, for Defendant to answer or otherwise respond to Plaintiff's Complaint. In support of this Motion, Defendant respectfully states the following:

1. Plaintiff filed this action in the United States District Court for the Middle District of North Carolina on March 9, 2022. [D.E. 1].

2. On March 14, 2022, the North Carolina Department of Insurance received and accepted service of the Summons and Complaint in this action on behalf of Defendant. Accordingly, pursuant to Rule 12(a)(1)(A)(i) of the Federal Rules of Civil Procedure,

Defendant's deadline to answer or otherwise respond to Plaintiff's Complaint is presently April 4, 2022.

3.     Defendant's counsel needs additional time to review the allegations contained in Plaintiff's Complaint and to develop a proper response thereto.

4.     This Motion is made for good cause and not for the purpose of undue delay and is being submitted before the expiration of the current deadline for Defendant to answer or otherwise respond to Plaintiff's Complaint.

5.     Defendant has not previously filed a motion to extend time to answer or otherwise respond to Plaintiff's Complaint.

6.     Defendant's counsel has conferred with Plaintiff's counsel regarding the requested extension.  Plaintiff's counsel has given his consent to the extension.

7.     A proposed order is attached hereto.

WHEREFORE, Defendant Lincoln Life Assurance Company of Boston, without waiving any defenses, respectfully requests an extension of time, up to and including Monday, April 25, 2022, to respond to Plaintiff's Complaint.

Respectfully submitted this the 30th day of March, 2022.

> OGLETREE, DEAKINS, NASH,
>  SMOAK & STEWART, P.C.
>
> /s/  Vanessa N. Garrido
> Vanessa N. Garrido (N.C.  Bar No. 53470)
> 8529 Six Forks Road
> Forum IV, Suite 600
> Raleigh, North Carolina 27615
> Telephone: 919-789-3194
> Facsimile: 919-783-9412
> Email: vanessa.garrido@ogletree.com

2

*Attorneys for Defendants*

3

# <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on this date a copy of the foregoing **CONSENT MOTION FOR EXTENSION OF TIME TO FILE ANSWER OR OTHER RESPONSIVE PLEADING** was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Andrew Whiteman
Whiteman Law Firm
5400 Glenwood Avenue, Suite 225
Raleigh, NC 27612
aow@whiteman-law.com

This the 30th day of March, 2022.

OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.

/s/  Vanessa N. Garrido
Vanessa N. Garrido (N.C.  Bar No. 53470)
8529 Six Forks Road
Forum IV, Suite 600
Raleigh, North Carolina 27615
Telephone: 919-789-3194
Facsimile: 919-783-9412
Email: vanessa.garrido@ogletree.com

*Attorneys for Defendant*

4

50938319.v1-OGLETREE