IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No. 1:22-cv-00186-WO-JLW

| | |
|---|---|
| REBECCA PIFER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| LINCOLN LIFE ASSURANCE | ) |
| COMPANY OF BOSTON, | ) **ORDER** |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |
| | ) |

UPON CONSIDERATION of Defendant's Consent Motion for Extension of Time to File Answer or Other Responsive Pleading pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Civil Rule 6.1, and for good cause shown, it is hereby ORDERED that Defendant's Motion is GRANTED.

Defendants are allowed a 21-day extension of time, up to and including April 25, 2022, to answer or otherwise respond to Plaintiff's Complaint.

This the _____ day of _____, 2022.

Signed:

_____

50938376.v1-OGLETREE