IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No. 1:22-cv-00186-WO-JLW

| | | |
|---|---|---|
| REBECCA PIFER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LINCOLN LIFE ASSURANCE | ) | **NOTICE OF SPECIAL** |
| COMPANY OF BOSTON, | ) | **APPEARANCE** |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

PLEASE TAKE NOTICE that W. Kyle Dillard of the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., pursuant to Local Civil Rule 83.1(d), enters his appearance on behalf of Defendant Lincoln Life Assurance Company of Boston. Mr. Dillard is a member in good standing of the South Carolina State Bar. Mr. Dillard will be appearing in association with Vanessa N. Garrido, a member in good standing of the North Carolina State Bar and the Bar of this Court.

Respectfully submitted this the 25th day of April, 2022.

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

/s/ W. Kyle Dillard
W. Kyle Dillard (S.C. State Bar # 69408) *by Special Appearance*
300 North Main Street, Suite 500
Greenville, SC 29601
Telephone: 864-240-8317

Facsimile: 864-235-8806
kyle.dillard@ogletree.com

-and-

/s/  Vanessa N. Garrido
Vanessa N. Garrido (N.C.  Bar No. 53470)
8529 Six Forks Road
Forum IV, Suite 600
Raleigh, North Carolina 27615
Telephone: 919-789-3194
Facsimile: 919-783-9412
Email: vanessa.garrido@ogletree.com

*Attorneys for Defendant*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date a copy of the foregoing **Notice of Special Appearance** was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Andrew Whiteman
Whiteman Law Firm
5400 Glenwood Avenue, Suite 225
Raleigh, NC 27612
aow@whiteman-law.com

This the 25th day of April, 2022.

OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.

/s/  W. Kyle Dillard
W. Kyle Dillard (S.C. State Bar # 69408) *by Special Appearance*
300 North Main Street, Suite 500
Greenville, SC 29601
Telephone: 864-240-8317
Facsimile: 864-235-8806
Email: kyle.dillard@ogletree.com

*Attorney for Defendant*

3

51246692.v1-OGLETREE