# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

REBECCA PIFER,

        Plaintiff,

    v.                                  1:22CV186

LINCOLN LIFE ASSURANCE COMPANY
OF BOSTON,

        Defendant.

## ORDER APPROVING JOINT RULE 26(f) REPORT

The Court has reviewed the Joint Rule 26(f) Report (Docket Entry 13) submitted by the parties and approves it without modification, which, *inter alia*, adopts the default procedures of Local Rule 5.4(c) regarding filing documents under seal.

_____
Joe L. Webster
United States Magistrate Judge

Date: June 7, 2022