United States District Court
Middle District of North Carolina
Case No. 1:22-cv-00186

| | |
|---|---|
| Rebecca Pifer, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Lincoln Life Assurance Company of Boston, | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |

<u>Notice of Intention to File Dispositive Motion</u>

Pursuant to LR 56.1 of the Rules of Practice and Procedure, plaintiff Rebecca

Pifer gives notice that she intends to file a motion for summary judgement on or before

October 31, 2022.

<u>October 2, 2022</u>
Date

<u>/s/ Andrew Whiteman</u>
Andrew Whiteman
N.C. State Bar number 9523
Whiteman Law Firm
5400 Glenwood Ave., Suite 225
Raleigh, North Carolina 27612
919-571-8300 (Telephone)
919-571-1004 (Facsimile)
aow@whiteman-law.com

*Attorney for plaintiff*

<u>Certificate of Service</u>

The undersigned hereby certifies that a copy of the foregoing was filed electronically with the United States District Court for the Middle District of North Carolina, with notice of case activity to be generated and sent electronically to the following attorney of record registered to receive such service:

W. Kyle Dillard
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
300 North Main Street, Suite 500
Greenville, SC 29601
kyle.dillard@ogletree.com

Vanessa N. Garrido
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
8529 Six Forks Road
Forum IV, Suite 600
Raleigh, NC 27615
vanessa.garrido@ogletree.com

*Attorneys for Defendant*

October 2, 2022
Date

/s/ Andrew Whiteman
Andrew Whiteman
N.C. State Bar number 9523
Whiteman Law Firm
Attorney for Plaintiff
5400 Glenwood Avenue, Suite 225
Raleigh, North Carolina 27612
(919) 571-8300 (Telephone)
(919) 571-1004 (Facsimile)
aow@whiteman-law.com

2