<table>
<tr><td colspan="2"><strong>UNITED STATES DISTRICT COURT</strong><br><strong>MIDDLE DISTRICT OF NORTH CAROLINA</strong></td><td>Case No. 1:22-CV-00186</td></tr>
</table>

| UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF NORTH CAROLINA | Case No. 1:22-CV-00186 |
|---|---|
| Name of Plaintiff(s):<br><br>REBECCA PIFER<br><br>**VERSUS**<br><br>Name of Defendant(s):<br>LINCOLN LIFE ASSURANCE CO. OF BOSTON | **REPORT**<br><br>**OF**<br><br>**MEDIATOR**<br><br>*(For Placement on the CM/ECF Docket)* |
| Mediator Name: CALVIN B. BENNETT III | |
| Telephone No: 919.844.3989 | ☐ This is an **Interim Report**. A final report is to be filed after resumption of the mediation |
| E-Mail Address: CAL@BENNETT-LAW.COM | |

RECEIVED
In This Office
OCT 0 3 2022
CLERK U.S. DISTRICT COURT
GREENSBORO, N.C.
155 CB

1. **Convening of Mediation.** The mediated settlement conference ordered in this case:

☒ was held on 9/28/22 _____ (date)

☐ was NOT held because _____

2. **Attendance**

☒ No objection was made on the grounds that any required attendee was absent.

☐ Objection was made by _____

3. **Outcome**

☐ Complete settlement of the case

☐ Conditional settlement or other disposition

☐ Partial settlement of the case

☐ Recess (*i.e.*, mediation to be resumed at a later date)

☒ Impasse

☐ Additional Information: _____

4. **Settlement Filings.**

(a) The document(s) to be filed to effect the settlement are _____

N/A _____

(b) The person responsible for filing the document(s) is __N/A_____

(c) The agreed deadline for filing the document(s) is __N/A_____

**Submission of Report.** Please submit the completed and signed report by mail to Clerk of Court, 324 W. Market St., Greensboro, NC 27401, or, if a Consent to Transfer Documents Electronically Form has been submitted, submit the signed report to medclerk@ncmd.uscourts.gov.

**I have submitted this completed report with ten (10) days after conclusion of the conference.**

_____     9/30/22 _____
Mediator Signature            Date