| | |
|---|---|
| Rebecca Pifer, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Lincoln Life Assurance Company of | ) |
| Boston, | ) |
| | ) |
| Defendant. | ) |
| | ) |

<u>Plaintiff's Motion for Summary Judgment</u>

Pursuant to Fed. R. Civ. P. 56 and LR 56.1, plaintiff Rebecca Pifer moves the

Court for entry of summary judgment against defendant Lincoln Life Assurance

Company of Boston ("Lincoln"). The ground for this motion is that the the evidence

before the Court shows that there is no genuine dispute as to any material fact and Ms.

Pifer is entitled to judgement as a matter of law. Ms. Pifer is filing a supporting brief with

this motion.

The relief Ms. Pifer requests is the following: (1) a judgment that Lincoln is

obligated under the terms of the its insurance policy to pay Ms. Pifer long-term disability

benefits for the period from May 18, 2021 to the date of judgment, with prejudgment

interest; (2) a judgment that Lincoln is obligated to pay Ms. Pifer monthly disability

income benefits after the date of judgment for as long as she remains eligible for such

benefits under the terms of the policy; and (3) and an award of attorney's fees and costs

against Lincoln pursuant to 29 U.S.C. § 1132(g)(1). Ms. Pifer will present arguments in

favor of her claims for attorney's fees and costs and prejudgment interest if the Court

grants summary judgment in her favor on her claim for benefits.

October 24, 2022                                          /s/ Andrew Whiteman
Date                                                      Andrew Whiteman
N.C. State Bar Number 9523
Whiteman Law Firm
5400 Glenwood Ave., Suite 225
Raleigh, North Carolina 27612
Tel: (919) 571-8300
Fax: (919) 571-1004
aow@whiteman-law.com

*Attorney for plaintiff*

Case 1:22-cv-00186-WO-JLW    Document 20    Filed 10/24/22    Page 2 of 3

<u>Certificate of Service</u>

The undersigned hereby certifies that a copy of the foregoing was filed

electronically with the United States District Court for the Middle District of North

Carolina, with notice of case activity to be generated and sent electronically to the

following attorneys of record registered to receive such service:

W. Kyle Dillard
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
300 North Main Street, Suite 500
Greenville, SC 29601
kyle.dillard@ogletree.com

Vanessa N. Garrido
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
8529 Six Forks Road
Forum IV, Suite 600
Raleigh, NC 27615
vanessa.garrido@ogletree.com

*Attorneys for Defendant*


October 24, 2022                          /s/ Andrew Whiteman
Date                                               Andrew Whiteman
                                                      N.C. State Bar number 9523
                                                      Whiteman Law Firm
                                                      5400 Glenwood Avenue, Suite 225
                                                      Raleigh, North Carolina 27612
                                                      (919) 571-8300 (Telephone)
                                                      (919) 571-1004 (Facsimile)
                                                      aow@whiteman-law.com

3