## Claim Coversheet Report

| Find | Clear | Print | Save | New | Help |
|------|-------|-------|------|-----|------|

Admin Notes  Claim  Class  Correspond  Doc List  Medical  SPELL Letters

Claim Number 4087659   Claim Last Updated 02/17/2022   Printed On 3/21/2022

### Claimant Information

| | | | | | |
|---|---|---|---|---|---|
| Name | REBECCA L PIFER | SSN | XXX-XX-8502 | Birth Date | ▮ 1960 |
| Address | 3811 ZENITH PLACE | Salary Amount $ | 4930.17 | Mode | M |
| | | Date of Hire | 02/04/1987 | | |
| | | Last Work Date | 01/28/2011 | | |
| | DURHAM, NC 27705-0000 | Federal Tax | None | State Tax | No |
| Phone | | Phys Demands | Sedentary | | |

JobDesc DENTAL ANALYST

| Claim Status | Closed | Status Reason | Not TD Any Occ | Received Date | 07/06/2011 |
|---|---|---|---|---|---|
| Disability Date | 01/31/2011 | Close Date | 05/20/2021 | Reopen Date | 05/18/2021 |
| Sick Days Left | | Max Ben Date | 07/01/2027 | RTW FT / PT | |
| Ben Begin Date | 07/30/2011 | Apprv Thru Date | 05/19/2021 | Gross Ben $ | |

Diagnosis 1 Code/Desc 715.9   Osteoarthrosis, unspecified whether generalized or localized

Diagnosis 2 Code/Desc 756.83   Ehlers-danlos syndrome

### Policyholder Information

| Customer ID | 05 | - | 286395 | BLUE CROSS & BLUE SHIELD OF NC |
|---|---|---|---|---|
| Subsidiary | 0000 | | | |
| Location | 00000000 | | | BLUE CROSS & BLUE SHIELD OF NC |

| Symb | GF | Numeral | 01 | Product | LTD | Funding | CON | Bank | Y | Calcs | Y | Cntr Eff | 01/01/2006 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Class 04   ALL OTHER ACTIVE FULL TIME EMPLOYEES AND PERMANENT PART TIME EMPLO'

| Waiting Period: New/Mode-Current/Mode | 30 | Day | 30 | Day | Days in WRKWK | |
|---|---|---|---|---|---|---|

| Elimination Period: Days/Type | 180 | Sickness | COLA: Mode/Duration | | |
|---|---|---|---|---|---|

| Successive Period: Period/Mode | 6 | Month | SS Integration:Type/Value | FSS | |
|---|---|---|---|---|---|

| Partial Disability Type/Pct | QRP | | Survivor Ben Months/Wait Period | 3 | 180 |
|---|---|---|---|---|---|

| Non-Verifiable Symptoms Limit | 24 | Own Occupation Definition Limit | 24 | M/N Limit | 24 |
|---|---|---|---|---|---|

| Benefit % | | Max Benefit $ | | Min Benefit $ | | Employer Contr % | | Subro Ind | N |
|---|---|---|---|---|---|---|---|---|---|

### Selected Benefits

| Symbol | Numeral | Product Type | Class | Eligibility Date | |
|---|---|---|---|---|---|
| GF | 01 | LTD | 04 | 03/06/1987 | |
| PD | 01 | STD | 01 | 02/04/1987 | |

### Additional Information:

LIN000001

## Claim Coversheet Report

| Find | Clear | Print | Save | New | Help |
|------|-------|-------|------|-----|------|

Admin Notes  Claim  Class  Correspond  Doc List  Medical  SPELL Letters

Claim Number 2979723   Claim Last Updated 08/05/2011   Printed On 3/21/2022

### Claimant Information

| | | | | | |
|---|---|---|---|---|---|
| Name | REBECCA L PIFER | SSN | XXX-XX-8502 | Birth Date | ▮ 1960 |
| Address | 3811 ZENITH PLACE | Salary Amount $ | 0.01 | Mode | W |
| | | Date of Hire | 02/04/1987 | | |
| | | Last Work Date | 01/28/2011 | | |
| | DURHAM, NC 27705-0000 | Federal Tax | None | State Tax | No |
| Phone | | Phys Demands | Sedentary | | |

JobDesc DENTAL ANALYST

| | | | | | |
|---|---|---|---|---|---|
| Claim Status | Closed | Status Reason | Max Dur/To LTD | Received Date | 02/14/2011 |
| Disability Date | 01/31/2011 | Close Date | 07/30/2011 | Reopen Date | 07/30/2011 |
| Sick Days Left | | Max Ben Date | 07/29/2011 | RTW FT / PT | |
| Ben Begin Date | 02/14/2011 | Apprv Thru Date | 07/29/2011 | Gross Ben $ | |

Diagnosis 1 Code/Desc 727.61   Rotator cuff rupture

Diagnosis 2 Code/Desc 726.12   Bicipital tenosynovitis

### Policyholder Information

| | | | |
|---|---|---|---|
| Customer ID | 05 - 286395 | BLUE CROSS & BLUE SHIELD OF NC | |
| Subsidiary | 0000 | | |
| Location | 00000000 | BLUE CROSS & BLUE SHIELD OF NC | |

Symb PD   Numeral 01   Product STD   Funding ASO   Bank N   Calcs N   Cntr Eff 01/01/2006

Class 01   ALL ACTIVE FULL TIME EMPLOYEES AND PERMANENT PART TIME EMPLOYEES.

Waiting Period: New/Mode-Current/Mode  0  Day  0  Day   Days in WRKWK 5

Elimination Period: Days/Type  14  Sickness   COLA: Mode/Duration

Successive Period: Period/Mode  14  Day   SS Integration:Type/Value

Partial Disability Type/Pct   Survivor Ben Months/Wait Period

Non-Verifiable Symptoms Limit   Own Occupation Definition Limit   M/N Limit

Benefit %   Max Benefit $   Min Benefit $   Employer Contr %   Subro Ind N

### Selected Benefits

| Symbol | Numeral | Product Type | Class | Eligibility Date | |
|--------|---------|--------------|-------|------------------|---|
| GF | 01 | LTD | 04 | 03/06/1987 | |
| PD | 01 | STD | 01 | 02/04/1987 | |

### Additional Information:

**LIN000002**

**Note Report**

| Report | Clear | Print | Help | |
|---|---|---|---|---|

AS Accom | AS Event | Add Note | Appeal | Claim | Coord Claim Note | Correspond | Doc List | Employee | Leave | Life Claim | Lve Addtl Info
Lve Correspondence | Lve Program | Lve Work Sched | Medical | Medical History | Note | SPELL Letters | Scheduled Pmt | Task Print | Task Rpt
Tasks

---

**Claim**

\* **Claim/Event/Leave Number** 4087659      **Accommodation Number** [          ]

**Note type:** [          ]

**Primary Sort Order**
- Note Type
- Note Number
- ● Note Date/Time
- Accm. No.

**Sec**
●

---

**03/21/2022 2:24 PM - CLAIM Note 223**
Claim/Event/Leave: 4087659
NoteSubject : Legal
Other Subject : LAWSUIT FILED
Text: [03/21/2022 - MAINELLI, DEBRA]CLAIMANT HAS FILED A LAWSUIT. PLEASE DIRECT ANY FURTHER INQUIRY ON THIS CLAIM TO THE LITIGATION MANAGER.

**02/17/2022 12:08 PM - CLAIM Note 222**
Claim/Event/Leave: 4087659
NoteSubject : Appeal
Other Subject : OUT
Text: [02/17/2022 - KING, JERRONDA]MAINTAIN DENIAL. THE INFORMATION RECEIVED ON APPEAL WOULD NOT ALTER THE PRIOR CLAIM DETERMINATION. NOTIFIED ATTY

**02/10/2022 6:46 AM - CLAIM Note 221**
Claim/Event/Leave: 4087659
NoteSubject : Other
Other Subject : RTR RESPONSE
Text: [02/10/2022 - KING, JERRONDA]RTR RESPONSE REC'D FROM ATTY DATED 12/28/2021; HOWEVER, THE LETTER NOTED THEY WERE RESPONDING TO THE LETTER REC'D DATED 2/1/2022. IT WAS NOTED THAT EE HAS NO NEW EVIDENCE TO SUBMIT TO THE REPORTS BY DR. VINCENT AND MS. HALL. IT WAS NOTED THAT EE STRONGLY DISPUTES THEIR CONCLUSIONS ESPECIALLY DR. VINCENT. THE ATTY REFERRED ARC TO THE NOVEMBER 11, 2021 APPEAL AND REQUEST THAT BENEFITS ARE REINSTATED.

**02/01/2022 11:57 AM - CLAIM Note 220**
Claim/Event/Leave: 4087659
NoteSubject : LTR to Atty
Other Subject : RIGHT TO REVIEW
Text: [02/01/2022 - KING, JERRONDA]RTR LETTER SENT TO ATTY WITH PM&R REPORT AND TSA ATTACHED. DEADLINE DATE OF 2/22 PROVIDED TO RESPOND.

**02/01/2022 9:59 AM - CLAIM Note 219**
Claim/Event/Leave: 4087659
NoteSubject : Voc Rehab
Other Subject : APPEAL TSA
Text: [02/01/2022 - HALL, NICOLE]RCVD REFERRAL FOR APPEAL TSA AS UPDATED MEDICAL INFORMATION HAS BEEN OBTAINED. COMPLETED TSA AND PLACED REPORT IN S1 WITH NOTIFICATION TO ARC. ALTERNATE OCCUPATIONS WERE IDENTIFIED.

**01/31/2022 8:51 PM - CLAIM Note 218**
Claim/Event/Leave: 4087659
NoteSubject : Voc Rehab
Other Subject : CLAIM/EVENT TO VCM
Text: 1/31/2022-REFERRAL RECEIVED BY VCM AND ASSIGNED TO HALL, NICOLE ANN. CLAIM/AS EVENT IS PENDING REVIEW.

**01/26/2022 8:50 PM - CLAIM Note 217**
Claim/Event/Leave: 4087659
NoteSubject : Ref to Voc Rehab
Other Subject : SCORE REFERRAL
Text: 1/26/2022 - REFERRED TO THE VOC UNIT FOR TRANSFERABLE SKILLS ANALYSIS.

**01/26/2022 1:23 PM - CLAIM Note 216**
Claim/Event/Leave: 4087659

**LIN000003**

NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [01/26/2022 - DOW, KAITLYN]INVOICE RECEIVED ON 1/26/2022 AND DATED 1/24/2022 FROM EXAM COORDINATORS NETWORK, LLC. INV #BOCA 128268 , IN THE AMOUNT OF $1425.00 FOR PEER REVIEW PERFORMED BY HUNTER VINCENT WITH A SPECIALTY IN PM&R . DATE OF SERVICE 1/11/22. INVOICE PAID IN FULL

**01/26/2022 7:20 AM - CLAIM Note 215**
Claim/Event/Leave: 4087659
NoteSubject : Ref to Voc Rehab
Other Subject : TSA
Text: [01/26/2022 - KING, JERRONDA]BME: 4930.17. NET: 1184.10. PLEASE REVIEW PRIOR TSA FROM MAY 2021 AND PM&R REVIEW CONDUCTED ON APPEAL. WOULD THE OCC'S FORMERLY IDENTIFIED STILL BE VIABLE?

**01/11/2022 6:47 AM - CLAIM Note 214**
Claim/Event/Leave: 4087659
NoteSubject : Other
Other Subject : MEDS REC'D
Text: [01/11/2022 - KING, JERRONDA]FROM: ECN-NO-REPLY@ECNIME.COM <ECN-NO-REPLY@ECNIME.COM> SENT: MONDAY, JANUARY 10, 2022 5:48 PM TO: KING, JERRONDA <JERRONDA.KING@LFG.COM> SUBJECT: CLAIM #4087659 ***THIS EMAIL IS FROM AN EXTERNAL SOURCE. ONLY OPENLINKS AND ATTACHMENTS FROM A TRUSTED SENDER.*** HELLO, WE HAVE RECEIVED THE MEDICAL RECORDS FOR THE ABOVE-REFERENCED PR. THANK YOU FOR THE REFERRAL. HAVE A GREAT DAY! ECN, A DIVISION OF GENEX 6111 BROKEN SOUND PARKWAY NW SUITE 207BOCA RATON, FL 33487 1-877-463-9463

**01/11/2022 6:46 AM - CLAIM Note 213**
Claim/Event/Leave: 4087659
NoteSubject : Other
Other Subject : MEDS SENT
Text: [01/11/2022 - KING, JERRONDA]FROM: COUTURE, JILLIAN <JILLIAN.COUTURE@LFG.COM> SENT: MONDAY, JANUARY 10, 2022 4:35 PM TO: KING, JERRONDA <JERRONDA.KING@LFG.COM> SUBJECT: REBECCA PIFER 4087659: PHYSICAL MEDICINE & REHABILITATION (PM&R) HELLO,YOUR REFERRAL HAS BEEN SENT TO AN EXTERNAL VENDOR AS NO ICP IS AVAILABLE TO HANDLE IT. PLEASE NOTE THAT YOU DO NOT NEED TO SEND MEDICAL RECORDS TO THE VENDOR THIS REFERRAL WAS INCLUDED IN THE SEQUOIA PILOT, AND THE RECORDS WERE PROCESSEDTHROUGH THE SEQUOIA TECHNOLOGY AND WILL BE SENT TO THE VENDOR BY THE CLINICAL SUPPORT SERVICES TEAM. SENT TO VENDOR: ECN - BOCALEGACY@GENEXSERVICES.COM SHOULD ADDITIONAL MEDICAL BE RECEIVED POST REFERRAL SUBMISSION, PLEASE SEND THE NEW MEDICALONLY DIRECTLY TO THE VENDOR. THANK YOU,

**01/10/2022 8:51 PM - CLAIM Note 212**
Claim/Event/Leave: 4087659
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 1/10/2022 - REFERRED TO EXAM COORDINATORS - ECN FOR PEER REVIEW.

**01/07/2022 11:46 AM - CLAIM Note 211**
Claim/Event/Leave: 4087659
NoteSubject : LTR to Atty
Other Subject :
Text: [01/07/2022 - KING, JERRONDA]LETTER SENT TO ATTY ADVISING CLAIM HAS BEEN REFERRED FOR A MEDICAL ASSESSMENT WITH ANTICIPATED DATE OF REPORT 2/6/2022

**01/07/2022 10:31 AM - CLAIM Note 210**
Claim/Event/Leave: 4087659
NoteSubject : Other
Other Subject : LTR FROM ATTY
Text: [01/07/2022 - KING, JERRONDA]LETTER REC D FROM ATTY DATED 12/28, IN ARC ABSENCE, NOTING ATTY WAS RESPONDING TO THE 12/22 LETTER. IT WAS NOTED THAT EE IS WILLING TO UNDERGO AN IME WITH AN UNBIASED HEALTH CARE PROVIDER WHO IS KNOWLEDGEABLE ABOUT HER CONDITIONS. SHE WOULD NOT UNDERGO THE IME BY DR. ANTONY, SHE WILL CONSIDER ANOTHER PROVIDER WHO DOES NOT HAVE CLOSE TIES TO THE INSURANCE INDUSTRY AND KNOWLEDGEABLE IN THE EVALUATION AND TX OF PATIENTS WHO SUFFER FROM HER CONDITIONS. SHE DOES NOT KNOW OF ANYONE WHO CAN PERFORM AN IME FOR LINCOLN AND ASKED THAT LINCOLN PROCEED WITH THE APPEAL.

**12/22/2021 12:56 PM - CLAIM Note 209**
Claim/Event/Leave: 4087659
NoteSubject : Other
Other Subject : IME CANCELLED
Text: [12/22/2021 - KING, JERRONDA]FROM: HUNEIDI, JENEEN <JENEEN.HUNEIDI@GENEXSERVICES.COM> SENT: WEDNESDAY, DECEMBER 22, 2021 12:29 PM TO: KING, JERRONDA <JERRONDA.KING@LFG.COM> SUBJECT: RE: 4087659 - 171351-2 GOOD AFTERNOON, WE WILL CANCEL THISAPPOINTMENT AND CLOSE THE REFERRAL. THANK YOU! JENEEN HUNEIDI CUSTOMER SERVICE COORDINATOR EXAM COORDINATORS NETWORK, A DIVISION OF GENEX SERVICES DIRECT: 561-227-9609 T: 877-463-9463 F: 561-392-5881

**12/22/2021 12:14 PM - CLAIM Note 208**
Claim/Event/Leave: 4087659
NoteSubject : Other

LIN000004

Other Subject : IME CANCELLED
Text: [12/22/2021 - KING, JERRONDA]FROM: DURAN, STEPHANIE <STEPHANIE.DURAN@GENEXSERVICES.COM> SENT: WEDNESDAY, DECEMBER 22, 2021 12:05 PM TO: KING, JERRONDA <JERRONDA.KING@LFG.COM> SUBJECT: RE: 4087659 - 171351-2 YES, NO PROBLEM. WE WILL CANCEL THISAPPOINTMENT. STEPHANIE DURAN NOTIFICATIONS DEPARTMENT EXAM COORDINATORS NETWORK, A DIVISION OF GENEX SERVICES TF: 877-463-9463 D: 561-288-1778

**12/22/2021 12:01 PM - CLAIM Note 207**
Claim/Event/Leave: 4087659
NoteSubject : Other
Other Subject : CANCEL IME
Text: [12/22/2021 - KING, JERRONDA]FROM: KING, JERRONDA SENT: WEDNESDAY, DECEMBER 22, 2021 12:01 PM TO: 'DURAN, STEPHANIE' <STEPHANIE.DURAN@GENEXSERVICES.COM> SUBJECT: RE: 4087659 - 171351-2 HELLO STEPHANIE, I JUST RECEIVED A LETTER FROM THE ATTYTODAY ADDRESSED TO BOTH YOU AND I. THE ATTY IS ASKING TO CANCEL THE IME SCHEDULED FOR 1/4/2022. PLEASE CANCEL THIS IME. THANKS

**12/22/2021 11:57 AM - PHONE Note 98**
Claim/Event/Leave: 4087659
NoteSubject : Called Other
Other Subject : ATTY WHITEMAN
Text: [12/22/2021 - KING, JERRONDA]T/C TO ATTY AT 919-571-8300 AND ADVISED ARC REC D HIS LETTER TODAY ASKING TO CANCEL THE IME FOR MS. PIFER. ADVISED ARC WILL CANCEL. ASKED ATTY HOW HE WANTED ARC TO PROCEED, WOULD HIS OFFICE BE SCHEDULING HER FOR AN IMEWITH SOMEONE SHE PREFERS. ADVISED HIS LETTER NOTED THE IME WOULD NEED TO BE WITH SOMEONE NOT WORKING FOR AN INSURANCE COMPANY. ADVISED ARC IS NOT SURE HOW TO GET AROUND THAT AS THE VENDORS THAT WE USE WOULD BE ASSOCIATED WITH LFG AND NOT TOTALLY INDEPENDENT. ATTY UNDERSTOOD. HE NOTED HE WOULD REACH OUT TO MS. PIFER BUT IT WILL NOT BE UNTIL NEXT WEEK BEFORE HE CAN F/U WITH OUR OFFICE. ADVISED THAT ARC WILL BE OUT OF THE OFFICE THRU 12/31 AND RETURNING ON 1/3. ADVISED HE CAN EITHER LEAVE ME A MESSAGE OR GIVE ME A CALL UPON MY RETURN TO THE OFFICE TO DISCUSS NEXT STEPS. WISHED ATTY A GREAT HOLIDAY

**12/22/2021 11:57 AM - CLAIM Note 206**
Claim/Event/Leave: 4087659
NoteSubject : Other
Other Subject : LETTER FROM ATT
Text: [12/22/2021 - KING, JERRONDA]LETTER REC'D FROM ATT ASKING TO CANCEL THE 1/4 IME

**12/21/2021 9:08 AM - CLAIM Note 205**
Claim/Event/Leave: 4087659
NoteSubject : Other
Other Subject : FILE COPY
Text: [12/21/2021 - ROSZELLE, MICHAEL]REQUEST HAS BEEN COMPLETED TO INCLUDE ALL DOCS & LETTERS IN DOC LIST EXCEPT CORRESPONDENCE & INVOICES VIA ONE DRIVE TO THE EMAIL ADDRESS PROVIDED AMANDA.BOYD@GENEXSERVICES.COM

**12/21/2021 7:32 AM - CLAIM Note 204**
Claim/Event/Leave: 4087659
NoteSubject : Ref to Other
Other Subject : ADMIN
Text: [12/21/2021 - KING, JERRONDA]VCP REFERRAL PLEASE PROVIDE THE FOLLOWING FOR CLAIM NUMBER(S) 4087659 O ALL DOCUMENTS & LETTERS IN DOC LIST AND CORRESPONDENCE LINK EXCLUDING OUTGOING CORRESPONDENCE AND INVOICES PLEASE DELIVER INFORMATION TO: AMANDA.BOYD@GENEXSERVICES.COM

**12/21/2021 7:18 AM - CLAIM Note 203**
Claim/Event/Leave: 4087659
NoteSubject : LTR to Atty
Other Subject :
Text: [12/21/2021 - KING, JERRONDA]LETTER SENT TO ATTY WITH APPT INFO: DATE: TUESDAY, JANUARY 4, 2022 AT 3:30 PM PHYSICIAN: DR. ALVIN ANTONY, MD CAROLINA SPORTS & SPINE 8382 SIX FORKS ROAD, SUITE 102 & 103, RALEIGH, NC 27615 DIRECTION ASSISTANCE: 252-442-4024

**12/21/2021 7:13 AM - CLAIM Note 202**
Claim/Event/Leave: 4087659
NoteSubject : Other
Other Subject : VENDOR
Text: [12/21/2021 - KING, JERRONDA]FROM: MIRODIAS, SOPHIA <SOPHIA.MIRODIAS@GENEXSERVICES.COM> SENT: MONDAY, DECEMBER 20, 2021 7:50 AM TO: KING, JERRONDA <JERRONDA.KING@LFG.COM>; CHIDER, DONNA <DONNA.CHIDER@GENEXSERVICES.COM> SUBJECT: RE: 4087659/PIFER,R. GOOD MORNING, WE WILL PROCEED WITH SENDING NOTICE. THANK YOU, SOPHIA

**12/19/2021 3:41 PM - CLAIM Note 201**
Claim/Event/Leave: 4087659
NoteSubject : Other
Other Subject : 1/4/2022 PM&R IME
Text: [12/19/2021 - KING, JERRONDA]HELLO JERRONDA THANK YOU FOR THIS REQUEST. THIS PM&R IME FOR REBECCA PIFER HAS BEEN SCHEDULED WITH OUR PROVIDER S FIRST AVAILABLE DATE AS FOLLOWS: DATE: TUESDAY, JANUARY 4TH, 2022 AT 3:30PM PHYSICIAN: DR ALVIN ANTONY, MD EXAM LOCATION: CAROLINA SPORTS & SPINE, 8382 SIX FORKS

LIN000005

4TH, 2022 AT 3:30PM PHYSICIAN: DR.ALVIN ANTONY, MD EXAM LOCATION: CAROLINA SPORTS & SPINE, 8382 SIX FORKS ROAD, SUITES 102 & 103, RALEIGH, NC, 27615 DIRECTION ASSISTANCE: 252-442-4024 EXAM FEE: $1,850.00 WITH UP TO 3 OF MEDICAL RECORDS INCLUDED (MAY INCREASE WITH ADDITIONAL RECORDS, REVIEW OF SURVEILLANCE, REVIEW OF FILMS/IMAGING OR DUE TO COMPLEXITY). CANCELLATION POLICY: CANCELLATIONS LESS THAN 3 BUSINESS DAYS OR IF THE CLAIMANT IS A NO SHOW IS $750 + ANY BILLABLE RECORD REVIEW. AT YOUR CONVENIENCE, CAN YOU PLEASELET ME KNOW IF WE CAN PROCEED? ******* ADVISED TO PROCEED

**12/15/2021 8:50 PM - CLAIM Note 200**
Claim/Event/Leave: 4087659
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 12/15/2021 - REFERRED TO EXAM COORDINATORS - ECN FOR IME.

**12/15/2021 12:48 PM - CLAIM Note 199**
Claim/Event/Leave: 4087659
NoteSubject : Other
Other Subject : ECN
Text: [12/15/2021 - KING, JERRONDA]FROM: ECN-NO-REPLY@ECNIME.COM <ECN-NO-REPLY@ECNIME.COM> SENT: WEDNESDAY, DECEMBER 15, 2021 10:51 AM TO: KING, JERRONDA <JERRONDA.KING@LFG.COM> SUBJECT: NEW REFERRAL CLAIM #4087659 PIFER, REBECCA ***THIS EMAIL IS FROM AN EXTERNAL SOURCE. ONLY OPEN LINKS AND ATTACHMENTS FROM A TRUSTED SENDER.*** HELLO, A NEW REFERRAL WAS RECEIVED FOR THE ABOVE REFERENCED CLAIMANT. OUR OFFICE IS IN THE PROCESS OF SCHEDULING THIS SERVICE. THANK YOU, ECN 6111 BROKEN SOUND PARKWAY, NW SUITE 207 BOCA RATON, FL 33487

**12/15/2021 7:05 AM - CLAIM Note 198**
Claim/Event/Leave: 4087659
NoteSubject : Action Plan
Other Subject :
Text: [12/15/2021 - KING, JERRONDA]DISCUSSED CLAIM WITH DR. KASUGANTI, PM&R IME IS NEEDED. LETTER SENT TO ATTY ADVISING ARC IS IN THE PROCESS OF SETTING UP IME AND WE WILL NOTIFY THE OFFICE AS SOON AS WE HAVE THE APPOINTMENT SET UP.

**12/13/2021 2:28 PM - CLAIM Note 197**
Claim/Event/Leave: 4087659
NoteSubject : Other
Other Subject : CONSULT: DR. KASUGAN
Text: [12/13/2021 - KING, JERRONDA]FROM: CLINICAL REFERRAL AND TRIAGE <SHELLEY.PLAISTED@LFG.COM> SENT: MONDAY, DECEMBER 13, 2021 2:26 PM TO: KING, JERRONDA <JERRONDA.KING@LFG.COM> SUBJECT: CLAIM REFERRAL - ASSIGNMENT NOTIFICATION YOUR REFERRAL REQUEST WITH REQUESTED SPECIALTY OF PHYSICAL MEDICINE & REHABILITATION (PM&R) FOR CLAIM NUMBER 4087659 HAS BEEN ASSIGNED TO DR. SHILPA KASUGANTI. THE ANTICIPATED DUE DATE FOR THIS REQUEST IS 12/13/2021.

**12/13/2021 8:22 AM - CLAIM Note 196**
Claim/Event/Leave: 4087659
NoteSubject : Other
Other Subject : PM&R
Text: [12/13/2021 - KING, JERRONDA]REACHING OUT TO PM&R TO DISCUSS CLAIM PRIOR TO SENDING TO PM&R IME

**12/09/2021 8:12 AM - CLAIM Note 195**
Claim/Event/Leave: 4087659
NoteSubject : Appeal
Other Subject : MANAGER REVIEW
Text: [12/09/2021 - ARVENITIS, KERRY]I AGREE WITH IME

**12/08/2021 4:04 PM - CLAIM Note 194**
Claim/Event/Leave: 4087659
NoteSubject : Action Plan
Other Subject :
Text: [12/08/2021 - KING, JERRONDA]DOD: 1/31/2011, BBD 7/30/2011, CLAIM WAS PAID THRU 5/19/2021 AND DENIED NOT TD AO. EE HAS DX OF EHLERS DANLOS SYNDROME AND GENERALIZED OSTEOARTHRITIS. CLAIM WAS INITIALLY APPROVED TO DO ROTATOR CUFF REPAIR ON 5/27/2011AND THE BUNIONECTOMIES 8/2011 AND 12/2011. PEER BY DR. BLANK IN NOVEMBER 2011 NOTED DEVELOPMENT OF OA IN THE HANDS, RT SHOULDER, CERVICAL SPINE AND FEET. DR. BLANK PROVIDED FULL TIME R/L S AND TSA DID NOT IDENTIFY OCC WITH COMMENSURATE EARNINGS. CLAIM WAS EVALUATED YEARLY BY APS AND FORMS. ADDITIONAL INFORMATION WAS REC D FROM DR. LINDA BELHORN, DR. JOHN KALLIANOS, NEUROLOGY AND EYE PROVIDER. CLAIM WAS REVIEWED IN CONSULT BY DR. KANELOS WHO NOED EE WAS IN STRENGTH TRAINING AND TAI CHI AND FCE WAS RECOMMENDED. FCE NOTED SED WORK CAPACITY. TSA IDENTIFIED ALT OCC S AND CLAIM WAS CLOSED 5/19/2021. EE IS ATTY REP D ON APPEAL AND ATTY DOES NOT AGREE WITH FINDINGS OF FCE. ADDITIONAL MEDICAL DOCUMENTATION WAS RECEIVED FROM DR. BELHORN, DR.SILVER, DR. RANSONE, PT, DR. KALLIANOS. DR BELHORN HAS ENDORSED PERMANENT DISABILITY D/U EDS AND OA WITH JOINT PAIN AND FATIGUE. ARC IS RECOMMENDING REFERRAL OF CLAIM FOR PM&R IME.

**11/18/2021 10:29 AM - PHONE Note 97**
Claim/Event/Leave: 4087659
NoteSubject : Called Other
Other Subject : ATTY WHITEMAN

LIN000006

Text: [11/18/2021 - KING, JERRONDA]T/C TO ATTY ANDREW WHITEMAN AS LETTER NOTED HE WANTED A PHYSICAL ADDRESS BUT ARC HAS REC D ALL ATTACHMENTS 1-8. SPOKE TO ATTY AT (T) 919-571-8300 WHO CONFIRMED ARC HAS ALL INFORMATION FOR THE APPEAL. HE NOTED HE WAS PROVIDED A FAX NUMBER AND EMAIL ADDRESS TO SEND INFO AND IT WAS SENT VIA EMAIL. THANKED ATTY FOR CONFIRMING.

**11/16/2021 8:50 PM - CLAIM Note 193**
Claim/Event/Leave: 4087659
NoteSubject : Ref to Appeals
Other Subject : SCORE REFERRAL
Text: 11/16/2021 - REFERRED TO APPEALS UNIT FOR CLAIM REVIEW AND DETERMINATION.

**11/16/2021 7:26 AM - CLAIM Note 192**
Claim/Event/Leave: 4087659
NoteSubject : Appeal
Other Subject : REFERRAL RECVD
Text: [11/16/2021 - AVERILL, REBECCA]ASSIGNED TO JERRONDA KING

**11/15/2021 6:31 AM - CLAIM Note 191**
Claim/Event/Leave: 4087659
NoteSubject : Other
Other Subject : ARU
Text: [11/15/2021 - PORRIELLO, LISA]CLAIM SCORED TO ARU FOR REVIEW

**11/11/2021 4:42 PM - CLAIM Note 190**
Claim/Event/Leave: 4087659
NoteSubject : Other
Other Subject : MANAGER REVIEW
Text: [11/11/2021 - ARMAOS, ERICA]AGREE W/REFERRAL TO ARU AS CLMT ATTY SENT IN APPEAL LETTER. AUTH TO SEND TO ARU GRANTED

**11/11/2021 2:01 PM - CLAIM Note 189**
Claim/Event/Leave: 4087659
NoteSubject : Other
Other Subject : ARU
Text: [11/11/2021 - PORRIELLO, LISA]REQUESTING MGR APPROVAL TO SCORE CLAIM TO ARU FOR APPEAL

**11/11/2021 2:00 PM - CLAIM Note 188**
Claim/Event/Leave: 4087659
NoteSubject : Other
Other Subject : APPEAL
Text: [11/11/2021 - PORRIELLO, LISA]RECD APPEAL LTR FROM ATTY WHITEMAN LAW FIRM

**11/11/2021 7:54 AM - PHONE Note 96**
Claim/Event/Leave: 4087659
NoteSubject : Other Called
Other Subject : ATTY WHITEMAN
Text: [11/11/2021 - PORRIELLO, LISA]ATTY WHITEMAN CALLED AND LEFT VM ON 11/10 TO PROVIDE A DIFFERENT MAILING ADDRESS RATHER A PO BOX AND ADVISED TO EMAIL HIM AT AOW@WHITEMAN-LAW.COM. SENT EMAIL ADVISING OF THE FOLLOWING: HELLO ATTORNEY WHITEMAN, I JUST RECEIVED YOUR MESSAGE ON MS. PIFER. YOU CAN FEEL FREE TO EMAIL IT TO ME HERE AS IT IS SECURE AND I CAN MOVE FORWARD IMMEDIATELY WITH THE APPEAL. WE ONLY HAVE THE P.O BOX FOR MAIL THERE IS NO OTHER ADDRESS. YOU CAN ALSO FEEL FREE TO FAX TO 302-353-4189 WHICH IS MY PERSONAL FAX. THANK YOU![11/11/2021 - PORRIELLO, LISA]1

**09/14/2021 8:22 AM - CLAIM Note 187**
Claim/Event/Leave: 4087659
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [09/14/2021 - MITCHELL, CATHERINE]INVOICE DATED 2/4/2021 FROM TRIANGLE COMMUNITY PHYSICIANS . INV # IN THE AMT OF $ 19.75 FOR MEDICAL RECORDS INVOICE PAID IN FULL.

**06/15/2021 7:24 AM - CLAIM Note 186**
Claim/Event/Leave: 4087659
NoteSubject : Other
Other Subject : FILE COPY
Text: [06/15/2021 - KEEFER, DAWN]ANDREW WHITEMAN, ATTORNEY REQUEST TO RESEND THE FILE COPY DUE TO PASSWORD EXPIRED, HAS BEEN COMPLETED AND FORWARDED VIA ONE DRIVE TO THE EMAIL ADDRESS PROVIDED AOW@WHITEMAN-LAW.COM

**06/10/2021 3:24 PM - CLAIM Note 185**
Claim/Event/Leave: 4087659
NoteSubject : Other
Other Subject : FILE COPY
Text: [06/10/2021 - KEEFER, DAWN]RECEIVED UPDATED EMAIL ADDRESS. FILE COPY REQUEST HAS BEEN COMPLETED FOR CLAIM #4087659 VIA ONE DRIVE TO THE EMAIL ADDRESS PROVIDED AOW@WHITEMAN-LAW.COM

LIN000007

**06/10/2021 12:52 PM - CLAIM Note 184**
Claim/Event/Leave: 4087659
NoteSubject : Other
Other Subject : APPEAL
Text: [06/10/2021 - PORRIELLO, LISA]RECD ATTY REP LTR WITH AUTH-WHITEMAN LAW 919-571-8300. REQUEST FOR PLAN DOCS AND SUMMARY PLAN DESC/ CLAIMANT FILE.[06/10/2021 - PORRIELLO, LISA]**NOTES NOT AN APPEAL** REQUEST SENT TO ADMIN FOR PROCESSING TO ATTY

**05/21/2021 12:56 PM - PHONE Note 95**
Claim/Event/Leave: 4087659
NoteSubject : EE Called
Other Subject : CLOSURE
Text: [05/21/2021 - PORRIELLO, LISA]EE CALLED AND REQUESTED CLOSURE BE SENT VIA EMAIL TO BECCAKL1960@GMAIL.COM SO SHE CAN SUPPLY TO HER LAWYER. NO RTC REQUESTED. **COPY OF CLOSURE LETTER EMAILED TO EE**

**05/20/2021 10:08 AM - PHONE Note 94**
Claim/Event/Leave: 4087659
NoteSubject : EE Called
Other Subject : CLOSURE
Text: [05/20/2021 - PORRIELLO, LISA]EE RTC AND LEFT VM ON 5/19/21, ADVISED SHE DIDN'T APPRECIATE MY MESSAGE ON HER CLAIM CLOSURE AND OUR PROCESS IS IDIOTIC. STATES SHE HAS WORKED FOR BLUE CROSS FOR 24 YRS AND IS FULLY AWARE OF HOW TO APPEAL A CLAIM AND WANTS A RTC TO ADVISE ON THIS ON A RECORDED LINE OR SHE WILL GO TO MGR. DCM RTC AND LEFT VM 919-597-8606 WITH QUESTIONS. LEFT DCM INFO

**05/18/2021 8:49 AM - PHONE Note 93**
Claim/Event/Leave: 4087659
NoteSubject : Called EE
Other Subject : CLOSURE
Text: [05/18/2021 - PORRIELLO, LISA]CALLED EE (919) 597-8606, LEFT DETAILED MESSAGE OF CLOSURE, APPEAL PROCESS, AND TO CALL WITH ANY QUESTIONS. LEFT DCM INFO

**05/18/2021 8:46 AM - CLAIM Note 183**
Claim/Event/Leave: 4087659
NoteSubject : LTR to EE
Other Subject : CLOSURE
Text: [05/18/2021 - PORRIELLO, LISA]CLOSURE LTR MAILED TO EE

**05/18/2021 8:36 AM - CLAIM Note 182**
Claim/Event/Leave: 4087659
NoteSubject : Other
Other Subject : MANAGER REVIEW
Text: [05/18/2021 - JOHNSON, ANGELA]AGREE WITH ASSESSMENT. AS DISCUSSED IN CCS, FCE SUPPORTS SUSTAINED SEDENTARY LEVEL FUNCTION AND TSA LOCATED ALTERNATE OCCUPATIONS WITHIN THIS LEVEL OF FUNCTION. LETTER IS APPROPRIATE AS WRITTEN, OK TO PROCEED.

**05/17/2021 3:15 PM - CLAIM Note 181**
Claim/Event/Leave: 4087659
NoteSubject : Closed
Other Subject : NOT TD AO
Text: [05/17/2021 - PORRIELLO, LISA]CLAIM REFERRED TO MGR FOR REVIEW. RECOMMENDATION OF CLOSURE FOR NOT TD AO. 60 YOF, DOD 1/31/11, CID 7/30/11, OCC: DENTAL ANALYST, DX: EHLERS DANLOS SYNDROME. FCE COMPLETED CONFIRMING SEDENTARY CAPACITY. TSA CONFIRMED ALT OCCS. CLOSURE LTR AND CALL TO EE TO BE MADE TO ADVISE.

**05/11/2021 8:52 PM - CLAIM Note 180**
Claim/Event/Leave: 4087659
NoteSubject : Voc Rehab
Other Subject : CLAIM/EVENT TO VCM
Text: 5/11/2021-REFERRAL RECEIVED BY VCM AND ASSIGNED TO ASHWORTH, LORI. CLAIM/AS EVENT IS PENDING REVIEW.

**05/11/2021 6:05 PM - CLAIM Note 179**
Claim/Event/Leave: 4087659
NoteSubject : Voc Rehab
Other Subject : TSA
Text: [05/11/2021 - ASHWORTH, LORI]TSA REFERRAL COMPLETED AND CLOSED. REPORT DROPPED IN DOC LIST. THE TRANSFERABLE SKILLS ANALYSIS IDENTIFIED OCCUPATIONS THAT ARE WITHIN MS. PIFER S PHYSICAL ABILITIES AND WITHIN THEIR IDENTIFIED SKILL LEVEL. THE FOLLOWINGARE EXAMPLES OF OCCUPATIONS MS. PIFER COULD PERFORM: CLAIM EXAMINER; LOAN INTERVIEWER, MORTGAGE; CUSTOMER COMPLAINT CLERK; CLAIMS CLERK II. THE OCCUPATIONS MEET THEIR GAINFUL AMOUNT OF $2958.10 IN THE NATIONAL ECONOMY.

**05/06/2021 7:56 AM - CLAIM Note 178**
Claim/Event/Leave: 4087659
NoteSubject : Other
Other Subject : VENDOR PAYMENT

LIN000008

Other Subject : VENDOR PAYMENT
Text: [05/06/2021 - HERTERICH, KIMBERLY]INVOICE DATED 4/28/2021 FROM EXAM COORDINATORS NETWORK . INV #BOCA 107046 IN THE AMT OF $1275.00 FOR FCE BY ANNA DAVIDOW WITH A SPECIALTY IN PHYSICAL THERAPY. INVOICE PAID IN FULL

**05/04/2021 8:51 PM - CLAIM Note 177**
Claim/Event/Leave: 4087659
NoteSubject : Ref to Voc Rehab
Other Subject : SCORE REFERRAL
Text: 5/4/2021 - REFERRED TO THE VOC UNIT FOR TRANSFERABLE SKILLS ANALYSIS.

**05/04/2021 2:17 PM - CLAIM Note 176**
Claim/Event/Leave: 4087659
NoteSubject : Other
Other Subject : TSA
Text: [05/04/2021 - PORRIELLO, LISA]CLAIM SCORED FOR TSA

**05/04/2021 2:14 PM - CLAIM Note 175**
Claim/Event/Leave: 4087659
NoteSubject : Other
Other Subject : CCS REVIEW
Text: [05/04/2021 - JOHNSON, ANGELA]FILE REVIEWED IN CCS WITH DR. KANELOS 5/4/21. FCE WAS REVIEWED AND APPEAR CONSISTENT AND VALID. RESULTS OF FCE WERE SUSTAINED SEDENTARY WORK CAPACITY WHICH IS CONSISTENT WITH AVAILABLE MEDICAL RECORDS.

**05/04/2021 11:16 AM - CLAIM Note 174**
Claim/Event/Leave: 4087659
NoteSubject : Other
Other Subject : PMR CC
Text: [05/04/2021 - PORRIELLO, LISA]60 YOF, DOD 1/31/11, CID 7/30/11, OCC: DENTAL ANALYST, DX: EHLERS DANLOS SYNDROME. EE IS TREATING WITH TWO MAIN PROVIDERS RA DR. BELHORN 8/5/2020: SEEN FOR OSTEOARTHRITIS AND DX, INCREASE IN PAIN IN HANDS, WORSENINGFATIGUE, DIFFICULTY SLEEPING. INCREASED PAIN IN SHOULDERS : HX OF SHOULDER ARTHO. CANCELLED HER TRIPS DUE TO COVID. ON TRAMADOL AND CELEBREX, IBUPROFEN. F/U 6 MTHS. PCP DR. KALLIANOS LOV 8/6/20: RECORD NOTES THE SAME AS DR. BELHORNS LOV NOTE. NO INCREASE IN MEDS. F/U 6 MTHS. EE IS 56 137LBS. AT LAST PMR CC WE SENT CLAIM FOR FCE. CAN YOU PLEASE REVIEW FCE AND ADVISE IF YOU AGREE IF THE CLAIMANT IS CAPABLE OF SEDETNARY R/LS

**04/29/2021 9:04 AM - CLAIM Note 173**
Claim/Event/Leave: 4087659
NoteSubject : Other
Other Subject : FCE
Text: [04/29/2021 - PORRIELLO, LISA]RECD FCE-WILL REVIEW IN PMR CC

**03/23/2021 11:29 AM - CLAIM Note 172**
Claim/Event/Leave: 4087659
NoteSubject : Other
Other Subject : FCE
Text: [03/23/2021 - PORRIELLO, LISA]IME SCHEDULED FOR 4/21/21 AT 1PM[03/23/2021 - PORRIELLO, LISA]**CORRECTION FCE**

**03/09/2021 8:51 PM - CLAIM Note 171**
Claim/Event/Leave: 4087659
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 3/9/2021 - REFERRED TO EXAM COORDINATORS - ECN FOR FCE.

**03/09/2021 4:44 PM - CLAIM Note 170**
Claim/Event/Leave: 4087659
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [03/09/2021 - YEREMIAN, KEVORK]INVOICE RECEIVED ON 03/05/2021 AND DATED 03/05/2021 FROM HUB ENTERPRISES. INV # 363354, IN THE AMOUNT OF $1536.00 FOR INVESTIGATION SERVICES. INVOICE PAID IN FULL.

**03/09/2021 3:35 PM - CLAIM Note 169**
Claim/Event/Leave: 4087659
NoteSubject : Other
Other Subject : FCE
Text: [03/09/2021 - PORRIELLO, LISA]CLAIM REFERRED TO ECN FOR RA FCE

**03/09/2021 2:25 PM - CLAIM Note 168**
Claim/Event/Leave: 4087659
NoteSubject : Other
Other Subject : CCS REVIEW
Text: [03/09/2021 - JOHNSON, ANGELA]FILE REVIEWED IN CCS WITH DR. KANELOS 3/9/21. UPDATED MEDICAL RECORDS DOCUMENT EHLERS DANLOS SYNDROME WITH JOINT PAIN, OSTEOARTHRITIS AFFECTING MULTIPLE JOINTS, AND RIGHT

LIN000009

SHOULDER PAIN (PREVIOUS RTC TEAR AND INJECTION IN 9/2020 WITH IMPROVEMENT IN PAIN). RECORDS INDICATE THAT THE CLAIMANT IS PERFORMING STRENGTH TRAINING AND TAI CHI. RECOMMEND FCE FOR FURTHER CLARIFICATION OF SUSTAINED SEDENTARY CAPACITY.

**03/08/2021 9:33 AM - CLAIM Note 167**
Claim/Event/Leave: 4087659
NoteSubject : Other
Other Subject : SURVEILLANCE
Text: [03/08/2021 - PORRIELLO, LISA]RECD SURVEILLANCE REPORT. EE SEEN CARRYING CLOTHES, ENTERING AND EXITING VEHICLE

**02/23/2021 1:39 PM - CLAIM Note 166**
Claim/Event/Leave: 4087659
NoteSubject : Med Records Rcvd
Other Subject : BELHORN
Text: [02/23/2021 - PORRIELLO, LISA]RECD NOTE 2/8/21: 5'6 129LBS. F/U FOR EHLERS DANLOS, JOINT PAIN. NOTES INDICATE EE IS PERFORMING STRENGTH TRAINING, TAI CHI, AND THAT DX IS STABLE. ON CELEBREX AND TRAMADOL

**02/17/2021 9:23 AM - CLAIM Note 165**
Claim/Event/Leave: 4087659
NoteSubject : LTR to AP
Other Subject : MED REQ
Text: [02/17/2021 - PORRIELLO, LISA]MED REQ TO DR. BELHORN FOR OVN DATED IN FEB 2021

**02/17/2021 9:20 AM - PHONE Note 92**
Claim/Event/Leave: 4087659
NoteSubject : Called EE
Other Subject : UPDATED INTERVIEW
Text: [02/17/2021 - PORRIELLO, LISA]CALLED EE, (919) 597-8606, CONF THAT REMAINS OUT OF WORK FOR WORSENING SYMPTOMS OF EHLERS DANLOS SYNDROME. EE STATES THAT SHE HAS A LOT OF JOINT PAIN, INCREASING MOST IN HANDS, C3 OF NECK, AND RT SHOULDER. EE STATES SHEHAS TROUBLE AMBULATING, HAS A CANE WHEN NEEDS IT. EE HAS A LOT OF TROUBLE SLEEPING AND FEELS VERY TIRED. EE DOESN'T DO ANY HOBBIES ANYMORE AS SHE CANT, SHE USED TO ENJOY GARDENING BUT CANT PHYSICALLY DO THAT ANYMORE. EE CAN'T TRAVEL ANYMORE AS WALKING IS TOUGH AND HAS TO BE VERY CALCULATED WALKING. EE STATES HER KNEES AND HER ANKLES ROLL AND ARE PAINFUL. EE IS NEWLY DIVORCED AND LIVES WITH HER SON WHO DOES HOUSE WORK, LAWN WORK, GROCERY SHOPS FOR HER. EE IS ON TRAMADOL, GABAPENTINE, AND IBUPROFEN. EE TREATS ONLY WITH PCP DR. KALLIANOS AND RA DR. BELHORN, LOV WAS APPRX 2 WKS AGO. EE JUST REFERRED TO ORHTO DR. SILVER WHO SAW IN 9/2020 AND HAD A STEROID INJECTION TO RT SHOULDER, HELPED BUT DOESN'T FIX IT. EE WONT DO SURGERY AS KNOWS HER ISSUES WILL GET WORSE. SSDI AWARDED, NO CHANGES. NO OTHER INCOME. ADVISED EE TO SEND IN UPDATED FORMS AND ONCE LOV NOTE FROM BELHORN REVIEWED DCM WILL ADVISE ON NEXT STEPS. AGREED.

**02/12/2021 8:29 AM - CLAIM Note 164**
Claim/Event/Leave: 4087659
NoteSubject : Action Plan
Other Subject : PMR CC
Text: [02/12/2021 - PORRIELLO, LISA]60 YOF, DOD 1/31/11, CID 7/30/11, OCC: DENTAL ANALYST, DX: EHLERS DANLOS SYNDROME. EE IS TREATING WITH TWO MAIN PROVIDERS RA DR. BELHORN LOV 8/5/2020: SEEN FOR OSTEOARTHRITIS AND DX, INCREASE IN PAIN IN HANDS, WORSENINGFATIGUE, DIFFICULTY SLEEPING. INCREASED PAIN IN SHOULDERS : HX OF SHOULDER ARTHO. CANCELLED HER TRIPS DUE TO COVID. ON TRAMADOL AND CELEBREX, IBUPROFEN. F/U 6 MTHS. PCP DR. KALLIANOS LOV 8/6/20: RECORD NOTES THE SAME AS DR. BELHORNS LOV NOTE. NO INCREASE IN MEDS. F/U 6 MTHS. EE IS 5'6 137LBS. AWAITING SURVEILLANCE AT T HIS TIME, ONCE REC'D CLAIM TO BE REVIEWED IN CC.

**02/08/2021 8:50 PM - CLAIM Note 163**
Claim/Event/Leave: 4087659
NoteSubject : Ref to Special Invest
Other Subject : SCORE REFERRAL
Text: 2/8/2021 - REFERRED TO HUB ENTERPRISES FOR SIU VENDOR SERVICES.

**02/08/2021 8:38 AM - CLAIM Note 162**
Claim/Event/Leave: 4087659
NoteSubject : Med Records Rcvd
Other Subject : KALLIANOS
Text: [02/08/2021 - PORRIELLO, LISA]RECD OVN DATED THRU 8/5/20-EHLERS DANLOS SYNDROME

**02/05/2021 1:36 PM - CLAIM Note 161**
Claim/Event/Leave: 4087659
NoteSubject : Other
Other Subject : MANAGER REVIEW
Text: [02/05/2021 - JOHNSON, ANGELA]AGREE WITH REFERRAL FOR SURVEILLANCE

**02/04/2021 3:12 PM - CLAIM Note 160**
Claim/Event/Leave: 4087659
NoteSubject : Notice/Proof Review
Other Subject : DUE 6/2/21
Text: [02/04/2021 - PORRIELLO, LISA]UPDATED MEDICAL INFORMATION NEEDED TO DETERMINE ONGOING R/L'S. MED REQ

LIN000010

Text: [02/04/2021 - PORRIELLO, LISA]UPDATED MEDICAL INFORMATION NEEDED TO DETERMINE ONGOING R/L'S. MED REQ TO PCP DR. KALLIANOS AND ORTHO SX DR. MALLON FOR ALL RECORDS 1/2019 THRU PRES. **RA DR. BELHORN RECORDS ARE ON FILE** UPDATED LTD FORMS REQUESTED: CIF/ AQ. N&P DUE 6/2/21

**02/04/2021 3:08 PM - CLAIM Note 159**
Claim/Event/Leave: 4087659
NoteSubject : Other
Other Subject : SIU
Text: [02/04/2021 - PORRIELLO, LISA]SENT REQ TO MGR FOR APPROVAL FOR 2 DAYS OF SURVEILLANCE FOR ACTIVITIES CHECK

**02/04/2021 3:07 PM - CLAIM Note 158**
Claim/Event/Leave: 4087659
NoteSubject : Med Records Rcvd
Other Subject : BELHORN-RA
Text: [02/04/2021 - PORRIELLO, LISA]RECD NOTES DATED FROM 1/21/19- 8/5/20: DX EHLERS DANLOS SYNDROME, OSTEOARTHRITIS, 5'6 137LBS. WORSENING FATIGUE, PCP DR. KALLIANOS. CANCELLED TRIPS DUE TO COVID. HX OF RT ROTATOR CUFF WITH DR. MALLON. RTO 6 MTHS

**02/07/2020 4:10 PM - CLAIM Note 157**
Claim/Event/Leave: 4087659
NoteSubject : Other
Other Subject : FORMS RECVD
Text: [02/07/2020 - JONES, AIMEE]RECVD APS- DX: EDS, GENERALIZED OSTEOARTHRITIS. R/L'S: NO PROLONGED SITTING, STANDING, HEAVY LIFTING O˜ RE˜ ETITIVE ACTIVITIES. TX: TRAMADOL AND IBUPROFEN.--- RECVD CSS- CONFIRMED ADDRESS AND PHONE NUMBER IN SYS1 IS CORRECT.*DIVORCED* NOK STEPHEN LANE- BROTHER- PN 919-218-4324. NO DEPENDENTS. CONFIRMED SSDB OFFSET APPLIED.--- RECVD SIGNED AUTH FORM.--- BASED ON INFO RECVD, IT IS SUPPORTIVE FOR ONGOING LTD. F/U FOR ANNUAL REVIEW

**02/07/2020 11:48 AM - PHONE Note 91**
Claim/Event/Leave: 4087659
NoteSubject : EE Called
Other Subject :
Text: [02/07/2020 - OSBORNE, LEIGH]EE CALLED IN TO CONFIRM THAT WE HAD RECVD THE FAXED DOCUMENTS FROM HER DOCTOR. CONFIRMED WE DID RECEIVE THE APS ON 1/21 & THEN ANOTHER FAXED COPY WITH HER AUTH AND CSS ON 2/7. ADVISED WE ARE ALL SET WITH HER ANNUAL FORMS.SHE THANKED ME AND CALL ENDED

**01/10/2020 11:02 AM - PHONE Note 90**
Claim/Event/Leave: 4087659
NoteSubject : EE Called
Other Subject : ANN PPW
Text: [01/10/2020 - HALE, ROBERT]EE CALLED IN REGARDS TO HER PPW. THE DR SHE WILL SEE TO HAVE PPW COMPLETED ONLY SEES HER EVERY 6 MONTHS. EE HAS APT W/ DT=R 2/6. EE ASKED IF SHE CAN HAVE SOME ADIT TIME TO HAVE PPW COMPLETED.. ADVISED EE THAT WE CAN PROVIDEEXTN SINCE SHE HAS APT DATE SET. PPW WILL BE DUE THE DAY AFTER APT, 2/7/20. EE THANKED

**11/25/2019 10:34 AM - CLAIM Note 156**
Claim/Event/Leave: 4087659
NoteSubject : LTR to EE
Other Subject : ANNUAL REQUEST
Text: [11/25/2019 - HALE, ROBERT]SENT ANNUAL LETTER TO EE. ATTACHED AUTH, APS AND CSS. CREATED 60 DAY F/U TASKS

**02/01/2019 12:32 PM - CLAIM Note 155**
Claim/Event/Leave: 4087659
NoteSubject : Other
˜4 her Subject : APS CSS AUTH
Text: [02/01/2019 - LOVERING, MARY]APS DX. EHLERS-DANLOS SYNDROME, GENERALIZED OSTEOARTHRITIS & DEPRESSION NOTED - NO PROLONGED STANDING SITTING HEAVY LIFTING - TX MEDICATIONS O.V. EVERY SIX MONTHS. CSS ADDRESS PHONE CURRENT - EE MARITAL STATUS SEPARATED - NOK LISTED STEPHEN LANE BROTHER - NO DEPS - INCOME SSD $1893 BENEFITS. MED AUTH FORM // FU ONE YR.

**01/16/2019 11:48 AM - PHONE Note 89**
Claim/Event/Leave: 4087659
NoteSubject : EE Called
Other Subject : VM MSG.
Text: [01/16/2019 - LOVERING, MARY]EE LEFT VM MSG. 1-16-2019, ACK. RECEIPT OF ANNUAL FORMS REQUEST. DR. APPT. WITH RHEUM. 1-21-2019 ALL FORMS WILL BE SENT AFTER THIS APPT. CALL EE BACK AT PHONE #919-597-8606 WITH ANY QUESTIONS.

**11/28/2018 11:45 AM - CLAIM Note 154**
Claim/Event/Leave: 4087659
NoteSubject : LTR to EE
Other Subject : ANNUAL REQUEST
Text: [11/28/2018 - NADEAU, ZACHARY]SENT ANNUAL LETTER TO EE. ATTACHED AUTH, APS, AND CSS. CREATED 60 DAY F/U

**LIN000011**

~~CRIP [ 7/25/2018 - NADEAU, ZACHARY]SLA - ANNUAL EE - ER - S CERT - AGREED AS W, A C, AND CUST CALL ED 60 DAY TO~~
TASKS

**08/01/2018 9:03 AM - OVERPMT Note 23**
Claim/Event/Leave: 4087659
NoteSubject : OP/Refund
Other Subject :
Text: [08/01/2018 - SMITH, TAMMY]MANUAL PAYMENT ISSUED FOR $561.77 DUE TO TERMINATION OF SSDP 7/1/18.

**07/31/2018 6:26 AM - OVERPMT Note 22**
Claim/Event/Leave: 4087659
NoteSubject : OP/SS
Other Subject :
Text: [07/31/2018 - SMITH, TAMMY]F/U SET TO COMPLETE THE CALCULATION

**07/31/2018 2:29 AM - CLAIM Note 153**
Claim/Event/Leave: 4087659
NoteSubject : Ref to Other
Other Subject : FRS
Text: THE SCORE REFERRAL FOR FINANCIAL REVIEW SERVICES REFERRAL AND SOCIAL SECURITY DISABILITY INCOME (SSDI) HAS BEEN RECEIVED AND ASSIGNED TO TAMMY SMITH.

**07/31/2018 2:28 AM - CLAIM Note 152**
Claim/Event/Leave: 4087659
NoteSubject : Ref to Other
Other Subject : FRS
Text: FOR SOCIAL SECURITY DISABILITY INCOME (SSDI).WITH A REASON OF .COMMENTS: SSDP TERM LETTER RECEIVED, EFFECTIVE TERM JULY 2018. SAVED TO DOC LIST

**07/30/2018 10:37 AM - CLAIM Note 151**
Claim/Event/Leave: 4087659
NoteSubject : Other
Other Subject : SSDP
Text: [07/30/2018 - NADEAU, ZACHARY]SSDP TERM LETTER RECEIVED, EFFECTIVE JULY 2018. SAVED TO DOC LIST, SCORED

**07/26/2018 9:19 AM - PHONE Note 88**
Claim/Event/Leave: 4087659
NoteSubject : EE Called
Other Subject : SSDP TERM
Text: [07/26/2018 - NADEAU, ZACHARY]EE CALLED, SSDP TERM IS GOING TO BE FAXED IN. THANKED AND CALL ENDED

**06/08/2018 12:04 PM - PHONE Note 87**
Claim/Event/Leave: 4087659
NoteSubject : EE Called
Other Subject : SSDP
Text: [06/08/2018 - NADEAU, ZACHARY]EE WILL FAX IN SSDP TERM LETTER ONCE RECEIVED, THANKED AND CALL ENDED

**06/08/2018 11:34 AM - PHONE Note 86**
Claim/Event/Leave: t 087659
NoteSubject : Called EE
Other Subject : LVM
Text: [06/08/2018 - NADEAU, ZACHARY]LVM, SSDP TERM LETTER RECEIVED?

**03/08/2018 12:40 PM - PHONE Note 85**
Claim/Event/Leave: 4087659
NoteSubject : EE Called
Other Subject : ANN FORMS
Text: [03/08/2018 - NADEAU, ZACHARY]CONFIRMED FORMS RECEIVED, EE THANKED AND CALL ENDED

**03/05/2018 9:20 AM - CLAIM Note 150**
Claim/Event/Leave: 4087659
NoteSubject : Other
Other Subject : ANNUAL REVIEW
Text: [03/05/2018 - NADEAU, ZACHARY]RECEIVED APS, AUTH & CSS. RECS SSDB/SSDP, OFFSET APPLIED. APS, NO CHANGE TO EE CONDITION, SUPPORTS CONTD DISB. F/U 1 YEAR

**03/02/2018 2:25 PM - CLAIM Note 149**
Claim/Event/Leave: 4087659
NoteSubject : LTR to EE
Other Subject : CERT
˜ext: [03/02/2018 - HOWARD, HOLLY]TRACKING 91 7199 9991 7036 3740 5865

**03/01/2018 3:21 PM - PHONE Note 84**
Claim/Event/Leave: 4087659
NoteSubject : Called EE

**LIN000012**

Other Subject : 90
Text: [03/01/2018 - NADEAU, ZACHARY]90-ISO. LVM. CONFIRMED ADDRESS, SENT UNABLE TO CONTACT LETTER THRU CERTIFIED MAIL. 120 DAY F/U SET

**02/20/2018 3:17 PM - PHONE Note 83**
Claim/Event/Leave: 4087659
NoteSubject : EE Called
Other Subject : CSS
Text: [02/20/2018 - NADEAU, ZACHARY]EE WILL SEND IN CSS TOMORROW, UNDERSTANDS ONCE SSDP TERMINATED, SHE WILL FORWARD TERM LETTER. THANKED AND CALL ENDED

**02/20/2018 2:21 PM - PHONE Note 82**
Claim/Event/Leave: 4087659
NoteSubject : Called EE
Other Subject : RTC
Text: [02/20/2018 - NADEAU, ZACHARY]LVM. EE HAD QUESTIONS ON SSDP BEING RECEIVED BY CHILD

**02/15/2018 8:55 AM - CLAIM Note 148**
Claim/Event/Leave: 4087659
NoteSubject : Other
Other Subject : APS
Text: [02/15/2018 - NADEAU, ZACHARY]APS RECEIVED, AWAITING CLMT FORMS

**02/06/2018 12:08 PM - PHONE Note 81**
Claim/Event/Leave: 4087659
NoteSubject : EE Called
Other Subject : ANNUAL FORMS
Text: [02/06/2018 - NADEAU, ZACHARY]EE ADVISED SHE WILL BE SENDING FORMS IN SHORTLY. THANKED AND CALL ENDED

**01/29/2018 1:42 PM - CLAIM Note 147**
Claim/Event/Leave: 4087659
NoteSubject : LTR to EE
Other Subject : 60
Text: [01/29/2018 - NADEAU, ZACHARY]60-SUSPEND. 90 AND 120 DAY F/U SET

**01/23/2018 2:55 PM - CLAIM Note 146**
Claim/Event/Leave: 4087659
NoteSubject : LTR to EE
Other Subject :
Text: [01/23/2018 - HARDING, MICHELE]RESENT ORIGINAL REQ FOR FORMS

**01/23/2018 2:55 PM - PHONE Note 80**
Claim/Event/Leave: 4087659
NoteSubject : EE Called
Other Subject :
Text: [01/23/2018 - HARDING, MICHELE]EE CALLED AND ASKED FOR THE ANNUAL FORMS TO BE RE SENT OUT TO HER AS SHE HAS MISPLACED THEM. ADVISED WOULD RESEND TO HER.

**11/29/2017 10:58 AM - CLAIM Note 145**
Claim/Event/Leave: 4087659
NoteSubject : LTR to EE
Other Subject : ANNUAL REQUEST
Text: [11/29/2017 - NADEAU, ZACHARY]SENT ANNUAL LETTER TO EE. ATTACHED AUTH, APS, AND CSS. CREATED 60 DAY F/U TASKS

**04/20/2017 2:01 PM - PHONE Note 79**
Claim/Event/Leave: 4087659
NoteSubject : EE Called
Other Subject : CSU
Text: [04/20/2017 - LANGHAMMER, HEATHER]EE CALLED TO UPDATE HER ADDRESS FROM 9719 ROUGEMONT RD. BAHAMA NC, 27503 TO 3811 ZENITH PLACE DURHAM, NC 27705 - CSU REP ALSO REMOVED THE HOME PHONE NUMBER FROM HER ACCOUNT AND LEFT ONLY THE CELL PHONE. CSU REP UPDATED THE MAILING ADDRESS PER EE'S REQUEST - EE HAD NFQ, THANKED, C/E

**03/08/2017 3:12 PM - CLAIM Note 144**
Claim/Event/Leave: 4087659
NoteSubject : Other
Other Subject : ANNUAL FORMS
Text: [03/08/2017 - NADEAU, ZACHARY]RECEIVED APS, AUTH & CSS. RECS SSDB, OFFSET APPLIED. APS, NO CHANGE TO EE CONDITION, SUPPORTS CONTD DISB. F/U 1 YEAR. **CALLED EE TO CONFIRM RECEIPT

**03/08/2017 12:03 PM - PHONE Note 78**
Claim/Event/Leave: 4087659
NoteSubject : Called EE
Other Subject : APS

LIN000013

Other Subject : APS
Text: [03/08/2017 - NADEAU, ZACHARY]STILL NEED APS. WILL NOT SUSPEND BENEFITS UNTIL 3/20. EE WILL WORK ON GETTING FORMS RETURNED. THANKED ME AND CALL ENDED

**02/17/2017 9:25 AM - CLAIM Note 143**
Claim/Event/Leave: 4087659
NoteSubject : Other
Other Subject : ANNUAL FORMS
Text: [02/17/2017 - NADEAU, ZACHARY]CSS/AUTH RECEIVED. AWAITING APS

**02/07/2017 10:35 AM - PHONE Note 77**
Claim/Event/Leave: 4087659
NoteSubject : EE Called
Other Subject : FORMS
Text: [02/07/2017 - MORGAN, TRACY]EE SAID SS SUSPENDED PAYING HER AND SHE DIDN'T KNOW WHAT TO PUT ON FORMS. LET EE KNOW JUST TO NOTE THAT AND SHE CAN SEND IN PPW STATING THAT FOR REVIEW. SHE SAID SHE HAS 8000$ IN MEDICAL BILLS FOR HER SON. SUGGESTED SHE LOOK FOR HELP WITH THAT. EE UPSET AND SAID THANK YOU. SHE WILL MAIL PPW.

**02/07/2017 10:25 AM - PHONE Note 76**
Claim/Event/Leave: 4087659
NoteSubject : EE Called
Other Subject : CSU
Text: [02/07/2017 - STACY, MARCIA]EE CALLED ABOUT FORM SHE IS COMPLETING FOR ANNUAL REVIEW. SOCIAL SEC STOPPED BENEFIT FOR HER SON AND SHE DOESN'T KNOW WHAT TO REPORT TO LM ABOUT WHAT THEY ARE RECEIVING. TRANSFERRED TO DCM.

**12/15/2016 3:27 PM - CLAIM Note 142**
Claim/Event/Leave: 4087659
NoteSubject : LTR to EE
Other Subject : ANNUAL REQUEST
Text: [12/15/2016 - FULLER, JENNA]***********CORRECTION PREVIOUS NOTE IS A CLAIM DMS NOTE NOT LEAVE******************

**12/15/2016 1:25 PM - LEAVE Note 1**
Claim/Event/Leave: 4087659
NoteSubject : FMLA
Other Subject : ANNUAL REQUEST
Text: [12/15/2016 - FULLER, JENNA]SENT ANNUAL LETTER TO EE. ATTACHED APS, AUTH AND CSS. CREATED 60 DAY F/U TASKS

**02/25/2016 9:06 AM - CLAIM Note 141**
Claim/Event/Leave: 4087659
NoteSubject : Other
Other Subject : FORMS RCVD
Text: [02/25/2016 - REVILLE, SHANNON]AUTH SIGNED AND DATED. CSS UP TO DATE, SSDB AND SSDO OFFSET. PENS INDICATED IS LTD. APS SUPPORTS. F/U 1 YR

**02/18/2016 10:19 AM - PHONE Note 75**
Claim/Event/Leave: 4087659
NoteSubject : EE Called
Other Subject : FORMS UPDATE
Text: [02/18/2016 - REVILLE, SHANNON]WANTED TO LET ME KNOW EVERYTHING IS COMPLETE AND BEING SENT TODAY VIA MAIL

**01/27/2016 3:21 PM - PHONE Note 74**
Claim/Event/Leave: 4087659
NoteSubject : Called EE
Other Subject : REMINDER
Text: [01/27/2016 - REVILLE, SHANNON]LMOM FORMS DUE 2/23/16

**12/21/2015 10:49 AM - CLAIM Note 140**
Claim/Event/Leave: 4087659
NoteSubject : LTR to EE
Other Subject : ANN FORMS
Text: [12/21/2015 - REVILLE, SHANNON]SENT APS CSS AUTH

**05/08/2015 11:07 AM - CLAIM Note 139**
Claim/Event/Leave: 4087659
NoteSubject : Other
Other Subject : ADD DD
Text: [05/08/2015 - PATTON, LAURA]ADDED ROUTING # 051404930 ACCT# 106202127306

**05/08/2015 10:35 AM - CLAIM Note 138**
Claim/Event/Leave: 4087659
NoteSubject : Other

LIN000014

Other Subject : DD APP
Text: [05/08/2015 - REVILLE, SHANNON]RCVD AND SENT TO ADMIN

**04/30/2015 11:12 AM - PHONE Note 73**
Claim/Event/Leave: 4087659
NoteSubject : EE Called
Other Subject : SO CHECK
Text: [04/30/2015 - REVILLE, SHANNON]EE STATED SHE STILL HAS NOT RCVD SP'D MARCH CHECK. I ADVISED NOT SURE HOW THIS HAPPENED BUT LOOKS LIKE IT WASNT REISSUED, I WILL REISSUE TODAY TO HER AND SHE SHOULD EXPECT TO RCV NEXT WEEK. APOLOGIZED FOR IT SLIPPING BY. SHE UNDERSTOOD. THANKED AND CALL ENDED, REISSUED MARCH CHECK TODAY.

**04/07/2015 1:22 PM - PHONE Note 72**
Claim/Event/Leave: 4087659
NoteSubject : EE Called
Other Subject : CHECK
Text: [04/07/2015 - REVILLE, SHANNON]EE STATED HAS NOT RCVD MARCH CHECK YET. HAS BEEN WELL OVER 10 DAYS, STOP PAID TODAY. SHE ASKED FOR DD APP, MAILED TODAY. WILL REISSUE CHECK WHEN SP GOES THROUGH

**03/12/2015 11:59 AM - CLAIM Note 137**
Claim/Event/Leave: 4087659
NoteSubject : Other
Other Subject : FORMS RCVD
Text: [03/12/2015 - REVILLE, SHANNON]RCVD CSS AUTH. AUTH SIGNED AND DATED. CSS UP TO DATE, CLMT RCVS SSDB AND SSDP WITH OFFSETS APPLIED, F.U 1 YR

**03/05/2015 11:47 AM - PHONE Note 71**
Claim/Event/Leave: 4087659
NoteSubject : EE Called
Other Subject : CLMT FORMS
Text: [03/05/2015 - REVILLE, SHANNON]EE STATED SHE WENT OUT OF TOWN WITH HER HUSBAND AND BROUGHT FORMS WITH HER TO COMPLETE BUT DIDNT HAVE HER MONTHLY STATEMENTS IN ORDER TO WRITE IN FINANCIAL INFORMATION. SHE JUST GOT BACK AND IS GOING TO COMPLETE CLMT FORMS NOW AND HAVE HER HUSBAND FAX TOMORROW.

**03/05/2015 11:18 AM - PHONE Note 70**
Claim/Event/Leave: 4087659
NoteSubject : Called EE
Other Subject : CLMT FORMS?
Text: [03/05/2015 - REVILLE, SHANNON]LMOM I RCVD 2 APS FORMS HOWEVER CLMT FORMS STILL OUTSTANDING, DID SHE MAIL SEPERATELY? PLS RTC TO ADVISE OF STATUS

**02/24/2015 8:07 AM - CLAIM Note 136**
Claim/Event/Leave: 4087659
NoteSubject : Other
Other Subject : APS
Text: [02/24/2015 - REVILLE, SHANNON]RCVD 2 APS FORMS. BOTH SUPPORTS CONT DIS. AWAIT CSS AUTH

**02/05/2015 3:17 PM - PHONE Note 69**
Claim/Event/Leave: 4087659
NoteSubject : EE Called
Other Subject : EXT?
Text: [02/05/2015 - REVILLE, SHANNON]EE STATED SHE HAS DOC APPT FOR 2/20 CAN SHE PLEASE GET EXTENTION FOR APS CSS AUTH SO SHE CAN MAIL THE FORMS? I ADVISED I WILL EXTEND TODAY TO 2/28

**02/03/2015 2:44 PM - PHONE Note 68**
Claim/Event/Leave: 4087659
NoteSubject : Called EE
Other Subject : REMINDER
Text: [02/03/2015 - REVILLE, SHANNON]LMOM FORMS DUE 2/23/15

**01/14/2015 9:18 AM - CLAIM Note 135**
Claim/Event/Leave: 4087659
NoteSubject : Other
Other Subject : SP CHECK
Text: [01/14/2015 - REVILLE, SHANNON]REPLACED SP CHECK NUMBER 30117878 WITH MANUAL PMT, PRIOR TAX YEAR. ISSUED TO OTHER WITH EE INFO, BEN AMT 297.10

**01/09/2015 11:44 AM - PHONE Note 67**
Claim/Event/Leave: 4087659
NoteSubject : EE Called
Other Subject : CHECK 30117878
Text: [01/09/2015 - HALE, ROBERT]EE CALLED TO ADVISE SHE HAS NOT RCVD CHECK# 30117878. EE SAID SHE TYPICALLY RCVS IT AROUND THE 19TH OR 20TH.CONFIRMED STILL AT SAME ADDRESS . CHECK WAS ISSUED MORE THAN 10 DAYS AGO. INFORMED EE THAT I WILL PLACE A STOP PAYON THE CHECK. PROVIDED EE W/ CHECK NUMBER AND ADVISED THAT

LIN000015

IF SHE DOES RCV SHE WILL NOT BE ABLE TO CASH.. EE U/S.. INFORMED EE THAT I WILL SEND INFO TO HER DCM REVILLE TO HAVE A NEW CHECK ISSUED. WILL TAKE APORX 3 BUS DAYS. EE U/S. - EMAILED DCM --

**01/07/2015 10:07 AM - PHONE Note 66**
Claim/Event/Leave: 4087659
NoteSubject : EE Called
Other Subject : MEDICAL INS
Text: [01/07/2015 - REVILLE, SHANNON]EE CALLED AND STATED SHE IS VERY UPSET WITH ER AS SHE CALLED COBRA INSURANCE TO MAKE SURE THEY GOT HER PREMIUM PAYMENT FOR THE MONTH AND THEY STATED SHE IS NO LONGER COVERED, ER TERMINATED HER COVERAGE. SHE STATED SHE IS VERY UPSET THAT SHE WAS NOT NOTIFIED BECAUSE SHE NEEDS HEALTH INSURANCE. I ADVISED SHE COULD CONTACT SSA AND INQUIRE ABOUT MEDICARE AS SHE HAS BEEN ON SSDB FOR OVER 24 MONTHS. SHE STATED SHE WILL DO THIS, AND WANTED TO KNOW IF HER LTD WILL END. I ADVISED NO, IT WILL NOT END, SHE HAS AN OPEN CLAIM AND IS ELIGIBLE TO CONTINUE RCVING BENEFITS UNTIL 7/1/2027 AS LONG AS SHE CONTINUES TO TURN IN FORMS EVERY YEAR AND BE DISABLED, COMPLY WITH HER CONTRACT. SHE STATED SHE IS THANKFULL THAT I ACTUALLY GAVE HER SOME GOOD INFORMATION ABOUT HER CLAIM AND STATED WHILE SHE IS UPSET WITH ER SHE IS GLAD SHE TALKED TO ME TODAY. I ADVISED IF SHE NEEDS EXTRA TIME ON HER ANNUAL FORMS BECAUSE SHES WAITING TO BE COVERED BY MEDICARE BEFORE SHE GOES TO DOCTOR, JUST LET ME KNOW AND WE CAN WORK IT OUT. SHE STATED SHE SHOULD BE OKAY BUT WIL CALL IF HAS ISSUES. THANKED EE AND CALL ENDED.

**12/23/2014 8:07 AM - CLAIM Note 134**
Claim/Event/Leave: 4087659
NoteSubject : LTR to EE
Other Subject : ANN FORMS
Text: [12/23/2014 - REVILLE, SHANNON]SENT APS CSS AUTH

**03/20/2014 1:45 PM - CLAIM Note 133**
Claim/Event/Leave: 4087659
NoteSubject : Other
Other Subject : RCVD CSS AUTH APS
Text: [03/20/2014 - LEACH, DIANE]NO CHANGES - INCOME REPORTED IS FROM SSDB, SSDP & LTD -- FIQ SHOWS 2 DEPS < AGE 18 -- APS COMPLETED BY LINDA BELHORN 1/20/14 LOV -- DX: EHLERS-DANLOS SYNDROME 756.83 & GENERALIZED OSTEOARTHRITIS 715.09 -- R&L'S: NO PROLONGED SITTING, STANDING, HEAVY LIFTING OR REPETATIVE ACTIVITIES -- TX PLAN: MEDICATIONS & EXERCISE -- B/P LOV 123/94

**03/12/2014 3:24 PM - PHONE Note 65**
Claim/Event/Leave: 4087659
NoteSubject : Called EE
Other Subject : ATTEMPTED
Text: [03/12/2014 - LEACH, DIANE]CALLED (919) 620-7799 & GOT A RECORDING THAT IT HAS BEEN DISCONNECTED OR NO LONGER IN SERVICE[03/12/2014 - LEACH, DIANE]CALLED MARK PIFER @ 919-308-4890 & GOT MSG THAT VOICE MAIL HAS NOT BEEN SET UP YET

**02/20/2014 3:24 PM - PHONE Note 64**
Claim/Event/Leave: 4087659
NoteSubject : EE Called
Other Subject : LEFT MSG
Text: [02/20/2014 - LEACH, DIANE]STATING SHE IS WAITING FOR DR TO COMPLETE APS SO SHE CAN SEND EVERYTHING IN AT ONCE & CAN SHE HAVE AN EXTENSION? LET HER KNOW THAT WE ALREADY RCVD APS FROM DR & ONLY NEED HER FORMS NOW -- SHE STATED SHE WISHED DRS OFFICE HAD TOLD HER THAT -- THANKED ME FOR LETTING HER KNOW & SHE WILL SEND IN HER FORMS

**02/12/2014 12:45 PM - CLAIM Note 132**
Claim/Event/Leave: 4087659
NoteSubject : Other
Other Subject : RCVD APS
Text: [02/12/2014 - LEACH, DIANE]COMPLETED BY DR JOHN A KALLIANOS/INT MED 2-11-14 -- LOV 2-10-14 -- DX: EHLERS-DANLOS SYNDROME 756.83 ONSET 3-13-12 & OSTEOARTHRITIS 715.09 -- R&L'S: NO PROLONGED SITTING, STANDING, HEAVY LIFTING OR REPETITIVE ACTIVITIES --TX PLAN: MEDICATIONS

**01/23/2014 1:45 PM - CLAIM Note 131**
Claim/Event/Leave: 4087659
NoteSubject : LTR to EE
Other Subject : 30 DAY WARNING
Text: [01/23/2014 - LEACH, DIANE]LTR SENT TO CLMNT

**01/23/2014 1:42 PM - PHONE Note 63**
Claim/Event/Leave: 4087659
NoteSubject : Called EE
Other Subject : ATTEMPTED
Text: [01/23/2014 - LEACH, DIANE]30 DAYS -- GOT A RECORDING SAYING THE #(919) 620-7799 IS NO LONGER IN SERVICE OR HAS BEEN DISCONNECTED

**12/23/2013 7:34 AM - CLAIM Note 130**
Claim/Event/Leave: 4087659

LIN000016

Claim/Event/Leave: 4087659
NoteSubject : LTR to EE
Other Subject : ANN RQST
Text: [12/23/2013 - LEACH, DIANE]RQSTD CSS FIQ APS AUTH

**03/15/2013 1:25 PM - OVERPMT Note 21**
Claim/Event/Leave: 4087659
NoteSubject : OP/SS
Other Subject : ** OP FILE CLOSED
Text: [03/15/2013 - MORGAN, TREVOR]OP PAID IN FULL.

**03/06/2013 2:33 PM - OVERPMT Note 20**
Claim/Event/Leave: 4087659
NoteSubject : OP/Refund
Other Subject : PAYMENT RECD
Text: [03/06/2013 - CARMICHAEL, CHERYL]FOR TREVOR MORGAN, RECEIVED $16,312.90 ON 03/06/13

**03/01/2013 3:08 AM - CLAIM Note 129**
Claim/Event/Leave: 4087659
NoteSubject : Ref to Other
Other Subject : FRS
Text: THE SCORE REFERRAL FOR FINANCIAL REVIEW SERVICES REFERRAL AND SOCIAL SECURITY DISABILITY INCOME (SSDI) HAS BEEN REASSIGNED TO TREVOR MORGAN.

**02/28/2013 3:08 AM - CLAIM Note 128**
Claim/Event/Leave: 4087659
NoteSubject : Ref to Other
Other Subject : FRS
Text: THE SCORE REFERRAL FOR FINANCIAL REVIEW SERVICES REFERRAL AND SOCIAL SECURITY DISABILITY INCOME (SSDI) HAS BEEN REASSIGNED TO DAWN ZAHN.

**02/27/2013 11:37 AM - OVERPMT Note 19**
Claim/Event/Leave: 4087659
NoteSubject : OP/SS
Other Subject : PHONE CALL
Text: [02/27/2013 - MCGARY, KIRSTIE]REC'D PHONE CALL FROM CLAIMANT ADVISING SHE WAS ABLE TO GET OUT AND GO TO BANK TODAY AND WILL MAIL A CHECK TODAY FOR THE FULL OP BALANCE OF $16,312.90.[02/27/2013 - MCGARY, KIRSTIE]BR HAS BEEN REMOVED AS THE CLAIMANT ISMAILING PAYMENT IN FULL TODAY. NOTIFIED DAWN ZAHN TO HAVE FILE TRANSFERRED BACK TO TREVOR MORGAN.

**02/27/2013 7:44 AM - OVERPMT Note 18**
Claim/Event/Leave: 4087659
NoteSubject : OP/SS
Other Subject :
Text: [02/27/2013 - SMITH, TAMMY]**************FOR TREVOR*************FULL BR HAS BEEN ADDED AND THE FILE WILL BE TRANSFERRED TO MAINTENANCE.

**02/12/2013 3:27 PM - OVERPMT Note 17**
Claim/Event/Leave: 4087659
NoteSubject : OP/SS
Other Subject : ** FINAL NOTICE
Text: [02/12/2013 - MORGAN, TREVOR]FINAL NOTICE SENT TODAY. IF NO RESPONSE WILL BEGIN FULL BR.

**01/28/2013 2:43 PM - OVERPMT Note 16**
Claim/Event/Leave: 4087659
NoteSubject : OP/Refund
Other Subject : PAY REC
Text: [01/28/2013 - FREY, CAROL]REC CHECK FOR $20,077.80 ON 01/28/2013

**01/28/2013 7:57 AM - OVERPMT Note 15**
Claim/Event/Leave: 4087659
NoteSubject : OP/2nd Notice
Other Subject : SECOND NOTICE
Text: [01/28/2013 - FREY, CAROL]SECOND REQUEST SENT TODAY ON BEHALF OF TREVOR MORGAN FOR BALANCE OF 36390.70 IF NOT RECEIVED WILL APPLY BR F/U ADDED

**01/09/2013 7:54 AM - OVERPMT Note 14**
Claim/Event/Leave: 4087659
NoteSubject : OP/SS
Other Subject : ** RECREATED
Text: [01/09/2013 - MORGAN, TREVOR]NET OP OF 36390.70 ON CHECKS FROM 7/30/11-12/19/12 DUE TO SSDB AND SSDP. DLTD LTR TO EE. F/U SET FOR REPAYMENT.[01/09/2013 - MORGAN, TREVOR]CORRECTION. THE LETTER WAS ALREADY SENT

**01/08/2013 8:42 AM - OVERPMT Note 13**

LIN000017

Claim/Event/Leave: 4087659
NoteSubject : OP/Waiver-Non Collect
Other Subject : WAIVER-1B-OCE
Text: [01/08/2013 - MCDERMOTT, TYLER]WAIVED OP BALANCE IN THE AMOUNT OF $21,577.80. OP WAIVER FORM IN DOC LIST

**01/07/2013 11:23 AM - CLAIM Note 127**
Claim/Event/Leave: 4087659
NoteSubject : Other
Other Subject : INVOICE-BMI
Text: [01/07/2013 - EUBANKS, RHONDA]ON 11/26/2012, DCM RECVD AN INVOICE F/M BMI DATED 11/26/2012 REGARDING PEER REVIEW. INVOICE# 1213784. FEE $942.50. TAX ID# 273249812----DCM PAID THE INVOICE.

**01/07/2013 10:43 AM - OVERPMT Note 12**
Claim/Event/Leave: 4087659
NoteSubject : OP/SS
Other Subject : ** CREATED
Text: [01/07/2013 - MORGAN, TREVOR]SSDB AND SSDP ESTIMATED OP OF 36390.70. EE DID NOT PROVIDE BLF PERMISSION TO SEND THE 1500 EXCESS ATTY FEES TO US. THIS IS INCLUDED IN THE OP. LTR TO EE IN REGARD. F/U SET FOR REPAYMENT.

**01/07/2013 10:22 AM - OVERPMT Note 11**
Claim/Event/Leave: 4087659
NoteSubject : OP/SS
Other Subject : ** OP WAIVER
Text: [01/07/2013 - MORGAN, TREVOR]OP WAIVER SENT TO THE TAX UNIT TODAY TO WAIVE THE 21577.80 OP. WHEN DONE, I WILL RECREATED THE OP WITH THE ESTIMATED SSDP OFFSET INCLUDED.

**01/04/2013 3:08 AM - CLAIM Note 126**
Claim/Event/Leave: 4087659
NoteSubject : Ref to Other
Other Subject : FRS
Text: THE SCORE REFERRAL FOR FINANCIAL REVIEW SERVICES REFERRAL AND SOCIAL SECURITY DISABILITY INCOME (SSDI) HAS BEEN REASSIGNED TO TREVOR MORGAN.

**12/28/2012 3:09 PM - OVERPMT Note 10**
Claim/Event/Leave: 4087659
NoteSubject : OP/SS
Other Subject : VMM
Text: [12/28/2012 - COOK, KASEY]VMM FROM CLMT ADVISING SHE WAS OUT OF TOWN AND APOLOGIZES FOR DELAY WITH REPAYMENT WANTED TO KNOW HOW TO SEND CHECK ** CALLED AND LEFT DETAILED VMM AT 919-597-8606 WITH MAILING ADDRESS

**12/21/2012 4:17 PM - CLAIM Note 125**
Claim/Event/Leave: 4087659
NoteSubject : Other
Other Subject : CLM REASSIGNMENT
Text: [12/21/2012 - LEACH, DIANE]MAX BEN DATE OF 07/01/2027 IS CORRECT -- CLMNT WAS < AGE 60 ON DATE OF DISAB & PER SSNRA ELIG FOR LTD BENS TO AGE 67 -- YR OF BIRTH IS 1960

**12/21/2012 3:19 PM - CLAIM Note 124**
Claim/Event/Leave: 4087659
NoteSubject : Other
Other Subject : INCOMING FILE
Text: [12/21/2012 - DIRCK, JAIME]CLAIM FILE (PAPERLESS) RECEIVED FROM CHARLOTTE TO DMS FOR CONTINUED MANAGEMENT REASSIGNED TO DIANE LEACH

**12/21/2012 3:07 AM - CLAIM Note 123**
Claim/Event/Leave: 4087659
NoteSubject : Ref to Other
Other Subject : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND PAYMENT ADJUSTMENT AND A REASON OF CHANGE BENEFIT END DATE OR SUSPEND BENEFITS HAS BEEN RECEIVED AND ASSIGNED TO HENRY WAHL.

**12/21/2012 3:07 AM - CLAIM Note 122**
Claim/Event/Leave: 4087659
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 12/19/2012 - REFERRED TO DMS FOR CONTINUED MANAGEMENT.

**12/21/2012 3:07 AM - CLAIM Note 121**
Claim/Event/Leave: 4087659
NoteSubject : Ref to Other
Other Subject : PMT SVC
Text: FOR CHANGE BENEFIT END DATE OR SUSPEND BENEFITS. BEN END:7/1/2027

**LIN000018**

**12/20/2012 1:21 PM - OVERPMT Note 9**
Claim/Event/Leave: 4087659
NoteSubject : OP/SS
Other Subject : DEP
Text: [12/20/2012 - COOK, KASEY]PER CLMT CONVERSATION WITH DCM ON 11/29/12, DEPS WERE AWARDED HOWEVER CLMT HAS NOT SENT IN DEP AWARD LETTERS AS REQUESTED. THEREFORE WILL COMPLETE DEP ESTIMATE CALC WITHIN 10 BUS DAYS

**12/20/2012 1:20 PM - OVERPMT Note 8**
Claim/Event/Leave: 4087659
NoteSubject : OP/SS
Other Subject : VENDOR CLOSING FILE
Text: [12/20/2012 - COOK, KASEY]PER VENDOR, CLMT HAS NOT RESPONDED TO ANY OF THEIR REQUESTS FOR DEP APPLICATIONS OR OP BALANCE DUE. THEREFORE THEY ARE CLOSING THEIR FILE

**12/19/2012 5:13 PM - CLAIM Note 120**
Claim/Event/Leave: 4087659
NoteSubject : Ref to Other
Other Subject : PAYMENT SERVICES
Text: [12/19/2012 - WAHL, HENRY]REFERRAL RECEIEVED AND SCHEDULED PAYMENT END DATE HAS BEEN CHANGED TO 7/1/2027 AS REQUESTED BY DCM

**12/19/2012 4:25 PM - CLAIM Note 119**
Claim/Event/Leave: 4087659
NoteSubject : LTR to EE
Other Subject :
Text: [12/19/2012 - EUBANKS, RHONDA]MAILED EE A/O APPROVAL LTR.

**12/19/2012 3:25 PM - CLAIM Note 118**
Claim/Event/Leave: 4087659
NoteSubject : Other
Other Subject : MGR REVIEW
Text: [12/19/2012 - WALLACE, KRISTEN]AGREE WITH RECOMMENDATION FOR ANY OCC APPROVAL AND DMS HANDLING.

**12/19/2012 1:07 PM - CLAIM Note 117**
Claim/Event/Leave: 4087659
NoteSubject : Ref to Other
Other Subject : MGR/A-O & DMS
Text: [12/19/2012 - EUBANKS, RHONDA]EE IS A 52 YOF DENTAL ANALYST W/ SED OCC. LDW: 1/28/2011. DOD: 1/31/2011. LTD BBD 7/30/2011. EE INITIALLY WENT OOW DUE TO BICEP TENDINITIS WHICH LED TO ROTATOR CUFF REPAIR ON 5/27/11. IN AUGUST AND DECEMBER 2011 EE HAD A BUNIONECTOMY PERFORMED. SINCE THE BUNIONECTOMY EE WAS RELEASED BY HER PODIETRIST TO PERFORM LIGHT DUTY WORK. CURRENT PROVIDERS: PCP AND RHUEMOTOLOGIST. CLM WAS DENIED FOR ONGOING BENEFITS. DCM REOPENED CLM AND EXT. BENEFITS UNDER ROR WHILE DCMHAD A PEER REVIEW COMPLETED. DCM UPDATED EE'S DX CODES AS MEDICAL ON FILE INDICATES THAT EE'S DXS ARE OA, EHLERS-DANLOS SYNDROME, AND NEUROPTHY. RHEUM. PEER REVIEW COMPLETED ON 11/21/2012. R/LS IDENTIFIED: STANDING AND WALKING ARE BOTH LIMITED TO APPROXIMATELY 10 MINUTES AT A TIME WITH A TOTAL OF 30 MINUTES PER EIGHT HOUR WORK DAY. THERE IS LIMITED USE OF THE RIGHT UPPER EXTREMITY DUE TO THE RIGHT SHOULDER ARTHRITIS, PRIMARILY AS A RESULT OF PAIN. FINE MANIPULATION OF THE FINGERS IS LIMITED TOOCCASIONAL AS A RESULT OF THE OSTEOARTHRITIS AND REPETITIVE USE OF THE HANDS SHOULD BE AVOIDED. NECK ROTATION, FLEXION AND EXTENSION IS ALSO LIMITEDTO OCCASIONAL. LIFTING UP TO 10 POUNDS WITH THE LEFT UPPER EXTREMITY ONLY IS LIMITED TO OCCASIONAL. RESTRICTIONS AND LIMITATIONS ARE OF A PERMANENT NATURE. TSA WAS COMPLETED BASED ON R/LS. ALTHOUGH ALTERNATE OCCS WERE IDENTIFIED, EARNINGS NOT COMMENSURATE SS-AWARDED. CID 7/29/2013. DCM RECOMMENDS APPROVAL FOR A/O AND REFERRAL TO DMS FOR ONGOING CASE MGMT.

**12/14/2012 9:19 AM - OVERPMT Note 7**
Claim/Event/Leave: 4087659
NoteSubject : OP/SS
Other Subject : VENDOR UPDATE
Text: [12/14/2012 - COOK, KASEY]PER VENDOR: MS. PIFER HAS BEEN UNRESPONSIVE IN OUR ATTEMPTS TO CONTACT HER TO COLLECT HER OVERPAYMENT. SHE ALSO HAS NOT RETURNED HER DEPENDENT APPLICATIONS. WITHOUT THIS INFORMATION, WE ARE UNABLE TO ASSIST WITH HER DEPENDENT S CLAIM. WE HAVE LEFT MESSAGES ON 11/28, 12/5 AND 12/11 THAT HAVE NOT BEEN RETURNED. IF WE DO NOT HEAR FROM HER BY THE DEADLINE FOR THE END OF THE YEAR PAYMENTS, WE WILL CLOSE HER FILE. PLEASE LET ME KNOW IF YOU HAVE ANY QUESTIONS. HAVE A NICE DAY, LAUREN LAUREN PARKO POST-ENTITLEMENT SPECIALIST BASSETT LAW FIRM, LLC

**12/12/2012 2:27 PM - CLAIM Note 116**
Claim/Event/Leave: 4087659
NoteSubject : Other
Other Subject : VENDOR PMT
Text: [12/12/2012 - WHITE, LANDON]ISSUSED 207.50 AS CHARGED TO CASCADE FOR TSA.

**12/11/2012 12:04 PM - CLAIM Note 115**
Claim/Event/Leave: 4087659
NoteSubject : Other

LIN000019

NoteSubject : Other
Other Subject : INVOICE-CASCADE
Text: [12/11/2012 - EUBANKS, RHONDA]TODAY, DCM RECVD AN INVOICE F/M CASCADE DISABILITY MGMT, INC. REGARDING TSA COMPLETED ON 12/7/2012. INV 5575390. FEE $207.50. TAX ID# 911358276.

**12/11/2012 12:02 PM - CLAIM Note 114**
Claim/Event/Leave: 4087659
NoteSubject : Other
Other Subject : TSA-12/7/2012
Text: [12/11/2012 - EUBANKS, RHONDA]A TSA WAS COMPLETED ON 12/7/2012. ALT OCCS WERE IDENTIFIED, BUT EARNINGS WERE NOT OBTAINED.

**12/10/2012 12:39 PM - CLAIM Note 113**
Claim/Event/Leave: 4087659
NoteSubject : DOI/PST
Other Subject : DOI/PST CLOSED
Text: [12/10/2012 - MCKENZIE, KAREN] 4087659 - DOI - 0 COMPLETE 4087659 - DOI - 1 COMPLETE

**12/10/2012 12:39 PM - CLAIM Note 112**
Claim/Event/Leave: 4087659
NoteSubject : DOI/PST
Other Subject : DOI/PST OPEN
Text: [12/10/2012 - MCKENZIE, KAREN] DOI/PST 1 RECEIVED. PLEASE DIRECT ANY FURTHER INQUIRY ON THIS CLAIM TO THE DOI/PST CONSULTANT.

**12/05/2012 1:23 PM - CLAIM Note 111**
Claim/Event/Leave: 4087659
NoteSubject : Action Plan
Other Subject : RTW AO JUL 2013
Text: [12/05/2012 - EUBANKS, RHONDA]EE IS A 52 YOF DENTAL ANALYST (SED OCC). LDW: 1/28/2011. DOD: 1/31/2011. LTD BBD 7/30/2011. POLICY DOES HAVE VOC REHAB INCENTIVE. EE INITIALLY WENT OOW DUE TO BICEP TENDINITIS WHICH LED TO ROTATOR CUFF REPAIR ON 5/27/11. IN AUGUST AND DECEMBER 2011 EE HAD A BUNIONECTOMY PERFORMED. SINCE THE BUNIONECTOMY EE HAS BEEN RELEASED BY HER PODIETRIST TO PERFORM LIGHT DUTY WORK. CURRENT PROVIDERS: PCP AND RHUEMOTOLOGIST. CLM WAS DENIED FOR ONGOING BENEFITS. DCM REOPENED CLM AND EXT. BENEFITS UNDER ROR WHILE DCM HAD A PEER REVIEW COMPLETED. DCM UPDATED EE'S DX CODES AS MEDICAL ON FILE INDICATES THAT EE'S DXS ARE OA, EHLERS-DANLOS SYNDROME, AND NEUROPTHY.RHEUM. PEER REVIEW WAS COMPLETED ON 11/21/2012. R/LS IDENTIFIED: STANDING AND WALKING ARE BOTH LIMITED TO APPROXIMATELY 10 MINUTES AT A TIME WITH A TOTAL OF 30 MINUTES PER EIGHT HOUR WORK DAY. THERE IS LIMITED USE OF THE RIGHT UPPER EXTREMITY DUE TO THE RIGHT SHOULDER ARTHRITIS, PRIMARILY AS A RESULT OF PAIN. FINE MANIPULATION OF THE FINGERS IS LIMITED TO OCCASIONAL AS A RESULT OF THE OSTEOARTHRITIS AND REPETITIVE USE OF THE HANDS SHOULD BE AVOIDED. NECK ROTATION, FLEXION AND EXTENSION IS ALSO LIMITEDTO OCCASIONAL. LIFTING UP TO 10 POUNDS WITH THE LEFT UPPER EXTREMITY ONLY IS LIMITED TO OCCASIONAL. RESTRICTIONS AND LIMITATIONS ARE OF A PERMANENT NATURE. DCM REFERRED FOR A TSA BASED ON R/LS. SS-AWARDED. CID 7/29/2013. ACTION PLAN: GOAL-RTW AO 7/2013. STEPS: 1. DCM TO F/U ON TSA 2. IF NO ALT OCCS IDENTIFIED, DCM WILL APPROVE FOR A/O AND REFER TO DMS FOR ONGOING CASE MGMT. 3. IF ALT OCCS ARE IDENTIFIED, DCM WILL COMPLETE A/O INVESTIGATION. 4. POTENTIAL APC IF ALT OCCS IDENTIFIED.

**12/01/2012 3:10 AM - CLAIM Note 110**
Claim/Event/Leave: 4087659
NoteSubject : Voc Rehab
Other Subject : CLAIM ASSIGNED TO VC
Text: 11/30/2012-REFERRAL RECEIVED BY VCM AND ASSIGNED TO HOWARD, JANE. CLAIM IS PENDING REVIEW.

**12/01/2012 3:09 AM - CLAIM Note 109**
Claim/Event/Leave: 4087659
NoteSubject : Ref to Voc Rehab
Other Subject : SCORE REFERRAL
Text: 11/30/2012 - REFERRED TO THE VOC UNIT FOR TRANSFERABLE SKILLS ANALYSIS.

**11/30/2012 11:25 AM - CLAIM Note 108**
Claim/Event/Leave: 4087659
NoteSubject : Ref to Other
Other Subject : VOC/TSA
Text: [11/30/2012 - EUBANKS, RHONDA]PLEASE COMPLETE A TSA BASED ON THE R/LS OUTLINED IN RHEUMATOLOGY PEER REVIEW DATED 11/21/2012.

**11/29/2012 9:29 AM - PHONE Note 62**
Claim/Event/Leave: 4087659
NoteSubject : Called EE
Other Subject : SSDP AWARD LTRS
Text: [11/29/2012 - EUBANKS, RHONDA]DCM CALLED EE TO F/U ON HER SSDP AWARD LETTERS. EE STATED SHE ACTUALLY RECVD THEM YESTERDAY. ASKED THAT EE PROVIDE CM W/ COPIES FOR HER CLM FILE. EE STATED SHE WILL DO SO. ADVD HER CM RECVD HER LTD FORMS AND HER INFO. REGARDING HER MEDICAL RECORDS. EE THANKED CM.

**11/29/2012 9:25 AM - CLAIM Note 107**

LIN000020

Claim/Event/Leave: 4087659
NoteSubject : Med Records Rcvd
Other Subject : MULTIPLE PROVDIERS
Text: [11/29/2012 - EUBANKS, RHONDA]ON 11/27/2012, DCM RECVD A LTR F/M EE ALONG W/ HER MEDICAL RECORDS F/M DR. ALMEKINDERS, DR. ROBOTTOM, DR. KALLIANOS, AND DR. BELHORN.[11/29/2012 - EUBANKS, RHONDA].

**11/28/2012 9:42 AM - CLAIM Note 106**
Claim/Event/Leave: 4087659
NoteSubject : Other
Other Subject : LTD FORMS
Text: [11/28/2012 - EUBANKS, RHONDA]ON 11/27/2012, DCM RECVD EE'S LTD FORMS. RECVD ACTIVITIES QUESTIONNAIRE, AUTH, CLMT INFO. FORM, AND CLMT SUPP STMT.

**11/28/2012 9:21 AM - OVERPMT Note 6**
Claim/Event/Leave: 4087659
NoteSubject : OP/Waiver-Non Collect
Other Subject : WAIVER-1B-OCE
Text: [11/28/2012 - MCDERMOTT, TYLER]WAIVED OP CHECK #29216845 IN THE AMOUNT OF $5594 OP WAIVER FORM IN DOC LIST

**11/28/2012 9:10 AM - OVERPMT Note 5**
Claim/Event/Leave: 4087659
NoteSubject : OP/SS
Other Subject : WVR REQUESTED
Text: [11/28/2012 - COOK, KASEY]I INITIALLY PRORATED THE ATTY FEES INCORRECTLY. CAN YOU PLEASE WAIVE THE BALANCE DUE ON THE CHECK LISTED ON THE SPREADSHEET SO THAT I CAN RECREATE THE BALANCE TO REFLECT THE CORRECT ATTY FEE CREDIT?

**11/26/2012 11:11 AM - PHONE Note 61**
Claim/Event/Leave: 4087659
NoteSubject : Called EE
Other Subject : SSDP AWARD LTR
Text: [11/26/2012 - EUBANKS, RHONDA]DCM CALLED EE @ (919) 620-7799 TO DISCUSS MISSING SSDP AWARD LETTER. LEFT A VM ADVING HER TO R/C TO CM. PROVIDED CM'S CONTACT INFO.

**11/26/2012 11:03 AM - CLAIM Note 105**
Claim/Event/Leave: 4087659
NoteSubject : Peer Review
Other Subject : BMI-11/21/2012
Text: [11/26/2012 - EUBANKS, RHONDA]A RHEUMATOLOGY PEER REVIEW WAS COMPLETED BY DR. BLANK ON 11/21/2012. CONTACT WAS MADE W/ DR. BELHORN AND DR. ROBOTTOM TO DISCUSS EE'S CX AND R/LS. CONTACT WAS ATTEMPTED W/ DR. KALLIANOS, BUT WAS NOT SUCCESSFUL----IT WASCONCLUDED: 'THE CLAIMANT'S IMPAIRMENTS INCLUDE EHLERS DANLOS SYNDROME WITH ASSOCIATED OSTEOARTHRITIS INVOLVING THE CERVICAL SPINE, RIGHT SHOULDER, HANDS AND FEET AS WELL AS A RIGHT SHOULDER ROTATOR CUFF TEAR STATUS POST SURGICAL CORRECTION. ADDITIONALLY, SHE IS STATUS POST CORRECTIVE SURGERY FOR BOTH FEET. STANDING AND WALKING ARE BOTH LIMITED TO APPROXIMATELY 10 MINUTES AT A TIME WITH A TOTAL OF 30 MINUTES PER EIGHT HOUR WORK DAY. THERE IS LIMITED USE OF THE RIGHT UPPER EXTREMITY DUE TO THE RIGHT SHOULDER ARTHRITIS, PRIMARILY AS A RESULT OF PAIN. FINE MANIPULATION OF THE FINGERS IS LIMITED TO OCCASIONAL AS A RESULT OF THE OSTEOARTHRITIS AND REPETITIVE USE OF THE HANDS SHOULD BE AVOIDED. NECK ROTATION, FLEXION AND EXTENSION IS ALSO LIMITEDTO OCCASIONAL. LIFTING UP TO 10 POUNDS WITH THE LEFT UPPER EXTREMITY ONLY IS LIMITED TO OCCASIONAL. ALL OF THE NOTED RESTRICTIONS AND LIMITATIONS ARE OF A PERMANENT NATURE.'

**11/26/2012 9:11 AM - OVERPMT Note 4**
Claim/Event/Leave: 4087659
NoteSubject : OP/SS
Other Subject : **OP CREATION
Text: [11/26/2012 - COOK, KASEY]TOTAL OP DUE COVERING 7/30/11-10/19/12 IS $26077.80 LESS $6000.00 ATTY FEE = NET OP DUE $20077.80 ****DETAILED OP LETTER SENT TO CLMT. F/U SET FOR REPAYMENT[11/28/2012 - COOK, KASEY] ***CORRECTION***BLF TO SEND IN $1500 TOWARDS THE OP DUE TO EXCESS FEES AND CLMT OWES $18577.80 ** EFT INFO SENT TO BLF[11/28/2012 - COOK, KASEY]***CORRECTION TOTAL OP DUE COVERING 7/30/11-10/19/12 IS $26077.80 LESS $4500 ATTY FEES = NET OP $21577.80. BLF TO SEND $1500 TOWARDS OP FOR EXCESS FEES AND CLMT TO REMIT $20077.80

**11/19/2012 2:56 PM - PHONE Note 60**
Claim/Event/Leave: 4087659
NoteSubject : EE Called
Other Subject : LTD FORMS
Text: [11/19/2012 - EUBANKS, RHONDA]EE CALLED CM TODAY @ 1:07 AND LEFT A VM ADVING CM THAT SHE WAS NOT AWARE HER LTD FORMS WERE DUE BACK TO CM BY 11/12/2012. EE STATED SHE IS TRYING TO COMPLETE THE PAQ. EE STATED SHE WILL COMPLETE AND SEND BACK TO CM ASAP.

**11/16/2012 2:52 PM - CLAIM Note 104**
Claim/Event/Leave: 4087659
NoteSubject : Other
Other Subject : EMAIL F/M BMI

LIN000021

Other Subject : EMAIL F/M BMI
Text: [11/16/2012 - EUBANKS, RHONDA]TODAY, DCM RECVD AN EMAIL F/M EMILY MOILANEN F/M BMI THAT NOTED: GOOD AFTERNOON RHONDA, THE REVIEWER ON THIS CASE LET ME KNOW THAT THE AP, DR. BELHORN, IS OUT OF THE OFFICE UNTIL EARLY NEXT WEEK. OUR REVIEWER FEELS THAT THIS CONTACT IS VERY IMPORTANT TO HIS OPINION. WE WOULD LIKE TO EXTEND THE DUE DATE TO ALLOW FOR MORE ATTEMPTS TO DR. BELHORN. FACTORING IN THE THANKSGIVING HOLIDAY, WE WOULD LIKE TO REQUEST A DUE DATE EXTENSION OF 11/27. CAN YOU APPROVE? ---DCMRESPONDED AND NOTED: THAT WILL BE FINE

**11/15/2012 10:34 AM - CLAIM Note 103**
Claim/Event/Leave: 4087659
NoteSubject : Other
Other Subject : CONFIRMATORY LTR
Text: [11/15/2012 - EUBANKS, RHONDA]TODAY, DCM RECVD SIGNED CONFIRMATORY LTR BACK F/M DR. ROBOTTOM DATED 11/14/2012.

**11/13/2012 3:08 AM - CLAIM Note 102**
Claim/Event/Leave: 4087659
NoteSubject : Ref to Other
Other Subject : FRS
Text: THE SCORE REFERRAL FOR FINANCIAL REVIEW SERVICES REFERRAL AND SOCIAL SECURITY DISABILITY INCOME (SSDI) HAS BEEN RECEIVED AND ASSIGNED TO KASEY COOK.

**11/12/2012 7:53 AM - OVERPMT Note 3**
Claim/Event/Leave: 4087659
NoteSubject : OP/SS
Other Subject : AWARD INFO
Text: [11/12/2012 - COOK, KASEY]DATE OF ENTITLEMENT 7/11 BEN AMT $1774 COLA 12/11 $1838 OFFSET IN SYSTEM. TOTAL ATTY FEES TO BE CREDITED ARE $6000.00. RETRO PAID WAS $23088.00 (7/11-10/12). 1 ELIG DEPENDENT. SIGNED SSRA ON FILE. PLEASE REFER TO DOC LIST FOR DETAILED AWARD INFORMATION.

**11/10/2012 3:11 AM - CLAIM Note 101**
Claim/Event/Leave: 4087659
NoteSubject : Ref to Other
Other Subject : FRS
Text: FOR SOCIAL SECURITY DISABILITY INCOME (SSDI). COMMENTS: EE HAS BEEN AWARDED SSDB F/M 7/2011-10/2012; THEREFORE, THERE IS AN OP ON HER CLM. DCM DOES NOT HAVE A SSDP AWARD LTR.

**11/09/2012 9:27 AM - CLAIM Note 100**
Claim/Event/Leave: 4087659
NoteSubject : LTR to EE
Other Subject :
Text: [11/09/2012 - EUBANKS, RHONDA]MAILED EE SSDB MATRIX LETTER.

**11/09/2012 9:26 AM - CLAIM Note 99**
Claim/Event/Leave: 4087659
NoteSubject : Ref to Other
Other Subject : FRS/SSDB
Text: [11/09/2012 - EUBANKS, RHONDA]DCM REFERRED EE'S FILE TO FRS D/T EE BEING AWARDED SSDB. OP ON CLM FOR 7/2011-10/2012.

**11/09/2012 9:15 AM - CLAIM Note 98**
Claim/Event/Leave: 4087659
NoteSubject : Social Security
Other Subject : AWARD LTR-11/2/2012
Text: [11/09/2012 - EUBANKS, RHONDA]ON 11/7/2012, DCM RECVD A COPY OF EE'S SSDB AWARD LETTER DATED 11/2/2012. IT NOTES THAT EE IS ENTITLED TO MONTHLY DISABILITY BENEFITS BEGINNING 7/2011. EE WILL RECV. $23,088.00 AROUND 11/8/2012. THIS IS $$ DUE FOR 7/2011-10/2012. EE'S NEXT PAYMENT OF $1,838.00, WHICH IS FOR 11/2012, WILL BE RECVD ON OR ABOUT THE 2ND WEDNESDAY OF 12/2012.

**11/07/2012 4:34 PM - OVERPMT Note 2**
Claim/Event/Leave: 4087659
NoteSubject : OP/SS
Other Subject : OP UNIT - AWARDED
Text: [11/07/2012 - LANGHAMMER, HEATHER]FOR KASY COOK, AWARD INFORMATION RECD TODAY FROM BLF IN RECOVERY UNIT 1-888-437-7611 INFO IN DOC LIST. SENT NOTE TO CASE MANAGER TO REFER THE FILE TO DOVER RECOVERY UNIT.

**11/06/2012 3:07 AM - CLAIM Note 97**
Claim/Event/Leave: 4087659
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 11/5/2012 - REFERRED TO BEHAVIORAL MANAGEMENT, INC. FOR PEER REVIEW.

**11/05/2012 1:03 PM - CLAIM Note 96**
Claim/Event/Leave: 4087659

LIN000022

NoteSubject : Other
Other Subject : EMAIL TO BMI
Text: [11/05/2012 - EUBANKS, RHONDA]EMAILED EE'S MEDS DOCS TO BMI FOR PEER REVIEW

**11/05/2012 1:01 PM - CLAIM Note 95**
Claim/Event/Leave: 4087659
NoteSubject : Ref to Other
Other Subject : BMI-PEER REVIEW
Text: [11/05/2012 - EUBANKS, RHONDA]DCM IS REFERRING EE'S FILE FOR A RHEUMATOLOGY PEER REVIEW W/ PROVIDER CONTACT-------**PLEASE CONTACT DR. BELHORN (RHEUM)-PH# 919-220-5306, DR. ROBOTTOM (NEURO)-919-719-8834, DR. KALLIANOS (IM)-PH# 919-471-4484 TO DISCUSSEE'S CONDITIONS AND RESTRICTIONS AND LIMITATIONS.***------ 1. PROVIDE A DESCRIPTION OF THE CLAIMANT S IMPAIRMENTS, IF ANY, AND OUTLINE HOW ANY IMPAIRMENT TRANSLATES TO RESTRICTIONS AND LIMITATIONS. PLEASE INCLUDE THE EXPECTED DURATION FOR ANY SUPPORTED RESTRICTIONS. 2. PLEASE CLARIFY WHETHER OR NOT THE CLAIMANT HAS A CO-MORBID DIAGNOSIS THAT IS IMPACTING THE IMPAIRMENT. 3. DOES THE MEDICAL EVIDENCE SUPPORT ANY SIDE EFFECTS FROM THE PRESCRIBED MEDICATIONS? IF YES, PLEASE PROVIDE THE SUPPORTEDIMPAIRMENTS AND OUTLINE HOW ANY IMPAIRMENT AFFECTS FUNCTIONAL CAPACITY. 4. PLEASE REVIEW THE TREATMENT PLAN. PLEASE INDICATE WHETHER OR NOT IT IS CONSISTENT WITH THE CURRENT STANDARD OF CARE. IF NOT, PLEASE PROVIDE EVIDENCE BASED DOCUMENTATION TOSUPPORT YOUR OPINION.

**11/05/2012 10:11 AM - CLAIM Note 94**
Claim/Event/Leave: 4087659
NoteSubject : Other
Other Subject : INVOICE/VNDR PAYMENT
Text: [11/05/2012 - RAINES, ROSE]DCM RECEIVED INVOICE FROM SCANSTAT TECHNOLOGIES DATED 10/31/12 IN THE AMOUNT OF $10.00 FOR THE OVN RECEIVED FROM DR. BELHORN. DCM WILL REMIT PAYMENT TO TAX ID 27-0786975 288 S-MAIN ST. SUITE 600 ALPHARETTA GA 30009 INVOICE # D1D5EC3809DBE3480A9F

**11/05/2012 10:06 AM - CLAIM Note 93**
Claim/Event/Leave: 4087659
NoteSubject : Med Records Rcvd
Other Subject : BELHORN
Text: [11/05/2012 - RAINES, ROSE]DCM RECEIVED OVN DATED 11/17/12

**11/05/2012 10:04 AM - CLAIM Note 92**
Claim/Event/Leave: 4087659
NoteSubject : Other
Other Subject : FAX-DR. ROBOTTOM
Text: [11/05/2012 - EUBANKS, RHONDA]TODAY, DCM RECVD A RESPONSE F/M DR. ROBOTTOM'S OFFICE THAT NOTED THERE ARE NO RECORDS OF TX FOR THE DATES OF SERVICE REQUESTED.

**11/05/2012 10:03 AM - CLAIM Note 91**
Claim/Event/Leave: 4087659
NoteSubject : Medical Status
Other Subject : ROBOTTOM
Text: [11/05/2012 - RAINES, ROSE]DCM RECEIVED CORRESPONDENCE FROM AP THAT EE HAS NOT BEEN SEEN THERE FROM 10/5/12 TO THE PRESENT

**11/01/2012 3:12 PM - PHONE Note 59**
Claim/Event/Leave: 4087659
NoteSubject : Called EE
Other Subject : SS LETTER
Text: [11/01/2012 - EUBANKS, RHONDA]DCM CALLED EE @ (919) 620-7799 TO DISCUSS HER SS APPROVAL NOTICE. LEFT A VM ADVING HER TO R/C TO CM. PROVIDED CM'S CONTACT INFO.

**11/01/2012 3:10 PM - CLAIM Note 90**
Claim/Event/Leave: 4087659
NoteSubject : Social Security
Other Subject : APPROVAL NOTICE
Text: [11/01/2012 - EUBANKS, RHONDA]TODAY, EE FAXED OVER A COPY OF HER SS APPROVAL NOTICE DATED 10/25/2012.

**10/31/2012 2:31 PM - PHONE Note 58**
Claim/Event/Leave: 4087659
NoteSubject : Called AP
Other Subject : DR. ROBOTTOM
Text: [10/31/2012 - EUBANKS, RHONDA]DCM CALLED DR. ROBOTTOM'S OFFICE TO FIND OUT THE DATE OF EE'S LOV. DCM WAS ON HOLD FOR OVER 6 MIN. DCM D/C THE CALL

**10/31/2012 2:22 PM - PHONE Note 57**
Claim/Event/Leave: 4087659
NoteSubject : Called AP
Other Subject : DR. KALLIANOS
Text: [10/31/2012 - EUBANKS, RHONDA]DCM CALLED DR. KALLIANOS' OFFICE TO FIND OUT THE DATE OF EE'S LOV. SPOKE TO TANDRA. SHE ADVD CM THAT EE'S LOV WAS ON 3/13/2012.

**LIN000023**

**10/31/2012 2:18 PM - PHONE Note 56**
Claim/Event/Leave: 4087659
NoteSubject : Called AP
Other Subject : DR. BELHORN
Text: [10/31/2012 - EUBANKS, RHONDA]DCM CALLED DR. BELHORN'S OFFICE TO FIND OUT THE DATE OF EE'S LOV. SPOKE TO VALERIE. SHE ADVD CM THAT EE'S LOV WAS ON 9/10/2012.

**10/31/2012 11:00 AM - PHONE Note 55**
Claim/Event/Leave: 4087659
NoteSubject : EE Called
Other Subject : MED UPDATE
Text: [10/31/2012 - EUBANKS, RHONDA]EE R/C TO CM. ADVD HER CM WAS CALLING TO OBTAIN HER UPDATED INFO. EE STATED HER INSURANCE WILL NOT BE AGAIN UNTIL 5/2013. ADVD EE THAT CM WILL NEED TO SEE HER DRS. AGAIN BEFORE THEN. EE STATED SHE WILL CALL TO SET UPAPPTS. ADVD EE THAT CM REQ. HER UPDATED MEDS F/M DR. ROBOTTOM, DR. BELHORN, AND DR. KALLIANOS. ADVD HER THAT CM ALSO REQ. HER MEDS F/M DR. ALMEKINDERS, BUT AP INDICATED SHE IS NO LONGER UNDER HIS CARE. EE STATED SHE HAS NOT SEEN HIM D/T LACK OF INSURANCE. EE STATED IN HER APPEAL LETTER SHE PROVIDED ALL OF HER UPDATED MEDICAL INFO. SO DR. ROBOTTOM, DR. BELHORN, AND DR. KALLIANOS WOULD NOT HAVE ANY UPDATED MEDS TO PROVIDE TO CM. ADVD HER THAT CM WILL BE REFERRING HER FILE FOR A MEDICAL REVIEW TO DETERMINE ONGOING IMPAIRMENT AND THAT WILL INCLUDE CONTACT W/ HER TREATING PROVIDERS. DCM CONFIRMED DR. ROBOTTOM, DR. BELHORN, AND DR. KALLIANOS ARE THE PROVIDERS TO CONTACT REGARDING HER CX AND R/LS. EE STATED SHE WILL BE FAXING HER SSDB AWARD LETTER TO CM. PROVIDED EE W/ CM'S CONTACT INFO. ADVD EE ONCE THE MEDICAL REVIEW IS COMPLETED, CM WILL CONTACT HER W/ UPDATED CLM STATUS. EE UNDERSTOOD AND THANKED CM.

**10/30/2012 2:23 PM - PHONE Note 54**
Claim/Event/Leave: 4087659
NoteSubject : Called EE
Other Subject : MED UPDATE
Text: [10/30/2012 - EUBANKS, RHONDA]DCM CALLED EE @ (919) 620-7799 TO OBTAIN A MED UPDATE. LEFT A VM ADVING HER TO R/C TO CM. PROVIDED CM'S CONTACT INFO.

**10/29/2012 5:36 PM - CLAIM Note 89**
Claim/Event/Leave: 4087659
NoteSubject : Action Plan
Other Subject : RTW OO NOV 2012
Text: [10/29/2012 - EUBANKS, RHONDA]EE IS A 52 YOF DENTAL ANALYST (SEDENTARY OCC). LDW: 1/28/2011. DOD: 1/31/2011. LTD BBD 7/30/2011. EE ELIGIBLE FOR 60% OF HER BME. POLICY DOES HAVE VOC REHAB INCENTIVE. EE INITIALLY WENT OOW DUE TO BICEP TENDINITIS WHICH LED TO ROTATOR CUFF REPAIR ON 5/27/11. IN AUGUST AND DECEMBER 2011 EE HAD A BUNIONECTOMY PERFORMED. SINCE THE BUNIONECTOMY EE HAS BEEN RELEASED BY HER PODIETRIST TO PERFORM LIGHT DUTY WORK. EE HAS ALSO F/U WITH HER PCP AND RHUEMOTOLOGIST. CLMWAS DENIED FOR ONGOING BENEFITS. DCM HAS REOPENED CLM AND EXT. BENEFITS UNDER ROR WHILE DCM OBTAINS ALL OF EE'S MEDICAL RECORDS FOR A CLINICAL REVIEW TO DETERMINE IF ONGOING IMPAIRMENT IS SUPPORTED. DCM UPDATED EE'S DX CODES AS MEDICAL ON FILE INDICATES THAT EE'S DXS ARE OA, EHLERS-DANLOS SYNDROME, AND NEUROPTHY. SS-AWARDED. CID 7/29/2013. ACTION PLAN: GOAL-RTW OO 11/2012. STEPS: 1. DCM HAS REQ. EE'S UPDATED MEDS F/M DR. ROBOTTOM, DR. BELHORN, AND DR. KALLIANOS. 2. IF NOT RECVD, BY 11/28/2012, DCM TO SUSPEND EE'S BENEFITS. 3. HOWEVER, WHEN RECVD, DCM WILL REFER FOR A CLINICAL REVIEW TO INCLUDE PROVIDER CONTACT. 4. DCM TO UTILIZE VOC AS NEEDED. 5. DCM TO OBTAIN A COPY OF SS AWARD LETTER.

**10/29/2012 5:35 PM - PHONE Note 53**
Claim/Event/Leave: 4087659
NoteSubject : Called EE
Other Subject :
Text: [10/29/2012 - ENGBRETSON, JENNA]INFORMED EE THAT HER CLAIM HAS BEEN REOPENED AND APPROVED UNDER ROR WHILE WE COMPLETE OUR ONGOING INVESTIGATION AND GET ADDITIONAL INFORMATION AND REVIEWS. EXPLAINED WE ARE DOING THIS VS. SENDING TO THE ARU AT THIS TIME. EXPLAINED THAT NEW DCM HAS BEEN ASSIGNED TO HER CLAIM AND PROVIDED HER WITH DCM CONTACT INFO. EXPLAINED DCM WILL BE IN CONTACT TO ENSURE SHE HAS ALL THE UPDATED MEDICAL INFORMATION NECESSARY TO HAVE FILE REVIEWED. EE SAID SHE UNDERSTOOD. EE ALSO STATED THAT SHE JUST REC'D NOTICE THAT HER SSDI HAS BEEN AWARDED. EE STATED SHE DOES NOT HAVE THE LETTER WHICH INDICATES THE EFF DATE OR MONETARY AMOUNT BUT JUST THAT SHE HAS BEEN AWARDED AND PAYMENT INFORMATION IS FORTHCOMING. EXPLAINED TO EE THAT SS IS OFFSET TO BENEFITS AND LIKLEY A RETRO BENEFIT WILL BE ISSUED AND ADVISED EE NOT TO SPEND AS MUCH OF THIS WILL BE OWED BACK TO LM. EE UNDERSTOOD AND ALSO EXPLAINED THAT SHE WILL SEND LETTER UPON RECEIPT. ASKED EE IF SHE HAD ANY ADDITIONAL QUESTIONS AT THIS TIME AND EE SAID NO

**10/29/2012 4:49 PM - CLAIM Note 88**
Claim/Event/Leave: 4087659
NoteSubject : LTR to EE
Other Subject :
Text: [10/29/2012 - EUBANKS, RHONDA]MAILED EE UPDATED LTD FORMS TO COMPLETE, DUE BY 11/12/2012.

**10/29/2012 4:46 PM - CLAIM Note 87**
Claim/Event/Leave: 4087659
NoteSubject : LTR to EE
Other Subject :
Text: [10/29/2012 - EUBANKS, RHONDA]MAILED EE N/R LETTER REGARDING HER UPDATED MEDS F/M DR. ROBOTTOM, DR.

LIN000024

Text: [10/29/2012 - EUBANKS, RHONDA]MAILED EE N/P LETTER REGARDING HER UPDATED MEDS F/M DR. ROBOTTOM, DR. BELHORN, AND DR. KALLIANOS, 30 DAYS=11/28/2012.

**10/29/2012 3:50 PM - CLAIM Note 86**
Claim/Event/Leave: 4087659
NoteSubject : Other
Other Subject : MNGR REVIEW
Text: [10/29/2012 - ENGBRETSON, JENNA]EE RETURNED CALL AND LVM ASKING FOR RC AT 11:10AM. I RC TO EE AT 3:47PM AND NO ANSWER. LVM ASKING FOR RC TO DISCUSS RE-OPENING OF HER CLAIM, NEW DCM AND CURRENT STATUS

**10/28/2012 9:43 AM - CLAIM Note 85**
Claim/Event/Leave: 4087659
NoteSubject : Medical Status
Other Subject : ALMEKINDERS
Text: [10/28/2012 - RAINES, ROSE]PER AP EE IS NOT UNDER HIS CARE AND THEY HAV ENO RECORDS AVAILABLE

**10/27/2012 3:07 AM - CLAIM Note 84**
Claim/Event/Leave: 4087659
NoteSubject : Ref to Other
Other Subject : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND PAYMENT ADJUSTMENT AND A REASON OF CHANGE BENEFIT END DATE OR SUSPEND BENEFITS HAS BEEN RECEIVED AND ASSIGNED TO HENRY WAHL.

**10/27/2012 3:07 AM - CLAIM Note 83**
Claim/Event/Leave: 4087659
NoteSubject : Ref to Other
Other Subject : PMT SVC
Text: FOR CHANGE BENEFIT END DATE OR SUSPEND BENEFITS. BEN END:7/29/2013

**10/26/2012 4:06 PM - PHONE Note 52**
Claim/Event/Leave: 4087659
NoteSubject : Called EE
Other Subject :
Text: [10/26/2012 - ENGBRETSON, JENNA]CALLED EE TO ADVISE OF RE-OPEN OF CLAIM UNDER ROR, HOWEVER, NO ANSWER. LVM ASKING EE TO RC

**10/26/2012 12:48 PM - CLAIM Note 82**
Claim/Event/Leave: 4087659
NoteSubject : LTR to AP
Other Subject : ROBOTTON
Text: [10/26/2012 - RAINES, ROSE]DCM SENT MED REQ TO AP FOR RECORDS FROM 10/5 TO THE PRESENT

**10/26/2012 12:47 PM - CLAIM Note 81**
Claim/Event/Leave: 4087659
NoteSubject : LTR to AP
Other Subject : BELHORN
Text: [10/26/2012 - RAINES, ROSE]DCM SENT MED REQ TO AP FOR RECORDS FROM 9/11 TO THE PRESENT

**10/26/2012 12:47 PM - CLAIM Note 80**
Claim/Event/Leave: 4087659
NoteSubject : LTR to AP
Other Subject : KALLIANOS
Text: [10/26/2012 - RAINES, ROSE]DCMS ENT MED REQ TO AP FORR ECORDSD FROM 4/1/12 TO THE PRESENT[10/26/2012 - RAINES, ROSE]YOUR FAX HAS BEEN SUCCESSFULLY SENT TO DR. JOHN KALLIANOS AT 19194776131. RE: CLAIM: 4087659 - PIFER - FAX: (919) 477-6131 ----------------------------------------------------------- FROM: ROSE.RAINES@LIBERTYMUTUAL.COM ------------- ----------------------------------------------- TIME: 10/26/2012 1:07:41 PM SENT TO 19194776131 WITH REMOTE ID 9194776131 RESULT: (0/339;0/0) SUCCESSFUL SEND PAGE RECORD: 1 - 6 ELAPSED TIME: 01:13 ON CHANNEL 25

**10/26/2012 12:47 PM - CLAIM Note 79**
Claim/Event/Leave: 4087659
NoteSubject : LTR to AP
Other Subject : ALMEKINDERS
Text: [10/26/2012 - RAINES, ROSE]DCM SENT MED REQ TO AP FOR RECORDS FROM 5/2/12 TO THE PRESENT[10/26/2012 - RAINES, ROSE]YOUR FAX HAS BEEN SUCCESSFULLY SENT TO DR. LOUIS ALMEKINDERS AT 19194771929. RE: CLAIM: 4087659 - PIFER - FAX: (919) 477-1929 ----------------------------------------------------------- FROM: ROSE.RAINES@LIBERTYMUTUAL.COM ----------------------------------------------------------- TIME: 10/26/2012 12:52:55 PM SENT TO 19194771929 WITH REMOTE ID 919 477 1929 RESULT: (0/339;0/0) SUCCESSFUL SEND PAGE RECORD: 1 - 6 ELAPSED TIME: 02:25 ON CHANNEL 35

**10/26/2012 12:09 PM - CLAIM Note 78**
Claim/Event/Leave: 4087659
NoteSubject : Ref to Other
Other Subject : PAYMENT SERVICES
Text: [10/26/2012 - WAHL, HENRY]REFERRAL RECEIVED AND SCHEDULED PAYMENT HAS BEEN REINSTATED FROM 4/20/2012 THROUGH 7/29/2013 AS REQUESTED BY DCM. ABOVE LIMIT. SENT TO PS MGR FOR AUTHORIZATION.

LIN000025

**10/26/2012 10:56 AM - CLAIM Note 77**
Claim/Event/Leave: 4087659
NoteSubject : DOI/PST
Other Subject : DOI/PST CLOSED
Text: [10/26/2012 - MCKENZIE, KAREN] 4087659 - PST - 0 COMPLETE 4087659 - PST - 1 COMPLETE

**10/26/2012 10:56 AM - CLAIM Note 76**
Claim/Event/Leave: 4087659
NoteSubject : DOI/PST
Other Subject : DOI/PST OPEN
Text: [10/26/2012 - MCKENZIE, KAREN] DOI/PST 1 RECEIVED. PLEASE DIRECT ANY FURTHER INQUIRY ON THIS CLAIM TO THE DOI/PST CONSULTANT.

**10/26/2012 9:57 AM - CLAIM Note 75**
Claim/Event/Leave: 4087659
NoteSubject : Other
Other Subject : MNGR REVIEW
Text: [10/26/2012 - ENGBRETSON, JENNA]CLAIM REASSIGNED TO B EUBANKS

**10/26/2012 9:27 AM - CLAIM Note 74**
Claim/Event/Leave: 4087659
NoteSubject : Other
Other Subject : MNGR REVIEW
Text: [10/26/2012 - ENGBRETSON, JENNA]AT THIS TIME, DO NOT AGREE WITH REFERRAL TO ARU. SUGGEST RE-OPEN CLAIM AND APPROVE UNDER ROR WHILE ADDITIONAL INVESTIGATION IS PERFORMED. RECOMMEND DCM OBTAIN ALL UPDATED MEDICAL INFORMATION AND THEN REFER FOR ADDITIONAL CLINICAL REVIEW TO ASSESS THE EE CURRENT FUNCTIONAL CAPACITY.

**10/23/2012 3:43 PM - CLAIM Note 73**
Claim/Event/Leave: 4087659
NoteSubject : Ref to Appeals
Other Subject : MANAGER REVIEW
Text: [10/23/2012 - RAINES, ROSE]51 Y/O DENTAL ANALYST (SEDENTARY OCC) EE INITIALLY WENT OOW DUE TO BICEP TENDINITIS WHICH LED TO ROTATOR CUFF REPAIR ON 5/27/11. IN AUGUST AND DECEMBER 2011 EE HAD A BUNIONECTOMY PERFORMED. SINCE THE BUNIONECTOMY EE HAS BEEN RELEASED BY HER PODIETRIST TO PERFORM LIGHT DUTY WORK. EE HAS ALSO F/U WITH HER PCP AND RHUEMOTOLOGIST. PCP, DR. KALLIANOS CONFIRMED IN THE COMPLETED RESTRICTIONS FORM DATED 4/15/12 THAT EE COULD PERFORM SEDENTARY DUTIES ON A FULL TIME BASIS. EE'S RHUEMATOLOGIST, DR. BELHORN INDICATED THAT EE CAN ALSO PERFORM SEDENTARY DUTIES ON A FULL TIME BASIS. RESTRICTIONS INLCUDE NO PROLONGED SITTING, STANDING OR REPETITIVE ACTIVITY. RESTRICTIONS FORM COMPLETED BY DR. JOHNSON INDICATED EE MAY PERFORM LIGHT DUTY WORK ON A FULL TIME BASIS. OA PERFORMED CONFIRMED OCCUPATION IS SEDENTARY. WITH EE'S SEDENTARY OCCUPATION AND FULL TIME ABILITY TO PERFORM WORK ON A SEDENTARY BASIS, WE NO LONGER HAVE SUPPORTING DOCUMENTATION OF TD OO. DCM RECEIVED APPEAL REQ FROM EE DATED 10/10/12. FOLLOWING THE 10 PAGE APPEAL LTR DCM RECEIVED THE FOLLOWING DOCUMENTATION: COPY OF LTD DENIAL LTR, REST FORM COMPLETED BY KALLIANOS 4/15/12, REST FORM FROM BELHORN 3/21/12, APPLICATION FOR EXTENDED INSURANCE BENEFITS DATED 5/29/12, LTR FROM DR. KALLIANOS DATED 10/10/12, LTR FROM DR. BELHORN DATED 9/10/12, 3/13/12 OVN WITH KALLIANOS, DOCUMENTATION ON THE DX OF EDS, STD DENIAL LTR, STD APPEAL REQ, 4/30/12 NEUROLOGY VISIT AND EMG WITH DR. ROBOTTOM AND 9/10/12 OVN FROM DR. BELHORN. DCM RECEVED 5/1/12 OVN WITH AP ALMEKINDERS ALTHOUGH UPDATEDM EDICAL HAS BEEN RECEIVED IT IS LIKELY THAT THIS WILL NEED A CP REVIEW WHCIH IS WHY DCM RECOMMEND REFERRAL TO ARU.

**10/23/2012 3:40 PM - CLAIM Note 72**
Claim/Event/Leave: 4087659
NoteSubject : Med Records Rcvd
Other Subject : ALMEKINDERS
Text: [10/23/2012 - RAINES, ROSE]DCM RECEVED 5/1/12 OVN WITH AP ALMEKINDERS

**10/23/2012 3:40 PM - CLAIM Note 71**
Claim/Event/Leave: 4087659
NoteSubject : Appeal
Other Subject : REQ W/ ADDTL MEDS
Text: [10/23/2012 - RAINES, ROSE]DCM RECEIVED APPEAL REQ FROM EE DATED 10/10/12. FOLLOWING THE 10 PAGE APPEAL LTR DCM RECEIVED THE FOLLOWING DOCUMENTATION: COPY OF LTD DENIAL LTR, REST FORM COMPLETED BY KALLIANOS 4/15/12, REST FORM FROM BELHORN 3/21/12, APPLICATION FOR EXTENDED INSURANCE BENEFITS DATED 5/29/12, LTR FROM DR. KALLIANOS DATED 10/10/12, LTR FROM DR. BELHORN DATED 9/10/12, 3/13/12 OVN WITH KALLIANOS, DOCUMENTATION ON THE DX OF EDS, STD DENIAL LTR, STD APPEAL REQ, 4/30/12 NEUROLOGY VISIT AND EMG WITH DR. ROBOTTOM AND 9/10/12 OVN FROM DR. BELHORN.

**06/15/2012 11:08 AM - CLAIM Note 70**
Claim/Event/Leave: 4087659
NoteSubject : LTR to EE
Other Subject : REQ FOR ALL MEDS
Text: [06/15/2012 - RAINES, ROSE]DCM RECEIVED A REQ FROM EE ASKING FOR ALL HER MEDICAL RECORDS TO BE SENT TO HER. DCM PRINTED ALL MEDICAL RECORDS FROM THE FILE AND MAILED TO EE'S ATTN.

LIN000026

**05/02/2012 8:37 AM - CLAIM Note 69**
Claim/Event/Leave: 4087659
NoteSubject : Social Security
Other Subject : PENDING
Text: [05/02/2012 - RAINES, ROSE]UPDATES FORM THE BASSET LAW FIRM CONFIRM SSDI WAS INITIALLY FILED ON 4/5/12.

**04/27/2012 1:23 PM - PHONE Note 51**
Claim/Event/Leave: 4087659
NoteSubject : EE Called
Other Subject :
Text: [04/27/2012 - ENGBRETSON, JENNA]EE CALLED AND LVM ON 4-23, HOWEVER M1 WAS OUT OF OFFICE UNTIL 4/27. EE FIRST MESSAGE ON 4/23 INDICATED EE FEELS WE DID NO HAVE ALL INFORMATION IN FILE SINCE SHE HAD A BRAIN MRI WHCIH SHOWED ABNORMALITIES. SHE INDICATED THAT HER ENTIRE DIAGNOSIS WAS NOT TAKEN INTO CONSIDERATION AND WOULD LIKE A RC. EE VM ON 4/27 ASKED FOR A RC IN REGARDS TO THE RESTRICTIONS FORMS THAT DCM FAXED TO HER AS SHE HAD QUESTIONS. EE SAID SHE HAS ALREADY CONTACTED BCBS ABOUT HER DENIALAND WILL ALSO CALL INSURANCE COMMISSIONER SINCE SHE KNOWS HOW TO DO THIS. RC TO EE. EE ASKED WHAT NUMBER 5 MEANT ON REST FORM AS IT INDICATES PERMANANT DISABILITY. INDICATED THAT PER THIS FORM, SHE CAN PERFORM SED WORK. PERM DISABILITY CAN BE BASED OFF PHYSICAL DEMANDS AND SINCE HER AP INDICATED SHE WOULD DO SEDENTARY, SHE WOULD BE PERM DISABLED FROM PERFORMING LIGHT THROUGH VERY HEAVY DEMANDS. I ASKED EE IF SHE HAD ANY OTHER QUESTIONS AND SHE SAID SHE DOES BUT IS GETTING HER APPEAL READY.NO FURTHER QUESTIONS

**04/26/2012 8:38 AM - OVERPMT Note 1**
Claim/Event/Leave: 4087659
NoteSubject : OP/SS
Other Subject : SS PENDING
Text: [04/26/2012 - ZAHN, DAWN]SS PENDING REFERRAL CLOSED OUT. FILE CURRENTLY WITH VENDOR. IF AWARDED WILL RE-OPEN REFERRAL AND CALC OVP.

**04/25/2012 4:25 PM - CLAIM Note 68**
Claim/Event/Leave: 4087659
NoteSubject : LTR to EE
Other Subject : APS TO EE
Text: [04/25/2012 - RAINES, ROSE]DCM MANUALLY FAXED APS WITH COVER LTR TO EE. SEE DOC LIST FOR CORRESPONDENCE

**04/25/2012 4:21 PM - PHONE Note 50**
Claim/Event/Leave: 4087659
NoteSubject : EE Called
Other Subject : FAX APS
Text: [04/25/2012 - RAINES, ROSE]EE CALLED DCM AND LVMM FOR DCM TO FAX A COPY OF THE APS TO HER HUSBANDS FAX AT 919-477-0377. DCM WILL FAX INFO PER EE'S REQ.

**04/25/2012 3:06 AM - CLAIM Note 67**
Claim/Event/Leave: 4087659
NoteSubject : OP/SS
Other Subject : SCORE REFERRAL
Text: 4/24/2012 - REFERRED TO OP UNIT FOR FINANCIAL AND COLLECTION SERVICES.

**04/24/2012 8:19 AM - CLAIM Note 66**
Claim/Event/Leave: 4087659
NoteSubject : Other
Other Subject : OP UNIT REFERRAL
Text: [04/24/2012 - RAINES, ROSE]DCM REFERRED FILE TO THE OP UNIT TO TRACK A POTENTIAL OP SHOULD EE BE AWARDED SSDI

**04/24/2012 8:14 AM - PHONE Note 49**
Claim/Event/Leave: 4087659
NoteSubject : EE Called
Other Subject : LVMM 4/23
Text: [04/24/2012 - RAINES, ROSE]DCM RECEIVED VMM FROM EE (919-597-8606) AT 5:23PM. EE INDICATED THAT SHE RECEIVED THE DENIAL LETTER AND WAS UPSET THAT THE LETTER HAD NC CAPITALIZED. SHE STATED SHE WIL BLOW THE LETTER TO THE WIND BECUASE SHE HAS BEEN TRAINED VERY WELL TO DO IT. SHE WAS UPSET THAT THE GRAMMER IN THE WORD SINCERELY WAS WRONG. SHE INDICATED SHE WIL GIVE THE 4 PAGE PIECE OF SH** TO A LAWYER. SHE CALLED DCM A STIPID B*** AND A C**. SHE USED A BIT MORE FOUL LANGUAGE TO REPEAT HERSELFAND THEN DISCONNECTED THE CALL FROM THE VM.

**04/23/2012 2:17 PM - PHONE Note 48**
Claim/Event/Leave: 4087659
NoteSubject : EE Called
Other Subject :
Text: [04/23/2012 - RAINES, ROSE]EE CALLED DCM BACK TO DISCUS SHER CLM. DCM ASKED EE WHAT SHE COULD ASSIST HER WITH. EE ASKED DCM IF SHE WAS HAPPY THAT SHE TURNED EE INTO THE TYPE OF PERSON WHO PISSES IN HER PANTS AND CANT EVEN FIND THE NUMBER OF THE DOCTOR SHE WAS SUPPOSED TO SEE TODAY. DCM APOLOGIZED TO EE FOR ANY ISSUES THAT SHE WAS HAVING AND INFORMED EE THAT IT WAS NTO HER INTENTION FOR EE TO HAVE

LIN000027

EE FOR ANY ISSUES THAT SHE WAS HAVING AND INFORMED EE THAT IT WAS NTO HER INTENTION FOR EE TO HAVE THESE SIDE EFFECTS. DCM INFORMED EE THAT SHE WAS MANAGING HER LTD AND IN NO WAY WANTERD HER TO HAVE THE ISSUES SHE WAS EXPLAINING. EECONTINUED TO SAY REALLY? REALLY? SHE THEN STARTED SCREAMING THAT SHE IS A PERSON WHO PISSES IN HER PANTS AND CANNOT FIND INFORMATION FOR HER DOTOR. SHE THEN DISCONNECTED THE CALL.

**04/23/2012 10:05 AM - PHONE Note 47**
Claim/Event/Leave: 4087659
NoteSubject : EE Called
Other Subject : MNGR INFO
Text: [04/23/2012 - RAINES, ROSE]EE CALLED DCM TO OBTAIN HER MANAGERS INFORMATION. DCM PROVIDED, BUT BEFORE DCM COULD EXPLAIN THAT SHE WILL BE OUT OF THE OFFICE, EE HUNG UP

**04/23/2012 9:46 AM - PHONE Note 46**
Claim/Event/Leave: 4087659
NoteSubject : EE Called
Other Subject : DENIED
Text: [04/23/2012 - RAINES, ROSE]EE CALLED DCM BACK. DCM DISCUSSED THE CLM DETERMINATION AND HOW THE DECISION WAS MADE. EE THEN SAID YOU CAN KISS MY A** B***. SHE THEN STATED I HAVE ANOTHER OTHOPAEDIC DOCTOR WHO HAD A MRI PERFORMED WHICH HAS DEFINITIVEINDICATIONS....SHE THEN STATED SHE DID NTO WANT TO TALK TO ME AND HUNG UP THE PHONE. EE THEN IMMEDIATELY CALLED BACK AND STATED I SURE AM GOING TO HAVE A HARD TIME TYPIG WITH NUMB HANDS. DCM WENT TO FURTHER EXPPLAIN THE DETERMINATION AS EE GOT QUIET. DCM WAITED FOR A RESPONSE FORM EE AND THERE WAS SILENCE ON THE OTHER END. WITH NO RESPONSE DCM ENDED THE CALL.

**04/19/2012 4:56 PM - CLAIM Note 65**
Claim/Event/Leave: 4087659
NoteSubject : LTR to ER
Other Subject : NOTICE OF DENIAL
Text: [04/19/2012 - RAINES, ROSE]DCM E-MAILED ER NOTICE OF CML CLOSURE FOR NTD OO

**04/19/2012 4:51 PM - PHONE Note 45**
Claim/Event/Leave: 4087659
NoteSubject : Called EE
Other Subject : DENIED OO
Text: [04/19/2012 - RAINES, ROSE]DCM CALLED EE TO NOTIFY OF NTD OO. DCM LVMM FOR EE TO R/C TO DISCUSS THE STATUS OF HER CLM.

**04/19/2012 4:50 PM - CLAIM Note 64**
Claim/Event/Leave: 4087659
NoteSubject : LTR to EE
Other Subject : DENIAL
Text: [04/19/2012 - RAINES, ROSE]DCM MAILED EE DENIAL LTR TO NOTIFY OF CLM CLOSURE

**04/19/2012 12:17 PM - CLAIM Note 63**
Claim/Event/Leave: 4087659
NoteSubject : Other
Other Subject : MGR REVIEW
Text: [04/19/2012 - HOTCHNER, JAMES]AGREE W/ ONGOING DENIAL RATIONALE

**04/19/2012 9:08 AM - CLAIM Note 62**
Claim/Event/Leave: 4087659
NoteSubject : Closed
Other Subject : MNGR REVIEW/NTD OO
Text: [04/19/2012 - RAINES, ROSE]51 Y/O DENTAL ANALYST (SEDENTARY OCC) EE INITIALLY WENT OOW DUE TO BICEP TENDINITIS WHICH LED TO ROTATOR CUFF REPAIR ON 5/27/11. IN AUGUST AND DECEMBER 2011 EE HAD A BUNIONECTOMY PERFORMED. SINCE THE BUNIONECTOMY EE HAS BEEN RELEASED BY HER PODIETRIST TO PERFORM LIGHT DUTY WORK. EE HAS ALSO F/U WITH HER PCP AND RHUEMOTOLOGIST. PCP, DR. KALLIANOS CONFIRMED IN THE COMPLETED RESTRICTIONS FORM DATED 4/15/12 THAT EE COULD PERFORM SEDENTARY DUTIES ON A FULL TIME BASIS. EE'S RHUEMATOLOGIST, DR. BELHORN INDICATED THAT EE CAN ALSO PERFORM SEDENTARY DUTIES ON A FULL TIME BASIS. RESTRICTIONS INLCUDE NO PROLONGED SITTING, STANDING OR REPETITIVE ACTIVITY. RESTRICTIONS FORM COMPLETED BY DR. JOHNSON INDICATED EE MAY PERFORM LIGHT DUTY WORK ON A FULL TIME BASIS. OA PERFORMED CONFIRMED OCCUPATION IS SEDENTARY. WITH EE'S SEDENTARY OCCUPATION AND FULL TIME ABILITY TO PERFORM WORK ON A SEDENTARY BASIS, WE NO LONGER HAVE SUPPORTING DOCUMENTATION OF TD OO. DCM RECCOMENDSA DENIAL FOR NTD OO. DCM WILL NOTIFY EE AND ER UPON MNGR REVIEW

**04/19/2012 8:41 AM - CLAIM Note 61**
Claim/Event/Leave: 4087659
NoteSubject : Other
Other Subject : INVOICE/VNDR PAYMENT
Text: [04/19/2012 - RAINES, ROSE]DCM RECEIVED INVOICE FOR RECORDS FORM DR. BELHORN DATED 4/4/12. NO INVOICE NUMBER. TAX ID 56-1079264. DCM WILL REMIT PAYMENT TO TRIANGLE ORTHOPAEDICS ASSOCIATES 4004 BEN FRANKLIN BLVD DURHAM NC 27704 IN THE AMOUNT OF $50FOR THE COMPLETION OF REST FORM AND OVNS

**04/19/2012 8:36 AM - CLAIM Note 60**

LIN000028

Claim/Event/Leave: 4087659
NoteSubject : Other
Other Subject : INVOICE/VNDR PAYMENT
Text: [04/19/2012 - RAINES, ROSE]DCM RECEIVED INVOICE FROM TRIANGLE COMMUNITY PHYSICIANS, PA 4309 MEDICAL PARK DRIVE SUITE 200 DURHAM NC 27704. TAX ID 56-1698415. DATE 4/17/12. PATIENT NUMBER 11689E. DCM WILL REMIT PAYMENT OF $10.00 FOR MEDS AND REST FORM RECEIVED.

**04/19/2012 8:34 AM - CLAIM Note 59**
Claim/Event/Leave: 4087659
NoteSubject : Med Records Rcvd
Other Subject : KALLIANOS
Text: [04/19/2012 - RAINES, ROSE]DCM RECEIVED THE FOLLOWING EMDICAL RECORDS FORM DR. KALLIANOS OFFICE. 1/28/10 OVN, 12/22/10 OVN, 3/13/12 OVN, MRI BRAIN 3/22/12, 3/13/12 LABS, AND REST FORM. REST FORM INDICATES LOV ON 3/12/12 AND NO NOV SCHEDUKED. THIS WAS COMPLETED ON 4/15/12.

**04/09/2012 9:02 AM - PHONE Note 44**
Claim/Event/Leave: 4087659
NoteSubject : Called AP
Other Subject : CALLIANOS
Text: [04/09/2012 - RAINES, ROSE]DCM CALLED AP AND LVMM FOR SYLVIA TO R/C WITH STATUS OF MED REQ AND T CONFIRM IT WAS RECEIVED.

**04/05/2012 2:03 PM - CLAIM Note 58**
Claim/Event/Leave: 4087659
NoteSubject : Med Records Rcvd
Other Subject : BELHORN
Text: [04/05/2012 - RAINES, ROSE]DCM RECEIVED REST FORM WHICH CONFIRMS EE HAS SEDENTARY CAPACITY. 3/26/12, 7/14/11, AND 4/13/11 OVN RECEIVED. INVOICE ALSO RECEIVED FOR $50.

**03/29/2012 10:18 AM - CLAIM Note 57**
Claim/Event/Leave: 4087659
NoteSubject : LTR to AP
Other Subject : BELHORN
Text: [03/29/2012 - RAINES, ROSE]DCM SENT MED REQ TO AP FOR RECORDS FROM 4/1/11 TO THE PRESENT AND A COMPLETED REST FORM[03/29/2012 - RAINES, ROSE]YOUR FAX HAS BEEN SUCCESSFULLY SENT TO DR. LINDA BELHORN AT 19192202627. RE: CLAIM: 4087659 - PIFER - FAX: (919) 220-2627 --------------------------------------------------------- FROM: ROSE.RAINES@LIBERTYMUTUAL.COM --------------------------------------------------------- TIME: 3/29/2012 10:38:24 AM SENT TO 19192202627 WITH REMOTE ID 9192202627RESULT: (0/339;0/0) SUCCESSFUL SEND PAGE RECORD: 1 - 8 ELAPSED TIME: 01:42 ON CHANNEL 1

**03/29/2012 9:57 AM - PHONE Note 43**
Claim/Event/Leave: 4087659
NoteSubject : Called AP
Other Subject : BELHORN
Text: [03/29/2012 - RAINES, ROSE]DCM CALLED AP AND SPOKE TO RECEPTIONIST WHO CONFIRMED LOV WAS 3/26/12 ZAND NOV IS ON 9/10/12. DCM THANKED AND CALL WAS ENDED.

**03/29/2012 9:48 AM - PHONE Note 42**
Claim/Event/Leave: 4087659
NoteSubject : Called AP
Other Subject : CALLIANOS
Text: [03/29/2012 - RAINES, ROSE]DCM CALLED AP AND SPOKE TO MIRANDA WHO TRANSFERRED DCM TO MEDICAL RECORDS. DCM THEN SPOKE TO SYLVIA WHO ADVISED THE RECORDS REQ IS NOT IN FILE, BUT TEH FAX IS CORRECT. SHE ASKED DCM TO REFAX TO HER ATTN AND SHE WILL TAKETO AP HERSELF. DCM THANKED AND CALL WAS ENDED [04/09/2012 - RAINES, ROSE]YOUR FAX HAS BEEN SUCCESSFULLY SENT TO JOHN CALLIANOS AT 19194776131. RE: CLAIM: 4087659 - PIFER - FAX: (919) 477-6131 --------------------------------------------------------- FROM: ROSE.RAINES@LIBERTYMUTUAL.COM --------------------------------------------------------- TIME: 3/29/2012 10:08:17 AM SENT TO 19194776131 WITH REMOTE ID RESULT: (3/325;0/0) REMOTE END WAS RINGING BUT DID NOT ANSWER PAGE RECORD: NONESENT ELAPSED TIME: 01:13 ON CHANNEL 29 --------------------------------------------------------- TIME: 3/29/2012 10:18:07 AM SENT TO 19194776131 WITH REMOTE ID RESULT: (0/339;0/0) SUCCESSFUL SEND PAGE RECORD: 1 - 7 ELAPSED TIME: 01:14 ONCHANNEL 40

**03/29/2012 9:42 AM - CLAIM Note 56**
Claim/Event/Leave: 4087659
NoteSubject : Med Records Rcvd
Other Subject : JOHNSON
Text: [03/29/2012 - RAINES, ROSE]DCM RECEIVED REST FORM WHICH INDICATES EE HAS LIGHT DUTY CAPACITY AND WAS LAST TREATED ON 3/20. 2/7/12 AND 3/20/12 OVNS RECEIVED.

**03/23/2012 3:07 AM - CLAIM Note 55**
Claim/Event/Leave: 4087659
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 3/22/2012 - REFERRED TO PAYMENT SPECIALIST FOR PAYMENT ADJUSTMENT.

LIN000029

**03/22/2012 3:01 PM - CLAIM Note 54**
Claim/Event/Leave: 4087659
NoteSubject : Ref to Other
Other Subject : PAYMENT SERVICES
Text: [03/22/2012 - WAHL, HENRY]REFERRAL RECEIVED AND SCHEDULED PAYMENT END DATE HAS BEEN CHANGED TO 07/29/2013 AS REQUESTED BY DCM

**03/22/2012 12:40 PM - PHONE Note 41**
Claim/Event/Leave: 4087659
NoteSubject : AP Called
Other Subject : DR PATEL
Text: [03/22/2012 - ARRINGTON, JUNE]REC'D CALL FROM DR PATEL ON BEHALF OF DR JOHNSON REGARDING OP NOTE. CONFIRMED WITH MD THAT WE ARE IN RECEIPT OF THAT RECORD. MD REQUESTED CALL BE PLACED TO CLMT CONFIRMING OUR RECEIPT. ADVISED WE WILL HAVE THE DCM CAONTACT THE CLAIMANT APPROPRIATELY[03/22/2012 - ARRINGTON, JUNE].

**03/22/2012 12:22 PM - CLAIM Note 53**
Claim/Event/Leave: 4087659
NoteSubject : LTR to AP
Other Subject : JOHNSON
Text: [03/22/2012 - RAINES, ROSE]DCM SENT MED REQ TO AP FOR 3/20 OVN AND UPDATED REST FORM

**03/22/2012 12:21 PM - CLAIM Note 52**
Claim/Event/Leave: 4087659
NoteSubject : Other
Other Subject : BENEFITS
Text: [03/22/2012 - RAINES, ROSE]DCM SCORE FOR BENEFITS TO BE REINSTATED

**03/22/2012 12:12 PM - PHONE Note 40**
Claim/Event/Leave: 4087659
NoteSubject : Called AP
Other Subject : BELHORN
Text: [03/22/2012 - RAINES, ROSE]DCM CALLED AP TO CONFIRM WHEN NOV IS TO REQ UPDATED MEDICAL RECORDS. THE OFFICE WAS CLOSED FOR LUNCH AND NO VM TO LEAVE MESSAGE.

**03/22/2012 12:11 PM - PHONE Note 39**
Claim/Event/Leave: 4087659
NoteSubject : EE Called
Other Subject : FAX POLICY
Text: [03/22/2012 - RAINES, ROSE]EE CALLED DCM AND LVMM TO REQUEST DCM TO FAX POLICY TO 919-477-0377. DCM HAS FAXED POLICY AND ALSO P,LACED A COPY IN THE MAIL FOR HER. DCM CALLED EE BACK TO CONFIRMT HE OP REPORT WAS RECEIVED AND THAT HER CLM WILL NTO CLOSE AS A RESULT. DCM ASKED EE TO R/C WITH DATE OF MRI AND NOV WITH BELHORN.

**03/22/2012 10:36 AM - CLAIM Note 51**
Claim/Event/Leave: 4087659
NoteSubject : Med Records Rcvd
Other Subject :
Text: [03/22/2012 - CAREY, LAUREN]12/28/11 OP REPORT WAS REC.

**03/22/2012 10:34 AM - CLAIM Note 50**
Claim/Event/Leave: 4087659
NoteSubject : Other
Other Subject :
Text: [03/22/2012 - CAREY, LAUREN]A VENDOR PAYMENT WAS MADE TO CASCADE FOR OA COMPLETED. PAYMENT WAS MADE FOR $249

**03/22/2012 10:33 AM - CLAIM Note 49**
Claim/Event/Leave: 4087659
NoteSubject : Voc Rehab
Other Subject :
Text: [03/22/2012 - CAREY, LAUREN]OA WAS REC AND THE CLMTS OCC IS SED.

**03/19/2012 12:39 PM - CLAIM Note 48**
Claim/Event/Leave: 4087659
NoteSubject : LTR to AP
Other Subject : CALLIANOS
Text: [03/19/2012 - RAINES, ROSE]DCM SENT MED REQ TO AP FORR ECORDS FROM 3/13 OVN AND REST FORM TO BE RECEIVED BY 3/28/12.[03/29/2012 - RAINES, ROSE]YOUR FAX HAS BEEN SUCCESSFULLY SENT TO DR. JOHN CALLIANOS AT 19194776131. RE: CLAIM: 4087659 - PIFER - FAX:(919) 477-6131 ------------------------------------------------------------ FROM: ROSE.RAINES@LIBERTYMUTUAL.COM ------------------------------------------------------------ TIME: 3/19/2012 12:48:21 PM SENT TO 19194776131 WITH REMOTE ID RESULT: (3/325;0/0) REMOTE END WAS RINGING BUT DID NOT ANSWER PAGE RECORD: NONE SENT ELAPSED TIME: 01:12 ON CHANNEL 34 ------------------------------------------------------------ TIME: 3/19/2012 12:55:21 PM SENT TO 19194776131 WITH REMOTE ID RESULT: (0/316;0/0) ANSWER (PROBABLY HUMAN) DETECTED PAGE RECORD:

LIN000030

NONE SENT ELAPSED TIME: 00:50 ON CHANNEL 41 ------------------------------------------------------------ TIME: 3/19/2012 1:06:18 PM SENT TO 19194776131 WITH REMOTE ID RESULT: (3/325;0/0) REMOTE END WAS RINGING BUT DID NOT ANSWER PAGE RECORD: NONE SENT ELAPSED TIME: 01:13 ON CHANNEL 10 ------------------------------------------------------------ TIME: 3/19/2012 1:12:53 PM SENT TO 19194776131 WITH REMOTE ID RESULT: (0/339;0/0) SUCCESSFUL SEND PAGE RECORD: 1 - 8 ELAPSED TIME: 01:28 ON CHANNEL 35

**03/19/2012 12:37 PM - PHONE Note 38**
Claim/Event/Leave: 4087659
NoteSubject : Called EE
Other Subject : R/C AND N&P EXT
Text: [03/19/2012 - RAINES, ROSE]DCM CALLED EE BACK AND LVMM FOR A R/C. DCM ASKED EE FOR DATE OF BRAIN MRI AS WEL AS OV WITH DR. BELHORN. DCM ALSO MENTIONE DBECUASE OF THE OV ON 3/13 WITH AP CALLIANOS DCM WILL EXT N&P TO 3/29 FOR THE MEDICAL RECORDS TO BE RECEIVED INSTEAD OF 3/22. DCM ADVISED SHE WILL REQ 3/13 OVN FROM CALLIANOS. DCM LEFT C.B INFO FOR EE TO PROVIDE NOV WITH BELHORN AND DATE OF BRAIN MRI.

**03/19/2012 12:12 PM - PHONE Note 37**
Claim/Event/Leave: 4087659
NoteSubject : EE Called
Other Subject :
Text: [03/19/2012 - RAINES, ROSE]EE CALLED DCM AND LVMM TO ADVISE SHE TRIED TO OBTAIN THE OP RPEORT, BUT DR. JOHNSON HAS NOT RELEASED IT YET. SHE INDICATED THAT SHE WILL HAV ENOV WITH JOHNSON TOMORROW AND WL DISCUSS THEN. SHE WILL TRY TO OBTAIN A COPY FOR HERSELF AND SEND TO LM. EE IS VERY UPSET WITH THEM. EE SAW PCP DR. JOHN CALLIANOS ON 3/13/12 AND FAX IS 919-477-6131. SHE WILL BE REFERRED FOR A BRAIN MRI FOR ISSUES THAT STARTED IN 200 RE NEUROPATHY. SHE WILL HAVE NOV WITH BELHORN, BUT DID NTOLEAVE DATE. SHE WANTED DCM TO UNDERSTAND THAT SHE HAS MORE ISSUES THAN JUST A RECOVERY FROM SX TO SX. SHE STATES ANY UPDATES MEDICAL RECORDS WOULD INDICATE THAT.

**03/19/2012 11:28 AM - PHONE Note 36**
Claim/Event/Leave: 4087659
NoteSubject : Called EE
Other Subject : OVNS RECEIVED
Text: [03/19/2012 - RAINES, ROSE]DCM CALLED EE TO OCNFIRM OVNS RECEIVED. EE ACK. SHE ADVISED OV ON 2/21 WAS CANCELLED AN NVO WILL BE 3/20. SHE ACK DCM WILL REFER FILE FOR REVIEW TO COMMENT ON R&L'S. SHE HAD NO QUESTIONS AND CALL WAS ENDED.

**03/19/2012 11:24 AM - CLAIM Note 47**
Claim/Event/Leave: 4087659
NoteSubject : Med Records Rcvd
Other Subject : JOHNSON
Text: [03/19/2012 - RAINES, ROSE]DCM RECEIVED OVNS DATED 7/7/11 THROUGH 2/7/11.

**03/16/2012 1:21 PM - CLAIM Note 46**
Claim/Event/Leave: 4087659
NoteSubject : Voc Rehab
Other Subject : OA1
Text: [03/16/2012 - BROOKER, MONICA]I HAVE REVIEWED THIS FILE, CONDUCTED RESEARCH, AND COMPLETED THE OA1 REPORT ON 3/16/12. REPORT AND INVOICE WILL BE FORTHCOMING VIA SYSTEMONE. NO FURTHER VCM ACTIVITIES.

**03/13/2012 3:07 AM - CLAIM Note 45**
Claim/Event/Leave: 4087659
NoteSubject : Voc Rehab
Other Subject : CLAIM ASSIGNED TO VC
Text: 3/12/2012-REFERRAL RECEIVED BY VCM AND ASSIGNED TO BROOKER, MONICA. CLAIM IS PENDING REVIEW.

**03/13/2012 3:06 AM - CLAIM Note 44**
Claim/Event/Leave: 4087659
NoteSubject : Ref to Voc Rehab
Other Subject : SCORE REFERRAL
Text: 3/12/2012 - REFERRED TO THE VOC UNIT FOR OCCUPATIONAL ANALYSIS.

**03/12/2012 9:29 AM - PHONE Note 35**
Claim/Event/Leave: 4087659
NoteSubject : Called EE
Other Subject : MEDS RECEIVED
Text: [03/12/2012 - RAINES, ROSE]DCM CALLED EE TO CONFIRM WHICH MEDS WERE RECEIVED. EE ACK. SHE WILL CONTACT APS OFFICE. DCM THANKED EE FOR HER TIME AND CALL WAS ENDED.

**03/12/2012 9:21 AM - CLAIM Note 43**
Claim/Event/Leave: 4087659
NoteSubject : Med Records Rcvd
Other Subject : JOHNSON
Text: [03/12/2012 - RAINES, ROSE]DCM RECEIVED OP REPORT DATED 8/24/11 AND RESTRICTIONS FORM COMPLETED ON 2/8/12 INDICATING EE IS NONWEIGHT BEARING AND CAN PERFORM SEDENTARY JOB DUTIES. LAST SX ON 12/28/11 AND EE'S F/U AFTER 2/7 OV WAS 2/21/12

LIN000031

**03/08/2012 9:39 AM - PHONE Note 34**
Claim/Event/Leave: 4087659
NoteSubject : EE Called
Other Subject : RE: JOHNSON MED REQ
Text: [03/08/2012 - RAINES, ROSE]EE CALLED DCM TO ADVISE SHE CALLED AP'S OFFICE TO DSICUSS MEDICAL RECORDS REQUEST. THEY ARE FULLY AWARE OF THE INFORMATION NEEDED. EE WIL CALL DCM ON MONDAY TO DISCUSS WHETHER THIS WAS RECEIVED. DCM AGREED TO CALL EE ONCE RECORDS RECEIVED TO CONFIRM. SHE ACK AND CALL WAS ENDED.

**03/08/2012 3:05 AM - CLAIM Note 42**
Claim/Event/Leave: 4087659
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 3/7/2012 - REFERRED TO PAYMENT SPECIALIST FOR PAYMENT ADJUSTMENT.

**03/07/2012 4:33 PM - CLAIM Note 41**
Claim/Event/Leave: 4087659
NoteSubject : Ref to Other
Other Subject : PAYMENT SERVICES
Text: [03/07/2012 - HOUGHTON, ERIN]UPDATED BEN END DATE TO 2/29/12 TO SUSPEND BEN AS REQUESTED BY DCM

**03/07/2012 3:44 PM - PHONE Note 33**
Claim/Event/Leave: 4087659
NoteSubject : Called EE
Other Subject : MEDS AND SUSPENSION
Text: [03/07/2012 - RAINES, ROSE]DCM CALLED EE TO EXPLAIN BENEFITS AHVE BEEN SUSPENDED. EE ACK. EE ACK THE ATTEMPTS DCM AMDE TO F/U AD THE 2ND REQ SENT. SHE THINKS THERE HAVE BEEN SOME CHANGES WITH THEIR OFFICE WHICH IS WHY DCM AHS NOT RECEIVED THE INFO. SHE HAD NO FURTHER QUESTIONS AND CALL WAS ENDED.

**03/07/2012 3:38 PM - CLAIM Note 40**
Claim/Event/Leave: 4087659
NoteSubject : LTR to EE
Other Subject : BEN SUSPENDED
Text: [03/07/2012 - RAINES, ROSE]DCM MAILED EE LTR TO EXPLAIN LTD BEN HAVE BEEN SUSPENDED AS WE HAVE NOT RECEIVED THE MEDICAL RECORDS FORM DR. JOHNSON. DCM WILL ALSO CALL EE TO ADVISE.

**03/07/2012 3:31 PM - PHONE Note 32**
Claim/Event/Leave: 4087659
NoteSubject : Called AP
Other Subject : JOHNSON
Text: [03/07/2012 - RAINES, ROSE]DCM CALLED AP AND SPOKE TO LAURIE WHO ADVISE SHE NEVER RECIEVED MED REQ. SHE ASKED WHAT WAS REQUESTED AND DCM ADVISED. DCM AGREED TO REFAX REQ. DCM CONFIRMED CORRECT FAX IS 336-768-9336.

**02/21/2012 4:34 PM - PHONE Note 31**
Claim/Event/Leave: 4087659
NoteSubject : Called AP
Other Subject : JOHNSON
Text: [02/21/2012 - RAINES, ROSE]DCM CALLED AP AND SPOKE TO STACY TO F/U ON MED REQ STATUS. DCM WAS PLACED ON HOLD. STACY CONFIRMED THAT 2/7/12 OVN IS COMPLETE AND CONFIRMED FAX. DCM THANKED AND CALL WAS ENDED.

**02/17/2012 3:07 AM - CLAIM Note 39**
Claim/Event/Leave: 4087659
NoteSubject : Ref to SS Vendor
Other Subject : SCORE REFERRAL
Text: 2/16/2012 - REFERRED TO BASSETT LAW GROUP AS SS ADVOCATE.

**02/16/2012 11:26 AM - CLAIM Note 38**
Claim/Event/Leave: 4087659
NoteSubject : Other
Other Subject : REFERRAL
Text: [02/16/2012 - RAINES, ROSE]DCM REFERRED FILE TO TBLF FOR THEM TO CONTACT EE FOR ASST WITH SSDI INT APP.

**02/16/2012 11:20 AM - PHONE Note 30**
Claim/Event/Leave: 4087659
NoteSubject : Called EE
Other Subject : STATUS AND SSDI
Text: [02/16/2012 - RAINES, ROSE]DCM CALLED EE TO DISCUSS HER STATUS. EE ADVISE SHE IS USING A WHEEL CHAIR THAT HER HUSBAND GAVE HER TO GET AROUND AS SHE IS CURRENTLY NON WEIGHT BEARING. EE WIL HAVE NOV WITH AP JOHNSON IN 3 WEEKS POST 2/7/12 OV. EE ADVISED DATE UNKNOWN AS HER HUSBAND HAS TO SCHEDULE AS HE WILL HAVE TO TAKE HER. EE ALSO HAS CRUTCHES AND STATES THIS AGGRIVATES HER SHOULDER. EE HAS NUMBNESS IN HER HAND AND IS WORRIED THAT TRIANGLE ORTHO IS SX HAPPY AND HER HUSBAND WILL SCHEDULE HERAN OV WITH

**LIN000032**

DUKE ORTHO FOR A 2ND OPINION. MAY BE CARPAL TUNNEL. EE WILL CALL IF THIS IS SCHEDULED TO ADVISE DATE AND ETAILS. EE HAS NOT FILED FOR SSDI AND WOULD LIKE TO USE OUR VENDOR ASST. EE ACK DCM WILL SUBMIT REFERRAL AND THEY WILL BE IN TOUCH. EE ADVISED SHE IS RECOVERING SLOWLY DUE TO HOW LARGE THE BONE DEFORMITY WAS THAT HAD TO BE CORRECTED. EE ACK N&P DEADLINES AND DEADLINE FOR SSDI APP. EE ACK POTENTIALLY WHAT COULD HAPPEN TO BENEFITS AND CLM. SHE WILL F/U TO MAKE SURE OP REPORTAND OVN ARE SENT. EE HAD NO FURTHER QUESTIONS AND CALL WAS ENDED

**02/07/2012 11:13 AM - CLAIM Note 37**
Claim/Event/Leave: 4087659
NoteSubject : LTR to EE
Other Subject : ONGOING N&P
Text: [02/07/2012 - RAINES, ROSE]15 DAY- FEB 21 30 DAY- MAR 7 45 DAY- MAR 22

**02/07/2012 11:09 AM - CLAIM Note 36**
Claim/Event/Leave: 4087659
NoteSubject : LTR to AP
Other Subject : JOHNSON
Text: [02/07/2012 - RAINES, ROSE]DCM SENT MED REQ TO AP FOR RECORDS FORM 12/28 OV THROUGH 2/7/12 OV AND A COMPLETED REST FORM.[02/21/2012 - RAINES, ROSE]YOUR FAX HAS BEEN SUCCESSFULLY SENT TO DR. J. BARRY JOHNSON AT 13367689336. RE: CLAIM: 4087659 - PIFER- FAX: (336) 768-9336 ------------------------------------------------------------ FROM: /O=LIBERTYMUTUAL/OU=HOMEOFFICE/CN=RECIPIENTS/CN=N0180992 ------------------------------------------------------------ TIME: 2/7/2012 11:13:59 AM SENT TO 13367689336 WITH REMOTE ID 336 768 9336 RESULT: (0/339;0/0) SUCCESSFUL SEND PAGE RECORD: 1 - 6 ELAPSED TIME: 01:28 ON CHANNEL 36

**02/07/2012 11:08 AM - PHONE Note 29**
Claim/Event/Leave: 4087659
NoteSubject : Called AP
Other Subject : JOHNSON
Text: [02/07/2012 - RAINES, ROSE]DCM CALLED AP AND SPOKE TO STACY WHO CONFIRMED EE'S LOV WAS ON 12/28/12 AND EE SHOULD HAVE ALREADY F/U, BUT OV IS SCHEDULED TODAY AT 4. EE CANCELLED LAST 2 POST OP VISITS. DCM THANKED AND CALL WAS ENDED.

**02/07/2012 11:04 AM - PHONE Note 28**
Claim/Event/Leave: 4087659
NoteSubject : Called EE
Other Subject : STATUS UPDATES > SX
Text: [02/07/2012 - RAINES, ROSE]DCM CALLED EE AND LVMM FOR EE TO R/C TO DISCUSS HER STATUS POST SX IN DECEMBER. DCM LEFT C/B NUMBER.

**02/03/2012 9:15 AM - CLAIM Note 35**
Claim/Event/Leave: 4087659
NoteSubject : Action Plan
Other Subject : RTW OO MARCH 2012
Text: [02/03/2012 - RAINES, ROSE]51 Y/O DENTAL ANALYST (SEDENTARY OCC) DOD 1/31/11 LTD BBD: 7/30/11. DX: BICEP TENDINITIS WHICH LED TO ROTATOR CUFF REPAIR ON 5/27/11. EE HAD A BUNIONECTOMY WITH OSTEOTOMY PERFORMED ON 8/24/11 AND AGAIN ON 12/28/11 TO HER OTHER FOOT. CO-MORBIDS: DEPRESSION AND OSTEOPENIA. PEER REVIEW CONDUCTED IN NOVEMBER DETERMINED LESS THEN SEDENTARY CAPACITY WAS SUPPORTED THROUGH 12/28/12 DUE TO THE OSTEOTOMY PERFORMED, BUT NO RESTRICTIONS AND LIMITATIONS DUE TO HER SHOULDER. ACTION PLAN: GOAL: RTW OO MARCH 2011- TASKS: 1) THE DCM WILL FU FOR MEDICAL RECORDS AFTER THE CLMNT HAS F/U FROM THE 2ND BUNIONECTOMY 2) DCM HAS RECOMMEND TO EE FILING FOR SS AND THE REQ FOR PROOF OF APPLICATION HAS BEEN SENT. 3) UPON RECEIPT OF MEDICAL RECORDS DCM WILL HAVE CLINICAL REVIEW TO DETERMINE ONGOING R&L S.

**01/26/2012 2:24 PM - CLAIM Note 34**
Claim/Event/Leave: 4087659
NoteSubject : LTR to EE
Other Subject : SS1
Text: [01/26/2012 - RAINES, ROSE]DCM SENT EE LTR REQUESTING HER TO SUBMIT PROOF OF SSDI APP OR EST OF SSDI BENEFIT WIL BE OFFSET[01/26/2012 - RAINES, ROSE]DEADLINE FOR FORMS TO BE RECEIVED AND OFFSET TO BE POLACED IS 3/10/12

**01/26/2012 2:22 PM - PHONE Note 27**
Claim/Event/Leave: 4087659
NoteSubject : Called AP
Other Subject : JOHNSON
Text: [01/26/2012 - RAINES, ROSE]DCM CALLED AP TO CONFIM LOV DATE AND NOV DATE AND SPOKE TO SANDRA WHO CONFIRMED HER COMPUTER IS DOWN AND SHE WILL HAVE TO CALL DCM BACK. DCM THANKED AND CALL WAS ENDED.

**01/26/2012 2:17 PM - PHONE Note 26**
Claim/Event/Leave: 4087659
NoteSubject : Called EE
Other Subject : STATUS UPDATES
Text: [01/26/2012 - RAINES, ROSE]DCM CALLED EE AND LVMM FOR EE TO R/C TO DISCUSS STATUS FOLLOWING POST OP WITH JOHNSON. DCM ALSO REQUESTED INFO PERTAINING TO SSDI.

**12/29/2011 3:30 PM - PHONE Note 25**

LIN000033

Claim/Event/Leave: 4087659
NoteSubject : Called AP
Other Subject : JOHNSON
Text: [12/29/2011 - RAINES, ROSE]DCM CALLED AP TO CONFIRM SX PERFORMED ON 12/28/11. DCM SPOKE TO KATHY WHO ADVISED EE HAD A RT FOOT MCBRIDE BUNIONECTOMY WITH BASE WEDGE OSTEOTOMY. F/U WIL BE IN 3 WEEKS, BUT NOT YET SCHEDULED. DCM THANKED AND CALL WAS ENDED.

**12/19/2011 3:50 PM - CLAIM Note 33**
Claim/Event/Leave: 4087659
NoteSubject : Other
Other Subject : INVOICE/VNDR PYMNT
Text: [12/19/2011 - RAINES, ROSE]DCM RECEIVED INVOICE FROM MLS GROUP OF COMPANIES, INC. 29000 INKSTER ROAD SOUTHFIELD, MI 48034 248-945-9001 FAX: 248-356-6757 MLS TAX ID # 38-3341904 FOR PEER REVIEW AND APS CONTACT. INVOICE 210925 INVOICE DATE 12/13/2011. DCM WILL REMIT PAYMENT OF $616.88.

**12/13/2011 9:36 AM - CLAIM Note 32**
Claim/Event/Leave: 4087659
NoteSubject : Peer Review
Other Subject :
Text: [12/13/2011 - RAINES, ROSE]IT WAS NOT CLEAR WITHIN THE RECORDS THAT THIS INDIVIDUAL TRULY HAS ONGOING IMPAIRMENTS OR A NEED FOR RESTRICTIONS AT THIS TIME. HOWEVER, THE CLAIMANT IS APPROXIMATELY THREE MONTHS AND TWO WEEKS POSTOPERATIVE FROM A LEFT FOOT SURGERY. THE CLAIMANT S PODIATRIST HAD SUGGESTED THAT MS. PIFER BE NON-WEIGHTBEARING FOR JUST OVER FOUR MONTHS UNTIL DECEMBER 28, 2011. IT IS NOT CLEAR WHY SUCH A PROLONGED DURATION WAS RECOMMENDED FOR THE CLAIMANT TO BE NON-WEIGHT BEARING. IT IS NOT CLEAR THAT THIS INDIVIDUAL HAS RISK FACTORS FOR DELAYED UNION OR THAT MS. PIFER HAS DEVELOPED ANY TYPE OF POSTOPERATIVE COMPLICATION AFTER THE PRIOR SURGERY. IN GENERAL, PATIENT S AFTER A METATARSAL OSTEOTOMY WILL HEAL WITHIN SIX TO TWELVE WEEKS.THE CASE WAS DISCUSSED WITH DR. JOHNSON. DR. JOHNSON INDICATES THAT THIS INDIVIDUAL HAD A VERY LARGE INTERMETATARSAL ANGLE REQUIRING A VERY LARGE OSTEOTOMY FROM THE METATARSAL. HE REPORTS THAT THE CLAIMANT HAS COMORBID FACTORS OF RHEUMATOID ARTHRITIS AND SIGNIFICANT OSTEOPENIA. HE DOES NOT FEEL COMFORTABLE LETTING MS. PIFER WEIGHT BEAR UNTIL SHE HAS SUFFICIENT CALLUS BASED ON THESE COMORBIDITIES. THIS WOULD SEEM REASONABLE IN LIGHT OF THE NEW INFORMATION PROVIDED BY DR. JOHNSON. DR. JOHNSON INDICATES THAT THE OSTEOTOMY SITE IS HEALING AND THERE IS CURRENTLY CALLUS FORMATION PRESENT. HE BELIEVES THAT THE CLAIMANT IS ON TRACK TO ALLOW WEIGHT BEARING LATER THIS MONTH AND MAY GO BACK TO WORK AFTER WEIGHT BEARING IS ALLOWED. AT THAT TIME IT WOULD BE ESTIMATED THAT SHE COULD SIT ON A FREQUENT BASIS, STAND AND WALK ON AN OCCASIONAL BASIS, SHE WOULD BE RESTRICTED FROM SQUATTING/KNEELING/CRAWLING/CLIMBING, SHE WOULD NOT BE RESTRICTED WITH REGARD TO THE USE OF HER UPPER EXTREMITIES FOR REACHING, FINGERING, FINE MANIPULATION, KEYBOARDING, GRASPING AND GRIPPING. THE DURATION OF THE RESTRICTIONS WOULD DEPEND ON CONTINUED HEALING OF THE OSTEOTOMY AND ANY PROGRESSION IN ACTIVITY WOULD HAVE TO BE ON THAT BASIS. WITH RESPECT TO THE SHOULDER, THECLAIMANT WAS NOTED ON NOVEMBER 17, 2011 TO HAVE FULL RANGE OF MOTION AND EXCELLENT STRENGTH. THE CLAIMANT WAS ALLOWED TO RESUME ACTIVITIES AS TOLERATED. THERE WAS NO APPARENT IMPAIRMENT FOR THE SHOULDER AND NO NEED FOR RESTRICTIONS PERTAINING TO THECLAIMANT S PREVIOUS SHOULDER PATHOLOGY OR PRIOR SHOULDER SURGERY.

**11/23/2011 2:53 PM - PHONE Note 24**
Claim/Event/Leave: 4087659
NoteSubject : EE Called
Other Subject : NEXT SX ON 12/28/11
Text: [11/23/2011 - RAINES, ROSE]EE CALLED DCM TO ADVISE SHE WILL HAVE HER NEXT SURGERY ON 12/28/11 TO REPAIR THE OTHER FOOT. SHE WILL F/U WITH AP FOR RECORDS REQUESTED. C/B 919-620-7799. DCM CALLED EE BACK AND LVMM TO CONFIRM VM RECEIVED AND WHAT RECORDS WERE ALREADY IN. DCM ASKED EE TO C/B IF ANY QUESTIONS AND MENTIONED MEDICAL RECORDS WILL BE REVIEWED.

**11/23/2011 3:05 AM - CLAIM Note 31**
Claim/Event/Leave: 4087659
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 11/22/2011 - REFERRED TO MLS GROUP OF COMPANIES FOR PEER REVIEW.

**11/22/2011 11:37 AM - CLAIM Note 30**
Claim/Event/Leave: 4087659
NoteSubject : Peer Review
Other Subject : REFERRAL TO MLS
Text: [11/22/2011 - RAINES, ROSE]1. WHEN CONTACTING THE TREATING PROVIDERS PLEASE CLARIFY THE INFORMATION REVIEWED AND DISCUSS YOUR OPINION IF IT DIFFERS FROM THAT OF THE TREATING PROVIDER. INDICATE IF YOU HAVE REACHED A CONSENSUS WITH THE TREATING PROVIDER. IF NOT, DOCUMENT YOUR FINAL ASSESSMENT AFTER THE CALL. 2. BASED ON THE OBJECTIVE FINDINGS, PLEASE PROVIDE A DESCRIPTION OF THE CLAIMANT S IMPAIRMENTS, IF ANY, AND OUTLINE HOW ANY IMPAIRMENT TRANSLATES TO RESTRICTIONS AND LIMITATIONS. PLEASE INCLUDE THE EXPECTED DURATION FOR ANY SUPPORTED RESTRICTIONS.

**11/21/2011 1:19 PM - CLAIM Note 29**
Claim/Event/Leave: 4087659
NoteSubject : Med Records Rcvd
Other Subject : DR. MALLON

LIN000034

Text: [11/21/2011 - FARLEY, ASHLEIGH]REC'D RLS FORM, OVN 11/17/2011

**11/15/2011 10:56 AM - PHONE Note 23**
Claim/Event/Leave: 4087659
NoteSubject : AP Called
Other Subject : MALLON
Text: [11/15/2011 - RAINES, ROSE]DCM RECEVED A RETURN CALL FROM AP ALLONS OFFICE. DCM SPOKE TO LINDA WHO ADVISED THEY HAVE NOT RECIEVED FAX. SHE CONFIRMED FAX CORRECT AND THAT IT SHOULD BE WORKING. DCM CONFIRMED FAX THAT SHE SENT REQ TO. LINDA ADVISED THIS WAS TO THE ACTUAL OFFICE EE ISSEEN AT. DCM AGREED TO MANUALLY REFAX REQ AS RIGHT FAX WOULD NOT FAX TO 919-313-5201.

**11/15/2011 10:36 AM - PHONE Note 22**
Claim/Event/Leave: 4087659
NoteSubject : Called EE
Other Subject : MEDS STILL NEEDED
Text: [11/15/2011 - RAINES, ROSE]DCM CALLED EE AND LVMM FOR EE TO ADVISE THAT MEDS ARE STILL NEEDED FROM AP MALON AND JOHNSON. DCM LEFTS DETAILS OF WHAT IS STILL NEEDED AND THE DUE DATE. DCM ALSO ASDVISED LTR MAILED TO CONFIRM INFO. DCM ASKED EE TO C/B.

**11/15/2011 10:24 AM - PHONE Note 21**
Claim/Event/Leave: 4087659
NoteSubject : Called AP
Other Subject : JOHNSON
Text: [11/15/2011 - RAINES, ROSE]DCM CALLED AP TO F/U ON THE STATUS OF OP REPORT. KATHY ADVISED THEY ARE STIL WAITING FOR AP TO SIGN OFF ON THE OP REPORT. DCM THANKED AND CALL WAS ENDED.

**11/15/2011 10:23 AM - PHONE Note 20**
Claim/Event/Leave: 4087659
NoteSubject : Called AP
Other Subject : MALLON
Text: [11/15/2011 - RAINES, ROSE]DCM CALLED AP AND SPOKE TO MANDY TO F/U ON MED REQ STATUS. MANDY TRRANSFERRED DCM TO HEATHER. DCM LVMM FOR A R/C WITH STATUS OF MED REQ.

**11/02/2011 10:29 AM - PHONE Note 19**
Claim/Event/Leave: 4087659
NoteSubject : Called AP
Other Subject : JOHNSON
Text: [11/02/2011 - RAINES, ROSE]DCM CALLED AP AND SPOKE TO LAURI TO CONFIRM OP REPORT ALSO NEEDED. LAURI AGREED TO GET OP REPORT AND FAX TO DCM. SHE TOOK DCM FAX NUMBER. DCM THANKED AND CALL WAS ENDED.

**11/02/2011 10:26 AM - CLAIM Note 28**
Claim/Event/Leave: 4087659
NoteSubject : Med Records Rcvd
Other Subject : JOHNSON
Text: [11/02/2011 - RAINES, ROSE]DCM RECEIVED REST FORM, 7/7/11 PRE OP NOTE, 9/20/11 OVN AND 10/11 OVN.

**10/31/2011 2:28 PM - PHONE Note 18**
Claim/Event/Leave: 4087659
NoteSubject : AP Called
Other Subject : MALLON
Text: [10/31/2011 - RAINES, ROSE]DCM RECEIVED R/C FROM HEATHER WITH MEDICAL RECORDS. SHE CONFIRMED THAT FAX DCM HAS WAS TO SATELLITE OFFICE. SHE ASKED DCM TO REFAX REW TO 919-313-5201 AND THAT WIL GO STRAIGHT TO MEDICAL RECORDS. DCM THANKED HEATHER ANDCALL WAS ENDED.[10/31/2011 - RAINES, ROSE]DCM REFAXED REQ

**10/31/2011 2:24 PM - PHONE Note 17**
Claim/Event/Leave: 4087659
NoteSubject : Called AP
Other Subject : JOHNSON
Text: [10/31/2011 - RAINES, ROSE]DCM CALLED AP TO F/U ON STATUS OF MED REQ AND SPOKE TO KATHY WHO ADVISED THEY ARE WAITING FOR APPROVAL FROM AP AND THEY WIL FAX TO REQ. DCM THANKED AND CALL WAS ENDED.

**10/31/2011 2:21 PM - PHONE Note 16**
Claim/Event/Leave: 4087659
NoteSubject : Called AP
Other Subject : MALLON
Text: [10/31/2011 - RAINES, ROSE]DCM CALLED AP TO F/U ON THE STATUS OF THE MED REQ MADE. DCM LVMM FOR A R/C WITH STATUS AND TO CONFIRM REQ WAS RECEIVED.

**10/17/2011 2:01 PM - CLAIM Note 27**
Claim/Event/Leave: 4087659
NoteSubject : LTR to EE
Other Subject : N&P MALLON/JOHNSON
Text: [10/17/2011 - RAINES, ROSE]15 DAY- OCT 31 30 DAY- NOV 15 45 DAY- NOV 30 46 DAY- DEC 1

**10/17/2011 2:00 PM - CLAIM Note 26**

LIN000035

**10/17/2011 2:00 PM - CLAIM Note 26**
Claim/Event/Leave: 4087659
NoteSubject : LTR to AP
Other Subject : MALLON
Text: [10/17/2011 - RAINES, ROSE]DCM SENT MED REQ TO AP FOR RECORDS FROM 10/17/11[10/31/2011 - RAINES, ROSE]
YOUR FAX HAS BEEN SUCCESSFULLY SENT TO DR. WILLIAM MALLON AT 19195447276. RE: CLAIM: 4087659 - PIFER - FAX:
(919) 544-7276 ---------------------------------------------------------------
FROM: /O=LIBERTYMUTUAL/OU=HOMEOFFICE/CN=RECIPIENTS/CN=N0180992 ----------------------------------------------------------
TIME: 10/17/2011 2:08:11 PM SENT TO 19195447276 WITH REMOTE ID RESULT: (0/339;0/0) SUCCESSFUL SEND PAGE
RECORD: 1 - 4 ELAPSED TIME: 01:04 ON CHANNEL 31

**10/11/2011 10:33 AM - CLAIM Note 25**
Claim/Event/Leave: 4087659
NoteSubject : LTR to AP
Other Subject : JOHNSON
Text: [10/11/2011 - RAINES, ROSE]DCM SENT MED REQ TO AP FOR RECORDS FROM 8/24/11-10/11/11 AND A COMPLETED
RESTRICTIONS FORM.[10/31/2011 - RAINES, ROSE]YOUR FAX HAS BEEN SUCCESSFULLY SENT TO DR. J. BARRY JOHNSON
AT 13367689336. RE: CLAIM: 4087659 - PIFER -FAX: (336) 768-9336 -------------------------------------------------------
FROM: /O=LIBERTYMUTUAL/OU=HOMEOFFICE/CN=RECIPIENTS/CN=N0180992 ----------------------------------------------------------
TIME: 10/11/2011 11:19:49 AM SENT TO 13367689336 WITH REMOTE ID RESULT: (0/325;0/0) REMOTE END WAS RINGING BUT
DID NOT ANSWER PAGE RECORD: NONE SENT ELAPSED TIME: 00:47 ON CHANNEL 0 --------------------------------------------------
--- TIME: 10/11/2011 11:29:57 AM SENT TO 13367689336 WITH REMOTE ID RESULT: (0/328;0/0) NO ENERGY DETECTED ON
LINE; POSSIBLE DEAD LINE PAGE RECORD: NONE SENT ELAPSED TIME: 00:47 ON CHANNEL 13 -----------------------------------------
------------------- TIME: 10/11/2011 11:39:35 AM SENTTO 13367689336 WITH REMOTE ID RESULT: (0/328;0/0) NO ENERGY
DETECTED ON LINE; POSSIBLE DEAD LINE PAGE RECORD: NONE SENT ELAPSED TIME: 00:47 ON CHANNEL 43 --------------------
---------------------------------------- TIME: 10/11/2011 11:49:23 AMSENT TO 13367689336 WITH REMOTE ID PODIATRY ASSOC RESULT:
(0/339;0/0) SUCCESSFUL SEND PAGE RECORD: 1 - 6 ELAPSED TIME: 01:14 ON CHANNEL 29

**10/11/2011 10:32 AM - CLAIM Note 24**
Claim/Event/Leave: 4087659
NoteSubject : Other
Other Subject : ALL FORMS
Text: [10/11/2011 - RAINES, ROSE]DCM RECIEVED AQ, AUTH, CIF, CSS, FIQ, SSRA, SSA, TE&E, DL FROM CLM ON 9/28/11.

**09/28/2011 10:47 AM - PHONE Note 15**
Claim/Event/Leave: 4087659
NoteSubject : EE Called
Other Subject : FORMS
Text: [09/28/2011 - RAINES, ROSE]EE CALLED DCM TO ADVISE THAT HER HUSBAND FAXED FORMS TO LM THIS AM AT 8. DCM
CONFIRMED IT WAS NOT YET IN THE SYSTEM, BUT DISCUSSED HOW FAXES ARE RECEIVED. SHE ACK DCM WILL NTO
COSE CLM TODAY, BECUASE THE FORMS WERE FAXEDTODAY. SHE CONFIRMED HER ADDRESS IN THE SYSTEM WAS
CORRECT AS WELL AS PHONE NUMBER. SHE IS STILL USING CRUTCHES DUE TO HER FOOT AND NEES TO KEEP IT
ELEVATED. SHE HAS NOT FILED FOR SSDI YET BECUASE THE LINES ARE TOO LONG AND SHE COULD NTO WAIT. SHE
DOES NOT THINK SHE WILL EVER RTW AND INDICATED THAT HERBROTHER HAS BEEN ON DIS FOR THE PAST 10 YEARS
AND HER FATHER WENT ON EMDICAL RETIREMENT AT AGE 52. SHE STATES IT IS ABOUT THE RIGHT AGE FOR HER TO GO
ON DISABILITY. SHE STATES THAT HER RHUEMOTOLOGIST BELHORN INFORMED HER IN MARCH SHE WOULD NEVER RTW
DUE TOREPETITIVE MOTION. HER WORK ALSO REQUIRES ER TO PRODUCE AT 140%. SHE HAS GENERALIZED
OSTEOARTHRITIS ALL OVER. IN 2000 SHE WAS OOW FOR 5 MONTHS DUE TO THIS IN HER UPPER NECK WHICH STARTED IN
THE C3. IT HAS CHANGED TO MODERATE DEGENERATIVE. SHE ALSO HAS NUMBNESS IN HER ELBOWS RADIATING TO HER
HANDS WHICH ORTHO THOUGHT WAS CARPAL TUNNEL AND WANTED TO OPERATE ON. EE DOES NTO WANT ANYMORE
SXS. SHE AMY NEED A NEUROLOGIST TO EVAL MEDS. SHE CONFIREMD NOV WITH JOHNSON ON 10/11/11. SHE ACK DCM
WIL REQ MEDS THEN. EE ACK IF ANY CHANGES TO HER STATUS TO CONTACT DCM. NO ADDTL QEUSTIONS AND CALL WAS
ENDED.

**09/28/2011 8:10 AM - PHONE Note 14**
Claim/Event/Leave: 4087659
NoteSubject : EE Called
Other Subject : CLM FORMS
Text: [09/28/2011 - RAINES, ROSE]EE LVMM FOR DCM TO ADVISE FORMS WILL BE FAXED THIS MORNING BTY HER HUSBAND.
SHE STATED HE WAS SUPPOSED TO FAX FORMS YESTERDAY, BUT FORRGOT TO

**09/22/2011 9:51 AM - PHONE Note 13**
Claim/Event/Leave: 4087659
NoteSubject : Called EE
Other Subject : R/C/ NOV DATES/SS
Text: [09/22/2011 - RAINES, ROSE]DCM CALLED EE BACK AND LVMM. DCM ASKED FOR EE TO R/C TO DISCUSS THE DATES
OF HER NOV AND WHICH DOCTORS SHE WILL SEE. DCM ALSO MENTIONED SHE WANTED TO OFFER ASST WITH FILING
FOR SSDI.

**09/22/2011 9:37 AM - PHONE Note 12**
Claim/Event/Leave: 4087659
NoteSubject : EE Called
Other Subject : VMM LEFT ON 9/22
Text: [09/22/2011 - RAINES, ROSE]DCM RECEIVED A VMM FROM EE. SHE EXPLAINED TO DCM THAT SHE WAS BORN WITH A
DISABILITY AND DOES NOT HAVE TO PROVE DISABILITY. SHE ASKED THAT DCM SEND SOME ONE TO LOOK AT HER AND

LIN000036

SEE THAT SHE IS NON WEIGHT BEARING. SHE WASREFERRED TO A SPECIALIST IN WINSTON SALEM . SHE THINKS ABOUT LIBERTY MUTUAL ABOUT AS HIGHLY AS SHE DOES WITH BLUE CROSS AND BLUE SHIELD. HER NOV WITH SURGEON IS IN 3 WEEKS. SHE PROVIDED HER NEW PHONE NUMBER AND ADDRESS WHICH SHE HAS MOVED TO. HERPHONE NUMBER IS 919-620-7799 AND HER ADDRESS IS 9719 ROUGEMONT RD. BAHAMA NC 27503.

**09/19/2011 12:23 PM - CLAIM Note 23**
Claim/Event/Leave: 4087659
NoteSubject : LTR to EE
Other Subject : UTC
Text: [09/19/2011 - RAINES, ROSE]DCM MAILED EE UTC ASKING FOR A R/C NO LATER THAN 9/28/11

**09/19/2011 12:21 PM - PHONE Note 11**
Claim/Event/Leave: 4087659
NoteSubject : Called EE
Other Subject : NOT IN SERVICE
Text: [09/19/2011 - RAINES, ROSE]DCM CALLED EE AT (919) 596-4264 AND REACHED A RECORDING THAT THIS NUMBER IS NO LONGER IN SERVICE

**09/14/2011 10:47 AM - CLAIM Note 22**
Claim/Event/Leave: 4087659
NoteSubject : LTR to EE
Other Subject : WARNING LTR
Text: [09/14/2011 - RAINES, ROSE]DCM MAILED EE WARNING LTR TO ADVISE HER FILE WILL CLOSE ON 9/28/11 IF ALL CLM FORMS ARE NOT RECEIVED BY THEN. DCM INDICATED THE FORMS ARE NEEDED TO REVIEW CONTINUED ELIGIBILITY, WHETHER SHE HAS ANY OTHER FORMS OF INCOME, AND WHETHER SHE HAS ANY OTHER TREATING PROVIDERS.

**09/14/2011 9:07 AM - CLAIM Note 21**
Claim/Event/Leave: 4087659
NoteSubject : Social Security
Other Subject : TAG REVIEW
Text: [09/14/2011 - KING, JERRONDA]CLAIM REVIEWED BY TAG 9/2011 AND ADVISED TO REFER CLAIM

**09/07/2011 11:02 AM - PHONE Note 10**
Claim/Event/Leave: 4087659
NoteSubject : Called EE
Other Subject : CLM FORMS
Text: [09/07/2011 - RAINES, ROSE]DCM CALLED EE AND LVMM FOR EE TO R/C TO DISCUSS CLM FORMS.

**08/26/2011 4:05 PM - CLAIM Note 20**
Claim/Event/Leave: 4087659
NoteSubject : Med Records Rcvd
Other Subject : MALLON
Text: [08/26/2011 - RAINES, ROSE]DCM RECEIVED REST FORM - EE OOW THROUGH NOV ON 10/17. 8/23 OVN RECEIVED. RX FOR PT 1-2 TIMES A WEEK FOR 4-6 WEEKS.

**08/25/2011 9:46 AM - CLAIM Note 19**
Claim/Event/Leave: 4087659
NoteSubject : LTR to AP
Other Subject : MALLON
Text: [08/25/2011 - RAINES, ROSE]DCM SENT MED REQ TO AP MALLON FOR 8/23 OVN AND REST FORM

**08/25/2011 9:45 AM - PHONE Note 9**
Claim/Event/Leave: 4087659
NoteSubject : Called AP
Other Subject : JOHNSON
Text: [08/25/2011 - RAINES, ROSE]DCM CALLED AP AND PSOKE TO KATHY WHO CONFIORME DON 8/24 EE HAD A BUNIONECTOMY WITH BASE WEDGE OSTEOTOMY AND DISTAL OBLIQUE OSTEOTOMY AS WELL AS GASTROC RESECTION.SHE WILL F/U IN APPROX 1 WEEK. SHE WILL BE IN A CAST FOR 6 WEEKS THAN TRANSFERRED TO A SOFT CAST WITH A SPLINT FOR 2 MORE WEEKS. DCM THANKED KATHY AND CALL WAS ENDED.

**08/19/2011 11:14 AM - CLAIM Note 18**
Claim/Event/Leave: 4087659
NoteSubject : LTR to EE
Other Subject : INITIAL AND SS FORMS
Text: [08/19/2011 - RAINES, ROSE]DCMMAILED EE REQ FOR INITIAL AND SS FORMS TO BE TURNED IN BY 9/17/11

**08/05/2011 11:37 AM - PHONE Note 8**
Claim/Event/Leave: 4087659
NoteSubject : Called EE
Other Subject : APPROVED
Text: [08/05/2011 - RAINES, ROSE]DCM CALLED EE AND LVMM TO ADVISE STD EXTENDED TO MAX AND LTD CLM APPROVED. DCM ASKED EE TO CALL BACK WITH QUESTIONS AND INDICATED THAT INTIAL AND ADDTL FORMS NEED TO BE COMPLETED.

LIN000037

**08/05/2011 11:28 AM - CLAIM Note 17**
Claim/Event/Leave: 4087659
NoteSubject : LTR to ER
Other Subject : APPROVAL
Text: [08/05/2011 - RAINES, ROSE]DCM E-MAILED APROVAL NOTICE VIA SPELL TO BEEBEE, CHERIE, AND SANDRA.

**08/05/2011 11:25 AM - CLAIM Note 16**
Claim/Event/Leave: 4087659
NoteSubject : LTR to EE
Other Subject : APPRL ACK W/SSFORMS
Text: [08/05/2011 - RAINES, ROSE]DCM MAILED EE APPROVAL ACK WITH SSDI FORMS TO BE COMPLETED BY 9/4

**08/05/2011 11:16 AM - CLAIM Note 15**
Claim/Event/Leave: 4087659
NoteSubject : Action Plan
Other Subject : RTW OO NOV 2011
Text: [08/05/2011 - RAINES, ROSE]RTW OO NOV 2011- TASKS: 1) THE DCM WILL FU FOR MEDICAL RECORDS AFTER THE CLMNT HAS HAD THE BUNIONECTOMY ON BOTH FEET 2) DCM WILL RECOMMEND TO EE FILING FOR SS IF IT APPEARS SHE WIL NOT RTW AFTER THE SECOND BUNIONECOTMY. 3)UPON RECEIPT OF MEDICAL RECORDS DCM WILL HAVE CLINICAL REVIEW TO DETERMINE ONGOING R&L S.

**08/05/2011 10:30 AM - CLAIM Note 14**
Claim/Event/Leave: 4087659
NoteSubject : Other
Other Subject : MGR REVIEW
Text: [08/05/2011 - HOTCHNER, JAMES]AGREE W/ APPROVAL AND ACTION PLAN RATIONALE

**08/05/2011 9:45 AM - CLAIM Note 13**
Claim/Event/Leave: 4087659
NoteSubject : Other
Other Subject : MENTOR REVIEW
Text: [08/05/2011 - CAREY, LAUREN]THE MENTOR AGREES WITH APPROVAL AND ACTION PLAN. AFTER HEALING FROM BUNIONECTOMY RECOMMED GETTING UPDATED MEDS AND POSSIBLE CLINICAL REVIEW AT THAT TIME AS THE OCC APPERS TO BE SED. POPULATE OCCUPATION TYPE AND PAY TYPE ONEE SCREEN.

**08/05/2011 9:26 AM - CLAIM Note 12**
Claim/Event/Leave: 4087659
NoteSubject : Ref to Other
Other Subject : MNGR-APPROVAL
Text: [08/05/2011 - RAINES, ROSE]51 Y/O DENTAL ANALYST (SEDENTARY OCC) DOD 1/31/11 LTD BBD: 7/30/11. EFFECTIVE DATE FOR LTD IS 3/6/87, THEREFORE THE CLMT IS NOT SUBJECT TO A PRE-EX INVESTIGATION. DX: BICEP TENDINITIS WHICH LED TO ROTATOR CUFF REPAIR ON 5/27/11. CO-MORBIDS: DEPRESSION, BUNIONS AND OSTEOPENIA. ONGOING THE CLMT IS TO CONTINUE PHYSICAL THERAPY THROUGH HER NEXT OFFICE VISIT ON 8/23/11. SHE IS SCHEDULED FOR A LEFT BUNIONECTOMY ON 8/24/11. EE WAS TAKEN OUT OF HER SLING ON 7/19/11. IT ISREASONABLE THAT THE CLMT DOES NOT HAVE SEDENTARY CAPACITY AT LEAST UNTIL SHE HAS COMPLETED ADDITIONAL PHYSICAL THERAPY AND SUSTAINED ACTIVE RANGE OF MOTION. HOWEVER, THE DURATION OF IMPAIRMENT AND ONGOING R&LS IS DEPENDENT ON THE CLMTS POST OP TX PLAN AND CLINICAL RESPONSE TO HER BUNIONECTOMY ON 8/24/11. GIVEN R&L'S SUPPORTED AND THAT EE IS CURRENTLY ATTENDING PHYSICAL THERAPY, DCM RECOMMENDS APPROVAL FOR LTD OWN OCC BENEFITS AT THIS TIME. ACTION PLAN: GOAL: RTW OO NOV 2011- TASKS: 1) THE DCMWILL FU FOR MEDICAL RECORDS AFTER THE CLMNT HAS HAD THE BUNIONECTOMY ON BOTH FEET 2) DCM WILL RECOMMEND TO EE FILING FOR SS IF IT APPEARS SHE WIL NOT RTW AFTER THE SECOND BUNIONECOTMY. 3) UPON RECEIPT OF MEDICAL RECORDS DCM WILL HAVE CLINICAL REVIEWTO DETERMINE ONGOING R&L S.

**08/05/2011 9:04 AM - CLAIM Note 11**
Claim/Event/Leave: 4087659
NoteSubject : Med Records Rcvd
Other Subject : MALLON
Text: [08/05/2011 - RAINES, ROSE]DCM RECEIVED 7/19 OVN AND 7/20 PT EVAL.

**08/04/2011 4:34 PM - PHONE Note 7**
Claim/Event/Leave: 4087659
NoteSubject : AP Called
Other Subject : MALLON
Text: [08/04/2011 - RAINES, ROSE]ADRIANE WITH APS OFFICE CALLED DCM AND LVMM TO ADVISE EE WIL REMAIN OOW 1 MONTH POST 7/19 OV

**08/04/2011 9:54 AM - PHONE Note 6**
Claim/Event/Leave: 4087659
NoteSubject : EE Called
Other Subject : STATUS UPDATES
Text: [08/04/2011 - RAINES, ROSE]EE CALLED DCM TO ADVISE THAT SHE JUST STARTED PT ON 7/20/11. EE WAS OUT OF TOWN IN OHIO ATTENDING A FUNERAL WHICH IS WHY SHE WAS UNABLE TO GET IN TOUCH WITH DCM LATELY. EE APOLOGIZED. EE ADVISED THAT ON 7/19 SHE WAS TAKEN OUT OF HER SLING AND ADVISED TO DO PT FOR 4-6 WEEKS. SHE WIL HAVE NOV WITH MALLON ON 8/23/11. SHE WILL ATTEND PT 1-2 TIMES PER WEEK. SHE ALSO HAS BILATERAL BUNIONS WHICH WIL BOTH NEED TO BE OPERATED ON. HER HUSBAND IS A PODIETRIST, BUT WILL NOTDO OPERATION

**LIN000038**

BUNIONS WHICH WIL BOTH NEED TO BE OPERATED ON. HER HUSBAND IS A PODIETRIST, BUT WILL NOT DO OPERATION. HE REFERRED HER TO DR. J. BARRY JOHNSON. FOV ON 7/7/11 AND SHE WIL HAVE LEFT BUNIONECTOMY ON 8/24/11. SHE WILL AHVERIGHT DOWN SOME TIME AFTERWARDS. EE INTIAILLT REFERRED TO A 10 WEEK PERIOD OF RECOVERY FOR EACH FOOT. SHE ACK STATUSOF BOTH LTD AND STD CLMS. SHE ACK RECORDS REQUESTED FORM AP MALLON TO REVIEW FOR ONGOING CLM DETERM FOR STD AND LTD INTIAL CML DETERM. SHE ACK BENEFITS WOULD BE BACK DATED IF APPROVED. SHE WILL F/U WITH AP ON STATUS OF MED REQ TOMORROW AT HER PTVISIT. NO ADTTL QUESTIONS AND CALL WAS ENDED.

**08/04/2011 9:51 AM - CLAIM Note 10**
Claim/Event/Leave: 4087659
NoteSubject : LTR to EE
Other Subject : INITIAL ACK
Text: [08/04/2011 - RAINES, ROSE]DCM SENT 2ND REQ TO EE FOR INITIAL ACK FOR FORMS DUE NO LATER THAN 8/19/11

**08/04/2011 9:46 AM - CLAIM Note 9**
Claim/Event/Leave: 4087659
NoteSubject : LTR to AP
Other Subject : TRIANLGE ORTHOPEDIC
Text: [08/04/2011 - RAINES, ROSE]DCM SENT MED REQ TO TRIANLGE ORTHOPEDIC FOR MEDICAL RECORDS FORM 7/20 TO PRESENT[08/04/2011 - RAINES, ROSE]YOUR FAX HAS BEEN SUCCESSFULLY SENT TO TRIANGLE ORTHOPEDIC REHABILITATION AT 19199699131. RE: CLAIM: 4087659 - PIFER- FAX: (919) 969-9131 ------------------------------------------------------------- FROM: /O=LIBERTYMUTUAL/OU=HOMEOFFICE/CN=RECIPIENTS/CN=N0180992 ------------------------------------------------------------- TIME: 8/4/2011 9:49:10 AM SENT TO 19199699131 WITH REMOTE ID RESULT: (0/339;0/0) SUCCESSFUL SEND PAGE RECORD: 1 - 3 ELAPSED TIME: 00:45 ON CHANNEL

**08/04/2011 9:44 AM - CLAIM Note 8**
Claim/Event/Leave: 4087659
NoteSubject : LTR to AP
Other Subject : TRIANGLE ORTHOPAEDIC
Text: [08/04/2011 - RAINES, ROSE]DCM SENT MED REQ TO TRIANGLE ORTHOPEDIC FOR RECORDS FROM 7/20 TO PRESENT

**08/03/2011 11:31 AM - PHONE Note 5**
Claim/Event/Leave: 4087659
NoteSubject : Called AP
Other Subject : MALLON
Text: [08/03/2011 - RAINES, ROSE]DCM CALLED AP TO F/U ON STATUS OF MED REQ AND TO ALSO SEE IF EE WAS RELEASED TO RTW. DCM SPOKE TO KAY WHO ADVISED THERE IS NO WORK STATUS REPORT AT ALL IN THE CHART. SHE TOOK MESSAGE FOR A R/C WITH EE'S WORK STATUS. KAYADVISED PHONE MESSAGE SENT TO AP AND HE WILL HAVE KIM HIS NURSE R/C. DCM WAS THEN TRANSFERRED TO MEDICAL RECORDS FOR STATUS OF REQ. DCM LVMM FOR A R/C.

**08/03/2011 11:24 AM - PHONE Note 4**
Claim/Event/Leave: 4087659
NoteSubject : Called EE
Other Subject : STATUS UPDATES
Text: [08/03/2011 - RAINES, ROSE]DCM CALLED EE AND LVMM FOR EE TO R/C TO DISCUSS STATUS POST 7/19 OV.

**07/29/2011 11:54 AM - PHONE Note 3**
Claim/Event/Leave: 4087659
NoteSubject : Called EE
Other Subject : STATUS UPDATES
Text: [07/29/2011 - RAINES, ROSE]DCM CALLED EE AND LVMM FOR EE TO R/C FOR STATUS POST 7/19 OV

**07/11/2011 3:18 PM - CLAIM Note 7**
Claim/Event/Leave: 4087659
NoteSubject : Other
Other Subject : BENEFIT CALCULATION
Text: [07/11/2011 - PRESCOTT, TIMOTHY]SET UP SCHEDULE PAYMENT BASED ON SCREENSHOT IN DOC LIST OF $55034.51 BASE + SCREENSHOT IN DOC LIST OF BONUS PERCENTAGE POINTS OF 7.5%. 7.5% X $55034.51 = 4127.59 BONUS. $55034.51 BASE + $4127.59 BONUS = 59162.10 ANNUAL / 12 = BME OF $4930.17. BENEFIT IS 60% OR $2958.10. THE INITIAL PAYMENT WORKSHEET HAS BEEN SAVED TO THE DOC LIST.

**07/08/2011 3:05 AM - CLAIM Note 6**
Claim/Event/Leave: 4087659
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 7/7/2011 - REFERRED TO PAYMENT SPECIALIST FOR INITIAL PAYMENT CALCULATION.

**07/07/2011 9:33 AM - CLAIM Note 5**
Claim/Event/Leave: 4087659
NoteSubject : Other
Other Subject : SALARY VERIFICATION
Text: [07/07/2011 - RAINES, ROSE]DCM RECEIVED INFORMATION FROM ER INDICATING EE EARNS 55034.51 ANNUALLY

**07/07/2011 8:55 AM - CLAIM Note 4**
Claim/Event/Leave: 4087659

LIN000039

NoteSubject : Ref to Other
Other Subject : PAYMENT SPECIALIST
Text: [07/07/2011 - LANGHAMMER, HEATHER]REFERRAL RECEIVED AND ASSIGNED TO TIM PRESCOTT

**07/07/2011 8:54 AM - CLAIM Note 3**
Claim/Event/Leave: 4087659
NoteSubject : Other
Other Subject : PAYMENT SPECIALIST
Text: [07/07/2011 - RAINES, ROSE]DCM SCORED CLAIM TO THE PAYMENT SPECIALIST FOR INITIAL PAYMENT CALC

**07/06/2011 1:31 PM - PHONE Note 2**
Claim/Event/Leave: 4087659
NoteSubject : Initial EE Interview
Other Subject : CONT.
Text: [07/06/2011 - RAINES, ROSE]SHE STARTED AS A BABYSITTER. SHE LIKES TO WORK AS IT MAKES HER FEEL LIKE A PRODUCTIVE CITIZEN. SHE IS NOT SURE IF HER JOINTS THE WAY THEY ARE WOULD EVER ALLOW HER TO RTW AT A COMPUTER JOB. DR. BELHORN AGREES, BUT HAS NOTINDICATED WHAT TYPE OF EMPLOYMENT EE WOULD BE ABLE TO RTW TO DUE TO HER STATUS WITH RECOVERY. SHE HAD PASSIVE STRETCHING OF HER ARM IN PT ON 7/5. SHE WILL ATTEND PT 2 TIMES A WEEK THROUGH 7/25. SHE IS CURRENTLY MEDICATED WITH EFFEXOR FOR DEPRESSION, TRAXEDONE AT NIGHT FOR SLEEP, HORMONE REPLACEMENT THERAPY DUE TO MENOPAUSE, CELEBREX AN ANTI-INFLAMMATORY FOR JOINTS, TRAMADOL AT NIGHT FOR PAIN, AND CALCIUM SUPPLEMENTS DUE TO OSTEOPENIA. SHE IS MARRIED WITH 2 DEPENDENTS. HER HUSBAND S DOB IS3/2/55. HER DAUGHTER, JENNA BAGGETT, IS 14 DOB 12/8/96. HER SON, ANDREW BAGGETT, 11 Y/O DOB 11/27/99. SHE STARTED WORKING FOR BCBS ON 2/4/87. SHE WAS A DENTAL ANALYST THEN A SUPERVISOR AND THEN A PROGRAM MANAGER. THEY OUTSOURCED HER JOB AND SHE BECAME A DENTAL ANALYST AGAIN. SHE MISSES BEING AT WORK AND HELPING PEOPLE WITH THE COMPANY. SHE WAS THE GO TO PERSON FOR DENTAL. SHE HAS HAD 2 YEARS POST HIGH SCHOOL COLLEGE. SHE COMPLETED THE DENTAL ASST PROGRAM AND IS BOARD CERTIFIED IN DENTAL ASSISTANCE. SHE HAS NOT BEEN IN THE MILITARY. SHE ALSO IS A CERTIFIED PROFESSIONAL IN CODING WHICH HELPED WITH HER JOB WHILE REVIEWING CLMS. SHE IS NTO INVOLVED IN ANY LAW SUITS AND HAS NO OPEN CLAIMS. DCM ASKED EE ABOUT SSDI. SHE ACK SHE WILL NEED TO FILE AN SSDI CLM PER THE LTD POLICY. SHE TOOK WEBSITE AND PHONE NUMBER. SHE ACK IF LTD APPROVED LM WOULD BE ABLE TO OFFER ASSISTANCE WITH HER SSDI CLM. EE ACK THE BENEFIT DIFFERENCE AND THE PERCENT OF BENEFIT FOR LTD. SHE ACK MODE IS MONTHLY. SHE ACK CHANGE IN DEFINITION. SHE EARNS 52,600 PER YEAR. SHE OBTAINED DCM CONTACT INFO. SHE ACK SHE WILL BE CONTACTED ANYTIME HER CLM STATUS CHANGES IN LTD OR STD. SHE HA DNO QUESTIONS AND CALL WAS ENDED.

**07/06/2011 1:31 PM - PHONE Note 1**
Claim/Event/Leave: 4087659
NoteSubject : Initial EE Interview
Other Subject :
Text: [07/06/2011 - RAINES, ROSE]DCM CALLED EE FOR II. DCM INTRODUCED HERSELF AS LTD DCM. EE WORKS FOR BC&BS OF NC. SHE IS A PROFESSIONAL DENTAL ANALYST. SHE WILL REVIEW HEAD AND NECK SURGERIES AS WELL AS TMJ CLAIMS IN THE MEDICAL RECORDS REVIEW DEPT.EE WORKS ON THE COMPUTER AS EVERYTHING IS PAPERLESS. SHE IS LEFT HANDED. SHE STATES SHE LOVES HER JOB. SHE HAS BEEN THERE FOR 24 YEARS AND DID A LOT OF GOOD FOR THE COMPANY. SHE WAS VERY DEDICATED. SHE WOULD ESTABLISH POLICIES AND WORK WITH DIRECTORS. SHE STATES IT IS VERY TRAUMATIC FOR HER TO BE OOW. SHE WORKED A FULL DAY ON FRIDAY 1/28/11. SHE CXED MONDAY WAS HER FDM. SHE ADVISED ON SAT 1/29 SHE WOKE UP WITH SEVERE PAIN IN HER RT SHOULDER. SHE INDICATED SHE HAS EXPERIENCED SHOULDERPAIN FOR THE PAST YEAR, BUT IT JUST GOT SEVERE TOWARDS HER DOD. SHE WAS IN A 12/10 PAIN LEVEL ON 1/29 WITH NUMBNESS DOWN TO HER RT HAND. IN DECEMBER EE TORE HER RT ACL AND WAS RECOVERING FROM THAT STILL WHEN SHE WENT OOW. SHE IS STILL NOT ABLE TOGO FOR WALKS, BUT HAS A HANDICAP SIGN FOR HER CAR. SHE IS ABLE TO MINIMALLY WALK THROUGH THE GROCERY STORE. EE STATES NO INCIDENT CAUSED THE SHOULDER PAIN. ORTHO SAID IT COULD BE DUE TO REPETITIVE MOTION INVOLVING THE MOUSE AND KEYBOARD. PRIOR TOLEAVING WORK EE WAS ON A 140% PRODUCTION RATE WHICH SHE EXPLAINS THEY WERE EXPECTED TO DO 10 HOURS OF WORK IN AN 8 HOUR DAY. EE HAD HER FOV WITH DR. WRIGHT ON 12/22/10 FOR HER SHOULDER. SHE ALSO HAD HER RIGHT KNEE ASPIRATED ON THIS DATE WITH A CORTISONE INJECTION. SHE STATED IT WAS AROUND THANKSGIVING TIME WHEN HER SHOULDER REALLY STARTED TO GET WORSE. IN THE PAST EE HAS ALWAYS HAD DIFFICULTY LIFTING DUE TO HER SMALL FRAME AND A GENETIC DISORDER. EE STARTED TO NOT BE ABLE TO DO LAUNDRY AROUND THE HOUSE AS WELL AS OTHER HOUSE HOLD CHORES. EE TRIED TO WORK AS LONG AS SHE COULD, BUT COULD NO LONGER TYPE ION THE KEYBOARD. SHE CXED SHE IS NO LONGER SEEING AP WRIGHT AND LOV WAS IN APRIL. EE ATTENDED PT AT STEWART PHYSICAL THERAPY THROUGHAPRIL. SHE SAW HER RHEUMATOLOGIST ON 3/16/11, 4/13 AND NOV WITH AP BELHORN ON 7/13/11. EE WAS INITIALLY TOLD BY WRIGHT THAT SHE WOULD NEED OPEN SX DUE TO MRI PERFORMED AND SHE DID NOT WANT OPEN PROCEDURE. RHEUMATOLOGIST BELHORN REFERRED EE TO MALLON WHO PERFORMED ARTHROSCOPIC SX ON 5/27/11. EE CXED WHILE THEY WERE DOING SX THEY FOUND A ROTATOR CUFF TEAR AND THAT WAS ALSO FIXED. EE STARTED PT WITH TRIANGLE ORTHOPEDIC REHABILITATION ON 7/5/11 WHICH WAS HER INTIAL EVAL. FOV WITH MALLON ON 4/28 AND NOV ON 7/19. EE CXED HER PCP IS DR. JOHN CALLIANOS. SHE HAS NO NOV SCHEDULED AT THIS TIME. EE LAST SAW HIM IN DECEMBER 2010 FOR SHINGLES. EE STATES THIS WAS DUE TO THE SHOCK OF HER ACL TEAR. EE CXED SHE ALSO HAS A CONNECTIVE TISSUE DISORDER CALLED EHLERS-DAMLOS IN WHICH SHE HAS JPINT LAXITY. PROGRESSED AGING AND POOR WOUND HEALING. DUE TO THIS SHE IS FRAGILE AND HER SKIN IS PRONE TO ANEURYSMS. EE IS 5 6 AND WEIGHS 130LBS. SHE IS A SMOKER WHICH SHE STARTED LAST YEAR DUE TO STRESS WITH WORK. SHE ADVISED SHE SMOKES 5 CIGARETTES A DAY. SHE CXED SHE HAS ALSO LOST HER JOB WITH BCBS DUE TO HER DISABILITY AND THE LENGTH SHE WAS OOW. SHE IS UNSURE IF SHE WILL EVER RTW. SHE ADVISED THAT IF SHE IS RELEASED SHE COULD REAPPLY TO BCBS.SHE ADVISED SEVERAL YEARS AGO SHE HAD NEUROPATHY WHICH WAS CAUSED BY STRESS WHICH IS WHY SHE HAS TO AVOID STRESS. EE CXED SHE HAS WORKED SINCE SHE WAS 14Y/O.

**07/06/2011 11:10 AM - CLAIM Note 8**

LIN000040

**07/06/2011 11:19 AM - CLAIM Note 2**
Claim/Event/Leave: 4087659
NoteSubject : LTR to EE
Other Subject : ACK LTR
Text: [07/06/2011 - RAINES, ROSE]DCM MAILED EE ACK LTR WITH REQ FOR MEDICAL RECORDS FORM 7/5/11 TO THE PRESENT AS WELL AS INTIAL LTD FORM TO INCLUDE QA, CSS, CIF, TE&E, AUTH, AND A COPY OF EE'S DRIVER'S LICENSE. INFO DUE BY 8/19/11

**07/06/2011 11:08 AM - CLAIM Note 1**
Claim/Event/Leave: 4087659
NoteSubject : LTR to ER
Other Subject : SALARY VERIFICATION
Text: [07/06/2011 - RAINES, ROSE]DCM E-MAILED ER (BEEBEE AND SANDRA) TO VERIFY SALARY AMOUNT FOR LTD

LIN000041

## Note Report

| Report | Clear | Print | Help |

AS Accom  AS Event  Add Note  Appeal  Claim  Coord Claim Note  Correspond  Doc List  Employee  Leave  Life Claim  Lve Addtl Info  Lve Correspondence  Lve Program  Lve Work Sched  Medical  Medical History  Note  SPELL Letters  Scheduled Pmt  Task Print  Task Rpt  Tasks

### Claim
* Claim/Event/Leave Number  2979723     Accommodation Number

Note type:

**Primary Sort Order**
- Note Type
- Note Number
- ● Note Date/Time
- Accm. No.

Sec
●

---

**08/05/2011 9:06 AM - CLAIM Note 51**
Claim/Event/Leave: 2979723
NoteSubject : Extended Benefits
Other Subject : 7/29/11
Text: [08/05/2011 - RAINES, ROSE]DCM RECCOMENDS EXT TO STD MAX DATE. ON 7/19 EE WAS TAKEN OUT OF THE SLING AND ADVISED TO START MORE PT. CONSIDERING SHE WAS IN A SLING SINCE HER SX FOR 6 WEEKS SHE WILL NEED PT TO OBTAIN ACTIVE ROM PRIOR TO RTW. DCM WILNTOIFY EE OF EXT AND CLOSURE FOR STD MAX TO LTD.

**08/03/2011 11:39 AM - CLAIM Note 50**
Claim/Event/Leave: 2979723
NoteSubject : LTR to EE
Other Subject : N&P
Text: [08/03/2011 - RAINES, ROSE]DCM MAILED EE N&P WITH DEADLINE OF 8/16/11

**08/03/2011 11:37 AM - CLAIM Note 49**
Claim/Event/Leave: 2979723
NoteSubject : LTR to ER
Other Subject : BEEBEE
Text: [08/03/2011 - RAINES, ROSE]DCM SENT E-MAIL TO ER TO CX WHETHER EE HAS RTW AND IF SO ON WHICH DATE

**07/20/2011 9:21 AM - CLAIM Note 48**
Claim/Event/Leave: 2979723
NoteSubject : LTR to AP
Other Subject : MALLON
Text: [07/20/2011 - RAINES, ROSE]DCM SENT MED REQ TO AP FORR ECORDS FROM 7/19 OV AND A COMPLETED REST FORM [07/20/2011 - RAINES, ROSE]YOUR FAX HAS BEEN SUCCESSFULLY SENT TO DR. WILLIAM MALLON AT 19195447276. RE: CLAIM: 2979723 - PIFER - FAX: (919) 544-7276-------------------------------------------------------------
FROM: /O=LIBERTYMUTUAL/OU=HOMEOFFICE/CN=RECIPIENTS/CN=N0180992 -------------------------------------------------------------
TIME: 7/20/2011 9:24:40 AM SENT TO 19195447276 WITH REMOTE ID RESULT: (0/339;0/0) SUCCESSFUL SEND PAGE RECORD: 1 - 5 ELAPSED TIME: 01:04 ON CHANNEL 10

**07/20/2011 9:18 AM - PHONE Note 16**
Claim/Event/Leave: 2979723
NoteSubject : Called EE
Other Subject : STATUS >7/19 OV
Text: [07/20/2011 - RAINES, ROSE]DCM CALLED EE TO OBTAIN HER STATUS AFTER HER 7/19 OV. DCM LVM FOR EE TO R/C.

**07/08/2011 2:08 PM - CLAIM Note 47**
Claim/Event/Leave: 2979723
NoteSubject : Med Records Rcvd
Other Subject : TRIANGLE ORTHO PT
Text: [07/08/2011 - RAINES, ROSE]DCM RECEIVED 7/5/11 INTIAL PT EVAL.

**07/06/2011 11:35 AM - CLAIM Note 46**
Claim/Event/Leave: 2979723
NoteSubject : LTR to AP
Other Subject : TRIANGLE ORTHOPEDIC
Text: [07/06/2011 - RAINES, ROSE]DCM SENT MED REQ TO ORTHO FOR RECORDS FROM 7/5/11 TO THE PRESENT[07/23/2011 - RAINES, ROSE]YOUR FAX HAS BEEN SUCCESSFULLY SENT TO TRIANGLE ORTHOPEDIC REHABILITATION AT 1919969131.
RE: CLAIM: 2979723 - PIFER - FAX: (919) 969-9131 -------------------------------------------------------------
FROM: /O=LIBERTYMUTUAL/OU=HOMEOFFICE/CN=RECIPIENTS/CN=N0180992 -------------------------------------------------------------
TIME: 7/6/2011 11:39:10 AM SENT TO 19199699131 WITH REMOTE ID RESULT: (0/339;0/0) SUCCESSFUL SEND PAGE RECORD: 1 - 4 ELAPSED TIME: 00:49 ON CHANNEL 46

**LIN000042**

**07/06/2011 11:07 AM - CLAIM Note 45**
Claim/Event/Leave: 2979723
NoteSubject : LTR to ER
Other Subject : SALARY VERIFICATION
Text: [07/06/2011 - RAINES, ROSE]DCM E-MAILED ER (BEEBEE AND SANDRA) TO OBTAIN CORRECT SALARY INFO.

**07/06/2011 7:44 AM - CLAIM Note 44**
Claim/Event/Leave: 2979723
NoteSubject : Other
Other Subject : REASSIGN TO DCM
Text: [07/06/2011 - HOTCHNER, JAMES]R.RAINES

**07/05/2011 8:52 AM - CLAIM Note 43**
Claim/Event/Leave: 2979723
NoteSubject : Other
Other Subject : MGR REVIEW
Text: [07/05/2011 - BARBI, KAREN]AGREE WITH ESCALATION TO SEVERE

**07/01/2011 12:57 PM - CLAIM Note 42**
Claim/Event/Leave: 2979723
NoteSubject : Escalation
Other Subject : TO SEVERE
Text: [07/01/2011 - CAREY, BRENDON]STD MAX: 7/29. APPROVED THRU 7/19. EE IS A 50 Y/O DENTAL ANALYST FOR BCBS OF NC (SEDENTARY) OOW D/T PAIN IN THE RIGHT SHOULDER AND KNEE. EE HAD SURGERY TO THE SHOULDER ON 5/27. ERTW IS UNKNOWN BUT MDS REVIEW CONFIRMS R/L'S OF LESS THAN SEDENTARY WILL SUPPORT FOR MINIMUM 6 WEEKS POST-OP. EE HAD LOV ON 6/21 AND IS TO BEGIN PT ON 7/5, WITH NOV ON 7/19. RECORDS ARE UP-TO-DATE. ACTION PLAN IS TO OBTAIN UPDATED MEDICAL TO INCLUDE NOTES FROM SURGEON (DR. MALLON) AND PHYSICAL THERAPY ON 7/19 AND REFER FOR MDS REVIEW UPON RECEIPT OF UPDATED MEDICAL TO DETERMINE ANY ONGOING R/L'S. NO RTW PLANS IN PLACE AT THIS TIME AND NO RTW IS EXPECTED. DCM RECOMMENDS ESCALATION TO LTD AT THIS TIME AS NOV IS WITHIN 2 WEEKS OF LTD BBD AND DCM WILL BE UNABLE TO OBTAIN UPDATED MEDICAL AND COMPLETE NEEDED MDS REVIEW WITHIN 2 WEEKS OF LTD BBD.

**07/01/2011 12:53 PM - CLAIM Note 41**
Claim/Event/Leave: 2979723
NoteSubject : Extended Benefits
Other Subject : PR DURATION
Text: [07/01/2011 - CAREY, BRENDON]REASONABLE TO EXTEND BENEFITS THRU NOV 7/19. PER MDS REVIEW, R/L'S ARE SUPPORTIVE FOR MINIMUM OF 6 WEEKS POST-OP. EE HAD SURGERY 5/27 AND IS TO START PT ON 7/5, THEREFORE IT IS REASONABLE TO ALLOW EE TO COME OUT OF HER SLING AND HAVE 2 WEEKS OF PT TO REGAIN MOBILITY PRIOR TO RTW. WILL REQUEST UPDATED MEDS AT NOV AND CONSIDER MDS REVIEW AT THAT TIME TO DETERMINE IF ANY ONGOING R/L'S ARE SUPPORTIVE THEREAFTER.

**07/01/2011 12:36 PM - PHONE Note 15**
Claim/Event/Leave: 2979723
NoteSubject : Called EE
Other Subject :
Text: [07/01/2011 - CAREY, BRENDON]CALLED (919) 596-4264 FOR UPDATE. EE ADVISED SHE IS STILL IN A SLING, IS TO START PT AT TRIANGLE ORTHOPEDICS, (919) 220-5255, ON 7/5. NOV IS 7/19. ERTW HAS NOT BEEN DISCUSSED.

**06/29/2011 9:35 AM - CLAIM Note 40**
Claim/Event/Leave: 2979723
NoteSubject : Med Records Rcvd
Other Subject : MALLON
Text: [06/29/2011 - CAREY, BRENDON]RCV'D 6/21 OVN

**06/28/2011 9:05 AM - CLAIM Note 39**
Claim/Event/Leave: 2979723
NoteSubject : LTR to AP
Other Subject : 2ND - MALLON
Text: [06/28/2011 - CAREY, BRENDON]SENT 2ND REQ[06/28/2011 - CAREY, BRENDON]YOUR FAX HAS BEEN SUCCESSFULLY SENT TO DR. WILLIAM MALLON AT 19195447276. RE: CLAIM: 2979723 - PIFER - FAX: (919) 544-7276 -------------------------------------
---------------------- FROM: /O=LIBERTYMUTUAL/OU=HOMEOFFICE/CN=RECIPIENTS/CN=N0181002 ---------------------------------------------
-------------- TIME: 6/28/2011 9:05:57 AM SENT TO 19195447276 WITH REMOTE ID RESULT: (0/339;0/0) SUCCESSFUL SEND PAGE RECORD: 1- 3 ELAPSED TIME: 00:45 ON CHANNEL 21

**06/24/2011 1:45 PM - PHONE Note 14**
Claim/Event/Leave: 2979723
NoteSubject : Called EE
Other Subject :
Text: [06/24/2011 - CAREY, BRENDON]CALLED (919) 596-4264 FOR UPDATE ON 6/21 OV, ERTWD, NOV, AND TO GET PT CONTACT INFO. REACHED AM AND LM FOR R/C.

**06/21/2011 10:25 AM - CLAIM Note 38**

LIN000043

Claim/Event/Leave: 2979723
NoteSubject : LTR to EE
Other Subject :
Text: [06/21/2011 - CAREY, BRENDON]N&P DUE 7/4

**06/21/2011 10:25 AM - CLAIM Note 37**
Claim/Event/Leave: 2979723
NoteSubject : LTR to AP
Other Subject : MALLON
Text: [06/21/2011 - CAREY, BRENDON]6/21 OVN, NOVD[06/21/2011 - CAREY, BRENDON]YOUR FAX HAS BEEN SUCCESSFULLY SENT TO DR. WILLIAM MALLON AT 19195447276. RE: CLAIM: 2979723 - PIFER - FAX: (919) 544-7276 ----------------------------------------------------------- FROM: /O=LIBERTYMUTUAL/OU=HOMEOFFICE/CN=RECIPIENTS/CN=N0181002 ----------------------------------------------- TIME: 6/21/2011 10:25:13 AM SENT TO 19195447276 WITH REMOTE ID RESULT: (0/301;0/0) BUSY SIGNAL DETECTED PAGE RECORD: NONE SENT ELAPSED TIME: 00:13 ON CHANNEL 38 ------------------------------------------------------------- TIME: 6/21/2011 10:31:28 AM SENT TO 19195447276 WITH REMOTE ID RESULT: (0/339;0/0) SUCCESSFUL SEND PAGE RECORD: 1 - 3 ELAPSED TIME: 00:45 ON CHANNEL 15

**06/03/2011 8:12 AM - CLAIM Note 36**
Claim/Event/Leave: 2979723
NoteSubject : Extended Benefits
Other Subject : PR DURATION
Text: [06/03/2011 - CAREY, BRENDON]REASONABLE TO EXTEND BENEFITS THRU 6 WEEKS FROM DATE OF PROCEDURE PER MDS REVIEW. EE HAD ARTHROSCOPIC RTC REPAIR, SAD AND BICEPS TENOTOMY PERFORMED 5/27, AP NOTES SHOULDER WILL REMAIN IMMOBILE UNTIL NOV (6/21) AND WILL BEGIN PT AT THAT TIME. IT IS REASONABLE EE WOULD NEED A FEW WEEKS OF PT PRIOR TO REGAINING FUNCTIONAL ABILITIES TO RTW. WILL OBTAIN UPDATED RECORDS AT NOV AND OBTAIN PT NOTES IN THE FIRST WEEK OF JULY TO DETERMINE ONGOING R/L'S.

**06/03/2011 8:06 AM - CLAIM Note 35**
Claim/Event/Leave: 2979723
NoteSubject : Med Records Rcvd
Other Subject : MALLON
Text: [06/03/2011 - CAREY, BRENDON]NOV 6/21..........5/27 OP REPORT (RIGHT SHOULDER ARTH ROTATOR CUFF REPAIR, SAD, RESECTION OR TRANSPLANTATION OF LONG TENDON OF BICEPS), 5/31 OVN

**05/31/2011 3:38 PM - CLAIM Note 34**
Claim/Event/Leave: 2979723
NoteSubject : Other
Other Subject : MNGR REVIEW
Text: [05/31/2011 - ENGBRETSON, JENNA]AGREE WITH RECOMMENDATION TO HOLD AND ACTION PLAN IN PLACE

**05/31/2011 3:30 PM - CLAIM Note 33**
Claim/Event/Leave: 2979723
NoteSubject : Escalation
Other Subject : HOLD
Text: [05/31/2011 - CAREY, BRENDON]STD MAX: 7/29. APPROVED THRU 6/21. EE IS A 50 Y/O DENTAL ANALYST FOR BCBS OF NC (SEDENTARY) OOW D/T PAIN IN THE RIGHT SHOULDER AND KNEE. EE HAD SURGERY TO THE SHOULDER ON 5/27. ERTW IS UNKNOWN BUT MDS REVIEW CONFIRMS R/L'S OF LESS THAN SEDENTARY WILL SUPPORT FOR MINIMUM 6 WEEKS POST-OP. RECOMMEND CLAIM BE HELD IN STD AT THIS TIME PENDING POSSIBLE RESOLUTION PRIOR TO STD MAX. PLAN IS TO OBTAIN MEDS TO INCLUDE PT NOTES 6 WEEKS OUT FROM SURGERY TO CONSIDER MDS REFERRALTO ASSESS ONGOING R/L'S AT THAT TIME. IF NO RTW AND ONGOING DISABILITY SUPPORTS WILL ESCALATE BY 7/15.

**05/31/2011 8:46 AM - CLAIM Note 32**
Claim/Event/Leave: 2979723
NoteSubject : LTR to EE
Other Subject :
Text: [05/31/2011 - CAREY, BRENDON]N&P DUE 6/13

**05/31/2011 8:46 AM - CLAIM Note 31**
Claim/Event/Leave: 2979723
NoteSubject : LTR to AP
Other Subject : MALLON
Text: [05/31/2011 - CAREY, BRENDON]5/27 OP REPORT, 5/31 OVN, NOVD[05/31/2011 - CAREY, BRENDON]YOUR FAX HAS BEEN SUCCESSFULLY SENT TO DR. WILLIAM MALLON AT 19195447276. RE: CLAIM: 2979723 - PIFER - FAX: (919) 544-7276 -------------- ----------------------------------------------- FROM: /O=LIBERTYMUTUAL/OU=HOMEOFFICE/CN=RECIPIENTS/CN=N0181002 ---------------------- ---------------------------------------- TIME: 5/31/2011 8:45:09 AM SENT TO 19195447276 WITH REMOTE ID RESULT: (0/339;0/0) SUCCESSFUL SEND PAGE RECORD: 1 - 3 ELAPSED TIME: 00:45 ON CHANNEL 8

**05/11/2011 10:26 AM - PHONE Note 13**
Claim/Event/Leave: 2979723
NoteSubject : EE Called
Other Subject :
Text: [05/11/2011 - CAREY, BRENDON]RCV'D VM FROM EE LEFT AT 9:58 THIS MORNING ADIVISNG SURGERY HAS BEEN RESCHEDULED D/T BRONCHITIS. C/B TO (919) 596-4264 AND S/W EE, WHO ADVISED SURGERY IS RESCHEDULED FOR 5/27 W/ DR. MALLON AND SHE PLANS TO RECOVER ON THEBEACH OVER THE HOLIDAY WEEKEND. ERTW WAS NOT DISCUSSED W/ AP. POST OP IS 5/31. EE DID INDICATE SHE KNOWS SHE WILL HAVE TO GO TO PT THEREAFTER AND THINKS IT WILL BE

LIN000044

W/ AP. POST-OP IS 5/31. EE DID INDICATE SHE KNOWS SHE WILL HAVE TO GO TO PT THEREAFTER AND THINKS IT WILL BE AT TRIANGLE ORTHOPEDICS. EXPLAINED CLM REOPENED AND BENEFITS EXTENDED 6 WEEKS FROM TODAY TO ALLOW SURGICAL RECOVERY TIME. ADVISED WOULD VERIFY SURGERY W/ AP AND OBTAIN PT NOTES 6 WEEKS AFTER SURGERY TO EVALUATE ANY ONGOING R/L'S IF EE NOT CLEARED TO RTW THEN. EE ACKNOWLEDGED AND HAD NO QUESTIONS, THANKED DCM.

**05/11/2011 7:44 AM - CLAIM Note 30**
Claim/Event/Leave: 2979723
NoteSubject : LTR to ER
Other Subject :
Text: [05/11/2011 - CAREY, BRENDON]EMAILED ER TO NOTIFY OF APPEAL OVERTURN AND APPROVAL THRU 6/21. MESSAGE WAS LEFT FOR EE YESTERDAY, SHE IS IN SURGERY TODAY, WILL AWAIT HER R/C AND NOTIFY HER OF DETERMINATION AT THAT TIME.

**05/11/2011 7:33 AM - CLAIM Note 29**
Claim/Event/Leave: 2979723
NoteSubject : Extended Benefits
Other Subject : PR DURATION
Text: [05/11/2011 - CAREY, BRENDON]PER MDS REVIEW, ADDITIONAL MEDICAL SUPPORTS ONGOING R/L'S OF NO LIFTING/CARRYING OVER 5 LBS, NO PUSHING/PULLING/REACHING WITH THE RIGHT ARM. AS JOB WOULD REQUIRE EE TO REACH TO UTILIZE A COMPUTER MOUSE, REASONABLE TO EXTEND BENEFITS. RECORDS INDICATE EE SCHEDULED FOR SURGERY 5/11 W/ DR. MALLON. PER MDS REVIEW A RECOVERY OF AT LEAST 6 WEEKS IS REASONABLE GIVEN CO-MORBIDS AS EE WILL NEED TO UNDERGO A COURSE OF PT POST-OPERATIVELY PRIOR TO BEING ABLE TO RTW. WILL EXTENDBENEFITS 6 WEEKS FROM 5/11 AT THIS TIME, OBTAIN POST-OP RECORDS AND PT NOTES TO EVALUATE ONGOING R/L'S BEYOND THE INITIAL 6 WEEKS.

**05/10/2011 3:08 PM - MDS Note**
Claim/Leave: 2979723
Episode #: 2
Nurse Name: FAUST, KRISTA
Service #: 15443127
Service Date: 05/10/2011
Activity: NURSE REVIEW, FILE REVIEW
Contact Information: NO CONTACT,
Note Type: ACTION PLAN DESCRIPTION
Text: RECOMMEND DCM TO OBTAIN UPDATED NOTES FROM THE CLMT'S INTERNIST, RHEUMATOLOGIST , ORTHOPEDIC AND PHYSICAL THERAPY IN 6 WEEKS, ONCE THIS INFORMATION IS RECEIVED, REFER TO MDS AS WARRANTED TO DETERMINE ONGOING R/L'S, IF ANY.

**05/10/2011 3:08 PM - MDS Note**
Claim/Leave: 2979723
Episode #: 2
Nurse Name: FAUST, KRISTA
Service #: 15443127
Service Date: 05/10/2011
Activity: NURSE REVIEW, FILE REVIEW
Contact Information: NO CONTACT,
Note Type: INFORMATION OBTAINED DESC
Text: SEE PREVIOUS NOTE: THE CLMT WAS SUBSEQUENTLY REFERRED TO TRIANGLE ORTHOPEDIC ASSOCIATES FOR FURTHER EVALUATION OF THE RIGHT SHOULDER. A BONE DENSITY TEST NOTED OSTEOPENIA OF THE HIPS{CONDITION WHERE BONE MINERAL DENSITY IS LOWER THAN NORMAL }.THE CLMT WASEVALUATED BY DR. MALLON {ORTHOPEDIC SURGEON} ON 4/28/11; AN ARTHROSCOPIC LABRAL DEBRIDEMENT, POSSIBLE BICEPS TENOTOMY AND ACROMIOPLASTRY SCHEDULED FOR 5/11/11. THE MEDICAL EVIDENCE ON FILE SUPPORT RESTRICTIONS AND LIMITATIONS OF NO ACTIVITIES REQUIRINGRIGHT ARM PUSHING, PULLING, REACHING, LIFTING OR CARRYING OVER 5 POUNDS , HOWEVER THE DURATION CANNOT BE DETERMINED AT THE TIME AS THE CLMT'S RESPONSE TO SURGERY AND THE SUBSEQUENT PHYSICAL THERAPY IS UNKNOWN .

**05/10/2011 3:06 PM - MDS Note**
Claim/Leave: 2979723
Episode #: 2
Nurse Name: FAUST, KRISTA
Service #: 15443125
Service Date: 05/10/2011
Activity: NURSE REVIEW, FILE REVIEW
Contact Information: NO CONTACT,
Note Type: INFORMATION OBTAINED DESC
Text: PLEASE REVIEW MDS FOR FULL CASE DETAILS.THE CLMT CEASED WORKING DUE TO RIGHT SHOULDER AND RIGHT KNEE DIFFICULTIES. THE CLMT REPORTED INJURING HER KNEE AND SHOULDER AFTER FALLING IN 12/2010. THE INITIAL TREATMENT BY DR. WRIGHT {ORTHOPEDIC} CONSISTED OF ASTEROID INJECTION TO THE RIGHT KNEE, PHYSICAL THERAPY AND ALEVE {NONSTEROIDAL ANTI-INFLAMMATORY MEDICATION}. THE NOTES INDICATE THE CLMT'S KNEE IMPROVED WITH THERAPY, HOWEVER THE RIGHT SHOULDER DIFFICULTIES PERSISTED. THE CLMT WAS SUBSEQUENTLY EVALUATEDBY DR. BELHORN {RHEUMATOLOGIST} ON 3/16/11; EXAMINATION NOTED HEBERDENS NODES OF THE THUMB JOINTS{ HARD OR BONY SWELLINGS }, SIGNIFICANT RIGHT SHOULDER STIFFNESS AND DECREASED RANGE OF MOTION, CERVICAL, RIGHT SHOULDER AND RIGHT KNEE TENDERNESS. THE ORDERS CONSISTED OF LABORATORY TEST AND DIAGNOSTIC TESTING, INITIATED ON CELEBREX {NONSTEROIDAL ANTI-INFLAMMATORY}, TRAMADOL {NARCOTIC LIKE PAIN

**LIN000045**

MEDICATION}; PHYSICAL THERAPY TO CONTINUE. THE CO-MORBID CONDITIONS THAT IMPACT THE CLMT'S FUNCTIONAL CAPACITY AREOSTEOARTHRITIS IN HER HANDS, KNEES AND SHOULDERS, EHLERS-DANLOS SYNDROME {INHERITED DISORDER MARKED BY EXTREMELY LOOSE JOINTS, HYPERELASTIC SKIN THAT BRUISES EASILY AND EASILY DAMAGED BLOOD VESSELS }. A 3/24/11 RIGHT SHOULDER MRI REVEALED A POSTERIOR LABRAL TEAR, DEGENERATIVE CHANGES AT THE GLENOHUMERAL JOINT AND ACROMLOCLAVICULAR JOINT. THE 4/4/11 REVALUATION BY DR. WRIGHT NOTED RIGHT SHOULDER IMPINGEMENT WITH SUBACROMOAL BURSITIS AND DEGENERATIVE ARTHRITIS OF THE ACROMLOCLAVICULAR JOINT, CERVICAL STRAIN, RIGHT KNEE ANTERIOR CRUCIATE LIGAMENT DEFICIENCY; PHYSICAL THERAPY TO CONTINUE TO INCLUDE THE CERVICAL SPINE. NOTE CONTINUED..

**05/10/2011 3:01 PM - PHONE Note 12**
Claim/Event/Leave: 2979723
NoteSubject : Called EE
Other Subject :
Text: [05/10/2011 - CAREY, BRENDON]CALLED (919) 596-4264 TO NOTIFY EE OF APPEAL DETERMINATION AND VERIFY ONGOING TREATMENT PLANS, POST-OP VISIT DATE W/ DR. MALLON. REACHED AM AND LM FOR R/C.

**05/04/2011 8:31 AM - CLAIM Note 28**
Claim/Event/Leave: 2979723
NoteSubject : Ref to Managed Care
Other Subject : LA - APPEAL
Text: [05/04/2011 - CAREY, BRENDON]DO ADDITIONAL MEDS SUPPORT ONGOING R/L'S WHICH WOULD PRECLUDE SEDENTARY WORK BEYOND 3/14? IF SO, WHAT ARE REASONABLE R/L'S AND DURATION?

**05/04/2011 8:23 AM - CLAIM Note 27**
Claim/Event/Leave: 2979723
NoteSubject : Appeal
Other Subject :
Text: [05/04/2011 - CAREY, BRENDON]RCV'D LETTER OF APPEAL DATED 4/30, ALONG WITH OVN FROM 4/4, 3/24 RIGHT SHOULDER MRI, 4/13 OVN, 4/13 BONE DENSITY REPORT, 4/13 LUMBAR SPINE SCAN & LEFT/RIGHT HIP SCANS, 4/21 OVN, 4/28 PRE-OP NOTE, PT NOTES FROM 4/1, 4/6, 4/21, 4/27, 4/26 PROGRESS NOTE

**05/02/2011 10:11 AM - PHONE Note 11**
Claim/Event/Leave: 2979723
NoteSubject : EE Called
Other Subject :
Text: [05/02/2011 - CAREY, BRENDON]EE CALLED, ADVISED SHE IS GETTING READY TO FAX IN RECORDS TOTALLING 29 PAGES AND REQUESTED THAT DCM LET HER KNOW IF ALL 29 PAGES ARE NOT RCV'D AS SHE DOESN'T TRUST THE FAX MACHINE. ADVISED I WOULD LET HER KNOW IN THE EVENT WE DON'T RECEIVE 29 PAGES.

**04/26/2011 10:34 AM - PHONE Note 10**
Claim/Event/Leave: 2979723
NoteSubject : EE Called
Other Subject :
Text: [04/26/2011 - CAREY, BRENDON]EE CALLED TO ADVISE SHE IS FINALLY READY TO ADDRESS HER DENIAL AND ADVISED HER DOCTOR WANTS TO DO OPEN SURGERY BUT SHE IS SEEING ANOTHER AP FOR A SECOND OPINION ON 4/28 B/C SHE DOESN'T WANT TO DO OPEN SURGERY IF SHE DOESN'T HAVE TO AND ASKED IF IT IS OKAY TO WAIT UNTIL 4/28 TO SEND IN INFO ON HER APPEAL. ADVISED EE APPEAL DEADLINE IS 4/30 SO THAT WOULD BE FINE. EXPLAINED WOULD NEED EVERYTHING EE WANTS CONSIDERED AS PART OF APPEAL BY 4/30 AND SHE CAN SEND IT IN PIECESOR ALL AT ONCE, WHATEVER IS EASIER FOR HER. EE THANKED DCM AND HAD NO FURTHER QUESTIONS.

**04/01/2011 2:22 PM - CLAIM Note 26**
Claim/Event/Leave: 2979723
NoteSubject : LTR to EE
Other Subject :
Text: [04/01/2011 - CAREY, BRENDON]MAILED DENIAL LETTER, COPIED ER BY EMAIL. EE ALREADY NOTIFIED VIA PHONE.

**04/01/2011 2:15 PM - CLAIM Note 25**
Claim/Event/Leave: 2979723
NoteSubject : Other
Other Subject : MNGR REVIEW
Text: [04/01/2011 - ENGBRETSON, JENNA]AGREE WITH DENIAL BEYOND 3-14. PER CONFIRMATION FROM THE ER, THEY CAN ACCOMODATE RESTRICTIONS OUTLINED IN REVIEW. AS EE JOB IS SEDENTARY, THESE ARE REASONABLE ACCOMODATIONS. THEREFORE, AGREE WITH DENIAL

**04/01/2011 11:08 AM - CLAIM Note 24**
Claim/Event/Leave: 2979723
NoteSubject : Closed
Other Subject : NOT TD
Text: [04/01/2011 - CAREY, BRENDON]RECOMMEND DENIAL BEYOND 3/14, PER MDS REVIEW, MEDICAL SUPPORTS R/L'S OF NO REACHING OVERHEAD, LIFTING/CARRYING OVER 5 LBS, MORE THAN OCCASIONAL USE OF THE ARM, TURNING HEAD, LOOKING UP/DOWN, OR MORE THAN OCCASIONAL STANDING/WALKING. PER ER, SHE IS ABLE TO WORK WITH THESE RESTRICTIONS AND HER NORMAL JOB DOES NOT REQUIRE EE TO PERFORM ANY TASKS OUTSIDE OF THESE RESTRICTIONS. AS SUCH, RECOMMEND ONGOING DENIAL FOR NOT TD, AS EE'S JOB DOES NOT NECESSITATE HER PERFORMING TASKS OUTSIDE OF HER RESTRICTIONS.

**LIN000046**

**04/01/2011 10:57 AM - PHONE Note 9**
Claim/Event/Leave: 2979723
NoteSubject : EE Called
Other Subject :
Text: [04/01/2011 - CAREY, BRENDON]EE CALLED TO CHECK STATUS. ADVISED HER REVIEW WAS COMPLETED AND WE TOOK RESTRICTIONS TO ER TO SEE IF THEY COULD ACCOMMODATE, WHICH THEY CAN. THEY ALSO ADVISED THAT HER JOB DOES NOT REQUIRE HER TO FUNCTION OUTSIDE OF THOSERESTRICTIONS NORMALLY ANYHOW, AND AS THAT IS THE CASE ADCM WOULD BE RECOMMENDING ONGOING DENIAL OF BENEFITS BEYOND 3/16 AS R/L'S DO NOT PRECLUDE HER FROM PERFORMING HER JOB AT THIS TIME. ASKED IF EE HAD SURGERY SET UP YET. SHE ADVISED SHE DOESN'T AND WILL SEE AP ON MONDAY TO DISCUSS THAT. EXPLAINED TO EE SHE MAY WANT TO CONTACT ER REGARDING RTW AS THEY ARE WANTING TO HAVE ERGONOMICS SIT WITH HER TO MAKE SURE HER DESK IS RIGHT SO SHE DOES NOT AGGRAVATE HER CONDITION AT ALL BY WORKING. EE WAS UPSET AND SAID HER JOB WAS REQUIRING HER TO WORK 6+ DAYS PER WEEK AND SHE HAD TO DO EVERYTHING WITH HER LEFT HAND AND SHE CAN'T DO THAT. ADVISED EE SHE WOULD BE ABLE TO APPEAL DENIAL IN THE EVENT IT IS SIGNED OFF ON AND IN THAT EVENT COULD SUBMIT ANYTHING FURTHER FOR REVIEW TO ILLUSTRATE WHY SHE IS UNABLE TO DO JOB AT THIS POINT. EE THANKED DCM AND HAD NO QUESTIONS.

**03/31/2011 9:27 AM - CLAIM Note 23**
Claim/Event/Leave: 2979723
NoteSubject : Other
Other Subject :
Text: [03/31/2011 - CAREY, BRENDON]BRENDON, FROM REBECCA P S SUPERVISOR: WE CAN SUPPORT THESE RESTRICTIONS. REBECCA IS A DENTAL ANALYST AND IS ONLY REQUIRED TO WORK AT HER COMPUTER. PRIOR TO GOING OUT ON FMLA, REBECCA WAS INFORMED THAT BASED OFF OFHER CURRENT PERFORMANCE, SHE WOULD BE REQUIRED TO RETURN TO THE OFFICE TO PERFORM HER WORK DUTIES. AT THAT TIME SHE WAS A FULL TIME WORK FROM HOME EMPLOYEE. DO YOU HAVE A RETURN BACK TO WORK DATE? THANKS! BEEBEE THOMAS, RN, BSN[04/01/2011- CAREY, BRENDON]QUESTION TO MS. PIFER S SUP: DOES HER JOB AS A DENTAL ANALYST NORMALLY REQUIRE HER TO DO ANYTHING OUTSIDE OF THE RESTRICTIONS? ANSWER: NO. SHE WORKS ON THE COMPUTER ALL DAY. PLEASE LET ME KNOW IF YOU HAVE ANY OTHER QUESTIONS. THANKS! BEEBEE THOMAS, RN, BSN

**03/31/2011 8:11 AM - CLAIM Note 22**
Claim/Event/Leave: 2979723
NoteSubject : LTR to ER
Other Subject : ACCOMMODATIONS
Text: [03/31/2011 - CAREY, BRENDON]GOOD MORNING, ACCORDING TO OUR MEDICAL REVIEW OF MS. PIFER S FILE, HER CONDITION IS SUPPORTIVE OF RESTRICTIONS OF 1) NO REACHING OVERHEAD; 2) NO LIFTING/CARRYING MORE THAN 5 POUNDS; 3) NO MORE THAN OCCASIONAL USE OF THE RIGHT (NON-DOMINANT) SHOULDER; 4) NO MORE THAN OCCASIONAL TURNING OF THE HEAD OR LOOKING UP OR DOWN; 5) NO MORE THAN OCCASIONAL STANDING/WALKING. THESE RESTRICTIONS WOULD MOST LIKELY BE PERMANENT. COULD YOU VERIFY WHETHER HER JOB REQUIRES HER TO PERFORM TASKS OUTSIDE OF THESE RESTRICTIONS, AND IF IT DOES, WOULD YOU BE ABLE TO ACCOMMODATE THESE RESTRICTIONS TO BRING HER BACK TO WORK? CLAIM # 2979723 SSN: XXX-XX-8502 DOB: ███ 1960 THANK YOU,

**03/30/2011 1:27 PM - MDS Note**
Claim/Leave: 2979723
Episode #: 1
Nurse Name: LEWIS, JOYCE
Service #: 15425927
Service Date: 03/30/2011
Activity: NURSE REVIEW, FILE REVIEW
Contact Information: CLAIMS, BRENDON, CAREY
Note Type: ACTION PLAN DESCRIPTION
Text: DCM NOTIFIED AND CASE REMOVED FROM ASSIGNMENT.

**03/30/2011 1:27 PM - MDS Note**
Claim/Leave: 2979723
Episode #: 1
Nurse Name: LEWIS, JOYCE
Service #: 15425927
Service Date: 03/30/2011
Activity: NURSE REVIEW, FILE REVIEW
Contact Information: CLAIMS, BRENDON, CAREY
Note Type: INFORMATION OBTAINED DESC
Text: THE CLMT HAS A DIAGNOSIS OF OSTEOARTHRITIS AND EHLERS-DANLOS SYNDROME [INHERITED DISORDERS MARKED BY EXTREMELY LOOSE JOINTS, HYPER ELASTIC SKIN THAT BRUISES EASILY AND EASILY DAMAGED BLOOD VESSELS CAN LEAD TO EARLY ARTHRITIS). THE CLMT LOST HER BALANCE IN DECEMBER AND HAD A TWISTING INJURY TO HER KNEES THAT CAUSED A FALL. SHE WAS IN CANCUN AND HER KNEE SHIFTED GOING DOWN STAIRS. HER KNEE WAS INJECTED AND ASPIRATED. SHE REPORTED IN JANUARY THAT USING THE MOUSE IS AGGRAVATING HER SHOULDER. SHE HAS SOMEFLUID IN THE SUBACROMIAL REGION OF HER SHOULDER AND HAS 75% ANTERIOR AND POSTERIOR SLIPPAGE OF THE HUMERAL HEAD. SHE HAD DECREASED FORWARD AND LATERAL ELEVATION. SHE ALSO HAD AN EFFUSION [EXCESS FLUID FROM THE JOINT) OF THE KNEE AND LAXITY OF THE ANTERIOR CRUCIATE LIGAMENT. THE CLMT WAS SEEN IN PHYSICAL THERAPY IN 2/11 AND REPORTED THAT IF SHE HAD NO IMPROVEMENT IN 4 WEEKS HE WOULD CONSIDER SURGERY OF HER SHOULDER. HER KNEE WAS BETTER BUT SHE WAS USING A KNEE IMMOBILIZER. SHE REPORTED THAT HER KNEE WOBBLED AND SWELLED A LITTLE IN MARCH. HER RIGHT SHOULDER WAS PAINFUL AND POPPING HER RIGHT KNEE HAS 10 DEGREES OF HYPEREXTENSION AND 150 DEGREES OF FLEXION, SHE HAD AN MRI OF

LIN000047

HER RIGHT KNEE HAS 10 DEGREES OF THE EXTENSION AND 100 DEGREES OF FLEXION. SHE HAD AN MRI OF HER SHOULDER IN 3/11 AND WAS AWAITING RESULTS. PER DR. BELHORN [RHEUM] SHE HAS TROUBLE USING A MOUSE AND GETTING IN AND OUT OF A CHAIR. SHE HAS NODES ON BOTH THUMBS FROM OSTEOARTHRITIS [OA]. SHE HAS SIGNIFICANT STIFFNESS WITH RANGE OF MOTION OF THE SHOULDER AND LOSS OF MOTION OF THE CERVICAL SPINE. SHE HAS FATIGUE, SWELLING OF THE KNEES AND WEAKNESS AND WAS PRESCRIBED CELEBREX [AN ANTI-INFLAMMATORY) AND TRAMADOL [PAIN MEDICATION] MEDICAL INFORMATION IN THE FILE IS SUPPORTIVE OF R&L FROM ACTIVITIES THAT INVOLVE REACHING OVER HEAD, OR LIFTING/CARRYING MORE THAN 5 LBS., OR MORE THAN OCCASIONAL USE OF THE ARM, MORE THAN OCCASIONAL TURNING OF THE HEAD OR LOOKING UP OR DOWN AND ANY MORE THAN OCCASIONAL STANDING AND WALKING DUE TO HER EHLERS-DANLOS SYNDROME AND OA. HER CONDITION IS PROGRESSIVE AND SHE WILL CONTINUE TO DETERIORATE

**03/25/2011 3:17 PM - CLAIM Note 21**
Claim/Event/Leave: 2979723
NoteSubject : Other
Other Subject : MANUAL PAY
Text: [03/25/2011 - CAREY, BRENDON]ADDED $25.00 PAYMENT TO AP FOR RECORDS RCV'D, TAX ID 562135925

**03/25/2011 3:16 PM - CLAIM Note 20**
Claim/Event/Leave: 2979723
NoteSubject : Med Records Rcvd
Other Subject : BELHORN
Text: [03/25/2011 - CAREY, BRENDON]RCV'D SAME MEDS ALONG WITH INVOICE

**03/25/2011 9:06 AM - CLAIM Note 19**
Claim/Event/Leave: 2979723
NoteSubject : Ref to Managed Care
Other Subject : LA
Text: [03/25/2011 - CAREY, BRENDON]ARE ANY R/L'S SUPPORTIVE BEYOND 3/14? IF SO, WHAT ARE REASONABLE R/L'S AND DURATION?

**03/25/2011 9:02 AM - CLAIM Note 18**
Claim/Event/Leave: 2979723
NoteSubject : Med Records Rcvd
Other Subject : WRIGHT
Text: [03/25/2011 - CAREY, BRENDON]3/14 OVN, 2/16 OVN, 1/20 OVN, 1/5 OVN, 12/21/10 OVN

**03/25/2011 8:59 AM - CLAIM Note 17**
Claim/Event/Leave: 2979723
NoteSubject : Med Records Rcvd
Other Subject : BELHORN
Text: [03/25/2011 - CAREY, BRENDON]3/16 OVN, 3/16 LABS

**03/23/2011 12:45 PM - CLAIM Note 16**
Claim/Event/Leave: 2979723
NoteSubject : LTR to AP
Other Subject : BELHORN
Text: [03/23/2011 - CAREY, BRENDON]3/16 TO CURRENT, OVNS, DIAG TESTS, NOVD[03/23/2011 - CAREY, BRENDON]YOUR FAX HAS BEEN SUCCESSFULLY SENT TO DR. LINDA BELHORN AT 19192202627. RE: CLAIM: 2979723 - PIFER - FAX: (919) 220-2627 -------------------------------------------------------- FROM: /O=LIBERTYMUTUAL/OU=HOMEOFFICE/CN=RECIPIENTS/CN=N0181002 -------------------------------------------------------- TIME: 3/23/2011 12:58:44 PM SENT TO 19192202627 WITH REMOTE ID 9192202627 RESULT: (0/339;0/0) SUCCESSFUL SEND PAGE RECORD: 1 - 3 ELAPSED TIME: 00:44 ON CHANNEL 41

**03/23/2011 12:40 PM - PHONE Note 8**
Claim/Event/Leave: 2979723
NoteSubject : EE Called
Other Subject :
Text: [03/23/2011 - CAREY, BRENDON]EE CALLED TO SEE IF WE HAD RCV'D INFO FROM HER NEW DOCTOR. ADVISED EE WE HAVE RCV'D NOTHING BEYOND PT NOTES AS YET AND ADVISED EE DID NOT INFORM THAT SHE WAS SEEING ANOTHER DOCTOR. EE SAW RHEUMATOLOGIST DR. LINDA BELHORN ON 3/16. NOV IS 4/13. EE ADVISED SHE WAS BEING SENT FOR X-RAYS. ADVISED I WOULD CONTACT DR. BELHORN'S OFFICE FOR RECORDS AND F/U WITH HER ONCE EVERYTHING IS RCV'D.

**03/22/2011 8:33 AM - CLAIM Note 15**
Claim/Event/Leave: 2979723
NoteSubject : Med Records Rcvd
Other Subject : STEWART PT
Text: [03/22/2011 - CAREY, BRENDON]PT NOTES FROM 2/25, 2/27 PROGRESS NOTE, 3/9, 3/11, 3/18

**03/21/2011 8:55 AM - CLAIM Note 14**
Claim/Event/Leave: 2979723
NoteSubject : LTR to AP
Other Subject : 2ND - STEWART PT
Text: [03/21/2011 - CAREY, BRENDON]SENT 2ND REQ[03/21/2011 - CAREY, BRENDON]YOUR FAX HAS BEEN SUCCESSFULLY SENT TO STEWART PHYSICAL THERAPY AT 19194798782. RE: CLAIM: 2979723 - PIFER - FAX: (919) 479-8782 ----------------------------------------------------------- FROM: /O=LIBERTYMUTUAL/OU=HOMEOFFICE/CN=RECIPIENTS/CN=N0181002 -------------------------------

LIN000048

---------------------------- TIME: 3/21/2011 10:37:11 AM SENT TO 19194798782 WITH REMOTE ID 336 475 5209 RESULT: (0/339;0/0) SUCCESSFUL SEND PAGE RECORD: 1 - 3 ELAPSED TIME: 00:46 ON CHANNEL 45

**03/21/2011 8:55 AM - CLAIM Note 13**
Claim/Event/Leave: 2979723
NoteSubject : LTR to AP
Other Subject : 2ND - WRIGHT
Text: [03/21/2011 - CAREY, BRENDON]SENT 2ND REQ[03/21/2011 - CAREY, BRENDON]YOUR FAX HAS BEEN SUCCESSFULLY SENT TO DR. PAUL WRIGHT AT 19194716524. RE: CLAIM: 2979723 - PIFER - FAX: (919) 471-6524 ------------------------------------------ ----------------- FROM: /O=LIBERTYMUTUAL/OU=HOMEOFFICE/CN=RECIPIENTS/CN=N0181002 ------------------------------------------------- --------- TIME: 3/21/2011 10:39:18 AM SENT TO 19194716524 WITH REMOTE ID 9194716524 RESULT: (0/339;0/0) SUCCESSFUL SEND PAGE RECORD: 1 - 5 ELAPSED TIME: 01:38 ON CHANNEL 18

**03/15/2011 9:33 AM - PHONE Note 7**
Claim/Event/Leave: 2979723
NoteSubject : EE Called
Other Subject :
Text: [03/15/2011 - CAREY, BRENDON]RCV'D VM FROM EE LEFT YESTERDAY AFTERNOON ADVISING SAW AP 3/14, WILL BE SET UP FOR AN MRI NEXT WEEK, SHOULDER HASN'T IMPROVED, SHE WAS ADVISED TO CONTINUE PT BUT THEY WILL LIKELY MOVE AHEAD WITH SURGERY PENDING MRI RESULTS.

**03/14/2011 9:08 AM - CLAIM Note 12**
Claim/Event/Leave: 2979723
NoteSubject : LTR to EE
Other Subject :
Text: [03/14/2011 - CAREY, BRENDON]N&P DUE 3/27

**03/14/2011 9:08 AM - CLAIM Note 11**
Claim/Event/Leave: 2979723
NoteSubject : LTR to AP
Other Subject : STEWART PT
Text: [03/14/2011 - CAREY, BRENDON]2/21 TO CURRENT PT NOTES[03/14/2011 - CAREY, BRENDON]YOUR FAX HAS BEEN SUCCESSFULLY SENT TO STEWART PHYSICAL THERAPY AT 19194798782. RE: CLAIM: 2979723 - PIFER - FAX: (919) 479-8782 - --------------------------------------------------------- FROM: /O=LIBERTYMUTUAL/OU=HOMEOFFICE/CN=RECIPIENTS/CN=N0181002 -------- --------------------------------------------------------- TIME: 3/14/2011 9:06:45 AM SENT TO 19194798782 WITH REMOTE ID 336 475 5209 RESULT: (0/339;0/0) SUCCESSFUL SEND PAGE RECORD: 1 - 3 ELAPSED TIME: 00:46 ON CHANNEL 2

**03/14/2011 9:07 AM - CLAIM Note 10**
Claim/Event/Leave: 2979723
NoteSubject : LTR to AP
Other Subject : WRIGHT
Text: [03/14/2011 - CAREY, BRENDON]3/14 OVN, DIAG TESTS, RESTRICTIONS[03/14/2011 - CAREY, BRENDON]YOUR FAX HAS BEEN SUCCESSFULLY SENT TO DR. PAUL WRIGHT AT 19194716524. RE: CLAIM: 2979723 - PIFER - FAX: (919) 471-6524 ---------- --------------------------------------------- FROM: /O=LIBERTYMUTUAL/OU=HOMEOFFICE/CN=RECIPIENTS/CN=N0181002 ----------------- ------------------------------------------- TIME: 3/14/2011 9:04:59 AM SENT TO 19194716524 WITH REMOTE ID 9194716524 RESULT: (0/339;0/0) SUCCESSFUL SEND PAGE RECORD: 1 - 5 ELAPSED TIME: 01:37 ON CHANNEL 24

**02/28/2011 8:35 AM - CLAIM Note 9**
Claim/Event/Leave: 2979723
NoteSubject : Job Description
Other Subject : DENTAL ANALYST
Text: [02/28/2011 - CAREY, BRENDON]GOOD MORNING, WE HAVE MS. PIFER'S STD BENEFITS INITIALLY APPROVED FROM 1/31 THROUGH 3/14, WITH BENEFITS BEGINNING 2/14. COULD YOU PROVIDE A COPY OF HER JOB DESCRIPTION? CLAIM # 2979723 SSN: XXX-XX-8502 THANKYOU, BRENDON CAREY[02/28/2011 - CAREY, BRENDON]RESPONSIBLE FOR BENEFIT AND ALLOWANCE DETERMINATION ON CLAIMS SUBMITTED FOR POSSIBLE DENTAL PAYMENT OR OTHER PRICING RESPONSIBILITIES. ANALYST WILL PROVIDE EDUCATIONAL CONSULTATION TO OTHER FUNCTIONAL AREAS TO ALL SUPPORT THE COMPLETION OF THEIR OWN DELIVERABLES. THE DENTAL ANALYST HAS A SCOPE THAT SUPPORTS THE LINES OF BUSINESS

**02/28/2011 8:33 AM - PHONE Note 6**
Claim/Event/Leave: 2979723
NoteSubject : Called EE
Other Subject :
Text: [02/28/2011 - CAREY, BRENDON]CALLED AND S/W EE, NOTIFIED OF APPROVAL THRU 3/14, VERIFIED WITH EE THIS IS STILL NOVD. SHE WILL C/B THEREAFTER TO UPDATE ON ONGOING PLAN AND THANKED DCM.

**02/28/2011 8:30 AM - CLAIM Note 8**
Claim/Event/Leave: 2979723
NoteSubject : Approved
Other Subject :
Text: [02/28/2011 - CAREY, BRENDON]50 Y/O PROFESSIONAL DENATAL ANALYST (SEDENTARY?) DX WITH RIGHT SHOULDER PAIN/IMPINGEMENT AND INJURY TO RIGHT KNEE (REPORTED TORN ACL). LDW 1/28. DOD 1/31. EE REFERRED TO BEGIN PT 1/20 BY DR. WRIGHT, TREATING 2X/WEEK. OBJECTIVE DETAILS IN PT NOTES INDICATE EE WITH VERY LIMITED ROM IN THE RIGHT SHOULDER AND UNABLE TO USE IT FOR MUCH. LAST PT NOTE FROM 2/18 INDICATES KNEE FEELS STRONGER, DR.

**LIN000049**

WRIGHT SAYS TO CONTINUE PT FOR A FEW MORE WEEKS IF IT STILL DOESN'T IMPROVE THEY WILL CONSIDER SHOULDER SURGERY. DCM FINDS REASONABLE, EE HAS JOB WHICH WOULD REQUIRE EXTENSION OF THE ARM TO UTILIZE A COMPUTER/PHONE, LIMITED ROM OF THE ARM WHICH HAS SHOWN NO IMPROVEMENT IN FIRST 4 WEEKS OF PT. PLAN IS FURTHER PT WHICH MAY RESULT IN SURGERY IF NOT IMPROVED. WILL APPROVE THRU NOV W/ DR. WRIGHT ON 3/14. AT THAT TIME WILL REQUEST UPDATED MEDS TO EVALUATE ONGOING R/L'S

**02/28/2011 8:23 AM - CLAIM Note 7**
Claim/Event/Leave: 2979723
NoteSubject : Med Records Rcvd
Other Subject : STEWART PT
Text: [02/28/2011 - CAREY, BRENDON]2/18 PT NOTE, 2/15 PT NOTE, 2/11 PT NOTE, 2/7 PT NOTE, 2/4 PT NOTE, 1/22 PLAN OF CARE SHEET, 1/24 PT NOTE, 1/22 SHOULDER EVALUATION, 1/20 PT REFERRAL FROM DR. WRIGHT

**02/25/2011 9:37 AM - PHONE Note 5**
Claim/Event/Leave: 2979723
NoteSubject : AP Called
Other Subject : STEWART PT
Text: [02/25/2011 - CAREY, BRENDON]RCV'D CALL FROM REBECCA @ STEWART PT ADVISING THEY RCV'D 2ND REQUEST AND FAXED RECORDS YESTERDAY. ADVISED HER S/T IT TAKES UP TO 24 HOURS FOR US TO RCV FAX SO SHE CAN DISREGARD 2ND REQ, WE SHOULD GET IT TODAY IF SHE FAXED IT YESTERDAY

**02/25/2011 9:23 AM - PHONE Note 4**
Claim/Event/Leave: 2979723
NoteSubject : EE Called
Other Subject :
Text: [02/25/2011 - CAREY, BRENDON]RCV'D VM FROM EE LEFT YESTERDAY AFTERNOON ADVISING SHE RCV'D N&P LETTER AND IS CONFUSED. SHE DIDN'T KNOW WHY SHE HAD TO REQUEST INFO AND THOUGHT WE WOULD DO IT PER OUR CONVERSATION. EE STATED SHE IS NOT SURPRISED LM IS TRYING TO FIND A WAY NOT TO PAY HER BENEFITS AS IN HER CLAIM IN YEAR 2000 IT TOOK 5 MONTHS TO GET HER BENEFITS PAID....................C/B TO (919) 596-4264 AND REACHED AM. LM ADVISING 2 REQUESTS HAVE BEEN SENT TO AP AND PT BUT NOTHING RCV'D YET. EXPLAINED LETTER IS JUST TO INFORM HER OF WHAT INFO WE REQUESTED AND WHAT IS NEEDED TO MAKE A DETERMINATION ON CLM SO EE CAN F/U WITH AP TO MAKE SURE INFO IS RCV'D. EXPLAINED 3/1 N&P DEADLINE, NOTHING YET RCV'D, AND EE CAN C/B IF SHE HAS FURTHER QUESTIONS.

**02/25/2011 9:18 AM - CLAIM Note 6**
Claim/Event/Leave: 2979723
NoteSubject : LTR to AP
Other Subject : 2ND - STEWART PT
Text: [02/25/2011 - CAREY, BRENDON]SENT 2ND REQ[02/25/2011 - CAREY, BRENDON]YOUR FAX HAS BEEN SUCCESSFULLY SENT TO STEWART PHYSICAL THERAPY AT 19194798782. RE: CLAIM: 2979723 - PIFER - FAX: (919) 479-8782 ------------------------ ----------------------------------- FROM: /O=LIBERTYMUTUAL/OU=HOMEOFFICE/CN=RECIPIENTS/CN=N0181002 -------------------------------- ---------------------------- TIME: 2/25/2011 9:22:35 AM SENT TO 19194798782 WITH REMOTE ID 336 475 5209 RESULT: (0/339;0/0) SUCCESSFUL SEND PAGE RECORD: 1 - 3 ELAPSED TIME: 00:46 ON CHANNEL 24

**02/23/2011 7:31 AM - CLAIM Note 5**
Claim/Event/Leave: 2979723
NoteSubject : LTR to AP
Other Subject : 2ND - WRIGHT
Text: [02/23/2011 - CAREY, BRENDON]SENT 2ND REQ[02/23/2011 - CAREY, BRENDON]YOUR FAX HAS BEEN SUCCESSFULLY SENT TO DR. PAUL WRIGHT AT 19194716524. RE: CLAIM: 2979723 - PIFER - FAX: (919) 471-6524 ------------------------------------------- ---------------- FROM: /O=LIBERTYMUTUAL/OU=HOMEOFFICE/CN=RECIPIENTS/CN=N0181002 --------------------------------------------------- --------- TIME: 2/23/2011 7:29:34 AM SENT TO 19194716524 WITH REMOTE ID 9194716524 RESULT: (0/339;0/0) SUCCESSFUL SEND PAGE RECORD: 1 - 5 ELAPSED TIME: 01:38 ON CHANNEL 9

**02/18/2011 12:19 PM - CLAIM Note 4**
Claim/Event/Leave: 2979723
NoteSubject : LTR to AP
Other Subject : STEWART PT
Text: [02/18/2011 - CAREY, BRENDON]1/6 TO CURRENT, PT NOTES[02/18/2011 - CAREY, BRENDON]YOUR FAX HAS BEEN SUCCESSFULLY SENT TO STEWART PHYSICAL THERAPY AT 19194798782. RE: CLAIM: 2979723 - PIFER - FAX: (919) 479-8782 - ------------------------------------------------------------ FROM: /O=LIBERTYMUTUAL/OU=HOMEOFFICE/CN=RECIPIENTS/CN=N0181002 -------- ------------------------------------------------------ TIME: 2/18/2011 12:38:06 PM SENT TO 19194798782 WITH REMOTE ID 336 475 5209 RESULT: (0/339;0/0)SUCCESSFUL SEND PAGE RECORD: 1 - 3 ELAPSED TIME: 00:48 ON CHANNEL 25

**02/18/2011 12:15 PM - PHONE Note 3**
Claim/Event/Leave: 2979723
NoteSubject : Initial EE Interview
Other Subject :
Text: [02/18/2011 - CAREY, BRENDON]EE CALLED, II WAS CONDUCTED. LDW WAS 1/28. EE WORKED A FULL DAY.`FIRST DAY MISSED WAS 1/31. EE ADVISED ON 1/29 SHE WOKE UP AND WAS IN SO MUCH PAIN HER HAND WAS NUMB. EE ADVISED SHE HAS BEEN HAVING TROUBLE WITH HER RIGHT SHOULDER SINCE AROUND MAY, 2010 WHEN SHE FELL IN HER YARD. IT HAS GOTTEN PROGRESSIVELY WORSE AND HAS BEEN ESPECIALLY BAD SINCE ABOUT THANKSGIVING. EE ADVISED IN MID-JANUARY SHE TORE HER RIGHT ACL BUT HAS BEEN WORKING THROUGH IT AS SHE WORKS FROM HOME AND CAN JUST PROP HER LEG UP. SHE HAS TROUBLE LIFTING HER SHOULDER, ADVISED THE END OF THE DAY IS WHEN IT IS AT IT'S WORST. EE TAKES SLEEP MEDS TO GET TO SLEEP. SHE HAS BEEN IN PT AT STEWART PHYSICAL THERAPY SINCE

LIN000050

ABOUT 1/24. SHE HAD FIRST F/U WITH DR. WRIGHT ON 2/16. AP DIRECTED HER TO FINISH OUT HER 6 WEEKS OF PT AND HAVE NOV ON 3/14, AT WHICH POINT IF THINGS HAVE NOT IMPROVED THEY WILL CONSIDER SURGERY. EE STATES WHEN SHE WAS WORKING SHE WAS ONLY ABLE TO GO TO PT ONCE/WEEK AND NOW THAT SHE ISOFF SHE GOES 2X/WEEK. EE DIRECTED TO NOT USE HER RIGHT ARM FOR MUCH, AND HAS A FULL SPLINT ON HER RIGHT KNEE. EE ADVISED SHE IS TAKING ALEVE FOR PAIN, SHE ALSO TAKES WELLBUTRIN AND TRAZADONE TO ASSIST WITH HER SLEEP. NO REPORTED COMORBIDS. SHE SELF-DESCRIBES AS 5'6, 125 LBS. EE DESCRIBES JOB AS A PROFESSION DENTAL ANALYST (SHE IS ONE OF ONLY 2 IN THIS POSITION IN THE COMPANY). SHE ADVISED THE PAST YEAR THEY HAVE BEEN HELD TO HIGHER PRODUCTION STANDARDS AND ARE NOW REQUIRED TO DUE 140% OF WHAT THEY WERE DOING BEFORE, WHICH HAS EXACERBATED CONDITION SHE THINKS. EE IS NOT REQUIRED TO REACH OVERHEAD. AUTHOS ON FILE. EXPLAINED PROCESS AND MEDS WOULD BE REQUESTED. EE THANKED DCM AND HAD NO QUESTIONS.

**02/17/2011 3:05 PM - PHONE Note 2**
Claim/Event/Leave: 2979723
NoteSubject : Called EE
Other Subject :
Text: [02/17/2011 - CAREY, BRENDON]CALLED (919) 596-4264 FOR II. REACHED AM AND LM FOR R/C.

**02/16/2011 3:04 PM - CLAIM Note 3**
Claim/Event/Leave: 2979723
NoteSubject : LTR to EE
Other Subject :
Text: [02/16/2011 - CAREY, BRENDON]N&P DUE 3/1

**02/16/2011 3:03 PM - CLAIM Note 2**
Claim/Event/Leave: 2979723
NoteSubject : LTR to AP
Other Subject : WRIGHT
Text: [02/16/2011 - CAREY, BRENDON]1/1 TO CURRENT, OVNS, DIAG TESTS, RESTRICTIONS[02/16/2011 - CAREY, BRENDON] YOUR FAX HAS BEEN SUCCESSFULLY SENT TO DR. PAUL WRIGHT AT 19194716524. RE: CLAIM: 2979723 - PIFER - FAX: (919) 471-6524 --------------------------------------------------------- FROM: /O=LIBERTYMUTUAL/OU=HOMEOFFICE/CN=RECIPIENTS/CN=N0181002 -------------------------------------------------------- TIME: 2/16/2011 3:04:06 PM SENT TO 19194716524 WITH REMOTE ID 9194716524 RESULT: (0/339;0/0) SUCCESSFUL SEND PAGE RECORD: 1 - 5 ELAPSED TIME: 01:37 ON CHANNEL 47

**02/16/2011 3:00 PM - PHONE Note 1**
Claim/Event/Leave: 2979723
NoteSubject : Called EE
Other Subject :
Text: [02/16/2011 - CAREY, BRENDON]CALLED (919) 596-4264 FOR II. REACHED AM AND LM FOR R/C.

**02/14/2011 12:17 PM - CLAIM Note 1**
Claim/Event/Leave: 2979723
NoteSubject : Internet Intake
Other Subject : ADDITIONAL INFO
Text: I HAVE A HEREDITARY MUSCULO-SKELETAL DISEASE DEFINED AS EHLERS-DANLOS SYNDROME. DUE TO CRONIC EXCESSIVE REPETETIVE MOVEMENT WHITH MY RIGHT ARM, I HAVE DEVELOPED A RIGTH SHOUDLER IMPINGEMENT AND AM UNDER THE CARE OF A ORTHOPEDIC MD AND AM HAVING PT.

LIN000051



The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 430-1797

| | |
|---|---|
| Date: February 17, 2022 | |
| To: ANDREW WHITEMAN<br>WHITEMAN LAW<br>5400 GLENWOOD AVE<br>STE 225<br>RALEIGH NC 27612 | |
| Attn: | |
| Fax: (919) 571-1004 | |
| From: Jerronda King<br>Appeals Specialist<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 430-1797 | |
| Total Pages<br>(Including Cover): 13 | |
| RE:<br><br>Claim #: 4087659<br>Claimant: Rebecca Pifer<br><br>BCBS of North Carolina | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

**LIN000052**



The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 430-1797

February 17, 2022

Andrew Whiteman
Whiteman Law
5400 GLENWOOD AVE
STE 225
RALEIGH, NC 27612

RE:     Long Term Disability (LTD) Benefits
         BCBS of North Carolina
         Claim #: 4087659
         Claimant: Rebecca Pifer

Dear Andrew Whiteman:

We reviewed your appeal request for Long Term Disability ("LTD") benefits on behalf of Rebecca Pifer and maintained the decision to deny benefits beyond May 19, 2021.

**Initial Claim Decision**

Ms. Pifer submitted a claim for her absence from work as of January 31, 2011. Her LTD benefits began on July 30, 2011, therefore the change in definition of disability occurred on July 29, 2013, and to receive benefits beyond 24 months she must be disabled from any occupation as defined in the Policy. Benefits were paid from July 29, 2013, to May 19, 2021, and benefits beyond May 19, 2021, were denied as the evaluation concluded she was no longer disabled as defined by the Policy.

The basis for the decision was outlined in a letter dated May 19, 2021. Ms. Pifer was provided an opportunity to request an appeal review of the denial, stating the reasons why she felt that her claim should not have been denied, and submit additional information to support her claim. Specifically, she was advised to submit the following information: In your request for review please include the following documentation: *Office treatment notes, test results, procedure reports, hospitalization records, and any medical records from your treating physicians that confirm your restrictions and limitations precluding you from performing any occupation at this time. You should also provide any additional information that you feel will support your claim.*

**Appeal**

Correspondence was received from your office dated June 9, 2021, noting you were representing Ms. Pifer for her long term disability termination. You requested a copy of the plan documents and summary plan description and Ms. Pifer's entire claim file. You noted the June 9, 2021 letter was not an appeal and Ms. Pifer attended to submit an appeal within the 180 day appeal deadline.

Case 1:22-cv-00186-WO-JLW    Document 21-1    Filed 10/24/22    Page 53 of 763

Correspondence was received from your office dated November 11, 2021 providing the following medical documentation:  medical documentation from Triangle Community Physicians, medical records from EmergeOrtho, an attending physician statement by Dr. Linda Belhorn, an annual physician statement by Dr. William Silver, MRI reports dated June 10, 2021, September 2, 2021 and October 26, 2021, Ms. Pifer's journal of entries from June 7, 2021 to October 22, 2021 and an signed authorization from Ms. Pifer.

In your written request for appeal you noted many of the test results and clinical observations on the FCE support Ms. Pifer's claim and are contrary to the physical therapist conclusions that Ms. Pifer is able to work.  You noted the conclusions reached were not supported by the examination findings.  You noted Ms. Pifer reported pain levels during testing of a 7 on a 10 point scale.  You further noted Ms. Pifer came to the testing ambulating with a cane and exhibiting a slow, methodical gait pattern, she had moderate tenderness along the anterior aspect of the right shoulder, bilateral upper trapezius, interscapular area and low back area, the treadmill test was not completed as she was unable to achieve the minimal speed required of two miles per hour, all three lifting test were terminated due to continued pain across the bilateral upper back and shoulders and noted fatigue.  It was noted that her elevated heart rate was consistent with her reported maximum effort and she was able to lift the minimum weight required.  You further noted that during the "carry testing", she ambulated with a cane and carried the weight in her left upper extremity and frequent carry, push and pull were not performed as she was not able to demonstrate "frequent ambulation".  She demonstrated elevated pain with standing and walking and with object handling.  She had increased discomfort with pinch strength testing, her cervical range of motion was limited, the range of motion and strength in her shoulders were below normal and her strength in her elbows and wrists were diminished.  You also noted the strength in the hips, knees and elbows were below normal.  It was noted that no testing of Ms. Pifer's range of motion and strength in her fingers, the testing was only two hours and nine minutes and the report did not indicate any observations on her ability to sit or the amount of time sitting.  You concluded that the conclusions by the therapist did not match up with the test results and should not be considered in determination Ms. Pifer's entitlement to benefits.

> Medical documentation was received from Dr. Linda Belhorn including duplicate copies of her January 2019, August 2019, February 2020, August 2020, and February 2021 visits. You were seen August 16, 2021, noting she was not doing well since the past spring due to a trigger of multiple stressors.  She reported increased pain, fatigue, and joint laxity.  It was noted since her car accident her neck pain increased along with numbness and tingling in the hands.  She was referred to physical therapy for bulging disc and bone spurs in the cervical spine.  She reported suffering a fall and injuring her right shoulder in addition to having decreased range of motion.  She also reported her ankles were rolling more frequently and her knees were dislocating.  Her examination noted she was in no acute distress with Heberden's and Bouchard's nodes bilaterally, mild loss of range of motion in the cervical spine and shoulders in all planes.  She was restarted on Celebrex and advised to continue Tramadol.

> An attending physician statement was received from Dr. Linda Belhorn dated October 18, 2021, noting diagnosis of generalized osteoarthrosis, Ehlers Danlos Syndrome, Bilateral Heberden and Bouchard's nodes, decreased range of motion in the cervical spine and

**LIN000054**

*shoulders and tenderness in the right shoulder.  She was noted to be limited to no prolonged sitting, standing or repetitive activities.*

*Medical documentation was received from Dr. William Silver.  She was seen September 2020 for right shoulder pain.  She was noted to have a history of right shoulder cuff repair in 2011 and history of Ehler Danlos Syndrome.  Her localized pain was noted to be in the lateral upper arm with movement such as driving. She reported her pain last for two days after being active with the arm and she estimated the pain had been present for approximately one year and progressively worsening.  She had no recent injections.  Her examination noted her right shoulder evaluation revealed no visible deformity or effusion with no skin abnormalities noted to the extremity.  Her forward flexion was 105 degrees with pain, external rotation at side to 45 degrees, abduction to 80 degrees with pain, external rotation to 80 degrees, and internal rotation to 45 degrees.  She had normal strength testing of 5/5 with positive impingement and intact sensation.  She underwent a shoulder subacromial bursa injection.  Ms. Pifer was provided a home physical therapy program and advised to follow up as needed.  She was seen August 24, 2021, for right shoulder pain.  Her examination noted a non-antalgic gait, normal neck range of motion, no visible deformity of the shoulder with forward flexion to 90 degrees, external rotation to the side 30 degrees with pain, abduction 70 degrees, external rotation 70 degrees and internal rotation 15 degrees.  She had normal strength, negative test, and intact sensation. She was seen September 7, 2021, for MRI results.  Her examination noted she was in no acute distress with a non-antalgic gait with changes in forward flexion to 80 degrees, external rotation to side 40 degrees with significant pain, abduction to 45 degrees with pain, external rotation to 80 degrees with pain and internal rotation to 40 degrees with pain.  She had no tenderness to palpation, positive impingement, and intact sensation.  She underwent a shoulder subacromial bursa injection.  Her right shoulder MRI from September 2, 2021, showed severe glenohumeral arthritis with chronically torn and worn labrum, remodeling of the articular surfaces, complex effusion, partial thickness 7 mm interstitial and bursal surface supraspinatus tendon tear and no full thickness tear, acromioclavicular arthropathy and some chronically torn biceps.*

*A attending physicians statement completed by Dr. William Silver dated October 25, 2021, noted Ms. Pifer would follow up as needed.  Her diagnoses were pain in the right shoulder joint and she was limited to no heavy lifting or repetitive activity.*

*Medical documentation was received from Dr. Michael Ransone, EmergeOrtho – Triangle.  She was seen October 2021, for bilateral knee pain since 2010 with partial ACL tear of the right knee.  It was noted that both knees had become symptomatic, right worse than left.  She was seen for interpretation of the MRI's performed October 26, 2021, and for treatment recommendations.  She reported her knees hurt all over and was activity related with some instability, stiffness, swelling, clicking, and popping.  She was able to walk a half a mile or five minutes without significant pain and she was using a cane for longer walks.  She was using mostly Celebrex and Tramadol and occasional Ibuprofen.  She was to manage conservatively, non-surgical.  She underwent bilateral knee injections and she was prescribed physical therapy for knee rehabilitation exercises.  She was to follow up on an as needed basis.*

*Duplicate medical documentation was received from Dr. John Kallianos, Triangle Community, including her February 11, 2019, and May 15, 2019 visits.  She was seen*

LIN000055

*March 12, 2021, for a physical. She was noted to be having more fatigue from Ehlers Danlos Syndrome. She was noted to be ambulating with a cane. Her examination noted she was in no acute distress with normal posture and gait. Her neurological examination noted normal strength, tone, and coordination. She was noted to be permanently disabled with slight interval worsening of her Ehlers Danlos Syndrome. She was noted to be on medication for major depressive disorder. She was seen May 25, 2021, presenting with symptoms from a motor vehicle accident. She was noted to be a restrained driver in vehicle that was rear ended at slow speed while driving on to exit ramp. She had complaints of neck stiffness and right shoulder pain. She reported baseline right arm paresthesia worse than normal. Her examination noted normal motor, sensory and coordination. Imaging of the right shoulder and cervical spine were ordered and she was started on medication for muscle spasm. She was noted to still be disabled from Ehlers Danlos Syndrome. She was seen June 2, 2021, noting mild neck spasms and development of some left arm dysesthesia and mild anterolithesis was noted on cervical imaging. Her examination was unchanged with the exception of normal left arm strength noted and mild decreased light touch to the left arm. She was noted to have developed mild radiculopathy symptoms. MRI was ordered and follow up in two weeks or as needed. She was seen June 16, 2021, she reported improvement in symptoms with limitation in activities. Her treatment plan was physical therapy. She was seen August 13, 2021, for depression. It was also noted that she started physical therapy for cervical pain. She was noted to have mild interval improvement. Cervical imaging report was received noting no acute cervical spine fracture and approximately 2 mm anterolithesis of C2-3, newly demonstrated from March 2011, interval progression of multilevel degenerative changes and mild reversal of the usual cervical curvature. Cervical MRI dated June 10, 2021, noted chronic multilevel cervical degenerative disc disease and facet arthropathy, narrowing of the central canal at C5-6 and C6-7 and variable degrees of bony encroachment on the foramina, likely most prominent on the left at C5-6. Right shoulder imaging dated May 2021, noted no acute abnormality. She was seen October 15, 2021, for bilateral knee pain with crepitus and some swelling. Her examination noted normal left arm strength with some mild decrease light touch. She had mild left knee tenderness, bogginess was noted and creaking and positive testing. It was noted that she may have some cartilage issue in the left knee with some ACL instability in the right knee and she would need a MRI of both knees. Imaging of the bilateral knee dated October 2021 noted degenerative changes with joint space narrowing and osteophyte formation.*

*Medical documentation was received from MacKenzie Eldridge, DPT. She was seen August 8, 2019, August 21, 2019, and September 11, 2019. She reported chronic neck pain and stiffness, decreased cervical range of motion, tenderness to palpation of the cervical joint to palpation, decreased flexibility and poor postural control. She reported improvement in her neck pain and stiffness and the new band exercises helped with her shoulder. Her pain level was a one and she noted "just stiffness". Her examination findings noted limitations in range of motion, head tilted forward, decreased flexibility, painful joint mobility, tenderness of the paracervical, trapezius and levator scapulae. She had good response to manual treatment. Her assessment was cervicalgia, chronic neck pain.*

*Shoulder imaging was received dated August 2020 noting advanced glenohumeral arthropathy, prominent lucency within the superior aspect of the glenoid, consider a geode and anchor suture within the lesser tuberosity this may be due to prior biceps tenodesis.*

**LIN000056**

*A new patient evaluation for physical therapy was received by EmergeOrtho, Minh Phuong Le, PT, LPT, dated August 19, 2021. She was noted to have continued pain. She was noted to enjoy walking her dog and biking. She was noted to have weakness in the right arm, numbness and tingling in the arm into the hands, and problems bathing, dressing, sitting for extended periods and standing for extended periods. Her goal was to complete neck range of motion and to feel more comfortable completing activities of daily living. Her examination noted loss of cervical range of motion, tightness, pain, and decreased strength. She had decreased sensation in the right upper extremity, hypomobile and painful from C1-7, tenderness of the paracervicals and trapezius.*

*Journal entries were received.*

*An attending physician statement was received from Dr. Linda Belhorn dated August 4, 2020, noting generalized osteoarthritis, Ehlers Danlos Syndrome, bilateral Heberdon's and Bouchard's nodes, decreased cervical and shoulder range of motion and right shoulder tenderness. She was restricted to no prolonged sitting, standing or repetitive activities. Her physical impairment was rated a class five: severe limitation in functional capacity, incapable of minimum activity. Her mental impairment was rated a one: able to function under stress and engage in interpersonal relations (no limitations). She was noted to be permanently disabled due to osteoarthritis and Ehlers Danlos Syndrome.*

*An attending physician statement was received from Dr. Linda Belhorn dated October 18, 2021, noting diagnoses of Ehlers Danlos Syndrome and generalized osteoarthritis with joint pain and fatigue. Treatment includes Celebrex and Tramadol.*

We were able to confirm with your office on November 18, 2021, that all information for the appeal had been received.

## Appeal Evaluation

On July 6, 2011, Ms. Pifer noted her last full day of employment was January 28, 2011. She reported on January 28, 2011, she woke up with a severe pain in her right shoulder with numbness down her right hand. She reported tearing her right ACL in December and she was recovering from that when she went out of work. She reported seeing Dr. Wright for her shoulder on December 22, 2010, and she had right knee aspiration with a cortisone injection. She reported she was no longer seeing Dr. Wright and her last visit was in April. She reported seeing rheumatology, Dr. Belhorn. She noted she was status post arthroscopic surgery on May 27, 2011.

Ms. Pifer's claim was initially approved in August 2011 as she was status post rotator cuff repair on May 27, 2011, and she was scheduled for a left bunionectomy on August 24, 2011. She was removed from her sling on July 19, 2011. It was noted that it was reasonable that she had less than sedentary capacity at least until she completed additional physical therapy and had sustained active range of motion.

Updated medical documentation was received. The medical reflected Ms. Pifer had bicep tendinitis which led to a rotator cuff repair on May 27, 2011. She underwent bunionectomy in August and December 2011. She was released by the podiatrist to light duty work capacity. She was followed

**LIN000057**

Case 1:22-cv-00186-WO-JLW    Document 21-1    Filed 10/24/22    Page 57 of 763

by her primary care provider and rheumatology. Dr. Kallianos noted she had sedentary work capacity. Her rheumatologist, Dr. Belhorn noted she could perform a sedentary physical demand level with no prolonged sitting, standing or repetitive activity. Restrictions from Dr. Johnson noted Ms. Pifer was able to perform light duty work on a full-time basis. Based on the occupational analysis her occupation was noted to be sedentary. Per her outlined restrictions by her treating providers and her occupational demands, her claim was closed April 2012 as she was not precluded forming the demands of the occupation.

Additional medical documentation was obtained and Ms. Pifer's claim was referred for a rheumatology review with Dr. Howard Blank dated November 21, 2012.

Based on the medical records, Dr. Blank concluded Ms. Pifer had Ehlers Danlos Syndrome complicated by the development of osteoarthritis involving primarily the hands, right shoulder, cervical spine, and feet. She required arthroscopic surgery on the right shoulder on May 27, 2011, for a partial tear of the rotator cuff which resulted in partial improvement. She had intra-articular injections in 2012 due to worsening symptomology. She underwent bilateral corrective orthopedic surgery on her feet on August 24, 2011, and December 28, 2011. She had follow-up with Dr. Johnson, DPM, on March 20, 2012. He was also under the care of Dr. Linda Belhorn, rheumatology, for management of her joint pain. She was taking Celebrex and Tramadol with partial relief. She had complaints of paresthesia primarily involving the hands with radiation to the face. Evaluation by Dr Bradley Robottom, neurology, was unremarkable.

Dr. Blank opined that her standing and walking were both limited to approximately 10 minutes at a time with a total of 30 minutes were eight hour workday. She had limited use of her right upper extremity due to the right shoulder arthritis, primarily a result of pain. Her fine manipulation was limited to occasionally as a result of osteoarthritis and repetitive use of the hands should be avoided. It was noted that her neck rotation, flexion, and extension was limited to occasional and lifting up to ten pounds with the left upper extremity was limited to occasional. It was determined that her restrictions and limitations were permanent.

A transferable skills analysis report was completed December 7, 2012, which identified two occupations that Ms. Pifer could still perform based on her training, education, and experience. The alternate occupations were Security Receptionist / Gate Guard and Information Clerk. It was noted that while alternate occupations were identified that were not considered commensurate; therefore, benefits were continued.

An attending physician statement by Dr. Linda Belhorn dated February 5, 2020, noted diagnosis of Ehlers Danlos Syndrome and generalized osteoarthritis. Her limitations included no prolonged sitting, standing, heavy lifting and repetitive activities. Progress notes were received noting follow up for Ehlers Danlos Syndrome and degenerative joint disease involving multiple joints. She was seen January 2019, her last visit was February 2018. She was seen for follow up for fibromyalgia, generalized osteoarthritis and Ehlers Danlos Syndrome. She felt her Ehlers Danlos Syndrome was stable with some reported very gradual worsening. Her August 2019 visit noted she had some skin fragility with shearing of the skin and some intermittent numbness and tingling with stress. She was noted to be generally stable in regard to her Ehlers Danlos Syndrome. She was seen February 2020, for Ehlers Danlos Syndrome, osteopenia and degenerative joint disease involving multiple joints. It was noted that she was able to go to the gym and do some landscaping in her yard without a major flare of her symptoms. Her August 2020 examination noted Heberden's and Bouchard's nodes

bilaterally, loss of range of motion in the cervical spine and shoulders and tenderness in the right shoulder laterally. She was noted to have increased symptoms in her hands and persistent symptoms in her cervical spine and shoulders. She was able to do yardwork with pacing herself due to fatigue. She also reported sleep disturbance. Her laboratory studies from February 2020 were unremarkable. Her Ehlers Danlos Syndrome was noted to be stable on Tramadol and Celebrex. She was referred for further evaluation on her increasing right shoulder pain. She was seen February 2021 for follow up. She was last seen August 2020. She was noted to be relatively stable on Celebrex and Tramadol. She reported significant benefit from the shoulder injection performed September 2020. She was doing some exercises with strength training and Tai Chi. Her examination noted she was in no acute distress with Heberden and Bouchard nodes noted bilaterally and mild loss of range of motion in the cervical spine and shoulders in all planes. She reported symptoms in her hands and right shoulder but overall she was stable on her current regimen. Her Ehlers Danlos Syndrome was noted to be stable. Imaging of her shoulder from August 2020 noted advanced glenohumeral arthropathy and a prominent lucency within the superior aspect of the glenoid consistent with a geode. Her plan was to continue doing light weights and Tai Chi to improve her shoulder symptoms.

Medical documentation was received from Dr. John Kallianos. She was treated for peripheral neuropathy with some notation of some interval worsening. She was noted to be limited in her exercise capacity by Ehlers Danlos Syndrome. She was noted to have blurred vision and a diagnosis of papilledema. Ms. Pifer was also seeing a therapist for depression. Her examination noted she was alert, oriented and well groomed. The remainder of her examination was unremarkable with the exception of documented bronchial breath sounds in both lung fields. It was opined by Dr. Kallianos that she was permanently disabled. Her brain MRI from February 2019 noted history of papilledema, tinnitus, and unsteady gait. Her MRI was negative and she had no discrete abnormality of the orbits and low-lying tonsils, likely incidental and stable. She presented May 2019 for a physical. Her examination was unremarkable.

Medical documentation was received from Dr. Danielle Gretz. She was seen for nuclear sclerotic cataract, myopia, astigmatism, and presbyopia. Her visual acuity was 20/20.

Medical documentation was received from Syndee Givre, Raleigh Neurology Associates. She was seen March 7, 2019, for consultation for blurred vision, seeing multiple images and papilledema. Her best corrected visual acuity was 20/20. Her discs were noted to be crowded but there was no edema. She was noted to have intermittent bilateral monocular diplopia. This was noted not to be a neurological condition. She had normal mobility and alignment. Her diagnoses included diplopia and pseudopapilledema of optic disc.

Ms. Pifer's claim was discussed in a consultation with Dr. Kanelos on March 9, 2021. Updated medical documentation noted diagnoses of Ehlers Danlos Syndrome with joint pain, osteoarthritis affecting multiple joints and right shoulder pain. The records noted Ms. Pifer was performing strength training and Tai Chi. A functional capacity evaluation was recommended to determine functionality.

Surveillance was completed on February 23, 2021, and March 4, 2021, and Ms. Pifer was observed approaching and walking near a vehicle, carrying clothing items, entering, and operating a vehicle. She ambulated in a normal manner without the use of any visible medical devices.

LIN000059

A Functional Capacity Evaluation (FCE) was received dated April 21, 2021, and based on the evaluation it was noted that Ms. Pifer had sedentary work capacity as she demonstrated the ability to occasionally lift up to 12.5 pounds floor to waist, 12.5 pounds waist to shoulder, carry up to 10 pounds, push 27 pounds and pull 20 pounds of forces.  On a frequent basis she demonstrated the ability to sit, reach, kneel, balance, stoop, handle, finger, simple and firm grasp, and fine and gross manipulate.  She demonstrated the ability to occasionally stand, walk, stair climb and crouch.  She did have some elevated pain in the right shoulder and upper back.

Ms. Pifer's claim was discussed in consultation with Dr. Kanelos on May 4, 2021.  The functional capacity evaluation was reviewed and it was determined to be consistent and valid.  The results of the functional capacity evaluation noted Ms. Pifer had sustained sedentary work capacity.

A transferable skills analysis was completed by a Vocational Specialist.  The transferable skills analysis noted although Ms. Pifer had not worked since 2011, she would have been capable of performing the following occupations based on her past transferable skills and direct work experience: *Claim Examiner, Mortgage Loan Interviewer, Customer Complaint Clerk and Claims Clerk II.*

Based on the findings of the Functional Capacity Evaluation and vocational report identifying alternate occupations within Ms. Pifer's physical capacity and skills level, her claim was denied for further benefits beyond May 19, 2021.

An Independent Medical Examination with physical medicine and rehabilitation was scheduled on January 4, 2022, and per your office, the examination was cancelled. Correspondence was received dated December 22, 2021, noting you had received the December 20, 2021 letter noting that Ms. Pifer had been scheduled for a medical examination by Dr. Alvin K. Antony on January 4, 2022. You noted Ms. Pifer was willing to undergo an independent medical examination with an unbiased health care provider who is knowledgeable about her conditions.  You noted Ms. Pifer would not undergo an examination by Dr. Antony who was well know for working exclusively for insurance companies and "providing examination reports of questionable accuracy".  You requested that the appointment with Dr. Antony was cancelled.  You noted Ms. Pifer would consider a medical examination with another provider who does not have close ties to the insurance industry and who was knowledgeable in the evaluation and treatment of patient's who suffer from her disabling conditions.

Correspondence was sent to your office dated December 22, 2021, noting the Independent Medical Examination was cancelled.  Per the conversation on December 22, 2021, we asked would you office be scheduling Ms. Pifer for an Independent Medical Examination (IME) with a provider that she preferred. Per our verbal conversation you were going to reach out to Ms. Pifer and you were advised that we would wait for further correspondence from your office with next actions regarding Ms. Pifer's appeal.

Correspondence was received from your office dated December 28, 2021, noting as stated in the previous letter, Ms. Pifer was willing to undergo an Independent Medical Examination (IME) with an unbiased health care provider who is knowledgeable about her conditions.  You noted Ms. Pifer would not undergo an examination by Dr. Antony.  You noted Ms. Pifer did now know of any provider who could perform an Independent Medical Examination (IME) and she would like Lincoln to proceed with her appeal.

**LIN000060**

As mentioned to you verbally on December 22, 2021, we were unable to schedule Ms. Pifer with a physician as the vendors that we used were associated with Lincoln as an approved vendor. As your December 22, 2021, correspondence noted Ms. Pifer would only attend an Independent Medical Examination (IME) with a provider who was not in close ties to the insurance industry.

Correspondence was sent to your office dated January 7, 2022, noting Ms. Pifer's claim was forwarded for a medical assessment by a Board Certified Physician to assist us in evaluating her eligibility for benefits.

During the review of the appeal, Ms. Pifer's claim was reviewed by Dr. Hunter Vincent, an independent physician who is Board Certified in physical medicine and rehabilitation and pain medicine. Attempts were made to reach Dr. Belhorn, Dr. Kallianos, Dr. Ransone and Dr. Silver; no contact was established.

Based on his review of the medical records, Dr. Vincent concluded the primary impairing diagnoses were Ehlers Danlos Syndrome, generalized osteoarthritis of the right shoulder and bilateral knees, cervical degenerative disc disease and cervical canal stenosis.

Dr. Vincent noted taking into consideration the entire clinical picture, including standards of care and evidence-based medicine and any medication or other treatment side effects, Ms. Pifer has a level of impairment that translates into restrictions and limitations from May 19, 2021, to the present. Ms. Pifer is noted to have a history of Ehlers-Danlos syndrome associated with generalized osteoarthritis that involved her right shoulder, cervical spine, and bilateral knees. While, she has been stable status post surgeries, and she made steady progress with treatment regimen; she has a chronic disease history anticipated to aggravate degeneration going forward. In addition, she was recently involved in a motor vehicular accident which caused significant sprain injury aggravating underlying symptoms. Her diagnostic findings and physical examination findings had been remarkable throughout the visits, and at times, she requires assistive devices for ambulation. Due to continued cervical spine, right shoulder, and bilateral knees issues, it was opined that she should limit activities that may cause aggravated symptoms. Therefore, it was concluded that Ms. Pifer is functionally impaired and requires restrictions and limitations. Her supported full-time restrictions and limitations include constant sitting for up to six hours per day, frequent standing for up to three hours per day, walking occasionally for up to two hours per day, lifting, carrying, pushing, and pulling up to 20 pounds with the bilateral upper extremities, occasional climbing stairs, stooping, kneeling, crouching, crawling, and reaching overhead and below waist level, occasional use of the lower extremities for foot controls, occasional fine manipulation in the right upper extremity and occasional simple and firm grasping with the right upper extremity. Ms. Pifer would be precluded from climbing, working at unprotected heights, and operating heavy machinery. Dr. Vincent supported the restrictions and limitations from May 19, 2021, until re-assessment around April 2022.

Dr. Vincent noted his findings agreed with the Functional Capacity Assessment noting that Ms. Pifer can work in a sedentary setting on a full-time basis. Dr. Vincent noted Ms. Pifer clearly retained the capacity of work in a sedentary setting with appropriate restrictions and limitations provided above.

Dr. Vincent did not agree with the October 18, 2021, attending physician statement noting class five, severe limitation of functional capacity, incapable of minimum (sedentary) activity. Dr. Vincent noted Ms. Pifer has advanced degenerative joint disease and history that would warrant restrictions;

LIN000061

however, her restrictions could be accommodated in a full-time sedentary work setting.

Ms. Pifer's claim was reviewed by a vocational consultant, for a transferrable skills analysis based on her prior work history, educational background, and/or life experience and capacity within the restrictions and limitations outlined by Dr. Vincent. The analysis showed the following identified occupations were within her physical abilities and skills level: *Information Clerk and Surveillance-System Monitor.*

Correspondence was sent to your office dated February 1, 2022, providing a copy of the medical assessment and the vocational report. You were provided until February 22, 2022, to review the reports and provide a response.

Correspondence was received from your office on February 10, 2022, including a fax coversheet dated February 9, 2022, and a letter dated December 28, 2021. The letter noted you were responding to the February 1, 2022 letter. You noted Ms. Pifer has no evidence to submit in response to Dr. Vincent's and Ms. Hall's reports. You noted she strongly disputes their conclusions especially the opinion of Dr. Vincent opining that her restrictions and limitations are minimal and do not prevent working. You referred back to the November 11, 2021 appeal letter and request reinstatement of benefits retroactive to May 18, 2021.

We have considered your February 2022 response to the medical and vocational reports. There has been no additional information provided that would alter the findings of the medical assessment by Dr. Vincent or the vocational report by Ms. Hall. Therefore, we are concluding that the additional information provided for appeal would not alter the findings of the initial determination decision rendered May 19, 2021, that no further benefits are payable beyond May 19, 2021.

In our review of the claim, The Lincoln National Life Insurance Company did fully consider the Social Security Administration's ruling to approve Social Security Disability Income benefits. It should be noted, however, that while we fully considered the Social Security Administration's ruling, the decision by the Social Security Administration does not determine entitlement to benefits under the terms and conditions of the Blue Cross & Blue Shield of NC's Group Disability Income Policy. Moreover, The Lincoln National Life Insurance Company has obtained and considered medical and vocational assessments that were not considered by the Social Security Administration in its determination process.

**Conclusion**

We conducted a thorough and independent review of the entire claim. In summary, we acknowledge that Ms. Pifer may have continued to experience some symptoms associated with her condition beyond May 19, 2021. However, the available information does not contain physical examination findings, diagnostic test results or other forms of medical documentation supporting her symptoms remained of such severity that they resulted in restrictions or limitations rendering her unable to perform the duties of the occupations identified as being with in her functional capacity and vocational skills after that date.

Having carefully considered all of the information submitted in support of the claim, our position remains that proof of continued disability in accordance with the Policy provisions after May 19, 2021 has not been provided. Therefore, no further benefits are payable.

**LIN000062**

This claim decision reflects an evaluation of the claim facts and Policy provisions.

**<u>Policy Provisions</u>**

In order to continue receiving benefits, you must satisfy the requirements of all Policy provisions that state, in part:

*"Disability" or "Disabled" means:*

1. *For persons other than pilots, co-pilots, and crewmembers of an aircraft:*

   a. *if the Covered Person is eligible for the Maximum Own Occupation benefit, "Disability" or "Disabled" means during the Elimination Period and until the Covered Person reaches the end of the Maximum Benefit Period, as a result of an Injury or Sickness, he is unable to perform the Material and Substantial Duties of his Own Occupation.*

   b. i. *if the Covered Person is eligible for the 24 Month Own Occupation benefit, "Disability" or "Disabled" means that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*

      ii. *thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*

*"Any Occupation" means any occupation that the Covered Person is or becomes reasonably fitted by training, education, experience, age, physical and mental capacity*

Under the Employee Retirement Income Security Act (ERISA) appeal guidelines, you were entitled to appeal the decision made by The Lincoln National Life Insurance Company and to submit any additional information he wished to be considered as part of the appeal. The Lincoln National Life Insurance Company has conducted a full and fair review of your appeal and accompanying materials, and has concluded that the denial of benefits will be maintained.

At this time, your administrative right to review has been exhausted; no further review will be conducted by The Lincoln National Life Insurance Company and your claim will remain closed. You may request to receive, free of charge, copies of all documents relevant to your claim. You have the right to bring a civil action under section 502(a) of ERISA following an adverse benefit determination on review.

If the policy is subject to ERISA, you may have other voluntary alternative dispute resolution options, such as mediation. One way to find out what may be available is to contact your local U.S. Department of Labor Office or the state insurance regulatory agency. In addition, once all required reviews of the claim have been completed, you have the right to bring a civil action under applicable law.

The employer's policy has a contractual limitations period of three years, which means that a lawsuit

**LIN000063**

must be brought within three years after the date written proof of claim or proof of continued disability was required. The date on which the contractual limitations period expires for this claim is June 18, 2024.

This information is provided for purposes of this claim only, as the time proof of claim is required may differ based on claim specifics and applicable policy language.

Nothing in this letter should be construed as a waiver of any The Lincoln National Life Insurance Company rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved to the Company, whether or not they are specifically mentioned herein.

Decisions made by The Lincoln National Life Insurance Company are based on the provisions outlined in Blue Cross and Blue Shield of NC's Policy. These provisions are not contingent on decisions made by either the Social Security Administration or other disability-determining entities. No internal rules, guidelines, protocols, standard or other similar criteria were relied upon in rendering the claim determination.

If you require language translation assistance, please contact The Lincoln National Life Insurance Company to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata' hane'go shíká a'doowoł nínízingo saad hosínííłį' dóó ná'ookąąh nííní'ąągo naaltsoos nííníłtsoozígíí hazho'ó bik'idi'deeshtį́ił nínízingo doo bą́ą́h ílínígóó níká a'doowoł éí biniiyé shił hodíílnih áko ákwe'égi níká adeeshwoł.

Si necesita traducción, contácteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelación.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jerronda King
Appeals Specialist
Phone No.: (888) 437-7611 Ext. 14674
Secure Fax No.: (603) 430-1797

LIN000064

# FAX COVER SHEET

**To:** Jerronda King, Lincoln

**From:** Andrew Whiteman

**Company:** Whiteman Law Firm

**Date:** February 09, 2022 10:24

**Fax Number:** 16034301797

**Pages (Including cover):** 2

**Re:** Rebecca L. Pifer, Claim number 4087659, BCBS of North Carolina

**Notes:**

Please see the attached letter.

LIN000065



# Whiteman Law
## Andrew Whiteman

| | 5400 Glenwood Avenue | PHONE | 919-571-8300 |
| | Suite 225 | FAX | 919-571-1004 |
| | Raleigh, NC 27612 | WEB | whiteman-law.com |

<u>Via Facsimile</u>

December 28, 2021

Jerronda King
Appeals Specialist
The Lincoln National Life Insurance Company
P.O. Box 2578
Omaha, NE 58172-9688
(fax) 603-430-1797

Re: Rebecca L. Pifer, Claim number 4087659, BCBS of North Carolina

Dear Ms. King:

I am responding to Lincoln's pre-denial letter dated February 1, 2022.

Ms. Pifer has no new evidence to submit in response to the reports of Dr. Vincent and Ms. Hall. However, she strongly disputes their conclusions, especially Dr. Vincent's opinion that her restrictions and limitations are minimal do not prevent her from working. I refer you to Ms. Pifer's appeal dated November 11, 2021 and request that Lincoln reinstate her benefits retroactive to May 18, 2021.

Please let me know if you have any questions.

Respectfully,

*Andrew Whiteman*

Andrew Whiteman

LIN000066

Case 1:22-cv-00186-WO-JLW Document 21-1 Filed 10/24/22 Page 66 of 763



Appeal Transferable Skills Analysis

Date: 02/01/2022
Claimant: Rebecca Pifer
Claim #: 4087659
Policyholder: Blue Cross & Blue Shield of NC
Pre-disability Earnings: $4,930.17
Benefit Amount: $2,958.10

Two previous Transferable Skills Analysis (TSA) reports have been completed on 12/07/12 and 05/11/21 and I have since been asked by the Appeal Review Consultant to complete an additional report as updated medical information has been obtained.

A Transferable Skills Analysis utilizing the Occupational Access System (OASYS) was completed to assess the insured's transferable skills to determine if alternative occupations exist in the national economy.

The following documentation was reviewed:
Employer provided Job Description, Training Education, and Experience (TE&E) form, previously completed Occupational Analysis (OA) dated 03/16/12, previously completed Transferable Skills Analysis (TSA) reports dated 12/07/12 and 05/11/21, Physical Medicine & Rehabilitation/Pain Medicine Peer Review completed by Dr. Vincent, D.O., dated 01/24/22, OASYS

Education & Training:
Education: Two years of college
Certifications/Licensures: Certified Dental Assistant [1979]
Computer Skills: Internet, Email, Word Processing, Keyboarding/Typing, CPC

Last 15 years of Work History:

Work History:

| DOT Code | Job Title/Occupation Title | Strength | Years |
|---|---|---|---|
| 241.267-018 | Claim Examiner | S | 23+ |

Skills & Abilities:
Technical/Claims – Reviewing dental and oral claims to determine liability, responding to inquiries regarding dental and surgery claims, identifying, selecting, and preparing referrals for consultants, identifying cost savings opportunities, identifying, analyzing, compiling, and documenting suspected fraud cases, preparing reports, establishing and meeting claims turnaround goals, using knowledge of medical terminology and claims coding and processing, auditing dental/medical records, reading and understanding laws and regulations and insurance plan terms and conditions, reading operative notes and using insurance claims forms, completing precise and detailed work, utilizing attention to detail skills
Communication/Interpersonal – Speaking effectively, listening attentively, informing and consulting with both staff and customers, demonstrating care and concern, collaborating with others, working well as part of a team
Customer Service – Answering questions, clarifying and explaining information, interacting with diverse populations, working well with the public, handling customer issues and complaints, utilizing problem solving skills
Organizational/Clerical – Demonstrating efficiency and ability to get a job done, utilizing time management skills, multi-tasking, understanding and applying both written and verbal instructions, working with numbers, performing math functions, reconciling and balancing statements, performing routine office work using basic clerical skills, exercising proper telephone protocol, completing data entry operations

**LIN000067**

Restrictions and Limitations:

Restrictions and Limitations used for this analysis was based off of the Physical Medicine & Rehabilitation/Pain Medicine Peer Review completed by Dr. Vincent, D.O., dated 01/24/22. Restrictions include the following:

- "Sitting: Constantly, for up to 6 hours per day
- Standing: Frequently, for up to 3 hours per day (with the use of assistive devices if/when required)
- Walking: Occasionally, for up to 2 hours per day (with the use of assistive devices if/when required)
- Lifting: Occasionally, up to 20 lbs. BUE
- Carrying: Occasionally, up to 20 lbs. BUE Pushing: Occasionally, up to 20 lbs. BUE
- Pulling: Occasionally, up to 20 lbs. BUE
- Climbing stairs: Occasionally
- Balancing: Never
- Stooping: Occasionally
- Kneeling: Occasionally
- Crouching: Occasionally
- Crawling: Occasionally
- Reaching: Occasionally overhead and below waist level, unrestricted desk level BUE
- Using lower extremities for foot controls: Occasionally BLE
- Fine manipulation: Occasionally RUE, Unrestricted LUE
- Simple and firm grasping: Occasionally RUE, Unrestricted LUE
- No climbing ladders
- No working at unprotected heights
- No operating heavy machinery
- The above recommended restrictions and limitations are indicated from May 19, 2021 to the present and ongoing with reassessment on or around 04/24/2022."

Profile Adjustments:

SVP: No adjustments made

GED: Adjusted to reflect the insured's two years of college experience (Grades 13-14).

Physical adjustments were made to reflect the insured's physical abilities as noted above. Strength was kept on the pre-populated setting of Sedentary. Reaching was adjusted to "constantly," however any alternate occupation identified through the OASYS analysis was reviewed for the frequency of reaching overhead and below waist level given the above noted restrictions.

Environmental Conditions were adjusted to "unknown" as limitations were not specified with the exception of proximity to moving mechanical parts and working in high exposed places, which were both adjusted to "never" given the above noted restrictions.

Noise: Adjusted to "very loud" as no noise limitations were provided.

Aptitudes: No adjustments made

Situations adjustments, including performing repetitive or short-cycle work, performing a variety of duties, attaining precise set limits, tolerances, and standards, working under specific instructions, and dealing with people, were adjusted to "yes" to reflect the insured's ability to complete routine natured administrative functions, perform a wide range of claims management, customer service, and clerical tasks, adhere to and achieve exact levels of performance when reviewing and managing claims, follow specific instructions and directions for work according to laws and regulations and insurance plan terms and conditions, and interact effectively with others utilizing customer service and communication skills.

Data adjustments, including coordinating, compiling, computing, copying, and comparing, were adjusted to "yes" to reflect the insured's ability to complete work tasks in an organized sequence of operations, gather information directly from customers or by reviewing claims forms, use basic mathematical skills when managing claims and auditing records, perform data entry operations to complete paperwork and documentation, and visually compare characteristics of forms and records to ensure accuracy of information.

Updated 2/1/22

**LIN000068**

People adjustments, including serving and taking instructions-helping, were adjusted to "yes" to reflect the insured's ability to tend to the needs and requests of others and follow orders and directions from supervisors.

Things adjustments, including operating-controlling, were adjusted to "yes" to reflect the insured's ability to operate and control various equipment, including computers.

Summary:
The Transferable Skills Analysis identified occupations that are within the insured's physical abilities and identified skills level.

Examples of Occupations identified based on National labor market and the insured's ability profile analysis:

| DOT Code | Occupation | Strength | National Monthly Wage |
|---|---|---|---|
| 237.367-022 | Information Clerk | S | $2,593 |
| 379.367-010 | Surveillance-System Monitor | S | $2,941 |

*Wage Information is based on median 2020 Bureau of Labor Statistical Data*

It should be noted that the previously identified occupational alternatives were omitted from this report as they fall outside of the updated restrictions and limitations as outlined by Dr. Vincent. In addition, although the insured has been out of work since 2011, the above noted occupations would allow for the use of their past transferable skills and direct work experience and are at levels that would allow for on the job training and thus would still be appropriate alternative occupations.

I have not met with the insured for the purpose of this review. All opinions are based on review of vocational information, medical records and resources noted.

Respectfully submitted,

Electronically Signed
*Nicole Hall, MS, CRC*
*Vocational Rehabilitation Counselor*

Updated 2/1/22

**LIN000069**

| DOT Code | Occupation Title | SVP | Yrs | Mos | Inc | Has CWF | Uses CWF | Str | GOE Code |
|---|---|---|---|---|---|---|---|---|---|
| 241.267-018 | Claim Examiner | 7 | 23 | 11 | Y | N | N | S | 11.12.01 |

ADJUSTED VARIABLES SUMMARY

This report summarizes the changes made to the person's ability profile.

|  |  | Changed From | Changed To |
|---|---|---|---|
| **Specific Vocational Preparation** | | | |
| Maximum | | 7 (2 to 4 years) | No Change |
| Minimum | | 7 (2 to 4 years) | 1 (Short demo only) |
| | | | |
| **General Educational Development** | | | |
| Reasoning | | 4 Grades 9-12 | 5 Grades 13-14 |
| Mathematics | | 3 Grades 7-8 | 5 Grades 13-14 |
| Language | | 4 Grades 9-12 | 5 Grades 13-14 |
| | | | |
| **Physical Demands** | | | |
| Strength | Maximum | S Sedentary | No Change |
| | Minimum | S Sedentary | No Change |
| Climbing | | Never | No Change |
| Balancing | | Never | No Change |
| Stooping | | Never | Occasionally |
| Kneeling | | Never | Occasionally |
| Crouching | | Never | Occasionally |
| Crawling | | Never | Occasionally |
| Reaching | | Frequently | Constantly |
| Handling | | Frequently | Constantly |
| Fingering | | Frequently | Occasionally |
| Feeling | | Never | Occasionally |
| Talking | | Frequently | Unknown |
| Hearing | | Frequently | Unknown |
| Tasting/Smelling | | Never | Unknown |
| Near Acuity | | Frequently | Unknown |
| Far Acuity | | Never | Unknown |
| Depth Perception | | Never | Unknown |
| Accommodation | | Never | Unknown |
| Color Vision | | Never | Unknown |
| Field of Vision | | Never | Unknown |
| | | | |
| **Environmental Conditions** | | | |
| Exposure to Weather | | Never | Unknown |
| Extreme Cold | | Never | Unknown |
| Extreme Heat | | Never | Unknown |
| Wet and/or Humid | | Never | Unknown |
| Vibration | | Never | Unknown |
| Atmospheric Conditions | | Never | Unknown |
| Proximity to Moving Mechanical Parts | | Never | No Change |
| Exposure to Electrical Shock | | Never | Unknown |
| Working in High Exposed Places | | Never | No Change |
| Exposure to Radiation | | Never | Unknown |
| Working with Explosives | | Never | Unknown |
| Exposure to Toxic or Caustic Chemicals | | Never | Unknown |
| Other Environmental Conditions | | Never | Unknown |
| Noise Intensity Level | | Quiet | Very Loud |

Updated 2/1/22

**LIN000070**

DOT Aptitudes

| | | |
|---|---|---|
| General Learning Ability | 2 (67-89 Percentile) | No Change |
| Verbal Aptitude | 2 (67-89 Percentile) | No Change |
| Numerical Aptitude | 3 (34-66 Percentile) | No Change |
| Spatial Aptitude | 4 (11-33 Percentile) | No Change |
| Form Perception | 4 (11-33 Percentile) | No Change |
| Clerical Aptitude | 2 (67-89 Percentile) | No Change |
| Motor Coordination | 4 (11-33 Percentile) | No Change |
| Finger Dexterity | 4 (11-33 Percentile) | No Change |
| Manual Dexterity | 4 (11-33 Percentile) | No Change |
| Eye-Hand-Foot Coordination | 5 (Below 11 Percentile) | No Change |
| Color Discrimination | 5 (Below 11 Percentile) | No Change |

Work Situations (Temperaments)

| | | |
|---|---|---|
| Directing, Controlling, Planning | No | No Change |
| Performing Repetitive Work | No | Yes |
| Influencing People | No | No Change |
| Performing a Variety of Duties | No | Yes |
| Expressing Personal Feelings | No | No Change |
| Working Alone or in Isolation | No | No Change |
| Performing Under Stress | No | No Change |
| Attaining Precise Limits/Tolerances | No | Yes |
| Following  Specific Instructions | No | Yes |
| Dealing with People | No | Yes |
| Making Judgments and Decisions | Yes | No Change |

Work Functions - Data

| | | |
|---|---|---|
| 0 Synthesizing | No | No Change |
| 1 Coordinating | No | Yes |
| 2 Analyzing | Yes | No Change |
| 3 Compiling | No | Yes |
| 4 Computing | No | Yes |
| 5 Copying | No | Yes |
| 6 Comparing | No | Yes |

Work Functions - People

| | | |
|---|---|---|
| 0 Mentoring | No | No Change |
| 1 Negotiating | No | No Change |
| 2 Instructing | No | No Change |
| 3 Supervising | No | No Change |
| 4 Diverting | No | No Change |
| 5 Persuading | No | No Change |
| 6 Speaking-Signaling | Yes | No Change |
| 7 Serving | No | Yes |
| 8 Taking Instructions-Helping | No | Yes |

Work Functions - Things

| | | |
|---|---|---|
| 0 Setting Up | No | No Change |
| 1 Precision Working | No | No Change |
| 2 Operating-Controlling | No | Yes |
| 3 Driving-Operating | No | No Change |
| 4 Manipulating | No | No Change |
| 5 Tending | No | No Change |
| 6 Feeding-Offbearing | No | No Change |
| 7 Handling | Yes | No Change |

Updated 2/1/22

LIN000071



The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 430-1797

| | |
|---|---|
| Date: February 1, 2022 | |
| To: ANDREW WHITEMAN<br>WHITEMAN LAW<br>5400 GLENWOOD AVE<br>STE 225<br>RALEIGH NC 27612 | |
| Attn: | |
| Fax: (919) 571-1004 | |
| From: Jerronda King<br>Appeals Specialist<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 430-1797 | |
| Total Pages<br>(Including Cover): 21 | |
| RE:<br><br>Claim #: 4087659<br>Claimant: Rebecca Pifer<br><br>BCBS of North Carolina | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

**LIN000072**



The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 430-1797

February 1, 2022

Andrew Whiteman
Whiteman Law
5400 GLENWOOD AVE
STE 225
RALEIGH, NC 27612

RE: Long Term Disability (LTD) Benefits
BCBS of North Carolina
Claim #: 4087659
Claimant: Rebecca Pifer

Dear Andrew Whiteman:

Lincoln Life Assurance Company of Boston (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under the Blue Cross & Blue Shield of NC's Group Disability Policy. We are writing regarding your claim for LTD benefits under the Policy on behalf of Rebecca Pifer.

We are in process of reviewing your appeal of our denial determination regarding the above-referenced claim. The purpose of this letter and enclosures is to provide you with an opportunity to review and comment on new/ additional evidence that has been received before a decision is rendered on your appeal.

Please find attached a copy of the medical and vocational reviews completed on appeal, which is new or additional evidence in connection with the appeal. You may review the reports, and provide a response to us, which we will consider in making our decision on your appeal. If we do not receive your response within 21 days of the date of this letter or **February 22, 2022**, we will proceed with making a determination on your appeal.

Upon receipt of your response, we will promptly complete our review and render a determination on your appeal. If your response is not received by **February 22, 2022**, we will render a determination based on the information contained in your file. Your response can be faxed to the below dedicated fax number or emailed to disabilitydocuments@lfg.com.

Due to these special circumstances, an extension of time to process your appeal is required and we are exercising our right to take such an extension under the Employee Retirement Income Security Act.

**LIN000073**

Under the Employee Retirement Income Security Act (ERISA), an appeal determination should be rendered within 45 days of receipt of appeal, unless there are special circumstances beyond Lincoln's control, which require a delay in making a determination. If additional time is needed, ERISA allows for a 45-day extension to evaluate and render an appeal decision. [Pursuant to ERISA Regulations, additional time for a final decision may exceed 90 days to the extent that the timeframe is tolled while Lincoln is awaiting receipt of requested documentation needed to fully evaluate your claim. (Tolled: accumulation of time is suspended.)]

Should you have any questions pertaining to the status of your appeal, please contact me at the telephone number below. Please include the claim number listed above in all communications.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jerronda King
Appeals Specialist
Phone No.: (888) 437-7611 Ext. 14674
Secure Fax No.: (603) 430-1797

Attachments: 4087659-MEDICAL-CP/PEER REVIEW-01.24.2022
4087659-VOC-TRANSFERRABLE SKILLS ASSESSMENT-02.01.2022

# Hunter Vincent, DO
## *Board-Certified in Physical Medicine & Rehabilitation*
## *Pain medicine*

CLAIMANT NAME: Pifer, Rebecca
EXAMINER: Hunter Vincent, DO
ECN #: 171351-3
CLAIM #: 4087659
DATE OF LOSS: 1/31/2011
DATE OF SERVICE: 1/24/2022

## Peer Review

This is a peer review regarding Pifer, Rebecca. I have been asked to review the medical records on behalf of ECN. I reviewed records from 03/09/2011 through 10/26/2021 including: John A. Kallianos, MD/Internal Medicine, extending from 01/28/2010 to 10/15/2021; Danielle Gretz, OD/Optometrist, on 07/14/2020; Mustafa Khan, MD/Diagnostic Radiology, on 02/28/2019; Linda Belhorn, MD/Internal Medicine & Rheumatology, extending from 03/16/2011 to 08/17/2021; Tammy Ferrell, MA/Medical Assistant, on 09/15/2014; Shelia Capel, on 09/30/2015; Tracy Arnold, LPN/Licensed Practical Nurse, on 10/10/2020; Randy A. Cruell, MD/Diagnostic Radiology, extending from 03/24/2011 to 03/22/2012; Vito Basile, MD/Diagnostic Radiology, on 08/06/2020; Samuel N. Bone, III, MD/Diagnostic Radiology, on 05/25/2021; James W. Lester, Jr, MD/Diagnostic Radiology, on 06/10/2021; William Silver P., MD/Orthopedic Sports Medicine, extending from 09/16/2020 to 09/14/2021; Adam K. Olmsted, MD/Diagnostic Radiology, on 09/02/2021; Teresa Brown, MD/Internal Medicine, on 10/19/2021; Ashley G. Merritt, MD/Diagnostic Radiology, on 10/26/2021; Ripal N. Shah, MD/Diagnostic Radiology, on 10/26/2021; William J. Mallon, MD/Ophthalmology, extending from 04/29/2011 to 11/21/2011; J. Barry Johnson, DPM/Podiatry, extending from 07/07/2011 to 05/27/2012; Laura A. Wendt, PA/Physician Assistant, on 07/20/2011; Megan Howerter, PA-C/Certified Physician Assistant, extending from 06/23/2011 to 08/24/2011; Robert L. Waltrip, MD/Orthopedic Surgery, on 12/15/2011; Bradley J. Robertson, MD/Cosmetic, Plastic & Reconstructive Surgery, on 04/30/2012; Nichole M. Graf, PA-C/Certified Physician Assistant, on 05/01/2012; Howard Blank, MD/Rheumatologist, extending from 11/13/2012 to 11/21/2012; Qnna Davidow, PT/Physical Therapist, on 04/28/2021; Minh Phuong Le, PT/Physical Therapist, on 08/19/2021; Michael P. Ransone, MD/Orthopedic, on 10/28/2021; Robert D. Stewart, MD/Internal Medicine, on 04/13/2011; Paul H. Wright, MD/Orthopedic Surgery, extending from 12/21/2010 to 04/21/2011; Joi Edward, DPT/Physical Therapist, extending from 03/09/2011 to 04/27/2011; Kelly L. McLaughlin, PT/Physical Therapist, on 07/07/2021.

The claimant is a 61-year-old female with a medical history significant for Ehlers-Danlos syndrome, generalized osteoarthritis of the right shoulder and bilateral knees, cervical degenerative disc disease, and cervical canal stenosis.

03/24/2011, Randy Cruell, MD/Interventional Radiologist: Record revealed that the claimant underwent MRI of the right shoulder with contrast due to right shoulder

**LIN000075**

impingement, pain, and limited range of motion. Impression indicates posterior labral tear with evidence of partial healing, negative for rotator cuff tendon tear, and mild degenerative changes at the glenohumeral joint and acromioclavicular joint.

04/13/2011, Robert D. Stewart, MD/Diagnostic Radiology: Record revealed that the claimant underwent bone density scan. Interpretation indicates as osteopenic. She is in low risk category for fracture.

05/27/2011, William J. Mallon, MD/Orthopedic Sports Medicine: Record revealed that the claimant underwent surgical arthroscopy on the right shoulder with rotator cuff tear repair, surgical arthroscopy on the shoulder, decompression of sub-acromial space with partial acromioplasty with coracoacromial ligament release on the right shoulder, and arthroscopic resection or transplantation of long tendon of biceps on the right due to rotator cuff rupture on the right shoulder.

08/31/2011, J. Barry Johnson, DPM/podiatric Medicine: Record revealed that the claimant underwent gastrocnemius recession of the left, McBride bunionectomy of the left foot with a base wedge osteotomy with 3.5 AO screw fixation, and distal oblique osteotomy with 2.0 screw fixation fifth metatarsal left foot for tailor's bunion deformity due to HAV deformity of left foot, metatarsus primus adductus of the left foot, tailor's bunion deformity left foot, and gastrocnemius equinus of the left foot.

03/16/2012, Peer Review: Record revealed that the claimant has a diagnosis of bicep tendonitis, status post rotator cuff repair on 05/27/2011. She underwent a bunionectomy with osteotomy on 08/24/2011 and 12/28/2011 (both feet). She has additional diagnosis of depression and osteopenia. The claimant is expected to perform work at the sedentary to light physical demand levels.

03/20/2012, J. Barry Johnson, DPM/podiatric Medicine: Record revealed that the claimant underwent gastrocnemius recession, McBride bunionectomy, base wedge osteotomy of the first metatarsal of the right foot, and distal oblique osteotomy with 2.0 screw fixation due to HAV deformity of right foot, metatarsus primus adductus, tailor's bunion deformity, and gastrocnemius equinus of the right foot.

11/21/2012, Peer Review: Record revealed that the claimant's impairments include Ehlers Danlos Syndrome with associated osteoarthritis involving the cervical spine, right shoulder, hands and feet as well as a right shoulder rotator cuff tear status post-surgical correction. Additionally, she is status post corrective surgery for both feet. Restrictions indicates as standing and walking are both limited to approximately 10 minutes at a time with a total of 30 minutes per eight hour work day, there is limited use of the right upper extremity due to the right shoulder arthritis, primarily result of pain, fine manipulation of the fingers is limited to occasional as a result of the osteoarthritis and repetitive use of hands should be avoided, neck rotation, flexion and extension is also limited to occasional, lifting up to 10 pounds with the left upper extremity only is limited to occasional. All of the noted restrictions and limitations are of a permanent nature.

**LIN000076**

08/06/2019, Triangle Orthopedics: The claimant presents for follow-up. She has had persistent symptoms of her cervical spine. She is currently on tramadol at bedtime and is using ibuprofen. She will continue her current regimen. She will have an opioid agreement and urine drug screen performed today due to her tramadol use. She is generally stable from Ehlers-Danlos syndrome. She has had some skin fragility with shearing of her skin and has some intermittent numbness and tingling that occurs with stress. Examination showed bilateral Heberden's and Bouchard's nodes and there was significant loss of range of motion of the cervical spine and shoulders in all planes.

02/05/2020, Triangle Orthopedics: The claimant presents for follow-up. She remains on tramadol and Celebrex with overall stable disease activity. Her cervical spine and shoulders continue to be one of her worst areas of involvement. She is to continue with current regimen. Examination showed bilateral Heberden's and Bouchard's nodes and there was significant loss of range of motion of the cervical spine and shoulders in all planes.

08/04/2020, Attending Physician's Statement: Record revealed a diagnosis of generalized osteoarthritis and Ehlers-Danlos syndrome. She has bilateral Heberden's and Bouchard's nodes, decreased ROM in cervical spine and shoulder, tenderness of the right shoulder. Restrictions indicate as no prolonged siting, standing, and repetitive activities. Physical impairment indicates as class 5 as severe limitation of functional capability, incapable of minimum (sedentary) activity (75-100%). The claimant is permanently disabled due to condition.

08/05/2020, Vito Basile, MD/Diagnostic Radiology: Record revealed that the claimant underwent x-ray of right shoulder due to evaluation of bursitis/osteoarthritis. Impression indicates advanced glenohumeral arthropathy, prominent lucency within the superior aspect of the glenoid, consider geode, and anchor suture within the lesser tuberosity.

02/08/2021, Linda Belhorn, MD/Rheumatology: The claimant presents for follow-up of her Ehlers-Danlos syndrome and generalized osteoarthritis. Examination showed that there were Heberden's and Bouchard's nodes bilaterally, and there was mild loss of range of motion in the cervical spine and shoulders in all planes. The claimant is on tramadol at bedtime and Celebrex and has also used ibuprofen as needed. She has had symptoms in her hands and her right shoulder, but overall feels that she is stable on her current regimen. Her Ehlers-Danlos syndrome is currently stable. She was last seen by Dr. Silver on 09/10/2020 for right rotator cuff repair and had a steroid injection performed with significant improvement of her symptoms. At this point, she is planning to continue doing light weights and Tai chi to help improve her shoulder symptoms.

03/05/2021, Surveillance Report: Record revealed that surveillance was conducted on Wednesday, February 17, 2021, Tuesday, February 23, 2021 and Thursday, March 04, 2021. Video was obtained of the claimant approaching and walking near a vehicle at the residence, carrying clothing items, and entering and operating vehicle. When observed, the claimant appeared to ambulate in a normal manner, without the use of any visible medical devices. At this time, surveillance has been completed.

**LIN000077**

04/12/2021, Functional Capacity Evaluation: Record revealed that she demonstrated the ability to perform in the sedentary physical demand level category of work for an eight-hour day. Deficits identifies during testing include elevated pain throughout testing, specifically in the right shoulder and upper back area. The claimant presents to testing ambulating with use of standard cane. A slow, methodical gait pattern was observed. She has moderate tenderness along the anterior aspect of the right shoulder, bilateral upper trapezius, interscapular area and lower back area. She demonstrated the ability to occasionally lift up to 12.5 lbs., floor to waist 12.5 lbs., waist to shoulder, carry up to 10 lbs., push 27 lbs. of force, and pull 20 lbs. of force. She demonstrated the following activities on a frequent basis: sitting, reaching, kneeling, balancing, stooping, object handling, fingering, simple hand grasp, firm hand grasp, and fine/gross hand manipulation. She demonstrated the following activities on an occasional basis: standing, walking, stair climbing, and crouching. She failed to complete the single stage treadmill test at a level that can accurately predict her functional aerobic capacity.

05/25/2021, John A. Kallianos, MD/Internal Medicine: The claimant presents with symptoms from a motor vehicular accident. The onset of the MVA has been sudden and has been occurring in a persistent pattern for 6 days. It has been constant. To obtain x-ray of the cervical spine and shoulder due to probable muscle strain and to start on methocarbamol.

05/25/2021, Samuel N. Bone III, MD/Interventional Radiologist: Record revealed that the claimant underwent x-ray of the cervical spine due to pain and MVA on 05/19/2021. Impression indicates approximately 2 mm anterolisthesis of C2 on C3, newly demonstrated from 03/24/2011.

06/02/2021, John A. Kallianos, MD/Internal Medicine: The claimant presents for follow-up. She still has mild spasm on her neck. She also developed some left arm dysesthesia and mild anterolisthesis noted on her C-spine x-ray. Examination showed mild decrease light touch in the left arm. To obtain MRI of the of the cervical spine.

06/10/2021, James W. Lester Jr. MD/Interventional Radiologist: Record revealed that the claimant underwent MRI of the cervical spine due to left sided cervical radiculopathy following MVA and history of elevated and left syndrome. Impression indicates chronic multilevel cervical degenerative disc disease and facet arthropathy. There is narrowing of the central canal at C5-6 and C6-7 and variable degrees of bony encroachment on the foramina, likely most prominent on the left at C5-6.

08/19/2021, Minh Phuong Le, PT/Physical Therapy: The claimant presents for physical therapy evaluation for her neck pain. Upon assessment, she presented with decreased cervical ROM and upper extremity strength, indicative of cervical dysfunction. She confirms radicular symptoms. In addition, she has considerable pain in bilateral shoulders more on right than left. She currently has difficulty performing ADLs and recreational activities. She would benefit from skilled PT to address deficits and return to PLOF.

LIN000078

08/24/2021, William Silver, MD/Orthopedic Sports Medicine: The claimant presents for evaluation of right shoulder pain. She underwent a cuff repair in 2011 by Dr. Mallon. She does have history of Ehlers-Danlos syndrome. She was diagnosed previously with impingement and received a cortisone injection in 09/2020. She was involved in a motor vehicle collision and a recent fall since 05/2021. She states she has been experiencing pain in her right shoulder since the accident. She started experiencing numbness in her left hand. She localizes a sharp pain to her anterior and lateral right upper extremity. X-ray of the right shoulder showed relatively severe glenohumeral degenerative changes, single suture anchor present in the humeral head, she is getting some posterior glenoid erosion, there is an inferior humeral head osteophyte, and mild AC arthropathy. To obtain MRI of the shoulder without contrast.

09/02/2021, Adam K. Olmsted, MD/Diagnostic Radiology: Record revealed that the claimant underwent MRI of the right shoulder due to rotator cuff tear, right shoulder chronic pain for 12 years, status post arthroscopy on 2011, status post cortisone injection last autumn, and status post fall 3 weeks ago. Impression indicates severe glenohumeral arthropathy, chronically torn and worn labrum, remodeled articular surfaces, cartilage delamination, marrow reaction and pseudocysts glenoid rim, and complex effusion. Cuff tendinosis frayed partial thickness 7 mm interstitial and bursal surface tear supraspinatus insertion, mild bursitis. AC arthropathy, subacromial decompression. Chronically torn biceps long head tendon or tenotomy.

09/07/2021, Silver William, MD/ Orthopedic Sports Medicine: The claimant presents for follow-up evaluation of MRI scan of the right shoulder. Examination showed range of motion on forward flexion as 80 with pain, external rotations at side as 40 with significant pain, abduction as 45 with pain, external rotation as 80 with pain, internal rotation as 40 with pain, and positive impingement. She underwent shoulder subacromial bursa injection today and was referred to physical therapy.

10/15/2021, John A. Kallianos, MD/Internal Medicine: The claimant presents with knee pain. There is crepitus as well as some joint swelling. Examination showed mild decrease light touch in the left arm, mild tenderness on the left extremity on medial aspect, bilateral swelling, left crepitus, and right instability as anterior drawer test is positive. The claimant is permanently disabled. To obtain x-ray exams of the knee.

10/18/2021, Attending Physician's Statement: Record revealed a diagnosis of Ehlers-Danlos syndrome and generalized osteoarthritis. Restrictions indicate as no prolonged siting, standing, heavy lifting, and repetitive activities. Treatment plan indicates tramadol, ibuprofen/Celebrex. Physical impairment indicates as class 5 as severe limitation of functional capability, incapable of minimum (sedentary) activity (75-100%). Mental impairment indicates as class 2 as she can function in most stress situations and engage in most interpersonal relations (slight limitations). The progress is unchanged. There are no expected any significant improvement in the future.

LIN000079

10/19/2021, Teresa Brown, MD/Diagnostic Radiology: Record revealed that the claimant underwent x-ray of the bilateral knees due to bilateral knee pain. Impression indicates degenerative changes with joint space narrowing and osteophyte formation.

10/25/2021, Annual Physician's Statement: Record revealed a diagnosis of right shoulder joint pain. Restrictions indicates as no heavy lifting or repetitive activity. Treatment plan indicates as injections and physical therapy.

10/26/2021, Ashley G. Merrit, MD/Diagnostic Radiology: Record revealed that the claimant underwent MRI of the left knee due to left knee pain. Impression indicates osteoarthritis of the lateral compartment of the left knee with associated marked cartilage thinning and probable focal cartilage defect of the lateral-most posterior aspect of the lateral tibial plateau, there is associated chronic lateral meniscus tear. Extensive intrasubstance degenerative signal of the medial meniscus with a limited tear of the medial body. Cartilage heterogeneity of all 3 compartments of the left knee. The fibular collateral ligament is markedly attenuated, and a chronic tear or partial tear is suggested.

10/26/2021, Ripal N. Shah, MD/Diagnostic Radiology: Record revealed that the claimant underwent MRI of the right knee due to right knee pain. Impression indicates complex tears involving the body and posterior horn of the lateral meniscus and anterior horn of the medial meniscus. Chronic complete ACL tear. Advanced joint space narrowing with multifocal cartilage loss of the medial and lateral compartments, and mild reactive marrow edema in the medial compartment.

10/28/2021, Michael P. Ransone, MD/Orthopedic Surgery: The claimant presents for bilateral knee pain. She states that this has been going since 2010 when she was found to have a partial ACL tear of the right knee. However, both knees have become symptomatic. The right knee still is worse than the left. She states that her knees essentially hurt all over including medial lateral anterior and posterior aspects. It is throbbing, its mostly activity related especially when going up and down stairs and walking. It is at least 4 out of 10 associates with some instability stiffness, swelling, and clicking and popping. She is only able to walk about a half a mile or 5 minutes without significant pain. She does have to use a cane sometimes for longer walks. She takes the stairs one at a time. She takes occasional ibuprofen mostly Celebrex and some tramadol. She has not had any knee injections. She is not in any specific physical therapy or exercises for her lower extremities and she is never had any surgery on her knees. She will continue with conservative measure. She underwent bilateral knee injection today. She will obtain OTC neoprene knee sleeve for both gentle support and swelling control and provided a prescription for physical therapy for knee rehabilitation exercises.

**DIAGNOSES:**

Osteoarthritis, unspecified whether generalized or l

LIN000080

**RESPONSE TO QUESTIONS:**

1. **Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s). Codes are only needed on up to the first 3 diagnoses.**

Ehlers-Danlos syndrome (Q79.60)
Generalized osteoarthritis of the right shoulder and bilateral knees (M15)
Cervical degenerative disc disease (M50.30)
Cervical canal stenosis

2. **If applicable, identify comorbid diagnoses significant to impairment with ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.**

N/A

3. **Do medical records support any R&Ls that were recommended by treating providers for the timeframes in question?**

10/18/2021, Attending Physician's Statement: Record revealed a diagnosis of Ehlers-Danlos syndrome and generalized osteoarthritis. Restrictions indicate as no prolonged siting, standing, heavy lifting, and repetitive activities. Treatment plan indicates tramadol, ibuprofen/Celebrex. Physical impairment indicates as class 5 as severe limitation of functional capability, incapable of minimum (sedentary) activity (75-100%). Mental impairment indicates as class 2 as she can function in most stress situations and engage in most interpersonal relations (slight limitations). The progress is unchanged. There are no expected any significant improvement in the future.

I disagree with a recommendation of no work status. The claimant has advanced degenerative joint disease history that warrants restrictions, yet these can be accommodated in a full-time sedentary work setting. My assessment is similar with the FCE results.

4. **Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?**

Yes, the medical management recommended by the provider and/or followed by the claimant is clinically reasonable and consistent with the apparent level of severity for the reported condition.

**LIN000081**

5. **Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts, child or elder care issues, or legal issues) that may adversely impact work?**

No, there are non-medical circumstances identified in the medical records that may adversely impact work.

6. **Taking into consideration the entire clinical picture including standards of care and evidence-based medicine and any medication or any other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from May 19, 2021 to the present? Please identify any impairing diagnosis as well as any comorbid conditions that may be impacting functionality. Please explain your medical rationale as to why or why not.**

Yes, taking into consideration the entire clinical picture, including standards of care and evidence-based medicine and any medication or other treatment side effects, the claimant has a level of impairment translates into restrictions and limitations from May 19, 2021 to the present.

The claimant is a 61-year-old female with a medical history significant for Ehlers-Danlos syndrome, generalized osteoarthritis of the right shoulder and bilateral knees, cervical degenerative disc disease, and cervical canal stenosis.

Interval history shows that the claimant was diagnosed with Ehlers-Danlos syndrome associated with osteoarthritis involving the hands, feet, right shoulder, cervical spine, and bilateral knees. She underwent surgical arthroscopy on the right shoulder with rotator cuff tear repair on 05/27/2011. She underwent bunionectomy of the left foot on 08/31/2011 and bunionectomy on the left foot on 03/20/2012. The functional capacity evaluation on 04/12/2021 showed that the claimant demonstrated the ability to perform in the sedentary physical demand level category of work for an eight-hour day. She presents to testing ambulating with use of standard cane with slow, methodical gait pattern was observed. She has moderate tenderness along the anterior aspect of the right shoulder, bilateral upper trapezius, interscapular area and lower back area. She was involved in a motor vehicle collision and a recent fall since 05/2021. MRI of the cervical spine on 06/10/2021 showed chronic multilevel cervical degenerative disc disease and facet arthropathy. There is narrowing of the central canal at C5-6 and C6-7 and variable degrees of bony encroachment on the foramina, likely most prominent on the left at C5-6. On 09/02/2021, MRI of the right shoulder showed severe glenohumeral arthropathy, chronically torn and worn labrum, remodeled articular surfaces, cartilage delamination, marrow reaction and pseudocysts glenoid rim, and complex effusion. Cuff tendinosis frayed partial thickness 7 mm interstitial and bursal surface tear supraspinatus insertion, mild bursitis, AC arthropathy, subacromial decompression, and chronically torn biceps long head tendon or tenotomy. Physical examination showed significant loss of range of motion of the cervical spine and shoulders in all planes with forward flexion as 80 with

**LIN000082**

pain, external rotations at side as 40 with significant pain, abduction as 45 with pain, external rotation as 80 with pain, internal rotation as 40 with pain, positive impingement, mild decrease light touch in the left arm, mild tenderness on the left extremity on medial aspect, bilateral swelling, left crepitus, and right instability as anterior drawer test is positive. On 10/26/2021, MRI of the left knee showed osteoarthritis of the lateral compartment of the left knee with associated marked cartilage thinning and probable focal cartilage defect of the lateral-most posterior aspect of the lateral tibial plateau, there is associated chronic lateral meniscus tear, extensive intrasubstance degenerative signal of the medial meniscus with a limited tear of the medial body, cartilage heterogeneity of all 3 compartments of the left knee, and the fibular collateral ligament is markedly attenuated and a chronic tear or partial tear is suggested. MRI of the right knee showed complex tears involving the body and posterior horn of the lateral meniscus and anterior horn of the medial meniscus, chronic complete ACL tear, advanced joint space narrowing with multifocal cartilage loss of the medial and lateral compartments, and mild reactive marrow edema in the medial compartment. Treatment regimen includes injection modalities, physical therapy, and medication management such as ibuprofen, tramadol, and Celebrex.

Based on the information, I opine that the claimant requires restrictions. She has a history of Ehlers-Danlos syndrome associated with generalized osteoarthritis that involved her right shoulder, cervical spine, and bilateral knees. While, she has been stable status post surgeries, and she made steady progress with treatment regimen; she has a chronic disease history anticipated to aggravate degeneration going forward. In addition, she was recently involved in a motor vehicular accident which caused significant sprain injury aggravating underlying symptoms. Her diagnostic findings and physical examination findings had been remarkable throughout the visits, and at times, she requires assistive devices for ambulation. Due to continued cervical spine, right shoulder, and bilateral knees issues, I opine that she should limit activities that may cause aggravated symptoms. Therefore, the claimant is functionally impaired and requires restrictions and limitations as outlined below.

7. **If functional impairment is supported, please describe how that translates into restrictions or limitations and for what period(s) of time. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type etc.). Please explain your medical rationale for any restrictions or limitations or why restrictions or limitations are not supported. Please include duration for restrictions.**

Sitting: Constantly, for up to 6 hours per day
Standing: Frequently, for up to 3 hours per day (with the use of assistive devices if/when required)
Walking: Occasionally, for up to 2 hours per day (with the use of assistive devices if/when required)
Lifting: Occasionally, up to 20 lbs. BUE
Carrying: Occasionally, up to 20 lbs. BUE

LIN000083

Pushing: Occasionally, up to 20 lbs. BUE
Pulling: Occasionally, up to 20 lbs. BUE
Climbing stairs: Occasionally
Balancing: Never
Stooping: Occasionally
Kneeling: Occasionally
Crouching: Occasionally
Crawling: Occasionally
Reaching: Occasionally overhead and below waist level, unrestricted desk level BUE
Using lower extremities for foot controls: Occasionally BLE
Fine manipulation: Occasionally RUE, Unrestricted LUE
Simple and firm grasping: Occasionally RUE, Unrestricted LUE

No climbing ladders
No working at unprotected heights
No operating heavy machinery

The above recommended restrictions and limitations are indicated from May 19, 2021 to the present and ongoing with reassessment on or around 04/24/2022.

8. **Does the medical evidence support the claimant has the ability to sustain full time capacity (8/hours/day 5 days/ week) within the identified restrictions and limitations from May 19, 2021 to present? Please explain your medical rationale.**

Yes, the claimant's abilities are sustainable on a full-time basis with restrictions and limitations provided.

9. **Does the medical evidence support that the claimant experiences any side effects from the prescribed medications? If yes, please provide the supported impairments and outline how any impairments affects functional capacity. Please reference any applicable dates**

No, the medical evidence does not support that the claimant experiences any side effects from the prescribed medications.

10. **Please explain the results of the diagnostic testing (i.e. EMG, testing, bone scan etc.) and correlate with documented physical examination findings and reported symptoms in the medical records. Are the severity and scope of the claimant's reported pain, gait disturbance, fatigue, deficits in strength and range of motion, deficits in sitting, standing and walking, and /or other types of self-reported symptoms that are not easily measurable from a clinical examination or testing perspective consistent with the severity and scope of the claimant's medical conditions and intensity of treatment? How does these reported complaints**

LIN000084

**impact sustained work capacity? Please provide medical evidence to support your answer.**

The results of the diagnostic testing correlate with the claimant's physical examination findings and reported symptoms in the medical records. The medical records available for review were sufficient with workups to warrant the severity of the claimant's condition related to Ehlers-Danlos syndrome associated with generalized osteoarthritis that involved her right shoulder, cervical spine, and bilateral knees. The claimant's medical condition does impact the claimant's work capacity; however, her abilities are sustainable on a full-time basis with restrictions and limitations provided as her condition does not lead to any serious complication. The claimant's reported symptoms including pain, gait disturbance, range of motion and strength difficulties clearly are organic in origin and etiology.

11. **When contacting the treating provider please discuss the claimant's condition, treatment, and functional capacity. Please indicate the information reviewed and indicate whether or not you reached consensus with the treating provider. If not, please discuss your final assessment after the call and whether you are in agreement / disagreement, please provide rationale.**

AP Contact Attempts listed below were unsuccessful.

1/11/2022, 11:08, call placed to Dr. Belhorn. Unable to leave a message due to hold times exceeding 10 minutes. Contact number used for outreach: 919-942-3171

1/11/2022, 11:23, call placed to Dr. Kallianos. Left a message at Triangle Community Physicians on the general office line. Contact number used for outreach: 919-471-4484

1/11/2022, 11:37, call placed to Dr. Ransone and Dr. Silver. Unable to leave a message due to prompt stating this line is not accepting calls at this time. Contact number used for outreach: 910-220-5255

1/12/2022, 09:26, call placed to Dr. Belhorn. Left a message at EmergeOrtho Chapel Hill with call center specialists, Robin B. Contact number used for outreach: 919-942-3171

1/12/2022, 09:30, call placed to Dr. Kallianos. Left a message at Triangle Community Physicians on the triage line. Contact number used for outreach: 919-471-4484

1/12/2022, 09:33, call placed to Dr. Ransone and Dr. Silver. Found an alternate number online. Left a message at EmergeOrtho with call center specialists, Latima H. Contact number used for outreach: 910-220-5255 // 800-359-3053

LIN000085

**12. If your conclusions are different from the conclusions in the review / assessment by Anna Davidow, PT (FCE) and Dr. Howard Blank, please explain the medical rationale and evidence used in your coming to the different conclusions.**

My assessment agrees with the FCE study recommending the claimant to work in a sedentary setting on a full-time basis. I respectfully disagree with Dr. Blank's recommendation as the claimant is deemed as unable to perform even sedentary activity. The claimant clearly retains the capacity of work in a sedentary setting with appropriate restrictions listed above.

Sincerely,

Hunter Vincent, DO
Board certified PM&R
Pain Medicine
Medical License CA 15296

**LIN000086**



Exam Coordinators Network  A division of Genex Services, LLC

Corporate Office
[address illegible]
[illegible]
Toll Free: [illegible]
Local: [illegible]
Fax: [illegible]

E-mail: [illegible]   •   Web: [illegible]

Claimant Name: Rebecca Pifer
Claim Number: 4087659
Case Number: 171351-3

"I, Hunter Vincent, DO, am a physician duly licensed to practice medicine in the State of <u>California</u>. I am an independent contractor and I am paid to review claim files and render medical opinions. I am not responsible for deciding whether a claimant is entitled to insurance benefits. My role is to provide objective medical opinions to Genex Services, LLC.

I hereby attest that the following statements are true:
- I have the scope of licensure or certification that typically manages the medical condition, procedure, treatment or issue under review
- I have current, relevant knowledge to render an opinion for the case under review
- No financial incentive was received based on the outcome of the opinion
- No delegation of the examination rendered

I attest that no conflict of interest exists, this includes any situation where an individual has a material, professional, familial, or financial conflict of interest regarding any of the following:
- Compensation for IME/Peer Review activities that are dependent in any way on the specific outcome of the case
- Have involvement with the case prior to its referral for review
- The referring entity
- The health benefit plan
- The consumer
- The attending provider or any other advisor previously involved in the case
- The facility at which the recommended healthcare service(s) would be provided
- The developer or manufacturer of the principal drug, device, procedure, or other therapy being recommended for the customer

I declare that the information contained in the above-referenced report was prepared by and is the work product of the undersigned and is true to the best of my knowledge and information. I certify that my medical/professional license is current and is in good standing in the jurisdiction in which my practice is located.

| | 01/24/2022 |
|---|---|
| Signature of Physician | Date |

Medical/Professional License # _____ CA 15296 _____

LIN000087



# Appeal Transferable Skills Analysis

**Date: 02/01/2022**
**Claimant: Rebecca Pifer**
**Claim #: 4087659**
**Policyholder: Blue Cross & Blue Shield of NC**
**Pre-disability Earnings: $4,930.17**
**Benefit Amount: $2,958.10**

Two previous Transferable Skills Analysis (TSA) reports have been completed on 12/07/12 and 05/11/21 and I have since been asked by the Appeal Review Consultant to complete an additional report as updated medical information has been obtained.

A Transferable Skills Analysis utilizing the Occupational Access System (OASYS) was completed to assess the insured's transferable skills to determine if alternative occupations exist in the national economy.

**The following documentation was reviewed:**
Employer provided Job Description, Training Education, and Experience (TE&E) form, previously completed Occupational Analysis (OA) dated 03/16/12, previously completed Transferable Skills Analysis (TSA) reports dated 12/07/12 and 05/11/21, Physical Medicine & Rehabilitation/Pain Medicine Peer Review completed by Dr. Vincent, D.O., dated 01/24/22, OASYS

**Education & Training:**
Education: Two years of college
Certifications/Licensures: Certified Dental Assistant [1979]
Computer Skills: Internet, Email, Word Processing, Keyboarding/Typing, CPC

Last 15 years of Work History:

**Work History:**

| DOT Code | Job Title/Occupation Title | Strength | Years |
|---|---|---|---|
| 241.267-018 | Claim Examiner | S | 23+ |

**Skills & Abilities:**
Technical/Claims – Reviewing dental and oral claims to determine liability, responding to inquiries regarding dental and surgery claims, identifying, selecting, and preparing referrals for consultants, identifying cost savings opportunities, identifying, analyzing, compiling, and documenting suspected fraud cases, preparing reports, establishing and meeting claims turnaround goals, using knowledge of medical terminology and claims coding and processing, auditing dental/medical records, reading and understanding laws and regulations and insurance plan terms and conditions, reading operative notes and using insurance claims forms, completing precise and detailed work, utilizing attention to detail skills
Communication/Interpersonal – Speaking effectively, listening attentively, informing and consulting with both staff and customers, demonstrating care and concern, collaborating with others, working well as part of a team
Customer Service – Answering questions, clarifying and explaining information, interacting with diverse populations, working well with the public, handling customer issues and complaints, utilizing problem solving skills
Organizational/Clerical – Demonstrating efficiency and ability to get a job done, utilizing time management skills, multi-tasking, understanding and applying both written and verbal instructions, working with numbers, performing math functions, reconciling and balancing statements, performing routine office work using basic clerical skills, exercising proper telephone protocol, completing data entry operations

**LIN000088**

**Restrictions and Limitations:**

Restrictions and Limitations used for this analysis was based off of the Physical Medicine & Rehabilitation/Pain Medicine Peer Review completed by Dr. Vincent, D.O., dated 01/24/22. Restrictions include the following:

- "Sitting: Constantly, for up to 6 hours per day
- Standing: Frequently, for up to 3 hours per day (with the use of assistive devices if/when required)
- Walking: Occasionally, for up to 2 hours per day (with the use of assistive devices if/when required)
- Lifting: Occasionally, up to 20 lbs. BUE
- Carrying: Occasionally, up to 20 lbs. BUE Pushing: Occasionally, up to 20 lbs. BUE
- Pulling: Occasionally, up to 20 lbs. BUE
- Climbing stairs: Occasionally
- Balancing: Never
- Stooping: Occasionally
- Kneeling: Occasionally
- Crouching: Occasionally
- Crawling: Occasionally
- Reaching: Occasionally overhead and below waist level, unrestricted desk level BUE
- Using lower extremities for foot controls: Occasionally BLE
- Fine manipulation: Occasionally RUE, Unrestricted LUE
- Simple and firm grasping: Occasionally RUE, Unrestricted LUE
- No climbing ladders
- No working at unprotected heights
- No operating heavy machinery
- The above recommended restrictions and limitations are indicated from May 19, 2021 to the present and ongoing with reassessment on or around 04/24/2022."

**Profile Adjustments:**

SVP: No adjustments made

GED: Adjusted to reflect the insured's two years of college experience (Grades 13-14).

Physical adjustments were made to reflect the insured's physical abilities as noted above. Strength was kept on the pre-populated setting of Sedentary. Reaching was adjusted to "constantly," however any alternate occupation identified through the OASYS analysis was reviewed for the frequency of reaching overhead and below waist level given the above noted restrictions.

Environmental Conditions were adjusted to "unknown" as limitations were not specified with the exception of proximity to moving mechanical parts and working in high exposed places, which were both adjusted to "never" given the above noted restrictions.

Noise: Adjusted to "very loud" as no noise limitations were provided.

Aptitudes: No adjustments made

Situations adjustments, including performing repetitive or short-cycle work, performing a variety of duties, attaining precise set limits, tolerances, and standards, working under specific instructions, and dealing with people, were adjusted to "yes" to reflect the insured's ability to complete routine natured administrative functions, perform a wide range of claims management, customer service, and clerical tasks, adhere to and achieve exact levels of performance when reviewing and managing claims, follow specific instructions and directions for work according to laws and regulations and insurance plan terms and conditions, and interact effectively with others utilizing customer service and communication skills.

Data adjustments, including coordinating, compiling, computing, copying, and comparing, were adjusted to "yes" to reflect the insured's ability to complete work tasks in an organized sequence of operations, gather information directly from customers or by reviewing claims forms, use basic mathematical skills when managing claims and auditing records, perform data entry operations to complete paperwork and documentation, and visually compare characteristics of forms and records to ensure accuracy of information.

Updated 2/1/22

**LIN000089**

People adjustments, including serving and taking instructions-helping, were adjusted to "yes" to reflect the insured's ability to tend to the needs and requests of others and follow orders and directions from supervisors.

Things adjustments, including operating-controlling, were adjusted to "yes" to reflect the insured's ability to operate and control various equipment, including computers.

**Summary:**
The Transferable Skills Analysis identified occupations that are within the insured's physical abilities and identified skills level.

**Examples of Occupations identified based on National labor market and the insured's ability profile analysis:**

| DOT Code | Occupation | Strength | National Monthly Wage |
|---|---|---|---|
| 237.367-022 | Information Clerk | S | $2,593 |
| 379.367-010 | Surveillance-System Monitor | S | $2,941 |

*Wage Information is based on median 2020 Bureau of Labor Statistical Data*

It should be noted that the previously identified occupational alternatives were omitted from this report as they fall outside of the updated restrictions and limitations as outlined by Dr. Vincent. In addition, although the insured has been out of work since 2011, the above noted occupations would allow for the use of their past transferable skills and direct work experience and are at levels that would allow for on the job training and thus would still be appropriate alternative occupations.

I have not met with the insured for the purpose of this review. All opinions are based on review of vocational information, medical records and resources noted.

Respectfully submitted,

**Electronically Signed**
*Nicole Hall, MS, CRC*
*Vocational Rehabilitation Counselor*

Updated 2/1/22

**LIN000090**

| DOT Code | Occupation Title | SVP | Yrs | M os | Inc | Has CWF | Uses CWF | Str | GOE Code |
|---|---|---|---|---|---|---|---|---|---|
| 241.267-018 | Claim Examiner | 7 | 23 | 11 | Y | N | N | S | 11.12.01 |

**ADJUSTED VARIABLES SUM M ARY**

This report summarizes the changes made to the person's ability profile.

| | | Changed From | Changed To |
|---|---|---|---|
| **Specific Vocational Preparation** | | | |
| Maximum | | 7 (2 to 4 years) | No Change |
| Minimum | | 7 (2 to 4 years) | 1 (Short demo only) |
| | | | |
| **General Educational Development** | | | |
| Reasoning | | 4 Grades 9-12 | 5 Grades 13-14 |
| Mathematics | | 3 Grades 7-8 | 5 Grades 13-14 |
| Language | | 4 Grades 9-12 | 5 Grades 13-14 |
| | | | |
| **Physical Demands** | | | |
| Strength | Maximum | S Sedentary | No Change |
| | Minimum | S Sedentary | No Change |
| Climbing | | Never | No Change |
| Balancing | | Never | No Change |
| Stooping | | Never | Occasionally |
| Kneeling | | Never | Occasionally |
| Crouching | | Never | Occasionally |
| Crawling | | Never | Occasionally |
| Reaching | | Frequently | Constantly |
| Handling | | Frequently | Constantly |
| Fingering | | Frequently | Occasionally |
| Feeling | | Never | Occasionally |
| Talking | | Frequently | Unknown |
| Hearing | | Frequently | Unknown |
| Tasting/Smelling | | Never | Unknown |
| Near Acuity | | Frequently | Unknown |
| Far Acuity | | Never | Unknown |
| Depth Perception | | Never | Unknown |
| Accommodation | | Never | Unknown |
| Color Vision | | Never | Unknown |
| Field of Vision | | Never | Unknown |
| | | | |
| **Environmental Conditions** | | | |
| Exposure to Weather | | Never | Unknown |
| Extreme Cold | | Never | Unknown |
| Extreme Heat | | Never | Unknown |
| Wet and/or Humid | | Never | Unknown |
| Vibration | | Never | Unknown |
| Atmospheric Conditions | | Never | Unknown |
| Proximity to Moving Mechanical Parts | | Never | No Change |
| Exposure to Electrical Shock | | Never | Unknown |
| Working in High Exposed Places | | Never | No Change |
| Exposure to Radiation | | Never | Unknown |
| Working with Explosives | | Never | Unknown |
| Exposure to Toxic or Caustic Chemicals | | Never | Unknown |
| Other Environmental Conditions | | Never | Unknown |
| Noise Intensity Level | | Quiet | Very Loud |

Updated 2/1/22

**LIN000091**

**DOT Aptitudes**

| | | |
|---|---|---|
| General Learning Ability | 2 (67-89 Percentile) | No Change |
| Verbal Aptitude | 2 (67-89 Percentile) | No Change |
| Numerical Aptitude | 3 (34-66 Percentile) | No Change |
| Spatial Aptitude | 4 (11-33 Percentile) | No Change |
| Form Perception | 4 (11-33 Percentile) | No Change |
| Clerical Aptitude | 2 (67-89 Percentile) | No Change |
| Motor Coordination | 4 (11-33 Percentile) | No Change |
| Finger Dexterity | 4 (11-33 Percentile) | No Change |
| Manual Dexterity | 4 (11-33 Percentile) | No Change |
| Eye-Hand-Foot Coordination | 5 (Below 11 Percentile) | No Change |
| Color Discrimination | 5 (Below 11 Percentile) | No Change |

**Work Situations (Temperaments)**

| | | |
|---|---|---|
| Directing, Controlling, Planning | No | No Change |
| Performing Repetitive Work | No | Yes |
| Influencing People | No | No Change |
| Performing a Variety of Duties | No | Yes |
| Expressing Personal Feelings | No | No Change |
| Working Alone or in Isolation | No | No Change |
| Performing Under Stress | No | No Change |
| Attaining Precise Limits/Tolerances | No | Yes |
| Following Specific Instructions | No | Yes |
| Dealing with People | No | Yes |
| Making Judgments and Decisions | Yes | No Change |

**Work Functions - Data**

| | | |
|---|---|---|
| 0 Synthesizing | No | No Change |
| 1 Coordinating | No | Yes |
| 2 Analyzing | Yes | No Change |
| 3 Compiling | No | Yes |
| 4 Computing | No | Yes |
| 5 Copying | No | Yes |
| 6 Comparing | No | Yes |

**Work Functions - People**

| | | |
|---|---|---|
| 0 Mentoring | No | No Change |
| 1 Negotiating | No | No Change |
| 2 Instructing | No | No Change |
| 3 Supervising | No | No Change |
| 4 Diverting | No | No Change |
| 5 Persuading | No | No Change |
| 6 Speaking-Signaling | Yes | No Change |
| 7 Serving | No | Yes |
| 8 Taking Instructions-Helping | No | Yes |

**Work Functions - Things**

| | | |
|---|---|---|
| 0 Setting Up | No | No Change |
| 1 Precision Working | No | No Change |
| 2 Operating-Controlling | No | Yes |
| 3 Driving-Operating | No | No Change |
| 4 Manipulating | No | No Change |
| 5 Tending | No | No Change |
| 6 Feeding-Offbearing | No | No Change |
| 7 Handling | Yes | No Change |

Updated 2/1/22

LIN000092

# VOCATIONAL CASE MANAGEMENT

## Transferable Skills Analysis

---

**PLEASE HAVE THE FOLLOWING IN THE CLAIM FILE BEFORE REFERRING**

☐ JOB DESCRIPTION (if cannot obtain in writing, must have phone doc from discussions with EE/ER detailing job duties)

☐ PHYSICAL JOB EVALUATION FORM (if available)

☑ UPDATED MEDICAL WITH CLEAR R&L'S        ☐ TRAINING-EDUCATION-EXPERIENCE FORM

☐ MANAGER APPROVAL (if required)        ☐ ATTORNEY INFO (if applicable)

---

**FROM:**   Jerronda King              **DATE:**     Wednesday, January 26, 2022

## CLAIM BACKGROUND

---

Claimant Name:   REBECCA PIFER              Claim Number:        4087659

☐ STD   ☑ FULLY INSURED          ( THRESHOLD $ )

☑ LTD   ☐ ASO   ☐ LIFE        Has MDS worked the claim? ☐ YES  ☑ NO

Employer:  BLUE CROSS & BLUE SHIELD OF NC

Change In DEF. Date:   07/29/2013

Pre-Disability Earnings:   $4,930.17   / M   (mode)      Claim Service Type:   ADOP

---

**Document Locations**

☑ Document List      ☐ Correspondence      ☐ Paper File

---

**Case Manager's Recommendations / Reason For Referral:**

BME: 4930.17. Net: 1184.10.  Please review prior TSA from May 2021 and PM&R review conducted on appeal. Would the occ's formerly identified still be viable?

---

DP 512

LIN000093

# Hunter Vincent, DO
## *Board-Certified in Physical Medicine & Rehabilitation*
## *Pain medicine*

CLAIMANT NAME: Pifer, Rebecca
EXAMINER: Hunter Vincent, DO
ECN #: 171351-3
CLAIM #: 4087659
DATE OF LOSS: 1/31/2011
DATE OF SERVICE:  1/24/2022

### Peer Review

This is a peer review regarding Pifer, Rebecca. I have been asked to review the medical records on behalf of ECN. I reviewed records from 03/09/2011 through 10/26/2021 including: John A. Kallianos, MD/Internal Medicine, extending from 01/28/2010 to 10/15/2021; Danielle Gretz, OD/Optometrist, on 07/14/2020; Mustafa Khan, MD/Diagnostic Radiology, on 02/28/2019; Linda Belhorn, MD/Internal Medicine & Rheumatology, extending from 03/16/2011 to 08/17/2021; Tammy Ferrell, MA/Medical Assistant, on 09/15/2014; Shelia Capel, on 09/30/2015; Tracy Arnold, LPN/Licensed Practical Nurse, on 10/10/2020; Randy A. Cruell, MD/Diagnostic Radiology, extending from 03/24/2011 to 03/22/2012; Vito Basile, MD/Diagnostic Radiology, on 08/06/2020; Samuel N. Bone, III, MD/Diagnostic Radiology, on 05/25/2021; James W. Lester, Jr, MD/Diagnostic Radiology, on 06/10/2021; William Silver P., MD/Orthopedic Sports Medicine, extending from 09/16/2020 to 09/14/2021; Adam K. Olmsted, MD/Diagnostic Radiology, on 09/02/2021; Teresa Brown, MD/Internal Medicine, on 10/19/2021; Ashley G. Merritt, MD/Diagnostic Radiology, on 10/26/2021; Ripal N. Shah, MD/Diagnostic Radiology, on 10/26/2021; William J. Mallon, MD/Ophthalmology, extending from 04/29/2011 to 11/21/2011; J. Barry Johnson, DPM/Podiatry, extending from 07/07/2011 to 05/27/2012; Laura A. Wendt, PA/Physician Assistant, on 07/20/2011; Megan Howerter, PA-C/Certified Physician Assistant, extending from 06/23/2011 to 08/24/2011; Robert L. Waltrip, MD/Orthopedic Surgery, on 12/15/2011; Bradley J. Robertson, MD/Cosmetic, Plastic & Reconstructive Surgery, on 04/30/2012; Nichole M. Graf, PA-C/Certified Physician Assistant, on 05/01/2012; Howard Blank, MD/Rheumatologist, extending from 11/13/2012 to 11/21/2012; Qnna Davidow, PT/Physical Therapist, on 04/28/2021; Minh Phuong Le, PT/Physical Therapist, on 08/19/2021; Michael P. Ransone, MD/Orthopedic, on 10/28/2021; Robert D. Stewart, MD/Internal Medicine, on 04/13/2011; Paul H. Wright, MD/Orthopedic Surgery, extending from 12/21/2010 to 04/21/2011; Joi Edward, DPT/Physical Therapist, extending from 03/09/2011 to 04/27/2011; Kelly L. McLaughlin, PT/Physical Therapist, on 07/07/2021.

The claimant is a 61-year-old female with a medical history significant for Ehlers-Danlos syndrome, generalized osteoarthritis of the right shoulder and bilateral knees, cervical degenerative disc disease, and cervical canal stenosis.

03/24/2011, Randy Cruell, MD/Interventional Radiologist: Record revealed that the claimant underwent MRI of the right shoulder with contrast due to right shoulder

**LIN000094**

impingement, pain, and limited range of motion. Impression indicates posterior labral tear with evidence of partial healing, negative for rotator cuff tendon tear, and mild degenerative changes at the glenohumeral joint and acromioclavicular joint.

04/13/2011, Robert D. Stewart, MD/Diagnostic Radiology: Record revealed that the claimant underwent bone density scan. Interpretation indicates as osteopenic. She is in low risk category for fracture.

05/27/2011, William J. Mallon, MD/Orthopedic Sports Medicine: Record revealed that the claimant underwent surgical arthroscopy on the right shoulder with rotator cuff tear repair, surgical arthroscopy on the shoulder, decompression of sub-acromial space with partial acromioplasty with coracoacromial ligament release on the right shoulder, and arthroscopic resection or transplantation of long tendon of biceps on the right due to rotator cuff rupture on the right shoulder.

08/31/2011, J. Barry Johnson, DPM/podiatric Medicine: Record revealed that the claimant underwent gastrocnemius recession of the left, McBride bunionectomy of the left foot with a base wedge osteotomy with 3.5 AO screw fixation, and distal oblique osteotomy with 2.0 screw fixation fifth metatarsal left foot for tailor's bunion deformity due to HAV deformity of left foot, metatarsus primus adductus of the left foot, tailor's bunion deformity left foot, and gastrocnemius equinus of the left foot.

03/16/2012, Peer Review: Record revealed that the claimant has a diagnosis of bicep tendonitis, status post rotator cuff repair on 05/27/2011. She underwent a bunionectomy with osteotomy on 08/24/2011 and 12/28/2011 (both feet). She has additional diagnosis of depression and osteopenia. The claimant is expected to perform work at the sedentary to light physical demand levels.

03/20/2012, J. Barry Johnson, DPM/podiatric Medicine: Record revealed that the claimant underwent gastrocnemius recession, McBride bunionectomy, base wedge osteotomy of the first metatarsal of the right foot, and distal oblique osteotomy with 2.0 screw fixation due to HAV deformity of right foot, metatarsus primus adductus, tailor's bunion deformity, and gastrocnemius equinus of the right foot.

11/21/2012, Peer Review: Record revealed that the claimant's impairments include Ehlers Danlos Syndrome with associated osteoarthritis involving the cervical spine, right shoulder, hands and feet as well as a right shoulder rotator cuff tear status post-surgical correction. Additionally, she is status post corrective surgery for both feet. Restrictions indicates as standing and walking are both limited to approximately 10 minutes at a time with a total of 30 minutes per eight hour work day, there is limited use of the right upper extremity due to the right shoulder arthritis, primarily result of pain, fine manipulation of the fingers is limited to occasional as a result of the osteoarthritis and repetitive use of hands should be avoided, neck rotation, flexion and extension is also limited to occasional, lifting up to 10 pounds with the left upper extremity only is limited to occasional. All of the noted restrictions and limitations are of a permanent nature.

LIN000095

08/06/2019, Triangle Orthopedics: The claimant presents for follow-up. She has had persistent symptoms of her cervical spine. She is currently on tramadol at bedtime and is using ibuprofen. She will continue her current regimen. She will have an opioid agreement and urine drug screen performed today due to her tramadol use. She is generally stable from Ehlers-Danlos syndrome. She has had some skin fragility with shearing of her skin and has some intermittent numbness and tingling that occurs with stress. Examination showed bilateral Heberden's and Bouchard's nodes and there was significant loss of range of motion of the cervical spine and shoulders in all planes.

02/05/2020, Triangle Orthopedics: The claimant presents for follow-up. She remains on tramadol and Celebrex with overall stable disease activity. Her cervical spine and shoulders continue to be one of her worst areas of involvement. She is to continue with current regimen. Examination showed bilateral Heberden's and Bouchard's nodes and there was significant loss of range of motion of the cervical spine and shoulders in all planes.

08/04/2020, Attending Physician's Statement: Record revealed a diagnosis of generalized osteoarthritis and Ehlers-Danlos syndrome. She has bilateral Heberden's and Bouchard's nodes, decreased ROM in cervical spine and shoulder, tenderness of the right shoulder. Restrictions indicate as no prolonged siting, standing, and repetitive activities. Physical impairment indicates as class 5 as severe limitation of functional capability, incapable of minimum (sedentary) activity (75-100%). The claimant is permanently disabled due to condition.

08/05/2020, Vito Basile, MD/Diagnostic Radiology: Record revealed that the claimant underwent x-ray of right shoulder due to evaluation of bursitis/osteoarthritis. Impression indicates advanced glenohumeral arthropathy, prominent lucency within the superior aspect of the glenoid, consider geode, and anchor suture within the lesser tuberosity.

02/08/2021, Linda Belhorn, MD/Rheumatology: The claimant presents for follow-up of her Ehlers-Danlos syndrome and generalized osteoarthritis. Examination showed that there were Heberden's and Bouchard's nodes bilaterally, and there was mild loss of range of motion in the cervical spine and shoulders in all planes. The claimant is on tramadol at bedtime and Celebrex and has also used ibuprofen as needed. She has had symptoms in her hands and her right shoulder, but overall feels that she is stable on her current regimen. Her Ehlers-Danlos syndrome is currently stable. She was last seen by Dr. Silver on 09/10/2020 for right rotator cuff repair and had a steroid injection performed with significant improvement of her symptoms. At this point, she is planning to continue doing light weights and Tai chi to help improve her shoulder symptoms.

03/05/2021, Surveillance Report: Record revealed that surveillance was conducted on Wednesday, February 17, 2021, Tuesday, February 23, 2021 and Thursday, March 04, 2021. Video was obtained of the claimant approaching and walking near a vehicle at the residence, carrying clothing items, and entering and operating vehicle. When observed, the claimant appeared to ambulate in a normal manner, without the use of any visible medical devices. At this time, surveillance has been completed.

LIN000096

04/12/2021, Functional Capacity Evaluation: Record revealed that she demonstrated the ability to perform in the sedentary physical demand level category of work for an eight-hour day. Deficits identifies during testing include elevated pain throughout testing, specifically in the right shoulder and upper back area. The claimant presents to testing ambulating with use of standard cane. A slow, methodical gait pattern was observed. She has moderate tenderness along the anterior aspect of the right shoulder, bilateral upper trapezius, interscapular area and lower back area. She demonstrated the ability to occasionally lift up to 12.5 lbs., floor to waist 12.5 lbs., waist to shoulder, carry up to 10 lbs., push 27 lbs. of force, and pull 20 lbs. of force. She demonstrated the following activities on a frequent basis: sitting, reaching, kneeling, balancing, stooping, object handling, fingering, simple hand grasp, firm hand grasp, and fine/gross hand manipulation. She demonstrated the following activities on an occasional basis: standing, walking, stair climbing, and crouching. She failed to complete the single stage treadmill test at a level that can accurately predict her functional aerobic capacity.

05/25/2021, John A. Kallianos, MD/Internal Medicine: The claimant presents with symptoms from a motor vehicular accident. The onset of the MVA has been sudden and has been occurring in a persistent pattern for 6 days. It has been constant. To obtain x-ray of the cervical spine and shoulder due to probable muscle strain and to start on methocarbamol.

05/25/2021, Samuel N. Bone III, MD/Interventional Radiologist: Record revealed that the claimant underwent x-ray of the cervical spine due to pain and MVA on 05/19/2021. Impression indicates approximately 2 mm anterolisthesis of C2 on C3, newly demonstrated from 03/24/2011.

06/02/2021, John A. Kallianos, MD/Internal Medicine: The claimant presents for follow-up. She still has mild spasm on her neck. She also developed some left arm dysesthesia and mild anterolisthesis noted on her C-spine x-ray. Examination showed mild decrease light touch in the left arm. To obtain MRI of the of the cervical spine.

06/10/2021, James W. Lester Jr. MD/Interventional Radiologist: Record revealed that the claimant underwent MRI of the cervical spine due to left sided cervical radiculopathy following MVA and history of elevated and left syndrome. Impression indicates chronic multilevel cervical degenerative disc disease and facet arthropathy. There is narrowing of the central canal at C5-6 and C6-7 and variable degrees of bony encroachment on the foramina, likely most prominent on the left at C5-6.

08/19/2021, Minh Phuong Le, PT/Physical Therapy: The claimant presents for physical therapy evaluation for her neck pain. Upon assessment, she presented with decreased cervical ROM and upper extremity strength, indicative of cervical dysfunction. She confirms radicular symptoms. In addition, she has considerable pain in bilateral shoulders more on right than left. She currently has difficulty performing ADLs and recreational activities. She would benefit from skilled PT to address deficits and return to PLOF.

LIN000097

08/24/2021, William Silver, MD/Orthopedic Sports Medicine: The claimant presents for evaluation of right shoulder pain. She underwent a cuff repair in 2011 by Dr. Mallon. She does have history of Ehlers-Danlos syndrome. She was diagnosed previously with impingement and received a cortisone injection in 09/2020. She was involved in a motor vehicle collision and a recent fall since 05/2021. She states she has been experiencing pain in her right shoulder since the accident. She started experiencing numbness in her left hand. She localizes a sharp pain to her anterior and lateral right upper extremity. X-ray of the right shoulder showed relatively severe glenohumeral degenerative changes, single suture anchor present in the humeral head, she is getting some posterior glenoid erosion, there is an inferior humeral head osteophyte, and mild AC arthropathy. To obtain MRI of the shoulder without contrast.

09/02/2021, Adam K. Olmsted, MD/Diagnostic Radiology: Record revealed that the claimant underwent MRI of the right shoulder due to rotator cuff tear, right shoulder chronic pain for 12 years, status post arthroscopy on 2011, status post cortisone injection last autumn, and status post fall 3 weeks ago. Impression indicates severe glenohumeral arthropathy, chronically torn and worn labrum, remodeled articular surfaces, cartilage delamination, marrow reaction and pseudocysts glenoid rim, and complex effusion. Cuff tendinosis frayed partial thickness 7 mm interstitial and bursal surface tear supraspinatus insertion, mild bursitis. AC arthropathy, subacromial decompression. Chronically torn biceps long head tendon or tenotomy.

09/07/2021, Silver William, MD/ Orthopedic Sports Medicine: The claimant presents for follow-up evaluation of MRI scan of the right shoulder. Examination showed range of motion on forward flexion as 80 with pain, external rotations at side as 40 with significant pain, abduction as 45 with pain, external rotation as 80 with pain, internal rotation as 40 with pain, and positive impingement. She underwent shoulder subacromial bursa injection today and was referred to physical therapy.

10/15/2021, John A. Kallianos, MD/Internal Medicine: The claimant presents with knee pain. There is crepitus as well as some joint swelling. Examination showed mild decrease light touch in the left arm, mild tenderness on the left extremity on medial aspect, bilateral swelling, left crepitus, and right instability as anterior drawer test is positive. The claimant is permanently disabled. To obtain x-ray exams of the knee.

10/18/2021, Attending Physician's Statement: Record revealed a diagnosis of Ehlers-Danlos syndrome and generalized osteoarthritis. Restrictions indicate as no prolonged siting, standing, heavy lifting, and repetitive activities. Treatment plan indicates tramadol, ibuprofen/Celebrex. Physical impairment indicates as class 5 as severe limitation of functional capability, incapable of minimum (sedentary) activity (75-100%). Mental impairment indicates as class 2 as she can function in most stress situations and engage in most interpersonal relations (slight limitations). The progress is unchanged. There are no expected any significant improvement in the future.

LIN000098

10/19/2021, Teresa Brown, MD/Diagnostic Radiology: Record revealed that the claimant underwent x-ray of the bilateral knees due to bilateral knee pain. Impression indicates degenerative changes with joint space narrowing and osteophyte formation.

10/25/2021, Annual Physician's Statement:  Record revealed a diagnosis of right shoulder joint pain. Restrictions indicates as no heavy lifting or repetitive activity. Treatment plan indicates as injections and physical therapy.

10/26/2021, Ashley G. Merrit, MD/Diagnostic Radiology: Record revealed that the claimant underwent MRI of the left knee due to left knee pain. Impression indicates osteoarthritis of the lateral compartment of the left knee with associated marked cartilage thinning and probable focal cartilage defect of the lateral-most posterior aspect of the lateral tibial plateau, there is associated chronic lateral meniscus tear. Extensive intrasubstance degenerative signal of the medial meniscus with a limited tear of the medial body. Cartilage heterogeneity of all 3 compartments of the left knee. The fibular collateral ligament is markedly attenuated, and a chronic tear or partial tear is suggested.

10/26/2021, Ripal N. Shah, MD/Diagnostic Radiology: Record revealed that the claimant underwent MRI of the right knee due to right knee pain. Impression indicates complex tears involving the body and posterior horn of the lateral meniscus and anterior horn of the medial meniscus. Chronic complete ACL tear. Advanced joint space narrowing with multifocal cartilage loss of the medial and lateral compartments, and mild reactive marrow edema in the medial compartment.

10/28/2021, Michael P. Ransone, MD/Orthopedic Surgery:  The claimant presents for bilateral knee pain. She states that this has been going since 2010 when she was found to have a partial ACL tear of the right knee. However, both knees have become symptomatic. The right knee still is worse than the left. She states that her knees essentially hurt all over including medial lateral anterior and posterior aspects. It is throbbing, its mostly activity related especially when going up and down stairs and walking. It is at least 4 out of 10 associates with some instability stiffness, swelling, and clicking and popping. She is only able to walk about a half a mile or 5 minutes without significant pain. She does have to use a cane sometimes for longer walks. She takes the stairs one at a time. She takes occasional ibuprofen mostly Celebrex and some tramadol. She has not had any knee injections. She is not in any specific physical therapy or exercises for her lower extremities and she is never had any surgery on her knees. She will continue with conservative measure. She underwent bilateral knee injection today. She will obtain OTC neoprene knee sleeve for both gentle support and swelling control and provided a prescription for physical therapy for knee rehabilitation exercises.

**DIAGNOSES:**

Osteoarthritis, unspecified whether generalized or l

LIN000099

**RESPONSE TO QUESTIONS:**

1. **Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s). Codes are only needed on up to the first 3 diagnoses.**

Ehlers-Danlos syndrome (Q79.60)
Generalized osteoarthritis of the right shoulder and bilateral knees (M15)
Cervical degenerative disc disease (M50.30)
Cervical canal stenosis

2. **If applicable, identify comorbid diagnoses significant to impairment with ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.**

N/A

3. **Do medical records support any R&Ls that were recommended by treating providers for the timeframes in question?**

10/18/2021, Attending Physician's Statement: Record revealed a diagnosis of Ehlers-Danlos syndrome and generalized osteoarthritis. Restrictions indicate as no prolonged siting, standing, heavy lifting, and repetitive activities. Treatment plan indicates tramadol, ibuprofen/Celebrex. Physical impairment indicates as class 5 as severe limitation of functional capability, incapable of minimum (sedentary) activity (75-100%). Mental impairment indicates as class 2 as she can function in most stress situations and engage in most interpersonal relations (slight limitations). The progress is unchanged. There are no expected any significant improvement in the future.

I disagree with a recommendation of no work status. The claimant has advanced degenerative joint disease history that warrants restrictions, yet these can be accommodated in a full-time sedentary work setting. My assessment is similar with the FCE results.

4. **Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?**

Yes, the medical management recommended by the provider and/or followed by the claimant is clinically reasonable and consistent with the apparent level of severity for the reported condition.

**LIN000100**

5. **Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts, child or elder care issues, or legal issues) that may adversely impact work?**

No, there are non-medical circumstances identified in the medical records that may adversely impact work.

6. **Taking into consideration the entire clinical picture including standards of care and evidence-based medicine and any medication or any other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from May 19, 2021 to the present? Please identify any impairing diagnosis as well as any comorbid conditions that may be impacting functionality. Please explain your medical rationale as to why or why not.**

Yes, taking into consideration the entire clinical picture, including standards of care and evidence-based medicine and any medication or other treatment side effects, the claimant has a level of impairment translates into restrictions and limitations from May 19, 2021 to the present.

The claimant is a 61-year-old female with a medical history significant for Ehlers-Danlos syndrome, generalized osteoarthritis of the right shoulder and bilateral knees, cervical degenerative disc disease, and cervical canal stenosis.

Interval history shows that the claimant was diagnosed with Ehlers-Danlos syndrome associated with osteoarthritis involving the hands, feet, right shoulder, cervical spine, and bilateral knees. She underwent surgical arthroscopy on the right shoulder with rotator cuff tear repair on 05/27/2011. She underwent bunionectomy of the left foot on 08/31/2011 and bunionectomy on the left foot on 03/20/2012. The functional capacity evaluation on 04/12/2021 showed that the claimant demonstrated the ability to perform in the sedentary physical demand level category of work for an eight-hour day. She presents to testing ambulating with use of standard cane with slow, methodical gait pattern was observed. She has moderate tenderness along the anterior aspect of the right shoulder, bilateral upper trapezius, interscapular area and lower back area. She was involved in a motor vehicle collision and a recent fall since 05/2021. MRI of the cervical spine on 06/10/2021 showed chronic multilevel cervical degenerative disc disease and facet arthropathy. There is narrowing of the central canal at C5-6 and C6-7 and variable degrees of bony encroachment on the foramina, likely most prominent on the left at C5-6. On 09/02/2021, MRI of the right shoulder showed severe glenohumeral arthropathy, chronically torn and worn labrum, remodeled articular surfaces, cartilage delamination, marrow reaction and pseudocysts glenoid rim, and complex effusion. Cuff tendinosis frayed partial thickness 7 mm interstitial and bursal surface tear supraspinatus insertion, mild bursitis, AC arthropathy, subacromial decompression, and chronically torn biceps long head tendon or tenotomy. Physical examination showed significant loss of range of motion of the cervical spine and shoulders in all planes with forward flexion as 80 with

**LIN000101**

pain, external rotations at side as 40 with significant pain, abduction as 45 with pain, external rotation as 80 with pain, internal rotation as 40 with pain, positive impingement, mild decrease light touch in the left arm, mild tenderness on the left extremity on medial aspect, bilateral swelling, left crepitus, and right instability as anterior drawer test is positive. On 10/26/2021, MRI of the left knee showed osteoarthritis of the lateral compartment of the left knee with associated marked cartilage thinning and probable focal cartilage defect of the lateral-most posterior aspect of the lateral tibial plateau, there is associated chronic lateral meniscus tear, extensive intrasubstance degenerative signal of the medial meniscus with a limited tear of the medial body, cartilage heterogeneity of all 3 compartments of the left knee, and the fibular collateral ligament is markedly attenuated and a chronic tear or partial tear is suggested. MRI of the right knee showed complex tears involving the body and posterior horn of the lateral meniscus and anterior horn of the medial meniscus, chronic complete ACL tear, advanced joint space narrowing with multifocal cartilage loss of the medial and lateral compartments, and mild reactive marrow edema in the medial compartment. Treatment regimen includes injection modalities, physical therapy, and medication management such as ibuprofen, tramadol, and Celebrex.

Based on the information, I opine that the claimant requires restrictions. She has a history of Ehlers-Danlos syndrome associated with generalized osteoarthritis that involved her right shoulder, cervical spine, and bilateral knees. While, she has been stable status post surgeries, and she made steady progress with treatment regimen; she has a chronic disease history anticipated to aggravate degeneration going forward. In addition, she was recently involved in a motor vehicular accident which caused significant sprain injury aggravating underlying symptoms. Her diagnostic findings and physical examination findings had been remarkable throughout the visits, and at times, she requires assistive devices for ambulation. Due to continued cervical spine, right shoulder, and bilateral knees issues, I opine that she should limit activities that may cause aggravated symptoms. Therefore, the claimant is functionally impaired and requires restrictions and limitations as outlined below.

7. **If functional impairment is supported, please describe how that translates into restrictions or limitations and for what period(s) of time. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type etc.). Please explain your medical rationale for any restrictions or limitations or why restrictions or limitations are not supported. Please include duration for restrictions.**

Sitting: Constantly, for up to 6 hours per day
Standing: Frequently, for up to 3 hours per day (with the use of assistive devices if/when required)
Walking: Occasionally, for up to 2 hours per day (with the use of assistive devices if/when required)
Lifting: Occasionally, up to 20 lbs. BUE
Carrying: Occasionally, up to 20 lbs. BUE

**LIN000102**

Pushing: Occasionally, up to 20 lbs. BUE
Pulling: Occasionally, up to 20 lbs. BUE
Climbing stairs: Occasionally
Balancing: Never
Stooping: Occasionally
Kneeling: Occasionally
Crouching: Occasionally
Crawling: Occasionally
Reaching: Occasionally overhead and below waist level, unrestricted desk level BUE
Using lower extremities for foot controls: Occasionally BLE
Fine manipulation: Occasionally RUE, Unrestricted LUE
Simple and firm grasping: Occasionally RUE, Unrestricted LUE

No climbing ladders
No working at unprotected heights
No operating heavy machinery

The above recommended restrictions and limitations are indicated from May 19, 2021 to the present and ongoing with reassessment on or around 04/24/2022.

8. **Does the medical evidence support the claimant has the ability to sustain full time capacity (8/hours/day 5 days/ week) within the identified restrictions and limitations from May 19, 2021 to present? Please explain your medical rationale.**

Yes, the claimant's abilities are sustainable on a full-time basis with restrictions and limitations provided.

9. **Does the medical evidence support that the claimant experiences any side effects from the prescribed medications? If yes, please provide the supported impairments and outline how any impairments affects functional capacity. Please reference any applicable dates**

No, the medical evidence does not support that the claimant experiences any side effects from the prescribed medications.

10. **Please explain the results of the diagnostic testing (i.e. EMG, testing, bone scan etc.) and correlate with documented physical examination findings and reported symptoms in the medical records. Are the severity and scope of the claimant's reported pain, gait disturbance, fatigue, deficits in strength and range of motion, deficits in sitting, standing and walking, and /or other types of self-reported symptoms that are not easily measurable from a clinical examination or testing perspective consistent with the severity and scope of the claimant's medical conditions and intensity of treatment? How does these reported complaints**

LIN000103

**impact sustained work capacity? Please provide medical evidence to support your answer.**

The results of the diagnostic testing correlate with the claimant's physical examination findings and reported symptoms in the medical records. The medical records available for review were sufficient with workups to warrant the severity of the claimant's condition related to Ehlers-Danlos syndrome associated with generalized osteoarthritis that involved her right shoulder, cervical spine, and bilateral knees. The claimant's medical condition does impact the claimant's work capacity; however, her abilities are sustainable on a full-time basis with restrictions and limitations provided as her condition does not lead to any serious complication. The claimant's reported symptoms including pain, gait disturbance, range of motion and strength difficulties clearly are organic in origin and etiology.

**11. When contacting the treating provider please discuss the claimant's condition, treatment, and functional capacity. Please indicate the information reviewed and indicate whether or not you reached consensus with the treating provider. If not, please discuss your final assessment after the call and whether you are in agreement / disagreement, please provide rationale.**

AP Contact Attempts listed below were unsuccessful.

1/11/2022, 11:08, call placed to Dr. Belhorn. Unable to leave a message due to hold times exceeding 10 minutes. Contact number used for outreach: 919-942-3171

1/11/2022, 11:23, call placed to Dr. Kallianos. Left a message at Triangle Community Physicians on the general office line. Contact number used for outreach: 919-471-4484

1/11/2022, 11:37, call placed to Dr. Ransone and Dr. Silver. Unable to leave a message due to prompt stating this line is not accepting calls at this time. Contact number used for outreach: 910-220-5255

1/12/2022, 09:26, call placed to Dr. Belhorn. Left a message at EmergeOrtho Chapel Hill with call center specialists, Robin B. Contact number used for outreach: 919-942-3171

1/12/2022, 09:30, call placed to Dr. Kallianos. Left a message at Triangle Community Physicians on the triage line. Contact number used for outreach: 919-471-4484

1/12/2022, 09:33, call placed to Dr. Ransone and Dr. Silver. Found an alternate number online. Left a message at EmergeOrtho with call center specialists, Latima H. Contact number used for outreach: 910-220-5255 // 800-359-3053

**LIN000104**

**12. If your conclusions are different from the conclusions in the review / assessment by Anna Davidow, PT (FCE) and Dr. Howard Blank, please explain the medical rationale and evidence used in your coming to the different conclusions.**

My assessment agrees with the FCE study recommending the claimant to work in a sedentary setting on a full-time basis. I respectfully disagree with Dr. Blank's recommendation as the claimant is deemed as unable to perform even sedentary activity. The claimant clearly retains the capacity of work in a sedentary setting with appropriate restrictions listed above.

Sincerely,

Hunter Vincent, DO
Board certified PM&R
Pain Medicine
Medical License CA 15296

**LIN000105**



Corporate Office
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881

E-mail: info@ecnime.com  •  Web: www.ecnime.com

Claimant Name: Rebecca Pifer
Claim Number: 4087659
Case Number: 171351-3

"I, Hunter Vincent, DO, am a physician duly licensed to practice medicine in the State of <u>California</u>. I am an independent contractor and I am paid to review claim files and render medical opinions. I am not responsible for deciding whether a claimant is entitled to insurance benefits. My role is to provide objective medical opinions to Genex Services, LLC.

I hereby attest that the following statements are true:
- I have the scope of licensure or certification that typically manages the medical condition, procedure, treatment or issue under review
- I have current, relevant knowledge to render an opinion for the case under review
- No financial incentive was received based on the outcome of the opinion
- No delegation of the examination rendered

I attest that no conflict of interest exists, this includes any situation where an individual has a material, professional, familial, or financial conflict of interest regarding any of the following:
- Compensation for IME/Peer Review activities that are dependent in any way on the specific outcome of the case
- Have involvement with the case prior to its referral for review
- The referring entity
- The health benefit plan
- The consumer
- The attending provider or any other advisor previously involved in the case
- The facility at which the recommended healthcare service(s) would be provided
- The developer or manufacturer of the principal drug, device, procedure, or other therapy being recommended for the customer

I declare that the information contained in the above-referenced report was prepared by and is the work product of the undersigned and is true to the best of my knowledge and information. I certify that my medical/professional license is current and is in good standing in the jurisdiction in which my practice is located.

_____    01/24/2022
Signature of Physician                                    Date

Medical/Professional License # _____CA 15296_____

**LIN000106**

**From:**Staley, Sara <Sara.Staley@genexservices.com>
**Sent:**Mon, 24 Jan 2022 21:10:14 +0000
**To:**VendorReferrals
**Subject:**R. Pifer Claim #4087659
**Attachments:**Peer Review_7029827BOCA.PDF, Invoice.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi ,

Attached are the Peer Review and Invoice for the above referenced claimant. If we can further assist you with this file, please don't hesitate to give us a call.

Thanks for the referral,

**Sara Staley**
*Quality Assurance Coordinator*
Exam Coordinators Network, a division of Genex Services
**T**: 855-648-9248 #3
**F**: 561-392-5881
**Access our portal at: View My Cases**



The information and any attachments contained in this email are confidential and proprietary, and may be protected under the law, including federal and state privacy laws. The information and attachments are intended solely for use by the individual or entity to whom this email is addressed. If you are not the intended recipient, you are notified that any use, dissemination, forwarding, or copying of this information or attachments is strictly prohibited. If you received this email in error, please notify the sender immediately and delete all copies of this email. Thank you.

LIN000107



**Corporate Office**
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
**Toll Free: (877) 463-9463**
Local: (561) 922-5200
Fax: (561) 392-5881

Exam Coordinators Network    A division of Genex Services, LLC    E-mail: info@ecnime.com    Web: www.ecnime.com

| **Invoice:** | **BOCA 128268** | | **Date** | **1/24/2022** |
|---|---|---|---|---|

**Bill To:**

**Jerronda King**
**Lincoln Financial-London, KY**
**P.O. Box 7207**
**London, KY  40742**

| | |
|---|---|
| **Claim #** | 4087659 |
| **Date of Loss:** | 1/31/2011 |
| **ECN #** | 171351-3 |
| **Account #** | |

---

| **Claimant** | Rebecca Pifer |
|---|---|

---

| 1/11/2022 | Peer Review - Long Term Disability: Service Provider: Hunter Vincent, DO Specialty: Physical Medicine & Rehab | $1425.00 |
|---|---|---|

| | **SubTotal** | $1425.00 |
|---|---|---|

| | **Final Invoice Total** | $1425.00 |
|---|---|---|

***Remit To:***
Exam Coordinators Network
440 E. Swedesford Road
Suite 1000
Wayne, PA  19087

Terms:  Net 30 days
Tax Id #: 95-3327434

THANK YOU FOR THE OPPORTUNITY TO PROVIDE THIS
SERVICE FOR YOU. PLEASE REMIT PAYMENT PROMPTLY.

**LIN000108**



The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 430-1797

| | |
|---|---|
| Date: January 7, 2022 | |
| To: | ANDREW WHITEMAN<br>WHITEMAN LAW<br>5400 GLENWOOD AVE<br>STE 225<br>RALEIGH NC 27612 |
| Attn: | |
| Fax: | (919) 571-1004 |
| From: | Jerronda King<br>Appeals Specialist<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 430-1797 |
| Total Pages<br>(Including Cover):  3 | |
| RE:<br><br>Claim #:    4087659<br>Claimant:   Rebecca Pifer<br><br>BCBS of North Carolina | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

**LIN000109**



The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 430-1797

January 7, 2022

Andrew Whiteman
Whiteman Law
5400 GLENWOOD AVE
STE 225
RALEIGH, NC 27612

RE:     Long Term Disability (LTD) Benefits
        BCBS of North Carolina
        Claim #: 4087659
        Claimant: Rebecca Pifer

Dear Andrew Whiteman:

Lincoln National Life Insurance Company (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under Blue Cross & Blue Shield of NC's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

On January 4, 2022, Ms. Pifer was scheduled for a Independent Medical Examination (IME). Per your office this IME was cancelled.

To assist us in evaluating your eligibility for benefits we have referred the file for a medical assessment by a Board Certified Physician.

We anticipate a response from the reviewing Board Certified Physician no later than February 6, 2022.  If there is an unexpected delay in receiving a response, we will contact you.  Otherwise, we will proceed with our review of your appeal once the response is received.  We regret any inconveniences this delay may cause; however, the assessment is necessary to ensure a thorough review of your eligibility for benefits under the terms of the Policy.

You were advised that since our appeal review was suspended for you submit additional documentation, we exercised our right to take an extension under the Employee Retirement Income Security Act.

In accordance with the Employee Retirement Income Security Act, under normal circumstances, you will be notified in writing of a final decision within 45 days from the date your request for review was received, excluding any days in which we are waiting for you to submit documentation.  We will contact you if there are special circumstances requiring a delay in Lincoln's response, and you will be notified of our decision no later than 90 days after the request for review was received.

**LIN000110**

If you have any questions regarding this matter, please contact me.

Sincerely,

Jerronda King
Appeals Specialist
Phone No.: (888) 437-7611 Ext. 14674
Secure Fax No.: (603) 430-1797

# FAX COVER SHEET

**To:** Jerronda King, Lincoln                    **From:** Andrew Whiteman

**Company:** Whiteman Law Firm                   **Date:** December 28, 2021 15:45

**Fax Number:** 16034301797                       **Pages (Including cover):** 2

~~Re: Rebecca L. Diiorio, Claim number: 1007850, RORO of North Carolina~~

**Notes:**

Please see the attached letter.

**LIN000112**

PAGE 1/2 * RCVD AT 12/28/2021 3:45:57 PM [Eastern Standard Time] * SVR:VA1PWFAX301/0 * DNIS:6034301797 * CSID:19195711004 * ANI:19195711004 * DURATION (mm-ss):00-51



| | 5400 Glenwood Avenue | PHONE | 919-571-8300 |
| --- | --- | --- | --- |
| | Suite 225 | FAX | 919-571-1004 |
| | Raleigh, NC 27612 | WEB | whiteman-law.com |

<u>Via Facsimile</u>

December 28, 2021

Jerronda King
Appeals Specialist
The Lincoln National Life Insurance Company
P.O. Box 2578
Omaha, NE 58172-9688
(fax) 603-430-1797

Re: Rebecca L. Pifer, Claim number 4087659, BCBS of North Carolina

Dear Ms. King:

I am responding to your letter dated December 22, 2021.

As I stated in my previous letter, Ms. Pifer is willing to undergo an independent medical examination with an unbiased health care provider who is knowledgeable about her conditions. However, Ms. Pifer will not undergo an examination by Dr. Antony, who is well-known for working exclusively for insurance companies and for providing examination reports of questionable accuracy. Ms. Pifer would consider a medical examination with another provider who does not have close ties to the insurance industry and who is knowledgeable in the evaluation and treatment of patients who suffer from Ms. Pifer's disabling conditions.

Ms. Pifer does not know of any provider who can perform an independent medical evaluation for Lincoln. She would like to have Lincoln proceed with its consideration of her appeal.

Please let me know if you have any questions.

Respectfully,

*Andrew Whiteman*

Andrew Whiteman

**LIN000113**

Case 1:22-cv-00180-WO-JLW  Document 21-1  Filed 10/24/22  Page 113 of 763

# FAX COVER SHEET

**To:** Stephanie Duran, ECN and Jerronda King, Lincoln

**From:** Andrew Whiteman

**Company:** Whiteman Law Firm

**Date:** December 22, 2021 10:14

**Fax Number:**

**Pages (Including cover):** 3

**Re:** Rebecca Pifer, DOB ██ 1960

**Notes:**

Please see the attached letter.

LIN000114

Case 1:22-cv-00186-WO-JLW   Document 21-1   Filed 10/24/22   Page 114 of 763



**Whiteman Law**

Andrew Whiteman

5400 Glenwood Avenue  PHONE 919-571-8300
Suite 225  FAX 919-571-1004
Raleigh, NC 27612  WEB whiteman-law.com

<u>Via Facsimile</u>

December 22, 2021

Stephanie Duran
ECN, a Division of Genex Services, LLC
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, FL 33487
(fax) 561-392-5881

Jerronda King
Appeals Specialist
The Lincoln National Life Insurance Company
P.O. Box 2578
Omaha, NE 58172-9688
(fax) 603-430-1797

Re: Rebecca Pifer, DOB ███ 1960

Dear Ms. Duran and Ms. King:

I received a letter from Ms. Duran dated December 20, 2021, which notified Ms. Pifer that she had been scheduled for a medical examination with Dr. Alvin K. Antony on January 4, 2022.

Ms. Pifer is willing to undergo an independent medical examination with an unbiased health care provider who is knowledgeable about her conditions. However, Ms. Pifer will not undergo an examination by Dr. Antony, who is well-known for working exclusively for insurance companies and for providing examination reports of questionable accuracy. Please cancel the appointment with Dr. Antony. Ms. Pifer consider a medical examination with another provider who does not have close ties to the insurance industry and who is knowledgeable in the evaluation and treatment of patients who suffer from Ms. Pifer's disabling conditions.

LIN000115

December 22,  2021
Page 2 of 2


Respectfully,

*Andrew Whiteman*

Andrew Whiteman

LIN000116

Case 1:22-cv-00186-WO-JLW   Document 21-1   Filed 10/24/22   Page 116 of 763



The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 430-1797

| | |
|---|---|
| Date: December 22, 2021 | |
| To:     ANDREW WHITEMAN<br>WHITEMAN LAW<br>5400 GLENWOOD AVE<br>STE 225<br>RALEIGH NC 27612 | |
| Attn: | |
| Fax:     (919) 571-1004 | |
| From: Jerronda King<br>Appeals Specialist<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 430-1797 | |
| Total Pages<br>(Including Cover):     2 | |
| RE:<br><br>Claim #:     4087659<br>Claimant:   Rebecca Pifer<br><br>BCBS of North Carolina | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

**LIN000117**



The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 430-1797

December 22, 2021

Andrew Whiteman
Whiteman Law
5400 GLENWOOD AVE
STE 225
RALEIGH, NC 27612

RE:     Long Term Disability (LTD) Benefits
        BCBS of North Carolina
        Claim #: 4087659
        Claimant: Rebecca Pifer

Dear Andrew Whiteman:

This correspondence is to acknowledge receipt of your letter dated December 22, 2021, asking to cancel the IME scheduled for Ms. Pifer on January 4, 2022.  We have reached out to Stephanie Duran and requested that this IME is cancelled.

Per our conversation on today, you will be reaching out to Ms. Pifer and we will wait further correspondence from your office regarding next actions on the appeal.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jerronda King
Appeals Specialist
Phone No.: (888) 437-7611 Ext. 14674
Secure Fax No.: (603) 430-1797

**LIN000118**

Corporate Office
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881

E-mail: info@ecnime.com     Web: www.ecnime.com

December 20, 2021

**FedEx: 7755 4758 7277**

Andrew Whiteman, Esq.
Whiteman Law Firm
5400 Glenwood Avenue, Suite 225
Raleigh, NC  27612

ECN Number: 171351-2
Claim: 4087659
Date of Loss: 1/31/2011
Re: Rebecca Pifer
Exam Type: Physical Medicine & Rehab

Dear Mr. Whiteman,

On behalf of Lincoln Financial, we have been requested to schedule your client for an Independent Medical Exam. This appointment has been scheduled for your client on **January 04, 2022 at 3:30 PM.**

Your client's insurance carrier has requested that he/she attend this examination in order to properly evaluate their medical condition related to their disability benefits.  Your client is not responsible for payment; please do not provide any insurance or financial information.

The provider who your client will be seeing is:

**Alvin K Antony, MD**
**Carolina Sports & Spine**
**8382 Six Forks Road, Suites 102 & 103**
**Raleigh, NC  27615**
**252-442-4024**

If your client needs directions to the provider's office, please call that office directly.

*Please advise your client to bring with them to the examination a photo I.D, and if applicable, any MRI scans, X-Ray films, or other diagnostic testing studies which he/she had performed as a result of this illness or injury.*

**PLEASE NOTE: Third party observers and recording devices will <u>not</u> be allowed in the examination room. Failure to comply with these requirements will be deemed failure to cooperate with the examiner and/or failure to attend an Independent Medical Examination as required by the policy.**

If your client is unable to make this appointment at the scheduled date and time, you must notify our office at least **5 business days** prior to the examination. Should you have any questions, please give our office a call at 1-877-463-9463.

Thank you for your cooperation.

Sincerely,

*Stephanie Duran*

Stephanie Duran
Services Coordinator

Cc: Regular mail/ Jerronda King, Lincoln Financial
Cc: Rebecca Pifer

**LIN000119**


Exam Coordinators Network    A division of Genex Services, LLC

**Corporate Office**
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
**Toll Free: (877) 463-9463**
Local: (561) 922-5200
Fax: (561) 392-5881
E-mail: info@ecnime.com    Web: www.ecnime.com

December 20, 2021

Alvin K Antony, MD
Carolina Sports & Spine
8382 Six Forks Road, Suites 102 & 103
Raleigh, NC  27615

CLAIMANT:  Rebecca Pifer
CLAIM #: 4087659
ECN NO: 171351-2
DATE OF DISABILITY: 1/31/2011
EXAM TYPE: Physical Medicine & Rehab
CASE TYPE: Long Term Disability

Re:  Disability Benefits

Dear Dr. Antony,

This is to confirm that an appointment for an INDEPENDENT MEDICAL EXAMINATION has been scheduled for the above named individual for **January 04, 2022** at **3:30 PM** at the following location**:**

**8382 Six Forks Road, Suites 102 & 103**
**Raleigh, NC  27615**

The claimant was instructed to bring his/her films (x-rays, MRI's, etc) with him/her to the examination. Medical Records will follow separately.

**Please do not perform any diagnostic studies, labs, etc… without prior approval from ECN.**

**Please do not reschedule this exam. If the claimant should contact you with a request to change the appointment, please refer them to call ECN.**

Please forward your transcribed report within **5 business days** to BocaReports@genexservices.com and bill to the address indicated on this letterhead. **Please note, if ECN's client assesses a fee due to the report not being received within the timeframe indicated above, ECN will assess the same fee to you.**

**\*\*\*If you expect that your fee will be more than what was originally quoted to ECN, please cease your work on the matter and notify ECN immediately with the new fee and an explanation for the increase for approval. ECN will notify you once the new fee has been approved and when you can proceed with the report.**

**\*\*Please provide your responses in numerical Question & Answer Format. Yes/No Answers are not acceptable\*\***

**<u>Case Summary:</u>**

**Primary Diagnosis:** Osteoarthrosis, unspecified whether generalized

**<u>Questions to be Addressed:</u>**

1. Comprehensive medical history: Include chief complaint, present illness, past medical/surgical history, medications/allergies, and review of systems. Note any pain behaviors during the IME process.
2. Comprehensive functional history: Include current reported daily activities, reported functional difficulties, and the insured's reported participation in work, ADLs, and recreation/hobbies.

**LIN000120**

Case 1:22-cv-00186-WO-JLW    Document 21-1    Filed 10/24/22    Page 120 of 763



**Corporate Office**
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
**Toll Free: (877) 463-9463**
Local: (561) 922-5200
Fax: (561) 392-5881

Exam Coordinators Network   A division of Genex Services, LLC          E-mail: info@ecnime.com     Web: www.ecnime.com

3. Comprehensive examination: Please provide a complete physical description of the claimant including her gait upon entering the office, as well as observations of her ability to get on and off the exam table. Correlate this with exam findings. Please conduct a complete examination, including a comprehensive musculoskeletal and neurological assessment. Exam should include, but not be limited to, ROM, motor/sensory/reflex exams. Please examine the claimant's hands and include range of motion, strength, sensation, grasping, pinching, lifting, handling objects, and keyboarding.

4. Opinion regarding verifiable physical impairment: Based your opinion on verifiable clinical exam findings, any diagnostic test evidence, and verifiable functional data. For any impairment confirmed, please provide the clinical, diagnostic, and/or functional evidence supporting your opinion.

5. Opinion regarding medically-supported physical restrictions/limitations, based on all identified impairments: For each physical impairment identified, please provide specific medically-supported restrictions/limitations. Please define by type of task [sitting, standing, lifting, etc.], as well as frequency of task [never, occasional, frequent, constant]. Please explain your medical rationale for any restrictions or limitations or why any restriction and limitations are not supported.

6. Opinion regarding estimated duration of physical restrictions/limitations defined above and work sustainability. Please comment on the claimant's capacity for reliable, sustainable full-time work within any outlined restrictions and limitations.

7. Opinion regarding excessive or atypical pain behaviors: Note any excessive or atypical pain behaviors observed during the IME. Do the insured's reported pain severity and functional limitations correlate with your clinical exam findings, the diagnostic test evidence, and treatment requirements?

8. Opinion regarding appropriateness of treatment: Comment on whether the type and intensity of treatment offered by the insured's treating providers, and that pursued by the insured, is appropriate - based on the insured's diagnoses, symptom severity, reported functional impairment. If no, please offer treatment recommendations at this time.

9. Opinion regarding medication and medication side effects: Is there any clinical evidence supporting functional impairment due to prescribed medication use? If yes, please provide the clinical evidence supporting your opinion and whether current medication use precludes the examinee from resuming full-time work.

10. Opinion regarding motivation to return to work: Did the insured express a desire to return to work, or articulate a return to work plan during the IME?

11. Opinion regarding prior medical assessment findings. If your conclusions are different from the conclusions in the review by Dr. Howard Blank or the Functional Capacity Evaluation, please explain the medical rationale and evidence used in your coming to the different conclusions.

12. Opinion regarding treating providers statements: Please review the attending physician statements by Dr. Linda Belhorn, are you in agreement with her reports of functionality, if you are not in agreement, please provide rationale for your response.

13. Conclusions: Summary of your overall impression regarding the insured's current verifiable physical impairments, if any; medically-supported physical restrictions/limitations, if any; and maximum full-time work ability.

**Please see the following page for report requirements.**

Sincerely,

*Stephanie Duran*
Stephanie Duran
Service Coordinator

**LIN000121**



**Corporate Office**
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
**Toll Free: (877) 463-9463**
Local: (561) 922-5200
Fax: (561) 392-5881

Exam Coordinators Network   A division of Genex Services, LLC      E-mail: info@ecnime.com      Web: www.ecnime.com

# IME Report Requirements

- The final report must include the following information: Claimant name, claim number, claimant's job title, date of disability, date of referral and primary diagnosis as reported by the claimant's treating provider, a chronological listing of the medical records received for review, a clinical summary response to the medical review questions listed above, reviewing physician's name, professional credentials, medical specialty, licensing state(s) with licensing number(s), a statement that the medical review is independent/impartial and that reviewing physician has no conflict of interest; physician signature and date.

- All reviewers must consider all of the medical information contained in the medical records sent for review. Medical information includes the claimant's own statements, reported and observed activities, medical documentation of the primary and/or secondary disabling condition(s) and the impact on the claimant's functional capacity.

- Avoid statements regarding whether the claimant is disabled or not disabled, or the claimant's capacity relative to the physical demand strength of his/her occupation or any occupation.

- Address functional capacity using the following terms: Never (0%), Occasionally (1-33% of day), Frequently (34-66% of day), Constantly (67-100% of day) or Unrestricted. Address claimant's ability to work in regards to hours/day, days/week, or ability to function on a consistent basis. Ensure that statement of functionality is maintained in respect to medical reviewer's scope of practice.

- Address the Claimant's functional abilities and/or medically supported restrictions or limitations at a level sufficient to determine what activities the Claimant can perform and the durations the Claimant can perform those activities.

- Consider and address all medical findings in the medical opinion without deference to either "objective" or "subjective" findings.

- Any medical reviews received which suggest a claimant is not restricted or disabled because there is a lack of "objective medical evidence" will be returned for clarification and validation that the medical reviewer has reviewed and addressed subjective and objective medical information in the file. **\*\*\*Note: If a correction(s) and/or a clarification(s) is needed to the report, <u>this is NOT a billable charge</u>.**

**LIN000122**



The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 430-1797

| | |
|---|---|
| Date: December 21, 2021 | |
| To: | ANDREW WHITEMAN<br>WHITEMAN LAW<br>5400 GLENWOOD AVE<br>STE 225<br>RALEIGH NC 27612 |
| Attn: | |
| Fax: | (919) 571-1004 |
| From: | Jerronda King<br>Appeals Specialist<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 430-1797 |
| Total Pages<br>(Including Cover): 2 | |
| RE:<br><br>Claim #: 4087659<br>Claimant: Rebecca Pifer<br><br>BCBS of North Carolina | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

**LIN000123**



The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 430-1797

December 21, 2021

Andrew Whiteman
Whiteman Law
5400 GLENWOOD AVE
STE 225
RALEIGH, NC 27612

RE:    Long Term Disability (LTD) Benefits
        BCBS of North Carolina
        Claim #: 4087659
        Claimant: Rebecca Pifer

Dear Andrew Whiteman:

The vendor is in the process of sending notification regarding the Independent Medical Examination for Ms. Rebecca Pifer. Ms. Pifer has been set up for the following appointment:

Date: Tuesday, January 4, 2022 at 3:30 pm

Physician: Dr. Alvin Antony, MD

Carolina Sports & Spine

8382 Six Forks Road, Suite 102 & 103, Raleigh, NC 27615

Direction Assistance: 252-442-4024

Thanks in advance for being patient while we set this appointment up for Ms. Pifer.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jerronda King
Appeals Specialist
Phone No.: (888) 437-7611 Ext. 14674
Secure Fax No.: (603) 430-1797

**LIN000124**

# Lincoln Financial Group - Independent Evaluation

## IME

Requested By: Jerronda King
Disability Claims
P O Box 7213
London, KY 40742-7213
(888) 437-7611 x14674
Fax: (603) 430-1797

Return Report to: VendorReferrals@lfg.com

Document Locations
- ☑ Document List
- ☐ Correspondence
- ☐ Paper File

| | | | |
|---|---|---|---|
| Customer Name: | BLUE CROSS & BLUE SHIELD OF NC | Date Sent: | 12/15/2021 |
| Funding type: | CON | Coverage Type: | LTD |
| Claimant Name: | REBECCA L PIFER | Claim #: | 4087659 |
| Claimant Address: | 3811 ZENITH PLACE | Claimant SSN: | ***-**-8502 |
| | | Claimant DOB: | ▮1960 |
| City: | DURHAM | Claimant Tel #: | |
| State: | NC | Claimant DOD: | 1/31/2011 |
| Zip: | 27705-0000 | Primary Diagnosis: | Osteoarthrosis, unspecified whether generalized or l |
| Gender: | FEMALE | Att Physician: | |
| Specialist Type Requested : | Physical Medicine and Rehabilitation (PM&R) | Physician Phone/Fax | see below |

Referral Questions:                              Vendor Chosen:      Exam Coordinators - ECN

Claimant Name:    REBECCA  L  PIFER

**LIN000125**

# Lincoln Financial Group - Independent Evaluation

## IME

Comprehensive medical history: Include chief complaint, present illness, past medical/surgical history, medications/allergies, and review of systems  Note any pain behaviors during the IME process

Comprehensive functional history: Include current reported daily activities, reported functional difficulties, and the insured's reported participation in work, ADLs, and recreation/hobbies

Comprehensive examination: Please provide a complete physical description of the claimant including her gait upon entering the office, as well as observations of her ability to get on and off the exam table   Correlate this with exam findings   Please conduct a complete examination, including a comprehensive musculoskeletal and neurological assessment   Exam should include, but not be limited to, ROM, motor/sensory/reflex exams  Please examine the claimant's hands and include range of motion, strength, sensation, grasping, pinching, lifting, handling objects, and keyboarding

Opinion regarding verifiable physical impairment: Based your opinion on verifiable clinical exam findings, any diagnostic test evidence, and verifiable functional data  For any impairment confirmed, please provide the clinical, diagnostic, and/or functional evidence supporting your opinion

Opinion regarding medically-supported physical restrictions/limitations, based on all identified impairments: For each physical impairment identified, please provide specific medically-supported restrictions/limitations  Please define by type of task [sitting, standing, lifting, etc ], as well as frequency of task [never, occasional, frequent, constant]  Please explain your medical rationale for any restrictions or limitations or why any restriction and limitations are not supported

Opinion regarding estimated duration of physical restrictions/limitations defined above and work sustainability  Please comment on the claimant's capacity for reliable, sustainable full-time work within any outlined restrictions and limitations

Opinion regarding excessive or atypical pain behaviors: Note any excessive or atypical pain behaviors observed during the IME  Do the insured's reported pain severity and functional limitations correlate with your clinical exam findings, the diagnostic test evidence, and treatment requirements?

Opinion regarding appropriateness of treatment: Comment on whether the type and intensity of treatment offered by the insured's treating providers, and that pursued by the insured, is appropriate - based on the insured's diagnoses, symptom severity, reported functional impairment  If no, please offer treatment recommendations at this time

Opinion regarding medication and medication side effects:  Is there any clinical evidence supporting functional impairment due to prescribed medication use?  If yes, please provide the clinical evidence supporting your opinion and whether current medication use precludes the examinee from resuming full-time work

Opinion regarding motivation to return to work: Did the insured express a desire to return to work, or articulate a return to work plan during the IME?

Opinion regarding prior medical assessment findings   If your conclusions are different from the conclusions in the review by Dr  Howard Blank or the Functional Capacity Evaluation, please explain the medical rationale and evidence used in your coming to the different conclusions

Opinion regarding treating providers statements:  Please review the attending physician statements by Dr  Linda Belhorn, are you in agreement with her reports of functionality, if you are not in agreement, please provide rationale for your response

Conclusions: Summary of your overall impression regarding the insured's current verifiable physical impairments, if any; medically-supported physical restrictions/limitations, if any; and maximum full-time work ability

Instructions For Vendor:

Claimant Name:     REBECCA  L  PIFER

**LIN000126**

# Lincoln Financial Group - Independent Evaluation
## IME

Please perform PM&R IME

Attorney Information (if applicable):

Atty represented, Whiteman Law - Andrew Whiteman (T) 919-571-8300 (F) 919-571-1004

Claimant Name:   REBECCA  L  PIFER

**LIN000127**



The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 430-1797

| | |
|---|---|
| Date: December 15, 2021 | |
| To: ANDREW WHITEMAN<br>WHITEMAN LAW<br>5400 GLENWOOD AVE<br>STE 225<br>RALEIGH NC 27612 | |
| Attn: | |
| Fax: (919) 571-1004 | |
| From: Jerronda King<br>Appeals Specialist<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 430-1797 | |
| Total Pages<br>(Including Cover): 3 | |
| RE:<br><br>Claim #: 4087659<br>Claimant: Rebecca Pifer<br><br>BCBS of North Carolina | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

**LIN000128**



The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 430-1797

December 15, 2021

Andrew Whiteman
Whiteman Law
5400 GLENWOOD AVE
STE 225
RALEIGH, NC 27612

RE:     Long Term Disability (LTD) Benefits
        BCBS of North Carolina
        Claim #: 4087659
        Claimant: Rebecca Pifer

Dear Andrew Whiteman:

Lincoln Life Assurance Company of Boston (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under Blue Cross & Blue Shield of NC's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy on behalf of Ms. Rebecca Pifer.

We received your request for review of the recent claim determination on your LTD claim along with medical documentation for review in support of Ms. Pifer's appeal.

We understand this is all of the information you intend to submit for our consideration of her LTD appeal. Consequently, her file has been forwarded to Lincoln's Appeal Review Unit for a full, and fair review.

I will be your dedicated Appeal Consultant. If you have any questions regarding the status of the appeal, you may contact me at 1-888-437-7611 extension 14674 during the hours of 8:00 am to 3:00 pm.

***In further review of Ms. Pifer's appeal, we are currently in the process of setting her appeal up for an Independent Medical Evaluation (IME). We apologize for the delay; however, we are working to set this up for her and we will notify your office as soon as possible with the appointment information.***

We regret any inconveniences this delay may cause; however, the assessment is necessary to ensure a thorough review of Ms. Pifer's eligibility for benefits under the terms of the Policy.

**LIN000129**

In accordance with the Employee Retirement Income Security Act, under normal circumstances, you will be notified in writing of a final decision within 45 days from the date your request for review was received, excluding any days in which we are waiting for you to submit documentation. We will contact you if there are special circumstances requiring a delay in Lincoln's response, and you will be notified of our decision no later than 90 days after the request for review was received.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jerronda King
Appeals Specialist
Phone No.: (888) 437-7611 Ext. 14674
Secure Fax No.: (603) 430-1797

**LIN000130**

ATTACHMENT 2

LIN000131

**PIFER, REBECCA (id #425618, dob: ██████1960)**

# Encounters and Procedures

Clinical Encounter Summaries

**Encounter Date: 02/08/2021**

## Patient

| | | | |
|---|---|---|---|
| **Name** | PIFER, REBECCA (60yo, F) ID# 425618 | **Appt. Date/Time** | 02/08/2021 11:45AM |
| **DOB** | ██████1960 | **Service Dept.** | 1-WPP Rheum |
| **Provider** | BELHORN LINDA, MD | | |

**Insurance**
Med Primary: BCBS-NC (PPO)
    Insurance # : YHI10287529400
    Policy/Group # : 14159324
Med Secondary: MEDICARE-NC (MEDICARE)
    Insurance # : 5VF3C65UU90
Med Legal: BASSETT LAW FIRM
    Insurance # ██████960
    Case Injury Date : 08/16/2012
Prescription: PRIME BCBS NORTH CAROLINA COMM - Member is eligible. details

## Chief Complaint

Followup: Ehlers-Danlos syndrome
Followup: Degenerative joint disease involving multiple joints

## Patient's Care Team

**Primary Care Provider:** JOHN A KALLIANOS (TRIANGLE COMMUNITY PHYSICIANS): 4309 MEDICAL PARK DR STE 200, DURHAM, NC 27704, Ph (919) 471-4484, Fax (919) 477-6131 NPI: 1245231588

## Patient's Pharmacies

**HARRIS TEETER NORTH POINTE SHOP 497 (ERX): 1802 NORTH POINTE DR, DURHAM, NC 27705, Ph (919) 220-6894, Fax (919) 220-6591**
KROGER MIDATLANTIC 366: 1802 NORTH POINTE DRIVE NORTHE POINT S/C, DURHAM, NC 27705, Ph (919) 220-6894

## Vitals

02/08/2021 12:02 pm

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 6 in | **Wt:** | 129 lbs | **BMI:** | 20.8 |
| **BP:** | 106/83 sitting | **Pulse:** | 73 bpm | **T:** | 96.2 F° oral |
| **Pain Scale:** | 3 | **Pain Scale Type:** | Numeric | | |

## Allergies

Reviewed Allergies
NKDA

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **B Complex**<br>qd | 09/15/14 | entered |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release** | 11/30/20 | filled |
| **gabapentin 600 mg tablet**<br>Take 1 tablet(s) twice a day by oral route. | 01/11/21 | filled |
| **traMADoL 50 mg tablet**<br>TAKE ONE TABLET BY MOUTH EVERY 6 HOURS AS NEEDED | 01/29/21 | changed |
| **traZODone 100 mg tablet** | 01/11/21 | filled |
| **Vitamin C 1,000 mg tablet**<br>qd | 01/20/14 | entered |

**LIN000132**

## PIFER, REBECCA (id #425618, dob: ████ 1960)

## Problems

Reviewed Problems
- Degenerative joint disease involving multiple joints
- Shoulder joint pain
- Shoulder stiff
- Calcific tendinitis of shoulder
- Bicipital tenosynovitis
- Osteopenia
- Ehlers-Danlos syndrome
- Full thickness rotator cuff tear

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - Problem<br>   - Ehler-Danlos Syndrome<br>- Problem<br>   - CAD (previously recorded as Other)<br>- Malignant neoplastic disease<br>   - prostate<br>- Rheumatoid arthritis<br>- Arthritis<br>   - osteo<br>- Cerebrovascular accident<br>   - previously recorded as Stroke<br>- Heart disease (died age: 82)<br>   - CHF |
| Mother | - Hypertensive disorder<br>   - previously recorded as Hypertension<br>- Arthritis<br>- Heart disease<br>- Hypertensive disorder<br>- Migraine<br>- Osteoporosis |
| Brother | - Problem<br>   - Ehlers-Danlos Syndrome |

## Social History

Reviewed Social History
**Focused Rheumatology Social History**
Alcohol intake: Occasional
Are you currently employed?: N (Notes: Disability since November 2012)
Caffeine intake: Moderate
Chewing tobacco: none
Education: 2 Year College
Exercise level: Occasional
Marital status: Divorced
Number of children: 2
Smoker (1 PPW)
Tobacco Smoking Status: Current some day smoker
Tobacco-years of use: 10
Most Recent Tobacco Use Screening: 01/21/2019
Hand Dominance: Left
Could you be pregnant?: N
Advance directive: N
Medical Power of Attorney: N

## Surgical History

Reviewed Surgical History
- Other - Right shoulder surgery
- Other - 10/2014
- Bunionectomy - 2013 - Repair of right bunionectomy
- Shoulder Arthroscopy - 01/01/2011
- Bunionectomy - 2011 - Left
- Bunionectomy - 2011 - Right
- Appendectomy - 1981

GYN History

**LIN000133**

**PIFER, REBECCA (id #425618, dob: ▮▮▮▮1960)**

GYN History not reviewed (last reviewed 08/10/2016)
Most Recent Mammogram: 05/12/2019.

## Obstetric History

Obstetric History not reviewed (last reviewed 08/10/2016)

## Past Medical History

Reviewed Past Medical History
Headaches: **Y**
Notes: Ehlers-Danlos Syndrome;Cervical DDD; Parathesias if hands and face; Insomnia-contolled w/med, Idiopathic peripheral neuropathy, Osteopenia, Generalized OA; Shingles 2011, Depression; Varicose veins

## Screening

None recorded.

## HPI

The patient returns for followup of her Ehlers-Danlos syndrome and generalized osteoarthritis. She was last seen in 08/2020. Since that time, she has been relatively stable on Celebrex and tramadol. She was seen by Dr. Silver due to right shoulder pain that was felt to be due to rotator cuff impingement. She had a steroid injection performed on 09/10/2020 and did feel that she had significant benefit. She is trying to do some exercises with strength training and Tai chi that are conservative to help improve her shoulder symptoms. She generally uses tramadol at night and occasionally uses ibuprofen in the morning to help manage her symptoms. She continues to have her 21-year-old son who lives with her, who has ADHD. Her daughter is doing marine biology training at the University of Miami. She denies any recent infections and is planning to get the COVID vaccine when it becomes available to her. She denies any chest pain, shortness of breath, indigestion, diarrhea, constipation, dysuria, ocular inflammation, oral ulcers, dry mouth or headaches. She does have occasional dizziness due to hypoglycemia and tries to eat frequently during the day to avoid this. She has been watching her portion sizes; however, and has lost 8 pounds since her last visit.

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 60-year-old female.

General: She is a well-developed and well-nourished white female, in no acute distress.

Vital Signs: Blood pressure 106/83. Pulse 73. Weight 129 pounds, decreased 8 pounds.

HEENT: PERRL, EOMI. Oropharynx without erythema or exudate.

Heart: S1, S2, RRR.

Lungs: Clear to auscultation.

Extremities: Had no edema.

Musculoskeletal: There were Heberden's and Bouchard's nodes bilaterally. There was mild loss of range of motion in the cervical spine and shoulders in all planes.

## Procedure Documentation

None recorded.

## Assessment / Plan

1. Generalized osteoarthritis. The patient is on tramadol at bedtime and Celebrex and has also used ibuprofen p.r.n. She has had symptoms in her hands and her right shoulder, but overall feels that she is stable on her current regimen. She is due for laboratory monitoring today.

2. Ehlers-Danlos syndrome. The patient is currently stable.

3. History of right rotator cuff repair. The patient was seen by Dr. Silver since her last visit on 09/10/2020 and had a steroid injection performed with significant improvement of her symptoms. An x-ray that was performed of her shoulder on 08/06/2020 revealed

**LJN000134**

## PIFER, REBECCA (id #425618, dob: ████ 1960)

advanced glenohumeral arthropathy and a prominent lucency within the superior aspect of the glenoid consistent with a geode. At this point, she is planning to continue doing light weights and Tai chi to help improve her shoulder symptoms.

Plan:

1. Laboratory studies as below.

2. Continue Celebrex and tramadol.

3. Return to clinic in 6 months.

**. Ehlers-Danlos syndrome**
   Q82.8: Other specified congenital malformations of skin

**. Degenerative joint disease involving multiple joints**
   M15.0: Primary generalized (osteo)arthritis
* OSTEOARTHRITIS: CARE INSTRUCTIONS
* CBC WITH DIFFERENTIAL/PLATELET
* COMP. METABOLIC PANEL (14)-322000-P

### Return to Office

* Belhorn Linda, MD for Office Visit at 1-WPP Rheum on 08/16/2021 at 11:15 AM

## Encounter Sign-Off

Encounter signed-off by Belhorn Linda, MD, 02/09/2021.
Encounter performed and documented by Belhorn Linda, MD
Encounter reviewed & signed by Belhorn Linda, MD on 02/09/2021 at 7:32am

### Encounter Date: 09/10/2020

### Patient

| | | | |
|---|---|---|---|
| **Name** | PIFER, REBECCA (60yo, F) ID# 425618 | **Appt. Date/Time** | 09/10/2020 11:00AM |
| **DOB** | 07/02/1960 | **Service Dept.** | WPP Ortho |
| **Provider** | SILVER WILLIAM, MD | | |
| **Insurance** | Med Primary: BCBS-NC (PPO) | | |

Med Primary: BCBS-NC (PPO)
 Insurance # : YHI10287529400
 Policy/Group # : 14159324
Med Secondary: MEDICARE-NC (MEDICARE)
 Insurance # : 5VF3C65UU90
Med Legal: BASSETT LAW FIRM
 Insurance # : 07021960
 Case Injury Date : 08/16/2012
Prescription: PRIME BCBS NORTH CAROLINA COMM - Member is eligible. details

## Chief Complaint

Right shoulder problem

## Patient's Care Team

**Primary Care Provider:** JOHN A KALLIANOS (TRIANGLE COMMUNITY PHYSICIANS): 4309 MEDICAL PARK DR STE 200, DURHAM, NC 27704, Ph (919) 471-4484, Fax (919) 477-6131 NPI: 1245231588

## Patient's Pharmacies

**HARRIS TEETER NORTH POINTE SHOP 497 (ERX): 1802 NORTH POINTE DR, DURHAM, NC 27705, Ph (919) 220-6894, Fax (919) 220-6591**
KROGER MIDATLANTIC 366: 1802 NORTH POINTE DRIVE NORTHE POINT S/C, DURHAM, NC 27705, Ph (919) 220-6894

## Vitals

09/10/2020 11:21 am

  **Ht:** 5 ft 6 in

**LIN000135**

## PIFER, REBECCA (id #425618, dob: ████1960)

### Allergies

Reviewed Allergies
NKDA

### Medications

Reviewed Medications

| | | |
|---|---|---|
| **B Complex**<br>qd | 09/15/14 | entered |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release** | 07/15/20 | filled |
| **gabapentin 600 mg tablet**<br>Take 1 tablet(s) twice a day by oral route. | 07/11/20 | filled |
| **traMADoL 50 mg tablet**<br>TAKE ONE TABLET BY MOUTH EVERY 6 HOURS AS NEEDED | 07/28/20 | filled |
| **traZODone 50 mg tablet**<br>TAKE 1 TABLET (50 MG) PO QHS | 08/09/20 | filled |
| **Vitamin C 1,000 mg tablet**<br>qd | 01/20/14 | entered |

### Problems

Reviewed Problems
- Degenerative joint disease involving multiple joints
- Shoulder joint pain
- Shoulder stiff
- Calcific tendinitis of shoulder
- Bicipital tenosynovitis
- Osteopenia
- Ehlers-Danlos syndrome
- Full thickness rotator cuff tear

### Family History

Reviewed Family History

Father
- Problem
  - Ehler-Danlos Syndrome
- Problem
  - CAD (previously recorded as Other)
- Malignant neoplastic disease
  - prostate
- Rheumatoid arthritis
- Arthritis
  - osteo
- Cerebrovascular accident
  - previously recorded as Stroke
- Heart disease (died age: 82)
  - CHF

Mother
- Hypertensive disorder
  - previously recorded as Hypertension
- Arthritis
- Heart disease
- Hypertensive disorder
- Migraine
- Osteoporosis

Brother
- Problem
  - Ehlers-Danlos Syndrome

### Social History

Reviewed Social History

LIN000136

**PIFER, REBECCA (id #425618, dob: ▮▮▮▮1960)**
Tobacco Smoking Status: Current some day smoker
Smoker (1 PPW)
Tobacco-years of use: 10
Most Recent Tobacco Use Screening: 01/21/2019
Chewing tobacco: none
Alcohol intake: Occasional
Hand Dominance: Left
Could you be pregnant?: N
Are you currently employed?: N (Notes: Disability since November 2012)
Exercise level: Occasional
Advance directive: N
Medical Power of Attorney: N
Marital status: Divorced

## Surgical History

Reviewed Surgical History
- Other - Right shoulder surgery
- Other - 10/2014
- Bunionectomy - 2013 - Repair of right bunionectomy
- Shoulder Arthroscopy - 01/01/2011
- Bunionectomy - 2011 - Left
- Bunionectomy - 2011 - Right
- Appendectomy - 1981

## GYN History

GYN History not reviewed (last reviewed 08/10/2016)
Most Recent Mammogram: 05/12/2019.

## Obstetric History

Obstetric History not reviewed (last reviewed 08/10/2016)

## Past Medical History

Reviewed Past Medical History
Anxiety Disorder: **Y**
Arthritis: **Y - osteo**
Depression: **Y**
Headaches: **Y**
Osteoporosis: **Y**
Previous Fracture(s): **Y - lt foot**
Notes: Ehlers-Danlos Syndrome;Cervical DDD; Parathesias if hands and face; Insomnia-contolled w/med, Idiopathic peripheral neuropathy, Osteopenia, Generalized OA; Shingles 2011, Depression; Varicose veins

## Screening

None recorded.

## HPI

CHIEF COMPLAINT:
Right shoulder pain.

HISTORY OF PRESENT ILLNESS:
Ms. Rebecca Pifer is a 59-year-old, left-hand-dominant female who comes to clinic for evaluation of right shoulder pain. She is a patient of Dr. Linda Belhorn. She has a history of a right shoulder rotator cuff repair performed in 2011 by Dr. Mallon. She does have a history of Ehlers-Danlos syndrome.

The patient localizes pain to the lateral upper arm with movement such as driving that radiates. She states the pain usually lasts up to 2 days after being active with the arm. She estimates the pain has been present for approximately 1 year and has been progressively worsening. She has not had any injections recently.

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 60-year-old
female.

CONSTITUTIONAL: Patient is well nourished, well developed, and in no acute distress.

LIN000137

**PIFER, REBECCA (id #425618, dob: ███████1960)**

NEUROLOGIC: Patient is oriented to person, place, and time.

MUSCULOSKELETAL - GAIT: Patient has a nonantalgic, heel to toe, reciprocating gait.

MUSCULOSKELETAL - Neck: Range of motion: Forward flexion - normal; Extension - normal; Right Rotation - normal; Left Rotation - normal; Right flexion - normal; Left flexion - normal.

MUSCULOSKELETAL - SHOULDER: Evaluation of the shoulder reveals no visible deformity or effusion with no skin abnormalities noted to the extremity.

Range of motion: Forward flexion - 105 with pain; External rotation at side - 45; Abduction - 80 with pain; External rotation - 80; Internal rotation - 45

Strength testing: 5/5 external rotation; 5/5 internal rotation; 5/5 abduction.

Special tests: Positive impingement.

Neurovascular: Sensation intact in the radial/ulnar/median nerve distribution. 2+ radial pulse.

## Procedure Documentation

**Injection Shoulder Sub-Acromial:**

**OFFICE PROCEDURE: Shoulder Subacromial Bursa Injection**

The patient was counseled about a right shoulder injection, including discussion of risks (including infection), contents of the injection, rationale for performing the injection, and expected benefits of the injection. The skin was prepped with ethyl alcohol swabs (three) and then a subacromial injection was performed by inserting the needle from the posterolateral corner of the acromion into the subacromial space. The injection consisted of 4 mL of 0.25% Marcaine solution, 4 mL of 1% Lidocaine solution, and 2 mL of Kenalog solution (40mg/mL). The patient tolerated the injection well, and there were no complications. The injection site was covered with a Band-Aid.

## Assessment / Plan

IMAGING:

Radiographic Interpretation: Shoulder, 3 views

Rendering Provider: Linda Belhorn, M.D. on 08/05/2020

X-rays of the right shoulder, AP/Outlet/Axillary views, are reviewed. Inferior humeral head osteophyte. Moderate loss of glenohumeral joint space. Single suture anchor in the anterior superior aspect of the humeral head. On the axillary view there is minimal posterior erosion, but significant joint space narrowing is present.

IMPRESSION:

Right shoulder rotator cuff impingement, underlying Ehlers-Danlos syndrome.

PLAN:

I discussed findings and treatment options with the patient today. We discussed physical therapy, cortisone injections, and obtaining MRI imaging. The patient elected to proceed with a right shoulder subacromial cortisone injection, which was done today. She was provided with home physical therapy program for the rotator cuff and will follow-up as needed.

OFFICE PROCEDURE: Shoulder Subacromial Bursa Injection

The patient was counseled about a right shoulder injection, including discussion of risks (including infection), contents of the injection, rationale for performing the injection, and expected benefits of the injection. The skin was prepped with ethyl alcohol swabs (three) and then a subacromial injection was performed by inserting the needle from the posterolateral corner of the acromion into the subacromial space. The injection consisted of 4 mL of 0.25% Marcaine solution, 4 mL of 1% Lidocaine solution, and 2 mL of Kenalog solution (40mg/mL). The patient tolerated the injection well, and there were no complications. The injection site was covered with a Band-Aid.

I, Nicole Clawson, am acting as documentation specialist for William Silver, MD.

### Return to Office

- Belhorn Linda, MD for Office Visit at WPP Rheum on 02/08/2021 at 11:45 AM

## Encounter Sign-Off

Encounter signed-off by Silver William, MD, 09/16/2020.

Encounter performed and documented by Silver William, MD

Encounter reviewed & signed by Silver William, MD on 09/16/2020 at 11:31pm

LIN000138

PIFER, REBECCA (id #425618, dob: ████1960)
09/10/2020   13:06 EMERGE ORTHO 2nd FLOOR REGIS                    (FAX)9192811700          P.048/055

## EMERGEORTHO
Tax ID:561079264

please send payments to:
EMERGEORTHO, P.A.
PO BOX 5105
BELFAST, ME 04915-5100
billing phone: (800) 359-1640

department of service:
WPP Ortho
120 William Penn Plaza
DURHAM, NC 27704-2150
dept phone: (919)220-5255

2B    # 99
printed 09/10/2020 11:08 AM

| PATIENT NAME AND ADDRESS [SEX] | PATIENT # | GUARANTOR NAME | PROVIDER | DATE/TIME | DEPARTMENT |
|---|---|---|---|---|---|
| REBECCA PIFER        F<br>3811 ZENITH PL<br>DURHAM NC, 27705-2117 | 425618 | REBECCA PIFER<br>3811 ZENITH PL<br>DURHAM NC, 27705-2117 | SILVER WILLIAM, MD | 09/10/2020 11:00 AM | WPP Ortho |

| PATIENT SSN | WC INJURY DATE | DOB | TELEPHONE | INSURANCE NAME | CERTIFICATE# | PCP | AUTH# |
|---|---|---|---|---|---|---|---|
| ████ | | ████1960<br>60 YR | (919) 597-8606 | INS 1  BCBS-NC (PPO)<br>INS 2  Medicare-NC (Medicare) | Cert#1 YHI10287529400<br>Cert#2 5VF3C66UU90 | | |

APPT TYPE  New Knee/Shoulder          NOTES/REASON   • 08/05/2020 slarry1: rt shoulder-had arthroscopy surgery with Dr Mellon-referred by Dr Belhorn

**CPT  New Patient Office E&M**  MOD/DX/UNIT
99201 Level 1 Focused
99202 Level 2 Expanded
99203 Level 3 Detailed (circled)
99204 Level 4 Compre Mod
99205 Level 5 Compre High

**CPT  Established Patient Office E&M**  MOD/DX/UNIT
99211 Level 1
99212 Level 2 Focused
99213 Level 3 Expanded
99214 Level 4 Detailed
99215 Level 5 Comprehensive
99499 No charge OV
99024 Post Op

**CPT  Other Consultation**  MOD/DX/UNIT
99241 Level 1 Focused
99242 Level 2 Expanded
99243 Level 3 Detailed
99244 Level 4 Compre Mod
99245 Level 5 Compre High

**CPT  Office Procedure**  MOD/DX/UNIT
20526 Inj., therap., carpal tunnel
20550 Inj Tendon sheath, ligament
20551 Inj. Tendon origin/insertion
20552 Inj. 1>tng pt. 1-2 muscle
20553 Inj. 1>tng, pt 3+ muscles
20600 Asp/Inj-Fingers-toes
20605 Asp/Inj-elbow-wrist-ankle
20610 Asp/Inj-shoulder-hip-knee
20612 Asp/Inj ganglion cyst any
J3301 M01 Kenalog 40mg
   .5cc=2 1cc=4 1.5cc=6 2cc=8
J3301 M02 Kenalog 10mg
   1cc=1 2cc=2 3cc=3 4cc=4
J3490 M02 Marcaine/Bupivacaine
   1cc=1 2cc=2
J1100 Dexamethasone 4mg
   .5cc=2 1cc=4 1.5cc=6 2cc=8
J1030 Depomedrol 40 mg
   1cc=1 2cc=2
J0702 Celestone
   .5cc=1 1cc=2 1.5cc=3 2cc=4

(handwritten: R sho... B 4)

**CPT  Fracture Care**
25600 Tx distal radius fx w/o manip
25605 Tx dis rad fx w/manipulation
26600 Tx Metacarpal fx w/o manip
26605 Tx Metacarpal fx w/manip

**CPT  PODIATRY**
11055 Cutting benign hyperkeratotic lesions-single lesion
11056 Cutting benign hyperkeratotic lesions 2-4 lesions
11057 Cutting benign hyperkeratotic lesions +4 lesions
11042 Debridement sub q tissue

(handwritten: □ Bee Well App)

**CPT  Fracture Care (cont'd)**
26720 Tx Phalanx shaft fx (Prx or Mid) w/o manip finger/thumb
24650 Tx radius head/neck fx w/o manip
27786 Tx Lat malleolus fx w/o manip
28470 Tx metatarsal fx w/o manip
24500 closed tx humeral shaft fx w/o manip
25560 closed tx radial/ulnar shaft fx w/o manip

**CPT  Casting/splints Material**
A4590 Cast Material-Fiberglass
A4560 Cast Material-Plaster

**CPT  Application**
29065 Long arm cast
29075 Short arm cast
29105 Long arm splint
29125 Short arm splint
29515 Short leg splint
29345 Long leg cast
29405 Short leg cast
29425 Short leg walking cast
29450 Club foot cast
29799 Cast Repair
29325 Spica-hip bilateral
29730 Windowing
29740 Wedging cast
E1399 (M07) Minor Dressing (Coban 1-2in, 3-8in)
E1399 (M08) Major Dressing
A6457 Tubigrip document # of yards
L8499 (M01) Ace Bandages
A6441 (M01) Kerlex
A4590 (M00) Waterproof casting (self-pay)

**CPT  Laboratory**
36415 Blood drawing
SPORTS Sports Physicals
20950 Compartment Syndrome Testing

**CPT  WORKCOMP**
EV850 WC Second Op Tx/Transfer of Care
EV1000 WC Second Op - Rating IME
EV1000 WC Second Op Tx/Transfer of Care
EV1200 WC Second Op - Rating IME
99080 Rating/Review of Medical
99455 WC Rating/ 25R Form

**CPT  PODIATRY**
11719 Trim Nondystrophic nail any no.
11720 Debridement Nails 1-5
11721 Debridement Nails 6-10
11730 Avulsion of Nail Plate
11732 each Addl Nail Plate
11750 Excision of Nail

**CPT  RADIOGRAPH**
70030 Orbits; 2V min
72040 Cervical spine- 2-3V
72050 Cervical spine-4V/5V
72052 Cervical spine-5V(mc flex/ext)
72070 Thoracic spine - 2V
72080 Thoracolumbar 2V
72100 Lumbosacral spine - 2V(circle for SLLP)
72110 Lumbosacral spine - 4+V
72114 Lumbosacral Spine - 6V (MC Flex/Ext)
72081 Spine-1V Entire
72082 Spine Entire AP/Lat (Scoliosis)
72220 Sacrum/coccyx - 2V min
72202 SI Joints 3V
71045 Chest 1V
71100 Ribs-2V
73000 Clavicle-1V/2V
73020 Shoulder-1V
73030 Shoulder 2+ views
73030 Shoulder M3 (3+V)
73050 AC Joint Bil
73060 Humerus-2V
73070 Elbow - 2V
73080 Elbow - 3V
73090 Forearm-2V
73100 Wrist-2V
73110 Wrist-3V PA, lat, obliq
   Add scaphoid
   Post Reduction Views
73120 Hand-2V
73130 Hand - 3V
73140 Finger 2V (inc. CMCJ)
72170 Pelvis -AP - 1V / 2V
72190 Pelvis - 3+ View
77071 Stress View
73140 Thumb Roberts/Stress Bil/True Lat/Peritraezial

**CPT  RADIOGRAPH CONT**
73501 Hip 1v unilat include pelvis
73502 Hip unilat 2-3V include pelvis
73521 Hips Bilat w/AP pelvis
73551 Femur 1V
73552 Femur - 2V
73560 Knee - 1 / 2V
73562 Knee - 3V
73564 Knee - 4+V
73565 Knees standing AP bilat
73590 Tibia/fibula - 2V
73600 Ankle - 2V
73610 Ankle - 3V
73620 Foot - 2V
73630 Foot - 3V
73650 Calcaneus - 2V
73660 Toe(s) - 2V min
77077 Joint survey, 1V, 2+ joint

**CPT  OTHER PROCEDURES**
0232T PRP Procedure
0232T,PETTY PRP Procedure (visit 3 of 3 N/C)
0232T,STEM Stem Cell Procedure
96132, 59 computer based testing
96136,59 Baseline Concussion Screening
0101T EPAT proc (selfpay series 1 of 4 visits)
0101T,NC EPAT proc (selfpay visits 2,3,4,6,7,8)
0101T,EPAT2 EPAT proc (self pay series 2 (of 4 visits))
64454 Genicular Nerve Block

**CPT  ULTRASOUND**
20604 aspiration w/ u/s guidance small jt
20606 aspiration w/ u/s guidance med jt
20611 aspiration w/ u/s guidance Major jt
76881 complete u/s extremity non vascular
76882 limited U/S extremity non vascular
76942 U/S for needle placement

PREVIOUS DIAGNOSIS: M7551 (ICD-10) Bursitis of right shoulder

PREVIOUS DIAGNOSIS 2: M159 (ICD-10) Primary generalized (osteo)arthritis

PREVIOUS DIAGNOSIS 3: Q828 (ICD-10) Other specified congenital malformations of skin

PREVIOUS DIAGNOSIS 4:

PREVIOUS DIAGNOSIS 5:

Global-Surgery, Fracture, Visco
GLOBAL RT SHOULDER 5/27/11-8/25/11

Next Appointment: Days_____ Weeks_____ (6) Months_____
Sched PT_____ OT_____ Discontinue Future PT/OT Appt_____

TODAY'S CHARGE
HIGH DEDUCTIBLE PLAN:
Patient Balance
Ins. Balance
Date of Accident:

TODAY'S PAYMENT $0.00
$0.00
$0.00

**LIN000139**

**PIFER, REBECCA (id #425618, dob: ▮▮▮▮1960)**

Encounter Date: 08/05/2020

## Patient

| | | | | |
|---|---|---|---|---|
| **Name** | PIFER, REBECCA (60yo, F) ID# 425618 | **Appt. Date/Time** | 08/05/2020 11:15AM |
| **DOB** | ▮▮2/1960 | **Service Dept.** | WPP Rheum |
| **Provider** | BELHORN LINDA, MD | | |
| **Insurance** | Med Primary: BCBS-NC (PPO) | | |

Med Primary: BCBS-NC (PPO)
    Insurance # : YHI10287529400
    Policy/Group # : 14159324
Med Secondary: MEDICARE-NC (MEDICARE)
    Insurance # : 5VF3C65UU90
Med Legal: BASSETT LAW FIRM
    Insurance #▮▮▮▮21960
    Case Injury Date : 08/16/2012
Prescription: PRIME BCBS NORTH CAROLINA COMM - Member is eligible. details

## Chief Complaint

Followup: Ehlers-Danlos syndrome
Followup: Degenerative joint disease involving multiple joints

## Patient's Care Team

**Primary Care Provider:** JOHN A KALLIANOS (TRIANGLE COMMUNITY PHYSICIANS): 4309 MEDICAL PARK DR STE 200, DURHAM, NC 27704, Ph (919) 471-4484, Fax (919) 477-6131 NPI: 1245231588

## Patient's Pharmacies

**HARRIS TEETER NORTH POINTE SHOP 497 (ERX): 1802 NORTH POINTE DR, DURHAM NC 27705, Ph (919) 220-6894, Fax (919) 220-6591**
KROGER MIDATLANTIC 366: 1802 NORTH POINTE DRIVE NORTHE POINT S/C, DURHAM NC 27705, Ph (919) 220-6894

## Vitals

| | | |
|---|---|---|
| **Ht:** 5 ft 6 in 08/05/2020 01:07 pm | **Wt:** 137 lbs 08/05/2020 01:07 pm | **BMI:** 22.1 08/05/2020 01:07 pm |
| **BP:** 109/64 sitting 08/05/2020 01:07 pm | **Pulse:** 73 bpm 08/05/2020 01:07 pm | **T:** 97.4 F° oral 08/05/2020 01:07 pm |
| **Pain Scale:** 3 08/05/2020 01:08 pm | **Pain Scale Type:** Numeric 08/05/2020 01:08 pm | |

## Allergies

Reviewed Allergies
NKDA

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **B Complex**<br>qd | 09/15/14 | entered |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release** | 05/19/20 | filled |
| **gabapentin 600 mg tablet**<br>Take 1 tablet(s) twice a day by oral route. | 05/05/20 | filled |
| **traMADoL 50 mg tablet**<br>TAKE ONE TABLET BY MOUTH EVERY 6 HOURS AS NEEDED | 07/27/20 | changed |
| **traZODone 50 mg tablet**<br>TAKE 1 TABLET (50 MG) PO QHS | 05/19/20 | filled |
| **Vitamin C 1,000 mg tablet**<br>qd | 01/20/14 | entered |

**LIN000140**

## PIFER, REBECCA (id #425618, dob: ▮▮▮▮1960)

## Problems

Reviewed Problems
- Degenerative joint disease involving multiple joints
- Shoulder joint pain
- Shoulder stiff
- Calcific tendinitis of shoulder
- Bicipital tenosynovitis
- Osteopenia
- Ehlers-Danlos syndrome
- Full thickness rotator cuff tear

## Family History

Reviewed Family History

| Father | - Problem |
|---|---|
| |     - Ehler-Danlos Syndrome |
| | - Problem |
| |     - CAD (previously recorded as Other) |
| | - Malignant neoplastic disease |
| |     - prostate |
| | - Rheumatoid arthritis |
| | - Arthritis |
| |     - osteo |
| | - Cerebrovascular accident |
| |     - previously recorded as Stroke |
| | - Heart disease (died age: 82) |
| |     - CHF |
| Mother | - Hypertensive disorder |
| |     - previously recorded as Hypertension |
| | - Arthritis |
| | - Heart disease |
| | - Hypertensive disorder |
| | - Migraine |
| | - Osteoporosis |
| Brother | - Problem |
| |     - Ehlers-Danlos Syndrome |

## Social History

Reviewed Social History
**Focused Rheumatology Social History**
Alcohol intake: Occasional
Are you currently employed?: N (Notes: Disability since November 2012)
Caffeine intake: Moderate
Chewing tobacco: none
Education: 2 Year College
Exercise level: Occasional
Marital status: Divorced
Number of children: 2
Smoker (1 PPW)
Tobacco Smoking Status: Current some day smoker
Tobacco-years of use: 10
Most Recent Tobacco Use Screening: 01/21/2019
Hand Dominance: Left
Could you be pregnant?: N
Advance directive: N
Medical Power of Attorney: N

## Surgical History

Reviewed Surgical History
- Other - Right shoulder surgery
- Other - 10/2014
- Bunionectomy - 2013 - Repair of right bunionectomy
- Shoulder Arthroscopy - 01/01/2011
- Bunionectomy - 2011 - Left
- Bunionectomy - 2011 - Right
- Appendectomy - 1981

## GYN History

**LIN000141**

## PIFER, REBECCA (id #425618, dob: ▮▮▮▮1960)

GYN History not reviewed (last reviewed 08/10/2016)
Most Recent Mammogram: 05/12/2019.

## Obstetric History

Obstetric History not reviewed (last reviewed 08/10/2016)

## Past Medical History

Reviewed Past Medical History
Headaches: **Y**
Notes: Ehlers-Danlos Syndrome;Cervical DDD; Parathesias if hands and face; Insomnia-contolled w/med, Idiopathic peripheral neuropathy, Osteopenia, Generalized OA; Shingles 2011, Depression; Varicose veins

## Screening

None recorded.

## HPI

The patient returns for followup of her generalized osteoarthritis and Ehlers-Danlos syndrome. Since her last visit, she has had some mild increased symptoms in her hands, but continues to use either tramadol, Celebrex or ibuprofen with benefit. She has also had some worsening fatigue. She found that when she does yard work, she will have to pace herself. She has had some difficulty sleeping and will awaken early at night. She is using trazodone 50 mg at bedtime and may discuss with Dr. Kallianos the possibility of taking a higher dose. She continues to see psychotherapy every week to help deal with the stress of overcoming her divorce. She does feel that she is improving. She turned 60 on 07/02/2020 and went to the beach to celebrate. She has been sheltering in place for the most part. She did have to cancel some other trips due to the Covid-19 pandemic. She has had some increased pain in her right shoulder on the lateral aspect and has difficulty with doing certain motions. She has had a prior history of a right rotator cuff repair by Dr. Mallon and would be willing to see an orthopedic surgeon. She also has some issues with her neck that tends to respond to physical therapy. She denies any recent infections. Overall, she feels that she has navigated the pandemic as well as can be expected.

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 60-year-old
female.

General: She is a well-developed, well-nourished white female, in no acute distress.

Vital Signs: Blood pressure 109/64, pulse 77. Weight 137 pounds, increased 5 pounds.

HEENT: PERRL, EOMI. Oropharynx without erythema or exudate.

Heart: S1, S2, RRR.

Lungs: Clear to auscultation.

Extremities: Had no edema.

Skin: There was no rash.

Musculoskeletal: There were Heberden's and Bouchard's nodes bilaterally. There was loss of range of motion in the cervical spine and shoulders in all planes. There was 1+ tenderness of the right shoulder laterally.

## Procedure Documentation

None recorded.

## Assessment / Plan

1. Generalized osteoarthritis. The patient is currently on tramadol and Celebrex and has also used ibuprofen p.r.n. She has had some increased symptoms in her hands and also has persistent symptoms in her cervical spine and shoulders. She has been able to do yard work, but finds that she has to pace herself because of fatigue. She has had a sleep disturbance and will often awaken early. She is planning to contact her primary care physician, Dr. Kallianos, to see if her trazodone can be increased to 100 mg at bedtime. She last had laboratory studies performed on 02/05/2020 that were unremarkable.

2. Ehlers-Danlos syndrome. The patient is stable on tramadol and Celebrex.

**LIN000142**

**PIFER, REBECCA (id #425618, dob:** ▮▮▮▮ **1960)**

3. History of right rotator cuff repair. The patient is having increasing pain in her right shoulder and reports that she had surgery in 2011 for a rotator cuff repair by Dr. Mallon. It is felt that she would benefit from a referral to Dr. Silver for further evaluation. She will have an x-ray of the right shoulder performed today also.

Plan:

1. X-ray of right shoulder.

2. Continue Celebrex and tramadol.

3. A form will be completed for her disability.

4. Return to clinic in 6 months.

**. Degenerative joint disease involving multiple joints**
  M15.0: Primary generalized (osteo)arthritis
* OSTEOARTHRITIS: CARE INSTRUCTIONS

**. Ehlers-Danlos syndrome**
  Q82.8: Other specified congenital malformations of skin

**. Subacromial bursitis of right shoulder**
  M75.51: Bursitis of right shoulder
* XR, SHOULDER, 2 OR MORE VIEW

## Return to Office

* Silver William, MD for New Knee/Shoulder at WPP Ortho on 09/10/2020 at 11:00 AM
* Belhorn Linda, MD for Office Visit at WPP Rheum on 02/08/2021 at 11:45 AM

## Encounter Sign-Off

Encounter signed-off by Belhorn Linda, MD, 08/06/2020.
Encounter performed and documented by Belhorn Linda, MD
Encounter reviewed & signed by Belhorn Linda, MD on 08/06/2020 at 7:03am

**Encounter Date: 02/05/2020**

## Patient

| | | | |
|---|---|---|---|
| **Name** | PIFER, REBECCA (59yo, F) ID# 425618 | **Appt. Date/Time** | 02/05/2020 01:00PM |
| **DOB** | 07/02/1960 | **Service Dept.** | WPP Rheum |
| **Provider** | BELHORN LINDA, MD | | |
| **Insurance** | Med Primary: BCBS-NC (PPO)<br>    Insurance # : YHI10287529400<br>    Policy/Group # : 14159324<br>Med Secondary: MEDICARE-NC (MEDICARE)<br>    Insurance # : 5VF3C65UU90<br>Med Legal: BASSETT LAW FIRM<br>    Insurance # : 07021960<br>    Case Injury Date : 08/16/2012<br>Prescription: PRIME BCBS NORTH CAROLINA COMM - Member is eligible. details | | |

## Chief Complaint

Followup: Ehlers-Danlos syndrome
Followup: Osteopenia
Followup: Degenerative joint disease involving multiple joints

## Patient's Care Team

**Primary Care Provider:** JOHN A KALLIANOS (TRIANGLE COMMUNITY PHYSICIANS): 4309 MEDICAL PARK **INO90143**,

**PIFER, REBECCA (id #425618, dob:** ▮▮▮▮▮ **1960)**
DURHAM, NC 27704, Ph (919) 471-4484, Fax (919) 477-6131 NPI: 1245231588

## Patient's Pharmacies

**HARRIS TEETER NORTH POINTE SHOP 497 (ERX): 1802 NORTH POINTE DR, DURHAM NC 27705, Ph (919) 220-6894, Fax (919) 220-6591**
KROGER MIDATLANTIC 366: 1802 NORTH POINTE DRIVE NORTHE POINT S/C, DURHAM NC 27705, Ph (919) 220-6894

## Vitals

02/05/2020 01:39 pm

| | | |
|---|---|---|
| **Ht:** 5 ft 6 in | **Wt:** 132 lbs | **BMI:** 21.3 |
| **BP:** 130/73 sitting | **Pulse:** 75 bpm | **T:** 98.6 F° oral |
| **Pain Scale:** 3 | **Pain Scale Type:** Numeric | |

## Allergies

Reviewed Allergies
NKDA

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **B Complex**<br>qd | 09/15/14 | entered |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release** | 11/25/19 | filled |
| **gabapentin 600 mg tablet**<br>Take 1 tablet(s) twice a day by oral route. | 10/25/19 | filled |
| **traMADoL 50 mg tablet**<br>TAKE ONE TABLET BY MOUTH EVERY 6 HOURS AS NEEDED | 12/31/19 | changed |
| **traZODone 50 mg tablet**<br>TAKE 1 TABLET (50 MG) PO QHS | 01/21/20 | filled |
| **Vitamin C 1,000 mg tablet**<br>qd | 01/20/14 | entered |

## Problems

Reviewed Problems
- Degenerative joint disease involving multiple joints
- Shoulder joint pain
- Shoulder stiff
- Calcific tendinitis of shoulder
- Bicipital tenosynovitis
- Osteopenia
- Ehlers-Danlos syndrome
- Full thickness rotator cuff tear

## Family History

Reviewed Family History
Father                - Problem
                        - Ehler-Danlos Syndrome
                - Problem
                        - CAD (previously recorded as Other)
                - Malignant neoplastic disease
                        - prostate
                - Rheumatoid arthritis
                - Arthritis
                        - osteo
                - Cerebrovascular accident

**LIN000144**

**PIFER, REBECCA (id #425618, dob:** ▓▓▓▓ **1960)**

      - previously recorded as Stroke
      - Heart disease (died age: 82)
         - CHF

**Mother**
    - Hypertensive disorder
      - previously recorded as Hypertension
    - Arthritis
    - Heart disease
    - Hypertensive disorder
    - Migraine
    - Osteoporosis

**Brother**
    - Problem
      - Ehlers-Danlos Syndrome

## Social History

Reviewed Social History
**Focused Rheumatology Social History**
Alcohol intake: Occasional
Are you currently employed?: N (Notes: Disability since November 2012)
Caffeine intake: Moderate
Chewing tobacco: none
Education: 2 Year College
Exercise level: Occasional
Marital status: Divorced
Number of children: 2
Smoker (1 PPW)
Tobacco Smoking Status: Current some day smoker
Tobacco-years of use: 10
Most Recent Tobacco Use Screening: 01/21/2019
Hand Dominance: Left
Could you be pregnant?: N
Advance directive: N
Medical Power of Attorney: N

## Surgical History

Reviewed Surgical History
    Other - Right shoulder surgery
    Other - 10/2014
    Bunionectomy - 2013 - Repair of right bunionectomy
    Shoulder Arthroscopy - 01/01/2011
    Bunionectomy - 2011 - Left
    Bunionectomy - 2011 - Right
    Appendectomy - 1981

## GYN History

GYN History not reviewed (last reviewed 08/10/2016)
Most Recent Mammogram: 05/12/2019.

## Obstetric History

Obstetric History not reviewed (last reviewed 08/10/2016)

## Past Medical History

Reviewed Past Medical History
Headaches: **Y**
Notes: Ehlers-Danlos Syndrome;Cervical DDD; Parathesias if hands and face; Insomnia-contolled w/med, Idiopathic peripheral neuropathy, Osteopenia, Generalized OA; Shingles 2011, Depression; Varicose veins

## Screening

None recorded.

## HPI

The patient returns for followup of her Ehlers-Danlos syndrome and generalized osteoarthritis. She was last seen in 08/2019. Since that time, her divorce has become final as of 08/2019. She has been spending her time being active with doing some gardening and landscaping. Her son lives at home with her and has been helping her do this. She has been going to the gym some also and is trying to stay as active as possible. She has continued to have some intermittent headaches that she feels are related to her arthritis. She also has some fatigue and a sleep disturbance. She is using tramadol and ibuprofen with benefit. She has had some mild indigestion which she feels is due to eating spicy foods. She denies chest pain, shortness of breath, ocular or oral ulcers, dry mouth, rash, alopecia or Raynaud's phenomenon. She smokes 5 cigarettes per day and may try to stop smoking by her

LIN009145

ulcers, dry mouth, rash, alopecia or Raynaud's phenomenon. She smokes 5 cigarettes per day and may try to stop smoking by her birthday in July. Overall she feels that she is stable on her current regimen.

ROS

**Additionally reports:**

**Reported by Patient**
**CONSTITUTIONAL: WEIGHT GAIN, but no Fever, no Night Sweats, no Weight loss, no Weakness**

**EYES: no Dry eyes, no Irritation, no Vision change**

**EARS: no Difficulty hearing, no Ear pain**

**NOSE: no Frequent nosebleeds, no Nose/sinus problems**

**MOUTH/THROAT: no Sore throat, no Bleeding gums, no Snoring, no Dry mouth, no Oral abnormalities, no Mouth ulcer, no Teeth abormalities, no Mouth breathing**

**CARDIOVASCULAR: no Chest pain on exertion, no Arm pain on exertion, no Shortness of breath when walking, no Shortness of breath when lying down, no Palpitations, no Known heart murmur, no Light-headed on standing**

**RESPIRATORY: no Cough, no Wheezing, no Shortness of breath, no Coughing up blood, no Sleep apnea**

**GASTROINTESTINAL: no Abdominal pain, no Vomiting, no Change in appetite, no Black or tarry stools, no Frequent diarrhea, no Vomiting blood**

**GENITOURINARY: no Urinary loss of control, no Difficulty urinating, no Increased urinary frequency, no Hematuria, no Incomplete emptying**

**SKIN: no Abnormal mole, no Jaundice, no Rash, no Itching, no Dry skin, no Growth/lesions**

**NEUROLOGIC: WEAKNESS, NUMBNESS, MIGRAINES, but no Loss of Consciousness, no Seizures, no Dizziness, no Frequent or Severe Headaches, no Restless legs**

**PSYCHIATRIC: DEPRESSION, but no Sleep Disturbances, no Restless sleep, no Feeling unsafe in relationship, no Alcohol abuse**

**ENDOCRINE: FATIGUE, but no Increased thirst, no Hair loss, no Increased hair growth, no Cold intolerance**

**HEMATOLOGIC/LYMPHATIC: EASY BRUISING, but no Swollen glands, no Excessive Bleeding**

**ALLERGIC/IMMUNOLOGIC: no Runny Nose, no Sinus pressure, no Itching, no Hives, no Frequent sneezing**
**ROS as noted in the HPI**

Physical Exam

Patient is a 59-year-old female.

General: She is a well-developed, well-nourished white female in no acute distress.

Vital Signs: Blood pressure 130/73, pulse 75. Weight 110 pounds.

HEENT: PERRL, EOMI. Oropharynx without erythema or exudate.

Heart: S1, S2, RRR.

Lungs: Clear to auscultation.

Extremities: Had no edema.

Skin: There is no rash.

Musculoskeletal: There were Heberden's and Bouchard nodes bilaterally. There was significant loss of range of motion of the cervical spine and shoulders in all planes.

Procedure Documentation

None recorded.

Assessment / Plan

IMPRESSION:

**LIN000146**

## PIFER, REBECCA (id #425618, dob:  1960)

1. Generalized osteoarthritis. The patient remains on tramadol and Celebrex with overall stable disease activity. Her cervical spine and shoulders continue to be one of her worst areas of involvement. She has had less stress since her divorce has been finalized. She has been able to go to the gym and do some landscaping in her yard without having a major flare of her symptoms. She is due for laboratory monitoring today.

2. Ehlers-Danlos syndrome. The patient is stable on tramadol and Celebrex.

3. Tobacco use. The patient is planning to stop smoking by July 2020. She currently smokes 5 cigarettes per day.

PLAN:

1. Laboratory studies as below.
2. Continue Celebrex and tramadol.
3. Return to clinic in 3 months.

Linda Belhorn, MD

Date Dictated: 02/05/2020
Date Transcribed: 02/06/2020
LB/AMU
Job #: 208422816

. **Degenerative joint disease involving multiple joints**
  M15.0: Primary generalized (osteo)arthritis
- OSTEOARTHRITIS: CARE INSTRUCTIONS
- CBC WITH DIFFERENTIAL/PLATELET
- COMP. METABOLIC PANEL (14)-322000-P

. **Ehlers-Danlos syndrome**
  Q82.8: Other specified congenital malformations of skin

. **Osteopenia**
  M85.80: Other specified disorders of bone density and structure, unspecified site

### Return to Office
- Belhorn Linda, MD for Office Visit at WPP Rheum on 08/05/2020 at 11:15 AM

## Encounter Sign-Off
Encounter signed-off by Belhorn Linda, MD, 02/07/2020.
Encounter performed and documented by Belhorn Linda, MD
Encounter reviewed & signed by Belhorn Linda, MD on 02/07/2020 at 10:28am

**Encounter Date: 09/11/2019**

### Patient

| | | | |
|---|---|---|---|
| **Name** | PIFER, REBECCA (59yo, F) ID# 425618 | **Appt. Date/Time** | 09/11/2019 03:30PM |
| **DOB** | 07/02/1960 | **Service Dept.** | WPP PT/OT |
| **Provider** | MACKENZIE ELDRIDGE, DPT | | |
| **Insurance** | Med Primary: BCBS-NC (PPO) | | |

Insurance # : YPPW1353894401
Policy/Group # : 081501
Med Secondary: MEDICARE-NC (MEDICARE)
  Insurance # : 5VF3C65UU90
Med Legal: BASSETT LAW FIRM
  Insurance # : 07021960
  Case Injury Date : 08/16/2012
Prescription: PRIME BCBS NORTH CAROLINA COMM - Member is eligible. details

Chief Complaint

LIN000147

## PIFER, REBECCA (id #425618, dob: ███ 1960)
Daily Note

## Patient's Care Team

**Primary Care Provider:** JOHN A KALLIANOS (TRIANGLE COMMUNITY PHYSICIANS): 4309 MEDICAL PARK DR STE 200, DURHAM, NC 27704, Ph (919) 471-4484, Fax (919) 477-6131 NPI: 1245231588

## Patient's Pharmacies

**HARRIS TEETER NORTH POINTE SHOP 497 (ERX): 1802 NORTH POINTE DR, DURHAM NC 27705, Ph (919) 220-6894, Fax (919) 220-6591**
KROGER MIDATLANTIC 366: 1802 NORTH POINTE DRIVE NORTHE POINT S/C, DURHAM NC 27705, Ph (919) 220-6894

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 08/05/2019)
NKDA

## Medications

Medications not reviewed (last reviewed 08/08/2019)

| | | |
|---|---|---|
| **B Complex**<br>qd | 09/15/14 | entered |
| **buPROPion HCl XL 300 mg 24 hr tablet, extended release** | 07/31/19 | filled |
| **celecoxib 200 mg capsule**<br>TAKE ONE CAPSULE BY MOUTH TWO TIMES A DAY | 01/21/19 | filled |
| **gabapentin 600 mg tablet**<br>Take 1 tablet(s) twice a day by oral route. | 07/28/19 | filled |
| **traMADol 50 mg tablet**<br>TAKE ONE TABLET BY MOUTH EVERY 6 HOURS AS NEEDED | 07/30/19 | filled |
| **traZODone 50 mg tablet**<br>TAKE 1 TABLET (50 MG) PO QHS | 08/25/19 | filled |
| **Vitamin C 1,000 mg tablet**<br>qd | 01/20/14 | entered |

## Problems

Reviewed Problems
- Degenerative joint disease involving multiple joints
- Shoulder joint pain
- Shoulder stiff
- Calcific tendinitis of shoulder
- Bicipital tenosynovitis
- Osteopenia
- Ehlers-Danlos syndrome
- Full thickness rotator cuff tear

## Family History

Family History not reviewed (last reviewed 08/21/2019)
Father          - Problem
                     - Ehler-Danlos Syndrome
                - Problem
                     - CAD (previously recorded as Other)
                - Malignant neoplastic disease
                     - prostate (previously recorded as Cancer)
                - Rheumatoid arthritis
                  Arthritis

**LIN000148**

**PIFER, REBECCA (id #425618, dob: ▮▮▮▮ 1960)**

|  |  |
|---|---|
|  | - Arthritis |
|  |     - osteo |
|  | - Cerebrovascular accident |
|  |     - previously recorded as Stroke |
|  | - Heart disease (died age: 82) |
|  |     - CHF |
| Mother | - Hypertensive disorder |
|  |     - previously recorded as Hypertension |
|  | - Arthritis |
|  | - Heart disease |
|  | - Hypertensive disorder |
|  | - Migraine |
|  | - Osteoporosis |
| Brother | - Problem |
|  |     - Ehlers-Danlos Syndrome |

## Social History

Social History not reviewed (last reviewed 08/21/2019)
Tobacco Smoking Status: Current some day smoker
Smoker (1 PPW)
Tobacco-years of use: 10
Most Recent Tobacco Use Screening: 01/21/2019
Chewing tobacco: none
Alcohol intake: Occasional
Hand Dominance: Left
Could you be pregnant?: N
Are you currently employed?: N (Notes: Disability since November 2012)
Exercise level: Occasional
Advance directive: N
Medical Power of Attorney: N
Marital status: Married

## Surgical History

Surgical History not reviewed (last reviewed 08/21/2019)
- Other - Right shoulder surgery
- Other - 10/2014
- Bunionectomy - 2013 - Repair of right bunionectomy
- Shoulder Arthroscopy - 01/01/2011
- Bunionectomy - 2011 - Left
- Bunionectomy - 2011 - Right
- Appendectomy - 1990
- Appendectomy - 1981

## GYN History

GYN History not reviewed (last reviewed 08/10/2016)
Most Recent Mammogram: 05/12/2019.

## Obstetric History

Obstetric History not reviewed (last reviewed 08/10/2016)

## Past Medical History

Past Medical History not reviewed (last reviewed 08/08/2019)
Headaches: **Y**
Osteoporosis: **Y**
Previous Fracture(s): **Y - lt foot**
Notes: Ehlers-Danlos Syndrome;Cervical DDD; Parathesias if hands and face; Insomnia-contolled w/med, Idiopathic peripheral neuropathy, Osteopenia, Generalized OA; Shingles 2011, Depression; Varicose veins

## Screening

None recorded.

## HPI

None recorded.

## ROS

None recorded.

**LIN000149**

## PIFER, REBECCA (id #425618, dob: ████1960)

## Physical Exam

Patient is a 59-year-old female.

**Subjective::** The patient reports compliance with HEP;**Pt cont to report improvement with her neck pain and stiffness. States that the new band exercises seem to have helped her shoulder too.**.

**\*\*Pain Level\*\*:**Pain Level: pain level 1; **"just stiffness"**.

**Objective Findings:**AROM: **pre tx ROM**
**ext: min limited**
**L ROT: min limited (compared to R)**
**BL SB min limited**.

**Therapeutic Exercise:**97110 AROM, Stretching, Strengthening, Units: 1 - Minutes: 12, and Patient requires verbal cues for proper performance of exercises; **scapular strengthening and cervical mobility**.

**Manual Therapy:**97140 PROM, stretching, Units: 2 - Minutes: 23, joint mobilization, and soft tissue mobilzation.

**\*\*Treatment Time\*\*:**Minutes- Total Treatment Time: 35 minutes and 1 : 1 Treatment time: 35 minutes.

**\*\*Assessment\*\*:**Notes: **Pt cont to have good response to manual tx today. Demo improved cervical ROT bilaterally post tx. Cont to have some limitations with BL SB. Cont to progress as tolerated.**.

**\*\*Plan\*\*:**Plan: continue with plan of care.

## Procedure Documentation

**97110: Therapeutic Exercise:**
    Therapeutic exercise
**97140: Manual Therapy:**
    Manual therapy

## Assessment / Plan

. **Chronic neck pain**
    M54.2:
    Cervicalgia

### Return to Office

- Mackenzie Eldridge, DPT for Gym at WPP PT/OT on 09/25/2019 at 04:00 PM
- Mackenzie Eldridge, DPT for Gym at WPP PT/OT on 10/09/2019 at 02:00 PM
- Belhorn Linda, MD for Office Visit at WPP Rheum on 02/05/2020 at 01:00 PM

## Encounter Sign-Off

Encounter signed-off by Mackenzie Eldridge, DPT, 09/12/2019.
Encounter performed and documented by Mackenzie Eldridge, DPT
Encounter reviewed & signed by Mackenzie Eldridge, DPT on 09/12/2019 at 11:20am

**Encounter Date: 08/21/2019**

Patient

| | | | |
|---|---|---|---|
| **Name** | PIFER, REBECCA (59yo, F) ID# 425618 | **Appt. Date/Time** | 08/21/2019 02:45PM |
| **DOB** | 07/02/1960 | **Service Dept.** | WPP PT/OT |
| **Provider** | MACKENZIE ELDRIDGE, DPT | | |
| **Insurance** | Med Primary: BCBS-NC (PPO) | | |

**LIN000150**

## PIFER, REBECCA (id #425618, dob: ████1960)

Med Primary: BCBS NC (BCBS)
Insurance # : YPPW1353894401
Policy/Group # : 081501
Med Secondary: MEDICARE-NC (MEDICARE)
Insurance # : 5VF3C65UU90
Med Legal: BASSETT LAW FIRM
Insurance # : ████1960
Case Injury Date : 08/16/2012
Prescription: PRIME BCBS NORTH CAROLINA COMM - Member is eligible. details

## Chief Complaint

Daily Note

## Patient's Care Team

**Primary Care Provider:** JOHN A KALLIANOS (TRIANGLE COMMUNITY PHYSICIANS): 4309 MEDICAL PARK DR STE 200, DURHAM, NC 27704, Ph (919) 471-4484, Fax (919) 477-6131 NPI: 1245231588

## Patient's Pharmacies

**HARRIS TEETER NORTH POINTE SHOP 497 (ERX): 1802 NORTH POINTE DR, DURHAM NC 27705, Ph (919) 220-6894, Fax (919) 220-6591**
KROGER MIDATLANTIC 366: 1802 NORTH POINTE DRIVE NORTHE POINT S/C, DURHAM NC 27705, Ph (919) 220-6894

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 08/05/2019)
NKDA

## Medications

Medications not reviewed (last reviewed 08/08/2019)

| | | |
|---|---|---|
| **B Complex**<br>qd | 09/15/14 | entered |
| **buPROPion HCl XL 300 mg 24 hr tablet, extended release** | 07/31/19 | filled |
| **celecoxib 200 mg capsule**<br>TAKE ONE CAPSULE BY MOUTH TWO TIMES A DAY | 01/21/19 | filled |
| **gabapentin 600 mg tablet**<br>Take 1 tablet(s) twice a day by oral route. | 07/28/19 | filled |
| **traMADol 50 mg tablet**<br>TAKE ONE TABLET BY MOUTH EVERY 6 HOURS AS NEEDED | 07/30/19 | filled |
| **traZODone 50 mg tablet**<br>TAKE 1 TABLET (50 MG) PO QHS | 07/27/19 | filled |
| **Vitamin C 1,000 mg tablet**<br>qd | 01/20/14 | entered |

## Problems

Reviewed Problems
- Degenerative joint disease involving multiple joints
- Shoulder joint pain
- Shoulder stiff
- Calcific tendinitis of shoulder
- Bicipital tenosynovitis
- Osteopenia
- Ehlers-Danlos syndrome
- Full thickness rotator cuff tear

**LIN000151**

## PIFER, REBECCA (id #425618, dob: ██████ 1960)

### Family History

Reviewed Family History

| | |
|---|---|
| Father | - Problem |
| |     - Ehler-Danlos Syndrome |
| | - Problem |
| |     - CAD (previously recorded as Other) |
| | - Malignant neoplastic disease |
| |     - prostate (previously recorded as Cancer) |
| | - Rheumatoid arthritis |
| | - Arthritis |
| |     - osteo |
| | - Cerebrovascular accident |
| |     - previously recorded as Stroke |
| | - Heart disease (died age: 82) |
| |     - CHF |
| Mother | - Hypertensive disorder |
| |     - previously recorded as Hypertension |
| | - Arthritis |
| | - Heart disease |
| | - Hypertensive disorder |
| | - Migraine |
| | - Osteoporosis |
| Brother | - Problem |
| |     - Ehlers-Danlos Syndrome |

### Social History

Reviewed Social History
Tobacco Smoking Status: Current some day smoker
Smoker (1 PPW)
Tobacco-years of use: 10
Most Recent Tobacco Use Screening: 01/21/2019
Chewing tobacco: none
Alcohol intake: Occasional
Hand Dominance: Left
Could you be pregnant?: N
Are you currently employed?: N (Notes: Disability since November 2012)
Exercise level: Occasional
Advance directive: N
Medical Power of Attorney: N
Marital status: Married

### Surgical History

Reviewed Surgical History
- Other - Right shoulder surgery
- Other - 10/2014
- Bunionectomy - 2013 - Repair of right bunionectomy
- Shoulder Arthroscopy - 01/01/2011
- Bunionectomy - 2011 - Left
- Bunionectomy - 2011 - Right
- Appendectomy - 1990
- Appendectomy - 1981

### GYN History

GYN History not reviewed (last reviewed 08/10/2016)
Most Recent Mammogram: 05/12/2019.

### Obstetric History

Obstetric History not reviewed (last reviewed 08/10/2016)

### Past Medical History

Past Medical History not reviewed (last reviewed 08/08/2019)
Headaches: **Y**
Osteoporosis: **Y**
Previous Fracture(s): **Y - lt foot**
Notes: Ehlers-Danlos Syndrome;Cervical DDD; Parathesias if hands and face; Insomnia-contolled w/med, Idiopathic peripheral neuropathy, Osteopenia, Generalized OA; Shingles 2011, Depression; Varicose veins **LIN000152**

**PIFER, REBECCA (id #425618, dob:▮▮▮▮▮1960)**

## Screening

None recorded.

## HPI

None recorded.

## ROS

None recorded.

## Physical Exam

Patient is a 59-year-old female.

**Subjective::** The patient reports compliance with HEP; **Pt reports her neck has been a little better overall since starting the exercises. States that she felt pretty good after the manual tx from the IE..**

**\*\*Pain Level\*\*:** Pain Level: pain level 1; **"just stiffness"**.

**Objective Findings:** AROM: **pre tx ROM
ext: min limited
L ROT: min limited
BL SB moderately limited**.

**Therapeutic Exercise:** 97110 AROM, Stretching, Strengthening, Units: 1 - Minutes: 12, HEP progression (**added rows/ext**), and Patient requires verbal cues for proper performance of exercises; **scapular strengthening and cervical mobility**.

**Manual Therapy:** 97140 PROM, stretching, Units: 2 - Minutes: 23, joint mobilization, and soft tissue mobilzation.

**\*\*Treatment Time\*\*:** Minutes- Total Treatment Time: 35 minutes and 1 : 1 Treatment time: 35 minutes.

**\*\*Assessment\*\*:** Notes: **Pt tolerated manual tx well and responded well to addition to rows/ext with resistance. Pt demo slightly improved cervical ext and SB post manual tx. Cont to progress as tolerated..**

**\*\*Plan\*\*:** Plan: continue with plan of care.

## Procedure Documentation

**97110: Therapeutic Exercise:**
        Therapeutic exercise
**97140: Manual Therapy:**
        Manual therapy

## Assessment / Plan

. **Chronic neck pain**
    M54.2:
    Cervicalgia

### Return to Office

- Mackenzie Eldridge, DPT for Gym at WPP PT/OT on 08/28/2019 at 02:45 PM
- Belhorn Linda, MD for Office Visit at WPP Rheum on 02/05/2020 at 01:00 PM

## Encounter Sign-Off

Encounter signed-off by Mackenzie Eldridge, DPT, 08/21/2019.
Encounter performed and documented by Mackenzie Eldridge, DPT

**LIN000153**

## PIFER, REBECCA (id #425618, dob: ████1960)
Encounter reviewed & signed by Mackenzie Eldridge, DPT on 08/21/2019 at 3:36pm

**Encounter Date: 08/08/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | PIFER, REBECCA (59yo, F) ID# 425618 | **Appt. Date/Time** | 08/08/2019 02:45PM |
| **DOB** | ████1960 | **Service Dept.** | WPP PT/OT |
| **Provider** | MACKENZIE ELDRIDGE, DPT | | |

**Insurance**
Med Primary: BCBS-NC (PPO)
    Insurance # : YPPW1353894401
    Policy/Group # : 081501
Med Secondary: MEDICARE-NC (MEDICARE)
    Insurance # : 5VF3C65UU90
Med Legal: BASSETT LAW FIRM
    Insurance #█████960
    Case Injury Date : 08/16/2012
Prescription: PRIME BCBS NORTH CAROLINA COMM - Member is eligible. details

## Chief Complaint

Evaluation - New

## Patient's Care Team

**Primary Care Provider:** JOHN A KALLIANOS (TRIANGLE COMMUNITY PHYSICIANS): 4309 MEDICAL PARK DR STE 200, DURHAM, NC 27704, Ph (919) 471-4484, Fax (919) 477-6131 NPI: 1245231588

## Patient's Pharmacies

**HARRIS TEETER NORTH POINTE SHOP 497 (ERX): 1802 NORTH POINTE DR, DURHAM NC 27705, Ph (919) 220-6894, Fax (919) 220-6591**
KROGER MIDATLANTIC 366: 1802 NORTH POINTE DRIVE NORTHE POINT S/C, DURHAM NC 27705, Ph (919) 220-6894

## Vitals

None recorded.

## Allergies

Allergies not reviewed (last reviewed 08/05/2019)
NKDA

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **B Complex**<br>qd | 09/15/14 | entered |
| **buPROPion HCl XL 300 mg 24 hr tablet, extended release** | 07/31/19 | filled |
| **celecoxib 200 mg capsule**<br>TAKE ONE CAPSULE BY MOUTH TWO TIMES A DAY | 01/21/19 | filled |
| **gabapentin 600 mg tablet**<br>Take 1 tablet(s) twice a day by oral route. | 07/28/19 | filled |
| **traMADol 50 mg tablet**<br>TAKE ONE TABLET BY MOUTH EVERY 6 HOURS AS NEEDED | 07/30/19 | filled |
| **traZODone 50 mg tablet**<br>TAKE 1 TABLET (50 MG) PO QHS | 07/27/19 | filled |
| **Vitamin C 1,000 mg tablet**<br>qd | 01/20/14 | entered |

## Problems

Reviewed Problems                         **LIN000154**

**PIFER, REBECCA (id #425618, dob:____1960)**

- Degenerative joint disease involving multiple joints
- Shoulder joint pain
- Shoulder stiff
- Calcific tendinitis of shoulder
- Bicipital tenosynovitis
- Osteopenia
- Ehlers-Danlos syndrome
- Full thickness rotator cuff tear

## Family History

Family History not reviewed (last reviewed 08/05/2019)

| | |
|---|---|
| Father | - Problem<br>  - Ehler-Danlos Syndrome<br>- Problem<br>  - CAD (previously recorded as Other)<br>- Malignant neoplastic disease<br>  - prostate (previously recorded as Cancer)<br>- Rheumatoid arthritis<br>- Arthritis<br>  - osteo<br>- Cerebrovascular accident<br>  - previously recorded as Stroke<br>- Heart disease (died age: 82)<br>  - CHF |
| Mother | - Hypertensive disorder<br>  - previously recorded as Hypertension<br>- Arthritis<br>- Heart disease<br>- Hypertensive disorder<br>- Migraine<br>- Osteoporosis |
| Brother | - Problem<br>  - Ehlers-Danlos Syndrome |

## Social History

Reviewed Social History
Tobacco Smoking Status: Current some day smoker
Smoker (1 PPW)
Tobacco-years of use: 10
Most Recent Tobacco Use Screening: 01/21/2019
Chewing tobacco: none
Alcohol intake: Occasional
Hand Dominance: Left
Could you be pregnant?: N
Are you currently employed?: N (Notes: Disability since November 2012)
Exercise level: Occasional
Advance directive: N
Medical Power of Attorney: N
Marital status: Married

## Surgical History

Reviewed Surgical History
- Other - Right shoulder surgery
- Other - 10/2014
- Bunionectomy - 2013 - Repair of right bunionectomy
- Shoulder Arthroscopy - 01/01/2011
- Bunionectomy - 2011 - Left
- Bunionectomy - 2011 - Right
- Appendectomy - 1990
- Appendectomy - 1981

## GYN History

GYN History not reviewed (last reviewed 08/10/2016)
Most Recent Mammogram: 05/12/2019.

## Obstetric History

Obstetric History not reviewed (last reviewed 08/10/2016)

**LIN000155**

## PIFER, REBECCA (id #425618, dob: ▮▮▮▮1960)

## Past Medical History

Reviewed Past Medical History
Headaches: **Y**
Osteoporosis: **Y**
Previous Fracture(s): **Y - lt foot**
Notes: Ehlers-Danlos Syndrome;Cervical DDD; Parathesias if hands and face; Insomnia-contolled w/med, Idiopathic peripheral neuropathy, Osteopenia, Generalized OA; Shingles 2011, Depression; Varicose veins

## Screening

None recorded.

## HPI

**C-Spine - New Eval -
PT**
Reported by patient.
History of symptoms **date of onset**; 2000
Location: bilateral; midline
Quality: aching; dull; frequent
Severity: pain level 6/10
Timing: nighttime
Context: overuse
Alleviating Factors: NSAIDS; rest; stretching
Aggravating Factors: sitting (**prolonged**); twisting/turning; ROM; driving, lifting/pushing/pulling
Prior Studies: x ray
Work: retired
Activities/Hobbies/Exercise:**stopped due to pain**; going to the gym, skiing, tennis
Associated Symptoms:**numbness/tingling (hx of neuropathy**)
**General Health:** good
**Prior Level of Function:** independent with ADL and gait
**Patient Goals:****Patient states that they want to be able to;** "help with neck pain and learn exercises that are safe at the gym"
Pt reports chronic neck pain and stiffness. States her neck has been flareing up recently d/t increase in driving. Pt reports increase in frequency of HA in the frontal region. Pain increases with repetitive UE movements. Pt has also been going through a lot of stress d/t recent divorce. Pt currently walks dog about 2 miles. Hx of R RC repair in 2011.

## ROS

None recorded.

## Physical Exam

Patient is a 59-year-old
female.

**Posture:**Posture/Body Mechanics: fair; **L shoulder hike compared to
R**.

**Cervical Spine Inspection:**Inspection: **alignment head tilted forward**.

**C-Spine Active ROM:**Active Range of Motion: **Moderate loss of Right SB** and **Left SB**, **Minimal loss of Right Rotation** and **Left Rotation**, and **minimal loss of flexion** and **Moderate loss of extension**.

**Cervical Spine Strength:**C3-C4 Right C4 shoulder elevation right 5/5. C3-4 Left C4 shoulder elevation left 5/5. C5 on the Right: abduction deltoid 5/5. C5 on the Left: abduction deltoid 5/5.

**Sensation:**Sensation on the Right: C3-4 WNL, C5 WNL, C6 WNL, C7 WNL, C8 WNL, and T1 WNL. Sensation on the Left: C3-4 WNL, C5 WNL, C6 WNL, C7 WNL, C8 WNL, and T1 WNL.

**Flexibility:**Flexibility Right: **upper trapezius decreased** and **latissimus dorsi decreased**; **levator scap decreased**. Flexibility Left: **upper trapezius decreased** and **latissimus dorsi decreased**.

**Joint Mobility:**Biomechanical Evaluation: **C5 painful**, **C6 painful**, **C7 painful**, **T1 painful**, and **T2 painful**.

**Soft Tissue Palpation:**Soft Tissue Palpation of the C-Spine Right**tenderness of the paracervicals**, **the trapezius**, and **the levator scapulae**. Soft Tissue Palpation of the C-Spine Left**tenderness of the paracervicals** and **the levator scapulae**.

**Precautions/Contraindications**:**Precautions/Contraindications:** **autoimmune disorder**.

**LIN000156**

**PIFER, REBECCA (id #425618, dob▓▓▓▓1960)**

**\*\*Treatment Time\*\*:**Minutes Total Treatment Time:40 and 1 :1
Time:25.

**Evaluation:**Performed today New Evaluation;**15
min**.

**Therapeutic Exercise:**97110 AROM, Stretching, Strengthening, Units: 1 - Minutes: 15, HEP development, and Patient requires
verbal cues for proper performance of exercises; **HEP: sup chin tucks, levator scap stretch, UT stretch, scapular retractions
with depression**.

**Manual Therapy:**97140 PROM, stretching, Units: 1 - Minutes: 10, and soft tissue
mobilzation.

## Exercise Flowsheet

None recorded.

## Procedure Documentation

**97110: Therapeutic Exercise:**
    Therapeutic exercise
**97140: Manual Therapy:**
    Manual therapy
**97161 PT eval – low complexity:**
    97161 PT eval – low complexity

## Assessment / Plan

**\*\*Assessment:**
Pt reports with chronic neck pain and associated stiffness. Pt presents today with decreased cervical ROM, TTP to cervical joint
palpation, decreased flexibility, and poor postural control. These deficits collectively limit the pt's functional mobility and would
benefit from skilled therapy to address these deficits in order to restore PLOF.

**\*\*Rehab Potential\*\***
Good

**\*\*GOALS\*\***
Short term goals: in 2 weeks
• The patient will be independent and compliant with prescribed HEP.

Long term goals: In 6 weeks
• The patient will be independent and compliant with progressed HEP.
• The patient will demonstrate Cervical ROM to WFL to allow for normal mechanics with driving and participation in ADLs.
• Patient will be able to sit for 60_minutes with no increase in symptoms.
Pt will report at least 25% improvement with pain s/s in order to improve quality of life.

**\*\*PLAN\*\***
Frequency 1-2 times per week for 4-6 weeks in order to improve functional status.

Treatments may include the following: Therapeutic Exercises, Manual Therapy, Neuromuscular Re-Education, Therapeutic
Activity, Gait Training, Self Care
Modalities prn may include: Heat, Ice, Mechanical Traction, US, Iontophoresis, E-Stim Unattended, Vasopneumatic,
Strapping/Taping
Additional treatments may include:Aquatic Therapy, Work Conditioning, Self Care, Physical Performance Test

. **Chronic neck pain**
    M54.2:
    Cervicalgia

**LIN000157**

**PIFER, REBECCA (id #425618, dob:** ███ **1960)**

Return to Office

- Mackenzie Eldridge, DPT for Gym at WPP PT/OT on 08/14/2019 at 03:30 PM
- Mackenzie Eldridge, DPT for Gym at WPP PT/OT on 08/21/2019 at 02:45 PM
- Mackenzie Eldridge, DPT for Gym at WPP PT/OT on 08/28/2019 at 02:45 PM
- Belhorn Linda, MD for Office Visit at WPP Rheum on 02/05/2020 at 01:00 PM

## Encounter Sign-Off

Encounter signed-off by Mackenzie Eldridge, DPT, 08/09/2019.
Encounter performed and documented by Mackenzie Eldridge, DPT
Encounter reviewed & signed by Mackenzie Eldridge, DPT on 08/09/2019 at 8:32am

**Encounter Date: 08/05/2019**

## Patient

| | | | |
|---|---|---|---|
| **Name** | PIFER, REBECCA (59yo, F) ID# 425618 | **Appt. Date/Time** | 08/05/2019 11:15AM |
| **DOB** | ███ 1960 | **Service Dept.** | WPP Rheum |
| **Provider** | BELHORN LINDA, MD | | |

**Insurance**  Med Primary: BCBS-NC (PPO)
Insurance # : YPPW1353894401
Policy/Group # : 081501
Med Secondary: MEDICARE-NC (MEDICARE)
Insurance # : 5VF3C65UU90
Med Legal: BASSETT LAW FIRM
Insurance # : 07021960
Case Injury Date : 08/16/2012
Prescription: PRIME BCBS NORTH CAROLINA COMM - Member is eligible. details

## Chief Complaint

Followup: Ehlers-Danlos syndrome
Followup: Osteopenia
Followup: Degenerative joint disease involving multiple joints

## Patient's Care Team

**Primary Care Provider:** JOHN A KALLIANOS (TRIANGLE COMMUNITY PHYSICIANS): 4309 MEDICAL PARK DR STE 200, DURHAM, NC 27704, Ph (919) 471-4484, Fax (919) 477-6131 NPI: 1245231588

## Patient's Pharmacies

**HARRIS TEETER NORTH POINTE SHOP 497 (ERX): 1802 NORTH POINTE DR, DURHAM NC 27705, Ph (919) 220-6894, Fax (919) 220-6591**
KROGER MIDATLANTIC 366: 1802 NORTH POINTE DRIVE NORTHE POINT S/C, DURHAM NC 27705, Ph (919) 220-6894

## Vitals

08/05/2019 11:43 am

| | | |
|---|---|---|
| **Ht:** 5 ft 6 in | **Wt:** 130 lbs | **BMI:** 21 |
| **BP:** 95/56 | **Pulse:** 72 bpm | **Pain Scale:** 5 |

## Allergies

Reviewed Allergies
NKDA

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **B Complex**<br>qd | 09/15/14 | entered |
| **buPROPion HCl XL 300 mg 24 hr tablet, extended release** | 07/31/19 | filled |
| **celecoxib 200 mg capsule**<br>TAKE ONE CAPSULE BY MOUTH TWO TIMES A DAY | 01/21/19 | filled |

**LIN000158**

**PIFER, REBECCA (id #425618, dob: ▮▮▮▮1960)**

| | | |
|---|---|---|
| **gabapentin 600 mg tablet**<br>Take 1 tablet(s) twice a day by oral route. | 07/28/19 | filled |
| **traMADol 50 mg tablet**<br>TAKE ONE TABLET BY MOUTH EVERY 6 HOURS AS NEEDED | 07/30/19 | filled |
| **traZODone 50 mg tablet**<br>TAKE 1 TABLET (50 MG) PO QHS | 07/27/19 | filled |
| **Vitamin C 1,000 mg tablet**<br>qd | 01/20/14 | entered |

## Problems

Reviewed Problems
- Degenerative joint disease involving multiple joints
- Shoulder joint pain
- Shoulder stiff
- Calcific tendinitis of shoulder
- Bicipital tenosynovitis
- Osteopenia
- Ehlers-Danlos syndrome
- Full thickness rotator cuff tear

## Family History

Reviewed Family History

Father
- Problem
  - Ehler-Danlos Syndrome
- Problem
  - CAD (previously recorded as Other)
- Malignant neoplastic disease
  - prostate (previously recorded as Cancer)
- Rheumatoid arthritis
- Arthritis
  - osteo
- Cerebrovascular accident
  - previously recorded as Stroke
- Heart disease (died age: 82)
  - CHF

Mother
- Hypertensive disorder
  - previously recorded as Hypertension
- Arthritis
- Heart disease
- Hypertensive disorder
- Migraine
- Osteoporosis

Brother
- Problem
  - Ehlers-Danlos Syndrome

## Social History

Reviewed Social History
**Focused Rheumatology Social History**
Alcohol intake: Occasional
Are you currently employed?: N (Notes: Disability since November 2012)
Caffeine intake: Moderate
Chewing tobacco: none
Education: 2 Year College
Exercise level: Occasional
Marital status: Married
Number of children: 2
Smoker (1 PPW)
Tobacco Smoking Status: Current some day smoker
Tobacco-years of use: 10
Most Recent Tobacco Use Screening: 01/21/2019
Hand Dominance: Left

**LIN000159**

**PIFER, REBECCA (id #425618, dob: ███████1960)**
Could you be pregnant?: N
Advance directive: N
Medical Power of Attorney: N

## Surgical History

Reviewed Surgical History
- Other - Right shoulder surgery
- Other - 10/2014
- Bunionectomy - 2013 - Repair of right bunionectomy
- Shoulder Arthroscopy - 01/01/2011
- Bunionectomy - 2011 - Left
- Bunionectomy - 2011 - Right
- Appendectomy - 1990
- Appendectomy - 1981

## GYN History

GYN History not reviewed (last reviewed 08/10/2016)
Most Recent Mammogram: 05/12/2019.

## Obstetric History

Obstetric History not reviewed (last reviewed 08/10/2016)

## Past Medical History

Reviewed Past Medical History
Headaches: **Y**
Notes: Ehlers-Danlos Syndrome;Cervical DDD; Parathesias if hands and face; Insomnia-contolled w/med, Idiopathic peripheral neuropathy, Osteopenia, Generalized OA; Shingles 2011, Depression; Varicose veins

## Screening

None recorded.

## HPI

The patient returns for followup of her generalized osteoarthritis and Ehlers-Danlos syndrome. She was last seen on 01/21/2019. Since that time, she has been reasonably stable. She will be having her divorce become final on 08/14/2019 and her house will close on 08/16/2019. Her daughter graduated from UNC Wilmington with a degree in marine sciences and her son is currently enrolled at Durham Tech. She would like to consider getting a house closer to the coast. She has had some increased pain in her right thumb joint and some loss of range of motion. She has also had some worsening neck pain and would like to have a physical therapy referral. She also reports in February that she had headache and blurry vision that was ultimately determined to be due to the stress of dealing with her divorce. She had an MRI of her brain and was seen by a neuroophthalmologist with negative exams. She reports that she has had an occasional burning sensation in her upper back in a cross type distribution with significant pain that occurs intermittently. She denies any ocular inflammation, oral ulcers, dry mouth, chest pain, shortness of breath, indigestion, diarrhea, constipation or dysuria. She has had some recent increased headaches also. She has brought a form today for her life insurance waiver of premium statements and would like to have this completed.

## ROS

**Additionally reports:**

**Reported by Patient**
**CONSTITUTIONAL: no Fever, no Night Sweats, no Weight gain, no Weight loss, no Weakness**

**EYES: no Dry eyes, no Irritation, no Vision change**

**EARS: no Difficulty hearing, no Ear pain**

**NOSE: no Frequent nosebleeds, no Nose/sinus problems**

**MOUTH/THROAT: no Sore throat, no Bleeding gums, no Snoring, no Dry mouth, no Oral abnormalities, no Mouth ulcer, no Teeth abormalities, no Mouth breathing**

**CARDIOVASCULAR: no Chest pain on exertion, no Arm pain on exertion, no Shortness of breath when walking, no Shortness of breath when lying down, no Palpitations, no Known heart murmur, no Light-headed on standing**

**RESPIRATORY: no Cough, no Wheezing, no Shortness of breath, no Coughing up blood, no Sleep apnea**

**GASTROINTESTINAL: no Abdominal pain, no Vomiting, no Change in appetite, no Black or tarry stools, no Frequent diarrhea, no Vomiting blood**

**GENITOURINARY: INCREASED URINARY FREQUENCY, but no Urinary loss of control, no Difficulty urinating, no**

LIN000160

**PIFER, REBECCA (id #425618, dob: ▮▮▮▮▮1960)**
**Hematuria, no Incomplete emptying**

**SKIN: no Abnormal mole, no Jaundice, no Rash, no Itching, no Dry skin, no Growth/lesions**

**NEUROLOGIC: FREQUENT OR SEVERE HEADACHES, but no Loss of Consciousness, no Weakness, no Numbness, no Seizures, no Dizziness, no Migraines, no Restless legs**

**PSYCHIATRIC: no Depression, no Sleep Disturbances, no Restless sleep, no Feeling unsafe in relationship, no Alcohol abuse**

**ENDOCRINE: no Fatigue, no Increased thirst, no Hair loss, no Increased hair growth, no Cold intolerance**

**HEMATOLOGIC/LYMPHATIC: EASY BRUISING, but no Swollen glands, no Excessive Bleeding**

**ALLERGIC/IMMUNOLOGIC: no Runny Nose, no Sinus pressure, no Itching, no Hives, no Frequent sneezing**
**ROS as noted in the HPI**

Physical Exam

Patient is a 59-year-old female.

General: She is a well-developed, well-nourished white female in no acute distress.

Vital Signs: Blood pressure 95/56, pulse 72. Weight 130 pounds.

HEENT: PERRL, EOMI. Oropharynx without erythema or exudate.

Heart: S1, S2, RRR.

Lungs: Clear to auscultation.

Extremities: Had no edema.

Skin: There is no rash.

Musculoskeletal: There were Heberden's and Bouchard nodes bilaterally. There was significant loss of range of motion of the cervical spine and shoulders in all planes.

Procedure Documentation

None recorded.

Assessment / Plan

1. Generalized osteoarthritis. The patient has had persistent symptoms of her cervical spine and would like to have a referral to physical therapy. X-rays in the past have revealed degenerative disk disease. She is currently on tramadol at bedtime and is using ibuprofen 600 mg q.a.m. She does have laboratory studies performed on 01/21/2019 and her creatinine was normal at 0.7. This had previously been found to be increased at 1.19. She will continue her current regimen. She will have an opioid agreement and urinie drug screen peformed today due to her tramadol use.

2. Ehlers-Danlos syndrome. The patient has had some skin fragility with shearing of her skin and has some intermittent numbness and tingling that occurs with stress. She is generally stable from this perspective.

3. Depression. The patient will be having her divorce finalized on 08/14/2019 and will have a closing of her house on 08/16/2019. She has continued to use Wellbutrin and feels that she is doing reasonably well. She is also doing some mindfulness techniques.

Plan,

1. No laboratory studies were done today.

2. Urine drug screen and opioid agreement will be done due to tramadol use.

3. Disability form was completed for the patient for a life insurance waiver premium.

4. Return to clinic in 6 months.

5. Referral to physical therapy for neck exercises.

**LIN000161**

## PIFER, REBECCA (id #425618, dob: ██████1960)

. **Ehlers-Danlos syndrome**
   Q79.6: Ehlers-Danlos syndrome

. **Osteopenia**
   M85.80: Other specified disorders of bone density and structure, unspecified
   site

. **Degenerative joint disease involving multiple joints**
   M15.0: Primary generalized
   (osteo)arthritis
   • OSTEOARTHRITIS: CARE INSTRUCTIONS
   • PHYSICAL THERAPY REFERRAL -     Schedule Within: provider's
   discretion

   Evaluate & Treat: Exercises for cervical
   spine

### Return to Office
   • Mackenzie Eldridge, DPT for PT New Eval at WPP PT/OT on 08/08/2019 at 02:45
     PM
   • Belhorn Linda, MD for Office Visit at WPP Rheum on 02/05/2020 at 01:00 PM

### Encounter Sign-Off
   Encounter signed-off by Belhorn Linda, MD, 08/06/2019.
Encounter performed and documented by Belhorn Linda, MD
Encounter reviewed & signed by Belhorn Linda, MD on 08/06/2019 at 10:51am

### Encounter Date: 01/21/2019

### Patient

| | | | |
|---|---|---|---|
| **Name** | PIFER, REBECCA (58yo, F) ID# 425618 | **Appt. Date/Time** | 01/21/2019 11:15AM |
| **DOB** | 07/02/1960 | **Service Dept.** | WPP Rheum |
| **Provider** | BELHORN LINDA, MD | | |

**Insurance**       Med Primary: BCBS-NC (PPO)
                Insurance # : YPPW1353894401
                Policy/Group # : 081501
            Med Secondary: MEDICARE-NC (MEDICARE)
                Insurance # : 5VF3C65UU90
            Med Legal: BASSETT LAW FIRM
                Insurance # : 07021960
                Case Injury Date : 08/16/2012
            Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify
                coverage and all member demographic information. details

### Chief Complaint

Followup: Ehlers-Danlos syndrome
Followup: Degenerative joint disease involving multiple joints

### Patient's Care Team

**Primary Care Provider:** JOHN A KALLIANOS (TRIANGLE COMMUNITY PHYSICIANS): 4309 MEDICAL PARK DR STE 200,
DURHAM, NC 27704, Ph (919) 471-4484, Fax (919) 477-6131 NPI: 1245231588

### Patient's Pharmacies

**KROGER MIDATLANTIC 366: 1802 NORTH POINTE DRIVE NORTHE POINT S/C, DURHAM NC 27705, Ph (919) 220-6894**

### Vitals

| | | |
|---|---|---|
| **Ht:** 5 ft 6 in 01/21/2019 11:47 am | **Wt:** 132 lbs 01/21/2019 11:47 am | **BMI:** 21.3 01/21/2019 11:47 am |
| **BP:** 124/76 sitting 01/21/2019 11:47 am | **Pulse:** 81 bpm 01/21/2019 11:47 am | **Pain Scale:** 4 01/21/2019 11:48 am |
| **Pain Scale Type:** Numeric 01/21/2019 11:48 am | | |

**LIN000162**

**PIFER, REBECCA (id #425618, dob: ███████1960)**

## Allergies

Reviewed Allergies
NKDA

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **B Complex**<br>qd | 09/15/14 | entered |
| **buPROPion HCl XL 300 mg 24 hr tablet, extended release** | 10/02/18 | filled |
| **celecoxib 200 mg capsule**<br>TAKE ONE CAPSULE BY MOUTH TWO TIMES A DAY | 01/21/19 | prescribed |
| **gabapentin 600 mg tablet**<br>Take 1 tablet(s) twice a day by oral route. | 10/02/18 | filled |
| **traMADol 50 mg tablet**<br>TAKE ONE TABLET BY MOUTH EVERY 6 HOURS AS NEEDED | 01/21/19 | prescribed |
| **traZODone 50 mg tablet**<br>TAKE 1 TABLET (50 MG) PO QHS | 09/25/18 | filled |
| **Vitamin C 1,000 mg tablet**<br>qd | 01/20/14 | entered |

## Problems

Reviewed Problems
- Degenerative joint disease involving multiple joints
- Shoulder joint pain
- Shoulder stiff
- Calcific tendinitis of shoulder
- Bicipital tenosynovitis
- Osteopenia
- Ehlers-Danlos syndrome
- Full thickness rotator cuff tear

## Family History

Reviewed Family History

Father
- Problem
  - Ehler-Danlos Syndrome
- Problem
  - CAD (previously recorded as Other)
- Malignant neoplastic disease
  - prostate (previously recorded as Cancer)
- Rheumatoid arthritis
- Arthritis
  - osteo
- Cerebrovascular accident
  - previously recorded as Stroke
- Heart disease (died age: 82)
  - CHF

Mother
- Hypertensive disorder
  - previously recorded as Hypertension
- Arthritis
- Heart disease
- Hypertensive disorder
- Migraine
- Osteoporosis

Brother
- Problem
  - Ehlers-Danlos Syndrome

**LIN000163**

**PIFER, REBECCA (id #425618, dob: ▮▮▮▮ 1960)**

## Social History

Reviewed Social History
**Focused Rheumatology Social History**
Alcohol intake: Occasional
Are you currently employed?: N (Notes: Disability since November 2012)
Caffeine intake: Moderate
Chewing tobacco: none
Education: 2 Year College
Exercise level: Occasional
Marital status: Married
Number of children: 2
Smoker (1 PPW)
Smoking Status: Current some day smoker
Tobacco-years of use: 10
Hand Dominance: Left
Could you be pregnant?: N
Advance directive: N
Medical Power of Attorney: N

## Surgical History

Reviewed Surgical History
- Other - Right shoulder surgery
- Other - 10/2014
- Bunionectomy - 2013 - Repair of right bunionectomy
- Shoulder Arthroscopy - 01/01/2011
- Bunionectomy - 2011 - Left
- Bunionectomy - 2011 - Right
- Appendectomy - 1990
- Appendectomy - 1981

## GYN History

GYN History not reviewed (last reviewed 08/10/2016)

## Obstetric History

Obstetric History not reviewed (last reviewed 08/10/2016)

## Past Medical History

Reviewed Past Medical History
Headaches: **Y**
Notes: Ehlers-Danlos Syndrome;Cervical DDD; Parathesias if hands and face; Insomnia-contolled w/med, Idiopathic peripheral neuropathy, Osteopenia, Generalized OA; Shingles 2011, Depression; Varicose veins

## Screening

| Name | Score | Notes |
|---|---|---|
| RAPID 3 | Not performed, Patient refused | |

## HPI

SUBJECTIVE:
The patient returns for a follow up of her fibromyalgia, generalized osteoarthritis and Ehlers-Danlos syndrome. Since her last visit in February 2018, she has had worsening of her disease activity in her cervical spine as well as her ankles and shoulders. She has used Ibuprofen p.r.n. and is also on Celebrex. She has run out of Tramadol as she was not able to come for her visit. She has continued to undergo divorce proceedings and feels that she is getting towards the end of the road as far as this goes. She is planning to negotiate for the best deal that she can get, however, and feels that this may take additional time. Her daughter is a marine biologist and will be graduating from UNC Wilmington in May. Her son is currently attending some classes at Durham Tech. She denies any recent infections, but has had some mild dizziness. She was diagnosed with an early cataract on the left. Her depression and anxiety have been stable on Wellbutrin, although she does have periods where she gets very anxious. She had been seeing a therapist on a regular basis, but now that her deductible has not been met for the early calendar year, she is not seeing the therapist as regularly. She does try to stay active by walking her dog. She has tried to cut back on smoking and has decreased to two to three cigarettes per day. She denies any chest pain, shortness of breath, ocular inflammation, oral ulcers, dry mouth, rash, or alopecia.

## ROS

LIN000164

**PIFER, REBECCA (id #425618, dob: ███████1960)**

Additionally reports:

**Reported by Patient**
**CONSTITUTIONAL: no Fever, no Night Sweats, no Weight gain, no Weight loss, no Weakness**

**EYES: no Dry eyes, no Irritation, no Vision change**

**EARS: no Difficulty hearing, no Ear pain**

**NOSE: no Frequent nosebleeds, no Nose/sinus problems**

**MOUTH/THROAT: MOUTH BREATHING, but no Sore throat, no Bleeding gums, no Snoring, no Dry mouth, no Oral abnormalities, no Mouth ulcer, no Teeth abormalities**

**CARDIOVASCULAR: LIGHT-HEADED ON STANDING, but no Chest pain on exertion, no Arm pain on exertion, no Shortness of breath when walking, no Shortness of breath when lying down, no Palpitations, no Known heart murmur**

**RESPIRATORY: no Cough, no Wheezing, no Shortness of breath, no Coughing up blood, no Sleep apnea**

**GASTROINTESTINAL: CHANGE IN APPETITE, but no Abdominal pain, no Vomiting, no Black or tarry stools, no Frequent diarrhea, no Vomiting blood**

**GENITOURINARY: no Urinary loss of control, no Difficulty urinating, no Increased urinary frequency, no Hematuria, no Incomplete emptying**

**SKIN: no Abnormal mole, no Jaundice, no Rash, no Itching, no Dry skin, no Growth/lesions**

**NEUROLOGIC: NUMBNESS, DIZZINESS, RESTLESS LEGS, but no Loss of Consciousness, no Weakness, no Seizures, no Frequent or Severe Headaches, no Migraines**

**PSYCHIATRIC: DEPRESSION, but no Sleep Disturbances, no Restless sleep, no Feeling unsafe in relationship, no Alcohol abuse**

**ENDOCRINE: COLD INTOLERANCE, but no Fatigue, no Increased thirst, no Hair loss, no Increased hair growth**

**HEMATOLOGIC/LYMPHATIC: no Swollen glands, no Easy bruising, no Excessive Bleeding**

**ALLERGIC/IMMUNOLOGIC: no Runny Nose, no Sinus pressure, no Itching, no Hives, no Frequent sneezing**
**ROS as noted in the HPI**

## Physical Exam

Patient is a 58-year-old female.

PHYSICAL EXAMINATION: On physical exam, she is a well-developed and well-nourished white female in no acute distress.
Vital Signs: Blood pressure 124/76, pulse 81. Weight 132 pounds, increased three pounds.
HEENT: PERRLA, EOMI. Oropharynx without erythema or exudate.
Heart: S1-S2. Regular rate and rhythm.
Lungs: Clear to auscultation.
Extremities: Extremities had no edema.
Skin: There was no rash.
Musculoskeletal: There were Heberden's and Bouchard's nodes bilaterally. There was decreased range of motion in the cervical spine and shoulders in all planes.

## Procedure Documentation

None recorded.

## Assessment / Plan

IMPRESSION:
1. Generalized osteoarthritis.

The patient has had persistent symptoms in her cervical spine and had an x-ray at her last visit that revealed degenerative disc disease. She is currently on Celebrex and Tramadol, although she has run out of her Tramadol and has had worsening symptoms. She will be given a refill of this. Of note, her creatinine was found to be elevated at 1.19 at her last visit and she will have repeat labs performed today. For now, she will continue Celebrex.

**LIN000165**

**PIFER, REBECCA (id #425618, dob: ▮▮▮▮960)**

2. Ehlers-Danlos syndrome.

The patient has skin fragility with shearing of her skin and has some intermittent numbness and tingling that occurs with stress, especially in the perioral region. Overall, she feels that she is stable, although she has had some very mild gradual worsening of her symptoms from year to year.

3. Depression.

The patient remains on Wellbutrin. She is not currently seeing a therapist, but is aware that the stress from her marital separation figures significantly into her current symptoms. She is trying some mindfulness techniques.

PLAN:
1. CBC, CMP.

2. Refill Tramadol and Celebrex.

3. A disability form was completed for the patient.

4. Return to clinic in six months.

Linda Belhorn, M.D.
Transcribed by aln/1-21-2019

. **Degenerative joint disease involving multiple joints**
  M15.0: Primary generalized
  (osteo)arthritis
- OSTEOARTHRITIS: CARE INSTRUCTIONS
- CBC WITH DIFFERENTIAL/PLATELET
- COMP. METABOLIC PANEL (14)-322000-P
- tramadol 50 mg tablet - TAKE ONE TABLET BY MOUTH EVERY 6 HOURS AS NEEDED   Qty: 60 tablet(s)   Refills: 0
  Pharmacy: HARRIS TEETER NORTH POINTE SHOP 497
- celecoxib 200 mg capsule - TAKE ONE CAPSULE BY MOUTH TWO TIMES A DAY   Qty: 60 capsule(s)   Refills: 5
  Pharmacy: HARRIS TEETER NORTH POINTE SHOP 497

. **Ehlers-Danlos syndrome**
  Q79.6: Ehlers-Danlos syndrome

### Return to Office
- Belhorn Linda, MD for Office Visit at WPP Rheum on 05/06/2019 at 03:00 PM

### Encounter Sign-Off
Encounter signed-off by Belhorn Linda, MD, 01/21/2019.
Encounter performed and documented by Belhorn Linda, MD
Encounter reviewed & signed by Belhorn Linda, MD on 01/21/2019 at 4:36pm

**LIN000166**

**PIFER, REBECCA (id #425618, dob: ▆▆▆1960)**
01/22/2019   10:37 EMERGE ORTHO 2nd FLOOR REGIS          (FAX)9192811700          P.010/025

**TOA RHEUMATOLOGY**
Tax ID:561079264

| please send payments to: | department of service: | 1α-0₄ℓᵖᴹ #23 |
| EMERGEORTHO PA | WPP Rheum | |
| PO BOX 5105 | 120 William Penn Plaza | printed 01/21/2019 |
| BELFAST, ME 04915-5100 | DURHAM, NC 27704-2150 | 11:22 AM |
| billing phone: (800) 359-1540 | dept phone: (919) 220-5255 | |

| PATIENT NAME AND ADDRESS [SEX] | PATIENT # | GUARANTOR NAME | PROVIDER | DATE/TIME | DEPARTMENT |
| REBECCA PIFER      F | 425618 | REBECCA PIFER | BELHORN LINDA, MD | 01/21/2019 11:15 AM | WPP Rheum |
| 3811 ZENITH PL | | 3811 ZENITH PL | | | |
| DURHAM NC, 27705-2117 | | DURHAM NC, 27705-2117 | | | |

| PATIENT SSN   WC INJURY DATE | DOB | TELEPHONE | INSURANCE NAME | CERTIFICATE# | PCP  AUTH# |
| | ▆▆▆960 58 YR | (919) 597-8606 | INS 1  MEDICARE-NC (MEDICARE) | Cert#1 5VF3C65UU90 | |
| | | | INS 2 | Cert#2 | |

**APPT TYPE**   Office Visit      **NOTES/REASON**      • 10/02/2018 rbeel2; Medicare, Reg WPP/Belhorn- office visit

| PROCEDURE | CODE | FEE | | PROCEDURE | CODE | FEE |
|---|---|---|---|---|---|---|
| **OFFICE SERVICE** | | | | **INFUSION** | | |
| **NEW**       **ESTAB.**   **CONSULT.** | **FEE** | | | Unclassified drug | J3490 | |
| 99201    99211    99241 | | | | IV Push of drug | 96374 | |
| 99202    99212    99242 | | | | IV Inf. upto 1 hr | 96413 | |
| 99203    99213    99243 | | | | Iv Inf. each add'l hr | 96415 | |
| 99204  X 99214    99244 | | | | Saline | J7050 | |
| 99205    99215    99245 | | | | Tubing | A4305 | |
| **LABORATORY TESTS** | | | | Solumedrol | J2930 | |
| Sed Rate | 85651 | | | Diphenhydramine | J1200 | |
| Urinalysis | 81000 | | | Unclassified biologic | J3590 | |
| Single Inj. | 95115 | | | **Medications** | | |
| 2 or more Inj. | 95117 | | | Kenalog 10mg | J3301, M02 | |
| Prick testing | 95004 | | | 1cc=1 2cc=2 3cc=3 4cc=4 | | |
| Intradermal | 95024 | | | Kenalog 40mg | J3301, M01 | |
| Allergy Set | 95165 | | | 0.5cc=2 1cc=4 1.5cc=6 2cc=8 | | |
| **Arthrocentesis/injection** | | | | Celestone Soluspan | J0702 | |
| Major Joint or Bursa x____ | 20610 | | | 0.5cc=1; 1cc=2; 1.5cc=3; 2cc=4 | | |
| Major Joint Ultrasound Guidance | 20611 | | | Depomedrol 40mg | J1030 | |
| Tendon Sheath x____ | 20550 | | | 1cc=1 2cc=2 | | |
| Interm. Joint or Bursa x____ | 20605 | | | Dexamethasone 4mg | J1100 | |
| Interm. Joint Ultrasound Guidance | 20606 | | | 0.25=1 0.5cc=2 1cc=4 1.5cc=6 2cc=8 | | |
| Small Joint or Bursa x____ | 20600 | | | Synvisc Hylan 16 mg/2 ml | J7325 | |
| Small Joint Ultrasound Guidance | 20604 | | | Hyalgan 20mg/2 ml | J7321 | |
| Carpal Tunnel | 20526 | | | Reclast | J3488 | |
| Tendon Origin / Insertion | 20551 | | | Rituxan | J9310 | |
| Trigger Point (1-2 muscle groups) | 20552 | | | Remicade | J1745 | |
| Trigger Points (3 or more) | 20553 | | | Orencia | J0129 | |
| **INJECTIONS** | | | | Boniva | J1740 | |
| Admin. of Medicare Flu | 90471 | | | **X-RAY** | | |
| Administration of Injection | 96372 | | | 73130 | Rheumatology Hand 3V | |
| Influenza | 90658 | | | 73630 | Foot 3V | |
| Methotrexate | J9250 | | | 71046 | Chest 2V | |
| PPD | 86580 | | | 73562 | Knee 3V | |
| Blood Draw | 36415 | | | 72040 | Cervical 2V | |
| | | | | 72100 | Lumbar Sp 2V | |
| | | | | 72110 | Lumbar Sp 5V | |
| | | | | 73521 | Hips(2view) & AP pelvis | |
| | | | | 72202 | SI Joints | |

**PREVIOUS DIAGNOSIS:**
M150 (ICD-10)      Primary generalized (osteo)arthritis
Q796 (ICD-10)      Ehlers-Danlos syndrome

**DIAGNOSIS:**
**HIGH DEDUCTIBLE PLAN:**

Next Appt: Days____  Wks____  Mths  6
Lab Appt: Days____  Wks____  Mths____
Lab Orders: ____  see above or

| ACCOUNT INFORMATION | |
|---|---|
| Previous Balance | $10.62 |
| Today's Payments and Adjustments | $10.62 |
| Balance Due | $0.00 |
| Patient Balance | $0.00 |
| Ins. Balance | $0.00 |

**Imaging Results**

LIN000167

**PIFER, REBECCA (id #425618, dob:** ████**1960)**

**XR, SHOULDER, 2 OR MORE VIEW** (#60032568, 08/06/2020)

 

PROSCAN Online    Home    Tasks    Images    Cases              kurt.brommes@emergeortho.com    Profile    Help    Sign Out

Exit Quick Glance Viewer

| | | | |
|---|---|---|---|
| Patient Name | REBECCA PIFER | Case ID | 23885855 |
| Patient DOB | ████ 1960 | Referring Physician | Linda R. Belhorn, MD |
| Exam Date | 08/05/2020 | Exam Description | Xray Right Shoulder Xray complete min 2 views |

**HISTORY:** Evaluate bursitis/osteo arthritis of right shoulder.

**TECHNICAL FACTORS:** Two or more views of the shoulder were reviewed.

**COMPARISON:** None.

**FINDINGS:** Extensive glenohumeral joint space narrowing with moderate inferomedial humeral head osteophyte.

Anchor suture overlies the lesser tuberosity of the lesser tuberosity of the humeral head more than likely due to biceps tenodesis.

Prominent lucency within the superior aspect of the glenoid.

Included right ribs, lung parenchyma, and soft tissues unremarkable.

**CONCLUSION:**

1. Advanced glenohumeral arthropathy.
2. Prominent lucency within the superior aspect of the glenoid. Consider a geode. MRI, if not already performed, may be of benefit in further evaluating and characterizing this finding.
3. Anchor suture within the lesser tuberosity. This may be due to prior biceps tenodesis. Please correlate clinically.

Thank you for the opportunity to provide your interpretation.

*Vito Basile M.D.*

Vito Basile, MD

A: VB 08/06/2020 12:46 PM

1-877-674-7323 (1-877-MRI-READ)          WWW.PROSCAN.COM
                                          Page 1 of 1

Not for Diagnostic Review
Zoom: 100%
Loading: Complete

| Paperwork | FinalReport | Shoulder | Shoulder | Shoulder Y |
|---|---|---|---|---|
| 2 images | 1 images | 1 images | 1 images | 1 images |

 

**LIN000168**

# Fax



**CONFIDENTIAL HEALTH INFORMATION NOTICE:**

The information contained in this fax transmission including any attachment contains confidential health information intended solely for the named recipient. If you have received this communication in error, please immediately contact the sender and then destroy it. Any unauthorized disclosure, distribution or dissemination of any information contained in this fax transmission is strictly prohibited and may subject you to penalties under applicable law.

Thank you.

This fax originated from a Proscan Fax Server.. Visit us at www.proscan.com

LIN000169

 **EmergeOrtho**

120 William Penn Plaza
Durham, North Carolina 27704
Phone: 1-919-313-2095
Fax: 1-919-281-1885



| | | | |
|---|---|---|---|
| **Patient Name** | REBECCA PIFER | **Case ID** | 23885855 |
| **Patient DOB** | ▮▮▮▮1960 | **Referring Physician** | Linda R. Belhorn, MD |
| **Exam Date** | 08/05/2020 | **Exam Description** | Xray Right Shoulder Xray complete min 2 views |

**HISTORY:** Evaluate bursitis/osteo arthritis of right shoulder.

**TECHNICAL FACTORS:** Two or more views of the shoulder were reviewed.

**COMPARISON:** None.

**FINDINGS:** Extensive glenohumeral joint space narrowing with moderate inferomedial humeral head osteophyte.

Anchor suture overlies the lesser tuberosity of the lesser tuberosity of the humeral head more than likely due to biceps tenodesis.

Prominent lucency within the superior aspect of the glenoid.

Included right ribs, lung parenchyma, and soft tissues unremarkable.

**CONCLUSION:**
1. Advanced glenohumeral arthropathy.
2. Prominent lucency within the superior aspect of the glenoid. Consider a geode. MRI, if not already performed, may be of benefit in further evaluating and characterizing this finding.
3. Anchor suture within the lesser tuberosity. This may be due to prior biceps tenodesis. Please correlate clinically.

Thank you for the opportunity to provide your interpretation.

*Vito Basile MD.*

Vito Basile, MD
A: VB 08/06/2020 12:46 PM

---

1-877-674-7323 (1-877-MRI-READ)         WWW.PROSCAN.COM          PROSCAN Reading Services
                                                Page 1 of 1

**Lab Results**

LIN000170

**PIFER, REBECCA (id #425618, dob: ████ 1960)**

# COMP. METABOLIC PANEL (14)-322000-P 02/09/2021 (#66029778, Final, 02/08/2021 12:30pm)

| Ordering Provider | BELHORN LINDA, MD | Performing Lab | LABCORP BURLINGTON (01)<br>LABCORP BURLINGTON<br>SANJAI NAGENDRA<br>1447 YORK COURT<br>BURLINGTON, NC 272153361<br><br>Account ID: 32099463 |
|---|---|---|---|
| Specimen/Accession ID | 10157096CE847 | Specimen Source | |
| Specimen Coll. Date | 02/08/2021 12:30 | Result Status | Final |
| Specimen Rec. Date | 02/08/2021 00:00 | Report Status | |
| Specimen Reported Date | 02/09/2021 05:35 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| GLUCOSE | 83 | 65-99 | mg/dL | | Final | 01 |
| BUN | 13 | 8-27 | mg/dL | | Final | 01 |
| CREATININE | 0.69 | 0.57-1.00 | mg/dL | | Final | 01 |
| EGFR IF NONAFRICN AM | 95 | >59 | mL/min/1.73 | | Final | 01 |
| EGFR IF AFRICN AM | 109 | >59 | mL/min/1.73 | | Final | 01 |
| BUN/CREATININE RATIO | 19 | 12-28 | | | Final | 01 |
| SODIUM | 141 | 134-144 | mmol/L | | Final | 01 |
| POTASSIUM | 5.2 | 3.5-5.2 | mmol/L | | Final | 01 |
| CHLORIDE | 104 | 96-106 | mmol/L | | Final | 01 |
| CARBON DIOXIDE, TOTAL | 23 | 20-29 | mmol/L | | Final | 01 |
| CALCIUM | 9.9 | 8.7-10.3 | mg/dL | | Final | 01 |
| PROTEIN, TOTAL | 6.6 | 6.0-8.5 | g/dL | | Final | 01 |
| ALBUMIN | 4.5 | 3.8-4.9 | g/dL | | Final | 01 |
| GLOBULIN, TOTAL | 2.1 | 1.5-4.5 | g/dL | | Final | 01 |
| A/G RATIO | 2.1 | 1.2-2.2 | | | Final | 01 |
| BILIRUBIN, TOTAL | 0.3 | 0.0-1.2 | mg/dL | | Final | 01 |
| ALKALINE PHOSPHATASE | 87 | 39-117 | IU/L | | Final | 01 |
| AST (SGOT) | 29 | 0-40 | IU/L | | Final | 01 |
| ALT (SGPT) | 38 | 0-32 | IU/L | Above High Normal | Final | 01 |
| RESULT NOTE | FASTING NO | | | | | |

**LIN000171**

## PIFER, REBECCA (id #425618, dob: ████ 1960)

# CBC WITH DIFFERENTIAL/PLATELET 02/09/2021 (#66029777, Final, 02/08/2021 12:30pm)

| Note to Patient | Hi, Your labs have returned and everythng is normal except for a mild increased liver enzyme. Because this is very subtle, we will just observe this. Thank you and let me know if you have any questions. |
|---|---|

| Ordering Provider | BELHORN LINDA, MD | Performing Lab | LABCORP BURLINGTON (01) LABCORP BURLINGTON SANJAI NAGENDRA 1447 YORK COURT BURLINGTON, NC 272153361 Account ID: 32099463 |
|---|---|---|---|
| Specimen/Accession ID | 10157096CE847 | Specimen Source | |
| Specimen Coll. Date | 02/08/2021 12:30 | Result Status | Final |
| Specimen Rec. Date | 02/08/2021 00:00 | Report Status | |
| Specimen Reported Date | 02/09/2021 05:35 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| WBC | 5.8 | 3.4-10.8 | x10E3/uL | | Final | 01 |
| RBC | 4.34 | 3.77-5.28 | x10E6/uL | | Final | 01 |
| HEMOGLOBIN | 13.0 | 11.1-15.9 | g/dL | | Final | 01 |
| HEMATOCRIT | 39.1 | 34.0-46.6 | % | | Final | 01 |
| MCV | 90 | 79-97 | fL | | Final | 01 |
| MCH | 30.0 | 26.6-33.0 | pg | | Final | 01 |
| MCHC | 33.2 | 31.5-35.7 | g/dL | | Final | 01 |
| RDW | 11.8 | 11.7-15.4 | % | | Final | 01 |
| PLATELETS | 270 | 150-450 | x10E3/uL | | Final | 01 |
| NEUTROPHILS | 59 | NOT ESTAB. | % | | Final | 01 |
| LYMPHS | 33 | NOT ESTAB. | % | | Final | 01 |
| MONOCYTES | 7 | NOT ESTAB. | % | | Final | 01 |
| EOS | 1 | NOT ESTAB. | % | | Final | 01 |
| BASOS | 0 | NOT ESTAB. | % | | Final | 01 |
| IMMATURE CELLS | NP | | | | Cancelled | 01 |
| NEUTROPHILS (ABSOLUTE) | 3.4 | 1.4-7.0 | x10E3/uL | | Final | 01 |
| LYMPHS (ABSOLUTE) | 1.9 | 0.7-3.1 | x10E3/uL | | Final | 01 |
| MONOCYTES(ABSOLUTE) | 0.4 | 0.1-0.9 | x10E3/uL | | Final | 01 |
| EOS (ABSOLUTE) | 0.1 | 0.0-0.4 | x10E3/uL | | Final | 01 |
| BASO (ABSOLUTE) | 0.0 | 0.0-0.2 | x10E3/uL | | Final | 01 |
| IMMATURE GRANULOCYTES | 0 | NOT ESTAB. | % | | Final | 01 |
| IMMATURE GRANS (ABS) | 0.0 | 0.0-0.1 | x10E3/uL | | Final | 01 |
| NRBC | NP | | | | Cancelled | 01 |
| HEMATOLOGY COMMENTS: | NP | | | | Cancelled | 01 |
| RESULT NOTE | | FASTING NO SRC: | | | | |

LIN000172

**PIFER, REBECCA (id #425618, dob:** ███████ **1960)**

## COMP. METABOLIC PANEL (14)-322000-P 02/06/2020 (#54897621, Final, 02/05/2020 2:31pm)

| Note to Patient | The results of your recent tests are within normal limits. We look forward to seeing you at your next appointment. |
|---|---|

| Ordering Provider | BELHORN LINDA, MD | Performing Lab | LABCORP BURLINGTON (01) LABCORP BURLINGTON SANJAI NAGENDRA 1447 YORK COURT BURLINGTON, NC 272153361 Account ID: 32099463 |
|---|---|---|---|

| Specimen/Accession ID | 8710841CE847 | Specimen Source | |
|---|---|---|---|
| Specimen Coll. Date | 02/05/2020 14:31 | Result Status | Final |
| Specimen Rec. Date | 02/05/2020 00:00 | Report Status | |
| Specimen Reported Date | 02/06/2020 05:35 | | |

| Report | Result | Ref. Range | Units | /\ | Status | Lab |
|---|---|---|---|---|---|---|
| GLUCOSE | 82 | 65-99 | mg/dL | | Final | 01 |
| BUN | 14 | 6-24 | mg/dL | | Final | 01 |
| CREATININE | 0.73 | 0.57-1.00 | mg/dL | | Final | 01 |
| EGFR IF NONAFRICN AM | 90 | >59 | mL/min/1.73 | | Final | 01 |
| EGFR IF AFRICN AM | 104 | >59 | mL/min/1.73 | | Final | 01 |
| BUN/CREATININE RATIO | 19 | 9-23 | | | Final | 01 |
| SODIUM | 140 | 134-144 | mmol/L | | Final | 01 |
| POTASSIUM | 4.4 | 3.5-5.2 | mmol/L | | Final | 01 |
| CHLORIDE | 102 | 96-106 | mmol/L | | Final | 01 |
| CARBON DIOXIDE, TOTAL | 22 | 20-29 | mmol/L | | Final | 01 |
| CALCIUM | 9.6 | 8.7-10.2 | mg/dL | | Final | 01 |
| PROTEIN, TOTAL | 6.5 | 6.0-8.5 | g/dL | | Final | 01 |
| ALBUMIN | 4.3 | 3.8-4.9 | g/dL | | Final | 01 |
| | | **Please note reference interval change** | | | | |
| GLOBULIN, TOTAL | 2.2 | 1.5-4.5 | g/dL | | Final | 01 |
| A/G RATIO | 2.0 | 1.2-2.2 | | | Final | 01 |
| BILIRUBIN, TOTAL | 0.4 | 0.0-1.2 | mg/dL | | Final | 01 |
| ALKALINE PHOSPHATASE | 75 | 39-117 | IU/L | | Final | 01 |
| AST (SGOT) | 28 | 0-40 | IU/L | | Final | 01 |
| ALT (SGPT) | 25 | 0-32 | IU/L | | Final | 01 |
| RESULT NOTE | FASTING NO | | | | | |

LIN000173

**PIFER, REBECCA (id #425618, dob:** ▓▓▓▓ **1960)**

## CBC WITH DIFFERENTIAL/PLATELET 02/06/2020 (#54897619, Final, 02/05/2020 2:31pm)

| Note to Patient | Hi, Your labs have returned and everything is normal. Thank you and I will see you at your next visit. | | |
|---|---|---|---|
| Ordering Provider | BELHORN LINDA, MD | Performing Lab | LABCORP BURLINGTON (01) LABCORP BURLINGTON SANJAI NAGENDRA 1447 YORK COURT BURLINGTON, NC 272153361 Account ID: 32099463 |
| Specimen/Accession ID | 8710841CE847 | Specimen Source | |
| Specimen Coll. Date | 02/05/2020 14:31 | Result Status | Final |
| Specimen Rec. Date | 02/05/2020 00:00 | Report Status | |
| Specimen Reported Date | 02/06/2020 05:35 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| WBC | 6.1 | 3.4-10.8 | x10E3/uL | | Final | 01 |
| RBC | 4.18 | 3.77-5.28 | x10E6/uL | | Final | 01 |
| HEMOGLOBIN | 12.4 | 11.1-15.9 | g/dL | | Final | 01 |
| HEMATOCRIT | 38.0 | 34.0-46.6 | % | | Final | 01 |
| MCV | 91 | 79-97 | fL | | Final | 01 |
| MCH | 29.7 | 26.6-33.0 | pg | | Final | 01 |
| MCHC | 32.6 | 31.5-35.7 | g/dL | | Final | 01 |
| RDW | 12.0 | 11.7-15.4 | % | | Final | 01 |
| PLATELETS | 294 | 150-450 | x10E3/uL | | Final | 01 |
| NEUTROPHILS | 55 | NOT ESTAB. | % | | Final | 01 |
| LYMPHS | 34 | NOT ESTAB. | % | | Final | 01 |
| MONOCYTES | 8 | NOT ESTAB. | % | | Final | 01 |
| EOS | 2 | NOT ESTAB. | % | | Final | 01 |
| BASOS | 1 | NOT ESTAB. | % | | Final | 01 |
| IMMATURE CELLS | NP | | | | Cancelled | 01 |
| NEUTROPHILS (ABSOLUTE) | 3.4 | 1.4-7.0 | x10E3/uL | | Final | 01 |
| LYMPHS (ABSOLUTE) | 2.1 | 0.7-3.1 | x10E3/uL | | Final | 01 |
| MONOCYTES(ABSOLUTE) | 0.5 | 0.1-0.9 | x10E3/uL | | Final | 01 |
| EOS (ABSOLUTE) | 0.1 | 0.0-0.4 | x10E3/uL | | Final | 01 |
| BASO (ABSOLUTE) | 0.0 | 0.0-0.2 | x10E3/uL | | Final | 01 |
| IMMATURE GRANULOCYTES | 0 | NOT ESTAB. | % | | Final | 01 |
| IMMATURE GRANS (ABS) | 0.0 | 0.0-0.1 | x10E3/uL | | Final | 01 |
| NRBC | NP | | | | Cancelled | 01 |
| HEMATOLOGY COMMENTS: | NP | | | | Cancelled | 01 |
| RESULT NOTE | FASTING NO | | | | | |

**LIN000174**

**PIFER, REBECCA (id #425618, dob: ▇▇▇▇1960)**

## TOXICOLOGY SCREEN, URINE 08/08/2019 (#49028109, Final)

| Ordering Provider | LINDA BELHORN | Performing Lab | EMERGEORTHO IN-HOUSE LAB<br>1050 REVOLUTION MILL DR<br>STE 1<br>GREENSBORO NC 27405 |
|---|---|---|---|
| Specimen/Accession ID | 9152 | Specimen Source | Urine |
| Specimen Coll. Date | | Result Status | Final |
| Specimen Rec. Date | | Report Status | |
| Specimen Reported Date | | | |

**LIN000175**



EmergeOrtho, PA
1050 Revolution Mill Drive, Studio 1
Greensboro, NC 27405

| | | | |
|---|---|---|---|
| **Patient Name:** Pifer, Rebecca | | **Control #:** N/A | |
| **Patient ID #:** 425618 | | **Collected:** 08/05/2019 11:48 AM | |
| **Date of Birth:** ▮▮1960 (59 years old) | | **Collected By:** Account | |
| **Specimen #:** 9152 | | **Received:** 08/06/2019 11:48 AM | |
| **Sample Type:** Urine | | **Test Date:** 08/08/2019 | |
| **Provider:** BELHORN, LINDA, MD | | **Certified:** 08/08/2019 2:02 PM | |
| **Account:** EO Erwin - Professional Park | | **Certified By:** bav | |

**Medications:** Bupropion, Gabapentin, Tramadol, Trazodone

### Confirmed LC/MS/MS Result Summary:

| Drug | Result * | Cutoff * | Interpretation | Expected | Inconsistent |
|---|---|---|---|---|---|
| Ethyl Glucuronide | 9136 | 500 | POSITIVE | NO | YES |
| Ethyl Sulfate | 2421 | 100 | POSITIVE | NO | YES |
| Tramadol[1] | >5000 | 75 | POSITIVE | YES | NO |
| O-desmethyltramadol[1] | 4068 | 75 | POSITIVE | YES | NO |

**Validity Tests:** PASSED (Result details below)

### Detailed Results - LC/MS/MS Confirmation

| Drug | Result * | Cutoff * | Interpret. | Expected |
|---|---|---|---|---|
| **ALCOHOL BIOMARKERS** | | | | |
| Ethyl Glucuronide | 9136 | 500 | POSITIVE | NO |
| Ethyl Sulfate | 2421 | 100 | POSITIVE | NO |
| **TRAMADOL** | | | | |
| Tramadol[1] | >5000 | 75 | POSITIVE | YES |
| O-desmethyltramadol[1] | 4068 | 75 | POSITIVE | YES |

* in ng/mL

### Initial Screening Results

| Test | Cutoff * | Interpretation |
|---|---|---|
| Amphetamines (S)[1] | 500 | Negative |
| Barbiturates (S)[1] | 200 | Negative |
| Benzodiazepines (S)[1] | 200 | Negative |
| Buprenorphine (S)[1] | 5.0 | Negative |
| Cocaine (S)[1] | 150 | Negative |
| Ecstasy (S)[1] | 500 | Negative |
| Methamphetamine (S)[1] | 500 | Negative |
| Methadone (S)[1] | 300 | Negative |
| Opiates (S)[1] | 300 | Negative |
| Oxycodone (S)[1] | 100 | Negative |
| Phencyclidine (S)[1] | 25 | Negative |
| THC-COOH (S)[1] | 50.0 | Negative |

* in ng/mL

**PIFER, REBECCA (id #425618, dob: ███████1960)**



EmergeOrtho, PA
1050 Revolution Mill Drive, Studio 1
Greensboro, NC 27405

## Validity Tests

| Test | Result | Ref. Range |
|---|---|---|
| PH | 6 | 5 - 8 |
| Urine Creatinine (S) | 93 mg/dL | 37 - 300 |

## Clinical Chemistry Results

| Test | Result | Unit | Flags | Ref. Range |
|---|---|---|---|---|
| **URINE ETOH** | | | | |
| Ethyl Alcohol (S)[1] | 0 | mg/dL | | 0 - 3 |

[1] This test was developed and its performance characteristics determined by EmergeOrtho. It has not been cleared or approved by the U.S. Food and Drug Administration. [1] This test was developed and its performance characteristics determined by EmergeOrtho, PA. It has not been cleared or approved by the U.S. Food and Drug Administration.

**LIN000177**

**PIFER, REBECCA (id #425618, dob: ▮▮▮▮ 1960)**

## COMP. METABOLIC PANEL (14)-322000-P 01/22/2019 (#42477888, Final, 01/21/2019 12:30pm)

| Ordering Provider | BELHORN LINDA, MD | Performing Lab | LABCORP BURLINGTON (01)<br>LABCORP BURLINGTON<br>SANJAI NAGENDRA<br>1447 YORK COURT<br>BURLINGTON, NC 272153361<br><br>Account ID: 32099463 |
|---|---|---|---|
| Specimen/Accession ID | 20419904560 | Specimen Source | |
| Specimen Coll. Date | 01/21/2019 12:30 | Result Status | Final |
| Specimen Rec. Date | 01/21/2019 00:00 | Report Status | |
| Specimen Reported Date | 01/22/2019 07:37 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| GLUCOSE | 89 | 65-99 | mg/dL | | Final | 01 |
| BUN | 11 | 6-24 | mg/dL | | Final | 01 |
| CREATININE | 0.70 | 0.57-1.00 | mg/dL | | Final | 01 |
| EGFR IF NONAFRICN AM | 96 | >59 | mL/min/1.73 | | Final | 01 |
| EGFR IF AFRICN AM | 110 | >59 | mL/min/1.73 | | Final | 01 |
| BUN/CREATININE RATIO | 16 | 9-23 | | | Final | 01 |
| SODIUM | 144 | 134-144 | mmol/L | | Final | 01 |
| POTASSIUM | 4.6 | 3.5-5.2 | mmol/L | | Final | 01 |
| CHLORIDE | 105 | 96-106 | mmol/L | | Final | 01 |
| CARBON DIOXIDE, TOTAL | 22 | 20-29 | mmol/L | | Final | 01 |
| CALCIUM | 9.7 | 8.7-10.2 | mg/dL | | Final | 01 |
| PROTEIN, TOTAL | 6.7 | 6.0-8.5 | g/dL | | Final | 01 |
| ALBUMIN | 4.5 | 3.5-5.5 | g/dL | | Final | 01 |
| GLOBULIN, TOTAL | 2.2 | 1.5-4.5 | g/dL | | Final | 01 |
| A/G RATIO | 2.0 | 1.2-2.2 | | | Final | 01 |
| BILIRUBIN, TOTAL | 0.3 | 0.0-1.2 | mg/dL | | Final | 01 |
| ALKALINE PHOSPHATASE | 73 | 39-117 | IU/L | | Final | 01 |
| AST (SGOT) | 22 | 0-40 | IU/L | | Final | 01 |
| ALT (SGPT) | 25 | 0-32 | IU/L | | Final | 01 |
| RESULT NOTE | FASTING NO | | | | | |

**LIN000178**

**PIFER, REBECCA (id #425618, dob: ████1960)**

## CBC WITH DIFFERENTIAL/PLATELET 01/22/2019 (#42477887, Final, 01/21/2019 12:30pm)

| | | | |
|---|---|---|---|
| Ordering Provider | BELHORN LINDA, MD | Performing Lab | LABCORP BURLINGTON (01) LABCORP BURLINGTON SANJAI NAGENDRA 1447 YORK COURT BURLINGTON, NC 272153361 Account ID: 32099463 |
| Specimen/Accession ID | 20419904560 | Specimen Source | |
| Specimen Coll. Date | 01/21/2019 12:30 | Result Status | Final |
| Specimen Rec. Date | 01/21/2019 00:00 | Report Status | |
| Specimen Reported Date | 01/22/2019 07:37 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| WBC | 5.5 | 3.4-10.8 | x10E3/uL | | Final | 01 |
| RBC | 4.46 | 3.77-5.28 | x10E6/uL | | Final | 01 |
| HEMOGLOBIN | 13.3 | 11.1-15.9 | g/dL | | Final | 01 |
| HEMATOCRIT | 39.8 | 34.0-46.6 | % | | Final | 01 |
| MCV | 89 | 79-97 | fL | | Final | 01 |
| MCH | 29.8 | 26.6-33.0 | pg | | Final | 01 |
| MCHC | 33.4 | 31.5-35.7 | g/dL | | Final | 01 |
| RDW | 13.3 | 12.3-15.4 | % | | Final | 01 |
| PLATELETS | 297 | 150-379 | x10E3/uL | | Final | 01 |
| NEUTROPHILS | 62 | NOT ESTAB. | % | | Final | 01 |
| LYMPHS | 31 | NOT ESTAB. | % | | Final | 01 |
| MONOCYTES | 6 | NOT ESTAB. | % | | Final | 01 |
| EOS | 1 | NOT ESTAB. | % | | Final | 01 |
| BASOS | 0 | NOT ESTAB. | % | | Final | 01 |
| IMMATURE CELLS | NP | | | | Cancelled | 01 |
| NEUTROPHILS (ABSOLUTE) | 3.4 | 1.4-7.0 | x10E3/uL | | Final | 01 |
| LYMPHS (ABSOLUTE) | 1.7 | 0.7-3.1 | x10E3/uL | | Final | 01 |
| MONOCYTES(ABSOLUTE) | 0.3 | 0.1-0.9 | x10E3/uL | | Final | 01 |
| EOS (ABSOLUTE) | 0.1 | 0.0-0.4 | x10E3/uL | | Final | 01 |
| BASO (ABSOLUTE) | 0.0 | 0.0-0.2 | x10E3/uL | | Final | 01 |
| IMMATURE GRANULOCYTES | 0 | NOT ESTAB. | % | | Final | 01 |
| IMMATURE GRANS (ABS) | 0.0 | 0.0-0.1 | x10E3/uL | | Final | 01 |
| NRBC | NP | | | | Cancelled | 01 |
| HEMATOLOGY COMMENTS: | NP | | | | Cancelled | 01 |
| RESULT NOTE | FASTING NO | | | | | |

**LIN000179**

# PIFER, REBECCA (id #425618, dob: ████████1960)

## Patient

| | | | |
|---|---|---|---|
| **Name** | PIFER, REBECCA (61yo, F) ID# 425618 | **Appt. Date/Time** | 09/07/2021 09:10AM |
| **DOB** | 07/02/1960 | **Service Dept.** | 1-WPP Ortho |
| **Provider** | SILVER WILLIAM, MD | | |

**Insurance**
Med Primary: UNITED HEALTHCARE (MEDICARE REPLACEMENT/ADVANTAGE - PPO)
    Insurance # : 977275391
    Policy/Group # : 74073
Med Legal: BASSETT LAW FIRM
    Insurance #████████960
    Case Injury Date : 08/16/2012
Prescription: OPTUMRX - Member is eligible.

## Chief Complaint

mri results

## Patient's Care Team

**Primary Care Provider:** JOHN A KALLIANOS (TRIANGLE COMMUNITY PHYSICIANS): 4309 MEDICAL PARK DR STE 200, DURHAM, NC 27704, Ph (919) 471-4484, Fax (919) 477-6131 NPI: 1245231588

## Patient's Pharmacies

**WALGREENS DRUG STORE #11200 (ERX): 3793 GUESS RD, DURHAM, NC 27705, Ph (919) 479-5156, Fax (919) 479-5670**
HARRIS TEETER NORTH POINTE SHOP 497 (ERX): 1802 NORTH POINTE DR, DURHAM, NC 27705, Ph (919) 220-6894, Fax (919) 220-6591
KROGER MIDATLANTIC 366: 1802 NORTH POINTE DRIVE NORTHE POINT S/C, DURHAM, NC 27705, Ph (919) 220-6894

## Vitals

09/07/2021 09:28 am

    **Ht:** 5 ft 6 in     **Pain Scale:** 5

## Allergies

Reviewed Allergies
NKDA

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **B Complex**<br>qd | 09/15/14 | entered |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>TAKE 1 TABLET BY MOUTH EVERY MORNING | 05/22/21 | filled |
| **CeleBREX 200 mg capsule**<br>Take 1 capsule(s) twice a day by oral route. | 08/16/21 | prescribed |
| **estradioL 0.01% (0.1 mg/gram) vaginal cream** | 05/26/21 | filled |
| **gabapentin 600 mg tablet**<br>TAKE 1 TABLET BY MOUTH THREE TIMES DAILY | 05/23/21 | filled |
| **methocarbamoL 500 mg tablet** | 05/25/21 | filled |
| **traMADoL 50 mg tablet**<br>TAKE ONE TABLET BY MOUTH EVERY 6 HOURS AS NEEDED | 08/04/21 | renewed |
| **traZODone 100 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME | 08/10/21 | filled |

**LIN000180**

**PIFER, REBECCA (id #425618, dob:** ▆▆▆▆ **1960)**

| | |
|---|---|
| **Vagifem 10 mcg vaginal tablet**<br>INSERT 1 TABLET VAGINALLY THREE TIMES A WEEK | 05/25/21   filled |
| **Vitamin C 1,000 mg tablet**<br>qd | 01/20/14   entered |

## Vaccines

### Reviewed Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **COVID-19** | | | | | | | | | | | |
| COVID-19 PS Non-US Vaccine (EpiVacCorona) | 04/25/21 | | | | | | | | | | outside provider |
| COVID-19 PS Non-US Vaccine (EpiVacCorona) | 04/04/21 | | | | | | | | | | outside provider |

Flu Vaccine 10/2020

## Problems

### Reviewed Problems
- Degenerative joint disease involving multiple joints
- Shoulder joint pain
- Shoulder stiff
- Calcific tendinitis of shoulder
- Bicipital tenosynovitis
- Osteopenia
- Ehlers-Danlos syndrome
- Full thickness rotator cuff tear

## Family History

### Reviewed Family History

Father
- Problem
  - Ehler-Danlos Syndrome
- Problem
  - CAD (previously recorded as Other)
- Malignant neoplastic disease
  - prostate
- Rheumatoid arthritis
- Arthritis
  - osteo
- Cerebrovascular accident
- Heart disease (died age: 82)
  - CHF
- Carcinoma of prostate

Mother
- Hypertensive disorder
  - previously recorded as Hypertension
- Arthritis
- Heart disease
- Hypertensive disorder
- Migraine
- Osteoporosis

Brother
- Problem
  - Ehlers-Danlos Syndrome

## Social History

### Reviewed Social History
**Education and Occupation**
What is the highest grade or level of school you have completed or the highest degree you have received?: Associate degree: academic program
Are you currently employed?: No (Notes: Disability since November 2012)
**Marriage and Sexuality**
How many children do you have?: 2
**Other**
Education: 2 Year College
Marital status: Divorced
**Activities of Daily Living**
Are you blind or do you have difficulty seeing?: No

**LIN000181**

# PIFER, REBECCA (id #425618, dob: ▮▮▮▮ 1960)

Which of your hands is dominant?: Left
**Substance Use**
Do you or have you ever smoked tobacco?: Current some days smoker
How many years have you smoked tobacco?: 10
How much tobacco do you smoke?: 1 pack per week
How much tobacco do you chew?: none
What was the date of your most recent tobacco screening?: 01/21/2019
What is your level of alcohol consumption?: Occasional
**Advanced Directive**
Do you have an advanced directive?: No
Do you have a medical power of attorney?: No
**Diet and Exercise**
What is your exercise level?: Occasional
**Social History Ortho**
Could you be pregnant?: No
Would you like to be contacted for a Clinical Research Trial?: Yes
**Gender Identity and LGBTQ Identity**

## Surgical History

Reviewed Surgical History
- Other - Right shoulder surgery
- Other - 10/2014
- Bunionectomy - 2013 - Repair of right bunionectomy
- Shoulder Arthroscopy - 01/01/2011
- Bunionectomy - 2011 - Left
- Bunionectomy - 2011 - Right
- Appendectomy - 1981

## GYN History

GYN History not reviewed (last reviewed 08/10/2016)
Most Recent Mammogram: 05/12/2019.

## Obstetric History

Obstetric History not reviewed (last reviewed 08/10/2016)

## Past Medical History

Reviewed Past Medical History
Anxiety Disorder: **Y**
Arthritis: **Y - osteo**
Depression: **Y**
Headaches: **Y**
Joint Pain: **Y**
Migraines: **Y**
Osteoporosis: **Y**
Previous Cortisone Injection(s): **Y**
Notes: Ehlers-Danlos Syndrome;Cervical DDD; Parathesias if hands and face; Insomnia-contolled w/med, Idiopathic peripheral neuropathy, Osteopenia, Generalized OA; Shingles 2011, Depression; Varicose veins

## Screening

None recorded.

## HPI

CHIEF COMPLAINT:
Right shoulder MRI scan follow-up.
HISTORY OF PRESENT ILLNESS:
Ms. Pifer is a 61-year-old female who comes to clinic for follow-up evaluation of MRI scan of the right shoulder. The patient was last seen on 08/24/2021. She underwent a cuff repair in 2011 by Dr. Mallon. The patient had a motor vehicle collision and a recent fall since 05/2021. We felt like she possibly had a rotator cuff tear and ordered an MRI. The patient has been attending physical therapy.

## ROS

**ROS as noted in the HPI**

## Physical Exam

Patient is a 61-year-old female.

CONSTITUTIONAL: Patient is well nourished, well developed, and in no acute distress.
NEUROLOGIC: Patient is oriented to person, place, and time.
MUSCULOSKELETAL - GAIT: Patient has a nonantalgic, heel to toe, reciprocating gait.

**LIN000182**

**PIFER, REBECCA (id #425618, dob: ████1960)**

MUSCULOSKELETAL - Neck: Range of motion: Forward flexion - normal; Extension - normal; Right Rotation - normal; Left Rotation - normal; Right flexion - normal; Left flexion - normal.
MUSCULOSKELETAL - RIGHT SHOULDER: Evaluation of the shoulder reveals no visible deformity, erythema, or effusion with no skin abnormalities noted to the extremity.
Range of motion: Forward flexion - 80 with pain; External rotation at side - 40 with significant pain; Abduction - 45 with pain; External rotation - 80 with pain; Internal rotation - 40 with pain
Stability: 1+ anterior, 1+ posterior, 1 cm inferior
Tenderness to palpation: None
Special tests: Positive impingement.
Neurovascular: Sensation intact in the radial/ulnar/median nerve distribution. 2+ radial pulse.

## Procedure Documentation

**Injection Shoulder Sub-Acromial:**
 **OFFICE PROCEDURE: Shoulder Subacromial Bursa Injection**
 The patient was counseled about a right shoulder injection, including discussion of risks (including infection), contents of the injection, rationale for performing the injection, and expected benefits of the injection. The skin was prepped with ethyl alcohol swabs (three) and then a subacromial injection was performed by inserting the needle from the posterolateral corner of the acromion into the subacromial space. The injection consisted of 4 mL of 0.25% Marcaine solution, 4 mL of 1% Lidocaine solution, and 2 mL of Kenalog solution (40mg/mL). The patient tolerated the injection well, and there were no complications. The injection site was covered with a Band-Aid.

## Assessment / Plan

IMAGING:
MRI of right shoulder taken on 09/02/2021.
Review of the MRI radiologist's report and evaluation of the images themselves reveals severe glenohumeral arthritis with chronically torn and worn labrum. Remodeling of the articular surfaces. Complex effusion. Partial-thickness 7mm interstitial and bursal surface supraspinatus tendon tear, but no full-thickness tear. There is AC arthropathy. She has a chronically torn biceps.


IMPRESSION:
Right shoulder partial-thickness rotator cuff tear in the setting of underlying osteoarthritis and Ehlers-Danlos syndrome.
PLAN:
I discussed MRI results with the patient. We discussed treatment options. We discussed cortisone injections, which the patient is amenable to and was performed today. She will follow-up as needed.

I, Darleen Hood, am acting as documentation specialist for William Silver, MD.

**1. Pain of right shoulder joint**
 M25.511: Pain in right shoulder
- PHYSICAL THERAPIST REFERRAL -    Schedule Within: provider's discretion    Note to Provider: Right shoulder- code m25511

 Visits per Week: 1-2x4-
 6


### Return to Office
- Minh Phuong Le, PT for Gym at 1-WPP PT/OT on 09/28/2021 at 10:45 AM
- Minh Phuong Le, PT for Gym at 1-WPP PT/OT on 10/04/2021 at 11:15 AM
- Minh Phuong Le, PT for Gym at 1-WPP PT/OT on 10/07/2021 at 10:45 AM
- Belhorn Linda, MD for Office Visit at 1-WPP Rheum on 02/16/2022 at 11:45 AM

## Encounter Sign-Off
Encounter signed-off by Silver William, MD, 09/14/2021.

Encounter performed and documented by Silver William, MD
Encounter reviewed & signed by Silver William, MD on 09/14/2021 at 11:31pm

**LIN000183**

**PIFER, REBECCA (id #425618, dob:** ▮▮▮▮ **1960)**



EmergeOrtho - Triangle
120 William Penn Plaza
DURHAM, NC 27704-2150
Phone: (919)220-5255, Fax: (866) 294-6283

Date: 10/28/2021

Dear Rebecca Pifer,

The following is a summary of your visit. If you have any questions, please contact our office.

Sincerely,

MICHAEL RANSONE, MD

**Patient Care Summary**

**History of Present Illness**

Patient is a very pleasant 61-year-old female with a history of Ehlers-Danlos syndrome here today for bilateral knee pain. She states that this has been going on since 2010 when she was found to have a partial ACL tear of the right knee. However both knees have become symptomatic. The right knee still is worse than the left. She had MRIs recently performed on 10/26/2021 and is here today a few days afterwards seeking interpretation of the MRIs as well as treatment recommendations. She states that her knees essentially hurt all over including medial lateral anterior and posterior aspects. It is throbbing. Its mostly activity related especially when going up and down stairs and walking. It is at least a 4 out of 10 associate with some instability stiffness swelling and clicking and popping. She is only able to walk about a half a mile or 5 minutes without significant pain. She does have to use a cane sometimes for longer walks. She takes the stairs one at a time. She takes occasional ibuprofen mostly Celebrex and some tramadol. She has not had any knee injections. She is not in any specific physical therapy or exercises for her lower extremities and she is never had any surgery on her knees.

Pertinent MHx: Ehlers-Danlos

Personal Fact(s): Patient has a 25-year-old daughter who is pursuing a masters degree in marine biology down to Miami, her 22-year-old son currently is living with her

Drug allergies: none
Metal sensitivities or allergies: none

**Assessment and Plan**

Assessment: 61-year-old female with Ehlers-Danlos syndrome and loose connective tissues at baseline with right ACL tear, chronic in nature, as well as posterior lateral right knee meniscus tear with mild to moderate arthritis of bilateral knees

Plan:
1) We discussed the above-mentioned assessment and reviewed the imaging in the office today
2) we discussed conservative nonsurgical management of their knee arthritis at length in the office today. This includes activity modification, ice, compression, use of assistive devices, weight loss/maintaining a healthy weight, oral anti-inflammatories, Tylenol, lower extremity exercises/physical therapy, and intra-articular injections. We also briefly discussed knee replacement surgery, but both that patient and I agree that they are not ready for that at this time, and we will continue to manage their arthritis symptoms without surgery until that is no longer effective. Today, the patient would like to proceed with conservative measures given that her severity of arthritis is not very significant. We did briefly discussed knee arthroscopy for meniscal surgery as well as ACL reconstruction but I would not recommend those procedures given the fact that the patient has multiple issues causing pain in any of the surgeries would not address her all of her pain generators. In addition she has Ehlers-Danlos syndrome and thus surgeries on her ligaments and soft tissue/connective tissues are more likely to be unsuccessful and she is aware of this.
3) bilateral knee injections were performed in the office today. A knee injection was performed in the office today -

**LIN000184**

please see procedure note. Patient is aware that they can repeat these no more frequently than every 3 months. They are also aware that if they ever choose to pursue knee replacement surgery that they will have to wait 3 months from the time of their injection to avoid an increase in infection risk.

4) patient will continue with her Celebrex that she already has. I provided her handout for Voltaren gel as well

5) patient will obtain an over-the-counter neoprene knee sleeve for both gentle support and swelling control

6) provide the patient with a physical therapy prescription for knee rehabilitation exercises. I do believe that she will respond well and that this is a good way for her to treat her pain and instability given the fact that she has loose soft tissues at baseline.

Patient expressed their understanding, and all questions were answered in the office today.

Follow-up Plan: Patient will follow up with me on as-needed basis. Happy to repeat injections no more than every 3 months and she is aware of this.

Michael P. Ransone, MD
Orthopaedic Surgeon - Hip and Knee Specialist
EmergeOrtho - Triangle Division

## 1. Bilateral osteoarthritis of knees
M17.0: Bilateral primary osteoarthritis of knee
- PHYSICAL THERAPIST REFERRAL -    Schedule Within: provider's discretion    Note to Provider: BILATERAL KNEE OA Evaluate & Treat: BILATERAL KNEE PAIN Visits per Week: 1-2
  Number of Weeks: 6

## Return to Office
- Belhorn Linda, MD for Office Visit at 1-WPP Rheum on 02/16/2022 at 11:45 AM

**Procedure Documentation**

None recorded

**Imaging Results**

None recorded

# Patient Care Summary for Rebecca Pifer

## Most Recent Encounter
10/28/2021 M chae P Ransone: 120 W am Penn P aza, Durham, NC 27704-2150, Ph. te :+1-919-2205255

## Reason for Visit
B atera knee prob em

**LIN000185**

## Assessment and Plan

The following list includes any diagnoses that were discussed at your visit.
Assessment Note

Assessment: 61-year-o d fema e w th Eh ers-Dan os syndrome and oose connect ve t ssues at base ne w th r ght ACL tear, chron c n nature, as we as poster or atera r ght knee men scus tear w th m d to moderate arthr t s of b atera knees

P an:
1) We d scussed the above-ment oned assessment and rev ewed the mag ng n the off ce today
2) we d scussed conservat ve nonsurg ca management of the r knee arthr t s at ength n the off ce today. Th s nc udes act v ty mod f cat on, ce, compress on, use of ass st ve dev ces, we ght oss/ma nta n ng a hea thy we ght, ora ant - nf ammator es, Ty eno , ower extrem ty exerc ses/phys ca therapy, and ntra-art cu ar nject ons. We a so br ef y d scussed knee rep acement surgery, but both that pat ent and I agree that they are not ready for that at th s t me, and we w cont nue to manage the r arthr t s symptoms w thout surgery unt that s no onger effect ve. Today, the pat ent wou d ke to proceed w th conservat ve measures g ven that her sever ty of arthr t s s not very s gn f cant. We d d br ef y d scussed knee arthroscopy for men sca surgery as we as ACL reconstruct on but I wou d not recommend those procedures g ven the fact that the pat ent has mu t p e ssues caus ng pa n n any of the surger es wou d not address her a of her pa n generators. In add t on she has Eh ers-Dan os syndrome and thus surger es on her gaments and soft t ssue/connect ve t ssues are more ke y to be unsuccessfu and she s aware of th s.
3) b atera knee nject ons were performed n the off ce today. A knee nject on was performed n the off ce today - p ease see procedure note. Pat ent s aware that they can repeat these no more frequent y than every 3 months. They are a so aware that f they ever choose to pursue knee rep acement surgery that they w have to wa t 3 months from the t me of the r nject on to avo d an ncrease n nfect on r sk.
4) pat ent w cont nue w th her Ce ebrex that she a ready has. I prov ded her handout for Vo taren ge as we
5) pat ent w obta n an over-the-counter neoprene knee s eeve for both gent e support and swe ng contro
6) prov de the pat ent w th a phys ca therapy prescr pt on for knee rehab tat on exerc ses. I do be eve that she w respond we and that th s s a good way for her to treat her pa n and nstab ty g ven the fact that she has oose soft t ssues at base ne.

Pat ent expressed the r understand ng, and a quest ons were answered n the off ce today.

Fo ow-up P an: Pat ent w fo ow up w th me on as-needed bas s. Happy to repeat nject ons no more than every 3 months and she s aware of th s.

M chae P. Ransone, MD
Orthopaed c Surgeon - H p and Knee Spec a st
EmergeOrtho - Tr ang e D v s on

1. B atera osteoarthr t s of knees
• phys ca therap st referra

Discussion Note: None recorded.

Patient educational handouts: No information available.

## Plan of Care

| Reminders | | | Provider |
|---|---|---|---|
| Appo ntments | Off ce V s t | 02/16/2022 11:45AM | L nda R. Be horn, MD |
| Lab | None recorded. | | |
| Referra | Phys ca Therap st Referra | 10/28/2021 | |
| Procedures | None recorded. | | |
| Surger es | None recorded. | | |
| Imag ng | None recorded. | | |

**LIN000186**

## Current Medications

Your medical record indicates you are on the following medicine. If this list is not consistent with the medications you are currently taking, or if you are taking additional over-the-counter medicines, please inform your provider.

| Name | Prescribed Date | Start Date |
|---|---|---|
| B Comp ex<br>qd | | |
| buprop on HC  XL 300 mg 24 hr tab et, extended re ease<br>TAKE 1 TABLET BY MOUTH EVERY MORNING | | |
| Ce ebrex 200 mg capsu e<br>Take 1 capsu e tw ce a day by ora  route. | | 08/16/2021 |
| estrad o  0.01% (0.1 mg/gram) vag na  cream | | |
| gabapent n 600 mg tab et<br>TAKE 1 TABLET BY MOUTH THREE TIMES DAILY | | |
| methocarbamo  500 mg tab et | | |
| tramado  50 mg tab et<br>TAKE ONE TABLET BY MOUTH EVERY 6 HOURS AS NEEDED | | |
| trazodone 100 mg tab et<br>TAKE 1 TABLET BY MOUTH AT BEDTIME | | |
| Vag fem 10 mcg vag na  tab et<br>INSERT 1 TABLET VAGINALLY THREE TIMES A WEEK | | |
| V tam n C 1,000 mg tab et<br>qd | | |

## Medications Administered

None recorded.

## Vitals

| Height | Weight | BMI | Pain Scale Type | Pain Scale |
|---|---|---|---|---|
| 5 ft 6 n | 136  bs | 22 kg/m2 | Numer c | 4 |

## Results
**Lab Results**

None recorded.

## Allergies

Please review your allergy list for accuracy. Contact your provider if this list needs to be updated.

| Code | Code System | Name | Reaction | Severity | Onset |
|---|---|---|---|---|---|
| NKDA | | | | | |

**LIN000187**

## Problems

| Name | Status | Onset Date | Source |
|---|---|---|---|
| Degenerat ve Jo nt D sease Invo v ng Mu t p e Jo nts | Act ve | | |
| Shou der Jo nt Pa n | Act ve | | |
| Shou der St ff | Act ve | | |
| Ca c f c Tend n t s of Shou der | Act ve | | |
| B c p ta Tenosynov t s | Act ve | | |
| Osteopen a | Act ve | | Encounter |
| Eh ers-Dan os Syndrome | Act ve | | Encounter |
| Fu Th ckness Rotator Cuff Tear | Act ve | | |

## Procedures

| Date | Name | Performed by |
|---|---|---|
| 10/01/2014 | Other | Informat on not ava ab e |
| 01/01/2013 | Bun onectomy<br>Notes: Repa r of r ght bun onectomy | Informat on not ava ab e |
| 01/01/2011 | Shou der Arthroscopy | Informat on not ava ab e |
| 01/01/2011 | Bun onectomy<br>Notes: Left | Informat on not ava ab e |
| 01/01/2011 | Bun onectomy<br>Notes: R ght | Informat on not ava ab e |
| 01/01/1981 | Appendectomy | Informat on not ava ab e |
| | Other<br>Notes: R ght shou der surgery | Informat on not ava ab e |

## Vaccine List

Here is a copy of your most up-to-date vaccination list.

| Vaccine Type |
|---|
| COVID- 19 PS Non-US Vacc ne (Ep VacCorona)<br>04/04/2021 |
| 04/25/2021 |
| nf uenza, njectab e, quadr va ent<br>10/01/2021 |
| Notes: F u Vacc ne 10/2020 |

## Tobacco Smoking Status

| Tobacco Smok ng Status | L ght Tobacco Smoker (1 pack per week) |
|---|---|

**LIN000188**

## Past Encounters

10/28/2021
B atera Osteoarthr t s of Knees
M chae P Ransone, MD: 120 W am Penn P aza, Durham, NC 27704-2150, Ph. (919)220-5255

10/15/2021
Neck Pa n; Pa n of Left Shou der Jo nt; Pa n of R ght Shou der Jo nt; Musc e Weakness
M nh Phuong Le, PT: 120 W am Penn P aza, Durham, NC 27704-2150, Ph. (919) 220-5255

10/04/2021
Neck Pa n; Pa n of Left Shou der Jo nt; Pa n of R ght Shou der Jo nt; Musc e Weakness
M nh Phuong Le, PT: 120 W am Penn P aza, Durham, NC 27704-2150, Ph. (919) 220-5255

09/28/2021
Neck Pa n; Pa n of Left Shou der Jo nt; Pa n of R ght Shou der Jo nt; Musc e Weakness
M nh Phuong Le, PT: 120 W am Penn P aza, Durham, NC 27704-2150, Ph. (919) 220-5255

## Demographics

| | | | |
|---|---|---|---|
| Sex: | Fema e | Ethn c ty: | Not H span c or Lat no |
| DOB: | █████ 1960 | Race: | Wh te |
| Preferred anguage: | Eng sh | Mar ta status: | D vorced |

Contact: 3811 Zen th P , Durham, NC 27705-2117, Ph. te :+1-919-5978606

## Care Team Members

Pr mary Care Prov der

John A Ka anos (Tr ang e Commun ty Phys c ans)    4309 Med ca Park Dr, Ste 200, Durham, NC 27704, Ph. te :+1-919-4714484

---

Note: Patients are solely responsible for maintaining the privacy and security of all information printed from the Patient Portal.

LIN000189

LIN000190

ATTACHMENT 1



## TRIANGLE COMMUNITY
PHYSICIANS, P.A.

4309 Medical Park Drive #200, Durham, NC 27704
Tel: (919) 471-4484 Fax: (919) 477-6131
Robert C. Pennington, MD     John A. Kallianos, MD     Kombiz P. Klein, DO

---

**Rebecca L. Pifer**                     **Patient #:** 11689E                     **DOB:** ████ 1960 (61 years)
**Female/Married/White/Undefined**
**Date of Encounter:**   02/11/2019 08:39 AM

---

### History of Present Illness
The patient is a 58 year old female who presents for a Recheck of Peripheral neuropathy. Note for "Peripheral neuropathy": Her symptoms have shown some interval worsening.

Additional reasons for visit:

Recheck of Arthralgias is described as the following:
Note for "Arthralgias": She is limited in her exercise capacity by her Ehlers-Danlos. She needs a form completed for her life Insurance re: her long term disability.

Recheck of Depression is described as the following:
Note for "Depression": She is seeing a therapist( Dr. Wertman). She has had difficulty with her lawyer who dropped her and has a large outstanding balance. She is going through the bar to reconsile her balanace.

Blurring of vision is described as the following:
Note for "Blurring of vision": She has new glasses, but her vision is blurry. She was seen last week by Dr. Rosenstein and she has papilledema. Her vision may be a little better this week. She is worried about possible MS.

### Past Medical History *(Tammy Ferrell MA; 02/08/2019 02:28 PM)*
**Neuropathy, idiopathic peripheral NOS (G60.9)** (03/13/2012)
**Ehlers-Danlos syndrome (Q79.60)** (03/13/2012)
**Depression (F32.9)** (01/28/2010)
**Varicosities of leg (I83.93)**

### Allergies *(Tammy Ferrell MA; 02/08/2019 02:28 PM)*
**No Known Drug Allergies** [ ] 06/23/2003

### Medication History *(Tammy Ferrell MA; 02/08/2019 02:28 PM)*
BuPROPion HCl ER (XL) (300MG Tablet ER 24HR, 1 (one) Tablet Oral every morning, Taken starting 10/02/2018) Active.
TraZODone HCl (50MG Tablet, 1 (one) Tablet Oral at bedtime, Taken starting 08/28/2018) Active. (DX: 311)
Gabapentin (600MG Tablet, 1 Tablet Oral three times daily, Taken 07/26/2018 to 01/21/2017) Active.
Estradiol-Norethindrone Acet (0.5-0.1MG Tablet, 1 Tablet Oral Every Day, Taken starting 02/10/2014) Active.
CELEBREX (200MG Capsule, 1 Twice Daily, Taken 03/13/2012 to 04/11/2012) Active.
Vitamin C ER (1000MG Tablet ER 1 Oral Daily) Active - Hx Entry.
Calcium 600 (1500MG Tablet 1 Oral Daily) Active - Hx Entry.
B Complex (1 Oral daily) Active - Hx Entry.

### Review of Systems
**General** Present- Fatigue.
**Respiratory** Present- Cough.
**Musculoskeletal** Present- Myalgia.
**Psychiatric** Present- Depression. Not Present- Anxiety, Change in Sleep Pattern and Mood changes.

### Vitals
02/11/2019 08:39 AM
**Weight:** 135 lb

**Pulse:** 79 (Regular)  **P. OX:** 98% (Room air)
**BP:** 134/80 Manual (Sitting, Left Arm, Standard)

**LIN000191**

## Physical Exam

The physical exam findings are as follows:

### General

**Mental Status** - Alert.
**General Appearance** - Well groomed.
**Orientation** - Oriented X3.

### Chest and Lung Exam

**Auscultation**
**Breath sounds - Bronchial -** Both Lung Fields.

### Cardiovascular

**Examination of related systems reveals** - well-developed, well-nourished and in no acute distress; alert and oriented x 3, eyes are clear, with no discharge, lesions or obvious infection of the conjunctivae or lids, normal thyroid size and consistency, no thyroid mass or tenderness, respiratory effort is quiet, even and easy with no use of accessory muscles, on auscultation of the lungs, normal breath sounds with no rales or rhonchi and no abdominal masses or tenderness; no hepatosplenomegaly.

## Assessment & Plan

**Ehlers-Danlos syndrome (Q79.60)** Onset: 03/13/2012
**Today's Impression:** slight interval worsening. She is still permanently disabled
Current Plans:

- Instructed to make follow-up appointment for office visit following completion of diagnostic tests

- Instructed to make appointment for follow-up office visit after appointment with specialist

**Depression (F32.9)** Onset: 01/28/2010
**Today's Impression:** Stressors with divorce and troubled second child
Current Plans:

**Papilledema (H47.10)**
Current Plans:

- MRI BRAIN W/DYE (70552) Routine ()
- Referral to Neurology

John A. Kallianos MD

**LIN000192**



## TRIANGLE COMMUNITY
### PHYSICIANS, P.A.

4309 Medical Park Drive #200, Durham, NC 27704
Tel: (919) 471-4484 Fax: (919) 477-6131
Robert C. Pennington, MD    John A. Kallianos, MD    Kombiz P. Klein, DO

| | | |
|---|---|---|
| **Rebecca L. Pifer** | **Patient #:** 11689E | **DOB:** ▮1960 (61 years) |
| **Female/Married/White/Undefined** | | |
| **Date of Encounter:** 05/15/2019 02:30 PM | | |

### History of Present Illness

The patient is a 58 year old female who presents today for a physical. Note for "Complete Physical - Female": She is going through mediation for her divorce.

Additional reasons for visit:

Recheck of Peripheral neuropathy is described as the following:
Note for "Peripheral neuropathy": Her symptoms have shown some interval worsening.

Recheck of Arthralgias is described as the following:
Note for "Arthralgias": She is limited in her exercise capacity by her Ehlers-Danlos. She needs a form completed for her life Insurance re: her long term disability.

Recheck of Depression is described as the following:
Note for "Depression": She is seeing a therapist( Dr. Wertman). She has had difficulty with her lawyer who dropped her and has a large outstanding balance. She is going through the bar to reconsile her balanace.

Recheck of Blurring of vision is described as the following:
Note for "Blurring of vision": Her recent MRI did not show MS.

**Past Medical History** *(Tammy Ferrell MA; 05/15/2019 02:31 PM)*
**Depression (F32.9)** (01/28/2010)
**Ehlers-Danlos syndrome (Q79.60)** (03/13/2012)
**Neuropathy, idiopathic peripheral NOS (G60.9)** (03/13/2012)
**Varicosities of leg (I83.93)**

**Past Surgical** *(Tammy Ferrell MA; 05/15/2019 02:31 PM)*
**None** (05/07/2018)

**Allergies** *(Tammy Ferrell MA; 05/15/2019 02:31 PM)*
**No Known Drug Allergies [ ]** 06/23/2003

**Medication History** *(Tammy Ferrell MA; 05/15/2019 02:31 PM)*
TraZODone HCl (50MG Tablet, 1 (one) Tablet Oral at bedtime, Taken starting 03/21/2019) Active. (DX: 311)
BuPROPion HCl ER (XL) (300MG Tablet ER 24HR, 1 (one) Tablet Tablet Oral every morning, Taken starting 10/02/2018) Active.
Gabapentin (600MG Tablet, 1 Tablet Tablet Oral three times daily, Taken 07/26/2018 to 01/21/2017) Active.
Estradiol-Norethindrone Acet (0.5-0.1MG Tablet 1 Tablet Tablet Oral Every Day, Taken starting 02/10/2014) Active - Hx Entry.
CELEBREX (200MG Capsule 1 Twice Daily, Taken 03/13/2012 to 04/11/2012) Active - Hx Entry.
Vitamin C ER (1000MG Tablet ER 1 Oral Daily) Active - Hx Entry.
Calcium 600 (1500MG Tablet 1 Oral Daily) Active - Hx Entry.
B Complex (1 Oral daily) Active - Hx Entry.

**LIN000193**

## Review of Systems

**General** Present- Feeling well. Not Present- Fatigue, Fever, Night Sweats, Weight Gain > 10lbs. and Weight Loss > 10lbs..
**Skin** Not Present- Change in Wart/Mole, Itching, New Lesions and Rash.
**HEENT** Not Present- Bleeding Gums, Frequent Colds, Headache, Hearing Loss, Hoarseness and Visual Disturbances.
**Neck** Not Present- Swollen Glands.
**Respiratory** Not Present- Cough and Difficulty Breathing.
**Breast** Not Present- Breast Mass, Breast Pain, Nipple Discharge and Skin Changes.
**Cardiovascular** Not Present- Chest Pain, Shortness of Breath and Swelling of Extremities.
**Gastrointestinal** Not Present- Abdominal Pain, Constipation, Diarrhea, Difficulty Swallowing and Rectal Bleeding.
**Female Genitourinary** Not Present- Frequency, Menstrual Irregularities, Painful Urination, Pelvic Pain, Urgency and Vaginal Discharge.
**Musculoskeletal** Present- Myalgia. Not Present- Calf Pain, Joint Pain and Muscle Cramps.
**Neurological** Not Present- Dizziness, Numbness and Weakness.
**Psychiatric** Present- Depression. Not Present- Anxiety, Change in Sleep Pattern and Mood changes.
**Endocrine** Not Present- Cold Intolerance, Excessive Thirst, Excessive Urination and Heat Intolerance.
**Hematology** Not Present- Easy Bruising, Enlarged Lymph Nodes and Prolonged Bleeding.

## Vitals

05/15/2019 02:32 PM
**Weight:** 130 lb **Height:** 65.25 in
**Body Surface Area:** 1.65 m² **Body Mass Index:** 21.47 kg/m²
**Pulse:** 65 (Regular) **P. OX:** 97% (Room air)
**BP:** 120/84 Manual (Sitting, Left Arm, Standard)

## Physical Exam

The physical exam findings are as follows:

### General
**Mental Status** - Alert.
**General Appearance** - Cooperative, Well groomed, Consistent with stated age, Not in acute distress.
**Posture** - Normal posture.
**Gait** - Normal.

### Integumentary
**General Characteristics**
**Overall examination of the patient's skin reveals** - no suspicious lesions, no bruises and no evidence of scars. **Color** - normal coloration of skin. **Skin Moisture** - normal skin moisture.

### Head and Neck
**Head** - normocephalic, atraumatic with no lesions or palpable masses.
**Neck**
**Global Assessment** - full range of motion and supple, no bruit auscultated on the right, no bruit auscultated on the left, non-tender, no lymphadenopathy, no palpable mass on the right, no palpable mass on the left, no nucchal rigidty.
**Thyroid**
**Gland Characteristics** - normal size and consistency, no palpable nodules, non-tender.

### Eye
**Vision** - Visual fields without obvious defect.
**Eyeball - Bilateral** - Normal.
**Pupil - Bilateral** - Normal.

### ENMT
**Global Assessment**
**Upon examination of the ears, nose, mouth and throat** - otoscopic exam reveals normal external auditory canals, with tympanic membranes clear and mobile, on external inspection of the nose, there are no scars, lesions or bony deformities, internal examination of the nose reveals midline septum and pink nasal mucosa with normal turbinates, nasopharynx is normal and without visible mass, examination of the oral cavity reveals normal lips, teeth, gums and oral mucosa, hard and soft palates, tongue, tonsils and posterior pharynx are moist and symmetric without lesions, pharyngeal walls and pyriform sinuses are normal with no pooling of saliva, asymmetry or lesions and Laryngeal mobility normal. True and false vocal cords, epiglottis without mass or lesions.

### Chest and Lung Exam
**Chest and lung exam reveals** - normal excursion with symmetric chest walls, quiet, even and easy respiratory effort with no use of accessory muscles and on auscultation, normal breath sounds, no adventitious sounds and normal vocal resonance.

### Cardiovascular
**Examination of related systems reveals** - well-developed, well-nourished and in no acute distress; alert and oriented x 3, eyes are clear, with no discharge, lesions or obvious infection of the conjunctivae or lids, normal thyroid size and consistency, no thyroid mass or tenderness, respiratory effort is quiet, even and easy with no use of accessory muscles, on auscultation of the lungs, normal breath sounds with no rales or rhonchi and no abdominal masses or tenderness; no hepatosplenomegaly.
**Cardiovascular examination reveals** - on palpation PMI is normal in location and amplitude, no palpable S3 or S4. Normal cardiac borders., normal heart sounds, regular rate and rhythm with no murmurs, carotid auscultation reveals no bruits, normal pedal pulses bilaterally and no digital clubbing, cyanosis, edema, increased warmth or tenderness.

### Abdomen
**Palpation/Percussion**
**Palpation and Percussion of the abdomen reveal** - Soft, Non Tender, No Rebound tenderness, No Rigidity (guarding), No Abnormal dullness to percussion and No hepatosplenomegaly.

**LIN000194**

**Neurologic**
**Cranial Nerves** - Normal Bilaterally.
**Sensory** - Normal.
**Motor**
**Bulk and Contour** - Normal. **Tone** - Normal. **Strength - 5/5 normal muscle strength** - All Muscles.
**Coordination** - Normal.

**Neuropsychiatric**
**Mental status exam performed with findings of** - Oriented X3 with appropriate mood and affect, able to articulate well with normal speech/language, rate, volume and coherence, thought content normal with ability to perform basic computations and apply abstract reasoning and demonstrates appropriate judgment and insight.

**Lymphatic**
**General Lymphatics**
**Description** - No Generalized lymphadenopathy.

### Assessment & Plan

### Annual physical exam (Z00.00)
Current Plans:
- CBC, PLATELETS & AUT DIFF (85025) Routine ()
- METABOLIC PANEL, BASIC (80048) Routine ()
- HEPATIC FUNCTION PANEL (80076) Routine ()
- URINALYSIS W MICROSCOPY (81000) Routine ()
- LIPID PANEL (80061) Routine ()
- COLLECT VENOUS BLOOD, VENIPUNCTURE (36415) Routine ()
- Patient instructed to return in 1 year.

**Depression (F32.9)** Onset: 01/28/2010
**Today's Impression:** Stressors with divorce and troubled second child
Current Plans:

### Breast cancer screening (Z12.39)
Current Plans:
- MAMMOGRAM BREAST BILATERAL SCREENING DIGITAL (77067) Routine ()

### Colon cancer screening (Z12.11)
**Today's Impression:** UTD with colonoscopy
Current Plans:

### Body mass index (BMI) 21.0-21.9, adult (Z68.21)
Current Plans:

*[signature]* MD

John A. Kallianos MD

**LIN000195**



### TRIANGLE COMMUNITY
PHYSICIANS, P.A.

4309 Medical Park Drive #200, Durham, NC 27704
Tel: (919) 471-4484 Fax: (919) 477-6131
Robert C. Pennington, MD    John A. Kallianos, MD    Kombiz P. Klein, DO

| | | |
|---|---|---|
| **Rebecca L. Pifer** | **Patient #:** 11689E | **DOB:** ▇ 1960 (61 years) |

**Female/Married/White/Undefined**
**Date of Encounter:** 03/12/2021 11:15 AM

### History of Present Illness
The patient is a 60 year old female who presents today for a physical. Note for "Complete Physical - Female": She is having more fatigue from her Ehlers-Danlos. She is being followed by Dr.Belhorn. She is walking with a cane.

Additional reasons for visit:

Depression is described as the following:
Note for "Depression": She is seeing a therapist( Dr. Wertman). She has had difficulty with her lawyer who dropped her and has a large outstanding balance. She is going through the bar to reconsile her balanace.

**Past Medical History** *(Lauren Wilkins CMA; 03/10/2021 11:25 AM)*
**Annual physical exam (Z00.00)**
**Varicosities of leg (I83.93)**
**Papilledema (H47.10)**
**Body mass index (BMI) 21.0-21.9, adult (Z68.21)**
**Breast cancer screening (Z12.39)**
**Colon cancer screening (Z12.11)**
**Cervicalgia (M54.2)** (11/07/2003)
**Symptom, palpitations (R00.2)** (08/11/2006)
**Symptom, pain, chest NOS (R07.9)** (08/11/2006)
**Wound open, head NEC w/o complication (S01.90XA)** (04/28/2009)
**Depression (F32.9)** (01/28/2010)
**Herpes zoster, uncomplicated (B02.9)** (12/22/2010)
**Neuropathy, idiopathic peripheral NOS (G60.9)** (03/13/2012)
**Ehlers-Danlos syndrome (Q79.60)** (03/13/2012)
**Osteoarthrosis, shoulder region (M19.019)** (03/13/2012)

**Past Surgical** *(Lauren Wilkins CMA; 03/10/2021 11:25 AM)*
**None** (05/07/2018)

**Health Maintenance** *(Lauren Wilkins CMA; 03/10/2021 11:25 AM)*
**COLONOSCOPY IN ADULT (45378)** (11/09/2018): Results: ; tics, 10 yr
**Mammogram, Screening** (03/06/2020): Results: , Normal
**Annual Eye Exam** (07/14/2020)

**Allergies** *(Lauren Wilkins CMA; 03/10/2021 11:25 AM)*
**No Known Drug Allergies [ ]** 06/23/2003

**Medication History** *(Lauren Wilkins CMA; 03/10/2021 11:25 AM)*
traZODone HCl (100MG Tablet 1 (one) Oral at bedtime, Taken starting 09/10/2020) Active - Hx Entry. (DX: 311)
CELEBREX (200MG Capsule 1 Twice Daily, Taken 03/13/2012 to 04/11/2012) Active - Hx Entry.
Gabapentin (600MG Tablet 1 Oral three times daily, Taken 10/27/2020 to 01/21/2017) Active - Hx Entry.
Estradiol-Norethindrone Acet (0.5-0.1MG Tablet 1 Tablet Tablet Oral Every Day, Taken starting 02/10/2014) Active - Hx Entry.
buPROPion HCl ER (XL) (300MG Tablet ER 24HR 1 (one) Oral every morning, Taken starting 11/30/2020) Active - Hx Entry.
Vitamin C ER (1000MG Tablet ER 1 Oral Daily) Active - Hx Entry.
Calcium 600 (1500MG Tablet 1 Oral Daily) Active - Hx Entry.
B Complex (1 Oral daily) Active - Hx Entry.

**LIN000196**

## Review of Systems

**General** Present- Feeling well. Not Present- Fatigue, Fever, Night Sweats, Weight Gain > 10lbs. and Weight Loss > 10lbs..
**Skin** Not Present- Change in Wart/Mole, Itching, New Lesions and Rash.
**HEENT** Not Present- Bleeding Gums, Frequent Colds, Headache, Hearing Loss, Hoarseness and Visual Disturbances.
**Neck** Not Present- Swollen Glands.
**Respiratory** Not Present- Cough and Difficulty Breathing.
**Breast** Not Present- Breast Mass, Breast Pain, Nipple Discharge and Skin Changes.
**Cardiovascular** Not Present- Chest Pain, Shortness of Breath and Swelling of Extremities.
**Gastrointestinal** Not Present- Abdominal Pain, Constipation, Diarrhea, Difficulty Swallowing and Rectal Bleeding.
**Female Genitourinary** Not Present- Frequency, Menstrual Irregularities, Painful Urination, Pelvic Pain, Urgency and Vaginal Discharge.
**Musculoskeletal** Present- Myalgia. Not Present- Calf Pain, Joint Pain and Muscle Cramps.
**Neurological** Not Present- Dizziness, Numbness and Weakness.
**Psychiatric** Present- Depression. Not Present- Anxiety, Change in Sleep Pattern and Mood changes.
**Endocrine** Not Present- Cold Intolerance, Excessive Thirst, Excessive Urination and Heat Intolerance.
**Hematology** Not Present- Easy Bruising, Enlarged Lymph Nodes and Prolonged Bleeding.

## Vitals
03/12/2021 11:26 AM
**Weight:** 132 lb **Height:** 66 in
**Body Surface Area:** 1.68 m² **Body Mass Index:** 21.31 kg/m²
**Temp.:** 97.1 ºF (Infrared) **Pulse:** 90 (Regular) **P. OX:** 98% (Room air)
**BP:** 138/88 Manual (Sitting, Left Arm, Standard)

## Physical Exam
The physical exam findings are as follows:

### General
**Mental Status** - Alert.
**General Appearance** - Cooperative, Well groomed, Consistent with stated age, Not in acute distress.
**Posture** - Normal posture.
**Gait** - Normal.

### Integumentary
**General Characteristics**
**Overall examination of the patient's skin reveals** - no suspicious lesions, no bruises and no evidence of scars. **Color** - normal coloration of skin. **Skin Moisture** - normal skin moisture.

### Head and Neck
**Head** - normocephalic, atraumatic with no lesions or palpable masses.
**Neck**
**Global Assessment** - full range of motion and supple, no bruit auscultated on the right, no bruit auscultated on the left, non-tender, no lymphadenopathy, no palpable mass on the right, no palpable mass on the left, no nucchal rigidty.
**Thyroid**
**Gland Characteristics** - normal size and consistency, no palpable nodules, non-tender.

### Eye
**Vision** - Visual fields without obvious defect.
**Eyeball - Bilateral** - Normal.
**Pupil - Bilateral** - Normal.

### ENMT
**Global Assessment**
**Upon examination of the ears, nose, mouth and throat** - otoscopic exam reveals normal external auditory canals, with tympanic membranes clear and mobile, on external inspection of the nose, there are no scars, lesions or bony deformities, internal examination of the nose reveals midline septum and pink nasal mucosa with normal turbinates, nasopharynx is normal and without visible mass, examination of the oral cavity reveals normal lips, teeth, gums and oral mucosa, hard and soft palates, tongue, tonsils and posterior pharynx are moist and symmetric without lesions, pharyngeal walls and pyriform sinuses are normal with no pooling of saliva, asymmetry or lesions and Laryngeal mobility normal. True and false vocal cords, epiglottis without mass or lesions.

### Chest and Lung Exam
**Chest and lung exam reveals** - normal excursion with symmetric chest walls, quiet, even and easy respiratory effort with no use of accessory muscles and on auscultation, normal breath sounds, no adventitious sounds and normal vocal resonance.

### Cardiovascular
**Examination of related systems reveals** - well-developed, well-nourished and in no acute distress; alert and oriented x 3, eyes are clear, with no discharge, lesions or obvious infection of the conjunctivae or lids, normal thyroid size and consistency, no thyroid mass or tenderness, respiratory effort is quiet, even and easy with no use of accessory muscles, on auscultation of the lungs, normal breath sounds with no rales or rhonchi and no abdominal masses or tenderness; no hepatosplenomegaly.
**Cardiovascular examination reveals** - on palpation PMI is normal in location and amplitude, no palpable S3 or S4. Normal cardiac borders., normal heart sounds, regular rate and rhythm with no murmurs, carotid auscultation reveals no bruits, normal pedal pulses bilaterally and no digital clubbing, cyanosis, edema, increased warmth or tenderness.

### Abdomen
**Palpation/Percussion**
**Palpation and Percussion of the abdomen reveal** - Soft, Non Tender, No Rebound tenderness, No Rigidity (guarding), No Abnormal dullness to percussion and No hepatosplenomegaly.

**LIN000197**

**Neurologic**
**Cranial Nerves** - Normal Bilaterally.
**Sensory** - Normal.
**Motor**
**Bulk and Contour** - Normal. **Tone** - Normal. **Strength** - **5/5 normal muscle strength** - All Muscles.
**Coordination** - Normal.

**Neuropsychiatric**
**Mental status exam performed with findings of** - Oriented X3 with appropriate mood and affect, able to articulate well with normal speech/language, rate, volume and coherence, thought content normal with ability to perform basic computations and apply abstract reasoning and demonstrates appropriate judgment and insight.

**Lymphatic**
**General Lymphatics**
**Description** - No Generalized lymphadenopathy.

**Assessment & Plan**

**Annual physical exam (Z00.00)**
Current Plans:
- CBC, PLATELETS & AUT DIFF (85025) Routine (LabCorp#005009)
- METABOLIC PANEL, BASIC (80048) Routine (LabCorp#322758)
- URINALYSIS, AUTOMATED W/ MICRO--ROUTINE (81001) Routine (LabCorp# 377036)
- HEPATIC FUNCTION PANEL (80076) Routine (LabCorp# 0322755)
- LIPID PANEL (80061) Routine (LabCorp# 330731)
- TSH + FT4 (84439, 84443) Routine (LabCorp# 224576)
- Follow up in 1 year for a fasting complete physical exam with advanced labs

**Body mass index (BMI) 21.0-21.9, adult (Z68.21)**
Current Plans:

**Ehlers-Danlos syndrome (Q79.60)** Onset: 03/13/2012
**Today's Impression:** slight interval worsening. She is still permanently disabled
Current Plans:

**Colon cancer screening (Z12.11)**
**Today's Impression:** UTD with colonoscopy
Current Plans:
- FECAL OCCULT HGB ASSAY, QUAL, 1-3 SIMULTANEOUS DETERMINATIONS (82274) Routine (LabCorp# 182949)

**Need for hepatitis C screening test (Z11.59)**
Current Plans:
- HEPATITIS C ANTIBODY (86803) Routine ()

**Depression, major, recurrent (F33.9)**
**Today's Impression:** On Trazadone and Wellbutrin
Current Plans:

*[signature]* MD

John A. Kallianos MD

LIN000198



**TRIANGLE COMMUNITY**
PHYSICIANS, P.A.

4309 Medical Park Drive #200, Durham, NC 27704
Tel: (919) 471-4484 Fax: (919) 477-6131
Robert C. Pennington, MD     John A. Kallianos, MD     Kombiz P. Klein, DO

---

**Rebecca L. Pifer**                 **Patient #:** 11689E                 **DOB:** ▮▮▮ 1960 (61 years)
**Female/Married/White/Undefined**
**Date of Encounter:**   05/25/2021 11:30 AM

---

## History of Present Illness

The patient is a 60 year old female presents with symptoms from a motor vehicle accident.The onset of the motor vehicle accident has been sudden and has been occurring in a persistent pattern for 6 days. The course has been constant. The motor vehicle accident is described as moderate. Note for "Motor vehicle accident": Restrained driver in vehicle that was rear-ended at slow speed while driving on to exit ramp. Self-extricated and no air bag deployment to either car, patient's car with minor damage and remains drivable. c/o neck stiffness and right shoulder pain. Also reports baseline right arm paresthesia worse than normal. Denies head injury.

**Past Medical History** *(Lauren Wilkins CMA; 05/25/2021 09:17 AM)*
**Body mass index (BMI) 21.0-21.9, adult (Z68.21)**
**Colon cancer screening (Z12.11)**
**Annual physical exam (Z00.00)**
**Papilledema (H47.10)**
**Varicosities of leg (I83.93)**
**Depression, major, recurrent (F33.9)**
**Cervicalgia (M54.2)** (11/07/2003)
**Depression (F32.9)** (01/28/2010)
**Herpes zoster, uncomplicated (B02.9)** (12/22/2010)
**Ehlers-Danlos syndrome (Q79.60)** (03/13/2012)
**Osteoarthrosis, shoulder region (M19.019)** (03/13/2012)
**Neuropathy, idiopathic peripheral NOS (G60.9)** (03/13/2012)

**Past Surgical** *(Lauren Wilkins CMA; 05/25/2021 09:17 AM)*
**None** (05/07/2018)

**Health Maintenance** *(Lauren Wilkins CMA; 05/25/2021 09:17 AM)*
**COLONOSCOPY IN ADULT (45378)** (11/09/2018): Results: ; tics, 10 yr
**Mammogram, Screening** (03/06/2020): Results: , Normal
**Hepatitis C screening (Z11.59)** (03/12/2021): Results: , Normal
**Annual Eye Exam** (07/14/2020)

**Allergies** *(Lauren Wilkins CMA; 05/25/2021 09:17 AM)*
**No Known Drug Allergies [ ]** 06/23/2003

**Medication History** *(Lauren Wilkins CMA; 05/25/2021 09:17 AM)*
traZODone HCl (100MG Tablet 1 (one) Oral at bedtime, Taken starting 03/12/2021) Active - Hx Entry. (DX: 311)
CELEBREX (200MG Capsule, 1 Twice Daily, Taken 03/13/2012 to 04/11/2012) Active.
Gabapentin (600MG Tablet 1 Oral three times daily, Taken 10/27/2020 to 01/21/2017) Active - Hx Entry.
Estradiol-Norethindrone Acet (0.5-0.1MG Tablet 1 Tablet Tablet Oral Every Day, Taken starting 02/10/2014) Active - Hx Entry.
buPROPion HCl ER (XL) (300MG Tablet ER 24HR 1 (one) Oral every morning, Taken starting 11/30/2020) Active - Hx Entry.
Vitamin C ER (1000MG Tablet ER 1 Oral Daily) Active - Hx Entry.
Calcium 600 (1500MG Tablet 1 Oral Daily) Active - Hx Entry.
B Complex (1 Oral daily) Active - Hx Entry.

**LIN000199**

## Review of Systems

**General** Present- Feeling well and See HPI. Not Present- Fatigue, Fever, Night Sweats, Weight Gain > 10lbs. and Weight Loss > 10lbs..
**Skin** Not Present- Bruising, Change in Wart/Mole, Itching, New Lesions and Rash.
**HEENT** Not Present- Bleeding Gums, Frequent Colds, Headache, Hearing Loss, Hoarseness and Visual Disturbances.
**Neck** Present- Neck Stiffness. Not Present- Neck Swelling and Swollen Glands.
**Respiratory** Not Present- Cough, Difficulty Breathing and Dyspnea.
**Breast** Not Present- Breast Mass, Breast Pain, Nipple Discharge and Skin Changes.
**Cardiovascular** Not Present- Chest Pain, Shortness of Breath and Swelling of Extremities.
**Gastrointestinal** Not Present- Abdominal Pain, Constipation, Diarrhea, Difficulty Swallowing and Rectal Bleeding.
**Female Genitourinary** Not Present- Frequency, Menstrual Irregularities, Painful Urination, Pelvic Pain, Urgency and Vaginal Discharge.
**Musculoskeletal** Present- Decreased Range of Motion (Decreased rotational ROM at neck.), Joint Pain (Right shoulder pain, worse than normal.) and Myalgia. Not Present- Calf Pain and Muscle Cramps.
**Neurological** Present- Tingling (Right arm paresthesia, mildly worse than that present at baseline.). Not Present- Dizziness, Focal Neurological Symptoms, Numbness and Weakness.
**Psychiatric** Present- Depression. Not Present- Anxiety, Change in Sleep Pattern and Mood changes.
**Endocrine** Not Present- Cold Intolerance, Excessive Thirst, Excessive Urination and Heat Intolerance.
**Hematology** Not Present- Easy Bruising, Enlarged Lymph Nodes and Prolonged Bleeding.

## Vitals
05/25/2021 11:45 AM
**Weight:** 132 lb

**Temp.:** 97.2 ºF (Infrared)  **Pulse:** 81 (Regular)  **P. OX:** 100% (Room air)
**BP:** 132/78 Manual (Sitting, Left Arm, Standard)

## Physical Exam
The physical exam findings are as follows:

### General
**Mental Status** - Alert.
**General Appearance** - Cooperative, Well groomed, Consistent with stated age, Not in acute distress.
**Orientation** - Oriented X4.
**Posture** - Normal posture.
**Gait** - Normal.

### Integumentary
**Global Assessment**
**Upon inspection and palpation of skin surfaces of the** - Neck: no visible lesions or palpable masses, Back: normal skin surface, no evidence of photo damage, no suspicious lesions and Right upper extremity: no lesions or rashes. No evidence of photo damage.
**General Characteristics**
**Overall examination of the patient's skin reveals** - no suspicious lesions, no bruises and no evidence of scars. **Color** - normal coloration of skin. **Skin Moisture** - normal skin moisture.

### Head and Neck
**Head** - normocephalic, atraumatic with no lesions or palpable masses.
**Neck**
**Global Assessment** - supple, no bruit auscultated on the right, no bruit auscultated on the left, decreased range of motion (Difficulty with rotational ROM, worse on right side. Does report some of this to be baseline prior to mvc.) , non-tender (No point tenderness to neck on palpation and no deformities, edema noted. Reports stiffness to neck, worse with movement.) , no lymphadenopathy, no palpable mass on the right, no palpable mass on the left, no nucchal rigidty.
**Trachea** - midline.
**Thyroid**
**Gland Characteristics** - normal size and consistency, no palpable nodules, non-tender.

### Eye
**Vision** - Visual fields without obvious defect.
**Eyeball - Bilateral** - Normal.
**Pupil - Bilateral** - Normal.

### ENMT
**Global Assessment**
**Upon examination of the ears, nose, mouth and throat** - otoscopic exam reveals normal external auditory canals, with tympanic membranes clear and mobile, on external inspection of the nose, there are no scars, lesions or bony deformities, internal examination of the nose reveals midline septum and pink nasal mucosa with normal turbinates, nasopharynx is normal and without visible mass, examination of the oral cavity reveals normal lips, teeth, gums and oral mucosa, hard and soft palates, tongue, tonsils and posterior pharynx are moist and symmetric without lesions, pharyngeal walls and pyriform sinuses are normal with no pooling of saliva, asymmetry or lesions and Laryngeal mobility normal. True and false vocal cords, epiglottis without mass or lesions.

### Chest and Lung Exam
**Chest and lung exam reveals** - normal excursion with symmetric chest walls and quiet, even and easy respiratory effort with no use of accessory muscles.
**Auscultation**
**Breath sounds** - Normal and Clear.

### Cardiovascular
**Examination of related systems reveals** - well-developed, well-nourished and in no acute distress; alert and oriented x 3, eyes are clear, with no discharge, lesions or obvious infection of the conjunctivae or lids, normal thyroid size and consistency, no thyroid

**LIN000200**

mass or tenderness, respiratory effort is quiet, even and easy with no use of accessory muscles, on auscultation of the lungs, normal breath sounds with no rales or rhonchi and no abdominal masses or tenderness; no hepatosplenomegaly.
**Cardiovascular examination reveals** - on palpation PMI is normal in location and amplitude, no palpable S3 or S4. Normal cardiac borders., normal heart sounds, regular rate and rhythm with no murmurs, carotid auscultation reveals no bruits, normal pedal pulses bilaterally and no digital clubbing, cyanosis, edema, increased warmth or tenderness.

### Abdomen
**Palpation/Percussion**
**Palpation and Percussion of the abdomen reveal** - Soft, Non Tender, No Rebound tenderness, No Rigidity (guarding), No Abnormal dullness to percussion and No hepatosplenomegaly.

### Neurologic
**Neurologic evaluation reveals** - alert and oriented x 3 with no impairment of recent or remote memory, normal attention span and ability to concentrate and able to name objects and repeat phrases. Appropriate fund of knowledge .
**Cranial Nerves** - Normal Bilaterally.
**Sensory** - Normal.
**Motor** - Normal.
**Coordination** - Normal.

### Neuropsychiatric
**Mental status exam performed with findings of** - able to articulate well with normal speech/language, rate, volume and coherence, thought content normal with ability to perform basic computations and apply abstract reasoning and demonstrates appropriate judgment and insight.

### Lymphatic
**General Lymphatics**
**Description** - No Generalized lymphadenopathy.

### Assessment & Plan

### MVC (motor vehicle collision) (V87.7XXA)
**Today's Impression:** Probable neck and right shoulder muscle strain
Xrays of right shoulder and cervical spine ordered
started on methocarbamol for muscle spasm
Current Plans:
- MOST RECENT SBP 130-139 MM HG (3075F) Routine ()
- MOST RECENT DBP < 80 MM HG (3078F) Routine ()
- XR CERVICAL SPINE 3V (72040) Routine ()
- XR SHOULDER RT 3V (73030) Routine ()
- Started Methocarbamol 500 MG Oral Tablet, 1 (one) Tablet three times daily, as needed, #21, 1 day starting 05/25/2021, No Refill, Mail Order #21, 7 days, No Refill.
- Follow up in 1 week for office appointment


**Ehlers-Danlos syndrome (Q79.60)** Onset: 03/13/2012
**Today's Impression:** She is still permanently disabled. She will consult a disability attorney to appeal Lincoln recent denial of her disability
Current Plans:


*[signature]* John A. Kallianos, MD

John A. Kallianos MD

LIN000201



## TRIANGLE COMMUNITY
PHYSICIANS, P.A.

4309 Medical Park Drive #200, Durham, NC 27704
Tel: (919) 471-4484 Fax: (919) 477-6131

Robert C. Pennington, MD     John A. Kallianos, MD     Kombiz P. Klein, DO

**Rebecca L. Pifer**              **Patient #:** 11689E              **DOB:** ▮▮ 1960 (61 years)
**Female/Married/White/Undefined**
**Date of Encounter:** 06/02/2021 04:00 PM

### History of Present Illness

The patient is a 60 year old female presents with symptoms from a motor vehicle accident. The onset of the motor vehicle accident has been sudden and has been occurring in a persistent pattern for 6 days. The course has been constant. The motor vehicle accident is described as moderate. Note for "Motor vehicle accident": Restrained driver in vehicle that was rear-ended at slow speed while driving on to exit ramp. Self-extricated and no air bag deployment to either car, patient's car with minor damage and remains drivable. c/o neck stiffness and right shoulder pain. Also reports baseline right arm paresthesia worse than normal. Denies head injury.

6/2/21 Her neck still has mild spasm. She has developed some left arm dysesthesia since her last visit. There was mild anterolithesis noted on her C- spine x-ray.

**Past Medical History** *(Lauren Wilkins CMA; 06/01/2021 05:04 PM)*
**Colon cancer screening (Z12.11)**
**Depression, major, recurrent (F33.9)**
**Papilledema (H47.10)**
**Varicosities of leg (I83.93)**
**Body mass index (BMI) 21.0-21.9, adult (Z68.21)**
**MVC (motor vehicle collision) (V87.7XXA)**
**Annual physical exam (Z00.00)**
**Cervicalgia (M54.2)** (11/07/2003)
**Depression (F32.9)** (01/28/2010)
**Herpes zoster, uncomplicated (B02.9)** (12/22/2010)
**Ehlers-Danlos syndrome (Q79.60)** (03/13/2012)
**Neuropathy, idiopathic peripheral NOS (G60.9)** (03/13/2012)
**Osteoarthrosis, shoulder region (M19.019)** (03/13/2012)

**Past Surgical** *(Lauren Wilkins CMA; 06/01/2021 05:04 PM)*
**None** (05/07/2018)

**Health Maintenance** *(Lauren Wilkins CMA; 06/01/2021 05:04 PM)*
**COLONOSCOPY IN ADULT (45378)** (11/09/2018): Results: ; tics, 10 yr
**Mammogram, Screening** (03/09/2021): Results: , Normal
**Hepatitis C screening (Z11.59)** (03/12/2021): Results: , Normal
**Annual Eye Exam** (07/14/2020)

**Allergies** *(Lauren Wilkins CMA; 06/01/2021 05:04 PM)*
**No Known Drug Allergies []** 06/23/2003

**Medication History** *(Lauren Wilkins CMA; 06/01/2021 05:04 PM)*
traZODone HCl (100MG Tablet 1 (one) Oral at bedtime, Taken starting 03/12/2021 Active - Hx Entry. (DX: 311)
Gabapentin (600MG Tablet 1 Oral three times daily, Taken 10/27/2020 to 01/21/2017) Active - Hx Entry.
Estradiol-Norethindrone Acet (0.5-0.1MG Tablet, 1 Tablet Tablet Oral Every Day, Taken starting 02/10/2014) Active.
buPROPion HCl ER (XL) (300MG Tablet ER 24HR 1 (one) Oral every morning, Taken starting 11/30/2020) Active - Hx Entry.
Methocarbamol (500MG Tablet 1 (one) Oral three times daily, as needed, Taken starting 05/25/2021) Active - Hx Entry.
Vitamin C ER (1000MG Tablet ER 1 Oral Daily) Active - Hx Entry.
Calcium 600 (1500MG Tablet 1 Oral Daily) Active - Hx Entry.
B Complex (1 Oral daily) Active - Hx Entry.

**LIN000202**

## Review of Systems

**General** Present- Feeling well and See HPI. Not Present- Fatigue, Fever, Night Sweats, Weight Gain > 10lbs. and Weight Loss > 10lbs..

**Skin** Not Present- Bruising, Change in Wart/Mole, Itching, New Lesions and Rash.

**HEENT** Not Present- Bleeding Gums, Frequent Colds, Headache, Hearing Loss, Hoarseness and Visual Disturbances.

**Neck** Present- Neck Stiffness. Not Present- Neck Swelling and Swollen Glands.

**Respiratory** Not Present- Cough, Difficulty Breathing and Dyspnea.

**Breast** Not Present- Breast Mass, Breast Pain, Nipple Discharge and Skin Changes.

**Cardiovascular** Not Present- Chest Pain, Shortness of Breath and Swelling of Extremities.

**Gastrointestinal** Not Present- Abdominal Pain, Constipation, Diarrhea, Difficulty Swallowing and Rectal Bleeding.

**Female Genitourinary** Not Present- Frequency, Menstrual Irregularities, Painful Urination, Pelvic Pain, Urgency and Vaginal Discharge.

**Musculoskeletal** Present- Decreased Range of Motion (Decreased rotational ROM at neck.), Joint Pain (Right shoulder pain, worse than normal.) and Myalgia. Not Present- Calf Pain and Muscle Cramps.

**Neurological** Present- Tingling (Right arm paresthesia, mildly worse than that present at baseline.). Not Present- Dizziness, Focal Neurological Symptoms, Numbness and Weakness.

**Psychiatric** Present- Depression. Not Present- Anxiety, Change in Sleep Pattern and Mood changes.

**Endocrine** Not Present- Cold Intolerance, Excessive Thirst, Excessive Urination and Heat Intolerance.

**Hematology** Not Present- Easy Bruising, Enlarged Lymph Nodes and Prolonged Bleeding.


## Vitals

06/02/2021 04:07 PM
**Weight:** 136 lb

**Temp.:** 97.3 ºF (Infrared)  **Pulse:** 64 (Regular)  **P. OX:** 98% (Room air)
**BP:** 122/82 Manual (Sitting, Left Arm, Standard)


## Physical Exam

The physical exam findings are as follows:

### General
**Mental Status** - Alert.
**General Appearance** - Cooperative, Well groomed, Consistent with stated age, Not in acute distress.
**Orientation** - Oriented X4.
**Posture** - Normal posture.
**Gait** - Normal.

### Integumentary
**Global Assessment**
**Upon inspection and palpation of skin surfaces of the** - Neck: no visible lesions or palpable masses, Back: normal skin surface, no evidence of photo damage, no suspicious lesions and Right upper extremity: no lesions or rashes. No evidence of photo damage.
**General Characteristics**
**Overall examination of the patient's skin reveals** - no suspicious lesions, no bruises and no evidence of scars. **Color** - normal coloration of skin. **Skin Moisture** - normal skin moisture.

### Head and Neck
**Head** - normocephalic, atraumatic with no lesions or palpable masses.
**Neck**
**Global Assessment -** supple, no bruit auscultated on the right, no bruit auscultated on the left, decreased range of motion (Difficulty with rotational ROM, worse on right side. Does report some of this to be baseline prior to mvc.) , non-tender (No point tenderness to neck on palpation and no deformities, edema noted. Reports stiffness to neck, worse with movement.) , no lymphadenopathy, no palpable mass on the right, no palpable mass on the left, no nucchal rigidty.
**Trachea** - midline.
**Thyroid**
**Gland Characteristics** - normal size and consistency, no palpable nodules, non-tender.

### Eye
**Vision** - Visual fields without obvious defect.
**Eyeball - Bilateral** - Normal.
**Pupil - Bilateral** - Normal.

### ENMT
**Global Assessment**
**Upon examination of the ears, nose, mouth and throat -** otoscopic exam reveals normal external auditory canals, with tympanic membranes clear and mobile, on external inspection of the nose, there are no scars, lesions or bony deformities, internal examination of the nose reveals midline septum and pink nasal mucosa with normal turbinates, nasopharynx is normal and without visible mass, examination of the oral cavity reveals normal lips, teeth, gums and oral mucosa, hard and soft palates, tongue, tonsils and posterior pharynx are moist and symmetric without lesions, pharyngeal walls and pyriform sinuses are normal with no pooling of saliva, asymmetry or lesions and Laryngeal mobility normal. True and false vocal cords, epiglottis without mass or lesions.

### Chest and Lung Exam
**Chest and lung exam reveals** - normal excursion with symmetric chest walls and quiet, even and easy respiratory effort with no use of accessory muscles.
**Auscultation**
**Breath sounds -** Normal and Clear.

### Cardiovascular
**Examination of related systems reveals** - well-developed, well-nourished and in no acute distress; alert and oriented x 3, eyes are clear, with no discharge, lesions or obvious infection of the conjunctivae or lids, normal thyroid size and consistency, no thyroid

LIN000203

mass or tenderness, respiratory effort is quiet, even and easy with no use of accessory muscles, on auscultation of the lungs, normal breath sounds with no rales or rhonchi and no abdominal masses or tenderness; no hepatosplenomegaly.
**Cardiovascular examination reveals** - on palpation PMI is normal in location and amplitude, no palpable S3 or S4. Normal cardiac borders., normal heart sounds, regular rate and rhythm with no murmurs, carotid auscultation reveals no bruits, normal pedal pulses bilaterally and no digital clubbing, cyanosis, edema, increased warmth or tenderness.

### Abdomen
**Palpation/Percussion**
**Palpation and Percussion of the abdomen reveal** - Soft, Non Tender, No Rebound tenderness, No Rigidity (guarding), No Abnormal dullness to percussion and No hepatosplenomegaly.

### Neurologic
**Neurologic evaluation reveals** - alert and oriented x 3 with no impairment of recent or remote memory, normal attention span and ability to concentrate and able to name objects and repeat phrases. Appropriate fund of knowledge .
**Cranial Nerves** - Normal Bilaterally.
**Sensory** - Normal.
**Motor** - Normal.
**Coordination** - Normal.

### Neuropsychiatric
**Mental status exam performed with findings of** - able to articulate well with normal speech/language, rate, volume and coherence, thought content normal with ability to perform basic computations and apply abstract reasoning and demonstrates appropriate judgment and insight.

### Musculoskeletal
**Upper Extremity** - Note: Normal left arm strength. Mild decrease light touch in the left arm.

### Lymphatic
**General Lymphatics**
**Description** - No Generalized lymphadenopathy.

### Assessment & Plan

**Cervicalgia (M54.2)** Onset: 11/07/2003
**Today's Impression:** She has developed mild radiculopathy symptoms.
Current Plans:
- MRI (eg, proton), spinal canal and contents, cervical; w/o contrast material(72141)(ACR 8 )(DSN 80983218)(G-Code G1004(ME)) Routine (Clinical Indications: Cervical radiculopathy, no red flags )
- Follow up in 2 weeks or as needed

*[signature]* mD

John A. Kallianos MD

**LIN000204**



**TRIANGLE COMMUNITY**
PHYSICIANS, P.A.

4309 Medical Park Drive #200, Durham, NC 27704
Tel: (919) 471-4484 Fax: (919) 477-6131
Robert C. Pennington, MD    John A. Kallianos, MD    Kombiz P. Klein, DO

| Rebecca L. Pifer | **Patient #:** 11689E | **DOB:** ▮ 1960 (61 years) |
|---|---|---|

**Female/Married/White/Undefined**
**Date of Encounter:** 06/16/2021 03:45 PM

### History of Present Illness

The patient is a 60 year old female presents with symptoms from a motor vehicle accident.The onset of the motor vehicle accident has been sudden and has been occurring in a persistent pattern for 6 days. The course has been constant. The motor vehicle accident is described as moderate. Note for "Motor vehicle accident": Restrained driver in vehicle that was rear-ended at slow speed while driving on to exit ramp. Self-extricated and no air bag deployment to either car, patient's car with minor damage and remains drivable. c/o neck stiffness and right shoulder pain. Also reports baseline right arm paresthesia worse than normal. Denies head injury.

6/2/21 Her neck still has mild spasm.  She has developed some left arm dysesthesia since her last visit.  There was mild anterolithesis noted on her C- spine x-ray.

6/16/21  Her symptoms  are better if she is limiting in her activity. We  reviewed her MRI.

Additional reasons for visit:

Depression is described as the following:
Note for "Depression": She is seeing a therapist( Dr. Wertman).  She has had difficulty with her lawyer who dropped her and has a large outstanding balance.  She is going through the bar to reconsile her balanace.

**Past Medical History** *(Tracy Arnold LPN; 06/15/2021 02:33 PM)*
**Depression, major, recurrent (F33.9)**
**Colon cancer screening (Z12.11)**
**Varicosities of leg (I83.93)**
**Papilledema (H47.10)**
**Body mass index (BMI) 21.0-21.9, adult (Z68.21)**
**MVC (motor vehicle collision) (V87.7XXA)**
**Cervicalgia (M54.2)** (11/07/2003)
**Depression (F32.9)** (01/28/2010)
**Herpes zoster, uncomplicated (B02.9)** (12/22/2010)
**Neuropathy, idiopathic peripheral NOS (G60.9)** (03/13/2012)
**Osteoarthrosis, shoulder region (M19.019)** (03/13/2012)
**Ehlers-Danlos syndrome (Q79.60)** (03/13/2012)

**Past Surgical** *(Tracy Arnold LPN; 06/15/2021 02:33 PM)*
**None** (05/07/2018)

**Health Maintenance** *(Tracy Arnold LPN; 06/15/2021 02:33 PM)*
**COLONOSCOPY IN ADULT (45378)** (11/09/2018): Results: ; tics, 10 yr
**Mammogram, Screening** (03/06/2020): Results: , Normal
**Hepatitis C screening (Z11.59)** (03/12/2021): Results: , Normal
**Annual Eye Exam** (07/14/2020)

**Allergies** *(Tracy Arnold LPN; 06/15/2021 02:33 PM)*
**No Known Drug Allergies [1** 06/23/2003

**Other Problems** *(Tracy Arnold LPN; 06/15/2021 02:33 PM)*
**Annual physical exam (Z00.00)**
**Influenza vaccine 3yo to 64yo (Z23)**
**Breast cancer screening (Z12.39)**
**Bronchitis, acute (J20.9)** (05/14/2002)
**Sore throat, streptococcal (J02.0)** (03/13/2006)
**Symptom, palpitations (R00.2)** (08/11/2006)
**Symptom, pain, chest NOS (R07.9)** (08/11/2006)
**Pharyngitis, acute (J02.9)** (05/21/2007)
**Wound open, head NEC w/o complication (S01.90XA)** (04/28/2009)
**Sinusitis, acute NOS (J01.90)** (01/28/2010)

**LIN000205**

## Review of Systems

**General** Present- Feeling well and See HPI. Not Present- Fatigue, Fever, Night Sweats, Weight Gain > 10lbs. and Weight Loss > 10lbs..
**Skin** Not Present- Bruising, Change in Wart/Mole, Itching, New Lesions and Rash.
**HEENT** Not Present- Bleeding Gums, Frequent Colds, Headache, Hearing Loss, Hoarseness and Visual Disturbances.
**Neck** Present- Neck Stiffness. Not Present- Neck Swelling and Swollen Glands.
**Respiratory** Not Present- Cough, Difficulty Breathing and Dyspnea.
**Breast** Not Present- Breast Mass, Breast Pain, Nipple Discharge and Skin Changes.
**Cardiovascular** Not Present- Chest Pain, Shortness of Breath and Swelling of Extremities.
**Gastrointestinal** Not Present- Abdominal Pain, Constipation, Diarrhea, Difficulty Swallowing and Rectal Bleeding.
**Female Genitourinary** Not Present- Frequency, Menstrual Irregularities, Painful Urination, Pelvic Pain, Urgency and Vaginal Discharge.
**Musculoskeletal** Present- Decreased Range of Motion (Decreased rotational ROM at neck.), Joint Pain (Right shoulder pain, worse than normal.) and Myalgia. Not Present- Calf Pain and Muscle Cramps.
**Neurological** Present- Tingling (Right arm paresthesia, mildly worse than that present at baseline.). Not Present- Dizziness, Focal Neurological Symptoms, Numbness and Weakness.
**Psychiatric** Present- Depression. Not Present- Anxiety, Change in Sleep Pattern and Mood changes.
**Endocrine** Not Present- Cold Intolerance, Excessive Thirst, Excessive Urination and Heat Intolerance.
**Hematology** Not Present- Easy Bruising, Enlarged Lymph Nodes and Prolonged Bleeding.

## Vitals
06/16/2021 04:11 PM
**Weight:** 133 lb

**Temp.:** 97.2 ºF (Infrared) **Pulse:** 72 (Regular) **P. OX:** 98% (Room air)
**BP:** 138/72 Manual (Sitting, Left Arm, Standard)

## Physical Exam
The physical exam findings are as follows:

### General
**Mental Status** - Alert.
**General Appearance** - Cooperative, Well groomed, Consistent with stated age, Not in acute distress.
**Orientation** - Oriented X4.
**Posture** - Normal posture.
**Gait** - Normal.

### Integumentary
**Global Assessment**
**Upon inspection and palpation of skin surfaces of the** - Neck: no visible lesions or palpable masses, Back: normal skin surface, no evidence of photo damage, no suspicious lesions and Right upper extremity: no lesions or rashes. No evidence of photo damage.
**General Characteristics**
**Overall examination of the patient's skin reveals** - no suspicious lesions, no bruises and no evidence of scars. **Color** - normal coloration of skin. **Skin Moisture** - normal skin moisture.

### Head and Neck
**Head** - normocephalic, atraumatic with no lesions or palpable masses.
**Neck**
**Global Assessment** - supple, no bruit auscultated on the right, no bruit auscultated on the left, decreased range of motion (Difficulty with rotational ROM, worse on right side. Does report some of this to be baseline prior to mvc.) , non-tender (No point tenderness to neck on palpation and no deformities, edema noted. Reports stiffness to neck, worse with movement.) , no lymphadenopathy, no palpable mass on the right, no palpable mass on the left, no nucchal rigidty.
**Trachea** - midline.
**Thyroid**
**Gland Characteristics** - normal size and consistency, no palpable nodules, non-tender.

### Eye
**Vision** - Visual fields without obvious defect.
**Eyeball - Bilateral** - Normal.
**Pupil - Bilateral** - Normal.

### ENMT
**Global Assessment**
**Upon examination of the ears, nose, mouth and throat** - otoscopic exam reveals normal external auditory canals, with tympanic membranes clear and mobile, on external inspection of the nose, there are no scars, lesions or bony deformities, internal examination of the nose reveals midline septum and pink nasal mucosa with normal turbinates, nasopharynx is normal and without visible mass, examination of the oral cavity reveals normal lips, teeth, gums and oral mucosa, hard and soft palates, tongue, tonsils and posterior pharynx are moist and symmetric without lesions, pharyngeal walls and pyriform sinuses are normal with no pooling of saliva, asymmetry or lesions and Laryngeal mobility normal. True and false vocal cords, epiglottis without mass or lesions.

### Chest and Lung Exam
**Chest and lung exam reveals** - normal excursion with symmetric chest walls and quiet, even and easy respiratory effort with no use of accessory muscles.
**Auscultation**
**Breath sounds** - Normal and Clear.

### Cardiovascular
**Examination of related systems reveals** - well-developed, well-nourished and in no acute distress; alert and oriented x 3, eyes are clear, with no discharge, lesions or obvious infection of the conjunctivae or lids, normal thyroid size and consistency, no thyroid

**LIN000206**

mass or tenderness, respiratory effort is quiet, even and easy with no use of accessory muscles, on auscultation of the lungs, normal breath sounds with no rales or rhonchi and no abdominal masses or tenderness; no hepatosplenomegaly.
**Cardiovascular examination reveals** - on palpation PMI is normal in location and amplitude, no palpable S3 or S4. Normal cardiac borders., normal heart sounds, regular rate and rhythm with no murmurs, carotid auscultation reveals no bruits, normal pedal pulses bilaterally and no digital clubbing, cyanosis, edema, increased warmth or tenderness.

### Abdomen
**Palpation/Percussion**
**Palpation and Percussion of the abdomen reveal** - Soft, Non Tender, No Rebound tenderness, No Rigidity (guarding), No Abnormal dullness to percussion and No hepatosplenomegaly.

### Neurologic
**Neurologic evaluation reveals** - alert and oriented x 3 with no impairment of recent or remote memory, normal attention span and ability to concentrate and able to name objects and repeat phrases. Appropriate fund of knowledge .
**Cranial Nerves** - Normal Bilaterally.
**Sensory** - Normal.
**Motor** - Normal.
**Coordination** - Normal.

### Neuropsychiatric
**Mental status exam performed with findings of** - able to articulate well with normal speech/language, rate, volume and coherence, thought content normal with ability to perform basic computations and apply abstract reasoning and demonstrates appropriate judgment and insight.

### Musculoskeletal
**Upper Extremity** - Note: Normal left arm strength. Mild decrease light touch in the left arm.

### Lymphatic
**General Lymphatics**
**Description** - No Generalized lymphadenopathy.

### Assessment & Plan

**Cervicalgia (M54.2)** Onset: 11/07/2003
**Today's Impression:** Mild interval improvement. Will f/u in 3 weeks. Will proceed with PT
Current Plans:
- Patient instructed to return in 3 weeks.

*John A. Kallianos, MD*

John A. Kallianos MD

**LIN000207**



**TRIANGLE COMMUNITY**
PHYSICIANS, P.A.

4309 Medical Park Drive #200, Durham, NC 27704
Tel: (919) 471-4484 Fax: (919) 477-6131
Robert C. Pennington, MD    John A. Kallianos, MD    Kombiz P. Klein, DO

---

Rebecca L. Pifer                                    Patient #: 11689E                        DOB: ▮1960 (61 years)
Female/Married/White/Undefined
Date of Encounter: 08/13/2021 04:00 PM

---

### History of Present Illness

The patient is a 61 year old female who presents with depression. Note for "Depression": She is seeing a therapist( Dr. Wertman). She has had difficulty with her lawyer who dropped her and has a large outstanding balance. She is going through the bar to reconsile her balanace.

Additional reasons for visit:

Cervical pain is described as the following:
Note for "Cervical pain": She is starting her PT next week.

### Past Medical History *(Tracy Arnold LPN; 08/12/2021 11:32 AM)*
**Neuropathy, idiopathic peripheral NOS (G60.9)** (03/13/2012)
**Osteoarthrosis, shoulder region (M19.019)** (03/13/2012)
**Ehlers-Danlos syndrome (Q79.60)** (03/13/2012)
**Herpes zoster, uncomplicated (B02.9)** (12/22/2010)
**Depression (F32.9)** (01/28/2010)
**Cervicalgia (M54.2)** (11/07/2003)
**Depression, major, recurrent (F33.9)**
**Need for hepatitis C screening test (Z11.59)**
**Annual physical exam (Z00.00)**
**Varicosities of leg (I83.93)**
**Colon cancer screening (Z12.11)**
**Papilledema (H47.10)**
**MVC (motor vehicle collision) (V87.7XXA)**
**Body mass index (BMI) 21.0-21.9, adult (Z68.21)**

### Past Surgical *(Tracy Arnold LPN; 08/12/2021 11:32 AM)*
**None** (05/07/2018)

### Health Maintenance *(Tracy Arnold LPN; 08/12/2021 11:32 AM)*
**Annual Eye Exam** (07/14/2020)
**Hepatitis C screening (Z11.59)** (03/12/2021): Results: , Normal
**Mammogram, Screening** (03/09/2021): Results: , Normal
**COLONOSCOPY IN ADULT (45378)** (11/09/2018): Results: ; tics, 10 yr

### Immunization History *(Tracy Arnold LPN; 08/12/2021 11:32 AM)*
**Not up to date**

### Allergies *(Tracy Arnold LPN; 08/12/2021 11:32 AM)*
**No Known Drug Allergies [ ]** 06/23/2003

### Medication History *(Tracy Arnold LPN; 08/12/2021 11:32 AM)*
traZODone HCl (100MG Tablet 1 (one) Oral at bedtime, Taken starting 03/12/2021) Active - Hx Entry. (DX: 311)
Gabapentin (600MG Tablet, 1 Oral three times daily, Taken 10/27/2020 to 01/21/2017) Active.
Estradiol-Norethindrone Acet (0.5-0.1MG Tablet, 1 Tablet Tablet Oral Every Day, Taken starting 02/10/2014) Active.
buPROPion HCl ER (XL) (300MG Tablet ER 24HR, 1 (one) Oral every morning, Taken starting 11/30/2020) Active.
Methocarbamol (500MG Tablet, 1 (one) Oral three times daily, as needed, Taken starting 05/25/2021) Active.
Vitamin C ER (1000MG Tablet ER, 1 Oral Daily) Active.
Calcium 600 (1500MG Tablet, 1 Oral Daily) Active.
B Complex (1 Oral daily) Active.

**LIN000208**

## Review of Systems

**General** Present- Feeling well and See HPI. Not Present- Fatigue, Fever, Night Sweats, Weight Gain > 10lbs. and Weight Loss > 10lbs..
**Skin** Not Present- Bruising, Change in Wart/Mole, Itching, New Lesions and Rash.
**HEENT** Not Present- Bleeding Gums, Frequent Colds, Headache, Hearing Loss, Hoarseness and Visual Disturbances.
**Neck** Present- Neck Stiffness. Not Present- Neck Swelling and Swollen Glands.
**Respiratory** Not Present- Cough, Difficulty Breathing and Dyspnea.
**Breast** Not Present- Breast Mass, Breast Pain, Nipple Discharge and Skin Changes.
**Cardiovascular** Not Present- Chest Pain, Shortness of Breath and Swelling of Extremities.
**Gastrointestinal** Not Present- Abdominal Pain, Constipation, Diarrhea, Difficulty Swallowing and Rectal Bleeding.
**Female Genitourinary** Not Present- Frequency, Menstrual Irregularities, Painful Urination, Pelvic Pain, Urgency and Vaginal Discharge.
**Musculoskeletal** Present- Decreased Range of Motion (Decreased rotational ROM at neck.), Joint Pain (Right shoulder pain, worse than normal.) and Myalgia. Not Present- Calf Pain and Muscle Cramps.
**Neurological** Present- Tingling (Right arm paresthesia, mildly worse than that present at baseline.). Not Present- Dizziness, Focal Neurological Symptoms, Numbness and Weakness.
**Psychiatric** Present- Depression. Not Present- Anxiety, Change in Sleep Pattern and Mood changes.
**Endocrine** Not Present- Cold Intolerance, Excessive Thirst, Excessive Urination and Heat Intolerance.
**Hematology** Not Present- Easy Bruising, Enlarged Lymph Nodes and Prolonged Bleeding.


## Vitals

08/13/2021 03:58 PM
**Weight:** 134 lb

**Temp.:** 98 °F (Infrared)  **Pulse:** 88 (Regular)  **P. OX:** 99% (Room air)
**BP:** 136/84 Manual (Sitting, Left Arm, Standard)


## Physical Exam
The physical exam findings are as follows:

### General
**Mental Status** - Alert.
**General Appearance** - Cooperative, Well groomed, Consistent with stated age, Not in acute distress.
**Orientation** - Oriented X4.
**Posture** - Normal posture.
**Gait** - Normal.

### Integumentary
**Global Assessment**
**Upon inspection and palpation of skin surfaces of the** - Neck: no visible lesions or palpable masses, Back: normal skin surface, no evidence of photo damage, no suspicious lesions and Right upper extremity: no lesions or rashes. No evidence of photo damage.
**General Characteristics**
**Overall examination of the patient's skin reveals** - no suspicious lesions, no bruises and no evidence of scars. **Color** - normal coloration of skin. **Skin Moisture** - normal skin moisture.

### Head and Neck
**Head** - normocephalic, atraumatic with no lesions or palpable masses.
**Neck**
**Global Assessment** - supple, no bruit auscultated on the right, no bruit auscultated on the left, decreased range of motion (Difficulty with rotational ROM, worse on right side. Does report some of this to be baseline prior to mvc.) , non-tender (No point tenderness to neck on palpation and no deformities, edema noted. Reports stiffness to neck, worse with movement.) , no lymphadenopathy, no palpable mass on the right, no palpable mass on the left, no nucchal rigidty.
**Trachea** - midline.
**Thyroid**
**Gland Characteristics** - normal size and consistency, no palpable nodules, non-tender.

### Eye
**Vision** - Visual fields without obvious defect.
**Eyeball - Bilateral** - Normal.
**Pupil - Bilateral** - Normal.

### ENMT
**Global Assessment**
**Upon examination of the ears, nose, mouth and throat** - otoscopic exam reveals normal external auditory canals, with tympanic membranes clear and mobile, on external inspection of the nose, there are no scars, lesions or bony deformities, internal examination of the nose reveals midline septum and pink nasal mucosa with normal turbinates, nasopharynx is normal and without visible mass, examination of the oral cavity reveals normal lips, teeth, gums and oral mucosa, hard and soft palates, tongue, tonsils and posterior pharynx are moist and symmetric without lesions, pharyngeal walls and pyriform sinuses are normal with no pooling of saliva, asymmetry or lesions and Laryngeal mobility normal. True and false vocal cords, epiglottis without mass or lesions.

### Chest and Lung Exam
**Chest and lung exam reveals** - normal excursion with symmetric chest walls and quiet, even and easy respiratory effort with no use of accessory muscles.
**Auscultation**
**Breath sounds** - Normal and Clear.

### Cardiovascular
**Examination of related systems reveals** - well-developed, well-nourished and in no acute distress; alert and oriented x 3, eyes are clear, with no discharge, lesions or obvious infection of the conjunctivae or lids, normal thyroid size and consistency, no thyroid

**LIN000209**

mass or tenderness, respiratory effort is quiet, even and easy with no use of accessory muscles, on auscultation of the lungs, normal breath sounds with no rales or rhonchi and no abdominal masses or tenderness; no hepatosplenomegaly.
**Cardiovascular examination reveals** - on palpation PMI is normal in location and amplitude, no palpable S3 or S4. Normal cardiac borders., normal heart sounds, regular rate and rhythm with no murmurs, carotid auscultation reveals no bruits, normal pedal pulses bilaterally and no digital clubbing, cyanosis, edema, increased warmth or tenderness.

## Abdomen
**Palpation/Percussion**
**Palpation and Percussion of the abdomen reveal** - Soft, Non Tender, No Rebound tenderness, No Rigidity (guarding), No Abnormal dullness to percussion and No hepatosplenomegaly.

## Neurologic
**Neurologic evaluation reveals** - alert and oriented x 3 with no impairment of recent or remote memory, normal attention span and ability to concentrate and able to name objects and repeat phrases. Appropriate fund of knowledge .
**Cranial Nerves** - Normal Bilaterally.
**Sensory** - Normal.
**Motor** - Normal.
**Coordination** - Normal.

## Neuropsychiatric
**Mental status exam performed with findings of** - able to articulate well with normal speech/language, rate, volume and coherence, thought content normal with ability to perform basic computations and apply abstract reasoning and demonstrates appropriate judgment and insight.

## Musculoskeletal
**Upper Extremity** - Note: Normal left arm strength. Mild decrease light touch in the left arm.

## Lymphatic
**General Lymphatics**
**Description** - No Generalized lymphadenopathy.

## Assessment & Plan

**Cervicalgia (M54.2)** Onset: 11/07/2003
**Today's Impression:** Mild interval improvement. Will f/u in 3 weeks. Will proceed with PT
Current Plans:
- Referral to Physical Therapy

**Right shoulder pain (M25.511)**
Current Plans:
- Referral to Orthopedic Surgery

**Depression, major, recurrent (F33.9)**
**Today's Impression:** On Trazadone and Wellbutrin
Current Plans:

*[signature]* MD

John A. Kallianos MD

**LIN000210**



**North Carolina Diagnostic Imaging**
www.NCDiagnosticImaging.com

Durham Diagnostic Imaging Independence Park
4323 Ben Franklin Blvd.
Durham, NC 27704
P: (919) 471-4840  f: (919) 471-9345

PATIENT NAME:   Pifer, Rebecca L.
DOB:            ████ 1960
MRN:            12-1200287153
PHYSICIAN:      John Kallianos, MD
EXAM DATE:      05/25/2021

EXAM:           XR-C-Spine min 4 views

REASON FOR EXAM:   Pain, MVA on 05/19/21

ADDITIONAL HISTORY: Recent motor vehicle extent, neck pain and stiffness

PROCEDURE: Cervical spine - AP, odontoid, lateral and bilateral oblique

COMPARISONS: 03/24/2011.

FINDINGS:
There is no prevertebral soft tissue swelling identified. Reversal of the usual cervical curvature is present in the mid cervical spine, similar to previous. Newly demonstrated anterolisthesis of C2-C3 by approximately 2 mm is demonstrated. No other change in alignment is identified. Relationship of C7 to the first thoracic vertebral body is not fully visualized due to overlying shoulder densities. Intervertebral disc space narrowing at C5-6 and C6-7 with endplate osteophyte formation noted at these levels as well as C4-5. Intervertebral foraminal narrowing is present on the left at C4-5 through C6-7 and at this same levels on the right. Multilevel facet joint degenerative changes are also identified.

IMPRESSION:
1. No acute cervical spine fracture is identified. If there is further concern regarding cervical spine injury consider CT scan.
2. Approximately 2 mm anterolisthesis of C2 on C3, newly demonstrated from 03/24/2011.

Radiology

PAGE 1 of 2

**LIN000211**

PATIENT NAME: Pifer, Rebecca L.
DOB: ████ 1960
EXAM: XR-C-Spine min 4 views
EXAM DATE: 05/25/2021

3. Interval progression of multilevel degenerative changes.
4. Mild reversal of the usual cervical curvature, similar to previous.

Samuel N Bone, III, MD

| *** THIS IS AN ELECTRONICALLY VERIFIED REPORT *** |
|---|
| 5/25/2021 2:20 PM:   Samuel N Bone, III, MD |

SNB/snb
DD: 05/25/2021 02:16 pm
DT: 05/25/2021 02:20 pm
Accession #: 12-6922526

**Radiology**

PAGE 2 of 2



**North Carolina Diagnostic Imaging**
www.NCDiagnosticImaging.com

Durham Diagnostic Imaging Independence Park
4323 Ben Franklin Blvd.
Durham, NC 27704
P: (919) 471-4840 f: (919) 471-9345

| | |
|---|---|
| PATIENT NAME: | Pifer, Rebecca L. |
| DOB: | ████ 1960 |
| MRN: | 12-1200287153 |
| PHYSICIAN: | John Kallianos, MD |
| EXAM DATE: | 06/10/2021 |

**EXAM:**  MR-Cervical Spine without contrast

**REASON FOR EXAM:**  M54.12 - Radiculopathy, cervical region / left cervical radiculopathy s/p MVA

**INDICATION:** Left-sided cervical radiculopathy following MVA. History of elevated and left syndrome.

**TECHNIQUE:** 1.5 Tesla axial and sagittal images of the cervical spine were obtained using multiple pulse sequences.

**FINDINGS:**
Craniocervical Junction: No significant abnormality.

Vertebral column: No marrow abnormality of acute significance. Chronic multilevel cervical degenerative disc disease and chronic multilevel facet arthropathy are present. There is grade 1 degenerative anterolisthesis at C2-3. There is grade 1 retrolisthesis at C5-6. Reversal of the usual cervical lordosis.

Cervical Cord: No obvious intrinsic cervical cord abnormality.

C2-C3: No significant disc bulge or herniation. No canal or foraminal stenosis.

C3-C4: No significant disc bulge or herniation. No canal or foraminal stenosis.

C4-C5: Very mild disc bulge and endplate osteophytes without significant central canal stenosis. Mild bilateral uncovertebral joint osteophytes are present but foramina appear patent

C5-C6: Chronic degenerative disc space narrowing and circumferential disc bulge and endplate osteophytes are present. Posteriorly, these findings are slightly more prominent to the left of midline with effacement ventral subarachnoid space and subtle flattening of the ventral surface of the cord. The left foramen appears stenotic. Mild bony encroachment on the right foramen.

C6- C7: Borderline to mild central canal stenosis due to chronic circumferential disc bulge and endplate

**Radiology**

PAGE 1 of 2

**LIN000213**

**PATIENT NAME:** Pifer, Rebecca L.
**DOB:** ▮▮▮▮1960
**EXAM:** MR-Cervical Spine without contrast
**EXAM DATE:** 06/10/2021

osteophytes and ligamentum flavum laxity, but without obvious cord compression. To moderate bony encroachment on the foramina.

C7-T1: No significant disc bulge or herniation. No canal or foraminal stenosis.

**IMPRESSION:** Chronic multilevel cervical degenerative disc disease and facet arthropathy. There is narrowing of the central canal at C5-6 and C6-7 and variable degrees of bony encroachment on the foramina, likely most prominent on the left at C5-6. Details for each level are provided above.

James W Lester Jr, MD

```
*** THIS IS AN ELECTRONICALLY VERIFIED REPORT ***
6/10/2021 12:35 PM:   James W Lester Jr, MD
```

JWL/jwl
DD: 06/10/2021 12:17 pm
DT: 06/10/2021 12:35 pm
Accession #: 12-6927013

**Radiology**

PAGE 2 of 2

**LIN000214**



**North Carolina Diagnostic Imaging**
www.NCDiagnosticImaging.com

Durham Diagnostic Imaging Independence Park
4323 Ben Franklin Blvd
Durham, NC 27704
P: (919) 471-4840 f: (919) 471-9346

| | |
|---|---|
| **PATIENT NAME:** | Pifer, Rebecca L. |
| **DOB:** | ███ 1960 |
| **MRN:** | 12-1200287153 |
| **PHYSICIAN:** | John Kallianos, MD |
| **EXAM DATE:** | 05/25/2021 |

**EXAM:**          XR Right Shoulder, min 2 views

**REASON FOR EXAM:**   3 Views, Pain, MVA on 05/19/21

**ADDITIONAL HISTORY:** Right shoulder pain, recent motor vehicle accident.

**PROCEDURE:** Right shoulder series - 3 views

**COMPARISONS:** No previous radiographs available.

**FINDINGS:**
A screw related to previous surgery is demonstrated in the right humeral head. There is moderate to severe degenerative change in the glenohumeral joint, with osteophyte formation and articular surface sclerosis. There is no acute fracture or dislocation demonstrated. The acromioclavicular joint space is not widened. Limited visualization of the right hemithorax is grossly unremarkable.

**IMPRESSION:**
1. No acute abnormality identified.

Samuel N Bone, III, MD

| |
|---|
| *** THIS IS AN ELECTRONICALLY VERIFIED REPORT *** |
| 5/25/2021 2:16 PM:   Samuel N Bone, III, MD |

SNB/snb
DD: 05/25/2021 02:14 pm
DT: 05/25/2021 02:16 pm
Accession #: 12-6922525

Radiology

PAGE 1 of 1

LIN000215

**traZODone HCl 100 MG Oral Tablet, 1 (one) Tablet at bedtime, #30, starting 08/14/2021, Ref. x5, Mail Order #90, Ref. x4. Active.**
Local Order:
* Pharmacist Notes: DX: 311
Recorded 08/14/2021 11:50 AM by John A. Kallianos, MD, Refill Request.
* ePrescribed 8/14/2021 11:50 AM
  WALGREEN'S, GUESS/HORTON F#919-479-5670, 3793 GUESS RD, DURHAM, NC 277056910 (919) 479-5156

---

**Methocarbamol 500 MG Oral Tablet, 1 (one) Tablet three times daily, as needed, #21, 1 day starting 05/25/2021, No Refill, Mail Order #21, 7 days, No Refill. Active.**
Associated Diagnosis: MVC (motor vehicle collision) (V87.7XXA)
Recorded 06/01/2021 05:04 PM by Lauren Wilkins CMA, Office Visit.

---

**buPROPion HCl ER (XL) 300 MG Oral Tablet Extended Release 24 Hour, 1 (one) Tablet every morning, #30, starting 11/30/2020, Ref. x5. Active.**
Recorded 11/30/2020 01:45 PM by John A. Kallianos, MD, Refill Request.
* ePrescribed 11/30/2020 1:45 PM
  HARRIS TEETER NORTH POINTE SHOP 497, 1802 NORTH POINTE DR, DURHAM, NC 27705 (919) 220-6894

---

**Gabapentin 600 MG Oral Tablet, 1 Tablet three times daily, #90, starting 10/27/2020, Ref. x5. Active.**
Recorded 10/27/2020 07:30 AM by John A. Kallianos, MD, Refill Request.
* ePrescribed 10/27/2020 7:30 AM
  HARRIS TEETER NORTH POINTE SHOP 497, 1802 NORTH POINTE DR, DURHAM, NC 27705 (919) 220-6894

---

**Estradiol-Norethindrone Acet 0.5-0.1 MG Oral Tablet, 1 Tablet Tablet Tablet Every Day, #28, starting 02/10/2014, Ref. x12, Mail Order #90, Ref. x4. Active.**
Recorded 05/14/2019 04:53 PM by Tammy Ferrell MA, Office Visit.

---

**Vitamin C ER (1000MG Tablet ER, 1 Oral Daily) Active.**
Recorded 10/14/2021 12:47 PM by Tracy Arnold LPN, Office Visit.

---

**Calcium 600 (1500MG Tablet, 1 Oral Daily) Active.**
Recorded 10/14/2021 12:47 PM by Tracy Arnold LPN, Office Visit.

---

**B Complex (1 Oral daily) Active.**
Recorded 10/14/2021 12:47 PM by Tracy Arnold LPN, Office Visit.

---

Case 1:22-cv-00186-WO-JLW   Document 21-1   Filed 10/24/22   Page 216 of 763

# PROBLEM LIST/PAST MEDICAL History - Rebecca L. Pifer

**Ehlers-Danlos syndrome (Q79.60)** *Promoted*
Problem onset is 3/13/2012; significance set as ; acuity set as Undefined;
Impression: She is still permanently disabled. She will consult a disability attorney to appeal Lincoln recent denial of her disability
Recorded 10/15/2021 04:37 PM by John A Kallianos, MD, Office Visit.

**Neuropathy, idiopathic peripheral NOS (G60.9)** *Promoted*
Problem onset is 3/13/2012; acuity set as Undefined;
Recorded 10/14/2021 12:47 PM by Tracy Arnold LPN, Office Visit.

**Osteoarthrosis, shoulder region (M19.019)** *Promoted*
Problem onset is 3/13/2012; acuity set as Undefined;
Recorded 10/14/2021 12:47 PM by Tracy Arnold LPN, Office Visit.

**Herpes zoster, uncomplicated (B02.9)** *Promoted*
Problem onset is 12/22/2010; acuity set as Undefined;
Recorded 10/14/2021 12:47 PM by Tracy Arnold LPN, Office Visit.

**Depression (F32.A)** *Promoted*
Problem onset is 1/28/2010; acuity set as Undefined;
Impression: Stressors with divorce and troubled second child
Recorded 10/14/2021 12:47 PM by Tracy Arnold LPN, Office Visit.

**Cervicalgia (M54.2)** *Promoted*
Problem onset is 11/7/2003; acuity set as Undefined;
Impression: Mild interval improvement. Will f/u in 3 weeks. Will proceed with PT
Recorded 10/14/2021 12:47 PM by Tracy Arnold LPN, Office Visit.

**Bilateral knee pain (M25.561)** *Promoted*
Impression: May have cartilage issue in the left knee with some ACL instability in the right knee. Needs MRI of both knees
Recorded 10/18/2021 07:39 AM by John A Kallianos, MD, Office Visit.
- X-RAY EXAM OF KNEE, 1 OR 2 VIEWS (73560)
- Follow up - Make appt after diagnostic tests

**Colon cancer screening (Z12.11)** *Promoted*
Impression: UTD with colonoscopy
Recorded 10/14/2021 12:47 PM by Tracy Arnold LPN, Office Visit.

**Papilledema (H47.10)** *Promoted*
Recorded 10/14/2021 12:47 PM by Tracy Arnold LPN, Office Visit.

**Varicosities of leg (I83.93)** *Promoted*
Impression: worsening symptoms despite use of compression stockings. Recommend proceeding with surgical intervention
Recorded 10/14/2021 12:47 PM by Tracy Arnold LPN, Office Visit.

**Need for hepatitis C screening test (Z11.59)** *Promoted*
Recorded 10/14/2021 12:47 PM by Tracy Arnold LPN, Office Visit.

**Annual physical exam (Z00.00)** *Promoted*
Recorded 10/14/2021 12:47 PM by Tracy Arnold LPN, Office Visit.

**Right shoulder pain (M25.511)** *Promoted*
Recorded 10/14/2021 12:47 PM by Tracy Arnold LPN, Office Visit.

**Depression, major, recurrent (F33.9) <HCC59>** *Promoted*
Impression: On Trazadone and Wellbutrin
Recorded 10/14/2021 12:47 PM by Tracy Arnold LPN, Office Visit.

**MVC (motor vehicle collision) (V87.7XXA)** *Promoted*
Impression: Probable neck and right shoulder muscle strain Xrays of right shoulder and cervical spine ordered started on methocarbamol for muscle spasm
Recorded 10/14/2021 12:47 PM by Tracy Arnold LPN, Office Visit.

**Body mass index (BMI) 21.0-21.9, adult (Z68.21)** *Promoted*
Recorded 10/14/2021 12:47 PM by Tracy Arnold LPN, Office Visit.

Case 1:22-cv-00186-WO-JLW     Document 21-1     Filed 10/24/22     Page 217 of 763



## TRIANGLE COMMUNITY
### PHYSICIANS, P.A.

4309 Medical Park Drive #200, Durham, NC 27704
Tel: (919) 471-4484 Fax: (919) 477-6131
Robert C. Pennington, MD    John A. Kallianos, MD    Kombiz P. Klein, DO

---

**Rebecca L. Pifer**                **Patient #:** 11689E                **DOB:** ▆▆1960 (61 years)
**Female/Married/White/Undefined**
**Date of Encounter:**  10/15/2021 04:00 PM

---

### History of Present Illness
The patient is a 61 year old female who presents with knee pain. Note for "Knee pain": She is having bilateral knee pain.  There is crepitus as well as some joint swelling.  She feel like her left knee may buckle at times.

### Past Medical History *(Tracy Arnold LPN; 10/14/2021 12:47 PM)*
**Ehlers-Danlos syndrome (Q79.60)**  (03/13/2012)
**Osteoarthrosis, shoulder region (M19.019)**  (03/13/2012)
**Neuropathy, idiopathic peripheral NOS (G60.9)**  (03/13/2012)
**Herpes zoster, uncomplicated (B02.9)**  (12/22/2010)
**Depression (F32.A)**  (01/28/2010)
**Cervicalgia (M54.2)**  (11/07/2003)
**Body mass index (BMI) 21.0-21.9, adult (Z68.21)**
**MVC (motor vehicle collision) (V87.7XXA)**
**Depression, major, recurrent (F33.9)**
**Right shoulder pain (M25.511)**
**Annual physical exam (Z00.00)**
**Need for hepatitis C screening test (Z11.59)**
**Varicosities of leg (I83.93)**
**Papilledema (H47.10)**
**Colon cancer screening (Z12.11)**

### Past Surgical *(Tracy Arnold LPN; 10/14/2021 12:47 PM)*
**None** (05/07/2018)

### Health Maintenance *(Tracy Arnold LPN; 10/14/2021 12:47 PM)*
**COLONOSCOPY IN ADULT (45378)** (11/09/2018): Results: ; tics, 10 yr
**Mammogram, Screening** (03/09/2021): Results: , Normal
**Hepatitis C screening (Z11.59)** (03/12/2021): Results: , Normal
**Annual Eye Exam** (07/14/2020)

### Immunization History *(Tracy Arnold LPN; 10/14/2021 12:47 PM)*
**Not up to date**

### Allergies *(Tracy Arnold LPN; 10/14/2021 12:47 PM)*
**No Known Drug Allergies []** 06/23/2003

### Medication History *(Tracy Arnold LPN; 10/14/2021 12:47 PM)*
traZODone HCl (100MG Tablet, 1 (one) Oral at bedtime, Taken starting 08/14/2021) Active. (DX: 311)
Gabapentin (600MG Tablet, 1 Oral three times daily, Taken 10/27/2020 to 01/21/2017) Active.
Estradiol-Norethindrone Acet (0.5-0.1MG Tablet, 1 Tablet Tablet Oral Every Day, Taken starting 02/10/2014) Active.
buPROPion HCl ER (XL) (300MG Tablet ER 24HR, 1 (one) Oral every morning, Taken starting 11/30/2020) Active.
Methocarbamol (500MG Tablet, 1 (one) Oral three times daily, as needed, Taken starting 05/25/2021) Active.
Vitamin C ER (1000MG Tablet ER, 1 Oral Daily) Active.
Calcium 600 (1500MG Tablet, 1 Oral Daily) Active.
B Complex (1 Oral daily) Active.

### Review of Systems
**General** Present- Feeling well and See HPI. Not Present- Fatigue, Fever, Night Sweats, Weight Gain > 10lbs. and Weight Loss > 10lbs..
**Musculoskeletal** Present- Decreased Range of Motion (Decreased rotational ROM at neck.), Joint Pain (Right shoulder pain, worse than normal.) and Myalgia. Not Present- Calf Pain and Muscle Cramps.

### Vitals

**LIN000218**

<u>10/15/2021 04:16 PM</u>
**Weight:** 290 lb

**Pulse:** 86 (Regular)  **P. OX:** 98% (Room air)
**BP:** 130/90 Manual (Sitting, Left Arm, Standard)

## Physical Exam
The physical exam findings are as follows:

**General**
**Mental Status** - Alert.
**General Appearance** - Cooperative, Well groomed, Consistent with stated age, Not in acute distress.
**Orientation** - Oriented X4.
**Posture** - Normal posture.
**Gait** - Normal.

**Musculoskeletal**
**Upper Extremity** - Note: Normal left arm strength.  Mild decrease light touch in the left arm.

**Lower Extremity**

**Knee/Patella:**
**Inspection and Palpation: Tenderness - Left -** mild and about the medial aspect. **Inspection and Palpation - Swelling -** boggy, (R) and boggy, (L). **Crepitus** - creaking, (L). **Instability - Right** - Anterior Drawer Test positive.

## Assessment & Plan

**Bilateral knee pain (M25.561)**
**Today's Impression:** May have cartilage issue in the left knee with some ACL instability in the right knee. Needs MRI of both knees
<u>Current Plans</u>:
- X-RAY EXAM OF KNEE, 1 OR 2 VIEWS (73560) Routine ()
- Instructed to make follow-up appointment for office visit following completion of diagnostic tests

**Ehlers-Danlos syndrome (Q79.60)**  Onset: 03/13/2012
**Today's Impression:** She is still permanently disabled. She will consult a disability attorney to appeal Lincoln recent denial of her disability
<u>Current Plans</u>:

John A. Kallianos MD

**LIN000219**



**North Carolina Diagnostic Imaging**
www.NCDiagnosticImaging.com

Durham Diagnostic Imaging Independence Park
4323 Ben Franklin Blvd
Durham, NC 27704
P: (919) 471-4840  f: (919) 471-9345

PATIENT NAME:     Pifer, Rebecca L.
DOB:              ████1960
MRN:              12-1200287153
PHYSICIAN:        John Kallianos, MD
EXAM DATE:        10/19/2021

EXAM:             XR Bilateral Knees, 3 Views Each

REASON FOR EXAM:  Knee Pain

EXAM: Bilateral **Knee films**

INDICATION: Bilateral knee pain.

COMPARISON: None

TECHNIQUE: AP and lateral views of the knee were performed.  Sunrise views were performed

FINDINGS: There is no definite detectable joint effusion on either side.

There is mild medial and lateral compartment joint space narrowing bilaterally.  There are degenerative osteophytes bilaterally

There are no acute fractures.

IMPRESSION: Degenerative changes with joint space narrowing and osteophyte formation.


Teresa Brown, MD

```
         *** THIS IS AN ELECTRONICALLY VERIFIED REPORT ***
10/19/2021 4:07 PM:   Teresa Brown, MD
```

TB/tb
DD: 10/19/2021 04:05 pm
DT: 10/19/2021 04:07 pm
Accession #: 12-6972543


**Radiology**

**PAGE 1 of 1**


**LIN000220**

Triangle Orthopaedics • 120 William Penn Plaza, DURHAM NC 27704-2150
**PIFER, REBECCA (id #425618, dob:** ⬛ **1960)**



EmergeOrtho - Triangle
120 William Penn Plaza
DURHAM, NC 27704-2150
Phone: (919) 220-5255, Fax: (919) 220-2627

Date: 08/17/2021

RE: Rebecca Pifer, DOB: ⬛ 1960, PT ID #425618

Dear Dr Kallianos,

I had the pleasure of seeing Rebecca Pifer, in my office for a recent follow up visit. I have enclosed a copy of the office note for your records. Once again, thank you for allowing me to participate in the care of this patient.

Sincerely,

Electronically Signed by: BELHORN LINDA, MD

Triangle Orthopaedics                                    Pifer, Rebecca (ID: 425618), DOB: ⬛ 960

**LIN000221**

ENCOUNTER REASON/DATE

None recorded
08/16/2021 - 11:15AM - 1-WPP Rheum

HISTORY OF PRESENT ILLNESS

This is a 61yo F with Ehler's Danlos and osteoarthritis here today for follow up. Patient states that she is not doing well since this past spring due to a trigger of multiple stressors. She has had increased pain, fatigue, and joint laxity. This spring her mother passed away, her disability was overturned, and she was rear-ended. Since the car accident, her neck pain has increased along with numbness and tingling in her hands. Her PCP is sending her to PT for the neck pain due to now having bulging discs and bone spurs in her cervical spine. She suffered a fall last week and injured her right shoulder in addition to having decreased ROM. She is scheduled to see Dr. Silver. Her ankles have been rolling more frequently and knees have been dislocating. She takes the tramadol at night to help her sleep, occasionally taking one in the morning on bad days.

REVIEW OF SYSTEMS

Additionally reports:

Reported by Patient
CONSTITUTIONAL: WEIGHT GAIN, WEAKNESS, but no Fever, no Night Sweats, no Weight loss

EYES: VISION CHANGE, but no Dry eyes, no Irritation

EARS: no Difficulty hearing, no Ear pain

NOSE: no Frequent nosebleeds, no Nose/sinus problems

MOUTH/THROAT: no Sore throat, no Bleeding gums, no Snoring, no Dry mouth, no Oral abnormalities, no Mouth ulcer, no Teeth abormalities, no Mouth breathing

CARDIOVASCULAR: SHORTNESS OF BREATH WHEN WALKING, but no Chest pain on exertion, no Arm pain on exertion, no Shortness of breath when lying down, no Palpitations, no Known heart murmur, no Light-headed on standing

RESPIRATORY: SHORTNESS OF BREATH, but no Cough, no Wheezing, no Coughing up blood, no Sleep apnea

GASTROINTESTINAL: ABDOMINAL PAIN, but no Vomiting, no Change in appetite, no Black or tarry stools, no Frequent diarrhea, no Vomiting blood

GENITOURINARY: INCREASED URINARY FREQUENCY, but no Urinary loss of control, no Difficulty urinating, no Hematuria, no Incomplete emptying

SKIN: no Abnormal mole, no Jaundice, no Rash, no Itching, no Dry skin, no Growth/lesions

NEUROLOGIC: no Loss of Consciousness, no Weakness, no Numbness, no Seizures, no Dizziness, no Frequent or Severe Headaches, no Migraines, no Restless legs

PSYCHIATRIC: no Depression, no Sleep Disturbances, no Restless sleep, no Feeling unsafe in relationship, no Alcohol abuse

ENDOCRINE: no Fatigue, no Increased thirst, HAIR LOSS, no Increased hair growth, no Cold Intolerance

HEMATOLOGIC/LYMPHATIC: no Swollen glands, no Easy bruising, no Excessive Bleeding

ALLERGIC/IMMUNOLOGIC: no Runny Nose, no Sinus pressure, no Itching, no Hives, no Frequent sneezing

Triangle Orthopaedics      Pifer, Rebecca (ID: 425618), DOB: ███/1960

LIN000222

PHYSICAL EXAM
08/16/2021 12:18 pm

| | | |
|---|---|---|
| **Ht:** 5 ft 6 in | **Wt:** 134 lbs | **BMI:** 21.6 |
| **BP:** 126/80 sitting | **Pulse:** 72 bpm | **T:** 96.4 F° |
| **Pain Scale:** 8 | **Pain Scale Type:** Numeric | |

Patient is a 61-year-old female.

General: Patient

General: She is a well-developed and well-nourished white female, in no acute distress.

Vital Signs: Blood pressure 126/80. Pulse 72. Weight 134 pounds.

Heart: S1, S2, RRR.

Lungs: Clear to auscultation bilaterally.

Extremities: Had no edema.

Musculoskeletal: There were Heberden's and Bouchard's nodes bilaterally. There was mild loss of range of motion in the cervical spine and shoulders in all planes. Beighton Score: 2/9.

RESULTS AND INTERPRETATIONS
None recorded

ASSESSMENT/PLAN

1. Generalized osteoarthritis. The patient is on tramadol at bedtime and has also used ibuprofen p.r.n. She is due for laboratory monitoring today since she has slightly elevated liver enzymes last visit.

2. Ehlers-Danlos syndrome. The patient has had an increase in joint laxity and pain. Will restart celebrex.

Plan:

1. Laboratory studies as below.

2. Restart Celebrex and continue tramadol. Opioid contract given.

3. Return to clinic in 6 months.

**1. Ehlers-Danlos syndrome**
   Q82.8: Other specified congenital malformations of skin

**2. Degenerative joint disease involving multiple joints**
   M15.0: Primary generalized (osteo)arthritis
   - OSTEOARTHRITIS: CARE INSTRUCTIONS
   - Celebrex 200 mg capsule - Take 1 capsule(s) twice a day by oral route.     Qty: 180 capsule(s)
     Refills: 1     Pharmacy: WALGREENS DRUG STORE #11200
   - CBC WITH DIFFERENTIAL/PLATELET
   - COMP. METABOLIC PANEL (14)-322000-P

Return to Office
   - Minh Phuong Le, PT for PT New Eval at 1-WPP PT/OT on 08/19/2021 at 03:15 PM
   - Belhorn Linda, MD for Office Visit at 1-WPP Rheum on 02/16/2022 at 11:45 AM

**Lab Results**

Triangle Orthopaedics                                    Pifer, Rebecca (ID: 425618), DOB: ▮▮▮▮ 1960

LIN000223

## COMP. METABOLIC PANEL (14)-322000-P 08/17/2021 (#72878063, Final, 08/16/2021 1:13pm)

| Note to Patient | The results of your recent tests are within normal limits. We look forward to seeing you at your next appointment. | | |
|---|---|---|---|

| Ordering Provider | BELHORN LINDA, MD | Performing Lab | LABCORP BURLINGTON (01)<br>LABCORP BURLINGTON<br>SANJAI NAGENDRA<br>1447 YORK COURT<br>BURLINGTON, NC 272153361<br><br>Account ID: 32099463 |
|---|---|---|---|
| Specimen/Accession ID | 11031590CE847 | Specimen Source | |
| Specimen Coll. Date | 08/16/2021 13:13 | Result Status | Final |
| Specimen Rec. Date | 08/16/2021 00:00 | Report Status | |
| Specimen Reported Date | 08/17/2021 05:35 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| GLUCOSE | 88 | 65-99 | mg/dL | Normal | Final | 01 |
| BUN | 16 | 8-27 | mg/dL | Normal | Final | 01 |
| CREATININE | 0.66 | 0.57-1.00 | mg/dL | Normal | Final | 01 |
| EGFR IF NONAFRICN AM | 96 | >59 | mL/min/1.73 | Normal | Final | 01 |
| EGFR IF AFRICN AM | 110 | >59 | mL/min/1.73 | Normal | Final | 01 |
| | **Labcorp currently reports eGFR in compliance with the current** recommendations of the National Kidney Foundation. Labcorp will update reporting as new guidelines are published from the NKF-ASN Taskforce. | | | | | |
| BUN/CREATININE RATIO | 24 | 12-28 | | Normal | Final | 01 |
| SODIUM | 141 | 134-144 | mmol/L | Normal | Final | 01 |
| POTASSIUM | 4.7 | 3.5-5.2 | mmol/L | Normal | Final | 01 |
| CHLORIDE | 103 | 96-106 | mmol/L | Normal | Final | 01 |
| CARBON DIOXIDE, TOTAL | 27 | 20-29 | mmol/L | Normal | Final | 01 |
| CALCIUM | 9.4 | 8.7-10.3 | mg/dL | Normal | Final | 01 |
| PROTEIN, TOTAL | 6.4 | 6.0-8.5 | g/dL | Normal | Final | 01 |
| ALBUMIN | 4.6 | 3.8-4.8 | g/dL | Normal | Final | 01 |
| GLOBULIN, TOTAL | 1.8 | 1.5-4.5 | g/dL | Normal | Final | 01 |
| **A/G RATIO** | **2.6** | **1.2-2.2** | | **Above High Normal** | **Final** | **01** |
| BILIRUBIN, TOTAL | 0.5 | 0.0-1.2 | mg/dL | Normal | Final | 01 |
| ALKALINE PHOSPHATASE | 82 | 48-121 | IU/L | Normal | Final | 01 |
| AST (SGOT) | 20 | 0-40 | IU/L | Normal | Final | 01 |
| ALT (SGPT) | 21 | 0-32 | IU/L | Normal | Final | 01 |
| RESULT NOTE | FASTING NO | | | | | |

## CBC WITH DIFFERENTIAL/PLATELET 08/17/2021 (#72878062, Final, 08/16/2021 1:13pm)

| Note to Patient | Hi, Your labs have returned and everything is normal. Thank you and I will see you at your next visit. | | |
|---|---|---|---|
| Ordering Provider | BELHORN LINDA, MD | Performing Lab | LABCORP BURLINGTON (01)<br>LABCORP BURLINGTON<br>SANJAI NAGENDRA<br>1447 YORK COURT |

---

Triangle Orthopaedics                                          Pifer, Rebecca (ID: 425618), DOB: 07/02/1960

**LIN000224**

|  |  |  | BURLINGTON, NC 272153361 |
|---|---|---|---|
|  |  |  | Account ID: 32099463 |
| Specimen/Accession ID | 11031590CE847 | Specimen Source |  |
| Specimen Coll. Date | 08/16/2021 13:13 | Result Status | Final |
| Specimen Rec. Date | 08/16/2021 00:00 | Report Status |  |
| Specimen Reported Date | 08/17/2021 05:35 |  |  |

| Report | Result | Ref. Range | Units | A | Status | Lab |
|---|---|---|---|---|---|---|
| WBC | 6.1 | 3.4-10.8 | X10E3/UL | NORMAL | Final | 01 |
| RBC | 4.22 | 3.77-5.28 | X10E6/UL | NORMAL | Final | 01 |
| HEMOGLOBIN | 13.1 | 11.1-15.9 | G/DL | NORMAL | Final | 01 |
| HEMATOCRIT | 38.0 | 34.0-46.6 | % | NORMAL | Final | 01 |
| MCV | 90 | 79-97 | FL | NORMAL | Final | 01 |
| MCH | 31.0 | 26.6-33.0 | PG | NORMAL | Final | 01 |
| MCHC | 34.5 | 31.5-35.7 | G/DL | NORMAL | Final | 01 |
| RDW | 12.3 | 11.7-15.4 | % | NORMAL | Final | 01 |
| PLATELETS | 291 | 150-450 | X10E3/UL | NORMAL | Final | 01 |
| NEUTROPHILS | 53 | NOT ESTAB. | % | NORMAL | Final | 01 |
| LYMPHS | 37 | NOT ESTAB. | % | NORMAL | Final | 01 |
| MONOCYTES | 7 | NOT ESTAB. | % | NORMAL | Final | 01 |
| EOS | 2 | NOT ESTAB. | % | NORMAL | Final | 01 |
| BASOS | 1 | NOT ESTAB. | % | NORMAL | Final | 01 |
| IMMATURE CELLS | NP |  |  | NORMAL | Cancelled | 01 |
| NEUTROPHILS (ABSOLUTE) | 3.2 | 1.4-7.0 | X10E3/UL | NORMAL | Final | 01 |
| LYMPHS (ABSOLUTE) | 2.2 | 0.7-3.1 | X10E3/UL | NORMAL | Final | 01 |
| MONOCYTES(ABSOLUTE) | 0.4 | 0.1-0.9 | X10E3/UL | NORMAL | Final | 01 |
| EOS (ABSOLUTE) | 0.1 | 0.0-0.4 | X10E3/UL | NORMAL | Final | 01 |
| BASO (ABSOLUTE) | 0.0 | 0.0-0.2 | X10E3/UL | NORMAL | Final | 01 |
| IMMATURE GRANULOCYTES | 0 | NOT ESTAB. | % | NORMAL | Final | 01 |
| IMMATURE GRANS (ABS) | 0.0 | 0.0-0.1 | X10E3/UL | NORMAL | Final | 01 |
| NRBC | NP |  |  | NORMAL | Cancelled | 01 |
| HEMATOLOGY COMMENTS: | NP |  |  | NORMAL | Cancelled | 01 |
| RESULT NOTE | FASTING NO |  |  |  |  |  |

## COMP. METABOLIC PANEL (14)-322000-P 02/09/2021 (#66029778, Final, 02/08/2021 12:30pm)

| Ordering Provider | BELHORN LINDA, MD | Performing Lab | LABCORP BURLINGTON (01) LABCORP BURLINGTON SANJAI NAGENDRA 1447 YORK COURT BURLINGTON, NC 272153361 |
|---|---|---|---|
|  |  |  | Account ID: 32099463 |
| Specimen/Accession ID | 10157096CE847 | Specimen Source |  |
| Specimen Coll. Date | 02/08/2021 12:30 | Result Status | Final |
| Specimen Rec. Date | 02/08/2021 00:00 | Report Status |  |
| Specimen Reported Date | 02/09/2021 05:35 |  |  |

Triangle Orthopaedics            Pifer, Rebecca (ID: 425618), DOB: ███/1960

**LIN000225**

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| GLUCOSE | 83 | 65-99 | mg/dL | | Final | 01 |
| BUN | 13 | 8-27 | mg/dL | | Final | 01 |
| CREATININE | 0.69 | 0.57-1.00 | mg/dL | | Final | 01 |
| EGFR IF NONAFRICN AM | 95 | >59 | mL/min/1.73 | | Final | 01 |
| EGFR IF AFRICN AM | 109 | >59 | mL/min/1.73 | | Final | 01 |
| BUN/CREATININE RATIO | 19 | 12-28 | | | Final | 01 |
| SODIUM | 141 | 134-144 | mmol/L | | Final | 01 |
| POTASSIUM | 5.2 | 3.5-5.2 | mmol/L | | Final | 01 |
| CHLORIDE | 104 | 96-106 | mmol/L | | Final | 01 |
| CARBON DIOXIDE, TOTAL | 23 | 20-29 | mmol/L | | Final | 01 |
| CALCIUM | 9.9 | 8.7-10.3 | mg/dL | | Final | 01 |
| PROTEIN, TOTAL | 6.6 | 6.0-8.5 | g/dL | | Final | 01 |
| ALBUMIN | 4.5 | 3.8-4.9 | g/dL | | Final | 01 |
| GLOBULIN, TOTAL | 2.1 | 1.5-4.5 | g/dL | | Final | 01 |
| A/G RATIO | 2.1 | 1.2-2.2 | | | Final | 01 |
| BILIRUBIN, TOTAL | 0.3 | 0.0-1.2 | mg/dL | | Final | 01 |
| ALKALINE PHOSPHATASE | 87 | 39-117 | IU/L | | Final | 01 |
| AST (SGOT) | 29 | 0-40 | IU/L | | Final | 01 |
| **ALT (SGPT)** | **38** | **0-32** | **IU/L** | **Above High Normal** | **Final** | **01** |
| RESULT NOTE | FASTING NO | | | | | |

## CBC WITH DIFFERENTIAL/PLATELET 02/09/2021 (#66029777, Final, 02/08/2021 12:30pm)

| Note to Patient | Hi, Your labs have returned and everythng is normal except for a mild increased liver enzyme. Because this is very subtle, we will just observe this. Thank you and let me know if you have any questions. | | |
|---|---|---|---|
| Ordering Provider | BELHORN LINDA, MD | Performing Lab | LABCORP BURLINGTON (01) LABCORP BURLINGTON SANJAI NAGENDRA 1447 YORK COURT BURLINGTON, NC 272153361 Account ID: 32099463 |
| Specimen/Accession ID | 10157096CE847 | Specimen Source | |
| Specimen Coll. Date | 02/08/2021 12:30 | Result Status | Final |
| Specimen Rec. Date | 02/08/2021 00:00 | Report Status | |
| Specimen Reported Date | 02/09/2021 05:35 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| WBC | 5.8 | 3.4-10.8 | x10E3/uL | | Final | 01 |
| RBC | 4.34 | 3.77-5.28 | x10E6/uL | | Final | 01 |
| HEMOGLOBIN | 13.0 | 11.1-15.9 | g/dL | | Final | 01 |
| HEMATOCRIT | 39.1 | 34.0-46.6 | % | | Final | 01 |
| MCV | 90 | 79-97 | fL | | Final | 01 |
| MCH | 30.0 | 26.6-33.0 | pg | | Final | 01 |
| MCHC | 33.2 | 31.5-35.7 | g/dL | | Final | 01 |
| RDW | 11.8 | 11.7-15.4 | % | | Final | 01 |

Triangle Orthopaedics      Pifer, Rebecca (ID: 425618), DOB: 07/02/1960

LIN000226

| PLATELETS | 270 | 150-450 | x10E3/uL | | Final | 01 |
|---|---|---|---|---|---|---|
| NEUTROPHILS | 59 | NOT ESTAB. | % | | Final | 01 |
| LYMPHS | 33 | NOT ESTAB. | % | | Final | 01 |
| MONOCYTES | 7 | NOT ESTAB. | % | | Final | 01 |
| EOS | 1 | NOT ESTAB. | % | | Final | 01 |
| BASOS | 0 | NOT ESTAB. | % | | Final | 01 |
| IMMATURE CELLS | NP | | | | Cancelled | 01 |
| NEUTROPHILS (ABSOLUTE) | 3.4 | 1.4-7.0 | x10E3/uL | | Final | 01 |
| LYMPHS (ABSOLUTE) | 1.9 | 0.7-3.1 | x10E3/uL | | Final | 01 |
| MONOCYTES(ABSOLUTE) | 0.4 | 0.1-0.9 | x10E3/uL | | Final | 01 |
| EOS (ABSOLUTE) | 0.1 | 0.0-0.4 | x10E3/uL | | Final | 01 |
| BASO (ABSOLUTE) | 0.0 | 0.0-0.2 | x10E3/uL | | Final | 01 |
| IMMATURE GRANULOCYTES | 0 | NOT ESTAB. | % | | Final | 01 |
| IMMATURE GRANS (ABS) | 0.0 | 0.0-0.1 | x10E3/uL | | Final | 01 |
| NRBC | NP | | | | Cancelled | 01 |
| HEMATOLOGY COMMENTS: | NP | | | | Cancelled | 01 |
| RESULT NOTE | FASTING NO SRC: | | | | | |

Triangle Orthopaedics            Pifer, Rebecca (ID: 425618), DOB: 07█████ 0

LIN000227

Triangle Orthopaedics • 120 William Penn Plaza, DURHAM NC 27704-2150
**PIFER, REBECCA (id #425618, dob:** ████ /1960)



EmergeOrtho - Triangle
120 William Penn Plaza
DURHAM, NC 27704-2150
Phone: (919) 220-5255, Fax: (919) 220-5176

\*\*For internal use only – File in chart as Medical Records Document Flowsheet\*\*

Date: 08/19/2021

RE: Rebecca Pifer, DOB: ████ 1960, PT ID #425618

Dear Dr Kallianos,

I recently saw Rebecca Pifer for therapy. I have enclosed a copy of the office evaluation for your records. Please sign, date and return via fax the attached summary for Medicare Certification. Return to fax number (919) 220-5176.

Thank you,

Approving Provider:

Electronically Signed by: MINH PHUONG LE, PT, LPT

---

Triangle Orthopaedics                                                    Pifer, Rebecca (ID: 425618), DOB: 07/02/1960

**LIN000228**

ENCOUNTER REASON/DATE

Evaluation - New
08/19/2021 - 03:15PM - 1-WPP PT/OT

HISTORY OF PRESENT ILLNESS

**L-Spine - New Eval - PT**
   Reported by patient.

   Location: Midline neck pain into medial shoulder blades. Pain radiates into shoulders.
   Quality: stabbing
   Severity: Current: 7/10; worst: 10/10; best: 4/10
   Duration: Chronic; Pt was reared ended third week in May. Wasn't bad and didn't cause pain
   but "woke everything up." N/T into L hand since approx mid-May. R hand started in 2000.
   Timing: gradual
   Context: atraumatic
   Alleviating Factors: NSAIDS; heat; medication
   Aggravating Factors: Prolonged activities. FER of B shld.
   Prior Studies: x ray; MRI; X-rays didn't look concerning.
   MRI C6-C7 bulging disc and bone spurring.
   Work: Long term disability since 2012. Pt used to work in medical review as an analyst.
   Activities/Hobbies/Exercise: **continued with pain**; Pt enjoys walking her dog, biking
   **General Health:** fair; Pt has osteoporosis.
   Associated Symptoms: **weakness (in R arm); numbness/tingling (entire arm into B hands)**
   **Prior Level of Function:** independent with ADL and gait
   **Current Level of Function:** **bathing (UE); dressing (UE); Unable to sit for extended periods of time; Unable to stand for extended periods of time;** Difficulty driving; can only sustain an activity for 20 minutes.
   **Patient Goals:** Patient states that they want to be able to: (**improve neck ROM and more comfortably complete ADLs.**)
   Functional Tests (PT): Oswestry: Patient Scored 31/50
Pt reports that neck pain is an ongoing problem where sxs have gotten worse over time. Pt was
previously seen in PT for the same dx.

PHYSICAL EXAM

None recorded
Patient is a 61-year-old female.

**Posture:**
   Posture/Body Mechanics: WNL.

**C-Spine Active ROM:**
   Active Range of Motion: **Severe loss of Right SB (tightness), Left SB (tightness), and Right Rotation and moderate loss of flexion (painful), Moderate loss of extension (not as bad as flex), and Moderate loss of Left Rotation; L shld ROM: flex 130, abd 116, FIR to thoracolumbar junction, FER to top head; R shld ROM: flex 95, abd 68, FIR to hip, FER to R ear.**

**C-Spine Passive ROM:**
   Passive Range of Motion: **L shld flex 148, abd 113, ER/IR WNL; R shld ER 35, flex/abd limited and muscles too guarded to properly assess.**

**Cervical Spine Strength:**
   C3-C4 Right **[L shld MMT] abd/flex/IR/ER 5/5, elbow flex 4+/5, ext 4/5; [R shld] abd/flex/IR/ER 4+/5, elbow flex/ext 4/5; pain with resisted neck motions.**

**Sensation:**
   Sensation on the Right: **Decreased sensation in R UE compared to L..**

**Joint Mobility:**
   Biomechanical Evaluation: **Pt hypomobile and painful from C1-C7.**

**Soft Tissue Palpation:**

Triangle Orthopaedics                                          Pifer, Rebecca (ID: 425618), DOB: ████ 1960

**LIN000229**

Soft Tissue Palpation of the C-Spine Right **tenderness of the paracervicals** and **the trapezius; increased tightness in UT and paracervical muscles B.**. Soft Tissue Palpation of the C-Spine Left **tenderness of the paracervicals** and **the trapezius.**

**\*\*Precautions/Contraindications\*\*:**
    \*\*Precautions/Contraindications:\*\* **Osteoporosis..**

**\*\*Treatment Time\*\*:**
    Minutes Total Treatment Time:50 and 1 :1 Time:25.

**Evaluation:**
    Performed today New Evaluation.

**Therapeutic Exercise:**
    97110 AAROM, Strengthening, Units: 2 - Minutes: 25, HEP development, and Patient requires verbal cues for proper performance of exercises; **c-spine snags ext/rot, shoulder isometrics; handout given and pt educated on exercise pacing.**.

## ASSESSMENT/PLAN

### ASSESSMENT
Pt is a 61 y/o F with a hx of neck pain. Upon assessment, pt presented with decreased cervical ROM and UE strength, indicative of cervical dysfunction. Pt confirms radicular sxs. In addition, pt has considerable pain in B shoulders, R>L. Pt currently has difficulty performing ADLs and recreational activities. Pt would benefit from skilled PT to address deficits and return to PLOF.

### REHAB POTENTIAL
Good
### GOALS
Short term goals: in 2 weeks
• The patient will be independent and compliant with prescribed HEP.
Long term goals: In 6-8 weeks
• The patient will be independent and compliant with progressed HEP.
• Pain level will decrease to 4/10 at worst to increased functional ability to perform ADLS.
• The pt will demonstrate Cervical ROM to WFL to allow for normal mechanics with driving and participation in ADLs.
• Pt will demonstrate gross UE strength to 4+/5 to allow for participation in recreational activities.
• Patient will be able to sit for 30 minutes with no increase in symptoms.
• Upper Extremity Functional Index score to increase to 55/80 demonstrating functional progress.
• Reduce Neck Disability Index score to 20/50 demonstrating functional progress. (31/50 at IE - pt filled out Oswestry)

### PLAN
Frequency 2 times per week for 6-8 weeks in order to improve functional status.
Treatments may include the following: Therapeutic Exercises, Manual Therapy, Neuromuscular Re-Education, Therapeutic Activity, Gait Training, Self Care.
Modalities prn may include: Heat, Ice, Mechanical Traction, Strapping/Taping.
Additional treatments may include: Aquatic Therapy, Work Conditioning, Physical Performance Test
Evaluation findings, treatment goals and plan discussed with . Patient in agreement with treatment plan.

**1. Neck pain**
    M54.2: Cervicalgia

**2. Pain of left shoulder joint**
    M25.512: Pain in left shoulder

**3. Pain of right shoulder joint**
    M25.511: Pain in right shoulder

**4. Muscle weakness**
    M62.81: Muscle weakness (generalized)

### Return to Office

- Silver William, MD for Office Visit at 1-WPP Ortho on 08/24/2021 at 01:50 PM
- Minh Phuong Le, PT for Gym at 1-WPP PT/OT on 09/01/2021 at 04:00 PM
- Minh Phuong Le, PT for Gym at 1-WPP PT/OT on 09/03/2021 at 02:00 PM
- Minh Phuong Le, PT for Gym at 1-WPP PT/OT on 09/07/2021 at 10:45 AM
- Minh Phuong Le, PT for Gym at 1-WPP PT/OT on 09/09/2021 at 10:45 AM
- Minh Phuong Le, PT for Gym at 1-WPP PT/OT on 09/21/2021 at 10:15 AM

Triangle Orthopaedics      Pifer, Rebecca (ID: 425618), DOB: 07/02/1960

**LIN000230**

- Minh Phuong Le, PT for Gym at 1-WPP PT/OT on 09/24/2021 at 10:15 AM
- Minh Phuong Le, PT for Gym at 1-WPP PT/OT on 09/28/2021 at 10:45 AM
- Belhorn Linda, MD for Office Visit at 1-WPP Rheum on 02/16/2022 at 11:45 AM

**Certification of Plan of Care**

**Physician/Physician Extender Signature and Date:**

_____

Triangle Orthopaedics                                          Pifer, Rebecca (ID: 425618), DOB:█████/1960

Triangle Orthopaedics - 120 William Penn Plaza, DURHAM NC 27704-2150
**PIFER, REBECCA (id #425618, dob: ▮▮▮▮/1960)**



EmergeOrtho - Triangle
120 William Penn Plaza
DURHAM, NC 27704-2150
Phone: (919) 220-5255, Fax: (919) 220-5176

\*\*For internal use only - File in chart as Medical Records Document Flowsheet\*\*

Date: 08/19/2021

RE: Rebecca Pifer, DOB: ▮▮▮▮1960, PT ID #425618

Dear Dr Kallianos,

I recently saw Rebecca Pifer for therapy. I have enclosed a copy of the office evaluation for your records. Please sign, date and return via fax the attached summary for Medicare Certification. Return to fax number (919) 220-5176.

Thank you,

Approving Provider:

Electronically Signed by: MINH PHUONG LE, PT, LPT

---

Triangle Orthopaedics                   Pifer, Rebecca (ID: 425618), DOB: ▮▮▮▮/1960

**LIN000232**

ENCOUNTER REASON/DATE

Evaluation - New
08/19/2021 - 03:15PM - 1-WPP PT/OT

HISTORY OF PRESENT ILLNESS

**L-Spine - New Eval - PT**
    Reported by patient.

    Location: Midline neck pain into medial shoulder blades. Pain radiates into shoulders.
    Quality: stabbing
    Severity: Current: 7/10; worst: 10/10; best: 4/10
    Duration: Chronic; Pt was reared ended third week in May. Wasn't bad and didn't cause pain
    but "woke everything up." N/T into L hand since approx mid-May. R hand started in 2000.
    Timing: gradual
    Context: atraumatic
    Alleviating Factors: NSAIDS; heat; medication
    Aggravating Factors: Prolonged activities. FER of B shld.
    Prior Studies: x ray; MRI; X-rays didn't look concerning.
    MRI C6-C7 bulging disc and bone spurring.
    Work: Long term disability since 2012. Pt used to work in medical review as an analyst.
    Activities/Hobbies/Exercise: **continued with pain**; Pt enjoys walking her dog, biking
    **General Health:** fair; Pt has osteoporosis.
    Associated Symptoms: **weakness (in R arm)**; **numbness/tingling (entire arm into B**
    **hands)**
    **Prior Level of Function:** independent with ADL and gait
    **Current Level of Function:** **bathing (UE); dressing (UE); Unable to sit for extended**
    **periods of time; Unable to stand for extended periods of time**; Difficulty driving; can
    only sustain an activity for 20 minutes.
    **Patient Goals:** Patient states that they want to be able to: (**improve neck ROM and**
    **more comfortably complete ADLs.**)
    Functional Tests (PT): Oswestry: Patient Scored 31/50
Pt reports that neck pain is an ongoing problem where sxs have gotten worse over time. Pt was
previously seen in PT for the same dx.

PHYSICAL EXAM

None recorded
Patient is a 61-year-old female.

**Posture:**
    Posture/Body Mechanics: WNL

**C-Spine Active ROM:**
    Active Range of Motion: **Severe loss of Right SB (tightness), Left SB (tightness), and**
    **Right Rotation and moderate loss of flexion (painful), Moderate loss of extension**
    **(not as bad as flex), and Moderate loss of Left Rotation; L shld ROM: flex 130, abd**
    **116, FIR to thoracolumbar junction, FER to top head; R shld ROM: flex 95, abd 68,**
    **FIR to hip, FER to R ear.**

**C-Spine Passive ROM:**
    Passive Range of Motion: **L shld flex 148, abd 113, ER/IR WNL; R shld ER 35, flex/abd**
    **limited and muscles too guarded to properly assess.**

**Cervical Spine Strength:**
    C3-C4 Right **[L shld MMT] abd/flex/IR/ER 5/5, elbow flex 4+/5, ext 4/5; [R shld]**
    **abd/flex/IR/ER 4+/5, elbow flex/ext 4/5; pain with resisted neck motions.**

**Sensation:**
    Sensation on the Right: **Decreased sensation in R UE compared to L..**

**Joint Mobility:**
    Biomechanical Evaluation: **Pt hypomobile and painful from C1-C7.**

**Soft Tissue Palpation:**

---

Triangle Orthopaedics        Pifer, Rebecca (ID: 425618), DOB: ▊▊/1960

LIN000233

Soft Tissue Palpation of the C-Spine Right **tenderness of the paracervicals** and **the trapezius; Increased tightness in UT and paracervical muscles B..** Soft Tissue Palpation of the C-Spine Left **tenderness of the paracervicals** and **the trapezius.**

### **Precautions/Contraindications**:
**Precautions/Contraindications:** **Osteoporosis..**

### **Treatment Time**:
Minutes Total Treatment Time:50 and 1 :1 Time:25.

### Evaluation:
Performed today New Evaluation.

### Therapeutic Exercise:
97110 AAROM, Strengthening, Units: 2 - Minutes: 25, HEP development, and Patient requires verbal cues for proper performance of exercises; **c-spine snags ext/rot, shoulder isometrics; handout given and pt educated on exercise pacing..**

---

ASSESSMENT/PLAN

### ASSESSMENT
Pt is a 61 y/o F with a hx of neck pain. Upon assessment, pt presented with decreased cervical ROM and UE strength, indicative of cervical dysfunction. Pt confirms radicular sxs. In addition, pt has considerable pain in B shoulders, R>L. Pt currently has difficulty performing ADLs and recreational activities. Pt would benefit from skilled PT to address deficits and return to PLOF.

### REHAB POTENTIAL
Good
### GOALS
Short term goals: in 2 weeks
• The patient will be independent and compliant with prescribed HEP.
Long term goals: In 6-8 weeks
• The patient will be independent and compliant with progressed HEP.
• Pain level will decrease to 4/10 at worst to increased functional ability to perform ADLS.
• The pt will demonstrate Cervical ROM to WFL to allow for normal mechanics with driving and participation in ADLs.
• Pt will demonstrate gross UE strength to 4+/5 to allow for participation in recreational activities.
• Patient will be able to sit for 30 minutes with no increase in symptoms.
• Upper Extremity Functional Index score to increase to 55/80 demonstrating functional progress.
• Reduce Neck Disability Index score to 20/50 demonstrating functional progress. (31/50 at IE - pt filled out Oswestry)

### PLAN
Frequency 2 times per week for 6-8 weeks in order to improve functional status.
Treatments may include the following: Therapeutic Exercises, Manual Therapy, Neuromuscular Re-Education, Therapeutic Activity, Gait Training, Self Care.
Modalities prn may include: Heat, Ice, Mechanical Traction, Strapping/Taping.
Additional treatments may include: Aquatic Therapy, Work Conditioning, Physical Performance Test Evaluation findings, treatment goals and plan discussed with . Patient in agreement with treatment plan.

**1. Neck pain**
M54.2: Cervicalgia

**2. Pain of left shoulder joint**
M25.512: Pain in left shoulder

**3. Pain of right shoulder joint**
M25.511: Pain in right shoulder

**4. Muscle weakness**
M62.81: Muscle weakness (generalized)

### Return to Office

- Silver William, MD for Office Visit at 1-WPP Ortho on 08/24/2021 at 01:50 PM
- Minh Phuong Le, PT for Gym at 1-WPP PT/OT on 09/01/2021 at 04:00 PM
- Minh Phuong Le, PT for Gym at 1-WPP PT/OT on 09/03/2021 at 02:00 PM
- Minh Phuong Le, PT for Gym at 1-WPP PT/OT on 09/07/2021 at 10:45 AM
- Minh Phuong Le, PT for Gym at 1-WPP PT/OT on 09/09/2021 at 10:45 AM
- Minh Phuong Le, PT for Gym at 1-WPP PT/OT on 09/21/2021 at 10:15 AM

---

**LIN000234**

- Minh Phuong Le, PT for Gym at 1-WPP PT/OT on 09/24/2021 at 10:15 AM
- Minh Phuong Le, PT for Gym at 1-WPP PT/OT on 09/28/2021 at 10:45 AM
- Belhorn Linda, MD for Office Visit at 1-WPP Rheum on 02/16/2022 at 11:45 AM

**Certification of Plan of Care**

**Physician/Physician Extender Signature and Date:**

_____

Triangle Orthopaedics                                              Pifer, Rebecca (ID: 425618), DOB: ███ 1960

LIN000235

Triangle Orthopaedics · 120 William Penn Plaza, DURHAM NC 27704-2150
**PIFER, REBECCA (id #425618, dob:    /1960)**



120 William Penn Plaza
DURHAM, NC 27704-2150
Phone: (919)220-5255, Fax: (866) 294-6283

Date: 08/25/2021

RE: Rebecca Pifer, DOB:    1960, PT ID #425618

Dear Dr Kallianos,

Rebecca Pifer was recently seen in our office. I have enclosed a copy of the office evaluation for your records. Thank you for allowing me to participate in the care of this patient.

Sincerely,

Electronically Signed by: SILVER WILLIAM, MD

---

Triangle Orthopaedics                                    Pifer, Rebecca (ID: 425618), DOB:    /1960

LIN000236

ENCOUNTER REASON/DATE

Right shoulder problem
08/24/2021 - 01:50PM - 1-WPP Ortho

HISTORY OF PRESENT ILLNESS

CHIEF COMPLAINT:
Right shoulder pain.
HISTORY OF PRESENT ILLNESS:
Ms. Pifer is a 61-year-old female who comes to clinic for evaluation of right shoulder pain. The patient underwent a rotator cuff repair in 2011 by Dr. Mallon. She does have a history of Ehlers-Danlos syndrome. The patient was diagnosed previously with impingement and received a cortisone injection in 09/2020. She was involved in a motor vehicle accident on 05/19/2021 and then fell 2 weeks ago.
The patient states she has been experiencing pain in her right shoulder since the accident. She was trying to avoid hitting someone in front of her when she was rear-ended. The patient has had problems with her upper spine and shoulder and the accident "woke" everything up. Her primary care physician ordered x-rays of her spine and shoulder at that time. The patient started experiencing numbness in her left hand, so an MRI of her cervical spine was ordered which demonstrated bulging discs and bone spurs by report. She states she fell while trying not to step on a kitten. The patient states she hit the doorframe. She followed up with her primary care physician, and he instructed her to follow up with me. The patient localizes a sharp pain to her anterior and lateral right upper extremity. She denies pain with movement of her cervical spine. The patient reports pain with washing her hair or uses the hair dryer.

PHYSICAL EXAM

**Ht:** 5 ft    **Pain** 7
6 in  **Scale:**

Patient is a 61-year-old female.

CONSTITUTIONAL: Patient is well nourished, well developed, and in no acute distress.
NEUROLOGIC: Patient is oriented to person, place, and time.
MUSCULOSKELETAL – GAIT: Patient has a nonantalgic, heel to toe, reciprocating gait.
MUSCULOSKELETAL – Neck: Range of motion: Forward flexion - normal; Extension - normal; Right Rotation - normal; Left Rotation - normal; Right flexion - normal; Left flexion - normal.
MUSCULOSKELETAL – SHOULDER: Evaluation of the shoulder reveals no visible deformity or effusion with no skin abnormalities noted to the extremity.
Range of motion: Forward flexion - 90; External rotation at side - 30 with pain; Abduction – 70; External rotation - 70; Internal rotation - 15
Strength testing: 5/5 external rotation; 5/5 internal rotation; 5/5 abduction.
Special tests: Negative
Neurovascular: Sensation intact in the radial/ulnar/median nerve distribution. 2+ radial pulse.

RADIOGRAPHIC FINDINGS

None recorded

ASSESSMENT/PLAN

IMAGING:
Radiographic Interpretation: Shoulder, 3 views
Rendering Provider: William P. Silver, M.D.
X-rays of the right shoulder, AP/Outlet/Axillary views, are reviewed. Relatively severe glenohumeral degenerative changes. Single suture anchor present in the humeral head. She is getting some posterior glenoid erosion. There is an inferior humeral head osteophyte. No fractures, dislocations, or other visible deformities are noted. Mild AC arthropathy.

Triangle Orthopaedics                                    Pifer, Rebecca (ID: 425618), DOB: ███ 1960

**LIN000237**

**IMPRESSION:**
Likely rotator cuff tear, right shoulder, following a recent fall and motor vehicle collision.
**PLAN:**
I discussed findings and treatment options with the patient today. We discussed obtaining MRI imaging of the right shoulder to assess for rotator cuff tear and this was ordered today. The patient will follow-up to discuss findings and treatment options.

I, Darleen Hood, am acting as documentation specialist for William Silver, MD.

## 1. Pain of right shoulder joint
M25.511: Pain in right shoulder
- MRI, SHOULDER, W/O CONTRAST –
    Note to Imaging Facility: Right shoulder
    Side: RIGHT    Height (ft.): 5 ft 6 in
    Rule Out: RCT Scheduling: Follow up with Dr. Silver

    Procedure code: 73221
    Authorization: UNITED HEALTHCARE (MEDICARE REPLACEMENT/ADVANTAGE - PPO) | NOTREQUIRED | 08/25/2021 to 10/25/2021 | rt shld-No auth required UHC Medicare PPO-jallison

## Return to Office
- Minh Phuong Le, PT for Gym at 1-WPP PT/OT on 09/01/2021 at 04:00 PM
- Minh Phuong Le, PT for Gym at 1-WPP PT/OT on 09/03/2021 at 02:00 PM
- Minh Phuong Le, PT for Gym at 1-WPP PT/OT on 09/07/2021 at 10:45 AM
- Minh Phuong Le, PT for Gym at 1-WPP PT/OT on 09/09/2021 at 10:45 AM
- Minh Phuong Le, PT for Gym at 1-WPP PT/OT on 09/21/2021 at 10:15 AM
- Minh Phuong Le, PT for Gym at 1-WPP PT/OT on 09/24/2021 at 10:15 AM
- Minh Phuong Le, PT for Gym at 1-WPP PT/OT on 09/28/2021 at 10:45 AM
- Belhorn Linda, MD for Office Visit at 1-WPP Rheum on 02/16/2022 at 11:45 AM

Triangle Orthopaedics                                        Pifer, Rebecca (ID: 425618), DOB: ███/1960

**LIN000238**

Triangle Orthopaedics - 120 William Penn Plaza, DURHAM NC 27704-2150
**PIFER, REBECCA (id #425618, dob:** ███ **1960)**



120 William Penn Plaza
DURHAM, NC 27704-2150
Phone: (919)220-5255, Fax: (866) 294-6283

Date: 09/08/2021

RE: Rebecca Pifer, DOB: ███ 1960, PT ID #425618

Dear Dr Kallianos,

Rebecca Pifer was recently seen in our office. I have enclosed a copy of the office evaluation for your records. Thank you for allowing me to participate in the care of this patient.

Sincerely,

Electronically Signed by: SILVER WILLIAM, MD

**LIN000239**

ENCOUNTER REASON/DATE

mri results
09/07/2021 - 09:10AM - 1-WPP Ortho

HISTORY OF PRESENT ILLNESS

CHIEF COMPLAINT:
Right shoulder MRI scan follow-up.
HISTORY OF PRESENT ILLNESS:
Ms. Pifer is a 61-year-old female who comes to clinic for follow-up evaluation of MRI scan of the right
shoulder. The patient was last seen on 08/24/2021. She underwent a cuff repair in 2011 by Dr. Mallon.
The patient had a motor vehicle collision and a recent fall since 05/2021. We felt like she possibly
had a rotator cuff tear and ordered an MRI. The patient has been attending physical therapy.

PHYSICAL EXAM

**Ht:** 5 ft **Pain** 5
  6 in **Scale:**

Patient is a 61-year-old female.

CONSTITUTIONAL: Patient is well nourished, well developed, and in no acute distress.
NEUROLOGIC: Patient is oriented to person, place, and time.
MUSCULOSKELETAL - GAIT: Patient has a nonantalgic, heel to toe, reciprocating gait.
MUSCULOSKELETAL - Neck: Range of motion: Forward flexion - normal; Extension - normal; Right
Rotation - normal; Left Rotation - normal; Right flexion - normal; Left flexion - normal.
MUSCULOSKELETAL - RIGHT SHOULDER: Evaluation of the shoulder reveals no visible deformity,
erythema, or effusion with no skin abnormalities noted to the extremity.
Range of motion: Forward flexion - 80 with pain; External rotation at side - 40 with significant pain;
Abduction - 45 with pain; External rotation - 80 with pain; Internal rotation - 40 with pain
Stability: 1+ anterior, 1+ posterior, 1 cm inferior
Tenderness to palpation: None
Special tests: Positive impingement.
Neurovascular: Sensation intact in the radial/ulnar/median nerve distribution. 2+ radial pulse.

RADIOGRAPHIC FINDINGS

None recorded

ASSESSMENT/PLAN

IMAGING:
MRI of right shoulder taken on 09/02/2021.
Review of the MRI radiologist's report and evaluation of the images themselves reveals severe
glenohumeral arthritis with chronically torn and worn labrum. Remodeling of the articular surfaces.
Complex effusion. Partial-thickness 7mm interstitial and bursal surface supraspinatus tendon tear,
but no full-thickness tear. There is AC arthropathy. She has a chronically torn biceps.

IMPRESSION:
Right shoulder partial-thickness rotator cuff tear in the setting of underlying osteoarthritis and
Ehlers-Danlos syndrome.
PLAN:
I discussed MRI results with the patient. We discussed treatment options. We discussed cortisone
injections, which the patient is amenable to and was performed today. She will follow-up as needed.

I, Darleen Hood, am acting as documentation specialist for William Silver, MD.

**1. Pain of right shoulder joint**
  M25.511: Pain in right shoulder

Triangle Orthopaedics        Pifer, Rebecca (ID: 425618), DOB: 07/02/1960

**LIN000240**

- PHYSICAL THERAPIST REFERRAL -
  Schedule Within: provider's discretion    Note to Provider: Right shoulder- code m25511
  Visits per Week: 1-2x4-6

**Return to Office**

- Minh Phuong Le, PT for Gym at 1-WPP PT/OT on 09/09/2021 at 10:45 AM
- Minh Phuong Le, PT for Gym at 1-WPP PT/OT on 09/28/2021 at 10:45 AM
- Minh Phuong Le, PT for Gym at 1-WPP PT/OT on 10/04/2021 at 11:15 AM
- Minh Phuong Le, PT for Gym at 1-WPP PT/OT on 10/07/2021 at 10:45 AM
- Belhorn Linda, MD for Office Visit at 1-WPP Rheum on 02/16/2022 at 11:45 AM

Triangle Orthopaedics                                    Pifer, Rebecca (ID: 425618), DOB: ████/1960

**LIN000241**

ATTACHMENT 7
Part 2

LIN000242

Monday 8/9/21

Slept late. Neck, shoulders, back
knees, hips, arms in pain. 9
Fed cat, Coffee / breakfast.
Drive to get dog from boarding.
Had to shower, wash hair. Difficulty
washing hair, back, legs, Arms/hands
very difficult to dry hair, use
brushes. Put on some makeup.
Difficult to do - arms shakey.
Took ~ 1.5 hours.
Son needed new shoes, clothes
for cousin's wedding. Took him
shopping. Drove ~ "9 miles" there
+ back.
Ate lunch out. Took an hour
got home. Very tired. Took a
2 hour nap / Ibuprofen.
Washed clothes, unload dishwasher.
Arms - no energy - pain - 8.
- Talked to brother 1 hour -
Mother's estate. Very tired.
Tripped and fell head on floor
+ door frame. Ankles rolling
Took care of animals.
Went to bed. Right shoulder
badly bruised - Pain 10 - neck
arms, both shoulders, back
knees, hips, hands.
Rx's.

LIN000243

Tuesday 8/10/21

Did not feel well - got up to get some water - took Tramadol. Neck, shoulders, knees - headache. Pain 10. Went back to bed ~ 2 hrs. Vertigo. Fed dog + cat - Let dog out, had planned to walk dog early (heat) but felt too bad to walk. Washed 2 light clothes loads. Had to make a few phone calls about ? on new health coverage issues. Reheat leftovers for lunch. Rested - watched news. Got dressed / washed up - took 1 hour! (no shower) Had to take son to MD appt. Pain ~ 9. Sitting 45 minutes! Neck in pain, arms weak. Feet hurt! Difficulty walking. Drove 20 miles.

Home. Took 2 hr nap. Ibuprofen.

Son + I made dinner. No dishes.
Watched TV.

Bed early. Trying to get journaling caught up.
Arms/hands/Neck    P-9
RX's

LIN000244

Wednesday 8/11/21

Up. Pain in shldr worse, Rt arm
feels numb. Neck, upper back,
hips - P-10. Took tramadol.
Got dressed. Very slow going.
Difficulty using arm (Rt). Socks/
shoes, buttons.
Fed cat + dog. Coffee. Watched
news / tv. Did not do much.
Had to go to bank for pprwrk
Mother's estate. Bank - 2 miles away.
Home. Ate breakfast.
Got pprwrk, review docs for Mtg
c̄ Andy. Neck, shldrs, arms/hands P-8

Ω̄om Andy Whiteman

Needs MRI, X-rays
PT
Talk c̄ Andy for ~
1 hr. Switch hands   Dr. K, Dr. B
back + forth. Made    Dr. Silver
notes. FU, organized To Do list, etc
P-9
Set out clothes for mtg tomorrow
in Raleigh.
Walked dog ~ 30 mins, Hot!

Made quick dinner. Load dish
washer.
Watch some tv. Talked c̄ Son
bed, some journaling
Rx  P-9

LIN000245

Thurs 8/12/21

Up, shldr not happy. Large
bruise right on joint, from fall.
Neck, arms/hands, knees.  P-9
Ibuprofen.
Got dressed. Slowly down stairs.
Fed cat + dog. Coffee, quick breakfast
Walked dog early due to heat.

Showered/hair, dryer. Arms/shldr
in pain from use. Make-up.
Took 2 hours.

Went to nail appointment for
mani/pedi. Looked like a hobbit.
Sitting hurt neck, arms/shldrs
knees. Stiff + throbbing.

Home - Lunch, low dose Ibuprofen
Nap > 2 hours.

Up - changed clothes. Appt. in
Raleigh. Driving difficult. Lots
of traffic.
Mtg/dinner. Driving home
less traffic at 8pm.

Ready for bed. Watched some
tv. Some journaling.
        Rx's  P-9

LIN000246

Friday 8/13/21

Up. Neck, shldrs, arms, hands,
knees P-9. Sitting, driving,
looking around last night. Just
aggravated!
Got dressed. Careful with stairs.
Fed cat + dog. Made coffee.

Called Dr. K's off for same
day appnt. Shldr, 4pm.

Walked dog early. Unload
dishwasher (a plate at a time as
always)

Had errands for friends bday
tomorrow. Home.

Shower, Make-up difficult. Arms
weak, neck pain, Shldr especially.

To Dr. K. appnt. Ordered digital
films of shldrs.
Home. Made dinner. Cleaned
kitchen. Washed / dried 1
load of clothes while watching
tv. Arms, shldr, neck,
back, knees P-9
    Bed, Rxs

LIN000247

Sat 8/14/21

Up. Usual pain. Neck, shldr
knees, arms/hands, upper back p9
got dressed. Difficulty choosing,
Buttons, clothes, sock/shoes. Hands/
fingers just mush. gotta love it. ∵
Care with stairs.

Fed cat + dog. Coffee. Looked
through mail. Walked dog early
before heat sets in ~ 30 min.
knees iffy, ankles unsure.

Wrapped bday gifts cards etc
Paid some bills. Arms/neck/hands
not happy. Took Ibuprofen.
Ate lunch. Nap 2 hrs.

Shower/hair, dryer, make-up
dificult. Arms, neck, shldrs
hands, knees. Very weak. 2 hrs.
to get ready.

Out to dinner. Friend drive.
visited afterwards. Home.
Neck, arms/shldrs, knees,
in pain — sitting, turning, etc.
Bed, journal R- p-9

LIN000248

Sunday 8/15/21

Up. Did not sleep well. Tossed + turned. Neck/shldr in pain. Ibuprofen, heating pad. P-10 Went back to bed ~2 hrs.

Fed cat + dog. Coffee. Quick dog walk - getting hot outside. Knees/ankles in pain. Made breakfast. Watched news/TV.

Worked on sorting my Mom's things. What to give to a friend in need, what goes to donation, keepsakes, etc. Bag, box, etc.

Late lunch, ibuprofen. Nap 2hrs. P-9

Up. Helped son get ready for a family wedding.

Sorted paperwrk, mail, bills. Watched movies, ate dinner. Talked with daughter on phone. Difficulty holding phone - switched arms/hands back + forth. Bed, journaling, Rx's P-9

Monday 8/16/21

Up, Neck, shldrs, arms/hands,
back, knees, P.9
Used upper body a lot yesterday,
sorting, bending, looking through
things. Ibuprofen, heating
pad for ≥ 30 mins.

Fed cat + dog. Coffee, quick
breakfast.

Shower/hair, arms, neck, shldr,
hands, difficult to use dryer.
If I didn't need make-up, I
would never wear it again.
Shaky hands and eyeliner are a
tragedy.

Appmt, Dr. Belhour. She has a
new PA that took the prelims for
appointment. Dr. Belhour discussed
ailment issues. Gave her copy of
LTD denial letter. She was shocked
at their actions. Ate quick lunch.
Made calls, banking (online) for car
insurances. Nightmare. Neck, arms,
shldrs, hands P.9
Son made dinner. Watch some tv,
Bed, journaling, Rx's

LIN000250

Tuesday 8/17/0c

Up. Usual pain - what fun to
wake up each day. Greeted by
pain. Neck, shldr, knees, arms
upper back, hands. All over. pg
Trouble dressing, socks/shoes.
Care with stairs. Ibuprofen.
Pet care, coffee, breakfast

Walked dog early.
Call from Dr. K. Referring to
Dr. Silver for Shldr re-eval
from last Fall's injection.

Insurance office to handle our
insurance policies. Drain my bank
account. Drive only 4 miles
Home - Lunch - Nap 2 hrs.

Piddled around house doing
small projects straightened
house, dust the bunnies.

Made good dinner - crock
pot ckn noodles, veggies
Clean kitchen!

Watched movie c Son.
Bed, journal, Rx P-9

LIN000251

Wed 8/18/21

Up – Neck, shldrs, arms/hands, knees, Rt hip. P–9
Took ibuprofen. Rested c̄ heating pad for neck/shldrs. Got dressing. Care using stairs.

Lucky us, pet accident carpeting. Fed cat + dog. Booted Willas outside. Coffee.
Got shampooer ready. Worked on carpet, hands + knees. Boy, the worst! Son helped with the machine. 3 hr. mess, Let dry. Took dog for walk. Stopped to visit friend. Rested.

Lunch. Low dose ibuprofen, 2 hr Nap. Very tired.

Shower/hair, dryer usual trouble. Rested arms 30 min before make-up. Took 2.5 hrs. Got dressed! Wrapped gift. Friends picked me up for the Bday dinner. Sitting difficult, using arms/hands, neck. P–9
Home – Ready for bed.
PMs

LIN000252

Thurs 8/19/21

Up, slept well. Neck, shldrs, knees, arms/hands in pain no matter what. P-9
Got dressing. Have PT later, so no buttons - exercise clothes. Difficulty shoes/socks. Careful on stairs, always.

Fed cat + dog. Coffee. Walked dog early - Heat and who wants more cleaning to do? Ate breakfast.
Worked on journal. Pain looking down. Sets of shldrs, arms, hands, knees sitting. Ibuprofen.

Cleaned up kitchen some. Load dishwasher.
Ate lunch, Nap ~ 1:45 min.

PT - new PT Emerg. Ditto, Neck.
- home - heating pad.

Watched tv. Son + I made dinner. Checked bills due soon.
Bed, journal, Rx
P-9

LIN000253

Friday 8/20/21

Up. Tried to do some exercises.
Neck/arms tired from PT.   P-9
Shldrs, knees in pain too.
Difficulty dressing, Ibuprofen.
Care on stairs.
Fed cat + dog. Coffee - quick
breakfast.
Walked dog > 30 mins.

Worked on Mom's things. Sorting,
bending, using arms, sitting.
Headache, muscles tense. In
pain. Ate lunch to
Ibuprofen. Nap 2hrs. (Used
heating pad.

Poked around house most of the
afternoon. Trying to decide
the fate of all of these things,
hoping to take some for
donation tomorrow as floor
is cluttered. Do NOT want to fall
again.

Got pizza for dinner. Watched
a movie, reclined

Bed, journaled Rxs p-9

LIN000254

Sat 8/21/21

Up. Neck, sh/cls, arms/hands
knees, upper back, hips    P-9
Got dressed, slowly did
everything. Got safely down
stairs.

Fed cat + dog. Coffee.
Walked dog. Ate breakfast.

Shower, changed clothes.
Started some laundry.

Worked on Mom's things. Son
helped put bags/tubs in car.

Ate lunch. Ibuprofen. Nap 2Lg
hrs.

Took a friend some things/bags.
She carried. By TROSA.
By grocery store for groceries.
They loaded, Son unloaded. Put
away things. Drove ~ 20 miles.

Made dinner. Left dishes
Finished 1 load clothes
watching tv.

Bed. journal Rx's P-9
Heating pad too!

LIN000255

Sunday 8/22/21

Up, Neck /shldr pain, arms/
hands, Knees in usual pain. p.g
got dressed. Difficulty stairs.

Amazing, that dog, again.
stage 1 cleaning. Got shampooer
out again. (It stays in the
Kitchen now.) Son just rolled
his eyes. Will handle later in
morning. Walked dog.
Coffee, breakfast. Ibuprofen
Rest, watched news.

Shower/hair - getting ready a
real chore. Dryer, using arms/
hands difficult. Wash hair less
than I used to. Only 2X week.
Drove with son - his car out
of shop. Stopped by nephews
house to visit.

Home, got ready - Did make-up
Arms shakey, tired.
Invited to friend's house. Had
long visit. (Sitting, talking,
Neck, knees painful.) Ate
dinner there.
Home. Bed, journal. RXs
P-9

LIN000256

Monday 8/23/21

Up. Did exercises, Neck, shlds,
arms/hands, Knees. Headache P-9+
Took ibuprofen. Rested more
with heating pad. Dressed,
Carefully down stairs.

Fed cat + dog, Coffee. Neighbor
Invited me over for coffee cake.
Home, Walked dog.
  Pay some bills, clean kitchen,
unload dishwasher.

  Call from (another friend). She
is going to Jordan Lake to float,
Sounded fun — I drove to her
house. She to lake, Stopped for
picnic sandwiches. Relaxed in
water. Visited,
Home, Showered
  Exhausted, Ibuprofen, Watch
tv.
  Son made some dinner,
Loaded dishwasher.

  Looked over LTD things, straightened
folders, etc,

  Bed, journal, Rx
heating pad.          P-9

LIN000257

Tuesday 8/24/21

C/o - Neck, shldr, arms/hands,
Knees, hips - P-9
Did some exercises. Headache,
got dressed. Difficulty dressing,
stairs.

Fed cat + dog. Coffee, breakfast,
Walked dog → 40 min. Hot already.

Tired today, more than usual.
Worked c̄ laundry, sorted.

Watched tv, fold clothes. Neck,
hands/arms, shldrs not happy
with repetitive motions.
   Ate lunch - ibuprofen. Rest.
Appmt c̄ Dr. Silver early afternoon.
Per films, he is requesting MRI.
To be scheduled. Films show
concern.

1 errand - home. Watered potted
plants outside. Took awhile
to do. Neck, shldrs, arms,
back, knees - exhausted

Made dinner, news, few shows.
   Bed, journal, Rxs
Heating pad.          P-9

LIN000258

Case 1:22-cv-00186-WO-JLW    Document 21-1    Filed 10/24/22    Page 258 of 763

Wed 8/25/21

Up - early. Took ibuprofen, back to bed. Heating pad. P-10
Neck, shldrs, Arms/hands, knees, upper back, Rt hip, ankles.
- Using arms, shldrs watering plants / repetitive motions yesterday.

Got up - dressed. Buttons, socks/shoes, stairs challenging.

Fed cat + dog. Coffee, cereal.
Did not walk dog today.

Had pprwrk to do, look for tax info. Misplaced due to things / chaos. True hunt, Box in closet - why? Sorted receipts.
Pay bills.
Lunch. Low dose ibuprofen
Nap ≈ 2 hrs.

Took son to appointment. Busy traffic, difficulty turning, neck, arms, shldrs, back, knees.

Got take out. Cleaned up.
Watched tv.
Bed - journal Rxs P-9

LIN000259

Thurs 8/26/04

Up. Exercises, slow reps. Maybe
not all. Will ask PT about
sleep positions. Neck, shldrs
arms, upper back, tingling in
hands / numbness. P-9
Got dressed, stairs - slowly.

Fed cat + dog. Coffee.
Walked Willow early (heat) and
did not walk yesterday. ~40 mins.

Took shower, got changed.
Son had appointment in Hillsborough.
Got there, time was not right.
So drove to Mebane. Shopped
some. Had lunch.
Back to later appointment. I
sat for 1 hour. Couldn't really
get up + down much. Neck
shldrs, upper back, knees, hips
in pain. Got home, Ibuprofen,
Nap ~ 2 hrs.
Watered a few plants. Heat
awful. Mosquitoes even worse.

Made quick soup + sandwiches.
Watched news / tv.

Bed journal, RX's P-9
Heating pad.

LIN000260

Friday 8/27/21

Up. Neck/shldr, hands/arms back, knees, hips in P-10 tingling in face/lips. Took ibuprofen, gabapentin. Went back to sleep. Heating pad.
- got dressed. Difficult. Socks/ shoes. Slow on stairs (go slow on ALL stairs anymore.) Fed cat + dog - coffee.

Had several urgent email issues, phone calls, docs to review. Mom's estate pprs, taxes, car insurance, etc. > 3 hrs.
Sitting, standing, using arms/hands, looking down, sorting papers, etc. Neck, back, shldrs, arms/hands hips, knees - continued pain. Headache - Ate lunch. Nap ~2 hrs.

Picked up downstairs, mail, Kitchen. Few dishes. Walked Willow ~ 30 min.

Made dinner. Left dishes Watch tv.

Bed, journaling Rx P-9 Heating pad.

LIN000261

Case 1:22-cv-00186-WO-JLW   Document 21-1   Filed 10/24/22   Page 261 of 763

Sat 8/28/21

Up. Usual pain. Neck very stiff,
shldr, Knees, arms/hands, upper
back. Took ibuprofen P-9
Did some exercises. More later.
Dressing a chore. Fingers stiff
w/o good motion. Shoes & socks
difficult. Stairs challenge (scary)
Fed cat + dog. Coffee, breakfast.

Laundry very behind. Sorted,
wash several loads, dry, fold
while sweeping floor, little
vacuuming, putting things away kitchen.
Alternate activities, 20 mins here,
20 mins there, this or that.
Exhausting just trying to get any-
thing done.

Lunch, ibuprofen Nap < 1.5 hrs.

Son helped load car with donations
for shelter. He drove us over +
unloaded things.

Grabbed quick dinner out.
Watched tv.

Bed, journal Rx P-9
Heating pad

LIN000262

Sunday 8/22/21

Up. Exercises. Neck/shldrs, hands/arms still in pain, Knees, hips, ankles, Ibuprofen. P-9 (Seems riding in a car makes things worse - jolting of road?) Frustrated with button shirt, got a different one. Struggled with socks and shoes. Have to wear for stability. May get some high top sneakers or boots? Careful on stairs.

Fed cat & dog. Seems the carpet has been pet stained (cat) got cleaner/solutions out, towels, etc. Vacuume around area (Dyson)

Son ran cleaner. Made breakfast. Unload/loaded dishwasher. Watched news/Rested. Walked Willow - 40 mins.

Shower/hair, Hairdryer/brushes difficult. (Arms/neck, hands) Make-up challenge. To friends house for dinner + visit.

Bed, journal, Rx P-9

LIN000263

Monday 5/20/04

P. 9

Up - pain in knees, left knee
welt out of joint turning in bed,
Difficulty getting dressed, slow
going down stairs,
Made coffee care for animals
Ibuprofen
Waterproofing company coming to
fix dehumidifier issue. Son
helped remove storage boxes in
crawl space. Met = Rep to discuss
problems. Son assisted with
questions, got to crawlspace
door, etc, as I could not as I
couldn't bend neck, get down
to squat and talk.
I picked up kitchen + living room.
Worked on this diary - pain looking
down, hands/arms/shoulders
in pain - lower back too from
sitting for 1 hour. Pain = 8,
Difficulty writing, joint pain/
lack of function.
Nap 1-3 ibuprofen 600 mg.
Talked to daughter 30 min on phone
had to switch hands ~ every 5 minutes.
Ordered take out dinner.
Folded some clothes 20 min.
Finished diary, checked emails
~40 min. hands/arms, neck
Got ready for bed, shoulders pain = 9

LIN000264

Tues 8/31/21

Wake up 5am. Severe pain - could
800 mg ibuprofen.    not sleep.
                        P-10
Got up "late" - took care of pets.
    Made coffee. Pain all over!
Visit with neighbor, ate lunch
there.
1130 took nap - exhausted
- 3130 up ibuprofen - neck/
shoulder, arms hurting.

Looked through bills / sorted ppwk

To HTeeter for Rx, few items
for dinner.
Fixed quick dinner - modified
recipe to be less work.

Watched news and another show
lying down - numbness in left
hand/arm. Pain level - neck,
shoulders, knees = 9

Bed early. Added celebrex to
med list. Used heating pad on
neck/shoulders.    P-9
    journal

LIN000265

Wed 9/1/21

Up - stiffness in arms, hands, neck, shoulders. Difficulty dressing. Knees. Pain= 8

Pet care. Noticed dog's itching has gotten worse. Called Vet, appointment 4:50 today.

Breakfast. Washed up dishes. Loaded dishwasher. Pain = 9.

Pay few bills. Sorted clothes for washing. (Washed 1 load while doing bills.) Had to call and reschedule PT from afternoon.

Lunch - Nap 2 hour (ibuprofen) Pain = 9.

Got Willow's things together for Vet visit, blanket, car for her, etc.

Drive to Vet (20 min there, 20 back) Traffic heavy. Lots of neck/arm use. Home. P = 10

Son fixed dinner. (Never does dishes)

Watched some TV. Rest. Bed - heating pad - neck/shoulders. P = 9

LIN000266

Thus 9/2/21

Up. Neck/shldrs, arms/hands
P = 8, Knees wobbly, ankles
rolling. Difficulty dressing,
Stairs challenging.

Pet care. Coffee, light breakfast,
Walked dog - 30 min.

Shower/hair. Hairdryer/brushes
difficult. Got ready. Makeup
also difficult. P = 9
ibuprofen.
Lunch over at neighbors,
visit.
Zoom mtg 40 min.

To Emerg Ortho 3:45, Rt
Shoulder.
Home - Nap 2hrs.

Dinner was quick. Left-
overs.
Washed 1 load clothes.
Folded all + 1 from yesterday
while watching tv.
Neck/shldrs/arms/hands
tired and p = 9
Bed, journal, Rx's

LIN000267

Friday 9/3/21

Up. Did not sleep well.
Everything hurt. Neck, Shldr
arms, hands, Knees, lower
back ,,,,, about everywhere
                    P-9

Dressed, stairs difficult.
Pet care   Coffee
Cleaned Kitchen, floor /swiffer,

Organized pprwrk.
Not feeling well, weak /tired

Cancelled PT.
Lunch, Ibuprofen. Nap ≈2 hrs.

Son walked dog.
Picked up clothes, put away
clothes / 'ir closet' etc.
(Note - Son does his own clothes.)
Made dinner.

Watched movie.

Bed early. P-9   Rx's

LIN000268

Sat 9/4/21

Up. Usual pain -9, Neck
shldr, arms/hands, knees,
feet. Difficulty dressing/
shoes, stairs.
Fed cat + dog. cleaned
pet ares.
Coffee, light breakfast.

Friend invited me to bike ride
in neighborhood. They have
electric bikes. Had fun. Legs,
knees, arms/hands very
tired. Rt hip achey. → P-9
Rode ~30 mins. Visited.

Home - Rested (ibuprofen)
watched some sports on TV

Walked dog ~ 30 mins.

Made dinner. Loaded
dishwasher - lots to do.

Watched TV (this is always
reclining - feet up.

Bed - Journal    P-9
            Rxs

LIN000269

Sunday 9/5/21

Up. Neck/shldr, arms/hands
lower back, knees in pain +
stiff. Trouble dressing/ stairs p-8

Usual routine: fed pets,
cat care. Coffee.
Washed handwash dishes/pots.
Neck, arms/hands, shldr not
happy. Tired/shakey.
Ibuprofen p-9. Rest

Friend called about a concert
at Koka Booth - Cary.
Shower/hair. always difficult
to use arms/hands. Neck/
shldr pain. p-10 tramadol
Friends Karen. Used my handicap
placard for parking.
Sitting up sitting, etc during.
Went for dinner.

Home - right to bed, Rx
Heating pad.

LIN000270

Monday 9/6/21

Up, Dressed, Usual body
pain. Neck/shlders, arms/hands,
knees (...seem worse) - P-9
Ibuprofen.
Pet care - cofee

Rode with friend to hobby
shop. Walked around store,
got a few things ~40min.
Lunch out, home.

Nap ~ 2.5 hours

Unload dishwasher (Arms/neck)
Walked dog ~ 30 min.

Was invited for a cookout.
Son drove. Visted with
friends. Drive 40min each way
Home - Pain ~10.

Bed early - Journal, Rx's

LIN000271

Tues 9/7/21

Up - Fed pets
Shower/hair - usual difficulty
drying hair / brushes / make-up,
P = 9
Appt c̄ Dr. Silver
We discussed my condition
+ MRI. He is adding PT for
shoulder.
Said "Condition is chronic and
will not improve. Given my age,
would not recommend total
shoulder replacement until
later down the road." woo hoo.

PT appt. PT therapist said,
"Wow," the MRI shoulder report
from Dr. Silver wasn't very
good." Started light shoulder
exercises.

Home - ordered pizza.
Unloaded dishwasher P-9
Watched TV

Bed, journal, Rxs

i360

LIN000272

Wed 9/8/21

Up - Neck/shldr, knees,
arms/hands in pain - 8
Trouble c̄ stairs.

Pet care, Coffee, breakfast

Work on United Health care
ppwrk. To FedEx to
fax pprs. Drive 15 miles RT.
Arms/Neck - Pain - 9

Lunch, watch news Ibuprofen
Nap 1 hr.
Walk dog ~ 40 min.

Made fruit salad, pre cut
mostly.
To friend's house for
making Fall garland. Visit.

Home - made quick dinner
P - 9

Watched TV.

Bed, journal

LIN000273

Thurs 9/9/21

Up. Usual pain issues
Neck/shldrs, knees, arms/
hands - P-9. Did not
sleep well. Stairs a challenge
Pet care. Coffee breakfast

Shower/hair - Dread this
all the time. Wash hair only
2 x week because of this.
Bryer, brushes, make-up - P-9

To PT for neck/shldr
They gave me ice while
there      P=10 Exhausted.
Home - ibuprofen. Nap 2 hrs.

Walked dog ~ 40 min.
Cleaned kitchen. Washed 1
load clothes. Folded while
watching news.

Son + I made dinner.
Loaded dishwasher.
Talked to daughter on phone,
Had to switch hands back
+ forth.     P-9
          Bed Journal Rx

LIN000274

Friday 9/10/21

Up — Usual pain while getting dressed. Packed tote bag, going to outting with our friends.
Slipped and caught myself with RIGHT arm/hand on stair rail. Jerked shldr/arm neck.   P = 10
Could not go on outting. Bummer!
Took tramadol, Heating pad, neck + shoulders.
Really did not do much all day.
Son took care of pets, he walked dog, made dinner — soup + sandwiches

Watched movie on sofa as usual, foot up.

Bed early     P = 9     RX's

LIN000275

Sat 9/11/21

Up, Neck, shldr, arms, knees
in pain. Did exercises,
stretching. P-9
Got dressed - SLOWLY went
down stairs with caution.
Fed cat + dog - Coffee, quick
breakfast.
Had some light housework to
do - clean bathroom, swiffer
vanity, etc.

Walked dog ~ 30 min.
To grocery store - small
list, by bank ATM, got
gas, etc.
Lunch, ibuprofen. Nap ~ 2 hrs.

Worked on LTD pprwrk. Organize/
sort bills. Paid some bills. Worked
on banking accounts.
Organize tax pprwrk. P-9

Made dinner, don't cook like I
used to. (Choose lesser work
recipes.) Sad as I love to cook.
Watched some TV. Exhausted

Bed, journal Rx's

LIN000276

Sunday 9/12/01

Up. Neck ↑ pain P-9, arms/hands P6 ↑ shoulders, especially RT. P-9 Did some PT 5 reps each. Not feeling great. Get dressed.
Pet care (feed + scoop.)
Coffee, cereal.
Washed few dishes, unloaded dish washer. Straightened living room + kitchen table.

Shower/hair - as usual, difficulty holding arms up. Make-up took 30 mins. Dressed.

Rested ~ 1 hrs.
Ate quick sandwich
Friends picked me up for the Sunday Series at koko Booth.

Knees unhappy c̄ walk - not far. Sit, stand, walk, etc during this. Neck + shldrs, knees P-9

Home - ready for bed. Talked c̄ Son ~ 15 mins.

Bed, journal, RX

LIN000277

Monday 9/13/21

Up - exercises, seems to make me worse. Dressed - P-9 ( Neck, skis, arms/hands, Rt hip knees, ) stairs difficult. Fed pets, etc. Made coffee, eggs.

Worked on tax info for CPA. Due the 17th. Sitting, using arm, hands, neck, looking down, around, 2 hrs. Sit, stand, walk intermitently.

P-10
Lunch, ibuprofen. Nap 2 hours

Walked dog 30 mins.

Colored hair - more difficulty than in recents months/years - Holding, using arms, up awful.

Friend needed some "extra hands" to take craft supplies for her Mom's assisted living home, Another friend help too. Got an ice cream treat.

Home. Son had made dinner. " Bed, journal, Rx    P-9

LIN000278

Tues 9/14/21

Up. Usual neck, shldr pain - 9
Knees, arms, hands - 8
Dressed. Try to avoid buttons.
Caution on stairs.

Fed pets. Coffee, quick breakfast

Bathroom vanity things falling out,
mess. Reorganized that, sitting
down as not really bothers neck,
shoulders, arms, Knees. p-9

Went to the bank.
Kitchen dishes
Wrap 4 small pictures (Mom's)
for attic storage.

Repotted 1 house plant starters.
Enjoyed this.
Walked dog 30 mins.
Reheat leftovers.

Watched some TV - feet up

Bed, journal. Rxs p-9

LIN000279

Wed 9/15/21

Up - Neck, shldr p.10 arms/hands
knees,. Rt hip P.9
Exercises - maybe loss sore.
Dressed, hands not happy - difficulty
buttons, snaps. Took care on
stairs.
Pet care, Coffee recycling
out. Made breakfast.

Sorted all bills - paid some on-line,
others by phone - rarely write
checks. Took about 2 hrs also.
Neck, knees, shldrs, arms/HANDs,
RT hip P-10 Ibuprofen.

Pot 2 small plants - cleaning off
bay kitchen window.

Son put together new potting
bench. Held light pieces in place.

Rested on sofa - Read some AARP
little newspaper things.
Son made dinner.
Loaded some dishes in washer.

Bed, journal, Rx's P-9

LIN000280

Thurs 9/16/21

Up, Exercises shldr/Neck, arms,
Knees, hands P-9 (Go to bed
in pain — wake up with pain)
Stairs a chore, Knees wobbly
Pet care, coffee, breakfast

Work on tax info to CPA on
Friday. Took about 5 hrs
with breaks.
Neck, shldr pain - 10 Knees,
hip P-9. Took tramadol.

Zoom mtg 40 mins.

Late lunch — Nap 2 hrs.

Loaded some dishes, washed
pots.
Walked dog 30 mi, Knees/
hip P-9 Have shortened strides
Reheated Leftovers.

Watched TV, legs/feet/Neck
reclined — feet elevated.

Bed, journal Rxs

LIN000281

Friday 9/17/21

Up - No exercises. Usual P-9
pains everywhere. Took
Ibuprophen. Stairs scary as
knees/ankles unstable.

Pet care, coffee, quick breakfast
Put away clean dishes off
countertop. Ibuprofen

Shower/hair - Arms/hands
trouble c̄ styling hair/make-up
Dressed.

Got tax papers/info together,
CR to make sure all is there.
Drive to Bright on "death
by 40". Neck/shldrs, arms/
hands, knees in pain = 10.
Met c̄ CPA - questions etc.

They had a free ticket at a
local theater group. Near there
so went. Parked in H'cap parking,
Restaurant across street, got
some dinner. Show ~ 1.5 hrs.
Drive home - P=10
Bed Rxs, heating pad.

LIN000282

Sat 9/18/21

Up - Exercises, Body exhausted,

Neck/shldrs, back, arms/hands
Knees, Rt hip, ankles +
Headache, Ibuprofen P-9

Pet care, coffee, breakfast

Was supposed to go to Southern
Home Show. Had ticket. Just
too unwell to go. ". Too
much walking, standing, driving.

Stayed home. Worked on laundry
while watching OSU fball game.
Neck, shldrs, arms/hands,
back, Rt hip, Knees, ankles very
sore - P=10 More ibuprofen
(Low dose.)

Walked dog 30 mins.

Made soup/salad/sandwich
dinner. Let dishes go
Watched some tv.

Bed no journal Rxs
P=10

LIN000283

Sun 9/19/21

Up - No exercises. Usual pain
in body - P-9
(Neck/shldr, knees, arms/hands
ankles) Difficulty dressing,
buttons, socks/shoes. Used
care going down stairs. Slow

Pet care, coffee. Journaled
from yesterday until now.
Neck, upper back, left hand/
arm sore / P-9, Ibuprofen.

Pack clothes, folding, etc.
got toiletries together, Rx's, etc,

To grocery store for some
snack foods, juice + home
groceries... Son, pets etc.

Pack groceries, clothes. Son
took to car.

Made casserole for leftovers
here. Going to mountains
with sister-in-law.
Load dishwasher. P<10

Bed early, journal Pt's

LIN000284

Monday 9/20/21

Up early. Pain usual, usual places. Trouble dressing, socks, shoes, etc. Trouble with stairs. P-9

Pet care - coffee breakfast Shower/hair - usual issues with lack of arm usage. Dressed Drive to Mebane. Sister in law drove then. There 2 hrs. Ate lunch. Checked into condo. Out to shop some. Walking, standing. Dinner - Home. Sat talking some. Bed journal Rxs P-9

*Took ibuprofen*

Tues 9/21/21

Up. Did some exercises. Get ready/dressed. Made coffee. Made breakfast with Terry. P-9 Ibuprofen Out shopping. It was raining so we went to outlet stores. Walked, stand, shopped. Ate lunch. Shopped a bit more. Got a pizza dinner/salad.

Home, unpack packages. Jammies, hot cocoa. Cold + damp. Visit
Bed, journal Rxs
P-9

LIN000285

Wed 9/22/21

Up. Some exercises. Neck/shldrs, arms/hands, knees, ankles very sore - Difficulty dressing, P-9
Ate breakfast. Took ibuprofen
Went shopping downtown Blowing Rock. Still raining. Dashed from place to place. Had fun talking.
Ate late lunch/early dinner,
Home, things in.
Jammies, tv. Knees, neck/shldrs arms/hands, Rt hip, ankles P-10
Bed, journal, Rx's!

Thursday 9/23/21

Up. Some exercises. Neck/shldrs, arms/hands, knees, Rt + Lf hips hurting. Ibuprofen P-9
Difficult dressing. Who thought buttons were a good thing.
Coffee, breakfast.
Went to West Jefferson - shopping, cheese factory, shopping (walking, standing, moving neck, shldrs, arms/hands, KNEES
Lunch - not much walking. Ibuprofen
Home - Unpacked things.
Drove back out for take-out.
Bed, journal, Rx's
P-9

LIN000286

Friday 9/24/21

Up. Usual pain - Knees, neck/shldrs
arms/hands, hips exhausted P-9
No buttons today. Yay. No
steps here either. Quick shower +
food. Packed up. To Boone for
Flower Gardens tour - by golf cart.
Yay!! Great place.
Lunch c̄ cheescake. Drive home
Repack my car.
Drive to Durham. Unpack car.
Bed, journal Rx's P-9

Sat 9/25/21

Up - Exercises. Neck, shldrs
arms/hands, knees, hips, ankles,
feet weak. Got dressed - no buttons,
Carefull on stairs. P-9
Pet care, Coffee, breakfast
Ibuprofen.
Sort laundry - start 1 load.
Walked dog ~ 40 min. Change
clothes, start more. Repeat.
Folded clothes. Unpack stuff.
Nap ~ 2 hrs.
Watched sports / tv. More clothes
Made dinner - worked on dishes
Just had to stop.
Rested watched news.
Bed, journal, Rx's P-10

LIN000287

Sunday 9/26/21

Up, Exercises, Neck, shldrs, arms,
hands, knees - P-9. Stairs difficult,
Pet care, coffee, cereal.
Lazy today. Straightened around
house. Finished dishes. Ibuprofen.
Son walked dog.
Invited to Koka Booth for last concert
for Bluegrass. Parked Hcap area. Knees
unhappy. Sit, stand, walk during,
quick dinner out.                    P-9
Home. Ready for bed - Journal RXs

Monday 9/27/21

Up - skipped exercises. Neck, shldrs,
arms / hands, hips, KNEES in pain
Difficulty dressing. Stairs iffy.  P-9

Pet care - coffee, breakfast.
Walked dog ~ 30 mins.

Had phone calls to make, check
emails.
Shower / hair - Using arms, hands
difficult, neck sore. Ibuprofen.

Worked on LTD pprs. Sort / make
notes, etc. (Neck, shldrs, arms / hands)
Quick dinner - Son helped. P-10
     Watched some tv.
Bed, journal RX, P-9

LIN000288

Tuesday 9/28/21

Up. No exercises. PT later.
Neck, shldr, hands, Knees,
ankles P = 8 Ibuprofen
Fed cat + dog. Breakfast,
got dressed.
To PT. New exercises added
there. Push/pull 15 lb.
flat weight sleigh thing,
walk around PT area c̄
3 lb weight - 4 reps. Went
over all exercises. Needed ice.
Home. Zoom mtg 2-3.
(rested before that.)

Haircut. Drive 15 miles (RT)
Sitting difficult. Arms, neck
tired. Numbness.

Stopped by grocery store.
Getting things. In pet isle
trying to get cat food. Hands
were dropping cans, could not
hold. Had to go to office to ask
for help. Only got essentials,
they loaded, Son unload.

Made sandwiches for dinner.
Bed early, shldr/neck
heating pad. P = 9

LIN000289

Wed 9/29/21

Up, skipped exercises. Wanted
to be sure I could feed myself
today. Usual pain - same
places. Trouble dressing, stairs
P=8

Fed cat + dog. Made coffee.
Used both hands as both
felt very weak.

Really had a do nothing,
piddle around the house
day.

Got clothes ready +
packed for quick trip
to friend for a concert.
She is driving - thank goodness.

Walked dog. 20-40 mins. P=9
Ibuprofen.
Picked up house.

Watched tv, rested / legs up.

Son + I made dinner

Bed early. Journal

LIN000290

Thursday 9/30/21

Up, exercises. Neck, shldr,
arms, knees in pain - 7

Shower / hair, get ready
Finish packing. To charlotte
(Ride 3 hrs) To hotel, change
clothes    P = 8
Early dinner near hotel.
Walk 1/2 mile to concert.
Sit / stand (2 hrs)
Trouble walking back, Had to
take rickshaw to hotel.
Bed, P - 10

Friday 10/1/21

Woke up. showered / hair
get ready, pack up  P = 8

Walk to brunch, near hotel,
Ride home (3 hrs)
Trouble walking after that.

Made dinner, Son helped
Bed early.    P - 9
Some journaling

LIN000291

Sat. 10/2/21

Woke up exhausted. P = 9
Exercises. (Neck, shldrs, arms,
knees, Rt hip, ankles.)
Fed cat + dog. Coffee / breakfast.
Walked dog 40 mins.
Unpack suitcase. Laundry, small
2 loads white/dark. Ibuprofen.
Nap 2 hrs.
Ride with friend to Raleigh.
Walked ~ 1.5 miles. Sat, listened
to music. Grabbed quick dinner.
Ride home. Bed — P = 9

Sunday 10/3/21

Up, exercises. Neck, shldr,
knees, hip — P.T. Trouble
with stairs.
Fed cat + dog. Quick breakfast.

Had to bathe dog per vet instructions,
skin issue. + Son installed spray
shower head to make showering
for me easier — easier for dog too.
Rest ~ 1 hour. Ibuprofen P = 9.
Son trimmed front shrubs at
house. Baby rake small trimmings.
Helped decide best design. Enjoyed
looking at the yard.
Quick dinner. Watched tv
Bed / journal P = 9

LIN000292

Monday 10/4/21

Up. gona to PT - No exercises.
Neck, shldrs, arms/hands,
legs, knees, ankles (Is this
TOTAL body?) P = 8
Fed cat & dog - breakfast. Quick
shower, wash hair, get ready.
To PT. Pain shldrs, knees
Neck, hands tingling. P = 10
Home - 3 hr nap. Ibuprofen
Worked on some laundry, load
dishwasher.
Son made dinner, load dishwasher.
Watched TV. Bed - P = 9

Tues 10/5/21

Up. Some exercises. Total body
pain (see same above) P = 8
Fed cat & dog. Coffee.
Watched some tv. Not feeling
that great. Took ibuprofen.
Walked dog - 30 min.
Picked up House, Fold laundry.
Unload dishwasher P = 9 (total body)

Nap - 2 hrs. Quick vacuume
Paid some bills. Neck, hands, arms
just a mess. Trouble writing.

Son made dinner.
Bed P = 9

LIN000293

Wednesday 10/6/21

Up EARLY. Fed cat + dog
coffee. Dressed. P=7
Drive to Cary. PT FCE eval.
Took about 3 hours. Drive
home ~12:00 P=8

Took Son to medical appointment.
Waited in car to recline. Neck,
shldrs, hands/arms, knees, Rt
hip, ankles    P=9
Took tramadol.
Nap 1:30 - 4pm. Call from
Lake City, Colorado. Closing on
10/8 - Friday. Pprwrk needed
ASAP!
Daughter called. Too late
then to work on pprwrk.

Got pizza. Difficulty walking
to / from pizza shop. I griit
off. What else ?!?
Ate. Watched TV.

Bed. No journal. P=9

LIN000294

Thursday 10/7/21

Up - exercises.
The usual pain - Neck, shldr
hands, knees, Rt hip, Rt ankle.
Ibuprofen.  P=7
Fed cat + dog. Quick breakfast.
Shower / hair. Got ready.
Difficult to use arms, hands
= dryer, make-up.
Cancel PT appt. Just too
busy c urgent pprwrk, errands.

Download pprwrk. To
office store, print docs,
sign, etc.
To bank to notorize forms.

Home - lunch, rest ~ 30 min.
Back to office store.
Fax to Colorado. Stopped and
got few groceries.
Phone calls for LTD forms,
life insurance forms, etc.

Dog walk ~ 30 mins. B4 dark.

Made dinner. Left dishes

Watched TV
Bed early. No journal
           P= 9

LIN000295

Friday 10/8/21

Up, exercises.
Usual pain in Neck/shldrs/hands
Knees, Rt ankle, Rt hip,
headache. P = 9 Ibuprofen.
Fed cat + dog. Breakfast.
Not much energy. Loaded dishes,
cleaned kitchen, pets area.
"on call" for Murphy Realty all
day over pwork, closing.
Phone calls, sort papers, mail.
Rest - 2 hrs. No lunch.
Vacuumed livingroom, den, bedroom.
Made dinner. Watched TV. Bed. P = 9

Sat 10/9/21

Up, exercises, Headache,
Neck, shldrs, hands, back, knees,
Rt ankle + hip    P = 8,
Trouble getting dressed, going
down stairs. Afraid of
falling.
Fed cat + dog, coffee, cleaned
kitchen, dishes. Washed 1
load of clothes.
Walked dog. Folded clothes.
Made grocery list. Son + I to
get heavy items.
Son made dinner.
Watched a movie.
Bed - Pain = 9

LIN000296

Sunday 10/10/21

Up - exercises. P=6 Neck,
arms/shldr, legs.
Fed cat + dog - breakfast, journal.
Walked dog. Knees/ankles issue,
arms tired, vacuumed. folded
clothes. Arms exhausted, Neck,
shldr, hip. Everything tired,
Ibuprofen. Nap 1 hr P-9
Showered/hair - Use of arms/hands
poor - Dry hair difficult.
Made dinner. Watched TV,
some journal. Bed P-8

Monday 10/11/21

Up - exercises, Did not sleep well
tossed at night P=7 - Neck, Knees,
shldr, Ankles weak, Stairs iffy.
Fed cat + dog - coffee, breakfast,
journal - Neck, shldrs, arms/hands
Washed dishes (dinner)
Andrew MD appt. Sat 3 hours,
Misery! Do work while waiting
- Neck, back, arms/hands
Knees, rt hip P-10 Difficulty
walking. Drive 20 miles RT.
Reheat leftovers.
Talked c daughter on phone ≥ 30min.

Bed early - P-10

LIN000297

Tues 10/2/21

Up - exercises - Neck, shoulder, knees,
hips P=8. Difficulty dressing / stairs.
Fed cat + dog - Coffee / breakfast, Ibuprofen
Finished journal - Neck, arm / hands
pain / fatigue.
Phone calls ~ 20min
Pick up house, 1 small load clothes } P=9
Lunch. Nap 2 hours

Light gardening, planted 1 flower, baby
rake around front steps. Arms,
shoulder P=7. Knees felt loose,
joint (Lf knee) felt out of joint.
Rest, son made dinner. Fold
clothes, Bed P=8

Wed 10/13/21

Up - exercises, Neck, shoulder, arms
knees, hip (Rt) P=7 Difficulty stairs,
Afraid of falling / knee dislocating,
CPA paperwork, Emails, lawyer x45min.
Took dog short walk, Fearful of
knees issue, ★Neck, arms/stairs knees, hip
Lunch, ibuprofen, 2 hour nap P=9
Clean kitchen / dishes, 1 load clothes
sweep / swiffer, ~ 3 hrs P=8

Journal - Difficulty writing,
Lf hand weak, Neck pain,
Bed P=9

LIN000298

Thurs. 10/14/21

Up - neck exercises - neck, shoulder Knees, back - P-7 Difficulty dressing / stairs. Fed cat & dog - coffee

✓ Emails, bills online banking - finish journal ~ 2 hrs. P= 9 neck, hands, arms, shoulder (lf)

Quick lunch, ibuprofen Nap 1 hour Zoom Dr. appt. 45 min - Neck, arms shoulder, hip (rt) P 7

HAD to take CPA form to Raleigh 40 min there / 45 min back / Too much use Neck, arms, shoulders/ hands P=10 Son made dinner. Bed early.

Friday 10/15/21 P=7

Awake - neck in pain, tingling in hands/ face shoulder/rt arm pain - difficulty waking - Knees. Fed cat & dog - quick breakfast Showered - use of rt arm poor, Dry hair - get ready - Difficult. Exhausted Neck/ shoulder P9 (Did PT exercises b4 getting dressed) PT appt 10:15 - Drive New lower impact neck, shoulder exercises "Backing down" due to loss of function. Home - sandwich 2 hour nap. Drive to bank (3 miles)

To Dr. Kallianos - Knees - He referred for images of Knees. Noted "general lack of proper joint/ muscle biomechanics." Pain neck, shoulders, hands Knee, ankles unstable. P=10 Journal, bed

LIN000299

Sat 10/16/24

Slept in, Exercises -P=7 Feel tired still.
Difficulty dressing, Knees/hip (rt.) Neck/shldrs
arms/hands in pain/weak,
Fed cat + dog. Coffee. Walked dog - 30min,
Knees/ankles/hip instable.
Breakfast. Sit + do/pay bills. Sort pprwrk
look over legal pprs; Sit 2 hours    P=9 NECK
Laundry - wash - dry - fold. Straighten
bathroom items inbetween, Up + down 2 hrs P=9
Nap 2 hrs  ibuprofen.
Make dinner, load dishwasher-no handwashing
Arms, Knees, neck/shldr, Journal, Bed  P=10

Sunday 10/17/21

Up exercises. Difficulty dressing. Neck/Shldr
arms, Knees, hips (both) P=7
Fed cat + dog. Coffee / breakfast
Oversight yard work with Son.... Cleared area at
mailbox, trimmed front shrubs at house,
I baby raked trimmings - put in yard cart
                                    (bending)
- talked to Son about projects
- rested on sofa - P= 9 neck, shldrs, arms/wrists
back, hips, Knees, feet - whole body not happy
No dog walk
Ordered take out.
no journal. Bed early

**LIN000300**

Monday 10/18/21

Up - exercises - Diff. dressing - Pain neck, shldrs, arms/wrists, hips, knees, ankles P=9 stairs iffy.

Fed cat + dog, Coffee breakfast. Checked email / pprwrk. Neck, arms, hands, shldrs/back. Walked dog - knees/hips/ankles iffy. Going to get elastic supports for knees/ankles. Needed to wash hair/shower but just didn't feel I could. Too much. Ibuprofen. Lunch - washed dishes. Nap — 2hrs. Light housework. Vacuume livingroom, mudroom. Usual neck, shldrs, knees, rt hip, arms/hands.

Watched TV /news. Son made dinner. Journaled, checked through mail. Bed P=9

Tuesday 10/19/21

Up - exercises. Neck/arms, shldr pain. Knees pain. Lt knee iffy. Dressing/stairs difficult. Fed cat + dog - Coffee/breakfast. Shower/hair, get ready, dry hair. P=9 To get knees imaged. Drove 14 miles Rt. Over to friend's house. She picked me up. Walked in park ≈ 45 mins. Rested/talked on bench ≈ 30 mins.

grocery shopping. She helped c̄ bags. Put groceries away. Son made dinner. Watched TV. Journal. Bed P=9

**LIN000301**

Wed 10/20/21

Up exercises Neck/shldrs/arms P=7
Knees/Rt hip in pain. Rt ankle very weak and
lack of function. Diff. dressing/stairs.
Fed dog + cat. Coffee, breakfast.
Check flights to FL for Thanksgiving. Son
can go to help with travel. ~ 1.5 hrs. Neck,
Lt arm, shldrs, hands/arms P=9 Ibuprofen.
Walk dog ~ 30 min. Rt ankle iffy, knees
not great, hip (Rt) all = pain.
To friend's house - visit - 2 hrs. Exhausted. Nap 2 hrs.
Worked on journal. Made salad dinner.
Watched TV. Bed P=9

Thurs. 10/21/21
Awake. Dr. Kailanos office called Lin. Inquire of
Knees reviewed, 'generative bone disease - and
arthritis. Referring for MRI.
Up. few exercises - Usual Neck/shldrs/arms
hands, Knees, Rt ankle, P=7 (what's left?? ONLY
Lf ankle
Fed cat + dog, coffee.
Made calls to MD's for records.
Worked = Son on carpet pet stairs. 2 hrs. P=9
Ibuprofen. Call from Andy (1 hr). Draft
letter (2 hrs) go to print + take to MD's
offices (1 hr walking driving) - Exhausted 2 hr nap.
Walked dog 30 min.
Got take out (1 mile drive)
Bed - journal P=7

**LIN000302**

Friday — 10/22/21

Up. Dressed. Usual pain + areas P=7
__ Trouble navagating stairs - knee + ankles shakey
Fed cat + dog — breakfast
Made. / received calls re-records
requests. Important emails (2 hrs)

Had to shower/hair, get ready. Pain = 9
✳ Trouble with brushes, hairdryer, make-up
No lunch. No time

To medical offices for records, bank,
post office. (2 hrs) Pain = 9

Rest 1 hr. To dinner with friends - they
drove.
Bed - Pain 9 (Finished journal next
morning.)

This journaling has become a burden
for me. Just by sitting, using arms
left hand (by the way, my hand/joints
just collapse often and it is DIFFICULT
to write....Imagine that.) I am in PAIN
All things considered and due to this
case presentation is soon due - I am
discontinuing to journal.

10/22/21 Rebecca Longanecker Pfer

LIN000303

ATTACHMENT 8

LIN000304

## Authorization to Release Confidential Information and Documents

To: Blue Cross and Blue Shield of North Carolina, Lincoln Life Assurance Company of Boston, and their affiliates:

I authorize you to release all documents and information pertaining to my long-term disability income benefits and other employee benefits to my attorney, Andrew Whiteman of Whiteman Law Firm. Mr. Whiteman's contact information is:

Andrew Whiteman
Whiteman Law Firm
5400 Glenwood Avenue, Suite 225
Raleigh, NC 27612
919-571-8300 (telephone)
919-571-1004 (fax)
aow@whiteman-law.com

You may discuss any aspect of my disability income benefits and other employee benefits with Mr. Whiteman or any member of his staff.

6/9/2021

Date

DocuSigned by:

Rebecca Pifer

C59DE4DB08E04B3...

Rebecca Pifer

**LIN000305**

ATTACHMENT 4

LIN000306

# ATTENDING PHYSICIAN'S STATEMENT
## Must be completed IN FULL by physician who has examined patient within the last _30_ days.

**Patient's Name:** Rebecca Pifer

1. **Diagnosis**
   a) Diagnosis (including any complications): Generalized osteoarthritis     ICD-9 Code(s) M15.0
   b) Subjective Symptoms: Ehlers-Danlos Syndrome     Q82.8
   c) Objective findings (include current x-rays, EKGs, laboratory data and any clinical findings): Bilateral Heberden Bouchard's nodes. Decreased ROM of cervical spine + shoulders; tenderness of right shoulder

2. **DATES OF TREATMENT**
   a) Date of first visit _____
   b) Date of most recent visit __8-4-20__
   c) Frequency of visits __q 6 months__

3. **NATURE OF TREATMENT**
   (Including surgery, medication, physical therapy, etc. since last report)
   Medication - Celebrex, tramadol

4. **EXTENT OF DISABILITY ***IMPORTANT*****
   a) Are you aware of the main duties patient performs in his/her usual work or business?  ☒ Yes  ☐ No
   b) Are you aware of patient's background (education, training, experience, etc.)?  ☒ Yes  ☐ No
   c) Describe any restrictions (what patient SHOULD NOT do): no prolonged sitting, standing or repetitive activities
   d) Describe any limitations (what patient CANNOT do): Same

5. **CARDIAC (if applicable)**
   a) Functional Capacity (American Heart Association)  ☐ Class 1 (No limitations)  ☐ Class 2 (Slight Limitation)  ☐ Class 3 (Marked Limitation)  ☐ Class 4 (Complete Limitation)
   b) Blood Pressure (last visit) __109__ / __64__
      Systolic    Diastolic

6. **PHYSICAL IMPAIRMENT (*As defined in Federal Dictionary of Occupational Titles)**
   a) ☐ Class 1 - No limitation of functional capacity; capable of heavy work *No restrictions (0-10%)
      ☐ Class 2 - Medium manual activity *(15-30%)
      ☐ Class 3 - Slight limitation of functional capacity; capable of light work * (35-55%)
      ☐ Class 4 - Moderate limitation of functional capability; capable of clerical/administrative (sedentary*) activity (60-70%)
      ☒ Class 5 - Severe limitation of functional capability; incapable of minimum (sedentary*) activity (75-100%)
   b) REMARKS:

7. **MENTAL/NERVOUS IMPAIRMENT (if applicable)**
   a) ☒ Class 1 - Patient is able to function under stress and engage in interpersonal relations (no limitations)
      ☐ Class 2 - Patient is able to function in most stress situations and engage in most interpersonal relations (slight limitations)
      ☐ Class 3 - Patient is able to engage in only limited stress situations and engage in only limited interpersonal relations (moderate limitations)
      ☐ Class 4 - Patient is unable to engage in stress situations or engage in interpersonal relations (marked limitations)
      ☐ Class 5 - Patient has significant loss of psychological, physiological, personal and social adjustment (severe limitations)
   b) REMARKS:
   c) Do you believe patient is competent to endorse checks and direct the use of the proceeds?  ☒ Yes  ☐ No

8. **PROGRESS**
   a) Has patient  ☐ Recovered  ☐ Improved  ☒ Unchanged  ☐ Regressed
      If recovered, date able to return to work _____
   b) Is patient:  ☒ Ambulatory  ☐ House Confined  ☐ Bed Confined  ☐ Hospital Confined
   c) Has Patient been hospital confined since last report? _____  ☐ Yes  ☒ No     Admitted _____
      If Yes, Name & Address of Hospital _____  Discharged _____
   d) Do you expect any significant improvement in the future?  ☐ Yes  ☒ No
      1. If yes, when will patient recover sufficiently to perform the duties of:
         a) Patient's regular occupation: _____ or  ☐ 1 Month  ☐ 1-3 Months  ☐ 3-6 Months  ☐ Never
            Date if known
         b) Any other type of work: _____ or  ☐ 1 Month  ☐ 1-3 Months  ☐ 3-6 Months  ☐ Never
            Date if known
      2. If no, please explain: The patient is permanently disabled due to OA + EDS
   e) Do you support candidacy for Social Security Benefits?  ☒ Yes  ☐ No

   **Physician's Signature** [signature]     **Date** 8-4-2020
   **Physician's Name** Linda Belhorn     **Degree** MD
   **Address** 120 William Penn Place     **Telephone** (919) 220-5255
   **City** Durham  **State** NC  **Zip** 27704  **Fax** (919) 281-1700

**FRAUD WARNING:** Any person who knowingly and with the intent to defraud any insurance company or other person files an application for insurance or a statement of claim with materially false information or conceals for the purpose of misleading, information concerning any fact material thereto may be guilty of committing a fraudulent insurance act.

CL-WVR-UPDATE (4-10)

LIN000307

## ATTENDING PHYSICIAN'S STATEMENT
### Must be completed IN FULL by physician who has examined patient within the last _____ days.

**Patient's Name:** Rebecca Pifer

**1. Diagnosis**
a) Diagnosis (including any complications): Ehlers-Danlos; Generalized OA    ICD-9 Code(s) D796 M15.0
b) Subjective Symptoms: joint pain; fatigue
c) Objective findings (include current x-rays, EKGs, laboratory data and any clinical findings):

**2. DATES OF TREATMENT**
a) Date of first visit: Prior to 3-16-12
b) Date of most recent visit: 8-16-21
c) Frequency of visits: q. 6 mos

**3. NATURE OF TREATMENT**
(Including surgery, medication, physical therapy, etc. since last report)
Celebrex / tramadol

**4. EXTENT OF DISABILITY ***IMPORTANT***
a) Are you aware of the main duties patient performs in his/her usual work or business?  ☑ Yes  ☐ No
b) Are you aware of patient's background (education, training, experience, etc.)?  ☑ Yes  ☐ No
c) Describe any restrictions (what patient SHOULD NOT do): no prolonged sitting, standing, heavy lifting, inactive activity
d) Describe any limitations (what patient CANNOT do):

**5. CARDIAC (if applicable)**
a) Functional Capacity (American Heart Association)  ☑ Class 1 (No limitations)  ☐ Class 2 (Slight Limitation)  ☐ Class 3 (Marked Limitation)  ☐ Class 4 (Complete Limitation)
b) Blood Pressure (last visit) 126 / 80  Systolic  Diastolic

**6. PHYSICAL IMPAIRMENT (*As defined in Federal Dictionary of Occupational Titles)**
a) ☐ Class 1 - No limitation of functional capacity; capable of heavy work *No restrictions (0-10%)
☐ Class 2 - Medium manual activity *(15-30%)
☐ Class 3 - Slight limitation of functional capacity; capable of light work * (35-55%)
☐ Class 4 - Moderate limitation of functional capability; capable of clerical/administrative (sedentary*) activity (60-70%)
☑ Class 5 - Severe limitation of functional capability; incapable of minimum (sedentary*) activity (75-100%)
b) REMARKS:

**7. MENTAL/NERVOUS IMPAIRMENT (if applicable)**
a) ☐ Class 1 - Patient is able to function under stress and engage in interpersonal relations (no limitations)
☑ Class 2 - Patient is able to function in most stress situations and engage in most interpersonal relations (slight limitations)
☐ Class 3 - Patient is able to engage in only limited stress situations and engage in only limited interpersonal relations (moderate limitations)
☐ Class 4 - Patient is unable to engage in stress situations or engage in interpersonal relations (marked limitations)
☐ Class 5 - Patient has significant loss of psychological, physiological, personal and social adjustment (severe limitations)
b) REMARKS: Depression
c) Do you believe patient is competent to endorse checks and direct the use of the proceeds?  ☑ Yes  ☐ No

**8. PROGRESS**
a) Has patient  ☐ Recovered  ☐ Improved  ☑ Unchanged  ☐ Regressed
If recovered, date able to return to work _____
b) Is patient:  ☑ Ambulatory  ☐ House Confined  ☐ Bed Confined  ☐ Hospital Confined
c) Has Patient been hospital confined since last report? ___  ☐ Yes  ☑ No    Admitted _____
If Yes, Name & Address of Hospital _____    Discharged _____
d) Do you expect any significant improvement in the future?  ☐ Yes  ☑ No
1. If yes, when will patient recover sufficiently to perform the duties of:
a) Patient's regular occupation: _____ Date if known  or  ☐ 1 Month  ☐ 1-3 Months  ☐ 3-6 Months  ☐ Never
b) Any other type of work: _____ Date if known  or  ☐ 1 Month  ☐ 1-3 Months  ☐ 3-6 Months  ☐ Never
2. If no, please explain: _____
e) Do you support candidacy for Social Security Benefits?  ☑ Yes  ☐ No

**Physician's Signature** _____    **Date** 16-18-21
**Physician's Name** Linda Bethon    **Degree** MD
**Address** 120 William Penn Plaza    **Telephone** 919 220-5255
**City** Durham    **State** NC    **Zip** 27104    **Fax** (919) 281-1700

**FRAUD WARNING:** Any person who knowingly and with the intent to defraud any insurance company or other person files an application for insurance or a statement of claim with materially false information or conceals for the purpose of misleading, information concerning any fact material thereto may be guilty of committing a fraudulent insurance act.

CL-WVR-UPDATE (4-10)

LIN000308

## ANNUAL PHYSICIAN'S STATEMENT

**Lincoln Financial Group®**

To be completed by the attending physician.
This form is to be completed
without expense to Lincoln Financial Group

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-6085

Return To: Robert Hale

| Employee/Claimant: Rebecca Pifer | Claim No: 4087659 |
|---|---|
| Employer/Sponsor: BCBS of North Carolina | Date of Birth: ▮▮ 1960 |

As part of our ongoing management for continued benefits for the above named individual, we are in need of updated information. Please respond to the questions & statements & return to Lincoln Financial Group at the above Fax number. An authorization is on file with your office. Parts 1 and 2 below to be completed by Attending Physician.

**1.**

Date of last visit: 8-16-21
Date of next visit: 2-16-22
Frequency of visits:
_____ Weekly  _____ Monthly
__X__ Other: (Specify) 9 months

Last hospitalization: _____
Name of hospital: _____
Admitting Diagnosis: _____
Surgery: YES ☐ NO ☐
Procedure: _____

**2.**

Diagnosis and concurrent conditions with ICD Code: _____
Ehlos-Danlos syndrome Q 79.6
Generalized osteoarthritis M15.0

Please describe any/all **Restrictions and Limitations** you have imposed: _____
No prolonged sitting, standing, heavy lifting
or repetitive activities

Please describe your **treatment plan** including medications, & diagnostic testing: _____
Tramadol, ibuprofen/celebrex

**Cardiac impairment** (if applicable) Functional capacity per American Heart Association
__X__ Class 1 No limitation  _____ Class 2 Slight limitation  _____ Class 3 Marked limitation  _____ Class 4 Complete limitation
B/P Last visit _____

Mental/Nervous impairment: Depression
Axis I a. _____  b. _____  Axis II _____  Axis III _____  Axis IV _____  Axis V _____

Please forward copies of your office notes and test results from _____ through 10/15/21

| Linda Bethun | M.D. / Rheumatology | |
|---|---|---|
| Provider's name (PLEASE PRINT) | Degree/specialty | SS# OR Tax ID |
| 120 William Penn Plaza | 919-220-5255 | 919-281-1700 |
| Street address | Telephone No. | Fax No. |
| Durham, NC 27704 | [signature] | 10-18-21 |
| City/State/Zip Code | Signature | Date |

DP 402 DMS (11/06)

LIN000309

ATTACHMENT 5

LIN000310



**ANNUAL PHYSICIAN'S STATEMENT**

To be completed by the attending physician.
This form is to be completed
without expense to Lincoln Financial Group

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claim
P.O. Box 721?
London, KY 40742-721?
Phone No.: (888) 437-761?
Secure Fax No.: (603) 422-608?

Return To: ~~Robert Hale~~

| | |
|---|---|
| Employee/Claimant: Rebecca Pifer | Claim No: 4087659 |
| Employer/Sponsor: BCBS of North Carolina | Date of Birth: ▇ 1960 |

As part of our ongoing management for continued benefits for the above named individual, we are in need of updated information. Please respond to the questions & statements & return to Lincoln Financial Group at the above Fax number. An authorization is on file with your office. Parts 1 and 2 below to be completed by Attending Physician.

**1.**
Date of last visit: 9/7/2021
Date of next visit: Patient will follow-up as
Frequency of visits: needed.
_____ Weekly _____ Monthly
✓ Other: (Specify) _____

Last hospitalization: _____
Name of hospital: _____
Admitting Diagnosis: _____
Surgery: YES ☐ NO ☐
Procedure:

**2.**
Diagnosis and concurrent conditions with ICD Code: _____
Pain of right shoulder joint; M25.511

==Please describe any/all **Restrictions and Limitations** you have imposed:== _____
==No heavy lifting or repetitive activity.==

Please describe your treatment plan including medications, & diagnostic testing: _____
Injections, physical therapy

Cardiac impairment   (if applicable)  Functional capacity per American Heart Association
_____ Class 1 No limitation _____ Class 2 Slight limitation _____ Class 3 Marked limitation _____ Class 4 Complete limitation
B/P Last visit _____

Mental/Nervous impairment:
Axis I a. _____   b. _____   Axis II _____   Axis III _____   Axis IV _____   Axis V _____

Please forward copies of your office notes and test results from _____ through _____

| | | |
|---|---|---|
| William Silver, MD | Orthopaedic | 56-1079264 |
| Provider's name (PLEASE PRINT) | Degree/specialty | SS# OR Tax ID |
| 120 William Penn Plaza | 919-220-5255 | 919-313-5201 |
| Street address | Telephone No. | Fax No. |
| Durham, NC 27704 | *(signature)* | 10/25/2021 |
| City/State/Zip Code | Signature | Date |

DP 402 DMS (11/06)

LIN000311

ATTACHMENT 6

LIN000312



**North Carolina Diagnostic Imaging**
www.NCDiagnosticImaging.com

Durham Diagnostic Imaging Independence Park
4323 Ben Franklin Blvd.
Durham, NC 27704
P: (919) 471-4840 f: (919) 471-9345

PATIENT NAME:      Pifer, Rebecca L.
DOB:               ████ 1960
MRN:               12-1200287153
PHYSICIAN:         John Kallianos, MD
EXAM DATE:         06/10/2021

EXAM:              MR-Cervical Spine without contrast

REASON FOR EXAM:   M54.12 - Radiculopathy, cervical region / left cervical radiculopathy
s/p MVA

INDICATION: Left-sided cervical radiculopathy following MVA. History of elevated and left
syndrome.

TECHNIQUE: 1.5 Tesla axial and sagittal images of the cervical spine were obtained using multiple
pulse sequences.

FINDINGS:
Craniocervical Junction: No significant abnormality.

Vertebral column: No marrow abnormality of acute significance. Chronic multilevel cervical
degenerative disc disease and chronic multilevel facet arthropathy are present. There is grade 1
degenerative anterolisthesis at C2-3. There is grade 1 retrolisthesis at C5-6. Reversal of the usual
cervical lordosis.

Cervical Cord: No obvious intrinsic cervical cord abnormality.

C2-C3: No significant disc bulge or herniation. No canal or foraminal stenosis.

C3-C4: No significant disc bulge or herniation. No canal or foraminal stenosis.

C4-C5: Very mild disc bulge and endplate osteophytes without significant central canal stenosis. Mild
bilateral uncovertebral joint osteophytes are present but foramina appear patent

C5-C6: Chronic degenerative disc space narrowing and circumferential disc bulge and endplate
osteophytes are present. Posteriorly, these findings are slightly more prominent to the left of midline
with effacement ventral subarachnoid space and subtle flattening of the ventral surface of the cord. The
left foramen appears stenotic. Mild bony encroachment on the right foramen.

C6- C7: Borderline to mild central canal stenosis due to chronic circumferential disc bulge and endplate

**Radiology**

PAGE 1 of 2

LIN000313

PATIENT NAME: Pifer, Rebecca L.
DOB: ████ 1960
EXAM: MR-Cervical Spine without contrast
EXAM DATE: 06/10/2021

osteophytes and ligamentum flavum laxity, but without obvious cord compression. To moderate bony encroachment on the foramina.

C7-T1: No significant disc bulge or herniation. No canal or foraminal stenosis.

IMPRESSION: Chronic multilevel cervical degenerative disc disease and facet arthropathy. There is narrowing of the central canal at C5-6 and C6-7 and variable degrees of bony encroachment on the foramina, likely most prominent on the left at C5-6. Details for each level are provided above.

James W Lester Jr, MD

```
*** THIS IS AN ELECTRONICALLY VERIFIED REPORT ***
6/10/2021 12:35 PM:   James W Lester Jr, MD
```

JWL/jwl
DD: 06/10/2021 12:17 pm
DT: 06/10/2021 12:35 pm
Accession #: 12-6927013

Radiology

PAGE 2 of 2

LIN000314

# MRI RIGHT SHOULDER W/O CONTRAST (#73557053, Final, 09/03/2021, tied to order #73163265)

| Ordering Provider | WILLIAM SILVER | Performing facility | PROSCAN IMAGING - BONITA |
|---|---|---|---|
| Reported Date | 09/03/2021 11:02 | Accession ID | 25432124A |
| Performed Date | 09/03/2021 11:02 | | |

EmergeOrtho - Durham
120 William Penn Plaza
Durham, North Carolina 27704

Patient Name: REBECCA PIFER
Case ID: 25432124
Patient DOB: ████/1960
Referring Physician: William P Silver, MD
Exam Date: 09/02/2021
Exam Description: MR Right Shoulder joint w/o Contrast

HISTORY: Evaluate for rotator cuff tear. Patient complains of right shoulder chronic pain for 12 years. Status post arthroscopy 2011. Status post cortisone injections last autumn. Status post fall 3 weeks ago.

TECHNICAL FACTORS: Long- and short-axis fat- and water-weighted images were performed.

COMPARISON: None.

FINDINGS: No AC separation. Subacromial decompression.

Moderate cuff tendinosis. Partial thickness interstitial and bursal surface tear supraspinatus insertion is 7mm. Mild bursitis.

Chronically torn biceps long head tendon.

Fixation hardware within the lesser tuberosity.

Glenohumeral osteoarthropathy. Chronically torn and worn labrum. Diffuse regions of intermediate grade chondromalacia throughout the humerus and glenoid. Remodeled articular surfaces. Marrow reaction throughout the glenoid rim. Capsulosynovitis. Synovium reactive. Debris within the capsule.

CONCLUSION:
1. Severe glenohumeral arthropathy. Chronically torn and worn labrum. Remodeled articular surfaces. Cartilage delamination. Marrow reaction and pseudocysts glenoid rim. Complex effusion.
2. Cuff tendinosis. Frayed partial thickness 7mm interstitial and bursal surface tear supraspinatus insertion. Mild bursitis. No full thickness cuff macrotear.
3. AC arthropathy. Subacromial decompression.
4. Chronically torn biceps long head tendon or tenotomy.
5. Please see above.

Thank you for the opportunity to provide your interpretation.

Adam K. Olmsted, MD

LIN000315



**North Carolina Diagnostic Imaging**
www.NCDiagnosticImaging.com

Durham Diagnostic Imaging Independence Park
4323 Ben Franklin Blvd
Durham, NC 27704
P: (919) 471-4840 f: (919) 471-9345

| | |
|---|---|
| **PATIENT NAME:** | Pifer, Rebecca L. |
| **DOB:** | ███1960 |
| **MRN:** | 12-1200287153 |
| **PHYSICIAN:** | John Kallianos, MD |
| **EXAM DATE:** | 10/26/2021 |

**EXAM:** MR Left Knee Without Contrast

**REASON FOR EXAM:** M25.562 - Pain in left knee / bilateral knee pain

**ADDITIONAL HISTORY:** Left knee pain.

**TECHNIQUE:** Multiplanar, multi-sequence MR imaging of the left knee was performed.

**COMPARISONS:** Knee radiographs dated 10/19/2021

**FINDINGS:**

Cruciate ligaments: The anterior cruciate ligament is intact. The posterior cruciate ligament is intact.

Collateral ligaments: The medial collateral ligament is intact. The fibular collateral ligament is markedly attenuated at the level of the lateral tibial plateau osteophyte, suggestive of at least a partial tear without definitive associated T2 hyperintensity. This likely represents chronic tearing of the fibular collateral ligament. The remaining portions of the lateral collateral ligament complex appear intact.

Menisci: There is a horizontal oblique tear of the lateral body of the lateral meniscus with more extensive intrasubstance degenerative signal. The tear contacts the superior articular surface of the meniscus. There is a focus of intrasubstance degenerative signal of the medial body of the medial meniscus which likely contacts the inferior articular surface, indicating a small horizontal oblique tear.

Extensor mechanism: The patellar tendon is intact. The quadriceps tendon is intact. The patellar retinaculum is intact.

Articular cartilage: There is heterogeneity of the cartilage of the lateral patellar facet without focal cartilage defect. There is heterogeneity of the medial femoral condyle cartilage without definite focal defect. There is the suggestion of some thinning of the lateral compartment cartilage, primarily the lateral aspect with associated subchondral marrow edema.

Osseous structures: No acute fracture is identified. There is subchondral marrow edema of the lateral aspect lateral tibial plateau, likely related to osteoarthritis. There is prominent osteophyte formation of

**Radiology**

LIN000316

PATIENT NAME: Pifer, Rebecca L.
DOB: ███ 1960
EXAM: MR Left Knee Without Contrast
EXAM DATE: 10/26/2021

the lateral compartment as seen on recent radiographs. There are subchondral cysts of the posterior lateral aspect of the lateral tibial plateau.

Soft tissues and joint fluid: There is left knee joint fluid present. There is a small Baker's cyst which measures roughly 4.4 x 0.8 x 0.8 cm. No soft tissue mass is identified.

**IMPRESSION:**
1. Osteoarthritis of the lateral compartment of the left knee with associated marked cartilage thinning and probable focal cartilage defect of the lateral-most posterior aspect of the lateral tibial plateau. There is associated chronic lateral meniscus tear.
2. Extensive intrasubstance degenerative signal of the medial meniscus with a limited tear of the medial body.
3. Cartilage heterogeneity of all 3 compartments of the left knee.
4. The fibular collateral ligament is markedly attenuated and a chronic tear or partial tear is suggested. This may be related to the adjacent lateral tibial plateau osteophyte.

Ashley G Merritt, MD
(919) 471-5912

```
      *** THIS IS AN ELECTRONICALLY VERIFIED REPORT ***
10/26/2021 3:10 PM:  Ashley G Merritt, MD
```

AGM/agm
DD: 10/26/2021 03:00 pm
DT: 10/26/2021 03:10 pm
Accession #: 12-6973908

Radiology

LIN000317



**North Carolina Diagnostic Imaging**
www.NCDiagnosticImaging.com

Durham Diagnostic Imaging Independence Park
4323 Ben Franklin Blvd
Durham, NC 27704
P: (919) 471-4840  f: (919) 471-9345

| | |
|---|---|
| **PATIENT NAME:** | Pifer, Rebecca L. |
| **DOB:** | ███ 1960 |
| **MRN:** | 12-1200287153 |
| **PHYSICIAN:** | John Kallianos, MD |
| **EXAM DATE:** | 10/26/2021 |

**EXAM:** MR Right Knee Without Contrast

**REASON FOR EXAM:** M25.561 - Pain in right knee / bilateral knee pain

**HISTORY:** Right knee pain

**TECHNIQUE:** MR images were obtained in multiple planes emphasizing relative proton density and T2 contrast.

**FINDINGS:**

Cruciate Ligaments: The posterior cruciate ligament appears redundant and mildly thickened but intact. The ACL appears chronically torn with synovitis in the intercondylar notch.

Collateral Ligaments: Intact.

Bones, Articular Cartilage: There is medial lateral compartment joint space narrowing with multifocal cartilage loss. Mild subchondral cystic change and marrow edema of the medial femoral condyle. Mild patellofemoral cartilage loss.

Menisci: Extensive complex tearing is present involving the body and posterior horn of the lateral meniscus extending to the meniscal root. There is a tear of the anterior horn of the medial meniscus, image 16 of series 6 with associated soft tissue thickening. The body of the medial meniscus is mildly extruded.

Synovium: No significant joint fluid.

Tendons: Intact.

**IMPRESSION:**

1. Complex tears involving the body and posterior horn of the lateral meniscus and anterior horn of the medial meniscus.

Radiology

LIN000318

PATIENT NAME: Pifer, Rebecca L.
DOB: ███ 1960
EXAM: MR Right Knee Without Contrast
EXAM DATE: 10/26/2021

2. Chronic , complete ACL tear.

3. Advanced joint space narrowing with multifocal cartilage loss of the medial and lateral compartments. Mild reactive marrow edema in the medial compartment.

Ripal N Shah, MD

```
*** THIS IS AN ELECTRONICALLY VERIFIED REPORT ***
10/26/2021 4:38 PM:   Ripal N Shah, MD
```

RNS/rns
DD: 10/26/2021 04:25 pm
DT: 10/26/2021 04:38 pm
Accession #: 12-6973906

Radiology

LIN000319

ATTACHMENT 7
Part 1

**LIN000320**

Monday, 6/7/21

Up at 8:30 Fed cat + dog
talked with son 30 min.

Review LTD cobra, papers for
call mtg - Andy 1 hr.

Phone call mtg - Andy 1hr.

Arms and neck, shoulders
in pain, back spasms from
sitting too long at desk
for 2 hours.
Took ibuprofen and a nap
for 2½ hours.

Emptied dishwasher, Straightened
living room.
Rest on sofa, Arms weak

Son fixed light dinner
We watch some tv.

Went to bed. Pain level 9.

LIN000321

Tuesday, 6/8/21

Up 8am neck in pain - 7
Rt knee locking going down
stairs. Fed cat and dog.
Made coffee. Trouble using
Rt arm - shoulder hurting
pain 7 - Made quick breakfast
cereal
Walked dog ~ 20 min. Knees/
Rt hip felt weak / wobbly.
Rested c̄ legs elevated ~ 1 hour.

Visited neighbor, ate lunch there
Neck stiff, lower back too from
sitting 1½ hours. Pain 7

Washed some dishes, straightened
house downstairs.
Rested on sofa 30 min.

Made soup + sandwiches for
dinner. Loaded dishwasher.

Paid some bills - neck, arms
Rt shoulder in pain 10.

Ready for bed early to
take meds. Except for ibuprofen
all include pain, inflamation, neuralgia
sleep aid. Every night.

LIN000322

Wednesday 6/9/21

Up 7am. Did not sleep well,
neck hurting, Rt arm sore, shoulder
stiff. Pain 8. Took tramadol
Fed cat + dog. Made coffee
+ cereal.
Straightened bedroom, sorted
clothes for laundry.

Walked dog - Knees bothering me
- not stable. Took short walk,
Rested - 1 hour, feet up.

Stripped bed linens - washed
dried - remade bed. Very difficult
to remake bed, arms limited motion
neck / shoulder very painful. Took
ibuprofen - Took nap ~ 2 hours.

Up - made quick casserole
c̄ son's help (dish heavy)

Put dishes in washer

Watched some TV. Rt shoulder
in pain 10, neck 8. Knees
hurting.
Bed + meds.

✗ Journaling hurts Neck, left shldr,
hand / arm / fingers - always.

LIN000323

Thursday 6/10/21

Woke up early 4 am in severe pain. Tossed + turned
Took ibuprofen (driving later)

Got up 7am, got coffee, fed dog + cat
Shower 8 am
no make up, air dry hair

phone call to Medicare re: no bdcbsnc
primary as of 6/1

to Durham Imaging (2 miles) away 9:30, drove there
struggled to use istale tablet,
pain looking down, ~15 mins.

MRI 10:00 - 10:45

stopped by Food Lion for soup + 1/2 + 1/2

Home - got in PJ's, ate soup, watched
15 mins tennis on tv
Nap 1:00 - 4pm
Up - put load of clothes in washer
Rested on sofa
Son made some dinner, ate dinner
Watched 30 min tennis on tv
Bed 9:00 Rx P9

LIN000324

Friday, 6/11/21

Woke up 4 am - again
In severe pain - tossed + turned
Developed into Migraine
Took tramadol ~ 6:30 am — Pain 10

Got up 7:30 fed dog + cat
dog out,
Felt so bad back to bed
until 10:00.
Got up, put clean pots away
(from Wed. night), put several things
into cabinet/pantry. Hurt to lift
Left of juice bottle - stopped that.
Call from daughter, talked ~20 min.
Put some recycling in bin, got
mail, opened bills.
Writing this ~20 mins. In pain again
looking down, hands in pain, Migraine
back! Pain 10
Call from Dr K c̄ MRI Results
Rested in bed until 4:00 pm.
Got up, put clothes in dryer, hung
up non-dryables.               their house
Neighbors invited me to dinner, They
picked me up as to not drive. Got
home and ready for bed ~9pm.

X MRI - Compressed discs C5-6,
C6-7, bone spurring 5-6

LIN000325

Saturday 6/12/21

Up ~7am, slepted okay.
Pain 8, Knees weak, Trouble
c̄ stairs. Fed cat + dog.

Sat + made grocery list ~
30 min. Neck, Hands in pain
8. Trouble looking down.
Walked dog ~ 30 min
Took ibuprofen
Rested ~ 1 hr

Son needed my oversight for
backyard work, mulch, etc.
Walked, sat, back + forth
about 3 hours. Exhausted,
weakness all over, neck, arms,
shoulder, Knees, hips, ankles
Pain 9. Took Tramadol

Watched some tv, rested 1 hr.

Made quick dinner, Son
loaded dishwasher.
Checked email for anything
important ~ 10 min. Neck
NOT HAPPY! Rt shoulder throbing.
Ready for bed + meds.
P-9

LIN000326

Sunday 6/13/21

Up - 8am. Tossed + turned all
night. All over pain / discomfort
Pain 9. Took ibuprofen.
Fed cat + dog. Ate breakfast.
Watched news ~ 1 hour,
laying down.

Walked dog 30 mins. Knees + hip
wobbly, ankles weak.

Grocery store c̄ Son. I push cart,
he gets most things, lifting.
Home, he unloads car. I put
away what I can. General pain
from activities / use of body.
Pain 9. Took tramadol!
Rested 2 hour nap.

Son made dinner. I loaded
dishwasher.

Watched a movie.

Bed / meds ~ 9:30. P-9

LIN000327

Monday 6/14/21

got up 8:15 am. Talked with Jenna about LTD / medical coverage. She has medical problems -- very upset.

Made coffee, fed dog + cat, dog out.

Drove to bank (1 mile) home to get Willow (dog). HAD TO TAKE to Vet in FU to TPLO surgery 2/2ce. Drove 20 min - in pain - neck + shoulder. Talked with Vet + nurse. Drove 20 min - home - in pain (neck + shoulder). Numbness in hands, face.

Made salad for lunch. Trouble looking down, writing for this journal. Rested 1 hour.

Drove to Jenna's bank - she needed $ for Rx as no Medical Ins. (2 miles away). By Post Office (1 mile) Home, 3 miles. Increased pain, lack of use of hands, ↓ range of motion neck numbness.

Ordered pizza for dinner. Needed to clean dishes in sink + load dishwasher - could not do. Watched some tv - sofa. Bed early at 8:30. Rx

P-10

LIN000328

Tuesday 6/15/21

Up. Made coffee, fed dog & cat. Dog out.
Call to Insurance Agency ~ 10 min. Call to bdosnc pension hotline ~ 10 min. Checked website 10 mins. Lack of good hand coordination. Neck in pain - 9

Walked dog 30 min. Knees in pain, weak. Lower back hurting - 7
Rested ~ 30 min.
Got quick shower - Took car to repair shop. Sat 1 hour reclined like / rested. Home
Drove 10 miles there, 10 miles back. Arms, neck, shoulder in pain 8
R+ knee popping out of joint.
Took tramadol. Took 2 hour nap

Light vacuuwing. Dusted a bit. Put small clothes load in / dryer. Folded clothes. Arms very tired / weak
Pain 7
Son + I made dinner / cleaned up. Very tired arms writing this. Watch news, some tv.
Bed / meds 9:00. Rx D. 9

LIN000329

Wednesday, 6/16/21

Up ~ 7am.
Neck in pain - slept in one spot?
Achey all over. Arms / Rt shoulder
hurting. Knees too. Pain 8
Difficulty dressing, going down
stairs.
Fed cat + dog. Made coffee
+ cereal.
Had to walk dog. Struggled c̄ Knees
+ ankles weak.
Neighbor invited me over to
see her little girl. Had lunch
there.
   Rested ~ 2 hours.
to Dr. K. appt 3:45 to discuss
MRI. He said "Only light
housework, No lifting, twisting
No light gardening - Rest or
neck will not get any better.
(Writing this very painful on
neck, looking down.)
   Recommended PT but since
my medical coverage ended,
will have to wait until I get
some. Cervical problems not
accident related, so this wild be
OOP.
Got take out for dinner.
Bed early, RX P-9.

LIN000330

Thursday, 6/17/21

Up ~ 8am.
Pain in neck, headache, shoulder throbbing. Pain 8. Trouble getting dressed, going down stairs/knees. Fed cat + dog. Made coffee. Talked to daughter on phone about Dr. visit info. Had to switch hands back + forth. Pain in neck and rt shoulder after that. Ibuprophen.

Phone meeting c̄ Finan. planner office. ~30 min - Put phone on speaker. Pain 9

Zoom meeting - Therapy (could not cancel.)

Total wreck after that. Pain 9

Watched TV. Son made us sandwiches.

Bed early. RX Pain 9

LIN000331

Friday 6/8/21

Up 7 am? Got dressed.
Hands hurting. Neck in pain 9
headache.

Fed cat and dog. Coffee.

Walked dog. Missed yesterday.
~ 35 min. Knees stiff, felt
unsteady on my feet.
May get new walking shoes.
Arch fits.

Light housework. Fold few
clothes, dishes to washer, etc.

Rested 2 hours. Ibuprofen

Friend invited me to dinner.
She drove.
Home, tired sitting most of
~2 hours. Pain 9

Bed early. Rxs

LIN000332

Saturday 6/19/21

Up early, neck, Rt arm /
shoulder in pain. Hand tired
and stiff. Knees feel unsteady.
Trouble dressing, slow going
down stairs. Pain 8

Fed cat + dog. Coffee, struggled
to use hands. Ibuprofen.
Ate small breakfast.
Walked dog ~ 30 min. Had to
shorter gait to keep knees in
line / not dislocating.

Rested ~ 1 hour on sofa / feet
elevated.

Unloaded dishwasher - very slowly
- one dish at a time.
- Folded some towels
- Picked up livingroom. Son
vacuumed, I dusted a bit.

Made quick dinner. Cleaned
up - dishes to washer.

Watch some tv. Talked with
Son.
Bed ~ 9pm.       P-9

LIN000333

Sunday 6/20/21

Up - the usual struggle.
Neck very sore/pain 8. Rt arm
shoulder throbbing. Tossed &
turned most of the night.
Dressing difficult, hands not
working well. Joints/fingers are
bumbles! Feel like a 90 year
old! Knees unsteady going
down stairs. Ankles rolling.
Put on hightopish sneakers, old ones.
Fed cat and dog - coffee
Took a tramadol. Made cereal
for breakfast.
Went through mail, paid a few
bills.
Had to finish writing some thank
you notes for Mother's funeral
things. Took 4x longer than
this used to. Not fun!

Took 2 hour nap.
Walked dog ~30 minutes.

Friend invited us over for dinner.
Visited ~2 hours. sitting/standing

Bed early - Pain 7

LIN000334

Monday 6/21/21

5:30am
Woke early, in pain, neck/shoulders, hands. Tossed + turned — Had to get up. Fed dog + cat. Pain 9. Took yard waste cart out. Son forgot due to Juneteenth schedule. Not best idea but necessary.

7:30 am Needed to check emails, pay some bills online — Also not best idea. Pain in neck/shlrs, hands, arms not doing well. Unable to finish after ~ 45 minutes. Laid down to rest neck, hands. 8:30 am

9:30 got up. Walked across street to neighbors house. Fed their cat (on vacation). Walked Willow ~ 30 min.

10:30 Talked with ins. agent. Sorted pprwrk on desk

12:00 Drove (1 mile) to ins. agent office. 30 min, drove home
Fixed some lunch. Nap 1-3pm.
To make copies @ Kinkos for 4 miles lawyer. To post office /mail pprwrk. rd trip
Warmed some leftovers for dinner.
Watched a movie
Bed ~ 9:30   Rx

LIN000335

Tuesday, 6/22/21

Woke up 9:00 am. Back + neck
Knees sore/in pain. Left knee aggravated
Difficulty walking. Pain 8.
Fed dog + cat, dog out.
  Addressed several emails
Talked with daughter on phone
~20 minutes
Washed small load towels
  straightened bathroom
gathered some recucling, scooped cat
box. Needed to wash hair. Didn't.
Very tired. Made a brunch 2 eggs,
toast. Talked with son ~20 mins.
Nap 1-4pm
clothes to dryer. Washed few pots in
Kitchen. Neck/shoulders/hands/arms
in pain.
Folded towels, 1 small blanket to washer
  folded blanket. Watched news on tv
Writing this journal, severe pain looking
down, left arm/hand.

Reheated leftovers.
Watched a bit more tv while eating
Let dog out + got ready for
bed. Rx's    P.9

LIN000336

Wednesday 6/23/21

Up - Trouble dressing, hands, arms
& shoulder hurting. Putting on
shoes a task. Unsteady knees
Pain 9.
Fed cat + dog. Made coffee,
ate quick breakfast.
Walked dog ~ 30 minutes. She
enjoys it. I seem to enjoy it
less. Worried about falling.
Had to wash hair / take shower,
Dry hair - A big task!
Exhausted. Took 2 hour nap.
Went to neighbors house - fed
their cat. Swept up litter.

Not much energy today. Piddled
around the house. straightened
some drawers. Pain in R shoulder/
arm c use. Walked around
yard. Checked on plants that I
cannot plant. Watered them.
Pain 9.
- Trouble writing journal.
Son + I made dinner. He helped
clean up / load dishwasher.

Watched news / TV. Daughter
called. Talked ~ 15 mins.
Bed / meds Rx          P-9

LIN000337

Thursday, 6/24/21

Woke up, usual stabbing pain in neck, rt shoulder - took ibuprofen. Feed cat + dog. Made coffee. Pain 8

Straightened house some. Got dressed. Drove to friends house (5 miles). Walked at Washington Duke trail. Difficulty walking, ankles weak. Knees loose fading. Should get some high-top hiking sneakers. Friend drove us shopping, 2 stores - no walking. Ate lunch. Drove home.

Walked dog (late/heat) but only short walk.

Writing difficult here, pain in neck looking down. Writing / holding pen causing extreme pain in hand.

Bed early - no dinner - ate late lunch.     P-9

LIN000338

Friday 6/25/21

Woke early — pain in left knee. Unable to walk well. Fed dog + cat. Sat with dog outside for awhile.

Watched some tv. Sorted and straightened legal papers. Made folder tabs with new filer. Straightened living room. Looked over bills. Neck and arms in pain. Back tense from sitting. Pain 8.
Walked to get mail. Went to neighbor's house to check on their cat. Fed + watered cat. Brought in mail. Came home.
Very tired. Took 3 hour nap. Got up. Ate quick meal. Salad.

Not much energy. Hung up some clothes. Laid on sofa. Read some holding book up / arms propped up. ~ 20 mins.
Writing this. Arms/hands shakey. Pain in neck/shoulders - stabbing pain in neck.
Walked around yard, looking at plants. Watered potted plants.
Son made dinner.
Got ready for bed early. ~ 8:30pm.

LIN000339

Saturday, 6/26/21

Woke up fairly early. Usual pain but just all over. Stiff neck, difficulty walking down stairs. Fed cat + dog. Made coffee. Made quick breakfast. Had to walk dog - not too far. Pain ~ 8.

Needed to do some errands. To UPS, Walgreens, Harris Teeter - A 2 mile round trip. Want to make this note; Took just several minutes in UPS. Walgreens next door (not usual one closest to my house), to return an item. Went home to rest. ~ 3 hours nap.

Had to run to grocery store for a few things. Son went to help c̄ dog food bag, cat litter, etc.

Fixed simple dinner - quick cook entree. Loaded dishwasher. Difficulty writing this, looking down causing severe pain. LF arm tired, LF shoulder hurting.

Took quick shower

Bed early. Pain 9.
Rxs

LIN000340

Sunday 6/27/21

Up - Usual pain - all over. Neck stiff, difficulty moving. Right shoulder, arms + hands and knees - going down stairs hard, ankles weak. P-9

Fed cat + dog. Coffee, eggs. Ibuprofen.

Walk dog ~ 30 min.

Sorted BCBSNC paperwork, benefit LTD. Neck, shldr, arms not happy. Twinges in left arm/shldr. Paid bills, look through that. Lunch, low dose ibuprofen. Nap ~ 2 hrs.

Shower / hair. Using arms/hands for drying hair causes pain, weakness in neck too. Knees in pain - standing - Make up difficult. P-9

Friend picked me up for concert at Koka Booth, Cary. Knee (Rt) hurting, sitting, standing, walking difficult. Alternated all the time. Ate there.

Home. Bed, journaling.
RX's                    Pain 9

LIN000341

Monday 6/28/21

Woke up - Neck, back, hips, knees painful, also shldrs, arms/hands, P-9 Ibuprofen, Knees/ankles "rolly" on stairs, when getting ready. Caution going downstairs, Lace up shoes! Had trouble getting dressed as well.

Fed cat + dog. Made coffee.

Had to take car to repair shop. Drive ~ 30 miles R+. Took about 2.5 hours. Sat, walked, (Rested sitting - near by bike shop looking around.) Had to vary positions/activity. Read some mail, etc. Pain everywhere. Home, Ibuprofen Ate lunch Nap ~ 2 hrs.

Worked on kitchen, dishes, pet area. Neck + hips, knees exhausted/pain.

Got take out. Cleaned that. Watched tv/movie with Son.
Bed, journal, Rx P-9

LIN000342

Case 1:22-cv-00186-WO-JLW    Document 21-1    Filed 10/24/22    Page 342 of 763

Tuesday 6/29/21

Up - Shldr, Neck, arms/hands
Knees - pain - 9. Tried to
do some stretches. Left Knee
pulled out of socket. Not fun!
Difficulty dressing. Hands just
squish - dexterity bad. Socks,
shoes a chore. Scooted down
stairs.
Fed cat + dog. Coffee, cereal.
Asked Son to walk Willow. My
Knee hurting. Took ibuprofen.
Rested, legs eleviated - watch
tv.
Zoom mtg 1 hr. Sitting but
not using arms.
Very tired today. Not feeling
great. Nap 2hrs.

Washed hair - didnt have to
style it. Coloring it tomorrow.

Work in Kitchen - unload dishes
Hung up some clothes

Take car for inspection. Drive
~ 12 miles Rt. Neck, shldr, arms!
Home - Made quick dinner
Watched some tv.
Bed, journal. Rx. P - 10
(Neck, shldr, Knee)

LIN000343

Wednesday 6/30/21

Woke up. Dreaded getting up or moving. Get rather tired of this pain. Neck, shoulders, knees, upper + lower back, arms, hands ankles, feet. Headaches occur off and on most days. P-9. Took ibuprofen. Went back to bed. — Up again. Dressed, down stairs with difficulty.
Fed cat + dog. Made coffee. Made breakfast.
Walked dog ~ 30 mins. for her exercise and mine too. Did some laundry, watched news/tv. Cleaned out fridge some. HAD to color hair. Usual difficulties just like washing/styling but harder I think. This saves me money but, at some near future time, may need prof. care. Neck, shldrs, arms, hands, knees ankles - headache. Nap ~ 2hrs. Errand to UPS store, bank. Both within 4 miles from home. Reheated leftovers.
Trash out - Son always does + carts, too.
Watched a bit of tv.
Bed, journaling, Rx P-10

LIN000344

Thursday 7/1/21

Up. Tried some stretches, Neck,
Shldr, arms/hands, Knees
feet + ankles - all in pain. P-9
Got dressed, carefully, down
stairs.
  Fed cat + dog. Made coffee
+ cereal, Took ibuprofen.

Shower/hair. Repetitive motions,
using arms/hands very difficult.
Neck pain. Make-up (eyeliner
almost impossible). Dressed.
  Shoulders in pain too.
Quilting planned with sister-in-law.
(Drove 20 miles there + back - 40 mins
driving - fairly heavy traffic)
Sat for about an hour, went
to lunch. Home. (Neck, arms/hands)
Took ibuprofen + Nap 2 hrs. Knees

Clean kitchen dishes, straighten
around house, etc. Load dish-
washer.
  Son made dinner - I helped.
Dishes to washer,
  Watched TV - reclined/feet up always
  Bed, some journaling,
      Rx   P-9
  heating pad

LIN000345

Friday 7/2/21

Up. It is my birthday. Wished I'd be 21 again, but that didn't happen. Knees/Neck, shlders, arms/hands, back, hips, ankles p-9. Felt bad. Took ibuprofen. Tried to be up-beat as best I could. got dressed and slowly down stairs.

Fed cat + dog. Make coffee + eggs.
Sat + watched tv/news. Rested. Took dog for walk 30 mins.

Shower/hair, usual distress with arms, hands, shldrs, knees in pain. Weak. Had to sit down in between tasks. Dressed.
To friend's house to visit. She helped me choose an outfit for my bday dinner.
Home, changed, ready.

Dinner date picked me up, had dinner. Visited.
Home, exhausted.

Bed, Rx p-9

LIN000346

Saturday 7/3/21

Up, Neck, shldrs, arms/hands, back, knees, ankles. P-9
Took ibuprofen. Went back to bed, heating pad, Got dressed. Difficulty with clothes, socks/shoes. Care on stairs. Knees/ankles wobbly, use lace ups but doesn't seem to help. Fed cat & dog. Coffee. Walked dog ≥ 30 min.

Friend called. She is staying downtown over the 4th. Invited me to join her. Got clothes together, pack bag, personal things, meds, etc. Quick shower, retouch make-up. Ate quick lunch - sandwich. She picked me up. To hotel. Parked there, Unpacked. Walked around center square. Some shops. (All right there...) Got changed for dinner. Knees, ankles in pack. Feet sore. Ibuprofen. Had dinner there - rooftop.

Back to room. Talked.

Bed, Rxs P-9

LIN000347

Sunday 7/4/21

Up, Usual pain. Neck, knees seem worse. P-9. Arms/hands shoulders P-7 - Haven't used them. Ibuprofen.
Got dressed. Struggled with that.

To breakfast - café across the street. Changed and up to pool for 4th celebration thing.

Sat, talked, recliner chair Lunch was ordered + eaten it that chair. Lazy fun. Pool not very big, so no swimming - plunge pool.

Showered/hair - Dryer, make-up difficult. Arms, hands, neck, shoulders, knees in pain from repetitive motions. Ibuprofen p.q

Walked to ballpark - not far. Watched bball game (2nd half) + fireworks walked around, sat, up during. Ate there

Back, bad Rx's
P-9

LIN000348

Monday 4/5/21

Up. Neck, shldrs, knees, arms/
hands, ankles/feet - P-9
Did not sleep that well. Could
not get comfortable at all. Forgot
heating pad.
Took quick shower. Got dressed,
struggled with that. Packed
up my things, checked out.
Went by cafe again for
breakfast. Took ibuprofen.

Home - got changed and walked
dog, ~30 min.
Took 2 hr Nap.

Up - sorted laundry, washed
several small loads, hung up
un-driyables. Fold, put away,
Unpacked. Arms/hands, shldrs,
neck, back, knees - weak, shakey.

Made early dinner. Worked
on journaling. No dishes.

Bed early. Rx; P-9
Heating pad?

LIN000349

Tuesday 7/6/21

Woke up - Neck/shoulders, p9
knees in pain. Difficulty dressing,
Arms/hands/fingers - lack of good
usage. Stairs slow - legs feel
shakey
Fed cat + dog. Made coffee,
ate some breakfast. Hands frustrating.
Walked dog ~30 min -- early
due to heat.
Finished some laundry.
Cleaned in kitchen; picked up
house. Vacuume livingroom
dining area. > 3 hrs.
Exhausted. Arms/hands, neck,
shldrs/back, knees P-9
Ate lunch - Ibuprofen Nap 2 hrs.

Had several errands to run
pharmacy, UPS, bank - all
within 3 mile radius. Neck, shldrs
arms painful - looking around,
driving - traffic.

Made dinner, cleaned up
some. Loaded dishwasher
Watched tv. Knees painful from
standing at dinner. Arms, neck, shldrs!
too
Bed, journal, RX P-9
heating pad

LIN000350

Wednesday 7/7/21

Woke up - stiff neck/shoulders, difficulty walking (knees). Took p-q Ibuprofen. Laid back down ~1 hour. Talked with daughter on phone 30 min. Pain in wrists, switched hands back and forth. Fed cat and dog. Got some water, could not open twist-off cap. Got milk instead. Of note have started buying quart sized milks as cannot easily lift larger half gallon sizes.

Folded towels ~10 mins. Arm muscles weak, neck stabbing pain. Picked up the house a little. Walked dog ~30 mins. Rested about an hour, laying flat. Sorted mail, checked emails, paid several bills. {Pain in hands, arms, shoulders and neck, lower back.}

Took nap ~2 hours.

Ate late lunch, tossed salad. Pain in same above {↑} just cutting a few vegetables. Walk to mailbox. Ankles unstable. Watched some tv, tennis + news. Resting arms, neck/head reclined.

Son made dinner.

Cleaned kitchen, loaded dishwasher. Watched news, few shows. Bed, journal. Rx's p-q

LIN000351

Thursday 7/8/21

Up - Seems everyday is painful.
Sleeping in one spot is a repetitive
motion after all." Neck, shldrs,
back-upper/lower, Knees - left
knee popped out of joint again
when I first got up. Hobbled
around trying to get dressed.
Clothes, socks + shoes difficult.
P-9+ Took ibuprofen.
Fed cat + dog. Coffee, breakfast.

Reclined on sofa ~ 1 hr watching
news/tv. Rest.

Sort through bills, paid some of
those. Organize papers for
lunch mtg tomorrow. Made
several phone calls. ~ 1.5 hrs.
Neck, shldrs, knees, arms/hands
back, hips, legs exhausted,
in pain! 9 ~ quick lunch (late)
Nap ~ 1.5-2 hrs or so.
Had to water outside potted
plants. Quick walk for dog ~ 30 mins

Son made dinner. Put dishes
in washer.

Bed, journaling for p.9

LIN000352

Friday 7/9/21

Woke up - Took ibuprofen, got heating pad. Went back to bed. Usual pain - basically all over. Neck/ shldr, knees worst. Carefully went down stairs. Knees/ ankles unstable. Fed cat + dog. Made coffee. Had several phone calls to make. - switched hands during. Arms/ hands very tired.

P-9

Shower / hair / dryer. Arms, shldrs, hands, Neck in pain. Weakness shakey. Knees too. Had to sit/stand during Make-up. Took 2 hrs. Got dressed.
Drove to Raleigh - 30 mins. Ate lunch - had business mtg. So close to NCMA - my favorite ... so I stopped by. Parked H-cap. Walked around ~ 30 min. Drive home. Traffic very heavy. Extreme pain in Neck, shldrs, knees, Arms/Hands, ankles. Took tramadol. Got ready for bed and just watched tv the rest of the night, foot up. Reheated leftovers.

Bed, Rx. P-9

LIN000353

Saturday 7/10/21

Up — stiff muscles, slow going.
Neck, shldrs, knees, back, p-9
arms/hands. Took ibuprofen.
Stayed in jammies - did put on
sneakers to tackle stairs.

Fed cat + dog. Make coffee.
Worked in kitchen, swept floor
Fixed breakfast. Took ibuprofen.
Watched some tv, rested.
Folded some laundry, washed
1 load towels.
Call from friend. Invited out
for lunch. Went by DPAC for
their OpenHouse event. Walked some.
Home. Took ibuprofen.
Nap for 2 hrs. Had headache.
Very exhausted!
Up. Made several calls.
Watched some sports - Women's
Wimbledon Final. Up/Down taking
breaks.
Went to grocery store - small list.

Made quick dinner. Loaded
dishwasher.
Quick dog walk ~ 30 min.
Bed, journaling  R↑ p-9

LIN000354

Sunday 7/11/21

Woke up - Neck, shoulders, back, arms/hands, knees in pain. P-9
Took Ibuprofen, got heating pad, went back to bed.
Got dressed. Buttons, socks + shoes difficult. Legs feel unstable. Stairs a challenge.
Fed cat + dog. Walked dog before heat. Walked short + slow. Took about 40 mins.
Made breakfast, coffee.

Watched Men's Wimbledon final. Reclined, sat, walked - Varied activities/motions.
Cleaned pet areas. Straightened bathroom cabinet, linen closet.
Got donation items together.
Arms/hands/Neck/Knees, both shoulders    P-9    took Ibuprofen

Made dinner - Loaded dishwasher - Washed up pots.

Watched some tv - news, etc.

Bed, journal, Rxs heating pad.    P-9

LIN000355

Monday 7/12/21

Woke up. Pain level about an 8.
Difficulty c̄ stairs, getting dressed.
Stiff neck, having to hold head to
look down. Picked up kitchen. Pain
in hands, arms, shoulders. Difficulty
handling dishes etc. Fed cat + dog.
Walked dog, pain in hips, knees,
ankles. Concerned about knees/hips
dislocating - always.
Rested on sofa √ 1 hour, struggling
to write journal. (Hands/ (arms).
Did some light laundry. Shoulders in pain
got mail. Reviewed bills. Had to
go over pprwrk. Pain in neck from
looking down. P-9.
Ate quick lunch - took ibuprofen
Nap ~ 2 hrs.
Very hot today. Just did light
housework. Had calls to make
about Health Insurance choices,
In-net providers, etc. Neck, arms,
hands, shldrs. P-9.
Started dinner - crockpot. Cleaned
up kitchen. Quick vacuuming, etc.
Had dinner, load dishwasher.
Watched news.

Bed, Rx's P-9

LIN000356

Case 1:22-cv-00186-WO-JLW    Document 21-1    Filed 10/24/22    Page 356 of 763

Dog
journaling
shop A                          — Tuesday 7/13/21

Up. Pain in: Neck, stiff, Shoulders
arms, Knees, hands, bank, P-9
Difficulty dressing, hands/fingers
lack of good usage. Socks + shoes
a struggle. Stairs slow going.

Fed cat + dog, Made coffee,
breakfast. Legs/Knees/ankles
unstable. Sat to rest for
awhile. Did walk dog (early due
to heat) - Very concerned about
Knees. Have had to shorten my
stride. Hip (Rt) tender, too.
Journaling from last night.
Arms, Neck, shldrs, back, hips
HANDs in pain, Knees too.
Ate lunch - took ~ 2 hr Nap.

Up. Son needed some things. We
went shopping to Mebane outlets.
~ 20 min drive. Walked - Drove
home. Driving just reeks havoc
on my NECK, arms/hands/Knees
back, legs + hips.              P-9

Reheated leftovers.
Watched some tv.
Bed, Rx's P-9

LIN000357

Wednesday 7/14/21

Woke up. Neck, shldrs, Arms/hands,
Knees, hips ankles - P-9.
Tossed & turned last night. Every-
thing hurting, any position.
Struggled to get dressed. Gave
up - chose something else to
wear without buttons. Legs, Knees,
ankles unstable. Wish house
did not have stairs but at least
it is small, less to walk in & clean.
Fed cat & dog. Made coffee,
muffins.
Walked dog - slow & steady. She
looked at me as to why I am
so slow.

Had lunch plans with friend.
Showered / hair - usual issues
using Arms/hands, Neck & shldrs.
Took a break - sat for awhile.
Finished getting ready.
Drove 20 miles Rt to meet friend.
Visit. Had 2 errands on that side
of town.
Just exhausted. Body in pain P-10.
Took tramadol.
Son fixed dinner. Left dishes.
Bed early Rx's

LIN000358

Thursday 7/15/21

Up. Usual pain in areas. Neck, P-9
shldrs, back, arms are still very
exhausted. Knees less today. Not
sure why. Still unstable in knees,
ankles. P-8.
Got dressed. Seems exercise/
pull on clothes are easier to use.
Socks + shoes still challenge. Care
going down stairs.
Pet care. Coffee, breakfast.

Worked on Mom's things. Going through
paperwork, pictures, etc. Sorted
things for boxing/keepsakes.
Neck, shldrs, arms/hands, Neck (again)
back, Knees in pain, exhausted.
Worked ~ 2.5-3 hrs. Varied motions
as best as could.
Headache. Ate sandwich, took ibuprofen
Nap ~ 2 hrs.

Friend called. Going for a walk -
cooler today. She picked me up
and we walked in the Park. Visited.
Home - Back, Knees, hips, ankles,
feet - P~10 Took Tramadol.
Reheated leftovers.
Worked on journaling
Bed, Rx's

LIN000359

Friday 7/16/21

Up. Was in pain; Neck, shldr, knees, back, arms/hands, ankles. P-9+ Hips/knees very stabbing pain. Walked too much yesterday with friend I believe. Was shakey + unstable. Difficulty with stairs, was afraid of dislocating knee(s) or falling. Need ankle support sneakers of some kind. (Pulled on clothes — no buttons.)

Fed cat + dog. Asked Son to walk Willow. Make coffee, cereal. Unloaded dishwasher. Cleared fridge. Washed 1 load laundry — Towels, Easier to fold. Swept kitchen. Watched news, ate lunch — took Ibuprofen. (Arms/hands, Neck shldrs) Nap ~1 P-9

Had lots of bills, mail, etc. to do. Worked on this ~ 2 hrs. Had to vary motions. Neck, shldrs just awful, hands/arms exhausted. P-10 — Walking difficult from sitting. Got take out. Watched a movie c Son.

Bed early, Rx

LIN000360

Saturday 7/11/21

Woke up - left knee was out of joint almost fell getting up. Got back in bed. Worked to get in joint. P-10. Neck + shldrs, knees, of course, arms/hand, ankles also in pain. Pulled on some clothes. Got meds. Took tramadol. Heating pad. Back to sleep. Put on socks + shoes. Scooted downstairs. got cane. Was to attend a concert at the NCMA tonight - Called friend. She + her boyfriend will go. ?

Rested most of the day. Did not do much. Son walked dog. Did have some small loads of laundry to do. Son helped carry here + there. Watched news + sports.
Make quick dinner. left everything.

Watched some tv shows. Worked on journal. Neck in pain from looking down, hands/fingers arms, shldrs. P-9
Bed, Rxs

LIN000361

Sunday 7/18/21

Up. Used care before getting up. Tried stretches to make sure all body parts are where they are supposed to be. Neck in tight knot, shldrs, knees, hips, ankles, arms in pain -9. Trouble dressing - hands & fingers hooked for something w/o buttons. Would like slide shoes, but these would be unsafe on stairs / In house. Slow on stairs.

Fed cat + dog. Make coffee, granola bar.

Walked Willow very slowly + carefully. More a sniffing than walking. Talked with neighbor.

Shower/hair - Trouble using dryer. Arms/hands/Neck. Difficulty with make-up. Had to sit/stand. Took about 2 hrs.

Neighbors invited me over for a cookout. Drove there. ½ mile. Sat, stood, visited.

Brought Son a dinner plate. Home - Watched tv.

Journaling
Bed, Rest P-9

LIN000362

Monday 7/19/21

Woke up. Usual pain. Neck very stiff,
shldr, knees, arms/hands, upper
back, hips, ankles P-9
Tried some small stretches. Son
had shown me a few that work
on his back. Dressing a chore.
Fingers stiff. Motion not good.
Socks/shoes / stairs challenging.
Very slow. Afraid of dislocating
knees / hips.
Fed cat & dog. Coffee, breakfast.

Laundry for house behind. Linens,
towels, sheets, etc. Sorted,
wash several loads, dry, fold.
Looked through mail, sort
papers. Read important info.
Neck/Arms, shoulders, back, hips
& knees weak & pain - even though
I vary activities.
Lunch, ibuprofen. Nap 2 hrs.

Son helped take some recycling,
yard waste/electronics to center.
Stopped for dinner.
Home, watch tv.

Bed, journaling, RX  P-9
Heating pad.

LIN000363

Tuesday 7/20/21

Up. Tried some stretches but did not help Neck, shldrs, knees, arms, legs. Legs seem very weak, unstable. Hips also unstable. Tingling in face, arms/hands p-9 Took ibuprofen. Went back to sleep - heating pad. Got dressed. Trouble - buttons shoes/socks. Cautious on stairs. Fed cat + dog. Coffee.

Had important emails, calls, papers to review. Sitting, using arms/hands, looking down, standing. Filed papers. Neck shldrs, arms, knees, hands very weak - pain back to a 9. Headache. Ate lunch. Low dose ibuprofen. Nap ≈ 2 hrs.

Watched early news. Walked Willow - short walk. Hot. Rested/cooled off. Made some dinner. Left dishes.

Watched few shows, reclined.

Bed, journaling heating pad RX p-9

LIN000364

Wednesday 7/21/21

Woke up, Neck, shldrs, arms, Knees
hips in pain. Care before
getting up. Check Knees to avoid
falling. Stretches but does not
seem to help much. Trouble getting
dressed. Arms lack of range of
motion. Socks + shoes tough.
Care going down stairs.
Fed cat + dog. Coffee, quick
breakfast. Ibuprofen
Had some light housework to
do - sweep kitchen, wipe down
bathroom fixtures. Dyson the livingroom,
Watched tv. Elevated legs,
grabbed a snack,
Walked dog - 20 mins. Getting hot,
To grocery store for a few things.
Small list, by bank ATM. Put gas
in car, Son unloaded car. Put
groceries away.
Exhausted. Body weak, pain - 9

Watched tv most of night.

Reheated leftovers.

Bed, journal
Rxs. P-8

P-9

LIN000365

Thursday 7/22/21

Up. No stretches. Usual pains everywhere. Neck, shldrs, knees, arms/hands, hips + ankles. Pq Care getting up. Difficulty getting dressed. Stairs concerning as legs seem unstable.

Pet care, coffee, breakfast. Had to work on dishes, pots. Put away clean ones. One dish at a time. Walked dog ~ 30 mins. Knees, hips, ankles not happy. Walking slowly. Asserted house chores, restock paper products, etc. Ate lunch, ibuprofen

Zoom mtg — 40 min. Not using arms/hand or moving neck. Statue. Back, knees in pain. Took 2 hr nap. Finish loading dishwasher.

Made dinner. Clean up. Ran dishwasher. Watched tv, reclined, feet up. Bed, journal fyi

p.9

LIN000366

Friday 7/23/21

Woke up. Neck / shldrs, back, arms, hips + knees, ankles, p-9. Care getting up, getting dressed a challenge these days. Arms / hands / fingers not working well. Slow on stairs.

Fed cat + dog. Coffee, quick breakfast. Quick shower. Had appointment for car repair. Dropped car off. Friend picked me up and we shopped nearby. Had lunch. Took ibuprofen. Visited. Neck, arms, hips, knees ready to go home.

Picked up car. Drove home ~ 20 miles RT. Took ~ 2 hr. Nap.

Sorted some of Moms things. Boxed keepsakes, donations, etc.

Walked dog - late when cooler. Reheated leftovers. Unloaded part of dishwasher.

Bed, journal, Rx. P-9

LIN000367

Saturday 7/24/21

P-9

Up, Slept fairly well. Doesn't often happen, so thought I wld include it. Neck, shldrs, back, arms/hands, knees, ankles in pain. Slow stretches to check jnt positioning. Scary to me. Getting dressed a chore - chose exercise clothes today. Much easier. Care on stairs.

Fed cat + dog. Coffee. Walked dog early, before heat sets in. Made breakfast - Bberry muffins. Cleaned kitchen, washed up pans. Unloaded dishwasher.

Shower/hair. Getting ready, using arms/hands & brushes sets my Neck off. Knees weak. Make-up challenging. Took ibuprofen.

Friend invited me over to watch a movie.

Home.

Bed, Rx, P-9

Heating pad.

LIN000368

Sunday 7/25/21

Woke up. Neck, shldrs, back, hands/arms, knees/hips all very painful. Care getting up - knees seem unstable. Very frustrated trying to get dressed. Worried about stairs.

Fed cat + dog. Coffee. Ate breakfast. Had planned to go to church today but not feeling up to getting ready, dressy dressed, battle finding any shoes that still work, etc. Took ibuprofen. Watched news programs. No motivation. Just seem to be struggling.
Ate lunch. Nap ≈ 2 hrs.

Day a bit cooler. Had several new plants/flowers to replace dead ones. Repotted those on back table. Swept up - put trowel away.

Call from friend. They are going a market + asked me to go. Walked just a little there. Made quick dinner.
Bed, Rx P-9

P-9

LIN000369

Monday 7/26/21

Up. Usual pain - Neck, shldrs,
knees, hips, legs + ankles.
Weak - pain - 9. Took ibuprofen,
Got dressed. Pull on clothes again,
struggled c̄ socks + shoes.
Knees, hips, ankles unstable.
Extra care going down stairs.

Fed cat + dog. Coffee, granola
bar.
Have a tree person, coming to
prune up limbs in front trees,
some scrubs. Walked around
yard. Picked up some dead
flowers, etc. Son helped worker
with wheelbarrow, cuttings etc.
Shower. Quick get ready. Son
has MD appt, new doctor.
Had some shopping to do.
Pharmacy, bank, Home Depot.
Knees, hips, ankles, legs very
tired + weak. Took ibuprofen,
Home - Son unloaded everything.

Got pizza

Watched movie
Bed, Rx P-9

Tuesday 1/21/21

Up. Did not sleep well - woke up early. Could not go back to sleep. Severe pain P-10 took tramadol. Back to bed, heating pad.
Got up late. Fed cat + dog. Made coffee. Watched news. Neighbor invited me over to visit but I didn't feel like going.

Sorted mail + organized bills. Paid bills - online + phone. Filed pprwrk. Got dressed finally. Had to go for errands, pharmacy, bank + post office. Stopped by grocery store for milk + eggs. Ate lunch, took ~ 2 hrs nap. Took ibuprofen.
Walked dog ~ 30 mins - shade trail. Worked in kitchen, gathered recycling + put in bin at back door. Swept. Journaling * Neck, shldrs, back. Started dinner. Made a "dump casserole", quick + easy, salad.
Watched tv - legs up.
Bed, some journaling RX P-9

LIN000371

Wednesday 7/28/21

Up. Neck/shlds, hands/arms, still in pain, Knees, hips, ankles, Ibuprofen    p-9
(think driving/riding in car really aggrevates back, spine, all joints)
Dressing difficult. Trouble c buttons. May need more pull on t-shirt, tops, etc. Hands/fingers just squish - lack function.
Careful on stairs.
Fed cat + dog. Coffee.
Quick shower, light make-up.
Better clothes - chose loafer slides not sandles.
Took car by body shop for some last work from wreak.
Friend picked me up, got lunch. Shopped at Kohls, Better for me than Mall. Less walking-closer parking.
Got car. Drove home ~ 22 mile Rt.
Very exhausted. Son walked dog.
Watch tv, reclined, feet up.

Reheated leftovers. Left dishes.

Bed, some journaling
Heating pad.    Rxs p-9

LIN000372

Saturday, 7/31/21

Woke up. Did not sleep well. Tossed
and turned all night. Feel like a
Mack truck hit me. Got up.
Carefully went downstairs.
Fed cat + dog. Let dogs out + in.
Got something quick to eat, juice.
Took tramadol - Went back to
bed ~ 2 hrs. Neck, shldrs
knees, legs, arms, hands, back
in pain ~ 10.
Got back up. Trouble dressing,
socks + shoes. Ate quick "brunch".
Had some dishes to clean up,
pots etc. Swept + swiffered.
Took quick shower. Needed to
wash hair but didn't.

Worked on LTD papers. Read through
bcbsnc verbiage. I should have
gotten my eyes checked + new contacts
+ glasses before my health +
vision bnfts ended. Neck, arms, shldrs,
P-9
Got take out. Watched a
movie.
Worked on journaling
Bed, Rx P-9

LIN000373

Sunday 8/1/21

Slept very late. 10 hours sleep.
Felt fairly rested. Neck, knees, ankles
and shoulders in pain. Trouble P-8
going down stairs / getting dressed.
Did not walk dog, too hot outside.
Did some laundry. Worked on
kitchen dishes.
Vaccuumed for 10 minutes. Neck
+ shoulders in pain.
Rested on sofa. Worked on this
diary for 15 mins. Neck in worse
pain. Hands fatigued.
Lunch, Ibuprofen, Nap 2 hrs.

Had phone calls to make. Taking
car to shop tomorrow. Going to
family reunion Friday. Coordinate
who's doing what / going where.
Reservations confirmations, etc.
Sitting, use arms/hands, looking
down / around Neck, shldrs
knees P-10 even with breaks.

Made dinner. Loaded dishwasher,
Watch tv, feet elevated, reclined
Bed, journaling, Rx's
P=9

LIN000374

Monday 8/2/21

Up early. Trouble = left knee out of socket. Took 10 mins to get out of bed. Trouble dressing, difficulty standing/walking, stairs hard to navigate. P-9

Fed dog, cat. Changed clothes. Drove to repair shop. Dropped off car. Friends picked me up → home. Ate breakfast - toast.

Did some pprwrk. Call to new Medical Center over in-net providers/benefits. Called doctors to make apptmts. Neck very stiff from looking down at desk. Laid down on sofa. Watched news, slept ~ 2 hours.

Walked dog - short walk. Watered sad dry plants out back ~ 30 mins. Body very tired. Started dinner, grilled in oven chn, veas. Too tired to clean kitchen. Watched some Olypics.

BED early. Journal, Rx's
P-9

LIN000375

Tuesday 8/3/21

Up ~ 7:30
Difficulty with knees, back, neck,
arms. Going downstairs very iffy.
Ankles rolling (in sneakers) P-9
Fed dog, cat. Made coffee.
Worked on dishes in kitchen.
  Difficulty undressing.
Showered, washed hair. Very
much difficulty drying hair.
Arms exhausted, difficulty
applying light make-up.
  Ibuprofen
Drove 7 miles to MD apptmt.
Filled out pprwrk. Pain in
sitting ~ 40 minutes. Have
gained 5 lbs since March -
due to reduced exercise/activity.
Not good for joints! PAIN low
knees, hips, ankles. P-10
  got home, worked on
dishes more (15 mins) Make
small sandwich. Took 2 hour nap!
Finished dishes. Put small
clothes load in washer.
Walked dog - short walk.
  Ordered pizza for dinner -
Arms too weak, shoulders, neck
in pain. P-9
  Read thru some mail, new
healthcare pprwrk (thanks
BED, Rx's.          BCBSNC)

LIN000376

Wednesday 8/4/21

Up - Pain in neck, shldrs, arms/
hand, knees. Trouble dressing,
buttons + socks/shoes. Knee out P-9
from just sitting on bed. Layed
back down for > 30 mins. Took
stairs very slowly. Ankles rolling
legs wobbly.
Fed cat + dog, coffee, + breakfast

Had to take car for AAA appointment.
Waited 1.5 hours sitting/standing/   10
walking. Bad electrical system.
Needed alignment from wreck in
May. Waited. Customer Service person
said come back in afternoon.        10
Drove home. Worked on journal.
Neck, shldrs, arms/HANDS, knees
hurting. Ate lunch, ibuprofen,
Rest  P-9
Drove back. Waiting another 1hr.   10/10
Home - Exhausted. Total drive miles  40

Son + I made dinner. Left dishes
Watch some tv.

Bed early, no journal, Rx
                              P-9

LIN000377

8/5/21

Up - Neck, arms / shldrs,
hands, knees, Rt hip P-9
No buttons today. Difficulty
with socks / shoes. Took stairs
very slowly. Afraid of these
stairs usually.
Fed cat + dog. Coffee, eggs.

Had to take Willow for grooming
~2 miles away. Shaggy dog!
Home, packed for Friday trip
Get Willow's things together for
boarding. Cat's things out for
neighbor, etc.
Cleaned few dishes / pots.
Zoom mtg 40 mins.
Lunch, Ibuprofen - headache +
pain in usual parts. Nap 1 hr
Willow ready, get her.
Finish packing - busy c Son's
ck list.

Got takeout, no dishes!

Took shower / hair - Arms, hands
neck, shldrs, knees stressed
Bed, journaling Rx - P-9

LIN000378

8/6/21

Up early. Usual issues with neck,
shldrs, arms/hands, knees.
Knees seem more wobbly. What P-9
else? Wore pull on clothes, socks
+ shoes difficult. Stairs difficult.

Fed cat + dog. Coffee. Got dog's things.
Took Willow for boarding ~ 30 miles Rt.
Home. Got things in car (son did
all lifting.
Son drove to Va. We stopped
twice, breakfast /-travel stop, etc.

Got to VRBO near Reunion.
Unpacked car, settled in.
Made sandwiches (brought some foods)
hurt all over from riding. Neck,
hips, knees worst. P-9. Nap ~2hrs.

Walked around property. There is
a stream. Very pretty.

Went out for dinner. Home.
Made a dessert for Reunion.

Watched some tv.
Bed, journaling. Rx's
Neck shldrs, arms, knees, P-9

LIN000379

8/7/21

Up - Usual pains - Neck, shldrs, back, hips, knees. P-9

Shower /hair, dryer, make-up, very difficult! Arms shakey. Took ibuprofen.

Made breakfast, muffins, cereal, juice coffee. Rested / Watched some tv. Journaled.

Drive to Reunion (Son drove) Do Reunion things, stand, talk, sit, visit, stand, etc.

Wanted to walk around the park some but it rained very hard.

Son drove back. Had leftover plates from Reunion. Exhausted! Had tickets to a local play. Did not go. (bummer) Sat on porch - nice basket swings. Relaxed. Very tired. Bed, journaled, RX's P-9

LIN000380

8/8/21

Up. Neck, shldrs, knees, hips,
arms/hands, back, ankles in pain. p-9
Got ready - quick shower.
Dressed. Difficult - Sports clothes
a challenge. Have gained weight.
Hands struggling. Sat on porch.

Ate breakfast. Packed up our
things. Straightened up/cleaned
kitchen/dishes. Neck + arms/shldrs
not happy, as always, with that
repetitive motion. "

Leave. We had reserved electric
bikes to take a walking/biking
ride. Not too bad. Bike did
the work mostly. Arms/shldrs/
neck + knees/ankles sore. P-10
It was a pretty ride though.

Ate dinner nearby. Took tramadol,
Son drove home - of course.

Stopped twice, gas/travel stop,

Got few things from car -

Bed, journal, Rx's P-8

LIN000381

ATTACHMENT 3

LIN000382

All Triangle Community Physicians records included in Attachement 1

**LIN000383**

# Lincoln Financial Group Appeal Referral

**Appeal Referral From:** DOVER

| | | |
|---|---|---|
| Office: 096 | Manager: JOHNSON, ANGELA | Case Mgr: PORRIELLO, LISA |

Claimant Name: REBECCA L PIFER      Claim #: 4087659

Occupation (Job Title): DENTAL ANALYST      Date Sent: 11/15/2021

Diagnosis: 715 9 Osteoarthrosis, unspecified whether generalized or localized,  756 83 Ehlers-danlos syndrome

Date of Disability: 1/31/2011      Date Benefits Began: 7/30/2011

Maximum Duration: 7/1/2027      Paid Through: 5/19/2021

Date of Denial or (DB451): 5/19/2021      Date Appeal Received: 11/11/2021

*This is the date that the full appeal was received by the Field Claim Office*

Policyholder/Self-Insured Plan Holder: BLUE CROSS & BLUE SHIELD OF NC

Product: LTD      Funding: CON

Is Claimant Eligible for LTD? Y

Erisa or Non-Erisa? ERISA Plan

— Document Locations —
- [ ] Paperless
- [ ] Bilingual - translation complete
- [ ] Paper File
- [ ] Surveillance disk(s)

*Please be sure to send all claim paper files & all surveillance disks to the ARU.*

ER Contacts/CC (if applicable):

na

ER Contact Addresses (including email address):

na

Phone No  0000000000      FAX No  0000000000

Account Specific or Unique Contract Issues / Additional Info:

**LIN000384**

Case 1:22-cv-00186-WO-JLW      Document 21-1      Filed 10/24/22      Page 384 of 763

# FAX COVER SHEET

**To:** Lincoln Life Assurance Company of Boston

**From:** Andrew Whiteman

**Company:** Whiteman Law Firm

**Date:** November 11, 2021 07:43

**Fax Number:** 16034227909

**Pages (Including cover):** 10

**Re:** Rebecca L. Pifer, Claim number 4087659, BCBS of North Carolina

**Notes:**

Ms. Pifer's appeal letter is attached. Please send me a street address to which I can ship her appeal documents by UPS. UPS will not deliver to a post office box. I do not want to use mail because the Postal Service is reporting significant delivery delays in delivery times through at least Christmas.

LIN000385



# Whiteman Law
## Andrew Whiteman

5400 Glenwood Avenue          PHONE    919-571-8300
Suite 225                     FAX      919-571-1004
Raleigh, NC 27612             WEB      whiteman-law.com

Via fax (letter only) and UPS (letter and attachments)


November 11, 2021


Lincoln Life Assurance Company of Boston
Attn: Appeal Review Unit
Disability and Life Claims
P.O. Box 2578
Omaha, NE 68172-9688
603-422-7909 (fax)

Re: Rebecca L. Pifer, Claim number 4087659, BCBS of North Carolina

Dear Appeal Review Unit:

I represent Rebecca Pifer in connection with her claim for long-term disability benefits. Please consider this letter and the enclosed documents to be Ms. Pifer's appeal of Lincoln Life's decision to terminate her disability benefits effective May 18, 2021.

Due to delivery delays announced by the U.S. Postal Service, I request that you provide a street address to which I can send the following supportive documents by UPS:

1.  Medical records from Triangle Community Physicians, P.A.
2.  Medical records from EmergeOrtho.
3.  Medical records from Triangle Community Physicians, P.A.
4.  Attending Physician's Statement forms completed by Dr. Linda Belhorn.
5.  Annual Physician's Statement for completed by Dr. William Silver.
6.  MRI reports dated June 10, 2021, September 2, 2021, and October 26, 2021.
7.  Ms. Pifer's journal entries from June 7, 2021 through October 22, 2021.
8.  Authorization signed by Ms. Pifer.

**LIN000386**

PAGE 2/10 * RCVD AT 11/11/2021 7:44:14 AM [Eastern Standard Time] * SVR:VA-FAXFAX10/14 * DNIS:6034227909 * CSID:19195711004 * ANI:9195711004 * DURATION (mm-ss):05-12

Case 1:22-cv-00186-WO-JLW * Document 21-1 * Filed 10/24/22 * Page 386 of 763

November 11, 2021
Page 2

Definition of Disability

The Policy provides the following definition of "disability" and "disabled:"

"Disability" or "Disabled" means:

1.    For persons other than pilots, co-pilots, and crewmembers of an aircraft

********

b.    i.    if the Covered Person is eligible for the 24 Month Own Occupation benefit, "Disability" or "Disabled" means that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and

ii.    thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.

"Material and Substantial Duties" means responsibilities that are normally required to perform the Covered Person's Own Occupation, or any other occupation, and cannot be reasonably eliminated or modified.

"Any Occupation" means any occupation that the Covered Person is or becomes reasonably fitted by training, education, experience, age, physical and mental capacity.

Ms. Pifer became disabled on January 31, 2011. Therefore, the applicable definition of disability is "any occupation."

Grounds for Termination of Benefits

Lincoln terminated Ms. Pifer's benefits after receiving a report of a functional capacity evaluation performed on April 21, 2021. The report states that Ms. Pifer was able to work at the "sedentary" physical demand level for an eight-hour work-day, lift 12.5 pounds and carry 10 pounds occasionally, sit and perform hand manipulation on a "frequent" basis, and stand and walk on an "occasional" basis.

LIN000387

Case 1:22-cv-00186-WO-JLW * Document 21-1 * Filed 10/24/22 * Page 387 of 763

November 11, 2021
Page 3


Why Ms. Pifer is Entitled Reinstatement of Benefits

A.     The Conclusions Reached by the FCE Physical Therapist are Not Supported by
       Her Examination Findings

Many of the test results and clinical observations noted in the FCE report support Ms.
Pifer's claim and are contrary to the physical therapist's conclusion that Ms. Pifer was
able to work.

The report states on page 1 that "Deficits identified during testing include elevated pain
throughout testing, specifically in the right shoulder and upper back area." During testing,
Ms. Pifer reported pain at an intensity level of 7 on a 10-point scale.

Ms. Pifer stated that she was able to sit for 20 minutes, stand for 20 minutes, walk for 30
minutes, and drive for 20 minutes. She advised that she was independent in her activities
of daily living and basic household chores, however, her adult son lived with her and
performed the majority of the household tasks.

The following observations and test results support Ms. Pifer's claim and are contrary to
the therapist's determination that Mr. Pifer was able to work in a sedentary occupation.

- Ms. Pifer came to testing ambulating with a cane and exhibited a slow,
  methodical gait pattern.

- The therapist found that Ms. Pifer had moderate tenderness along the
  anterior aspect of the right shoulder, bilateral upper trapezius, interscapular
  area, and low back area.

- The treadmill test was not completed because Ms. Pifer was unable to
  achieve the minimal speed required of two miles per hour. She ambulated
  at one mile per hour for eight minutes at which time she requested a seated
  rest break due to pain and fatigue. She then resumed ambulation for an
  additional five minutes and requested to terminate because of right foot
  discomfort, bilateral shoulder pain, and fatigue.

- All three lifting tests were terminated by Ms. Pifer due to continued pain
  across the bilateral upper back and shoulders and noted fatigue. The
  therapist wrote that during testing Ms. Pifer's elevated heart rate was
  consistent with her reported maximum effort. Ms. Pifer was only able to lift
  the minimum weight required.

LIN000388

November 11, 2021
Page 4

- During the "carry testing," Ms. Pifer ambulated with the use of a cane and carried the weight in her left upper extremity.

- "Frequent carry" and "frequent push/pull" testing were not performed as the claimant was not able to demonstrate "frequent ambulation."

- Ms. Pifer demonstrated elevated pain with standing and walking, yet the therapist concluded that Ms. Pifer would stand and walk on an "occasional" basis.

- Ms. Pifer demonstrated elevated pain with "object handling," yet the therapist concluded that Ms. Pifer could perform object handing on a "frequent" basis.

- During "pinch strength testing," Ms. Pifer experienced increased discomfort in the MCP joint of the right thumb.

- Ms. Pifer had elevated discomfort in the bilateral upper back area during the isometric push/pull test.

- Ms. Pifer's cervical active range of motion of limited. The range of motion and strength in her shoulders were below normal. Her strength in her elbows and wrists was diminished.

- Ms. Pifer's strength in her hips, knees, and elbows was below normal.

- The therapist did not perform testing of Ms. Pifer's range of motion and strength in her fingers, yet she concluded that Ms. Pifer was able to perform object handling, fingering, simple hand grasp, firm hand grasp, and fine and gross hand manipulation on a "frequent" basis.

- The entire testing time was only two hours and nine minutes.

- The FCE report does not indicate any observations of Ms. Pifer's ability to sit. The amount of time spent sitting is not noted in the report, yet the therapist somehow concluded that Ms. Pifer could sit on a "frequent" basis during an eight-hour workday.

For those reasons, the conclusions stated by the therapist do not match up with the test results and should not be considered in determining Ms. Pifer's entitlement to benefits. However, the examination findings noted above support Ms. Pifer's claim.

LIN000389

November 11, 2021
Page 5

B.     The Medical Records Support Ms. Pifer's Claim

Ms. Pifer was seen by her rheumatologist, Dr. Linda Belhorn, on August 5, 2020 for a follow-up regarding her Ehlers-Danlos syndrome and degenerative joint disease. Ms. Pifer stated that since her last visit she had experienced mild increased symptoms in her hands, worsening fatigue, increased pain in her right shoulder with difficulty performing certain motions, and persistent symptoms in her cervical spine. Dr. Belhorn found that Ms. Pifer had Heberden's nodes and Bouchard's nodes in her fingers bilaterally and tenderness in her right shoulder.

An x-ray study of Ms. Pifer's right shoulder performed on August 5, 2020 showed advanced glenohumeral arthropathy and prominent lucency in the superior aspect of the glenoid.

Ms. Pifer saw Dr. William Silver on September 10, 2020 for a follow-up regarding her right shoulder dysfunction. Ms. Pifer explained that she was experiencing pain in her upper right arm that radiated with movements such as driving. Ms. Pifer advised that the pain had been present for approximately one year and was worsening. Dr. Silver's physical examination showed decreased range of motion with pain and positive impingement of the right shoulder rotator cuff. Ms. Pifer underwent a right shoulder subacromial cortisone injection and was provided a home physical therapy program.

Ms. Pifer was next seen by Dr. Belhorn on February 8, 2021. Ms. Pifer reported that she had experienced significant improvement in the pain caused by her right shoulder rotator cuff impingement following the steroid injection administered by Dr. Silver on September 10, 200. Ms. Pifer was trying to do some conservative exercises and Tai Chi to help improve her shoulder symptoms. Ms. Pifer felt that she was stable on her current medications. Dr. Belhorn found that Ms. Pifer continued to have Heberden's nodes and Bouchard's nodes in her fingers bilaterally and decreased range of motion in her cervical spine and shoulders in all planes.

Ms. Pifer underwent x-ray imaging of her right shoulder on May 25, 2021. The report states that Ms. Pifer had moderate to severe degenerative changes to the glenohumeral joint, with osteophyte formation and articular surface sclerosis.

Ms. Pifer underwent a cervical spine MRI on June 10, 2021. The imaging study revealed chronic multi-level cervical degenerative disc disease with facet arthropathy, narrowing of the central canal at C5-C6 and C6-C7, and variable degrees of bony encroachment on the foramina, likely most prominent at C5-C6.

LIN000390

November 11, 2021
Page 6

Ms. Pifer saw Dr. Silver on August 24, 2021 for evaluation of her right shoulder pain. Dr. Silver determined that Ms. Pifer likely had a right shoulder rotator cuff tear following her recent fall and motor vehicle accident. He recommended a right shoulder MRI.

Ms. Pifer underwent a right shoulder joint MRI on September 2, 2021. The report includes the following findings:

> CONCLUSION:
> 1. Severe glenohumeral arthropathy. Chronically torn and worn labrum. Remodeled articular surfaces. Cartilage delamination. Marrow reaction and pseudocysts glenoid rim. Complex effusion.
> 2. Cuff tendinosis. Frayed partial thickness 7mm interstitial and bursal surface tear supraspinatus insertion. Mild bursitis. No full thickness cuff macrotear.
> 3. AC arthropathy. Subacromial decompression.
> 4. Chronically torn biceps long head tendon or tenotomy.
> 5. Please see above.

Dr. Silver next saw Ms. Pifer on September 7, 2021 to go over the MRI results and discuss treatment options. Dr. Silver administered a cortisone injection.

Ms. Pifer saw Dr. Belhorn on October 16, 2021 for a follow-up appointment. Ms. Pifer reported that she had not been doing well since the past spring due to multiple stressors and was experiencing increased pain, fatigue, and joint laxity. She had increased neck pain and numbness and tingling in her hands. She had been undergoing physical therapy for her neck pain due to her having bulging disks and bone spurs in her cervical spine. Ms. Pifer stated that she had fallen the previous week and had injured her right shoulder. Her ankles had been rolling more frequently and her knees had been dislocating. Dr. Belhorn assessed that Ms. Pifer was suffering from generalized osteoarthritis and increased joint laxity due to Ehlers-Danlos syndrome.

Dr. Belhorn completed two disability forms on October 18, 2021. She wrote that Ms. Pifer's restrictions and limitations were no prolonged sitting, standing, heavy lifting, or repetitive activities and that her physical impairment rating was "Class 5," which means "Severe limitation of functional capability; incapable of minimum (sedentary*) activity (75-100%)."

Dr. Kalianos saw Ms. Pifer on October 15, 2021 for evaluation of her bilateral knee pain. His physical examination findings include tenderness, swelling, crepitus, and instability. Dr. Kalianos wrote in his report that Ms. Pifer may have a cartilage issue in the left knee with some ACL instability in the right knee. He recommended that Ms. Pifer undergo x-rays and MRIs of both knees and added, "She is still permanently disabled."

LIN000391

November 11, 2021
Page 7

Ms. Pifer began physical therapy with Minh Phuong Le, PT on August 19, 2021. Ms. Pifer reported that she was experiencing weakness in her right arm, numbness and tingling in her entire arms and hands, and was unable to sit and stand for extended periods of time. Ms. Le found moderate to severe loss of range of motion in Ms. Pifer's cervical spine, decreased strength in her cervical spine, pain with resisted neck motions, decreased sensation in her right upper extremity, hypermobility and pain from C1 to C7, tenderness bilaterally of the paracervicals and the trapezius, and increased tightness in the UT and paracervical muscles. Ms. Lee's assessment was decreased cervical range of motion and upper extremity strength, indicative of cervical dysfunction; radicular symptoms; and bilateral shoulder pain, right greater than left.

Dr. Silver completed an Annual Physician's Statement form on October 25, 2021 and wrote that due Ms. Pifer's right shoulder condition she should engage in no heaving lifting or repetitive activity.

Ms. Pifer underwent MRIs of her knees on October 26, 2021. The report of the left knee study includes the following findings:

> IMPRESSION:
> 1. Osteoarthritis of the lateral compartment of the left knee with associated marked cartilage thinning and probable focal cartilage defect of the lateral-most posterior aspect of the lateral tibial plateau. There is associated chronic lateral meniscus tear.
> 2. Extensive intrasubstance degenerative signal of the medial meniscus with a limited tear of the medial body.
> 3. Cartilage heterogeneity of all 3 compartments of the left knee.
> 4. The fibular collateral ligament is markedly attenuated and a chronic tear or partial tear is suggested. This may be related to the adjacent lateral tibial plateau osteophyte.

The findings of the right knee MRI study include:

> IMPRESSION:
> 1. Complex tears involving the body and posterior horn of the lateral meniscus and anterior horn of the medial meniscus.
> 2. Chronic, complete ACL tear.
> 3. Advanced joint space narrowing with multifocal cartilage loss of the medial and lateral compartments. Mild reactive marrow edema in the medial compartment.

Ms. Pifer was seen by Dr. Michael Ransone on October 28 2021 for her bilateral knee pain. She reported that she had suffered knee pain since 2010 when she was diagnosed with a partial ACL tear of the right knee but that both knees had become symptomatic. She stated that she had throbbing pain, especially when going up and down stairs and walking. She used a cane sometimes and took stairs one at a time. Dr. Ransone advised

LIN000392

November 11, 2021
Page 8

that Ms. Pifer was not a candidate for arthroscopy for meniscal surgery or ACL reconstruction because she had multiple issues causing pain and Ehlers-Danlos syndrome the surgeries would not address all of her pain generators. Dr. Ransone recommended physical therapy and injections every three months.

The medical records support Ms. Pifer's claim that she has been continuously disabled.

C.      Ms. Pifer's Journal

Ms. Pifer is submitting her journal as further support for her claim.

D.      Lincoln's Prior Determinations Support Ms. Pifer's Claim

Lincoln (at that time, Liberty Life Assurance Company of Boston) approved benefits after receiving a consulting physician report from Dr. Howard Blank dated November 21, 2012. Dr. Blank found that Ms. Pifer suffered from Ehlers Danlos Syndrome, with associated osteoarthritis of the cervical spine, right shoulder, hands and feet; a right shoulder rotator cuff tear that had been surgically corrected; and surgical corrections to both feet. He recommended restrictions and limitations of standing and walking for approximately 10 minutes at a time for a total of 30 minutes per eight-hour workday; limited use of the right upper extremity due to right shoulder arthritis primarily as a result of pain; fine manipulation of the fingers limited to "occasional" use as a result of osteoarthritis; repetitive use of the hands should be avoided; neck rotation, flexion, and extension should be limited to "occasional;" and lifting up to 10 pounds with the left upper extremity limited to "occasional." He added, "All of the noted restrictions and limitations are of a permanent nature."

Over the eight and a half years following Lincoln's receipt of Dr. Blank's report, Ms. Pifer's treating physicians, Dr. Kalianos and Dr. Belhorn, continued to support her claim. Lincoln requested updated medical information and disability statements from Ms. Pifer's providers annually and decided after reviewing such information to continue paying benefits. See e.g. Lincoln's Claim Note 141, dated February 25, 2016, "APS supports. F/U 1 yr." Claim Note 144, dated March 8, 2017, "No change to EE condition, supports contd disb. F/U 1 year;" Claim Note 150, dated March 5, 2018, "No change to EE condition, supports contd disb. F/U 1 year;" and Clam Note 157 dated February 7, 2020, "Based on info recvd, it is supportive for ongoing LTD. F/U for annual review." It was not until February 4, 2021 that Lincoln decided to obtain surveillance and medical information "to determine ongoing R/Ls."

Lincoln's termination of Ms. Pifer's claim in May 2021 is inconsistent with its prior determinations from 2012 through 2020.

LIN000393

November 11, 2021
Page 9

Conclusion

The enclosed documents support Ms. Pifer's claim for reinstatement of her long-term disability benefits retroactive to May 18, 2021.

Respectfully,

*Andrew Whiteman*

Andrew Whiteman

LIN000394

Case 1:22-cv-00186-WO-JLW Document 21-1 Filed 10/24/22 Page 394 of 763

Urgent!



# TRIANGLE COMMUNITY
## PHYSICIANS, P.A.

SEP 0 8 2021

FAXED

4309 MEDICAL PARK DR., SUITE 200. DURHAM, NC 27704
Phone: 919-471-4484   Fax: 919-477-6131

John A. Kallianos, MD • Kombiz P. Klein, DO • Sara Hardy, FNP • Chelsea Johnson, PA

To: Lisa Porriello                     From: Sylvia / Dr.

Fax: 1-603-422-7909                    Pages:   (Including cover sheet) 4

Phone:                                 Date: 9-9-21

Re: Rebecca Pifer                      cc:

☐ Urgent     ☐ For Review     ☐ Please Comment     ☐ Please Reply     ☐ Please Recycle

● Comments:

See Attach

**PRIVILEGED AND CONFIDENTIAL:** This document and the information contained herein are confidential and protected from disclosure pursuant to Federal law. This message is intended only for the use of the Addressee(s) and may contain information that is PRIVILEGED and CONFIDENTIAL. If you are not the intended recipient, you are here by notified that he use, dissemination or copying of this information is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify the sender immediately.

LIN000395

SEP 0 8 2021

FAXED

## TRIANGLE COMMUNITY PHYSICIANS, PA
### 4309 MEDICAL PARK DR., SUITE 200 DURHAM, NC 27704
### Phone: 919-471-4484   Fax: 919-477-6131

TAX Id 56-1698415

Robert C. Pennington, MD      John A. Kallianos, MD      Kombiz P. Klein, DO

**Re: INVOICE for MEDICAL RECORDS**

DATE: 2-4-21

TO: Lincoln Financial Group

PATIENT: Rebecca Pifer # 11689E

Please find enclosed the medical records you requested.  There is a charge of
seventy-five (.75) cents per page for the first 25 pages, fifty (.50) cents for pages 26-
100 and twenty-five (.25) cents for each page in excess of 100 pages.

Please pay $ 19.75 .

Make checks payable to Triangle Community Physicians, P.A.

Thank you.

Triangle Community Physicians, P.A.

We Fax records on the Above date
Please respond to payment.

LIN000396



**Lincoln Financial Group®**

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

Date: February 4, 2021

| To: | JOHN KALLIANOS |
| | 4309 MEDICAL PARK DRIVE |
| | SUITE 100 |
| | DURHAM NC 27704 |

Attn:

Fax:   (919) 477-6131

From:  Lisa Porriello
       Specialist, Claims
       Phone No.: Phone No.: (888) 437-7611
       Secure Fax No.: (603) 422-7909

FEB 0 4 2021

~~FAXED~~

Total Pages
(Including Cover):   2

RE:

Claim #:    4087659
Claimant:  Rebecca Pifer

BCBS of North Carolina

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

*See Attach
Records &
IN-Voice*
*2/4/21*

*33 pages*

**LIN000397**



Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

February 4, 2021

John Kallianos
4309 MEDICAL PARK DRIVE
SUITE 100
DURHAM, NC 27704

RE: Long Term Disability (LTD) Benefits
BCBS of North Carolina
Claim #: 4087659
Claimant: Rebecca Pifer
Claimant D.O.B.: ███ 1960

Dear John Kallianos:

We are the Disability Claim Administrator for your patient, Rebecca Pifer.

To evaluate Ms. Pifer's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes dated from January 2019 through the present date

We ask that you provide this information by February 9, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 422-7909 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me using the information below.

Sincerely,

Lisa Porriello
Specialist, Claims
Phone No.: (888) 437-7611 Ext. 69669
Secure Fax No.: (603) 422-7909

1 of 1

LIN000398

# GROUP DISABILITY INCOME POLICY

**Sponsor:**     **Blue Cross and Blue Shield of North Carolina,
an independent licensee of the Blue Cross and Blue Shield Association**

**Policy Number:**   **GF3-850-286395-01**

**Effective Date:**   **January 1, 2006**

**Governing Jurisdiction** is **North Carolina** and subject to the laws of that State.

**Premiums** are due and payable monthly on the first day of each month.

**Policy Anniversaries** shall occur each January 1st beginning in 2007.

Lincoln Life Assurance Company of Boston (hereinafter referred to as Lincoln) agrees to pay the benefits provided by this policy in accordance with its provisions.  This policy provides Long Term Disability coverage.

**PLEASE READ THIS POLICY CAREFULLY FOR FULL DETAILS.**

This policy is a legal contract and is issued in consideration of the Application of the Sponsor, a copy of which is attached, and of the payment of premiums by the Sponsor.

For purposes of this policy, the Sponsor acts on its own behalf or as the Covered Person's agent.  Under no circumstances will the Sponsor be deemed the agent of Lincoln.

This policy is delivered in and governed by the laws of the governing jurisdiction and to the extent applicable by The Employee Retirement Income Security Act of 1974 (ERISA) and any subsequent amendments.

The following pages including any amendments, riders or endorsements are a part of this policy.
Signed at Lincoln's Home Office, 100 Liberty Way, Suite 100, Dover, New Hampshire 03820-4695.

SECRETARY                                                    PRESIDENT

**THIS POLICY CONTAINS AN EXCLUSION FOR PRE-EXISTING CONDITIONS.  IT MAY BE TERMINATED BY THE SPONSOR OR LINCOLN.  IMPORTANT CANCELLATION INFORMATION - PLEASE READ PROVISION ENTITLED POLICY TERMINATION, FOUND ON PAGE ADOP-TER-0002.4.**

**NON-PARTICIPATING**

**Form ADOP.1**

**LIN000399**

Case 1:22-cv-00186-WO-JLW     Document 21-1     Filed 10/24/22     Page 399 of 763

# TABLE OF CONTENTS

SECTION 1. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . SCHEDULE OF BENEFITS

SECTION 2. . . . . . . . . . . . . . . . . . . . . . . . . . . . . DEFINITIONS

SECTION 3. . . . . . . . . . . . . . . . . . . . . . . . . . . . . ELIGIBILITY AND EFFECTIVE DATES

SECTION 4. . . . . . . . . . . . . . . . . . . . . . . . . . . . . DISABILITY INCOME BENEFITS

SECTION 5. . . . . . . . . . . . . . . . . . . . . . . . . . . . EXCLUSIONS

SECTION 6. . . . . . . . . . . . . . . . . . . . . . . . . . . . . TERMINATION PROVISIONS

SECTION 7. . . . . . . . . . . . . . . . . . . . . . . . . . . . . GENERAL PROVISIONS

SECTION 8. . . . . . . . . . . . . . . . . . . . . . . . . . . . . PREMIUMS

SECTION 9. . . . . . . . . . . . . . . . . . . . . . . . . . . . . APPLICATION

# SECTION 1 - SCHEDULE OF BENEFITS

**ELIGIBILITY REQUIREMENTS FOR INSURANCE BENEFITS**

**Minimum Hourly Requirement:**

Employees working a minimum of 20 regularly scheduled hours per week

**Long Term Disability Benefits:**

Class 1:    All full-time Corporate Officers and Senior Medical Directors with Employer paid premiums

Class 2:    All full-time Corporate Officers and Senior Medical Directors with Employee paid premiums

Class 3:    All Other Employees with Employer paid premiums

Class 4:    All Other Employees with Employee paid premiums

**Note:**    temporary and seasonal Employees and Employees who are not United States citizens or legal residents working in the United States are not covered under this policy

**Eligibility Waiting Period:**

1.  If the Covered Person is employed by the Sponsor on the policy effective date - 30 days of continuous, Active Employment

2.  If the Covered Person begins employment for the Sponsor after the policy effective date - 30 days of continuous, Active Employment

**Employee Contributions Required:**

Class 1 and 3:    No
Class 2 and 4:    Yes

**Name of Associated Companies:**  None

# SECTION 1 - SCHEDULE OF BENEFITS

(Continued)

**LONG TERM DISABILITY COVERAGE**

**Elimination Period:**

The greater of:

      a.   the end of the Covered Person's Short Term Disability Benefits; or

      b.   180 days.

**Amount of Insurance:**

60% of Basic Monthly Earnings not to exceed a Maximum Monthly Benefit of $25,000 less Other Income Benefits and Other Income Earnings as outlined in Section 4.

**Maximum Basic Monthly Earnings on which the Benefit is Based:**    $41,666.67

**Own Occupation Duration:**

Class 1 and 2:    Maximum Own Occupation

Class 3 and 4:    24 Month Own Occupation

**Minimum Monthly Benefit:**

The Minimum Monthly Benefit is $100 or 10% of the Covered Person's Gross Monthly Benefit, whichever is greater.

**NOTE:** Evidence of Insurability is required on all insured benefit amounts in effect prior to 1/1/01 exceeding $15,000 per month and on all insured benefit amounts in effect on or following 1/1/01 exceeding $10,000 per month.

**LIN000402**

**LONG TERM DISABILITY COVERAGE** (Continued)

**Maximum Benefit Period:**

| Age at Disability | Maximum Benefit Period |
|---|---|
| Less than age 60 | Greater of SSNRA* or to age 65 (but not less than 5 years) |
| 60 | 60 months |
| 61 | 48 months |
| 62 | 42 months |
| 63 | 36 months |
| 64 | 30 months |
| 65 | 24 months |
| 66 | 21 months |
| 67 | 18 months |
| 68 | 15 months |
| 69 and over | 12 months |

*SSNRA means the Social Security Normal Retirement Age as figured by the 1983 amendment to the Social Security Act and any subsequent amendments and provides:

| Year of Birth | Normal Retirement Age |
|---|---|
| Before 1938 | 65 |
| 1938 | 65 and 2 months |
| 1939 | 65 and 4 months |
| 1940 | 65 and 6 months |
| 1941 | 65 and 8 months |
| 1942 | 65 and 10 months |
| 1943-1954 | 66 |
| 1955 | 66 and 2 months |
| 1956 | 66 and 4 months |
| 1957 | 66 and 6 months |
| 1958 | 66 and 8 months |
| 1959 | 66 and 10 months |
| 1960 and after | 67 |

**Form ADOP-SCH-4**                                                    **Schedule of Benefits**

**LIN000403**

# SECTION 2 - DEFINITIONS

In this section Lincoln defines some basic terms needed to understand this policy. The male pronoun whenever used in this policy includes the female.

**"Active Employment"** means the Employee must be actively at work for the Sponsor:

1. on a full-time or part-time basis and paid regular earnings;

2. for at least the minimum number of hours shown in the Schedule of Benefits; and either perform such work:

   a. at the Sponsor's usual place of business; or
   b. at a location to which the Sponsor's business requires the Employee to travel.

An Employee will be considered actively at work if he was actually at work on the day immediately preceding:

1. a weekend (except where one or both of these days are scheduled work days);
2. holidays (except when the holiday is a scheduled work day);
3. paid vacations;
4. any non-scheduled work day;
5. an excused leave of absence (except medical leave for the Covered Person's own disabling condition and lay-off); and
6. an emergency leave of absence (except emergency medical leave for the Covered Person's own disabling condition).

**"Administrative Office"** means Lincoln Life Assurance Company of Boston, 100 Liberty Way, Suite 100, Dover, New Hampshire 03820-4695.

**"Any Occupation"** means any occupation that the Covered Person is or becomes reasonably fitted by training, education, experience, age, physical and mental capacity.

**"Application"** is the document designated in Section 9; it is attached to and is made a part of this policy.

**"Appropriate Available Treatment"** means care or services which are:

1. generally acknowledged by Physicians to cure, correct, limit, treat or manage the disabling condition;
2. accessible within the Covered Person's geographical region;
3. provided by a Physician who is licensed and qualified in a discipline suitable to treat the disabling Injury or Sickness;
4. in accordance with generally accepted medical standards of practice.

**"Basic Monthly Earnings"** means the Covered Person's monthly rate of earnings from the Sponsor in effect immediately prior to the date Disability or Partial Disability begins. However, such earnings will not include overtime pay and extra compensation other than commissions and Target Incentive Bonuses. Commissions and Target Incentive Bonuses will be averaged over the lesser of (a) the 12 month period prior to the date Disability begins; or (b) the period of employment.

**"Covered Person"** means an Employee insured under this policy.

**LIN000404**

Case 1:22-cv-00186-WO-JLW     Document 21-1     Filed 10/24/22     Page 404 of 763

**"Disability"** or **"Disabled"** means:

1. For persons other than pilots, co-pilots, and crewmembers of an aircraft:

   a. if the Covered Person is eligible for the Maximum Own Occupation benefit, **"Disability"** or **"Disabled"** means during the Elimination Period and until the Covered Person reaches the end of the Maximum Benefit Period, as a result of an Injury or Sickness, he is unable to perform the Material and Substantial Duties of his Own Occupation.

   b. i. if the Covered Person is eligible for the 24 Month Own Occupation benefit, **"Disability"** or **"Disabled"** means that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and

      ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.

2. With respect to Covered Persons employed as pilots, co-pilots and crewmembers of an aircraft:

   **"Disability"** or **"Disabled"** means as a result of Injury or Sickness the Covered Person is unable to perform the Material and Substantial Duties of Any Occupation.

**"Disability Benefits under a Retirement Plan"** means money which:

1. is payable under a Retirement Plan due to Disability as defined in that plan; and

2. does not reduce the amount of money which would have been paid as retirement benefits at the normal retirement age under the plan if the Disability had not occurred. (If the payment does cause such a reduction, it will be deemed a Retirement Benefit as defined in this policy.)

**"Eligibility Date"** means the date an Employee becomes eligible for insurance under this policy. Eligibility Requirements are shown in the Schedule of Benefits.

**"Eligible Survivor"** means the Covered Person's spouse, if living, otherwise the Covered Person's children under age 25.

**"Eligibility Waiting Period"** means the continuous length of time an Employee must be in Active Employment in an eligible class to reach his Eligibility Date.

**"Evidence of Insurability"** means a statement of proof of an Employee's medical history upon which acceptance for insurance will be determined by Lincoln.

**"Elimination Period"** means a period of consecutive days of Disability or Partial Disability for which no benefit is payable. The Elimination Period is shown in the Schedule of Benefits and begins on the first day of Disability.

If the Covered Person returns to work for any 14 or fewer days during the Elimination Period and cannot continue, Lincoln will count only those days the Covered Person is Disabled or Partially Disabled to satisfy the Elimination Period.

**"Employee"** means a person in Active Employment with the Sponsor.

**"Enrollment Form"** is the document completed by the Covered Person, if required, when enrolling for coverage. This form must be satisfactory to Lincoln.

**"Extended Treatment Plan"** means continued care that is consistent with the American Psychiatric Association's standard principles of Treatment, and is in lieu of confinement in a Hospital or Institution. It must be approved in writing by a Physician.

**"Family and Medical Leave"** means a leave of absence for the birth, adoption or foster care of a child, or for the care of the Covered Person's child, spouse or parent or for the Covered Person's own serious health condition as those terms are defined by the Federal Family and Medical Leave Act of 1993 (FMLA) and any amendments, or by applicable state law.

**"Gross Monthly Benefit"** means the Covered Person's Monthly Benefit before any reduction for Other Income Benefits and Other Income Earnings.

**"Hospital"** or **"Institution"** means a facility licensed to provide Treatment for the condition causing the Covered Person's Disability.

**"Initial Enrollment Period"** means one of the following periods during which an Employee may first enroll for coverage under this policy:

1.  for an Employee who is eligible for insurance on the policy effective date, a period before the policy effective date set by the Sponsor and Lincoln.

2.  for an Employee who becomes eligible for insurance after the policy effective date, the period which ends 31 days after his Eligibility Date.

**"Injury"** means bodily impairment resulting directly from an accident and independently of all other causes. For the purpose of determining benefits under this policy:

1.  any Disability which begins more than 60 days after an Injury will be considered a Sickness; and

2.  any Injury which occurs before the Covered Person is covered under this policy, but which accounts for a medical condition that arises while the Covered Person is covered under this policy will be treated as a Sickness.

**"Last Monthly Benefit"** means the gross Monthly Benefit payable to the Covered Person prior to his death without any reduction for earnings received from employment.

**"Material and Substantial Duties"** means responsibilities that are normally required to perform the Covered Person's Own Occupation, or any other occupation, and cannot be reasonably eliminated or modified.

**Form ADOP-DEF-4/5/6**                                                                                   **Definitions**

**LIN000406**

**"Mental Illness"** means a psychiatric or psychological condition classified as such in the most current edition of the Diagnostic and Statistical Manual of Mental Disorders (DSM) regardless of the underlying cause of the Mental Illness.  If the DSM is discontinued, Lincoln will use the replacement chosen or published by the American Psychiatric Association.

**"Monthly Benefit"** means the monthly amount payable by Lincoln to the Disabled or Partially Disabled Covered Person.

**"Non-Verifiable Symptoms"** means the Covered Person's subjective complaints to a Physician which cannot be diagnosed using tests, procedures or clinical examinations typically accepted in the practice of medicine.  Such symptoms may include, but are not limited to, dizziness, fatigue, headache, loss of energy, numbness, pain, ringing in the ear, and stiffness.

**"Own Occupation"** means the Covered Person's occupation that he was performing when his Disability or Partial Disability began.  For the purposes of determining Disability under this policy, Lincoln will consider the Covered Person's occupation as it is normally performed in the national economy.

**"Partial Disability"** or **"Partially Disabled"** means the Covered Person, as a result of Injury or Sickness, is able to:

1.  perform one or more, but not all, of the Material and Substantial Duties of his Own Occupation or Any Occupation on an Active Employment or a part-time basis; or
2.  perform all of the Material and Substantial Duties of his Own Occupation or Any Occupation on a part-time basis; and
3.  earn between 20% and 80% of his Basic Monthly Earnings.

**"Physician"** means a person who:

1.  is licensed to practice medicine and is practicing within the terms of his license; or
2.  is a licensed practitioner of the healing arts in a category specifically favored under the health insurance laws of the state where the Treatment is received and is practicing within the terms of his license.

It does not include a Covered Person, any family member or domestic partner.

**"Proof"** means the evidence in support of a claim for benefits and includes, but is not limited to, the following:

1.  a claim form completed and signed (or otherwise formally submitted) by the Covered Person claiming benefits;
2.  an attending Physician's statement completed and signed (or otherwise formally submitted) by the Covered Person's attending Physician; and
3.  the provision by the attending Physician of standard diagnosis, chart notes, lab findings, test results, x-rays and/or other forms of objective medical evidence in support of a claim for benefits.

Proof must be submitted in a form or format satisfactory to Lincoln.

**Case 1:22-cv-00186-WO-JLW   Document 21-1   Filed 10/24/22   Page 407 of 763**

**"Regular Attendance"** means the Covered Person's personal visits to a Physician which are medically necessary according to generally accepted medical standards to effectively manage and treat the Covered Person's Disability or Partial Disability. This shall not be construed to require the covered person to see or be under the care of a physician on a regular basis if it can be shown that the insured has reached his maximum point of recovery yet is still disabled under the term s of this policy.

**"Retirement Benefit under a Retirement Plan"** means money which:

1.  is payable under a Retirement Plan either in a lump sum or in the form of periodic payments;

2.  does not represent contributions made by an Employee (payments which represent Employee contributions are deemed to be received over the Employee's expected remaining life regardless of when such payments are actually received); and

3.  is payable upon:

    a.  early or normal retirement; or
    b.  Disability, if the payment does reduce the amount of money which would have been paid under the plan at the normal retirement age.

**"Retirement Plan"** means a plan which provides retirement benefits to Employees and which is not funded wholly by Employee contributions.  The term shall not include a profit-sharing plan, informal salary continuation plan, registered retirement savings plan, stock ownership plan, 401(K) or a non-qualified plan of deferred compensation.

**"Schedule of Benefits"** means the section of this policy which shows, among other things, the Eligibility Requirements, Eligibility Waiting Period, Elimination Period, Amount of Insurance, Minimum Benefit, and Maximum Benefit Period.

**"Sickness"** means illness, disease, pregnancy or complications of pregnancy.

**"Sponsor"** means the entity to whom this policy is issued.

**"Sponsor's Retirement Plan"** is deemed to include any Retirement Plan:

1.  which is part of any Federal, State, Municipal or Association retirement system; or

2.  for which the Employee is eligible as a result of employment with the Sponsor.

**"Substance Abuse"** means alcohol and/or drug abuse, addiction or dependency.

**"Treatment"** means consulting, receiving care or services provided by or under the direction of a Physician including diagnostic measures, being prescribed drugs and/or medicines, whether the Covered Person chooses to take them or not, and taking drugs and/or medicines.

**"Weekly Benefit"** means the weekly amount payable by Lincoln to the Disabled or Partially Disabled Covered Person.

# SECTION 3 - ELIGIBILITY AND EFFECTIVE DATES

**Eligibility Requirements for Insurance Benefits**

The eligibility requirements for insurance benefits are shown in the Schedule of Benefits.

**Eligibility Date for Insurance Benefits**

An Employee in an eligible class will qualify for insurance on the later of:

1.  this policy's effective date; or

2.  the day after the Employee completes the Eligibility Waiting Period shown in the Schedule of Benefits.

**Effective Date of Insurance**

Insurance will be effective at 12:01 A.M. Standard Time in the governing jurisdiction on the day determined as follows, but only if the Employee's application or enrollment for insurance is made with Lincoln through the Sponsor in a form or format satisfactory to Lincoln.

1.  An Employee will be insured for non-contributory coverage on his Eligibility Date.

2.  An Employee will be insured for contributory coverage on the date the Employee makes application for insurance if he does it on or before the 31st day after his Eligibility Date; or

**Delayed Effective Date for Insurance**

The effective date of any initial, increased or additional insurance will be delayed for an individual if he is not in Active Employment because of Injury or Sickness. The initial, increased or additional insurance will begin on the date the individual returns to Active Employment.

**LIN000409**

**Family and Medical Leave**

An Employee's coverage may be continued under this policy for an approved family or medical leave of absence for up to 12 weeks following the date coverage would have terminated, subject to the following:

1.  the authorized leave is in writing;

2.  the required premium is paid;

3.  the Covered Person's benefit level, or the amount of earnings upon which the Covered Person's benefit may be based, will be that in effect on the date before said leave begins; and

4.  continuation of coverage will cease immediately if any one of the following events should occur:

    a.  the Covered Person returns to work;
    b.  this group insurance policy terminates;
    c.  the Covered Person is no longer in an eligible class;
    d.  nonpayment of premium when due by the Sponsor or the Covered Person;
    e.  the Covered Person's employment terminates.

**Leave of Absence**

The Sponsor may continue the Covered Person's coverage(s) by paying the required premiums, if the Covered Person is given a leave of absence.

The Covered Person's coverage will not continue beyond the end of the policy month following the policy month in which the leave of absence begins. In continuing such coverage under this provision, the Sponsor agrees to treat all Covered Persons equally.

**Lay-off**

The Sponsor may continue the Covered Person's coverage(s) by paying the required premiums, if the Covered Person is temporarily laid off.

The Covered Person's coverage will not continue beyond the end of the policy month in which the lay-off begins. In continuing such coverage under this provision, the Sponsor agrees to treat all Covered Persons equally.

**Associated Companies**

Companies, corporations, firms or individuals that are subsidiary to, or affiliated with, the Sponsor will be called Associated Companies. The Associated Companies, if any, are listed in the Schedule of Benefits. Employees of Associated Companies will be considered Employees of the Sponsor for purposes of this policy.

As they relate to this policy, all actions, agreements and notices between Lincoln and the Sponsor will be binding on the Associated Companies.

If an Associated Company ceases to be an Associated Company for any reason, its Employees will be deemed to have transferred to a class of Employees not eligible for coverage under this policy.

**Transfer Provision**

In order to prevent loss of coverage for an individual because of transfer of insurance carriers, this policy will provide coverage for certain individuals as follows:

**Failure to be In Active Employment Due to Injury or Sickness:**

Subject to premium payments, this policy will cover individuals who:

1.  at the time of transfer are covered under the prior carrier's policy; and

2.  are not in Active Employment due to Injury or Sickness on the effective date of this policy.

Benefits will be determined based on the lesser of:

1.  the amount of the Disability benefit that would have been payable under the prior policy and subject to any applicable policy limitations; or

2.  the amount of Disability benefits payable under this policy. If benefits are payable under the prior policy for the Disability, no benefits are payable under this policy.

**Disability Due to a Pre-Existing Condition**

If an individual was insured under the prior carrier's policy at the time of transfer and was in Active Employment and insured under this policy on its effective date, benefits may be payable for a Disability due to a Pre-Existing Condition.

If the individual can satisfy this policy's Pre-Existing Condition Exclusion, the benefit will be determined according to this policy.

If the individual cannot satisfy this policy's Pre-Existing Condition Exclusion, then:

1.  Lincoln will apply the Pre-Existing Condition Exclusion of the prior carrier's policy and;

2.  if the individual would have satisfied the prior carrier's pre-existing condition exclusion, giving consideration towards continuous time coverage under this policy and the prior carrier's policy, the benefit will be determined according to this policy. However, the Maximum Monthly Benefit amount payable under this policy shall not exceed the maximum monthly benefit payable under the prior carrier's policy.

No benefit will be paid if the individual cannot satisfy the Pre-Existing Condition Exclusions of either policy.

Case 1:22-cv-00186-WO-JLW    Document 21-1    Filed 10/24/22    Page 412 of 763

# SECTION 4 - DISABILITY INCOME BENEFITS

**LONG TERM DISABILITY COVERAGE**

**Disability Benefit**

When Lincoln receives Proof that a Covered Person is Disabled due to Injury or Sickness and requires the Regular Attendance of a Physician, Lincoln will pay the Covered Person a Monthly Benefit after the end of the Elimination Period, subject to any other provisions of this policy.  The benefit will be paid for the period of Disability if the Covered Person gives to Lincoln Proof of continued:

1.  Disability;

2.  Regular Attendance of a Physician; and

3.  Appropriate Available Treatment.

The Proof must be given upon Lincoln's request and at the Covered Person's expense.  In determining whether the Covered Person is Disabled, Lincoln will not consider employment factors including, but not limited to, interpersonal conflict in the workplace, recession, job obsolescence, paycuts, job sharing and loss of a professional or occupational license or certification.

For purposes of determining Disability, the Injury must occur and Disability must begin while the Employee is insured for this coverage.

The Monthly Benefit will not:

1.  exceed the Covered Person's Amount of Insurance; or

2.  be paid for longer than the Maximum Benefit Period.

The Amount of Insurance and the Maximum Benefit Period are shown in the Schedule of Benefits.

**Amount of Disability Monthly Benefit**

To figure the amount of Monthly Benefit:

1.  Take the lesser of:

    a.  the Covered Person's Basic Monthly Earnings multiplied by the benefit percentage shown in the Schedule of Benefits; or

    b.  the Maximum Monthly Benefit shown in the Schedule of Benefits; and then

2.  Deduct Other Income Benefits and Other Income Earnings, (shown in the Other Income Benefits and Other Income Earnings provision of this policy), from this amount.

The Monthly Benefit payable will not be less than the Minimum Monthly Benefit shown in the Schedule of Benefits.  However, if an overpayment is due to Lincoln, the Minimum Monthly Benefit otherwise payable under this provision will be applied toward satisfying the overpayment.

**LIN000413**

**LONG TERM DISABILITY COVERAGE** (Continued)

**Partial Disability**

When Lincoln receives Proof that a Covered Person is Partially Disabled and has experienced a loss of earnings due to Injury or Sickness and requires the Regular Attendance of a Physician, he may be eligible to receive a Monthly Benefit, subject to any other provisions of this policy. To be eligible to receive Partial Disability benefits, the Covered Person may be employed in his Own Occupation or another occupation, must satisfy the Elimination Period and must be earning between 20% and 80% of his Basic Monthly Earnings.

A Monthly Benefit will be paid for the period of Partial Disability if the Covered Person gives to Lincoln Proof of continued:

   1.   Partial Disability;

   2.   Regular Attendance of a Physician; and

   3.   Appropriate Available Treatment.

The Proof must be given upon Lincoln's request and at the Covered Person's expense. In determining whether the Covered Person is Partially Disabled, Lincoln will not consider employment factors including, but not limited to, interpersonal conflict in the workplace, recession, job obsolescence, paycuts, job sharing and loss of a professional or occupational license or certification.

For purposes of determining Partial Disability, the Injury must occur and Partial Disability must begin while the Employee is insured for this coverage.

**Loss of Earnings Monthly Calculation with Work Incentive Benefit**

For the first 12 months, the work incentive benefit will be an amount equal to the Covered Person's Basic Monthly Earnings multiplied by the benefit percentage shown in the Schedule of Benefits, without any reductions from earnings. The work incentive benefit will only be reduced, if the Monthly Benefit payable plus any earnings exceed 100% of the Covered Person's Basic Monthly Earnings. If the combined total is more, the Monthly Benefit will be reduced by the excess amount so that the Monthly Benefit plus the Covered Person's earnings does not exceed 100% of his Basic Monthly Earnings.

Thereafter, the Monthly Benefit will be calculated as follows:

   1.   The Covered Person's Basic Monthly Earnings minus the Covered Person's earnings received while he is Partially Disabled. This figure represents the amount of lost earnings.

   2.   Multiply the amount of lost earnings by 75%; and then

   3.   deduct Other Income Benefits (shown in the Other Income Benefits and Other Income Earnings provision of this policy) from this amount.

The Monthly Benefit payable will not be less than the Minimum Monthly Benefit shown in the Schedule of Benefits. However, if an overpayment is due to Lincoln, the Minimum Monthly Benefit otherwise payable under this provision will be applied toward satisfying the overpayment.

**Form ADOP-LTD-4**

**Long Term Partial Disability with Work Incentive**
**Loss of Earnings**

**LIN000414**

LONG TERM DISABILITY COVERAGE (Continued)

**Mental Illness, Substance Abuse and/or Non-Verifiable Symptoms Limitation**

The benefit for Disability due to Mental Illness, Substance Abuse and/or Non-Verifiable Symptoms will not exceed a period of 24 months of Monthly Benefit payments while the Covered Person is insured under this policy.

If the Covered Person is in a Hospital or Institution for Mental Illness and/or Substance Abuse at the end of the period of 24 months, the Monthly Benefit will be paid during the confinement.

If the Covered Person is not confined in a Hospital or Institution for Mental Illness and/or Substance Abuse, but is fully participating in an Extended Treatment Plan for the condition that caused Disability, the Monthly Benefit will be payable to a Covered Person for up to a period of 36 months.

In no event will the Monthly Benefit be payable beyond the Maximum Benefit Period shown in the Schedule of Benefits.

LONG TERM DISABILITY COVERAGE (Continued)

**Rehabilitation Incentive Benefit**

Lincoln will pay an increased Monthly Benefit while a Covered Person is fully participating in a Rehabilitation Program. Lincoln must first approve the Rehabilitation Program in writing before a Covered Person can be considered for this benefit. If Lincoln does not approve a Rehabilitation Program, the regular Disability benefit will be payable provided the Covered Person is Disabled under the terms of this policy. To be eligible for a Rehabilitation Incentive Benefit, the Covered Person must:

1. be Disabled and receiving benefits under this policy; and

2. be fully participating in a Rehabilitation Program approved by Lincoln.

**Increased Monthly Benefit**

If the Covered Person is eligible for a Rehabilitation Incentive Benefit, the benefit percentage shown in the Schedule of Benefits, will be increased to 70%. The increased benefit will begin on the first day of the month after Lincoln receives written Proof of the Covered Person's full participation in the Rehabilitation Program.

**Disability Benefits Termination**

If the Covered Person, at any time, declines to fully participate in an approved Rehabilitation Program recommended by Lincoln, his Disability benefits will terminate on the first day of the month following the Covered Person's declination to fully participate in the approved Rehabilitation Program. If Lincoln recommends rehabilitation, no benefit will be paid from the date recommendation is made until Lincoln receives the Covered Person's written agreement to fully participate in the Rehabilitation Program.

**Discontinuation of the Rehabilitation Incentive Benefit**

The Rehabilitation Incentive Benefit will cease:

1. when the Covered Person is no longer fully participating in a Rehabilitation Program approved by Lincoln;

2. in accordance with the provisions entitled "Discontinuation of the Long Term Disability Benefit"; or

3. when the Rehabilitation Program ends.

**Form ADOP-LTD-8**

**Long Term Disability
Rehabilitation**

**LIN000416**

**LONG TERM DISABILITY COVERAGE** (Continued)

**Rehabilitation Incentive Benefit** (Continued)

For the purpose of this provision, **"Rehabilitation Program"** means a comprehensive individually tailored, goal oriented program to return a Disabled Covered Person to gainful employment. The services offered may include, but are not limited to, the following:

1. physical therapy;
2. occupational therapy;
3. work hardening programs;
4. functional capacity evaluations;
5. psychological and vocational counseling;
6. rehabilitative employment; and
7. vocational rehabilitation services.

Case 1:22-cv-00186-WO-JLW   Document 21-1   Filed 10/24/22   Page 417 of 763

LONG TERM DISABILITY COVERAGE (Continued)

**Three Month Survivor Benefit**

Lincoln will pay a lump sum benefit to the Eligible Survivor when Proof is received that a Covered Person died:

1.   after Disability had continued for 180 or more consecutive days; and

2.   while receiving a Monthly Benefit.

The lump sum benefit will be an amount equal to three times the Covered Person's Last Monthly Benefit.

If the survivor benefit is payable to the Covered Person's children, payment will be made in equal shares to the children, including step children and legally adopted children.  However, if any of said children are minors or incapacitated, payment will be made on their behalf to the court appointed guardian of the children's property.  This payment will be valid and effective against all claims by others representing or claiming to represent the children.

If there is no Eligible Survivor, the benefit is payable to the estate.

If an overpayment is due to Lincoln at the time of a Covered Person's death, the benefit payable under this provision will be applied toward satisfying the overpayment.

**LONG TERM DISABILITY COVERAGE** (Continued)

**Workplace Modification Benefit**

If a Covered Person is Disabled or Partially Disabled and receiving a benefit from Lincoln, a benefit may be payable to the Sponsor as part of the Covered Person's benefit for modifications to the workplace to accommodate the Covered Person's return to work or to assist the Covered Person in remaining at work.

Lincoln will reimburse the Sponsor for up to 100% of reasonable costs the Sponsor incurs for the modification, up to the greater of:

1.  $1,000; or

2.  the equivalent of two months of the Covered Person's Monthly Benefit.

To qualify for this benefit:

1.  the Disability or Partial Disability must prevent the Covered Person from performing some or all of the Material and Substantial Duties of his occupation; and

2.  any proposed modifications must be approved in writing and signed by the Covered Person, the Sponsor and Lincoln; and

3.  the Sponsor must agree to make the modifications to the workplace to reasonably accommodate the Covered Person's return to work or to assist the Covered Person in remaining at work.

The Sponsor's costs for the approved modifications will be reimbursed after:

1.  the proposed modifications have been made; and

2.  written proof of the expenses incurred by the Sponsor has been provided to Lincoln; and

3.  Lincoln has received proof that the Covered Person has returned to and/or remains at work.

**LONG TERM DISABILITY COVERAGE** (Continued)

**Other Income Benefits and Other Income Earnings**

**Other Income Benefits** means:

1.  The amount for which the Covered Person is paid under:

    a.  Workers' or Workmen's Compensation Laws;
    b.  Occupational Disease Law;
    c.  Title 46, United States Code Section 688 (The Jones Act);
    d.  Railroad Retirement Act;
    e.  any governmental compulsory benefit act or law; or
    f.  any other act or law of like intent.

2.  The amount of any Disability benefits which the Covered Person is eligible to receive under:

    a.  any other group insurance plan of the Sponsor;
    b.  any governmental retirement system as a result of his employment with the Sponsor; or
    c.  any individual insurance plan where the premium is wholly or partially paid by the Sponsor. However, Lincoln will only reduce the Monthly Benefit if the Covered Person's Monthly Benefit under this policy, plus any benefits that the Covered Person is eligible to receive under such individual insurance plan exceed 100% of the Covered Person's Basic Monthly Earnings. If this sum exceeds 100% of Basic Monthly Earnings, the Covered Person's Monthly Benefit under this policy will be reduced by such excess amount.

3.  The amount of benefits the Covered Person receives under the Sponsor's Retirement Plan as follows:

    a.  the amount of any Disability Benefits under a Retirement Plan, or Retirement Benefits under a Retirement Plan the Covered Person voluntarily elects to receive as retirement payment under the Sponsor's Retirement Plan; and
    b.  the amount the Covered Person receives as retirement payments when he reaches the later of age 62, or normal retirement age as defined in the Sponsor's plan.

4.  The amount of Disability and/or Retirement Benefits under the United States Social Security Act, the Canada Pension Plan, the Quebec Pension Plan, or any similar plan or act, which:

    a.  the Covered Person receives or is eligible to receive; and
    b.  his spouse, child or children receives or are eligible to receive because of his Disability; or
    c.  his spouse, child or children receives or are eligible to receive because of his eligibility for retirement benefits.

5.  Any amount the Covered Person receives from any unemployment benefits.

**Long Term Disability Primary and Family Integration**
**Form ADOP-LTD-22.9**                     **Other Income Benefits and Other Income Earnings**

**LIN000420**

Case 1:22-cv-00186-WO-JLW   Document 21-1   Filed 10/24/22   Page 420 of 763

**LONG TERM DISABILITY COVERAGE** (Continued)

**Other Income Benefits and Other Income Earnings** (Continued)

**Other Income Earnings** means:

1.  any amount the Covered Person receives from any formal or informal sick leave or salary continuation plan(s).

2.  the amount of earnings the Covered Person earns or receives from any form of employment including severance.

Other Income Benefits, except retirement benefits, must be payable as a result of the same Disability for which Lincoln pays a benefit.  The sum of Other Income Benefits and Other Income Earnings will be deducted in accordance with the provisions of this policy.

**Long Term Disability Primary and Family Integration**
**Form ADOP-LTD-23**                          **Other Income Benefits and Other Income Earnings**

**LIN000421**

Case 1:22-cv-00186-WO-JLW    Document 21-1    Filed 10/24/22    Page 421 of 763

**LONG TERM DISABILITY COVERAGE** (Continued)

**Estimation of Benefits**

Lincoln will reduce the Covered Person's Disability or Partial Disability benefits by the amount of Other Income Benefits that we estimate are payable to the Covered Person and his dependents.

The Covered Person's Disability benefit will not be reduced by the estimated amount of Other Income Benefits if the Covered Person:

1.  provides satisfactory proof of application for Other Income Benefits;

2.  signs a reimbursement agreement under which, in part, the Covered Person agrees to repay Lincoln for any overpayment resulting from the award or receipt of Other Income Benefits;

3.  if applicable, provides satisfactory proof that all appeals for Other Income Benefits have been made on a timely basis to the highest administrative level unless Lincoln determines that further appeals are not likely to succeed; and

4.  if applicable, submits satisfactory proof that Other Income Benefits have been denied at the highest administrative level unless Lincoln determines that further appeals are not likely to succeed.

Lincoln will not estimate or reduce for any benefits under the Sponsor's pension or retirement benefit plan according to applicable law, until the Covered Person actually receives them.

In the event that Lincoln overestimates the amount payable to the Covered Person from any plans referred to in the Other Income Benefits and Other Income Earnings provision of this policy, Lincoln will reimburse the Covered Person for such amount upon receipt of written proof of the amount of Other Income Benefits awarded (whether by compromise, settlement, award or judgement) or denied (after appeal through the highest administrative level).

**Social Security Assistance**

Lincoln may help a Covered Person in applying for Social Security Disability Income Benefits. In order to be eligible for assistance the Covered Person must be receiving a Monthly Benefit from Lincoln. Such assistance will be provided only if Lincoln determines that assistance would be beneficial.

LONG TERM DISABILITY COVERAGE (Continued)

**Lump Sum Payments**

Other Income Benefits from a compromise, settlement, award or judgement which are paid to the Covered Person in a lump sum and are meant to compensate the Covered Person for any one or more of the following:

1.   loss of past or future wages;
2.   impaired earnings capacity;
3.   lessened ability to compete in the open labor market;
4.   any degree of permanent impairment; and
5.   any degree of loss of bodily function or capacity;

will be prorated on a monthly basis as follows:

1.   over the period of time such benefits would have been paid if not in a lump sum; or

2.   if such period of time cannot be determined, the lesser of:

   a.   the remainder of the Maximum Benefit Period; or
   b.   5 years.

**Cost of Living Freeze**

After the first deduction for each of the Other Income Benefits, the Monthly Benefit will not be further reduced due to any cost of living increases payable under the Other Income Benefits and Other Income Earnings provision of this policy.  This provision does not apply to increases received from any form of employment.

**Prorated Benefits**

For any period for which a Long Term Disability benefit is payable that does not extend through a full month, the benefit will be paid on a prorated basis.  The rate will be 1/30th for each day for such period of Disability.

**Discontinuation of the Long Term Disability Benefit**

The Monthly Benefit will cease on the earliest of:

1.   the date the Covered Person fails to provide Proof of continued Disability or Partial Disability and Regular Attendance of a Physician;

2.   the date the Covered Person fails to cooperate in the administration of the claim.  Such cooperation includes, but is not limited to, providing any information or documents needed to determine whether benefits are payable or the actual benefit amount due;

**LIN000423**

**LONG TERM DISABILITY COVERAGE** (Continued)

**Discontinuation of the Long Term Disability Benefit** (Continued)

The Monthly Benefit will cease on the earliest of: (Continued)

3.   the date the Covered Person refuses to be examined or evaluated at reasonable intervals;

4.   the date the Covered Person refuses to receive Appropriate Available Treatment;

5.   the date the Covered Person refuses a job with the Sponsor where workplace modifications or accommodations were made to allow the Covered Person to perform the Material and Substantial Duties of the job;

6.   the date the Covered Person is able to work in his Own Occupation on a part-time basis, but chooses not to;

7.   the first day of the month following the date the Covered refuses to fully participate in a Rehabilitation Program recommended by Lincoln according to the individually written Rehabilitation Program;

8.   the date the Covered Person's current Partial Disability earnings exceed 80% of his Basic Monthly Earnings;

Because the Covered Person's current earnings may fluctuate, Lincoln will average earnings over three consecutive months rather than immediately terminating his benefit once 80% of Basic Monthly Earnings has been exceeded.

9.   the date the Covered Person is no longer Disabled according to this policy;

10.   the end of the Maximum Benefit Period; or

11.   the date the Covered Person dies.

**Form ADOP-LTD-26**                                                                 **Long Term Disability**

**LIN000424**

LONG TERM DISABILITY COVERAGE (Continued)

**Successive Periods of Disability**

With respect to this policy, **"Successive Periods of Disability"** means a Disability which is related or due to the same cause(s) as a prior Disability for which a Monthly Benefit was payable.

A Successive Period of Disability will be treated as part of the prior Disability if, after receiving Disability benefits under this policy, a Covered Person:

1.  returns to his Own Occupation on an Active Employment basis for less than six continuous months; and

2.  performs all the Material and Substantial Duties of his Own Occupation.

To qualify for a Successive Periods of Disability benefit, the Covered Person must experience more than a 20% loss of Basic Monthly Earnings.

Benefit payments will be subject to the terms of this policy for the prior Disability.

If a Covered Person returns to his Own Occupation on an Active Employment basis for six continuous months or more, the Successive Period of Disability will be treated as a new period of Disability. The Covered Person must complete another Elimination Period.

If a Covered Person becomes eligible for coverage under any other group long term disability coverage, this Successive Period of Disability provision will cease to apply to that Covered Person.

**Long Term Disability**
**Form ADOP-LTD-27**                                                          **Successive Disability**

**LIN000425**

# SECTION 5 - EXCLUSIONS

**GENERAL EXCLUSIONS**

This policy will not cover any Disability due to:

1. war, declared or undeclared, or any act of war;

2. intentionally self-inflicted injuries, while sane or insane;

3. active Participation in a Riot;

4. the committing of or attempting to commit a felony or misdemeanor;

5. cosmetic surgery unless such surgery is in connection with an Injury or Sickness sustained while the individual is a Covered Person;

6. a gender change, including, but not limited to, any operation, drug therapy or any other procedure related to a gender change.

No benefit will be payable during any period of incarceration.

With respect to this provision, **Participation** shall include promoting, inciting, conspiring to promote or incite, aiding, abetting, and all forms of taking part in, but shall not include actions taken in defense of public or private property, or actions taken in defense of the Covered Person, if such actions of defense are not taken against persons seeking to maintain or restore law and order including, but not limited to police officers and fire fighters.

With respect to this provision, **Riot** shall include all forms of public violence, disorder or disturbance of the public peace, by three or more persons assembled together, whether or not acting with a common intent and whether or not damage to persons or property or unlawful act or acts is the intent or the consequence of such disorder.

**Form ADOP-EXC-1**                                                                                    **General Exclusions**

**LIN000426**

**LONG TERM DISABILITY COVERAGE**

**Pre-Existing Condition Exclusion**

This policy will not cover any Disability or Partial Disability:

1.  which is caused or contributed to by, or results from a Pre-Existing Condition; and

2.  which begins in the first 12 months immediately after the Covered Person's effective date of coverage.

**"Pre-Existing Condition"** means a condition resulting from an Injury or Sickness for which the Covered Person is diagnosed or received Treatment within three months prior to the Covered Person's effective date of coverage.

Form ADOP-EXC-5

**Long Term Disability**
**3/12 Pre-Existing Exclusion**

**GF3-850-286395-01 R (1) Effective January 1, 2011**

**LIN000427**

Case 1:22-cv-00186-WO-JLW   Document 21-1   Filed 10/24/22   Page 427 of 763

# SECTION 6 - TERMINATION PROVISIONS

**Termination of a Covered Person's Insurance**

A Covered Person will cease to be insured on the earliest of the following dates:

1. the date this policy terminates, but without prejudice to any claim originating prior to the time of termination;

2. the date the Covered Person is no longer in an eligible class;

3. the date the Covered Person's class is no longer included for insurance;

4. the last day for which any required Employee contribution has been made;

5. the date employment terminates. Cessation of Active Employment will be deemed termination of employment, except the insurance will be continued for an Employee absent due to Disability during:

   a. the Elimination Period; and
   b. any period during which premium is being waived.

6. the date the Covered Person ceases active work due to a labor dispute, including any strike, work slowdown, or lockout.

Lincoln reserves the right to review and terminate all classes insured under this policy if any class(es) cease(s) to be covered.

**Form ADOP-TER-1**                                                    **Termination Provisions**

**LIN000428**

Case 1:22-cv-00186-WO-JLW    Document 21-1    Filed 10/24/22    Page 428 of 763

**Policy Termination**

1. Termination of this policy under any conditions will not prejudice any claim which occurs while this policy is in force.

2. If the Sponsor fails to pay any premium within the grace period, this policy will terminate at 12:00 midnight Standard Time on the last day of the grace period. The Sponsor may terminate this policy by advance written notice delivered to Lincoln at least 31 days prior to the termination date. This policy will not terminate during any period for which premium has been paid. The Sponsor will be liable to Lincoln for all premiums due and unpaid for the full period for which this policy is in force.

3. Lincoln may terminate this policy on any premium due date by giving written notice to the Sponsor at least 45 days in advance if:

   a. the number of Employees insured is fewer than 10; or

   b. less than 100% of the Employees eligible for any non-contributory insurance are insured for it; or

   c. less than 75% of the Employees eligible for any contributory insurance are insured for it; or

   d. the Sponsor fails:

      i. to furnish promptly any information which Lincoln may reasonably require; or
      ii. to perform any other obligations pertaining to this policy.

4. Lincoln may terminate this policy or any coverage(s) afforded hereunder and for any class of covered Employees on any premium due date after it has been in force for 12 months. Lincoln will provide written notice of such termination to the Sponsor at least 45 days before the termination is effective.

5. Termination may take effect on an earlier date if agreed to by the Sponsor and Lincoln.

**LIN000429**

# SECTION 7 - GENERAL PROVISIONS

**Assignment**

No assignment of any present or future right or benefit under this policy will be allowed.

**Complete Contract - Policy Changes**

1.  This policy is the entire contract. It consists of:

    a.  all of the pages; and
    b.  the attached signed Application of the Sponsor; and
    c.  if contributory each Employee's signed application for insurance.

2.  This policy may be changed in whole or in part.  Only an officer of Lincoln can approve a change. The approval must be in writing and endorsed on or attached to this policy.

3.  No other person, including an agent, may change this policy or waive any part of it.

**Conformity with State Statutes**

Any provision of this policy which, on its effective date, is in conflict with the statutes of the governing jurisdiction of this policy is hereby amended to conform to the minimum requirements of such statute.

**Employee's Certificate**

Lincoln will provide a Certificate to the Sponsor for delivery to Covered Persons.  It will state:

1.  the name of the insurance company and the policy number;
2.  a description of the insurance provided;
3.  the method used to determine the amount of benefits;
4.  to whom benefits are payable;
5.  limitations or reductions that may apply;
6.  the circumstances under which insurance terminates; and
7.  the rights of the Covered Person upon termination of this policy.

If the terms of a Certificate and this policy differ, this policy will govern.

**Examination**

Lincoln, at its own expense, may have the right and opportunity to have a Covered Person, whose Injury or Sickness is the basis of a claim, examined or evaluated at reasonable intervals deemed necessary by Lincoln.  This right may be used as often as reasonably required.

**Furnishing of Information - Access to Records**

1.  The Sponsor will furnish at regular intervals to Lincoln:

    a.  information relative to Employees:

        i.   who qualify to become insured;
        ii.  whose amounts of insurance change; and/or
        iii. whose insurance terminates.

    b.  any other information about this policy that may be reasonably required.

    The Sponsor's records which, in the opinion of Lincoln, have a bearing on the insurance will be opened for inspection at any reasonable time.

2.  Clerical error or omission will not:

    a.  deprive an Employee of insurance;
    b.  affect an Employee's Amount of Insurance; or
    c.  effect or continue an Employee's insurance which otherwise would not be in force.

**Interpretation of the Policy**

Lincoln shall possess the authority, in its sole discretion, to construe the terms of this policy and to determine benefit eligibility hereunder. Lincoln's decisions regarding construction of the terms of this policy and benefit eligibility shall be conclusive and binding.

**Incontestability**

The validity of this policy shall not be contested, except for non-payment of premiums, after it has been in force for two years from the date of issue. The validity of this policy shall not be contested on the basis of a statement made relating to insurability by any person covered under this policy after such insurance has been in force for two years during such person's lifetime, and shall not be contested unless the statement is contained in a written instrument signed by the person making such statement.

**Legal Proceedings**

A claimant or the claimant's authorized representative cannot start any legal action:

1.  until 60 days after Proof of claim has been given; or

2.  more than three years after the time Proof of claim is required.

**Form ADOP-GNP-2.1**                                                   **General Provisions**

**LIN000431**

**Misstatement of Age**

If a Covered Person's age has been misstated, an equitable adjustment will be made in the premium. If the amount of the benefit is dependent upon an Employee's age, the amount of the benefit will be the amount an Employee would have been entitled to if his correct age were known.

A refund of premium will not be made for a period more than 12 months before the date Lincoln is advised of the error.

**Notice and Proof of Claim**

1.  **Notice**

    a.  Notice of claim must be given to Lincoln within 30 days of the date of the loss on which the claim is based. If that is not possible, Lincoln must be notified as soon as it is reasonably possible to do so. Such notice of claim must be received in a form or format satisfactory to Lincoln.

    b.  When written notice of claim is applicable and has been received by Lincoln, the Covered Person will be sent claim forms. If the forms are not received within 15 days after written notice of claim is sent, the Covered Person can send to Lincoln written Proof of claim without waiting for the forms.

2.  **Proof**

    a.  Satisfactory Proof of loss must be given to Lincoln no later than 180 days after the end of the Elimination Period.

    b.  Failure to furnish such Proof within such time shall not invalidate or reduce any claim if it was not reasonably possible to furnish such Proof within such time. Such Proof must be furnished as soon as reasonably possible, and in no event, except in the absence of legal capacity of the claimant, later than one year from the time Proof is otherwise required.

    c.  Proof of continued loss, continued Disability or Partial Disability, when applicable, and Regular Attendance of a Physician must be given to Lincoln within 30 days of the request for such Proof.

Lincoln reserves the right to determine if the Covered Person's Proof of loss is satisfactory.

**Payment of Claims**

The benefit is payable to the Covered Person. But, if a benefit is payable to a Covered Person's estate, a Covered Person who is a minor, or who is not competent, Lincoln has the right to pay up to $2,000 to any of the Covered Person's relatives or any other person whom Lincoln considers entitled thereto by reason of having incurred expense for the maintenance, medical attendance or burial of the Covered Person. If Lincoln in good faith pays the benefit in such a manner, any such payment shall fulfill Lincoln's responsibility for the amount paid.

**LIN000432**

**Right of Recovery**

Lincoln has the right to recover any overpayment of benefits caused by, but not limited to, the following:

1.  fraud;
2.  any error made by Lincoln in processing a claim; or
3.  the Covered Person's receipt of any Other Income Benefits.

Lincoln may recover an overpayment by, but not limited to, the following:

1.  requesting a lump sum payment of the overpaid amount;
2.  reducing any benefits payable under this policy;
3.  taking any appropriate collection activity available including any legal action needed; and
4.  placing a lien, if not prohibited by law, in the amount of the overpayment on the proceeds of any Other Income Benefits, whether on a periodic or lump sum basis.

It is required that full reimbursement be made to Lincoln.

**Statements**

In the absence of fraud, all statements made in any application are considered representations and not warranties (absolute guarantees).  No representation by:

1.  the Sponsor in applying for this policy will make it void unless the representation is contained in the signed Application; or

2.  any Employee in enrolling for insurance under this policy will be used to reduce or deny a claim unless a copy of the Enrollment Form, signed by the Employee if required, is or has been given to the Employee.

**Form ADOP-GNP-4.9**                                        **General Provisions**

**LIN000433**

**Workers' Compensation**

This policy and the coverages provided are not in lieu of, nor will they affect any requirements for coverage under any Workers' Compensation Law or other similar law.

**Form ADOP-GNP-5**                                                                **General Provisions**

**LIN000434**

# SECTION 8 - PREMIUMS

**Premium Rates**

Lincoln has set the premiums that apply to the coverage(s) provided under this policy.  Those premiums are shown in a notice given to the Sponsor with or prior to delivery of this policy.

A change in the initial premium rate(s) will not take effect within the first 36 months, except that Lincoln may change premium rates at any time for reasons which affect the risk assumed, including those reasons shown below::

1.  a change occurs in the policy design;

2.  a division, subsidiary or Associated Company is added to or deleted from this policy;

3.  when the number of Covered Persons changes by 15% or more from the number insured on this policy's effective date; or

4.  a change in existing law which affects this policy.

Such change will not be made more often than once every six months. No premium may be changed unless Lincoln notifies the Sponsor at least 45 days in advance.  Premium changes may take effect on an earlier date when both Lincoln and the Sponsor agree.

**Payment of Premiums**

1.  All premiums due under this policy, including adjustments, if any, are payable by the Sponsor on or before their due dates at Lincoln's Administrative Office, or to Lincoln's agent.  The due dates are specified on the first page of this policy.

2.  All payments made to or by Lincoln shall be in United States dollars.

3.  If premiums are payable on a monthly basis, premiums for additional or increased insurance becoming effective during a policy month will be charged from the next premium due date.

4.  The premium charge for insurance terminated during a policy month will cease at the end of the policy month in which such insurance terminates.  This manner of charging premium is for accounting purposes only.  It will not extend insurance coverage beyond a date it would have otherwise terminated as shown in the "Termination of a Covered Person's Insurance" provision of this policy.

5.  If premiums are payable on other than a monthly basis, premiums for additional, increased, reduced or terminated insurance will cause a prorated adjustment on the next premium due date.

6.  Except for fraud and premium adjustments, refunds of premiums or charges will be made only for:

    a.  the current policy year; and

    b.  the immediately preceding policy year.

Form ADOP-PRE-1.3                                                                 Premiums

**LIN000435**

Case 1:22-cv-00186-WO-JLW    Document 21-1    Filed 10/24/22    Page 435 of 763

**Grace Period**

This is the 45 days following a premium due date, other than the first, during which premium payment may be made. During the grace period this policy shall continue in force, unless the Sponsor has given Lincoln written notice 31 days in advance of discontinuance of this policy.

**Waiver of Premium**

Premium payments for a Covered Person are waived during any period for which benefits are payable. If coverage is to be continued, premium payments must be resumed following a period during which they were waived.

**Form ADOP-PRE-2**                                               **Premiums**

**LIN000436**

Case 1:22-cv-00186-WO-JLW   Document 21-1   Filed 10/24/22   Page 436 of 763

# AMENDMENT NO. __2__

It is agreed the following changes are hereby made to this policy: GF3-850-286395-01

| CHANGE(S) | ADDITIONS | DELETIONS |
|---|---|---|
| Add Substance Abuse and Non-Verifiable Symptoms Provisions. Change Pre-Existing Condition Provision | Form ADOP-DEF-7/8/9.1 R (1) Form ADOP-DEF-9.1/10 R (1) Form ADOP-LTD-7 R (1) Form ADOP-EXC-5 R (1) | Form ADOP-DEF-7/8/9.1 Form ADOP-DEF-9.1/10 Form ADOP-LTD-7 Form ADOP-EXC-5 |

The effective date of this change is January 1, 2011.

The changes will only apply to Disabilities or Partial Disabilities which start on or after the effective date of this change.

This policy's terms and provisions will apply other than as stated in this amendment.

Dated this 14th day of January, 2011.

Issued to and Accepted by:

<u>Blue Cross and Blue Shield of North Carolina,
an independent licensee of the Blue Cross and Blue Shield Association</u>
**Sponsor**

By_____
**Signature and Title of Officer**

**Lincoln Life Assurance Company of Boston**

**Form ADOP-AMENDMENT**  

**Delete/Add Policy Pages**

**LIN000437**

**From:** LincolnAbsenceNotification@lfg.com
**To:** EmployeeHealthServices@BCBSNC.com
**Subject:** LINCOLN FINANCIAL NOTIFICATION: Change in Long Term Disability
Status for Rebecca Pifer, Employee ID: 2175, Claim 4087659

This is to notify you that there has been a change in the status of your employee's long term disability claim.

**Long Term Disability Information:**

Benefit Payments Period: 7/30/2011 thru 5/19/2021

Disability Claim Status: Closed Not Totally Disabled For Any Occupation

If you have further questions, please call Lincoln Financial at (800) 291-0112 ext. 69669 or contact the assigned Case Manager at . Please be sure to reference claim number 4087659.

**PLEASE DO NOT REPLY TO THIS EMAIL as it has been generated from an automated mailbox. Questions or replies should be directed to the CASE MANAGER email referenced above.**

**LIN000438**

# FAX COVER SHEET

**To:** Lisa Porriello, Lincoln Life          **From:** Andrew Whiteman

**Company:** Whiteman Law Firm                **Date:** June 09, 2021 13:50

**Fax Number:** 16034227909                   **Pages (Including cover):** 4

**Re:** Rebecca Pifer, Claim number 4087659

**Notes:**

Please see the attached letter.

LIN000439

Case 1:22-cv-00186-WO-JLW   Document 21-1   Filed 10/24/22   Page 439 of 763



# Whiteman Law
### Andrew Whiteman

5400 Glenwood Avenue          PHONE   919-571-8300
Suite 225                     FAX     919-571-1004
Raleigh, NC 27612             WEB     whiteman-law.com

<u>Via Facsimile</u>

June 9, 2021

Lisa Porriello
Specialist, Claims
Lincoln Life Assurance Company of Boston
P.O. Box 2578
Omaha, NE 68172-9688
603-422-7909 (fax)

Re: Rebecca Pifer, Claim number 4087659, Blue Cross and Blue Shield of North
Carolina

Dear Ms. Porriello:

I represent Rebecca Pifer, a former employee of Blue Cross and Blue Shield of North
Carolina, whose claim for long-term disability benefits was recently terminated. I am
enclosing an authorization form signed by Ms. Pifer.

I am writing to request (1) the plan documents and summary plan description that were in
effect on Ms. Pifer's last day of work and (2) the Lincoln's entire claim file.

<u>Request for Plan Documents and Summary Plan Description</u>

29 U.S.C. § 1024(b)(4) requires the plan administrator to provide, upon written request, a
copy of the latest updated summary plan description and the trust agreement, contract,
insurance policy, or other instruments under which the plan is established or operated.
Please send me all documents under which the Plan is established or operated and the
summary plan description for the Plan that were in effect on Ms. Pifer's last day of work.

**LIN000440**

Case 1:22-cv-00186-WO-JLW   Document 21-1   Filed 10/24/22   Page 440 of 763

June 9, 2021
Page 2

<u>Request for Claim file</u>

ERISA Regulations provide that a claimant is entitled to receive, upon request and free of charge, copies of all documents, records, and other information relevant to the claimant's claim for benefits. The documents, records and information that must be produced include those that (i) were relied upon in making the benefit determination, (ii) were submitted, considered, or generated in the course of making the benefit determination, without regard to whether such documents, records or other information were relied upon in making the benefit determination, (iii) demonstrate compliance with the administrative processes and safeguards required pursuant to the Regulations, or (iv) constitute a policy or guidance with respect to the plan concerning the denied benefit, without regard to whether such advice or statement was relied upon in making the benefit determination.

Please send me Ms. Pifer's entire claim file. The documents I am requesting include specifically, but are not limited to, all medical records obtained by you, all notes of communications with medical care providers, physician and nurse reports, functional capacity evaluations, independent medical reviews, correspondence and review notes, and surveillance materials.

This letter is not an appeal. Ms. Pifer intends to submit an appeal within 180 days from her receipt of your termination letter.

Thank you for your attention to this matter.

Respectfully,

*Andrew Whiteman*

Andrew Whiteman

LIN000441

DocuSign Envelope ID: 43407552-FEFB-4B86-8E0E-67A0A1CAF609

## <u>Authorization to Release Confidential Information and Documents</u>

To: Blue Cross and Blue Shield of North Carolina, Lincoln Life Assurance Company of Boston, and their affiliates:

  I authorize you to release all documents and information pertaining to my long-term disability income benefits and other employee benefits to my attorney, Andrew Whiteman of Whiteman Law Firm. Mr. Whiteman's contact information is:

Andrew Whiteman
Whiteman Law Firm
5400 Glenwood Avenue, Suite 225
Raleigh, NC 27612
919-571-8300 (telephone)
919-571-1004 (fax)
aow@whiteman-law.com

You may discuss any aspect of my disability income benefits and other employee benefits with Mr. Whiteman or any member of his staff.

6/9/2021
_____
Date

DocuSigned by:

*Rebecca Pifer*
C59DE4D308E04B3
_____
Rebecca Pifer

**LIN000442**

Case 1:22-cv-00186-WO-JLW   Document 21-1   Filed 10/24/22   Page 442 of 763

| From: | LFGNotifications@LFG.com |
| Sent: | Friday, May 21, 2021 12:55:33 PM |
| To: | BECCAKL1960@GMAIL.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]BCBS of North Carolina Claim No. 4087659 Rebecca Pifer |
| Attachments: | nxpkck9m4l399qmamsdf_10519523.pdf; |

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

**LIN000443**



Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

May 21, 2021

Ms. Rebecca L. Pifer
3811 ZENITH PLACE
DURHAM, NC 27705

RE:     Long Term Disability (LTD) Benefits
        BCBS of North Carolina
        Claim #: 4087659

Dear Ms. Rebecca Pifer:

Attached is the closure letter for your Long Term Disability claim.

If you have any questions regarding this matter, please contact me.

Sincerely,

Lisa Porriello
Specialist, Claims
Phone No.: (888) 437-7611 Ext. 69669
Secure Fax No.: (603) 422-7909

Attachments:    4087659-CLOSE-FREEFORM-05.17.2021

**LIN000444**

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688




MS. REBECCA PIFER
3811 ZENITH PLACE
DURHAM NC 27705

**LIN000445**



Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

May 19, 2021

Ms. Rebecca L. Pifer
3811 ZENITH PLACE
DURHAM, NC 27705

RE:     Long Term Disability (LTD) Benefits
        BCBS of North Carolina
        Claim #: 4087659

Dear Ms. Rebecca Pifer:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term
Disability (LTD) benefits under BCBS of North Carolina's Group Disability Policy. We are writing
in reference to your claim for LTD benefits under the Policy.

You initially became disabled on January 31, 2011 due to ehlers danlos syndrome. At this time, it
was determined that you were impaired from performing the duties of your original occupation as a
retirement benefits administrator. For the first twenty-four months, we insure your inability to
perform your Own Occupation. After that date, we assess your inability to perform the duties of Any
Occupation.

In July of 2011, your file was reviewed by your Long Term Disability case manager who concluded
that based on your diagnosis it was determined that you were unable to perform the duties of your
Any Occupation. Therefore, your claim was approved.

As indicated in the Any Occupation approval letter generated to you in July of 2011, your claim is
evaluated periodically to establish eligibility for benefits. You were advised that benefits would
continue provided you meet the definition of disability under Any Occupation. Approval does not
guarantee payments through the maximum benefit date.

As part of our routine review of your claim, we requested updated records form all your treating
physicians from January 1, 2019 through the present date. These records were requested in order to
understand your continued impairment and to validate that you continue to meet the definition of
disability going forward.

BCBS or North Carolina's LTD Policy requires that to receive benefits you must meet the following
definition of disability:

*"**Disability**" or "**Disabled**", with respect to Long Term Disability, means:*

**LIN000446**

Case 1:22-cv-00186-WO-JLW    Document 21-1    Filed 10/24/22    Page 446 of 763

**1.** *For persons other than pilots, co-pilots, and crewmembers of an aircraft:*

*i. that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*

*ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*

*2. With respect to Covered Persons employed as pilots, co-pilots and crewmembers of an aircraft:*

*"**Disability**" or "**Disabled**" means as a result of Injury or Sickness the Covered Person is unable to perform the Material and Substantial Duties of Any Occupation.*

*"**Any Occupation**" means any occupation that the Covered Person is or becomes reasonably fitted by training, education, experience, age, physical and mental capacity*

In order to understand your global functional impairment, your file was referred for a Functional Capacity Evaluation with a Board Certified Physician in Rhuematology to review your functional capacity and to determine what restrictions and limitations you may have that contribute to your inability to perform "Any Occupation". The review concluded the following:

"Rebecca Pifer is a 60 year old female with the correct diagnosis of Ehlers-Danlos Syndrome, onset 1/13/11. Ms Pifer reports that the injury occurred with a progression of symptoms including pain and diminished use of the right upper extremity in 2000 and then again in 2011 which claimant contributes to an increased level of stress and overuse. She was placed on permanent disability in 2011. She notes her symptoms have been somewhat manageable but notes the last two years, her symptoms have progressively worsened. Present symptoms include: constant pain along bilateral upper extremities that extends to her hands; bilateral knee pain; lower back pain and cervical and upper back pain. She notes general weakness and frequent instability which leads her to ambulate with a cane. She also notes frequent tingling/ numbness bilateral hands.

Ms. Pifer is independent with activities of daily living including: personal hygiene, dressing and performing basic household activities. She notes her adult son lives with her and he performs the majority of household tasks. She describes a typical day as: performing household activities and taking care of her animals. Ms. Pifer drover herself automobile to and from the appointment.

Ms. Pifer demonstrated the ability to occasionally lift up to 12.5 lbs floor to waist, 12.5 lbs waist to shoulder, carry up to 10 lbs, push 27 lbs of force, and pull 20 lbs of force. She demonstrated the following activities on a frequent basis: sitting, reaching, kneeling, balancing, stopping, object handling, fingering, simple hand grasp, and fine/ gross hand manipulation. She demonstrated the following activities on an occasional basis: standing, walking, stair climbing, and crouching. Ms. Pifer failed to complete the single state treadmill test at a level that can accurately predict her functional aerobic capacity. Deficits identified during testing include elevated pain throughout testing, specifically in the right shoulder and upper back area.

LIN000447

Ms. Pifer demonstrated consistent performance throughout testing. This, in combination with physiological responses, movement and muscle recruitment patterns both aware and unaware of observation, indicates that the results of this evaluation can be considered to be an accurate representation of her functional abilities."

Your medical review confirms that you have a physical demand level of sedentary at this time. The definition of sedentary is as follows:

- Exerting up to 10 lbs of force occasionally (Ocasionally: activity or condition exists up to 1/3 of the time) and/or negligible amount of force frequently (Frequently: activity of condition exists from 1/3 to 2/3 of the time to life, carry, push, pull or otherwise move objects, including human body

Additionally, your file was referred to a Vocational Specialist to conduct a vocational analysis of your current capabilities, training, education, and experience. The review identified your transferable skills as:

### Customer Service Skills

- *Negotiation skills;*
- *Organize and reason in a logical manner;*
- *Listen, define, write, explain, and interpret ideas and policies*
- *Express ideas in easily understandable terms.*
- *Ability to perceive, distinguish, and empathize with emotions over the telephone*

### Clerical Skills

- *Computer skills and knowledge of office equipment*
- *Ability to perform routine office work using basic clerical skills;*
- *Ability to exercise proper telephone protocol;*
- *Documentation skills.*

### Technical Skills

- *Knowledge of insurance industry and processes*
- *Skilled at calculating and evaluating data;*
- *Advanced policy, coverage insurance regulation knowledge.*

### Service Skills

- *Applying logic, scientific information, and knowledge to diagnose and treat animals who maybe in pain or under stress*
- *Staying cool and calm during emergencies*
- *Making decision and judgments.*

Based on this information you have the ability to perform the following occupation(s):

LIN000448

- Claim Examiner
- Loan Interviewer, Mortgage
- Customer Complaint Clerk
- Claims Clerk

Based on our review of the information contained in your claim file we have determined that you can perform, with reasonable continuity, the material and substantial duties of the above occupations based on your capacity and skill level and the restrictions and limitations noted in your medical review.

Therefore, you do not meet BCBS of North Carolina's definition of disability beyond May 17, 2021 and your claim is closed effective May 18, 2021.

In our review of your claim, Lincoln Life Assurance Company of Boston has fully considered the Social Security Administration's ruling to approve Social Security Disability benefits. It should be noted, however, that while we have fully considered the Social Security Administration's ruling, the decision by the Social Security Administration does not determine entitlement to benefits under the terms and conditions of BCBS of North Carolina's Policy.

This claim determination reflects an evaluation of the claim facts and the Policy provisions. No internal rules, guidelines, protocols, standards or other similar criteria were relied upon in rendering the claim determination. We reserve the right to make a determination on any additional information that may be submitted.

Under the Employee Retirement Income Security Act of 1974 (ERISA), you may request a review of this denial by writing to the address below:

Lincoln Life Assurance Company of Boston
Attn: Appeal Review Unit
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

The written request for review must be sent within 180 days from the receipt of this letter and state the reasons you feel your claim should not have been denied. In your request for review please include the following documentation:

Office treatment notes, test results, procedure reports, hospitalization records, and any medical records from your treating physicians that confirm your restrictions and limitations precluding you from performing any occupation at this time.

You should also provide any additional information that you feel will support your claim.

You are entitled to receive, upon request and free of charge, copies of all claim file documents relevant to the claim determination. If Lincoln Financial Group does not receive your written request for review within 180 days from the receipt of this notice, our claim decision will be final, your file will remain closed, and no further review will be conducted.

LIN000449

Under normal circumstances, you will be notified of the final decision within 45 days from the date your request is received.

If you require language translation assistance, please contact Lincoln Financial Group to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata' hane'go shíká a'doowoł nínízingo saad hosíníłį̇' dóó ná'ookąąh nííní'ą̇ą̇go naaltsoos nííníłtsoozígíí hazho'ó bik'idi'deeshtį̇ı̇ł nínízingo doo bą̇ą̇h ílínígóó níká a'doowoł éí biniiyé shił hodíílnih áko ákwe'égi níká adeeshwoł.

Si necesita traducción, contácteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelación.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days from the date your request is received.

Nothing in this letter should be construed as a waiver of any rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved by Lincoln Financial Group, whether or not they are specifically mentioned herein.

If you have any questions regarding this matter, please contact me.

Sincerely,

Lisa Porriello
Specialist, Claims
Phone No.: (888) 437-7611 Ext. 69669
Secure Fax No.: (603) 422-7909

LIN000450

**From:** LincolnAbsenceNotification@lfg.com
**To:** EmployeeHealthServices@BCBSNC.com
**Subject:** LINCOLN FINANCIAL NOTIFICATION: Change in Long Term Disability Status for Rebecca Pifer, Employee ID: 2175, Claim 4087659

This is to notify you that there has been a change in the status of your employee's long term disability claim.

**Long Term Disability Information:**

Benefit Payments Period: 7/30/2011 thru 5/17/2021

Disability Claim Status: Closed Not Totally Disabled For Any Occupation

If you have further questions, please call Lincoln Financial at (800) 291-0112 ext. 69669 or contact the assigned Case Manager at . Please be sure to reference claim number 4087659.

**PLEASE DO NOT REPLY TO THIS EMAIL as it has been generated from an automated mailbox. Questions or replies should be directed to the CASE MANAGER email referenced above.**

**LIN000451**

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. REBECCA PIFER
3811 ZENITH PLACE
DURHAM NC 27705

**LIN000452**



Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

May 19, 2021

Ms. Rebecca L. Pifer
3811 ZENITH PLACE
DURHAM, NC 27705

RE:    Long Term Disability (LTD) Benefits
        BCBS of North Carolina
        Claim #: 4087659

Dear Ms. Rebecca Pifer:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under BCBS of North Carolina's Group Disability Policy.  We are writing in reference to your claim for LTD benefits under the Policy.

You initially became disabled on January 31, 2011 due to ehlers danlos syndrome.  At this time, it was determined that you were impaired from performing the duties of your original occupation as a retirement benefits administrator. For the first twenty-four months, we insure your inability to perform your Own Occupation. After that date, we assess your inability to perform the duties of Any Occupation.

In July of 2011, your file was reviewed by your Long Term Disability case manager who concluded that based on your diagnosis it was determined that you were unable to perform the duties of your Any Occupation. Therefore, your claim was approved.

As indicated in the Any Occupation approval letter generated to you in July of 2011, your claim is evaluated periodically to establish eligibility for benefits. You were advised that benefits would continue provided you meet the definition of disability under Any Occupation. Approval does not guarantee payments through the maximum benefit date.

As part of our routine review of your claim, we requested updated records form all your treating physicians from January 1, 2019 through the present date. These records were requested in order to understand your continued impairment and to validate that you continue to meet the definition of disability going forward.

BCBS or North Carolina's LTD Policy requires that to receive benefits you must meet the following definition of disability:

***"Disability"*** *or* ***"Disabled"****, with respect to Long Term Disability, means:*

Case 1:22-cv-00186-WO-JLW    Document 21-1    Filed 10/24/22    Page 453 of 763

**1.** *For persons other than pilots, co-pilots, and crewmembers of an aircraft:*

*i. that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*

*ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*

*2. With respect to Covered Persons employed as pilots, co-pilots and crewmembers of an aircraft:*

*"**Disability**" or "**Disabled**" means as a result of Injury or Sickness the Covered Person is unable to perform the Material and Substantial Duties of Any Occupation.*

*"**Any Occupation**" means any occupation that the Covered Person is or becomes reasonably fitted by training, education, experience, age, physical and mental capacity*

In order to understand your global functional impairment, your file was referred for a Functional Capacity Evaluation with a Board Certified Physician in Rhuematology to review your functional capacity and to determine what restrictions and limitations you may have that contribute to your inability to perform "Any Occupation". The review concluded the following:

"Rebecca Pifer is a 60 year old female with the correct diagnosis of Ehlers-Danlos Syndrome, onset 1/13/11. Ms Pifer reports that the injury occurred with a progression of symptoms including pain and diminished use of the right upper extremity in 2000 and then again in 2011 which claimant contributes to an increased level of stress and overuse. She was placed on permanent disability in 2011. She notes her symptoms have been somewhat manageable but notes the last two years, her symptoms have progressively worsened. Present symptoms include: constant pain along bilateral upper extremities that extends to her hands; bilateral knee pain; lower back pain and cervical and upper back pain. She notes general weakness and frequent instability which leads her to ambulate with a cane. She also notes frequent tingling/ numbness bilateral hands.

Ms. Pifer is independent with activities of daily living including: personal hygiene, dressing and performing basic household activities. She notes her adult son lives with her and he performs the majority of household tasks. She describes a typical day as: performing household activities and taking care of her animals. Ms. Pifer drover herself automobile to and from the appointment.

Ms. Pifer demonstrated the ability to occasionally lift up to 12.5 lbs floor to waist, 12.5 lbs waist to shoulder, carry up to 10 lbs, push 27 lbs of force, and pull 20 lbs of force. She demonstrated the following activities on a frequent basis: sitting, reaching, kneeling, balancing, stopping, object handling, fingering, simple hand grasp, and fine/ gross hand manipulation. She demonstrated the following activities on an occasional basis: standing, walking, stair climbing, and crouching. Ms. Pifer failed to complete the single state treadmill test at a level that can accurately predict her functional aerobic capacity. Deficits identified during testing include elevated pain throughout testing, specifically in the right shoulder and upper back area.

LIN000454

Ms. Pifer demonstrated consistent performance throughout testing. This, in combination with physiological responses, movement and muscle recruitment patterns both aware and unaware of observation, indicates that the results of this evaluation can be considered to be an accurate representation of her functional abilities."

Your medical review confirms that you have a physical demand level of sedentary at this time. The definition of sedentary is as follows:

- Exerting up to 10 lbs of force occasionally (Ocasionally: activity or condition exists up to 1/3 of the time) and/or negligible amount of force frequently (Frequently: activity of condition exists from 1/3 to 2/3 of the time to life, carry, push, pull or otherwise move objects, including human body

Additionally, your file was referred to a Vocational Specialist to conduct a vocational analysis of your current capabilities, training, education, and experience. The review identified your transferable skills as:

### *Customer Service Skills*

- *Negotiation skills;*
- *Organize and reason in a logical manner;*
- *Listen, define, write, explain, and interpret ideas and policies*
- *Express ideas in easily understandable terms.*
- *Ability to perceive, distinguish, and empathize with emotions over the telephone*

### *Clerical Skills*

- *Computer skills and knowledge of office equipment*
- *Ability to perform routine office work using basic clerical skills;*
- *Ability to exercise proper telephone protocol;*
- *Documentation skills.*

### *Technical Skills*

- *Knowledge of insurance industry and processes*
- *Skilled at calculating and evaluating data;*
- *Advanced policy, coverage insurance regulation knowledge.*

### *Service Skills*

- *Applying logic, scientific information, and knowledge to diagnose and treat animals who maybe in pain or under stress*
- *Staying cool and calm during emergencies*
- *Making decision and judgments.*

Based on this information you have the ability to perform the following occupation(s):

LIN000455

- Claim Examiner
- Loan Interviewer, Mortgage
- Customer Complaint Clerk
- Claims Clerk

Based on our review of the information contained in your claim file we have determined that you can perform, with reasonable continuity, the material and substantial duties of the above occupations based on your capacity and skill level and the restrictions and limitations noted in your medical review.

Therefore, you do not meet BCBS of North Carolina's definition of disability beyond May 17, 2021 and your claim is closed effective May 18, 2021.

In our review of your claim, Lincoln Life Assurance Company of Boston has fully considered the Social Security Administration's ruling to approve Social Security Disability benefits. It should be noted, however, that while we have fully considered the Social Security Administration's ruling, the decision by the Social Security Administration does not determine entitlement to benefits under the terms and conditions of BCBS of North Carolina's Policy.

This claim determination reflects an evaluation of the claim facts and the Policy provisions. No internal rules, guidelines, protocols, standards or other similar criteria were relied upon in rendering the claim determination. We reserve the right to make a determination on any additional information that may be submitted.

Under the Employee Retirement Income Security Act of 1974 (ERISA), you may request a review of this denial by writing to the address below:

Lincoln Life Assurance Company of Boston
Attn: Appeal Review Unit
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

The written request for review must be sent within 180 days from the receipt of this letter and state the reasons you feel your claim should not have been denied. In your request for review please include the following documentation:

Office treatment notes, test results, procedure reports, hospitalization records, and any medical records from your treating physicians that confirm your restrictions and limitations precluding you from performing any occupation at this time.

You should also provide any additional information that you feel will support your claim.

You are entitled to receive, upon request and free of charge, copies of all claim file documents relevant to the claim determination. If Lincoln Financial Group does not receive your written request for review within 180 days from the receipt of this notice, our claim decision will be final, your file will remain closed, and no further review will be conducted.

**LIN000456**

Under normal circumstances, you will be notified of the final decision within 45 days from the date your request is received.

If you require language translation assistance, please contact Lincoln Financial Group to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata' hane'go shíká a'doowoł nínízingo saad hosíníłįį' dóó ná'ookąąh nííní'ąągo naaltsoos nííníłtsoozígíí hazho'ó bik'idi'deeshtįįł nínízingo doo bąąh ílínígóó níká a'doowoł éí biniiyé shił hodíílnih áko ákwe'égi níká adeeshwoł.

Si necesita traducción, contácteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelación.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days from the date your request is received.

Nothing in this letter should be construed as a waiver of any rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved by Lincoln Financial Group, whether or not they are specifically mentioned herein.

If you have any questions regarding this matter, please contact me.


Sincerely,

Lisa Porriello
Specialist, Claims
Phone No.: (888) 437-7611 Ext. 69669
Secure Fax No.: (603) 422-7909

LIN000457



# Transferable Skills Analysis

**Date:** 5/11/2021
**Claimant:** Rebecca Pifer
**Claim #:** 4087659
**Policyholder:** Blue Cross & Blue Shield of NC

A Transferable Skills Analysis utilizing the Occupational Access System (OASYS) was completed to assess Ms. Pifer's transferable skills to determine if alternative occupations exist in the national economy.

## The following documentation was reviewed:
Job Description, Training Education Experience Form, FCE by Anna Davidow, PT dated 4/26/2021; Occupational Analysis dated 3/16/2012 by Monica Brooker, MS, CRC; Transferable Skills Analysis dated 12/7/2012 by Jane Howard, CRC

## Education & Training:
Education: completed two years of college, becoming a Certified Dental Assistant; computer skills word processing, include email, internet, keyboarding

Last 15 years of Work History:

## Work History:

| DOT Code | Job Title/Occupation Title | SVP | Yrs | Strength |
|---|---|---|---|---|
| 241.267-018 | Claim Examiner | 7 | 23 | S |

## Restrictions and Limitations:
Restrictions and Limitations used for this analysis was based off of FCE by Anna Davidow, PT dated 4/26/2021 Sedentary
- Frequent sitting, reaching, kneeling, balancing, stooping, object handling, fingering, simple hand grasp, firm hand grasp, and fine/gross hand manipulation
- Occasional standing, walking, stair climbing, and crouching

## Skills & Abilities:
Customer Service Skills:
- Communication with customers and policy holders;
- Negotiation skills;
- Organize and reason in a logical manner;
- Listen, define, write, explain, and interpret ideas and policies
- Express ideas in easily understandable terms.
- Ability to perceive, distinguish, and empathize with emotions over the telephone.

Clerical Skills:
- Computer skills and knowledge of office equipment;
- Ability to perform routine office work using basic clerical skills;
- Ability to exercise proper telephone protocol;
- Documentation skills.

Technical Skills:
- Knowledge of insurance industry and processes
- Skilled at calculating and evaluating data;
- Advanced policy, coverage insurance regulation knowledge.

Service Skills:
- Applying logic, scientific information, and knowledge to diagnose and treat animals who may be in pain or under stress
- Staying cool and calm during emergencies;
- Making decision and judgments.

**LIN000458**

**Profile Adjustments:**

- <u>General Educational Development:</u>  Reasoning, Mathematics, Language adjusted to grades 13-14 based on two years of college.
- <u>Strength:</u>  Adjusted to sedentary based on restrictions/limitations.
- <u>Physical:</u>  Adjusted to match restrictions and limitations above. Where no restrictions or limitations are provided, adjusted to unknown.
- <u>Environmental:</u>  Adjusted to match restrictions and limitations above. Where no restrictions or limitations are provided, adjusted to unknown.
- <u>Noise:</u>  Adjusted to match restrictions and limitations above. Where no restrictions or limitations are provided, adjusted to very loud.
- <u>Aptitudes:</u>  No adjustments performed.
- <u>Situations:</u>  Performing a variety of duties adjusted to yes based on preparing individual cases, database management, completing written documentation, research, etc.
  Dealing with people adjusted to yes based on regular communications with members.
- <u>Data:</u>  Compiling, Computing, Copying, Comparing adjusted to yes based on analyzing, compiling documents, preparing reports for corrective action, identifying and preparing individual cases.
- <u>People:</u>  Serving adjusted to yes based on direct contact with members/customers.
  Taking instructions-helping adjusted to yes based on following exact standards and protocols for analyzing claims and ability to follow supervisor, assisting team lead.

**Examples of Occupations identified based on National labor market and claimants ability profile analysis:**

| DOT Code | Occupation | SVP | Str | National Monthly Wage |
|---|---|---|---|---|
| 168.267-014 | Claim Examiner | 7 | S | $5689 |
| 241.367-018 | Loan Interviewer, Mortgage | 6 | S | $3448 |
| 241.367-014 | Customer Complaint Clerk | 5 | S | $2987 |
| 205.367-018 | Claims Clerk II | 4 | S | $3505 |

*Wage Information is based on median 2020 Bureau of Labor Statistical Data*

Although Ms. Pifer has been out of work since 2011, the above noted occupations would allow for her to utilize her past transferable skills and direct work experience and are at levels that would allow for on the job training and thus would still be appropriate alternative occupations.

**Summary:**
The Transferable Skills Analysis identified occupations that are within Ms. Pifer's physical abilities and within their identified skill level. The following are examples of occupations Ms. Pifer could perform: Claim Examiner; Loan Interviewer, Mortgage; Customer Complaint Clerk; Claims Clerk II.  The occupations meet their gainful amount of $2958.10 in the national economy.

I have not met with Ms. Pifer for the purpose of this review.  All opinions are based on review of vocational information, medical records and resources noted.

Lori Ashworth, MEd, CRC
Vocational Rehabilitation Counselor

**LIN000459**

| DOT Code | Occupation Title | SVP | Yrs | Mos | Inc | Has CWF | Uses CWF | Str | GOE Code |
|---|---|---|---|---|---|---|---|---|---|
| 241.267-018 | Claim Examiner | 7 | 23 | 0 | Y | N | N | S | 11.12.01 |

**ADJUSTED VARIABLES SUMMARY**

This report summarizes the changes made to the person's ability profile.

| | | **Changed From** | **Changed To** |
|---|---|---|---|
| **Specific Vocational Preparation** | | | |
| Maximum | | 7 (2 to 4 years) | No Change |
| Minimum | | 7 (2 to 4 years) | 1 (Short demo only) |
| **General Educational Development** | | | |
| Reasoning | | 4 Grades 9-12 | 5 Grades 13-14 |
| Mathematics | | 3 Grades 7-8 | 5 Grades 13-14 |
| Language | | 4 Grades 9-12 | 5 Grades 13-14 |
| **Physical Demands** | | | |
| Strength | Maximum | S  Sedentary | No Change |
| | Minimum | S  Sedentary | No Change |
| Climbing | | Never | Occasionally |
| Balancing | | Never | Frequently |
| Stooping | | Never | Frequently |
| Kneeling | | Never | Frequently |
| Crouching | | Never | Occasionally |
| Crawling | | Never | Unknown |
| Reaching | | Frequently | No Change |
| Handling | | Frequently | No Change |
| Fingering | | Frequently | No Change |
| Feeling | | Never | Frequently |
| Talking | | Frequently | Unknown |
| Hearing | | Frequently | Unknown |
| Tasting/Smelling | | Never | Unknown |
| Near Acuity | | Frequently | Unknown |
| Far Acuity | | Never | Unknown |
| Depth Perception | | Never | Unknown |
| Accommodation | | Never | Unknown |
| Color Vision | | Never | Unknown |
| Field of Vision | | Never | Unknown |
| **Environmental Conditions** | | | |
| Exposure to Weather | | Never | Unknown |
| Extreme Cold | | Never | Unknown |
| Extreme Heat | | Never | Unknown |
| Wet and/or Humid | | Never | Unknown |
| Vibration | | Never | Unknown |
| Atmospheric Conditions | | Never | Unknown |
| Proximity to Moving Mechanical Parts | | Never | Unknown |
| Exposure to Electrical Shock | | Never | Unknown |
| Working in High Exposed Places | | Never | Unknown |
| Exposure to Radiation | | Never | Unknown |
| Working with Explosives | | Never | Unknown |
| Exposure to Toxic or Caustic Chemicals | | Never | Unknown |
| Other Environmental Conditions | | Never | Unknown |
| Noise Intensity Level | | Quiet | Very Loud |
| **DOT Aptitudes** | | | |
| General Learning Ability | | 2  (67-89 Percentile) | No Change |
| Verbal Aptitude | | 2  (67-89 Percentile) | No Change |
| Numerical Aptitude | | 3  (34-66 Percentile) | No Change |
| Spatial Aptitude | | 4  (11-33 Percentile) | No Change |

**LIN000460**

| | | |
|---|---|---|
| Form Perception | 4 (11-33 Percentile) | No Change |
| Clerical Aptitude | 2 (67-89 Percentile) | No Change |
| Motor Coordination | 4 (11-33 Percentile) | No Change |
| Finger Dexterity | 4 (11-33 Percentile) | No Change |
| Manual Dexterity | 4 (11-33 Percentile) | No Change |
| Eye-Hand-Foot Coordination | 5 (Below 11 Percentile) | No Change |
| Color Discrimination | 5 (Below 11 Percentile) | No Change |

**Work Situations (Temperaments)**

| | | |
|---|---|---|
| Directing, Controlling, Planning | No | No Change |
| Performing Repetitive Work | No | No Change |
| Influencing People | No | No Change |
| Performing a Variety of Duties | No | Yes |
| Expressing Personal Feelings | No | No Change |
| Working Alone or in Isolation | No | No Change |
| Performing Under Stress | No | No Change |
| Attaining Precise Limits/Tolerances | No | No Change |
| Following  Specific Instructions | No | No Change |
| Dealing with People | No | Yes |
| Making Judgments and Decisions | Yes | No Change |

**Work Functions - Data**

| | | |
|---|---|---|
| 0 Synthesizing | No | No Change |
| 1 Coordinating | No | No Change |
| 2 Analyzing | Yes | No Change |
| 3 Compiling | No | Yes |
| 4 Computing | No | Yes |
| 5 Copying | No | Yes |
| 6 Comparing | No | Yes |

**Work Functions - People**

| | | |
|---|---|---|
| 0 Mentoring | No | No Change |
| 1 Negotiating | No | No Change |
| 2 Instructing | No | No Change |
| 3 Supervising | No | No Change |
| 4 Diverting | No | No Change |
| 5 Persuading | No | No Change |
| 6 Speaking-Signaling | Yes | No Change |
| 7 Serving | No | Yes |
| 8 Taking Instructions-Helping | No | Yes |

**Work Functions - Things**

| | | |
|---|---|---|
| 0 Setting Up | No | No Change |
| 1 Precision Working | No | No Change |
| 2 Operating-Controlling | No | No Change |
| 3 Driving-Operating | No | No Change |
| 4 Manipulating | No | No Change |
| 5 Tending | No | No Change |
| 6 Feeding-Offbearing | No | No Change |
| 7 Handling | Yes | No Change |

LIN000461



## FUNCTIONAL CAPACITY EVALUATION

NAME: Rebecca Pifer
EMPLOYER: NA
DATE OF INJURY: 01/13/2011
DATE OF EVALUATION: 4/21/2021
DATE OF REPORT: 4/21/2021
I.D. NO.: 630106961

REFERRED BY: Insurance Co.
PHYSICIAN: NA
INSURANCE CARRIER: Lincoln Financial
INSURANCE REP: NA
INSURANCE I.D. NO.: 4087659
DATE OF BIRTH: ████ 960
SEX: FEMALE

| DIAGNOSIS | SIDE (L/R/B) | SURGERY STATUS (Y/N) | SURGERY DATE |
|-----------|--------------|----------------------|--------------|
| 1: EHLERS-DANLOS SYNDROME | | N | |

### VITAL SIGNS

HEIGHT: 66 inches         WEIGHT: 128 lbs.        HAND DOMINANCE: LEFT
RESTING HEART RATE: 81 bpm                        RESTING BLOOD PRESSURE: 129/85 (B/P) mmHg
STARTING TIME: 4/21/2021 13:06:04        ENDING TIME: 4/21/2021 15:15:47

### PURPOSE OF ASSESSMENT:        FCE Type: Disability Any Occupation;

### SUMMARY

The results of the evaluation indicate that Rebecca Pifer demonstrated the ability to perform in the Sedentary physical demand level category of work for an eight hour day.

Ms. Pifer demonstrated the ability to occasionally lift up to 12.5 lbs. floor to waist, 12.5 lbs. waist to shoulder, carry up to 10 lbs., push 27 lbs. of force, and pull 20 lbs. of force. She demonstrated the following activities on a frequent basis: sitting, reaching, kneeling, balancing, stooping, object handling, fingering, simple hand grasp, firm hand grasp, and fine/gross hand manipulation. She demonstrated the following activities on an occasional basis: standing, walking, stair climbing, and crouching. Ms. Pifer failed to complete the single stage treadmill test at a level that can accurately predict her functional aerobic capacity.

Deficits identified during testing include elevated pain throughout testing, specifically in the right shoulder and upper back area.

Ms. Pifer demonstrated consistent performance throughout testing. This, in combination with physiological responses (heart rate and respiratory rate), movement and muscle recruitment patterns both aware and unaware of observation, indicates that the results of this evaluation can be considered to be an accurate representation of her functional abilities.

All conclusions in this report are solely the opinions of the Physical/Occupational Therapist (Therapist) indicated on the report. Select Physical Therapy Network Services' (Supplier) selection/retention of the Therapist for this consultation and the compensation paid to the Therapist is not based on support or nonsupport of impairment. The therapist has no conflict of interest and there is no provider-patient treatment relationship. All conclusions are completed in an independent and impartial manner, are advisory only, and no decision regarding hiring, compensation, termination or other similar matters was made or implied. All information is based upon the best professional judgment of the Therapist considering all the data available at the time of preparation of this report. All opinions and conclusions are based on a reasonable degree of professional judgment, as absolute predictions are not possible. Select Physical Therapy Network Services does not make claim decisions and is not informed of any claim decisions.

### PHYSICAL DEMAND LEVEL
SEDENTARY

Thank you for referring Rebecca Pifer to Select PT. If you have any further questions regarding this evaluation, please do not hesitate to contact us.

Professionally,

Evaluator:    Anna Davidow, PT
   Title:    Market Manager / 7088                    Date:   4/26/2021

---

*Durham, 2609 NORTH DUKE STREET, SUITE 203, DURHAM, NC. 27704-3048; Clinic's phone #   (919) 220-6532  [FCE-78621]*        **LIN000462** Page 1 / 14

Case 1:22-cv-00186-WO-JLW     Document 21-1     Filed 10/24/22     Page 462 of 763

cc: ECN

Remainder of page intentionally left blank

Case 1:22-cv-00186-WO-JLW    Document 21-1    Filed 10/24/22    Page 463 of 763

# FUNCTIONAL CAPACITY EVALUATION

Re: Rebecca Pifer          DOB: ▓▓▓ 1960          INSURANCE I.D. NO.: 4087659

## PHYSICAL ABILITIES ASSESSMENT (PAA)

SEDENTARY

| Material Handling : | Occasional (0 - 33%) | Frequent (33% - 66%) | Constant (66% - 100%) | Job Position | Comments |
|---|---|---|---|---|---|
| Lift - Floor to Waist | 12.5 | NA | N/A | | |
| Lift - Waist to Shoulder | 12.5 | NA | N/A | | |
| Lift - Floor to Shoulder | 12.5 | NA | N/A | | |
| Carry - Bimanual | 10 | NA | N/A | | |
| Push | 27 | NA | N/A | | |
| Pull | 20 | NA | N/A | | |
| **Additional Testing:** | | | | | |
| N/A | N/A | N/A | N/A | | |

| Positional Tolerance : | Frequency | Job Position | Comments |
|---|---|---|---|
| Sit | Frequent | | |
| Stand | Occasional | | |
| Walk | Occasional | | |
| Climb Stairs | Occasional | | |
| Climb Ladders | Not Tested | | |
| Reach Desk Level | Frequent | | |
| Reach Shoulder Level | Frequent | | |
| Reach Floor Level | Frequent | | |
| Balance | Frequent | | |
| Stoop | Frequent | | |
| Kneel | Frequent | | |
| Crouch | Occasional | | |
| Crawl | Not Tested | | |

| Manipulative Ability: | | Frequency | | | Job Position | Comments |
|---|---|---|---|---|---|---|
| Object Handling | Right: | Frequent | Left: | Frequent | | R: / L: |
| Fingering | Right: | Frequent | Left: | Frequent | | R: / L: |
| Simple Hand Grasp | Right: | Frequent | Left: | Frequent | | R: / L: |
| Firm Hand Grasp | Right: | Frequent | Left: | Frequent | | R: / L: |
| Fine/Gross Manipulation | Right: | Frequent | Left: | Frequent | | R: / L: |

| Consistency Profile: | Consistent Test Performance | |
|---|---|---|
| Maximal Voluntary Effort | Consistent | 10 of 10 CV Scores < 15%; 2 of 2 of Bell Shaped Curve Distributions |
| Pinch Strength Testing | Consistent | 6 of 6 CV Scores < 15% |
| Isometric Push / Pull | Consistent | 2 of 2 CV Scores < 15% |
| Dynamic Lift Test | Consistent | Expected Linear Heart Rate Increase. |
| Observed Movement Patterns | Consistent | |
| Waddell's Testing | Not Tested | |

Evaluator:  **Anna Davidow, PT**          Date:  4/26/2021

Title:  Market Manager / 7088          _Evaluator Signature_

Physician:  **NA**          Date: _____

Title:  _NA_          _Physician Signature_

 Case 1:22-cv-00186-WO-JLW     Document 21-1     Filed 10/24/22     Page 464 of 763

# FUNCTIONAL CAPACITY EVALUATION

Re: Rebecca Pifer          DOB: ████ 1960          INSURANCE I.D. NO.: 4087659

## SUBJECTIVE HISTORY:

Rebecca Pifer is a 60 year old female with the current diagnosis of EHLERS-DANLOS SYNDROME, onset 01/13/2011. Ms. Pifer reports that the injury occurred with a progression of symptoms including pain and diminished use of the right upper extremity in 2000 and then again in 2011 which claimant contributes to an increased stress level and overuse. She was placed on permanent disability in 2011. She notes her symptoms have been somewhat manageable but notes the last two years, her symptoms have progressively worsened. Present symptoms include: Constant pain along bilateral upper extremities that extends to her hands; bilateral knee pain; lower back pain and cervical and upper back pain. She notes general weakness and frequent instability which leads her to ambulate with a cane. She also notes frequent tingling/numbness bilateral hands.

Current medication includes: Trazadone; Wellbutrin; Gabapentin; Tramadol.

Ms. Pifer reports the following relevant past medical history: Right shoulder arthroscopy 2011.

Previous treatment for this injury/illness includes: Physical Therapy with moderate improvement for the right shoulder pain in September 2020.

Ms. Pifer reported current pain at an intensity of 7 (0 = no pain; 1,2,3 = low; 4,5,6 = moderate; 7,8,9 = severe; 10 = emergency pain). She reported that the pain ranges from 5 at best to 9 at its worst. She stated that prolonged activity and overuse aggravates her symptoms, and that rest provides relief. Perceived abilities include: sitting 20 minutes, standing 20 minutes, walking 30 minutes, and driving 20 minutes.

Ms. Pifer is independent with activities of daily living (ADLs) including: personal hygiene, dressing and performing basic household activities. She notes her adult son lives with her and he performs the majority of household tasks. She describes a typical day as:performing basic household activities and taking care of her animals..

Rebecca Pifer drove an automobile to/from the FCE appointment today.

Additional Subjective Information Includes: None.

## VOCATIONAL/JOB HISTORY:

Rebecca Pifer is currently not working. Rebecca Pifer was employed by Blue Cross/Blue Shield as Senior Dental Analyst for 24 years and was placed on permanent disability in 2011.

Remainder of page intentionally left blank

---

Case 1:22-cv-00186-WO-JLW     Document 21-1     Filed 10/24/22     Page 465 of 763

# FUNCTIONAL CAPACITY EVALUATION

Re: Rebecca Pifer          DOB: ███ 1960          INSURANCE I.D. NO.: 4087659

## MUSCULOSKELETAL SCREENING SUMMARY

Gait: The claimant presents to testing ambulating with use of a standard cane. A slow, methodical gait pattern was observed.

Posture: All aspects appear equal and level bilaterally.

Soft Tissues: Moderate tenderness along the anterior aspect of the right shoulder; bilateral upper trapezius; interscapular area and lower back area.

Flexibility: Not applicable.

Range of Motion: Refer to Active Range of Motion / Strength Measurements Form

Strength: Refer to Active Range of Motion / Strength Measurements Form

Neurological: Intact to light-touch discrimination along bilateral upper and lower extremity dermatomes.

Additional Testing: None.

## ENDURANCE / AEROBIC CAPACITY

Sub-Maximal Treadmill Test: ☐ Completed Test      ☑ Incomplete Test      ☐ Not Tested

VO2max:

HR Increase:          Respiration Increase:          Blood Pressure: N/A

Comments:
Single stage treadmill test not performed as the claimant was unable to achieve the minimal speed required of 2.0 miles per hour. She ambulated at 1.0 miles per hour for 8 minutes at which time she requested to assume a seated rest break secondary to pain and fatigue. She resumed ambulation for an additional 5 minutes and requested to terminate secondary to right foot, bilateral shoulder pain, and general fatigue. Heart rate post activity: 89 beats per minute.

Remainder of page intentionally left blank

---

Case 1:22-cv-00186-WO-JLW     Document 21-1     Filed 10/24/22     Page 466 of 763

# FUNCTIONAL CAPACITY EVALUATION

Re: Rebecca Pifer          DOB: ███ 960          INSURANCE I.D. NO.: 4087659

## MATERIAL HANDLING

### Waist to Shoulder Dynamic Lift Test

| Occasional Lift | | Heart Rate | | RPL | RFT | Frequent Lift | | Heart Rate | | RPL | RFT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12.5 | lbs. | 89 | bpm | 8 | Psychophysical | NA | lbs. | NA | bpm | NA | N/A |
| Start Heart Rate | 75 | bpm | | HR Increase? | YES | Start Heart Rate: | NA | bpm | | HR Increase? | N/A |
| Constant Lift N/A .lbs | | | Heart Rate NA bpm | | | | | | | | |

Comments: Occasional lifting terminated by the claimant secondary to increased pain across bilateral upper back and shoulders and noted fatigue. Elevated heart rate observed that was consistent with reported maximum efforts. Frequent lifting not performed as the claimant was only able to lift the minimum weight required.

### Floor to Waist Dynamic Lift Test

| Occasional Lift | | Heart Rate | | RPL | RFT | Frequent Lift | | Heart Rate | | RPL | RFT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12.5 | lbs. | 83 | bpm | 8 | Psychophysical | NA | lbs. | NA | bpm | NA | N/A |
| Start Heart Rate | 69 | bpm | | HR Increase? | N/A | Start Heart Rate: | NA | bpm | | HR Increase? | N/A |
| Constant Lift N/A .lbs | | | Heart Rate NA bpm | | | | | | | | |

Comments: Occasional lifting terminated by the claimant secondary to continued pain across bilateral upper back and shoulders and noted fatigue. Elevated heart rate observed that was consistent with reported maximum efforts. Increased respiration rate also noted. Frequent lifting not performed as the claimant was only able to lift the minimum weight required.

### Floor to Shoulder Dynamic Lift Test

| Occasional Lift | | Heart Rate | | RPL | RFT | Frequent Lift | | Heart Rate | | RPL | RFT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12.5 | lbs. | 86 | bpm | 8 | Psychophysical | NA | lbs. | NA | bpm | NA | N/A |
| Start Heart Rate | 69 | bpm | | HR Increase? | YES | Start Heart Rate: | NA | bpm | | HR Increase? | N/A |
| Constant Lift N/A .lbs | | | Heart Rate N/A bpm | | | | | | | | |

Comments: Occasional lifting terminated by the claimant secondary to continued pain across bilateral upper back and shoulders and noted fatigue. Elevated heart rate observed that was consistent with reported maximum efforts. Frequent lifting not performed as the claimant was only able to lift the minimum weight required.

Lift Capacity Performance:          Consistent

## Carry Testing

| Occasional Carry | | Heart Rate | | RPL | RFT | Frequent Carry | | Heart Rate | | RPL | RFT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | lbs. Bimanual | 87 | bpm | 8 | Psychophysical | NA | lbs. | NA | bpm | NA | N/A |
| N/A | lbs Right | N/A | bpm | N/A | N/A | N/A | lbs. | N/A | bpm | N/A | N/A |
| N/A | lbs Left | N/A | bpm | N/A | N/A | N/A | lbs. | N/A | bpm | N/A | Max Push |
| Start Heart Rate | 70 | bpm | | HR Increase? | YES | Start Heart Rate: | NA | bpm | | HR Increase? | N/A |
| Constant Carry N/A .lbs | | | Heart Rate NA bpm | | | | | | | | |

Comments: Occasional carry distance noted was 25 feet. The claimant ambulated with use of the standard cane and carried the weight in the left upper extremity. Frequent carry not performed as the claimant was unable to demonstrate frequent ambulation.

## Push / Pull Testing

| Occasional Push | Occasional Pull | Frequent Push/Pull | | Heart Rate | | RPL | RFT |
|---|---|---|---|---|---|---|---|
| 27 lbs. | 20 lbs. | NA | lbs. | NA | bpm | NA | N/A |
| Peak Heart Rate: 93 bpm | Peak Heart Rate: 88 bpm | Start Heart Rate: | | NA | bpm | HR Increase? | N/A |
| Constant Push/Pull N/A .lbs | | Heart Rate NA bpm | | | | | |

Comments: Occasional push/pull tested with use of isometric strain gauge. Frequent push/pull not tested as the claimant was unable to ambulate on a frequent basis.

## Additional Testing

| N/A | | Heart Rate | | RPL | RFT | N/A | | Heart Rate | | RPL | RFT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| N/A | lbs. | N/A | bpm | N/A | N/A | N/A | lbs. | N/A | bpm | N/A | N/A |
| Start Heart Rate | N/A | bpm | | HR Increase? | N/A | Start Heart Rate: | N/A | bpm | | HR Increase? | N/A |
| Constant N/A .lbs | | | Heart Rate NA bpm | | | | | | | | |
| Comments: | N/A | | | | | | | | | | |

Case 1:22-cv-00186-WO-JLW    Document 21-1    Filed 10/24/22    Page 467 of 763

\* RPL - Rate of Perceived Load          \* RFT - Reason For Termination

Post Material Handling Blood Pressure:      130/85 mmHg

Case 1:22-cv-00186-WO-JLW     Document 21-1     Filed 10/24/22     Page 468 of 763

# FUNCTIONAL CAPACITY EVALUATION

## POSITIONAL TOLERANCE

|  | Frequency | Comments |
|---|---|---|
| Sitting | Frequent | No Deficit Observed. |
| Standing | Occasional | Elevated pain level. |
| Walking | Occasional | Elevated pain level. |
| Stair Climbing | Occasional | Elevated pain level. |
| Climb Ladders | Not Tested | N/A |
| Reach Desk Level | Frequent | Elevated pain level. |
| Reach Shoulder Level | Frequent | Elevated pain level. |
| Reach Floor Level | Frequent | Elevated pain level. |
| Balance | Frequent | No Deficit Observed. |
| Stoop | Frequent | Elevated pain level. |
| Kneel | Frequent | No Deficit Observed. |
| Crouch | Occasional | Abnormal movement pattern observed. |
| Crawl | Not Tested | N/A |

## MANIPULATIVE ABILITY

|  | Frequency | Comments |
|---|---|---|
| R Object Handling | Frequent | Elevated pain level. |
| L Object Handling | Frequent | Elevated pain level. |
| R Fingering | Frequent | No Deficit Observed. |
| L Fingering | Frequent | No Deficit Observed. |
| R Simple Hand Grasp | Frequent | No Deficit Observed. |
| L Simple Hand Grasp | Frequent | No Deficit Observed. |
| R Firm Hand Grasp | Frequent | No Deficit Observed. |
| L Firm Hand Grasp | Frequent | No Deficit Observed. |
| R Fine/Gross Manipulation | Frequent | No Deficit Observed. |
| L Fine/Gross Manipulation | Frequent | No Deficit Observed. |

| Observed Movement Patterns: | Consistent |
|---|---|

Description of Positional Tolerance Testing/Comments:

Positional tolerance circuit consisted of the following activities: kneeling; stair climbing; object handling; stooping; and reaching.

Remainder of page intentionally left blank

**FUNCTIONAL CAPACITY EVALUATION**

Re: Rebecca Pifer          DOB: ███960          INSURANCE I.D. NO.: 4087659

**POST TEST VITAL SIGNS:**          Heart Rate: 85 bpm          Blood Pressure: 134/87 mmHg

**POST TEST PAIN LEVEL**          8/10

## MUSCULOSKELETON SCREENING POST-TEST SUMMARY

**Gait Analysis:**
Claimant ambulated with use of standard cane and slow gait pattern

**Posture Analysis:**
Unchanged.

**Soft Tissue Assessment:**
Unchanged.

**Flexibility:**
Not applicable.

**Range Of Motion:**
Unchanged.

**Strength:**
Unchanged.

**Neurological:**
Unchanged.

**Additional Tests:**
None.

**ADDITIONAL INFORMATION**          None.

Remainder of page intentionally left blank

**FUNCTIONAL CAPACITY EVALUATION**

Re: Rebecca Pifer          DOB: ███ 1960          INSURANCE I.D. NO.: 4087659

## PERFORMANCE CONSISTENCY

### Maximal Voluntary Effort          ☐ Computerized Data Collection - see attached report

| Grip Test | Grip Position | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | | | 2 | | | 3 | | | 4 | | | 5 | | |
| Right Hand | 38 | 36 | 32 | 38 | 42 | 40 | 32 | 38 | 38 | 26 | 28 | 22 | 24 | 22 | 22 |
| Average | 35.33 | | | 40 | | | 36 | | | 25.33 | | | 22.67 | | |
| Coefficient of Variation * | 7% | | | 4% | | | 8% | | | 10% | | | 4% | | |
| Left Hand | 42 | 40 | 42 | 58 | 52 | 58 | 42 | 50 | 42 | 38 | 38 | 32 | 30 | 30 | 30 |
| Average | 41.33 | | | 56 | | | 44.67 | | | 36 | | | 30 | | |
| Coefficient of Variation * | 2% | | | 5% | | | 8% | | | 8% | | | 0% | | |

| 10 of 10 CV Scores < 15% Consistent Test Performance | 2 of 2 of Bell Shaped Curve Distributions |
|---|---|

HR(s): 82 beats per minute

Comments: <mark>Increased difficulty reported with wider grip activity.</mark>

### Pinch Strength Testing          ☐ Computerized Data Collection - see attached report

| Pinch Test | Tip Pinch | | | Palmar Pinch | | | Key Pinch | | |
|---|---|---|---|---|---|---|---|---|---|
| Right Hand | 8 | 7 | 6 | 8 | 8 | 7 | 11 | 9 | 8 |
| Average | 7 | | | 7.67 | | | 9.33 | | |
| Coefficient of Variation * | 12% | | | 6% | | | 13% | | |
| Left Hand | 8 | 9 | 8 | 11 | 10 | 9 | 12 | 10 | 12 |
| Average | 8.33 | | | 10 | | | 11.33 | | |
| Coefficient of Variation * | 6% | | | 8% | | | 8% | | |

6 of 6 CV Scores < 15% Consistent Test Performance

HR(s): 79 beats per minute

Comments: <mark>Increased discomfort noted in the right MCP joint of the thumb.</mark>

### Isometric Push / Pull          ☐ Computerized Data Collection - see attached report

| Test | Heart Rate | Trials (Pounds of Force) | | | Average | Standard Deviation | Coefficient of Variation* |
|---|---|---|---|---|---|---|---|
| | | Trial 1 | Trial 2 | Trial 3 | | | |
| Isometric Push | 93 | 27 | 26 | 28 | 27 | 0.82 | 3% |
| Isometric Pull | 88 | 20 | 20 | 20 | 20 | 0 | 0% |

2 of 2 CV Scores < 15% Consistent Test Performance

Comments: <mark>Elevated discomfort bilateral upper back area.</mark>

**Performance Consistency Summary:  Consistent Test Performance**

**Additional Performance Consistency Testing**          ☑ N/A

Remainder of page intentionally left blank

*Durham, 2609 NORTH DUKE STREET, SUITE 203, DURHAM, NC. 27704-3048; Clinic's phone #  (919) 220-6532  [FCE-78621]*          **LIN000471** Page 10 / 14

Case 1:22-cv-00186-WO-JLW     Document 21-1     Filed 10/24/22     Page 471 of 763

# FUNCTIONAL CAPACITY EVALUATION

Re: Rebecca Pifer          DOB: ███ 1960          INSURANCE I.D. NO.: 4087659

**ACTIVE RANGE OF MOTION / STRENGTH**

☐ N/A

| SPINE | | NORM | AROM (Degrees) |
|---|---|---|---|
| Cervical | Flexion | 50° | 40 |
| | Extension | 60° | 25 |
| | Right Lateral Flexion | 45° | 25 |
| | Left Lateral Flexion | 45° | 25 |
| | Right Rotation | 80° | 40 |
| | Left Rotation | 80° | 40 |
| Thoracic | Flexion | 60° | WNL |
| | Right Rotation | 30° | WNL |
| | Left Rotation | 30° | WNL |
| Lumbar | Flexion | 60° | WNL |
| | Extension | 25° | WNL |
| | Right Lateral Flexion | 25° | WNL |
| | Left Lateral Flexion | 25° | WNL |
| | Right SLR | 80° | WNL |
| | Left SLR | 80° | WNL |

☐ N/A

| UPPER EXTREMITY | | NORM | Right AROM | Left AROM | Right Strength | Left Strength |
|---|---|---|---|---|---|---|
| Shoulder | Flexion | 180° | 95 | 110 | 3-/5 | 3+/5 |
| | Extension | 50° | 30 | 30 | 4-/5 | 4-/5 |
| | Abduction | 180° | 90 | 110 | 3-/5 | 3+/5 |
| | Adduction | 40° | WNL | WNL | 4-/5 | 4-/5 |
| | Internal Rotation | 90° | 30 | 45 | 3-/5 | 3+/5 |
| | External Rotation | 90° | 30 | 60 | 3-/5 | 4-/5 |
| Elbow | Flexion | 140° | WNL | WNL | 4-/5 | 4/5 |
| | Extension | 0° | WNL | WNL | 4-/5 | 4/5 |
| | Supination | 80° | WNL | WNL | 4-/5 | 4-/5 |
| | Pronation | 80° | WNL | WNL | 4-/5 | 4-/5 |
| Wrist | Flexion | 80° * | WNL | WNL | 4-/5 | 4/5 |
| | Extension | 70° * | WNL | WNL | 4-/5 | 4/5 |
| | Radial Deviation | 20° | WNL | WNL | 4-/5 | 4/5 |
| | Ulnar Deviation | 30° | WNL | WNL | 4-/5 | 4/5 |

☐ N/A

| LOWER EXTREMITY | | NORM | Right AROM | Left AROM | Right Strength | Left Strength |
|---|---|---|---|---|---|---|
| Hip | Flexion | 120° ** | WNL | WNL | 4-/5 | 4/5 |
| | Extension | 30° ** | WNL | WNL | 4-/5 | 4/5 |
| | Abduction | 45° ** | WNL | WNL | 4-/5 | 4/5 |
| | Adduction | 30° ** | WNL | WNL | 4-/5 | 4/5 |
| | Internal Rotation | 45° ** | WNL | WNL | 4-/5 | 4/5 |
| | External Rotation | 45° ** | WNL | WNL | 4-/5 | 4/5 |
| Knee | Flexion | 135° ** | WNL | WNL | 4-/5 | 4/5 |
| | Extension | 0° ** | WNL | WNL | 4-/5 | 4/5 |
| Ankle | Plantar Flexion | 50° ** | WNL | WNL | 3+/5 | 4-/5 |
| | Dorsiflexion | 20° ** | WNL | WNL | 4-/5 | 4/5 |
| | Inversion | 35° ** | WNL | WNL | 4-/5 | 4/5 |
| | Eversion | 15° ** | WNL | WNL | 4-/5 | 4-/5 |

Normative Data –   AMA Guides to the Evaluation of Permanent Impairment, 5th Edition
\* Normative Data –   Rehabilitation of the Hand; Survey and Therapy, 4th Edition
\*\* Normative Data –   American Academy of Orthopedic Surgeons

Case 1:22-cv-00186-WO-JLW     Document 21-1     Filed 10/24/22     Page 472 of 763

# FUNCTIONAL CAPACITY EVALUATION

Re: Rebecca Pifer     DOB: ■■■ 1960     INSURANCE I.D. NO.: 4087659

## ACTIVE RANGE OF MOTION / STRENGTH (continued)

☑ N/A

| HAND | | NORM * | Right AROM (Degrees) | Left AROM (Degrees) | Right Strength | Left Strength |
|------|--|--------|------|------|------|------|
| Thumb | CMC Flexion | 15° * | N/A | N/A | N/A | N/A |
| | CMC Extension | 20° * | N/A | N/A | N/A | N/A |
| | CMC Abduction | 70° * | N/A | N/A | N/A | N/A |
| | MCP Flexion | 50° * | N/A | N/A | N/A | N/A |
| | MCP Extension | 0° * | N/A | N/A | N/A | N/A |
| | IP Flexion | 80° * | N/A | N/A | N/A | N/A |
| | IP Extension | 0° * | N/A | N/A | N/A | N/A |
| Index | MCP Flexion | 90° | N/A | N/A | N/A | N/A |
| | MCP Extension | Up to 45° | N/A | N/A | N/A | N/A |
| | PIP Flexion | 110° | N/A | N/A | N/A | N/A |
| | PIP Extension | 0° | N/A | N/A | N/A | N/A |
| | DIP Flexion | 60° | N/A | N/A | N/A | N/A |
| | DIP Extension | 0° | N/A | N/A | N/A | N/A |
| Long | MCP Flexion | 90° | N/A | N/A | N/A | N/A |
| | MCP Extension | Up to 45° | N/A | N/A | N/A | N/A |
| | PIP Flexion | 110° | N/A | N/A | N/A | N/A |
| | PIP Extension | 0° | N/A | N/A | N/A | N/A |
| | DIP Flexion | 60° | N/A | N/A | N/A | N/A |
| | DIP Extension | 0° | N/A | N/A | N/A | N/A |
| Ring | MCP Flexion | 90° | N/A | N/A | N/A | N/A |
| | MCP Extension | Up to 45° | N/A | N/A | N/A | N/A |
| | PIP Flexion | 110° | N/A | N/A | N/A | N/A |
| | PIP Extension | 0° | N/A | N/A | N/A | N/A |
| | DIP Flexion | 60° | N/A | N/A | N/A | N/A |
| | DIP Extension | 0° | N/A | N/A | N/A | N/A |
| Small | MCP Flexion | 90° | N/A | N/A | N/A | N/A |
| | MCP Extension | Up to 45° | N/A | N/A | N/A | N/A |
| | PIP Flexion | 110° | N/A | N/A | N/A | N/A |
| | PIP Extension | 0° | N/A | N/A | N/A | N/A |
| | DIP Flexion | 60° | N/A | N/A | N/A | N/A |
| | DIP Extension | 0° | N/A | N/A | N/A | N/A |

Normative Data - American Academy of Orthopedic Surgeons, Rehabilitation of the Hand: Surgery and Therapy, 4th Edition

☑ N/A

| Hand Volume | | Right | | Left | |
|-------------|--|-------|--|------|--|
| | Pretest | N/A ml | Pretest | | N/A ml |
| | Post Test | N/A ml | Post Test | | N/A ml |
| | Difference | N/A | N/A ml | Difference | N/A | N/A ml |

* Rehabilitation of the Hand: Surgery and Therapy, 4th Edition

- Fluid volume changes are often 30 to 50 ml or more between one measurement and the next if swelling is present.

Remainder of page intentionally left blank

Case 1:22-cv-00186-WO-JLW     Document 21-1     Filed 10/24/22     Page 473 of 763

Re: Rebecca Pifer          DOB: ███ 1960          INSURANCE I.D. NO.: 4087659

**ACTIVE RANGE OF MOTION / STRENGTH (continued)**

☑ N/A

| Circumference | | Right | | | Left | |
|---|---|---|---|---|---|---|
| N/A | Pretest | | N/A cm | Pretest | | N/A cm |
| | Post Test | | N/A cm | Post Test | | N/A cm |
| | Difference | N/A | N/A cm | Difference | N/A | N/A cm |
| N/A | *R (Pretest) | | N/A cm | Pretest | | N/A cm |
| *R - Right | *R (Post Test) | | N/A cm | Post Test | | N/A cm |
| | *R (Difference) | N/A | N/A cm | Difference | N/A | N/A cm |
| N/A | Pretest | | N/A cm | Pretest | | N/A cm |
| | Post Test | | N/A cm | Post Test | | N/A cm |
| | Difference | N/A | N/A cm | Difference | N/A | N/A cm |

*Rehabilitation of the Hand: Survey and Therapy, 4th Edition* - Circumference measurements of the hand and fingers or areas of swelling.

☑ N/A

| Opposition | Right | Index - N/A | Long - N/A | Ring - N/A | Small - N/A |
|---|---|---|---|---|---|
| | Left | Index - N/A | Long - N/A | Ring - N/A | Small - N/A |

* American Academy of Orthopedic Surgeons - Tip of thumb to base or tip of small digit.

Remainder of page intentionally left blank

Case 1:22-cv-00186-WO-JLW     Document 21-1     Filed 10/24/22     Page 474 of 763

# FUNCTIONAL CAPACITY EVALUATION

Re: Rebecca Pifer          DOB: ████ 1960          INSURANCE I.D. NO.: 4087659

## PHYSICAL DEMAND CATEGORY (U.S. Department of Labor, Dictionary of Occupational Titles)

Sedentary — Exerting up to 10 lbs. of force occasionally (Occasionally: activity or condition exists up to 1/3 of the time) and/or a negligible amount of force frequently (Frequently: activity or condition exists from 1/3 to 2/3 of the time to lift, carry, push, pull or otherwise move objects, including human body.

Light — Exerting up to 20 lbs. of force occasionally, and/or up to 10 lbs. force frequently, and/or a negligible amount of force constantly (Constantly: activity or condition exists from 2/3 or more of the time) to move objects. Physical demand requirements are in excess of those for Sedentary Work.

Medium — Exerting 20 lbs. to 50 lbs. of force occasionally, and/or 10 lbs. to 25 lbs. of force frequently, and/or greater than negligible up to 10 lbs. of force constantly to move objects. Physical Demand requirements are in excess of those for Light Work.

Heavy — Exerting 50 lbs. to 100 lbs. of force occasionally, and/or 25 lbs to 50 lbs. of force frequently, and/or 10 lbs. to 20 lbs. of force constantly to move objects. Physical Demand requirements are in excess of those for Medium Work.

Very Heavy — Exerting in excess of 100 lbs. of force occasionally, and/or in excess of 50 lbs. of force frequently, and/or in excess of 20 lbs. of force constantly to move objects. Physical Demand requirements are in excess of those for Heavy Work.

Remainder of page intentionally left blank

Case 1:22-cv-00186-WO-JLW     Document 21-1     Filed 10/24/22     Page 475 of 763



**Corporate Office**
6111 Broken Sound Parkway NW, Suite 202
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881

Exam Coordinators Network  A division of Genex Services, LLC          E-mail: info@ecnnurse.com   •   Web: www.ecnnurse.com

Claimant Name:      Rebecca Pifer

Therapist Name:     Anna L Davidow, PT

Exam Date:          Wednesday, April 21, 2021

ECN #:              171351-1

CLAIM #:            4087659

I declare that the information contained in the above-referenced report was prepared by and is the work product of the undersigned, and is true to the best of my knowledge and information.  I certify that my medical/professional license is current and is in good standing in the jurisdiction in which my practice is located.

Signature of Therapist

Medical/ Professional License #   P7088

LIN000476



LIN000477

**From:**Hollis, Tanasha <Tanasha.Hollis@genexservices.com>
**Sent:**Wed, 28 Apr 2021 15:42:19 +0000
**To:**VendorReferrals
**Subject:**R. Pifer CL 4087659
**Attachments:**Invoice.pdf, FCE Report.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Good Morning,

Attached please find the FCE Report and Invoice for the above referenced claimant. Please advise if we can further assist you with this file.

Thanks for the referral,

**Tanasha Hollis**
*Quality Assurance Specialist*
Exam Coordinators Network, a division of Genex Services
**T**: 561-948-6272
**F**: 561-886-6562

***Please note my new email address: tanasha.hollis@genexservices.com**

**Access our portal at: <u>View My Cases</u>**

All electronic communications from ECN / Genex are confidential, unpublished property of Genex. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. This document is intended for the use of the individual(s) or entity to which it is addressed, and may contain information that is privileged and confidential, including personal health information, and applicable law may prohibit further disclosure of this information. If the recipient of the message is not the intended addressee, or the employee or agent responsible for delivering this message to the addressee, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error, please notify the sender. Please note the following from the HIPAA Privacy Rule Standards: A covered entity may disclose protected health information as authorized by and to the extent necessary to comply with laws relating to workers' compensation or other similar programs, established by law, that provide benefits for work-related injuries or illness without regard to fault. Refer to 45 CFR 164.512(l)

All electronic communications from Genex are confidential, unpublished property of Genex. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. This document is intended for the use of the individual(s) or entity to which it is addressed, and may contain information that is privileged and confidential, including personal health information, and applicable law may prohibit further disclosure of this information. If the recipient of the message is not the intended addressee, or the employee or agent responsible for delivering this message to the addressee, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error, please notify the sender. Please note the following from the HIPAA Privacy Rule Standards: A covered entity may disclose protected health information as authorized by and to the extent necessary to comply with laws relating to workers' compensation or other similar programs, established by

**LIN000478**

law, that provide benefits for work-related injuries or illness without regard to fault. Refer to 45 CFR 164.512(l)

**LIN000479**



Exam Coordinators Network   A division of Genex Services, LLC

**Corporate Office**
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
**Toll Free: (877) 463-9463**
Local: (561) 922-5200
Fax: (561) 392-5881

E-mail: info@ecnime.com    Web: www.ecnime.com

| **Invoice:** | **BOCA 107046** | **Date** | **4/28/2021** |
|---|---|---|---|

**Bill To:**

Lisa Porriello
Lincoln Financial-London, KY
P.O. Box 7207
London, KY  40742

| | |
|---|---|
| **Claim #** | 4087659 |
| **Date of Loss:** | 1/31/2011 |
| **ECN #** | 171351-1 |
| **Account #** | |

| **Claimant** | Rebecca Pifer |
|---|---|

| | | |
|---|---|---|
| 4/21/2021 | Functional Capacity Exam - Long Term Disability: Service - Lisa Porriello on 3/11/2021<br>Provider: Anna L Davidow, PT<br>Specialty: Physical Therapy<br>Appointment: 4/21/2021 | $1275.00 |
| | **SubTotal** | $1275.00 |
| | **Final Invoice Total** | $1275.00 |

**Remit To:**
Exam Coordinators Network
440 E. Swedesford Road
Suite 1000
Wayne, PA  19087

Terms:  Net 30 days
Tax Id #: 95-3327434

THANK YOU FOR THE OPPORTUNITY TO PROVIDE THIS
SERVICE FOR YOU. PLEASE REMIT PAYMENT PROMPTLY.

**LIN000480**

Hub Enterprises, Inc
P.O. Box 3162
Lafayette, LA 70502
(337) 837-2608
Federal ID: 720827028

| INVOICE NO. | 363354 |
|---|---|
| DATE | 03/05/21 |

**CUSTOMER**

Lisa Porriello
Lincoln Financial Group
55 Capital Boulevard
Rocky Hill, CT 06067

Rebecca L Pifer
2102000543
Durham, NC 27705

| TERMS: Due Upon Receipt | CUSTOMER NO. A100284 | JOB NO. 2102000543 | P.O. No. / Claim No. 4087659 |
|---|---|---|---|

| Description | Quantity | Unit of Measure | Price | Amount |
|---|---|---|---|---|
| 2/17/21 Surveillance Hours - Operative 02111 | 8.00 | | | 512.00 |
| 2/23/21 Surveillance Hours - Operative 00558 | 8.00 | | | 512.00 |
| 3/4/21 Surveillance Hours - Operative 01742 | 8.00 | | | 512.00 |

Please remit payment to: Hub Enterprises, Inc

Invoice due and payable upon receipt

INVESTIGATION SERVICES

| | |
|---|---|
| Sub-Total | 1,536.00 |
| Sales Tax | |
| TOTAL | $1,536.00 |

LIN000481

Case 1:22-cv-00186-WO-JLW    Document 21-1    Filed 10/24/22    Page 481 of 763



P.O. Box 3162
Lafayette, Louisiana 70502
800-873-0933 / 337-837-2608
800-436-4399 / 337-837-2293 fax
hub@hubenterprises.com
hubenterprises.com

March 5, 2021

**LINCOLN FINANCIAL GROUP**
55 CAPITAL BOULEVARD
ROCKY HILL, CT 06067

| | |
|---|---|
| Adjuster: | Lisa Porriello |
| Insured: | Blue Cross & Blue Shield of NC |
| Claim Number: | 4087659 |

## Rebecca L. Pifer
## 3811 Zenith Place
## Durham, North Carolina 27705

| | |
|---|---|
| Date of Loss: | January 31, 2011 |
| Injury: | Osteoarthrosis |
| Authorization: | 16 Hours |
| Status: | Final |
| Received: | February 8, 2021 |
| Investigator: | Timothy Kemp, Steven Pickett, Robert Bryant |
| HUB Case: | 2102000543 |
| HUB Contact: | Heather Ross |

### Confidentiality Notice

*The content within this file contains confidential information belonging to the sender and is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any use or disclosure of the contents of this information is strictly prohibited. If you have received this in error, please immediately notify us by telephone to arrange for the return of the documents.*

where risk meets resolution

HUB Enterprises is a nationally licensed firm. Provided are license numbers as mandated by State Regulations.
Arkansas CMPY .0002774; Arizona (D/B/A HUB Detectives, Inc.) 1003020; California PI 23439; District of Columbia 3003; Florida A 9400128; Georgia PDC001580; Illinois 117.001297; Indiana PI20700031; Missouri 2010016560; Montana 7576; Nevada 1269; New York 11000118203; Texas C05635; Utah P106085; Virginia 11-3838; Washington 1405

**LIN000482**



## NATURE OF ASSIGNMENT:

On February 8, 2021, HUB Enterprises received an assignment requesting 16 hours of surveillance to be conducted on the above-mentioned claimant. Information provided indicates the claimant can be described as a 60-year-old female, approximately 5'6" in height and weighing approximately 137 pounds, and was believed to reside at 3811 Zenith Place, in Durham, North Carolina. The claimant is alleging Osteoarthrosis as of January 31, 2011.

## PRE SURVEILLANCE INVESTIGATION:

Pre-Investigation:

- Claimant's provided address:  3811 Zenith Pl, Durham, NC 27705

- Phone(s)/registrant(s) at provided: Rebecca Lane Baggett: 919-597-8606; Jenna Baggett: N/A; Dean Baggett: 919-225-8420

- Claimant's most current listed address via database: 3811 Zenith Pl, Durham, NC 27705

- Property Ownership: 3811 Zenith Pl, Durham, NC 27705

- Possible businesses: None located

- Aerial map: https://goo.gl/maps/e9huu675Wgghzor89

Social Networking:

- Facebook:  https://www.facebook.com/rebecca.lanepifer

o Daughter: https://www.facebook.com/jenna.baggett

- Myspace:   None located

- LinkedIn: None located

- Twitter: None located

- Instagram: https://www.instagram.com/rebecca.l.baggett/

- FastPeopleSearch:                    https://www.fastpeoplesearch.com/rebecca-lanebaggett_id_G5762923939779628702

The following email addresses were listed for the claimant:

- lanebaggett@yahoo.com (100%)

- rebecca.lane_baggett@bcbsnc.com (100%)

where risk meets resolution

**LIN000483**



Additional information:

- Possible phones:

(919) 477-5000 (ET) (Landline) (100%)

(919) 597-8606 (ET) (Mobile) (86%)

(919) 477-2834 (ET) (Landline) (86%)

## SUMMARY OF INVESTIGATION:

Surveillance was conducted on Wednesday, February 17, 2021, Tuesday, February 23, 2021, and Thursday, March 4, 2021. **VIDEO** was obtained of the claimant approaching and walking near a vehicle at the residence, carrying clothing items, and entering and operating a vehicle. When observed, the claimant appeared to ambulate in a normal manner, without the use of any visible medical devices. At this time, surveillance has been completed

**Investigative efforts were conducted on Wednesday, February 17, 2021, Tuesday, February 23, 2021, and Thursday, March 4, 2021.**

## VIDEO:

The below link(s) will direct you to the video as described within this report. Should you experience any issues with the link, please contact HUB Enterprises at hub@hubenterprises.com or 800-873-0933. Please note video links are valid for approximately one year, but can be reissued upon request.

### Wednesday, February 17, 2021

- No claimant video was obtained during this phase of the investigation.

- [Area video was obtained depicting our surveillance position and/or the claimant's residence.](#)

### Tuesday, February 23, 2021

- Total claimant **VIDEO** is approximately 2 minutes and 47 seconds.

- [Partially obstructed **VIDEO** depicts the claimant as she walked near a vehicle at the residence, carried clothing items, placed the items into the vehicle, and entered and operated the vehicle.](#)

where risk meets resolution

**LIN000484**



- The claimant appeared to ambulate in an unrestrictive manner.
- **VIDEO** quality is average.
- Area video was obtained depicting our surveillance position and/or the claimant's residence.

## Thursday, March 4, 2021

- No claimant video was obtained during this phase of the investigation.
- Area video was obtained depicting our surveillance position and/or the claimant's residence.

## REPORT OF INVESTIGATION:

## DESCRIPTION OF CLAIMANT

The claimant can be described as a 60-year-old female, approximately 5'6" in height and weighing approximately 137 pounds with brown hair.

## DESCRIPTION OF THE RESIDENCE

The residence can be described as a tan sided, two level, single family dwelling with blue and maroon trim.

## DIRECTIONS TO THE RESIDENCE

https://goo.gl/maps/t99i9xSNYx6Ei97T9

## Wednesday, February 17, 2021

Sunny-48F

11:11AM  Investigator Timothy Kemp arrived at the residence located at 3811 Zenith Place, in Durham, North Carolina, and observed a burgundy Volvo SC70, bearing North Carolina license number HBE5359, registered to Andrew Baggett, at the provided address. Indirect surveillance was established with a view of the route of departure. Area video was obtained.

12:00PM  Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

where risk meets resolution

**LIN000485**



12:59PM   Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

01:12PM   The Investigator conducted a drive by of the residence and observed a red Audi A3, bearing North Carolina license number FEJ4623, registered to Jenna Katherine Baggett at the provided address and the Volvo present.

01:58PM   Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

02:23PM   An unknown younger Caucasian female departed the residence in the Audi.

02:48PM   The Investigator conducted a drive by of the residence and observed no visible changes.

02:59PM   Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

03:59PM   Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

04:59PM   Surveillance was maintained; however, no claimant activity was observed. Area video was obtained. The Investigator departed, en route to the associated address located at 114 Crutchfield Street, in Durham, North Carolina.

05:11PM   Upon arrival, the address was determined to be a Doctor's office with signage depicting Dr. Mark A. Pifer, Podiatrist. The business was not open and no vehicles were observed. Area video was obtained. The Investigator departed, en route to the residence.

05:22PM   Upon arrival, the Audi and the Volvo were present. Indirect surveillance was reestablished. Area video was obtained.

06:02PM   Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

06:59PM   Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

07:12PM   Area video was obtained. Investigator Timothy Kemp discontinued surveillance and departed.

**where risk meets resolution**



**Tuesday, February 23, 2021**

Cloudy-44F

05:55AM    Investigator Steven Pickett arrived at the residence located at 3811 Zenith Place, in Durham, North Carolina, and observed the burgundy Volvo SC70, bearing North Carolina license number HBE5359, registered to Andrew Baggett, at the provided address and the Audi from prior efforts present. Indirect surveillance was established with a view of the route of departure. Area video was obtained.

06:52AM    A drive by of the residence was conducted and no visible changes were observed. Area video was obtained.

08:01AM    Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

09:00AM    A drive by of the residence was conducted and no visible changes were observed.

09:56AM    Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

10:50AM    A drive by of the residence was conducted and no visible changes were observed. Area video was obtained.

11:55AM    Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

12:55PM    A drive by of the residence was conducted and no visible changes were observed. Area video was obtained.

12:59PM    A drive by of the residence was conducted and the claimant was observed walking towards the red Audi. Obstructed **VIDEO** was obtained as she carried clothing items to the vehicle, walked in and out of view, walked to the driver's side of the vehicle, placed the items within the vehicle, stood, walked to the passenger side of the vehicle, opened the passenger door, leaned into the vehicle, closed the door, walked back to the driver's side, entered the vehicle as driver, and departed. Mobile surveillance was established.

01:32PM    The claimant traveled out of the area of Durham, North Carolina, and to the Durham Freeway. She  traveled onto the highway and abruptly changed lanes, sped up, slowed

where risk meets resolution

**LIN000487**



down, and pulled behind the surveillance vehicle and began to follow the Investigator. The Investigator departed the area and exited off of the highway as the claimant appeared aware.

01:56PM   Area video was obtained. Investigator Steven Pickett discontinued surveillance and departed.

**<u>Thursday, March 4, 2021</u>**

Partly Cloudy-49F

08:00AM   Investigator Robert Bryant arrived at the residence located at 3811 Zenith Place, in Durham, North Carolina, and observed both vehicles from prior efforts present. Indirect surveillance was established with a view of the route of departure. Area video was obtained.

08:02AM   A drive by of the residence was conducted and no visible changes were observed. Area video was obtained.

09:00AM   Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

10:00AM   Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

11:00AM   Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

12:00PM   Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

01:00PM   Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

02:03PM   A drive by of the residence was conducted and no visible changes were observed. Area video was obtained.

03:00PM   Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

<em>where risk meets resolution</em>

**LIN000488**



04:00PM   Area video was obtained. Investigator Robert Bryant discontinued surveillance and departed.

**<u>COMMENTS:</u>**

All investigative efforts have been discontinued, pending further instructions from the Client.

Should you have any questions, or wish to further discuss this matter, please feel free to contact me. We appreciate this opportunity to be of service to you.

Heather Ross
Client Relations

Jason Broussard
Case Manager

HR/JB
Enclosures: **None**

where risk meets resolution

**LIN000489**

# HUB ENTERPRISES, INC.
Still Clips from Video
Claimant: Rebecca L. Pifer          Case Number: 2102000543
Claim Number: 4087659



Claimant carrying clothing items



Claimant walking on the driver's side of the vehicle



Claimant walking a the rear of the vehicle



Claimant approaching the passenger side of the vehicle

C O N F I D E N T I A L

LIN000490

# CONFIDENTIAL Fax

**FROM:**

Joanna C

100 Perkins Dr, CHAPEL HILL, NC 27514-1783

Phone: (919) 942-3171

Fax: (919) 969-9121

**TO:**

Lincoln

Fax: (302) 353-4189

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:66550400-H-847]

LIN000491

PAGE 1/6 * RCVD AT 2/23/2021 10:08:35 AM [Eastern Standard Time] * SVR:WFIPWFAX01/0 * DNIS:3023534189 * CSID:athena * ANI:17653299093 * DURATION (mm-ss):02-02

PIFER, REBECCA (id #425618, dob: ▇▇▇/1960)



**EmergeOrtho, P.A.**
Triangle Orthopaedic Associates, P.A.
100 Perkins Dr
CHAPEL HILL, NC 27514-1783
Phone: (919) 942-3171, Fax: (919) 969-9121
Date: 02/23/2021

**Fax Cover Sheet**

**Medical Records - CONFIDENTIAL**

**FROM:   EmergeOrtho - 1-Chapel Hill Rheum**

**TO:   Lincoln**

**PATIENT NAME:   PIFER, REBECCA**

**DOB:   ▇▇▇▇/1960**

**ATTENTION:**

Notes:

This fax may contain legally privileged health information and is intended for the sole use of the intended recipient. You are hereby notified that the disclosure, or other unlawful use of this health information is prohibited.

If you received this fax in error visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. [ID:6-A-847]

**LIN000492**

**PIFER, REBECCA (id #425618, dob:** ▮▮▮▮/1960)

# Encounters and Procedures

Clinical Encounter Summaries

**Encounter Date: 02/08/2021**

Patient

| | | | |
|---|---|---|---|
| **Name** | PIFER, REBECCA (60yo, F) ID# 425618 | **Appt. Date/Time** | 02/08/2021 11:45AM |
| **DOB** | ▮▮▮▮1960 | **Service Dept.** | 1-WPP Rheum |
| **Provider** | BELHORN LINDA, MD | | |

**Insurance**    Med Primary: BCBS-NC (PPO)
       Insurance # : YHI10287529400
       Policy/Group # : 14159324
     Med Secondary: MEDICARE-NC (MEDICARE)
       Insurance # : 5VF3C65UU90
     Med Legal: BASSETT LAW FIRM
       Insurance # : 07021960
       Case Injury Date : 08/16/2012
     Prescription: PRIME BCBS NORTH CAROLINA COMM - Member is eligible. details

## Chief Complaint

Followup: Ehlers-Danlos syndrome
Followup: Degenerative joint disease involving multiple joints

## Patient's Care Team

**Primary Care Provider:** JOHN A KALLIANOS (TRIANGLE COMMUNITY PHYSICIANS): 4309 MEDICAL PARK DR STE 200, DURHAM, NC 27704, Ph (919) 471-4484, Fax (919) 477-6131 NPI: 1245231588

## Patient's Pharmacies

**HARRIS TEETER NORTH POINTE SHOP 497 (ERX): 1802 NORTH POINTE DR, DURHAM, NC 27705, Ph (919) 220-6894, Fax (919) 220-6591**
KROGER MIDATLANTIC 366: 1802 NORTH POINTE DRIVE NORTHE POINT S/C, DURHAM, NC 27705, Ph (919) 220-6894

## Vitals

02/08/2021 12:02 pm

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** 5 ft 6 in | | **Wt:** 129 lbs | | **BMI:** 20.8 | |
| **BP:** 106/83 sitting | | **Pulse:** 73 bpm | | **T:** 96.2 F° oral | |
| **Pain Scale:** 3 | | **Pain Scale Type:** | Numeric | | |

## Allergies

Reviewed Allergies
NKDA

LIN000493

## PIFER, REBECCA (id #425618, dob: ███ /1960)

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **B Complex** qd | 09/15/14 | entered |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release** | 11/30/20 | filled |
| **gabapentin 600 mg tablet** Take 1 tablet(s) twice a day by oral route. | 01/11/21 | filled |
| **traMADoL 50 mg tablet**<br>TAKE ONE TABLET BY MOUTH EVERY 6 HOURS AS NEEDED | 01/29/21 | changed |
| **traZODone 100 mg tablet** | 01/11/21 | filled |
| **Vitamin C 1,000 mg tablet** qd | 01/20/14 | entered |

## Problems

Reviewed Problems
- Degenerative joint disease involving multiple joints
- Shoulder joint pain
- Shoulder stiff
- Calcific tendinitis of shoulder
- Bicipital tenosynovitis
- Osteopenia
- Ehlers-Danlos syndrome
- Full thickness rotator cuff tear

## Family History

Reviewed Family History

Father        - Problem
                 - Ehler-Danlos Syndrome
              - Problem
                 - CAD (previously recorded as Other)
              - Malignant neoplastic disease
                 - prostate
              - Rheumatoid arthritis
              - Arthritis
                 - osteo
              - Cerebrovascular accident
                 - previously recorded as Stroke
              - Heart disease (died age: 82)
                 - CHF

Mother        - Hypertensive disorder
                 - previously recorded as Hypertension
              - Arthritis
              - Heart disease
              - Hypertensive disorder
              - Migraine
              - Osteoporosis

Brother       - Problem
                 - Ehlers-Danlos Syndrome

LIN000494

Triangle Orthopaedics • 100 Perkins Dr, CHAPEL HILL NC 27514-1783

## PIFER, REBECCA (id #425618, dob: ▓▓▓▓/1960)

## Social History

Reviewed Social History
**Focused Rheumatology Social History**
Alcohol intake: Occasional
Are you currently employed?: N (Notes: Disability since November 2012)
Caffeine intake: Moderate
Chewing tobacco: none
Education: 2 Year College
Exercise level: Occasional
Marital status: Divorced
Number of children: 2
Smoker (1 PPW)
Tobacco Smoking Status: Current some day smoker
Tobacco-years of use: 10
Most Recent Tobacco Use Screening: 01/21/2019
Hand Dominance: Left
Could you be pregnant?: N
Advance directive: N
Medical Power of Attorney: N

## Surgical History

Reviewed Surgical History
⊗ Other - Right shoulder surgery
⊗ Other - 10/2014
⊗ Bunionectomy - 2013 - Repair of right bunionectomy
⊗ Shoulder Arthroscopy - 01/01/2011
⊗ Bunionectomy - 2011 - Left
⊗ Bunionectomy - 2011 - Right
⊗ Appendectomy - 1981

## GYN History

GYN History not reviewed (last reviewed 08/10/2016)
Most Recent Mammogram: 05/12/2019.

## Obstetric History

Obstetric History not reviewed (last reviewed 08/10/2016)

## Past Medical History

Reviewed Past Medical History
Headaches: **Y**
Notes: Ehlers-Danlos Syndrome;Cervical DDD; Parathesias if hands and face; Insomnia-contolled w/med,
Idiopathic peripheral neuropathy, Osteopenia, Generalized OA; Shingles 2011, Depression; Varicose veins

## Screening

None recorded.

## HPI

The patient returns for followup of her Ehlers-Danlos syndrome and generalized osteoarthritis. She was last seen in 08/2020. Since that time, she has been relatively stable on Celebrex and tramadol. She was seen by Dr. Silver due to right shoulder pain that was felt to be due to rotator cuff impingement. She had a steroid injection performed on 09/10/2020 and did feel that she had significant benefit. She is trying to do some exercises with strength training and Tai chi that are conservative to help improve her shoulder symptoms. She generally uses tramadol at night and occasionally uses ibuprofen in the morning to help manage her symptoms. She continues to have her 21-year-old son who lives with her, who has ADHD. Her daughter is doing marine biology training at the University of Miami. She denies any recent infections and is planning to get the COVID vaccine when it becomes available to her. She denies any chest pain, shortness of breath, indigestion, diarrhea, constipation, dysuria, ocular inflammation, oral ulcers, dry mouth or headaches. She does have occasional dizziness due to hypoglycemia and tries to eat frequently during the day to avoid this. She has been watching her portion sizes; however, and has lost 8 pounds since her last visit.

## ROS

**ROS as noted in the HPI**

**LIN000495**

PAGE 5/6 * RCVD AT 2/23/2021 1:06:13 AM [Eastern Standard Time] * SVR:WATHFAX01/0 * DNIS:3023 * CSID:athena * DURATION (mm-ss):02-02

## PIFER, REBECCA (id #425618, dob: ▮▮▮▮/1960)

## Physical Exam

Patient is a 60-year-old female.

General: She is a well-developed and well-nourished white female, in no acute distress.

Vital Signs: Blood pressure 106/83. Pulse 73. Weight 129 pounds, decreased 8 pounds.

HEENT: PERRL, EOMI. Oropharynx without erythema or exudate.

Heart: S1, S2, RRR.

Lungs: Clear to auscultation.

Extremities: Had no edema.

Musculoskeletal: There were Heberden's and Bouchard's nodes bilaterally. There was mild loss of range of motion in the cervical spine and shoulders in all planes.

## Procedure Documentation

None recorded.

## Assessment / Plan

1. Generalized osteoarthritis. The patient is on tramadol at bedtime and Celebrex and has also used ibuprofen p.r.n. She has had symptoms in her hands and her right shoulder, but overall feels that she is stable on her current regimen. She is due for laboratory monitoring today.

2. Ehlers-Danlos syndrome. The patient is currently stable.

3. History of right rotator cuff repair. The patient was seen by Dr. Silver since her last visit on 09/10/2020 and had a steroid injection performed with significant improvement of her symptoms. An x-ray that was performed of her shoulder on 08/06/2020 revealed advanced glenohumeral arthropathy and a prominent lucency within the superior aspect of the glenoid consistent with a geode. At this point, she is planning to continue doing light weights and Tai chi to help improve her shoulder symptoms.

Plan:

1. Laboratory studies as below.

2. Continue Celebrex and tramadol.

3. Return to clinic in 6 months.

**Ehlers-Danlos syndrome**
  Q82.8: Other specified congenital malformations of skin

**Degenerative joint disease involving multiple joints**
  M15.0: Primary generalized (osteo)arthritis
- OSTEOARTHRITIS: CARE INSTRUCTIONS
- CBC WITH DIFFERENTIAL/PLATELET
- COMP. METABOLIC PANEL (14)-322000-P

Return to Office
- Belhorn Linda, MD for Office Visit at 1-WPP Rheum on 08/16/2021 at 11:15 AM

## Encounter Sign-Off
Encounter signed-off by Belhorn Linda, MD, 02/09/2021.
Encounter performed and documented by Belhorn Linda, MD
Encounter reviewed & signed by Belhorn Linda, MD on 02/09/2021 at 7:32am

**LIN000496**



Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

| | |
|---|---|
| Date: February 17, 2021 | |
| To: LINDA BELHORN RHEUMATOLOGY<br>120 WILLIAM PENN PLAZA<br>DURHAM NC 27704 | |
| Attn: | |
| Fax: (919) 281-1700 | |
| From: Lisa Porriello<br>Specialist, Claims<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 422-7909 | |
| Total Pages<br>(Including Cover): 2 | |
| RE:<br><br>Claim #: 4087659<br>Claimant: Rebecca Pifer<br><br>BCBS of North Carolina | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

**LIN000497**



Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

February 17, 2021

Linda Belhorn, Rheumatology
120 WILLIAM PENN PLAZA
DURHAM, NC 27704

RE:     Long Term Disability (LTD) Benefits
        BCBS of North Carolina
        Claim #: 4087659
        Claimant: Rebecca Pifer
        Claimant D.O.B.: ██████ 1960

Dear Linda Belhorn:

We are the Disability Claim Administrator for your patient, Rebecca Pifer.

To evaluate Ms. Pifer's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

   •   Office note dated from February 2021 through the present date

We ask that you provide this information by February 22, 2021.  Failure to provide the requested information may result in an adverse benefit or claim determination.  The information can be faxed to our office at our secure fax number (603) 422-7909 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me using the information below.

Sincerely,

Lisa Porriello
Specialist, Claims
Phone No.: (888) 437-7611 Ext. 69669
Secure Fax No.: (603) 422-7909



Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

| | |
|---|---|
| Date: February 4, 2021 | |
| To: JOHN KALLIANOS<br>4309 MEDICAL PARK DRIVE<br>SUITE 100<br>DURHAM NC 27704 | |
| Attn: | |
| Fax: (919) 477-6131 | |
| From: Lisa Porriello<br>Specialist, Claims<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 422-7909 | |
| Total Pages<br>(Including Cover): 2 | |
| RE:<br><br>Claim #: 4087659<br>Claimant: Rebecca Pifer<br><br>BCBS of North Carolina | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

**LIN000499**



Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

February 4, 2021

John Kallianos
4309 MEDICAL PARK DRIVE
SUITE 100
DURHAM, NC 27704

RE:     Long Term Disability (LTD) Benefits
        BCBS of North Carolina
        Claim #: 4087659
        Claimant: Rebecca Pifer
        Claimant D.O.B.: ▮▮▮▮ 1960

Dear John Kallianos:

We are the Disability Claim Administrator for your patient, Rebecca Pifer.

To evaluate Ms. Pifer's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes dated from January 2019 through the present date

We ask that you provide this information by February 9, 2021.  Failure to provide the requested information may result in an adverse benefit or claim determination.  The information can be faxed to our office at our secure fax number (603) 422-7909 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me using the information below.

Sincerely,

Lisa Porriello
Specialist, Claims
Phone No.: (888) 437-7611 Ext. 69669
Secure Fax No.: (603) 422-7909



Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

| | |
|---|---|
| Date:  February 4, 2021 | |
| To:     WILLIAM MALLON<br>        249 E. HWY 54<br>        DURHAM NC 27713 | |
| Attn: | |
| Fax:    (919) 313-5201 | |
| From:  Lisa Porriello<br>       Specialist, Claims<br>       Phone No.: Phone No.: (888) 437-7611<br>       Secure Fax No.: (603) 422-7909 | |
| Total Pages<br>(Including Cover):    2 | |
| RE:<br><br>Claim #:    4087659<br>Claimant:  Rebecca Pifer<br><br>BCBS of North Carolina | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

**LIN000501**



Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

February 4, 2021

William Mallon
249 E. HWY 54
DURHAM, NC 27713

RE:     Long Term Disability (LTD) Benefits
        BCBS of North Carolina
        Claim #: 4087659
        Claimant: Rebecca Pifer
        Claimant D.O.B.: ███████ 1960

Dear William Mallon:

We are the Disability Claim Administrator for your patient, Rebecca Pifer.

To evaluate Ms. Pifer's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

•     Office treatment notes dated from January 2019 through the present date

We ask that you provide this information by February 9, 2021.  Failure to provide the requested information may result in an adverse benefit or claim determination.  The information can be faxed to our office at our secure fax number (603) 422-7909 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me using the information below.

Sincerely,

Lisa Porriello
Specialist, Claims
Phone No.: (888) 437-7611 Ext. 69669
Secure Fax No.: (603) 422-7909

**LIN000502**

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. REBECCA PIFER
3811 ZENITH PLACE
DURHAM NC 27705

**LIN000503**



Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

February 5, 2021

Ms. Rebecca L. Pifer
3811 ZENITH PLACE
DURHAM, NC 27705

RE:    Long Term Disability (LTD) Benefits
        BCBS of North Carolina
        Claim #: 4087659

Dear Ms. Rebecca Pifer:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under BCBS of North Carolina's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

On February 4, 2021, we requested office treatment notes, test results, and any procedure reports dated from January 2019 through the present date from Dr. Kallianos, Dr. Belhorn, and Dr. Mallon.
    This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- All updated medical records from your treating physicians dated from January 2019 through the present date

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Please complete the forms indicated below and return them to our office by February 10, 2021:

    X   Activities Questionnaire Form
    X   Claimant Information Form
    ___   Other

BCBS of North Carolina's LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

**LIN000504**

If we do not receive all of the requested information by April 3, 2021, 60 days from the date of this request, your benefits will be suspended. If we do not receive all of this requested information by June 2, 2021, 45 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than June 2, 2021 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Lisa Porriello
Specialist, Claims
Phone No.: (888) 437-7611 Ext. 69669
Secure Fax No.: (603) 422-7909

Attachments:   Activities Questionnaire Form
                Claimant Information Form

**LIN000505**

# ACTIVITIES QUESTIONNAIRE

 **Lincoln** Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

**Return To:** Lisa Porriello

*page 1 of 3*

---

EMPLOYEE/CLAIMANT NAME: Rebecca Pifer

CLAIM NO: 4087659        DATE OF BIRTH: ███1960

EMPLOYER/SPONSOR: BCBS of North Carolina

---

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Lincoln Life Assurance Company of Boston.

How long are you able to:

     sit _____    stand _____    walk _____

How many hours a day do you:

     sit _____    stand _____    walk _____

Do you take a nap during the day?

     Yes_____    No _____

     If Yes, for how long? _____    At what time of the day? _____

How many hours a day do you spend in bed? _____

Do you require any assistive devices such as a:

     cane _____   walker_____   crutches _____   wheelchair _____   other_____

How long are you able to sit in a car? _____

Do you hold a valid driver's license?

     Yes_____    No _____

     If No, please explain: _____

     If Yes, how long are you able to drive a car? _____

     **Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

_____

Do you have children?

     Yes_____    No _____    If Yes, what are their dates of birth _____

        Do you need help caring for your children?

        Yes _____    No _____

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

     Yes_____    No _____    If Yes, please explain _____

How many times a day do you leave the house during the week? _____

     On the weekends? _____

How often do you run errands? _____

Please describe what errands you most commonly run: _____

**LIN000506**



How often do you get outdoors? _____

Are you left or right hand dominant?          Left _____     Right _____

Are you able to work in your garden?          Yes _____     No _____

Are you able to work on your house?          Yes _____     No _____

Are you able to wash your car?          Yes _____     No _____

How much time is spent daily on your home computer?
_____ None _____ 0-1 hours _____ 1-2 hours _____ 2-3 hours _____ 3+ hours

How much time is spent weekly on your home computer?
_____ None _____ 0-1 hours _____ 1-2 hours _____ 2-3 hours _____ 3+ hours

What activities do you perform on your home computer.   Please check all that apply:
_____ Pay bills _____ Read news/articles _____ Use search engines _____ Send emails
_____ Visit chat rooms _____ Photos  Other: _____

What computer software applications do you utilize.  Please check all that apply:
_____ Word processing (Word) _____ Spreadsheets (Excel) _____ Database (Access) _____ Graphics
_____ Photo software (Photoshop) _____ Programming  Other: _____

Do you have a working home copy machine/fax machine? _____ Yes _____ No

If yes, please explain purpose and usage: _____

The following questions intend to identify whether or not you are able to <u>independently</u> conduct routine daily activities.  If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | | |
| Carrying groceries into the house | | |
| Cooking meals | | |
| Cleaning after meals | | |
| Cleaning bathrooms | | |
| Vacuuming | | |
| Doing the laundry | | |
| Opening and responding to mail | | |
| Managing your finances | | |
| Balancing your checkbook | | |
| Bathing yourself | | |
| Styling your own hair | | |
| Getting dressed | | |
| Going up and down stairs | | |

Have you been confined to a hospital within the last 12 months?  Yes _____     No _____

If Yes, please provide reason and hospital contact Information: _____

**LIN000507**


How often do you travel or take vacation? _____

Where do you go?  How do you get there (transportation method)? _____

_____

Are you able to pursue your hobbies?          Yes _____     No _____

If Yes, please describe _____

Do you participate in an exercise program?          Yes _____     No _____

If Yes, please describe _____

Do you do any Volunteer work?          Yes _____     No _____

If Yes:

    how many hours per day? _____

    how many hours per week? _____

    for whom? _____

Are you working for wages?          Yes _____     No _____

If Yes, please provide employer's name _____

**Describe in your own words, what prevents you from engaging in <u>any gainful employment</u>.**

_____

_____

_____

_____

_____

_____

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

_____

_____

_____

_____

_____

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

_____

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

_____

\*\*Upon completion of this form, please sign and date below and return in the envelope provided to you.  Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records.  A photo static copy of this form will be as valid as the original.  I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: _____          Date: _____

**LIN000508**

Signature: _____

# CLAIMANT INFORMATION FORM



Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

**Return To:** Lisa Porriello

EMPLOYEE/CLAIMANT NAME: Rebecca Pifer

CLAIM NO: 4087659

EMPLOYER/SPONSOR: BCBS of North Carolina        DATE OF BIRTH: �as 1960

**TO BE COMPLETED BY EMPLOYEE:**

Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 01/01/2019 to 2/1/2021. *If additional space is needed, please use a separate sheet of paper.*

## MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:

Name: _____          Name: _____
Specialty: _____          Specialty: _____
Address: _____          Address: _____
_____          _____
Telephone No. :(___)_____ Fax No. :(___)_____    Telephone No. :(___)_____ Fax No. :(___)_____

Name: _____          Name: _____
Specialty: _____          Specialty: _____
Address: _____          Address: _____
_____          _____
Telephone No. :(___)_____ Fax No. :(___)_____    Telephone No. :(___)_____ Fax No. :(___)_____

## MEDICAL INSURANCE CARRIER(S):

Name: _____          Name: _____
Specialty: _____          Specialty: _____
Address: _____          Address: _____
_____          _____
Telephone No. :(___)_____ Fax No. :(___)_____    Telephone No. :(___)_____ Fax No. :(___)_____

## PHARMACY(S):

Name: _____          Name: _____
Specialty: _____          Specialty: _____
Address: _____          Address: _____
_____          _____
Telephone No. :(___)_____ Fax No. :(___)_____    Telephone No. :(___)_____ Fax No. :(___)_____

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**LIN000509**

**SIGNATURE:** _____  **DATE:** _____

**LIN000510**



**Lincoln**
**Financial Group®**

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

| | |
|---|---|
| Date: February 4, 2021 | |
| To:     JOHN KALLIANOS<br>4309 MEDICAL PARK DRIVE<br>SUITE 100<br>DURHAM NC 27704 | |
| Attn: | |
| Fax:    (919) 477-6131 | |
| From: Lisa Porriello<br>Specialist, Claims<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 422-7909 | FEB 0 4 2021 |
| Total Pages<br>(Including Cover):     2 | FAXED |
| RE:<br><br>Claim #:     4087659<br>Claimant:   Rebecca Pifer<br><br>BCBS of North Carolina | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

*See Attach
Records &
IN-Voice
33 pages*            2/4/21

**LIN000511**

02/04/21  15:02:12  Lincoln Financial      -> 19199267200 20      Lincoln Financial Gr Page 002



Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

February 4, 2021

John Kallianos
4309 MEDICAL PARK DRIVE
SUITE 100
DURHAM, NC 27704

RE:     Long Term Disability (LTD) Benefits
        BCBS of North Carolina
        Claim #: 4087659
        Claimant: Rebecca Pifer
        Claimant D.O.B.: ████████1960

Dear John Kallianos:

We are the Disability Claim Administrator for your patient, Rebecca Pifer.

To evaluate Ms. Pifer's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes dated from January 2019 through the present date

We ask that you provide this information by February 9, 2021. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 422-7909 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me using the information below.

Sincerely,

Lisa Porriello
Specialist, Claims
Phone No.: (888) 437-7611 Ext. 69669
Secure Fax No.: (603) 422-7909

**LIN000512**

FEB 0 4 2021

FAX

## TRIANGLE COMMUNITY PHYSICIANS, PA
### 4309 MEDICAL PARK DR., SUITE 200 DURHAM, NC 27704
### Phone: 919-471-4484    Fax: 919-477-6131

TAX Id 56-1698415

Robert C. Pennington, MD      John A. Kallianos, MD      Kombiz P. Klein, DO

**Re: INVOICE for MEDICAL RECORDS**

DATE:   2-4-21

TO:   Lincoln Financial Group

PATIENT:   Rebecca Pifer   # 11699E

Please find enclosed the medical records you requested. There is a charge of seventy-five (.75) cents per page for the first 25 pages, fifty (.50) cents for pages 26-100 and twenty-five (.25) cents for each page in excess of 100 pages.

Please pay $   19.75 .

Make checks payable to Triangle Community Physicians, P.A.

Thank you.

Triangle Community Physicians, P.A.       33 pages

LIN000513

# Current Medications - Rebecca K. Pifer

**buPROPion HCl ER (XL) 300 MG Oral Tablet Extended Release 24 Hour, 1 (one) Tablet every morning, #30, starting 11/30/2020, Ref. x5. Active.**
Recorded 11/30/2020 01:45 PM by John A. Kallianos, MD, Refill Request.
- ePrescribed 11/30/2020 1:45 PM
  HARRIS TEETER NORTH POINTE SHOP 497, 1802 NORTH POINTE DR, DURHAM, NC 27705 (919) 220-6894

**Gabapentin 600 MG Oral Tablet, 1 Tablet three times daily, #90, starting 10/27/2020, Ref. x5. Active.**
Recorded 10/27/2020 07:30 AM by John A. Kallianos, MD, Refill Request.
- ePrescribed 10/27/2020 7:30 AM
  HARRIS TEETER NORTH POINTE SHOP 497, 1802 NORTH POINTE DR, DURHAM, NC 27705 (919) 220-6894

**traZODone HCl 100 MG Oral Tablet, 1 (one) Tablet at bedtime, #30, starting 09/10/2020, Ref. x5, Mail Order #90, Ref. x4. Active.**
Local Order:
- Pharmacist Notes: DX: 311
Recorded 09/10/2020 07:41 AM by John A. Kallianos, MD, Annotation/Addendum.
- ePrescribed 9/10/2020 7:41 AM
  HARRIS TEETER NORTH POINTE SHOP 497, 1802 NORTH POINTE DR, DURHAM, NC 27705 (919) 220-6894

**Estradiol-Norethindrone Acet 0.5-0.1 MG Oral Tablet, 1 Tablet Tablet Tablet Every Day, #28, starting 02/10/2014, Ref. x12, Mail Order #90, Ref. x4. Active.**
Recorded 05/14/2019 04:53 PM by Tammy Ferrell MA, Office Visit.

**CeleBREX 200 MG Oral Capsule, 1 Twice Daily, 60.00, starting 03/13/2012, No Refill. Active.**
Recorded 03/13/2012 03:46 PM by John A. Kallianos, MD, Historical Summary.

**Vitamin C ER (1000MG Tablet ER, 1 Oral Daily) Active.**
Recorded 05/14/2019 04:53 PM by Tammy Ferrell MA, Office Visit.

**Calcium 600 (1500MG Tablet, 1 Oral Daily) Active.**
Recorded 05/14/2019 04:53 PM by Tammy Ferrell MA, Office Visit.

**B Complex (1 Oral daily) Active.**
Recorded 05/14/2019 04:53 PM by Tammy Ferrell MA, Office Visit.

---

Printed by Sylvia Pettiford on 2/4/2021        Page 1/1

**LIN000514**

# HCC Category NON HCC History - Rebecca K. Pifer

**Annual physical exam (Z00.00)** *Promoted*
Recorded 05/15/2019 02:32 PM by Tammy Ferrell MA, Office Visit.
- CBC, PLATELETS & AUT DIFF (85025)
- METABOLIC PANEL, BASIC (80048)
- HEPATIC FUNCTION PANEL (80076)
- URINALYSIS W MICROSCOPY (81000)
- LIPID PANEL (80061)
- COLLECT VENOUS BLOOD, VENIPUNCTURE (36415)
- 1 YEAR: discussed with patient and provided information.

**Body mass index (BMI) 21.0-21.9, adult (Z68.21)** *Promoted*
Recorded 05/16/2019 07:51 AM by John A Kallianos, MD, Office Visit.

**Breast cancer screening (Z12.39)** *Promoted*
Recorded 05/16/2019 07:51 AM by John A Kallianos, MD, Office Visit.
- MAMMOGRAM BREAST BILATERAL SCREENING DIGITAL (77067)

**Cervicalgia (M54.2)** *Promoted*
Problem onset is 11/7/2003; acuity set as Undefined;
Recorded 05/07/2018 03:45 PM by Tammy Ferrell MA, Office Visit.

**Colon cancer screening (Z12.11)** *Promoted*
Impression: UTD with colonoscopy
Recorded 05/16/2019 07:50 AM by John A Kallianos, MD, Office Visit.

**Depression (F32.9)** *Promoted*
Problem onset is 1/28/2010; acuity set as Undefined;
Impression: Stressors with divorce and troubled second child
Recorded 05/15/2019 02:31 PM by Tammy Ferrell MA, Office Visit.

**Ehlers-Danlos syndrome (Q79.6)** *Promoted*
Problem onset is 3/13/2012; acuity set as Undefined;
Impression: slight interval worsening. She is still permanently disabled
Recorded 05/15/2019 02:31 PM by Tammy Ferrell MA, Office Visit.

**Herpes zoster, uncomplicated (B02.9)** *Promoted*
Problem onset is 12/22/2010; acuity set as Undefined;
Recorded 02/07/2014 05:48 PM by Dawn Arnold MA, Office Visit.

**Neuropathy, idiopathic peripheral NOS (G60.9)** *Promoted*
Problem onset is 3/13/2012; acuity set as Undefined;
Recorded 05/15/2019 02:31 PM by Tammy Ferrell MA, Office Visit.

**Osteoarthrosis, shoulder region (M19.019)** *Promoted*
Problem onset is 3/13/2012; acuity set as Undefined;
Recorded 02/19/2016 09:14 AM by Tammy Ferrell MA, Office Visit.

**Papilledema (H47.10)** *Promoted*
Recorded 02/11/2019 08:57 AM by John A Kallianos, MD, Office Visit.
- Referral to Neurology
- MRI BRAIN W/DYE (70552)

**Symptom, pain, chest NOS (R07.9)** *Promoted*
Problem onset is 8/11/2006; acuity set as Undefined;
Recorded 08/11/2006 11:22 AM by John A Kallianos, MD, Historical Summary.

**Symptom, palpitations (R00.2)** *Promoted*
Problem onset is 8/11/2006; acuity set as Undefined;
Recorded 10/02/2017 04:19 PM by Tammy Ferrell MA, Office Visit.

**Varicosities of leg (I83.93)** *Promoted*
Impression: worsening symptoms despite use of compression stockings. Recommend proceeding with surgical intervention
Recorded 05/15/2019 02:31 PM by Tammy Ferrell MA, Office Visit.

**Wound open, head NEC w/o complication (S01.90XA)** *Promoted*
Problem onset is 4/28/2009; acuity set as Undefined;
Recorded 04/28/2009 12:00 AM by John A Kallianos, MD, Historical Summary.

Printed by Sylvia Pettiford on 2/4/2021                                    Page 1/2

LIN000515

## HCC Category NON HCC History - Rebecca K. Pifer

**Bronchitis, acute (J20.9)**
Problem onset is 5/14/2002; acuity set as Undefined;
Recorded 10/03/2017 11:45 AM by John A Kallianos, MD, Office Visit.
- Amoxicillin 875 MG Oral Tablet, 1 (one) Tablet two times daily, #20, starting 10/03/2017, No Refill. Active. (DX: 462)

**Influenza vaccine 3yo to 64yo (Z23)**
Recorded 10/10/2020 01:03 PM by Tracy Arnold LPN, Historical Summary.
- INFLUENZA QUADRIVALENT VACCINE 3 YEARS OR OLDER (90688)
- IMMUNIZ ADMNIN (1ST) (90471)

**Pharyngitis, acute (J02.9)**
Problem onset is 5/21/2007; acuity set as Undefined;
Recorded 09/30/2015 08:20 AM by Shelia Capel, Annotation/Addendum.

**Sinusitis, acute NOS (J01.90)**
Problem onset is 1/28/2010; acuity set as Undefined;
Recorded 09/15/2014 11:06 AM by Tammy Ferrell MA, Annotation/Addendum.

**Sore throat, streptococcal (J02.0)**
Problem onset is 3/13/2006; acuity set as Undefined;
Recorded 09/15/2014 11:06 AM by Tammy Ferrell MA, Annotation/Addendum.

Case 1:22-cv-00186-WO-JLW Document 21-1 Filed 10/24/22 Page 516 of 763



## TRIANGLE COMMUNITY
### PHYSICIANS, P.A.

4309 Medical Park Drive #200, Durham, NC 27704
Tel: (919) 471-4484 Fax: (919) 477-6131
Robert C. Pennington, MD     John A. Kallianos, MD     Kombiz P. Klein, DO

---

**Rebecca K. Pifer**                   **Patient #:** 11689E               **DOB:** ███ 1960 (60 years)
**Female/Married/White/Undefined**
**Date of Encounter:** 02/11/2019 08:39 AM

---

### History of Present Illness

The patient is a 58 year old female who presents for a Recheck of Peripheral neuropathy. Note for "Peripheral neuropathy": Her symptoms have shown some interval worsening.

Additional reasons for visit:

Recheck of Arthralgias is described as the following:
Note for "Arthralgias": She is limited in her exercise capacity by her Ehlers-Danlos. She needs a form completed for her life Insurance re: her long term disability.

Recheck of Depression is described as the following:
Note for "Depression": She is seeing a therapist( Dr. Wertman). She has had difficulty with her lawyer who dropped her and has a large outstanding balance. She is going through the bar to reconsile her balanace.

Blurring of vision is described as the following:
Note for "Blurring of vision": She has new glasses, but her vision is blurry. She was seen last week by Dr. Rosenstein and she has papilledema. Her vision may be a little better this week. She is worried about possible MS.

**Past Medical History** *(Tammy Ferrell MA; 02/08/2019 02:28 PM)*
**Neuropathy, idiopathic peripheral NOS (G60.9)** (03/13/2012)
**Ehlers-Danlos syndrome (Q79.6)** (03/13/2012)
**Depression (F32.9)** (01/28/2010)
**Varicosities of leg (I83.93)**

**Allergies** *(Tammy Ferrell MA; 02/08/2019 02:28 PM)*
**No Known Drug Allergies** [ ] 06/23/2003

**Medication History** *(Tammy Ferrell MA; 02/08/2019 02:28 PM)*
BuPROPion HCl ER (XL) (300MG Tablet ER 24HR, 1 (one) Tablet Oral every morning, Taken starting 10/02/2018) Active.
TraZODone HCl (50MG Tablet, 1 (one) Tablet Oral at bedtime, Taken starting 08/28/2018) Active. (DX: 311)
Gabapentin (600MG Tablet, 1 Tablet Oral three times daily, Taken 07/26/2018 to 01/21/2017) Active.
Estradiol-Norethindrone Acet (0.5-0.1MG Tablet, 1 Tablet Oral Every Day, Taken starting 02/10/2014) Active.
CELEBREX (200MG Capsule, 1 Twice Daily, Taken 03/13/2012 to 04/11/2012) Active.
Vitamin C ER (1000MG Tablet ER 1 Oral Daily) Active - Hx Entry.
Calcium 600 (1500MG Tablet 1 Oral Daily) Active - Hx Entry.
B Complex (1 Oral daily) Active - Hx Entry.

### Review of Systems
**General** Present- Fatigue.
**Respiratory** Present- Cough.
**Musculoskeletal** Present- Myalgia.
**Psychiatric** Present- Depression. Not Present- Anxiety, Change in Sleep Pattern and Mood changes.

### Vitals
<u>02/11/2019 08:39 AM</u>
**Weight:** 135 lb

**Pulse:** 79 (Regular)  **P. OX:** 98% (Room air)
**BP:** 134/80 Manual (Sitting, Left Arm, Standard)

**LIN000517**

Case 1:22-cv-00186-WO-JLW    Document 21-1    Filed 10/24/22    Page 517 of 763

**Physical Exam**
The physical exam findings are as follows:

**General**
**Mental Status** - Alert.
**General Appearance** - Well groomed.
**Orientation** - Oriented X3.

**Chest and Lung Exam**
**Auscultation**
**Breath sounds - Bronchial -** Both Lung Fields.

**Cardiovascular**
**Examination of related systems reveals** - well-developed, well-nourished and in no acute distress; alert and oriented x 3, eyes are clear, with no discharge, lesions or obvious infection of the conjunctivae or lids, normal thyroid size and consistency, no thyroid mass or tenderness, respiratory effort is quiet, even and easy with no use of accessory muscles, on auscultation of the lungs, normal breath sounds with no rales or rhonchi and no abdominal masses or tenderness; no hepatosplenomegaly.

**Assessment & Plan**

**Ehlers-Danlos syndrome (Q79.6)** Onset: 03/13/2012
**Today's Impression:** slight interval worsening. She is still permanently disabled
Current Plans:
- Instructed to make follow-up appointment for office visit following completion of diagnostic tests

- Instructed to make appointment for follow-up office visit after appointment with specialist


**Depression (F32.9)** Onset: 01/28/2010
**Today's Impression:** Stressors with divorce and troubled second child
Current Plans:


**Papilledema (H47.10)**
Current Plans:
- MRI BRAIN W/DYE (70552) Routine ()
- Referral to Neurology


John A. Kallianos MD

LIN000518



Raleigh Radiology Brier Creek
8851 Ellstree Ln., Suite 100
Raleigh, NC 27617
Phone #: (919)877-5400
Fax: (919)877-5480

| | |
|---|---|
| Name: Rebecca Pifer | Exam Date: 2/27/2019 11:14 AM |
| DOB: ████ 1960 | Exam Name: MRI BRAIN AND IAC WITH AND |
| Phone: (919)597-8606 | WITHOUT CONTRAST \| 70553 |
| Patient ID: 1039125 | Referrer: John Kallianos, MD |
| Acc #: 2655390 | Referrer #1 Phone: 9194714484 |
| SID: 2655390 | |

MRI BRAIN AND IAC WITH AND WITHOUT CONTRAST:

HISTORY: Papilledema . Tinnitus. Unsteady gait.

COMPARISON: 3/22/2012 MRI from outside institution

CONTRAST: 12 mL of Dotarem.

TECHNIQUE: Routine imaging of the brain was obtained as well as high-resolution imaging through the
IACs, before and after contrast.

FINDINGS:

Ventricular system: Ventricles appear normal

Parenchyma: No cortical encephalomalacia. No evidence of mass, midline shift, or edema. Minimal
T2 hyperintense foci within the white matter, probably normal for age. No acute ischemia. Flow voids
at the skull base visualized. No evidence of intracranial hemorrhage or extra-axial fluid
collection. Basal cisterns and midline structures unremarkable. Low-lying cerebellar tonsils. No
signal abnormality in the cerebellum or brainstem. No abnormal contrast enhancement.

IAC: The courses of cranial nerves VII and VIII are normal bilaterally, without evidence of mass or
abnormal enhancement. The cochleae and semicircular canals are normal in appearance bilaterally. The
porus acusticus is normal bilaterally. No masses are seen in the cerebellopontine angles. The
courses of the internal carotid arteries are normal. The vestibular aqueducts and the remainder of
the skull base are normal.

Paranasal sinuses and mastoid air cells: No significant sinus disease. Trace fluid in the inferior
left mastoid air cells.

Other: Calvarium intact. The globes appear intact. No evidence of intraocular hemorrhage or lens
dislocation. The optic nerves are normal in course and signal. The intraconal fat is normal.
Extraocular muscles, superior ophthalmic veins, lacrimal glands and fossae are normal.

IMPRESSION:

This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

LIN000519

**Continued...**

**Name:**       Rebecca Pifer                    **Patient ID:** 1039125
**Date of Birth:** 7/2/1960                      **Acc #:**       2655390

___

1. Negative MRI of the brain and IAC.
2. No discrete abnormality of the orbits.
3. Low-lying cerebellar tonsils, stable and likely incidental.


https://mobility.raleighrad.com:8443/app?name=imageviewer&client=flex&AccessionNumber=2655390

**Report Electronically Signed by:** Mustafa Khan, MD
**Report Electronically Signed on:** 2/28/2019 10:33 AM

___

Completed Date: 2/27/2019 11:14 AM          Read Location:
Technologist:    Scott Thomas                Interpreting Rad: Mustafa Khan, MD
                                             Dictated Date:   2/28/2019 10:24 AM


This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

LIN000520



## TRIANGLE COMMUNITY
### PHYSICIANS, P.A.

4309 Medical Park Drive #200, Durham, NC 27704
Tel: (919) 471-4484 Fax: (919) 477-6131
**Robert C. Pennington, MD**     **John A. Kallianos, MD**     **Kombiz P. Klein, DO**

---

| | | |
|---|---|---|
| **Rebecca K. Pifer** | **Patient #:** 11689E | **DOB:** ▮1960 (60 years) |

**Female/Married/White/Undefined**
**Date of Encounter:** 05/15/2019 02:30 PM

---

### History of Present Illness

The patient is a 58 year old female who presents today for a physical. Note for "Complete Physical - Female": She is going through mediation for her divorce.

Additional reasons for visit:

Recheck of Peripheral neuropathy is described as the following:
Note for "Peripheral neuropathy": Her symptoms have shown some interval worsening.

Recheck of Arthralgias is described as the following:
Note for "Arthralgias": She is limited in her exercise capacity by her Ehlers-Danlos. She needs a form completed for her life Insurance re: her long term disability.

Recheck of Depression is described as the following:
Note for "Depression": She is seeing a therapist( Dr. Wertman). She has had difficulty with her lawyer who dropped her and has a large outstanding balance. She is going through the bar to reconsile her balanace.

Recheck of Blurring of vision is described as the following:
Note for "Blurring of vision": Her recent MRI did not show MS.

**Past Medical History** *(Tammy Ferrell MA; 05/15/2019 02:31 PM)*
**Depression (F32.9)** (01/28/2010)
**Ehlers-Danlos syndrome (Q79.6)** (03/13/2012)
**Neuropathy, idiopathic peripheral NOS (G60.9)** (03/13/2012)
**Varicosities of leg (I83.93)**

**Past Surgical** *(Tammy Ferrell MA; 05/15/2019 02:31 PM)*
**None** (05/07/2018)

**Allergies** *(Tammy Ferrell MA; 05/15/2019 02:31 PM)*
**No Known Drug Allergies [ ]** 06/23/2003

**Medication History** *(Tammy Ferrell MA; 05/15/2019 02:31 PM)*
TraZODone HCl (50MG Tablet, 1 (one) Tablet Oral at bedtime, Taken starting 03/21/2019) Active. (DX: 311)
BuPROPion HCl ER (XL) (300MG Tablet ER 24HR, 1 (one) Tablet Tablet Oral every morning, Taken starting 10/02/2018) Active.
Gabapentin (600MG Tablet, 1 Tablet Tablet Oral three times daily, Taken 07/26/2018 to 01/21/2017) Active.
Estradiol-Norethindrone Acet (0.5-0.1MG Tablet, 1 Tablet Tablet Oral Every Day, Taken starting 02/10/2014) Active.
CELEBREX (200MG Capsule, 1 Twice Daily, Taken 03/13/2012 to 04/11/2012) Active.
Vitamin C ER (1000MG Tablet ER, 1 Oral Daily) Active.
Calcium 600 (1500MG Tablet, 1 Oral Daily) Active.
B Complex (1 Oral daily) Active.

**LIN000521**

PAGE 11/33 * RCVD AT 2/5/2021 4:22:41 PM [Eastern Standard Time] * SVR:VAI-CFAXA01/2 * DNIS:6034721909 * CSID: * ANI:4919477661 * DURATION (mm-ss):14-43

Case 1:22-cv-00186-WO-JLW    Document 21-1    Filed 10/24/22    Page 521 of 763

## Review of Systems

**General** Present- Feeling well. Not Present- Fatigue, Fever, Night Sweats, Weight Gain > 10lbs. and Weight Loss > 10lbs..
**Skin** Not Present- Change in Wart/Mole, Itching, New Lesions and Rash.
**HEENT** Not Present- Bleeding Gums, Frequent Colds, Headache, Hearing Loss, Hoarseness and Visual Disturbances.
**Neck** Not Present- Swollen Glands.
**Respiratory** Not Present- Cough and Difficulty Breathing.
**Breast** Not Present- Breast Mass, Breast Pain, Nipple Discharge and Skin Changes.
**Cardiovascular** Not Present- Chest Pain, Shortness of Breath and Swelling of Extremities.
**Gastrointestinal** Not Present- Abdominal Pain, Constipation, Diarrhea, Difficulty Swallowing and Rectal Bleeding.
**Female Genitourinary** Not Present- Frequency, Menstrual Irregularities, Painful Urination, Pelvic Pain, Urgency and Vaginal Discharge.
**Musculoskeletal** Present- Myalgia. Not Present- Calf Pain, Joint Pain and Muscle Cramps.
**Neurological** Not Present- Dizziness, Numbness and Weakness.
**Psychiatric** Present- Depression. Not Present- Anxiety, Change in Sleep Pattern and Mood changes.
**Endocrine** Not Present- Cold Intolerance, Excessive Thirst, Excessive Urination and Heat Intolerance.
**Hematology** Not Present- Easy Bruising, Enlarged Lymph Nodes and Prolonged Bleeding.

## Vitals
05/15/2019 02:32 PM
**Weight:** 130 lb **Height:** 65.25 in
**Body Surface Area:** 1.65 m² **Body Mass Index:** 21.47 kg/m²
**Pulse:** 65 (Regular) **P. OX:** 97% (Room air)
**BP:** 120/84 Manual (Sitting, Left Arm, Standard)

## Physical Exam
The physical exam findings are as follows:

### General
**Mental Status** - Alert.
**General Appearance** - Cooperative, Well groomed, Consistent with stated age, Not in acute distress.
**Posture** - Normal posture.
**Gait** - Normal.

### Integumentary
**General Characteristics**
**Overall examination of the patient's skin reveals -** no suspicious lesions, no bruises and no evidence of scars. **Color** - normal coloration of skin. **Skin Moisture** - normal skin moisture.

### Head and Neck
**Head** - normocephalic, atraumatic with no lesions or palpable masses.
**Neck**
**Global Assessment** - full range of motion and supple, no bruit auscultated on the right, no bruit auscultated on the left, non-tender, no lymphadenopathy, no palpable mass on the right, no palpable mass on the left, no nucchal rigidty.
**Thyroid**
**Gland Characteristics** - normal size and consistency, no palpable nodules, non-tender.

### Eye
**Vision** - Visual fields without obvious defect.
**Eyeball - Bilateral** - Normal.
**Pupil - Bilateral** - Normal.

### ENMT
**Global Assessment**
**Upon examination of the ears, nose, mouth and throat** - otoscopic exam reveals normal external auditory canals, with tympanic membranes clear and mobile, on external inspection of the nose, there are no scars, lesions or bony deformities, internal examination of the nose reveals midline septum and pink nasal mucosa with normal turbinates, nasopharynx is normal and without visible mass, examination of the oral cavity reveals normal lips, teeth, gums and oral mucosa, hard and soft palates, tongue, tonsils and posterior pharynx are moist and symmetric without lesions, pharyngeal walls and pyriform sinuses are normal with no pooling of saliva, asymmetry or lesions and Laryngeal mobility normal. True and false vocal cords, epiglottis without mass or lesions.

### Chest and Lung Exam
**Chest and lung exam reveals** - normal excursion with symmetric chest walls, quiet, even and easy respiratory effort with no use of accessory muscles and on auscultation, normal breath sounds, no adventitious sounds and normal vocal resonance.

### Cardiovascular
**Examination of related systems reveals** - well-developed, well-nourished and in no acute distress; alert and oriented x 3, eyes are clear, with no discharge, lesions or obvious infection of the conjunctivae or lids, normal thyroid size and consistency, no thyroid mass or tenderness, respiratory effort is quiet, even and easy with no use of accessory muscles, on auscultation of the lungs, normal breath sounds with no rales or rhonchi and no abdominal masses or tenderness; no hepatosplenomegaly.
**Cardiovascular examination reveals** - on palpation PMI is normal in location and amplitude, no palpable S3 or S4. Normal cardiac borders., normal heart sounds, regular rate and rhythm with no murmurs, carotid auscultation reveals no bruits, normal pedal pulses bilaterally and no digital clubbing, cyanosis, edema, increased warmth or tenderness.

### Abdomen
**Palpation/Percussion**
**Palpation and Percussion of the abdomen reveal** - Soft, Non Tender, No Rebound tenderness, No Rigidity (guarding), No Abnormal dullness to percussion and No hepatosplenomegaly.

LIN000522

## Neurologic
**Cranial Nerves** - Normal Bilaterally.
**Sensory** - Normal.
**Motor**
**Bulk and Contour** - Normal. **Tone** - Normal. **Strength - 5/5 normal muscle strength** - All Muscles.
**Coordination** - Normal.

## Neuropsychiatric
**Mental status exam performed with findings of** - Oriented X3 with appropriate mood and affect, able to articulate well with normal speech/language, rate, volume and coherence, thought content normal with ability to perform basic computations and apply abstract reasoning and demonstrates appropriate judgment and insight.

## Lymphatic
**General Lymphatics**
**Description -** No Generalized lymphadenopathy.

## Assessment & Plan

## Annual physical exam (Z00.00)
Current Plans:
- CBC, PLATELETS & AUT DIFF (85025) Routine ()
- METABOLIC PANEL, BASIC (80048) Routine ()
- HEPATIC FUNCTION PANEL (80076) Routine ()
- URINALYSIS W MICROSCOPY (81000) Routine ()
- LIPID PANEL (80061) Routine ()
- COLLECT VENOUS BLOOD, VENIPUNCTURE (36415) Routine ()
- Patient instructed to return in 1 year.

**Depression (F32.9)** Onset: 01/28/2010
**Today's Impression:** Stressors with divorce and troubled second child
Current Plans:

## Breast cancer screening (Z12.39)
Current Plans:
- MAMMOGRAM BREAST BILATERAL SCREENING DIGITAL (77067) Routine ()

**Colon cancer screening (Z12.11)**
**Today's Impression:** UTD with colonoscopy
Current Plans:

**Body mass index (BMI) 21.0-21.9, adult (Z68.21)**
Current Plans:

John A. Kallianos MD

LIN000523

Case 1:22-cv-00186-WO-JLW Document 21-1 Filed 10/24/22 Page 523 of 763

From: 8442930897      Page: 2/6      Date: 8/6/2019 11:57:07 AM

Triangle Orthopaedics • 120 William Penn Plaza, DURHAM NC 27704-2150

**PIFER, REBECCA (id #425618, dob:** ▮▮▮/1960)



Triangle Orthopaedic Associates, P.A.
120 William Penn Plaza
DURHAM, NC 27704-2150
Phone: (919) 220-5255, Fax: (919) 220-2627

Date: 08/06/2019

RE: Rebecca Pifer, DOB: ▮▮▮1960, PT ID #425618

Dear Dr Kallianos,

I had the pleasure of seeing Rebecca Pifer, in my office for a recent follow up visit. I have enclosed a copy of the office note for your records. Once again, thank you for allowing me to participate in the care of this patient.

Sincerely,

Electronically Signed by: BELHORN LINDA, MD

Triangle Orthopaedics                                           Pifer, Rebecca (ID: 425618), DOB: ▮▮▮/1960

This fax was received by GFi FaxMaker fax server. For more information, visit: http://www.gfi.com

**LIN000524**

Case 1:22-cv-00186-WO-JLW   Document 21-1   Filed 10/24/22   Page 524 of 763

ENCOUNTER REASON/DATE

Followup: Ehlers-Danlos syndrome
Followup: Osteopenia
Followup: Degenerative joint disease involving multiple joints
08/05/2019 - 11:15AM - WPP Rheum

HISTORY OF PRESENT ILLNESS

The patient returns for followup of her generalized osteoarthritis and Ehlers-Danlos syndrome. She was last seen on 01/21/2019. Since that time, she has been reasonably stable. She will be having her divorce become final on 08/14/2019 and her house will close on 08/16/2019. Her daughter graduated from UNC Wilmington with a degree in marine sciences and her son is currently enrolled at Durham Tech. She would like to consider getting a house closer to the coast. She has had some increased pain in her right thumb joint and some loss of range of motion. She has also had some worsening neck pain and would like to have a physical therapy referral. She also reports in February that she had headache and blurry vision that was ultimately determined to be due to the stress of dealing with her divorce. She had an MRI of her brain and was seen by a neuroophthalmologist with negative exams. She reports that she has had an occasional burning sensation in her upper back in a cross type distribution with significant pain that occurs intermittently. She denies any ocular inflammation, oral ulcers, dry mouth, chest pain, shortness of breath, indigestion, diarrhea, constipation or dysuria. She has had some recent increased headaches also. She has brought a form today for her life insurance waiver of premium statements and would like to have this completed.

REVIEW OF SYSTEMS

**Additionally reports:**

**Reported by Patient**
**CONSTITUTIONAL: no Fever, no Night Sweats, no Weight gain, no Weight loss, no Weakness**

**EYES: no Dry eyes, no Irritation, no Vision change**

**EARS: no Difficulty hearing, no Ear pain**

**NOSE: no Frequent nosebleeds, no Nose/sinus problems**

**MOUTH/THROAT: no Sore throat, no Bleeding gums, no Snoring, no Dry mouth, no Oral abnormalities, no Mouth ulcer, no Teeth abormalities, no Mouth breathing**

**CARDIOVASCULAR: no Chest pain on exertion, no Arm pain on exertion, no Shortness of breath when walking, no Shortness of breath when lying down, no Palpitations, no Known heart murmur, no Light-headed on standing**

**RESPIRATORY: no Cough, no Wheezing, no Shortness of breath, no Coughing up blood, no Sleep apnea**

**GASTROINTESTINAL: no Abdominal pain, no Vomiting, no Change in appetite, no Black or tarry stools, no Frequent diarrhea, no Vomiting blood**

**GENITOURINARY: INCREASED URINARY FREQUENCY, but no Urinary loss of control, no Difficulty urinating, no Hematuria, no Incomplete emptying**

**SKIN: no Abnormal mole, no Jaundice, no Rash, no Itching, no Dry skin, no Growth/lesions**

**NEUROLOGIC: FREQUENT OR SEVERE HEADACHES, but no Loss of Consciousness, no Weakness, no Numbness, no Seizures, no Dizziness, no Migraines, no Restless legs**

**PSYCHIATRIC: no Depression, no Sleep Disturbances, no Restless sleep, no Feeling unsafe in relationship, no Alcohol abuse**

**ENDOCRINE: no Fatigue, no Increased thirst, no Hair loss, no Increased hair growth, no Cold intolerance**

Triangle Orthopaedics                                        Pifer, Rebecca (ID: 425618), DOB:████/1960

This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

LIN000525

**HEMATOLOGIC/LYMPHATIC: EASY BRUISING, but no Swollen glands, no Excessive Bleeding**

**ALLERGIC/IMMUNOLOGIC: no Runny Nose, no Sinus pressure, no Itching, no Hives, no Frequent sneezing**
ROS as noted in the HPI

## PHYSICAL EXAM
08/05/2019 11:43 am

**Ht:** 5 ft 6 in    **Wt:** 130 lbs    **BMI:** 21

**BP:** 95/56    **Pulse:** 72 bpm    **Pain Scale:** 5

Patient is a 59-year-old female.

General: She is a well-developed, well-nourished white female in no acute distress.

Vital Signs: Blood pressure 95/56, pulse 72. Weight 130 pounds.

HEENT: PERRL, EOMI. Oropharynx without erythema or exudate.

Heart: S1, S2, RRR.

Lungs: Clear to auscultation.

Extremities: Had no edema.

Skin: There is no rash.

Musculoskeletal: There were Heberden's and Bouchard nodes bilaterally. There was significant loss of range of motion of the cervical spine and shoulders in all planes.

## RESULTS AND INTERPRETATIONS
None recorded

## ASSESSMENT/PLAN

1. Generalized osteoarthritis. The patient has had persistent symptoms of her cervical spine and would like to have a referral to physical therapy. X-rays in the past have revealed degenerative disk disease. She is currently on tramadol at bedtime and is using ibuprofen 600 mg q.a.m. She does have laboratory studies performed on 01/21/2019 and her creatinine was normal at 0.7. This had previously been found to be increased at 1.19. She will continue her current regimen. She will have an opioid agreement and urine drug screen peformed today due to her tramadol use.

2. Ehlers-Danlos syndrome. The patient has had some skin fragility with shearing of her skin and has some intermittent numbness and tingling that occurs with stress. She is generally stable from this perspective.

3. Depression. The patient will be having her divorce finalized on 08/14/2019 and will have a closing of her house on 08/16/2019. She has continued to use Wellbutrin and feels that she is doing reasonably well. She is also doing some mindfulness techniques.

Plan,

1. No laboratory studies were done today.

2. Urine drug screen and opioid agreement will be done due to tramadol use.

3. Disability form was completed for the patient for a life insurance waiver premium.

4. Return to clinic in 6 months.

5. Referral to physical therapy for neck exercises.

Triangle Orthopaedics    Pifer, Rebecca (ID: 425618), DOB: ▮/1960

This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

LIN000526

### 1. Ehlers-Danlos syndrome
Q 79.6: Ehlers-Danlos syndrome

### 2. Osteopenia
M85.80: Other specified disorders of bone density and structure, unspecified site

### 3. Degenerative joint disease involving multiple joints
M15.0: Primary generalized (osteo)arthritis
- OSTEOARTHRITIS: CARE INSTRUCTIONS
- PHYSICAL THERAPY REFERRAL -     Schedule Within: provider's discretion
  Evaluate & Treat: Exercises for cervical spine

### Return to Office
- Mackenzie Eldridge, DPT for PT New Eval at WPP PT/OT on 08/08/2019 at 02:45 PM
- Belhorn Linda, MD for Office Visit at WPP Rheum on 02/05/2020 at 01:00 PM

## Lab Results

## COMP. METABOLIC PANEL (14)-322000-P 01/22/2019 (#42477888, Final, 01/21/2019 12:30pm)

| Ordering Provider | BELHORN LINDA, MD | Performing Lab | LABCORP BURLINGTON (01) LABCORP BURLINGTON SANJAI NAGENDRA 1447 YORK COURT BURLINGTON, NC 272153361 Account ID: 32099463 |
|---|---|---|---|
| Specimen/Accession ID | 20419904560 | Specimen Source | |
| Specimen Coll. Date | 01/21/2019 12:30 | Result Status | Final |
| Specimen Rec. Date | 01/21/2019 00:00 | Report Status | |
| Specimen Reported Date | 01/22/2019 07:37 | | |

| Report | Result | Ref. Range | Units | Status | Lab |
|---|---|---|---|---|---|
| GLUCOSE | 89 | 65-99 | mg/dL | Final | 01 |
| BUN | 11 | 6-24 | mg/dL | Final | 01 |
| CREATININE | 0.70 | 0.57-1.00 | mg/dL | Final | 01 |
| EGFR IF NONAFRICN AM | 96 | >59 | mL/min/1.73 | Final | 01 |
| EGFR IF AFRICN AM | 110 | >59 | mL/min/1.73 | Final | 01 |
| BUN/CREATININE RATIO | 16 | 9-23 | | Final | 01 |
| SODIUM | 144 | 134-144 | mmol/L | Final | 01 |
| POTASSIUM | 4.6 | 3.5-5.2 | mmol/L | Final | 01 |
| CHLORIDE | 105 | 96-106 | mmol/L | Final | 01 |
| CARBON DIOXIDE, TOTAL | 22 | 20-29 | mmol/L | Final | 01 |
| CALCIUM | 9.7 | 8.7-10.2 | mg/dL | Final | 01 |
| PROTEIN, TOTAL | 6.7 | 6.0-8.5 | g/dL | Final | 01 |
| ALBUMIN | 4.5 | 3.5-5.5 | g/dL | Final | 01 |
| GLOBULIN, TOTAL | 2.2 | 1.5-4.5 | g/dL | Final | 01 |
| A/G RATIO | 2.0 | 1.2-2.2 | | Final | 01 |
| BILIRUBIN, TOTAL | 0.3 | 0.0-1.2 | mg/dL | Final | 01 |
| ALKALINE PHOSPHATASE | 73 | 39-117 | IU/L | Final | 01 |
| AST (SGOT) | 22 | 0-40 | IU/L | Final | 01 |
| ALT (SGPT) | 25 | 0-32 | IU/L | Final | 01 |

Triangle Orthopaedics                                    Pifer, Rebecca (ID: 425618), DOB: ▇▇/1960

This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

LIN000527

From: 8442930897     Page: 6/6     Date: 8/6/2019 11:57:07 AM

| RESULT NOTE | FASTING NO |
|---|---|

## CBC WITH DIFFERENTIAL/PLATELET 01/22/2019 (#42477887, Final, 01/21/2019 12:30pm)

| Ordering Provider | BELHORN LINDA, MD | Performing Lab | LABCORP BURLINGTON (01) LABCORP BURLINGTON SANJAI NAGENDRA 1447 YORK COURT BURLINGTON, NC 272153361 Account ID: 32099463 |
|---|---|---|---|
| Specimen/Accession ID | 20419904560 | Specimen Source | |
| Specimen Coll. Date | 01/21/2019 12:30 | Result Status | Final |
| Specimen Rec. Date | 01/21/2019 00:00 | Report Status | |
| Specimen Reported Date | 01/22/2019 07:37 | | |

| Report | Result | Ref. Range | Units | ^ | Status | Lab |
|---|---|---|---|---|---|---|
| WBC | 5.5 | 3.4-10.8 | x10E3/uL | | Final | 01 |
| RBC | 4.46 | 3.77-5.28 | x10E6/uL | | Final | 01 |
| HEMOGLOBIN | 13.3 | 11.1-15.9 | g/dL | | Final | 01 |
| HEMATOCRIT | 39.8 | 34.0-46.6 | % | | Final | 01 |
| MCV | 89 | 79-97 | fL | | Final | 01 |
| MCH | 29.8 | 26.6-33.0 | pg | | Final | 01 |
| MCHC | 33.4 | 31.5-35.7 | g/dL | | Final | 01 |
| RDW | 13.3 | 12.3-15.4 | % | | Final | 01 |
| PLATELETS | 297 | 150-379 | x10E3/uL | | Final | 01 |
| NEUTROPHILS | 62 | NOT ESTAB. | % | | Final | 01 |
| LYMPHS | 31 | NOT ESTAB. | % | | Final | 01 |
| MONOCYTES | 6 | NOT ESTAB. | % | | Final | 01 |
| EOS | 1 | NOT ESTAB. | % | | Final | 01 |
| BASOS | 0 | NOT ESTAB. | % | | Final | 01 |
| IMMATURE CELLS | NP | | | | Cancelled | 01 |
| NEUTROPHILS (ABSOLUTE) | 3.4 | 1.4-7.0 | x10E3/uL | | Final | 01 |
| LYMPHS (ABSOLUTE) | 1.7 | 0.7-3.1 | x10E3/uL | | Final | 01 |
| MONOCYTES(ABSOLUTE) | 0.3 | 0.1-0.9 | x10E3/uL | | Final | 01 |
| EOS (ABSOLUTE) | 0.1 | 0.0-0.4 | x10E3/uL | | Final | 01 |
| BASO (ABSOLUTE) | 0.0 | 0.0-0.2 | x10E3/uL | | Final | 01 |
| IMMATURE GRANULOCYTES | 0 | NOT ESTAB. | % | | Final | 01 |
| IMMATURE GRANS (ABS) | 0.0 | 0.0-0.1 | x10E3/uL | | Final | 01 |
| NRBC | NP | | | | Cancelled | 01 |
| HEMATOLOGY COMMENTS: | NP | | | | Cancelled | 01 |
| RESULT NOTE | FASTING NO | | | | | |

Triangle Orthopaedics                                          Pifer, Rebecca (ID: 425618), DOB: ███/1960

This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

**LIN000528**

Triangle Orthopaedics • 120 William Penn Plaza, DURHAM NC 27704-2150

**PIFER, REBECCA (id #425618, dob:** ████/1960)



**EmergeOrtho**

Triangle Orthopaedic Associates, P.A,
120 William Penn Plaza
DURHAM, NC 27704-2150
Phone: (919) 220-5255, Fax: (919) 220-2627

Date: 02/07/2020

RE: Rebecca Pifer, DOB: ████ 1960, PT ID #425618

Dear Dr Kallianos,

I had the pleasure of seeing Rebecca Pifer, in my office for a recent follow up visit. I have enclosed a copy of the office note for your records. Once again, thank you for allowing me to participate in the care of this patient.

Sincerely,

Electronically Signed by: BELHORN LINDA, MD

Triangle Orthopaedics             Pifer, Rebecca (ID: 425618), DOB: ████ 1960

This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

**LIN000529**

Case 1:22-cv-00186-WO-JLW * Document 21-1 * Filed 10/24/22 * Page 529 of 763

ENCOUNTER REASON/DATE

Followup: Ehlers-Danlos syndrome
Followup: Osteopenia
Followup: Degenerative joint disease involving multiple joints
02/05/2020 - 01:00PM - WPP Rheum

HISTORY OF PRESENT ILLNESS

The patient returns for followup of her Ehlers-Danlos syndrome and generalized osteoarthritis. She was last seen in 08/2019. Since that time, her divorce has become final as of 08/2019. She has been spending her time being active with doing some gardening and landscaping. Her son lives at home with her and has been helping her do this. She has been going to the gym some also and is trying to stay as active as possible. She has continued to have some intermittent headaches that she feels are related to her arthritis. She also has some fatigue and a sleep disturbance. She is using tramadol and ibuprofen with benefit. She has had some mild indigestion which she feels is due to eating spicy foods. She denies chest pain, shortness of breath, ocular inflammation, oral ulcers, dry mouth, rash, alopecia or Raynaud's phenomenon. She smokes 5 cigarettes per day and may try to stop smoking by her birthday in July. Overall she feels that she is stable on her current regimen.

REVIEW OF SYSTEMS

**Additionally reports:**

**Reported by Patient**
**CONSTITUTIONAL: WEIGHT GAIN, but no Fever, no Night Sweats, no Weight loss, no Weakness**

**EYES: no Dry eyes, no Irritation, no Vision change**

**EARS: no Difficulty hearing, no Ear pain**

**NOSE: no Frequent nosebleeds, no Nose/sinus problems**

**MOUTH/THROAT: no Sore throat, no Bleeding gums, no Snoring, no Dry mouth, no Oral abnormalities, no Mouth ulcer, no Teeth abormalities, no Mouth breathing**

**CARDIOVASCULAR: no Chest pain on exertion, no Arm pain on exertion, no Shortness of breath when walking, no Shortness of breath when lying down, no Palpitations, no Known heart murmur, no Light-headed on standing**

**RESPIRATORY: no Cough, no Wheezing, no Shortness of breath, no Coughing up blood, no Sleep apnea**

**GASTROINTESTINAL: no Abdominal pain, no Vomiting, no Change in appetite, no Black or tarry stools, no Frequent diarrhea, no Vomiting blood**

**GENITOURINARY: no Urinary loss of control, no Difficulty urinating, no Increased urinary frequency, no Hematuria, no Incomplete emptying**

**SKIN: no Abnormal mole, no Jaundice, no Rash, no Itching, no Dry skin, no Growth/lesions**

**NEUROLOGIC: WEAKNESS, NUMBNESS, MIGRAINES, but no Loss of Consciousness, no Seizures, no Dizziness, no Frequent or Severe Headaches, no Restless legs**

**PSYCHIATRIC: DEPRESSION, but no Sleep Disturbances, no Restless sleep, no Feeling unsafe in relationship, no Alcohol abuse**

**ENDOCRINE: FATIGUE, but no Increased thirst, no Hair loss, no Increased hair growth, no Cold intolerance**

**HEMATOLOGIC/LYMPHATIC: EASY BRUISING, but no Swollen glands, no Excessive Bleeding**

**ALLERGIC/IMMUNOLOGIC: no Runny Nose, no Sinus pressure, no Itching, no Hives, no**

Triangle Orthopaedics                                    Pifer, Rebecca (ID: 425618), DOB: ███/1960

This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

LIN000530

**Frequent sneezing**
**ROS as noted in the HPI**

## PHYSICAL EXAM

02/05/2020 6:39 pm

| | | |
|---|---|---|
| **Ht:** 5 ft 6 in | **Wt:** 132 lbs | **BMI:** 21.3 |
| **BP:** 130/73 sitting | **Pulse:** 75 bpm | **T:** 98.6 F° oral |
| **Pain Scale:** 3 | **Pain Scale Type:** Numeric | |

Patient is a 59-year-old female.

General: She is a well-developed, well-nourished white female in no acute distress.

Vital Signs: Blood pressure 130/73, pulse 75. Weight 110 pounds.

HEENT: PERRL, EOMI. Oropharynx without erythema or exudate.

Heart: S1, S2, RRR.

Lungs: Clear to auscultation.

Extremities: Had no edema.

Skin: There is no rash.

Musculoskeletal: There were Heberden's and Bouchard nodes bilaterally. There was significant loss of range of motion of the cervical spine and shoulders in all planes.

## RESULTS AND INTERPRETATIONS

None recorded

## ASSESSMENT/PLAN

IMPRESSION:

1. Generalized osteoarthritis. The patient remains on tramadol and Celebrex with overall stable disease activity. Her cervical spine and shoulders continue to be one of her worst areas of involvement. She has had less stress since her divorce has been finalized. She has been able to go to the gym and do some landscaping in her yard without having a major flare of her symptoms. She is due for laboratory monitoring today.

2. Ehlers-Danlos syndrome. The patient is stable on tramadol and Celebrex.

3. Tobacco use. The patient is planning to stop smoking by July 2020. She currently smokes 5 cigarettes per day.

PLAN:

1. Laboratory studies as below.
2. Continue Celebrex and tramadol.
3. Return to clinic in 3 months.

Linda Belhorn, MD

Date Dictated: 02/05/2020
Date Transcribed: 02/06/2020
LB/AMU
Job #: 208422816

**1. Degenerative joint disease involving multiple joints**
    M15.0: Primary generalized (osteo)arthritis

Triangle Orthopaedics                               Pifer, Rebecca (ID: 425618), DOB: ▮▮▮/1960

This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

**LIN000531**

- OSTEOARTHRITIS: CARE INSTRUCTIONS
- CBC WITH DIFFERENTIAL/PLATELET
- COMP. METABOLIC PANEL (14)-322000-P

**2. Ehlers-Danlos syndrome**
Q82.8: Other specified congenital malformations of skin

**3. Osteopenia**
M85.80: Other specified disorders of bone density and structure, unspecified site

Return to Office
- Belhorn Linda, MD for Office Visit at WPP Rheum on 08/05/2020 at 11:15 AM

## Lab Results

## COMP. METABOLIC PANEL (14)-322000-P 02/06/2020 (#54897621, Final, 02/05/2020 2:31pm)

| Note to Patient | The results of your recent tests are within normal limits. We look forward to seeing you at your next appointment. | | |
|---|---|---|---|
| Ordering Provider | BELHORN LINDA, MD | Performing Lab | LABCORP BURLINGTON (01) LABCORP BURLINGTON SANJAI NAGENDRA 1447 YORK COURT BURLINGTON, NC 272153361 Account ID: 32099463 |
| Specimen/Accession ID | 8710841CE847 | Specimen Source | |
| Specimen Coll. Date | 02/05/2020 14:31 | Result Status | Final |
| Specimen Rec. Date | 02/05/2020 00:00 | Report Status | |
| Specimen Reported Date | 02/06/2020 05:35 | | |

| Report | Result | Ref. Range | Units | A | Status | Lab |
|---|---|---|---|---|---|---|
| GLUCOSE | 82 | 65-99 | mg/dL | | Final | 01 |
| BUN | 14 | 6-24 | mg/dL | | Final | 01 |
| CREATININE | 0.73 | 0.57-1.00 | mg/dL | | Final | 01 |
| EGFR IF NONAFRICN AM | 90 | >59 | mL/min/1.73 | | Final | 01 |
| EGFR IF AFRICN AM | 104 | >59 | mL/min/1.73 | | Final | 01 |
| BUN/CREATININE RATIO | 19 | 9-23 | | | Final | 01 |
| SODIUM | 140 | 134-144 | mmol/L | | Final | 01 |
| POTASSIUM | 4.4 | 3.5-5.2 | mmol/L | | Final | 01 |
| CHLORIDE | 102 | 96-106 | mmol/L | | Final | 01 |
| CARBON DIOXIDE, TOTAL | 22 | 20-29 | mmol/L | | Final | 01 |
| CALCIUM | 9.6 | 8.7-10.2 | mg/dL | | Final | 01 |
| PROTEIN, TOTAL | 6.5 | 6.0-8.5 | g/dL | | Final | 01 |
| ALBUMIN | 4.3 | 3.8-4.9 | g/dL | | Final | 01 |
| **Please note reference interval change** | | | | | | |
| GLOBULIN, TOTAL | 2.2 | 1.5-4.5 | g/dL | | Final | 01 |
| A/G RATIO | 2.0 | 1.2-2.2 | | | Final | 01 |
| BILIRUBIN, TOTAL | 0.4 | 0.0-1.2 | mg/dL | | Final | 01 |
| ALKALINE PHOSPHATASE | 75 | 39-117 | IU/L | | Final | 01 |
| AST (SGOT) | 28 | 0-40 | IU/L | | Final | 01 |

Triangle Orthopaedics                                Pifer, Rebecca (ID: 425618), DOB: ████/1960

This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

**LIN000532**

| ALT (SGPT) | 25 | 0-32 | IU/L | | Final | 01 |
|---|---|---|---|---|---|---|
| RESULT NOTE | FASTING NO | | | | | |

## CBC WITH DIFFERENTIAL/PLATELET 02/06/2020 (#54897619, Final, 02/05/2020 2:31pm)

| Note to Patient | Hi, Your labs have returned and everything is normal. Thank you and I will see you at your next visit. | | |
|---|---|---|---|
| Ordering Provider | BELHORN LINDA, MD | Performing Lab | LABCORP BURLINGTON (01) LABCORP BURLINGTON SANJAI NAGENDRA 1447 YORK COURT BURLINGTON, NC 272153361 Account ID: 32099463 |
| Specimen/Accession ID | 8710841CE847 | Specimen Source | |
| Specimen Coll. Date | 02/05/2020 14:31 | Result Status | Final |
| Specimen Rec. Date | 02/05/2020 00:00 | Report Status | |
| Specimen Reported Date | 02/06/2020 05:35 | | |

| Report | Result | Ref. Range | Units | | Status | Lab |
|---|---|---|---|---|---|---|
| WBC | 6.1 | 3.4-10.8 | x10E3/uL | | Final | 01 |
| RBC | 4.18 | 3.77-5.28 | x10E6/uL | | Final | 01 |
| HEMOGLOBIN | 12.4 | 11.1-15.9 | g/dL | | Final | 01 |
| HEMATOCRIT | 38.0 | 34.0-46.6 | % | | Final | 01 |
| MCV | 91 | 79-97 | fL | | Final | 01 |
| MCH | 29.7 | 26.6-33.0 | pg | | Final | 01 |
| MCHC | 32.6 | 31.5-35.7 | g/dL | | Final | 01 |
| RDW | 12.0 | 11.7-15.4 | % | | Final | 01 |
| PLATELETS | 294 | 150-450 | x10E3/uL | | Final | 01 |
| NEUTROPHILS | 55 | NOT ESTAB. | % | | Final | 01 |
| LYMPHS | 34 | NOT ESTAB. | % | | Final | 01 |
| MONOCYTES | 8 | NOT ESTAB. | % | | Final | 01 |
| EOS | 2 | NOT ESTAB. | % | | Final | 01 |
| BASOS | 1 | NOT ESTAB. | % | | Final | 01 |
| IMMATURE CELLS | NP | | | | Cancelled | 01 |
| NEUTROPHILS (ABSOLUTE) | 3.4 | 1.4-7.0 | x10E3/uL | | Final | 01 |
| LYMPHS (ABSOLUTE) | 2.1 | 0.7-3.1 | x10E3/uL | | Final | 01 |
| MONOCYTES(ABSOLUTE) | 0.5 | 0.1-0.9 | x10E3/uL | | Final | 01 |
| EOS (ABSOLUTE) | 0.1 | 0.0-0.4 | x10E3/uL | | Final | 01 |
| BASO (ABSOLUTE) | 0.0 | 0.0-0.2 | x10E3/uL | | Final | 01 |
| IMMATURE GRANULOCYTES | 0 | NOT ESTAB. | % | | Final | 01 |
| IMMATURE GRANS (ABS) | 0.0 | 0.0-0.1 | x10E3/uL | | Final | 01 |
| NRBC | NP | | | | Cancelled | 01 |
| HEMATOLOGY COMMENTS: | NP | | | | Cancelled | 01 |
| RESULT NOTE | FASTING NO | | | | | |

Triangle Orthopaedics                                    Pifer, Rebecca (ID: 425618), DOB: ███/1960

This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

**LIN000533**

# Rosenstein Vision

**2901 North Duke Street**
**Durham, North Carolina 27704-2623**

| Appointments | Family eye care since 1904 | Fax Number |
|---|---|---|
| (919) 471-4474 |  | (919) 479-7124 |

Aaron A. Rosenstein, OD
Danielle C. Gretz, OD

1904 – 2020

Dr. Nathan Rosenstein (1876-1935)
Dr. Abraham Rosenstein (1899-1974)
Dr. Robert N. Rosenstein

John A Kallianos MD
Triangle Community Physicians
4309 Medical Park Drive
Durham, NC 27704

July 14, 2020

RE: Pifer, Rebecca L
Patient's Date of Birth: ▓▓▓▓1960

**Exam Date: 07/14/2020**

Dear Dr. Kallianos:

This report will provide you with a summary of pertinent clinical findings and observations from my examination. It is a pleasure to have the opportunity to share in the care of this patient.

**EXAMINATION:** Adult eye health and vision examination.
  Contact lens examination.
**PRIMARY CARE PHYSICIAN:** John A. Kallianos, M.D.
**CHIEF COMPLAINT:** Reports blurred vision at distance and near.
**VISION COMPLAINT:** Without spectacle correction Problems are experienced at all ranges. Reading-range has become especially difficult. Intermediate-range vision is difficult. Distance viewing presents challenges. Eye-strain is common. Letters or words run together or move while reading.
**MEDICAL HISTORY:** Depression, 2007.
**SYSTEMIC MEDICATIONS:** trazodone (Desyrel).
  Wellbutrin XL (bupropion).
  No known systemic medication allergies.[ALLERGIC].
**OCULAR HISTORY:** OK (None).
**OCULAR SURGICAL HISTORY:** None.
**OCULAR FAMILY HISTORY:** Glaucoma, mother.
**SOCIAL HISTORY:** Light Tobacco Smoker.
  Patient counseled on tobacco use, 10 minutes or less.
  Alcohol, infrequent, social use only.
**DISPOSITION:** Patient is pleasant and sociable.
**ORIENTATION:** Patient is fully alert to time, place and person.
**AUTO REFRACTION:**
  RT:   -2.75  -2.75 x 177
  LT:   -6.00  -2.75 x 179
**MANIFEST:**
  RT:   -3.25  -2.50 x 170  Add: +2.25  DVA: 20/20
  LT:   -4.50  -2.50 x 172  Add: +2.25  DVA: 20/20--
  BI:       DVA: 20/20  NVA: 20/20
**FINAL SPECTACLE Rx: (Multifocal)**
  RT:   -3.25  -2.50 x 170  Add: +2.25  DVA: 20/20
  LT:   -4.50  -2.50 x 172  Add: +2.25  DVA: 20/20--
  BI:       DVA: 20/20  NVA: 20/20
**FIELD STUDIES-General (92083):** Bilateral: FDT threshold technology utilized. Interpretation and report: Digital perimetry demonstrates normal threshold values in the programs tested.
**TONOMETRY:**  RT: 16 mmHg   LT: 16 mmHg   Test: ICare Rebound  Time: 05:42 PM  Category: Examination
**EXTRAOCULAR MUSCLES:** Ocular motility assessment; full and unrestricted

This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

LIN000534

Patient: Pifer, Rebecca L - Page: 2

**EYELIDS:** No eyelid swelling noted. The eyelid margins are clear and healthy. No defects or abnormalities of the eyelashes are noted.

**PUPILS:** Pupils are equally round, reactive to direct, consensual and near stimulation. No afferent pupillary defect is noted.

**CORNEA:** Epithelium fully intact without evidence of irregularities. Corneal stroma is clear and free of edema or defects. No infiltrates are present. Endothelium free of deposits and guttata.

**CONJUNCTIVA:** Vascular appearance normal for age and environment.

**SCLERA:** Sclera shows no inflammation and no vessel abnormalities.

**IRIS:** The iris appears healthy with normal anatomy and convexity.

**LENS:** Bilateral: 2+ Moderate opacification exists. There is clouding and enlargement of the central nucleus.

**ANTERIOR CHAMBER:** Slit lamp observations include: Anterior chamber that is deep and quiet.

**VITREOUS:** The vitreous is normal.

**OPTIC NERVE:** Optic disc appears normal. The disc size is average. The rim tissue is normal and symmetrical with good color.

**CUP/DISC RATIO:**
  RT: Horz .45  Vert .45
  LT: Horz .45  Vert .45

**POSTERIOR SEGMENT:** Vitreous body clear for age and fully attached. Nerve head well perfused, with good rim tissue. Healthy macula with no edema or degenerative pigmentation. Healthy peripheral retinal structures and vasculature. No drusen, exudate, hemorrhages or evidence of retinopathy. Unless otherwise noted below.

**IMPRESSION(S):**

Bilateral: Patient experiencing good/acceptable contact lens comfort, vision and eye health

Bilateral: Nuclear sclerotic cataract

Myopia

Astigmatism

Presbyopia

**TREATMENT LENS:** Bilateral: Monitor condition as directed. Recommend deferring surgery until functional vision is worse. "Triple" vision in the left eye is likely due to the cataract. Neuro OMD did not find any problems with MRI and said problem was due to optics of the eye.

**SPECTACLE PLAN:** Bilateral: No spectacle Rx change required.

**CONTACT LENS PLAN:** Bilateral: Trial of switching monovision to OD distance and OS near (because "triple" vision in the left eye is not as bad at near). Trial in both Ultra for Astigmatism and Biofinity Toric. Pt to call in about preferred lens. Directed to call in if monovision switch does not work and will give trials in OD for near and OS for distance (does not need to do a CL check for this).

**ORDERS:**
  Recall on or about 07/14/2021: Examination: Comprehensive Established Patient
  Recall on or about 07/14/2021: Examination: Contact Lens Annual Exam

Respectfully submitted,

*Danielle Gretz*

Danielle Gretz, OD

Note: The information contained in this report is confidential. Unauthorized disclosure may result in civil/criminal action as provided by HIPAA (1996) regulations.

This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

LIN000535

Triangle Orthopaedics • 120 William Penn Plaza, DURHAM NC 27704-2150
## PIFER, REBECCA (id #425618, dob: ████1960)



Triangle Orthopaedic Associates, P.A,
120 William Penn Plaza
DURHAM, NC 27704-2150
Phone: (919) 220-5255, Fax: (919) 220-2627

Date: 08/06/2020

RE: Rebecca Pifer, DOB: ████1960, PT ID #425618

Dear Dr Kallianos,

I had the pleasure of seeing Rebecca Pifer, in my office for a recent follow up visit. I have enclosed a copy of the office note for your records. Once again, thank you for allowing me to participate in the care of this patient.

Sincerely,

Electronically Signed by: BELHORN LINDA, MD

Triangle Orthopaedics    Pifer, Rebecca (ID: 425618), DOB: ████1960

This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

LIN000536

### ENCOUNTER REASON/DATE

Followup: Ehlers-Danlos syndrome
Followup: Degenerative joint disease involving multiple joints
08/05/2020 - 11:15AM - WPP Rheum

### HISTORY OF PRESENT ILLNESS

The patient returns for followup of her generalized osteoarthritis and Ehlers-Danlos syndrome. Since her last visit, she has had some mild increased symptoms in her hands, but continues to use either tramadol, Celebrex or ibuprofen with benefit. She has also had some worsening fatigue. She found that when she does yard work, she will have to pace herself. She has had some difficulty sleeping and will awaken early at night. She is using trazodone 50 mg at bedtime and may discuss with Dr. Kallianos the possibility of taking a higher dose. She continues to see psychotherapy every week to help deal with the stress of overcoming her divorce. She does feel that she is improving. She turned 60 on 07/02/2020 and went to the beach to celebrate. She has been sheltering in place for the most part. She did have to cancel some other trips due to the Covid-19 pandemic. She has had some increased pain in her right shoulder on the lateral aspect and has difficulty with doing certain motions. She has had a prior history of a right rotator cuff repair by Dr. Mallon and would be willing to see an orthopedic surgeon. She also has some issues with her neck that tends to respond to physical therapy. She denies any recent infections. Overall, she feels that she has navigated the pandemic as well as can be expected.

### REVIEW OF SYSTEMS

**ROS as noted in the HPI**

### PHYSICAL EXAM

| | | |
|---|---|---|
| **Ht:** 5 ft 6 in 08/05/2020 01:07 pm | **Wt:** 137 lbs 08/05/2020 01:07 pm | **BMI:** 22.1 08/05/2020 01:07 pm |
| **BP:** 109/64 sitting 08/05/2020 01:07 pm | **Pulse:** 73 bpm 08/05/2020 01:07 pm | **T:** 97.4 F° oral 08/05/2020 01:07 pm |
| **Pain Scale:** 3 08/05/2020 01:08 pm | **Pain Scale Type:** Numeric 08/05/2020 01:08 pm | |

Patient is a 60-year-old female.

General: She is a well-developed, well-nourished white female, in no acute distress.

Vital Signs: Blood pressure 109/64, pulse 77, Weight 137 pounds, increased 5 pounds.

HEENT: PERRL, EOMI. Oropharynx without erythema or exudate.

Heart: S1, S2, RRR.

Lungs: Clear to auscultation.

Extremities: Had no edema.

Skin: There was no rash.

Musculoskeletal: There were Heberden's and Bouchard's nodes bilaterally. There was loss of range of motion in the cervical spine and shoulders in all planes. There was 1+ tenderness of the right shoulder laterally.

---

Triangle Orthopaedics                                    Pifer, Rebecca (ID: 425618), DOB: ████/1960

This fax was received by GFI FaxMaker fax server. For more information, visit http://www.gfi.com

LIN000537

From: 6173936903     Page: 4/6     Date: 8/6/2020 4:35:44 PM

## RESULTS AND INTERPRETATIONS

None recorded

## ASSESSMENT/PLAN

1. Generalized osteoarthritis. The patient is currently on tramadol and Celebrex and has also used ibuprofen p.r.n. She has had some increased symptoms in her hands and also has persistent symptoms in her cervical spine and shoulders. She has been able to do yard work, but finds that she has to pace herself because of fatigue. She has had a sleep disturbance and will often awaken early. She is planning to contact her primary care physician, Dr. Kallianos, to see if her trazodone can be increased to 100 mg at bedtime. She last had laboratory studies performed on 02/05/2020 that were unremarkable.

2. Ehlers-Danlos syndrome. The patient is stable on tramadol and Celebrex.

3. History of right rotator cuff repair. The patient is having increasing pain in her right shoulder and reports that she had surgery in 2011 for a rotator cuff repair by Dr. Mallon. It is felt that she would benefit from a referral to Dr. Silver for further evaluation. She will have an x-ray of the right shoulder performed today also.

Plan:

1. X-ray of right shoulder.

2. Continue Celebrex and tramadol.

3. A form will be completed for her disability.

4. Return to clinic in 6 months.

**1. Degenerative joint disease involving multiple joints**
    M15.0: Primary generalized (osteo)arthritis
- OSTEOARTHRITIS: CARE INSTRUCTIONS

**2. Ehlers-Danlos syndrome**
    Q82.8: Other specified congenital malformations of skin

**3. Subacromial bursitis of right shoulder**
    M75.51: Bursitis of right shoulder
- XR, SHOULDER, 2 OR MORE VIEW

Return to Office
- Silver William, MD for New Knee/Shoulder at WPP Ortho on 09/10/2020 at 11:00 AM
- Belhorn Linda, MD for Office Visit at WPP Rheum on 02/08/2021 at 11:45 AM

## Lab Results

## COMP. METABOLIC PANEL (14)-322000-P 02/06/2020 (#54897621, Final, 02/05/2020 2:31pm)

| Note to Patient | The results of your recent tests are within normal limits. We look forward to seeing you at your next appointment. | | |
|---|---|---|---|
| Ordering Provider | BELHORN LINDA, MD | Performing Lab | LABCORP BURLINGTON (01) LABCORP BURLINGTON SANJAI NAGENDRA 1447 YORK COURT BURLINGTON, NC 272153361 Account ID: 32099463 |
| Specimen/Accession ID | 8710841CE847 | Specimen Source | |
| Specimen Coll. Date | 02/05/2020 14:31 | Result Status | Final |
| Specimen Rec. Date | 02/05/2020 00:00 | Report Status | |

Triangle Orthopaedics                                        Pifer, Rebecca (ID: 425618), DOB: ▓▓▓/1960

This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

LIN000538

From: 6173936903     Page: 5/6     Date: 8/6/2020 4:35:44 PM

| Specimen Reported Date | 02/06/2020 05:35 | | | | | |
|---|---|---|---|---|---|---|
| Report | Result | Ref. Range | Units | △ | Status | Lab |
| GLUCOSE | 82 | 65-99 | mg/dL | | Final | 01 |
| BUN | 14 | 6-24 | mg/dL | | Final | 01 |
| CREATININE | 0.73 | 0.57-1.00 | mg/dL | | Final | 01 |
| EGFR IF NONAFRICN AM | 90 | >59 | mL/min/1.73 | | Final | 01 |
| EGFR IF AFRICN AM | 104 | >59 | mL/min/1.73 | | Final | 01 |
| BUN/CREATININE RATIO | 19 | 9-23 | | | Final | 01 |
| SODIUM | 140 | 134-144 | mmol/L | | Final | 01 |
| POTASSIUM | 4.4 | 3.5-5.2 | mmol/L | | Final | 01 |
| CHLORIDE | 102 | 96-106 | mmol/L | | Final | 01 |
| CARBON DIOXIDE, TOTAL | 22 | 20-29 | mmol/L | | Final | 01 |
| CALCIUM | 9.6 | 8.7-10.2 | mg/dL | | Final | 01 |
| PROTEIN, TOTAL | 6.5 | 6.0-8.5 | g/dL | | Final | 01 |
| ALBUMIN | 4.3 | 3.8-4.9 | g/dL | | Final | 01 |
| | | **\*\*Please note reference interval change\*\*** | | | | |
| GLOBULIN, TOTAL | 2.2 | 1.5-4.5 | g/dL | | Final | 01 |
| A/G RATIO | 2.0 | 1.2-2.2 | | | Final | 01 |
| BILIRUBIN, TOTAL | 0.4 | 0.0-1.2 | mg/dL | | Final | 01 |
| ALKALINE PHOSPHATASE | 75 | 39-117 | IU/L | | Final | 01 |
| AST (SGOT) | 28 | 0-40 | IU/L | | Final | 01 |
| ALT (SGPT) | 25 | 0-32 | IU/L | | Final | 01 |
| RESULT NOTE | FASTING NO | | | | | |

## CBC WITH DIFFERENTIAL/PLATELET 02/06/2020 (#54897619, Final, 02/05/2020 2:31pm)

| Note to Patient | HI, Your labs have returned and everything is normal. Thank you and I will see you at your next visit. | | |
|---|---|---|---|
| Ordering Provider | BELHORN LINDA, MD | Performing Lab | LABCORP BURLINGTON (01)<br>LABCORP BURLINGTON<br>SANJAI NAGENDRA<br>1447 YORK COURT<br>BURLINGTON, NC 272153361<br><br>Account ID: 32099463 |
| Specimen/Accession ID | B710841CE847 | Specimen Source | |
| Specimen Coll. Date | 02/05/2020 14:31 | Result Status | Final |
| Specimen Rec. Date | 02/05/2020 00:00 | Report Status | |
| Specimen Reported Date | 02/06/2020 05:35 | | |

| Report | Result | Ref. Range | Units | △ | Status | Lab |
|---|---|---|---|---|---|---|
| WBC | 6.1 | 3.4-10.8 | x10E3/uL | | Final | 01 |
| RBC | 4.18 | 3.77-5.28 | x10E6/uL | | Final | 01 |
| HEMOGLOBIN | 12.4 | 11.1-15.9 | g/dL | | Final | 01 |
| HEMATOCRIT | 38.0 | 34.0-46.6 | % | | Final | 01 |
| MCV | 91 | 79-97 | fL | | Final | 01 |
| MCH | 29.7 | 26.6-33.0 | pg | | Final | 01 |

Triangle Orthopaedics             Pifer, Rebecca (ID: 425618), DOB: ▮▮/▮▮/1960

This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

**LIN000539**

| MCHC | 32.6 | 31.5-35.7 | g/dL | Final | 01 |
|---|---|---|---|---|---|
| RDW | 12.0 | 11.7-15.4 | % | Final | 01 |
| PLATELETS | 294 | 150-450 | x10E3/uL | Final | 01 |
| NEUTROPHILS | 55 | NOT ESTAB. | % | Final | 01 |
| LYMPHS | 34 | NOT ESTAB. | % | Final | 01 |
| MONOCYTES | 8 | NOT ESTAB. | % | Final | 01 |
| EOS | 2 | NOT ESTAB. | % | Final | 01 |
| BASOS | 1 | NOT ESTAB. | % | Final | 01 |
| IMMATURE CELLS | NP | | | Cancelled | 01 |
| NEUTROPHILS (ABSOLUTE) | 3.4 | 1.4-7.0 | x10E3/uL | Final | 01 |
| LYMPHS (ABSOLUTE) | 2.1 | 0.7-3.1 | x10E3/uL | Final | 01 |
| MONOCYTES(ABSOLUTE) | 0.5 | 0.1-0.9 | x10E3/uL | Final | 01 |
| EOS (ABSOLUTE) | 0.1 | 0.0-0.4 | x10E3/uL | Final | 01 |
| BASO (ABSOLUTE) | 0.0 | 0.0-0.2 | x10E3/uL | Final | 01 |
| IMMATURE GRANULOCYTES | 0 | NOT ESTAB. | % | Final | 01 |
| IMMATURE GRANS (ABS) | 0.0 | 0.0-0.1 | x10E3/uL | Final | 01 |
| NRBC | NP | | | Cancelled | 01 |
| HEMATOLOGY COMMENTS: | NP | | | Cancelled | 01 |
| RESULT NOTE | FASTING NO | | | | |

Triangle Orthopaedics                    Pifer, Rebecca (ID: 425618), DOB: ████/1960

This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

LIN000540

Raleigh Neurology Associates                                    3/7/2019
1540 Sunday Drive
Raleigh, NC 27607                                              Neuro-op Visit
Main: (919) 782-3456 Fax: (919) 783-1441          Date of Service: 3/7/2019

Rebecca Pifer                        Home: (919) 597-8606
Female DOB: ████1960                  294598

## HISTORY
**CONSULTATION REQUESTED BY:** Kallianos MD, John A
**EYE CARE PROVIDER:** Rosenstein OD, Aaron
**PRIMARY MEDICAL DOCTOR:** Kallianos MD, John A
**Belhorn MD, Linda R**

**VISIT:** Consult

**HISTORY OBTAINED FROM:** patient
**CHIEF COMPLAINT:** blurry vision, seeing multiple images

**HISTORY OF PRESENT ILLNESS:** Ms. Pifer is a 58 year old woman sent by Dr. Kallianos for consultation for papilledema.   The patient states that she hasn't seen well at distance since getting new glasses around December 2018.   Also, occasionally while watching TV she sees multiple images "in triplicate" and this symptom is present in each eye, monocularly.

**Medications Reviewed:** Medications reviewed during this encounter.

**Allergies Reviewed:** Allergies reviewed during this encounter. The patient has no known drug allergies.

**PAST MEDICAL HISTORY:** Ehler's Danlos, arthritis

**SURGICAL HISTORY:**   appendectomy, orthopedic

**PAST OCULAR HISTORY:** none

**RISK FACTORS:** The patient has received a current influenza vaccination on 10-2018.
Tobacco: current every day smoker
Year started: 2010
Alcohol: 4 drink(s) per week
Drug use: none

**FAMILY MEDICAL HISTORY:** HTN

**FAMILY OCULAR HISTORY:** no ocular problems run in family

**REVIEW OF SYSTEMS:** 12 point Review of Systems negative except for what is noted in the History of Present Illness.

## EXAMINATION
## NEUROPSYCHIATRIC
Mood: appropriate

Page 1 of 3

This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

LIN000541

Raleigh Neurology Associates                                    3/7/2019
1540 Sunday Drive
Raleigh, NC 27607                                          Neuro-op Visit
Main: (919) 782-3456 Fax: (919) 783-1441        Date of Service: 3/7/2019

Rebecca Pifer                    Home: (919) 597-8606
Female DOB: ████960                    294598
  A+O yes

## BEST CORRECTED VISUAL ACUITY
OD:  20/20
OS:  20/20-2

## REFRACTION
Dry Manifest
OD: -5.00 +2.50 x 087
OS: -6.75 +3.75 x 84

## VISUAL FIELDS
Confrontation
OD: full
OS: full

## PUPILS
Anisocoria: none
RAPD: none

**MOTILITY:** full OU ; orthophoric in all fields of gaze at distance

## EXTERNAL AND SLIT LAMP EXAMINATIONS:
Adnexa/Lids/Lashes: normal OU
Conjuctiva/Sclera: normal OU
Cornea: clear OU
Anterior Chamber: deep and quiet OU
Iris: normal OU
Lens:
OD: NS
OS: NS, cortical changes

## INTRAOCULAR PRESSURE   (mmHg)
Method: Tonopen applanation
OD: 18
OS: 19

## DILATED FUNDUS EXAM
Optic Discs
OD: no pallor or edema, crowded, c/d 0.1
OS: no pallor or edema, crowded, tilted, c/d 0.1

Vitreous: clear OU

Retina
Macula: normal OU
Vessels: normal OU
Periphery: normal OU

Page 2 of 3

This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

LIN000542

Raleigh Neurology Associates                                    3/7/2019
1540 Sunday Drive
Raleigh, NC 27607                                            Neuro-op Visit
Main: (919) 782-3456 Fax: (919) 783-1441              Date of Service: 3/7/2019

Rebecca Pifer                          Home: (919) 597-8606
Female DOB: ███ 1960                        294598

## Tests Reviewed
MRI Brain<Image> done on 2019**Summary:** appears normal to me.   report requested and not recieved during the time the patient was here

## Records Reviewed
 Rosenstein
 2/2019
**Comments:** SF 30-2: normal OD and OS

## Assessment and Plan

**Impression:**
(1) the discs are crowded but there is no edema

(2) she has intermittent bilateral monocular diplopia and we discussed that this is an optical issue, not neurologic.   normal motility and alignment on exam today

**New Problems:**
Diplopia (ICD-368.2) (ICD10-H53.2)
Pseudopapilledema of optic disc, bilateral (ICD-377.24) (ICD10-H47.333)

**Additional Plan Details:**
 f/u with Dr. Rosenstein

The patient has verbally agreed that this note be sent to all providers listed on Page 1.

**Medical Professionals:**

Diagnostic results (visual fields, OCT, photography, etc.) from this clinical visit are available online through a secure provider portal.  Please send the provider's email address to neuro-op@raleighneurology.com to request access to this service. Reference the patient's ID, 294598 rather than name or DOB.    Thank you.

Signed By: Givre, Syndee at 3/7/2019 10:11:03 AM

Page 3 of 3

This fax was received by GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

LIN000543

# CONFIDENTIAL Fax

**FROM:**

Joanna C
120 William Penn Plaza, DURHAM, NC 27704-2150
Phone: (919) 220-5255
Fax: (919) 220-2627

**TO:**

Lincoln Financial group
Fax: (603) 422-7909

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:65866159-H-847]

**LIN000544**

Case 1:22-cv-00186-WO-JLW   Document 21-1   Filed 10/24/22   Page 544 of 763

## PIFER, REBECCA (id #425618, dob: █████/1960)



**EmergeOrtho, P.A.**
EmergeOrtho - Triangle
120 William Penn Plaza
DURHAM, NC 27704-2150
Phone: (919) 220-5255, Fax: (919) 220-2627
Date: 02/03/2021

## Fax Cover Sheet

## Medical Records - CONFIDENTIAL

**FROM:** EmergeOrtho - 1-WPP Rheum

**TO:** Lincoln Financial group

**PATIENT NAME:** PIFER, REBECCA

**DOB:** █████1960

**ATTENTION:** Clain #4087659

Notes:

This fax may contain legally privileged health information and is intended for the sole use of the intended recipient. You are hereby notified that the disclosure, or other unlawful use of this health information is prohibited.

If you received this fax in error visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. [ID:6-A-847]

**LIN000545**

Triangle Orthopaedics • 120 William Penn Plaza, DURHAM NC 27704-2150

## PIFER, REBECCA (id #425618, dob: ▮▮▮▮/1960)

## Encounters and Procedures

Clinical Encounter Summaries

**Encounter Date: 08/05/2020**

### Patient

| | | | |
|---|---|---|---|
| **Name** | PIFER, REBECCA (60yo, F) ID# 425618 | **Appt. Date/Time** | 08/05/2020 11:15AM |
| **DOB** | ▮▮▮▮1960 | **Service Dept.** | WPP Rheum |
| **Provider** | BELHORN LINDA, MD | | |
| **Insurance** | Med Primary: BCBS-NC (PPO)<br>　Insurance # : YHI10287529400<br>　Policy/Group # : 14159324<br>Med Secondary: MEDICARE-NC (MEDICARE)<br>　Insurance # : 5VF3C65UU90<br>Med Legal: BASSETT LAW FIRM<br>　Insurance # : 07021960<br>　Case Injury Date : 08/16/2012<br>Prescription: PRIME BCBS NORTH CAROLINA COMM - Member is eligible. details | | |

### Chief Complaint

Followup: Ehlers-Danlos syndrome
Followup: Degenerative joint disease involving multiple joints

### Patient's Care Team

**Primary Care Provider:** JOHN A KALLIANOS (TRIANGLE COMMUNITY PHYSICIANS): 4309 MEDICAL PARK DR STE 200, DURHAM, NC 27704, Ph (919) 471-4484, Fax (919) 477-6131 NPI: 1245231588

### Patient's Pharmacies

**HARRIS TEETER NORTH POINTE SHOP 497 (ERX): 1802 NORTH POINTE DR, DURHAM NC 27705, Ph (919) 220-6894, Fax (919) 220-6591**
KROGER MIDATLANTIC 366: 1802 NORTH POINTE DRIVE NORTHE POINT S/C, DURHAM NC 27705, Ph (919) 220-6894

### Vitals

| | | |
|---|---|---|
| **Ht:** 5 ft 6 in 08/05/2020 01:07 pm | **Wt:** 137 lbs 08/05/2020 01:07 pm | **BMI:** 22.1 08/05/2020 01:07 pm |
| **BP:** 109/64 sitting 08/05/2020 01:07 pm | **Pulse:** 73 bpm 08/05/2020 01:07 pm | **T:** 97.4 F° oral 08/05/2020 01:07 pm |
| **Pain Scale:** 3 08/05/2020 01:08 pm | **Pain Scale Type:** Numeric 08/05/2020 01:08 pm | |

### Allergies

Reviewed Allergies
NKDA

**LIN000546**

Case 1:22-cv-00186-WO-JLW Document 21-1 Filed 10/24/22 Page 546 of 763

Triangle Orthopaedics • 120 William Penn Plaza, DURHAM NC 27704-2150

## PIFER, REBECCA (id #425618, dob: ▮▮▮▮/1960)

### Medications

#### Reviewed Medications

**B Complex** qd      09/15/14   entered

**buPROPion HCL XL 300 mg 24 hr tablet, extended release**      05/19/20   filled

**gabapentin 600 mg tablet** Take 1 tablet(s) twice a day by oral route.      05/05/20   filled

**traMADoL 50 mg tablet**      07/27/20   changed
TAKE ONE TABLET BY MOUTH EVERY 6 HOURS AS NEEDED

**traZODone 50 mg tablet** TAKE 1 TABLET (50 MG) PO QHS      05/19/20   filled

**Vitamin C 1,000 mg tablet** qd      01/20/14   entered

### Problems

#### Reviewed Problems
- Degenerative joint disease involving multiple joints
- Shoulder joint pain
- Shoulder stiff
- Calcific tendinitis of shoulder
- Bicipital tenosynovitis
- Osteopenia
- Ehlers-Danlos syndrome
- Full thickness rotator cuff tear

### Family History

#### Reviewed Family History

Father
- Problem
  - Ehler-Danlos Syndrome
- Problem
  - CAD (previously recorded as Other)
- Malignant neoplastic disease
  - prostate
- Rheumatoid arthritis
- Arthritis
  - osteo
- Cerebrovascular accident
  - previously recorded as Stroke
- Heart disease (died age: 82)
  - CHF

Mother
- Hypertensive disorder
  - previously recorded as Hypertension
- Arthritis
- Heart disease
- Hypertensive disorder
- Migraine
- Osteoporosis

Brother
- Problem
  - Ehlers-Danlos Syndrome

**LIN000547**

Case 1:22-cv-00186-WO-JLW   Document 21-1   Filed 10/24/22   Page 547 of 763

Triangle Orthopaedics • 120 William Penn Plaza, DURHAM NC 27704-2150

## PIFER, REBECCA (id #425618, dob: ███████/1960)

## Social History

Reviewed Social History
**Focused Rheumatology Social History**
Alcohol intake: Occasional
Are you currently employed?: N (Notes: Disability since November 2012)
Caffeine intake: Moderate
Chewing tobacco: none
Education: 2 Year College
Exercise level: Occasional
Marital status: Divorced
Number of children: 2
Smoker (1 PPW)
Tobacco Smoking Status: Current some day smoker
Tobacco-years of use: 10
Most Recent Tobacco Use Screening: 01/21/2019
Hand Dominance: Left
Could you be pregnant?: N
Advance directive: N
Medical Power of Attorney: N

## Surgical History

Reviewed Surgical History
- Other - Right shoulder surgery
- Other - 10/2014
- Bunionectomy - 2013 - Repair of right bunionectomy
- Shoulder Arthroscopy - 01/01/2011
- Bunionectomy - 2011 - Left
- Bunionectomy - 2011 - Right
- Appendectomy - 1981

## GYN History

GYN History not reviewed (last reviewed 08/10/2016)
Most Recent Mammogram: 05/12/2019.

## Obstetric History

Obstetric History not reviewed (last reviewed 08/10/2016)

## Past Medical History

Reviewed Past Medical History
Headaches: **Y**
Notes: Ehlers-Danlos Syndrome;Cervical DDD; Parathesias if hands and face; Insomnia-contolled w/med, Idiopathic peripheral neuropathy, Osteopenia, Generalized OA; Shingles 2011, Depression; Varicose veins

## Screening

None recorded.

## HPI

The patient returns for followup of her generalized osteoarthritis and Ehlers-Danlos syndrome. Since her last visit, she has had some mild increased symptoms in her hands, but continues to use either tramadol, Celebrex or ibuprofen with benefit. She has also had some worsening fatigue. She found that when she does yard work, she will have to pace herself. She has had some difficulty sleeping and will awaken early at night. She is using trazodone 50 mg at bedtime and may discuss with Dr. Kallianos the possibility of taking a higher dose. She continues to see psychotherapy every week to help deal with the stress of overcoming her divorce. She does feel that she is improving. She turned 60 on 07/02/2020 and went to the beach to celebrate. She has been sheltering in place for the most part. She did have to cancel some other trips due to the Covid-19 pandemic. She has had some increased pain in her right shoulder on the lateral aspect and has difficulty with doing certain motions. She has had a prior history of a right rotator cuff repair by Dr. Mallon and would be willing to see an orthopedic surgeon. She also has some issues with her neck that tends to respond to physical therapy. She denies any recent infections. Overall, she feels that she has navigated the pandemic as well as can be expected.

## ROS

**ROS as noted in the HPI**

**LIN000548**

Case 1:22-cv-00186-WO-JLW  Document 21.1  Filed 10/24/22  Page 548 of 763

Triangle Orthopaedics • 120 William Penn Plaza, DURHAM NC 27704-2150

## PIFER, REBECCA (id #425618, dob: ▮▮▮▮ /1960)

### Physical Exam

Patient is a 60-year-old female.

General: She is a well-developed, well-nourished white female, in no acute distress.

Vital Signs: Blood pressure 109/64, pulse 77. Weight 137 pounds, increased 5 pounds.

HEENT: PERRL, EOMI. Oropharynx without erythema or exudate.

Heart: S1, S2, RRR.

Lungs: Clear to auscultation.

Extremities: Had no edema.

Skin: There was no rash.

Musculoskeletal: There were Heberden's and Bouchard's nodes bilaterally. There was loss of range of motion in the cervical spine and shoulders in all planes. There was 1+ tenderness of the right shoulder laterally.

### Procedure Documentation

None recorded.

**LIN000549**

Case 1:22-cv-00186-WO-JLW Document 21-1 Filed 10/24/22 Page 549 of 763

Triangle Orthopaedics • 120 William Penn Plaza, DURHAM NC 27704-2150

**PIFER, REBECCA (id #425618, dob:** ▮▮▮▮ /1960)

## Assessment / Plan

1. Generalized osteoarthritis. The patient is currently on tramadol and Celebrex and has also used ibuprofen p.r.n. She has had some increased symptoms in her hands and also has persistent symptoms in her cervical spine and shoulders. She has been able to do yard work, but finds that she has to pace herself because of fatigue. She has had a sleep disturbance and will often awaken early. She is planning to contact her primary care physician, Dr. Kallianos, to see if her trazodone can be increased to 100 mg at bedtime. She last had laboratory studies performed on 02/05/2020 that were unremarkable.

2. Ehlers-Danlos syndrome. The patient is stable on tramadol and Celebrex.

3. History of right rotator cuff repair. The patient is having increasing pain in her right shoulder and reports that she had surgery in 2011 for a rotator cuff repair by Dr. Mallon. It is felt that she would benefit from a referral to Dr. Silver for further evaluation. She will have an x-ray of the right shoulder performed today also.

Plan:

1. X-ray of right shoulder.

2. Continue Celebrex and tramadol.

3. A form will be completed for her disability.

4. Return to clinic in 6 months.

**.. Degenerative joint disease involving multiple joints**
    M15.0: Primary generalized (osteo)arthritis
• OSTEOARTHRITIS: CARE INSTRUCTIONS

**. Ehlers-Danlos syndrome**
    Q82.8: Other specified congenital malformations of skin

**. Subacromial bursitis of right shoulder**
    M75.51: Bursitis of right shoulder
• XR, SHOULDER, 2 OR MORE VIEW

### Return to Office
• Silver William, MD for New Knee/Shoulder at WPP Ortho on 09/10/2020 at 11:00 AM
• Belhorn Linda, MD for Office Visit at WPP Rheum on 02/08/2021 at 11:45 AM

### Encounter Sign-Off
Encounter signed-off by Belhorn Linda, MD, 08/06/2020.
Encounter performed and documented by Belhorn Linda, MD
Encounter reviewed & signed by Belhorn Linda, MD on 08/06/2020 at 7:03am

**Encounter Date: 02/05/2020**
Patient

| | | | |
|---|---|---|---|
| **Name** | PIFER, REBECCA (59yo, F) ID# 425618 | **Appt. Date/Time** | 02/05/2020 01:00PM |
| **DOB** | 07/02/1960 | **Service Dept.** | WPP Rheum |
| **Provider** | BELHORN LINDA, MD | | |
| **Insurance** | Med Primary: BCBS-NC (PPO) | | |

                     Insurance # : YHI10287529400
                     Policy/Group # : 14159324
                  Med Secondary: MEDICARE-NC (MEDICARE)
                     Insurance # : 5VF3C65UU90
                  Med Legal: BASSETT LAW FIRM
                     Insurance # : 07021960
                     Case Injury Date : 08/16/2012
                  Prescription: PRIME BCBS NORTH CAROLINA COMM - Member is eligible. details

**LIN000550**

Triangle Orthopaedics • 120 William Penn Plaza, DURHAM NC 27704-2150

## PIFER, REBECCA (id #425618, dob: ███ /1960)

### Chief Complaint

Followup: Ehlers-Danlos syndrome
Followup: Osteopenia
Followup: Degenerative joint disease involving multiple joints

### Patient's Care Team

**Primary Care Provider:** JOHN A KALLIANOS (TRIANGLE COMMUNITY PHYSICIANS): 4309 MEDICAL PARK DR STE 200, DURHAM, NC 27704, Ph (919) 471-4484, Fax (919) 477-6131 NPI: 1245231588

### Patient's Pharmacies

**HARRIS TEETER NORTH POINTE SHOP 497 (ERX): 1802 NORTH POINTE DR, DURHAM NC 27705, Ph (919) 220-6894, Fax (919) 220-6591**
KROGER MIDATLANTIC 366: 1802 NORTH POINTE DRIVE NORTHE POINT S/C, DURHAM NC 27705, Ph (919) 220-6894

### Vitals

02/05/2020 01:39 pm

| | | |
|---|---|---|
| **Ht:** 5 ft 6 in | **Wt:** 132 lbs | **BMI:** 21.3 |
| **BP:** 130/73 sitting | **Pulse:** 75 bpm | **T:** 98.6 F° oral |
| **Pain Scale:** 3 | **Pain Scale Type:** Numeric | |

### Allergies

Reviewed Allergies
NKDA

### Medications

Reviewed Medications

| | | |
|---|---|---|
| **B Complex** qd | 09/15/14 | entered |
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release** | 11/25/19 | filled |
| **gabapentin 600 mg tablet** Take 1 tablet(s) twice a day by oral route. | 10/25/19 | filled |
| **traMADoL 50 mg tablet** TAKE ONE TABLET BY MOUTH EVERY 6 HOURS AS NEEDED | 12/31/19 | changed |
| **traZODone 50 mg tablet** TAKE 1 TABLET (50 MG) PO QHS | 01/21/20 | filled |
| **Vitamin C 1,000 mg tablet** qd | 01/20/14 | entered |

### Problems

Reviewed Problems
- Degenerative joint disease involving multiple joints
- Shoulder joint pain
- Shoulder stiff
- Calcific tendinitis of shoulder
- Bicipital tenosynovitis
- Osteopenia
- Ehlers-Danlos syndrome
- Full thickness rotator cuff tear

**LIN000551**

Triangle Orthopaedics • 120 William Penn Plaza, DURHAM NC 27704-2150

## PIFER, REBECCA (id #425618, dob: ███████/1960)

### Family History

Reviewed Family History

Father
- Problem
  - Ehler-Danlos Syndrome
- Problem
  - CAD (previously recorded as Other)
- Malignant neoplastic disease
  - prostate
- Rheumatoid arthritis
- Arthritis
  - osteo
- Cerebrovascular accident
  - previously recorded as Stroke
- Heart disease (died age: 82)
  - CHF

Mother
- Hypertensive disorder
  - previously recorded as Hypertension
- Arthritis
- Heart disease
- Hypertensive disorder
- Migraine
- Osteoporosis

Brother
- Problem
  - Ehlers-Danlos Syndrome

### Social History

Reviewed Social History
**Focused Rheumatology Social History**
Alcohol intake: Occasional
Are you currently employed?: N (Notes: Disability since November 2012)
Caffeine intake: Moderate
Chewing tobacco: none
Education: 2 Year College
Exercise level: Occasional
Marital status: Divorced
Number of children: 2
Smoker (1 PPW)
Tobacco Smoking Status: Current some day smoker
Tobacco-years of use: 10
Most Recent Tobacco Use Screening: 01/21/2019
Hand Dominance: Left
Could you be pregnant?: N
Advance directive: N
Medical Power of Attorney: N

### Surgical History

Reviewed Surgical History
- Other - Right shoulder surgery
- Other - 10/2014
- Bunionectomy - 2013 - Repair of right bunionectomy
- Shoulder Arthroscopy - 01/01/2011
- Bunionectomy - 2011 - Left
- Bunionectomy - 2011 - Right
- Appendectomy - 1981

### GYN History

GYN History not reviewed (last reviewed 08/10/2016)
Most Recent Mammogram: 05/12/2019.

### Obstetric History

Obstetric History not reviewed (last reviewed 08/10/2016)

**LIN000552**

Triangle Orthopaedics • 120 William Penn Plaza, DURHAM NC 27704-2150

## PIFER, REBECCA (id #425618, dob: ▮▮▮▮/1960)

### Past Medical History

Reviewed Past Medical History
Headaches: **Y**
Notes: Ehlers-Danlos Syndrome;Cervical DDD; Parathesias if hands and face; Insomnia-contolled w/med,
Idiopathic peripheral neuropathy, Osteopenia, Generalized OA; Shingles 2011, Depression; Varicose veins

### Screening

None recorded.

### HPI

The patient returns for followup of her Ehlers-Danlos syndrome and generalized osteoarthritis. She was last
seen in 08/2019. Since that time, her divorce has become final as of 08/2019. She has been spending her time
being active with doing some gardening and landscaping. Her son lives at home with her and has been helping
her do this. She has been going to the gym some also and is trying to stay as active as possible. She has
continued to have some intermittent headaches that she feels are related to her arthritis. She also has some
fatigue and a sleep disturbance. She is using tramadol and ibuprofen with benefit. She has had some mild
indigestion which she feels is due to eating spicy foods. She denies chest pain, shortness of breath, ocular
inflammation, oral ulcers, dry mouth, rash, alopecia or Raynaud's phenomenon. She smokes 5 cigarettes per day
and may try to stop smoking by her birthday in July. Overall she feels that she is stable on her current regimen.

### ROS

**Additionally reports:**

**Reported by Patient**
**CONSTITUTIONAL: WEIGHT GAIN, but no Fever, no Night Sweats, no Weight loss, no Weakness**

**EYES: no Dry eyes, no Irritation, no Vision change**

**EARS: no Difficulty hearing, no Ear pain**

**NOSE: no Frequent nosebleeds, no Nose/sinus problems**

**MOUTH/THROAT: no Sore throat, no Bleeding gums, no Snoring, no Dry mouth, no Oral
abnormalities, no Mouth ulcer, no Teeth abormalities, no Mouth breathing**

**CARDIOVASCULAR: no Chest pain on exertion, no Arm pain on exertion, no Shortness of breath
when walking, no Shortness of breath when lying down, no Palpitations, no Known heart
murmur, no Light-headed on standing**

**RESPIRATORY: no Cough, no Wheezing, no Shortness of breath, no Coughing up blood, no Sleep
apnea**

**GASTROINTESTINAL: no Abdominal pain, no Vomiting, no Change in appetite, no Black or tarry
stools, no Frequent diarrhea, no Vomiting blood**

**GENITOURINARY: no Urinary loss of control, no Difficulty urinating, no Increased urinary
frequency, no Hematuria, no Incomplete emptying**

**SKIN: no Abnormal mole, no Jaundice, no Rash, no Itching, no Dry skin, no Growth/lesions**

**NEUROLOGIC: WEAKNESS, NUMBNESS, MIGRAINES, but no Loss of Consciousness, no Seizures, no
Dizziness, no Frequent or Severe Headaches, no Restless legs**

**PSYCHIATRIC: DEPRESSION, but no Sleep Disturbances, no Restless sleep, no Feeling unsafe in
relationship, no Alcohol abuse**

**ENDOCRINE: FATIGUE, but no Increased thirst, no Hair loss, no Increased hair growth, no Cold
intolerance**

**HEMATOLOGIC/LYMPHATIC: EASY BRUISING, but no Swollen glands, no Excessive Bleeding**

**ALLERGIC/IMMUNOLOGIC: no Runny Nose, no Sinus pressure, no Itching, no Hives, no Frequent
sneezing**
**ROS as noted in the HPI**

**LIN000553**

Triangle Orthopaedics • 120 William Penn Plaza, DURHAM NC 27704-2150

## PIFER, REBECCA (id #425618, dob: ▇▇▇/1960)

### Physical Exam

Patient is a 59-year-old female.

General: She is a well-developed, well-nourished white female in no acute distress.

Vital Signs: Blood pressure 130/73, pulse 75. Weight 110 pounds.

HEENT: PERRL, EOMI. Oropharynx without erythema or exudate.

Heart: S1, S2, RRR.

Lungs: Clear to auscultation.

Extremities: Had no edema.

Skin: There is no rash.

Musculoskeletal: There were Heberden's and Bouchard nodes bilaterally. There was significant loss of range of motion of the cervical spine and shoulders in all planes.

### Procedure Documentation

None recorded.

### Assessment / Plan

IMPRESSION:

1. Generalized osteoarthritis. The patient remains on tramadol and Celebrex with overall stable disease activity. Her cervical spine and shoulders continue to be one of her worst areas of involvement. She has had less stress since her divorce has been finalized. She has been able to go to the gym and do some landscaping in her yard without having a major flare of her symptoms. She is due for laboratory monitoring today.

2. Ehlers-Danlos syndrome. The patient is stable on tramadol and Celebrex.

3. Tobacco use. The patient is planning to stop smoking by July 2020. She currently smokes 5 cigarettes per day.

PLAN:

1. Laboratory studies as below.
2. Continue Celebrex and tramadol.
3. Return to clinic in 3 months.

Linda Belhorn, MD

Date Dictated: 02/05/2020
Date Transcribed: 02/06/2020
LB/AMU
Job #: 208422816

**.. Degenerative joint disease involving multiple joints**
    M15.0: Primary generalized (osteo)arthritis
- OSTEOARTHRITIS: CARE INSTRUCTIONS
- CBC WITH DIFFERENTIAL/PLATELET
- COMP. METABOLIC PANEL (14)-322000-P

**:. Ehlers-Danlos syndrome**
    Q82.8: Other specified congenital malformations of skin

**:. Osteopenia**
    M85.80: Other specified disorders of bone density and structure, unspecified site

### Return to Office
- Belhorn Linda, MD for Office Visit at WPP Rheum on 08/05/2020 at 11:15 AM

LIN000554

Case 1:22-cv-00186-WO-JLW * Document 21.1 * Filed 10/24/22 * Page 554 of 763

PAGE 11/29 * RCVD AT 2/3/2021 2:25:30 PM [Eastern Standard Time] * SVR:WPFWRFAX01/3 * DNIS:6034227909 * CSID:athena * ANI:16073036903 * DURATION (mm-ss):19-00

Triangle Orthopaedics • 120 William Penn Plaza, DURHAM NC 27704-2150

## PIFER, REBECCA (id #425618, dob: ███████ /1960)

### Encounter Sign-Off
Encounter signed-off by Belhorn Linda, MD, 02/07/2020.
Encounter performed and documented by Belhorn Linda, MD
Encounter reviewed & signed by Belhorn Linda, MD on 02/07/2020 at 10:28am

### Encounter Date: 08/05/2019

#### Patient

| | | | |
|---|---|---|---|
| **Name** | PIFER, REBECCA (59yo, F) ID# 425618 | **Appt. Date/Time** | 08/05/2019 11:15AM |
| **DOB** | █████ 1960 | **Service Dept.** | WPP Rheum |
| **Provider** | BELHORN LINDA, MD | | |

**Insurance**    Med Primary: BCBS-NC (PPO)
       Insurance # : YPPW1353894401
       Policy/Group # : 081501
     Med Secondary: MEDICARE-NC (MEDICARE)
       Insurance # : 5VF3C65UU90
     Med Legal: BASSETT LAW FIRM
       Insurance # : 07021960
       Case Injury Date : 08/16/2012
     Prescription: PRIME BCBS NORTH CAROLINA COMM - Member is eligible. details

### Chief Complaint

Followup: Ehlers-Danlos syndrome
Followup: Osteopenia
Followup: Degenerative joint disease involving multiple joints

### Patient's Care Team

**Primary Care Provider:** JOHN A KALLIANOS (TRIANGLE COMMUNITY PHYSICIANS): 4309 MEDICAL PARK DR STE 200, DURHAM, NC 27704, Ph (919) 471-4484, Fax (919) 477-6131 NPI: 1245231588

### Patient's Pharmacies

**HARRIS TEETER NORTH POINTE SHOP 497 (ERX): 1802 NORTH POINTE DR, DURHAM NC 27705, Ph (919) 220-6894, Fax (919) 220-6591**
KROGER MIDATLANTIC 366: 1802 NORTH POINTE DRIVE NORTHE POINT S/C, DURHAM NC 27705, Ph (919) 220-6894

### Vitals

08/05/2019 11:43 am

| | | |
|---|---|---|
| **Ht:** 5 ft 6 in | **Wt:** 130 lbs | **BMI:** 21 |
| **BP:** 95/56 | **Pulse:** 72 bpm | **Pain Scale:** 5 |

### Allergies

Reviewed Allergies
NKDA

LIN000555

Case 1:22-cv-00186-WO-JLW * Document 21-1 * Filed 10/24/22 * Page 555 of 763

Triangle Orthopaedics • 120 William Penn Plaza, DURHAM NC 27704-2150

## PIFER, REBECCA (id #425618, dob:     /1960)

## Medications

### Reviewed Medications

| | | |
|---|---|---|
| **B Complex** qd | 09/15/14 | entered |
| **buPROPion HCl XL 300 mg 24 hr tablet, extended release** | 07/31/19 | filled |
| **celecoxib 200 mg capsule** TAKE ONE CAPSULE BY MOUTH TWO TIMES A DAY | 01/21/19 | filled |
| **gabapentin 600 mg tablet** Take 1 tablet(s) twice a day by oral route. | 07/28/19 | filled |
| **traMADol 50 mg tablet** <br> TAKE ONE TABLET BY MOUTH EVERY 6 HOURS AS NEEDED | 07/30/19 | filled |
| **traZODone 50 mg tablet** TAKE 1 TABLET (50 MG) PO QHS | 07/27/19 | filled |
| **Vitamin C 1,000 mg tablet** qd | 01/20/14 | entered |

## Problems

### Reviewed Problems
- Degenerative joint disease involving multiple joints
- Shoulder joint pain
- Shoulder stiff
- Calcific tendinitis of shoulder
- Bicipital tenosynovitis
- Osteopenia
- Ehlers-Danlos syndrome
- Full thickness rotator cuff tear

## Family History

### Reviewed Family History

Father
- Problem
  - Ehler-Danlos Syndrome
- Problem
  - CAD (previously recorded as Other)
- Malignant neoplastic disease
  - prostate (previously recorded as Cancer)
- Rheumatoid arthritis
- Arthritis
  - osteo
- Cerebrovascular accident
  - previously recorded as Stroke
- Heart disease (died age: 82)
  - CHF

Mother
- Hypertensive disorder
  - previously recorded as Hypertension
- Arthritis
- Heart disease
- Hypertensive disorder
- Migraine
- Osteoporosis

Brother
- Problem
  - Ehlers-Danlos Syndrome

**LIN000556**

PAGE 13/29 * RCVD AT 2/3/2021 2:25:30 PM [Eastern Standard Time] * SVR:VAI-FUNFAX-01/2 * DNIS:6034227909 * CSID:athena * ANI:16018036003 * DURATION (mm-ss):19-00

Triangle Orthopaedics • 120 William Penn Plaza, DURHAM NC 27704-2150

## PIFER, REBECCA (id #425618, dob: ▮▮▮▮ /1960)

### Social History

Reviewed Social History
**Focused Rheumatology Social History**
Alcohol intake: Occasional
Are you currently employed?: N (Notes: Disability since November 2012)
Caffeine intake: Moderate
Chewing tobacco: none
Education: 2 Year College
Exercise level: Occasional
Marital status: Married
Number of children: 2
Smoker (1 PPW)
Tobacco Smoking Status: Current some day smoker
Tobacco-years of use: 10
Most Recent Tobacco Use Screening: 01/21/2019
Hand Dominance: Left
Could you be pregnant?: N
Advance directive: N
Medical Power of Attorney: N

### Surgical History

Reviewed Surgical History
- Other - Right shoulder surgery
- Other - 10/2014
- Bunionectomy - 2013 - Repair of right bunionectomy
- Shoulder Arthroscopy - 01/01/2011
- Bunionectomy - 2011 - Left
- Bunionectomy - 2011 - Right
- Appendectomy - 1990
- Appendectomy - 1981

### GYN History

GYN History not reviewed (last reviewed 08/10/2016)
Most Recent Mammogram: 05/12/2019.

### Obstetric History

Obstetric History not reviewed (last reviewed 08/10/2016)

### Past Medical History

Reviewed Past Medical History
Headaches: **Y**
Notes: Ehlers-Danlos Syndrome;Cervical DDD; Parathesias if hands and face; Insomnia-contolled w/med, Idiopathic peripheral neuropathy, Osteopenia, Generalized OA; Shingles 2011, Depression; Varicose veins

### Screening

None recorded.

### HPI

The patient returns for followup of her generalized osteoarthritis and Ehlers-Danlos syndrome. She was last seen on 01/21/2019. Since that time, she has been reasonably stable. She will be having her divorce become final on 08/14/2019 and her house will close on 08/16/2019. Her daughter graduated from UNC Wilmington with a degree in marine sciences and her son is currently enrolled at Durham Tech. She would like to consider getting a house closer to the coast. She has had some increased pain in her right thumb joint and some loss of range of motion. She has also had some worsening neck pain and would like to have a physical therapy referral. She also reports in February that she had headache and blurry vision that was ultimately determined to be due to the stress of dealing with her divorce. She had an MRI of her brain and was seen by a neuroophthalmologist with negative exams. She reports that she has had an occasional burning sensation in her upper back in a cross type distribution with significant pain that occurs intermittently. She denies any ocular inflammation, oral ulcers, dry mouth, chest pain, shortness of breath, indigestion, diarrhea, constipation or dysuria. She has had some recent increased headaches also. She has brought a form today for her life insurance waiver of premium statements and would like to have this completed.

**LIN000557**

Case 1:22-cv-00186-WO-JLW * Document 21-1 * Filed 10/24/22 * Page 557 of 763

Triangle Orthopaedics • 120 William Penn Plaza, DURHAM NC 27704-2150

## PIFER, REBECCA (id #425618, dob: █████/1960)

### ROS

**Additionally reports:**

**Reported by Patient**
**CONSTITUTIONAL:** no Fever, no Night Sweats, no Weight gain, no Weight loss, no Weakness

**EYES:** no Dry eyes, no Irritation, no Vision change

**EARS:** no Difficulty hearing, no Ear pain

**NOSE:** no Frequent nosebleeds, no Nose/sinus problems

**MOUTH/THROAT:** no Sore throat, no Bleeding gums, no Snoring, no Dry mouth, no Oral abnormalities, no Mouth ulcer, no Teeth abormalities, no Mouth breathing

**CARDIOVASCULAR:** no Chest pain on exertion, no Arm pain on exertion, no Shortness of breath when walking, no Shortness of breath when lying down, no Palpitations, no Known heart murmur, no Light-headed on standing

**RESPIRATORY:** no Cough, no Wheezing, no Shortness of breath, no Coughing up blood, no Sleep apnea

**GASTROINTESTINAL:** no Abdominal pain, no Vomiting, no Change in appetite, no Black or tarry stools, no Frequent diarrhea, no Vomiting blood

**GENITOURINARY: INCREASED URINARY FREQUENCY,** but no Urinary loss of control, no Difficulty urinating, no Hematuria, no Incomplete emptying

**SKIN:** no Abnormal mole, no Jaundice, no Rash, no Itching, no Dry skin, no Growth/lesions

**NEUROLOGIC: FREQUENT OR SEVERE HEADACHES,** but no Loss of Consciousness, no Weakness, no Numbness, no Seizures, no Dizziness, no Migraines, no Restless legs

**PSYCHIATRIC:** no Depression, no Sleep Disturbances, no Restless sleep, no Feeling unsafe in relationship, no Alcohol abuse

**ENDOCRINE:** no Fatigue, no Increased thirst, no Hair loss, no Increased hair growth, no Cold intolerance

**HEMATOLOGIC/LYMPHATIC: EASY BRUISING,** but no Swollen glands, no Excessive Bleeding

**ALLERGIC/IMMUNOLOGIC:** no Runny Nose, no Sinus pressure, no Itching, no Hives, no Frequent sneezing
**ROS as noted in the HPI**

### Physical Exam

Patient is a 59-year-old female.

General: She is a well-developed, well-nourished white female in no acute distress.

Vital Signs: Blood pressure 95/56, pulse 72. Weight 130 pounds.

HEENT: PERRL, EOMI. Oropharynx without erythema or exudate.

Heart: S1, S2, RRR.

Lungs: Clear to auscultation.

Extremities: Had no edema.

Skin: There is no rash.

Musculoskeletal: There were Heberden's and Bouchard nodes bilaterally. There was significant loss of range of motion of the cervical spine and shoulders in all planes.

### Procedure Documentation

None recorded.

**LIN000558**

Case 1:22-cv-00186-WO-JLW * Document 21-1 * Filed 10/24/22 * Page 558 of 763

Triangle Orthopaedics • 120 William Penn Plaza, DURHAM NC 27704-2150

## PIFER, REBECCA (id #425618, dob: ▮▮▮▮/1960)

### Assessment / Plan

1. Generalized osteoarthritis. The patient has had persistent symptoms of her cervical spine and would like to have a referral to physical therapy. X-rays in the past have revealed degenerative disk disease. She is currently on tramadol at bedtime and is using ibuprofen 600 mg q.a.m. She does have laboratory studies performed on 01/21/2019 and her creatinine was normal at 0.7. This had previously been found to be increased at 1.19. She will continue her current regimen. She will have an opioid agreement and urinie drug screen peformed today due to her tramadol use.

2. Ehlers-Danlos syndrome. The patient has had some skin fragility with shearing of her skin and has some intermittent numbness and tingling that occurs with stress. She is generally stable from this perspective.

3. Depression. The patient will be having her divorce finalized on 08/14/2019 and will have a closing of her house on 08/16/2019. She has continued to use Wellbutrin and feels that she is doing reasonably well. She is also doing some mindfulness techniques.

Plan,

1. No laboratory studies were done today.

2. Urine drug screen and opioid agreement will be done due to tramadol use.

3. Disability form was completed for the patient for a life insurance waiver premium.

4. Return to clinic in 6 months.

5. Referral to physical therapy for neck exercises.

### Ehlers-Danlos syndrome
Q79.6: Ehlers-Danlos syndrome

### Osteopenia
M85.80: Other specified disorders of bone density and structure, unspecified site

### Degenerative joint disease involving multiple joints
M15.0: Primary generalized (osteo)arthritis
- OSTEOARTHRITIS: CARE INSTRUCTIONS
- PHYSICAL THERAPY REFERRAL -    Schedule Within: provider's discretion
Evaluate & Treat: Exercises for cervical spine

### Return to Office
- Mackenzie Eldridge, DPT for PT New Eval at WPP PT/OT on 08/08/2019 at 02:45 PM
- Belhorn Linda, MD for Office Visit at WPP Rheum on 02/05/2020 at 01:00 PM

### Encounter Sign-Off
Encounter signed-off by Belhorn Linda, MD, 08/06/2019.
Encounter performed and documented by Belhorn Linda, MD
Encounter reviewed & signed by Belhorn Linda, MD on 08/06/2019 at 10:51am

**Encounter Date: 01/21/2019**

**LIN000559**

Case 1:22-cv-00186-WO-JLW * Document 21-1 * Filed 10/24/22 * Page 559 of 763

Triangle Orthopaedics • 120 William Penn Plaza, DURHAM NC 27704-2150

## PIFER, REBECCA (id #425618, dob: ████/1960)

### Patient

| | | | |
|---|---|---|---|
| **Name** | PIFER, REBECCA (58yo, F) ID# 425618 | **Appt. Date/Time** | 01/21/2019 11:15AM |
| **DOB** | 07/02/1960 | **Service Dept.** | WPP Rheum |
| **Provider** | BELHORN LINDA, MD | | |
| **Insurance** | Med Primary: BCBS-NC (PPO) | | |

Med Primary: BCBS-NC (PPO)
   Insurance # : YPPW1353894401
   Policy/Group # : 081501
Med Secondary: MEDICARE-NC (MEDICARE)
   Insurance # : 5VF3C65UU90
Med Legal: BASSETT LAW FIRM
   Insurance # : 07021960
   Case Injury Date : 08/16/2012
Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. details

### Chief Complaint

Followup: Ehlers-Danlos syndrome
Followup: Degenerative joint disease involving multiple joints

### Patient's Care Team

**Primary Care Provider:** JOHN A KALLIANOS (TRIANGLE COMMUNITY PHYSICIANS): 4309 MEDICAL PARK DR STE 200, DURHAM, NC 27704, Ph (919) 471-4484, Fax (919) 477-6131 NPI: 1245231588

### Patient's Pharmacies

**KROGER MIDATLANTIC 366: 1802 NORTH POINTE DRIVE NORTHE POINT S/C, DURHAM NC 27705, Ph (919) 220-6894**

### Vitals

| | | |
|---|---|---|
| **Ht:** 5 ft 6 in 01/21/2019 11:47 am | **Wt:** 132 lbs 01/21/2019 11:47 am | **BMI:** 21.3 01/21/2019 11:47 am |
| **BP:** 124/76 sitting 01/21/2019 11:47 am | **Pulse:** 81 bpm 01/21/2019 11:47 am | **Pain Scale:** 4 01/21/2019 11:48 am |
| **Pain Scale Type:** Numeric 01/21/2019 11:48 am | | |

### Allergies

Reviewed Allergies
NKDA

**LIN000560**

PAGE 17/29 * RCVD AT 2/3/2021 2:25:30 PM [Eastern Standard Time] * SVR:WPPFAX/2 * DNIS:6034227909 * CSID:athena * ANI:16125536963 * DURATION (mm-ss):19-00

Triangle Orthopaedics • 120 William Penn Plaza, DURHAM NC 27704-2150

## PIFER, REBECCA (id #425618, dob: ████ 1960)

## Medications

### Reviewed Medications

**B Complex** qd                                                      09/15/14   entered

**buPROPion HCl XL 300 mg 24 hr tablet, extended release**        10/02/18   filled

**celecoxib 200 mg capsule** TAKE ONE CAPSULE BY MOUTH TWO TIMES A DAY    01/21/19   prescribed

**gabapentin 600 mg tablet** Take 1 tablet(s) twice a day by oral route.    10/02/18   filled

**traMADol 50 mg tablet**
TAKE ONE TABLET BY MOUTH EVERY 6 HOURS AS NEEDED    01/21/19   prescribed

**traZODone 50 mg tablet** TAKE 1 TABLET (50 MG) PO QHS    09/25/18   filled

**Vitamin C 1,000 mg tablet** qd    01/20/14   entered

## Problems

### Reviewed Problems
- Degenerative joint disease involving multiple joints
- Shoulder joint pain
- Shoulder stiff
- Calcific tendinitis of shoulder
- Bicipital tenosynovitis
- Osteopenia
- Ehlers-Danlos syndrome
- Full thickness rotator cuff tear

## Family History

### Reviewed Family History
Father           - Problem
                       - Ehler-Danlos Syndrome
                 - Problem
                       - CAD (previously recorded as Other)
                 - Malignant neoplastic disease
                       - prostate (previously recorded as Cancer)
                 - Rheumatoid arthritis
                 - Arthritis
                       - osteo
                 - Cerebrovascular accident
                       - previously recorded as Stroke
                 - Heart disease (died age: 82)
                       - CHF
Mother         - Hypertensive disorder
                       - previously recorded as Hypertension
                 - Arthritis
                 - Heart disease
                 - Hypertensive disorder
                 - Migraine
                 - Osteoporosis
Brother        - Problem
                       - Ehlers-Danlos Syndrome

**LIN000561**

Case 1:22-cv-00186-WO-JLW   Document 21-1   Filed 10/24/22   Page 561 of 763

Triangle Orthopaedics • 120 William Penn Plaza, DURHAM NC 27704-2150

## PIFER, REBECCA (id #425618, dob: ███████ /1960)

### Social History

Reviewed Social History
**Focused Rheumatology Social History**
Alcohol intake: Occasional
Are you currently employed?: N (Notes: Disability since November 2012)
Caffeine intake: Moderate
Chewing tobacco: none
Education: 2 Year College
Exercise level: Occasional
Marital status: Married
Number of children: 2
Smoker (1 PPW)
Smoking Status: Current some day smoker
Tobacco-years of use: 10
Hand Dominance: Left
Could you be pregnant?: N
Advance directive: N
Medical Power of Attorney: N

### Surgical History

Reviewed Surgical History
- Other - Right shoulder surgery
- Other - 10/2014
- Bunionectomy - 2013 - Repair of right bunionectomy
- Shoulder Arthroscopy - 01/01/2011
- Bunionectomy - 2011 - Left
- Bunionectomy - 2011 - Right
- Appendectomy - 1990
- Appendectomy - 1981

### GYN History

GYN History not reviewed (last reviewed 08/10/2016)

### Obstetric History

Obstetric History not reviewed (last reviewed 08/10/2016)

### Past Medical History

Reviewed Past Medical History
Headaches: **Y**
Notes: Ehlers-Danlos Syndrome;Cervical DDD; Parathesias if hands and face; Insomnia-contolled w/med,
Idiopathic peripheral neuropathy, Osteopenia, Generalized OA; Shingles 2011, Depression; Varicose veins

### Screening

| Name | Score | Notes |
| --- | --- | --- |
| RAPID 3 | Not performed, Patient refused | |

### HPI

SUBJECTIVE:
The patient returns for a follow up of her fibromyalgia, generalized osteoarthritis and Ehlers-Danlos syndrome. Since her last visit in February 2018, she has had worsening of her disease activity in her cervical spine as well as her ankles and shoulders. She has used ibuprofen p.r.n. and is also on Celebrex. She has run out of Tramadol as she was not able to come for her visit. She has continued to undergo divorce proceedings and feels that she is getting towards the end of the road as far as this goes. She Is planning to negotiate for the best deal that she can get, however, and feels that this may take additional time. Her daughter is a marine biologist and will be graduating from UNC Wilmington in May. Her son is currently attending some classes at Durham Tech. She denies any recent infections, but has had some mild dizziness. She was diagnosed with an early cataract on the left. Her depression and anxiety have been stable on Wellbutrin, although she does have periods where she gets very anxious. She had been seeing a therapist on a regular basis, but now that her deductible has not been met for the early calendar year, she is not seeing the therapist as regularly. She does try to stay active by walking her dog. She has tried to cut back on smoking and has decreased to two to three cigarettes per day. She denies any chest pain, shortness of breath, ocular inflammation, oral ulcers, dry mouth, rash, or alopecia.

**LIN000562**

Triangle Orthopaedics • 120 William Penn Plaza, DURHAM NC 27704-2150

## PIFER, REBECCA (id #425618, dob: ▬▬ /1960)

### ROS

**Additionally reports:**

**Reported by Patient**
**CONSTITUTIONAL:** no Fever, no Night Sweats, no Weight gain, no Weight loss, no Weakness

**EYES:** no Dry eyes, no Irritation, no Vision change

**EARS:** no Difficulty hearing, no Ear pain

**NOSE:** no Frequent nosebleeds, no Nose/sinus problems

**MOUTH/THROAT:** MOUTH BREATHING, but no Sore throat, no Bleeding gums, no Snoring, no Dry mouth, no Oral abnormalities, no Mouth ulcer, no Teeth abormalities

**CARDIOVASCULAR:** LIGHT-HEADED ON STANDING, but no Chest pain on exertion, no Arm pain on exertion, no Shortness of breath when walking, no Shortness of breath when lying down, no Palpitations, no Known heart murmur

**RESPIRATORY:** no Cough, no Wheezing, no Shortness of breath, no Coughing up blood, no Sleep apnea

**GASTROINTESTINAL:** CHANGE IN APPETITE, but no Abdominal pain, no Vomiting, no Black or tarry stools, no Frequent diarrhea, no Vomiting blood

**GENITOURINARY:** no Urinary loss of control, no Difficulty urinating, no Increased urinary frequency, no Hematuria, no Incomplete emptying

**SKIN:** no Abnormal mole, no Jaundice, no Rash, no Itching, no Dry skin, no Growth/lesions

**NEUROLOGIC:** NUMBNESS, DIZZINESS, RESTLESS LEGS, but no Loss of Consciousness, no Weakness, no Seizures, no Frequent or Severe Headaches, no Migraines

**PSYCHIATRIC:** DEPRESSION, but no Sleep Disturbances, no Restless sleep, no Feeling unsafe in relationship, no Alcohol abuse

**ENDOCRINE:** COLD INTOLERANCE, but no Fatigue, no Increased thirst, no Hair loss, no Increased hair growth

**HEMATOLOGIC/LYMPHATIC:** no Swollen glands, no Easy bruising, no Excessive Bleeding

**ALLERGIC/IMMUNOLOGIC:** no Runny Nose, no Sinus pressure, no Itching, no Hives, no Frequent sneezing
ROS as noted in the HPI

## Physical Exam

Patient is a 58-year-old female.

PHYSICAL EXAMINATION: On physical exam, she is a well-developed and well-nourished white female in no acute distress.
Vital Signs: Blood pressure 124/76, pulse 81. Weight 132 pounds, increased three pounds.
HEENT: PERRLA, EOMI. Oropharynx without erythema or exudate.
Heart: S1-S2. Regular rate and rhythm.
Lungs: Clear to auscultation.
Extremities: Extremities had no edema.
Skin: There was no rash.
Musculoskeletal: There were Heberden's and Bouchard's nodes bilaterally. There was decreased range of motion in the cervical spine and shoulders in all planes.

## Procedure Documentation

None recorded.

**LIN000563**

Triangle Orthopaedics • 120 William Penn Plaza, DURHAM NC 27704-2150

## PIFER, REBECCA (id #425618, dob: ▮▮▮▮/1960)

### Assessment / Plan

IMPRESSION:
1. Generalized osteoarthritis.

The patient has had persistent symptoms in her cervical spine and had an x-ray at her last visit that revealed degenerative disc disease. She is currently on Celebrex and Tramadol, although she has run out of her Tramadol and has had worsening symptoms. She will be given a refill of this. Of note, her creatinine was found to be elevated at 1.19 at her last visit and she will have repeat labs performed today. For now, she will continue Celebrex.

2. Ehlers-Danlos syndrome.

The patient has skin fragility with shearing of her skin and has some intermittent numbness and tingling that occurs with stress, especially in the perioral region. Overall, she feels that she is stable, although she has had some very mild gradual worsening of her symptoms from year to year.

3. Depression.

The patient remains on Wellbutrin. She is not currently seeing a therapist, but is aware that the stress from her marital separation figures significantly into her current symptoms. She is trying some mindfulness techniques.

PLAN:
1. CBC, CMP.

2. Refill Tramadol and Celebrex.

3. A disability form was completed for the patient.

4. Return to clinic in six months.

Linda Belhorn, M.D.
Transcribed by aln/1-21-2019

### .. Degenerative joint disease involving multiple joints

M15.0: Primary generalized (osteo)arthritis
- OSTEOARTHRITIS: CARE INSTRUCTIONS
- CBC WITH DIFFERENTIAL/PLATELET
- COMP. METABOLIC PANEL (14)-322000-P
- tramadol 50 mg tablet - TAKE ONE TABLET BY MOUTH EVERY 6 HOURS AS NEEDED    Qty: 60 tablet(s)    Refills: 0    Pharmacy: HARRIS TEETER NORTH POINTE SHOP 497
- celecoxib 200 mg capsule - TAKE ONE CAPSULE BY MOUTH TWO TIMES A DAY    Qty: 60 capsule(s)    Refills: 5    Pharmacy: HARRIS TEETER NORTH POINTE SHOP 497

### :. Ehlers-Danlos syndrome

Q79.6: Ehlers-Danlos syndrome

### Return to Office

- Belhorn Linda, MD for Office Visit at WPP Rheum on 05/06/2019 at 03:00 PM

### Encounter Sign-Off

Encounter signed-off by Belhorn Linda, MD, 01/21/2019.
Encounter performed and documented by Belhorn Linda, MD
Encounter reviewed & signed by Belhorn Linda, MD on 01/21/2019 at 4:36pm

**LIN000564**

Triangle Orthopaedics • 120 William Penn Plaza, DURHAM NC 27704-2150

## PIFER, REBECCA (id #425618, dob: [ ]/1960)

01/22/2019    10:37 EMERGE ORTHO 2nd FLOOR REGIS      (FAX)9192811700     P.010/025

**TOA RHEUMATOLOGY**
Tax ID:561079264

| please send payments to: | department of service: |
|---|---|
| EMERGEORTHO PA | WPP Rheum |
| PO BOX 5105 | 120 William Penn Plaza |
| BELFAST, ME 04915-5100 | DURHAM, NC 27704-2160 |
| billing phone: (800) 359-1540 | dept phone: (919) 220-5255 |

printed 01/21/2019 11:22 AM

| PATIENT NAME AND ADDRESS [SEX] | PATIENT # | GUARANTOR NAME | PROVIDER | DATE/TIME | DEPARTMENT |
|---|---|---|---|---|---|
| REBECCA PIFER   F | 425618 | REBECCA PIFER | BELHORN LINDA, MD | 01/21/2019 11:15 AM | WPP Rheum |
| 3611 ZENITH PL | | 3611 ZENITH PL | | | |
| DURHAM NC, 27705-2117 | | DURHAM NC, 27705-2117 | | | |

| PATIENT SSN | WC INJURY DATE | DOB | TELEPHONE | INSURANCE NAME | CERTIFICATE# | PCP | AUTH# |
|---|---|---|---|---|---|---|---|
| | | 07/02/1960 58 YR | (919) 597-8806 | INS 1 MEDICARE-NC (MEDICARE) | Cert#1 5VF3C65UU90 | | |
| | | | | INS 2 | Cert#2 | | |

**APPT TYPE** Office Visit     **NOTES/REASON**     • 10/02/2018 rbcal2: Medicare, Req WPP/Belhorn- office visit

| PROCEDURE | CODE | FEE | PROCEDURE | CODE | FEE |
|---|---|---|---|---|---|
| **OFFICE SERVICE** | | | **INFUSION** | | |
| NEW   ESTAB.   CONSULT.** | FEE | | Unclassified drug | J3490 | |
| 99201   99211   99241 | | | IV Push of drug | 96374 | |
| 99202   99212   99242 | | | IV Inf. upto 1 hr | 96413 | |
| 99203   99213   99243 | | | Iv Inf. each add'l hr | 96415 | |
| 99204   X 99214   99244 | | | Saline | J7050 | |
| 99205   99215   99245 | | | Tubing | A4305 | |
| **LABORATORY TESTS** | | | Solumedrol | J2930 | |
| Sed Rate | 85651 | | Diphenhydramine | J1200 | |
| Urinalysis | 81000 | | Unclassified biologic | J3590 | |
| Single Inj. | 95115 | | **Medications** | | |
| 2 or more inj. | 95117 | | Kenalog 10mg | J3301, M02 | |
| Prick testing | 95004 | | 1cc=1 2cc=2 3cc=3 4cc=4 | | |
| Intradermal | 95024 | | Kenalog 40mg | J3301, M51 | |
| Allergy Set | 95165 | | 0.5cc=2 1cc=4 1.5cc=6 2cc=8 | | |
| **Arthrocentesis/Injection** | | | Celestone Soluspan | J0702 | |
| Major Joint or Bursa x___ | 20610 | | 0.5cc=1; 1cc=2; 1.5cc=3; 2cc=4 | | |
| Major Joint Ultrasound Guidance | 20611 | | Depomedrol 40mg | J1030 | |
| Tendon Sheath x___ | 20550 | | 1cc=1 2cc=2 | | |
| Interm. Joint or Bursa x___ | 20605 | | Dexamethasone 4mg | J1100 | |
| Interm. Joint Ultrasound Guidance | 20606 | | 0.25=1 0.5cc=2 1cc=4 1.5cc=6 2cc=8 | | |
| Small Joint or Bursa x___ | 20600 | | Synvisc Hylan 16 mg/2 ml | J7325 | |
| Small Joint Ultrasound Guidance | 20604 | | Hyalgan 20mg/2 ml | J7321 | |
| Carpal Tunnel | 20526 | | Reclast | J3488 | |
| Tendon Origin / Insertion | 20551 | | Rituxan | J9310 | |
| Trigger Point (1-2 muscle groups) | 20552 | | Remicade | J1745 | |
| Trigger Points (3 or more) | 20553 | | Orencia | J0129 | |
| **INJECTIONS** | | | Bonive | J1740 | |
| Admin. of Medicare Flu | 90471 | | | | |
| Administration of Injection | 96372 | | **X-RAY** | | |
| Influenza | 90658 | | 73130 Rheumatology Hand 3V | | |
| Methotrexate | J9250 | | 73630 Foot 3V | | |
| PPD | 86580 | | 71046 Chest 2V | | |
| Blood Draw | 36415 | | 73562 Knee 3V | | |
| | | | 72040 Cervical 2V | | |
| | | | 72100 Lumbar Sp 2V | | |
| | | | 72110 Lumbar Sp 5V | | |
| | | | 73521 Hips(3view) & AP pelvis | | |
| | | | 72202 SI Joints | | |

**PREVIOUS DIAGNOSIS:**
M150 (ICD-10)     Primary generalized (osteo)arthritis
Q796 (ICD-10)     Ehlers-Danlos syndrome

**DIAGNOSIS:**
**HIGH DEDUCTIBLE PLAN:**

Next Appt: Days_____ Wks_____ Mths_____

Lab Appt: Days_____ Wks_____ Mths_____

Lab Orders: _____ see above or

| ACCOUNT INFORMATION | |
|---|---|
| Previous Balance | $10.82 |
| Today's Payments and Adjustments | $10.82 |
| Balance Due | $0.00 |
| Patient Balance | $0.00 |
| Ins. Balance | $0.00 |

## Lab Results

LIN000565

Case 1:22-cv-00186-WO-JLW   Document 21-1   Filed 10/24/22   Page 565 of 763

Triangle Orthopaedics • 120 William Penn Plaza, DURHAM NC 27704-2150

**PIFER, REBECCA (id #425618, dob:** ▮▮▮▮/1960)

## COMP. METABOLIC PANEL (14)-322000-P 02/06/2020 (#54897621, Final, 02/05/2020 2:31pm)

| Note to Patient | The results of your recent tests are within normal limits. We look forward to seeing you at your next appointment. | | |
|---|---|---|---|
| Ordering Provider | BELHORN LINDA, MD | Performing Lab | LABCORP BURLINGTON (01) LABCORP BURLINGTON SANJAI NAGENDRA 1447 YORK COURT BURLINGTON, NC 272153361 Account ID: 32099463 |
| Specimen/Accession ID | 8710841CE847 | Specimen Source | |
| Specimen Coll. Date | 02/05/2020 14:31 | Result Status | Final |
| Specimen Rec. Date | 02/05/2020 00:00 | Report Status | |
| Specimen Reported Date | 02/06/2020 05:35 | | |

| Report | Result | Ref. Range | Units | | Status | Lab |
|---|---|---|---|---|---|---|
| GLUCOSE | 82 | 65-99 | mg/dL | | Final | 01 |
| BUN | 14 | 6-24 | mg/dL | | Final | 01 |
| CREATININE | 0.73 | 0.57-1.00 | mg/dL | | Final | 01 |
| EGFR IF NONAFRICN AM | 90 | >59 | mL/min/1.73 | | Final | 01 |
| EGFR IF AFRICN AM | 104 | >59 | mL/min/1.73 | | Final | 01 |
| BUN/CREATININE RATIO | 19 | 9-23 | | | Final | 01 |
| SODIUM | 140 | 134-144 | mmol/L | | Final | 01 |
| POTASSIUM | 4.4 | 3.5-5.2 | mmol/L | | Final | 01 |
| CHLORIDE | 102 | 96-106 | mmol/L | | Final | 01 |
| CARBON DIOXIDE, TOTAL | 22 | 20-29 | mmol/L | | Final | 01 |
| CALCIUM | 9.6 | 8.7-10.2 | mg/dL | | Final | 01 |
| PROTEIN, TOTAL | 6.5 | 6.0-8.5 | g/dL | | Final | 01 |
| ALBUMIN | 4.3 | 3.8-4.9 | g/dL | | Final | 01 |
| **\*\*Please note reference interval change\*\*** | | | | | | |
| GLOBULIN, TOTAL | 2.2 | 1.5-4.5 | g/dL | | Final | 01 |
| A/G RATIO | 2.0 | 1.2-2.2 | | | Final | 01 |
| BILIRUBIN, TOTAL | 0.4 | 0.0-1.2 | mg/dL | | Final | 01 |
| ALKALINE PHOSPHATASE | 75 | 39-117 | IU/L | | Final | 01 |
| AST (SGOT) | 28 | 0-40 | IU/L | | Final | 01 |
| ALT (SGPT) | 25 | 0-32 | IU/L | | Final | 01 |
| RESULT NOTE | FASTING NO | | | | | |

## CBC WITH DIFFERENTIAL/PLATELET 02/06/2020 (#54897619, Final, 02/05/2020 2:31pm)

| Note to Patient | HI, Your labs have returned and everything is normal. Thank you and I will see you at your next visit. | | |
|---|---|---|---|
| Ordering Provider | BELHORN LINDA, MD | Performing Lab | LABCORP BURLINGTON (01) LABCORP BURLINGTON SANJAI NAGENDRA 1447 YORK COURT BURLINGTON, NC 272153361 Account ID: 32099463 |

**LIN000566**

Triangle Orthopaedics • 120 William Penn Plaza, DURHAM NC 27704-2150

## PIFER, REBECCA (id #425618, dob: ▮▮▮▮/1960)

| Specimen/Accession ID | 8710841CE847 | Specimen Source | |
|---|---|---|---|
| Specimen Coll. Date | 02/05/2020 14:31 | Result Status | Final |
| Specimen Rec. Date | 02/05/2020 00:00 | Report Status | |
| Specimen Reported Date | 02/06/2020 05:35 | | |

| Report | Result | Ref Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| WBC | 6.1 | 3.4-10.8 | x10E3/uL | | Final | 01 |
| RBC | 4.18 | 3.77-5.28 | x10E6/uL | | Final | 01 |
| HEMOGLOBIN | 12.4 | 11.1-15.9 | g/dL | | Final | 01 |
| HEMATOCRIT | 38.0 | 34.0-46.6 | % | | Final | 01 |
| MCV | 91 | 79-97 | fL | | Final | 01 |
| MCH | 29.7 | 26.6-33.0 | pg | | Final | 01 |
| MCHC | 32.6 | 31.5-35.7 | g/dL | | Final | 01 |
| RDW | 12.0 | 11.7-15.4 | % | | Final | 01 |
| PLATELETS | 294 | 150-450 | x10E3/uL | | Final | 01 |
| NEUTROPHILS | 55 | NOT ESTAB. | % | | Final | 01 |
| LYMPHS | 34 | NOT ESTAB. | % | | Final | 01 |
| MONOCYTES | 8 | NOT ESTAB. | % | | Final | 01 |
| EOS | 2 | NOT ESTAB. | % | | Final | 01 |
| BASOS | 1 | NOT ESTAB. | % | | Final | 01 |
| IMMATURE CELLS | NP | | | | Cancelled | 01 |
| NEUTROPHILS (ABSOLUTE) | 3.4 | 1.4-7.0 | x10E3/uL | | Final | 01 |
| LYMPHS (ABSOLUTE) | 2.1 | 0.7-3.1 | x10E3/uL | | Final | 01 |
| MONOCYTES(ABSOLUTE) | 0.5 | 0.1-0.9 | x10E3/uL | | Final | 01 |
| EOS (ABSOLUTE) | 0.1 | 0.0-0.4 | x10E3/uL | | Final | 01 |
| BASO (ABSOLUTE) | 0.0 | 0.0-0.2 | x10E3/uL | | Final | 01 |
| IMMATURE GRANULOCYTES | 0 | NOT ESTAB. | % | | Final | 01 |
| IMMATURE GRANS (ABS) | 0.0 | 0.0-0.1 | x10E3/uL | | Final | 01 |
| NRBC | NP | | | | Cancelled | 01 |
| HEMATOLOGY COMMENTS: | NP | | | | Cancelled | 01 |
| RESULT NOTE | FASTING NO | | | | | |

**LIN000567**

Triangle Orthopaedics • 120 William Penn Plaza, DURHAM NC 27704-2150

## PIFER, REBECCA (id #425618, dob: ▇▇▇▇/1960)

## TOXICOLOGY SCREEN, URINE 08/08/2019 (#49028109, Final)

| Ordering Provider | LINDA BELHORN | Performing Lab | EMERGEORTHO IN-HOUSE LAB 1050 REVOLUTION MILL DR STE 1 GREENSBORO NC 27405 |
|---|---|---|---|
| Specimen/Accession ID | 9152 | Specimen Source | Urine |
| Specimen Coll. Date | | Result Status | Final |
| Specimen Rec. Date | | Report Status | |
| Specimen Reported Date | | | |

**LIN000568**

Case 1:22-cv-00186-WO-JLW  * Document 21-1  * Filed 10/24/22 * Page 568 of 763

Triangle Orthopaedics • 120 William Penn Plaza, DURHAM NC 27704-2150

**PIFER, REBECCA (id #425618, dob: ███████/1960)**



EmergeOrtho, PA
1050 Revolution Mill Drive, Studio 1
Greensboro, NC 27405

| | |
|---|---|
| **Patient Name:** Pifer, Rebecca | **Control #:** N/A |
| **Patient ID #:** 425618 | **Collected:** 08/05/2019 11:48 AM |
| **Date of Birth:** ████ 1960 (59 years old) | **Collected By:** Account |
| **Specimen #:** 9152 | **Received:** 08/06/2019 11:48 AM |
| **Sample Type:** Urine | **Test Date:** 08/08/2019 |
| **Provider:** BELHORN, LINDA, MD | **Certified:** 08/08/2019 2:02 PM |
| **Account:** EO Erwin - Professional Park | **Certified By:** bav |

**Medications:** Bupropion, Gabapentin, Tramadol, Trazodone

## Confirmed LC/MS/MS Result Summary:

| Drug | Result * | Cutoff * | Interpretation | Expected | Inconsistent |
|---|---|---|---|---|---|
| Ethyl Glucuronide | 9136 | 500 | POSITIVE | NO | YES |
| Ethyl Sulfate | 2421 | 100 | POSITIVE | NO | YES |
| Tramadol[1] | >5000 | 75 | POSITIVE | YES | NO |
| O-desmethyltramadol[1] | 4068 | 75 | POSITIVE | YES | NO |

| **Validity Tests:** | **PASSED** | (Result details below) |
|---|---|---|

## Detailed Results - LC/MS/MS Confirmation

| Drug | Result * | Cutoff * | Interpret. | Expected |
|---|---|---|---|---|
| **ALCOHOL BIOMARKERS** | | | | |
| Ethyl Glucuronide | 9136 | 500 | POSITIVE | NO |
| Ethyl Sulfate | 2421 | 100 | POSITIVE | NO |
| **TRAMADOL** | | | | |
| Tramadol[1] | >5000 | 75 | POSITIVE | YES |
| O-desmethyltramadol[1] | 4068 | 75 | POSITIVE | YES |

* in ng/mL

## Initial Screening Results

| Test | Cutoff * | Interpretation |
|---|---|---|
| Amphetamines (S)[1] | 500 | Negative |
| Barbiturates (S)[1] | 200 | Negative |
| Benzodiazepines (S)[1] | 200 | Negative |
| Buprenorphine (S)[1] | 5.0 | Negative |
| Cocaine (S)[1] | 150 | Negative |
| Ecstasy (S)[1] | 500 | Negative |
| Methamphetamine (S)[1] | 500 | Negative |
| Methadone (S)[1] | 300 | Negative |
| Opiates (S)[1] | 300 | Negative |
| Oxycodone (S)[1] | 100 | Negative |
| Phencyclidine (S)[1] | 25 | Negative |
| THC-COOH (S)[1] | 50.0 | Negative |

* in ng/mL

9152 - Pifer, Rebecca (425618)

Lab Director: John Almeida, MD
CLIA #: 34D2157354

Page 1 of 2

**LIN000569**

PAGE 26/29 * RCVD AT 2/3/2021 2:25:40 PM [Eastern Standard Time] * SVR:WGFWFAX401/2 * DNIS:6034217909 * CSID:athena * ANI:T6013036003 * DURATION (mm-ss):19-00

Case 1:22-cv-00186-WO-JLW * Document 21-1 * Filed 10/24/22 * Page 569 of 763

**PIFER, REBECCA (id #425618, dob:** ████ **/1960)**



EmergeOrtho, PA
1050 Revolution Mill Drive, Studio 1
Greensboro, NC 27405

### Validity Tests

| Test | Result | Ref. Range |
|---|---|---|
| PH | 6 | 5 - 8 |
| Urine Creatinine (S) | 93 mg/dL | 37 - 300 |

### Clinical Chemistry Results

| Test | Result | Unit | Flags | Ref. Range |
|---|---|---|---|---|
| URINE ETOH | | | | |
| Ethyl Alcohol (S)[1] | 0 | mg/dL | | 0 - 3 |

: This test was developed and its performance characteristics determined by EmergeOrtho. It has not been cleared or approved by the U.S. Food and Drug Administration. [1] This test was developed and its performance characteristics determined by EmergeOrtho, PA. It has not been cleared or approved by the U.S. Food and Drug Administration.

9152 - Pifer, Rebecca (425618)

Lab Director: John Almeida, MD
CLIA #: 34D2157354

Page 2 of 2

**LIN000570**

Triangle Orthopaedics • 120 William Penn Plaza, DURHAM NC 27704-2150

**PIFER, REBECCA (id #425618, dob:** ▓▓▓▓/1960)

## COMP. METABOLIC PANEL (14)-322000-P 01/22/2019 (#42477888, Final, 01/21/2019 12:30pm)

| Ordering Provider | BELHORN LINDA, MD | Performing Lab | LABCORP BURLINGTON (01) LABCORP BURLINGTON SANJAI NAGENDRA 1447 YORK COURT BURLINGTON, NC 272153361 Account ID: 32099463 |
|---|---|---|---|
| Specimen/Accession ID | 20419904560 | Specimen Source | |
| Specimen Coll. Date | 01/21/2019 12:30 | Result Status | Final |
| Specimen Rec. Date | 01/21/2019 00:00 | Report Status | |
| Specimen Reported Date | 01/22/2019 07:37 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|
| GLUCOSE | 89 | 65-99 | mg/dL | | Final | 01 |
| BUN | 11 | 6-24 | mg/dL | | Final | 01 |
| CREATININE | 0.70 | 0.57-1.00 | mg/dL | | Final | 01 |
| EGFR IF NONAFRICN AM | 96 | >59 | mL/min/1.73 | | Final | 01 |
| EGFR IF AFRICN AM | 110 | >59 | mL/min/1.73 | | Final | 01 |
| BUN/CREATININE RATIO | 16 | 9-23 | | | Final | 01 |
| SODIUM | 144 | 134-144 | mmol/L | | Final | 01 |
| POTASSIUM | 4.6 | 3.5-5.2 | mmol/L | | Final | 01 |
| CHLORIDE | 105 | 96-106 | mmol/L | | Final | 01 |
| CARBON DIOXIDE, TOTAL | 22 | 20-29 | mmol/L | | Final | 01 |
| CALCIUM | 9.7 | 8.7-10.2 | mg/dL | | Final | 01 |
| PROTEIN, TOTAL | 6.7 | 6.0-8.5 | g/dL | | Final | 01 |
| ALBUMIN | 4.5 | 3.5-5.5 | g/dL | | Final | 01 |
| GLOBULIN, TOTAL | 2.2 | 1.5-4.5 | g/dL | | Final | 01 |
| A/G RATIO | 2.0 | 1.2-2.2 | | | Final | 01 |
| BILIRUBIN, TOTAL | 0.3 | 0.0-1.2 | mg/dL | | Final | 01 |
| ALKALINE PHOSPHATASE | 73 | 39-117 | IU/L | | Final | 01 |
| AST (SGOT) | 22 | 0-40 | IU/L | | Final | 01 |
| ALT (SGPT) | 25 | 0-32 | IU/L | | Final | 01 |
| RESULT NOTE | FASTING NO | | | | | |

## CBC WITH DIFFERENTIAL/PLATELET 01/22/2019 (#42477887, Final, 01/21/2019 12:30pm)

| Ordering Provider | BELHORN LINDA, MD | Performing Lab | LABCORP BURLINGTON (01) LABCORP BURLINGTON SANJAI NAGENDRA 1447 YORK COURT BURLINGTON, NC 272153361 Account ID: 32099463 |
|---|---|---|---|
| Specimen/Accession ID | 20419904560 | Specimen Source | |
| Specimen Coll. Date | 01/21/2019 12:30 | Result Status | Final |
| Specimen Rec. Date | 01/21/2019 00:00 | Report Status | |
| Specimen Reported Date | 01/22/2019 07:37 | | |

| Report | Result | Ref. Range | Units | ⚠ | Status | Lab |
|---|---|---|---|---|---|---|

LIN000571

Case 1:22-cv-00186-WO-JLW * Document 21-1 * Filed 10/24/22 * Page 571 of 763

Triangle Orthopaedics • 120 William Penn Plaza, DURHAM NC 27704-2150

## PIFER, REBECCA (id #425618, dob: ⬛⬛⬛/1960)

| | | | | | |
|---|---|---|---|---|---|
| WBC | 5.5 | 3.4-10.8 | x10E3/uL | Final | 01 |
| RBC | 4.46 | 3.77-5.28 | x10E6/uL | Final | 01 |
| HEMOGLOBIN | 13.3 | 11.1-15.9 | g/dL | Final | 01 |
| HEMATOCRIT | 39.8 | 34.0-46.6 | % | Final | 01 |
| MCV | 89 | 79-97 | fL | Final | 01 |
| MCH | 29.8 | 26.6-33.0 | pg | Final | 01 |
| MCHC | 33.4 | 31.5-35.7 | g/dL | Final | 01 |
| RDW | 13.3 | 12.3-15.4 | % | Final | 01 |
| PLATELETS | 297 | 150-379 | x10E3/uL | Final | 01 |
| NEUTROPHILS | 62 | NOT ESTAB. | % | Final | 01 |
| LYMPHS | 31 | NOT ESTAB. | % | Final | 01 |
| MONOCYTES | 6 | NOT ESTAB. | % | Final | 01 |
| EOS | 1 | NOT ESTAB. | % | Final | 01 |
| BASOS | 0 | NOT ESTAB. | % | Final | 01 |
| IMMATURE CELLS | NP | | | Cancelled | 01 |
| NEUTROPHILS (ABSOLUTE) | 3.4 | 1.4-7.0 | x10E3/uL | Final | 01 |
| LYMPHS (ABSOLUTE) | 1.7 | 0.7-3.1 | x10E3/uL | Final | 01 |
| MONOCYTES(ABSOLUTE) | 0.3 | 0.1-0.9 | x10E3/uL | Final | 01 |
| EOS (ABSOLUTE) | 0.1 | 0.0-0.4 | x10E3/uL | Final | 01 |
| BASO (ABSOLUTE) | 0.0 | 0.0-0.2 | x10E3/uL | Final | 01 |
| IMMATURE GRANULOCYTES | 0 | NOT ESTAB. | % | Final | 01 |
| IMMATURE GRANS (ABS) | 0.0 | 0.0-0.1 | x10E3/uL | Final | 01 |
| NRBC | NP | | | Cancelled | 01 |
| HEMATOLOGY COMMENTS: | NP | | | Cancelled | 01 |
| RESULT NOTE | FASTING NO | | | | |

**LIN000572**

Case 1:22-cv-00186-WO-JLW  * Document 21-1 * Filed 10/24/22 * Page 572 of 763



Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

| | |
|---|---|
| Date: February 2, 2021 | |
| To: LINDA BELHORN RHEUMATOLOGY<br>4004 BEN FRANKLIN BLVD<br>DURHAM NC 27704 | |
| Attn: | |
| Fax: (919) 220-2627 | |
| From: Lisa Porriello<br>Specialist, Claims<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 422-7909 | |
| Total Pages<br>(Including Cover): 2 | |
| RE:<br><br>Claim #: 4087659<br>Claimant: Rebecca Pifer<br><br>BCBS of North Carolina | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

**LIN000573**



Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

February 2, 2021

Linda Belhorn, Rheumatology
4004 BEN FRANKLIN BLVD
DURHAM, NC 27704

RE:     Long Term Disability (LTD) Benefits
        BCBS of North Carolina
        Claim #: 4087659
        Claimant: Rebecca Pifer
        Claimant D.O.B.: ███ 1960

Dear Linda Belhorn:

We are the Disability Claim Administrator for your patient, Rebecca Pifer.

To evaluate Ms. Pifer's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

   •   Office treatment notes dated from January 2019 through the present date

We ask that you provide this information by February 8, 2021.  Failure to provide the requested information may result in an adverse benefit or claim determination.  The information can be faxed to our office at our secure fax number (603) 422-7909 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me using the information below.

Sincerely,

Lisa Porriello
Specialist, Claims
Phone No.: (888) 437-7611 Ext. 69669
Secure Fax No.: (603) 422-7909

**LIN000574**



Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

| | |
|---|---|
| Date: February 2, 2021 | |
| To: LINDA BELHORN RHEUMATOLOGY<br>120 WILLIAM PENN PLAZA<br>DURHAM NC 27704 | |
| Attn: | |
| Fax: (919) 281-1700 | |
| From: Lisa Porriello<br>Specialist, Claims<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 422-7909 | |
| Total Pages<br>(Including Cover): 2 | |
| RE:<br><br>Claim #: 4087659<br>Claimant: Rebecca Pifer<br><br>BCBS of North Carolina | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

**LIN000575**



Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

February 2, 2021

Linda Belhorn, Rheumatology
120 WILLIAM PENN PLAZA
DURHAM, NC 27704

RE:    Long Term Disability (LTD) Benefits
        BCBS of North Carolina
        Claim #: 4087659
        Claimant: Rebecca Pifer
        Claimant D.O.B.: ▇▇▇ 1960

Dear Linda Belhorn:

We are the Disability Claim Administrator for your patient, Rebecca Pifer.

To evaluate Ms. Pifer's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes dated from January 2019 through the present date

We ask that you provide this information by February 8, 2021.  Failure to provide the requested information may result in an adverse benefit or claim determination.  The information can be faxed to our office at our secure fax number (603) 422-7909 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me using the information below.

Sincerely,

Lisa Porriello
Specialist, Claims
Phone No.: (888) 437-7611 Ext. 69669
Secure Fax No.: (603) 422-7909

 **Lincoln** Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

| | |
|---|---|
| Date: November 12, 2020 | |
| To: LINDA BELHORN RHEUMATOLOGY<br>4004 BEN FRANKLIN BLVD<br>DURHAM NC 27704 | |
| Attn: | |
| Fax: (919) 220-2627 | |
| From: Lisa Porriello<br>Specialist, Claims<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 422-7909 | |
| Total Pages<br>(Including Cover): 2 | |
| RE:<br><br>Claim #: 4087659<br>Claimant: Rebecca Pifer<br><br>BCBS of North Carolina | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

**LIN000577**



Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

November 12, 2020

Linda Belhorn, Rheumatology
4004 BEN FRANKLIN BLVD
DURHAM, NC 27704

RE:    Long Term Disability (LTD) Benefits
        BCBS of North Carolina
        Claim #: 4087659
        Claimant: Rebecca Pifer
        Claimant D.O.B.: ▮▮▮▮ 1960

Dear Linda Belhorn:

We are the Disability Claim Administrator for your patient, Rebecca Pifer.

To evaluate Ms. Pifer's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, and any procedure reports dated from January 2019 through the present date

We ask that you provide this information by November 18, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 422-7909 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

If you have any questions regarding this matter, please contact me.

Sincerely,

Lisa Porriello
Specialist, Claims
Phone No.: (888) 437-7611 Ext. 69669
Secure Fax No.: (603) 422-7909

**LIN000578**



## ANNUAL PHYSICIAN'S STATEMENT

To be completed by the attending physician.
This form is to be completed
without expense to Lincoln Financial Group

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-6085

Return To:  Robert Hale

---

Employee/Claimant: Rebecca Pifer                                    Claim No: 4087659

Employer/Sponsor: BCBS of North Carolina                           Date of Birth: ███ 1960

As part of our ongoing management for continued benefits for the above named individual, we are in need of updated information.
Please respond to the questions & statements & return to Lincoln Financial Group at the above Fax number. An authorization is on file
with your office. Parts 1 and 2 below to be completed by Attending Physician.

**1.**

Date of last visit: _2-5-20_
Date of next visit: _~8-5-20_
Frequency of visits:
_____ Weekly  _____ Monthly
_X_ Other: (Specify) _q 4 months_

Last hospitalization: _____
Name of hospital: _____
Admitting Diagnosis: _____
Surgery:  YES ☐  NO ☐
Procedure:

**2.**

**Diagnosis** and concurrent conditions with ICD Code: _____
Ehlers- Danlos syndrome   Q75.6
Generalized osteoarthritis    M15.0

Please describe any/all **Restrictions and Limitations** you have imposed: _____
No prolonged sitting, standing, heavy lifting
or repetitive activity

Please describe your **treatment plan** including medications, & diagnostic testing: _____
Tramadol, Ibuprofen

**Cardiac impairment**  (if applicable)  Functional capacity per American Heart Association
_X_ Class 1 No limitation  ___ Class 2 Slight limitation  ___ Class 3 Marked limitation  ___ Class 4 Complete limitation
B/P Last visit _130/73_

Mental/Nervous impairment:  On bupropion for depression
Axis I a. _____   b. _____   Axis II _____   Axis III _____   Axis IV _____   Axis V _____

Please forward copies of your office notes and test results from _____ through _____

---

Linda Bethorn                          MD/ Rheumatology
Provider's name (PLEASE PRINT)         Degree/specialty                      SS# OR Tax ID

120 William Penn Plaza                 919-220-5255                          919-281-1700
Street address                         Telephone No.                         Fax No.

Durham, NC 27704                       ~~~~~                                 2-5-20
City/State/Zip Code                    Signature                             Date

DP 402 DMS (11/06)

# CLAIMANT SUPPLEMENTARY STATEMENT


Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-6085

Return to:  Robert Hale

**EMPLOYEE/CLAIMANT NAME:** Rebecca Pifer

**EMPLOYER:** BCBS of North Carolina

**CLAIM #:** 4087659

**DATE OF BIRTH:** ▮▮▮ 1960

| Full Name (Last, First, Middle Int.) | Social Security # | Email Address |
|---|---|---|
| Pifer, Rebecca L. | 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 | beccakl1960@gmail.com |

| Street Address | City | State | Zip Code |
|---|---|---|---|
| 3811 Zenith Place | Durham | NC | 27705 |

| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status |
|---|---|---|
| N/A | 919-597-8606 | Divorced |

| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children |
|---|---|---|
| N/A | 2 | 12/08/1996, 11/27/1999 |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death):
Name Stephen E. Lane    Relationship to you? Brother    Tel #. 919-218-4324

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.  NO

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.  NO

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?  NO

Do you hold a professional license? If yes, for what purpose?  No

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.  NO

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.  NO

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.  NO

Identify other income you are receiving or for which you have applied.  You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☑ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☑ | ☐ | Social Security (disability or retirement) | $ 1916 — | 7/2012 | on-going | |
| ☐ | ☑ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☑ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☑ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☑ | Workers' Compensation | $ | | | |
| ☐ | ☑ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☑ | ☐ | Other income/money/benefit (describe) LTD Lincoln Disability $1,184— | | | | |

If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive  Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.

**EMPLOYEE'S PRINTED NAME:** Rebecca Lane Pifer

**DATE:** February 5, 2020    **EMPLOYEE'S SIGNATURE:** Rebecca Lane Pifer

PAGE 2/3 * RCVD AT 2/5/2020 2:59:53 PM [Eastern Standard Time] * SVR:VA1PWFAX301/11 * DNIS:6034226085 * CSID: * ANI:19192205255 * DURATION (mm-ss):01-26

LIN000580

Case 1:22-cv-00186-WO-JLW    Document 21-1    Filed 10/24/22    Page 580 of 763

*ATTN: Robert Hale*



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-6085

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:**  Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.

* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.

* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):**  For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT :

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization.  If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration.  The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print)   *Rebecca Lane Pifer*

Name of legal representative, if applicable (print) _____    Relationship _____

Signature of claimant or legal representative   *Rebecca Lane Pifer*

Date of Birth: ████ 1960      Claim Number: 4087659    Date: *February 5, 2020*

**A copy of this authorization will be considered as valid as the original.**

pg. 1  Authorization-Standard-2018

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213




MS. REBECCA PIFER
3811 ZENITH PLACE
DURHAM NC 27705

**LIN000582**



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-6085

November 26, 2019

Ms. Rebecca L. Pifer
3811 ZENITH PLACE
DURHAM, NC 27705

RE:     Long Term Disability (LTD) Benefits
        BCBS of North Carolina
        Claim #: 4087659

Dear Ms. Rebecca Pifer:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under BCBS of North Carolina's Group Disability Policy.  We are writing in reference to your claim for LTD benefits under the Policy.

We are in need of updated information as part of our ongoing case management for your continued eligibility for disability benefits.  Please complete the forms indicated below and return them in the envelope provided to reach this office within 60 days of the date of this letter.  Please ensure that each form is signed and dated, as we will not be able to accept a form without these required signatures.  Any form that is not dated or signed will be sent back to you for completion.

If we do not receive the requested information within 60 days, we will be required to suspend any benefits you are currently receiving according to the provisions regarding ongoing proof of disability as outlined in the contract you are covered under.  Your assistance with providing this information is essential to our ongoing investigation.

If you have any questions regarding this matter, please contact me.

Sincerely,

Robert Hale
Ltd Management Specialist I
Phone No.: (888) 437-7611 Ext. 16335
Secure Fax No.: (603) 422-6085

Attachments:   Annual Physician's Statement
               Authorization - Medical
               Claimant Supplementary Statement

**LIN000583**

## ANNUAL PHYSICIAN'S STATEMENT

**Lincoln Financial Group®**

To be completed by the attending physician.
This form is to be completed
without expense to Lincoln Financial Group

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-6085

Return To: Robert Hale

Employee/Claimant: Rebecca Pifer          Claim No: 4087659

Employer/Sponsor: BCBS of North Carolina          Date of Birth: ▮▮▮▮ 1960

As part of our ongoing management for continued benefits for the above named individual, we are in need of updated information. Please respond to the questions & statements & return to Lincoln Financial Group at the above Fax number. An authorization is on file with your office. Parts 1 and 2 below to be completed by Attending Physician.

**1.**

Date of last visit: _____
Date of next visit: _____
Frequency of visits:
_____ Weekly   _____ Monthly
_____ Other: (Specify) _____

Last hospitalization: _____
Name of hospital: _____
Admitting Diagnosis: _____
Surgery:  YES ☐  NO ☐
Procedure:

**2.**

**Diagnosis** and concurrent conditions with ICD Code: _____

Please describe any/all **Restrictions and Limitations** you have imposed: _____

Please describe your **treatment plan** including medications, & diagnostic testing: _____

**Cardiac impairment** (if applicable)  Functional capacity per American Heart Association
_____ **Class 1** No limitation  _____ **Class 2** Slight limitation  _____ **Class 3** Marked limitation  _____ **Class 4** Complete limitation
     **B/P** Last visit _____

Mental/Nervous impairment:
**Axis I a.** _____   **b.** _____   **Axis II** _____   **Axis III** _____   **Axis IV** _____   **Axis V** _____

**Please forward copies of your office notes and test results from** _____ **through** _____

Provider's name (PLEASE PRINT)          Degree/specialty          SS# OR Tax ID

Street address          Telephone No.          Fax No.

City/State/Zip Code          Signature          Date

DP 402 DMS (11/06)

**LIN000584**

Case 1:22-cv-00186-WO-JLW     Document 21-1     Filed 10/24/22     Page 584 of 763



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-6085

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) _____

Name of legal representative, if applicable (print) _____ Relationship _____

Signature of claimant or legal representative _____

Date of Birth: ___████1960___ Claim Number: ___4087659___ Date: _____

**A copy of this authorization will be considered as valid as the original.**

# CLAIMANT SUPPLEMENTARY STATEMENT



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-6085

**Return to:** Robert Hale

**EMPLOYEE/CLAIMANT NAME:** Rebecca Pifer    **CLAIM #:** 4087659
**EMPLOYER:** BCBS of North Carolina    **DATE OF BIRTH:** ▮▮▮ 1960

| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
|---|---|---|---|
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name                                Relationship to you?                                Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☐ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☐ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☐ | Workers' Compensation | $ | | | |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☐ | Other income/money/benefit (describe) | | | | |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:**

**DATE:**    **EMPLOYEE'S SIGNATURE:**

**LIN000586**

DP 409


Office

# Fax Cover Sheet

Date ___1/22/2019___  Number of pages __3__ (including cover page)

## To:

Name _Zachary Nadeau_

Company _Liberty Mutual / Lincoln Financial Group_

Telephone _888-437-7611_

Fax _603-430-1958_

## From:

Name _Rebecca Lane-Pifer_

Company _BCBSNC LTR Disability_

Telephone _919-597-8606_

Comments _Attached please find the requested forms for your review / updated records) Note: Dr. Linda Belkin will be faxing the Physician's Statement ASAP following medical exam on 1/31/2019._

| | | |
|---|---|---|
| 7 90363 00711 1 | 7 90363 00714 2 | 7 90363 00720 3 |
| Fax - Local Send | Fax - Domestic Send | Fax - International Send |

_Thanks_

fedex.com 1.800.GoFedEx 1.800.463.3339

© 2015 FedEx. All rights reserved. Products, services and hours vary by location. 615.0P00.002

0017745PM

**LIN000587**

# CLAIMANT SUPPLEMENTARY STATEMENT

 **Liberty Mutual.** INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 430-1758

Return to: Zachary Nadeau

| | |
|---|---|
| **EMPLOYEE/CLAIMANT NAME:** Rebecca Pifer | **CLAIM #:** 4087659 |
| **EMPLOYER:** BCBS of North Carolina | **DATE OF BIRTH:** ▆ 1960 |

| Full Name (Last, First, Middle Int.) Pifer, Rebecca L. | Social Security # 242158502 | Email Address becca.k11960@gmail.com |
|---|---|---|
| Street Address 3811 Zenith Place | City Durham | State NC / Zip Code 27705 |
| Telephone Number (include area code) N/A | Cell Phone Number (include area code) 919-597-8606 | Marital Status Separated |

Spouse's Full Name and Date of Birth: Mark Allen Pifer 03|02|1955
Number of Children: 2
Dates of Birth of Children: 12-08 1996, 11/27/1999

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name: Stephen Lane  Relationship to you? Brother  Tel #: 919-218-4324

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay. **No**

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year. **No**

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose? **No**

Do you hold a professional license? If yes, for what purpose? **No**

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started. **No**

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information. **No**

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain. **No**

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☒ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☒ | ☐ | Social Security (disability or retirement) | $ 1893 — | | | |
| ☐ | ☒ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☒ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☒ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☒ | Workers' Compensation | $ | | | |
| ☐ | ☒ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☒ | Other income/money/benefit (describe) | | | | |

If my claim is overpaid, I understand and agree that Liberty has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Liberty and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.

**EMPLOYEE'S PRINTED NAME:** Rebecca Lane Pifer

**DATE:** January 21, 2019  **EMPLOYEE'S SIGNATURE:** Rebecca Lane Pifer

LIN000588

Case 1:22-cv-00186-WO-JLW    Document 21-1    Filed 10/24/22    Page 588 of 763



**Liberty Mutual.**
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 430-1758

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) _Rebecca Lane-Pifer_

Name of legal representative, if applicable (print) _____ Relationship _____

Signature of claimant or legal representative _Rebecca Lane-Pifer_

Date of Birth: _07/02/1960_ Claim Number _4087659_ Date: _January 21, 2019_

**A copy of this authorization will be considered as valid as the original.**

pg. 1 Authorization-Standard-2016

**LIN000589**

## ANNUAL PHYSICIAN'S STATEMENT

To be completed by the attending physician.
This form is to be completed
without expense to Liberty Mutual

**Liberty Mutual.** INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 430-1758

Return To: Zachary Nadeau

Employee/Claimant: Rebecca Pifer                                      Claim No: 4087659

Employer/Sponsor: BCBS of North Carolina              Date of Birth: ████ 1960

As part of our ongoing management for continued benefits for the above named individual, we are in need of updated information. Please respond to the questions & statements & return to Liberty Mutual at the above Fax number. An authorization is on file with your office. Parts 1 and 2 below to be completed by Attending Physician.

**1.**
Date of last visit: 1-21-19
Date of next visit: 5-6-19
Frequency of visits:
_____ Weekly  _____ Monthly
_____ Other: (Specify) 4 6 months

Last hospitalization: NA
Name of hospital:
Admitting Diagnosis:
Surgery: YES ☐ NO ☐
Procedure:

**2.**

**Diagnosis** and concurrent conditions with ICD Code:
Ehlers-Danlos Syndrome
Generalized osteoarthritis

Please describe any/all **Restrictions and Limitations** you have imposed:
No prolonged sitting, standing, heavy lifting

Please describe your **treatment plan** including medications, & diagnostic testing:
Celebrex, tramadol, gabapentin, biamazen

**Cardiac impairment** (if applicable) Functional capacity per American Heart Association
✓ Class 1 No limitation _____ Class 2 Slight limitation _____ Class 3 Marked limitation _____ Class 4 Complete limitation
B/P Last visit 124/76

Mental/Nervous impairment:
Axis I a. _____   b. _____    Axis II _____    Axis III _____    Axis IV _____    Axis V _____
Depression
Please forward copies of your office notes and test results from _____ through _____

Linda Beihorn                           MD / Rheumatology
Provider's name (PLEASE PRINT)          Degree/specialty                    SS# OR Tax ID

120 William Penn Plaza                   919-220-5255                        919-220-2627
Street address                           Telephone No.                       Fax No.

Durham, NC 27704                         (signature)                         1-21-19
City/State/Zip Code                      Signature                           Date

DP 402 DMS (11/06)

**LIN000590**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

MS. REBECCA PIFER
3811 ZENITH PLACE
DURHAM NC 27705

**LIN000591**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 430-1758

November 29, 2018

Ms. Rebecca L. Pifer
3811 ZENITH PLACE
DURHAM, NC 27705

RE:     Long Term Disability (LTD) Benefits
        BCBS of North Carolina
        Claim #: 4087659

Dear Ms. Rebecca Pifer:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under
BCBS of North Carolina's Group Disability Policy.  We are writing in reference to your claim for LTD benefits under the Policy.

We are in need of updated information as part of our ongoing case management for your continued eligibility for disability benefits.  Please complete the forms indicated below and return them in the envelope provided to reach this office within 60 days of the date of this letter.  Please ensure that each form is signed and dated, as we will not be able to accept a form without these required signatures.  Any form that is not dated or signed will be sent back to you for completion.

If we do not receive the requested information within 60 days, we will be required to suspend any benefits you are currently receiving according to the provisions regarding ongoing proof of disability as outlined in the contract you are covered under.  Your assistance with providing this information is essential to our ongoing investigation.

If you have any questions regarding this matter, please contact me.

Sincerely,

Zachary Nadeau
LTD Management Specialist I
Phone No.: (888) 437-7611 Ext. 16368
Secure Fax No.: (603) 430-1758


Attachments:   Annual Physician's Statement
               Authorization - Medical
               Claimant Supplementary Statement

# ANNUAL PHYSICIAN'S STATEMENT

To be completed by the attending physician.
This form is to be completed
without expense to Liberty Mutual

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 430-1758

**Liberty Mutual**
INSURANCE

Return To: Zachary Nadeau

---

Employee/Claimant: Rebecca Pifer                     Claim No: 4087659

Employer/Sponsor: BCBS of North Carolina          Date of Birth: ▮▮▮ 1960

As part of our ongoing management for continued benefits for the above named individual, we are in need of updated information. Please respond to the questions & statements & return to Liberty Mutual at the above Fax number. An authorization is on file with your office. Parts 1 and 2 below to be completed by Attending Physician.

**1.**

Date of last visit: _____
Date of next visit: _____
Frequency of visits:
_____ Weekly _____ Monthly
_____ Other: (Specify) _____

Last hospitalization: _____
Name of hospital: _____
Admitting Diagnosis: _____
Surgery: YES ☐ NO ☐
Procedure:

**2.**

**Diagnosis** and concurrent conditions with ICD Code: _____

Please describe any/all **Restrictions and Limitations** you have imposed: _____

Please describe your **treatment plan** including medications, & diagnostic testing: _____

**Cardiac impairment** (if applicable) Functional capacity per American Heart Association
_____ **Class 1** No limitation _____ **Class 2** Slight limitation _____ **Class 3** Marked limitation _____ **Class 4** Complete limitation
**B/P** Last visit _____

Mental/Nervous impairment:
**Axis I a.** _____ **b.** _____ **Axis II** _____ **Axis III** _____ **Axis IV** _____ **Axis V** _____

**Please forward copies of your office notes and test results from** _____ **through** _____

---

Provider's name (PLEASE PRINT)          Degree/specialty          SS# OR Tax ID

Street address          Telephone No.          Fax No.

City/State/Zip Code          Signature          Date

DP 402 DMS (11/06)

**LIN000593**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 430-1758

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) _____

Name of legal representative, if applicable (print) _____ Relationship _____

Signature of claimant or legal representative _____

Date of Birth: ____█████1960____ Claim Number: ___4087659___ Date: _____

**A copy of this authorization will be considered as valid as the original.**

pg. 1 Authorization-Standard-2016

**LIN000594**

# CLAIMANT SUPPLEMENTARY STATEMENT



**Liberty Mutual® INSURANCE**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 430-1758

**Return to:** Zachary Nadeau

---

**EMPLOYEE/CLAIMANT NAME:** Rebecca Pifer       **CLAIM #:** 4087659

**EMPLOYER:** BCBS of North Carolina       **DATE OF BIRTH:** ███ 1960

| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
|---|---|---|---|
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).

Name       Relationship to you?       Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☐ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☐ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☐ | Workers' Compensation | $ | | | |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☐ | Other income/money/benefit (describe) | | | | |

**If my claim is overpaid, I understand and agree that Liberty has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Liberty and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** _____

**DATE:** _____       **EMPLOYEE'S SIGNATURE:** _____ **LIN000595**

DP 409

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 1525
Dover, NH 03821-1525




MS. REBECCA PIFER
3811 ZENITH PLACE
DURHAM NC 27705

**LIN000596**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 1525
Dover, NH 03821-1525
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5124

August 1, 2018

Ms. Rebecca L. Pifer
3811 ZENITH PLACE
DURHAM, NC 27705

RE:    Long Term Disability (LTD) Benefits
       BCBS of North Carolina
       Claim #: 4087659

Dear Ms. Rebecca Pifer:

We are writing in regard to the calculation of your disability benefit payments from Liberty Life Assurance Company of Boston.  We recently received notification your Social Security Dependent Benefits exhausted on June 30, 2018.  Since Liberty continued to reduce your disability benefits for Social Security Dependent Benefits through July 19, 2018, you have been underpaid by $561.77.

We have issued a check to you for the above amount, which you will receive via direct deposit.

If you have any questions regarding this matter, please contact me.

Sincerely,

Tammy Smith
Recovery Specialist Ii, Lmb
Phone No.: (888) 437-7611 Ext. 16372
Secure Fax No.: (603) 334-5124

1  of  1                                    **LIN000597**

## Calculation Worksheet

**Claimant Name: Rebecca Pifer**  **Customer: Blue Cross & Blue Shield**

**Claim Number (s): 4087659**

| Overpayment Amount: | $0.00 |
|---|---|
| Underpayment Amount: | -$561.77 |

| Originally Paid | | Should have Paid | |
|---|---|---|---|
| From Date | | From Date | 1/0/1900 |
| Thru Date | | Thru Date | 1/0/1900 |
| Total | $297.10 | Total | $858.87 |

| Credit | |
|---|---|
| OP Recovered (To Date) | $0.00 |
| Attorney Fees | $0.00 |
| Excess Fees | $0.00 |
| otal | $0.00 |

* (-) indicates an underpayment

### ORIGINALLY PAID

| Claim # | Check # | From Date | Thru Date | Check Issued | Gross Amt | Offset(s) | Adjusted Gross Amt | Taxes/ Deductions | Net Amount |
|---|---|---|---|---|---|---|---|---|---|
| 4087659 | 47755431 | 6/20/2018 | 7/19/2018 | 7/13/2018 | $2,958.10 | $2,661 00 | $297.10 | $0.00 | $297.10 |
| 0 | 0 | 1/0/1900 | 1/0/1900 | 1/0/1900 | $0.00 | $0.00 | $0 00 | $0.00 | $0 00 |
| 0 | 0 | 1/0/1900 | 1/0/1900 | 1/0/1900 | $0.00 | $0.00 | $0 00 | $0.00 | $0 00 |
| | | | | | | Totals | $297.10 | $0.00 | $297.10 |

### SHOULD HAVE PAID

| Claim # | Check # | From Date | Thru Date | Check Issued | Gross Amt | SS Primary Disability | SS Dependent Disability | Multiple Offsets | Adjusted Gross Amt | Taxes/ Deductions | Revised Net Amount | Amount Due* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4087659 | 47755431 | 6/20/2018 | 7/19/2018 | 7/13/2018 | $2,958.10 | $1,774 00 | $325.23 | | $858 87 | $0.00 | $858.87 | -$561.77 |
| 0 | 0 | 1/0/1900 | 1/0/1900 | 1/0/1900 | $0.00 | | | | $0 00 | $0.00 | $0.00 | $0.00 |
| 0 | 0 | 1/0/1900 | 1/0/1900 | 1/0/1900 | $0.00 | | | | $0 00 | $0.00 | $0.00 | $0.00 |
| 0 | 0 | 1/0/1900 | 1/0/1900 | 1/0/1900 | $0.00 | | | | $0 00 | $0.00 | $0.00 | $0.00 |
| | | | | Totals | $2,958.10 | $1,774.00 | $325.23 | $0.00 | $858.87 | $0.00 | $858.87 | -$561.77 |

LIN000598


Office

# Fax Cover Sheet

Date _July 28, 2018_          Number of pages _4_ (including cover page)

## To:

Name _Jeffrey_

Company _Liberty Mutual_

Telephone _888-437-7611 x 16368_

Fax _603-430-1758_

## From:

Name _Rebecca Lane Pifer_

Company _BCBSNC LTD_

Telephone _919-597-8606_

Comments _RE: Claim #0004087659 Dependent SSA benefits termination - Andrew Baggett (son) Per our conversation - please find the attached SSA letter ending benefits for June 2018 that were payable in July 2018. Thank you_

Fax - Local Send          Fax - Domestic Send          Fax - International Send

© 2015 FedEx. All rights reserved. Products, services and hours vary by location. 615.0P00.002                    0017745FM

**LIN000599**

# Social Security Administration
# **Retirement, Survivors and Disability Insurance**
Important Information

Southeastern Program Service Center
1200 Rev. Abraham Woods, Jr. Blvd.
Birmingham, AL 35285-0001
Date: July 5, 2018
BNC#:   18T2360B87176-HC1

0031654  09109769      1 AB  0.408 0627M1T2R3PN T370 P19
ANDREW COULTER BAGGETT
3811 ZENITH PLACE
DURHAM NC 27705-2117

We are writing to you about your Social Security benefits.

## What You Should Know

You are no longer entitled to Social Security benefits beginning July 2018.
Your benefits are stopping in that month because:

- you are not a full-time elementary or secondary level school student, and

- you are not disabled.

## Things To Remember For The Future

You may be able to receive payments again if you attend an elementary or
secondary level school full-time during any month before age 19.  If this
happens, you should get in touch with us again.

You also may be able to receive payments again if you become disabled before
age 22 and have not married since your last entitlement, unless the marriage
is void or annulled.  If this happens, you should get in touch with us again.

## If You Disagree With The Decision

If you do not agree with this decision, you have the right to appeal.  We will
review your case and look at any new facts you have.  A person who did not
make the first decision will decide your case.  We will review the parts of the
decision that you think are wrong and correct any mistakes.  We may also
review the parts of our decision that you think are right.  We will make a
decision that may or may not be in your favor.

- You have 60 days to ask for an appeal in writing.

- The 60 days start the day after you receive this letter.  We assume you
  got this letter 5 days after the date on it unless you show us that you
  did not get it within the 5-day period.

C                               See Next Page

**LIN000600**

Case 1:22-cv-00186-WO-JLW    Document 21-1    Filed 10/24/22    Page 600 of 763

- You must have a good reason if you wait more than 60 days to ask for an appeal.

- You can file an appeal with any Social Security office. You must ask for an appeal in writing. Please use our "Request for Reconsideration" form, SSA-561. You may go to our website at www.socialsecurity.gov/online/ to find the form SSA-561. You can also contact us by phone, mail, or come into an office to request the form. If you need help to fill out the form, we can help you by phone or in person.

## If You Want Help With Your Appeal

You may choose to have a representative help you. We will work with this person just as we would work with you. If you decide to have a representative, you should find one quickly so that person can start preparing your case.

Many representatives charge a fee only if you receive benefits. Others may represent you for free. Usually, your representative may not charge a fee unless we approve it. Your local Social Security office can give you a list of groups that can help you find a representative.



If you get a representative, you or that person must notify us in writing. You may use our Form SSA-1696 "Appointment of Representative." Any local Social Security office can give you this form.

## Suspect Social Security Fraud?

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

## If You Have Questions

We invite you to visit our website at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at 1-888-833-6153. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You can also write or visit any Social Security office. The office that serves your area is located at:

SOCIAL SECURITY
Suite 200
3511 Shannon Rd
Durham, NC 27707

LIN000601



18T2360B87176-HC1

If you do call or visit an office, please have this letter with you.  It will help us answer your questions.  Also, if you plan to visit an office, you may call ahead to make an appointment.  This will help us serve you more quickly when you arrive at the office.

*Social Security Administration*



LIN000602

| **From:** | LibertyMutualLeaves@LibertyMutual.com |
| **To:** | EmployeeHealthServices@BCBSNC.com; |
| | EmployeeHealthServices@BCBSNC.com |
| **Subject:** | LIBERTY MUTUAL NOTIFICATION: Approval of Long Term Disability for Rebecca Pifer, Employee ID: 2175, Claim 4087659 |

This is to notify you that there has been an approval or extension of your employee's Long Term disability claim.

**Long Term Disability Information:**

Benefit Payments Period: 7/30/2011 thru 7/1/2027

If you have further questions, please call Liberty Mutual at (800) 291-0112 ext. 16368 or contact the assigned Case Manager at Zachary.Nadeau@LibertyMutual.com. Please be sure to reference claim number 4087659.

**PLEASE DO NOT REPLY TO THIS EMAIL as it has been generated from an automated mailbox. Questions or replies should be directed to the CASE MANAGER email referenced above.**

**LIN000603**



**Liberty Mutual.**
**INSURANCE**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 430-1758

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.

* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.

* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ___Rebecca Lane Pifer___

Name of legal representative, if applicable (print) _____ Relationship _____

Signature of claimant or legal representative ___Rebecca Lane Pifer___

Date of Birth: ___█1960___ Claim Number: ___4087659___ Date: ___February 14, 2018___

**A copy of this authorization will be considered as valid as the original.**

pg. 1 Authorization-Standard-2016

LIN000604

# CLAIMANT SUPPLEMENTARY STATEMENT



**Liberty Mutual.**
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 430-1758

Return to: <u>Zachary Nadeau</u>

---

**EMPLOYEE/CLAIMANT NAME:** Rebecca Pifer    **CLAIM #:** 4087659

**EMPLOYER:** BCBS of North Carolina    **DATE OF BIRTH:** ▮▮▮ 1960

| | |
|---|---|
| **Full Name (Last, First, Middle Int.)** Pifer, Rebecca L. | **Social Security #** 242158502 **Email Address** beccaKl@gmail.com |
| **Street Address** 3811 Zenith Place | **City** Durham **State** NC **Zip Code** 27165 |
| **Telephone Number (include area code)** 919-597-8606 | **Cell Phone Number (include area code)** 919-597-8606 **Marital Status** married but separated |

**Spouse's Full Name and Date of Birth** 3/27 Mark Allan Pifer 1955   **Number of Children** 2   **Dates of Birth of Children** 12/8/1996, 11/27/1999

**Next of Kin/Emergency Contact** (required should additional benefits be payable in the event of your death).
Name Steve Lane    Relationship to you? Brother    Tel #. 919-218-4324

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay. **No**

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year. **No**

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose? **NO**

Do you hold a professional license? If yes, for what purpose? **NO**

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started. **NO**

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information. **NO**

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain. **NO**

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/(Month) | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| | | Wages/ Income/ Money/ Unemployment | $ | | | |
| ✓ | | Social Security (disability or retirement) | $1839.00 | 7/2012 | N/A | current 7.5/2012 |
| ✓ | | Social Security (for your spouse/dependents) | $980.00 | 7/2012 | (new due to dependentage) | |
| | | Short Term Disability or State Disability | $ | | | |
| | | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| | | Workers' Compensation | $ | | | |
| | | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ✓ | | Other income/money/benefit (describe) BCBSNC LTD Liberty Mutual | $297.10 | 7/2012 I think | | 5/2012 |

If my claim is overpaid, I understand and agree that Liberty has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Liberty and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be as valid as the original.

**EMPLOYEE'S PRINTED NAME:** Rebecca Lane Pifer

**DATE:** _____    **EMPLOYEE'S SIGNATURE:** Rebecca Lane Pifer    LLANB000605

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213




MS. REBECCA PIFER
3811 ZENITH PLACE
DURHAM NC 27705

**LIN000606**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 430-1758

March 1, 2018

Ms. Rebecca L. Pifer
3811 ZENITH PLACE
DURHAM, NC 27705

RE:    Long Term Disability (LTD) Benefits
       BCBS of North Carolina
       Claim #: 4087659

Dear Ms. Rebecca Pifer:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under BCBS of North Carolina's Group Disability Policy.  We are writing in reference to your claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to January 23, 2018.  This is the third request for this information.  Further delay may result in an adverse claim determination. Please submit the requested information by April 1, 2018.

* Claimant Supplementary Statement, Authorization

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Zachary Nadeau
LTD Management Specialist I
Phone No.: (888) 437-7611 Ext. 16368
Secure Fax No.: (603) 430-1758


Attachments:   Authorization - Medical
               Claimant Supplementary Statement

Case 1:22-cv-00186-WO-JLW    Document 21-1    Filed 10/24/22    Page 607 of 763



| |
|---|
| Liberty Life Assurance Company of Boston |
| Group Benefits Disability Claims |
| P.O. Box 7213 |
| London, KY 40742-7213 |
| Phone No.: (888) 437-7611 |
| Secure Fax No.: (603) 430-1758 |

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) _____

Name of legal representative, if applicable (print) _____ Relationship _____

Signature of claimant or legal representative _____

Date of Birth: ___███1960_____ Claim Number: __4087659__ Date: _____

**A copy of this authorization will be considered as valid as the original.**

pg. 1 Authorization-Standard-2016 **LIN000608**

# CLAIMANT SUPPLEMENTARY STATEMENT



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 430-1758

**Return to:** Zachary Nadeau

---

**EMPLOYEE/CLAIMANT NAME:** Rebecca Pifer  **CLAIM #:** 4087659

**EMPLOYER:** BCBS of North Carolina  **DATE OF BIRTH:** ▮▮ 1960

| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
|---|---|---|---|
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name                Relationship to you?                Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☐ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☐ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☐ | Workers' Compensation | $ | | | |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☐ | Other income/money/benefit (describe) _____ | $ | | | |

**If my claim is overpaid, I understand and agree that Liberty has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Liberty and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be as valid as the original.**

**EMPLOYEE'S PRINTED NAME:** _____

**DATE:** _____  **EMPLOYEE'S SIGNATURE:** _____  **LIN000609**



# ANNUAL PHYSICIAN'S STATEMENT

To be completed by the attending physician.
This form is to be completed
without expense to Liberty Mutual

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 430-1758

Return To: Zachary Nadeau

| | |
|---|---|
| Employee/Claimant: Rebecca Pifer | Claim No: 4087659 |
| Employer/Sponsor: BCBS of North Carolina | Date of Birth: ▓ 1960 |

As part of our ongoing management for continued benefits for the above named individual, we are in need of updated information. Please respond to the questions & statements & return to Liberty Mutual at the above Fax number. An authorization is on file with your office. Parts 1 and 2 below to be completed by Attending Physician.

**1.**
Date of last visit: 2-14-18
Date of next visit: 8-15-18
Frequency of visits:
_____ Weekly _____ Monthly
✓ Other: (Specify) q 6 months

Last hospitalization: NA
Name of hospital:
Admitting Diagnosis:
Surgery: YES ☐ NO ☐
Procedure:

**2.**
Diagnosis and concurrent conditions with ICD Code:
Generalized osteoarthritis      M15.0
Ehlers-Danlos syndrome          Q79.6

Please describe any/all **Restrictions and Limitations** you have imposed:
No prolonged sitting, standing, repetitive activities, heavy lifting

Please describe your **treatment plan** including medications, & diagnostic testing:
Tramadol, Celebrex

**Cardiac impairment** (if applicable) Functional capacity per American Heart Association
✓ Class 1 No limitation ____ Class 2 Slight limitation ____ Class 3 Marked limitation ____ Class 4 Complete limitation
B/P Last visit

Mental/Nervous impairment: Depression — on Wellbutrin (Effexor)
Axis I a. ____ b. ____ Axis II ____ Axis III ____ Axis IV ____ Axis V ____

**Please forward copies of your office notes and test results from** _____ **through** _____

| | | |
|---|---|---|
| Linda Belhorn | MD/ rheumatology | |
| Provider's name (PLEASE PRINT) | Degree/specialty | SS# OR Tax ID |
| 120 William Penn Plaza | 919-220-5255 | 919-220-2627 |
| Street address | Telephone No. | Fax No. |
| Durham, NC 27704 | | 2-14-18 |
| City/State/Zip Code | Signature | Date |

DP 402 DMS (11/06)

LIN000610

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213


MS. REBECCA PIFER
3811 ZENITH PLACE
DUR NC 27705

**LIN000611**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 430-1758

January 30, 2018

Ms. Rebecca L. Pifer
3811 ZENITH PLACE
DUR, NC 27705

RE:     Long Term Disability (LTD) Benefits
        BCBS of North Carolina
        Claim #: 4087659

Dear Ms. Rebecca Pifer:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under BCBS of North Carolina's Group Disability Policy.  We are writing in reference to your claim for LTD benefits under the Policy.

We are contacting you with important information regarding your claim for benefits, submitted under BCBS of North Carolina's Long Term Disability (LTD) Policy. Benefits have been suspended effective January 29, 2018.

We previously requested information from you and advised that benefits would be suspended if we did not receive the necessary information to further evaluate your claim. Specifically, we are in need of the following information:

* Annual Physician's Statement, Authorization, Claimant Supplementary Statement

As we have not yet received this necessary information, your benefits are suspended.

Although benefit payments will not be issued, your file will remain open until March 29, 2018. We encourage you to submit the above information in a timely manner. Should we not receive the requested information by March 29, 2018, your claim will be closed.

Once this information is received, your claim will be evaluated and benefits reinstated accordingly.

If you have any questions regarding this correspondence, please contact me at the number listed below.

Case 1:22-cv-00186-WO-JLW     Document 21-1     Filed 10/24/22     Page 612 of 763

Sincerely,

Zachary Nadeau
LTD Management Specialist I
Phone No.: (888) 437-7611 Ext. 16368
Secure Fax No.: (603) 430-1758

Attachments:   Annual Physician's Statement
                Authorization - Medical
                Claimant Supplementary Statement

**LIN000613**

# ANNUAL PHYSICIAN'S STATEMENT

To be completed by the attending physician.
This form is to be completed
without expense to Liberty Mutual

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 430-1758

**Liberty Mutual® INSURANCE**

Return To: Zachary Nadeau

| | |
|---|---|
| Employee/Claimant: Rebecca Pifer | Claim No: 4087659 |
| Employer/Sponsor: BCBS of North Carolina | Date of Birth: ███ 1960 |

As part of our ongoing management for continued benefits for the above named individual, we are in need of updated information. Please respond to the questions & statements & return to Liberty Mutual at the above Fax number. An authorization is on file with your office. Parts 1 and 2 below to be completed by Attending Physician.

**1.**

Date of last visit: _____
Date of next visit: _____
Frequency of visits:
_____ Weekly _____ Monthly
_____ Other: (Specify) _____

Last hospitalization: _____
Name of hospital: _____
Admitting Diagnosis: _____
Surgery: YES ☐ NO ☐
Procedure:

**2.**

**Diagnosis** and concurrent conditions with ICD Code: _____

Please describe any/all **Restrictions and Limitations** you have imposed: _____

Please describe your **treatment plan** including medications, & diagnostic testing: _____

**Cardiac impairment** (if applicable) Functional capacity per American Heart Association
_____ **Class 1** No limitation _____ **Class 2** Slight limitation _____ **Class 3** Marked limitation _____ **Class 4** Complete limitation
**B/P** Last visit _____

Mental/Nervous impairment:
**Axis I a.** _____ **b.** _____ **Axis II** _____ **Axis III** _____ **Axis IV** _____ **Axis V** _____

**Please forward copies of your office notes and test results from** _____ **through** _____

| | | |
|---|---|---|
| Provider's name (PLEASE PRINT) | Degree/specialty | SS# OR Tax ID |
| Street address | Telephone No. | Fax No. |
| City/State/Zip Code | Signature | Date |

DP 402 DMS (11/06)

**LIN000614**

Case 1:22-cv-00186-WO-JLW   Document 21-1   Filed 10/24/22   Page 614 of 763



| Liberty Life Assurance Company of Boston |
| --- |
| Group Benefits Disability Claims |
| P.O. Box 7213 |
| London, KY 40742-7213 |
| Phone No.: (888) 437-7611 |
| Secure Fax No.: (603) 430-1758 |

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) _____

Name of legal representative, if applicable (print) _____ Relationship _____

Signature of claimant or legal representative _____

Date of Birth: ____█████1960____ Claim Number: ____4087659____ Date: _____

**A copy of this authorization will be considered as valid as the original.**

# CLAIMANT SUPPLEMENTARY STATEMENT

 **Liberty Mutual® INSURANCE**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 430-1758

**Return to:** Zachary Nadeau

| | |
|---|---|
| **EMPLOYEE/CLAIMANT NAME:** Rebecca Pifer | **CLAIM #:** 4087659 |
| **EMPLOYER:** BCBS of North Carolina | **DATE OF BIRTH:** ▆▆ 1960 |

| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
|---|---|---|---|
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name                                   Relationship to you?                              Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☐ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☐ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☐ | Workers' Compensation | $ | | | |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☐ | Other income/money/benefit (describe) ____ | $ | | | |

**If my claim is overpaid, I understand and agree that Liberty has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Liberty and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be as valid as the original.**

**EMPLOYEE'S PRINTED NAME:** _____

**DATE:** _____   **EMPLOYEE'S SIGNATURE:** _____   **LIN000616**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207




MS. REBECCA PIFER
3811 ZENITH PLACE
DUR NC 27705

**LIN000617**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-3567

January 23, 2018

Ms. Rebecca L. Pifer
3811 ZENITH PLACE
DUR, NC 27705

RE:     Long Term Disability (LTD) Benefits
        BCBS of North Carolina
        Claim #: 4087659

Dear Ms. Rebecca Pifer:

We spoke with you on January 23, 2018 and advised that you have missplaced your forms.  Advised that you needed another copy.

Please see forms attached.

If you have any questions regarding this matter, please contact me.

Sincerely,

Michele Harding
Sr Ltd Specialist
Phone No.: (888) 437-7611 Ext. 16155
Secure Fax No.: (603) 334-3567

Attachments:   4087659-REQUEST-CLAIMANT PROOF OF DISABILITY/FORMS

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213


MS. REBECCA PIFER
3811 ZENITH PLACE
DUR NC 27705

**LIN000619**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 430-1758

November 30, 2017

Ms. Rebecca L. Pifer
3811 ZENITH PLACE
DUR, NC 27705

RE:    Long Term Disability (LTD) Benefits
       BCBS of North Carolina
       Claim #: 4087659

Dear Ms. Rebecca Pifer:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under BCBS of North Carolina's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are in need of updated information as part of our ongoing case management for your continued eligibility for disability benefits. Please complete the forms indicated below and return them in the envelope provided to reach this office within 60 days of the date of this letter. Please ensure that each form is signed and dated, as we will not be able to accept a form without these required signatures. Any form that is not dated or signed will be sent back to you for completion.

If we do not receive the requested information within 60 days, we will be required to suspend any benefits you are currently receiving according to the provisions regarding ongoing proof of disability as outlined in the contract you are covered under. Your assistance with providing this information is essential to our ongoing investigation.

If you have any questions regarding this matter, please contact me.

Sincerely,

Zachary Nadeau
DMS Claims Technician II
Phone No.: (888) 437-7611 Ext. 16368
Secure Fax No.: (603) 430-1758

Attachments:    Annual Physician's Statement
                Authorization - Medical
                Claimant Supplementary Statement

LIN000620

# ANNUAL PHYSICIAN'S STATEMENT

Liberty Mutual INSURANCE

To be completed by the attending physician.
This form is to be completed
without expense to Liberty Mutual

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 430-1758

Return To: Zachary Nadeau

Employee/Claimant: Rebecca Pifer    Claim No: 4087659

Employer/Sponsor: BCBS of North Carolina    Date of Birth: ▮▮▮ 1960

As part of our ongoing management for continued benefits for the above named individual, we are in need of updated information. Please respond to the questions & statements & return to Liberty Mutual at the above Fax number. An authorization is on file with your office. Parts 1 and 2 below to be completed by Attending Physician.

**1.**
Date of last visit: _____
Date of next visit: _____
Frequency of visits:
_____ Weekly    _____ Monthly
_____ Other: (Specify) _____

Last hospitalization: _____
Name of hospital: _____
Admitting Diagnosis: _____
Surgery:  YES ☐  NO ☐
Procedure:

**2.**
**Diagnosis** and concurrent conditions with ICD Code: _____
_____
_____

Please describe any/all **Restrictions and Limitations** you have imposed: _____
_____
_____

Please describe your **treatment plan** including medications, & diagnostic testing: _____
_____
_____

**Cardiac impairment**   (if applicable)  Functional capacity per American Heart Association
____ **Class 1** No limitation ____ **Class 2** Slight limitation ____ **Class 3** Marked limitation ____ **Class 4** Complete limitation
B/P Last visit _____

Mental/Nervous impairment:
**Axis I a.** _____   **b.** _____   **Axis II** _____   **Axis III** _____   **Axis IV** _____   **Axis V** _____

**Please forward copies of your office notes and test results from** _____ **through** _____

Provider's name (PLEASE PRINT)    Degree/specialty    SS# OR Tax ID

Street address    Telephone No.    Fax No.

City/State/Zip Code    Signature    Date

DP 402 DMS (11/06)

**LIN000621**

Case 1:22-cv-00186-WO-JLW    Document 21-1    Filed 10/24/22    Page 621 of 763



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 430-1758

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

    \* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.

    \* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.

    \* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) _____

Name of legal representative, if applicable (print) _____ Relationship _____

Signature of claimant or legal representative _____

Date of Birth: _____1960_____ Claim Number: \_\_4087659\_\_ Date: _____

### A copy of this authorization will be considered as valid as the original.

pg. 1 Authorization-Standard-2016

**LIN000622**

# CLAIMANT SUPPLEMENTARY STATEMENT


**Liberty Mutual** INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 430-1758

**Return to:** Zachary Nadeau

---

**EMPLOYEE/CLAIMANT NAME:** Rebecca Pifer  **CLAIM #:** 4087659

**EMPLOYER:** BCBS of North Carolina  **DATE OF BIRTH:** ▮ 1960

| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
|---|---|---|---|
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name  Relationship to you?  Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Social Security (disability or retirement) | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Short Term Disability or State Disability | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Workers' Compensation | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Other income/money/benefit (describe) _____ | $ _____ | _____ | _____ | _____ |

If my claim is overpaid, I understand and agree that Liberty has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Liberty and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be as valid as the original.

**EMPLOYEE'S PRINTED NAME:** _____

**DATE:** _____  **EMPLOYEE'S SIGNATURE:** _____

LIN000623

DP 409

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213




MS. REBECCA PIFER
3811 ZENITH PLACE
DUR NC 27705

**LIN000624**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 430-1758

November 30, 2017

Ms. Rebecca L. Pifer
3811 ZENITH PLACE
DUR, NC 27705

RE:    Long Term Disability (LTD) Benefits
       BCBS of North Carolina
       Claim #: 4087659

Dear Ms. Rebecca Pifer:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under BCBS of North Carolina's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are in need of updated information as part of our ongoing case management for your continued eligibility for disability benefits. Please complete the forms indicated below and return them in the envelope provided to reach this office within 60 days of the date of this letter. Please ensure that each form is signed and dated, as we will not be able to accept a form without these required signatures. Any form that is not dated or signed will be sent back to you for completion.

If we do not receive the requested information within 60 days, we will be required to suspend any benefits you are currently receiving according to the provisions regarding ongoing proof of disability as outlined in the contract you are covered under. Your assistance with providing this information is essential to our ongoing investigation.

If you have any questions regarding this matter, please contact me.

Sincerely,

Zachary Nadeau
DMS Claims Technician II
Phone No.: (888) 437-7611 Ext. 16368
Secure Fax No.: (603) 430-1758

Attachments:   Annual Physician's Statement
               Authorization - Medical
               Claimant Supplementary Statement

# ANNUAL PHYSICIAN'S STATEMENT

To be completed by the attending physician.
This form is to be completed
without expense to Liberty Mutual

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 430-1758

Return To: Zachary Nadeau

---

Employee/Claimant: Rebecca Pifer                    Claim No: 4087659

Employer/Sponsor: BCBS of North Carolina            Date of Birth: ███ 1960

As part of our ongoing management for continued benefits for the above named individual, we are in need of updated information. Please respond to the questions & statements & return to Liberty Mutual at the above Fax number. An authorization is on file with your office. Parts 1 and 2 below to be completed by Attending Physician.

**1.**
Date of last visit: _____
Date of next visit: _____
Frequency of visits:
_____ Weekly _____ Monthly
_____ Other: (Specify) _____

Last hospitalization: _____
Name of hospital: _____
Admitting Diagnosis: _____
Surgery: YES ☐ NO ☐
Procedure:

**2.**
**Diagnosis** and concurrent conditions with ICD Code: _____

Please describe any/all **Restrictions and Limitations** you have imposed: _____

Please describe your **treatment plan** including medications, & diagnostic testing: _____

**Cardiac impairment** (if applicable) Functional capacity per American Heart Association
_____ **Class 1** No limitation _____ **Class 2** Slight limitation _____ **Class 3** Marked limitation _____ **Class 4** Complete limitation
**B/P** Last visit _____

Mental/Nervous impairment:
**Axis I a.** _____ **b.** _____ **Axis II** _____ **Axis III** _____ **Axis IV** _____ **Axis V** _____

**Please forward copies of your office notes and test results from** _____ **through** _____

---

Provider's name (PLEASE PRINT)          Degree/specialty          SS# OR Tax ID

Street address          Telephone No.          Fax No.

City/State/Zip Code          Signature          Date

DP 402 DMS (11/06)

**LIN000626**

Case 1:22-cv-00186-WO-JLW    Document 21-1    Filed 10/24/22    Page 626 of 763



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 430-1758

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.

* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.

* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) _____

Name of legal representative, if applicable (print) _____ Relationship _____

Signature of claimant or legal representative _____

Date of Birth: _____1960_____ Claim Number: ___4087659___ Date: _____

**A copy of this authorization will be considered as valid as the original.**

pg. 1 Authorization-Standard-2016

**LIN000627**

# CLAIMANT SUPPLEMENTARY STATEMENT


Liberty Mutual® INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 430-1758

**Return to:** Zachary Nadeau

**EMPLOYEE/CLAIMANT NAME:** Rebecca Pifer    **CLAIM #:** 4087659

**EMPLOYER:** BCBS of North Carolina    **DATE OF BIRTH:** ▮▮▮▮ 1960

| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
|---|---|---|---|
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name      Relationship to you?      Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☐ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☐ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☐ | Workers' Compensation | $ | | | |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☐ | Other income/money/benefit (describe) _____ | $ | | | |

**If my claim is overpaid, I understand and agree that Liberty has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Liberty and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be as valid as the original.**

**EMPLOYEE'S PRINTED NAME:** _____

**DATE:** _____     **EMPLOYEE'S SIGNATURE:** _____ LIN000628

DP 409    Case 1:22-cv-00186-WO-JLW    Document 21-1    Filed 10/24/22    Page 628 of 763


## Liberty Mutual.
**INSURANCE**

## ANNUAL PHYSICIAN'S STATEMENT

To be completed by the attending physician.
This form is to be completed

without expense to Liberty Mutual

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (503) 334-0880

Return To: Tracy Morgan

| Employee/Claimant: Rebecca Pifer | Claim No: 4087659 |
|---|---|
| Employer/Sponsor: BCBS of North Carolina | Date of Birth: ████ 1960 |

As part of our ongoing management for continued benefits for the above named individual, we are in need of updated information. Please respond to the questions & statements & return to Liberty Mutual at the above Fax number. An authorization is on file with your office. Parts 1 and 2 below to be completed by Attending Physician.

**1.**
Date of last visit: 1-25-17
Date of next visit: ~7-25-17
Frequency of visits:
_____ Weekly _____ Monthly
✓ Other: (Specify) 4-6 months

Last hospitalization: NA
Name of hospital: _____
Admitting Diagnosis: _____
Surgery: Y/N Procedure: _____

**2.**
Diagnosis and concurrent conditions with ICD Code: _____
M15.0  Generalized osteoarthritis
Q79.6  Ehlers-Danlos syndrome

Please describe any/all **Restrictions** and **Limitations** you have imposed:
No prolonged sitting, standing or repetitive activities
(heavy lifting)

Please describe your **treatment plan** including medications, & diagnostic testing:
Tramadol
Celebrex

Cardiac impairment (if applicable) Functional capacity per American Heart Association
_____ Class 1 No limitation _____ Class 2 Slight limitation _____ Class 3 Marked limitation _____ Class 4 Complete limitation
B/P Last visit 121/70

Mental/Nervous impairment: Depression
Axis I a. _____   b. _____      Axis II _____      Axis III _____      Axis IV _____      Axis V _____

Please forward copies of your office notes and test results from _____ through _____

| Provider's name (PLEASE PRINT) | Degree/specialty | SS# OR Tax ID |
|---|---|---|
| Linda Bethorn | MD / Rheumatology | |
| Street address   Durham, NC 27704 | Telephone No. | Fax No. |
| 120 William Penn Plaza | _signature_ | 1-25-17 |
| City/State/Zip Code | Signature | Date |

DP 402 DMS (11/06)

LIN000629



## Liberty Mutual.
**INSURANCE**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0380

## Authorization to Obtain and Release Information
### (Excluding Psychotherapy notes)

Employee Name  Rebecca Pifer                                                                 Claim No 4087659

Employer/Sponsor/Customer Name  BCBS of North Carolina

Return to:  Tracy Morgan

I authorize any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Rebecca Pifer
Claimant Name ( Print)

Claimant Signature

4087659
Claim Number

▮1960
Date of Birth

February 1, 2017
Date

**LIN000630**

# CLAIMANT SUPPLEMENTARY STATEMENT



**Liberty Mutual. INSURANCE**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0380

Return to: Tracy Morgan

---

**EMPLOYEE/CLAIMANT NAME:** Rebecca Pifer    **CLAIM #:** 4087659

**EMPLOYER:** BCBS of North Carolina    **DATE OF BIRTH:** ▮▮ 1960

| | |
|---|---|
| Full Name (Last, First, Middle Int.) Pifer, Rebecca L. | Social Security # 242158502   Email Address beccaklb@frontier.com |
| Street Address 9719 Rougemont Road | City Bahama   State NC   Zip Code 27503 |
| Telephone Number (include area code) 919-471-7261 | Cell Phone Number (include area code) 919-597-8606   Marital Status married |
| Spouse's Full Name and Date of Birth Mark Allan Pifer 3/2/1955 | Number of Children 2   Dates of Birth of Children 12/8/96, 11/27/99 |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Mark Pifer   Relationship to you? Spouse   Tel #. 919-748-7005

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay. **NO**

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year. **NO**

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose? **NO**

Do you hold a professional license? If yes, for what purpose? **NO**

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started. **NO**

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information. **NO**

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain. **NO**

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☑ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☑ | ☐ | Social Security (disability or retirement) | $ 1824.00 | 10/2012 | N/A | |
| ☑ | ☐ | Social Security (for your spouse/dependents) | $ 964.00 | 10/2012 | 9/1/2016 | |
| | | Per our conversation, these dependent payment suspended by SSA | | | | |
| ☐ | ☐ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☐ | Workers' Compensation | $ | | | |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☑ | ☐ | Other income/money/benefit (describe) BCBSNC LTD | $ 297.10 | | | |

If my claim is overpaid, I understand and agree that Liberty has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Liberty and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be as valid as the original.

**DATE:** 2/7/2017    **EMPLOYEE'S PRINTED NAME:** Rebecca Lane Pifer

**EMPLOYEE'S SIGNATURE:** Rebecca Lane Pifer

DP 409

**LIN000631**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213




MS. REBECCA PIFER
9719 ROUGEMONT RD.
BAHAMA NC 27503

**LIN000632**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0380

December 15, 2016

Ms. Rebecca L. Pifer
9719 ROUGEMONT RD.
BAHAMA, NC 27503

RE:    Long Term Disability (LTD) Benefits
       BCBS of North Carolina
       Claim #: 4087659

Dear Ms. Rebecca Pifer:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under BCBS of North Carolina's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are in need of updated information as part of our ongoing case management for your continued eligibility for disability benefits. Please complete the forms indicated below and return them in the envelope provided to reach this office within 60 days of the date of this letter. Please ensure that each form is signed and dated, as we will not be able to accept a form without these required signatures. Any form that is not dated or signed will be sent back to you for completion.

If we do not receive the requested information within 60 days, we will be required to suspend any benefits you are currently receiving according to the provisions regarding ongoing proof of disability as outlined in the contract you are covered under. Your assistance with providing this information is essential to our ongoing investigation.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jenna Fuller
Contractor
On Behalf Of: Tracy Morgan
Phone No.: (888) 437-7611 Ext. 16373
Secure Fax No.: (603) 430-1911

Attachments:   Annual Physician's Statement
              Claimant Supplementary Statement
              Authorization - Medical



# ANNUAL PHYSICIAN'S STATEMENT

To be completed by the attending physician.
This form is to be completed
without expense to Liberty Mutual

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0380

Return To: Tracy Morgan

Employee/Claimant: Rebecca Pifer                    Claim No: 4087659

Employer/Sponsor: BCBS of North Carolina            Date of Birth: ▮▮▮ 1960

As part of our ongoing management for continued benefits for the above named individual, we are in need of updated information. Please respond to the questions & statements & return to Liberty Mutual at the above Fax number. An authorization is on file with your office. Parts 1 and 2 below to be completed by Attending Physician.

**1.**

Date of last visit: _____
Date of next visit: _____
Frequency of visits:
_____ Weekly        _____ Monthly
_____ Other: (Specify) _____

Last hospitalization: _____
Name of hospital: _____
Admitting Diagnosis: _____
Surgery: Y/N  Procedure:

**2.**

**Diagnosis** and concurrent conditions with ICD Code: _____

Please describe any/all **Restrictions and Limitations** you have imposed: _____

Please describe your **treatment plan** including medications, & diagnostic testing: _____

**Cardiac impairment** (if applicable)  Functional capacity per American Heart Association
____ **Class 1** No limitation ____ **Class 2** Slight limitation ____ **Class 3** Marked limitation ____ **Class 4** Complete limitation
**B/P** Last visit ____

Mental/Nervous impairment:
**Axis I a.** ____ **b.** ____ **Axis II** ____ **Axis III** ____ **Axis IV** ____ **Axis V** ____

**Please forward copies of your office notes and test results from** ____ **through** ____

Provider's name (PLEASE PRINT)            Degree/specialty            SS# OR Tax ID

Street address            Telephone No.            Fax No.

City/State/Zip Code            Signature            Date

DP 402 DMS (11/06)

**LIN000634**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0380

## Authorization to Obtain and Release Information
### (Excluding Psychotherapy notes)

Employee Name  Rebecca Pifer                                      Claim No  4087659

Employer/Sponsor/Customer Name  BCBS of North Carolina

Return to:  Tracy Morgan

I **authorize** any licensed physician, health care professionals, hospital, clinic,  pharmacy,  other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I **understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment.  Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies,other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law.  I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied.  I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Rebecca Pifer                                                             ███1960
Claimant Name ( Print)                                        Date of Birth


Claimant Signature                                               Date

4087659
Claim Number

**LIN000635**

# CLAIMANT SUPPLEMENTARY STATEMENT



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0380

**Return to:** Tracy Morgan

---

**EMPLOYEE/CLAIMANT NAME:** Rebecca Pifer  **CLAIM #:** 4087659

**EMPLOYER:** BCBS of North Carolina  **DATE OF BIRTH:** ▮▮▮ 1960

| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
|---|---|---|---|
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name                    Relationship to you?                    Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☐ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☐ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☐ | Workers' Compensation | $ | | | |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☐ | Other income/money/benefit (describe) | $ | | | |

**If my claim is overpaid, I understand and agree that Liberty has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Liberty and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be as valid as the original.**

**EMPLOYEE'S PRINTED NAME:** _____

**DATE:** _____  **EMPLOYEE'S SIGNATURE:** _____

DP 409

**LIN000636**



## ANNUAL PHYSICIAN'S STATEMENT

To be completed by the attending physician.
This form is to be completed
without expense to Liberty Mutual

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5736

Return To: Shannon Reville _____

| | |
|---|---|
| Employee/Claimant: Rebecca Pifer | Claim No: 4087659 |
| Employer/Sponsor: BCBS of North Carolina | Date of Birth: ▊1960 |

As part of our ongoing management for continued benefits for the above named individual, we are in need of updated information. Please respond to the questions & statements & return to Liberty Mutual at the above Fax number. An authorization is on file with your office. Parts 1 and 2 below to be completed by Attending Physician.

**1.**
Date of last visit: 2-17-16
Date of next visit: ~ 8 - 16
Frequency of visits:
_____ Weekly _____ Monthly
✓ Other: (Specify) q 6 months

Last hospitalization: N/A
Name of hospital: _____
Admitting Diagnosis: _____
Surgery: Y/N Procedure: _____

**2.**
**Diagnosis and concurrent conditions with ICD Code:** _____
Generalized Osteoarthritis  M15.0
Ehlus-Danlos  Q79.6

Please describe any/all **Restrictions and Limitations** you have imposed: _____
No prolonged sitting, standing, repetitive activities, heavy lifting

Please describe your **treatment plan** including medications, & diagnostic testing: _____
Tramadol, Celebrex

**Cardiac Impairment** (if applicable) Functional capacity per American Heart Association
X Class 1 No limitation _____ Class 2 Slight limitation _____ Class 3 Marked limitation _____ Class 4 Complete limitation
B/P Last visit _____

Mental/Nervous impairment: (on Effexor + Wellbutrin for anxiety/depression per Dr Kellianos)
Axis I a. _____ b. _____ Axis II _____ Axis III _____ Axis IV _____ Axis V _____

Please forward copies of your office notes and test results from _____ through _____

Linda Bethem
**Provider's name (PLEASE PRINT)**

MD/Rheumatology
**Degree/specialty**

_____
**SS# OR Tax ID**

120 William Penn Plaza
**Street address**

919-220-5255
**Telephone No.**

919-220-2627
**Fax No.**

Durham, NC 27704
**City/State/Zip Code**

_____
**Signature**

2-17-16
**Date**

DP 402 DMS (11/06)

Case 1:22-cv-00186-WO-JLW    Document 21-1    Filed 10/24/22    Page 637 of 763


## Liberty Mutual.
**INSURANCE**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5736

## Authorization to Obtain and Release Information
### (Excluding Psychotherapy notes)

Employee Name **Rebecca Pifer**      Claim No **4087659**

Employer/Sponsor/Customer Name **BCBS of North Carolina**

Return to: **Shannon Reville**

**I authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes)**.

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

**I understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Rebecca Pifer
**Claimant Name ( Print)**

*Rebecca Lane Pifer*
**Claimant Signature**

4087659
**Claim Number**

▮1960
**Date of Birth**

*February 18, 2016*
**Date**

**LIN000638**

# CLAIMANT SUPPLEMENTARY STATEMENT



**Liberty Mutual**
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5736

Return to: Shannon Reville

| EMPLOYEE/CLAIMANT NAME: Rebecca Pifer | CLAIM #: 4087659 |
|---|---|
| EMPLOYER/SPONSOR: BCBS of North Carolina | DATE OF BIRTH: ████ 1960 |

Full Name (Last, First, Middle Int.): Pifer, Rebecca L.
Social Security #: 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
Email Address: beccak16@frontier.com

Street Address: 9719 Rougemont Road
City: Bahama
State: NC
Zip Code: 27503

Telephone Number: 919-471-7261
Cell Phone Number: 919-597-8606
Marital Status: Married

Spouse's Full Name: Mark A. Pifer
Number of Children: 2
Dates of Birth of Children: 12/8/96, 11/27/99

Next of Kin/Emergency Contact
Name: Stephen E. Lane
Relationship to you? Brother
Tel #. 919-218-4324

Have you returned to any type of employment? **No**

Do you own your own business, or are you affiliated with a corporation, partnership, or sole proprietary? **No**

Do you hold a tax identification number (TIN) or employer identification number (EIN)? **No**

Do you hold a professional license? **No**

Are you associated with an Internet affiliated business? **No**

Are you currently involved in any pending litigation? **No**

Are you pursuing moneys from a third party? **No**

Identify other income:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| | ✓ | Wages, Salary, or Separation Pay | $ | | | |
| ✓ | | Social Security (disability or retirement) | $ 1,824.00 | | | |
| ✓ | | Social Security (for your spouse/dependents) | $ 964.00 | | | |
| | ✓ | State Disability | $ | | | |
| ✓ | | Retirement (normal, early, or disability) | $ 297.10 | | | |
| | ✓ | Workers' Compensation | $ | | | |
| | ✓ | Other (please describe) | $ | | | |

The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be as valid as the original.

DATE: 2/18/2016
EMPLOYEE'S PRINTED NAME: Rebecca L. Pifer
EMPLOYEE'S SIGNATURE: Rebecca L. Pifer

LIN000639

# Survivor / Estate Information Form

*This information is required in the event that any benefits are payable after your death.*

## TO BE COMPLETED BY EMPLOYEE:

**YOUR SPOUSE:**                    **YOUR DOMESTIC PARTNER:**

| | |
|---|---|
| Name: Mark A. Pifer | Name: |
| Address: 9719 Rougemont Road Bahama NC 27503 | Address: N/A |
| Telephone Number: 919-748-7005 | Telephone Number: |

**CHILDREN:** List ALL children. Use reverse side if necessary.

| |
|---|
| Name: Jenna Katherine Baggett   Date of Birth: 12/8/96 |
| Address: 9719 Rougemont Road Bahama NC 27503 |
| Telephone Number: 919-621-5988 |
| Name: Andrew Coulter Baggett   Date of Birth: 11/27/99 |
| Address: 9719 Rougemont Road Bahama NC 27503 |
| Telephone Number: 919-471-7261 |
| Name:   Date of Birth: |
| Address: |
| Telephone Number: |

**GUARDIANSHIP:** For all children under age 18 listed above:

| |
|---|
| Name: |
| Address: |
| Telephone Number: |

**DO YOU HAVE A WILL?** YES___ NO ✓ Not at this time   **DO YOU HAVE A TRUST?** YES___ NO ✓

**ADMINISTRATOR OR EXECUTOR OF YOUR WILL AND/OR YOUR ESTATE:**

| |
|---|
| Name of Executor or Administrator: |
| Address: |
| Telephone Number: |

The above statements are true and correct to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, of deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photocopy of this form will be as valid as the original.

DATE: 2/18/2016   EMPLOYEE'S PRINTED NAME: Rebecca L Pifer

EMPLOYEE'S SIGNATURE: Rebecca L. Pifer

**LIN000640**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213




MS. REBECCA PIFER
9719 ROUGEMONT RD.
BAHAMA NC 27503

**LIN000641**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5736

December 21, 2015

Ms. Rebecca L. Pifer
9719 ROUGEMONT RD.
BAHAMA, NC 27503

RE:  Long Term Disability (LTD) Benefits
      BCBS of North Carolina
      Claim #: 4087659

Dear Ms. Rebecca Pifer:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under BCBS of North Carolina's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are in need of updated information as part of our ongoing case management for your continued eligibility for disability benefits. Please complete the forms indicated below and return them in the envelope provided to reach this office within 60 days of the date of this letter.  Please ensure that each form is signed and dated by you and your physician, as we will not be able to accept a form without these required signatures. Any form that is not dated or signed will be sent back to you for completion.

   X   Claimant Supplementary Statement
   X   Authorization - Medical
   X   Survivor / Estate Information Form
   X   Annual Physician's Statement
   ___   Other

If we do not receive the requested information within 60 days, we will be required to suspend any benefits you are currently receiving according to the provisions regarding ongoing proof of disability as outlined in the contract you are covered under.  Your assistance with providing this information is essential to our ongoing investigation.

If you have any questions regarding this matter, please contact me.

**LIN000642**

Sincerely,

Shannon Reville
Disability Management Services Claims Technician II
Phone No.: (888) 437-7611 Ext. 16333
Secure Fax No.: (603) 334-5736

Attachments:   Claimant Supplementary Statement
               Authorization - Medical
               Survivor / Estate Information Form
               Annual Physician's Statement

**LIN000643**

# ANNUAL PHYSICIAN'S STATEMENT

To be completed by the attending physician.
This form is to be completed
without expense to Liberty Mutual

**Liberty Mutual® INSURANCE**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5736

Return To: Shannon Reville

| | |
|---|---|
| Employee/Claimant: Rebecca Pifer | Claim No: 4087659 |
| Employer/Sponsor: BCBS of North Carolina | Date of Birth: ███ 1960 |

As part of our ongoing management for continued benefits for the above named individual, we are in need of updated information. Please respond to the questions & statements & return to Liberty Mutual at the above Fax number. An authorization is on file with your office. Parts 1 and 2 below to be completed by Attending Physician.

**1.**

Date of last visit: _____
Date of next visit: _____
Frequency of visits:
_____ Weekly _____ Monthly
_____ Other: (Specify) _____

Last hospitalization: _____
Name of hospital: _____
Admitting Diagnosis: _____
Surgery: Y/N Procedure:

**2.**

**Diagnosis** and concurrent conditions with ICD Code: _____

Please describe any/all **Restrictions and Limitations** you have imposed: _____

Please describe your **treatment plan** including medications, & diagnostic testing: _____

**Cardiac impairment** (if applicable) Functional capacity per American Heart Association
_____ **Class 1** No limitation _____ **Class 2** Slight limitation _____ **Class 3** Marked limitation _____ **Class 4** Complete limitation
**B/P** Last visit _____

Mental/Nervous impairment:
**Axis I a.** _____ **b.** _____ **Axis II** _____ **Axis III** _____ **Axis IV** _____ **Axis V** _____

**Please forward copies of your office notes and test results from** _____ **through** _____

| | | |
|---|---|---|
| Provider's name (PLEASE PRINT) | Degree/specialty | SS# OR Tax ID |
| Street address | Telephone No. | Fax No. |
| City/State/Zip Code | Signature | Date |

DP 402 DMS (11/06)

**LIN000644**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5736

## Authorization to Obtain and Release Information
### (Excluding Psychotherapy notes)

Employee Name **Rebecca Pifer**                    Claim No **4087659**

Employer/Sponsor/Customer Name **BCBS of North Carolina**

Return to: **Shannon Reville**

I **authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I **understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies,other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Rebecca Pifer
Claimant Name ( Print)

███1960
Date of Birth

_____
Claimant Signature

_____
Date

4087659
Claim Number

**LIN000645**

# CLAIMANT SUPPLEMENTARY STATEMENT



**Liberty Mutual® INSURANCE**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5736

**Return to:** Shannon Reville

**EMPLOYEE/CLAIMANT NAME:** Rebecca Pifer          **CLAIM #:** 4087659

**EMPLOYER/SPONSOR:** BCBS of North Carolina          **DATE OF BIRTH:** ▮ 1960

| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
|---|---|---|---|
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).

Name                    Relationship to you?                    Tel #.

Have you returned to any type of employment? If yes, please provide name of employer, # hours worked per week and hourly rate of pay.

Do you own your own business, or are you affiliated with a corporation, partnership, or sole proprietary? If yes, please explain.

Do you hold a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet affiliated business? Do you have a website? If yes, please provide address(es).

Are you currently involved in any pending litigation? If yes, please explain why and provide your attorney's information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied from the point your disability began through the date you authorize this form:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages, Salary, or Separation Pay | $ ____ | ____ | ____ | ____ |
| ☐ | ☐ | Social Security (disability or retirement) | $ ____ | ____ | ____ | ____ |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ ____ | ____ | ____ | ____ |
| ☐ | ☐ | State Disability | $ ____ | ____ | ____ | ____ |
| ☐ | ☐ | Retirement (normal, early, or disability) | $ ____ | ____ | ____ | ____ |
| ☐ | ☐ | Workers' Compensation | $ ____ | ____ | ____ | ____ |
| ☐ | ☐ | Other (please describe) ____ | $ ____ | ____ | ____ | ____ |

The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be as valid as the original.

**EMPLOYEE'S PRINTED NAME:** ____          **LIN000646**

**DATE:** ____          **EMPLOYEE'S SIGNATURE:** ____

# Survivor / Estate Information Form

*This information is required in the event that any benefits are payable after your death.*

## TO BE COMPLETED BY EMPLOYEE:

**YOUR SPOUSE:**                                      **YOUR DOMESTIC PARTNER:**

| Name: | Name: |
|---|---|
| Address: | Address: |
| | |
| | |
| | |
| Telephone Number: | Telephone Number: |

**CHILDREN:  List ALL children.  Use reverse side if necessary.**

| Name: | Date of Birth: |
|---|---|
| Address: | |
| | |
| | |
| | |
| Telephone Number: | |

| Name: | Date of Birth: |
|---|---|
| Address: | |
| | |
| | |
| | |
| Telephone Number: | |

| Name: | Date of Birth: |
|---|---|
| Address: | |
| | |
| | |
| | |
| Telephone Number: | |

**GUARDIANSHIP:  For all children under age 18 listed above:**

| Name: |
|---|
| Address: |
| |
| |
| |
| Telephone Number: |

**DO YOU HAVE A WILL?   YES ____  NO ____**          **DO YOU HAVE A TRUST?   YES____  NO____**

**ADMINISTRATOR OR EXECUTOR OF YOUR WILL AND/OR YOUR ESTATE:**

| Name of Executor or Administrator: |
|---|
| Address: |
| |
| |
| |
| Telephone Number: |

The above statements are true and correct to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, of deceive the Company and/or Plan Sponsor,  files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable  under law.  A photocopy of this form will be as valid as the original.

**DATE:** _____          **EMPLOYEE'S PRINTED NAME:** _____

**EMPLOYEE'S SIGNATURE:** _____

**LIN000647**

# DIRECT DEPOSIT APPLICATION



**Liberty Mutual.**
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

**Return To:** Shannon Reville _____

**EMPLOYEE/CLAIMANT NAME:** Rebecca Pifer

**CLAIM NO:** 4087659

**EMPLOYER/SPONSOR:** BCBS of North Carolina          **DATE OF BIRTH:** ▉1960

**CHECK ONE:** ☐ New   ☒ Change          *correct as on file.*

**YOUR TELEPHONE NUMBER:** ( ) _____

**ADDRESS:** _____ **CITY:** _____ **STATE:** ____ **ZIP:** _____

## AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS

I (We) hereby authorize and request Liberty Life Assurance Company of Boston, hereinafter called LIBERTY, to make payment of any Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by LIBERTY to such account and to enter the same to such account without responsibility for the correctness thereof.

## REQUIRED FIELDS ARE BOLDED BELOW
### ***All must be completed or your form will be rejected***

**TYPE OF ACCOUNT:** ☒ Checking   ☐ Savings   **BANK NAME:** Carter Bank + Trust

**9 DIGIT ABA ROUTING NUMBER:** 051404930   **BANK ADDRESS:** 222 Main Street South Boston VA 24592

**YOUR ACCOUNT NUMBER:** 1062021 27306   **CITY:** ~~Durham~~ **STATE:** ~~NC~~ **ZIP:** ~~27705~~

**BANK PHONE:** (919) 620-0404

### ***You must check yes or no to BOTH of the following two questions***

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?**          ☐ YES   ☒ NO

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?**          ☐ YES   ☒ NO

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to LIBERTY or BANK. Any such notification to LIBERTY shall be effective only with respect to entries initiated by LIBERTY after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it. I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

**Signed:** *Rebecca L. Pifer*          **Date:** April 24, 2015

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

### ATTACH VOIDED CHECK HERE
### Your application will be rejected unless included with the form.

DP481 DD APLICATION 01/10          **LIN000648**





DEPOSIT TICKET

**Rebecca Lane Pifer**
9719 Rougemont Road
Bahama, NC 27503
NCDL 5256174

CASH ▶
68-493/514

DATE

**Carter Bank & Trust**
4251 North Roxboro Road
Durham, NC 27704

TOTAL ITEMS   SUBTOTAL ▶

LESS CASH ▶

NET DEPOSIT   $

⑈0 5 1 4 0 4 9 30⑆ 1 0 6 2 0 2 ⑈1 2 7 3 ⑈0 6    1 3 1

LIN000649

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213




MS. REBECCA PIFER
9719 ROUGEMONT RD.
BAHAMA NC 27503

**LIN000650**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

April 7, 2015

Ms. Rebecca L. Pifer
9719 ROUGEMONT RD.
BAHAMA, NC 27503

RE:     Long Term Disability (LTD) Benefits
        BCBS of North Carolina
        Claim #: 4087659

Dear Ms. Rebecca Pifer:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long
Term Disability (LTD) benefits under BCBS of North Carolina's Group Disability Policy. We are
writing in reference to your claim for LTD benefits under the Policy.

Per your April 7, 2015 request, we have enclosed the following:

A Direct Deposit Form, which must be completed in order to have benefit checks automatically
deposited into a checking or savings account. Please fully complete this form and return it along
with a voided check or savings account deposit slip in the enclosed return envelope.

If you have any questions regarding this matter, please contact me.

Sincerely,

Shannon Reville
Long Term Disability Claims Case Manager
Phone No.: (888) 437-7611 Ext. 16333
Secure Fax No.: (603) 422-7909

Attachments:   Direct Deposit Application

# DIRECT DEPOSIT APPLICATION


**Liberty Mutual®**
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

**Return To:** Shannon Reville

EMPLOYEE/CLAIMANT NAME: Rebecca Pifer

CLAIM NO: 4087659

EMPLOYER/SPONSOR: BCBS of North Carolina          DATE OF BIRTH: ███ 1960

**CHECK ONE:** ☐ New   ☐ Change

**YOUR TELEPHONE NUMBER:** (    ) _____

**ADDRESS:** _____ CITY: _____ STATE: ___ ZIP: _____

### AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS

I (We) hereby authorize and request Liberty Life Assurance Company of Boston, hereinafter called LIBERTY, to make payment of any Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by LIBERTY to such account and to enter the same to such account without responsibility for the correctness thereof.

## REQUIRED FIELDS ARE BOLDED BELOW
### ***All must be completed or your form will be rejected***

**TYPE OF ACCOUNT:** ☐ Checking   ☐ Savings     **BANK NAME:** _____

**9 DIGIT ABA ROUTING NUMBER:** _____   **BANK ADDRESS:** _____

**YOUR ACCOUNT NUMBER:** _____   **CITY:** _____ **STATE:** _____ **ZIP:** _____

**BANK PHONE:** (    ) _____

### ***You must check yes or no to BOTH of the following two questions***

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?**
☐ YES  ☐ NO

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?**
☐ YES  ☐ NO

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to LIBERTY or BANK. Any such notification to LIBERTY shall be effective only with respect to entries initiated by LIBERTY after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it. I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signed: _____        Date: _____

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

## ATTACH VOIDED CHECK HERE
### Your application will be rejected unless included with the form.

DP481 DD APLICATION 01/10

**LIN000652**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

Liberty Life Assurance Company of Boston is pleased to offer you the security and convenience of having your Long Term Disability Benefit check deposited electronically to your bank account. Direct Deposit, often referred to as electronic fund transfer (EFT), means no more mail delays or trips to the bank to cash your check.

### How does direct deposit work?

Each month, Liberty's bank will transfer your benefit payment directly into your bank account. Liberty recommends this payment option because it is predictable, safe and convenient.

### How do I sign up?

Complete the enclosed Pre-Authorized Direct Deposit Application. Fold it and insert it into the enclosed pre addressed and postage paid envelope along with the **necessary voided check or savings account deposit slip** and drop in the nearest mailbox. Be sure to print all the information clearly, and sign the application. Unfortunately, we cannot accept applications by phone.

### How soon can my direct deposits begin?

To ensure accuracy, Direct Deposit will actually begin within 10 business days following successful notification to, and verification from your bank. Generally, this means you will receive one or possibly two monthly benefit checks by mail after you send in your direct deposit application.

### Can I sign up for Direct Deposit and forward my benefit payment to a foreign bank account?

No, at this time Liberty Life Assurance Group Disability will not allow benefit payment to be paid via EFT if they are funded to a foreign bank or intended to be forwarded to a foreign bank account.

### What if I move to a non US State or territory and receiving Direct Deposit payments?

You will receive a notification that your direct deposit is being deactivated and provided a new form to complete for consideration of ongoing direct deposit payments.

### Will I continue to receive an Explanation of Benefits (EOB) Statement in the mail?

Yes. Each deposit will also be confirmed by your bank on your regular bank statement each month. Funds will be deposited to your account within 3 - 5 days after the payment date shown on the Explanation of Benefits (EOB) Statement.

### What happens if I am out of town when the payment is due?

Your deposit is in your account. You may access it any time after it is deposited.

### What if I change bank accounts?

Notify your Disability Case Manager and a new form will be sent to you for completion with the information about your new account. We can continue the direct deposit process with your new bank following notification to and verification from your new bank. You may receive one or possibly two benefit checks by mail in the interim. Do not close your original bank account until you confirm that we have discontinued the Direct Deposit process to that account.

### Can I change my mind?

Yes. You can start or stop Direct Deposit at any time. Just notify your Disability Case Manager.

### What if I have questions?

Call your assigned Disability Case Manager. They are available Monday through Friday from 8:30 - 4:30 P.M EST.

### What happens if I fail to complete my direct deposit application?

Incomplete applications will be mailed back to you along with a new application for you to complete.

3/6/15

To : Liberty Mutual Insurance
group Benefits Disability Claims

FAX : (603) 422-7909

Attn : Shannon Reville

3 pages

Thank you.

**LIN000654**



INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

## Authorization to Obtain and Release Information
### (Excluding Psychotherapy notes)

Employee Name __Rebecca Pifer__        Claim No __4087659__

Employer/Sponsor/Customer Name __BCBS of North Carolina__

Return to: __Shannon Reville__

I **authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Rebecca Pifer
Claimant Name ( Print)

_Rebecca Lane Pifer_
Claimant Signature

4087659
Claim Number

█████1960
Date of Birth

_March 4, 2015_
Date

**LIN000655**

# CLAIMANT SUPPLEMENTARY STATEMENT

 **Liberty Mutual.** INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

**Return to:** Shannon Reville

| | |
|---|---|
| **EMPLOYEE/CLAIMANT NAME:** Rebecca Pifer | **CLAIM #:** 4087659 |
| **EMPLOYER/SPONSOR:** BCBS of North Carolina | **DATE OF BIRTH:** ▮▮1960 |

| Full Name (Last, First, Middle Int.) | Social Security # | Email Address |
|---|---|---|
| Pifer, Rebecca L. | 242 15 8502 | beccaklb@frontier.com |

| Street Address | City | State | Zip Code |
|---|---|---|---|
| 9719 Rougemont Road | Bahama | NC | 27503 |

| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status |
|---|---|---|
| 919-471-7261 | 919-597-8606 | married |

| Spouse's Full Name | Number of Children | Dates of Birth of Children |
|---|---|---|
| Mark A. Pifer | 2 | 12/8/96, 11/27/99 |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Steve Lane   Relationship to you? brother   Tel #. 919-218-4324

Have you returned to any type of employment? If yes, please provide name of employer, # hours worked per week and hourly rate of pay.
No

Do you own your own business, or are you affiliated with a corporation, partnership, or sole proprietary? If yes, please explain.
No

Do you hold a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?
No

Do you hold a professional license? If yes, for what purpose?
No

Are you associated with an Internet affiliated business? Do you have a website? If yes, please provide address(es).
No

Are you currently involved in any pending litigation? If yes, please explain why and provide your attorney's information.
No

Are you pursuing moneys from a third party: Workers' Comp Carrier, Insurance Co., or Individual? If yes, please explain.
No

Identify other income you are receiving or for which you have applied from the point your disability began through the date you authorize this form:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| | ✓ | Wages, Salary, or Separation Pay | $ | | | |
| ✓ | | Social Security (disability or retirement) | currently $ 1824- | SS approved 10/2012 | | |
| ✓ | | Social Security (for your spouse/dependents) | currently $ 964- | " " | | |
| | ✓ | State Disability | $ | | | |
| | ✓ | Retirement (normal, early, or disability) | $ | | | |
| | ✓ | Workers' Compensation | $ | | | |
| | ✓ | Other (please describe) | $ | | | |

The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be as valid as the original.

**DATE:** 3/5/2015

**EMPLOYEE'S PRINTED NAME:** Rebecca L. Pifer

**EMPLOYEE'S SIGNATURE:** Rebecca L. Pifer

LIN000656



# TRIANGLE COMMUNITY
PHYSICIANS, P.A.

INTERNAL MEDICINE AND PEDIATRICS
4309 MEDICAL PARK DR., SUITE 200, DURHAM, NC 27704
Phone: 919-471-4484   Fax: 919-477-6131

Robert C. Pennington, MD      John A. Kallianos, MD      Kombiz P. Klein, DO

To: **Liberty Mutual**                          From: **Tammy**

Fax: **603-422-7909**                  Pages: **4**  (Including cover sheet)

Phone:                                            Date: **2/28/15**

Re: **Rebecca Pifer**                          cc:

☐ **Urgent**      ☐ **For Review**      ☐ **Please Comment**      ☐ **Please Reply**      ☐ **Please Recycle**

⁕ Comments:

**PRIVILEGED AND CONFIDENTIAL:** This document and the information contained herein are confidential and protected from disclosure pursuant to Federal law. This message is intended only for the use of the Addressee(s) and may contain information that is PRIVILEGED and CONFIDENTIAL. If you are not the intended recipient, you are here by notified that he use, dissemination or copying of this information is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify the sender immediately.

**LIN000657**

*Due by: Feb 27, 2015*



## ANNUAL PHYSICIAN'S STATEMENT

To be completed by the attending physician.
This form is to be completed

without expense to Liberty Mutual

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

**Return To:** Shannon Reville

| | |
|---|---|
| **Employee/Claimant:** Rebecca Pifer | **Claim No:** 4087659 |
| **Employer/Sponsor:** BCBS of North Carolina | **Date of Birth:** ▇ 1960 |

As part of our ongoing management for continued benefits for the above named individual, we are in need of updated information. Please respond to the questions & statements & return to Liberty Mutual at the above Fax number. An authorization is on file with your office. Parts 1 and 2 below to be completed by Attending Physician.

**1.**
Date of last visit: 9/15/14
Date of next visit: _____
Frequency of visits: _____
_____ Weekly _____ Monthly
✓ Other: (Specify) annual

Last hospitalization: _____
Name of hospital: _____
Admitting Diagnosis: _____
Surgery: Y/N Procedure: _____

**2.**
Diagnosis and concurrent conditions with ICD Code: Depression 311, Neuropathy 356.9, Ehlers-Danlos Syndrome 756.83

Please describe any/all **Restrictions and Limitations** you have imposed: No prolonged sitting, standing, heavy lifting or repetitive activities

Please describe your treatment plan including medications, & diagnostic testing: Trazadone 50mg qhs, Venlafamine 75mg daily, Gabapentin 8000mg TID, Celebrex 200mg BID. Tramadol 1-2 tabs q 6h prn

Cardiac impairment (if applicable) Functional capacity per American Heart Association
✓ Class 1 No limitation _____ Class 2 Slight limitation _____ Class 3 Marked limitation _____ Class 4 Complete limitation
B/P Last visit _____

Mental/Nervous impairment:
Axis I a. ✓ b. _____ Axis II _____ Axis III _____ Axis IV _____ Axis V _____

Please forward copies of your office notes and test results from _____ through _____

| | | |
|---|---|---|
| John A. Kallianos, MD IM | | 561698415 |
| Provider's name (PLEASE PRINT) | Degree/specialty | SS# OR Tax ID |
| 4809 Medical Park Dr. Ste 200 | 919-471-4484 | 919-477-6131 |
| Street address | Telephone No. | Fax No. |
| Durham, NC 27704 | [signature] | 2/20/15 |
| City/State/Zip Code | Signature | Date |

DP 402 DMS (11/06)

LIN000658



## TRIANGLE COMMUNITY
PHYSICIANS, P.A.

4309 Medical Park Drive #200, Durham, NC 27704
Tel: (919) 471-4484 Fax: (919) 477-6131
Robert C. Pennington, MD      John A. Kallianos, MD      Kombiz P. Klein, DO

**REBECCA K PIFER**          **Patient #:** 11689E          **DOB:** ▇▇1960 (54 years)

**Female/Married/White/Undefined**
**Date of Encounter:**   09/15/2014 11:10 AM

### History of Present Illness

The patient is a 54 year old female who presents with varicose veins. Note for "Varicose veins": She has been to vascular and they have advised surgery.  She has been wearing 20-30 mmHG compression stockings on a daily basis since her last office visit in February of this year.  She continues with leg swelling, and pain despite using the compression stockings.

### Past Medical History *(Tammy Ferrell MA; 09/16/2014 07:51 AM)*
**Disorder, depressive NEC  (311.)** (01/28/2010)
**Ehlers-Danlos syndrome (756.83 | Q79.6)** (03/13/2012)
**Neuropathy, idiopathic peripheral NOS (356.9 | G60.9)** (03/13/2012)
**Osteoarthrosis NOS, shoulder  (715.91)** (03/13/2012)
**Cervicalgia  (723.1)** (11/07/2003)

### Allergies *(Tammy Ferrell MA; 09/16/2014 07:51 AM)*
**No Known Drug Allergies** 06/23/2003

### Medication History *(Tammy Ferrell MA; 09/16/2014 07:51 AM)*
Vitamin C ER (1000MG Tablet ER, 1 Oral Daily) Active.
Calcium 600 (1500MG Tablet, 1 Oral Daily) Active.
B Complex (1 Oral daily) Active.
TraZODone HCl (50MG Tablet 1 (one) Oral 1 Every Day At Bedtime, Taken starting 02/10/2014) Active - Hx Entry. (DX: 311)
Venlafaxine HCl ER (75MG Capsule ER 24HR, 1 (one) Oral every morning, Taken starting 02/10/2014) Active. (DX: 311)
CeleBREX (200MG Capsule, 1 Twice Daily, Taken 03/13/2012 to 04/11/2012) Active.
TraMADol HCl (50MG Tablet, TAKE 1 or 2 TAB FOUR TIMES DAILY, Taken 03/13/2012 to 04/06/2012) Active.
Gabapentin (600MG Tablet, 1 Oral three times daily, Taken starting 08/27/2014) Active.
Estradiol-Norethindrone Acet (0.5-0.1MG Tablet, 1 Oral Every Day, Taken starting 02/10/2014) Active.

### Review of Systems
**General:** Present- Feeling well. Not Present- Fatigue, Fever, Night Sweats, Weight Gain > 10lbs. and Weight Loss > 10lbs..

### Vitals
09/15/2014 11:11 AM
**Weight:** 137 lb

**Pulse:** 64 (Regular)
**BP:** 148/92 Manual (Sitting, Left Arm, Standard)

LIN000659

## Physical Exam

The physical exam findings are as follows:

### General

**Mental Status** - Alert. **General Appearance** - Cooperative, Well groomed and Consistent with stated age. Not in acute distress. **Orientation** - Oriented to time, Oriented to place, Oriented to purpose and Oriented to person. **Build & Nutrition** - Well nourished and Well developed. **Hydration** - Well hydrated.

### Peripheral Vascular

**Upper Extremity: Inspection - Left** - Pink nail beds. No Digital clubbing. **Right** - Pink nail beds. No Digital clubbing.
**Palpation: Temperature - Left** - Warm. **Right** - Warm. **Tenderness - Left** - Non Tender. **Right** - Non Tender.
**Edema - Left** - No edema. **Right** - No edema.
**Lower Extremity: Inspection - Left** - Pink skin. No Cyanotic nailbeds or Ulcerations. **Right** - Pink skin. No Cyanotic nailbeds or Ulcerations. **Bilateral** - Varicose veins. Note; She has superficial and deeper vv.
**Palpation: Temperature - Left** - Normal. **Right** - Normal. **Tenderness - Left** - Non Tender. **Right** - Non Tender.
**Edema** - **Bilateral** - Trace edema.

## Assessment & Plan

### Varicosities of leg (454.9 | I83.93)

**Today's Impression:** worsening symptoms despite use of compression stockings. Recommend proceeding with surgical intervention
Current Plans:

JOHN A KALLIANOS MD

LIN000660



**Liberty Mutual.**
INSURANCE

## ANNUAL PHYSICIAN'S STATEMENT

To be completed by the attending physician.
This form is to be completed
without expense to Liberty Mutual

Liberty Life Assurance Company of Bosto:
Group Benefits Disability Claim
P.O. Box 721:
London, KY 40742-721:
Phone No.: (888) 437-761
Secure Fax No.: (603) 422-790:

Return To: Shannon Reville _____

| Employee/Claimant: Rebecca Pifer | Claim No: 4087659 |
|---|---|

| Employer/Sponsor: BCBS of North Carolina | Date of Birth: ▮▮▮▮ 1960 |
|---|---|

As part of our ongoing management for continued benefits for the above named individual, we are in need of updated information. Please respond to the questions & statements & return to Liberty Mutual at the above Fax number. An authorization is on file with your office. Parts 1 and 2 below to be completed by Attending Physician.

**1.**
Date of last visit: _2-20-15_
Date of next visit: _8-7-15_
Frequency of visits:
_____ Weekly  _____ Monthly
✓ Other: (Specify) _q 6 months_

Last hospitalization: _____
Name of hospital: _____
Admitting Diagnosis: _____
Surgery: Y/N  Procedure:

**2.**
**Diagnosis** and concurrent conditions with ICD Code: _____
Ehlos - Denlos syndrome  756.83
Osteoarthritis  715.09

Please describe any/all **Restrictions and Limitations** you have imposed: _____
No prolonged sitting, standing or repetitive

Please describe your **treatment plan** including medications, & diagnostic testing: _____
Cymbalta, Tramadol

**Cardiac impairment** (if applicable) Functional capacity per American Heart Association
✓ Class 1 No limitation  _____ Class 2 Slight limitation  _____ Class 3 Marked limitation  _____ Class 4 Complete limitation
B/P Last visit _____

Mental/Nervous impairment:
Axis I a. _____  b. _____  Axis II _____  Axis III _____  Axis IV _____  Axis V _____

Please forward copies of your office notes and test results from _____ through _____

_Linda Belhorn                    MD_
Provider's name (PLEASE PRINT)                    Degree/specialty                    SS# OR Tax ID

_120 William Penn Plaza        919-220-5255        919-220-2627_
Street address                    Telephone No.                    Fax No.

_Durham, NC 27704        2pm        2-20-15_
City/State/Zip Code                    Signature                    Date

DP 402 DMS (11/06)

**LIN000661**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213




MS. REBECCA PIFER
9719 ROUGEMONT RD.
BAHAMA NC 27503

**LIN000662**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

December 23, 2014

Ms. Rebecca L. Pifer
9719 ROUGEMONT RD.
BAHAMA, NC 27503

RE: Long Term Disability (LTD) Benefits
   BCBS of North Carolina
   Claim #: 4087659

Dear Ms. Rebecca Pifer:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under BCBS of North Carolina's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are in need of updated information as part of our ongoing case management for your continued eligibility for disability benefits. Please complete the forms indicated below and return them in the envelope provided to reach this office within 60 days of the date of this letter.

  X Claimant Supplementary Statement
  X Authorization - Medical
  X Annual Physician's Statement
  ___ Other

If we do not receive the requested information within 60 days, we will be required to suspend any benefits you are currently receiving according to the provisions regarding ongoing proof of disability as outlined in the contract you are covered under.  Your assistance with providing this information is essential to our ongoing investigation.

If you have any questions regarding this matter, please contact me.

Sincerely,

Shannon Reville
Long Term Disability Claims Case Manager
Phone No.: (888) 437-7611 Ext. 16333
Secure Fax No.: (603) 422-7909

Attachments:   Claimant Supplementary Statement
               Authorization - Medical
               Annual Physician's Statement

LIN000664

# ANNUAL PHYSICIAN'S STATEMENT

To be completed by the attending physician.
This form is to be completed
without expense to Liberty Mutual

**Liberty Mutual® INSURANCE**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

Return To: Shannon Reville

| | |
|---|---|
| Employee/Claimant: Rebecca Pifer | Claim No: 4087659 |
| Employer/Sponsor: BCBS of North Carolina | Date of Birth: ▓▓ 1960 |

As part of our ongoing management for continued benefits for the above named individual, we are in need of updated information. Please respond to the questions & statements & return to Liberty Mutual at the above Fax number. An authorization is on file with your office. Parts 1 and 2 below to be completed by Attending Physician.

**1.**

Date of last visit: _____
Date of next visit: _____
Frequency of visits:
_____ Weekly _____ Monthly
_____ Other: (Specify) _____

Last hospitalization: _____
Name of hospital: _____
Admitting Diagnosis: _____
Surgery: Y/N Procedure:

**2.**

**Diagnosis** and concurrent conditions with ICD Code: _____

_____

_____

Please describe any/all **Restrictions and Limitations** you have imposed: _____

_____

_____

Please describe your **treatment plan** including medications, & diagnostic testing: _____

_____

_____

**Cardiac impairment** (if applicable) Functional capacity per American Heart Association
_____ **Class 1** No limitation _____ **Class 2** Slight limitation _____ **Class 3** Marked limitation _____ **Class 4** Complete limitation
**B/P** Last visit _____

Mental/Nervous impairment:
**Axis I a.** _____ **b.** _____ **Axis II** _____ **Axis III** _____ **Axis IV** _____ **Axis V** _____

**Please forward copies of your office notes and test results from** _____ **through** _____

| | | |
|---|---|---|
| Provider's name (PLEASE PRINT) | Degree/specialty | SS# OR Tax ID |
| Street address | Telephone No. | Fax No. |
| City/State/Zip Code | Signature | Date |

DP 402 DMS (11/06)

**LIN000665**



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

## Authorization to Obtain and Release Information
### (Excluding Psychotherapy notes)

Employee Name Rebecca Pifer                                    Claim No 4087659

Employer/Sponsor/Customer Name  BCBS of North Carolina

Return to:  Shannon Reville

I **authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1.  Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**

2.  Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3.  Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied.  I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Rebecca Pifer                                                ███ 1960
Claimant Name ( Print)                                       Date of Birth


Claimant Signature                                           Date

4087659
Claim Number

**LIN000666**

# CLAIMANT SUPPLEMENTARY STATEMENT


**Liberty Mutual** INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

**Return to:** Shannon Reville

| | |
|---|---|
| **EMPLOYEE/CLAIMANT NAME:** Rebecca Pifer | **CLAIM #:** 4087659 |
| **EMPLOYER/SPONSOR:** BCBS of North Carolina | **DATE OF BIRTH:** ▉ 1960 |

| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
|---|---|---|---|
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).

Name      Relationship to you?      Tel #.

Have you returned to any type of employment? If yes, please provide name of employer, # hours worked per week and hourly rate of pay.

Do you own your own business, or are you affiliated with a corporation, partnership, or sole proprietary? If yes, please explain.

Do you hold a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet affiliated business? Do you have a website? If yes, please provide address(es).

Are you currently involved in any pending litigation? If yes, please explain why and provide your attorney's information.

Are you pursuing moneys from a third party: Workers' Comp Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied from the point your disability began through the date you authorize this form:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages, Salary, or Separation Pay | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Social Security (disability or retirement) | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | State Disability | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Retirement (normal, early, or disability) | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Workers' Compensation | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Other (please describe) _____ | $ _____ | _____ | _____ | _____ |

The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be as valid as the original.

**EMPLOYEE'S PRINTED NAME:** _____

**LIN000667**

**DATE:** _____      **EMPLOYEE'S SIGNATURE:** _____



# ANNUAL PHYSICIAN'S STATEMENT

To be completed by the attending physician.
This form is to be completed
without expense to Liberty Mutual Insurance

Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

**Liberty Mutual. INSURANCE**

Return to: DIANE LEACH

| | |
|---|---|
| EMPLOYEE/CLAIMANT NAME: REBECCA PIFER | CLAIM NO: 4087659 |
| EMPLOYER/SPONSOR: BLUE CROSS & BLUE SHIELD OF NC | DATE OF BIRTH: ▇960 |

As part of our ongoing management for continued benefits for the above named individual, we are in need of updated information. Please respond to the questions & statements & return to Liberty Mutual Insurance at the above Fax number. An authorization is on file with your office. Parts 1 and 2 below to be completed by Attending Physician.

**1.**

Date of last visit: 1-20-14
Date of next visit: 7-14-14
Frequency of visits:
___ Weekly  9 6 mos. Monthly
___ Other: (Specify) _____

Last hospitalization: _____
Name of hospital: _____
Admitting Diagnosis: _____
Surgery: Y/N Procedure: _____

**2.**

Diagnosis and concurrent conditions with ICD 9 Code: _____
Ehlers-Danlos   756.83
Generalized osteoarthritis   715.09

Please describe any/all Restrictions and Limitations you have imposed: _____
No prolonged sitting, standing, heavy lifting or repetitive activities

Please describe your treatment plan including medications, & diagnostic testing: _____
Celebrex, tramadol, exercise

Cardiac impairment (if applicable) Functional capacity per American Heart Association
✓ Class 1 No limitation  ___ Class 2 Slight limitation  ___ Class 3 Marked limitation  ___ Class 4 Complete limitation
B/P Last visit 123/94

Mental/Nervous impairment:
Axis I a. ✓  b. ___  Axis II ___  Axis III ___  Axis IV ___  Axis V ___

Please forward copies of your office notes and test results from ___ through ___

| | | |
|---|---|---|
| Linda Belhorn | MD / Rheumatology | |
| Provider's name (PLEASE PRINT) | Degree/specialty | SS# OR Tax ID |
| 120 William Penn Plaza | 919-220-5306 | 919-220-2627 |
| Street address | Telephone No. | Fax No. |
| Durham, NC 27704 | [signature] | 1-20-14 |
| City/State/Zip Code | Signature | Date |

DP 402 DMS (11/06)

**LIN000668**

171-7261/597-8686                                          7L078140097

# ATTENDING PHYSICIAN'S STATEMENT
**Must be completed IN FULL by physician who has examined patient within the last ____ days.**

Patient's Name: Pifer, Rebecca Lane

**1. Diagnosis**
a) Diagnosis (including any complications): Ehlers-Danlos Syndrome    ICD-9 Code(s) 759.83
b) Subjective Symptoms:    Osteoarthritis  715.9
c) Objective findings (include current x-rays, EKG's, laboratory data and any clinical findings): Peripheral Neuropathy  357.9

**2. DATES OF TREATMENT**
a) Date of first visit    8-11-1994
b) Date of most recent visit    8-5-13
c) Frequency of visits    every 3 months

**3. NATURE OF TREATMENT**
(Including surgery, medication, physical therapy, etc. since last report)

**4. EXTENT OF DISABILITY ***IMPORTANT***
a) Are you aware of the main duties patient performs in his/her usual work or business?  ☑ Yes  ☐ No
b) Are you aware of patient's background (education, training, experience, etc.)?  ☑ Yes  ☐ No
c) Describe any restrictions (what patient SHOULD NOT do): Disabled for all duties
d) Describe any limitations (what patient CANNOT do):

**5. CARDIAC (if applicable)**
a) Functional Capacity (American Heart Association)  ☑ Class 1 (No limitations)  ☐ Class 2 (Slight Limitation)  ☐ Class 3 (Marked Limitation)  ☐ Class 4 (Complete Limitation)
b) Blood Pressure (last visit) 132 / 88
Systolic   Diastolic

**6. PHYSICAL IMPAIRMENT (*As defined in Federal Dictionary of Occupational Titles)**
a) ☐ Class 1 – No limitation of functional capacity; capable of heavy work *No restrictions (0-10%)
☐ Class 2 – Medium manual activity *(15-30%)
☐ Class 3 – Slight limitation of functional capacity; capable of light work * (35-55%)
☐ Class 4 – Moderate limitation of functional capability; capable of clerical/administrative (sedentary*) activity (60-70%)
☑ Class 5 – Severe limitation of functional capability; incapable of minimum (sedentary*) activity (75-100%)
b) REMARKS: There has been no change in her overall symptoms.

**7. MENTAL/NERVOUS IMPAIRMENT (if applicable)**
a) ☐ Class 1 – Patient is able to function under stress and engage in interpersonal relations (no limitations)
☐ Class 2 – Patient is able to function in most stress situations and engage in most interpersonal relations (slight limitations)
☐ Class 3 – Patient is able to engage in only limited stress situations and engage in only limited interpersonal relations (moderate limitations)
☑ Class 4 – Patient is unable to engage in stress situations or engage in interpersonal relations (marked limitations)
☐ Class 5 – Patient has significant loss of psychological, physiological, personal and social adjustment (severe limitations)
b) REMARKS:
c) Do you believe patient is competent to endorse checks and direct the use of the proceeds?  ☐ Yes  ☐ No

**8. PROGRESS**
a) Has patient  ☐ Recovered  ☐ Improved  ☑ Unchanged  ☐ Regressed
If recovered, date able to return to work ____
b) Is patient:  ☑ Ambulatory  ☐ House Confined  ☐ Bed Confined  ☐ Hospital Confined
c) Has Patient been hospital confined since last report? ____  ☐ Yes  ☐ No    Admitted ____
If Yes, Name & Address of Hospital ____    Discharged ____
d) Do you expect any significant improvement in the future?  ☐ Yes  ☑ No
1. If yes, when will patient recover sufficiently to perform the duties of:
a) Patient's regular occupation: ____ Permanently Disabled ☑ 1 Month  ☐ 1-3 Months  ☐ 3-6 Months  ☐ Never
Date if known
b) Any other type of work: ____  or  ☐ 1 Month  ☐ 1-3 Months  ☐ 3-6 Months  ☐ Never
Date if known
2. If no, please explain: ____
e) Do you support candidacy for Social Security Benefits?  ☑ Yes  ☐ No

Physician's Signature: ____    Date  8-10-13
Physician's Name: John A. Kallianos    Degree  MD
Address  4309 Medical Park Dr. Suite 200    Telephone (919) 471-4484
City  Durham    State NC    Zip 27704    Fax (919) 477-6131

**FRAUD WARNING:** Any person who knowingly and with the intent to defraud any insurance company or other person files an application for insurance or a statement of claim with materially false information or conceals for the purpose of misleading, information concerning any fact material thereto may be guilty of committing a fraudulent insurance act.

CL-WVR-UPDATE (4-10)

Triangle Community Physicians, PA
4309 Medical Park Dr., Suite 200
Durham, NC 27704

**LIN000669**



**INSURANCE**

7L078140097

7L078140097

Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

## Authorization to Obtain and Release Information
### (Excluding Psychotherapy notes)

EMPLOYEE NAME: REBECCA PIFER          CLAIM NO: 4087659

EMPLOYER/SPONSOR/CUSTOMER NAME: BLUE CROSS & BLUE SHIELD OF NC

RETURN TO: DIANE LEACH

I **authorize** any licensed physician, health care professionals. hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Insurance of companies to which I am submitting claim, or to its legal representative. or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1.  Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health  (excluding psychotherapy notes).

2.  Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3.  Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts. monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment.  Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Insurance of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary. information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual Insurance of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

_Rebecca Lane Pifer_
Claimant Name ( Print)

_Rebecca Lane Pifer_
Claimant Signature

_4087659_
Claim Number:
DP432 (rev 06/12)

Date of Birth [redacted] 1960

_3 | 5 | 2014_
Date

LIN000670

# CLAIMANT SUPPLEMENTARY STATEMENT



**Liberty Mutual. INSURANCE**

Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

Return To:   **DIANE LEACH**

| | |
|---|---|
| EMPLOYEE/CLAIMANT NAME:   REBECCA PIFER | CLAIM NO:  4087659 |
| EMPLOYER/SPONSOR:  BLUE CROSS & BLUE SHIELD OF NC | DATE OF BIRTH: ▒▒ 960 |

**Full Name (Last, First, Middle Init.):** Pifer, Rebecca L.
**Social Security #:** 242158502
**Email Address:** beccaklb@frontier.com

**Street Address:** 9719 Rougemont Road
**City:** Bahama
**State:** NC
**Zip Code:** 27503

**Telephone Number (inc. area code):** 919-471-7261
**Cell Phone Number (inc. area code):** 919-597-8606
**Marital Status:** married

**Spouse's Full Name:** Mark Allan Pifer
**Number of Children:** 2
**Dates of Birth of Children:** 12-08-1996 , 11/27/1999

**Next of Kin/Emergency Contact** (required should additional benefits be payable in the event of your death).
**Name:** Steve Lane   **Relationship to you?** Brother   **Tel #.** 919-218-4324

**Have you returned to any type of employment?** If yes, please provide name of employer, # hours worked per week and hourly rate of pay.
No

**Do you own your own business, or are you affiliated with a corporation, partnership, or sole proprietary?** If yes, please explain.
No

**Do you hold a tax identification number (TIN) or employer identification number (EIN)?** If yes, for what purpose?
No

**Do you hold a professional license?** If yes, for what purpose?
No

**Are you associated with an Internet affiliated business?** Do you have a website? If yes, please provide address(es).
No

**Are you currently involved in any pending litigation?** If yes, please explain why and provide your attorney's information.
No

**Are you pursuing moneys from a third party:** Workers' Comp Carrier, Insurance Co., or Individual? If yes, please explain.
No

Identify other income you are receiving or for which you have applied from the point your disability began through the date you authorize this form.

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages, Salary, or Separation Pay | $ | | | |
| ✓ | ☐ | Social Security (disability or retirement) | $ 1792.00 approx | 7/2012 | | |
| ✓ | ☐ | Social Security (for your spouse/dependents) | $ 948.00 approx | 7/2012 | | |
| ☐ | ☐ | State Disability | $ | | | |
| ✓ | ☐ | Retirement (normal, early, or disability) | $ 297.10 | | | |
| ☐ | ☐ | Workers' Compensation | $ | | | |
| ☐ | ☐ | Other (please describe) _____ | $ | | | |

The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be as valid as the original.

**DATE:** 3/5/2014   **EMPLOYEE'S PRINTED NAME:** Rebecca Lane Pifer

**EMPLOYEE SIGNATURE:** Rebecca Lane Pifer

DP 409 (11/12)

LIN000071

# Family Information Questionnaire



**Liberty Mutual.**
INSURANCE

Liberty Life Assurance
Company of Boston
Disability Claims
P.O. Box 1525
Dover. NH 03821-1525
Phone No.: 1-888-437-7611
Fax No.: (603) 422-7909

**Return to:** DIANE LEACH

| | |
|---|---|
| EMPLOYEE/CLAIMANT NAME: REBECCA PIFER | |
| CLAIM NO.: 4087659 | S.S. NO.: |
| EMPLOYER/SPONSOR: BLUE CROSS & BLUE SHIELD OF NC | DATE OF BIRTH: ▉960 |

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status?  Single____  Married __✓__  Divorced____

If married, please indicate your spouse's name and date of birth.  Name: _Mark Allan Pifer_ DOB: _03/02/1955_

Do you have children?  Yes __✓__  No_____
If yes, please provide additional details below, using additional space as needed.

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| Jenna K. Baggett | 12/02/96 | Custodial | Yes | 06/2015 |
| Andrew C. Baggett | 11/27/99 | Custodial | No | 06/2018 |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits?  Yes: __✓__  No: _____

If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Liberty Life Assurance Company.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| Jenna K. Baggett | 12/08/96 | Dep. | $474.00 | 07/2012 | N/A |
| Andrew C. Baggett | 11/27/99 | Dep | $474.00 | 07/2012 | N/A |
| | | | | | |

Your Name: _Rebecca Lane Pifer_  Date: _03/5/2014_

**LIN000672**

Case 1:22-cv-00186-WO-JLW  Document 21-1  Filed 10/24/22  Page 672 of 763

**BENEFICIARY'S NAME: JENNA K BAGGETT**

Your Social Security benefits will increase by 1.5 percent in 2014 because of a rise in the cost of living. **You can use this letter when you need proof of your benefit amount to receive food, rent, or energy assistance; bank loans; or for other business.** Keep this letter with your other important financial documents.

## How Much Will I Get And When?
- Your monthly amount (before deductions) is     $474.00
- The amount we deduct for Medicare medical insurance is     $0.00
  (If you did not have Medicare as of Nov. 14, 2013
  or if someone else pays your premium, we show $0.00.)
- The amount we deduct for your Medicare prescription drug plan is     $0.00
  (If you did not elect withholding as of Nov. 1, 2013, we show $0.00.)
- The amount we deduct for voluntary federal tax withholding is     $0.00
  (If you did not elect voluntary tax withholding as of
  Nov. 14, 2013, we show $0.00.)
- After we take any other deductions, you will receive     $474.00
  on Jan. 8, 2014.

If you disagree with any of these amounts, you must write to us within 60 days from the date you receive this letter. We would be happy to review the amounts.

You may receive your benefits through direct deposit, a Direct Express® card, or an Electronic Transfer Account. If you still receive a paper check and would like to switch to an electronic payment, please visit *www.godirect.org* or call **1-800-333-1795**.

## What If I Have Questions?
Please visit our website at *www.socialsecurity.gov* for more information and a variety of online services. You also can call **1-800-772-1213** and speak to a representative from 7 a.m. until 7 p.m., Monday through Friday. Recorded information and services are available 24 hours a day. Our lines are busiest early in the week, early in the month, as well as during the week between Christmas and New Year's Day; it is best to call at other times. If you are deaf or hard of hearing, call our TTY number, **1-800-325-0778**. If you are outside the United States, you can contact any U.S. embassy or consulate office. Please have your Social Security claim number available when you call or visit and include it on any letter you send to Social Security. If you are inside the United States and need assistance of any kind, you also can visit your local office.

3004 TOWER BLVD
DURHAM NC

BNC#: 13B1605E27353

LIN000673 Over ▷

Case 1:22-cv-00186-WO-JLW    Document 21-1    Filed 10/24/22    Page 673 of 763

**BENEFICIARY'S NAME: ANDREW C BAGGETT**

Your Social Security benefits will increase by 1.5 percent in 2014 because of a rise in the cost of living. **You can use this letter when you need proof of your benefit amount to receive food, rent, or energy assistance; bank loans; or for other business.** Keep this letter with your other important financial documents.

## How Much Will I Get And When?

- Your monthly amount (before deductions) is — $474.00.
- The amount we deduct for Medicare medical insurance is — $0.00.
  (If you did not have Medicare as of Nov. 14, 2013
  or if someone else pays your premium, we show $0.00.)
- The amount we deduct for your Medicare prescription drug plan is — $0.00.
  (If you did not elect withholding as of Nov. 1, 2013, we show $0.00.)
- The amount we deduct for voluntary federal tax withholding is — $0.00.
  (If you did not elect voluntary tax withholding as of
  Nov. 14, 2013, we show $0.00.)
- After we take any other deductions, you will receive — $474.00
  on Jan. 8, 2014.

If you disagree with any of these amounts, you must write to us within 60 days from the date you receive this letter. We would be happy to review the amounts.

You may receive your benefits through direct deposit, a Direct Express® card, or an Electronic Transfer Account. If you still receive a paper check and would like to switch to an electronic payment, please visit *www.godirect.org* or call **1-800-333-1795**.

## What If I Have Questions?

Please visit our website at *www.socialsecurity.gov* for more information and a variety of online services. You also can call **1-800-772-1213** and speak to a representative from 7 a.m. until 7 p.m., Monday through Friday. Recorded information and services are available 24 hours a day. Our lines are busiest early in the week, early in the month, as well as during the week between Christmas and New Year's Day; it is best to call at other times. If you are deaf or hard of hearing, call our TTY number, **1-800-325-0778**. If you are outside the United States, you can contact any U.S. embassy or consulate office. Please have your Social Security claim number available when you call or visit and include it on any letter you send to Social Security. If you are inside the United States and need assistance of any kind, you also can visit your local office.

3004 TOWER BLVD
DURHAM NC

BNC#: 13B1605E27353

Over ▶
LIN000674

Case 1:22-cv-00186-WO-JLW   Document 21-1   Filed 10/24/22   Page 674 of 763



# TRIANGLE COMMUNITY
### PHYSICIANS, P.A.

INTERNAL MEDICINE AND PEDIATRICS
4309 MEDICAL PARK DR., SUITE 200, DURHAM, NC 27704
Phone: 919-471-4484   Fax: 919-477-6131

Robert C. Pennington, MD    John A. Kallianc, MD    Kambiz P. Klein, DO

To: _____          m: Terrie (ext 241)

Fax: _____  Pages: (Including cover sheet)

Phone: _____  Date: _____

Re: _____  cc: _____

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

● Comments:

PRIVILEGED AND CONFIDENTIAL: This document and the information contained herein are confidential and protected from disclosure pursuant to Federal law. This message is intended only for the use of the Addressee(s) and may contain information that is PRIVILEGED and CONFIDENTIAL. If you are not the intended recipient, you are here by notified that he use, dissemination or copying of this information is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify the sender immediately.

**LIN000675**



**ANNUAL PHYSICIAN'S STATEMENT**

To be completed by the attending physician.
This form is to be completed
without expense to Liberty Mutual Insurance

Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

Return to: DIANE LEACH

| | |
|---|---|
| EMPLOYEE/CLAIMANT NAME: REBECCA PIFER | CLAIM NO: 4087659 |
| EMPLOYER/SPONSOR: BLUE CROSS & BLUE SHIELD OF NC | DATE OF BIRTH: ▮▮ 1960 |

As part of our ongoing management for continued benefits for the above named individual, we are in need of updated information. Please respond to the questions & statements & return to Liberty Mutual Insurance at the above Fax number. An authorization is on file with your office. Parts 1 and 2 below to be completed by Attending Physician.

**1.**
Date of last visit: 2-10-14
Date of next visit: 5-70-14
Frequency of visits:
___ Weekly ___ 3 Monthly
___ Other: (Specify) _____

Last hospitalization: _____
Name of hospital: _____
Admitting Diagnosis: _____
Surgery: Y/N Procedure: _____

**2.**
Diagnosis and concurrent conditions with ICD 9 Code:
Ehlers Danlos 756.13
Osteoarthritis 715.09

Please describe any/all **Restrictions and Limitations** you have imposed:
No prolonged sitting, standing, heavy lifting or repetitive activity.

Please describe your treatment plan including medications, & diagnostic testing:
Tramadol 8mg 1hr, Valature 75mg daily, Gabapentin 600 TID
Celebrex 200mg BID, Tramadol 1-2 tabs, therapy

**Cardiac impairment** (if applicable) Functional capacity per American Heart Association
✓ Class 1 No limitation ___ Class 2 Slight limitation ___ Class 3 Marked limitation ___ Class 4 Complete limitation
B/P Last visit ___

Mental/Nervous Impairment:
Axis I a. ✓ b. ___ Axis II ___ Axis III ___ Axis IV ___ Axis V ___

Please forward copies of your office notes and test results from ___ through ___

Dr. John A. Kallianos MD/Internal Med 561698415

Provider's name (PLEASE PRINT) — Degree/specialty — SS# OR Tax ID

Triangle Community Physicians, PA
4309 Medical Park Dr., Suite 200
Durham, NC 27704

Street address

City/State/Zip Code

Telephone No. 919 471-4484

Signature

Fax No. 919 477-6131

Date 2/11/14

DP 402 DMS (11/06)

LIN000676

# TRIANGLE COMMUNITY PHYSICIANS PA

DURHAM, NC 27704-2388
Contact Phone: (919) 471-4484

**REBECCA K PIFER**                    **Patient #: 11689E**           **DOB:** ▮▮▮/1960 (53 years)

**Female/Married/Undefined/Undefined**
**Date of Encounter:**  02/10/2014 11:54 AM

## History of Present Illness

The patient is a 53 year old female who presents with a complaint of DISABILITY FORM. She is still struggling with her Ehlers Danlos. Her pain seem sto be increasing. She does not want to change her pain meds. Her fatigue is worsening.

## Past Medical History *(dawnac dawnac; 02/11/2014 08:10 AM)*
**Osteoarthrosis NOS, shoulder (715.91)** (03/13/2012)
**Ehlers-Danlos syndrome (756.83)** (03/13/2012)
**Neuropathy, idiopathic peripheral NOS (356.9)** (03/13/2012)
**Herpes zoster, uncomplicated (053.9)** (12/22/2010)
**Disorder, depressive NEC (311.)** (01/28/2010)
**Cervicalgia (723.1)** (11/07/2003)

## Allergies *(dawnac dawnac; 02/11/2014 08:10 AM)*
**No Known Drug Allergies** 06/23/2003

## Medication History *(dawnac dawnac; 02/11/2014 08:10 AM)*
TraZODone HCl (50MG Tablet 1 Every Day At Bedtime, Taken starting 08/09/2013) Active - Hx Entry. (DX: 311)
Venlafaxine HCl ER (75MG Capsule ER 24HR 1 Every Morning, Taken starting 08/09/2013) Active - Hx Entry. (DX: 311)
CeleBREX (200MG Capsule, 1 Twice Daily, Taken 03/13/2012 to 04/11/2012) Active.
TraMADol HCl (50MG Tablet, TAKE 1 or 2 TAB FOUR TIMES DAILY, Taken 03/13/2012 to 04/06/2012) Active.
Gabapentin (600MG Tablet 1 Three Times Daily, Taken 08/09/2013 to 02/04/2014) Active - Hx Entry. (DX: 311)
Estradiol-Norethindrone Acet (0.5-0.1MG Tablet 1 Every Day, Taken 08/09/2013 to 08/07/2014) Active - Hx Entry.

## Review of Systems
**General:** Present- Fatigue.
**Musculoskeletal:** Present- Myalgia.

## Vitals
<u>02/10/2014 11:54 AM</u>
**Weight:** 141 lb

**Pulse:** 84 (Regular)
**BP:** 124/84 Manual (Sitting, Left Arm, Standard)

## Physical Exam
The physical exam findings are as follows:

### General
**Mental Status** - Alert. **General Appearance** - Well groomed. **Orientation** - Oriented X3.

### Cardiovascular
Examination of related systems reveals - well-developed, well-nourished and in no acute distress; alert and oriented x 3, eyes are clear, with no discharge, lesions or obvious infection of the conjunctivae or lids, normal thyroid size and consistency, no thyroid mass or tenderness, respiratory effort is quiet, even and easy with no use of accessory muscles, on auscultation of the lungs, normal breath sounds with no rales or rhonchi and no abdominal masses or tenderness; no hepatosplenomegaly.

LIN000677

**Assessment & Plan**

**Ehlers-Danlos syndrome (756.83)** Onset: 03/13/2012
**Today's Impression:** slight interval worsening. She is still permanently disabled
Current Plans:

*[signature]* , MD

JOHN A KALLIANOS MD

LIN000678

Case 1:22-cv-00186-WO-JLW    Document 21-1    Filed 10/24/22    Page 678 of 763



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

January 23, 2014

Rebecca Pifer
9719 Rougemont Rd.
Bahama, NC 27503

RE:  Long Term Disability Benefits
     Blue Cross & Blue Shield Of NC
     Claim #: 4087659

Dear Ms. Pifer:

In a letter to you dated December 23, 2013, we advised you that we required updated information as part of our ongoing case management for continued disability benefits.  As a reminder, we requested that this information be sent to us by February 23, 2014.

As indicated in our original letter, we requested completion of the following forms:  Attending Physician's Statement, Claimant Supplementary Statement, Authorization to Release Information, and Family Information Questionnaire, as continued support of your claim.

Blue Cross & Blue Shield Of NC Long Term Disability Benefits Policy requires that you provide continued proof of disability within a required timeframe in order to continue to receive benefits.  Your cooperation in providing the requested information is essential to our claims investigation.  We ask that you provide us with this information by February 23, 2014, as required under the terms of your contract.

If we do not receive the requested information by the above noted due date we may be required to suspend any benefits you are currently receiving.  If you have any questions regarding your claim, please contact me.

Sincerely,

*Diane Leach*

Diane Leach
Disability Claims Case Mgr. I
Phone No.: (888) 437-7611 Ext. 16324
Secure Fax No.: (603) 422-7909

**LIN000679**

Forms Attached:
 APS-DMS
 Authorization–Medical
 Claimant Supplementary Statement
 Family Information Questionnaire

**LIN000680**



**ANNUAL PHYSICIAN'S STATEMENT**

To be completed by the attending physician.
This form is to be completed
without expense to Liberty Mutual Insurance

Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P O Box 7213
London, KY 40742-7213
Phone No : (888) 437-7611
Secure Fax No : (603) 422-7909

Return to:   DIANE LEACH

---

EMPLOYEE/CLAIMANT NAME:   REBECCA PIFER        CLAIM NO:  4087659

EMPLOYER/SPONSOR:   BLUE CROSS & BLUE SHIELD OF NC        DATE OF BIRTH: ██1960

As part of our ongoing management for continued benefits for the above named individual, we are in need of updated information. Please respond to the questions & statements & return to Liberty Mutual Insurance at the above Fax number. An authorization is on file with your office. Parts 1 and 2 below to be completed by Attending Physician.

**1.**

Date of last visit: _____

Date of next visit: _____

Frequency of visits:

___ Weekly   _____ Monthly

___ Other: (Specify) _____

Last hospitalization: _____

Name of hospital: _____

Admitting Diagnosis: _____

Surgery: Y/N Procedure: _____

**2.**

**Diagnosis** and concurrent conditions with ICD 9 Code: _____

Please describe any/all **Restrictions and Limitations** you have imposed: _____

Please describe your **treatment plan** including medications, & diagnostic testing: _____

**Cardiac impairment** (if applicable)  Functional capacity per American Heart Association

___ **Class 1** No limitation   ___ **Class 2** Slight limitation   ___ **Class 3** Marked limitation   ___ **Class 4** Complete limitation

**B/P** Last visit ___

Mental/Nervous impairment:

**Axis I a.** ___   **b.** ___   **Axis II** ___   **Axis III** ___   **Axis IV** ___   **Axis V** ___

**Please forward copies of your office notes and test results from ___ through ___**

---

Provider's name (PLEASE PRINT)        Degree/specialty        SS# OR Tax ID

Street address        Telephone No.        Fax No.

City/State/Zip Code        Signature        Date

DP 402 DMS (11/06)

**LIN000681**



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

## Authorization to Obtain and Release Information
### (Excluding Psychotherapy notes)

EMPLOYEE NAME:  REBECCA PIFER                                    CLAIM NO:  4087659

EMPLOYER/SPONSOR/CUSTOMER NAME:  BLUE CROSS & BLUE SHIELD OF NC

RETURN TO:  DIANE LEACH

I **authorize** any licensed physician, health care professionals, hospital, clinic,  pharmacy,  other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Insurance of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health  **(excluding psychotherapy notes).**

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I **understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment.  Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Insurance of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be otherwise permitted or required by law.  I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual Insurance of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied.  I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

_____                    _____
Claimant Name ( Print)                                                         Date of Birth

_____                    _____
Claimant  Signature                                                              Date

_____
Claim Number:
DP432 (rev 06/12)

**LIN000682**



# CLAIMANT SUPPLEMENTARY STATEMENT

Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

**Return To:**   DIANE LEACH

| EMPLOYEE/CLAIMANT NAME:   REBECCA PIFER | CLAIM NO:   4087659 |
|---|---|
| EMPLOYER/SPONSOR:  BLUE CROSS & BLUE SHIELD OF NC | DATE OF BIRTH:  ▮▮1960 |

| Full Name (Last, First, Middle Init.) | Social Security # | Email Address | |
|---|---|---|---|
| Street Address | City | State | Zip Code |
| Telephone Number (inc. area code) | Cell Phone Number (inc. area code) | Marital Status | |

| Spouse's Full Name | Number of Children | Dates of Birth of Children |
|---|---|---|

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).

Name                              Relationship to you?                              Tel #.

Have you returned to any type of employment?  If yes, please provide name of employer, # hours worked per week and hourly rate of pay.

Do you own your own business, or are you affiliated with a corporation, partnership, or sole proprietary?  If yes, please explain.

Do you hold a tax identification number (TIN) or employer identification number (EIN)?  If yes, for what purpose?

Do you hold a professional license?  If yes, for what purpose?

Are you associated with an Internet affiliated business?  Do you have a website?  If yes, please provide address(es).

Are you currently involved in any pending litigation?  If yes, please explain why and provide your attorney's information.

Are you pursuing moneys from a third party:  Workers' Comp Carrier, Insurance Co., or Individual?  If yes, please explain.

Identify other income you are receiving or for which you have applied from the point your disability began through the date you authorize this form.

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages, Salary, or Separation Pay | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Social Security (disability or retirement) | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | State Disability | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Retirement (normal, early, or disability) | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Workers' Compensation | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Other (please describe) _____ | $ _____ | _____ | _____ | _____ |

The above statements are true and complete to the best of my knowledge and I **understand**  that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.  A photo static copy of this form will be as valid as the original.

DATE: _____          EMPLOYEE'S PRINTED NAME:  _____

DP 409 (11/12)                         EMPLOYEE SIGNATURE:  _____          **LIN000683**

# Family Information Questionnaire



Liberty Mutual. INSURANCE

Liberty Life Assurance
Company of Boston
Disability Claims
P.O. Box 1525
Dover, NH 03821-1525
Phone No.: 1-888-437-7611
Fax No.: (603) 422-7909

**Return to:** DIANE LEACH

---

EMPLOYEE/CLAIMANT NAME: REBECCA PIFER

CLAIM NO.: 4087659                              S.S. NO.: _____

EMPLOYER/SPONSOR: BLUE CROSS & BLUE SHIELD OF NC    DATE OF BIRTH: ██1960

---

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status?     Single____     Married____     Divorced____

If married, please indicate your spouse's name and date of birth.  Name:_____  DOB: _____

Do you have children?  Yes_____     No_____
If yes, please provide additional details below, using additional space as needed.

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Is your spouse and/or children receiving Social Security benefits?     Yes:_____     No:_____

If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Liberty Life Assurance Company.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

Your Name:_____        Date:_____

**LIN000684**

LIN000685



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

December 23, 2013

Rebecca Pifer
9719 Rougemont Rd.
Bahama, NC 27503

RE:    Long Term Disability Benefits
       Blue Cross & Blue Shield Of Nc
       Claim #: 4087659

Dear Ms. Pifer:

We are in need of updated information as part of our ongoing case management for your continued eligibility for disability benefits. The forms enclosed with this letter must be completed and returned in the envelope provided by February 23, 2014.

**Forms for you to complete:**

*Claimant Supplementary Statement
*Authorization
*Family Information Questionnaire

**Forms for your treating physician to complete:**

*Attending Physician's Statement

If we do not receive the requested information by February 23, 2014 we may be required to suspend any benefits you are currently receiving according to the provisions regarding ongoing proof of disability as outlined in the contract you are covered under. Your assistance with providing this information is essential to our ongoing investigation. Please call if you have any questions concerning our need for this information.

**LIN000686**

Sincerely,

Diane Leach
Disability Claims Case Mgr. I
Phone No.: (888) 437-7611 Ext. 16324
Secure Fax No.: (603) 422-7909

Forms Attached:
 APS-DMS
 Authorization–Medical
 Claimant Supplementary Statement
 Family Information Questionnaire

**LIN000687**



## ANNUAL PHYSICIAN'S STATEMENT

To be completed by the attending physician.
This form is to be completed
without expense to Liberty Mutual Insurance

Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P O Box 7213
London, KY 40742-7213
Phone No : (888) 437-7611
Secure Fax No : (603) 422-7909

Return to:   DIANE LEACH

---

**EMPLOYEE/CLAIMANT NAME:** REBECCA PIFER       **CLAIM NO:** 4087659

**EMPLOYER/SPONSOR:** BLUE CROSS & BLUE SHIELD OF NC       **DATE OF BIRTH:** ███ 1960

As part of our ongoing management for continued benefits for the above named individual, we are in need of updated information. Please respond to the questions & statements & return to Liberty Mutual Insurance at the above Fax number. An authorization is on file with your office. Parts 1 and 2 below to be completed by Attending Physician.

**1.**

Date of last visit: _____

Date of next visit: _____

Frequency of visits:

___ Weekly   _____ Monthly

___ Other: (Specify) _____

Last hospitalization: _____

Name of hospital: _____

Admitting Diagnosis: _____

Surgery: Y/N Procedure:

**2.**

**Diagnosis** and concurrent conditions with ICD 9 Code: _____

_____

Please describe any/all **Restrictions and Limitations** you have imposed: _____

_____

Please describe your **treatment plan** including medications, & diagnostic testing: _____

_____

**Cardiac impairment**   (if applicable)   Functional capacity per American Heart Association

___ **Class 1 No limitation**   ___ **Class 2 Slight limitation**   ___ **Class 3 Marked limitation**   ___ **Class 4 Complete limitation**

**B/P** Last visit ___

Mental/Nervous impairment:

**Axis I a.** ___      **b.** ___      **Axis II** ___      **Axis III** ___      **Axis IV** ___      **Axis V** ___

**Please forward copies of your office notes and test results from ___ through ___**

---

Provider's name (PLEASE PRINT)       Degree/specialty       SS# OR Tax ID

Street address       Telephone No.       Fax No.

City/State/Zip Code       Signature       Date

DP 402 DMS (11/06)

**LIN000688**



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

## Authorization to Obtain and Release Information
## (Excluding Psychotherapy notes)

EMPLOYEE NAME: REBECCA PIFER                    CLAIM NO: 4087659

EMPLOYER/SPONSOR/CUSTOMER NAME: BLUE CROSS & BLUE SHIELD OF NC

RETURN TO: DIANE LEACH

I **authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Insurance of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I **understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Insurance of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual Insurance of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

_____            _____
Claimant Name ( Print)                      Date of Birth

_____            _____
Claimant  Signature                         Date

_____
Claim Number:
DP432 (rev 06/12)

**LIN000689**

# CLAIMANT SUPPLEMENTARY STATEMENT



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

**Return To:** DIANE LEACH

| | |
|---|---|
| EMPLOYEE/CLAIMANT NAME: REBECCA PIFER | CLAIM NO: 4087659 |
| EMPLOYER/SPONSOR: BLUE CROSS & BLUE SHIELD OF NC | DATE OF BIRTH: ███ 1960 |

| Full Name (Last, First, Middle Init.) | Social Security # | Email Address | |
|---|---|---|---|
| Street Address | City | State | Zip Code |
| Telephone Number (inc. area code) | Cell Phone Number (inc. area code) | Marital Status | |
| Spouse's Full Name | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).

Name                    Relationship to you?                    Tel #.

Have you returned to any type of employment? If yes, please provide name of employer, # hours worked per week and hourly rate of pay.

Do you own your own business, or are you affiliated with a corporation, partnership, or sole proprietary? If yes, please explain.

Do you hold a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet affiliated business? Do you have a website? If yes, please provide address(es).

Are you currently involved in any pending litigation? If yes, please explain why and provide your attorney's information.

Are you pursuing moneys from a third party: Workers' Comp Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied from the point your disability began through the date you authorize this form.

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages, Salary, or Separation Pay | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Social Security (disability or retirement) | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | State Disability | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Retirement (normal, early, or disability) | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Workers' Compensation | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Other (please describe) _____ | $ _____ | _____ | _____ | _____ |

The above statements are true and complete to the best of my knowledge and I **understand** that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be as valid as the original.

DATE: _____                    EMPLOYEE'S PRINTED NAME: _____

DP 409 (11/12)                    EMPLOYEE SIGNATURE: _____            **LIN000690**

# Family Information Questionnaire


**Liberty Mutual.** INSURANCE

Liberty Life Assurance
Company of Boston
Disability Claims
P.O. Box 1525
Dover, NH 03821-1525
Phone No.: 1-888-437-7611
Fax No.: (603) 422-7909

**Return to:** DIANE LEACH

EMPLOYEE/CLAIMANT NAME: REBECCA PIFER

CLAIM NO.: 4087659          S.S. NO.: _____

EMPLOYER/SPONSOR: BLUE CROSS & BLUE SHIELD OF NC    DATE OF BIRTH: ███1960

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status?    Single____    Married____    Divorced____

If married, please indicate your spouse's name and date of birth.  Name:_____  DOB: _____

Do you have children?  Yes____    No____
If yes, please provide additional details below, using additional space as needed.

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Is your spouse and/or children receiving Social Security benefits?    Yes:_____    No:_____

If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Liberty Life Assurance Company.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

Your Name:_____    Date:_____

**LIN000691**

LIN000692



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 1525
Dover, NH 03821-1525
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8172

February 12, 2013

Rebecca Pifer
9719 Rougemont Rd.
Bahama, NC 27503

RE:     Outstanding Overpayment
        Disability Benefits
        Blue Cross & Blue Shield Of Nc
        Claim #: 4087659

Dear Ms. Pifer:

As you know, Liberty paid you full disability benefits while you awaited a decision on your and your dependents Social Security benefits. We received your payment of $20,077.80. Your current balance is $16,312.90, which is overdue.

Please remit your outstanding balance of $16,312.90, payable to Liberty Life Assurance Company of Boston. If we do not receive payment by February 27, 2013, we will begin applying your net benefit until the balance is repaid in full. Liberty also reserves the right to forward your file to an external Collection Agency.

If you are unable to remit full repayment by February 27, 2012, please contact me to discuss a repayment plan.

Please call me if you have any questions.

Sincerely,

Trevor Morgan
Group Benefits Recovery Specialist II
Phone No.: (888) 437-7611 Ext. 16369
Secure Fax No.: (603) 334-8172

**LIN000693**



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 1525
Dover, NH 03821-1525
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8172

January 28, 2013

Rebecca Pifer
9719 Rougemont Rd.
Bahama, NC 27503

RE:     Outstanding Overpayment
        2nd Notice
        Disability Benefits
        Blue Cross & Blue Shield Of Nc
        Claim #: 4087659

Dear Ms. Pifer:

We are writing to you in regards to the overdue balance in the amount of $36390.70.  This was due January 21, 2013.  As you were previously notified on January 7, 2013, disability benefits were paid to you by Liberty Life Assurance Company of Boston (hereinafter 'Liberty Life') incorrectly for the period covering July 30, 2011 to October 19, 2012 while you awaited a decision on your Social Security Benefits.

Please remit the outstanding balance of $36390.70, payable to Liberty Life Assurance Company of Boston in the enclosed green business return envelope by February 8, 2013.  If we do not receive payment by February 8, 2013, we will begin applying your disability benefit to the above overpayment until the balance is paid in full.  Liberty Life reserves the right to forward your file to an external Collection Agency.

Please call me immediately with any questions you may have.

If payment has been made, please disregard this notice.  We appreciate your cooperation.

Sincerely,

Carol Frey
Insurance Assistant
On Behalf of Trevor Morgan
Phone No.: (888) 437-7611 Ext. 19369
Secure Fax No.: (603) 334-8172

**LIN000694**

## Overpayment Waiver Form
### Authorization to Cease Active Overpayment Collection Efforts

**CLAIMS OFFICE#:** _____

### A. Customer & Claimant Information

**Customer Name** Blue Cross & Blue Shield of NC      **Customer ID** 05-286395

**Claimant Name** Rebecca Pifer      **Claimant SS#** ███-8502      **Claim Number 1** 4087659

**Claim Status. Is the Claim Closed?**  [ ] Yes   [X] No      **Claim Closure date?** _____      **Claim Number 2** _____

**Pending Insurance Dept. Complaint?**  [ ] Yes   [X] No      **All applicable OP-related Claim Notes added?**  [X] Yes

**Notes (if any)** _____

### B. Type of Waiver

[ ] **Non-Collectable Amount- All Reasonable Collection Efforts Have Been Exhausted**

   [ ] An amount is no longer due Liberty. Remove the overpayments as a receivable from SystemOne.

   [ ] An amount is still due Liberty. Maintain the amount as a receivable in SystemOne but do not report it on future Overpayment Management reports.

[ ] **Data Entry Error**   Does the net result of correcting the error create a reduced overpayment due amount?   [ ] Yes

   If yes, what is the new overpayment due amount? [_____]   [ ] No

**Notes (if any)** _____

### C. Waiver- Impact on Overpayment Checks

[X] Information supplied on this form affects Overpayment Due for ALL checks for this Employee/SS number

[ ] Information supplied on this form affects Overpayment Due for SELECTED Checks for this Employee/SS number.
**If this applies, complete section below.**

| | Check Number | Net Waiver Amount | S1 Offset Code | OP Waiver Reason** |
|---|---|---|---|---|
| ex. | 12345678 | 1000.00 | SSDB | AF |
| 1 | | $21,577.80 | SSDB | MISC |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| **Total Waiver Amount** | | **$21,577.80** | | |

**OP Waiver Reason - Key**

| | |
|---|---|
| CAF | COLLECTION AGENCY FEES |
| AF | ATTORNEY FEES |
| APAD | ASO PLAN ADMINISTRATOR DECISION |
| CANR | COLLECTION AGENCY USED |
| CANNR | COLLECTION AGENCY NOT USED |
| AOCE | OVERPAYMENT CREATION ERROR |
| CLADJ | CLAIM ADJUSTMENT |
| MISC | MISCELLANEOUS (Comments below)* |

*Comments/Notes   Please waive entire overpayment
When done I will redo it with the SSDP offset
_____

If ASO-related OP, has the ASO Plan Administrator approved the overpayment waiver via faxcom after Claims Manager review and all authorizations secured?

[ ] Yes   [ ] No

### D. Overpayment Collection Processes- Assessment

1) **Reason for Overpayment**
  [ ] Social Security   [ ] Workers Compensation
  [ ] Subrogation   [ ] Return To Work
  [ ] Statutory   [ ] Partial Disability
  [ ] Pension   [ ] Other (Comments below)*

2) Original overpayment due amount ($)   $0.00
3) Date Initial Overpayment Due Was Identified   _____
4) Date Overpayment Communication sent to the Claimant
  * Letter 1   _____
  * Letter 2   _____
  * Letter 3   _____

Comments: _____

5) Overpayment amount collected ($)   $0.00
6) Collection Agency Efforts
  * Agency Name   _____
  * Date Referred   _____
  * Date Closed   _____
  * Reason For Closure
   [ ] Non-Recoverable   [ ] Unresponsive Claimant
   [ ] Liberty Life Request   [ ] Internal Litigation Candidate
  * Amount Collected
7) Net Overpayment Due amount ($)   $0.00
8) Date of last overpayment collection activity   _____

### E. Authorization:

**TOTAL OVERPAYMENT TO BE WAIVED**   $21,577.80

*Authorization Requirements*      Approver Name:      Date Authorized:

| Requirement | Role | Approver Name | Date Authorized |
|---|---|---|---|
| ALL Overpayments | CASE MANAGER | | |
| ALL Overpayments | CLAIMS MANAGER | | |
| Overpayments > $500 | CLAIM OPERATIONS MANAGER | | |
| Overpayments > $1000 | VP/MANAGER - INTEGRATED DISABILITY | | |
| Overpayments > $1000 | VP/GENERAL MANAGER - CLAIMS | | |
| Overpayments > $5000 | VP/CONTROLLER - GENERAL LIFE ACCT | | |

**For use by Operational Analysis Unit Use Only**   **Date System Work Completed** 01/08/13   **Ops Analysis Initials** TM

**LIN000695**



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 1525
Dover, NH 03821-1525
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8172

January 7, 2013

Rebecca Pifer
9719 Rougemont Rd.
Bahama, NC 27503

RE:     Overpayment Calculation and Repayment
        Disability Benefits
        Blue Cross & Blue Shield Of NC
        Claim #: 4087659

Dear Ms. Pifer:

Your Liberty case manager referred your disability claim file to me for overpayment calculation because you and your dependents were awarded Social Security Benefits. This letter outlines the impact of that award on your benefits from Liberty.

As you know, your employer's disability plan calls for us to reduce your disability benefits by the amount of income received from other sources, including Social Security, for you and any eligible dependents. Since Liberty paid you disability benefits for the period July 30, 2011 to October 19, 2012, with no reduction for Social Security benefits, we in effect advanced you the money we expected Social Security would ultimately pay.

Now that you have begun receiving Social Security benefits, including retroactive payment for that period, it is time to repay Liberty.

Your notice states that you currently receive monthly Social Security Disability benefits of $1,838.00. It also indicates that Social Security paid you retroactive benefits of $23,088.00 for the period of July 1, 2011 to October 31, 2012. Since we have not received your Social Security Dependent award information, we have estimated the offset used to calculate your overpayment. The estimated offset used is $887.00 monthly. If you feel this is incorrect, please provide supportive documentation.

1.  We have reduced your net benefit from Liberty to $297.10, to reflect your Social Security benefit.

2.  The attached exhibit explains the calculation of your $36,390.70 balance, which is due Liberty. Please send a check or money order in that amount, payable to Liberty Life Assurance Company of Boston, using the enclosed green envelope. Please remit your payment by January 21, 2013.

3.  We also need a copy of your dependents award letter from Social Security to complete our file documentation.

**LIN000696**

Please call me if you have any questions.

Sincerely,

Trevor Morgan
Group Benefits Recovery Specialist II
Phone No.: (888) 437-7611 Ext. 16369
Secure Fax No.: (603) 334-8172

**LIN000697**

LIN000698

## CLAIMANT INFORMATION

| | | | | Long Term Disability Benefit | | Short Term Disability Benefit | |
|---|---|---|---|---|---|---|---|
| Claimant | Rebecca Pifer | | Gross Modal Benefit | 2,958.10 | Gross Modal Benefit | |
| Customer | Blue Cross & Blue Shield of NC | | ER Percentage | 0.0000 | ER Percentage | |
| STAT Claim # | | | Minimum Monthly Benefit | 295.81 | Minimum Monthly Benefit | |
| STD Claim # | | | Federal Tax Withholding | | Federal Tax Withholding | |
| LTD Claim # | 4087659 | | State Tax Withholding | | State Tax Withholding | |
| | | | Funding | | Funding | |

## OFFSET INFORMATION

| | From Date | Thru Date | Benefit | Bi-Weekly | | From Date | Thru Date | Benefit | Bi-Weekly |
|---|---|---|---|---|---|---|---|---|---|
| SS Primary | 7/30/2011 | | 1,774.00 | | Workers' Comp. | | | | |
| SS Primary | | | | | Partial Disability | | | | |
| SS Dependent | 7/30/2011 | | 887.00 | Estimate | State Disability | | | | |
| SS Dependent | | | | | SLCT Offset | | | | |
| SS Retirement | | | | | SHTM Offset | | | | |
| ER Pension | | | | | Other | | | | |

## Payment Detail

| | | | | ORIGINALLY PAID | | | | | | | | SHOULD HAVE PAID | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CLAIM # | CHECK# | FROM DATE | THRU DATE | ISSUE DATE | GROSS | OFFSET | ADJ GROSS | FIT | FICA | STATE TAX | DED held towards OP rec. | NET AMT | GROSS | SS PRIMARY OFFSET | SS DEPENDENT OFFSET | PENSION OFFSET | SLCT OFFSET | PARTIAL DIS. | ADJ GROSS | FIT | FICA | STATE TAX | DED held towards OP rec. | NET AMT | OP | OP AMT PREV. RECOVERED | PRORATED ATTY FEES | OP TO BE CREATED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4087659 | 28689335 | 7/30/2011 | 7/31/2011 | 8/5/2011 | 197.21 | 0.00 | 197.21 | | | | | 197.21 | 197.21 | 118.27 | 59.13 | | | | 19.81 | | | | 0.00 | 19.81 | 177.40 | | 50.00 | 127.40 |
| 4087659 | 28713472 | 8/1/2011 | 8/31/2011 | 8/25/2011 | 2958.10 | 0.00 | 2958.10 | | | | | 2958.10 | 2958.10 | 1774.00 | 887.00 | | | | 297.10 | | | | 0.00 | 297.10 | 2661.00 | | 100.00 | 2561.00 |
| 4087659 | 28750099 | 9/1/2011 | 9/30/2011 | 9/26/2011 | 2958.10 | 0.00 | 2958.10 | | | | | 2958.10 | 2958.10 | 1774.00 | 887.00 | | | | 297.10 | | | | 0.00 | 297.10 | 2661.00 | | 100.00 | 2561.00 |
| 4087659 | 28785723 | 10/1/2011 | 10/31/2011 | 10/25/2011 | 2958.10 | 0.00 | 2958.10 | | | | | 2958.10 | 2958.10 | 1774.00 | 887.00 | | | | 297.10 | | | | 0.00 | 297.10 | 2661.00 | | 100.00 | 2561.00 |
| 4087659 | 28820952 | 11/1/2011 | 11/30/2011 | 11/24/2011 | 2958.10 | 0.00 | 2958.10 | | | | | 2958.10 | 2958.10 | 1774.00 | 887.00 | | | | 297.10 | | | | 0.00 | 297.10 | 2661.00 | | 100.00 | 2561.00 |
| 4087659 | 28855024 | 12/1/2011 | 12/31/2011 | 12/26/2011 | 2958.10 | 0.00 | 2958.10 | | | | | 2958.10 | 2958.10 | 1774.00 | 887.00 | | | | 297.10 | | | | 0.00 | 297.10 | 2661.00 | | 100.00 | 2561.00 |
| 4087659 | 28890207 | 1/1/2012 | 1/31/2012 | 1/25/2012 | 2958.10 | 0.00 | 2958.10 | | | | | 2958.10 | 2958.10 | 1774.00 | 887.00 | | | | 297.10 | | | | 0.00 | 297.10 | 2661.00 | | 100.00 | 2561.00 |
| 4087659 | 28923762 | 2/1/2012 | 2/29/2012 | 2/23/2012 | 2958.10 | 0.00 | 2958.10 | | | | | 2958.10 | 2958.10 | 1774.00 | 887.00 | | | | 297.10 | | | | 0.00 | 297.10 | 2661.00 | | 100.00 | 2561.00 |
| 4087659 | 28959023 | 3/1/2012 | 3/31/2012 | 3/26/2012 | 2958.10 | 0.00 | 2958.10 | | | | | 2958.10 | 2958.10 | 1774.00 | 887.00 | | | | 297.10 | | | | 0.00 | 297.10 | 2661.00 | | 100.00 | 2561.00 |
| 4087659 | 28989229 | 4/1/2012 | 4/19/2012 | 4/19/2012 | 1873.46 | 0.00 | 1873.46 | | | | | 1873.46 | 1873.46 | 1123.53 | 561.77 | | | | 188.16 | | | | 0.00 | 188.16 | 1685.30 | | 100.00 | 1585.30 |
| 4087659 | 29216845 | 4/20/2012 | 10/19/2012 | 10/26/2012 | 17748.60 | 0.00 | 17748.60 | | | | | 17748.60 | 17748.60 | 10644.00 | 5322.00 | | | | 1782.60 | | | | 0.00 | 1782.60 | 15966.00 | | 3550.00 | 12416.00 |
| 4087659 | 29237164 | 10/20/2012 | 11/19/2012 | 11/13/2012 | 2958.10 | 1774.00 | 1184.10 | | | | | 1184.10 | 2958.10 | 1774.00 | 887.00 | | | | 297.10 | | | | 0.00 | 297.10 | 887.00 | | | 887.00 |
| 4087659 | 29272246 | 11/20/2012 | 12/19/2012 | 12/13/2012 | 2958.10 | 1774.00 | 1184.10 | | | | | 1184.10 | 2958.10 | 1774.00 | 887.00 | | | | 297.10 | | | | 0.00 | 297.10 | 887.00 | | | 887.00 |
| | | | | | | | 0.00 | | | | | 0.00 | | | | | | | 0.00 | | | | | 0.00 | 0.00 | | | 0.00 |
| | | | | | | | 0.00 | | | | | 0.00 | | | | | | | 0.00 | | | | | 0.00 | 0.00 | | | 0.00 |
| Current Year | | | | | | | 0.00 | | | | | 0.00 | | | | | | | 0.00 | | | | | 0.00 | 0.00 | | | 0.00 |
| | | | | | | | 0.00 | | | | | 0.00 | | | | | | | 0.00 | | | | | 0.00 | 0.00 | | | 0.00 |
| | | | | | | | 0.00 | | | | | 0.00 | | | | | | | 0.00 | | | | | 0.00 | 0.00 | | | 0.00 |
| | TOTALS | | | | 49400.27 | 3548.00 | 45852.27 | 0.00 | 0.00 | 0.00 | 0.00 | 45852.27 | 49400.27 | 29625.80 | 14812.90 | 0.00 | 0.00 | 0.00 | 4961.57 | 0.00 | 0.00 | 0.00 | 0.00 | 4961.57 | 40890.70 | 0.00 | 4500.00 | 36390.70 |

OP Recovery Specialist: Trevor Morgan  Date: 1/7/2013

Net due from Clmt: 36390.70

Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7213
London, KY 40742-7213



REBECCA PIFER
9719 ROUGEMONT RD.
BAHAMA, NC 27503

*4000200040876593274999*

**LIN000699**

LIN000700



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 422-7909

December 21, 2012

Rebecca Pifer
9719 Rougemont Rd.
Bahama, NC 27503

RE:     Long Term Disability Benefits
        Blue Cross & Blue Shield Of Nc
        Claim #: 4087659

Dear Ms. Pifer:

We are writing with regard to your claim for Long Term Disability Benefits (LTD) under the Blue Cross & Blue Shield Of Nc Group Disability Policy.

Your claim has been referred to our Dover, NH office as the medical information indicates that only routine management is necessary at this time. Your assigned case manager is DIANE LEACH.

Going forward we will request updated medical and claimant information approximately every 12 months. This will include the Annual Physicians Statement, which should be given to your current treating physician for completion. Upon completion, all forms that were requested can be returned via faxed to our secure fax number or by mail.

If you are not currently on direct deposit and would like this feature, please contact DIANE LEACH to request the required forms. If anything changes with your medical or you begin receiving income from another source, such as retirement benefits, prior to our next annual update, please contact us immediately to determine how this may impact your current benefits.

If you have any questions or concerns regarding the above, please contact me at the number below.

Sincerely,

Jaime Dirck

Jaime Dirck
On behalf of Diane Leach
Phone No.: (888) 437-7611 Ext. 16324
Secure Fax No.: (603) 422-7909

**LIN000701**

LIN000702

**n0147928**

| | |
|---|---|
| **From:** | Lauren Parko |
| **Sent:** | Wednesday, December 19, 2012 12:50:07 PM |
| **To:** | Cook, Kasey |
| **Cc:** | 'Greta Bassett-Seymour' |
| **Subject:** | RE: Rebecca Pifer 4087659 |

Kasey,

We have not heard back from Ms. Pifer regarding her OP due or her dependent applications.   Please contact her directly regarding both of these issues as we will be closing her claim.   We never received dependent applications back from her.   If you have any questions, feel free to contact me.

Have a nice day,

Lauren

**Lauren Parko | Post-Entitlement Specialist**

**Bassett Law Firm, LLC**
**P.O. Box 1226, Columbia, MO 65205**

**Toll-Free:** (800) 331-1127, Ext. 219 **| Fax:** (815) 927-0278
**Email:** lparko@bassettlawyers.com **| Online:** http://www.bassettlawyers.com

**From:** Lauren Parko [mailto:lparko@bassettlawyers.com]
**Sent:** Thursday, December 13, 2012 9:04 AM
**To:** 'Cook, Kasey'
**Cc:** 'Greta Bassett-Seymour'
**Subject:** RE: Rebecca Pifer 4087659

Kasey,

**LIN000703**

Ms. Pifer has been unresponsive in our attempts to contact her to collect her overpayment. She also has not returned her dependent applications. Without this information, we are unable to assist with her dependent's claim. We have left messages on 11/28, 12/5 and 12/11 that have not been returned. If we do not hear from her by the deadline for the end of the year payments, we will close her file. Please let me know if you have any questions.

Have a nice day,

Lauren

**Lauren Parko | Post-Entitlement Specialist**

**Bassett Law Firm, LLC**
**P.O. Box 1226, Columbia, MO 65205**

**Toll-Free:** (800) 331-1127, Ext. 219 **| Fax:** (815) 927-0278
**Email:** lparko@bassettlawyers.com **| Online:** http://www.bassettlawyers.com

**From:** Cook, Kasey [mailto:KASEY.COOK@LibertyMutual.com]
**Sent:** Wednesday, November 28, 2012 8:06 AM
**To:** BassettOP@bassettsslaw.com
**Subject:** Rebecca Pifer 4087659
**Importance:** High

Hi,

Attached is the overpayment calculation worksheet on the above claimant. The total overpayment amount due back to Liberty Life Assurance Company is $21,577.80. Please have the claimant remit payment for the amount of $20,077.80 and have BLF remit payment for the amount of $1500.00 for the excess fees that were withheld in error.

LIN000704

Please remit the payment to the following address:

Liberty Life Assurance Company

Group Market Disability Claims

Refund / Recoveries

P.O. Box 1525

Dover, NH  03821

If you have any questions, please let me know.

Kasey Cook
Financial Review Specialist II/Group Benefits Financial Review Services
Liberty Life Assurance Company of Boston /100 Liberty Way – Mail Stop 02G Dover, NH 03820
1-888-437-7611 x16366 SDN 8-7316366
Facsimile: 603-334-8172

Kasey.Cook@libertymutual.com

P please consider the environment before printing this e-mail

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information.  If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited.  If you have received this e-mail in error, please notify me via return e-mail and via telephone at 603-750-7550 and permanently delete the original and any copy of any e-mail and any printout thereof.

**LIN000705**

**From:** GMClaimsReceivables
**Sent:** Tuesday, November 27, 2012 9:50 AM
**To:** Cook, Kasey
**Subject:** FW: Bassett Law Firm SSDI Award Notification for Rebecca Pifer 4087659
**Importance:** High

**Heather Langhammer**

Insurance Assistant / Group Benefits Payment Services

Liberty Life Assurance Company of Boston / 100 Liberty Way – Mail Stop 02G Dover, NH 03820

(P) 603-750-7550 ext. 16415 (F) 603-743-4794 (SDN) 8-73-16415

Heather.langhammer@libertymutual.com

Please note my new extension as of February 16, 2012

1-888-437-7611, ext 16415    SDN 8-73-16415

This e-mail and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information.   If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited.   If you have received this e-mail in error, please notify me via return e-mail and via telephone at **603-750-7550 Ext. 16415** and permanently delete the original and any copy of any e-mail and any printout thereof

**From:** Lauren Parko [mailto:lparko@bassettlawyers.com]
**Sent:** Tuesday, November 27, 2012 8:58 AM
**To:** GMClaimsReceivables
**Cc:** BassettOP@bassettsslaw.com
**Subject:** FW: Bassett Law Firm SSDI Award Notification for Rebecca Pifer 4087659

**LIN000706**

**Importance:** High

Good morning,

We have not received an OP calc for Ms. Pifer.   I originally sent this information on 11/6/2012.   Please let me know if you need additional time/information in order to complete this OP calc.

Have a nice day!

**Lauren Parko | Post-Entitlement Specialist**

**Bassett Law Firm, LLC**
**P.O. Box 1226, Columbia, MO 65205**

**Toll-Free:** (800) 331-1127, Ext. 219 **| Fax:** (815) 927-0278
**Email:** lparko@bassettlawyers.com **| Online:** http://www.bassettlawyers.com

**From:** Lauren Parko [mailto:lparko@bassettlawyers.com]
**Sent:** Tuesday, November 06, 2012 9:12 AM
**To:** 'GMClaimsreceivables@libertymutual.com'
**Cc:** 'BassettOP@bassettsslaw.com'; 'Greta Bassett-Seymour'
**Subject:** Bassett Law Firm SSDI Award Notification for Rebecca Pifer 4087659
**Importance:** High

**The Bassett Law Firm**

**<u>Notice of Social Security Award and Entitlement</u>**

**RE: Ms. Rebecca Pifer**

**Claim # 4087659**

**LIN000707**

**Please see the attached award notice and/or FACT query that verifies payment data as well as our customized award interpretation detail provided for LTD file documentation.**

**Thank you for this referral!**

**Lauren**

**Lauren Parko | Post-Entitlement Specialist**

**Bassett Law Firm, LLC**
**P.O. Box 1226, Columbia, MO 65205**

**Toll-Free:** (800) 331-1127, Ext. 219 **| Fax:** (815) 927-0278
**Email:** lparko@bassettlawyers.com **| Online:** http://www.bassettlawyers.com

**LIN000708**



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1744

December 19, 2012

Rebecca Pifer
9719 Rougemont Rd.
Bahama, NC 27503

RE:     Blue Cross & Blue Shield of NC
        Long Term Disability Benefits
        Claim #: 4087659

Dear Ms. Pifer:

We are writing with regard to your Long Term Disability Benefits under Blue Cross & Blue Shield of NC's Group Disability Income Policy.

The definition of disability states that for the first 24 months, disability will be evaluated based upon the employee's inability to perform the material and substantial duties of his occupation.

After 24 months, disability will be evaluated based upon the employee's inability to perform the material and substantial duties of his own or any occupation for which he has or becomes reasonably fitted by training, education or experience. Based on the change in definition and the medical and vocational information in our file, you qualify for continuation of benefits.

Benefits will continue provided you continue to meet the definition of disability under any occupation. Your claim will be evaluated periodically to determine ongoing disability. Please note approval at this time does not guarantee payments through the maximum benefit duration.

If your benefit is overpaid, Liberty Life Assurance Company of Boston has the right to recover the amount overpaid in full. To avoid an overpayment, please notify our office immediately if you return to work or begin receiving "other income benefits" as indicated in your plan.

If you have any questions about your disability benefits, please contact me.

Sincerely,

*Brook Eubanks*

Rhonda Brook Eubanks
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 14228
Secure Fax No.: (603) 430-1744

**LIN000709**

# Disability Management Services Referral Sheet



## A. Claimant/Customer Information

| | | |
|---|---|---|
| Claimant Name: REBECCA L PIFER | Social Security: ***-**-8502 | Emp #: 3748050 |
| Address: 9719 ROUGEMONT RD. BAHAMA, NC 275030000 | Dependents: 2 | Claim #: 4087659 |
| | Marital Status: M | Product: LTD |
| | Gender: FEMALE | Funding: CON |
| | DOB: ▮▮/1960 | Status: AP |
| Telephone: (919) 620-7799 | Date of Disab: 1/31/2011 | Doc Locations: ✔ Document List ☐ Correspondence ☐ Paper File |
| Customer: BLUE CROSS & BLUE SHIELD OF NC | Case Mgr: Rhonda Brook Eubanks | Number of claim files being sent: |
| ID: 05-286395 | Office: 0587 | |
| Sub: | SDN: 8*731-4228 | |
| Loc: 00000000 | Date Sent: 12/19/2012 4:24:48 PM | 1 |

## B. DMS File Referral Criteria Questions

| | Y/N |
|---|---|
| **Settlement Opportunity** | |
| Is the claimant a good settlement candidate?  If yes, consider a referral for settlement prior to maintenance referral. | No |
| **Medical Determination** | |
| Has the claimant reached maximum medical improvement? | Yes |
| Is medical information within 6 months of the current date? | Yes |
| Does claimant meet the definition of Any Occ or Own Occ if Own Occ is applicable to max duration and will they remain eligible? | Yes |
| Has Any Occ approval letter been sent and all associated tasks completed? | Yes |
| Has the approved thru date and scheduled payment been extended through the max benefit date? | Yes |
| Is claimant of advanced age or medical severity that vocational efforts for return to work would not be considered? | Yes |
| Is there a task in S1 for a medical request in 12 months? | Yes |
| **Benefits From Other Income** | |
| Is there a Claimant Supp Statement in the file dated within 24 months? | Yes |
| Has claimant been awarded SS disability or retirement benefits or been deemed ineligible? | Yes |
| Is there an outstanding overpayment of any sort?  If yes, is the overpayment recovery being managed by a member of CRU? | Yes |
| If SS dependent benefits are being paid has S1 been documented with the dependents date of birth? | Yes |
| Have all other income benefits been applied with appropriate duration or eligibility ruled out?  (example:  Workers Comp, Pension) | Yes |
| **Other** | |
| Have all third party lawsuits or legal issues been resolved? | Yes |
| Is there a survivor benefit associated with this policy? | Yes |
| Does the schedule payment screen contain a gross benefit override?  If yes, please enter a claim note documenting the details as to why there is a GBO in place. | No |

**Additional Comments**

CLMT HAS A LARGE OP

**LIN000710**

# Disability Management Services Referral Sheet



## A. Claimant/Customer Information

| | | | | | |
|---|---|---|---|---|---|
| Claimant Name: | REBECCA L PIFER | Social Security: | ***-**-8502 | Emp #: | 3748050 |
| Address: | 9719 ROUGEMONT RD. BAHAMA, NC 275030000 | Dependents: | 2 | Claim #: | 4087659 |
| | | Marital Status: | M | Product: | LTD |
| | | Gender: | FEMALE | Funding: | CON |
| Telephone: | (919) 620-7799 | DOB: | ■■■1960 | Status: | AP |
| | | Date of Disab: | 1/31/2011 | Doc Locations: | ✔ Document List ☐ Correspondence ☐ Paper File |

| | | | | |
|---|---|---|---|---|
| Customer: | BLUE CROSS & BLUE SHIELD OF NC | Case Mgr: | Rhonda Brook Eubanks | Number of claim files being sent: |
| ID: | 05-286395 | Office: | 0587 | |
| Sub: | | SDN: | 8*731-4228 | |
| Loc: | 00000000 | Date Sent: | 12/19/2012 4:24:48 PM | 1 |

## C. For DMS Use Only

Date claim received: _____          Insurance Assistants Initials:_____

Date to DCM: _____

Date DCM completed review: _____          DCM Initials:_____

| | | |
|---|---|---|
| Is max duration correct? | Y | N |
| Approved thru date extended to max duration? | Y | N |
| Scheduled payment date extended to max duration? | Y | N |
| Updated schedule payment screen? | Y | N |

**Additional Comments**

CLMT HAS A LARGE OP

**LIN000711**



**Liberty Life Assurance Company of Boston**

Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: 888-437-7611
Fax No.: (603) 422-7909

December 10, 2012

North Carolina Department of Insurance
Consumer Services Division
Griffith Jones-Insurance Compliance Analyst
1201 Mail Service Center
Raleigh, NC 27699-1201

**RE: File Number: 2012-10-00782**
**Rebecca Lane Pifer**
**Claim Number: 4087659**
**N. A. I. C. # 0111-65315 Liberty Life Assurance Company of Boston**

Dear Mr. Jones:

Please allow this letter to respond to your December 3, 2012 follow-up inquiry regarding Rebecca Lane Pifer.

The policy states:

*"**Disability**" or "**Disabled** "means that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*

*"**Any Occupation**" means any occupation that the Covered Person is or becomes reasonably fitted by training, education, experience, age, physical and mental capacity.*

Liberty Life has completed the medical review and Ms. Pifer's LTD benefits have been approved in accordance to the above defined own occupation definition of disability .

Liberty Life will continue to manage Ms. Pifer's claim per the terms and provisions of the Blue Cross & Blue Shield Group Disability Income Policy.

Please contact me if you require any additional information.

Sincerely,

Karen M. McKenzie
Group Benefits
Karen.McKenzie@Libertymutual.com
1-888-437-7611, Extension 16344

Member of Liberty Mutual Group

LIN000713



PO Box 308 · Terrell NC 28682
Office: 1-800-234-8011 ext. 738-5119
SDN 8-738-5119
Fax: 888-323-3813
jane.howard@cascadedisability.com

## TRANSFERABLE SKILLS ANALYSIS / VOCATIONAL REVIEW

**Claimant Name:** Rebecca Pifer
**Claim Number:** 4087659
**Disability Case Manager:** Brook Eubanks
**Date of Report:** 12/07/12

## FILE REVIEW / SUMMARY

### DEMOGRAPHICS
Ms. Pifer is a left-handed, 52 year-old Dental Analyst employed by Blue Cross & Blue Shield of NC who discontinued work on 1/31/2011, initially due to unspecified osteoarthrosis and Ehlers-Danlos Syndrome. She resides in Bahama, North Carolina. The any occupation phase of her policy will begin on 7/29/2013. Ms. Pifer was earning $4,930.17 per month prior to her disability, and her current benefit amount is $2,958.10 per month with $1,774.00/monthly in offsets for social security disability benefits. Her adjusted gross LTD benefit is $1,184.10 per month.

This file was referred for a Transferable Skills Analysis. In preparation for this report, I have reviewed the electronic claim file, and researched standard vocational resources (e.g. Dictionary of Occupational Titles (DOT), Occupational Outlook Handbook (OOH), Occupational Information Network (O*NET)/Standard Occupational Classification (SOC) coding system, Guide for Occupational Exploration (GOE), etc.), the Bureau of Labor Statistics and Internet job boards. I also reviewed Ms. Monica Brooker's 03/2012 Occupational Analysis report, which concluded that Ms. Pifer's own occupation is that of Claims Examiner/Adjuster/Investigator.

### PHYSICAL CAPACITIES
I was asked by the Disability Case Manager to base the Transferable Skills Analysis on restrictions and limitations as outlined in Dr. Blank's 11/21/12 Rheumatology Peer Review. The following information is available regarding impairment and restrictions/limitations:

> "The claimant's impairments include Ehlers Danlos Syndrome with associated osteoarthritis involving the cervical spine, right shoulder, hands and feet as well as a right shoulder rotator cuff tear status post-surgical correction. Additionally, she is status post corrective surgery for both feet. Standing and walking are both limited to approximately 10 minutes at a time with a total of 30 minutes per eight hour work day. There is limited use of the right upper extremity due to the right shoulder arthritis, primarily as a result of pain. Fine manipulation of the fingers is limited to occasional as a result of the osteoarthritis and repetitive use of the hands should be avoided. Neck rotation, flexion and extension is also limited to occasional. Lifting up to 10 pounds with the left upper extremity only is limited to occasional. All of the noted restrictions and limitations are of a permanent nature."

**LIN000714**

## EDUCATION AND WORK HISTORY

Per Ms. Pifer's Training-Education-Experience (TE&E) form contained in the file, she earned completed two years of college, becoming a Certified Dental Assistant (1979). She reported no military experience. Her work history is reported as follows:

| Dates | Employer | Position |
|---|---|---|
| 2/1987 – date of disability | BCBSNC | Professional Dental Analyst (review dental accident, TMJ, oral surgery claims for benefit liability) |
| 12/84 – 12/86 | ASAL International | Clinic Coordinator (chair-side dental assistant, clinic coordinator) |
| 2/83 – 12/84 | Dr. Gary Moskowitz | Orthodontic Dental Assistant |
| 5/79 – 2/83 | Dr. William Davis | Orthodontic Dental Assistant |

She reported home and work computer experience to include using the Internet, email, word processing, and keyboarding/typing.

## TRANSFERABLE SKILLS

Based on Ms. Pifer's training and work experience, she would have acquired the following transferable skills:

- Experience coordinating personnel and projects
- Attention to detail and precise information
- Computer and clerical/record-keeping skills
- Problem solving and ability to prioritze tasks
- Communication skills
- Medical knowledge

## VOCATIONAL ALTERNATIVES

The following occupations are consistent with Ms. Pifer's training, education, experience and are within the physical capacities for work outlined above. The following is a list of occupations, including entry level positions and accompanying wages for which Ms. Pifer is qualified with a college education. Wage information is based on 2011 information from the Bureau of Labor Statistics Occupational Employment Statistics, America's Career Information Network and labor market research for both national and State of North Carolina wage data. Wage data is based on 25th to 50th percentile for all occupations, due to her education, longevity within her industry, and similar skills/similar industries.

| Occupation | Monthly Wage | | | |
|---|---|---|---|---|
| | National | | State of North Carolina | |
| Security Receptionist/Gate Guard | $1,628 | $1,993 | $1,573 | $1,914 |
| Information Clerk (e.g. museum or mall) | $1,740 | $2,141 | $1,713 | $2,070 |

Other more fitted occupations such as claims examiner, customer service representative, etc. were considered. However these occupations would not fall within the restrictions outlined above, most particularly that fine manipulation of the fingers is limited to occasional as a result of the osteoarthritis and repetitive use of the hands should be avoided.

LIN000715

**ACTION PLAN / OUTCOME**

**SUMMARY AND CONCLUSIONS**
Alternative occupations have been identified for which Ms. Pifer is qualified for based on her training, education, and experience; and are within the physical capacities for work outlined above. With a reasonable degree of vocational certainty and based on the transferable skills analysis provided, Ms. Pifer can perform the occupations and earn wages within the range listed above.

I have not met with Ms. Pifer for the purpose of this review. All opinions are based on a review of medical records and resources listed. Thank you for the opportunity to review this file. Please contact me if you have any questions regarding this report or if I can be of further assistance with this file.

Respectfully submitted,
Jane G. Howard, CRC
Jane G Howard, MRC, CRC, QRP
Senior Vocational Rehabilitation Consultant
Cascade Disability Management, Inc.

**LIN000716**

# CASCADE

**DISABILITY MANAGEMENT, INC.**

## INVOICE

**TO:** Rhonda Eubanks
Liberty Mutual Insurance Co.
13830 Ballantyne Corporate Pl
Charlotte NC 28277

**Claimant:** Pifer, Rebecca
**Claim #:** 4087659
**Employer:** Blue Cross & Blue Shield of NC
**Date of Injury:** 01/31/2011

12/07/2012

| Date | Code | Nature of Service | Prof | TW | Miles | Misc |
|------|------|-------------------|------|-----|-------|------|
| 12/07/2012 | | Transferable Skills Analysis | 2.5 | | | |
| | | SUBTOTAL | 2.5 | 0.0 | 0.0 | $0.00 |

**Respectfully Submitted**

Jane Howard

Reference Number: 5575390 / 1012657

**Remit To:**

Cascade Disability Management, Inc.
SDS-12-1831, PO Box 86
Minneapolis, MN 55486-1831
Fed ID: 91-1358276

| Rate Type | Rates | Quantity | Totals |
|-----------|-------|----------|--------|
| Professional | 83.0 | 2.5 | $207.50 |
| **PAY THIS AMOUNT** | | | $207.50 |

Invoice Generic Rev 2/2004

**LIN000717**



**CONSUMER SERVICES**

December 3, 2012

Ms. Krista A. Young
Liberty Life Assurance Company of Boston
175 Berkeley Street
Boston, MA 02116

RE: File Number: 2012-10-00782
Rebecca Lane Pifer
Claim Number: 4087659

Dear Ms. Young:

We had received and thank you for the correspondence from Karen McKenzie dated October 26, 2012 (copy attached) in regard to the above referenced consumer. We are writing to you today in order to get the status of Ms. Pifer's disability claim.

**ADDITIONAL RESPONSE INSTRUCTIONS:**
**We *strongly* prefer having responses directly uploaded into our database (see** http://www.ncdoi.com/consumer/documents/OTISProceduresForCarriers.pdf). **This method requires the original email with secure link, and responses converted to .pdf format. Otherwise, please send a single response by mail or fax (919-733-0085).**

Your response must:

- Be truthful (NCGS 58-2-190), and be sent within **7** calendar days of your receipt of this letter (11 NCAC 1.0602).

- Include the above-referenced file number, and company's official name, NAIC number, and mailing address (11 NCAC 4.0123).

**Login/Password questions can be directed to Denise Velez** denise.velez@ncdoi.gov) **or Bob Lisson** bob.lisson@ncdoi.gov).

*1201 Mail Service Center | Raleigh, NC 27699-1201 | tel: 919.807.6750  fax: 919.733.0085 | www.ncdoi.com*
*An Equal Opportunity/Affirmative Action Employer*  **LIN000718**

Case 1:22-cv-00186-WO-JLW    Document 21-1    Filed 10/24/22    Page 718 of 763

Respectfully,


Griffith Jones
Insurance Complaint Analyst
(919) 807-6771

Attachment

*1201 Mail Service Center | Raleigh, NC 27699-1201 | tel: 919.807.6750  fax: 919.733.0085 | www.ncdoi.com*
*An Equal Opportunity/Affirmative Action Employer*  **LIN000719**

Case 1:22-cv-00186-WO-JLW     Document 21-1     Filed 10/24/22     Page 719 of 763

# VOCATIONAL CASE MANAGEMENT

## Transferable Skills Analysis

---

**PLEASE HAVE THE FOLLOWING IN THE CLAIM FILE BEFORE REFERRING**

☑ JOB DESCRIPTION  (if cannot obtain in writing, must have phone doc from discussions with EE/ER detailing job duties)

☐ PHYSICAL JOB EVALUATION FORM (if available)

☑ UPDATED MEDICAL WITH CLEAR R&L'S        ☑ TRAINING-EDUCATION-EXPERIENCE FORM

☐ MANAGER APPROVAL (if required)            ☐ ATTORNEY INFO (if applicable)

---

FROM:    Rhonda Brook Eubanks          DATE:      Friday, November 30, 2012

## CLAIM BACKGROUND

---

Claimant Name:    REBECCA PIFER              Claim Number:         4087659

☐ STD    ☑ FULLY INSURED            ( THRESHOLD $ )

☑ LTD    ☐ ASO    ☐ LIFE        Has MDS worked the claim?  ☐ YES  ☑ NO

Employer:  BLUE CROSS & BLUE SHIELD OF NC

Change In DEF. Date:    07/29/2013

Pre-Disability Earnings:    $4,930.17    / M (mode)    Claim Service Type:    ADOP

---

**Document Locations**

☑ Document List        ☐ Correspondence        ☐ Paper File

---

**Case Manager's Recommendations / Reason For Referral:**

PLEASE COMPLETE A TSA BASED ON THE R/LS OUTLINED IN RHEUMATOLOGY PEER REVIEW DATED 11/21/2012.

---

DP 512

LIN000720



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 1525
Dover, NH 03821-1525
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8172

November 28, 2012

Rebecca Pifer
9719 Rougemont Rd.
Bahama, NC 27503

RE:     Overpayment Calculation and Repayment
        Disability Benefits
        Blue Cross & Blue Shield of North Carolina
        Claim #: 4087659

Dear Ms. Pifer:

Your Liberty case manager referred your disability claim file to me for overpayment calculation because you were awarded Social Security Benefits. This letter outlines the impact of that award on your benefits from Liberty.

As you know, your employer's disability plan calls for us to reduce your disability benefits by the amount of income received from other sources, including Social Security, for you and any eligible dependents. Since Liberty paid you disability benefits for the period July 30, 2011 to October 19, 2012, with no reduction for Social Security benefits, we in effect advanced you the money we expected Social Security would ultimately pay. You also signed an agreement to repay this advance upon receiving Social Security benefits.

Now that you have begun receiving Social Security benefits, including retroactive payment for that period, it is time to repay Liberty.

Your notice states that you currently receive monthly Social Security Disability benefits of $1,838.00. It also indicates that Social Security paid you retroactive benefits of $23,088.00 for the period of July 1, 2011 to October 31, 2012. Therefore as outlined on the attached exhibit:

1. We have reduced your benefit from Liberty from $2,958.10 to $1,184.10, to reflect your Social Security benefit.

2. The attached exhibit explains the calculation of your $20,077.80 balance.

3. Liberty Life will work with The Bassett Law Firm in regards to collecting this overpayment. You will be contacted by a representative from The Bassett Law Firm regarding repayment of this overpayment

This amount represents the amount you have been overpaid due to your primary Social Security award. Once a decision has been made on your Social Security Dependent Award, I will need to calculate the overpayment for your dependent child. Please notify me immediately

**LIN000721**

once you have received the Social Security Dependent Award information or the retroactive payment for your dependent.

Please call me if you have any questions.

Sincerely,

Kasey Cook
Financial Review Specialist II
Phone No.: (888) 437-7611 Ext. 16366
Secure Fax No.: (603) 334-8172

LIN000722

## CLAIMANT INFORMATION

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Claimant | Rebecca Pifer | | | **Long Term Disability Benefit** | | **Short Term Disability Benefit** | |
| Claimant | Rebecca Pifer | | Gross Modal Benefit | 2,958.10 | Gross Modal Benefit | | |
| Customer | Blue Cross & Blue Shield of NC | | ER Percentage | 0.0000 | ER Percentage | | |
| STAT Claim # | | | Minimum Monthly Benefit | 295.81 | Minimum Monthly Benefit | | |
| STD Claim # | | | Federal Tax Withholding | | Federal Tax Withholding | | |
| LTD Claim # | 4087659 | | State Tax Withholding | | State Tax Withholding | | |
| | | | Funding | | Funding | | |

## OFFSET INFORMATION

| | From Date | Thru Date | Benefit | Bi-Weekly | | From Date | Thru Date | Benefit | Bi-Weekly |
|---|---|---|---|---|---|---|---|---|---|
| SS Primary | 7/30/2011 | | 1,774.00 | | Workers' Comp. | | | | |
| SS Primary | | | | | Partial Disability | | | | |
| SS Dependent | | Pending | | | State Disability | | | | |
| SS Dependent | | | | | SLCT Offset | | | | |
| SS Retirement | | | | | SHTM Offset | | | | |
| ER Pension | | | | | Other | | | | |

## ORIGINALLY PAID / SHOULD HAVE PAID

| CLAIM # | CHECK# | FROM DATE | THRU DATE | ISSUE DATE | GROSS | OFFSET | ADJ GROSS | FIT | FICA | STATE TAX | DED held towards OP rec. | NET AMT | GROSS | SS PRIMARY OFFSET | SS DEPENDENT OFFSET | PENSION OFFSET | SLCT OFFSET | PARTIAL DIS. | ADJ GROSS | FIT | FICA | STATE TAX | DED held towards OP rec. | NET AMT | OP | OP AMT PREV. RECOVERED | PRORATED ATTY FEES | OP TO BE CREATED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4087659 | 28689335 | 7/30/2011 | 7/31/2011 | 8/5/2011 | 197.21 | 0.00 | 197.21 | | | | | 197.21 | 197.21 | 118.27 | | | | | 78.94 | | | | 0.00 | 78.94 | 118.27 | | 50.00 | 68.27 |
| 4087659 | 28713472 | 8/1/2011 | 8/31/2011 | 8/25/2011 | 2958.10 | 0.00 | 2958.10 | | | | | 2958.10 | 2958.10 | 1774.00 | | | | | 1184.10 | | | | 0.00 | 1184.10 | 1774.00 | | 100.00 | 1674.00 |
| 4087659 | 28750099 | 9/1/2011 | 9/30/2011 | 9/26/2011 | 2958.10 | 0.00 | 2958.10 | | | | | 2958.10 | 2958.10 | 1774.00 | | | | | 1184.10 | | | | 0.00 | 1184.10 | 1774.00 | | 100.00 | 1674.00 |
| 4087659 | 28785723 | 10/1/2011 | 10/31/2011 | 10/25/2011 | 2958.10 | 0.00 | 2958.10 | | | | | 2958.10 | 2958.10 | 1774.00 | | | | | 1184.10 | | | | 0.00 | 1184.10 | 1774.00 | | 100.00 | 1674.00 |
| 4087659 | 28820952 | 11/1/2011 | 11/30/2011 | 11/24/2011 | 2958.10 | 0.00 | 2958.10 | | | | | 2958.10 | 2958.10 | 1774.00 | | | | | 1184.10 | | | | 0.00 | 1184.10 | 1774.00 | | 100.00 | 1674.00 |
| 4087659 | 28855024 | 12/1/2011 | 12/31/2011 | 12/26/2011 | 2958.10 | 0.00 | 2958.10 | | | | | 2958.10 | 2958.10 | 1774.00 | | | | | 1184.10 | | | | 0.00 | 1184.10 | 1774.00 | | 100.00 | 1674.00 |
| | | | | | | | 0.00 | | | | | 0.00 | | | | | | | 0.00 | | | | 0.00 | 0.00 | 0.00 | | | 0.00 |
| Current Year | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 4087659 | 28890207 | 1/1/2012 | 1/31/2012 | 1/25/2012 | 2958.10 | 0.00 | 2958.10 | | | | | 2958.10 | 2958.10 | 1774.00 | | | | | 1184.10 | | | | 0.00 | 1184.10 | 1774.00 | | 100.00 | 1674.00 |
| 4087659 | 28923762 | 2/1/2012 | 2/29/2012 | 2/23/2012 | 2958.10 | 0.00 | 2958.10 | | | | | 2958.10 | 2958.10 | 1774.00 | | | | | 1184.10 | | | | 0.00 | 1184.10 | 1774.00 | | 100.00 | 1674.00 |
| 4087659 | 28959023 | 3/1/2012 | 3/31/2012 | 3/26/2012 | 2958.10 | 0.00 | 2958.10 | | | | | 2958.10 | 2958.10 | 1774.00 | | | | | 1184.10 | | | | 0.00 | 1184.10 | 1774.00 | | 100.00 | 1674.00 |
| 4087659 | 28989229 | 4/1/2012 | 4/19/2012 | 4/19/2012 | 1873.46 | 0.00 | 1873.46 | | | | | 1873.46 | 1873.46 | 1123.53 | | | | | 749.93 | | | | 0.00 | 749.93 | 1123.53 | | 100.00 | 1023.53 |
| 4087659 | 29216845 | 4/20/2012 | 10/19/2012 | 10/26/2012 | 17748.60 | 0.00 | 17748.60 | | | | | 17748.60 | 17748.60 | 10644.00 | | | | | 7104.60 | | | | 0.00 | 7104.60 | 10644.00 | | 3550.00 | 7094.00 |
| 4087659 | 29237164 | 10/20/2012 | 11/19/2012 | 11/13/2012 | 2958.10 | 1774.00 | 1184.10 | | | | | 1184.10 | 2958.10 | 1774.00 | | | | | 1184.10 | | | | 0.00 | 1184.10 | 0.00 | | | 0.00 |
| | | | | | | | 0.00 | | | | | 0.00 | | | | | | | 0.00 | | | | 0.00 | 0.00 | 0.00 | | | 0.00 |
| | | | | | | | 0.00 | | | | | 0.00 | | | | | | | 0.00 | | | | 0.00 | 0.00 | 0.00 | | | 0.00 |
| | | TOTALS | | | 46442.17 | 1774.00 | 44668.17 | 0.00 | 0.00 | 0.00 | 0.00 | 44668.17 | 46442.17 | 27851.80 | 0.00 | 0.00 | 0.00 | 0.00 | 18590.37 | 0.00 | 0.00 | 0.00 | 0.00 | 18590.37 | 26077.80 | 0.00 | 4500.00 | 21577.80 |

| | | | | |
|---|---|---|---|---|
| OP Recovery Specialist | Kasey Cook | | Date | 11/28/2012 | Less Excess Fees | 1500.00 |
| | | | | Net due from Clmt | 20077.80 |

Page 1

**LIN000723**

# Overpayment Waiver Form
**Authorization to Cease Active Overpayment Collection Efforts**

**CLAIMS OFFICE#:** 0096

## A. Customer & Claimant Information

**Customer Name** Blue Cross & Blue Shield of NC

**Customer ID** 05-286395

**Claimant Name** Rebecca Pifer

**Claimant SS#** ███-8502 **Claim Number 1** 4E+06

**Claim Number 2**

**Claim Status. Is the Claim Closed?**
[ ] Yes [x] No

**Claim Closure date?**

**Pending Insurance Dept. Complaint?**
[ ] Yes [ ] No

**All applicable OP-related Claim Notes added?**
[ ] Yes

**Notes (if any)**

## B. Type of Waiver

[ ] **Non-Collectable Amount- All Reasonable Collection Efforts Have Been Exhausted**

[ ] An amount is no longer due Liberty. Remove the overpayments as a receivable from SystemOne.

[ ] An amount is still due Liberty. Maintain the amount as a receivable in SystemOne but do not report it on future Overpayment Management reports.

[ ] **Data Entry Error** Does the net result of correcting the error create a reduced overpayment due amount? [ ] Yes

If yes, what is the new overpayment due amount? [ ] No

**Notes (if any)**

## C. Waiver- Impact on Overpayment Checks

[X] Information supplied on this form affects Overpayment Due for ALL checks for this Employee/SS number

[ ] Information supplied on this form affects Overpayment Due for SELECTED Checks for this Employee/SS number. **If this applies, complete section below.**

| | Check Number | Net Waiver Amount | S1 Offset Code | OP Waiver Reason** |
|---|---|---|---|---|
| ex. | 12345678 | 1000.00 | SSDB | AF |
| 1 | 29216845 | $5,594.00 | SSDB | AOCE |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| **Total Waiver Amount** | | $5,594.00 | | |

**\*\*OP Waiver Reason - Key**

| | |
|---|---|
| CAF | COLLECTION AGENCY FEES |
| AF | ATTORNEY FEES |
| APAD | ASO PLAN ADMINISTRATOR DECISION |
| CANR | COLLECTION AGENCY USED |
| CANNR | COLLECTION AGENCY NOT USED |
| AOCE | OVERPAYMENT CREATION ERROR |
| CLADJ | CLAIM ADJUSTMENT |
| MISC | MISCELLANEOUS (Comments below)* |

*Comments/Notes **Prorated atty fees incorrectly on initial calculation. Please waive this balance due so that I can recreate.

If ASO-related OP, has the ASO Plan Administrator approved the overpayment waiver via faxcom after Claims Manager review and all authorizations secured?

[ ] Yes [ ] No

## D. Overpayment Collection Processes- Assessment

1) **Reason for Overpayment**
   [ ] Social Security [ ] Workers Compensation
   [ ] Subrogation [ ] Return To Work
   [ ] Statutory [ ] Partial Disability
   [ ] Pension [ ] Other (Comments below)*

2) Original overpayment due amount ($)

3) Date Initial Overpayment Due Was Identified

4) Date Overpayment Communication sent to the Claimant
   * Letter 1
   * Letter 2
   * Letter 3

   Comments:

5) **Overpayment amount collected ($)**

6) **Collection Agency Efforts**
   * Agency Name
   * Date Referred
   * Date Closed
   * Reason For Closure
   [ ] Non-Recoverable [ ] Unresponsive Claimant
   [ ] Liberty Life Request [ ] Internal Litigation Candidate
   * Amount Collected

7) Net Overpayment Due amount ($)

8) Date of last overpayment collection activity

## E. Authorization:

**TOTAL OVERPAYMENT TO BE WAIVED** $5,594.00

**Approver Name:**     **Date Authorized:**

*Authorization Requirements*

| | | | |
|---|---|---|---|
| *ALL Overpayments* | **CASE MANAGER** | | |
| *ALL Overpayments* | **CLAIMS MANAGER** | | |
| *Overpayments > $500* | **CLAIM OPERATIONS MANAGER** | | |
| *Overpayments > $1000* | **VP/MANAGER - INTEGRATED DISABILITY** | | |
| *Overpayments > $1000* | **VP/GENERAL MANAGER - CLAIMS** | | |
| *Overpayments > $5000* | **VP/CONTROLLER - GENERAL LIFE ACCT** | | |

| For use by Operational Analysis Unit Use Only | Date System Work Completed | 11/28/12 | Ops Analysis Initials | TM |
|---|---|---|---|---|

**LIN000724**



P.O. Box 1226
Columbia, MO 65202

PHONE :: (800) 331-1127
FAX :: (815) 927-0278
WWW.BASSETTLAWYERS.COM

*NATIONWIDE SOCIAL SECURITY ATTORNEYS*

## NOTICE OF AWARD – Social Security Benefit Entitlement

---

**From:**     **Danielle Eldred, Esq.**
**RE:**        **Ms. Rebecca Pifer**
**Claim #**   **4087659**

**We are pleased to advise you that we have received written verification of a payment effectuation for <u>Ms. Rebecca Pifer</u>.**

Attached is a copy of either the Social Security Award Letter or a FACT query printout that verifies payment data.  This is provided for LTD file documentation.

If there are *SPECIAL NOTES* or *SPECIAL ALERTS* they will be noted on the following pages. Should you have any questions please feel free to give me a call.

**Thank you for the opportunity to serve Liberty Life Assurance Company - NC.**

**Lauren Parko, Post-Entitlement Specialist**



P.O. Box 1226
Columbia, MO 65205

Phone: (800) 331-1127 Ext. 219
Fax: (815) 927-0278
**Email: <u>lparko@bassettsslaw.com</u>**
**Visit us online: <u>http://www.bassettsslaw.com</u>**

**LIN000725**



# NOTICE OF AWARD

| RE: | Ms. Rebecca Pifer |
|---|---|
| Claim # | 4087659 |
| DOB: | ███ 1960 |

Ms. Rebecca Pifer has been approved for entitlement to disability benefits from the Social Security Administration. According to the information received from the Social Security Administration, the claim has been processed to payment. The following information is furnished to assist you in determining any resulting offset to your Long-Term Disability benefit payments to your claimant.

Entitlement Data based on the attached PDF file:

_X_ AWARD Letter          ___ FACT Query          ___ OTHER

| | |
|---|---|
| Date of Referral: | 02/16/2012 |
| Date of Filing: | 04/05/2012 |
| Date of Disability Established by SSA: | 01/28/2011 |
| Date of Decision: | 11/02/2012 |
| Date of Entitlement to SS Disability: | 07/01/2011 |
| Retroactive DIB Amount: | $29,088.00 |
| Retro DIB Bnfts (after attorney fees pd by SSA): | $23,088.00 |
| Representing DIB Payment: | 7/2011 – 10/2012 |
| Date Paid: | 11/02/2012 |
| Savings to Full Retirement Age (Primary Only): | $319,320.00 |
| Award Level: | Reconsideration |
| Bassett Law Firm Attorney: | Danielle Eldred, Esq. |
| Fees for Representation (paid by SSA): | $4,500.00 ($4,414.00 after $86.00 service fee). |

**PRIMARY BENEFIT HISTORY:**

| Date | PIA | BNFT PD | Basis |
|---|---|---|---|
| 7/11 – 11/11 | $1,774.20 | $1,774.00 | Original SSDI Benefit Amount |
| 12/11 & cont'g | $1,838.00 | $1,838.00 | COLA |

**AMOUNTS FOR OFFSET CONSIDERATION (Liberty Life Assurance Company - NC Jurisdiction per Plan Provisions):**

**DISCLAIMER:** The Bassett Law Firm provides these amounts based on NOA/FACT entries. Actual amounts for offset are dependent on LTD Plan Provisions and Liberty Life Assurance Company of Boston claims management practices.

**LIN000726**

**PRIMARY -**

| Date(s) | Amount(s) | Basis |
|---|---|---|
| 7/11 & cont'g | $1,774.00 | Original SSDI Benefit Amount |

**Dependent(s):**   _X_ Yes      ___ No        ___ To Be Determined

| | |
|---|---|
| Jenna Bagget | DOB: 12/8/1996 |
| Andrew Baggett | DOB: 11/27/1999 |

**\*\*The following is the _estimated_ dependent benefit history. At this time, we do not have confirmation of such awards, however when we receive such, we will provide you verification and interpretation of the award data.**

_ESTIMATED_ DEPENDENT(s) BENEFIT HISTORY:

| Date | PIA | BNFT PD | Basis |
|---|---|---|---|
| 7/11 – 11/11 | $1,774.20 | $443.00 | Original SSDI Benefit Amount |
| 12/11 & cont'g | $1,838.00 | $459.00 | COLA |

_ESTIMATED_ AMOUNTS FOR DEPENDENT(s) OFFSET CONSIDERATION (Liberty Life Assurance Company - NC **Jurisdiction per Plan Provisions):** DISCLAIMER: The Bassett Law Firm provides these amounts based on NOA/FACT entries. Actual amounts for offset are dependent on LTD Plan Provisions and Liberty Life Assurance Company - NC claims management practices.

| Date(s) | Amount(s) | Basis |
|---|---|---|
| 7/11 & cont'g | $886.00 | Original SSDI Benefit Amount |

**PLEASE NOTE:**

- SSA erroneously paid The Bassett Law Firm $6,000.00 in attorney fees. We have received this payment but we have not received permission from Ms. Pifer to apply this excess ($1,500.00) towards her OP due. Once we receive permission, I will let you know.

**LTD OVERPAYMENT RECOVERY:**

_X_   The claimant has elected The Bassett Law Firm's assistance in repaying . We will collect the overpayment (if any) for Liberty Life Assurance Company - NC on this claimant.

___   The claimant has elected to not use Bassett Law Firm's assistance in repaying Liberty Life Assurance Company - NC.

LIN000727

If overpayment repayment assistance has been elected, please send the OP calculation to The Bassett Law Firm for repayment processing:

| Ms. Rebecca Pifer 4087659 | |
|---|---|
| Please Email the LTD Overpayment Calculation to: | rmorse@bassettlawyers.com lparko@bassettlawyers.com mthomas@bassettsslaw.com |

**Our Client Overpayment Assistance Program is used in recovering overpayments created by an SSDI award. Our process in obtaining the overpayment for **Liberty Life Assurance Company - NC** differs from other vendors in that the retroactive benefit amount is sent to The Bassett Law Firm by check from the claimant. We deposit that check into our Lawyer Trust Account. We advise you of the SSDI award detail/amounts and request the overpayment amount/calculation. We then send that amount to **Liberty Life Assurance Company - NC** and return the excess to your claimant. In accordance with SSA's POMS GN 03970.012, GN 02410.001 and Section 207 of the Social Security Act, Bassett Law Firm, LLC Client Overpayment Assistance Program is in complete compliance with SSA's policies and procedures.

# THANK YOU FOR THIS REFERRAL!

LIN000728



Group Benefits Disability Claims
Liberl Life Assurance Company of Boston
P.O. E ox 7207
Londc ι, KY 40742-7207
Phonc No.: (800) 291-0112
Secur Fax No.: (603) 430-1744

## RESPONSE COVERSHEE1

**In order to facilitate accurate and timely processing of this cl im, please include this cover sheet along with your response to this request.**

**PLEASE USE BLACK INK WHEN COMPLETING FORM ι.**

**Document Type:** Employee/Claimant

**Claim Number:** 4087659

**Employee/Claimant Name:** REBECCA PIFER

**Provider's Name:** Rebecca Pifer

ATTN: Rhonda Brook Eubanks

**LIN000729**

## ACTIVITIES QUESTIONNAIRE



**Liberty Mutual.**

Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1744

**Return To:** ___Rhonda Brook Eubanks___

*page 1 of 3*

| | |
|---|---|
| EMPLOYEE/CLAIMANT NAME: __REBECCA PIFER__ | |
| CLAIM NO: __4087659__ | S.S. NO: _____ |
| EMPLOYER/SPONSOR: __BLUE CROSS & BLUE SHIELD OF NC__ | DATE OF BIRTH: ███960 |

### TO BE COMPLETED BY THE CLAIMANT:

Please answer the following questions and return the form to Liberty Life Assurance Company of Boston.

How long are you able to:

sit __30 min.__    stand __30 min__    walk __10 min__

How many hours a day do you:

sit __4.5 hours – varies__    stand __2.5/3 hours – varies__    walk __1½hr – varies__

Do you take a nap during the day?
Yes ___✓___    No _____

If Yes, for how long? __1-2 hours__    At what time of the day? __mid-day__

How many hours a day do you spend in bed? __Varies, approx. 11 hours per day sleeping, 2-+ hours resting/reclining__

Do you require any assistive devices such as a:

cane _____    walker _____    crutches _____    wheelchair _____    other __walker, leg braces, foot braces/supports, knee braces__

How long are you able to sit in a car? __30min – 45min__

Do you hold a valid driver's license?
Yes ___✓___    No _____

If No, please explan: _____

If Yes, how long are you able to drive a car? __Unable to drive due to my disabilities__

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?
__by phone, taken to children's school activities by family.__

Do you have children?
Yes ___✓___    No _____    If Yes, what are their dates of birth __12/8/96, 11/27/99__

Do you need help caring for your children?
Yes ___✓___    No _____

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?
Yes _____    No ___✓___    If Yes, please explain _____

How many times a day do you leave the house during the week? __get fresh air for 5-10 minutes several times a day.__
On the weekends? __2x – my family takes me out__

How often do you run errands? __My family runs errands for me.__

Please describe what errands you most commonly run: __Do not do__

**LIN000730**

Case 1:22-cv-00186-WO-JLW    Document 21-1    Filed 10/24/22    Page 730 of 763


**Liberty Mutual.**

How often do you get outdoors? _Several times a day to vary my activities, get, fresh air, sunshine_

Are you left or right hand dominant?  Left ✔ __ Right _____

Are you able to work in your garden?  Yes ____ __ No ✔

Are you able to work on your house?  Yes ____ __ No ✔

Are you able to wash your car?  Yes ____ __ No ✔

How much time is spent daily on your home computer?
✔ None _____ 0-1 hours _____ 1-2 hours _____ 2-3 hours _____ - hours

How much time is spent weekly on your home computer?
✔ None _____ 0-1 hours _____ 1-2 hours _____ 2-3 hours _____ - hours    _monthly —_ _15 minutes_

What activities do you perform on your home computer. Please check all that apply:
✔ Pay bills _____ Read news/articles _____ Use search engines _____ Send emails
_____ Visit chat rooms _____ Photos  Other:_____

What computer software applications do you utilize. Please check all that apply:
_____ Word processing (Word) _____ Spreadsheets (Excel) _____ Database (Access) _____ Graphics
_____ Photo software (Photoshop) _____ Programming  Other:_____

Do you have a working home copy machine/fax machine? _____ Yes ✔ N⸱

If yes, please explain purpose and usage:_____

The following questions intend to identify whether or not you are able to _independen_ y conduct routine daily activities. If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | husband | yes |
| Carrying groceries into the house | husband, children | yes |
| Cooking meals | husband, children | yes |
| Cleaning after meals | husband, children | yes |
| Cleaning bathrooms | husband, children | yes |
| Vacuuming | husband, children | yes |
| Doing the laundry | myself, husband, children | yes |
| Opening and responding to mail | myself, husband | yes |
| Managing your finances | husband | yes |
| Balancing your checkbook | husband | yes |
| Bathing yourself | myself, husband | yes |
| Styling your own hair | do not do | N/A |
| Getting dressed | myself, husband | yes |
| Going up and down stairs | myself, husband, children | yes |

Have you been confined to a hospital within the last 12 months?  Yes ____ ____ No ✔

If Yes, please provide reason and hospital contact Information: _____

_____

_____

**LIN000731**


**Liberty Mutual.**

How often do you travel or take vacation? 5 times a year

Where do you go? How do you get there (transportation method)? go to home at beach 4 times a year by car - have to stop for breaks, 1 family vacation per year, transportation varies.

Are you able to pursue your hobbies?          Yes ____  No ✓

If Yes, please describe _____

Do you participate in an exercise program?          Yes ✓  No ____

If Yes, please describe try to do arm and leg exercises as able to

Do you do any Volunteer work?          Yes ____  No ✓

If Yes:

    how many hours per day?          _____

    how many hours per week?          _____

    for whom?          _____

Are you working for wages?          Yes ____  No ✓

If Yes, please provide employer's name _____

**Describe in your own words, what prevents you from engaging in any gainful employment.**
Due to worsening complications from inherited Ehlers-Danlos disease, I cannot do any kind of repetitive motions with my head + neck arms + hands, back, shoulders, hips, legs, feet. Repetitive is sitting, standing, walking, use of any part of my body as my entire body is affected. I require assistance from my family to take care of my basic needs and over-sight of my children's basic needs. I have limited use of arms, hands, neck with joint dislocations,

**Please describe your daily routine: (if more space is needed, please use the back of this form)** Get up, See children off to school. Dress. Make one bed, Straighten house, pick up after 12 year old if needed. Eat breakfast my husband made for me. Open/read mail as needed. Talk to my mother via phone to check on her. Talk to spouse on phone at lunch. Eat sandwich/soup for lunch. Take nap. Oversee children's school studies. Oversee their laundry. Group-task dinner sort/oversee dishwasher loading. Take bath, husband helps wash hair as needed. go to bed.

Is there a daytime number where you can be reached in the event we have any questions regarding your responses? H) 919-620-7799

In the event we cannot reach you, please provide an alternate contact's name and telephone number.
Mark Pfer, DPM - O)919-477-5000 or C) 919-308-4890

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.**

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Liberty.

Name: Rebecca Lane Pfer          Date: November 21 2012

Signature: Rebecca Lane Pfer

LIN000732



**Liberty Mutual.**
INSURANCE

Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1744

## Authorization to Obtain and Release Information
### (Excluding Psychotherapy notes)

| | |
|---|---|
| EMPLOYEE NAME: REBECCA PIFER | CLAIM NO: 4087659 |
| EMPLOYER/SPONSOR/CUSTOMER NAME: BLUE CROSS & BLUE SHIELD OF NC | |
| RETURN TO: Rhonda Brook Eubanks | |

I **authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health  (**excluding psychotherapy notes).**

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I **understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment.  Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied.  I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

_Rebecca Lane Pifer_
Claimant Name ( Print)

_Rebecca Lane Pifer_
Claimant Signature

_4087659_
Claim Number:
DP432 (rev 06/12)

_7-2-1960_
Date of Birth

_November 21, 2012_
Date

**LIN000733**

Case 1:22-cv-00186-WO-JLW    Document 21-1    Filed 10/24/22    Page 733 of 763

# CLAIMANT INFORMATION


**Liberty Mutual.**

Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1744

**Return To:**    Rhonda Brook Eubanks

| | |
|---|---|
| EMPLOYEE/CLAIMANT NAME:   REBECCA PIFER | |
| CLAIM NO:   4087659 | S.S. NO: _____ |
| EMPLOYER/SPONSOR:   BLUE CROSS & BLUE SHIELD OF NC | DATE OF BIRTH: ▇▇ 960 |

## TO BE COMPLETED BY EMPLOYEE:

Please complete the following information. If additional space is needed, use the back or a separate sheet of paper.

**NAME OF TREATING HEALTH CARE PROVIDERS IN THE PAST TWO YEARS:**

**Primary**
Name: John A. Kallianos MD   Specialty: PCP
Address: 4309 Medical Park Drive
Durham, NC 27704
Telephone No: (919) 471-4484   Fax No.: ( )
First Treatment Date: 1994   Thru current

**Specialist**
Name: Linda Belhorn, MD   Specialty: Rheumatologist
Address: 4004 Ben Franklin Ave.
Durham, NC 27704
Telephone No: (919) 220-5306   Fax No.: ( )
First Treatment Date: 2000   Thru current

**Other**
Name: Paul Wright, MD   Specialty: Orthopedics
Address: 4125 Ben Franklin Blvd
Durham NC 27704
Telephone No: (919) 471-9331   Fax No.: ( )
First Treatment Date: 12-2010   Thru 4-2011

Cont'd on separate pages

**NAME OF CURRENT HEALTH INSURANCE COMPANY:**

Insurance Carrier: BCBS NC
Address: PO Box 2291
Durham, NC 27702
Telephone No: (919) 489-7431   Fax No.: ( )
Contact: _____

**NAME OF PHARMACY:**

**Current**
Name: Kroger
Address: 802 North Point Drive
Durham, NC 27704
Telephone No: (919) 220-6894   Fax No.: ( )

**Prior**
Name: _____
Address: _____
Telephone No: ( )   Fax No.: ( )

SIGNATURE: Rebecca Lane Pifer   DATE: 11/24/12

DP 421 Rev. 06/01

**LIN000734**

Treating Physicians – cont'd

4. William Mallon, MD      Orthopaedics
   Triangle ~~community~~ Orthopaedics Asso.
   120 William Penn Plaza
   Durham, NC 27704
   919-220-5255      4-2011 thru 10/2011

5. J. Barry Johnson, DPM      Podiatry
   3314 Healy Drive
   Winston-Salem, NC 27103
   336-768-1267      7/2011 thru 3/2012

6. Bradley J. Robottom, MD      Neurology
   Raleigh Neurology
   4111 Ben Franklin Blvd
   Durham, NC 27704
   919-719-8834      4/2012 thru current

7. Louis C. Almekinders, MD  Orthopaedics
   NC Orthopaedic Clinic – Duke University
   3609 SW Durham Drive
   Durham, NC 27707
   919-471-9622      5/2012 thru current

8. Pat Chapell, MD      OB/gyn
   Chapel Hill OB/gyn
   120 Conner Drive      1979 thru current
   Chapel Hill, NC 27514
   919-942-8571

[ See page 2 ]

LIN000735

9. Stewart Physical Therapy
   4125 Ben Franklin Blvd.
   Durham NC 27704
   919-479-8730          1/2011 thru 4/2011

10. Triangle Orthopaedics PT
    120 William Penn Plaza
    Durham NC 27704
         919-220-5255      5/2011 thru 10/2011

**LIN000736**

# CLAIMANT SUPPLEMENTARY STATEMENT


## Liberty Mutual.

Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1744

**Return To:**    Rhonda Brook Eubanks

EMPLOYEE/CLAIMANT NAME:    REBECCA PIFER

CLAIM NO:    4087659                                    S.S. NO: _____

EMPLOYER/SPONSOR:  BLUE CROSS & BLUE SHIELD OF NC      DATE OF BIRTH: ▮ 1960

| | | |
|---|---|---|
| 1. Full Name (Last, First, Middle Init.) <br> Pifer, Rebecca L. | 2. Social Security Number <br> 242158502 | 3. Phone Number (include area code) <br> 919-620-7799 |
| 4. Address <br> 9719 Rougemont Road | City <br> Bahama | State <br> NC | Zip Code <br> 27503 |
| 5. Marital Status <br> M | 6. Number of Dependents <br> 2 | 6a. Dates of Birth of Children <br> 12/8/96    11/27/99 |

7. Have you returned to any type of employment? If yes, please describe.
No

8. Do you own your own business, or are you affiliated with a corporation, partnership, or sole proprietor? If yes, please explain.
No

9. Do you hold a tax identification number or EIN? If yes, please provide and explain purpose.
No

10. Do you hold a professional license? If yes, for what purpose.
No

11. Are you associated with an Internet affiliated business? Do you have a website? If yes, please provide address(es).
No

12. Are you currently involved in any pending litigation? If yes, please explain why and provide your attorney's information.
No

13. Are you pursuing moneys from a third party: Workers' Comp Carrier, Insurance Co., or Individual? If yes, please explain.
No

14. Identify other income you are receiving or for which you have applied from the point your disability began through the date you authorize this form.

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☑ | Wages, Salary, or Separation Pay | $ _____ | | | |
| ☑ | ☐ | Social Security (disability or retirement) | $ 1838.00 | July, 2011 (Retroactive effective 11/2/2012 | | |
| ☑ | ☐ | Social Security (for your spouse/dependents) | $ pending SS approval | | | per notification) |
| ☐ | ☑ | State Disability | $ _____ | | | |
| ☑ | ☐ | Retirement (normal, early, or disability) | $ 1184.10 | | | |
| ☐ | ☑ | Workers' Compensation | $ _____ | | | |
| ☐ | ☑ | Other (please describe) _____ | $ _____ | | | |

The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be as valid as the original.

DATE:  11/24/12          EMPLOYEE SIGNATURE:  Rebecca Lone Pifer

DP 409 04/04

**LIN000737**

Case 1:22-cv-00186-WO-JLW    Document 21-1    Filed 10/24/22    Page 737 of 763



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 1525
Dover, NH 03821-1525
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8172

November 26, 2012

Rebecca Pifer
9719 Rougemont Rd.
Bahama, NC 27503

RE:    Overpayment Calculation and Repayment
        Disability Benefits
        Blue Cross & Blue Shield of North Carolina
        Claim #: 4087659

Dear Ms. Pifer:

Your Liberty case manager referred your disability claim file to me for overpayment calculation because you were awarded Social Security Benefits. This letter outlines the impact of that award on your benefits from Liberty.

As you know, your employer's disability plan calls for us to reduce your disability benefits by the amount of income received from other sources, including Social Security, for you and any eligible dependents. Since Liberty paid you disability benefits for the period July 30, 2011 to October 19, 2012, with no reduction for Social Security benefits, we in effect advanced you the money we expected Social Security would ultimately pay. You also signed an agreement to repay this advance upon receiving Social Security benefits.

Now that you have begun receiving Social Security benefits, including retroactive payment for that period, it is time to repay Liberty.

Your notice states that you currently receive monthly Social Security Disability benefits of $1,838.00. It also indicates that Social Security paid you retroactive benefits of $23,088.00 for the period of July 1, 2011 to October 31, 2012. Therefore as outlined on the attached exhibit:

1. We have reduced your benefit from Liberty from $2,958.10 to $1,184.10, to reflect your Social Security benefit.

2. The attached exhibit explains the calculation of your $20,077.80 balance. Please send a check or money order in that amount, payable to Liberty Life Assurance Company of Boston, using the enclosed green envelope. We expect to receive your payment by December 10, 2012.

This amount represents the amount you have been overpaid due to your primary Social Security award. Once a decision has been made on your Social Security Dependent Award, I will need to calculate the overpayment for your dependent child. Please notify me immediately once you have received the Social Security Dependent Award information or the retroactive

**LIN000738**

payment for your dependent.  I have enclosed a self-addressed postage paid envelope for you to remit a copy of the Social Security dependent information once it becomes available.

Please call me if you have any questions.


Sincerely,

Kasey Cook
Financial Review Specialist II
Phone No.: (888) 437-7611 Ext. 16366
Secure Fax No.: (603) 334-8172

**LIN000739**



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 1525
Dover, NH 03821-1525
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8172

## RESPONSE COVERSHEET

**In order to facilitate accurate and timely processing of this claim, please include this cover sheet along with your response to this request.**

**PLEASE USE BLACK INK WHEN COMPLETING FORMS.**

**Document Type:** Recovery/Repayment

**Claim Number:** 4087659

**Employee/Claimant Name:** REBECCA PIFER

**Provider's Name:** Rebecca Pifer

**LIN000740**

3C331120042


**Liberty Mutual.**

Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1748

**Restrictions Form**

| REBECCA PIFER | 960 | 4087659 | Rose Raines |
|---|---|---|---|
| **Patient Name** | **Date of Birth** | **Claim Number** | **Case Manager** |

_To be completed by physician:_

1. DATE FIRST TREATED — 8-11-1994
   DATE LAST TREATED — 2-12-2012
   NEXT OFFICE VISIT —

   Ehler-Danlos
   Ehler-Danlos, Reflex Sympath. Dystrophy

   DIAGNOSIS(ES) WITH ASSOCIATED ICD-9 CODES

2. For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:

   [X] **SEDENTARY**  Lifting / carrying up to 10 pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
   [ ] **LIGHT**      Lifting / carrying up to 20 pounds occasionally, sitting at least occasionally and standing / walking frequently.
   [ ] **MEDIUM**     Lifting / carrying up to 50 pounds occasionally; sitting, standing and / or walking constantly.
   [ ] **HEAVY**      Lifting / carrying up to 100 pounds occasionally; sitting, standing and / or walking constantly.
   [ ] **VERY HEAVY** Lifting / carrying over 100 pounds occasionally; sitting, standing and / or walking constantly.

   | KEY: | **OCCASIONALLY** Up to 20 Minutes / Hour Up to 2 ½ Hours / Day | **FREQUENTLY** Up to 40 Minutes / Hour Up to 5 ½ Hours / Day | **CONSTANTLY** Over 40 Minutes / Hour Over 5 ½ Hours / Day |
   |---|---|---|---|

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.
   1) For physical diagnoses, describe the type of task (bend, grasp, etc.) AND frequency (SEE KEY).
   2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.

   _Increased physical symptoms due to stress of daily living_
   _& her chronic illness and intractable diseases of multiple_
   _sclerosis & worsening multiple sclerosis_

4. RESTRICTIONS IMPOSED FROM  1-28-11  TO  permanent

5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE? ____
   _permanently disabled_

6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?
   _Decrease mobility, worsening osteoarthritis, Chronic Ehlers_
   _Danlos syndrome_

7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM  1-11-0  TO  2-12-12

   John A. Kellman, MD
   **Provider's Name (Please Print)**

   MD  Im/Park
   **Degree AND Area of Specialty**

   56-1698415
   **Social Security or Tax ID Number**

   424 Medical Dr.
   **Street Address**

   (919) 471-1114
   **Telephone Number**

   (919) 472-1121
   **Fax Number**

   John, NC 27714
   **City, State & Zip Code**

   **Signature**

   4-15-12
   **Date**

LIN000741

November 20, 2012

Group Benefits Disability Claims

Liberty Life Assurance Company of Boston

P.O. Box 7207

London, KY  40742-7207

ATTN:  Rhonda Brook Eubanks

RE:  Rebecca Lane Pifer

 Disability Claim #: 4087659

Dear Ms. Eubanks:

This letter is in response to your letter dated October, 29, 2012 that indicated that your company has requested records from my medical healthcare providers.  On October 11, 2012, I submitted an Appeal Request letter which included all of my medical records that you have stated you are in request of with the exception of my records from Dr. Almekinders which were faxed on October 23, 2012 to the attention of Ms. Rose Raines.  These records were delayed as the North Carolina Orthopaedic Clinic utilizes a document retention service and those got delayed as a result of this.  As you may or may not have gotten these attachments with my letter, I am again submitting my records that include office records from Dr. Kallianos, Dr. Belhorn, Dr. Robottom and Dr. Almekinders as well as any other pertinent forms that were also included with my letter.

**Please note that it is regrettable that I have been placed in an inactive patient status with Dr. Almekinders office as my medical healthcare coverage was terminated by your company effective May 1, 2012 and I was unable to seek continued care that was recommended for me.** Since you have now reinstated my medical coverage, I have been in pursuit of getting my children's urgent medical attention taken care of <u>FIRST</u> and will be seeing my medical providers as soon as their appointment schedules dictate.

I hope these medical records will reach you this time.  For any reason that you still do not receive my attachments again, please call me at my home number and I will once again attempt to fax, mail, or discuss them with you over the phone.  This letter should reach you by your deadline date of November 28, 2012 and I trust that you will not see it as a viable decision to suspend my disability benefits again.

3C331120042

As requested,

Rebecca Lane Pifer

Rebecca Lane Pifer

9719 Rougemont Road

Bahama, NC  27503

919-620-7799

LIN000743

3C331120042

# Application for Extended Insurance Benefits

## ATTENDING PHYSICIAN'S STATEMENT
### Must be completed IN FULL by physician who has examined patient within the last 30 days.

**Patient's Name:** Piter, Rebecca

**1. DIAGNOSIS**
(a) Diagnosis (including any complications): Osteoarthritis, Ehlos-Danlos syndrome    ICD-9 Code(s) 715.9    Peripheral Neuropathy 756.83   358.9
(b) Subjective symptoms: See last chart note
(c) Objective findings (Including current X-rays, EKG's Laboratory Data and any clinical findings):

**2. DATES OF TREATMENT**
(a) Date of first visit  8-11-1994
(b) Date of last visit  3-13-12
(c) Frequency of visits  ≤ 3 months

**3. NATURE OF TREATMENT** (Including surgery, medication, physical therapy, etc.)

**4. EXTENT OF DISABILITY ***IMPORTANT****
(a) Are you aware of the main duties patient performs in his/her usual work or business?  ☒ Yes  ☐ No
(b) Are you aware of patient's background (education, training, experience, etc.)?  ☒ Yes  ☐ No
(c) Describe any restrictions (what patient SHOULD NOT do):  Disabled from all duties
(d) Describe any limitations (what patient CANNOT do):

**5. CARDIAC (If Applicable)**
(a) Functional capacity (American Heart Ass'n)........................  ☒ Class 1 (No Limitations)  ☐ Class 2 (Slight Limitation)
   ☐ Class 3 (Marked Limitation)  ☐ Class 4 (Complete Limitation)
(b) Blood Pressure (last visit)........................  158/76  Systolic/Diastolic

**6. PHYSICAL IMPAIRMENT (*As defined In Federal Dictionary of Occupational Titles)**
(a) ☐ Class 1 – No limitation of functional capacity; capable of heavy work. * No restrictions. (0-10%)
   ☐ Class 2 – Medium manual activity* (15-30%)
   ☐ Class 3 – Slight limitation of functional capacity; capable of light work* (35-55%)
   ☐ Class 4 – Moderate limitation of functional capacity; capable of clerical/administrative (sedentary*) activity (60-70%)
   ☒ Class 5 – Severe limitation of functional capacity; incapable of minimum (sedentary*) activity (75-100%)
(b) Remarks: Her chronic Ehlers-Danlos contributes to the progressive worsening of her osteoarthritis She also has developed an idiopathic peripheral neuropathy which has resulted in permanent disability

**7. MENTAL/NERVOUS IMPAIRMENT (If applicable)**
(a) ☐ Class 1 – Patient is able to function under stress and engage in interpersonal relations (no limitations)
   ☐ Class 2 – Patient is able to function in most stress situations and engage in most interpersonal relations (slight limitations)
   ☐ Class 3 – Patient is able to engage in only limited stress situations and engage in only limited interpersonal relations (moderate limitations)
   ☒ Class 4 – Patient is unable to engage in stress situations or engage in interpersonal relations (marked limitations)
   ☐ Class 5 – Patient has significant loss of psychological, physiological, personal and social adjustment (severe limitations)
(b) Remarks: The stress of quitting work, dealing with her ongoing health issues; fighting for her LTO has exacerbated her clinical picture

**8. PROGRESS**
(a) Has patient:  ☐ Recovered  ☐ Improved  ☐ Unchanged  ☒ Retrogressed
   If recovered, date able to return to work _____
(b) Is Patient:  ☒ Ambulatory  ☐ House confined  ☐ Bed confined  ☐ Hospital confined
(c) Has patient been hospital confined?  ☐ Yes  ☒ No    Admitted _____
   If yes, give name and Address of Hospital _____    Discharged _____
(d) Do you expect any significant improvement in the future?  ☐ Yes  ☒ No
   1. If yes, when will patient recover sufficiently to perform the duties of:
      a) Patient's regular occupation: _____ or ☐ 1 Month ☐ 1–3 Months ☐ 3–6 Months ☐ Never
      b) Any other type of work: _____ or ☐ 1 Month ☐ 1–3 Months ☐ 3–6 Months ☐ Never
   2. If No, please explain: I feel her medical issues are permanent

| | | |
|---|---|---|
| Physician's Signature | | Date 6/29/12 |
| Physician's Name  John A. Kellianes | | Degree MD |
| Address  4309 Medical Park Dr. Suite 200 | | Telephone (919) 471-4414 |
| City Durham | State NC | Zip 27707  Fax (919) 477 6131 |

Triangle Community Physicians, PA
4309 Medical Park Dr., Suite 200
Durham, NC 27704

**LIN000744**

Case 1:22-cv-00186-WO-JLW    Document 21-1    Filed 10/24/22    Page 744 of 763


Liberty Mutual.

Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 251-0111
Secure Fax No.: (603) 430-1748

## Restrictions Form

| REBECCA PIFER | 1950 | 4087659 | Rose Raines |
|---|---|---|---|
| Patient Name | Date of Birth | Claim Number | Case Manager |

To be completed by physician:

**1. DATE FIRST TREATED** — 3-16-11
**DATE LAST TREATED** — 5-21-12
**NEXT OFFICE VISIT** — ~9-26-12

Generalized osteoarthritis 715.49
Ehlers-Danlos
DIAGNOSIS(ES) WITH ASSOCIATED ICD-9 CODES

**2. For physical diagnoses, check one that indicates what your patient is capable of performing occasionally on a full-time basis:**

☑ **SEDENTARY** Lifting / carrying up to 10 pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
☐ **LIGHT** Lifting / carrying up to 20 pounds occasionally, sitting at least occasionally and standing / walking frequently.
☐ **MEDIUM** Lifting / carrying up to 50 pounds occasionally, sitting, standing and / or walking constantly.
☐ **HEAVY** Lifting / carrying up to 100 pounds occasionally, sitting, standing and / or walking constantly.
☐ **VERY HEAVY** Lifting / carrying over 100 pounds occasionally, sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY Up to 20 Minutes / Hour Up to 2½ Hours / Day | FREQUENTLY Up to 40 Minutes / Hour Up to 5½ Hours / Day | CONSTANTLY Over 40 Minutes / Hour Over 5½ Hours / Day |
|---|---|---|---|

**3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.** 1) For physical diagnoses, describe the type of task (hand, grasp, etc.) AND frequency (SEE KEY). 2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.

No prolonged sitting, standing, repetitive activity

**4. RESTRICTIONS IMPOSED FROM** permanent **TO** restrictions

**5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?**

permanent disability — ongoing medications only partially effective

**6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**
See attached note

**7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM_____ TO_____**

| Linda Belson | MD - Rheumatology | 56-107 9 264 |
|---|---|---|
| Provider's Name (Please Print) | Degree AND Area of Specialty | Social Security or Tax ID Number |
| 4664 Ben Franklin Blvd | 919-220-5744 | 915-224-2627 |
| Street Address | Telephone Number | Fax Number |
| Durham, NC 27704 | [signature] | 3-21-12 |
| City, State & Zip Code | Signature | Date |

LIN000745

# TRIANGLE COMMUNITY PHYSICIANS, PA

**Patient Name:** REBECCA PIFER                    **Acct #:** 11689E

**Patient DOB:** ▮▮1960                              **Age:** 51 y

**Date of Service:** 03/13/2012          **JOHN KALLIANOS MD**

CHIEF COMPLAINT:
HISTORY:

She has had her right bunion corrected and in a cast.

She has been out of work for the last year   She has been stressed dealing with her LTD through Liberty Mutual.

715.9-OSTEOARTHROSIS NOS The arthritis has worsened.  The patient has moderate joint pain, has moderate stiffness, has mild swelling of the joints.  No complications noted from the medication presently being used.  The patient is being seen by a rheumatologist.

756.83-EHLERS-DANLOS SYNDROME    this underlying problem has been exacerbated by her progressive osteoarthritis as well as worsening neuropathy.

356.9-NEUROPATHY, IDIOPATHIC PERIPHERAL NOS The peripheral neuropathy is stable.  The patient has tingling, has numbness.  No complications noted from the medication presently being used.    she has seen neurology in the past and currently is on gabapentin.  She has noted worsening problems particularly in her hands and feet.  She is concerned about the possibility of multiple sclerosis

PAST MEDICAL HISTORY:
MEDICAL:   osteopenia
2011 shingles
SURGICAL:   8/11 left bunionectomy
right shoulder surgery

CURRENT ALLERGIES:
NO KNOWN DRUG ALLERGY

REVIEW OF SYSTEMS:
GENERAL:  Normal activity and energy level, no change in appetite.  No major weight gain or loss.  No malaise, chills, fever, diaphoresis.

PHYSICAL EXAMINATION:
CONSTITUTIONAL:
VITALS SIGNS:
BLOOD PRESSURE:  138/76 Left Arm Sitting
GENERAL APPEARANCE:  Caucasian female, normal body habitus, in no acute distress.

NECK AND THYROID:  Symmetrical with no elevation of the jugular venous pulsation.  Trachea midline. No thyroid enlargement, tenderness, or mass.

RESPIRATORY:  Clear to auscultation and percussion.  Normal respiratory effort.  No fremitus.

CARDIOVASCULAR:
CARDIAC:  Regular rhythm.  No murmurs, rubs, or gallops.  PMI not displaced. No thrill.
EDEMA/VARICOSITIES OF EXTREMITIES:  No edema or varicosities.

LYMPHATICS:  No lymphadenopathy in the neck, axillae, or groin.

MUSCULOSKELETAL EXAM:
DIGITS/NAILS:  BOUCHARD'S NODES PRESENT, HEBERDEN'S NODES.
EXTREMITIES:
LEFT UPPER:   mild swelling in wrist with stiffness and pain
RIGHT UPPER:   mild swelling in wrist with stiffness and pain
RIGHT LOWER:   right leg in a hard cast

ASSESSMENT/PLAN:

LIN000746

# TRIANGLE COMMUNITY PHYSICIANS, PA

**Patient Name: REBECCA PIFER**                    **Acct #: 11689E**

**Patient DOB:** ███1960                          **Age: 51 y**

**Date of Service: 03/13/2012**        **JOHN KALLIANOS MD**

715.9-OSTEOARTHROSIS NOS
    STATUS: Worsening.
756.83-EHLERS-DANLOS SYNDROME
    STATUS: Worsening.
356.9-NEUROPATHY, IDIOPATHIC PERIPHERAL NOS
    STATUS: Worsening.
    REFERRALS: Neurology.
    LAB ORDERS: CBC w/diff/plat(85024), Basic chem(80049), TSH(84443). Free T4(84439).
    B12 (82607). MRI of the head.
RETURN VISIT: Patient is to return after MRI has been completed.
VERIFICATION OF ANCILLARY DOCUMENTATION: The following portions of the chart were completed
    by ancillary personnel and reviewed by the physician: Chief complaint, vital signs.

Electronically Signed by: John A. Kallianos. MD on Wednesday. March 14, 2012 8:01 am

LIN000747

**LINDA R. BELHORN, M.D.**
Phone: 919-220-5306
Fax:   919-220-2627

120 William Penn Plaza
Durham, NC 27704

---

**PIFER, REBECCA**
**DOB:** ███60

**SEPTEMBER 10, 2012**

**MEDICATIONS:** Celebrex 200 mg b.i.d., tramadol 50 mg q.d., trazodone 50 mg q.h.s., gabapentin 600 mg b.i.d., lithium 100 mg q.d.

**SUBJECTIVE:** The patient returns for followup of her generalized osteoarthritis and Ehlers-Danlos syndrome. Her symptoms have been reasonably stable since her last visit on March 26. Her disability claim was denied because they felt that she could perform a sedentary job. She previously worked as a claims examiner. She continues to feel that she has had benefit with her bunionectomies. She was seen by Dr. Alexander's regarding her shoulder recently and he did an intra-articular steroid injection on the right with minimal improvement of her symptoms. She has previously had an arthroscopy by Dr. Melin. She has had some weight gain because of her decreased activity level of 9 pounds since her last visit. She has had some increased migraines recently that tend to respond to going to bed. She denies any recent fevers, rash, alopecia, ocular inflammation, sicca symptoms, oral ulcers, dry mouth, chest pain, shortness of breath, indigestion, diarrhea, or constipation. She would like to have a letter of appeal written to her insurance company to reinstate her disability.

**FAMILY HISTORY:** Reviewed and no change noted

**SOCIAL HISTORY:** Reviewed and no change noted

**PHYSICAL EXAM:** The patient is a well-developed, well-nourished white female in no acute distress. Blood pressure 129/94; pulse 64; weight 147 pounds, increased 9 pounds. HEENT-PERRL, EOMI; oropharynx without erythema or exudate; Heart-S1 S2 RRR; Lungs-clear to auscultation; Extremities-no edema; Skin-no rash; Musculoskeletal-there were Heberden's nodes bilaterally. There was decreased range of motion in the cervical spine in all planes. There was mild loss of range of motion in the right shoulder.

**IMPRESSION:**

1. Generalized osteoarthritis-The patient is stable on Celebrex and tramadol. She has been seen by her orthopedic surgeon Dr. Alruskinders and recently had a right shoulder steroid injection with minimal improvement of her symptoms. She will continue Celebrex and tramadol.
2. Osteopenia-The patient will continue calcium and vitamin D.
3. Ehlers-Danlos syndrome-The patient denies any problems from her recent bunionectomies.

**PLAN:**

1. Celebrex 200 mg #60 with 11 refills
2. A letter to appeal her disability denial will be written

**LINDA R. BELHORN, M.D.**

cc: Dr. Kallianos

---

Name: PIFER, REBECCA                           DOB: 07/02/1960                                    Date

LIN000748



**RALEIGH NEUROLOGY ASSOCIATES R.A.**

**Raleigh Neurology Associates, Durham**
4111 Ben Franklin Boulevard   Durham, NC 27704
(919) 719-8834  Fax: (919) 582-0528

October 3, 2012
Page 1
Chart Document

**Rebecca Pifer**
Female  DOB: ████/1960
294599

Home: (919) 620-7799

04/30/2012 - Office Visit: Neurology Visit - Adult
Provider: Bradley J Robottom MD
Location of Care: Raleigh Neurology Associates, Durham

**Neurology Visit**

REFERRAL SOURCE: Dr. Kallianos
PRIMARY MEDICAL DOCTOR: Dr. Kallianos

## History of Present Illness

   Rebecca Pifer is a left hand dominant 51 year old caucasian female from Bahama, NC., who is referred for consultation by Dr. Kallianos for numbness/tingling in hands - radiating to face, bladder/bowel incontinence.   History is provided by the patient.   She's had neurologic symptoms for more than a decade.   She previously saw Dr.Poplawski who had diagnosed her with probable peripheral neuropathy. It is been a number of years since she last saw him. Symptoms started with vertigo as well as numbness and tingling. She is recently had a general medical problems including rotator cuff surgery as well as bilateral bunion surgeries. Over the last several months she's noticed increasing shakiness of her hands as well as numbness and tingling in her hands. She says the tingling is bothersome. She gained some relief from gabapentin 600 mg twice per day. She has been losing her balance more often. She reports that her legs are also now "going numb". Over the last 4 months or so she's noticed some difficulty swallowing, primarily liquids. She has not had any frank choking episodes.

Medications reviewed:
Medications Updated:
Allergies Reviewed:
The patient has no known allergies.

## Social History

Patient is married.  Patient has 2 children.  Patient is disabled.

## Risk Factors

Tobacco use: current every day smoker
 Comments: socially.

The patient does not use drugs.  The patient has 1 drink(s) of caffeine per day.

## Family History

Anxiety/Depression/Psych Problems in the patient's mother, brother.
Cancer in the patient's father.
Cardiovascular Disease in the patient's father.
High Blood Pressure in the patient's mother.
Migraine in the patient's mother.

mother has normal pressure hydrocephalus  - maternal grandfather had GB, both father and brother have ehler's-danlos

LIN000749



## RALEIGH NEUROLOGY ASSOCIATES, P.A.

**Raleigh Neurology Associates, Durham**
4111 Ben Franklin Boulevard   Durham, NC 27704
(919) 719-6834  Fax: (919) 582-0528

October 3, 2012
Page 2
Chart Document

**Rebecca Pifer**
Female  DOB: ███/1990
294596

Home: (919) 620-7799

### Medical History

The patient has had prior surgeries.  bunionectomy both feet, rt shoulder arthroscopy, appendectomy, umbilical herniaThe patient also has a history of vertigo/dizziness, headaches,  migraine, psychiatric disease, osteoarthritis, ehlers-danlos syndrome

### Review of Systems

**General:** Complains of night sweats, fatigue.  Denies fevers, chills, weight change.
**Eyes:** Complains of blurring, diplopia.  Denies vision loss, eye pain, photophobia.
**Ears/Nose/Throat:** Complains of tinnitus, trouble swallowing.  Denies earache, hearing loss.
**Cardiovascular:**  Denies chest pain or tightness, swelling in legs, dyspnea on exertion, edema, palpitations.
**Respiratory:** Complains of shortness of breath.  Denies cough, wheezing, hemoptysis, difficulty breathing.
**Gastrointestinal:** Complains of nausea, diarrhea.  Denies abdominal pain, heartburn.
**Genitourinary:** Complains of urinary frequency.  Denies urinary hesitancy, dysuria, hematuria, sexual difficulty.
**Comments:** incontinence of Bowel and bladder
**Musculoskeletal:** Complains of joint pain, swelling, muscle stiffness, muscle cramps, decreased range of motion.
**Skin:** Complains of itching.  Denies rash, hypo or hyper pigmentation, dryness, photosensitivity.
**Psychiatric:** Complains of depression.  Denies homicidal ideation, suicidal ideation, hallucinations, paranoia, sleep disturbances.
**Endocrine:**  Denies cold intolerance, heat intolerance, polydipsia, polyphagia.
**Hemat/Lymphatic:** Complains of abnormal bruising.  Denies anemia, excessive bleeding, swollen lymph nodes.
**Allergic/Immunologic:**  Denies urticaria, persistent infections, seasonal allergies.

### Vital Signs

Blood Pressure:156/91mm Hg
Pulse: 77
RR: 18
Weight: 136 lbs
Height: 66 inches
BMI: 22.27

### General Appearance

The patient is normally developed, well nourished, and in no acute distress. The patient's affect is pleasant and cooperative.  right foot in protective boot

### Cardiovascular

Patient's carotid arteries are normal to palpation with no carotid bruits.

### Ophthalmoscopic / Fundi-Disc

LIN000750



**Raleigh Neurology Associates, Durham**
4111 Ben Franklin Boulevard   Durham, NC  27704
(919) 719-8834  Fax: (919) 582-0528

October 3, 2012
Page 3
Chart Document

**Rebecca Pifer**
Female  DOB: ████1963
204598

Home: (919) 520-7799

Examination of Fundi Disc shows no papilledema, hemorrhage, or exudate.

## Mental Status Exam
Patient is alert. Patient is oriented to time, place and person. Patient has normal attention and concentration. Patient's knowledge is intact for four well known facts. Patient has intact recent memory and normal remote memory. Patient has intact language.

## Cranial Nerves
Visual Fields are grossly intact by confrontation. Pupils are equal and reactive to light. EOM no abnormalities. Evaluation shows no abnormalities. Evaluation for Ptosis shows absent. Sensation is decreased sensation to all modalities bilaterally. Facial strength shows no weakness. Hearing is intact bilaterally. Palate is normal elevation in midline. Evaluation of the SCM shows no atrophy, normal strength bilaterally. Evaluation of the trapezius shows normal bulk, tone and strength 5/5. Tongue is midline with protrusion.

## Motor Strength
Strength in right upper extremities is normal strength, bulk and tone with no fasciculations. Strength in left upper extremities is decreased. Strength in right lower extremities is normal strength, bulk and tone with no fasciculations. Strength in left lower extremities is normal strength, bulk and tone with no fasciculations. question decreased finger abduction and extension in the left arm

## Motor - Other
Patient does not have atrophy.  Patient does not have fasciculations.  Patient does not have abnormal movements.  Patient has  postural tremor. Patient does not have bradykinesia.  Patient does not have pronator drift.  mild relatively symmetric bilateral postural = action tremor

## Gait
Patient's gait is and station are normal. Negative Romberg.

## Sensory
Light touch hypesthesia. Temp/pinprick reduced. Vibration / JPS is normal in all extremities.  reports decreased to temp/pp circumferentially in both arms as well as in the shoulders and scalp

## Coordination
Finger-to-nose testing shows no abnormalities. Heel-to-shin testing shows no abnormalities.

## Reflexes & Signs
DTR shows 3+ throughout and bilaterally equal. Babinski test shows no abnormalities.

## Tests Reviewed

Lab Results normal. cbc, bmp, tsh, b12.
MRI Brain <image> abnormal. mild scattered white matter changes, c/w small vessel ischemic changes, not typical for demyelination.

  

**LIN000751**



**RALEIGH NEUROLOGY ASSOCIATES, R.A.**

**Raleigh Neurology Associates, Durham**
4111 Ben Franklin Boulevard   Durham, NC  27704
(919) 719-8834  Fax: (919) 582-0529

October 3, 2012
Page 4
Chart Document

**Rebecca Pifer**
Female  DOB: ███████ 1960
204598

Home: (919) 620-7799

### Records Reviewed
Comments: Record from Dr Katsanos indicate that she has seen a neurologist in the past and was diagnosed with peripheral neuropathy and placed on gabapentin.  I do not have any additional records available.

### Assessment and Plan
**Impression:**
This 51-year-old woman with more than a decade of neurologic symptoms with recent worsening of numbness, paresthesias, tremor that are in a slightly unusual distribution. This could resemble the "cape" or "shawl" distribution that one can see with syringomyelia.  She does have fairly brisk reflexes as well though none that are pathologic. She has been told that she has cervical osteoarthritis. Taking all these things together, I think he would be reasonable to take a closer look at the cervical spine with an MRI. Additionally, I've asked her to have an EMG/NCS performed to further evaluate her loss of sensation. For control of symptoms of numbness, I've asked her to increase her gabapentin to 600 mg 3 times per day. I'll be seeing her back after her testing is performed.


Thank you for allowing me to participate in your patient's care,

Sincerely,

Bradley Robottom, M.D.
Raleigh Neurology Associates


I appreciate the opportunity to have consulted in Rebecca Pifer's care, and I look forward to collaborating care with you.
**New Problems:**
CERVICALGIA ICD-723.1
DISTURBANCE OF SKIN SENSATION ICD-782.0




**Updated Medication List:**
CELEBREX 200 MG CAPS (CELECOXIB) BID
EFFEXOR XR 75 MG XR24H-CAP (VENLAFAXINE HCL) q am
GABAPENTIN 600 MG TABS (GABAPENTIN) take 1 po tid
TRAMADOL HCL 50 MG TABS (TRAMADOL HCL) q 6 hrs PRN
TRAZODONE HCL TABS (TRAZODONE HCL TABS)




**New Orders:**
**Tests:**

LIN000752



**RALEIGH NEUROLOGY ASSOCIATES, P.A.**

**Raleigh Neurology Associates, Durham**
4111 Ben Franklin Boulevard   Durham, NC  27704
(919) 719-8834  Fax: (919) 582-0528

October 3, 2012
Page 5
Chart Document

**Rebecca Pifer**                                                         Home: (919) 620-7799
Female  DOB: [ ] 1950
294598

1. NCS/EMG (NCS/EMG); By:  (Neuro Lab); Instr: Lt Arm:    NCS:  x          Rt Arm:   NCS: x
          EMG:  x                         EMG:

Lt Leg:  NCS:              Rt Leg:   NCS: x
         EMG:                         EMG:

Blink:
Repetitive Stim:
R-R Interval:

Evaluate For:  neuropathy, radic. sensory changes in both arms and face.  ?weakness in left arm; Dx:
[ICD-723.1] CERVICALGIA; [ICD-782.0] DISTURBANCE OF SKIN SENSATION
2. Follow Up Visit [FUV]; By:  (RNA Physician); Instr: F/U after testing; Dx: [ICD-723.1] CERVICALGIA;
[ICD-782.0] DISTURBANCE OF SKIN SENSATION

Referrals:
1. MRI C-spine w/o contrast [MRI Cspine w_o]; Start: 05/09/2012; Dur: 1 week(s); Instr: Rule In/Out:
cervical stenosis, syrinx. sensory changes in cape distribution, brisk reflexes

Is patient Age >60 or 59< with these 2 DX- DM/Dialysis;smoker: DX HTN; chemo hx renal?: no

Were sedation/anti anxiety meds prescribed?: no

Additional Instructions:; Dx: [ICD-723.1] CERVICALGIA; [ICD-782.0] DISTURBANCE OF SKIN
SENSATION


Signed by Bradley J Robottom MD on 04/30/2012 at 2:36 PM
_____

LIN000753

Generated on May 01, 2012     Provider: Louis C. Almekinders MD
Patient: REBECCA PIFER     DOB: ████1960    IDX# : S75367 NG# :    43264

## THE INFORMATION BELOW HAS BEEN PULLED FROM OUR RECORDS. PLEASE REVIEW IT AND MAKE CORRECTIONS IN THE MARGIN OR SIGN THAT THE INFORMATION PRESENTED IS ACCURATE.

Your address:
9719 ROUGEMONT RD.
BAHAMA, NC 27503

Your contact phone numbers:
Home: 9196207799
Work: 9195978606
Alt:

Primary Care Physician: John Kallianos, MD
Referring Physician: , MD
Preferred Pharmacy: Kroger 9192206766

Medical Condition
Osteoarthritis, Depression, Osteopenia, Ehlers-Danlos Syndrome

| Surgical Procedure | Year Performed |
|---|---|
| Bilateral bunionectomy | 2011 |
| "Right arthroscopy" | 2011 |

Medications reported by you on your medical history form.

| Medication | Dose |
|---|---|
| Celebrex | |
| Tramadol Hcl | |
| Effexor Xr | |
| Multivitamin | |
| Neurontin | |
| Trazodone Hcl | |

Allergies reported by you on your medical history form.

| Allergies | Comment |
|---|---|
| Adhesive Tape | |

The medical history listed above is accurate and complete- _____

                                                         Signature

LIN000754

3C331120042

**MRN #** : S75367
**Patient:** REBECCA PIFER

**Date:** 05/01/2012 10:00 AM
**DOB:** ▮▮▮1960
North Carolina Orthopaedic Clinic
**Provider:** Louis C. Almekinders MD

**CHIEF COMPLAINT:** Patient complains of constant, pain, stiffness in the right shoulder.

## HISTORY OF PRESENT ILLNESS

REBECCA complains of constant, pain, stiffness in the right shoulder. The onset was gradual w/o injury about 1.5 Years ago.   She has been treated by another local orthopaedic surgeon and is here today for another opinion. The shoulder symptoms are aggravated by most movements/activities. She states she has been unable to work for over a year due to the fact that rotational movements of the shoulder at the keyboard/mouse are too painful.  The symptoms are relieved by rest, pain medicine, NSAIDS. The patient has tried Celebrex, with mild improvement, Ultram, with improvement. She has had physical therapy (before & after surgery) with no change. X-rays, MRI for this problem (prior to surgery). The patient has had arthroscopic surgery with repair of small subscap tear and biceps tenotomy in May 2011.  She states her pain was improved while wearing her post-op immobilizer, but returned as soon as she began PT. She has not had any injections in the shoulder, either before or after surgery.

## PATIENT PAST MEDICAL, SOCIAL, FAMILY HISTORY
### Patient Medical History:
Medical Condition
Osteoarthritis, Depression, Osteopenia, Ehlers-Danlos Syndrome

| Surgical Procedure | Year Performed |
|---|---|
| Bilateral bunionectomy | 2011 |
| "Right arthroscopy" | 2011 |

| Medication | Dose |
|---|---|
| Celebrex | |
| Tramadol Hcl | |
| Effexor Xr | |
| Multivitamin | |
| Neurontin | |
| Trazodone Hcl | |

| Allergies | Comment |
|---|---|
| Adhesive Tape | |

### Patient Social History
Occupation: Dental Analyst
Employed By: BCBSNC
Disability Status: Disabled
Children: 1 Daughters 1 Sons
Tobacco: Reported usage -Cigarettes
Alcohol: Reported usage -a variable amount socially.

1/ LIN000755

3C331120042

MRN # : S75367
Patient: REBECCA PIFER

Date: 05/01/2012 10:00 AM
DOB: ▓▓▓1960
North Carolina Orthopaedic Clinic
Provider: Louis C. Almekinders MD

Drugs: Patient denies illicit drug usage.

## Family Medical History:

| Family Member | Disease Detail |
|---|---|
| Brother | Depression, Ehlers-Danlos Syndrome |
| Father | Heart Disease, Ehlers-Danlos Syndrome |
| Father | Arthritis, Colon Cancer, Prostate Cancer, Heart Attack |
| Mother | Depression, Hypertension |

## REVIEW OF SYSTEMS

Constitutional: Positive for fatigue, insomnia weight gain, weakness, night sweats.
HEENT: Positive for headaches, diplopia, blurry vision, hearing loss, vertigo, tinnitus, dysphagia,
Respiratory: Positive for . dyspnea
Cardiovascular: Positive for Syncope
Gastrointestinal: Positive for nausea, diarrhea.
Genitourinary: Positive for frequency, urgency, Incontinence
Neuro | Psychiatric: Positive for lightheadedness / dizziness, tremors paresthesia(s) incoordination gait disturbance memory
loss
psychiatric/emotional depressed mood,
Metabolic | Endocrine: Positive for heat intolerance,
Immunology: Positive for contact dermatitis.

## PHYSICAL EXAM
### Vital Signs

| Pain Score | Systolic | Diastolic | Pulse | Resp. | Temp. | Height | Weight | BMI Index |
|---|---|---|---|---|---|---|---|---|
| 7/10 | | | | | | 66.00 | 138.00 | 22.27 |

General/Constitutional: No apparent distress. Well nourished, well developed.

## MUSCULOSKELETAL EXAM

### Shoulder Evaluation

| Inspection | Right Shoulder | Left Shoulder |
|---|---|---|
| Atrophy: | Present | |
| Rhythm: | Normal | |
| Position: | Normal | |
| Ecchymosis: | Negative | |

| Palpation | Right Shoulder | Left Shoulder |
|---|---|---|
| Max Tenderness: | Diffuse | |

| Stability | Laxity | Right Shoulder | Left Shoulder |
|---|---|---|

2 / LIN000756

**MRN # : S75367**
**Patient: REBECCA PIFER**

**Date: 05/01/2012 10:00 AM**
**DOB:** ▮▮▮▮1960
North Carolina Orthopaedic Clinic
**Provider: Louis C. Almekinders MD**

| Ant Translation: | Negative |
| Post Translation: | Negative |
| Inf Translation: | Negative |
| Ant Apprehension: | Painful |

| **Biceps Tendon** | | **Right Shoulder** | **Left Shoulder** |

Other:

| **Rotator Cuff** | **Right Shoulder** | **Left Shoulder** |
|---|---|---|
| Neer's: | Positive | |
| Hawkin's: | Positive | |
| Cross Body: | Negative | |
| Belly Press: | Negative | |

| **Strength Tests** | **Right Shoulder** | **Left Shoulder** |
|---|---|---|
| Supraspinatus: | Normal | |
| Ext Rotation: | Normal | |

**Range of Motion**

| Shoulder | Right- Active | Right- Passive | Left- Active | Left- Passive |
|---|---|---|---|---|
| Flexion | 180 degrees | | 180 degrees | |
| Ext Rotation 0 | 50 degrees | | 55 degrees | |
| Int Rotation 0 | L5 degrees | | T7 degrees | |

## IMAGING

The x-ray(s) were indicated due to pain.

**Orders:** Right Shoulder: X-RAY EXAM OF SHOULDER - min. 2 views
**Results:** There are mild degenerative changes/osteophyte formation at the inferior glenohumeral joint. Acromio-humeral distance is preserved.

## ASSESSMENT

| Diagnosis | Code |
|---|---|
| Osteoarthritis shoulder region | 715.11 |

**PLAN** Right Shoulder

There is a possibility that she re-tore (or never healed) her subscap repair, though with the small size of the original tear noted on op report (5x5 mm), do not believe it's likely this is causing a great deal of her pain. It is quite possible that pain is related to degenerative changes in the shoulder seen on xray. Discussed and performed glenohumeral joint injection today for therapeutic and diagnostic purposes. Would like to see her back in 2-3 weeks to assess response to injection and discuss the next step in treatment based on the result.

Case 1:22-cv-00186-WO-JLW    Document 21-1    Filed 10/24/22    Page 757 of 763

3C331120042

MRN # : S75367
Patient: REBECCA PIFER

Date: 05/01/2012 10:00 AM
DOB: ████1960
North Carolina Orthopaedic Clinic
Provider: Louis C. Almekinders MD

## PROCEDURES
### Shoulder Aspiration / Injection
The right GH joint area was cleansed using sterile technique. An 25 gauge needle is used. The site is injected with 1ml Depo Medrol 40, 5ml Lidocaine. Patient is instructed to relative rest, may apply ice to the area for 15 minutes per hour as necessary, use OTC analgesics Q4 hours for symptomatic relief. The procedure was tolerated well, with no adverse reactions observed or reported by the patient.

## DISPOSITION
Return to office in 3Week(s)

*Nicle Hofman*

Nicole M. Graf, PA-C

*Louis C. Almekinders*

Louis C. Almekinders MD
Duke University- Department of Orthopaedic Surgery
Private Diagnostic Clinic

Electronically approved and signed by Louis C. Almekinders MD- 05/01/2012 12:26 PM

CC:
John Kallianos, MD

LIN000758

# Behavioral Medical Interventions

6600 France Ave S
Suite 245
Edina, MN  55435

Voice: 952-927-0184

# INVOICE

Invoice Number: 12-13784
Invoice Date: Nov 26, 2012
Page: 1

**Bill To:**

Liberty Mutual - NC
Rhonda B. Eubanks
PO Box 49470
Charlotte, NC  28277

| Payment Terms | Client / Claim Number / Policy Number | Due Date |
|---|---|---|
| Net 30 Days | Rebecca L. Pifer | 12/26/12 |

| Description |
|---|
| Claim #4087659 |
| File review, three provider contacts, report by Dr. Howard Blank, rheumatologist |

Late payments will be assessed a 1.5%
monthly finance charge.

| TOTAL | 942.50 |
|---|---|

BMI Holdings, LLC Tax ID: 27-3249812

**LIN000759**



**BMI**
**Building Bridges to Productivity**

*6600 France Avenue South, Suite 245*
*Edina, Minnesota 55435*
*P: 952-927-0184*
*F: 952-927-7147*
*Office@BehavioralMedical.com*

November 21, 2012

**\*\*CONFIDENTIAL\*\***


Rhonda Eubanks                                          Re: Rebecca Pifer
Liberty Mutual                                          Claim: 4087659
PO Box 49470                                            BMI File No: 12-13784
Charlotte, NC 28277                                     DOB: ▮▮1960

Dear Ms. Eubanks:

Thank you for the referral of the file on Rebecca Pifer for the purpose of file review and provider contact.  Services have been completed on this file, and below is a summary of findings and conclusions.  Specific questions you have asked are addressed at the end of this report.

**<u>Background Information</u>**
The available information indicates Rebecca Pifer is a 52-year-old female with a disability onset date of 1/31/11. The claimant worked at Blue Cross & Blue Shield of North Carolina.  Her reported diagnosis is osteoarthrosis, unspecified.  The treating providers are listed as Linda R. Belhorn, MD, Rheumatology, Bradley J. Robottom, MD, Neurology and John A. Kallianos, MD, Internal Medicine, Pediatrics.

**<u>Records Review</u>**

**What follows is an outline of the records reviewed to prepare for this report:**

1.  **Attending Physician Statements completed by:**
    a.  **William Mallon, MD, Orthopaedic, dated 8/25/11 and 11/21/11**
    b.  **J. Barry Johnson, DPM, Podiatric Surgery, dated 10/12/11 through 3/23/12**
    c.  **Linda R. Belhorn, MD, Rheumatology, dated 3/29/12 and 9/10/12**
    d.  **John A. Kallianos, MD, Internal Medicine, Pediatrics, dated 4/5/12 through 10/10/12**
2.  **Progress Notes, Correspondence, and/or Consultations completed by:**
    a.  **Paul H. Wright, MD, Orthopedic, dated 12/21/10 through 4/21/11**
    b.  **Dr. Kallianos, dated 12/22/10 through 3/13/12**
    c.  **Multiple Providers at Stewart Physical Therapy Clinic, Inc., dated 1/20/11 through 4/27/11**
    d.  **Dr. Belhorn, dated 3/16/11 through 9/10/12**
    e.  **Multiple Providers at Triangle Orthopaedic Associates, PA, dated 4/28/11 through 10/17/11**

**LIN000760**

      **f. Dr. Johnson, dated 7/7/11 through 3/30/12**
      **g. Bradley J. Robottom, MD, Neurology, dated 4/30/12 and 10/31/12**
      **h. Multiple Providers at North Carolina Orthopaedic Clinic, dated 5/1/12**

3. **Hospitalization Records and/or Operative Reports completed at:**
   a. **North Carolina Specialty Hospital, dated 5/27/11**
   b. **Piedmont Surgical Center, dated 8/24/11 and 12/28/11**
4. **Diagnostics**
5. **Labs**
6. **Peer Review and Related Correspondence completed by Robert L. Waltrip, MD, dated 12/15/11 and 12/16/11**
7. **Occupational Analysis completed by Monica Brooker, MS, CRC, QRP, dated 3/16/12**
8. **Employee Statements**
9. **Job Description and/or Occupational Demands**
10. **Social Security Administration Documents**
11. **Client Documents**
12. **Miscellaneous Documents**
13. **Duplicate Documents**
14. **Authorization**

**<u>Provider Contact with Linda R. Belhorn, MD, Rheumatology</u>**
Please refer to the attached confirmatory letter.

**<u>Provider Contact with Bradley J. Robottom, MD, Neurology</u>**
Please refer to the attached confirmatory letter.

**<u>Provider Contact with John A. Kallianos, MD, Internal Medicine, Pediatrics</u>**
Dr. John Kallianos' office was contacted on five occasions but provider contact could not be completed. On 11/13/12 at 10:55 AM a voice mail was left to return my call, on 11/14/12 at 1:50 PM the office was closed for lunch, at 2:20 PM Dr. Kallianos was busy seeing patients, on 11/15/12 at 1:35 PM a voice mail was left to return my call and on 11/16/12 at 12:50 PM a message was left with Sylvia to have Dr. Kallianos return my call.

**<u>Summary</u>**
All of the above listed records have been reviewed. Ms. Rebecca Pifer is a 52 year old female with Ehlers Danlos Syndrome complicated by the development of osteoarthritis involving primarily the hands, right shoulder, cervical spine and feet. She required arthroscopic surgery on the right shoulder on 5/27/11 for a partial tear of the rotator cuff which resulted in partial improvement but symptoms worsened in 2012 requiring repeat intra-articular injections. She underwent bilateral corrective orthopedic surgery on her feet, 8/24/11 on the left and 12/28/11 on the right. Her last follow-up with her surgeon, J. Barry Johnson, D.P.M., was on 3/20/12. She is

**LIN000761**

presently under the care of Linda Belhorn, M.D., a rheumatologist, for management of her joint pains.  Presently she is taking Celebrex and Tramadol with partial relief.  The claimant has also complained of paresthesias primarily involving the hands with radiation to the face.  Evaluation by Bradley Robottom, M.D., a neurologist, was essentially unremarkable.  An MRI of the cervical spine and an EMG were ordered but not performed.  A diagnosis was not made and there was no follow up.  The claimant is taking gabapentin.

**Questions**

1. **Provide a description of the claimant s impairments, if any, and outline how any impairment translates to restrictions and limitations. Please include the expected duration for any supported restrictions.**

   The claimant's impairments include Ehlers Danlos Syndrome with associated osteoarthritis involving the cervical spine, right shoulder, hands and feet as well as a right shoulder rotator cuff tear status post surgical correction.  Additionally, she is status post corrective surgery for both feet.  Standing and walking are both limited to approximately 10 minutes at a time with a total of 30 minutes per eight hour work day.  There is limited use of the right upper extremity due to the right shoulder arthritis, primarily as a result of pain.  Fine manipulation of the fingers is limited to occasional as a result of the osteoarthritis and repetitive use of the hands should be avoided.  Neck rotation, flexion and extension is also limited to occasional.  Lifting up to 10 pounds with the left upper extremity only is limited to occasional.  All of the noted restrictions and limitations are of a permanent nature.

2. **Please clarify whether or not the claimant has a co-morbid diagnosis that is impacting the impairment.**

   Osteoarthritis is a common complication of Ehlers Danlos Syndrome.  The right shoulder rotator cuff tear is also most likely a complication of the Ehlers Danlos.  There are no other significant co-morbid conditions.

3. **Does the medical evidence support any side effects from the prescribed medications? If yes, please provide the supported impairments and outline how any impairment affects functional capacity.**

   There is no evidence in the provided records to suggest any medication side effects are playing any role in the claimant's functional capacity.

4. **Please review the treatment plan. Please indicate whether or not it is consistent with the current standard of care. If not, please provide evidence based documentation to**

**LIN000762**

**support your opinion.**

The present treatment regimen is consistent with the current standard of care.

Thank you for the opportunity to provide services on this file.  If you need any further assistance, please do not hesitate to call.

Sincerely,

Howard Blank, MD
Board Certified Rheumatologist
Board Certified Internal Medicine
Florida License #ME105924

*All conclusions are advisory only and based upon the best professional judgment of the reviewer, considering all the data available at this time.  This report is not intended as a recommendation regarding any decision on a claim.  All opinions and conclusions are based on a reasonable degree of professional judgment, as absolute predictions are not possible.  There is no doctor/provider-patient treatment relationship, and this author did not personally examine the claimant.*

**LIN000763**