

6600 France Avenue South, Suite 245
Edina, Minnesota 55435
P: 952-927-0184
F: 952-927-7147
Office@BehavioralMedical.com

# Confidential Fax

| | | | |
|---|---|---|---|
| **Date:** | November 21, 2012 | **Claim #:** 4087659 | |
| **To:** | Linda R. Belhorn, MD | **Fax:** 919-226-2627 | |
| **Document:** | Confirmatory Letter | **Phone:** 919-220-5306 | |
| **From:** | Tracy Kennedy, ext. 2634 | | |
| **Regarding:** | Rebecca Pifer | **DOB:** ▮1960 | |
| **Copy To:** | Rhonda Eubanks at 603-334-0380 | | |

Number of Pages (including cover sheet): 3

**FAX COVER SHEET WARNING**

The information contained in this letter is intended only for the personal and confidential use of the recipient(s) named above. This message may be a communication of which and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by phone and return the original to us by mail. Thank you.

**LIN000764**


**BMI**

**Building Bridges to Productivity**

6600 France Avenue South, Suite 245
Edina, Minnesota 55435
P: 952-927-0184
F: 952-927-7147
Office@BehavioralMedical.com

November 21, 2012

**CONFIDENTIAL**

Linda R. Belhorn, MD
Fax:  919-226-2627

Re: Rebecca Pifer
Claim No:  4087659
DOB: ████1960

Dear Dr. Belhorn:

Thank you for taking the time to discuss your patient, Rebecca Pifer, with me.  The following is a summary of our conversation on 11/20/12 at 2:40 PM EST.  Please review it, make any comments or corrections you might have, and sign and fax this letter back to me.  **A response is respectfully requested within <u>five</u> business days from the date of this letter.  If you do not respond, I will conclude that this letter is an accurate representation of our conversation.**

Ms. Pifer is a 52 year old female with Ehlers Danlos Syndrome with secondary osteoarthritis primarily involving the cervical spine, right shoulder, hands and feet.  She has undergone arthroscopic surgery of the right shoulder as well as corrective surgery in both feet.  She is presently being treated primarily with Celebrex and Tramadol for her joint pains.  On physical examination the claimant exhibits loss of range of motion in the right shoulder and neck and Heberden's nodes in both hands along with deformities in both feet.  You opined that Ms. Pifer in not capable of returning to gainful employment even on a part time sedentary basis.  You stated that use of the right upper extremity is limited due to her shoulder arthritis and repetitive use of the hands is significantly limited as a result of her osteoarthritis.  Both ambulation and standing are also significantly limited as a result of the arthritis involving her feet.  You believe that the claimant is capable of performing personal ADLs but not activities such as house cleaning or shopping.  You were unable to offer an opinion as to specific limitations of Ms. Pifer's impairments such as length of time standing or walking.  Finally, you believe the claimant's limitations and restrictions are of a permanent nature.

Again, I appreciate the opportunity to discuss Rebecca Pifer with you.

Sincerely,

*Howard Blank MD*

Howard Blank, MD
Board Certified Rheumatologist
Board Certified Internal Medicine
Florida License #ME105924

**LIN000765**

***Please Complete and Fax to Confidential Fax: 952-927-7147***

I have read the above and agree that it is an accurate representation of our conversation and my assessment of my patient, Rebecca Pifer.

Additional comments:

_____          _____
Linda R. Belhorn, MD                                      Date

**LIN000766**

**n0149029**

| | |
|---|---|
| **From:** | Eubanks, Rhonda |
| **Sent:** | Friday, November 16, 2012 2:51:59 PM |
| **To:** | 'Emily Moilanen' |
| **Subject:** | RE: Pifer, R. |

Emily,

That will be fine.

Thank you!

**From:** Emily Moilanen [mailto:emily.moilanen@behavioralmedical.com]
**Sent:** Friday, November 16, 2012 2:28 PM
**To:** Eubanks, Rhonda
**Subject:** Pifer, R.

Pifer, R.

4087659

Good afternoon Rhonda,

The reviewer on this case let me know that the AP, Dr. Belhorn, is out of the office until early next week. Our reviewer feels that this contact is very important to his opinion. We would like to extend the due date to allow for more attempts to Dr. Belhorn. Factoring in the Thanksgiving holiday, we would like to request a due date extension of 11/27. Can you approve?

**Emily Moilanen**

**LIN000767**

**Client Service Representative**

**Behavioral Medical Interventions (BMI)**

6600 France Ave. S., Suite 245

Edina, MN 55435

Direct: 952-641-0643

Fax: 952-927-7147

emily.moilanen@behavioralmedical.com

www.behavioralmedical.com

**CONFIDENTIALITY NOTICE:** This message is intended for the sole use of the individual and entity to whom it is addressed, and may contain information that is private, privileged, confidential, and exempt from disclosure under applicable law.

Any unauthorized review, use, disclosure, or distribution of this e-mail message, including any attachment, is prohibited.   If you are not the intended recipient, please advise the sender by reply email, or forward to Office@BehavioralMedical.com, and destroy all copies of the original message.

**LIN000768**



# FAX TRANSMISSION

**To:**

**From:**

**Subject:**  Regarding: Rebecca Pifer

**Message:**

Regarding: Rebecca Pifer
ID No.: 4087659
DOB: ███ 1960

Attached is the response received from the treating provider on the above-named person. Thank you.

Behavioral Medical Interventions (BMI)
6600 France Ave. S., Suite 245
Edina, MN 55435
(952)927-0184
(952)927-7147
referral@behavioralmedical.com

**CONFIDENTIALITY NOTICE:** This message is intended for the sole use of the individual and entity to whom it is addressed, and may contain information that is private, privileged, confidential, and exempt from disclosure under applicable law.

Any unauthorized review, use, disclosure, or distribution of this e-mail message, including any attachment, is prohibited. If you are not the intended recipient, please advise the sender by reply email, or forward to Office@BehavioralMedical.com, and destroy all copies of the original message.



**Company Name**
Address
Tel: Fax:
Email: Website:

This fax was sent by GFI FAXmaker for Exchange

**LIN000769**

# RALEIGH NEUROLOGY ASSOCIATES, P. A.

**Neurology -- Adult and Pediatric | EEG | Nerve Conduction Studies | Evoked Potential Studies | Sleep Studies
Injection / Infusion Treatments | Pain Management**

**Raleigh Neurology Associates, P.A.
1540 Sunday Drive
Raleigh, NC 27607**

**www.raleighneurology.com**

Phone: 919-782-3456          Fax: 919-783-1441

## FAX COVER SHEET

The information contained in this facsimile is privileged and protected by law. It is to be used solely by the addressee. Should the reader of this information not be the intended recipient, the employee or agent responsible for delivering it to the intended recipient, then the reader is hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited by law. If you have received this fax in error, please notify the person listed below immediately by phone and return the original by mail to the sender at the above address.

To:
Fax Number:          19529277147

From:          Emily Gobble

Date:          November 14, 2012
Total Pages:          5
Subject:          2012_11_14_13_40_25.pdf

Memo:

LIN000770



**BMI**
**Building Bridges to Productivity**

6600 France Avenue South, Suite 245
Edina, Minnesota 55435
P: 952-927-0184
F: 952-927-7147
Office@BehavioralMedical.com

# Confidential Fax

| | | | |
|---|---|---|---|
| **Date:** | November 13, 2012 | **Claim #:** | 4087659 |
| **To:** | Bradley J. Robottom, MD | **Fax:** | 919-781-9756 |
| **Document:** | Confirmatory Letter | **Phone:** | 919-719-8834 |
| **From:** | Tracy Kennedy, ext. 2634 | | |
| **Regarding:** | Rebecca Pifer | **DOB:** | 7-02-1960 |
| **Copy To:** | Rhonda Eubanks at 603-334-0380 | | |

Number of Pages (including cover sheet): 3

**FAX COVER SHEET WARNING**

The information contained in this letter is intended only for the personal and confidential use of the recipient(s) named above. This message may be a communication of which and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by phone and return the original to us by mail. Thank you.

**LIN000771**

LIN000772



**BMI**

**Building Bridges to Productivity**

6600 France Avenue South, Suite 245
Edina, Minnesota 55435
P: 952-927-0184
F: 952-927-7147
Office@BehavioralMedical.com

November 13, 2012

**\*\*CONFIDENTIAL\*\***

Bradley J. Robottom, MD
Fax: 919-781-9756

Re: Rebecca Pifer
Claim No: 4087659
DOB: ████ 1960

Dear Dr. Robottom:

Thank you for taking the time to discuss your patient, Rebecca Pifer, with me. The following is a summary of our conversation on 11/13/12 at 10:45 am. Please review it, make any comments or corrections you might have, and sign and fax this letter back to me. **A response is respectfully requested within _five_ business days from the date of this letter. If you do not respond, I will conclude that this letter is an accurate representation of our conversation.**

In summary, you have seen Ms. Pifer on only one occasion, 4/30/12. On that occasion, the claimant complained of multiple paresthesias involving the upper extremities as well as hand tremors. On physical examination, you noted sensory findings in an unusual distribution, circumferentially in the upper extremities as well as the shoulders and scalp. There were no significant motor findings. In your opinion, you felt the findings were unlikely to be caused by a peripheral neuropathy but a central process such as a myelopathy could not be ruled out. You ordered both an MRI of the cervical spine and an EMG but to the best of your knowledge, neither of these studies has been performed. With the currently available information, you are unable to determine a cause for Ms. Pifer's neurologic complaints.

Again, I appreciate the opportunity to discuss Rebecca Pifer with you.

Sincerely,

*Howard Blank MD*

Howard Blank, MD
Board Certified Rheumatologist
Board Certified Internal Medicine
Florida License #ME105924

**LIN000773**

Bradley J. Robottom, MD
November 13, 2012

Re: Rebecca Pifer
Page 3 of 3

---

**Please Complete and Fax to Confidential Fax:  952-927-7147**

I have read the above and agree that it is an accurate representation of our conversation and my assessment of my patient, Rebecca Pifer.

Additional comments:




_____          _____
Bradley J. Robottom, MD                   Date  11/14/12

---

**LIN000774**



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1744

November 9, 2012

Rebecca Pifer
9719 Rougemont Rd.
Bahama, NC 27503

RE:     Disability Benefits
        Blue Cross & Blue Shield of NC
        Claim #: 4087659

Dear Ms. Pifer:

On November 7, 2012, we received a copy of your Social Security Administration "Notice of Award".

As we have discussed, Blue Cross & Blue Shield of NC's disability Policy requires us to reduce your disability benefits by the amount of income you receive from other sources, including Social Security.  Specifically, the plan states:

***Other Income Benefits*** *means:*

*The amount of Disability and/or Retirement Benefits under the United States Social Security Act, the Canada Pension Plan, the Quebec Pension Plan, or any similar plan or act, which:*

   a.  *the Covered Person receives or is eligible to receive; and*
   b.  *his spouse, child or children receives or are eligible to receive because of his Disability; or*
   c.  *his spouse, child or children receives or are eligible to receive because of his eligibility for retirement benefits.*

As you know, during the time it took Social Security to make its decision, Liberty has paid you full disability benefits.  In effect, we advanced you the money we expected Social Security would ultimately pay, and you signed an agreement to repay the advance upon receiving Social Security benefits.  Your award notice indicates both the monthly Social Security benefit you will receive, and your retroactive benefit award.

Accordingly,

   1.  We will begin reducing your benefit from Liberty to offset your monthly Social Security benefits.

**LIN000775**

2. You must repay **any** overpayment immediately. We strongly suggest you set aside your retroactive payment from Social Security to repay this obligation. Upon receipt of all documentation, a member of our Claims Recovery Services unit will provide you with a written calculation of any overpayment due Please contact that representative should you have any questions regarding the financial reconciliation of your claim.

As always, please call me if you have any questions.

Sincerely,

*Brook Eubanks*

Rhonda Brook Eubanks
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 14228
Secure Fax No.: (603) 430-1744

**LIN000776**

# Social Security Administration
# Retirement, Survivors and Disability Insurance
Notice of Award

Office of Central Operations
1500 Woodlawn Drive
Baltimore, Maryland 21241-1500
Date:  November 2, 2012
Claim Number:  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HA

REBECCA L PIFER
9719 ROUGEMONT ROAD
BAHAMA, NC 27503

You are entitled to monthly disability benefits beginning July 2011.

## The Date You Became Disabled

We found that you became disabled under our rules on January 28, 2011.

However, you have to be disabled for 5 full calendar months in a row before you can be entitled to benefits.  For these reasons, your first month of entitlement to benefits is July 2011.

## What We Will Pay And When

- You will receive $23,088.00 around November 8, 2012.

- This is the money you are due for July 2011 through October 2012.

- Your next payment of $1,838.00, which is for November 2012, will be received on or about the second Wednesday of December 2012.

- After that you will receive $1,838.00 on or about the second Wednesday of each month.

- These and any future payments will go to the financial institution you selected.  Please let us know if you change your mailing address, so we can send you letters directly.

- Later in this letter, we will show you how we figured these amounts.

- The day of the month you receive your payments depends on your date of birth.

See Next Page

LIN000777



## Your Benefits

The following chart shows your benefit amount(s) before any deductions or rounding. The amount you actually receive(s) may differ from your full benefit amount. When we figure how much to pay you, we must deduct certain amounts, such as Medicare premiums. We must also round down to the nearest dollar.

| Beginning Date | | Benefit Amount | Reason |
|---|---|---|---|
| July | 2011 | $1,774.20 | Entitlement began |
| December | 2011 | $1,838.00 | Cost-of-living adjustment |

## Information About Representative's Fees

We have approved the fee agreement between you and your representative.

Your past-due benefits are $27,250.00 for July 2011 through September 2012. Under the fee agreement, the representative cannot charge you more than $6,000.00 for his or her work. The amount of the fee does not include any out-of-pocket expenses (for example, costs to get copies of doctors' or hospitals' reports). This is a matter between you and the representative.

## How To Ask Us To Review The Determination On The Fee Amount

You, the representative or the person who decided your case can ask us to review the amount of the fee we say the representative can charge.

If you think the amount of the fee is too high, write us within 15 days from the day you get this letter. Tell us that you disagree with the amount of the fee and give your reasons. Send your request to this address:

Social Security Administration
Office of Disability Adjudication and Review
Attorney Fee Branch
5107 Leesburg Pike
Falls Church, Virginia 22041-3255

The representative also has 15 days to write us if he or she thinks the amount of the fee is too low.

If we do not hear from you or the representative, we will assume you both agree with the amount of the fee shown.

## Information About Past-Due Benefits Withheld To Pay A Representative

Based on the law, we must withhold part of past-due benefits to pay an appointed representative. We cannot withhold more than 25 percent of past-due benefits to pay an authorized fee. We withheld $6,000.00 from your past-due benefits to pay the representative.

We are paying the representative from the benefits we withheld. Therefore, we must collect a service charge from him or her. The service charge is 6.3



LIN000778

percent of the fee amount we pay, but not more than $86, which is the most we can collect in each case under the law. We will subtract the service charge from the amount payable to the representative.

The representative cannot ask you to pay for the service charge. If the representative disagrees with the amount of the service charge, he or she must write to the address shown at the top of this letter. The representative must tell us why he or she disagrees within 15 days from the day he or she gets this letter.

## Other Social Security Benefits

The benefit described in this letter is the only one you can receive from Social Security. If you think that you might qualify for another kind of Social Security benefit in the future, you will have to file another application.

## Your Responsibilities

The decisions we made on your claim are based on information you gave us. If this information changes, it could affect your benefits. For this reason, it is important that you report changes to us right away.

We have enclosed a pamphlet, "What You Need To Know When You Get Social Security Disability Benefits". It will tell you what must be reported and how to report. Please be sure to read the parts of the pamphlet which explain what to do if you go to work or if your health improves.

A vocational rehabilitation or employment services provider may contact you to help you in going to work. The provider may be from a State agency or work under contract with Social Security.

If you go to work, we have special rules that let us continue your cash payments and health care coverage. To learn more about how work and earnings affect disability benefits, visit our website at www.socialsecurity.gov/work/. You may also call or visit any Social Security office to ask for the following publications:

- Social Security - Working While Disabled...How We Can Help (SSA Publication No. 05-10095).

- Social Security - If You Are Blind--How We Can Help (SSA Publication No. 05-10052).

## Your Benefits May Be Taxed

You may have to pay taxes on the benefits you get from us. Part of your Social Security benefits may be taxed if:

- you are single and your total income is more than $25,000 or
- you are married and you and your spouse have total income of more than $32,000.

LIN000779

You can decide if you want to have federal taxes withheld from your benefits. If you want taxes withheld, you need to complete and return a Form W-4V, Voluntary Withholding Request. You can get Form W-4V from the Internal Revenue Service by calling 1-800-829-3676. You can also get this form at www.ssa.gov/planners/taxwithold.htm on our website. After you complete and sign the form, return it to your local Social Security office by mail or in person.

You can find more information on paying taxes in the enclosed pamphlet, "What You Need to Know When You Get Retirement or Survivors Benefits".

## Other Information

We are sending a copy of this notice to DANIELLE HOPPE ELDRED.

## Do You Disagree With The Decision?

This action results from reconsideration of your claim and replaces our previous determination.

If you think we are wrong, you have the right to request a hearing. At the hearing, a person who has not seen your case before will look at it. That person is an Administrative Law Judge. In the rest of our letter, we will call this person an ALJ. The ALJ will review those parts of the decision which you believe are wrong. The ALJ will look at any new facts you have and correct any mistakes. The ALJ may also review those parts which you believe are correct and may make them unfavorable or less favorable to you.

- You have 60 days to ask for a hearing.

- The 60 days start the day after you receive this letter.

- You must have a good reason if you wait more than 60 days to ask for a hearing.

- You have to ask for a hearing in writing. If you want to make a request, please contact one of our offices. We can help you complete the required form.

Please read the enclosed pamphlet, "Your Right to an Administrative Law Judge Hearing and Appeals Council Review of Your Social Security Case." It contains more information about the hearing.

## Things To Remember For The Future

Doctors and other trained staff decided that you are disabled under our rules. However, we must review all disability cases. Therefore, we will review your case in 5 to 7 years. We will send you a letter before we start the review. Based on that review, your benefits will continue if you are still disabled, but will end if you are no longer disabled.



LIN000780

**If You Have Any Questions**

We invite you to visit our website at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at 1-888-833-6153. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You can also write or visit any Social Security office. The office that serves your area is located at:

SOCIAL SECURITY
3004 TOWER BLVD
DURHAM NC 27707

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly when you arrive at the office.

Michael J. Astrue
Commissioner
of Social Security

LIN000781

# PAYMENT SUMMARY

## Your Payment Of $23,088.00

Here is how we figured your
first payment:

Benefits due for July 2011
through October 2012
including any cost of living increase,
less monthly rounding of benefits ........................$29,088.00

Amount we subtracted because of

● money to pay
your representative ............................ 6,000.00

This equals the amount of
your first payment .................................$23,088.00

## Your Regular Monthly Payment

Here is how we figured your
regular monthly payment effective November 2012:

You are entitled to a monthly benefit of ................$ 1,838.00

This equals the amount of
your regular monthly payment ............................$ 1,838.00



LIN000782



P.O. Box 1226
Columbia, MO 65202

PHONE :: (800) 331-1127
FAX :: (815) 927-0278
WWW.BASSETTLAWYERS.COM

*NATIONWIDE SOCIAL SECURITY ATTORNEYS*

## NOTICE OF AWARD – Social Security Benefit Entitlement

**From:** Danielle Eldred, Esq.
**RE:** Ms. Rebecca Pifer
**Claim #** 4087659

**We are pleased to advise you that we have received written verification of a payment effectuation for <u>Ms. Rebecca Pifer</u>.**

Attached is a copy of either the Social Security Award Letter or a FACT query printout that verifies payment data. This is provided for LTD file documentation.

If there are *SPECIAL NOTES* or *SPECIAL ALERTS* they will be noted on the following pages. Should you have any questions please feel free to give me a call.

**Thank you for the opportunity to serve Liberty Life Assurance Company - NC.**

**Lauren Parko, Post-Entitlement Specialist**



P.O. Box 1226
Columbia, MO 65205

Phone: (800) 331-1127 Ext. 219
Fax: (815) 927-0278
**Email: lparko@bassettsslaw.com**
**Visit us online: http://www.bassettsslaw.com**

**LIN000783**



# NOTICE OF AWARD

| RE: | Ms. Rebecca Pifer |
|---|---|
| Claim # | 4087659 |
| DOB: | ▇ 1960 |

Ms. Rebecca Pifer has been approved for entitlement to disability benefits from the Social Security Administration. According to the information received from the Social Security Administration, the claim has been processed to payment. The following information is furnished to assist you in determining any resulting offset to your Long-Term Disability benefit payments to your claimant.

Entitlement Data based on the attached PDF file:

_X_ AWARD Letter        ___ FACT Query        ___ OTHER

| | |
|---|---|
| Date of Referral: | 02/16/2012 |
| Date of Filing: | 04/05/2012 |
| Date of Disability Established by SSA: | 01/28/2011 |
| Date of Decision: | 11/02/2012 |
| Date of Entitlement to SS Disability: | 07/01/2011 |
| Retroactive DIB Amount: | $29,088.00 |
| Retro DIB Bnfts (after attorney fees pd by SSA): | $23,088.00 |
| Representing DIB Payment: | 7/2011 – 10/2012 |
| Date Paid: | 11/02/2012 |
| Savings to Full Retirement Age (Primary Only): | $319,320.00 |
| Award Level: | Reconsideration |
| Bassett Law Firm Attorney: | Danielle Eldred, Esq. |
| Fees for Representation (paid by SSA): | $4,500.00 ($4,414.00 after $86.00 service fee). |

**PRIMARY BENEFIT HISTORY:**

| Date | PIA | BNFT PD | Basis |
|---|---|---|---|
| 7/11 – 11/11 | $1,774.20 | $1,774.00 | Original SSDI Benefit Amount |
| 12/11 & cont'g | $1,838.00 | $1,838.00 | COLA |

**AMOUNTS FOR OFFSET CONSIDERATION (Liberty Life Assurance Company - NC Jurisdiction per Plan Provisions):**

**DISCLAIMER:** The Bassett Law Firm provides these amounts based on NOA/FACT entries. Actual amounts for offset are dependent on LTD Plan Provisions and Liberty Life Assurance Company of Boston claims management practices.

LIN000784

**PRIMARY -**

| Date(s) | Amount(s) | Basis |
|---|---|---|
| 7/11 & cont'g | $1,774.00 | Original SSDI Benefit Amount |

**Dependent(s):** _X_ Yes \_\_\_ No \_\_\_ To Be Determined

| Jenna Bagget | DOB: 12/8/1996 |
|---|---|
| Andrew Baggett | DOB: 11/27/1999 |

**\*\*The following is the *estimated* dependent benefit history. At this time, we do not have confirmation of such awards, however when we receive such, we will provide you verification and interpretation of the award data.**

*ESTIMATED* DEPENDENT(s) BENEFIT HISTORY:

| Date | PIA | BNFT PD | Basis |
|---|---|---|---|
| 7/11 – 11/11 | $1,774.20 | $443.00 | Original SSDI Benefit Amount |
| 12/11 & cont'g | $1,838.00 | $459.00 | COLA |

*ESTIMATED* AMOUNTS FOR DEPENDENT(s) OFFSET CONSIDERATION (Liberty Life Assurance Company - NC Jurisdiction per Plan Provisions): DISCLAIMER: The Bassett Law Firm provides these amounts based on NOA/FACT entries. Actual amounts for offset are dependent on LTD Plan Provisions and Liberty Life Assurance Company - NC claims management practices.

| Date(s) | Amount(s) | Basis |
|---|---|---|
| 7/11 & cont'g | $886.00 | Original SSDI Benefit Amount |

**PLEASE NOTE:**

- SSA erroneously paid The Bassett Law Firm $6,000.00 in attorney fees. We have received this payment but we have not received permission from Ms. Pifer to apply this excess ($1,500.00) towards her OP due. Once we receive permission, I will let you know.

**LTD OVERPAYMENT RECOVERY:**

_X_ The claimant has elected The Bassett Law Firm's assistance in repaying . We will collect the overpayment (if any) for Liberty Life Assurance Company - NC on this claimant.

\_\_ The claimant has elected to not use Bassett Law Firm's assistance in repaying Liberty Life Assurance Company - NC.

LIN000785

If overpayment repayment assistance has been elected, please send the OP calculation to The Bassett Law Firm for repayment processing:

| Ms. Rebecca Pifer 4087659 | |
| --- | --- |
| Please Email the LTD Overpayment Calculation to: | rmorse@bassettlawyers.com lparko@bassettlawyers.com mthomas@bassettsslaw.com |

**Our Client Overpayment Assistance Program is used in recovering overpayments created by an SSDI award. Our process in obtaining the overpayment for **Liberty Life Assurance Company - NC** differs from other vendors in that the retroactive benefit amount is sent to The Bassett Law Firm by check from the claimant. We deposit that check into our Lawyer Trust Account. We advise you of the SSDI award detail/amounts and request the overpayment amount/calculation. We then send that amount to **Liberty Life Assurance Company - NC** and return the excess to your claimant. In accordance with SSA's POMS GN 03970.012, GN 02410.001 and Section 207 of the Social Security Act, Bassett Law Firm, LLC Client Overpayment Assistance Program is in complete compliance with SSA's policies and procedures.

# THANK YOU FOR THIS REFERRAL!

LIN000786

# Liberty Mutual - Independent Evaluation

## Peer Review

Requested By:  Rhonda Brook Eubanks
Disability Claims
P O Box 7207
London, KY 40742-7207
(800) 291-0112 x14228
Fax: (603) 430-1744

Return Report to: **GBLibertyVendorReferrals@libertymutual.com**

**Document Locations**
- ☑ Document List
- ☐ Correspondence
- ☐ Paper File

| | | | |
|---|---|---|---|
| Customer Name: | BLUE CROSS & BLUE SHIELD OF NC | Date Sent: | 11/5/2012 |
| Funding type: | CON | Coverage Type: | LTD |
| Claimant Name: | REBECCA L PIFER | Claim #: | 4087659 |
| Claimant Address: | 9719 ROUGEMONT RD | Claimant SSN: | ***-**-8502 |
| | | Claimant DOB: | ▮▮1960 |
| City: | BAHAMA | Claimant Tel #: | (919) 620-7799 |
| State: | NC | Claimant DOD: | 1/31/2011 |
| Zip: | 27503-0000 | Primary Diagnosis: | OSTEOARTHROSIS, UNSPECIFI |
| Gender: | FEMALE | Att Physician: | |
| Specialist Type Requested: | Rheumatology | Physician Phone/Fax: | See below |

Referral Questions:

Vendor Chosen:  Behavioral Management, Inc

Claimant Name:  REBECCA L PIFER

**LIN000787**

**LIN000788**

# Liberty Mutual - Independent Evaluation

## Peer Review

***PLEASE CONTACT DR  BELHORN (RHEUM)-PH# 919-220-5306, DR  ROBOTTOM (NEURO)-919-719-8834, DR  KALLIANOS (IM)-PH# 919-471-4484 TO DISCUSS EE'S CONDITIONS AND RESTRICTIONS AND LIMITATIONS ***------ 1  PROVIDE A DESCRIPTION OF THE CLAIMANT S IMPAIRMENTS, IF ANY, AND OUTLINE HOW ANY IMPAIRMENT TRANSLATES TO RESTRICTIONS AND LIMITATIONS  PLEASE INCLUDE THE EXPECTED DURATION FOR ANY SUPPORTED RESTRICTIONS  2  PLEASE CLARIFY WHETHER OR NOT THE CLAIMANT HAS A CO-MORBID DIAGNOSIS THAT IS IMPACTING THE IMPAIRMENT   3  DOES THE MEDICAL EVIDENCE SUPPORT ANY SIDE EFFECTS FROM THE PRESCRIBED MEDICATIONS? IF YES, PLEASE PROVIDE THE SUPPORTED IMPAIRMENTS AND OUTLINE HOW ANY IMPAIRMENT AFFECTS FUNCTIONAL CAPACITY   4  PLEASE REVIEW THE TREATMENT PLAN   PLEASE INDICATE WHETHER OR NOT IT IS CONSISTENT WITH THE CURRENT STANDARD OF CARE   IF NOT, PLEASE PROVIDE EVIDENCE BASED DOCUMENTATION TO SUPPORT YOUR OPINION

Instructions For Vendor:

Claimant Name:     REBECCA  L  PIFER

**LIN000789**



LIN000790

# Liberty Mutual - Independent Evaluation

## Peer Review

Attorney Information (if applicable):

Claimant Name:     REBECCA  L  PIFER

LIN000791



LIN000792

# ATTENTION

## Extremely Confidential Information Enclosed

The enclosed confidential information was requested by **LIBERTY MUTUAL,**
the authorized requestor. **TRIANGLE ORTHOPAEDIC ASSOCIATES, PA contracts with ScanSTAT**
**Technologies or one of its' affiliates to reproduce exact copies of the original record as specified**
**in the request letter. This information is confidential and protected by State and Federal laws**
**and regulations including the Health Insurance Portability and Accountability Act (HIPAA).**

ScanSTAT and its affiliates serve as a "copy service" only at the discretion and instruction
of **TRIANGLE ORTHOPAEDIC ASSOCIATES, PA. All authorized requests**
**must be made directly to TRIANGLE ORTHOPAEDIC ASSOCIATES, PA.**

*IMPORTANT: This transmission contains confidential information, some or all of which may be protected health information as defined by the Federal Health Insurance Portability & Accountability Act (HIPAA) Privacy Rule. This transmission is intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient (or an employee or agent responsible for delivering this facsimile transmission to the intended recipient), you are hereby notified that any disclosure, disseminiation, distribution or copying of this information is strictly prohibited and may be subject to legal restriction or sanction. Please notify the sender by telephone to arrange the return or destruction of the information and all copies.*

Thank You!

Our medical record professionals work hard to
process your records securely and accurately.
On behalf of our employees, affiliates, and
their families, Thank you in advance for
paying your bill on time.

ATTN: 40876959
LIBERTY MUTUAL
PO BOX 7207
LONDON, KY 40742-7207



**D1D5EC3809DBE3480A9F**

LIN000793

From: ScanStat Technologies     To: LIBERTY MUTUAL     Page: 1/7     Date: 11/1/2012 6:28:04 AM

**ScanSTAT**

288 S Main St
Suite 600
Alpharetta, GA 30009-7916
(770) 569-2445

Billing Date: **10/31/2012**
Due Date: **11/30/2012**
Amount Due: **$10.00**
Invoice #: **D1D5EC3809DBE3480A9F**

| Billing Address | Patient Information | Shipping Address |
|---|---|---|
| LIBERTY MUTUAL<br>PO BOX 7207<br>LONDON, KY 40742 | NAME: REBECCA PIFER<br>MRN: 355874 | LIBERTY MUTUAL<br>PO BOX 7207<br>LONDON, KY 40742-7207 |

**MEDICAL RECORD SOURCE**

Records were ordered from:   TRIANGLE ORTHOPAEDIC ASSOCIATES, PA
120 WILLIAM PENN PLAZA
DURHAM, NC 27704

| QUANTITY | ITEM DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| 1 | Release Basic Fees | $10.00 | $10.00 |
| 5 | Duplication Fee Pages 1-14 | | $0.00 |
| | | | ------------ |
| | **Amount Due** | | **$10.00** |

### IMPORTANT NOTICE:

Please pay within 30 days.  Otherwise, it is our
policy to defer to a collection agency!
50% Cancellation Fee!
In most cases the invoice amount is determined and controlled by your states legislated rates.

**MESSAGES**

These records were processed by a ScanSTAT affiliate company. All of our professionals
work hard to process your records quickly, securely and accurately.  On behalf
of all our employees, affiliates and their families, thanks for paying promptly.

-------------------------------- PLEASE RETAIN THIS PORTION FOR YOUR RECORDS --------------------------------

PLEASE RETURN THIS STUB WITH YOUR PAYMENT

**INSTRUCTIONS**

1) Please send payments only to the address listed on this invoice.
2) Please DO NOT SEND CASH.
3) Pay by check, credit card or money order.
4) Please pay the total amount due listed on this invoice.

**For questions regarding your account or invoice**
(770) 569-2445 Mon - Fri 8:00AM - 5:00PM ET
Email - cust-service@ScanSTAT.com

**Federal Tax ID#: 27-0786975**

LIBERTY MUTUAL
PO BOX 7207
LONDON, KY 40742

We now accept credit card payments by phone  VISA

Billing Date: **10/31/2012**
Due Date: **11/30/2012**
Amount Due: **$10.00**
Invoice #: **D1D5EC3809DBE3480A9F**

**ScanSTAT Technologies**
288 S Main St Suite 600
Alpharetta, GA 30009-7916

(MUST SUBMIT BARCODE BELOW WITH PAYMENT)

D1D5EC3809DBE3480A9F
**LIN000794**

 **Liberty Mutual.**

Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1748

October 26, 2012

Dr. Linda Belhorn
4004 Ben Franklin Blvd
Durham, NC 27704

RE:    Long Term Disability Benefits
       Patient: Rebecca Pifer
       DOB: ███████1960
       Claim Number: 4087659

Dear Dr. Belhorn:

We are the disability benefits carrier for your patient, Rebecca Pifer, and are requesting specific medical information in order to further evaluate Ms. Pifer's disability benefits. Please provide the following:

- All treatment notes, diagnostic test results and procedure reports from September 11, 2012 to the present.
- Your treatment plan and an estimated return to work date.

Please fax the information back to my attention at 1-603-430-1744 or mail to the above address by November 5, 2012.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to your patient, we have provided your office with a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Pifer's signature. If you have any questions, please contact me directly.

Sincerely,

*Rose Raines*

Rose Raines
On behalf of Rhonda Eubanks
Phone No.: (800) 291-0112 Ext. 14257
Secure Fax No.: (603) 430-1748

**ScanSTAT Technologies**
288 S. Main St. Suite 600
Alpharetta GA 30009
FEIN 27-0786975 (770) 569-2445
10/31/12 LH

LIN000795

Sep-28-11 08:03A                                             P.05

# AUTHORIZATION TO OBTAIN AND RELEASE INFORMATION

 **Liberty Mutual.**

Return To:   Rose Raines

Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

---

**EMPLOYEE/CLAIMANT NAME:** REBECCA PIFER

**CLAIM NO:** 4087659

**EMPLOYER/SPONSOR:** BLUE CROSS & BLUE SHIELD OF NC    **DATE OF BIRTH:** 7/2/1960

---

I authorize any licensed physician, medical provider, hospital, medical facility, pharmacy, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health.

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of federal and State tax returns, including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query and any benefits to which my dependents may be eligible under my record. This information may also be released to my employer for administration of my employer sponsored benefits.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, if any.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This Authorization shall become effective on the date appearing next to my signature below. I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to which I submit a claim.

Rebecca Lane Pifer
Print Name

July 2, 1960
Date of Birth

Rebecca Lane Pifer
Signature

September 26, 2011
Date

DP 432 Rev 02/09

LIN000796



# TRIANGLE ORTHOPAEDIC ASSOCIATES, P.A.

WPP Ortho
120 William Penn Plaza
Durham, NC 27704
Phone: 9192205255   Fax: 9193135201

---

**PATIENT:**             **REBECCA PIFER**
**DATE OF BIRTH:**       ███1960
**DATE:**                 **10/17/2011 10:20 AM**
**VISIT TYPE:**          **Ortho Office Visit**
**PROVIDER:**            **William J. Mallon MD**
**REFERRING PROVIDER:**  **Linda Belhorn MD**
**DATE OF SURGERY:**     **05/27/2011**

---

**Patient Type:**  Follow up patient

PATIENT NAME:   Rebecca Pifer

DATE OF BIRTH:   ███1960

DATE OF SERVICE:  11/17/2011

CHIEF COMPLAINT:   Right shoulder

HISTORY:  Rebecca Pifer is now five months out from the right shoulder arthroscopic subscap repair. She is doing well.

EXAMINATION:  She has full active ROM of her shoulder. She has no significant limitation of external rotation at the side. She has excellent strength on testing internal rotation with a negative belly press bear hug test.

IMPRESSION: Good result S/P right shoulder arthroscopic subscapularis repair

DISPOSITION:      She may resume activities as tolerated. She has reached MMI. She may return to me on a PRN basis. I think she has sustained a ten percent permanent partial impairment rating to her right upper extremity. This is based on the worker's compensation act as published by the North Carolina Industrial Commission.

cc:  Linda Belhorn MD

Dictated by William J. Mallon, M.D./hlg

11/18/2011

**Chief Complaint/Reason for visit:**
This 51 year old female presents with shoulder.

**History of Present Illness**
**1. shoulder**

**Physical Exam**

LIN000797

## Past Medical History

| Disease | Year |
|---|---|
| Arthritis | |
| osteopenia | |
| Anxiety | |
| Ehlers-Sanlos Syndrome | |
| Depression | |

## Past Surgical History

| Procedure/Surgery | Side | Year |
|---|---|---|
| bunionectomy | LT | 2011 |
| umbilical hernia repair | | |
| appendectomy | | |

## Medication History

| Drug Name | Dose | Description |
|---|---|---|
| Percocet | 5mg-325mg | take 1 - 2 by Oral route  every 4 - 6 hours PRN Pain |
| Phenergan | 25mg | take 1 tablet (25MG)  by ORAL route  every 6 hours as needed |
| Gabapentin | 600 Mg | take 1 tablet (600MG)  by ORAL route 3 times every day |
| Promethazine Hcl | 12.5 Mg | take 1 tablet (12.5MG)  by ORAL route 4 times every day before meals and at bedtime |
| Celebrex | 200 Mg | take 1 capsule (200MG)  by ORAL route 2 times every day as needed |
| Trazodone Hcl | 50 Mg | take 1 tablet (50MG)  by ORAL route  every day at night |
| Tramadol Hcl | 50 Mg | take 1 tablet (50MG)  by ORAL route  every 6 hours as needed |

## Allergies

Reviewed, no changes.

| Allergy | Brand Name |
|---|---|
| Adhesive | |

## Family History

| Yes / No | Disease Detail | Family Member | Name | Age |
|---|---|---|---|---|
| Yes | Arthritis | Family h/o | | |
| Yes | Cancer | Family h/o | | |
| Yes | Heart disease | Family h/o | | |
| Yes | Hypertension | Family h/o | | |

## Social History

The patient is left-handed.

## Education / Employment / Occupation / Military Experience:

| Employment | Occupation | Emp Status | Restrictions | Retire Date |
|---|---|---|---|---|
| | | disabled | out since Feb 1 | |

## Tobacco:

Patient is a tobacco user.

## Alcohol:

There is a history of alcohol use.

## Review of Systems

## Constitutional:

Negative for fatigue, fever and night sweats.

## HEENT:

Negative for vision loss.

## Respiratory:

Negative for cough and dyspnea.

## Cardiovascular:

Negative for chest pain, cyanosis and irregular heartbeat/palpitations.

## Gastrointestinal:

Negative for constipation, diarrhea and vomiting.

LIN000798

**Genitourinary:**
Negative for dysuria and hematuria.

**Metabolic/Endocrine:**
Negative for cold intolerance and heat intolerance.

**Neuro/Psychiatric:**
Negative for anxiety and depression.
Negative for difficulty walking, dizziness and headache.

**Dermatologic:**
Negative for rash.

**Musculoskeletal:**
Negative for except as noted in hpi and chief complaint.

**Hematology:**
Negative for bleeding and bruising.

**Immunology:**
Negative for environmental allergies and food allergies.

**Vital Signs**
**Height**

| Time | Ft | In | Cm | Last Measured | Method | % |
|------|-----|------|-----|---------------|--------|---|
| 2:49 PM | 5.0 | 6.00 | | | | |

**Weight / BSA / BMI**

| Time | Lb | Oz | Kg | Context | % | BMI | BSA |
|------|-----|-----|-----|---------|---|-----|-----|
| 2:49 PM | 130.00 | | | | | | |

**Electronically signed by:   William J. Mallon MD  11/18/2011**

LIN000799

# ATTENTION
## Extremely Confidential Information Enclosed

The enclosed confidential information was requested by **LIBERTY MUTUAL**, the authorized requestor. **RALEIGH NEUROLOGY ASSOCIATES**, contracts with ScanSTAT Technologies or one of its' affiliates to reproduce exact copies of the original record as specified in the request letter. This information is confidential and protected by State and Federal laws and regulations including the Health Insurance Portability and Accountability Act (HIPAA).

ScanSTAT and its affiliates serve as a "copy service" only at the discretion and instruction of **RALEIGH NEUROLOGY ASSOCIATES**, . All authorized requests must be made directly to **RALEIGH NEUROLOGY ASSOCIATES**, .

*IMPORTANT: This transmission contains confidential information, some or all of which may be protected health information as defined by the Federal Health Insurance Portability & Accountability Act (HIPAA) Privacy Rule. This transmission is intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient (or an employee or agent responsible for delivering this facsimile transmission to the intended recipient), you are hereby notified that any disclosure, disseminiation, distribution or copying of this information is strictly prohibited and may be subject to legal restriction or sanction. Please notify the sender by telephone to arrange the return or destruction of the information and all copies.*

Thank You!

Our medical record professionals work hard to process your records securely and accurately. On behalf of our employees, affiliates, and their families, Thank you in advance for paying your bill on time.

ATTN: ROSE RAINES
LIBERTY MUTUAL
PO BOX 7207
LONDON, KY 40742-7207

From: ScanStat Technologies    To: LIBERTY MUTUAL    Page: 1/7    Date: 11/1/2012 4:33:14 AM



**694A3F9EE31558C41273**

LIN000800



**RALEIGH NEUROLOGY**
ASSOCIATES, P.A.

**NOTICE FOR EXCEPTION OF PROCESSING MEDICAL RECORDS REQUEST**

Date: 10|31|12          Patient: Rebecca Diffee

## Attention Requester:

We have received your request for copies of medical records on the above referenced patient. We are unable to complete processing of your request for the following reason(s):

- [ ] We have **no record** of treatment for the above referenced patient.
- [x] We have no record of treatment for the **date(s) of service** you request.
- [ ] **Date and/or type of injury** information must be provided. Without written consent from the patient, we are only able to provide records relating to the "work injury".
- [ ] Due to their age, the records you have requested have been destroyed in accordance with state and federal destruction guidelines. **This record no longer exists.**
- [ ] The information you have requested is **incomplete**. Once the chart has been completed the request will be honored.
- [ ] A HIPAA compliant authorization was not included in your request. Please re-submit the attached HIPAA release/authorization form once completed by the patient.
- [ ] The records you have requested contain **"sensitive & highly confidential"** information. This information may be released via specific written consent from the patient. Please find the attached "*Authorization to Release Sensitive Information Form*".
- [ ] The patient is deceased. A Death Certificate, Affidavit of Relationship, or Letter of Administration/Testament must accompany the request.
- [ ] Documentation of **personal representation** was not provided. We require executor, guardianship, Power of Attorney for Healthcare or divorce decree.
- [ ] The Medical Record Department is not responsible for **completing the attached requested form(s)**. If you wish to obtain copies of medical records, please submit a written request with a valid authorization. There will be a charge for this service.
- [ ] Please provide an authorization with an **updated signature and date**. (Signature must be subsequent to the last date of treatment requested.
- [ ] The authorization has been altered **or is not legible**. Please provide original authorization document.
- [ ] Other: _____

The Authorization submitted lacks one or more of the following required HIPAA requirement/elements:

- [ ] Identification of the patient (name, d/o/b, or SS#)
- [ ] A *Description of the information to be disclosed* must appear in the release/authorization form.
- [ ] An *explanation/reason of the disclosure* must appear in the release/authorization form.
- [ ] The notification statement pertaining to the individual's *right to revoke* authorization was missing from your release/authorization form.
- [ ] The notification statement pertaining to the potential for disclosed information to be *re-disclosed by recipient* was missing from your release/authorization form.
- [ ] The release/authorization form must identify the person or entity authorized to *release the PHI*.
- [ ] The release/authorization form must identify those person(s) authorized to obtain/*receive the PHI*.
- [ ] The release/authorization form must be *signed and dated by the patient* or documented representative. (Documentation must be present with request/authorization.)
- [ ] The release/authorization form must provide a date of *date of expiration*.

Please re-submit your request via fax or mail with the appropriate documentation to:

**Raleigh Neurology Associates, P.A.**
**1540 Sunday Drive**
**Raleigh, NC 27607**
**(919) 781-9756 Fax**
**Attention: ScanSTAT Technologies**

LIN000801

# RETURN FAX COVERSHEET

### Please use this page as coversheet when responding to request

DATE:         October 26, 2012

TO:           Dr. Bradley Robottom
ATTN:

SECURE FAX#: (919) 582-0528

RETURN TO:    Rose Raines
SECURE FAX#:  (603) 430-1748
CLAIM #:      4087659



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1748

RE:           RE: Long Term Disability Benefits
              Patient: Rebecca Pifer
              DOB: ███████1960
              Claim Number: 4087659

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU MAY HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.
<coccover2>

10/26/2012   1:27PM (GMT-04:00)

LIN000802



**Liberty Mutual.**

Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1748

October 26, 2012

Dr. Bradley Robottom
1540 Sunday Drive
Raleigh, NC 27607-6000

RE:    Long Term Disability Benefits
       Patient: Rebecca Pifer
       DOB: ▮▮▮▮1960
       Claim Number: 4087659

Dear Dr. Robottom:

We are the disability benefits carrier for your patient, Rebecca Pifer, and are requesting specific medical information in order to further evaluate Ms. Pifer's disability benefits. Please provide the following:

- All treatment notes, diagnostic test results and procedure reports from October 5, 2012, 2012 to the present.
- Your treatment plan and an estimated return to work date.

Please fax the information back to my attention at 1-603-430-1744 or mail to the above address by November 5, 2012.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to your patient, we have provided your office with a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Pifer's signature. If you have any questions, please contact me directly.

10/26/2012  1:27PM (GMT-04:00)

**LIN000803**

# AUTHORIZATION TO OBTAIN AND RELEASE INFORMATION

 **Liberty Mutual.**

Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No. (800) 291-0112
Secure Fax No. (603) 334-0380

**Return To:** Rose Raines

| | |
|---|---|
| EMPLOYEE/CLAIMANT NAME: REBECCA PIFER | |
| CLAIM NO. 4087659 | |
| EMPLOYER/SPONSOR: BLUE CROSS & BLUE SHIELD OF NC | DATE OF BIRTH: ██ 960 |

I authorize any licensed physician, medical provider, hospital, medical facility, pharmacy, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health.

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of federal and State tax returns, including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query and any benefits to which my dependents may be eligible under my record. This information may also be released to my employer for administration of my employer sponsored benefits.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, if any.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This Authorization shall become effective on the date appearing next to my signature below. I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to which I submit a claim.

_Rebecca Lane Pifer_
Print Name

_July 2, 1960_
Date of Birth

_Rebecca Lane Pifer_
Signature

_September 26, 2011_
Date

DP 432 Rev 02/09

**LIN000804**

Case 1:22-cv-00186-WO-JLW Document 22 Filed 10/24/22 Page 41 of 538



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1748

## RESPONSE COVERSHEET

In order to facilitate accurate and timely processing of this claim, please include this cover sheet along with your response to this request.

**PLEASE USE BLACK INK WHEN COMPLETING FORMS.**

**Document Type:** Medical

**Claim Number:** 4087659

**Employee/Claimant Name:** REBECCA PIFER

**Provider's Name:** Dr. Bradley Robottom

10/26/2012   1:27PM (GMT-04:00)

**LIN000805**



## *FAX COVER SHEET*

**Date:** Friday, October 26, 2012

**To:**   Dr. Bradley Robotton

**Fax #:** 19195820528

**From:** ROSE.RAINES@LibertyMutual.com

**Phone #:**

**Fax #:**

**Pages
(including cover):**   07

**Notes:** Claim: 4087659 – PIPER – Fax: (919) 582-0528

10/26/2012   1:27PM (GMT-04:00)

**LIN000806**



**FedEx Office**

FedEx Kinko's is now FedEx Offi: ə

# Fax Cover Sheet

Date _November 1, 2012_

Number of pages _2_ (including cover page)

## To:

Name _Brook Eubanks_

Company _Liberty Mutual_

Telephone _____

Fax _603 - 420 - 1744_

## From:

Name _Rebecca Lane Pifer_

Company _BCBSNC_

Telephone _919 - 620 - 7799_

Comments _As promised, attached find letter from Social Security. I will call you to follow-up_

Fax - Local Send

Fax - Domestic Send

Fax - International Send

fedex.com 1.800.GoFedEx 1.800 463.3339

© 2009 FedEx. All rights reserved. Products, services ou hours vary by location. 610.OP00.009 SEP.09

22705

LIN000807

Case 1:22-cv-00186-WO-JLW    Document 22    Filed 10/24/22    Page 44 of 538

# Social Security Administration

SOCIAL SECURITY
3004 TOWER BLVD
DURHAM, NC 27707-9958
Date: October 25, 2012
Claim Number: 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A
BSC

REBECCA L PIFER
9719 ROUGEMONT ROAD
BAHAMA, NC 27503-8989

Dear REBECCA L PIFER

IMPORTANT INFORMATION

Your claim for disability benefits has been approved. You will receive another letter shortly explaining your benefits. We now need to decide if the family members you told us about on your application are eligible for benefits on your record.

When you filed your application for benefits, you stated that you have the following family members who may qualify for benefits:

Jenna Baggett and Andrew Baggett

For any children under age 18, we __must__ speak with the parent or other adult with whom they live. If any of the family members listed above do not live with you, please have the person that has custody call the Social Security Administration at the phone number listed below to schedule an appointment. If you do not have any contact with the person that the child or children live with, please call Social Security and provide us with as much information as possible so that we can attempt to contact them.

**PLEASE CALL SOCIAL SECURITY AT 1-800-772-1213 BETWEEN THE HOURS OF 7:00 AM AND 7:00 PM TO SCHEDULE AN APPOINTMENT TO FILE FOR BENEFITS ON THEIR BEHALF.**

We can't decide whether your family members are eligible for benefits until an application is filed, and the date that you file can make a difference in the amount we can pay. We can use the date you originally filed for Social Security benefits as the filing date for family members shown above as long as you, or the person with custody of the family member, file an application within 6 months of the date of this letter.

**Social Security Administration**

LIN000808



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1744

October 29, 2012

Rebecca Pifer
9719 Rougemont Rd.
Bahama, NC 27503

RE:    Long Term Disability Benefits
       Blue Cross & Blue Shield of NC
       Claim #: 4087659

Dear Ms. Pifer:

We are writing with regard to your claim for Long Term Disability Benefits (LTD) under the Blue Cross & Blue Shield of NC Group Disability Policy.

We are in need of additional information so that we may evaluate your continued eligibility for benefits.  Please complete the forms indicated below and return them in the envelope provided by **November 12, 2012**:

- **Authorization to Release Information Form**
- **Claimant Information form**
- **Activities Questionnaire**
- **Claimant's Supplementary Statement**

Please contact me if you have any questions about our need for this information.

Sincerely,

Rhonda Brook Eubanks
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 14228
Secure Fax No.: (603) 430-1744

  Forms Attached:
    Activities Questionnaire
    Authorization–Medical
    Claimant Information
    Claimant Supplementary Statement

**LIN000809**



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1744

## RESPONSE COVERSHEET

**In order to facilitate accurate and timely processing of this claim, please include this cover sheet along with your response to this request.**

**PLEASE USE BLACK INK WHEN COMPLETING FORMS.**

**Document Type:** Employee/Claimant

**Claim Number:** 4087659

**Employee/Claimant Name:** REBECCA PIFER

**Provider's Name:** Rebecca Pifer

LIN000810

# ACTIVITIES QUESTIONNAIRE



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1744

**Return To:** ___Rhonda Brook Eubanks_____

*page 1 of 3*

EMPLOYEE/CLAIMANT NAME: ___REBECCA PIFER_____

CLAIM NO: ___4087659_____        S.S. NO: _____

EMPLOYER/SPONSOR: ___BLUE CROSS & BLUE SHIELD OF NC_____        DATE OF BIRTH: ___█1960_____

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Liberty Life Assurance Company of Boston.

How long are you able to:

   sit _____        stand _____        walk _____

How many hours a day do you:

   sit _____        stand _____        walk _____

Do you take a nap during the day?

   Yes _____        No _____

   If Yes, for how long? _____        At what time of the day? _____

How many hours a day do you spend in bed? _____

Do you require any assistive devices such as a:

   cane _____        walker _____        crutches _____        wheelchair _____        other _____

How long are you able to sit in a car? _____

Do you hold a valid driver's license?

   Yes _____        No _____

   If No, please explan: _____

   If Yes, how long are you able to drive a car? _____

   **Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

_____

Do you have children?

   Yes _____        No _____        If Yes, what are their dates of birth _____

      Do you need help caring for your children?

      Yes _____        No _____

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

   Yes _____        No _____        If Yes, please explain _____

How many times a day do you leave the house during the week? _____

      On the weekends? _____

How often do you run errands? _____

Please describe what errands you most commonly run: _____

**LIN000811**


How often do you get outdoors? _____

Are you left or right hand dominant?          Left _____          Right _____

Are you able to work in your garden?          Yes _____          No _____

Are you able to work on your house?          Yes _____          No _____

Are you able to wash your car?          Yes _____          No _____

How much time is spent daily on your home computer?
_____ None _____ 0-1 hours _____ 1-2 hours _____ 2-3 hours _____ 3+ hours

How much time is spent weekly on your home computer?
_____ None _____ 0-1 hours _____ 1-2 hours _____ 2-3 hours _____ 3+ hours

What activities do you perform on your home computer. Please check all that apply:
_____ Pay bills _____ Read news/articles _____ Use search engines _____ Send emails
_____ Visit chat rooms _____ Photos     Other: _____

What computer software applications do you utilize. Please check all that apply:
_____ Word processing (Word) _____ Spreadsheets (Excel) _____ Database (Access) _____ Graphics
_____ Photo software (Photoshop) _____ Programming     Other: _____

Do you have a working home copy machine/fax machine? _____ Yes _____ No

If yes, please explain purpose and usage: _____

The following questions intend to identify whether or not you are able to <u>independently</u> conduct routine daily activities. If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | _____ | _____ |
| Carrying groceries into the house | _____ | _____ |
| Cooking meals | _____ | _____ |
| Cleaning after meals | _____ | _____ |
| Cleaning bathrooms | _____ | _____ |
| Vacuuming | _____ | _____ |
| Doing the laundry | _____ | _____ |
| Opening and responding to mail | _____ | _____ |
| Managing your finances | _____ | _____ |
| Balancing your checkbook | _____ | _____ |
| Bathing yourself | _____ | _____ |
| Styling your own hair | _____ | _____ |
| Getting dressed | _____ | _____ |
| Going up and down stairs | _____ | _____ |

Have you been confined to a hospital within the last 12 months?     Yes _____     No _____

If Yes, please provide reason and hospital contact Information: _____

_____

**LIN000812**



How often do you travel or take vacation? _____

Where do you go?  How do you get there (transportation method)? _____

_____

Are you able to pursue your hobbies?                Yes _____         No _____

If Yes, please describe _____

Do you participate in an exercise program?      Yes _____         No _____

If Yes, please describe _____

Do you do any Volunteer work?                 Yes _____         No _____

If Yes:

     how many hours per day?     _____

     how many hours per week?   _____

     for whom?     _____

Are you working for wages?                  Yes _____         No _____

If Yes, please provide employer's name _____

**Describe in your own words, what prevents you from engaging in <u>any gainful employment</u>.**

_____

_____

_____

_____

_____

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

_____

_____

_____

_____

_____

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

_____

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

_____

**Upon completion of this form, please sign and date below and return in the envelope provided to
you.  Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records.  A photo static copy of this form will be as valid as the original.  I understand that if this information changes at any time, I will contact Liberty.

Name: _____     Date: _____

Signature: _____

**LIN000813**



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1744

## Authorization to Obtain and Release Information
## (Excluding Psychotherapy notes)

EMPLOYEE NAME: REBECCA PIFER                    CLAIM NO: 4087659

EMPLOYER/SPONSOR/CUSTOMER NAME: BLUE CROSS & BLUE SHIELD OF NC

RETURN TO: Rhonda Brook Eubanks

I **authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I **understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

_____          _____
Claimant Name ( Print)                            Date of Birth

_____          _____
Claimant  Signature                               Date

_____
Claim Number:
DP432 (rev 06/12)

**LIN000814**

# CLAIMANT INFORMATION



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1744

**Return To:** Rhonda Brook Eubanks

EMPLOYEE/CLAIMANT NAME: REBECCA PIFER

CLAIM NO: 4087659      S.S. NO: _____

EMPLOYER/SPONSOR: BLUE CROSS & BLUE SHIELD OF NC      DATE OF BIRTH: ███1960

## TO BE COMPLETED BY EMPLOYEE:

Please complete the following information. If additional space is needed, use the back or a separate sheet of paper.

## NAME OF TREATING HEALTH CARE PROVIDERS IN THE PAST TWO YEARS:

**Primary**

Name: _____ Specialty: _____
Address: _____
Telephone No: ( ) _____ Fax No.: ( ) _____
First Treatment Date: _____ Thru _____

**Specialist**

Name: _____ Specialty: _____
Address: _____
Telephone No: ( ) _____ Fax No.: ( ) _____
First Treatment Date: _____ Thru _____

**Other**

Name: _____ Specialty: _____
Address: _____
Telephone No: ( ) _____ Fax No.: ( ) _____
First Treatment Date: _____ Thru _____

## NAME OF CURRENT HEALTH INSURANCE COMPANY:

Insurance Carrier: _____
Address: _____
Telephone No: ( ) _____ Fax No.: ( ) _____
Contact: _____

## NAME OF PHARMACY:

**Current**

Name: _____
Address: _____
Telephone No: ( ) _____ Fax No.: ( ) _____

**Prior**

Name: _____
Address: _____
Telephone No: ( ) _____ Fax No.: ( ) _____

SIGNATURE: _____ DATE: _____

DP 421 Rev. 06/01

LIN000815

# CLAIMANT SUPPLEMENTARY STATEMENT


**Liberty Mutual.**

Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1744

**Return To:** Rhonda Brook Eubanks

EMPLOYEE/CLAIMANT NAME: REBECCA PIFER

CLAIM NO: 4087659     S.S. NO:

EMPLOYER/SPONSOR: BLUE CROSS & BLUE SHIELD OF NC     DATE OF BIRTH: ▉1960

| 1. Full Name (Last, First, Middle Init.) | 2. Social Security Number | 3. Phone Number (include area code) |
|---|---|---|

| 4. Address | City | State | Zip Code |
|---|---|---|---|

| 5. Marital Status | 6. Number of Dependents | 6a. Dates of Birth of Children |
|---|---|---|

7. Have you returned to any type of employment? If yes, please describe.

8. Do you own your own business, or are you affiliated with a corporation, partnership, or sole proprietary? If yes, please explain.

9. Do you hold a tax identification number or EIN? If yes, please provide and explain purpose.

10. Do you hold a professional license? If yes, for what purpose.

11. Are you associated with an Internet affiliated business? Do you have a website? If yes, please provide address(es).

12. Are you currently involved in any pending litigation? If yes, please explain why and provide your attorney's information.

13. Are you pursuing moneys from a third party: Workers' Comp Carrier, Insurance Co., or Individual? If yes, please explain.

14. Identify other income you are receiving or for which you have applied from the point your disability began through the date you authorize this form.

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages, Salary, or Separation Pay | $ | | | |
| ☐ | ☐ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☐ | State Disability | $ | | | |
| ☐ | ☐ | Retirement (normal, early, or disability) | $ | | | |
| ☐ | ☐ | Workers' Compensation | $ | | | |
| ☐ | ☐ | Other (please describe) _____ | $ | | | |

The above statements are true and complete to the best of my knowledge and I **understand** that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be as valid as the original.

DATE: _____    EMPLOYEE SIGNATURE: _____

DP 409 04/04

**LIN000816**



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1744

October 29, 2012

Rebecca Pifer
9719 Rougemont Rd.
Bahama, NC 27503

RE:     Blue Cross & Blue Shield of NC
        Long Term Disability Benefits
        Claim #: 4087659

Dear Ms. Pifer:

We are writing with regard to your claim for Long Term Disability Benefits (LTD) under the Blue Cross & Blue Shield of NC LTD Policy.  We are reviewing your continued eligibility for disability benefits and are in need of additional medical information.

On October 26, 2012, we faxed a medical request to Dr. Robottom to obtain the following medical information for October 5, 2012 through the present: diagnostic results, procedure reports, and treatment notes.  We faxed a medical request to Dr. Belhorn to obtain the following medical information for September 11, 2012 through the present: diagnostic test results, procedure reports, and treatment notes.  We faxed a medical request to Dr. Kallianos to obtain the following medical information for April 1, 2012 through the present: diagnostic test results, procedure reports, and treatment notes.  Also, we faxed a medical request to Dr. Almekinders to obtain the following medical information for May 2, 2012 through the present: diagnostic test results, procedure reports, and treatment notes.  This updated medical information is necessary in order to support your claim for ongoing disability benefits.  Please contact your providers and request this information be sent to us within the timeframe specified below.

**Please note Dr. Almekinders faxed us a response on October 27, 2012 that noted you are no longer under his care, and they have no updated records available.**

The Blue Cross & Blue Shield of NC LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe.  Your cooperation in providing the requested information is essential to our claims investigation.  We ask that you provide us with this information no later than 30 days from the date of this letter, by November 28, 2012, as required under the terms of your Policy.

If there are any other attending physicians or specialists, including physical therapy providers, please have them forward all of your medical records pertinent to this period of disability within the timeframe stated above.

If this information is not received by November 28, 2012, your disability benefits will be suspended.

If you have any questions about your disability benefits, please feel free to contact me.

**LIN000817**

Sincerely,

Rhonda Brook Eubanks
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 14228
Secure Fax No.: (603) 430-1744

**LIN000818**

# RETURN FAX COVERSHEET

## Please use this page as coversheet when responding to request

DATE: Oct 27 ~~October 26,~~ 2012

~~TO:~~ FROM   Dr. Louis Almekinders
ATTN:


**Liberty Mutual.**

SECURE FAX#: (919) 477-1929

RETURN TO:   Rose Raines
SECURE FAX#: (603) 430-1748
CLAIM #:       4087659

Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1748

RE:         RE: Long Term Disability Benefits
            Patient: Rebecca Pifer
            DOB: July 02, 1960
            Claim Number: 4087659

Not under our care. No records available

Louis Almekinders

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU MAY HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.
<nocover>

LIN000819



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1748

October 26, 2012

Dr. Louis Almekinders
3609 Sw Durham Drive
NC ORTHOPEDIC CENTER
Durham, NC 27707

RE:    Long Term Disability Benefits
       Patient: Rebecca Pifer
       DOB: ███████1960
       Claim Number: 4087659

Dear Dr. Almekinders:

We are the disability benefits carrier for your patient, Rebecca Pifer, and are requesting specific medical information in order to further evaluate Ms. Pifer's disability benefits. Please provide the following:

- All treatment notes, diagnostic test results and procedure reports from May 2, 2012 to the present.
- Your treatment plan and an estimated return to work date.

Please fax the information back to my attention at 1-603-430-1744 or mail to the above address by November 5, 2012.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to your patient, we have provided your office with a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Pifer's signature. If you have any questions, please contact me directly.

Sincerely,

*Rose Raines*

Rose Raines
On behalf of Rhonda Eubanks
Phone No.: (800) 291-0112 Ext. 14257
Secure Fax No.: (603) 430-1748

LIN000820

## AUTHORIZATION TO OBTAIN AND RELE SE INFORMATION

 **Liberty Mutual.**

Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

Return To:    Rose Raines

EMPLOYEE/CLAIMANT NAME: REBECCA PIFER
CLAIM NO: 4087659
EMPLOYER/SPONSOR: BLUE CROSS & BLUE SHIELD OF NC        DATE OF BIRTH: ▓▓ 1960

I authorize any licensed physician, medical provider, hospital, medical facility, pharma y, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following ir ormation to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representat e, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatme t of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and ment l health.

2. Information with respect to: job duties, earnings, employment applications, personne records, and other work related information; records and information related to any insurance coverage and claims filed; credit informatio including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of ederal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, month y benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query and a y benefits to which my dependents may be eligible under my record. This information may also be released to my employer for administ ation of my employer sponsored benefits.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any i formation obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies i the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease managem nt or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims m nagement and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purp ses of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit progr ms, persons or organizations providing medical treatment or services in connection with my claim, or as may be otherwise permitted or I quired by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companit or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure ir connection with insurance transactions.

If I receive a disability benefit greater than that which I should have been paid, I underst d that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, if any.

I understand that any person who knowingly, and with intent to injure, defraud, or dece e the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be g ilty of a criminal act punishable under law.

I know that I may request a copy of this Authorization. I agree that a photographic copy f this Authorization shall be as valid as the original. This Authorization shall become effective on the date appearing next to my signature bel w. I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right t revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to whic I submit a claim.

Rebecca Lane Pifer
Print Name

July 2, 1960
Date of Birth

Rebecca Lane Pifer
Signature

September 26, 2011
Date

DP 432 Rev 02/09

**LIN000821**



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1748

## RESPONSE COVERSHEET

In order to facilitate accurate and timely processing of this claim, please include this cover sheet along with your response to this request.

**PLEASE USE BLACK INK WHEN COMPLETING FORMS.**

**Document Type:** Medical

**Claim Number:** 4087659

**Employee/Claimant Name:** REBECCA PIFER

**Provider's Name:** Dr. Louis Almekinders

LIN000822

# RETURN FAX COVERSHEET
## Please use this page as coversheet when responding to request

DATE:        October 26, 2012

TO:          Dr. Bradley Robottom
ATTN:

SECURE FAX#: (919) 582-0528

RETURN TO:   Rose Raines
SECURE FAX#: (603) 430-1748
CLAIM #:     4087659

RE:          RE: Long Term Disability Benefits
             Patient:  Rebecca Pifer
             DOB: July 02, 1960
             Claim Number:  4087659



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1748

**THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU MAY HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.**
<nocover>

LIN000823



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1748

October 26, 2012

Dr. Bradley Robottom
1540 Sunday Drive
Raleight, NC 27607-6000

RE:     Long Term Disability Benefits
        Patient:  Rebecca Pifer
        DOB: ███████ 1960
        Claim Number:  4087659

Dear Dr. Robottom:

We are the disability benefits carrier for your patient, Rebecca Pifer, and are requesting specific medical information in order to further evaluate Ms. Pifer's disability benefits.  Please provide the following:

- All treatment notes, diagnostic test results and procedure reports from October 5, 2012, 2012 to the present.
- Your treatment plan and an estimated return to work date.

Please fax the information back to my attention at 1-603-430-1744 or mail to the above address by November 5, 2012.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to your patient, we have provided your office with a HIPAA compliant authorization signed by your patient allowing the release of information to our company.  This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Pifer's signature.  If you have any questions, please contact me directly.

**LIN000824**

Sincerely,

Rose Raines
On behalf of Rhonda Eubanks
Phone No.: (800) 291-0112 Ext. 14257
Secure Fax No.: (603) 430-1748

LIN000825

## AUTHORIZATION TO OBTAIN AND RELE SE INFORMATION

**Liberty Mutual.**

Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:** Rose Raines

EMPLOYEE/CLAIMANT NAME: REBECCA PIFER
CLAIM NO: 4087659
EMPLOYER/SPONSOR: BLUE CROSS & BLUE SHIELD OF NC          DATE OF BIRTH: ███ 960

I **authorize** any licensed physician, medical provider, hospital, medical facility, pharmac y, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit c consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following ir ormation to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to i's legal representat e, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1.  Medical information with respect to any physical or mental condition and/or treatme t of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and men I health.

2.  Information with respect to: job duties, earnings, employment applications, personne records, and other work related information; records and information related to any insurance coverage and claims filed; credit informatio including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of ederal and State tax returns; including attachments; and academic transcripts.

3.  Information concerning Social Security benefits, including, but not limited to, month y benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query and a y benefits to which my dependents may be eligible under my record. This information may also be released to my employer for administ ation of my employer sponsored benefits.

I **understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any i formation obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies i the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease managem nt or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims m nagement and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purp ses of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit progr ms, persons or organizations providing medical treatment or services in connection with my claim, or as may be otherwise permitted or i quired by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance compani or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure ir connection with insurance transactions.

If I receive a disability benefit greater than that which I should have been paid, I underst id that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, if any.

I **understand** that any person who knowingly, and with intent to injure, defraud, or dece e the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be g ilty of a criminal act punishable under law.

I **know** that I may request a copy of this Authorization. I agree that a photographic copy f this Authorization shall be as valid as the original. This Authorization shall become effective on the date appearing next to my signature bel w. I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right I revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to whic I submit a claim.

Rebecca Lane Pifer
Print Name

July 2, 1960
Date of Birth

Rebecca Lane Pifer
Signature

September 26, 2011
Date

DP 432 Rev 02/09

**LIN000826**



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1748

## RESPONSE COVERSHEET

**In order to facilitate accurate and timely processing of this claim, please include this cover sheet along with your response to this request.**

**PLEASE USE BLACK INK WHEN COMPLETING FORMS.**

**Document Type:** Medical

**Claim Number:** 4087659

**Employee/Claimant Name:** REBECCA PIFER

**Provider's Name:** Dr. Bradley Robottom

**LIN000827**

# RETURN FAX COVERSHEET

## Please use this page as coversheet when responding to request

DATE: October 26, 2012

TO: Dr. Linda Belhorn
ATTN:

SECURE FAX#: (919) 220-2627

RETURN TO: Rose Raines
SECURE FAX#: (603) 430-1748
CLAIM #: 4087659



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1748

RE: RE: Long Term Disability Benefits
Patient: Rebecca Pifer
DOB: July 02, 1960
Claim Number: 4087659

**THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU MAY HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.**
`<nocover>`

LIN000828



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1748

October 26, 2012

Dr. Linda Belhorn
4004 Ben Franklin Blvd
Durham, NC 27704

RE:    Long Term Disability Benefits
        Patient:  Rebecca Pifer
        DOB: █████ 1960
        Claim Number:  4087659

Dear Dr. Belhorn:

We are the disability benefits carrier for your patient, Rebecca Pifer, and are requesting specific medical information in order to further evaluate Ms. Pifer's disability benefits. Please provide the following:

- All treatment notes, diagnostic test results and procedure reports from September 11, 2012 to the present.
- Your treatment plan and an estimated return to work date.

Please fax the information back to my attention at 1-603-430-1744 or mail to the above address by November 5, 2012.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to your patient, we have provided your office with a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Pifer's signature. If you have any questions, please contact me directly.

Sincerely,

*Rose Raines*

Rose Raines
On behalf of Rhonda Eubanks
Phone No.: (800) 291-0112 Ext. 14257
Secure Fax No.: (603) 430-1748

**LIN000829**

## AUTHORIZATION TO OBTAIN AND RELE SE INFORMATION

 **Liberty Mutual.**

Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:** Rose Raines

EMPLOYEE/CLAIMANT NAME: REBECCA PIFER
CLAIM NO: 4087659
EMPLOYER/SPONSOR: BLUE CROSS & BLUE SHIELD OF NC          DATE OF BIRTH: ▮ 960

I **authorize** any licensed physician, medical provider, hospital, medical facility, pharma y, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit c consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following ir ormation to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to i's legal representat e, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1.  Medical information with respect to any physical or mental condition and/or treatme t of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and men I health.

2.  Information with respect to: job duties, earnings, employment applications, personne records, and other work related information; records and information related to any insurance coverage and claims filed; credit informatio including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of ederal and State tax returns; including attachments; and academic transcripts.

3.  Information concerning Social Security benefits, including, but not limited to, month y benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query and a y benefits to which my dependents may be eligible under my record. This information may also be released to my employer for administ ation of my employer sponsored benefits.

I **understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any i formation obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies i the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease managen nt or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims m nagement and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purp ses of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit progr ms, persons or organizations providing medical treatment or services in connection with my claim, or as may be otherwise permitted or r quired by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance compani or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure ir connection with insurance transactions.

If I receive a disability benefit greater than that which I should have been paid, I underst id that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, if any.

I **understand** that any person who knowingly, and with intent to injure, defraud, or dece e the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be g ilty of a criminal act punishable under law.

I **know** that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This Authorization shall become effective on the date appearing next to my signature bel w. I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right t revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to whic I submit a claim.

Rebecca Lane Pifer
Print Name

July 2, 1960
Date of Birth

Rebecca Lane Pifer
Signature

September 26, 2011
Date

DP 432 Rev 02/09

**LIN000830**



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1748

# RESPONSE COVERSHEET

**In order to facilitate accurate and timely processing of this claim, please include this cover sheet along with your response to this request.**

**PLEASE USE BLACK INK WHEN COMPLETING FORMS.**

**Document Type:** Medical

**Claim Number:** 4087659

**Employee/Claimant Name:** REBECCA PIFER

**Provider's Name:** Dr. Linda Belhorn

LIN000831

# RETURN FAX COVERSHEET
## Please use this page as coversheet when responding to request

DATE: October 26, 2012

TO: Dr. John Kallianos
ATTN:

SECURE FAX#: (919) 477-6131

RETURN TO: Rose Raines
SECURE FAX#: (603) 430-1748
CLAIM #: 4087659



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1748

RE: RE: Long Term Disability Benefits
Patient: Rebecca Pifer
DOB: July 02, 1960
Claim Number: 4087659

**THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU MAY HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.**
`<nocover>`

LIN000832



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1748

October 26, 2012

Dr. John Kallianos
4309 Medical Park Drive
SUITE 100
Durham, NC 27704

RE:    Long Term Disability Benefits
       Patient: Rebecca Pifer
       DOB: ████ 1960
       Claim Number: 4087659

Dear Dr. Kallianos:

We are the disability benefits carrier for your patient, Rebecca Pifer, and are requesting specific medical information in order to further evaluate Ms. Pifer's disability benefits. Please provide the following:

- All treatment notes, diagnostic test results and procedure reports from April 1, 2012 to the present.
- Your treatment plan and an estimated return to work date.

Please fax the information back to my attention at 1-603-430-1744 or mail to the above address by November 5, 2012.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to your patient, we have provided your office with a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Pifer's signature. If you have any questions, please contact me directly.

Sincerely,

*Rose Raines*

Rose Raines
On behalf of Rhonda Eubanks
Phone No.: (800) 291-0112 Ext. 14257
Secure Fax No.: (603) 430-1744

**LIN000833**

## AUTHORIZATION TO OBTAIN AND RELE\SE INFORMATION



**Liberty Mutual.**

Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:**   Rose Raines

EMPLOYEE/CLAIMANT NAME: REBECCA PIFER

CLAIM NO: 4087659

EMPLOYER/SPONSOR: BLUE CROSS & BLUE SHIELD OF NC          DATE OF BIRTH: ███ 1960

I **authorize** any licensed physician, medical provider, hospital, medical facility, pharma\ y, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit \ consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following in ormation to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representat e, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatme t of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and men l health.

2. Information with respect to: job duties, earnings, employment applications, personne records, and other work related information; records and information related to any insurance coverage and claims filed; credit informatio including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of ederal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, month y benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query and a y benefits to which my dependents may be eligible under my record. This information may also be released to my employer for administ ation of my employer sponsored benefits.

I **understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any i formation obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies i the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease managem nt or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims m nagement and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purp ses of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit progr ms, persons or organizations providing medical treatment or services in connection with my claim, or as may be otherwise permitted or quired by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance compani or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure ir connection with insurance transactions.

If I receive a disability benefit greater than that which I should have been paid, I underst d that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, if any.

I **understand** that any person who knowingly, and with intent to injure, defraud, or dece e the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be g ilty of a criminal act punishable under law.

I **know** that I may request a copy of this Authorization. I agree that a photographic copy f this Authorization shall be as valid as the original. This Authorization shall become effective on the date appearing next to my signature bel w. I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right t revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to whic I submit a claim.

_Rebecca Lane Pifer_
Print Name

_Rebecca Lane Pifer_
Signature

_July 2, 1960_
Date of Birth

_September 26, 2011_
Date

DP 432  Rev 02/09

**LIN000834**



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1748

## RESPONSE COVERSHEET

**In order to facilitate accurate and timely processing of this claim, please include this cover sheet along with your response to this request.**

**PLEASE USE BLACK INK WHEN COMPLETING FORMS.**

**Document Type:** Medical

**Claim Number:** 4087659

**Employee/Claimant Name:** REBECCA PIFER

**Provider's Name:** Dr. John Kallianos

**LIN000835**

# RETURN FAX COVERSHEET
## Please use this page as coversheet when responding to request

DATE:       October 26, 2012

TO:          Dr. Louis Almekinders
ATTN:

SECURE FAX#: (919) 477-1929

RETURN TO:   Rose Raines
SECURE FAX#: (603) 430-1748
CLAIM #:       4087659

RE:         RE: Long Term Disability Benefits
           Patient:  Rebecca Pifer
           DOB: July 02, 1960
           Claim Number:  4087659



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1748

**THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW.  IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.  IF YOU MAY HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE.  THANK YOU.**
`<nocover>`

**LIN000836**



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1748

October 26, 2012

Dr. Louis Almekinders
3609 Sw Durham Drive
NC ORTHOPEDIC CENTER
Durham, NC 27707

RE:     Long Term Disability Benefits
        Patient:  Rebecca Pifer
        DOB: ████ 1960
        Claim Number:  4087659

Dear Dr. Almekinders:

We are the disability benefits carrier for your patient, Rebecca Pifer, and are requesting specific medical information in order to further evaluate Ms. Pifer's disability benefits.  Please provide the following:

- All treatment notes, diagnostic test results and procedure reports from May 2, 2012 to the present.
- Your treatment plan and an estimated return to work date.

Please fax the information back to my attention at 1-603-430-1744 or mail to the above address by November 5, 2012.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to your patient, we have provided your office with a HIPAA compliant authorization signed by your patient allowing the release of information to our company.  This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Pifer's signature.  If you have any questions, please contact me directly.

Sincerely,

Rose Raines

Rose Raines
On behalf of Rhonda Eubanks
Phone No.: (800) 291-0112 Ext. 14257
Secure Fax No.: (603) 430-1748

**LIN000837**

Case 1:22-cv-00186-WO-JLW    Document 22    Filed 10/24/22    Page 74 of 538

# AUTHORIZATION TO OBTAIN AND RELE .SE INFORMATION


**Liberty Mutual.**

Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:**   Rose Raines

EMPLOYEE/CLAIMANT NAME:  REBECCA PIFER

CLAIM NO:  4087659

EMPLOYER/SPONSOR: BLUE CROSS & BLUE SHIELD OF NC          DATE OF BIRTH: ███ 1960

I **authorize** any licensed physician, medical provider, hospital, medical facility, pharma· y, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit · · consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following ir ormation to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representat· e, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1.   Medical information with respect to any physical or mental condition and/or treatme t of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and men: l health.

2.   Information with respect to: job duties, earnings, employment applications, personne records, and other work related information; records and information related to any insurance coverage and claims filed; credit informatio including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of ederal and State tax returns; including attachments; and academic transcripts.

3.   Information concerning Social Security benefits, including, but not limited to, month y benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query and a y benefits to which my dependents may be eligible under my record. This information may also be released to my employer for administ ation of my employer sponsored benefits.

I **understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any i formation obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies i the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease managem :nt or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims m nagement and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purp ;es of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit progr ms, persons or organizations providing medical treatment or services in connection with my claim, or as may be otherwise permitted or i quired by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance compani: or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure ir connection with insurance transactions.

If I receive a disability benefit greater than that which I should have been paid, I underst· d that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, if any.

I **understand** that any person who knowingly, and with intent to injure, defraud, or dece· e the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be g ilty of a criminal act punishable under law.

I **know** that I may request a copy of this Authorization. I agree that a photographic copy f this Authorization shall be as valid as the original. This Authorization shall become effective on the date appearing next to my signature bel w. I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right t revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to whic I submit a claim.

Rebecca Lane Pifer
**Print Name**

July 2, 1960
**Date of Birth**

Rebecca Lane Pifer
**Signature**

September 26, 2011
**Date**

DP 432 Rev 02/09

**LIN000838**



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1748

## <u>RESPONSE COVERSHEET</u>

**In order to facilitate accurate and timely processing of this claim, please include this cover sheet along with your response to this request.**

**PLEASE USE BLACK INK WHEN COMPLETING FORMS.**

**Document Type:** Medical

**Claim Number:** 4087659

**Employee/Claimant Name:** REBECCA PIFER

**Provider's Name:** Dr. Louis Almekinders

**LIN000839**



**Liberty Life Assurance Company Of Boston**

Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: 888-437-7611
Fax No.: (603) 422-7909

October 26, 2012

North Carolina Department of Insurance
Consumer Services Division
Griffith Jones- Insurance Compliance Analyst
1201 Mail Service Center
Raleigh, NC 27699-1201

**RE: File Number: 2012-10-00782**
    **Rebecca Lane Pifer**
    **Claim Number: 4087659**
    **Policyholder: Blue Cross & Blue Shield of North Carolina / GF3-850-286395-01**
    **Policy Situs State: North Carolina**
    **N. A. I. C. # 0111-65315 Liberty Life Assurance Company of Boston**

Dear Mr. Jones:

Please allow this letter to respond to your October 23, 2012 inquiry regarding Rebecca Lane Pifer.

The long-term disability ("LTD") policy which Rebecca Pifer claims coverage is the Blue Cross & Blue Shield of North Carolina Group Disability Income Policy ("the Policy"), which is a policy sponsored by her employer and is fully insured by Liberty Life Assurance Company of Boston. Blue Cross & Blue Shield of North Carolina established its Disability Plan for the purpose of providing disability benefits to its employees. As such, the Plan constitutes an ERISA employee welfare benefit plan, and is governed by ERISA. 1 See 29 U.S.C. sec 1002 (1).

We have conducted a complete review of Ms. Pifer's inquiry to the North Carolina Department of Insurance. We have reviewed the Restrictions Forms completed by her physicians and the medical records contained on file. The April 15, 2012 Restrictions Form completed by Dr. Kallianos does indicate permanent disability in section 5 of the form. Liberty Life has determined that a further medical review needs to be conducted to determine Ms. Pifer's current medical functionality and associated restrictions and limitations.

Rebecca Pifer's LTD benefits will be reinstated under reservation of rights while we conduct this review. This payment, or any future payments, should not be interpreted as an admission of present or ongoing liability. We reserve our right to enforce any and all provisions of the policy at any time.

_____
[1] The Employee Retirement Income Security Act (ERISA) defines an employee welfare plan as "any plan...established or maintained by an employer...to the extent that such plan...was established or is maintained for the purpose of providing for its participants or their beneficiaries, through the purchase of insurance or otherwise,...benefits in the event of...disability..." 29 U.S.C. sec 1002(1).

Liberty Life will notify Ms.Pifer under separate cover that her LTD claim has been re-opened. We will keep Ms. Pifer and the North Carolina Department of Insurance apprised of the status of Ms. Pifer's claim.

We anticipate that this correspondence and enclosures fully responds to your inquiry. Should you require further information, please contact me directly.

Sincerely,

Karen M. McKenzie
Group Benefits
Karen.McKenzie@Libertymutual.com
1-888-437-7611, Extension 16344



**Liberty Life Assurance Company Of Boston**

Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: 888-437-7611
Fax No.: (603) 422-7909

October 26, 2012

Rebecca Pifer
9 Seawell Court
Durham, NC 27702

**RE:   File Number: 2012-10-00782**
**Rebecca Lane Pifer**
**Claim Number: 4087659**
**Policyholder: Blue Cross & Blue Shield of North Carolina / GF3-850-286395-01**
**Policy Situs State: North Carolina**
**N. A. I. C. # 0111-65315 Liberty Life Assurance Company of Boston**

Dear Ms. Pifer:

This letter responds to your October 10, 2012 request for reconsideration of the denial of your LTD benefits that was directed to the Presidential Services Team of Liberty Mutual Insurance Company.

We have conducted a complete review of your inquiry and we have determined that a further medical review is required to determine your current medical functionality and associated restrictions and limitations. Your LTD benefits will be reinstated under reservation of rights while we conduct this review. This payment, or any future payments, should not be interpreted as an admission of present or ongoing liability.  We reserve our right to enforce any and all provisions of the policy at any time.

Your LTD claim has been assigned to Rhonda Eubanks, Disability Case Manager. Ms. Eubanks may be reached at 800-291-0112, Extension 14257. Liberty Life will keep you apprised of the status of your claim.

Sincerely,

Karen M. McKenzie
Group Benefits
Karen.McKenzie@Libertymutual.com
1-888-437-7611, Extension 16344



# Liberty Mutual.

### Restrictions Form

Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (503) 430-1748

| REBECCA PIFER | 1960 | 4087659 | Rose Raines |
|---|---|---|---|
| Patient Name | Date of Birth | Claim Number | Case Manager |

### To be completed by physician:

1. DATE FIRST TREATED — 3-16-11     Generalized osteoarthritis 715.09
   DATE LAST TREATED — 3-26-12      Ehlers-Danlos
   NEXT OFFICE VISIT — ~9-26-12     DIAGNOSIS(ES) WITH ASSOCIATED ICD-9 CODES

2. For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:

   ☑ **SEDENTARY** Lifting / carrying up to 10 pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
   ☐ **LIGHT** Lifting / carrying up to 20 pounds occasionally, sitting at least occasionally and standing / walking frequently.
   ☐ **MEDIUM** Lifting / carrying up to 50 pounds occasionally; sitting, standing and / or walking constantly.
   ☐ **HEAVY** Lifting / carrying up to 100 pounds occasionally; sitting, standing and / or walking constantly.
   ☐ **VERY HEAVY** Lifting / carrying over 100 pounds occasionally; sitting, standing and / or walking constantly.

   | KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
   |---|---|---|---|
   | | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
   | | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.
   1) For physical diagnoses, describe the type of task (hand, grasp, etc.) AND frequency (SEE KEY).
   2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.

   No prolonged sitting standing, repetitive activity

4. RESTRICTIONS IMPOSED FROM  permanent  TO  restrictions.

5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?_____

   Permanent disability - ongoing medications only partially effective

6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?
   See attached note

7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM_____ TO_____.

| Linda Belhem | MD- Rheumatology | 56-107 9 264 |
|---|---|---|
| Provider's Name (Please Print) | Degree AND Area of Specialty | Social Security or Tax ID Number |
| 4644 Ben Franklin Blvd | 919-226-5741 | 919-226-2627 |
| Street Address | Telephone Number | Fax Number |
| Durham, NC 27704 | [signature] | 3-21-12 |
| City, State & Zip Code | Signature | Date |

LIN000843



# TRIANGLE COMMUNITY
## PHYSICIANS, P.A.

4309 MEDICAL PARK DR., SUITE 200, DURHAM, NC 27704
Phone: 919-471-4484   Fax: 919-477-6131

Robert C. Pennington, MD    John A. Kallianos, MD    Kombiz P. Klein, DO

October 10, 2012

Rebecca Pifer
DOB: ███ 1960

Dear Sirs:

I have had the pleasure of caring for Mrs. Pifer for 18 years. I have been following her along with Dr. Linda Belhorn, Rheumatology, for generalized osteoarthritis and Ehlers-Danlos syndrome. She has been seeing Neurology for worsening peripheral neuropathy. I have reviewed your denial letter. In deed, I did check the box stating sedentary on the April evaluation. It is tricky that there is no sixth box to address any lesser status. However, you failed to pay any attention to the more current evaluation dated June 24, 2012. Her physical impairments have progressed and given the 5 choices on that form, she has "severe limitations of functional capacity-incapable of minimum(sedentary) activity (75-100%).". Specifically stated, she is "disabled from all duties" and again "I feel her medical issues are permanent". I do not think I can be any clearer. She can not perform any and all duties of her employment including sedentary activities and this disability is permanent.

Sincerely,

John A. Kallianos, MD-Internal Medicine/Pediatrics

LIN000844

**LINDA R. BELHORN, M.D.**
Phone: 919-220-5306
Fax: 919-220-2627

120 William Penn Plaza
Durham, NC 27704

September 10, 2012

RE: Rebecca Pifer (DOB: ██████60)

The Liberty Life Assurance Company of Boston
Attn: Rose Raines
Group Benefits Disability Claims
PO Box 7207
Londn, KY 40742-7207

To whom it may concern:

My patient Rebecca Pifer is followed for generalized osteoarthritis and Ehlers-Danlos syndrome. She is permanently disabled and cannot return to work in a sedentary job, as previously suggested by your letter where her disability was denied. This letter is an appeal to overturn that decision and reinstate her disability. She has multiple musculoskeletal problems and cannot sit or stand for a prolonged period. She is permanently disabled from any job.

Please feel free to contact me if you have any questions.

Sincerely,

Linda R. Belhorn, M.D.

**LIN000845**

## TRIANGLE COMMUNITY PHYSICIANS, PA

**Patient Name: REBECCA PIFER**                                     Acct #: 11689E

**Patient DOB:** ▮▮▮1960                                            Age: 51 y

**Date of Service: 03/13/2012**        **JOHN KALLIANOS MD**

CHIEF COMPLAINT:
HISTORY:

She has had her right bunion corrected and in a cast.

She has been out of work for the last year  She has been stressed dealing with her LTD through Liberty Mutual.

715.9-OSTEOARTHROSIS NOS The arthritis has worsened. The patient has moderate joint pain, has moderate stiffness, has mild swelling of the joints. No complications noted from the medication presently being used. The patient is being seen by a rheumatologist.

756.83-EHLERS-DANLOS SYNDROME  this underlying problem has been exacerbated by her progressive osteoarthritis as well as worsening neuropathy.

356.9-NEUROPATHY, IDIOPATHIC PERIPHERAL NOS The peripheral neuropathy is stable. The patient has tingling, has numbness. No complications noted from the medication presently being used.  she has seen neurology in the past and currently is on gabapentin. She has noted worsening problems particularly in her hands and feet. She is concerned about the possibility of multiple sclerosis

PAST MEDICAL HISTORY:

MEDICAL:  osteopenia

2011 shingles

SURGICAL:  8/11 left bunionectomy

right shoulder surgery

CURRENT ALLERGIES:

NO KNOWN DRUG ALLERGY

REVIEW OF SYSTEMS:

GENERAL:  Normal activity and energy level, no change in appetite.  No major weight gain or loss. No malaise, chills, fever, diaphoresis.

PHYSICAL EXAMINATION:

CONSTITUTIONAL:

VITALS SIGNS:

BLOOD PRESSURE: 138/76 Left Arm Sitting

GENERAL APPEARANCE:  Caucasian female, normal body habitus, in no acute distress.

NECK AND THYROID:  Symmetrical with no elevation of the jugular venous pulsation. Trachea midline. No thyroid enlargement, tenderness, or mass.

RESPIRATORY:  Clear to auscultation and percussion.  Normal respiratory effort. No fremitus.

CARDIOVASCULAR:

CARDIAC:  Regular rhythm. No murmurs, rubs, or gallops. PMI not displaced. No thrill.

EDEMA/VARICOSITIES OF EXTREMITIES:  No edema or varicosities.

LYMPHATICS:  No lymphadenopathy in the neck, axillae, or groin.

MUSCULOSKELETAL EXAM:

DIGITS/NAILS:  BOUCHARD'S NODES PRESENT, HEBERDEN'S NODES.

EXTREMITIES:

LEFT UPPER:   mild swelling in wrist with stiffness and pain

RIGHT UPPER:   mild swelling in wrist with stiffness and pain

RIGHT LOWER:   right leg in a hard cast

ASSESSMENT/PLAN:

LIN000846

**Patient Name: REBECCA PIFER**                           Acct #: 11689E

**Patient DOB:** ██████1960                               Age: 51 y

**Date of Service: 03/13/2012**          **JOHN KALLIANOS MD**

    715.9-OSTEOARTHROSIS NOS
        STATUS: Worsening.
    756.83-EHLERS-DANLOS SYNDROME
        STATUS: Worsening.
    356.9-NEUROPATHY, IDIOPATHIC PERIPHERAL NOS
        STATUS: Worsening.
        REFERRALS: Neurology.
        LAB ORDERS: CBC w/diff/plat(85024), Basic chem(80049), TSH(84443). Free T4(84439).
        B12 (82607). MRI of the head.
RETURN VISIT:  Patient is to return after MRI has been completed.
VERIFICATION OF ANCILLARY DOCUMENTATION: The following portions of the chart were completed
    by ancillary personnel and reviewed by the physician:  Chief complaint, vital signs.

Electronically Signed by: John A. Kallianos, MD on Wednesday, March 14, 2012 8:01 am

LIN000847

Ehlers-Danlos National Foundation - What are the types of EDS?

Page 1 of 3



HOME    ABOUT EDNF    ABOUT EDS    MEDICAL PROFESSIONALS    SEARCH SITE    GLOSSARY

search...





Home
About EDNF
About EDS
Medical
Professionals
Search Site
Glossary

EDNF

Vision and Mission
Frequently Asked
Questions
Upcoming Events
Radio PSAs
Vascular Urgent Info
Vascular Primer
Obituaries
About Memberships
Membership Center
EDNF Since 2006
TAD Coalition
Message Boards

EDS Knowledge

What is EDS?
**What are EDS**
**types?**
EDS diagnosis
EDS inheritance

## What are the types of EDS?

Ehlers-Danlos syndrome (EDS) is a heterogeneous group of heritable connective tissue disorders characterized by articular hypermobility, skin extensibility and tissue fragility. Individuals with EDS have a defect in their connective tissue. It is this tissue that provides support to many body parts such as the skin, muscles, ligaments and organs. The fragile skin and unstable joints found in EDS are due to faulty collagen. Collagen is a protein that acts like glue in the body adding strength and elasticity to connective tissue.

There are six major types of EDS. The different types of EDS are classified according to the signs and symptoms that are manifested. Each type of EDS is a distinct disorder that "runs true" in a family. This means that an individual with **❶** EDS will not have a child with Classical Type EDS. More detailed information can be found in our

General Frequently Asked Questions

## Hypermobility (Formerly EDS Type III)

Joint hypermobility is the dominant clinical manifestation. Generalized joint hypermobility that affects large (elbows, knees)and small (fingers and toes) joints is evident in the Hypermobility Type. Recurring joint subluxations and dislocations are common occurrences. Certain joints, such as the shoulder, patella, and temporomandibular joint dislocate frequently. The skin involvement (hyperextensibility and/or smooth velvety skin) as well as bruising tendencies in the Hypermobility Type are present but variable in severity.

Chronic joint and limb pain is a common complaint amongst individuals with the Hypermobility Type. Skeletal X-rays are normal. Musculoskeletal pain is early onset, chronic and may be debilitating. The anatomical distribution is wide and tender points can sometimes be elicited.

To date, no distinctive biochemical collagen finding has been identified by researchers. The Hypermobility Type of EDS is inherited in an autosomal dominant manner.

Frequently Asked Questions about Hypermobility Type

## Classical (Formerly EDS Types I & II)

Marked skin hyperextensibility (stretchy) with widespread and joint hypermobility are found in the Classical Type of EDS. The skin manifestations range in severity from mild to severe expression. The skin is smooth and velvety with the evidence of tissue fragility and easy bruisability. Examples of tissue extensibility and fragility include hiatal hernia, anal prolapse in childhood and cervical insufficiency. Hernias may be a post-operative complication. Scars are found mostly over pressure points such as the knees, elbows, forehead and chin. Molluscoid pseudo tumors (calcified hematomas) associated with scars are frequently found over pressure points such as the elbows, and spheroids (fat containing cysts) are usually found the on the forearms and shins.

Complications of joint hypermobility include sprains, dislocations/subluxations and pes planus (flat foot) to name a few. Recurrent joint subluxations are common in the shoulder, patella and temporomandibular joints. Muscle hypotonia and delayed gross motor development may also be evident.

Clinical Testing - Abnormal electrophoretic mobility of the proa1(V) or proa2(V) chains of collagen type V has been detected in several but not all families with the Classical Type. The Classical Type of EDS is inherited in an autosomal dominant manner.

Frequently Asked Questions about Classical Type

## Vascular (Formerly EDS Type IV)

This type is generally regarded as the most serious form of EDS due to the possibility of arterial or organ rupture. The

LIN000848

usually thin and translucent with veins being seen through the skin. This is most apparent over the chest and abdomen. There are certain facial characteristics present in some affected individuals. These manifestations include large eyes, thin nose, lobeless ears, short stature and thin scalp hair. Also evident is a decrease in subcutaneous tissue, particularly in the face and extremities. Minor trauma can lead to extensive bruising.

Arterial/intestinal/uterine fragility or rupture commonly arise in this type of EDS. Spontaneous arterial rupture has a peak incidence in the third or fourth decade of life, but may occur earlier. Midsize arteries are commonly involved. Arterial rupture is the most common cause of sudden death. Acute diffuse or localized abdominal or flank pain is a common presentation of arterial or intestinal rupture. Life expectancy is shortened with a majority of individuals living only into their forties. Pregnancies maybe complicated by intra-partum uterine rupture and pre- and postpartum arterial bleeding.

Joint hypermobility is usually limited to the digits. Tendon and muscle rupture can occur. Talipes equinovarus (clubfoot) is frequently seen at birth. Other manifestations that may be found in the Vascular Type include: acrogeria (premature aging of the skin of the hands and feet); early onset varicose veins; arteriovenousfistula (an opening between an artery and vein), carotid-cavernousfistula; pneumothorax (collapse of a lung) /pneumohemothorax (collapse of a lung with a collection of air or gas and blood); gingivalrecession and complications during and after surgery (i.e. wound dehiscence).

The Vascular Type of EDS is caused by structural defects in the proa1(III) chain of collagen type III encodes by COL3A1. This type of EDS is inherited in an autosomal dominant manner. A skin biopsy can diagnose this type of EDS.

Frequently Asked Questions about Vascular Type

## Kyphoscoliosis (Formerly EDS Type VI)

Generalized joint laxity and severe muscle hypotonia (weak muscle tone) at birth are seen in this type of EDS. The muscular hypotonia can be very pronounced and leads to delayed gross motor development. Individuals with the Kyphoscoliosis Type present with Scoliosis at birth that is progressive. The phenotype is most often severe, frequently resulting in the loss of ambulation in the second or third decade. Scleral fragility may lead to rupture of the ocular globe after minor trauma.

Tissue fragility including atrophic scars and easy bruising may be seen in the Kyphoscoliosis Type. Spontaneous arterial rupture can occur. Other findings may include: marfanoid habitus (Marfan like features); micro cornea (abnormally small cornea); and radiologically considerable osteopenia (diminished amount of bone tissue).

Kyphoscoliosis Type EDS is the result of a deficiency of lysylhydroxylase (PLOD), which is a collagen-modifying enzyme. This type of EDS is inherited in an autosomal recessive manner. Kyphoscoliosis Type can be diagnosed through a urine test.

## Arthrochalasia (Formerly EDS Type VII A&B)

Congenital hip dislocation has been present in all biochemically proven individuals with this type of EDS. Severe generalized joint hypermobility with recurrent subluxations are seen in individuals with this type of EDS. Other manifestations of this type may include: skin hyperextensibility with easy bruising; tissue fragility including atrophic scars; muscle hypotonia; Kyphoscoliosis and radiologically mild osteopenia.

The Arthrochalasia Type is caused by mutations leading to deficient processing of the amino-terminal end of proa1(I) [type A] or proa2(I)[type B] chains of collagen type I. It is inherited in an autosomal dominant manner. A skin biopsy can also diagnose this type of EDS.

## Dermatosparaxis (Formerly EDS Type VIIC)

Individuals with Dermatosparaxis Type EDS have severe skin fragility and substantial bruising. Wound healing is not impaired and the scars are not atrophic. The skin texture is soft and doughy. Sagging, redundant skin is evident. The redundancy of facial skin results in an appearance resembling cutis laxa. Large hernias (umbilical, inguinal) may also be seen. The number of patients reported with this type of EDS is small.

Dermatosparaxis Type EDS is caused by a deficiency of procollagen N-terminal peptidase. It is inherited in an autosomal recessive manner. A skin biopsy can diagnose this type of EDS.

## Other

The current EDS type V (X-linked) has been described in a single family. It is a rare variant and the molecular basis of which remains unknown.

The current EDS type VIII is similar to the Classical Type except that in addition it presents with periodontal friability. This is a rare type of EDS. The existence of this syndrome as an autonomous entity is uncertain.

Why is it called EDS?
Vascular Urgent Info
FAQs
Ritter Rules
Living with EDS
Dealing with Doctors
Think You Have EDS?
2007 MRG
Image Gallery
Physicians Directory
Links

EDS Change
Raise Awareness
Research
Advocacy Action
Requests

Conference
2011 General Info
FAQs
Baltimore Tourism
Travel Info
Memorial Project
Partner Opportunities
Sponsor Listing

Contact Us
Board of Directors
ProAdvisoryNetwork
Contact Us

Case 1:22-cv-00186-WO-JLW    Document 22    Filed 10/24/22    Page 86 of 538



Group Benefits Disability Claims
Liberty Life AssuraNCe Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1748

April 19, 2012

Rebecca Pifer
9719 Rougemont Rd.
Bahama, NC 27503

RE:     Long Term Disability Benefits
        Blue Cross & Blue Shield Of Nc
        Claim #: 4087659

Dear Ms. Pifer:

We are writing in regard to your claim for disability benefits. We have completed a thorough review of your eligibility for disability benefits, and have determined that benefits are not payable beyond April 19, 2012. Blue Cross & Blue Shield Of Nc's Long Term Disability Policy requires that to receive benefits you must meet the following Definition of Disability:

**"Disability"** or **"Disabled"** *means:*

1. *For persons other than pilots, co-pilots, and crewmembers of an aircraft:*

    a. *if the Covered Person is eligible for the Maximum Own Occupation benefit,* ***"Disability"*** *or* ***"Disabled"*** *means during the Elimination Period and until the Covered Person reaches the end of the Maximum Benefit Period, as a result of an Injury or Sickness, he is unable to perform the Material and Substantial Duties of his Own Occupation.*

    b.   i. *if the Covered Person is eligible for the 24 Month Own Occupation benefit,* ***"Disability"*** *or* ***"Disabled"*** *means that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*

        ii. *thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*

2. *With respect to Covered Persons employed as pilots, co-pilots and crewmembers of an aircraft:*

    *"Disability" or "Disabled" means as a result of Injury or Sickness the Covered Person is unable to perform the Material and Substantial Duties of Any Occupation.*

***"Material and Substantial Duties"*** *means responsibilities that are normally required to*

LIN000850

perform the Covered Person's Own Occupation, or any other occupation, and cannot be reasonably eliminated or modified.

*"Own Occupation"* means the Covered Person's occupation that he was performing when his Disability or Partial Disability began. For the purposes of determining Disability under this policy, Liberty will consider the Covered Person's occupation as it is normally performed in the national economy.

You have been receiving Long Term Disability benefits for your disability since July 30, 2011. In order to evaluate whether or not you continued to meet the above Definition of Disability, we requested medical information from your physicians, and then compared your restrictions and limitations to the requirements of your occupation.

You submitted a claim for rotator cuff repair, bunionectomy repair, Ehlers-Danlos disease and osteoarthritis. Your claim contains the following medical documentation:

- Office visit notes from Dr. Paul Wright dated December 21, 2010 through April 21, 2011
- Office visit note from Dr. Linda Belhorn dated March 16, 2011 through March 26, 2012
- Office visit notes from Dr. Mallon dated April 28, 2011 through October 17, 2011
- Office visit notes form Dr. Johnson dated July 7, 2011 through March 20, 2012
- Office visit notes from Dr. Kallianos dated January 23, 2010 through March 13, 2012
- Progress notes from Stewart Physical Therapy dated January 20, 2011 through April 27, 2011
- Lab reports dated March 18, 2011 through March 13, 2012
- MRI right shoulder dated March 24, 2011
- MRI brain dated March 22, 2012
- April 13, 2011 bone density report
- April 13, 2011 lumbar spine, left hip and right hip scan
- Operative report dated May 27, 2011, August 24, 2011 and December 28, 2011
- Progress notes from Triangle Orthopaedic Associates, P.A. dated June 21, 2011 through August 23, 2011
- Attending Physicians Statement completed by Dr. Mallon on August 25, 2011 and November 21, 2011
- Attending physicians Statement completed by Dr. Johnson on October 12, 2011, February 8, 2012 and March 20, 2012
- Attending Physicians Statement completed by Dr. Belhorn dated March 29, 2012
- Attending Physicians Statement completed by Dr. Kallianos dated April 15, 2012

We received completed Attending Physicians' Statements signed by Dr. Kallianos on April 15, 2012 and by Dr. Belhorn on March 29, 2012 which confirm you are capable of performing sedentary duties on a full time basis. We also received a completed Attending Physicians Statement dated March 20, 2012 signed by Dr. Johnson which confirms you are capable of performing light work on a full time basis.

LIN000851

To better understand the demands of your occupation, a Vocational Case Manager researched your occupation as a Dental Analyst which is often performed in a sedentary environment. The review indicates:

*The Occupational Outlook Handbook (OOH) provides information for this occupation under Claims Adjusters, Appraisers, Examiners, and Investigators.*

*"Working environments of claims adjusters, appraisers, examiners, and investigators vary greatly. Many claims adjusters and auto damage appraisers often work outside the office, inspecting damaged buildings and automobiles. Adjusters who inspect damaged buildings must be wary of potential hazards, such as collapsed roofs and floors, as well as weakened structures.*

*Some adjusters report to the office every morning to get their assignments, while others simply call in from home and spend their days traveling to claim sites. Occasionally, experienced adjusters must be away from home for days—for example, when they travel to the scene of a disaster such as a tornado, hurricane, or flood—to work with local adjusters and government officials.*

*Most claims examiners employed by life and health insurance companies work a standard 5-day, 40-hour week in a typical office environment. In contrast, adjusters often must arrange their work schedules to accommodate evening and weekend appointments with clients. This sometimes results in adjusters working irregular schedules, especially when they have a lot of claims to scrutinize. Adjusters are often called to work in the event of emergencies and may have to work 50 or 60 hours a week until all claims are resolved."*

*The Department of Labor defines sedentary work as,*

> ***S-Sedentary Work*** *- Exerting up to 10 pounds of force occasionally and/or a negligible amount of force frequently to move objects. Jobs are sedentary if walking and standing are required occasionally and all other sedentary criteria are met.*

Based on the medical information in relation to your occupation requirements, we do not have documents form a treating physician which confirms you are unable to perform the sedentary duties which are required in your own occupation; therefore, you no longer meet your Policy's Definition of Disability, and we must close your claim. Benefits will be paid through April 19, 2012 and your claim is closed as of April 20, 2012.

If you have a pending Social Security, Workers' Compensation or Pension benefit that is awarded retroactive to your period of disability with Liberty, someone from our Claims Recovery Unit will contact you shortly. Please be advised that you are expected to repay the amount of any disability benefit you received during the time periods that you received income from other sources, per the language of your disability Policy.

If you have an open FMLA or State Leave claim with Liberty Mutual, you will receive a separate notification regarding the status of your leave.

This claim determination reflects an evaluation of the claim facts and Policy provisions. We reserve the right to make a determination on any additional information that may be submitted.

LIN000852



# TRIANGLE COMMUNITY
## PHYSICIANS, P.A.

4309 MEDICAL PARK DR., SUITE 200, DURHAM, NC 27704
Phone: 919-471-4484   Fax: 919-477-6131

Robert C. Pennington, MD     John A. Kallianos, MD     Kombiz P. Klein, DO

October 10, 2012

Rebecca Pifer
DOB: ████1960

Dear Sirs:

   I have had the pleasure of caring for Mrs. Pifer for 18 years.  I have been following her along with Dr. Linda Belhorn, Rheumatology, for generalized osteoarthritis and Ehlers-Danlos syndrome.  She has been seeing Neurology for worsening peripheral neuropathy.  I have reviewed your denial letter.  In deed, I did check the box stating sedentary on the April evaluation.  It is tricky that there is no sixth box to address any lesser status.  However, you failed to pay any attention to the more current evaluation dated June 24, 2012.  Her physical impairments have progressed and given the 5 choices on that form, she has "severe limitations of functional capacity-incapable of minimum(sedentary) activity (75-100%).".  Specifically stated, she is "disabled from all duties" and again "I feel her medical issues are permanent".  I do not think I can be any clearer.  She can not perform any and all duties of her employment including sedentary activities and this disability is permanent.

Sincerely,

John A. Kallianos, MD-Internal Medicine/Pediatrics

LIN000853

**LINDA R. BELHORN, M.D.**
Phone: 919-220-5306
Fax:  919-220-2627

120 William Penn Plaza
Durham, NC  27704

September 10, 2012

RE:  Rebecca Pifer (DOB: ███ 60)

The Liberty Life Assurance Company of Boston
Attn:  Rose Raines
Group Benefits Disability Claims
PO Box 7207
Londn, KY  40742-7207

To whom it may concern:

My patient Rebecca Pifer is followed for generalized osteoarthritis and Ehlers-Danlos syndrome.  She is permanently disabled and cannot return to work in a sedentary job, as previously suggested by your letter where her disability was denied. This letter is an appeal to overturn that decision and reinstate her disability.  She has multiple musculoskeletal problems and cannot sit or stand for a prolonged period.  She is permanently disabled from any job.

Please feel free to contact me if you have any questions.

Sincerely,

Linda R. Belhorn, M.D.

**LIN000854**

# TRIANGLE COMMUNITY PHYSICIANS, PA

**Patient Name: REBECCA PIFER**　　　　　　　　　　　Acct #: 11689E

**Patient DOB:** ▮▮▮▮ 1960　　　　　　　　　　　　Age: 51 y

**Date of Service: 03/13/2012**　　　　**JOHN KALLIANOS MD**

CHIEF COMPLAINT:
HISTORY:

She has had her right bunion corrected and in a cast.

She has been out of work for the last year  She has been stressed dealing with her LTD through Liberty Mutual.

715.9-OSTEOARTHROSIS NOS The arthritis has worsened. The patient has moderate joint pain, has moderate stiffness, has mild swelling of the joints. No complications noted from the medication presently being used. The patient is being seen by a rheumatologist.

756.83-EHLERS-DANLOS SYNDROME   this underlying problem has been exacerbated by her progressive osteoarthritis as well as worsening neuropathy.

356.9-NEUROPATHY, IDIOPATHIC PERIPHERAL NOS The peripheral neuropathy is stable. The patient has tingling, has numbness. No complications noted from the medication presently being used.   she has seen neurology in the past and currently is on gabapentin. She has noted worsening problems particularly in her hands and feet. She is concerned about the possibility of multiple sclerosis

PAST MEDICAL HISTORY:

MEDICAL:  osteopenia

2011 shingles

SURGICAL:  8/11 left bunionectomy

right shoulder surgery

CURRENT ALLERGIES:

NO KNOWN DRUG ALLERGY

REVIEW OF SYSTEMS:

GENERAL:  Normal activity and energy level, no change in appetite.  No major weight gain or loss. No malaise, chills, fever, diaphoresis.

PHYSICAL EXAMINATION:

CONSTITUTIONAL:

VITALS SIGNS:

BLOOD PRESSURE: 138/76 Left Arm Sitting

GENERAL APPEARANCE:  Caucasian female, normal body habitus, in no acute distress.

NECK AND THYROID:  Symmetrical with no elevation of the jugular venous pulsation. Trachea midline. No thyroid enlargement, tenderness, or mass.

RESPIRATORY:  Clear to auscultation and percussion.  Normal respiratory effort. No fremitus.

CARDIOVASCULAR:

CARDIAC:  Regular rhythm. No murmurs, rubs, or gallops. PMI not displaced. No thrill.

EDEMA/VARICOSITIES OF EXTREMITIES:  No edema or varicosities.

LYMPHATICS:  No lymphadenopathy in the neck, axillae, or groin.

MUSCULOSKELETAL EXAM:

DIGITS/NAILS:  BOUCHARD'S NODES PRESENT, HEBERDEN'S NODES.

EXTREMITIES:

LEFT UPPER:   mild swelling in wrist with stiffness and pain

RIGHT UPPER:   mild swelling in wrist with stiffness and pain

RIGHT LOWER:   right leg in a hard cast

ASSESSMENT/PLAN:

LIN000855

**Patient Name: REBECCA PIFER**          **Acct #: 11689E**

**Patient DOB:** ▉▉▉1960                 **Age: 51 y**

**Date of Service: 03/13/2012**     **JOHN KALLIANOS MD**

    715.9-OSTEOARTHROSIS NOS
        STATUS: Worsening.
    756.83-EHLERS-DANLOS SYNDROME
        STATUS: Worsening.
    356.9-NEUROPATHY, IDIOPATHIC PERIPHERAL NOS
        STATUS: Worsening.
        REFERRALS: Neurology.
        LAB ORDERS: CBC w/diff/plat(85024), Basic chem(80049), TSH(84443). Free T4(84439).
        B12 (82607). MRI of the head.
RETURN VISIT:    Patient is to return after MRI has been completed.
VERIFICATION OF ANCILLARY DOCUMENTATION:  The following portions of the chart were completed
    by ancillary personnel and reviewed by the physician:   Chief complaint, vital signs.

Electronically Signed by: John A. Kallianos, MD on Wednesday, March 14, 2012 8:01 am

LIN000856



HOME    ABOUT EDNF    ABOUT EDS    MEDICAL PROFESSIONALS    SEARCH SITE    GLOSSARY





Home
About EDNF
About EDS
Medical
Professionals
Search Site
Glossary

**EDNF**

Vision and Mission
Frequently Asked
Questions
Upcoming Events
Radio PSAs
Vascular Urgent Info
Vascular Primer
Obituaries
About Memberships
Membership Center
EDNF Since 2006
TAD Coalition
Message Boards

**EDS Knowledge**

What is EDS?
**What are EDS**
**types?**
EDS diagnosis
EDS inheritance

## What are the types of EDS?

Ehlers-Danlos syndrome (EDS) is a heterogeneous group of heritable connective tissue disorders characterized by articular hypermobility, skin extensibility and tissue fragility. Individuals with EDS have a defect in their connective tissue. It is this tissue that provides support to many body parts such as the skin, muscles, ligaments and organs. The fragile skin and unstable joints found in EDS are due to faulty collagen. Collagen is a protein that acts like glue in the body adding strength and elasticity to connective tissue.

There are six major types of EDS. The different types of EDS are classified according to the signs and symptoms that are manifested. Each type of EDS is a distinct disorder that "runs true" in a family. This means that an individual with ⓘ EDS will not have a child with Classical Type EDS. More detailed information can be found in our

General Frequently Asked Questions

### Hypermobility (Formerly EDS Type III)

Joint hypermobility is the dominant clinical manifestation. Generalized joint hypermobility that affects large (elbows, knees)and small (fingers and toes) joints is evident in the Hypermobility Type. Recurring joint subluxations and dislocations are common occurrences. Certain joints, such as the shoulder, patella, and temporomandibular joint dislocate frequently. The skin involvement (hyperextensibility and/or smooth velvety skin) as well as bruising tendencies in the Hypermobility Type are present but variable in severity.

Chronic joint and limb pain is a common complaint amongst individuals with the Hypermobility Type. Skeletal X-rays are normal. Musculoskeletal pain is early onset, chronic and may be debilitating. The anatomical distribution is wide and tender points can sometimes be elicited.

To date, no distinctive biochemical collagen finding has been identified by researchers. The Hypermobility Type of EDS is inherited in an autosomal dominant manner.

Frequently Asked Questions about Hypermobility Type

### Classical (Formerly EDS Types I & II)

Marked skin hyperextensibility (stretchy) with widespread scarring and joint hypermobility are found in the Classical Type of EDS. The skin manifestations range in severity from mild to severe expression. The skin is smooth and velvety with the evidence of tissue fragility and easy bruisability. Examples of tissue extensibility and fragility include hiatal hernia, anal prolapse in childhood and cervical insufficiency. Hernias may be a post-operative complication. Scars are found mostly over pressure points such as the knees, elbows, forehead and chin. Molluscoid pseudo tumors (calcified hematomas) associated with scars are frequently found over pressure points such as the elbows, and spheroids (fat containing cysts) are usually found the on the forearms and shins.

Complications of joint hypermobility include sprains, dislocations/subluxations and pes planus (flat foot) to name a few. Recurrent joint subluxations are common in the shoulder, patella and temporomandibular joints. Muscle hypotonia and delayed gross motor development may also be evident.

Clinical Testing - Abnormal electrophoretic mobility of the proa1(V) or proa2(V) chains of collagen type V has been detected in several but not all families with the Classical Type. The Classical Type of EDS is inherited in an autosomal dominant manner.

Frequently Asked Questions about Classical Type

### Vascular (Formerly EDS Type IV)

This type is generally regarded as the most serious form of EDS due to the possibility of arterial or organ rupture. The

LIN000857

Why is it called
EDS?
   Vascular Urgent Info
   FAQs
   Ritter Rules
   Living with EDS
   Dealing with Doctors
   Think You Have
EDS?
   2007 MRG
   Image Gallery
   Physicians Directory
   Links

EDS Change

   Raise Awareness
   Research
   Advocacy Action
   Requests

Conference

   2011 General Info
   FAQs
   Baltimore Tourism
   Travel Info
   Memorial Project
   Partner Opportunities
   Sponsor Listing

Contact Us

   Board of Directors
   ProAdvisoryNetwork
   Contact Us

usually thin and translucent with veins being seen through the skin. This is most apparent over the chest and abdomen. There are certain facial characteristics present in some affected individuals. These manifestations include large eyes, thin nose, lobeless ears, short stature and thin scalp hair. Also evident is a decrease in subcutaneous tissue, particularly in the face and extremities. Minor trauma can lead to extensive bruising.

Arterial/intestinal/uterine fragility or rupture commonly arise in this type of EDS. Spontaneous arterial rupture has a peak incidence in the third or fourth decade of life, but may occur earlier. Midsize arteries are commonly involved. Arterial rupture is the most common cause of sudden death. Acute diffuse or localized abdominal or flank pain is a common presentation of arterial or intestinal rupture. Life expectancy is shortened with a majority of individuals living only into their forties. Pregnancies maybe complicated by intra-partum uterine rupture and pre- and postpartum arterial bleeding.

Joint hypermobility is usually limited to the digits. Tendon and muscle rupture can occur. Talipes equinovarus (clubfoot) is frequently seen at birth. Other manifestations that may be found in the Vascular Type include: acrogeria (premature aging of the skin of the hands and feet); early onset varicose veins; arteriovenousfistula (an opening between an artery and vein), carotid-cavernousfistula; pneumothorax (collapse of a lung) /pneumohemothorax (collapse of a lung with a collection of air or gas and blood); gingivalrecession and complications during and after surgery (i.e. wound dehiscence).

The Vascular Type of EDS is caused by structural defects in the proa1(III) chain of collagen type III encodes by COL3A1. This type of EDS is inherited in an autosomal dominant manner. A skin biopsy can diagnose this type of EDS.

Frequently Asked Questions about Vascular Type

## Kyphoscoliosis (Formerly EDS Type VI)

Generalized joint laxity and severe muscle hypotonia (weak muscle tone) at birth are seen in this type of EDS. The muscular hypotonia can be very pronounced and leads to delayed gross motor development. Individuals with the Kyphoscoliosis Type present with Scoliosis at birth that is progressive. The phenotype is most often severe, frequently resulting in the loss of ambulation in the second or third decade. Scleral fragility may lead to rupture of the ocular globe after minor trauma.

Tissue fragility including atrophic scars and easy bruising may be seen in the Kyphoscoliosis Type. Spontaneous arterial rupture can occur. Other findings may include: marfanoid habitus (Marfan like features); micro cornea (abnormally small cornea); and radiologically considerable osteopenia (diminished amount of bone tissue).

Kyphoscoliosis Type EDS is the result of a deficiency of lysylhydroxylase (PLOD), which is a collagen-modifying enzyme. This type of EDS is inherited in an autosomal recessive manner. Kyphoscoliosis Type can be diagnosed through a urine test.

## Arthrochalasia (Formerly EDS Type VII A&B)

Congenital hip dislocation has been present in all biochemically proven individuals with this type of EDS. Severe generalized joint hypermobility with recurrent subluxations are seen in individuals with this type of EDS. Other manifestations of this type may include: skin hyperextensibility with easy bruising; tissue fragility including atrophic scars; muscle hypotonia; Kyphoscoliosis and radiologically mild osteopenia.

The Arthrochalasia Type is caused by mutations leading to deficient processing of the amino-terminal end of proa1(I) [type A] or proa2(I)[type B] chains of collagen type I. It is inherited in an autosomal dominant manner. A skin biopsy can also diagnose this type of EDS.

## Dermatosparaxis (Formerly EDS Type VIIC)

Individuals with Dermatosparaxis Type EDS have severe skin fragility and substantial bruising. Wound healing is not impaired and the scars are not atrophic. The skin texture is soft and doughy. Sagging, redundant skin is evident. The redundancy of facial skin results in an appearance resembling cutis laxa. Large hernias (umbilical, inguinal) may also be seen. The number of patients reported with this type of EDS is small.

Dermatosparaxis Type EDS is caused by a deficiency of procollagen N-terminal peptidase. It is inherited in an autosomal recessive manner. A skin biopsy can diagnose this type of EDS.

## Other

The current EDS type V (X-linked) has been described in a single family. It is a rare variant and the molecular basis of which remains unknown.

The current EDS type VIII is similar to the Classical Type except that in addition it presents with periodontal friability. This is a rare type of EDS. The existence of this syndrome as an autonomous entity is uncertain.

LIN000858

Case 1:22-cv-00186-WO-JLW     Document 22     Filed 10/24/22     Page 95 of 538



Group Benefits Disability Claims
Liberty Life AssuraNCe Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1748

April 19, 2012

Rebecca Pifer
9719 Rougemont Rd.
Bahama, NC 27503

RE:  Long Term Disability Benefits
Blue Cross & Blue Shield Of Nc
Claim #: 4087659

Dear Ms. Pifer:

We are writing in regard to your claim for disability benefits. We have completed a thorough review of your eligibility for disability benefits, and have determined that benefits are not payable beyond April 19, 2012. Blue Cross & Blue Shield Of Nc's Long Term Disability Policy requires that to receive benefits you must meet the following Definition of Disability:

**"Disability" or "Disabled"** *means:*

1. *For persons other than pilots, co-pilots, and crewmembers of an aircraft:*

   a. *if the Covered Person is eligible for the Maximum Own Occupation benefit,* **"Disability"** *or* **"Disabled"** *means during the Elimination Period and until the Covered Person reaches the end of the Maximum Benefit Period, as a result of an Injury or Sickness, he is unable to perform the Material and Substantial Duties of his Own Occupation.*

   b. i.  *if the Covered Person is eligible for the 24 Month Own Occupation benefit,* **"Disability"** *or* **"Disabled"** *means that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*

   ii. *thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*

2. *With respect to Covered Persons employed as pilots, co-pilots and crewmembers of an aircraft:*

   **"Disability" or "Disabled"** *means as a result of Injury or Sickness the Covered Person is unable to perform the Material and Substantial Duties of Any Occupation.*

**"Material and Substantial Duties"** *means responsibilities that are normally required to*

**LIN000859**

*perform the Covered Person's Own Occupation, or any other occupation, and cannot be reasonably eliminated or modified.*

***"Own Occupation"*** *means the Covered Person's occupation that he was performing when his Disability or Partial Disability began. For the purposes of determining Disability under this policy, Liberty will consider the Covered Person's occupation as it is normally performed in the national economy.*

You have been receiving Long Term Disability benefits for your disability since July 30, 2011. In order to evaluate whether or not you continued to meet the above Definition of Disability, we requested medical information from your physicians, and then compared your restrictions and limitations to the requirements of your occupation.

You submitted a claim for rotator cuff repair, bunionectomy repair, Ehlers-Danlos disease and osteoarthritis. Your claim contains the following medical documentation:

- Office visit notes from Dr. Paul Wright dated December 21, 2010 through April 21, 2011
- Office visit note from Dr. Linda Belhorn dated March 16, 2011 through March 26, 2012
- Office visit notes from Dr. Mallon dated April 28, 2011 through October 17, 2011
- Office visit notes form Dr. Johnson dated July 7, 2011 through March 20, 2012
- Office visit notes from Dr. Kallianos dated January 23, 2010 through March 13, 2012
- Progress notes from Stewart Physical Therapy dated January 20, 2011 through April 27, 2011
- Lab reports dated March 18, 2011 through March 13, 2012
- MRI right shoulder dated March 24, 2011
- MRI brain dated March 22, 2012
- April 13, 2011 bone density report
- April 13, 2011 lumbar spine, left hip and right hip scan
- Operative report dated May 27, 2011, August 24, 2011 and December 28, 2011
- Progress notes from Triangle Orthopaedic Associates, P.A. dated June 21, 2011 through August 23, 2011
- Attending Physicians Statement completed by Dr. Mallon on August 25, 2011 and November 21, 2011
- Attending physicians Statement completed by Dr. Johnson on October 12, 2011, February 8, 2012 and March 20, 2012
- Attending Physicians Statement completed by Dr. Belhorn dated March 29, 2012
- Attending Physicians Statement completed by Dr. Kallianos dated April 15, 2012

We received completed Attending Physicians' Statements signed by Dr. Kallianos on April 15, 2012 and by Dr. Belhorn on March 29, 2012 which confirm you are capable of performing sedentary duties on a full time basis. We also received a completed Attending Physicians Statement dated March 20, 2012 signed by Dr. Johnson which confirms you are capable of performing light work on a full time basis.

**LIN000860**

To better understand the demands of your occupation, a Vocational Case Manager researched your occupation as a Dental Analyst which is often performed in a sedentary environment. The review indicates:

*The Occupational Outlook Handbook (OOH) provides information for this occupation under Claims Adjusters, Appraisers, Examiners, and Investigators.*

*"Working environments of claims adjusters, appraisers, examiners, and investigators vary greatly. Many claims adjusters and auto damage appraisers often work outside the office, inspecting damaged buildings and automobiles. Adjusters who inspect damaged buildings must be wary of potential hazards, such as collapsed roofs and floors, as well as weakened structures.*

*Some adjusters report to the office every morning to get their assignments, while others simply call in from home and spend their days traveling to claim sites. Occasionally, experienced adjusters must be away from home for days—for example, when they travel to the scene of a disaster such as a tornado, hurricane, or flood—to work with local adjusters and government officials.*

*Most claims examiners employed by life and health insurance companies work a standard 5-day, 40-hour week in a typical office environment. In contrast, adjusters often must arrange their work schedules to accommodate evening and weekend appointments with clients. This sometimes results in adjusters working irregular schedules, especially when they have a lot of claims to scrutinize. Adjusters are often called to work in the event of emergencies and may have to work 50 or 60 hours a week until all claims are resolved."*

*The Department of Labor defines sedentary work as,*

> ***S-Sedentary Work*** *- Exerting up to 10 pounds of force occasionally and/or a negligible amount of force frequently to move objects. Jobs are sedentary if walking and standing are required occasionally and all other sedentary criteria are met.*

Based on the medical information in relation to your occupation requirements, we do not have documents form a treating physician which confirms you are unable to perform the sedentary duties which are required in your own occupation; therefore, you no longer meet your Policy's Definition of Disability, and we must close your claim. Benefits will be paid through April 19, 2012 and your claim is closed as of April 20, 2012.

If you have a pending Social Security, Workers' Compensation or Pension benefit that is awarded retroactive to your period of disability with Liberty, someone from our Claims Recovery Unit will contact you shortly. Please be advised that you are expected to repay the amount of any disability benefit you received during the time periods that you received income from other sources, per the language of your disability Policy.

If you have an open FMLA or State Leave claim with Liberty Mutual, you will receive a separate notification regarding the status of your leave.

This claim determination reflects an evaluation of the claim facts and Policy provisions. We reserve the right to make a determination on any additional information that may be submitted.

LIN000861

Under the Employee Retirement Income Security Act of 1974 (ERISA), you may request a review of this denial by writing to the address below:

The Liberty Life Assurance Company of Boston
Attn: Rose Raines
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

The written request for review must be sent within 180 days of the receipt of this letter and state the reasons why you feel your claim should not have been denied. In your request for review please include the following documentation: **clinical opinion(s) and supportive medical documentation from Dr. Kallianos, Dr. Mallon, Dr. Belhorn, and/or any other treating doctor, which indicate that you are unable to work in a sedentary environment as defined above**; as well as any additional information which you feel will support your claim. [You may request to review pertinent claim file documents upon which the denial of benefits was based.] If Liberty Life does not receive your written request for review within 180 days of your receipt of this notice, our claim decision will be final, your file will remain closed, and no further review of your claim will be conducted. Under normal circumstances, you will be notified of the final decision within 45 days of the date that your request is received. If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days after your request for review is received.

Nothing in this letter should be construed as a waiver of any Liberty Life Assurance Company of Boston rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved to the Company, whether or not they are specifically mentioned herein.

If you have any questions about this determination please call me.

SiNCerely,

*Rose Raines*

Rose Raines
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 14257
Secure Fax No.: (603) 430-1748

**LIN000862**

April 30, 2011

The Liberty Life Assurance Company of Boston

Attn: Brendon Carey

Group Market Disability Claims

P.O. Box 7207

London, Kentucky 40742-7207

Fax Number: (603) 334-0380

RE: Denied Disability Claim #2979723

Dear Mr. Carey:

This letter is being addressed to you today to request an appeal of my denied disability claim. It was very disparaging to receive your denial letter dated Friday, April 1, 2011 ahead of my planned appointment with my orthopedic surgeon on Monday, April 4, 2011 to review the results of my MRI performed on March 24, 2011 which would determine the need for surgery. All of the events since my need for FMLA and these subsequent denials have been very stressful for me; stress that was indeed unnecessary and to an extreme.

I would like this opportunity to outline my over-all health and the events that lead up to my physical need to take FMLA and disability from my job position of professional dental analyst. I have been employed with Blue Cross Blue Shield of North Carolina since February 4, 1987. Since that time I have held the positions of Professional Dental Analyst, Dental Claims Supervisor and Dental Program Manager. At times, I have worked two or three of these job roles simultaneously. I have received many awards for my dedication to the company and the four million members whom we serve and was awarded the Champion of Excellence Award in the year 2000 for exemplary dedication. This award was in response to my service that exceeded managerial expectations. Given these facts, it is apparent that I have loved my work at BCBSNC and have taken that dedication to heart. In no way would I ever not work if at all possible.

Over the course of the year 2010, I noticed an increase lack of over-all usage in my right arm. In November of that same year, this became increasingly concerning to me, not only in my computer-based work position, but also in everyday personal usage and life routines. During that year, our department production standards were increased due to high claims volumes to a required level of 140% for staff who worked from home. I found this to be very physically demanding and was equivalent to that of a 6.62 workday schedule of someone who worked in the office setting. I was able to meet

LIN000863

these requirements up until the week of December 20, 2010 when I initially saw Dr. Paul Wright on December 21, 2010 for evaluation of my right knee and right shoulder.

As restated in your denial letter, I submitted a claim for joint pain of the shoulder and lower leg. More specifically, this was for my right knee. The claim was reviewed based on the following documentation: PT notes from Stewart Physical Therapy from January 20, 2011 through March 18, 2011, office treatment notes from December 21, 2010 through March 14, 2011 from Dr. Wright and an office treatment note from Dr. Linda Belhorn. In my initial FMLA form, Dr. Wright indicated that my conditions commenced on December 1, 2010. This was around the time that the condition in my right shoulder and arm considerably worsened. He also indicated that I was to start physical therapy for the duration of six (6) weeks and be seen to follow-up after that length of time. He again also stated that I was unable to perform the job function of using a computer terminal; something that I had been doing for 140% of the time during my job alone. Dr. Wright noted that he could not tell the probable duration of the condition and estimated the period of incapacity to be from 01/31/11 – 03/14/11 when he was to re-evaluate my progress with the physical therapy regimen. On February 16, 2011, he wrote he would need to consider surgery if no improvement over that timeframe. Also stated on that date was the fact that I would be incapacitated for a single continuous period of time due to my medical condition, including any time for treatment and recovery. On January 28, 2011, I acknowledged to the fact on both my FMLA Request form and Disability Benefit Request form that I was unable to perform the essential functions of my job because I have severe pain with limited to no function of my right arm due to extreme repetitive motion and further complications arising from my hereditary genetic disease Ehlers-Danlos Syndrome. This acknowledgement was stated in good faith to the best of my professional oath of integrity.

My family was diagnosed in the 1970's of having the inherited Ehlers- Danlos disease by a board certified specialist at Duke University Center. I thank you and the review nurse for your research of EDS but know that I have lived day end and day out with this condition and it's often-times limiting clinical indications. I do indeed have extremely loose joints, hyper-elastic skin that bruises and tears easily and the blood vessels are easily damaged with a tendency for aneurisms. I have never been told that my condition can lead to early arthritis but EDS can mimic arthritis in many ways. Not stated in your letter is the fact that it also causes early aging and poor, slow wound healing and residual poor scarring. I had an umbilical hernia repair as an infant and have significant scarring form childhood bumps and post-operatively from an appendectomy in 1981. Additionally, I have significant varicose veins in both legs. Also pertinent indications include chronic joint and limb pain with early on-set that is both chronic and may be debilitating. Generalized joint hyper-mobility usually manifests itself in both large and small joints. Recurring joint dislocations are frequent especially in the shoulder, patella, hips and the temporomandibular joints. These factors and facts will prove to be of importance as we proceed through this letter.

I feel it necessary to state at this time that I have been working on this letter for approximately 2 ½ hours and am now experiencing severe pain in my right shoulder and arm that extends into my hand as well. Given the urgency and importance of this letter, I will have to endure this pain without prescribed medication until finished. As restated in your denial letter, you mention that I lost my balance in early

**LIN000864**

December, 2010 that resulted in a fall. This actually occurred sometime in May, 2010 when my right ankle rolled off the edge of our driveway and I did twist my knee. Those with whom I come in contact with can attest to the fact that I was not ambulating as well as I had been. My shoulder was not injured in that fall and I did not seek medical assistance, assuming the knee sprain would resolve itself in time which was true. You are correct in the explanation of my right ACL which occurred while on vacation in Cancun, Mexico, when my knee shifted while going down a flight of stairs at the hotel. I was bed-ridden for two (2) days with extreme pain and swelling of the knee. My husband purchased a walker for me so I could move about our room and I was assisted by wheelchair upon our return home.

I was able to schedule an emergency appointment with Dr. Wright on Tuesday, December 21, 2010. He aspirated my knee joint, placed a cortisone injection, gave me post-operative instructions and scheduled me for follow-up and radiographs of the shoulder and knee. At that time, I attempted to continue working by keeping my leg elevated and using crutches to move to and from the bed to my home workstation. Just to make matters a bit worse, on Wednesday, December 22, 2010, I came down with shingles and was seen by my primary care doctor, Dr. John Kallianos, who issued the diagnosis and prescribed medication accordingly. With these emergency procedures, I was able to try and continue working as to not disrupt the production needs of my department, given the Christmas rush week. I then reported in January that using the computer keyboard and mouse repetitive motions were aggravating my shoulder. On January 20, 2011, Dr. Wright referred me to Stewart Physical Therapy for a rehabilitation Program for the right shoulder and right ACL tear that was started on January 24, 2011. The physical therapist stated to me that any progress we would make with PT would be undermined with the repetitive motions at the computer. I attempted to work through the last week of January until waking up on Friday, January 28th in severe pain.

Dr. Wright has subsequently seen me on the following dates: January 6, 2011, January 20, 2011 (as mentioned above), February 16, 2011, March 14, 2011 (when an MRI was ordered) for which your office already has records for and then again on April 4, 2011 and April 21, 2011. Dr. Wright verbally stated to me on March 14th that "the condition of your shoulder is due to repetitive motion that has just gone on too long and the physical therapy has not helped as hoped for". He then ordered an MRI of the right shoulder with contrast. A copy of the MRI report along with office notes for 04/04 and 04/21/11 are included with this letter. Per his notes, the MRI indicates "irregularity of the posterior labrum but no evidence of rotator cuff tear. There was signal in the sub-scapularis, along with cyst in the humeral head and degenerative changes of the AC joint." During the April 4th appointment, he stated to me that my shoulder would require an open surgical procedure to recontour the joint and bones. On April 11th, I slipped getting out of the bathtub due the instable nature of my feet due to my having severe and significant bilateral bunions (that will require surgery), catching myself with both of my forearms and striking my nose on the faucet. This has further aggravated the condition in my right shoulder. During the appointment with Dr. Wright on April 21st, he checked my condition due to my fall and once again, he and I discussed at length the need for an open surgical procedure which he stated may also include the removal of the small shoulder joint.

LIN000865

I was initially seen by Dr. Linda Belhorn on March 16, 2011 on self-referral as she followed my medical care in 2000, of which, your office may be in possession of the prior case since Liberty Mutual handled that disability claim too. Given my over-all joint pain, I felt it best to be seen by her. At that time, as you note in your denial letter, I was diagnosed with generalized osteoarthritis. For notation here, this is defined as changes in the joint(s) that affects the lining, cartilage, bone and fluid of those joints. These changes lead to pain, stiffness, swelling and difficulty using the joints. OA can affect any joint but occurs most often in knees, hips, lower back and neck, small joints of the fingers and the base of the thumb and great toe, but the shoulders can also be affected. The timing and extent to which these changes occur is also influenced by heredity, trauma to the joint and aging factors all of which create limited mobility.

She ordered cervical spine and hand radiographs that were made at the same time as the MRI at Durham Diagnostic Imaging and a bone density study. While you did not indicate in your letter the findings of the films, I would assume they were included in your review. Moderate cervical osteoarthritis, consistent with my prior condition was noted; a worsened level since my last radiographs of that area. The films of my hands were normal for rheumatoid arthritis. She also stated on March 16th that "I would doubt that you would ever be able to return to your type of work given your current symptoms and family history." At that appointment, records support significant stiffness with range of motion of the shoulder and loss of motion of the cervical spine; general fatigue, swelling of the knees and weakness. She prescribed Celebrex (an anti-inflammatory) and Tramadol (a narcotic pain medication used for moderate to severe pain). The bone density study reviled that I have osteopenia and I was placed on calcium and vitamin D supplements. During the 04/13/11 appointment with her, I expressed concern over Dr. Wright's findings that an open surgical procedure was necessary and she referred me to Triangle Orthopedics, specifically Dr. William Mallon, who is "the shoulder guy".

Dr. Mallon could not see me on the first appointed time of April 18, 2011, due to an emergency surgery and I had to be rescheduled for April 28th and I was to bring a copy of my actual MRI and the written report for his review. The office notes from Dr. Mallon are included for your review. He has planned a scope procedure to recontour the joint, revise the soft tissue and remove the cystic lesions on a tentative date of May 11, 2011, with pre-op on May 9th and a post-surgical date of May 11th. A course of post-surgical physical therapy will be required.

Aside from the general shock that my claim for continued disability was denied and "closed" on April 1, 2011 ahead of my appointment on April 4th with Dr. Wright to determine my surgical medical necessity even though your office was fully aware of the fact; the perhaps most surprising verbiage was referenced in paragraph five (5) that directs attention to the requirements of my job role as a dental analyst. I would like to refer back to my opening statements regarding the current productivity requirements of Claims Review and Payment Integrity. According to the information I have on file, I was required to review eleven (11) claims per hour for a production level of 140%. I sit and have sat behind a computer terminal for twenty-four (24) years, have been in management and trained many staff members throughout the company with the Dental Product for BCBSNC. I also was selected to demonstrate the new paperless claims review system to the former North Carolina Insurance Commissioner. Logic would lead anyone to know that an employee in a production area is not only required to use their left arm for the keyboard/mouse function of the computer, but also their right arm

LIN000866

as well. I attest with clear knowledge that the statement someone has relayed to you in this regard; that I "do not use my right arm more than occasionally" is indeed false. In fact, since the mouse is used with the right arm, I actually use my right arm significantly more. How anyone, especially my supervisor who actually is my manager, could make such a statement is beyond comprehension. I am a left-handed person which would lead others to know that personal daily usage of my arms should then logically affect my left arm more than the right.

In our review processes in Claims Review and Payment Integrity, we bring up our work via the computer and go back and forth all the time (with the right hand) to the computer mouse. Any manual or books that I do not have access to on my office desk (which does happen to be above the head) is housed on the computer. If I was to type with only my left hand, I would probably be able to make a production score of 50% of the expected work. I cannot hold a cup of coffee in my right hand, let alone Dr. Wright's note of not lifting or carrying more than five (5) pounds. He is aware of this fact. I also frequently have to refer to processing notes that are on my desk-top and indeed have to turn my head, look up and down more than occasionally and would have to walk up and down stairs. I would also have to walk great distances to reach my desk. All of this would take place after having to ready myself for work and that too requires motions that create severe pain in my right shoulder. Driving any distance also still aggravates my right ACL.

So what we indeed have here is this; a fifty (50) year old female with a congenital/hereditary disease known as Ehlers-Danlos Syndrome with generalized osteoarthritis with progressed aging, osteopenia, with severe pain of the right shoulder which requires surgery, with a recovering right ACL tear of the right knee, who also has significant degenerative disease of the cervical spine, generalized joint pain, specified neuropathies, severe bilateral bunions that also will require surgery, fatigue, swelling of the joints, muscle weakness, who has trouble sitting, standing, getting in and out of a chair and difficulty walking. Who among us would think such a person would still be able to perform the substantial duties of the BCBSNC Professional Dental Analyst role or any other computer-based job? Furthermore, I could not return to my prior job as a board certified chair-side dental assistant for which I attended and graduated from the University of North Carolina Chapel Hill Dental School due to the fact that both arms are required.

As you have stated "Total Disability" means the covered person is unable to perform all of the material and substantial duties of his or her job because of an injury or sickness, accidental injury, or both and they are not working for wage or profit or attending school. I sincerely know that in my physical condition in reference to the contents and facts stated in this letter, the medical records and having been the BCBSNC Senior Dental Analyst for these past twenty-four (24) years; I am indeed NOT able to meet the requirements of my job and am disabled for still an unknown timeframe.

Please accept this formal request for an appeal of the denied claim. Per your process, I understand that I will be notified of the final decision within 45 days of the date that my request for appeal is received and that if special circumstances cause a delay in your decision, I will be notified of the final decision within 90 days after my request is received.

LIN000867

Sincerely,

*Rebecca Lane Pifer*

Rebecca Lane Pifer, CDA, CPC

Attachments/23 pages

Cc: Ms. Cherie Stafford, RN, BSN

    Legal file

LIN000868

# FedEx Office

FedEx Kinko's is now FedEx Office

# Fax Cover Sheet

Date ___October 23, 2012___

Number of pages __6__ (including cover page)

**To:**

Name ___Rose Fraines___

Company ___Liberty Mutual___

Telephone ___(800) 211-0112 Ext.14257___

Fax ___603-436-1748___

**From:**

Name ___Rebecca Lane-Pifer___

Company _____

Telephone ___919-620-7799___

RE: ___Case #4087659___

Comments ___In follow-up to the Appeal Letter dated October 10, 2012, received by Liberty Mutual 10-15-12, page 8, paragraph 2, records from Dr. Almekinders DOS 5-1-12___



Fax - Local Send

Fax - Domestic Send



Fax - International Send

fedex.com 1.800.GoFedEx 1.800.413.3339

© 2009 FedEx. All rights reserved. Products, services and hours vary by location. 610.0P00.009 SER08

22706

LIN000869

MRN #: S75367
Patient: REBECCA PIFER

Date: 05/01/2012 10:00 AM
DOB: ▮▮▮ 1960
North Carolina Orthopaedic Clinic
Provider: Louis C. Almekinders MD

**CHIEF COMPLAINT:** Patient complains of constant, pain, stiffness in the right shoulder.

## HISTORY OF PRESENT ILLNESS

REBECCA complains of constant, pain, stiffness in the right shoulder. The onset was gradual w/o injury about 1.5 Years ago. She has been treated by another local orthopaedic surgeon and is here today for another opinion. The shoulder symptoms are aggravated by most movements/activities. She states she has been unable to work for over a year due to the fact that rotational movements of the shoulder at the keyboard/mouse are too painful. The symptoms are relieved by rest, pain medicine, NSAIDS. The patient has tried Celebrex, with mild improvement, Ultram, with improvement. She has had physical therapy (before & after surgery) with no change. X-rays, MRI for this problem (prior to surgery). The patient has had arthroscopic surgery with repair of small subscap tear and biceps tenotomy in May 2011. She states her pain was improved while wearing her post-op immobilizer, but returned as soon as she began PT. She has not had any injections in the shoulder, either before or after surgery.

## PATIENT PAST MEDICAL, SOCIAL, FAMILY HISTORY
**Patient Medical History:**
**Medical Condition**
Osteoarthritis, Depression, Osteopenia, Ehlers-Danlos Syndrome

| Surgical Procedure | Year Performed |
|---|---|
| Bilateral bunionectomy | 2011 |
| "Right arthroscopy" | 2011 |

| Medication | Dose |
|---|---|
| Celebrex | |
| Tramadol Hcl | |
| Effexor Xr | |
| Multivitamin | |
| Neurontin | |
| Trazodone Hcl | |

| Allergies | Comment |
|---|---|
| Adhesive Tape | |

**Patient Social History**
Occupation: Dental Analyst
Employed By: BCBSNC
Disability Status: Disabled
Children: 1 Daughters   Sons
Tobacco: Reported usage -Cigarettes
Alcohol: Reported usage -a variable amount socially.

1/

LIN000870

MRN # : S75367
Patient: REBECCA PIFER

Date: 05/01/2012 10:00 AM
DOB: ████ 1960
North Carolina Orthopaedic Clinic
Provider: Louis C. Almekinders MD

Drugs: Patient denies illicit drug usage.

## Family Medical History:

| Family Member | Disease Detail |
|---|---|
| Brother | Depression, Ehlers-Danlos Syndrome |
| Father | Heart Disease, Ehlers-Danlos Syndrome |
| Father | Arthritis, Colon Cancer, Prostate Cancer, Heart Attack |
| Mother | Depression, Hypertension |

## REVIEW OF SYSTEMS

Constitutional:  Positive for fatigue, insomnia weight gain, weakness, night sweats,
HEENT:  Positive for headaches, diplopia, blurry vision, hearing loss, vertigo, tinnitus, dysphagia,
Respiratory:  Positive for. dyspnea
Cardiovascular:  Positive for Syncope
Gastrointestinal:  Positive for nausea, diarrhea.
Genitourinary:  Positive for frequency, urgency, Incontinence
Neuro | Psychiatric:  Positive for lightheadedness / dizziness,  tremors  paresthesia(s)  incoordination gait
disturbance  memory loss
psychiatric/emotional depressed mood,
Metabolic | Endocrine:  Positive for heat intolerance,
Immunology:  Positive for contact dermatitis,

## PHYSICAL EXAM
### Vital Signs

| Pain Score | Systolic | Diastolic | Pulse | Resp. | Temp. | Height | Weight | BMI Index |
|---|---|---|---|---|---|---|---|---|
| 7/10 | | | | | | 66.00 | 138.00 | 22.27 |

General/Constitutional :    No apparent distress.  Well nourished, well developed.

## MUSCULOSKELETAL EXAM

### Shoulder Evaluation

| Inspection | Right Shoulder | Left Shoulder |
|---|---|---|
| Atrophy: | Present | |
| Rhythm: | Normal | |
| Position: | Normal | |
| Ecchymosis: | Negative | |

| Palpation | Right Shoulder | Left Shoulder |
|---|---|---|
| Max Tenderness: | Diffuse | |

| Stability | Laxity | Right Shoulder | Left Shoulder |
|---|---|---|

2/

LIN000871

MRN #: S75367
Patient: REBECCA PIFER

Date: 05/01/2012 10:00 AM
DOB: ▮▮▮▮1960
North Carolina Orthopaedic Clinic
Provider: Louis C. Almekinders MD

| Ant Translation: | Negative |
| Post Translation: | Negative |
| Inf Translation: | Negative |
| Ant Apprehension: | Painful |

**Biceps Tendon**

Other:

Right Shoulder        Left Shoulder

| **Rotator Cuff** | **Right Shoulder** | Left Shoulder |
| Neer's: | Positive | |
| Hawkin's: | Positive | |
| Cross Body: | Negative | |
| Belly Press: | Negative | |

| **Strength Tests** | **Right Shoulder** | Left Shoulder |
| Supraspinatus: | Normal | |
| Ext Rotation: | Normal | |

**Range of Motion**

| Shoulder | Right- Active | Right- Passive | Left- Active | Left- Passive |
|---|---|---|---|---|
| Flexion | 180 degrees | | 180 degrees | |
| Ext Rotation 0 | 50 degrees | | 55 degrees | |
| Int Rotation 0 | 5 degrees | | T7 degrees | |

## IMAGING

The X-ray(s) were indicated due to pain.

Orders: Right Shoulder: X-RAY EXAM OF SHOULDER - min. 2 views
Results: There are mild degenerative changes/osteophyte formation at the inferior glenohumeral joint. Acromio-humeral distance is preserved.

## ASSESSMENT

| Diagnosis | Code |
|---|---|
| Osteoarthritis shoulder region | 715.11 |

**PLAN**   Right Shoulder
There is a possibility that she re-tore (or never healed) her subscap repair, though with the small size of the original tear noted on op report (5x5 mm). do not believe it's likely this is causing a great deal of her pain. It is quite possible that pain is related to degenerative changes in the shoulder seen on xray. Discussed and performed glenohumeral joint injection today for therapeutic and diagnostic purposes. Would like to see her back in 2-3 weeks to assess response to injection and discuss the next step in treatment based on the result.

3/

MRN # : 675367
Patient: REBECCA PIFER

Date: 05/01/2012 10:00 AM
DOB: ███ 1960
North Carolina Orthopaedic Clinic
Provider: Louis C. Almekinders MD

## PROCEDURES
### Shoulder Aspiration : Injection
The right GH joint area was cleansed using sterile technique. An 2░ gauge needle is used. The site is injected with 1ml Depo Medrol 40 5ml Lidocaine. Patient is instructed to relative rest, may apply ice to the area for 15 minutes per hour as nece ssary, use OTC analgesics Q4 hours for symptomatic relief. The procedure was tolerated well, with no adverse reactions observed or reported by the patient.

## DISPOSITION
Return to office in 3Week (s)

*Nicle Graf* PA-C

Nicole M. Graf, PA-C

*Louis C. Almekinders*

Louis C. Almekinders MD
Duke University- Department of Orthopaedic Surgery
Private Diagnostic Clinic

Electronically approved and signed by Louis C. Almekinders MD- 05/01/2012 12:26 PM

CC:
John Kallianos, MD

LIN000873

Patient: REBECCA PIFER              Account # : S753167                    DOB: 07/02/1960

**CHIEF COMPLAINT:** Patient complains of constant, pain, stiffness in the right shoulder.

**HISTORY OF PRESENT ILLNESS**
REBECCA complains of constant, pain, stiffness in the right shoulder. The onset was gradual w/o injury about 1.5 Years ago.  She has been treated by another local orthopaedic surgeon and is here today for another opinion. The shoulder symptoms are aggravated by most movements/activities. She states she has been unable to work for over a year due to the fact that rotational movements of the shoulder at the keyboard/mouse are too painful.  The symptoms are relieved by rest, pain medicine, NSAIDS. The patient has tried Celebrex, with mild improvement, Ultram, with improvement. She has had physical therapy (before & after surgery) with no change. X-rays, MRI for this problem (prior to surgery). The patient has had arthroscopic surgery with repair of small subscap tear and biceps. enotomy in May 2011.  She states her pain was improved while wearing her post-op immobilizer, but returned as soon as she began PT.  She has not had any injections in the shoulder, either before or after surgery.

**Range of Motion**

| Shoulder | Right- Active | Right- Passive | Left- Active | Left- Passive |
|---|---|---|---|---|
| Flexion | 130 degrees | | 180 degrees | |
| Ext Rotation 0 | 30 degrees | | 55 degrees | |
| Int  Rotation 0 | 15 degrees | | T7 degrees | |

**ASSESSMENT**

| Diagnosis | Code |
|---|---|
| Osteoarthritis shoulder region | 715.11 |

**PLAN   Right Shoulder**
There is a possibility that she re-tore (or never healed) her subscap repair, though with the small size of the original tear noted on op report (5x5 mm), do not believe it's likely this is causing a great deal of her pain.  It is quite possible that pain is related to degenerative changes in the shoulder seen on xray.  Discussed and performed glenohumeral joint injection today for therapeutic and diagnostic purposes.  Would like to see her back in 2-3 weeks to assess response to injection and discuss the next step in treatment based on the result.

**PROCEDURES**
**Shoulder Aspiration / Injection**
The right GH joint area was cleansed using sterile technique.  An 25 gauge needle is used.  The site is injected with 1ml Depo Medrol 40, 5ml Lidocaine.  Patient is instructed to relative rest, may apply ice to the area for 15 minutes per hour as necessary, use OTC analgesics Q4 hours for symptomatic relief.  The procedure was tolerated well, with no adverse reactions observed or reported by the patient.

05.01.12

**LIN000874**

 **North Carolina**
**DEPARTMENT OF INSURANCE**

*Wayne Goodwin | Commissioner of Insurance*

*CONSUMER SERVICES*

October 23, 2012

Ms. Krista A. Young
Liberty Life Assurance Company of Boston
175 Berkeley Street
Boston, MA 02116

RE:   File Number:   2012-10-00782
      Rebecca Lane Pifer
      Claim Number: 4087659

Dear Ms. Young:

The North Carolina Department of Insurance has received the attached correspondence from a consumer.  You are requested to review this matter and, if necessary, take additional and/or corrective action.  Your response to this Department must include:

1.  A brief description of the policy involved, including the state in which the policy was issued, the product name/type, and whether it is an individual or group policy.

2.  A full explanation and justification of the company's position, including (when applicable) a copy of applicable guidelines and/or contract language on which that position is based.

**ADDITIONAL RESPONSE INSTRUCTIONS:**
**We *strongly* prefer having responses directly uploaded into our database (see** http://www.ncdoi.com/consumer/documents/OTISProceduresForCarriers.pdf).  **This method requires the original email with secure link, and responses converted to .pdf format. Otherwise, please send a single response by mail or fax (919-733-0085).**

Your response must:
   *  Be truthful (NCGS 58-2-190), and be sent within **7** calendar days of your receipt of this letter (11 NCAC 1.0602).
   *  Include the above-referenced <u>file number</u>, and <u>your company's official name</u>, <u>NAIC number</u>, and <u>mailing address</u> (11 NCAC 4.0123).

**Login/Password questions can be directed to Denise Velez denise.velez@ncdoi.gov) or Bob Lisson bob.lisson@ncdoi.gov).**

*1201 Mail Service Center | Raleigh, NC 27699-1201 | tel: 919.807.6750  fax: 919.733.0085 | www.ncdoi.com*
*An Equal Opportunity/Affirmative Action Employer*   **LIN000875**

Case 1:22-cv-00186-WO-JLW     Document 22     Filed 10/24/22     Page 112 of 538

Respectfully,

Griffith Jones
Insurance Complaint Analyst
(919) 807-6771

Attachment

*1201 Mail Service Center | Raleigh, NC 27699-1201 | tel: 919.807.6750  fax: 919.733.0085 | www.ncdoi.com*
*An Equal Opportunity/Affirmative Action Employer*  **LIN000876**

Case 1:22-cv-00186-WO-JLW     Document 22     Filed 10/24/22     Page 113 of 538

201210 00782

October 10, 2012



The Liberty Life Assurance Company of Boston
Attn: Rose Raines
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

To whom it may concern:

This letter is being addressed to you today in formal request for an Appeal of my denied disability claim #4087659 as stated in your denial letter dated April 19, 2012. I respectfully request, as per industry standards, that this Appeal review be handled by a review committee separate from the previous department who reviewed my claim and issued this denial. My claim was denied as not medically necessary for permanent disability status without a formal indication that someone with an advanced medical degree reviewed and issued the denial. Please see that this review is completed accordingly.

To say that I found this denial shocking is an understatement. It has been the most dehumanizing, degrading, mentally abusive, stressful, unnecessary situation I have ever been faced with my entire life. How anyone with any degree of intelligence could misconstrue medical documentation in this manner is beyond disbelief. It is apparent that what is known in the insurance industry as "selective review" has been committed in the review of my claim. There is very clear, legible documentation stating that two (2) of my global medical professionals have recommended **permanent disability** on the Restrictions Forms that your company requested from them. The only point your chose to read was the most minimal of restrictions even offered on your form. Perhaps I am going to start out by saying that your forms need to be modified to offer a lesser modality option as these most competent medical doctors chose the lesser of any restrictions available. We all realize that this is a "Catch 22" with your forms, one that you have used to your advantage and your bottom line reports. No one went on to read further on the forms where it is clearly stated that both are recommending ***PERMANENT DISABILITY***. It is right there in plain black and white English, should you desire to read it. There is not one medical professional who could misconstrue these documents so please know that we all are at a loss why the denial was issued. If you felt there was conflicting information, my doctors would have been most happy to discuss it with you over the phone. You chose to not contact them for further clarification. Attached please find letters of clinical documentation in support of these forms for your further review.

We all know as medical professionals what *"Disability* or *Disabled"* means but we thank you all for your restatement of the information as it pertains to the BCBSNC LTD policy. Remember, I have worked for Blue Cross and Blue Shield of North Carolina for twenty-four (24) years in high level job positions, have been the sole dental subject matter ***EXPERT*** having supported Executive Reviews to the CEO of BCBSNC, the Appeals Medical Directors, the Medical Policy Development staff, the Legal Council staff, and have trained hundreds of staff at BCBSNC on dental policies, dental processes, process development and improvement, dental manuals, have developed and written dental contracts,

LIN000877

and member policy verbiage for submission to the NCDOI. One can only summarize that you seek to cover your bases per your review outline at your desk. Your processes are obviously in need of reform as you seek to only extract the information on forms that are to your benefit, ignoring recommendations from medical doctors and I am requesting at this point that the management staff of Liberty Mutual, Charlotte office, be informed that your processes are inadequate and antiquated. As such, I am submitting a copy of this case letter to the North Carolina Department of Insurance in request for a full investigation of your review practices. This simply must be done, not only for my own case, but for those other disabled persons employed by BCBSNC who were offered disability benefits, accepted and paid for the coverage. This simply cannot continue. Innocent, sick people should _**NEVER**_ be subjected to this type of harassing insolence. It is severely wrong. If I have to limp my way to the steps of Congress, state my case before a jury of my peers; know that my convictions in this matter are warranted, solid and true to my respect for my fellow Americans and countrymen, people who have died to keep this country free and for the pursuit of Life, Liberty and the Pursuit of Happiness. An American Right for which I have been unjustly denied. Therefore, do not take this letter lightly. It contains weighted material, of which, I feel that I am *right* and justified.

At this point, I am going to back up in time to the year 1998. I was both the Supervisor of the Dental Claims Processing team and also worked as the sole dental analyst as my associate dental analyst left to become the State Dental Claims Analyst. At that time at BCBSNC, we were working to project the Company forward to the new Power MHS platform. I was solely responsible for extracting all of the dental coding and processing logic from the Legacy platform to the improved Power MHS platform. Every bit of current data contained there within the BCBSNC computer infrastructure and that of our present dental vendor was completed by me. I did all of the coding logic, developed and tested case scenarios to ensure that every claim was adjudicated properly. I did so with excellence and was recognized by being nominated and receiving the Champion of Excellence Award. I have been held in highest regard by every department within BCBSNC and each staff member knew who to contact if they need support and the very person who knew how to get the issues(s) not only resolved, but also knew that I would correct any underlying process issues that required improvement. I have also been held in highest regard in the dental profession, having been the President of the Durham-Orange Dental Assistants Society and worked my up to Vice-President of the North Carolina Dental Assistants Association. I never in 24 years refused to assist internal or external customers in any manner. I took my lunch breaks to go to dental offices that were experiencing problems getting their claims received and reviewed at my own initiative. When no communications were being given to the dental provider community since they were non-participating, I worked with Provider Relations to develop newsletters to better inform them of the best claims filing guidelines to streamline the processes. When dental providers were in need of information, I developed an additional newsletter coming from front-end processing to reduce claims misfiling and returns, thus greatly reducing BCBSNC's administrative costs. Nobody asked me to do these things. I did it upon my own initiative.

In 1999, BCBSNC embarked on the endeavor to out-source its dental claims processing to an outside dental vendor. At that time, I was working three (3) job roles; that of the BCBSNC Dental Program Manager, the Dental Claims Processing Unit Supervisor and that of Professional Dental Analyst. My co-workers dubbed me the "Wonder Woman of Dental." That same year, I became pregnant with my second child. The dental vendoring project met an initial problem due to the lack of appropriate ITS support as that staff were busily working on the Y2K Project. The SVP of Front-end Claims did not value my suggestion that additional help from an outside IT source was needed to see that the dental vendoring project succeeded. It initially failed. He lost his job. I sometimes wonder if I had been a male staff member, would he have placed upon my suggestion a greater value. I was out on approved maternity leave in late November and was asked by the Front-end Claims Director to assist with a most

**LIN000878**

urgent vendor project. When my son was not in my arms, I was working around the clock that week-end to resolve the matter. Nobody within BCBSNC could complete the project and it was left up to me. When I returned, one particular person in Sales and Marketing asked me to make up data that was going to Mr. Bob Gretchen, the CEO at the time. Of course, I did not do this but rather reported this issue to the SVP of Corporate Compliance. She took care of the issue. We did the right thing by upholding the Corporate Work Ethic of Integrity. I want you to know that I do not want ever to be challenged on my work ethics. I am one of the most ethical, integrity driven people ever employed at BCBSNC. All the while, even though BCBSNC boasts itself as being one of the nation's top 50 Workplaces for Working Mothers, I have had words hurled at me to the tune of "Gee Rebecca, perhaps you should just stay home and have babies." Or the real clinker of "Your baby was just bad timing." These words were not from a co-worker but rather were both from Directors of Front-end claims. I feel that I have been discriminated on many counts. I feel I have been discriminated based on my sex, my marital status, and now, my being in a diverse group known as "disabled."

In the summer of 2000, I began to have extreme vertigo and numbness of my arms, hands and face. I could not wash my hair, use my hands well, lift my arms, my right hand would drop anything I grasped and I walked with difficulty. I had to walk the corridors of BCBSNC holding on to the walls for support. At that time, I was under the care of my primary care physician, John A. Kallianos, MD, General Practioner, Linda R. Belhorn, MD, Rheumatologist and Thaddeus Poploski, MD, Neurologist and was seeking physical therapy at the NC Spine Center of North Carolina. I was then 40 years old. Dr. Poploski told me at that time that I needed to reduce the stress in *my job* or I was going to walk back into his office with a definitive neuropathy. He was correct some eleven years later. My case was handled by, none other than, Liberty Mutual. I have the boxes of files here. Liberty mutual first tried to insinuate that my medical issues were related to... my young children. Can you even believe that? Hundreds of thousands of women have children and yet few of them develop the medical problems described above. Again... children are at fault, not the EXTREME work load I had been given at BCBSNC. Working mother, children. Their fault. Liberty Mutual denied my claim for five (5) months and we nearly lost our house and home for these children. After five (5) grueling months, the denial was over-turned. I, however; did not have my job taken away from me nor did I lose my health insurance coverage. I was rehabilitated to the point where I was able to return to work. Michele Roberts, my HR representative at the time, informed me that I would not return as the Dental Program Manager, the Dental Claims Supervisor and Dental Analyst. I would be returning as only in the Professional Dental Analyst job role. My response to her was, "Oh, good. I was hoping for just one job." She will remember me. It was quite a devastating time.

BCBSNC accepted me back into their workforce in the Dental Analyst position, knowing full well all of my physical limitations. I was able to perform these duties up until December, 2010. This now brings us up to my current case. I was able to come back to work for ten (10) years. That to me is nothing short of a miracle. I worked diligently, with upmost integrity and dedication in support of our internal and external customers. I developed training materials for the Appeals department and trained them on dental and oral surgery reviewed when they took over this responsibility from our department. I continued to worked with the ERISA appeals staff, supported cases going to the CEO of BCBSNC, worked closely with the Appeals Medical Directors, the Legal staff, the Medical Policy staff, attended on-site meetings of dental providers with the field offices staff to seek better processes for medical dental claims processing and adjudication, developed training materials to be presented to large group meetings for the Customer Service and various other staff in attendance and performed the complete responsibilities of professional dental analyst. Each of the groups listed above has shown me great appreciation for my knowledge base and long-term dedication to them. I had received recognition of appreciation for excellent contribution and valuable inputs to the staff in Claims Review and Payment

LIN000879

Integrity signed October 27, 2010 by my Manager, Cynthia Harris, RN, BSN, MBA.

On January 31, 2011, all things changed. Due to an explosion in the claims volume under the directorship of Ms. Sandy Berrios, Director of Claims Review and Payment Integrity, I had been required to perform a production standard of 140% since August, 2010, often working 50 hours a week to meet the production requirements. My dental associate, Mrs. Candace Blackburn-Smith and I were, in essence, performing the jobs of three (3) professional dental analysts' positions. I had the expectation of managing forty-three (43) dental claims review queues daily for production requirements My physical health started to decline to the point where I had to leave my work to go out on FMLA as I became unable to perform the essential requirements of my job as I lost function of my right arm in addition to severe pain in my upper spine and had a torn right rotator cuff. I was also suffering from a torn right knee ACL which occurred in December while just walking down a flight of stairs and had come down with shingles due to the stress. I did not leave my job without reason. It was difficult to admit that I could no longer meet the requirements of my job and having undergone previous over-sight by Liberty Mutual, I knew that I would have to undergo even more stress to meet their ever domineering criteria for my short-term and long-term benefits. They have remained true to form.

I left my job, unable to perform the essential responsibilities as I have clearly described them. It was a devastating decision for me. One I did not take lightly. I had to admit that I could no longer support my co-workers or the four million BCBSNC subscribers and it was more difficult than my words here could ever relay. For you see, I was born with an inherited disease. A disease known as Ehlers-Danlos Syndrome (EDS). A disease that is true to the definition of the disease process. One that is progressive and has no cure. There are no medications that will cure it. There ARE NO SURGERIES that will resolve the clinical indications and it is high time that the review staff of Liberty Mutual realize that my case is not about a recovery from my shoulder surgery that had a poor out-come. It is not about how my feet that have required extensive reconstructive surgeries to correct their severe deformities can perform light work or better stated, light activity, but is one where I WILL NEVER, EVER, RECOVER FROM. There are no surgeries to correct what I have. I was born with this and therefore am covered by the Americans with Disabilities Act. I WILL NOT subject my body to more surgeries to appease the insurance system, surgeries which have poor outcomes and only exacerbate the condition for once my joints are invaded, they only become worse. My right arm has limited usage. My two feet still barely make me mobile. My ankles are still incompetent and I have dislocations of my major joints.

For your reading ease, I have included with this letter information from the EDS Foundation which can be obtained on-line which clearly defines EDS. It causes extremely loose joints, hyper-elastic skin that bruises and tears easily and blood vessels that are weak with tendency for aneurisms. The blood vessels in my hands burst frequently, leaving me with swollen fingers and hands. I have had burst vessels in my legs that lead to bruises that were so severe that I took pictures of them for documentation. EDS can lead to early on-set of arthritis and also causes **early aging** and **poor, slow wound healing** and residual poor scarring. The indications are clearly stated to include chronic joint and limb pain with early on-set that is **both chronic and debilitating**. Generalized joint hyper-mobility and recurring joints dislocations are *frequent*, especially in the shoulders, patella, hips and the temporomandibular joint. Chronic pain that can and in my case, has become debilitating. This information is correct and true. I do indeed now have all of the above symptoms and early on-set of osteoarthritis. I have dislocations of my shoulders, knees and hip joints and have difficulty speaking and chewing food. I cannot walk well. I have difficulty taking care of my basic personal hygiene needs that include brushing my teeth, bathing and washing my hair. I have to use a tub seat and hand-held shower. I often have to use a walker to move about our home and suffer from debilitating fatigue

**LIN000880**

from this pain. I cannot do even the simplest of housework without the assistance of my family and am basically under their constant care and over-sight. My cognitive skills are diminishing and have worsened to the point that my husband has had to take over my financial affairs. I am home-bound at this point. I have to use various leg braces, foot braces and often use an arm sling. I have suffered through a right shoulder surgery and extensive reconstructive surgeries on both of my feet. I have significant varicose veins of the legs that have worsened through these surgeries. I suffer from extreme headaches. I have significant stiffness in my fingers, hands, wrists, shoulders and cervical spine. I also suffer from joint dislocations in my shoulders, knees and hips. I do not go shopping the mall, cruise the internet nor am I working for wage or profit. I am not able to apply for another job position nor can I perform the essential duties of my now prior position with BCBSNC as Professional Dental Analyst. I cannot return to the work that I attended college for at The University of North Carolina School of Dentistry. I have been unable to continue both of my credentials of a Board Certified Dental Assistant with the Dental Assisting National Board or that of Certified Professional Coder and I cannot attend continuing education seminars or complete on-line courses due to my disabilities. These situations are devastating to me as I have held my CDA credential since 1979. I would never let it lapse unless I was physically unable to do so.

I have, as noted in my medical records, polyneuropathies of my extremities, and numbness throughout my body, especially in my arms, legs, hands, face and feet. I have severe pain throughout my body. I do not have function of my hands and arms and have now developed tremors in my "good" left arm. I cannot perform repetitive motions of any kind. I have difficulty speaking and the numbness in my face affects my speech and swallowing as I often get choked. I cannot sit, stand or walk for any prolonged period. I have muscle weakness and due to limited mobility, need assistance with dressing myself. I can no longer drive as my function of my right knee often locks, my feet do not respond well to commands and the repetitive motions of using my arms and neck to drive causes me severe, debilitating pain. I have such limited range of motion in my neck that I cannot turn to see the traffic conditions. It is difficult enough to realize that I am just a shadow of the once dynamic person I used to be. I can no longer work or do any of the fun things in life I used to do; such as playing tennis, playing the piano, walking three times a week, gardening, bike riding, skiing, sewing or cooking as these require both strength and repetitive motions. Tasks that used to require a minimal time to complete now take me much longer to accomplish. All of these clinical indications and neuropathies are heightened with stress. Stress that is defined in my world as trying to fold a few towels, attend medical office visits or oversee my children's basic needs and school studies AND stress from having to address this Appeal. Stress that has not only affected me but also has had a negative impact on my family, my marriage and my children's lives. I can no longer perform at BCBSNC's 140% production nor can I work anywhere. Do I feel my disability claim from Liberty Mutual has been denied in error? Yes, I do. It has been incorrectly denied with total disregard to my physical status as clearly defined and recommended by my two global care medical doctors. Statements, recommendations and medical records that are clear to my well trained analyst eyes of twenty four years. How could this have happened? Let me further point out the ever-mounting number of errors and concerns.

As stated earlier in this letter, on January 31, 2011, I had to be removed from my job position as I was no longer able to perform the essential duties of my job. I submit to you a copy of a denial letter from Liberty Mutual dated April 1, 2011 from Mr. Brendon Carey, Case Manager, who informed me that my disability claim had been denied. Denied ahead of my planned appointment with my orthopedic surgeon on Monday, April 4, 2011 to review the results of my right shoulder MRI. An appointment which he was well aware of. An unjust denial that sent me and my health into a downward spiral. A downward spiral that I am still dealing with today. How any company could be allowed to treat sick employees this way is still beyond my disbelief. There were substantial records to support my claim

LIN000881

but Liberty Mutual chose to ignore them. My Appeal letter dated April 30, 2011 is also attached for your review for those of you who do not already possess it. There is adequate information contained in this letter to document that my issues with my right arm were exasturbated by the extreme nature of the repetitive motion of being in a highly productive job role. My manager chose to falsely relay to Liberty Mutual that I only used my right arm "occasionally". There is not one person on this Earth who works in a computer-based production-oriented job who would believe that someone would only use their right arm "occasionally" given that I was working at a 140% production for 50 hours a week. At that time, after my twelve (12) weeks of being on a job protective FMLA leave, my job was **removed** from me. I did not quit and I was not fired. I had simply become disabled. My job was then posted and eliminated. I was not offered my sixteen (16) weeks of severance pay. If fact, I want to state that I was met with discrimination. BCBSNC has the corporate ethics that ALL employees, internal and external customers be treated with dignity, courtesy and respect. I have been treated with none of these up-standing qualities.

Some six or so years ago, BCBSNC chose to make it a campaign to embrace "Diversity" in the workplace. We honor all ethnic origins, recognize all religious backgrounds, diverse qualities and strive to not discriminate against those said persons. On January 31, 2011, I became known as a much diversified group known as "Disabled." I have been met with uncertain discrimination, harassment, loss of employment, a loss of financial income and support for myself and my two children, a loss of medical and dental health insurance and have been abandoned. I have received NO word from the Human Resources department even thanking me for my dedicated years of employment save a notice offering my COBRA insurance at the increased rate of 505% of the premiums that I had been paying. The only notice of "**TERMINATION OF EMPLOYMENT**". I have received no information regarding the terms of my retirement benefits. My manager, who is, by nature of her earned degrees, with an advanced degree earned at the expense of BCBSNC, misinformed my co-workers in April of 2011 that I was no longer with the company. Quite news to me and them. In fact, I was no longer with the company effective April 19, 2012, based on this unfounded denial of my LTD claim. No "Get Well" cards came after my surgeries. Nobody showed up with a monetary gift or food as was my department's usual practice for sick co-workers. How this manager still has her job while mine was removed from me is, again, beyond disbelief. If I have EVER ONCE, threated any of my co-workers or any of the four million subscribers of BCBSNC in this manner, may God strike me dead at this keyboard. No... I am still here. Even more determined to fight for my disability rights. Rights that I am being called upon to stand up and fight for. To fight for not only for me, my children and family but also for all of those disabled long-termed employees who will be coming behind me. I informed Mr. Derek Davis, Human Resources Representative with BCBSNC recently that I will do just that if necessary. To fight for the benefits that I worked for twenty four years towards. Benefits that a major corporation in the **Healthcare** Industry offered me. Benefits, for which I was offered, accepted and paid for.

In my most recent denial letter from Liberty Mutual dated April 19, 2012, Ms. Rose Raines wrote that my immense amount of records had been reviewed to make the determination. I, as my rights were explained, did request the full records files to add here to my ever-mounting boxes of records. Using my well-trained analytical experience, it did not take me long to see the simple errors in the review. In fact, it should not take anyone with limited medical background to note. Not only do the ever-mounting evidence of records that clearly show that I have made every attempt to seek medical care for my conditions but go on to illustrate that I was undergoing additional medical treatments. On March 13, 2012, I had to be seen by Dr. John A. Kallianos, my primary care physician who has followed my global health since 1994, as I had developed tremors in my only good arm, my left. He ordered a MRI of my brain and then referred me on to Raleigh Neurology for follow-up and continued neurological

**LIN000882**

care. Dr. Kallianos's notes clearly state that my ICD-9 diagnoses codes of: 715.9, 756.83 and 356.9 were *worsening.* He did not state I had improved and was able to return to work. I do not possess a written medical doctor's release to return to work as required by BCBSNC or their LTD Company, Liberty Mutual. The records go on to show three (3) medical restrictions forms which CLEARLY state and recommend ***PERMANENT DISABILITY***. One from Dr. Linda Belhorn and two from Dr. John Kallianos. He completed one for Liberty Mutual and one for USAble Life who, were quick to actually *approve* my continued life insurance policies based on his recommendation. Liberty Mutual, on behalf of Blue Cross and Blue Shield of North Carolina instead chose to commit what is known in the Insurance Industry as "selective review", choosing to only read what was of benefit to them, their bottom dollar lines and a positive reflection in a boardroom presentation. My restriction forms state that my imposed permanent disability started on January 28, 2011 to *permanent* by both Dr. John Kallianos and Dr. Linda Belhorn, my Rheumatologist. These permanent disabilities are due to progression of my inherited Ehlers-Danlos disease which true to a disease process, have indeed progressed to debilitating, worsening conditions. I have all the documentation I need for my case. What makes this denial even more disheartening is that FACT that Liberty Mutual has not denied my claim once ahead of my need to see one of my doctors for review of my MRI but they have now done that *twice.* Two times when they were aware of the fact. One can only assume they are trying to either force my sick body into a stroke or, as I have told Dr. Belhorn, they will not be satisfied until I am stretched out on a cold table in the morgue of Durham Regional Hospital having suffered a brain aneurism.

Now, I sit here, barely able to hold my shaking head up, barely able to even feel the keys beneath my fingertips, with shaking hands, while numbness and neurological "zings " and pain consume my body. I have been forced by the unjust nature of this denial to have to try and type my appeal to you. To undergo further stress that only makes my symptoms worse. A struggle I have met day end to day out for the past five (5) months. A struggle that has often made me so physically ill and in such pain that I have had to go to bed for hours to recover from. For my last Appeal, it took me only thirty (30) days to complete. It now has taken me almost six (6) months to achieve. Am I disabled? Yes. Permanently? Yes. Will I improve? No. Can I help it? No, I cannot. I was born this way. I used to pray to God every night as a child, begging Him to please take this disease from me. To make me like all the normal kids. He did not. It took fifty-two (52) years of questioning to finally receive His answer. I have been given this disease in order to offer my assistance to others who find themselves in this same place dealing with discrimination. The same thousands who recently marched in protest in Charlotte, North Carolina for unjust employment practices of large corporations.

I have been under the care of Dr. John A. Kallianos, General Practitioner, Dr. Linda R. Belhorn, Rheumatologist, Dr. Paul Wright, Orthopedist, Dr. William Mallon, Orthopedist, the physical therapy staff of Stewart Physical Therapy, the physical therapy staff of Triangle Orthopedics, Dr. J. Barry Johnson, Podiatrist, Dr. Pat Chappell, Gynecologist, Dr. Bradley Robottom, Neurologist and Dr. Louis Almekinders, Orthopedist. That totals ten (10) medical professionals. Through it all, it is now, hereby recommended, that I be placed on Permanent Disability. What disturbs me the most is that, once again, Liberty Mutual has chosen to deny my LTD claim ahead of the need of my attending the appointment with my healthcare provider to review and discuss the outcome of my MRI of the brain. Something that they proclaimed to review themselves. The same staff who obviously cannot even read records correctly. I will not continue to be subjected to this kind of substandard review by someone of undisclosed medical degree nor will I continue to be subject to the continued harassment which has been placed on me. One that gives NO attention to the fact that I have an underlying hereditary disease, to be forced into the round hole of someone's review outline at their desks which attempts to

**LIN000883**

force my "square peg" of a medical abnormality into their round hole of review. It simply boarders on the very edge of fraud. A statement I do not make lightly.

On April 19, 2012, I received a voicemail at my home phone number from Ms. Rose Raines, my case manager with Liberty Mutual, who stated she had further questions regarding my case. I was not immediately able to return her call until the morning of Monday, April 23, 2012. I was not anticipating the news which she conveyed at that time. That very morning, I was scheduled to attend an appointment with Dr. Louis Almekinders to further pursue medical attention for my right arm as the function in this arm was further deteriorating. I chose to seek his assistance as I felt all of my avenues with my prior orthopedic doctor, Dr. William Mallon, had been exhausted and that my concerns regarding my right shoulder had gone unheard. The unprecedented news that my LTD claim had been denied, been denied AGAIN AHEAD OF THE APPOINTMENTS planned to review the most recent MRI, without further contact from Liberty Mutual, sent my body into a neurological, traumatic episode. I could not think clearly, a modality that I face now every day. I could not even remember who I was to see, could not find the phone number in the phonebook so I could call to say I was too sick to come in. I lost continence and had to call my husband to help me find the number so I could contact them. The appointment then had to be rescheduled to May 1, 2012. In short, I did not take her ill-explained news well which was clearly conveyed to her on that day. It was shocking news. News that, again, sent my health conditions further into a devastating, downward spiral.

I saw Dr. Bradley Robottom with Raleigh Neurology on April, 30, 2012 just as recommended by my primary care physician, Dr. John Kallianos in his clear office notes dated March 13, 2012. Dr. Robottom ordered on that day an MRI of my upper spine and a nerve conduction study. I did as he recommended and scheduled these much needed medical studies. The next day, May 1, 2012, I went to my rescheduled appointment with Dr. Almekinders with The North Carolina Orthopedic Center, a division of Duke University Medical Center. He did a thorough clinical review of my right arm and shoulder, and took numerous radiographs of my upper spine and shoulders and gave me a cortisone injection in my right shoulder. I was to return in three weeks for follow-up. It was not until Dr. Robottom's office contacted me on May 9, 2012, having met a roadblock with getting my spinal MRI preauthorized, did I learn that my medical coverage with BCBSNC had been terminated effective May 1, 2012. I could no longer have access to the medical studies that had been issued to me for my continued quest to seek any hope of improvement in my health. I could not see Dr. Almekinders for my follow-up appointment. To boot, the claim for Dr. Almekinders, that I had to reschedule it from that fateful April 23st date, HAD BEEN DENIED. Just imagine. Liberty Mutual has denied my LTD claim not ONCE, but **TWICE ahead of my need to be seen by my medical professionals to further review and discuss the findings and necessity for continued medical care.** You will find the medical records that you failed to obtain attached with this letter.

At the insistence of Liberty Mutual of Boston, in accordance with the LTD Policy of BCBSNC, I was required to submit an application with the Social Security Division of The United States of America. As offered, I did so through their legal office of The Bassett Law Firm located in Columbia, Missouri. I have been working with their paralegal to fill out this application and it was submitted to the Social Security Administration in March of this year. I completed the application; they obtained a current functions study by me and an additional one by my spouse. They also ordered an additional examination which was performed in September, 2012. Certainly this hastily made, poorly thought out denial can only serve to further have adverse ramifications on the approval for my Social Security Disability Benefits for which they themselves requested. It is regrettable that the Vocational Manager of Liberty Mutual, who took her time to falsely fabricate a "sedentary job" role for me, one that I cannot perform either, instead of speaking with me to obtain a current functions study. Again, only

**LIN000884**

choosing to "selectively review" the Restrictions Forms while ignoring all of the pertinent information on these forms. As a professional woman of utmost integrity, I have not falsified ANY information on my Social Security Application. To do so, in my vision of American values, would be nothing short of treason.

BCBSNC has a third-party benefits payment company, Ceridian, who handles the payment of medical and dental benefits for their long-term disability employees. Once I realized my medical/dental coverage had been terminated, I immediately contacted their customer service department. I was told in May that I was in their system until 2099 and in fact, "did not have to accept the COBRA policy" I had been offered by BCBSNC (with that notice of TERMINATION OF EMPLOYEMENT). They stated they would contact BCBSNC directly on my behalf and make an urgent request for my information to be updated in the system. I was afraid to go to any medical appointments. I had a planned medical exam with my OB-GYN doctor, Dr. Pat Chappell, one that had been planned for many months and since I had not been to have a female exam for two years and was having concerns over clinical indications from my neuropathies, I felt it necessary to still go. I again called Ceridian to confirm that I had benefits and they ensured me that I did. I went to my appointment and Dr. Chappell placed me on a new medication. When I called my pharmacy to see if the prescription was ready, I was told I had no coverage. I again called Ceridian and was told I did indeed have coverage and that they would once more request an urgent update from BCBSNC. This medical coverage chase continued up until late August when one of the BCBSNC Human Resources representatives made a conference call to Ceridian Benefits with me on the phone. At that time, a point in time when the 63 days for me to accept COBRA benefits, a time past the requirements for me and my two children to even be added to my husband's medical policy without *pre-existing condition clause* did we finally have it cleared up by Mr. Derek Davis, Human Resources Representative, BCBSNC. It turns out that _NO_, I have not had medical and dental coverage for myself and my two children or access to medications or vision coverage since May 1, 2012, and was told that the monthly premiums I had paid up until August to Ceridian Benefits would have to be reimbursed. So…. here my children and I sit with no medical or dental coverage. A dedicated, long-term employee of twenty-four years, disabled from her job due to an inherited disease whose conditions were made worsened by extreme repetitive motions being abandoned and denied financial support from a benefit that BCBSNC offered to me as an employee. One that I accepted and paid for. This is not a good story.

So what we indeed have here is this: A fifty-two (52) year old woman born with what is known as a rare, hereditary musculoskeletal connective tissue disease known as Ehlers-Danlos Syndrome disease, with progressed aging beyond her chronological years, with poor wound-healing, with progressed, debilitating pain, compounded by generalized osteoarthritis with significant pain with loss of mobility, who is unable to perform the essential duties of the job role of which she was disabled from, who can no longer work in any job role as per the recommendation of her global, long-term healthcare professionals per their clinical observations, a person who has not only had her job taken from her, but also has lost her financial support of not only herself but that of her two dependent children when the benefits were offered, accepted and PAID for, but who has also lost both medical and dental coverage for herself and her two dependent children all because I have become **sick**. Become ill with a disease process that is progressive as the medical documentation supports and has been nothing but discriminated against from day one throughout the entire process.

I am foremost an American. An American born with a disability whose rights have been denied at every turn to the benefit of selfish companies who are, in fact, obviously actually are only out to deny claims and add coins to their coffers. There can be no other explanation for it. Errors upon errors. Dehumanizing, stressful situations which were avoidable if only certain persons would have adequately

**LIN000885**

performed their jobs.

There can be only one logical recourse to this injustice. I respectfully request that this claim denial be overturned, that my employment status with BCBSNC be deemed retroactive to May 1, 2012, that my financial monies are reinstated, that my medical and dental coverage for me and my two dependent children be reinstated accordingly and I be placed in a ***PERMANENT DISABILITY STATUS.*** It is not my intent to have to proceed with this case further in a legal public forum as it would do nothing but bring to the light of public nature the injustice of which I have been made to suffer and cause unnecessary expenditures of monies for all concerned parties. Not only would it not support some certain public announcements being made that there is a "Plan for your better health" or that "We are there for you all the way through what you may be going through." In fact, either someone has failed in their quest to do so or the advertisements are false.

It would seem things have taken a turn for the worse there in my prior job department. I recently received not one but four duplicate medical necessity denials for the assistant surgeon for one of my reconstructive surgeries on my feet. Only one should have been sent, thus reducing the admin cost by 300%. If someone needs to know what is causing BCNSNC to still have one of the highest administrative costs in the healthcare industry, then I would want to offer that someone launch a thorough investigation of Claims Review and Payment Integrity's processes to see why this could still be occurring. My summation is that the current leadership is not on board with the Company's cost reduction plan and lacks the skills to uphold the corporate initiatives to reduce the over-all administration costs.

There is a certain document preserved in the National Archives. One that is guarded and revered by each American in this Nation. One that is signed by fifty-five brave men who were willing to make a stand for justice. A stand for all Americans regardless of their condition, with certain inalienable rights, rights for Life, Liberty and the Pursuit of Happiness. The names of fifty-five men who founded this great Nation. I seek to not only uphold **their** memory of honor, the significant words contained in that document but also that of all of the men and women who have died to keep us a Free Nation. Those whom have died to keep my freedom of speech here to you today a reality. Whose memory I will not see further disgraced by the injustice by way of my disability status continuing to be denied. I want to challenge each one addressed via this letter, to look not ahead, nor behind, but within and grasp the power that you possess to make the process errors brought to light in this case, be improved to not only approve my case, but ensure that NOBODY that comes behind me is left to feel that they were abandoned by the current healthcare system and met with discrimination. It is a dehumanizing, extremely stressful, mentally tormenting and disappointing situation. One that I seek to rectify, not only for myself, but for my fellow co-workers, countrymen, women and children.

Respectfully submitted to you this day.

*Rebecca K. Lane Pifer*

Rebecca K. Lane Pifer
Disabled American, Devoted Wife and Mother

Attachments

cc: Mr. Bradley Wilson, CEO BCBSNC
    Mr. David H. Long, CEO Liberty Mutual of Boston

**LIN000886**

Mr. Stuart C. Harvey, Jr., CEO Ceridian Benefits
Ms. Fara M. Palumbo, SVP Human Resources, BCBSNC
The North Carolina Department of Insurance
Mr. David Price, Fourth District United States Congressman, North Carolina
The North Carolina Chapter of American Civil Liberties Union
Judge Richard P. Goldenhersh, Vice Chair, EDNF
John A. Kallianos, MD
Linda R. Belhorn, MD
Bradley Robottom, MD
Louis Almekinders, MD
Pat Chappell, MD
Legal Counsel File

**LIN000887**



**Liberty Mutual.**

Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1748

## Restrictions Form

| REBECCA PIFER | 1960 | 4087659 | Rose Raines |
|---|---|---|---|
| Patient Name | Date of Birth | Claim Number | Case Manager |

To be completed by physician:

1. DATE FIRST TREATED    –   8-11-1994    Ehler-Danlos
   DATE LAST TREATED   –   3-12-2012   Ehler-Danlos, Nephal Neuropth. Osteoarth
   NEXT OFFICE VISIT    –          DIAGNOSIS(ES) WITH ASSOCIATED ICD-9 CODES

2. For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:

   ☒ **SEDENTARY**   Lifting / carrying up to 10 pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
   ☐ **LIGHT**   Lifting / carrying up to 20 pounds occasionally, sitting at least occasionally and standing / walking frequently.
   ☐ **MEDIUM**   Lifting / carrying up to 50 pounds occasionally; sitting, standing and / or walking constantly.
   ☐ **HEAVY**   Lifting / carrying up to 100 pounds occasionally; sitting, standing and / or walking constantly.
   ☐ **VERY HEAVY**   Lifting / carrying over 100 pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY Up to 20 Minutes / Hour Up to 2 ½ Hours / Day | FREQUENTLY Up to 40 Minutes / Hour Up to 5 ½ Hours / Day | CONSTANTLY Over 40 Minutes / Hour Over 5 ½ Hours / Day |
|---|---|---|---|

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.   1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY)*.
         2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.

   _Increased depression symptoms due to stress of chronic_
   _& her chronic illness and particle diagnosis of multiple_
   _stenosis & worsening peripheral neuropathy_

4. RESTRICTIONS IMPOSED FROM   1-28-11   TO   permanent

5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE? _____
   _Permanently disabled_

6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?
   _Progressive Neuropathy, worsening osteoarthritis, Chronic Ehlers-_
   _Danlos syndrome_

7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM _1-11-0_ TO _3-13-12_.

John A. Kellman, MD      MD   Im/Ped      56-1689415
**Provider's Name (Please Print)**      **Degree _AND_ Area of Specialty**      **Social Security or Tax ID Number**
4309 Medical Park A.      (919) 471-7714      (919) 472-6121
**Street Address**      **Telephone Number**      **Fax Number**
Durham NC 27714                      4-15-12
**City, State & Zip Code**      **Signature**      **Date**

LIN000888

# Application for Extended Insurance Benefits

## ATTENDING PHYSICIAN'S STATEMENT
### Must be completed IN FULL by physician who has examined patient within the last 30 days.

**Patient's Name:** Pifer, Rebecca

**1. DIAGNOSIS**
(a) Diagnosis (including any complications): Osteoarthritis, Ehlers Danlos Syndrome  ICD-9 Code(s) 715-9 Benign hypermobility 756.83 358.9

(b) Subjective symptoms: See last clinical

(c) Objective findings (Including current X-rays, EKG's Laboratory Data and any clinical findings):

**2. DATES OF TREATMENT**
(a) Date of first visit  8-11-1994
(b) Date of last visit  3-13-12
(c) Frequency of visits  q 3 months

**3. NATURE OF TREATMENT**
(Including surgery, medication, physical therapy, etc.)

**4. EXTENT OF DISABILITY ***IMPORTANT***
(a) Are you aware of the main duties patient performs in his/her usual work or business?  ☑ Yes  ☐ No
(b) Are you aware of patient's background (education, training, experience, etc.)?  ☑ Yes  ☐ No
(c) Describe any restrictions (what patient SHOULD NOT do): Disabled from all duties
(d) Describe any limitations (what patient CANNOT do):

**5. CARDIAC (If Applicable)**
(a) Functional capacity (American Heart Ass'n)...........  ☑ Class 1 (No Limitations)  ☐ Class 2 (Slight Limitation)
☐ Class 3 (Marked Limitation)  ☐ Class 4 (Complete Limitation)
(b) Blood Pressure (last visit)...........  138/76  Systolic/Diastolic

**6. PHYSICAL IMPAIRMENT (*As defined in Federal Dictionary of Occupational Titles)**
(a) ☐ Class 1 – No limitation of functional capacity; capable of heavy work. * No restrictions. (0-10%)
☐ Class 2 – Medium manual activity*  (15-30%)
☐ Class 3 – Slight limitation of functional capacity; capable of light work* (35-55%)
☐ Class 4 – Moderate limitation of functional capacity; capable of clerical/administrative (sedentary*) activity (60-70%)
☑ Class 5 – Severe limitation of functional capacity; incapable of minimum (sedentary*) activity (75-100%)
(b) Remarks: Her chronic Ehlers-Danlos adds to the progressive worsening of her osteoarthritis. She also has developed an idiopathic peripheral neuropathy which has resulted in permanent disability.

**7. MENTAL/NERVOUS IMPAIRMENT (If applicable)**
(a) ☐ Class 1 – Patient is able to function under stress and engage in interpersonal relations (no limitations)
☐ Class 2 – Patient is able to function in most stress situations and engage in most interpersonal relations (slight limitations)
☐ Class 3 – Patient is able to engage in only limited stress situations and engage in only limited interpersonal relations (moderate limitations)
☑ Class 4 – Patient is unable to engage in stress situations or engage in interpersonal relations (marked limitations)
☐ Class 5 – Patient has significant loss of psychological, physiological, personal and social adjustment (severe limitations)
(b) Remarks: The stress of quitting work, dealing w/ her ongoing health issues, fighting for her LTD has contributed to her clinical worsening.

**8. PROGRESS**
(a) Has patient:  ☐ Recovered  ☐ Improved  ☐ Unchanged  ☑ Retrogressed
If recovered, date able to return to work _____
(b) Is Patient:  ☑ Ambulatory  ☐ House confined  ☐ Bed confined  ☐ Hospital confined
(c) Has patient been hospital confined?  ☐ Yes  ☑ No  Admitted _____
If yes, give name and Address of Hospital _____  Discharged _____
(d) Do you expect any significant improvement in the future?  ☐ Yes  ☑ No
1. If yes, when will patient recover sufficiently to perform the duties of:
a) Patient's regular occupation: _____ or ☐ 1 Month ☐ 1-3 Months ☐ 3-6 Months ☐ Never
b) Any other type of work: _____ or ☐ 1 Month ☐ 1-3 Months ☐ 3-6 Months ☐ Never
2. If No, please explain: I feel her medical issues are permanent

| | |
|---|---|
| Physician's Signature | Date 6/29/12 |
| Physician's Name  John A. Killianos | Degree MD |
| Address  4309 Medical Park N. Suite 200 | Telephone (919) 471-4414 |
| City  Durham  State NC  Zip 27704 | Fax (919) 477-6131 |

Triangle Community Physicians, PA
4309 Medical Park Dr., Suite 200
Durham, NC 27704

CL-WAIVER (8-09)  Page 4 of 4

**LIN000889**

Case 1:22-cv-00186-WO-JLW   Document 22   Filed 10/24/22   Page 126 of 538

October 10, 2012

The Liberty Life Assurance Company of Boston
Attn: Rose Raines
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

To whom it may concern:

This letter is being addressed to you today in formal request for an Appeal of my denied disability claim #4087659 as stated in your denial letter dated April 19, 2012. I respectfully request, as per industry standards, that this Appeal review be handled by a review committee separate from the previous department who reviewed my claim and issued this denial. My claim was denied as not medically necessary for permanent disability status without a formal indication that someone with an advanced medical degree reviewed and issued the denial. Please see that this review is completed accordingly.

To say that I found this denial shocking is an understatement. It has been the most dehumanizing, degrading, mentally abusive, stressful, unnecessary situation I have ever been faced with my entire life. How anyone with any degree of intelligence could misconstrue medical documentation in this manner is beyond disbelief. It is apparent that what is known in the insurance industry as "selective review" has been committed in the review of my claim. There is very clear, legible documentation stating that two (2) of my global medical professionals have recommended **permanent disability** on the Restrictions Forms that your company requested from them. The only point your chose to read was the most minimal of restrictions even offered on your form. Perhaps I am going to start out by saying that your forms need to be modified to offer a lesser modality option as these most competent medical doctors chose the lesser of any restrictions available. We all realize that this is a "Catch 22" with your forms, one that you have used to your advantage and your bottom line reports. No one went on to read further on the forms where it is clearly stated that both are recommending ***PERMANENT DISABILITY***. It is right there in plain black and white English, should you desire to read it. There is not one medical professional who could misconstrue these documents so please know that we all are at a loss why the denial was issued. If you felt there was conflicting information, my doctors would have been most happy to discuss it with you over the phone. You chose to not contact them for further clarification. Attached please find letters of clinical documentation in support of these forms for your further review.

We all know as medical professionals what *"Disability* or *Disabled"* means but we thank you all for your restatement of the information as it pertains to the BCBSNC LTD policy. Remember, I have worked for Blue Cross and Blue Shield of North Carolina for twenty-four (24) years in high level job positions, have been the sole dental subject matter ***EXPERT*** having supported Executive Reviews to the CEO of BCBSNC, the Appeals Medical Directors, the Medical Policy Development staff, the Legal Council staff, and have trained hundreds of staff at BCBSNC on dental policies, dental processes, process development and improvement, dental manuals, have developed and written dental contracts,

**LIN000890**

and member policy verbiage for submission to the NCDOI. One can only summarize that you seek to cover your bases per your review outline at your desk. Your processes are obviously in need of reform as you seek to only extract the information on forms that are to your benefit, ignoring recommendations from medical doctors and I am requesting at this point that the management staff of Liberty Mutual, Charlotte office, be informed that your processes are inadequate and antiquated. As such, I am submitting a copy of this case letter to the North Carolina Department of Insurance in request for a full investigation of your review practices. This simply must be done, not only for my own case, but for those other disabled persons employed by BCBSNC who were offered disability benefits, accepted and paid for the coverage. This simply cannot continue. Innocent, sick people should *NEVER* be subjected to this type of harassing insolence. It is severely wrong. If I have to limp my way to the steps of Congress, state my case before a jury of my peers; know that my convictions in this matter are warranted, solid and true to my respect for my fellow Americans and countrymen, people who have died to keep this country free and for the pursuit of Life, Liberty and the Pursuit of Happiness. An American Right for which I have been unjustly denied. Therefore, do not take this letter lightly. It contains weighted material, of which, I feel that I am *right* and justified.

At this point, I am going to back up in time to the year 1998. I was both the Supervisor of the Dental Claims Processing team and also worked as the sole dental analyst as my associate dental analyst left to become the State Dental Claims Analyst. At that time at BCBSNC, we were working to project the Company forward to the new Power MHS platform. I was solely responsible for extracting all of the dental coding and processing logic from the Legacy platform to the improved Power MHS platform. Every bit of current data contained there within the BCBSNC computer infrastructure and that of our present dental vendor was completed by me. I did all of the coding logic, developed and tested case scenarios to ensure that every claim was adjudicated properly. I did so with excellence and was recognized by being nominated and receiving the Champion of Excellence Award. I have been held in highest regard by every department within BCBSNC and each staff member knew who to contact if they need support and the very person who knew how to get the issues(s) not only resolved, but also knew that I would correct any underlying process issues that required improvement. I have also been held in highest regard in the dental profession, having been the President of the Durham-Orange Dental Assistants Society and worked my up to Vice-President of the North Carolina Dental Assistants Association. I never in 24 years refused to assist internal or external customers in any manner. I took my lunch breaks to go to dental offices that were experiencing problems getting their claims received and reviewed at my own initiative. When no communications were being given to the dental provider community since they were non-participating, I worked with Provider Relations to develop newsletters to better inform them of the best claims filing guidelines to streamline the processes. When dental providers were in need of information, I developed an additional newsletter coming from front-end processing to reduce claims misfiling and returns, thus greatly reducing BCBSNC's administrative costs. Nobody asked me to do these things. I did it upon my own initiative.

In 1999, BCBSNC embarked on the endeavor to out-source its dental claims processing to an outside dental vendor. At that time, I was working three (3) job roles; that of the BCBSNC Dental Program Manager, the Dental Claims Processing Unit Supervisor and that of Professional Dental Analyst. My co-workers dubbed me the "Wonder Woman of Dental." That same year, I became pregnant with my second child. The dental vendoring project met an initial problem due to the lack of appropriate ITS support as that staff were busily working on the Y2K Project. The SVP of Front-end Claims did not value my suggestion that additional help from an outside IT source was needed to see that the dental vendoring project succeeded. It initially failed. He lost his job. I sometimes wonder if I had been a male staff member, would he have placed upon my suggestion a greater value. I was out on approved maternity leave in late November and was asked by the Front-end Claims Director to assist with a most

urgent vendor project. When my son was not in my arms, I was working around the clock that weekend to resolve the matter. Nobody within BCBSNC could complete the project and it was left up to me. When I returned, one particular person in Sales and Marketing asked me to make up data that was going to Mr. Bob Gretchen, the CEO at the time. Of course, I did not do this but rather reported this issue to the SVP of Corporate Compliance. She took care of the issue. We did the right thing by upholding the Corporate Work Ethic of Integrity. I want you to know that I do not want ever to be challenged on my work ethics. I am one of the most ethical, integrity driven people ever employed at BCBSNC. All the while, even though BCBSNC boasts itself as being one of the nation's top 50 Workplaces for Working Mothers, I have had words hurled at me to the tune of "Gee Rebecca, perhaps you should just stay home and have babies." Or the real clinker of "Your baby was just bad timing." These words were not from a co-worker but rather were both from Directors of Front-end claims. I feel that I have been discriminated on many counts. I feel I have been discriminated based on my sex, my marital status, and now, my being in a diverse group known as "disabled."

In the summer of 2000, I began to have extreme vertigo and numbness of my arms, hands and face. I could not wash my hair, use my hands well, lift my arms, my right hand would drop anything I grasped and I walked with difficulty. I had to walk the corridors of BCBSNC holding on to the walls for support. At that time, I was under the care of my primary care physician, John A. Kallianos, MD, General Practioner, Linda R. Belhorn, MD, Rheumatologist and Thaddeus Poploski, MD, Neurologist and was seeking physical therapy at the NC Spine Center of North Carolina. I was then 40 years old. Dr. Poploski told me at that time that I needed to reduce the stress in *my job* or I was going to walk back into his office with a definitive neuropathy. He was correct some eleven years later. My case was handled by, none other than, Liberty Mutual. I have the boxes of files here. Liberty mutual first tried to insinuate that my medical issues were related to... my young children. Can you even believe that? Hundreds of thousands of women have children and yet few of them develop the medical problems described above. Again... children are at fault, not the EXTREME work load I had been given at BCBSNC. Working mother, children. Their fault. Liberty Mutual denied my claim for five (5) months and we nearly lost our house and home for these children. After five (5) grueling months, the denial was over-turned. I, however; did not have my job taken away from me nor did I lose my health insurance coverage. I was rehabilitated to the point where I was able to return to work. Michele Roberts, my HR representative at the time, informed me that I would not return as the Dental Program Manager, the Dental Claims Supervisor and Dental Analyst. I would be returning as only in the Professional Dental Analyst job role. My response to her was, "Oh, good. I was hoping for just one job." She will remember me. It was quite a devastating time.

BCBSNC accepted me back into their workforce in the Dental Analyst position, knowing full well all of my physical limitations. I was able to perform these duties up until December, 2010. This now brings us up to my current case. I was able to come back to work for ten (10) years. That to me is nothing short of a miracle. I worked diligently, with upmost integrity and dedication in support of our internal and external customers. I developed training materials for the Appeals department and trained them on dental and oral surgery reviewed when they took over this responsibility from our department. I continued to worked with the ERISA appeals staff, supported cases going to the CEO of BCBSNC, worked closely with the Appeals Medical Directors, the Legal staff, the Medical Policy staff, attended on-site meetings of dental providers with the field offices staff to seek better processes for medical dental claims processing and adjudication, developed training materials to be presented to large group meetings for the Customer Service and various other staff in attendance and performed the complete responsibilities of professional dental analyst. Each of the groups listed above has shown me great appreciation for my knowledge base and long-term dedication to them. I had received recognition of appreciation for excellent contribution and valuable inputs to the staff in Claims Review and Payment

**LIN000892**

Integrity signed October 27, 2010 by my Manager, Cynthia Harris, RN, BSN, MBA.

On January 31, 2011, all things changed. Due to an explosion in the claims volume under the directorship of Ms. Sandy Berrios, Director of Claims Review and Payment Integrity, I had been required to perform a production standard of 140% since August, 2010, often working 50 hours a week to meet the production requirements. My dental associate, Mrs. Candace Blackburn-Smith and I were, in essence, performing the jobs of three (3) professional dental analysts' positions. I had the expectation of managing forty-three (43) dental claims review queues daily for production requirements My physical health started to decline to the point where I had to leave my work to go out on FMLA as I became unable to perform the essential requirements of my job as I lost function of my right arm in addition to severe pain in my upper spine and had a torn right rotator cuff. I was also suffering from a torn right knee ACL which occurred in December while just walking down a flight of stairs and had come down with shingles due to the stress. I did not leave my job without reason. It was difficult to admit that I could no longer meet the requirements of my job and having undergone previous over-sight by Liberty Mutual, I knew that I would have to undergo even more stress to meet their ever domineering criteria for my short-term and long-term benefits. They have remained true to form.

I left my job, unable to perform the essential responsibilities as I have clearly described them. It was a devastating decision for me. One I did not take lightly. I had to admit that I could no longer support my co-workers or the four million BCBSNC subscribers and it was more difficult than my words here could ever relay. For you see, I was born with an inherited disease. A disease known as Ehlers-Danlos Syndrome (EDS). A disease that is true to the definition of the disease process. One that is progressive and has no cure. There are no medications that will cure it. There ARE NO SURGERIES that will resolve the clinical indications and it is high time that the review staff of Liberty Mutual realize that my case is not about a recovery from my shoulder surgery that had a poor out-come. It is not about how my feet that have required extensive reconstructive surgeries to correct their severe deformities can perform light work or better stated, light activity, but is one where I WILL NEVER, EVER, RECOVER FROM. There are no surgeries to correct what I have. I was born with this and therefore am covered by the Americans with Disabilities Act. I WILL NOT subject my body to more surgeries to appease the insurance system, surgeries which have poor outcomes and only exacerbate the condition for once my joints are invaded, they only become worse. My right arm has limited usage. My two feet still barely make me mobile. My ankles are still incompetent and I have dislocations of my major joints.

For your reading ease, I have included with this letter information from the EDS Foundation which can be obtained on-line which clearly defines EDS. It causes extremely loose joints, hyper-elastic skin that bruises and tears easily and blood vessels that are weak with tendency for aneurisms. The blood vessels in my hands burst frequently, leaving me with swollen fingers and hands. I have had burst vessels in my legs that lead to bruises that were so severe that I took pictures of them for documentation. EDS can lead to early on-set of arthritis and also causes **early aging** and **poor, slow wound healing** and residual poor scarring. The indications are clearly stated to include chronic joint and limb pain with early on-set that is **both chronic and debilitating**. Generalized joint hyper-mobility and recurring joints dislocations are *frequent*, especially in the shoulders, patella, hips and the temporomandibular joint. Chronic pain that can and in my case, has become debilitating. This information is correct and true. I do indeed now have all of the above symptoms and early on-set of osteoarthritis. I have dislocations of my shoulders, knees and hip joints and have difficulty speaking and chewing food. I cannot walk well. I have difficulty taking care of my basic personal hygiene needs that include brushing my teeth, bathing and washing my hair. I have to use a tub seat and hand-held shower. I often have to use a walker to move about our home and suffer from debilitating fatigue

LIN000893

from this pain. I cannot do even the simplest of housework without the assistance of my family and am basically under their constant care and over-sight. My cognitive skills are diminishing and have worsened to the point that my husband has had to take over my financial affairs. I am home-bound at this point. I have to use various leg braces, foot braces and often use an arm sling. I have suffered through a right shoulder surgery and extensive reconstructive surgeries on both of my feet. I have significant varicose veins of the legs that have worsened through these surgeries. I suffer from extreme headaches. I have significant stiffness in my fingers, hands, wrists, shoulders and cervical spine. I also suffer from joint dislocations in my shoulders, knees and hips. I do not go shopping the mall, cruise the internet nor am I working for wage or profit. I am not able to apply for another job position nor can I perform the essential duties of my now prior position with BCBSNC as Professional Dental Analyst. I cannot return to the work that I attended college for at The University of North Carolina School of Dentistry. I have been unable to continue both of my credentials of a Board Certified Dental Assistant with the Dental Assisting National Board or that of Certified Professional Coder and I cannot attend continuing education seminars or complete on-line courses due to my disabilities. These situations are devastating to me as I have held my CDA credential since 1979. I would never let it lapse unless I was physically unable to do so.

I have, as noted in my medical records, polyneuropathies of my extremities, and numbness throughout my body, especially in my arms, legs, hands, face and feet. I have severe pain throughout my body. I do not have function of my hands and arms and have now developed tremors in my "good" left arm. I cannot perform repetitive motions of any kind. I have difficulty speaking and the numbness in my face affects my speech and swallowing as I often get choked. I cannot sit, stand or walk for any prolonged period. I have muscle weakness and due to limited mobility, need assistance with dressing myself. I can no longer drive as my function of my right knee often locks, my feet do not respond well to commands and the repetitive motions of using my arms and neck to drive causes me severe, debilitating pain. I have such limited range of motion in my neck that I cannot turn to see the traffic conditions. It is difficult enough to realize that I am just a shadow of the once dynamic person I used to be. I can no longer work or do any of the fun things in life I used to do; such as playing tennis, playing the piano, walking three times a week, gardening, bike riding, skiing, sewing or cooking as these require both strength and repetitive motions. Tasks that used to require a minimal time to complete now take me much longer to accomplish. All of these clinical indications and neuropathies are heightened with stress. Stress that is defined in my world as trying to fold a few towels, attend medical office visits or oversee my children's basic needs and school studies AND stress from having to address this Appeal. Stress that has not only affected me but also has had a negative impact on my family, my marriage and my children's lives. I can no longer perform at BCBSNC's 140% production nor can I work anywhere. Do I feel my disability claim from Liberty Mutual has been denied in error? Yes, I do. It has been incorrectly denied with total disregard to my physical status as clearly defined and recommended by my two global care medical doctors. Statements, recommendations and medical records that are clear to my well trained analyst eyes of twenty four years. How could this have happened? Let me further point out the ever-mounting number of errors and concerns.

As stated earlier in this letter, on January 31, 2011, I had to be removed from my job position as I was no longer able to perform the essential duties of my job. I submit to you a copy of a denial letter from Liberty Mutual dated April 1, 2011 from Mr. Brendon Carey, Case Manager, who informed me that my disability claim had been denied. Denied ahead of my planned appointment with my orthopedic surgeon on Monday, April 4, 2011 to review the results of my right shoulder MRI. An appointment which he was well aware of. An unjust denial that sent me and my health into a downward spiral. A downward spiral that I am still dealing with today. How any company could be allowed to treat sick employees this way is still beyond my disbelief. There were substantial records to support my claim

LIN000894

3E290120004

but Liberty Mutual chose to ignore them. My Appeal letter dated April 30, 2011 is also attached for your review for those of you who do not already possess it. There is adequate information contained in this letter to document that my issues with my right arm were exasturbated by the extreme nature of the repetitive motion of being in a highly productive job role. My manager chose to falsely relay to Liberty Mutual that I only used my right arm "occasionally". There is not one person on this Earth who works in a computer-based production-oriented job who would believe that someone would only use their right arm "occasionally" given that I was working at a 140% production for 50 hours a week. At that time, after my twelve (12) weeks of being on a job protective FMLA leave, my job was **removed** from me. I did not quit and I was not fired. I had simply become disabled. My job was then posted and eliminated. I was not offered my sixteen (16) weeks of severance pay. If fact, I want to state that I was met with discrimination. BCBSNC has the corporate ethics that ALL employees, internal and external customers be treated with dignity, courtesy and respect. I have been treated with none of these up-standing qualities.

Some six or so years ago, BCBSNC chose to make it a campaign to embrace "Diversity" in the workplace. We honor all ethnic origins, recognize all religious backgrounds, diverse qualities and strive to not discriminate against those said persons. On January 31, 2011, I became known as a much diversified group known as "Disabled." I have been met with uncertain discrimination, harassment, loss of employment, a loss of financial income and support for myself and my two children, a loss of medical and dental health insurance and have been abandoned. I have received NO word from the Human Resources department even thanking me for my dedicated years of employment save a notice offering my COBRA insurance at the increased rate of 505% of the premiums that I had been paying. The only notice of **"TERMINATION OF EMPLOYMENT"**. I have received no information regarding the terms of my retirement benefits. My manager, who is, by nature of her earned degrees, with an advanced degree earned at the expense of BCBSNC, misinformed my co-workers in April of 2011 that I was no longer with the company. Quite news to me and them. In fact, I was no longer with the company effective April 19, 2012, based on this unfounded denial of my LTD claim. No "Get Well" cards came after my surgeries. Nobody showed up with a monetary gift or food as was my department's usual practice for sick co-workers. How this manager still has her job while mine was removed from me is, again, beyond disbelief. If I have EVER ONCE, threated any of my co-workers or any of the four million subscribers of BCBSNC in this manner, may God strike me dead at this keyboard. No... I am still here. Even more determined to fight for my disability rights. Rights that I am being called upon to stand up and fight for. To fight for not only for me, my children and family but also for all of those disabled long-termed employees who will be coming behind me. I informed Mr. Derek Davis, Human Resources Representative with BCBSNC recently that I will do just that if necessary. To fight for the benefits that I worked for twenty four years towards. Benefits that a major corporation in the **Healthcare** Industry offered me. Benefits, for which I was offered, accepted and paid for.

In my most recent denial letter from Liberty Mutual dated April 19, 2012, Ms. Rose Raines wrote that my immense amount of records had been reviewed to make the determination. I, as my rights were explained, did request the full records files to add here to my ever-mounting boxes of records. Using my well-trained analytical experience, it did not take me long to see the simple errors in the review. In fact, it should not take anyone with limited medical background to note. Not only do the ever-mounting evidence of records that clearly show that I have made every attempt to seek medical care for my conditions but go on to illustrate that I was undergoing additional medical treatments. On March 13, 2012, I had to be seen by Dr. John A. Kallianos, my primary care physician who has followed my global health since 1994, as I had developed tremors in my only good arm, my left. He ordered a MRI of my brain and then referred me on to Raleigh Neurology for follow-up and continued neurological

**LIN000895**

care. Dr. Kallianos's notes clearly state that my ICD-9 diagnoses codes of: 715.9, 756.83 and 356.9 were ***worsening.*** He did not state I had improved and was able to return to work. I do not possess a written medical doctor's release to return to work as required by BCBSNC or their LTD Company, Liberty Mutual. The records go on to show three (3) medical restrictions forms which CLEARLY state and recommend ***PERMANENT DISABILITY***. One from Dr. Linda Belhorn and two from Dr. John Kallianos. He completed one for Liberty Mutual and one for USAble Life who, were quick to actually ***approve*** my continued life insurance policies based on his recommendation. Liberty Mutual, on behalf of Blue Cross and Blue Shield of North Carolina instead chose to commit what is known in the Insurance Industry as "selective review", choosing to only read what was of benefit to them, their bottom dollar lines and a positive reflection in a boardroom presentation. My restriction forms state that my imposed permanent disability started on January 28, 2011 to ***permanent*** by both Dr. John Kallianos and Dr. Linda Belhorn, my Rheumatologist. These permanent disabilities are due to progression of my inherited Ehlers-Danlos disease which true to a disease process, have indeed progressed to debilitating, worsening conditions. I have all the documentation I need for my case. What makes this denial even more disheartening is that FACT that Liberty Mutual has not denied my claim once ahead of my need to see one of my doctors for review of my MRI but they have now done that ***twice.*** Two times when they were aware of the fact. One can only assume they are trying to either force my sick body into a stroke or, as I have told Dr. Belhorn, they will not be satisfied until I am stretched out on a cold table in the morgue of Durham Regional Hospital having suffered a brain aneurism.

Now, I sit here, barely able to hold my shaking head up, barely able to even feel the keys beneath my fingertips, with shaking hands, while numbness and neurological "zings " and pain consume my body. I have been forced by the unjust nature of this denial to have to try and type my appeal to you. To undergo further stress that only makes my symptoms worse. A struggle I have met day end to day out for the past five (5) months. A struggle that has often made me so physically ill and in such pain that I have had to go to bed for hours to recover from. For my last Appeal, it took me only thirty (30) days to complete. It now has taken me almost six (6) months to achieve. Am I disabled? Yes. Permanently? Yes. Will I improve? No. Can I help it? No, I cannot. I was born this way. I used to pray to God every night as a child, begging Him to please take this disease from me. To make me like all the normal kids. He did not. It took fifty-two (52) years of questioning to finally receive His answer. I have been given this disease in order to offer my assistance to others who find themselves in this same place dealing with discrimination. The same thousands who recently marched in protest in Charlotte, North Carolina for unjust employment practices of large corporations.

I have been under the care of Dr. John A. Kallianos, General Practitioner, Dr. Linda R. Belhorn, Rheumatologist, Dr. Paul Wright, Orthopedist, Dr. William Mallon, Orthopedist, the physical therapy staff of Stewart Physical Therapy, the physical therapy staff of Triangle Orthopedics, Dr. J. Barry Johnson, Podiatrist, Dr. Pat Chappell, Gynecologist, Dr. Bradley Robottom, Neurologist and Dr. Louis Almekinders, Orthopedist. That totals ten (10) medical professionals. Through it all, it is now, hereby recommended, that I be placed on Permanent Disability. What disturbs me the most is that, once again, Liberty Mutual has chosen to deny my LTD claim ahead of the need of my attending the appointment with my healthcare provider to review and discuss the outcome of my MRI of the brain. Something that they proclaimed to review themselves. The same staff who obviously cannot even read records correctly. I will not continue to be subjected to this kind of substandard review by someone of undisclosed medical degree nor will I continue to be subject to the continued harassment which has been placed on me. One that gives NO attention to the fact that I have an underlying hereditary disease, to be forced into the round hole of someone's review outline at their desks which attempts to

**LIN000896**

force my "square peg" of a medical abnormality into their round hole of review. It simply boarders on the very edge of fraud. A statement I do not make lightly.

On April 19, 2012, I received a voicemail at my home phone number from Ms. Rose Raines, my case manager with Liberty Mutual, who stated she had further questions regarding my case. I was not immediately able to return her call until the morning of Monday, April 23, 2012. I was not anticipating the news which she conveyed at that time. That very morning, I was scheduled to attend an appointment with Dr. Louis Almekinders to further pursue medical attention for my right arm as the function in this arm was further deteriorating. I chose to seek his assistance as I felt all of my avenues with my prior orthopedic doctor, Dr. William Mallon, had been exhausted and that my concerns regarding my right shoulder had gone unheard. The unprecedented news that my LTD claim had been denied, been denied AGAIN AHEAD OF THE APPOINTMENTS planned to review the most recent MRI, without further contact from Liberty Mutual, sent my body into a-neurological, traumatic episode. I could not think clearly, a modality that I face now every day. I could not even remember who I was to see, could not find the phone number in the phonebook so I could call to say I was too sick to come in. I lost continence and had to call my husband to help me find the number so I could contact them. The appointment then had to be rescheduled to May 1, 2012. In short, I did not take her ill-explained news well which was clearly conveyed to her on that day. It was shocking news. News that, again, sent my health conditions further into a devastating, downward spiral.

I saw Dr. Bradley Robottom with Raleigh Neurology on April, 30, 2012 just as recommended by my primary care physician, Dr. John Kallianos in his clear office notes dated March 13, 2012. Dr. Robottom ordered on that day an MRI of my upper spine and a nerve conduction study. I did as he recommended and scheduled these much needed medical studies. The next day, May 1, 2012, I went to my rescheduled appointment with Dr. Almekinders with The North Carolina Orthopedic Center, a division of Duke University Medical Center. He did a thorough clinical review of my right arm and shoulder, and took numerous radiographs of my upper spine and shoulders and gave me a cortisone injection in my right shoulder. I was to return in three weeks for follow-up. It was not until Dr. Robottom's office contacted me on May 9, 2012, having met a roadblock with getting my spinal MRI preauthorized, did I learn that my medical coverage with BCBSNC had been terminated effective May 1, 2012. I could no longer have access to the medical studies that had been issued to me for my continued quest to seek any hope of improvement in my health. I could not see Dr. Almekinders for my follow-up appointment. To boot, the claim for Dr. Almekinders, that I had to reschedule it from that fateful April 23st date, HAD BEEN DENIED. Just imagine. Liberty Mutual has denied my LTD claim not ONCE, but **TWICE ahead of my need to be seen by my medical professionals to further review and discuss the findings and necessity for continued medical care.** You will find the medical records that you failed to obtain attached with this letter.

At the insistence of Liberty Mutual of Boston, in accordance with the LTD Policy of BCBSNC, I was required to submit an application with the Social Security Division of The United States of America. As offered, I did so through their legal office of The Bassett Law Firm located in Columbia, Missouri. I have been working with their paralegal to fill out this application and it was submitted to the Social Security Administration in March of this year. I completed the application; they obtained a current functions study by me and an additional one by my spouse. They also ordered an additional examination which was performed in September, 2012. Certainly this hastily made, poorly thought out denial can only serve to further have adverse ramifications on the approval for my Social Security Disability Benefits for which they themselves requested. It is regrettable that the Vocational Manager of Liberty Mutual, who took her time to falsely fabricate a "sedentary job" role for me, one that I cannot perform either, instead of speaking with me to obtain a current functions study. Again, only

LIN000897

choosing to "selectively review" the Restrictions Forms while ignoring all of the pertinent information on these forms. As a professional woman of utmost integrity, I have not falsified ANY information on my Social Security Application. To do so, in my vision of American values, would be nothing short of treason.

BCBSNC has a third-party benefits payment company, Ceridian, who handles the payment of medical and dental benefits for their long-term disability employees. Once I realized my medical/dental coverage had been terminated, I immediately contacted their customer service department. I was told in May that I was in their system until 2099 and in fact, "did not have to accept the COBRA policy" I had been offered by BCBSNC (with that notice of TERMINATION OF EMPLOYEMENT). They stated they would contact BCBSNC directly on my behalf and make an urgent request for my information to be updated in the system. I was afraid to go to any medical appointments. I had a planned medical exam with my OB-GYN doctor, Dr. Pat Chappell, one that had been planned for many months and since I had not been to have a female exam for two years and was having concerns over clinical indications from my neuropathies, I felt it necessary to still go. I again called Ceridian to confirm that I had benefits and they ensured me that I did. I went to my appointment and Dr. Chappell placed me on a new medication. When I called my pharmacy to see if the prescription was ready, I was told I had no coverage. I again called Ceridian and was told I did indeed have coverage and that they would once more request an urgent update from BCBSNC. This medical coverage chase continued up until late August when one of the BCBSNC Human Resources representatives made a conference call to Ceridian Benefits with me on the phone. At that time, a point in time when the 63 days for me to accept COBRA benefits, a time past the requirements for me and my two children to even be added to my husband's medical policy without *pre-existing condition clause* did we finally have it cleared up by Mr. Derek Davis, Human Resources Representative, BCBSNC. It turns out that *NO*, I have not had medical and dental coverage for myself and my two children or access to medications or vision coverage since May 1, 2012, and was told that the monthly premiums I had paid up until August to Ceridian Benefits would have to be reimbursed. So.... here my children and I sit with no medical or dental coverage. A dedicated, long-term employee of twenty-four years, disabled from her job due to an inherited disease whose conditions were made worsened by extreme repetitive motions being abandoned and denied financial support from a benefit that BCBSNC offered to me as an employee. One that I accepted and paid for. This is not a good story.

So what we indeed have here is this: A fifty-two (52) year old woman born with what is known as a rare, hereditary musculoskeletal connective tissue disease known as Ehlers-Danlos Syndrome disease, with progressed aging beyond her chronological years, with poor wound-healing, with progressed, debilitating pain, compounded by generalized osteoarthritis with significant pain with loss of mobility, who is unable to perform the essential duties of the job role of which she was disabled from, who can no longer work in any job role as per the recommendation of her global, long-term healthcare professionals per their clinical observations, a person who has not only had her job taken from her, but also has lost her financial support of not only herself but that of her two dependent children when the benefits were offered, accepted and PAID for, but who has also lost both medical and dental coverage for herself and her two dependent children all because I have become **sick**. Become ill with a disease process that is progressive as the medical documentation supports and has been nothing but discriminated against from day one throughout the entire process.

I am foremost an American. An American born with a disability whose rights have been denied at every turn to the benefit of selfish companies who are, in fact, obviously actually are only out to deny claims and add coins to their coffers. There can be no other explanation for it. Errors upon errors. Dehumanizing, stressful situations which were avoidable if only certain persons would have adequately

LIN000898

performed their jobs.

There can be only one logical recourse to this injustice. I respectfully request that this claim denial be overturned, that my employment status with BCBSNC be deemed retroactive to May 1, 2012, that my financial monies are reinstated, that my medical and dental coverage for me and my two dependent children be reinstated accordingly and I be placed in a ***PERMANENT DISABILITY STATUS.*** It is not my intent to have to proceed with this case further in a legal public forum as it would do nothing but bring to the light of public nature the injustice of which I have been made to suffer and cause unnecessary expenditures of monies for all concerned parties. Not only would it not support some certain public announcements being made that there is a "Plan for your better health" or that "We are there for you all the way through what you may be going through." In fact, either someone has failed in their quest to do so or the advertisements are false.

It would seem things have taken a turn for the worse there in my prior job department. I recently received not one but four duplicate medical necessity denials for the assistant surgeon for one of my reconstructive surgeries on my feet. Only one should have been sent, thus reducing the admin cost by 300%. If someone needs to know what is causing BCNSNC to still have one of the highest administrative costs in the healthcare industry, then I would want to offer that someone launch a thorough investigation of Claims Review and Payment Integrity's processes to see why this could still be occurring. My summation is that the current leadership is not on board with the Company's cost reduction plan and lacks the skills to uphold the corporate initiatives to reduce the over-all administration costs.

There is a certain document preserved in the National Archives. One that is guarded and revered by each American in this Nation. One that is signed by fifty-five brave men who were willing to make a stand for justice. A stand for all Americans regardless of their condition, with certain inalienable rights, rights for Life, Liberty and the Pursuit of Happiness. The names of fifty-five men who founded this great Nation. I seek to not only uphold **their** memory of honor, the significant words contained in that document but also that of all of the men and women who have died to keep us a Free Nation. Those whom have died to keep my freedom of speech here to you today a reality. Whose memory I will not see further disgraced by the injustice by way of my disability status continuing to be denied. I want to challenge each one addressed via this letter, to look not ahead, nor behind, but within and grasp the power that you possess to make the process errors brought to light in this case, be improved to not only approve my case, but ensure that NOBODY that comes behind me is left to feel that they were abandoned by the current healthcare system and met with discrimination. It is a dehumanizing, extremely stressful, mentally tormenting and disappointing situation. One that I seek to rectify, not only for myself, but for my fellow co-workers, countrymen, women and children.

Respectfully submitted to you this day,

*Rebecca K. Lane Pifer*

Rebecca K. Lane Pifer
Disabled American, Devoted Wife and Mother

Attachments

cc:  Mr. Bradley Wilson, CEO BCBSNC
     Mr. David H. Long, CEO Liberty Mutual of Boston

**LIN000899**

3E290120004

Mr. Stuart C. Harvey, Jr., CEO Ceridian Benefits
Ms. Fara M. Palumbo, SVP Human Resources, BCBSNC
The North Carolina Department of Insurance
Mr. David Price, Fourth District United States Congressman, North Carolina
The North Carolina Chapter of American Civil Liberties Union
Judge Richard P. Goldenhersh, Vice Chair, EDNF
John A. Kallianos, MD
Linda R. Belhorn, MD
Bradley Robottom, MD
Louis Almekinders, MD
Pat Chappell, MD
Legal Counsel File

LIN000900



Group Benefits Disability Claims
Liberty Life AssuraNCe Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1748

April 19, 2012

Rebecca Pifer
9719 Rougemont Rd.
Bahama, NC 27503

RE:   Long Term Disability Benefits
      Blue Cross & Blue Shield Of Nc
      Claim #: 4087659

Dear Ms. Pifer:

We are writing in regard to your claim for disability benefits. We have completed a thorough review of your eligibility for disability benefits, and have determined that benefits are not payable beyond April 19, 2012. Blue Cross & Blue Shield Of Nc's Long Term Disability Policy requires that to receive benefits you must meet the following Definition of Disability:

**"Disability" or "Disabled" means:**

1. *For persons other than pilots, co-pilots, and crewmembers of an aircraft:*

   a. *if the Covered Person is eligible for the Maximum Own Occupation benefit, "Disability" or "Disabled" means during the Elimination Period and until the Covered Person reaches the end of the Maximum Benefit Period, as a result of an Injury or Sickness, he is unable to perform the Material and Substantial Duties of his Own Occupation.*

   b. i. *if the Covered Person is eligible for the 24 Month Own Occupation benefit, "Disability" or "Disabled" means that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*

      ii. *thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*

2. *With respect to Covered Persons employed as pilots, co-pilots and crewmembers of an aircraft:*

   ***"Disability" or "Disabled"*** *means as a result of Injury or Sickness the Covered Person is unable to perform the Material and Substantial Duties of Any Occupation.*

***"Material and Substantial Duties"*** *means responsibilities that are normally required to*

**LIN000901**

*perform the Covered Person's Own Occupation, or any other occupation, and cannot be reasonably eliminated or modified.*

*"Own Occupation" means the Covered Person's occupation that he was performing when his Disability or Partial Disability began. For the purposes of determining Disability under this policy, Liberty will consider the Covered Person's occupation as it is normally performed in the national economy.*

You have been receiving Long Term Disability benefits for your disability since July 30, 2011. In order to evaluate whether or not you continued to meet the above Definition of Disability, we requested medical information from your physicians, and then compared your restrictions and limitations to the requirements of your occupation.

You submitted a claim for rotator cuff repair, bunionectomy repair, Ehlers-Danlos disease and osteoarthritis. Your claim contains the following medical documentation:

- Office visit notes from Dr. Paul Wright dated December 21, 2010 through April 21, 2011
- Office visit note from Dr. Linda Belhorn dated March 16, 2011 through March 26, 2012
- Office visit notes from Dr. Mallon dated April 28, 2011 through October 17, 2011
- Office visit notes form Dr. Johnson dated July 7, 2011 through March 20, 2012
- Office visit notes from Dr. Kallianos dated January 23, 2010 through March 13, 2012
- Progress notes from Stewart Physical Therapy dated January 20, 2011 through April 27, 2011
- Lab reports dated March 18, 2011 through March 13, 2012
- MRI right shoulder dated March 24, 2011
- MRI brain dated March 22, 2012
- April 13, 2011 bone density report
- April 13, 2011 lumbar spine, left hip and right hip scan
- Operative report dated May 27, 2011, August 24, 2011 and December 28, 2011
- Progress notes from Triangle Orthopaedic Associates, P.A. dated June 21, 2011 through August 23, 2011
- Attending Physicians Statement completed by Dr. Mallon on August 25, 2011 and November 21, 2011
- Attending physicians Statement completed by Dr. Johnson on October 12, 2011, February 8, 2012 and March 20, 2012
- Attending Physicians Statement completed by Dr. Belhorn dated March 29, 2012
- Attending Physicians Statement completed by Dr. Kallianos dated April 15, 2012

We received completed Attending Physicians' Statements signed by Dr. Kallianos on April 15, 2012 and by Dr. Belhorn on March 29, 2012 which confirm you are capable of performing sedentary duties on a full time basis. We also received a completed Attending Physicians Statement dated March 20, 2012 signed by Dr. Johnson which confirms you are capable of performing light work on a full time basis.

**LIN000902**

3E290120004

To better understand the demands of your occupation, a Vocational Case Manager researched your occupation as a Dental Analyst which is often performed in a sedentary environment. The review indicates:

*The Occupational Outlook Handbook (OOH) provides information for this occupation under Claims Adjusters, Appraisers, Examiners, and Investigators.*

*"Working environments of claims adjusters, appraisers, examiners, and investigators vary greatly. Many claims adjusters and auto damage appraisers often work outside the office, inspecting damaged buildings and automobiles. Adjusters who inspect damaged buildings must be wary of potential hazards, such as collapsed roofs and floors, as well as weakened structures.*

*Some adjusters report to the office every morning to get their assignments, while others simply call in from home and spend their days traveling to claim sites. Occasionally, experienced adjusters must be away from home for days—for example, when they travel to the scene of a disaster such as a tornado, hurricane, or flood—to work with local adjusters and government officials.*

*Most claims examiners employed by life and health insurance companies work a standard 5-day, 40-hour week in a typical office environment. In contrast, adjusters often must arrange their work schedules to accommodate evening and weekend appointments with clients. This sometimes results in adjusters working irregular schedules, especially when they have a lot of claims to scrutinize. Adjusters are often called to work in the event of emergencies and may have to work 50 or 60 hours a week until all claims are resolved."*

*The Department of Labor defines sedentary work as,*

> ***S-Sedentary Work*** *- Exerting up to 10 pounds of force occasionally and/or a negligible amount of force frequently to move objects. Jobs are sedentary if walking and standing are required occasionally and all other sedentary criteria are met.*

Based on the medical information in relation to your occupation requirements, we do not have documents form a treating physician which confirms you are unable to perform the sedentary duties which are required in your own occupation; therefore, you no longer meet your Policy's Definition of Disability, and we must close your claim. Benefits will be paid through April 19, 2012 and your claim is closed as of April 20, 2012.

If you have a pending Social Security, Workers' Compensation or Pension benefit that is awarded retroactive to your period of disability with Liberty, someone from our Claims Recovery Unit will contact you shortly. Please be advised that you are expected to repay the amount of any disability benefit you received during the time periods that you received income from other sources, per the language of your disability Policy.

If you have an open FMLA or State Leave claim with Liberty Mutual, you will receive a separate notification regarding the status of your leave.

This claim determination reflects an evaluation of the claim facts and Policy provisions. We reserve the right to make a determination on any additional information that may be submitted.

**LIN000903**

Under the Employee Retirement Income Security Act of 1974 (ERISA), you may request a review of this denial by writing to the address below:

The Liberty Life Assurance Company of Boston
Attn: Rose Raines
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

The written request for review must be sent within 180 days of the receipt of this letter and state the reasons why you feel your claim should not have been denied. In your request for review please include the following documentation: **clinical opinion(s) and supportive medical documentation from Dr. Kallianos, Dr. Mallon, Dr. Belhorn, and/or any other treating doctor, which indicate that you are unable to work in a sedentary environment as defined above**; as well as any additional information which you feel will support your claim. You may request to review pertinent claim file documents upon which the denial of benefits was based. If Liberty Life does not receive your written request for review within 180 days of your receipt of this notice, our claim decision will be final, your file will remain closed, and no further review of your claim will be conducted. Under normal circumstances, you will be notified of the final decision within 45 days of the date that your request is received. If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days after your request for review is received.

Nothing in this letter should be construed as a waiver of any Liberty Life Assurance Company of Boston rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved to the Company, whether or not they are specifically mentioned herein.

If you have any questions about this determination please call me.

SiNCerely,

Rose Raines

Rose Raines
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 14257
Secure Fax No.: (603) 430-1748

LIN000904



# Liberty Mutual.

Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 450-1248

## Restrictions Form

| REBECCA PIFER | 1960 | 4087659 | Rose Raines |
|---|---|---|---|
| **Patient Name** | **Date of Birth** | **Claim Number** | **Case Manager** |

### To be completed by physician:

1. DATE FIRST TREATED — 8-11-1994

   DATE LAST TREATED — 3-12-2012

   NEXT OFFICE VISIT —

   DIAGNOSIS(ES) WITH ASSOCIATED ICD-9 CODES

2. For physical diagnoses; check one that indicates what your patient is capable of performing occupationally on a full-time basis:

   [X] **SEDENTARY** — Lifting / carrying up to 10 pounds occasionally; sitting over 50% of the time and standing / walking occasionally.

   [ ] **LIGHT** — Lifting / carrying up to 20 pounds occasionally; sitting at least occasionally and standing / walking frequently.

   [ ] **MEDIUM** — Lifting / carrying up to 50 pounds occasionally; sitting, standing and / or walking constantly.

   [ ] **HEAVY** — Lifting / carrying up to 100 pounds occasionally; sitting, standing and / or walking constantly.

   [ ] **VERY HEAVY** — Lifting / carrying over 100 pounds occasionally; sitting, standing and / or walking constantly.

   | KEY: | **OCCASIONALLY** Up to 20 Minutes / Hour Up to 2 ½ Hours / Day | **FREQUENTLY** Up to 40 Minutes / Hour Up to 5 ½ Hours / Day | **CONSTANTLY** Over 40 Minutes / Hour Over 5 ½ Hours / Day |
   |---|---|---|---|

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.
   1) For physical diagnoses, describe the type of task (bend, grasp, etc.) AND frequency (SEE KEY).
   2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.

   _Increased physical symptoms due to stress of changing ___ by chronic illness will ___ changes at will be ___ having ___ pain ___

4. RESTRICTIONS IMPOSED FROM 1-28-11 TO permanent

5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE? ___
   _permanently disabled_

6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS? _Progressive myopathy, ___ osteoarthritis, Chronic illness Clarke's syndrome_

7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM 1-28-11 TO 3-13-12.

---

John A Kelly, MD — Provider's Name (Please Print)

MD Im/Park — Degree AND Area of Specialty

56-169 8415 — Social Security or Tax ID Number

42? Med ___ A. — Street Address

(919) 971-4714 — Telephone Number

(919) 922-8121 — Fax Number

___ NC 27744 — City, State & Zip Code

Signature

4-15-12 — Date

**LIN000905**



## Liberty Mutual.

Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (503) 439-1742

### Restrictions Form

| REBECCA PIFER | 1960 | 4087659 | Rose Raines |
|---|---|---|---|
| Patient Name | Date of Birth | Claim Number | Case Manager |

**To be completed by Physician:**

1. DATE FIRST TREATED  —  3-16-11         Generalized osteoarthritis 715.09
   DATE LAST TREATED  —  3-26-12          Ehlers-Danlos
   NEXT OFFICE VISIT  —  ~9-26-12         DIAGNOSIS(ES) WITH ASSOCIATED ICD-9 CODES

2. For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:

   ☑ **SEDENTARY**   Lifting / carrying up to 10 pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
   ☐ **LIGHT**       Lifting / carrying up to 20 pounds occasionally, sitting at least occasionally and standing / walking frequently.
   ☐ **MEDIUM**      Lifting / carrying up to 50 pounds occasionally; sitting, standing and / or walking constantly.
   ☐ **HEAVY**       Lifting / carrying up to 100 pounds occasionally; sitting, standing and / or walking constantly.
   ☐ **VERY HEAVY**  Lifting / carrying over 100 pounds occasionally; sitting, standing and / or walking constantly.

   | KEY: | OCCASIONALLY Up to 20 Minutes / Hour Up to 2 ½ Hours / Day | FREQUENTLY Up to 40 Minutes / Hour Up to 5 ½ Hours / Day | CONSTANTLY Over 40 Minutes / Hour Over 5 ½ Hours / Day |
   |---|---|---|---|

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.
   1) For physical diagnoses, describe the type of task (bend, grasp, etc.) AND frequency (SEE KEY).
   2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.

   No prolonged sitting standing, repetitive activity

4. RESTRICTIONS IMPOSED FROM _____ permanent restrictions _____ TO _____.

5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?_____

   permanent disability - ongoing medications only partially effective

6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?
   See attached note

7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM _____ TO _____.

| Linda Berhem | MD — Rheumatology | SS-107 9 264 |
|---|---|---|
| Provider's Name (Please Print) | Degree AND Area of Specialty | Social Security or Tax ID Number |
| 1464 Ben Franklin blvd | 919-220-5704 | 919-226-2627 |
| Street Address | Telephone Number | Fax Number |
| Durham, NC 27704 | 2/ [signature] | 3-24-12 |
| City, State & Zip Code | Signature | Date |

**LIN000906**

# Application for Extended Insurance Benefits

## ATTENDING PHYSICIAN'S STATEMENT
### Must be completed IN FULL by physician who has examined patient within the last 30 days.

**Patient's Name:** Pifer, Rebecca

**1. DIAGNOSIS**
(a) Diagnosis (including any complications): Osteoarthritis Ehlos-Danlos, spine        ICD-9 Code(s) 715.9 756.83
Peripheral Neuropathy 356.9
(b) Subjective symptoms: See last column 7/8
(c) Objective findings (Including current X-rays, EKG's Laboratory Data and any clinical findings):

**2. DATES OF TREATMENT**
(a) Date of first visit _8-11-1994_
(b) Date of last visit _3-13-12_
(c) Frequency of visits _q 3 mnths_

**3. NATURE OF TREATMENT**
(Including surgery, medication, physical therapy, etc.)

**4. EXTENT OF DISABILITY ***IMPORTANT****
(a) Are you aware of the main duties patient performs in his/her usual work or business? ☑ Yes ☐ No
(b) Are you aware of patient's background (education, training, experience, etc.)? ☑ Yes ☐ No
(c) Describe any restrictions (what patient SHOULD NOT do): Disabled from all duties
(d) Describe any limitations (what patient CANNOT do):

**5. CARDIAC (If Applicable)**
(a) Functional capacity (American Heart Ass'n).......... ☑ Class 1 (No Limitations)    ☐ Class 2 (Slight Limitation)
☐ Class 3 (Marked Limitation)    ☐ Class 4 (Complete Limitation)
(b) Blood Pressure (last visit)............ 138/76
Systolic/Diastolic

**6. PHYSICAL IMPAIRMENT (*As defined in Federal Dictionary of Occupational Titles)**
(a) ☐ Class 1 – No limitation of functional capacity; capable of heavy work. * No restrictions. (0-10%)
☐ Class 2 – Medium manual activity* (15-30%)
☐ Class 3 – Slight limitation of functional capacity; capable of light work* (35-55%)
☐ Class 4 – Moderate limitation of functional capacity; capable of clerical/administrative (sedentary*) activity (60-70%)
☑ Class 5 – Severe limitation of functional capacity; incapable of minimum (sedentary*) activity (75-100%)
(b) Remarks: Her chronic Ehlers-Danlos contributes to the progressive worsening of her osteoarthritis. She also has developed an idiopathic peripheral neuropathy which has resulted in permanent disability.

**7. MENTAL/NERVOUS IMPAIRMENT (If applicable)**
(a) ☐ Class 1 – Patient is able to function under stress and engage in interpersonal relations (no limitations)
☐ Class 2 – Patient is able to function in most stress situations and engage in most interpersonal relations (slight limitations)
☐ Class 3 – Patient is able to engage in only limited stress situations and engage in only limited interpersonal relations (moderate limitations)
☑ Class 4 – Patient is unable to engage in stress situations or engage in interpersonal relations (marked limitations)
☐ Class 5 – Patient has significant loss of psychological, physiological, personal and social adjustment (severe limitations)
(b) Remarks: The stress of getting work, dealing w/ her ongoing health issues; fighting for her LTD has contributed to her clinical worsening

**8. PROGRESS**
(a) Has patient: ☐ Recovered  ☐ Improved  ☐ Unchanged  ☑ Retrogressed
If recovered, date able to return to work _____
(b) Is Patient: ☑ Ambulatory  ☐ House confined  ☐ Bed confined  ☐ Hospital confined
(c) Has patient been hospital confined? ☐ Yes ☑ No      Admitted _____
If yes, give name and Address of Hospital _____      Discharged _____
(d) Do you expect any significant improvement in the future? ☐ Yes ☑ No
1. If yes, when will patient recover sufficiently to perform the duties of:
a) Patient's regular occupation: _____ or ☐ 1 Month ☐ 1–3 Months ☐ 3–6 Months ☐ Never
b) Any other type of work: _____ or ☐ 1 Month ☐ 1–3 Months ☐ 3–6 Months ☐ Never
2. If No, please explain: I feel her medical issues are permanent

Physician's Signature _____    Date 6/28/12
Physician's Name John A. Williams    Degree MD
Address 4309 Medical Park Dr., Suite 200    Telephone (919) 471-4414
City Durham    State NC    Zip 27704    Fax (919) 477-6131

Triangle Community Physicians, PA
4309 Medical Park Dr., Suite 200
Durham, NC 27704

CL-WAIVER (8-09)    Page 4 of 4

LIN000907

3E290120004



# TRIANGLE COMMUNITY
## PHYSICIANS, P.A.

4309 MEDICAL PARK DR., SUITE 200. DURHAM, NC 27704
Phone: 919-471-4484   Fax: 919-477-6131

Robert C. Pennington, MD     John A. Kallianos, MD     Kombiz P. Klein, DO

October 10, 2012

Rebecca Pifer
DOB: ███ 1960

Dear Sirs:

I have had the pleasure of caring for Mrs. Pifer for 18 years. I have been following her along with Dr. Linda Belhorn, Rheumatology, for generalized osteoarthritis and Ehlers-Danlos syndrome. She has been seeing Neurology for worsening peripheral neuropathy. I have reviewed your denial letter. In deed, I did check the box stating sedentary on the April evaluation. It is tricky that there is no sixth box to address any lesser status. However, you failed to pay any attention to the more current evaluation dated June 24, 2012. Her physical impairments have progressed and given the 5 choices on that form, she has "severe limitations of functional capacity-incapable of minimum(sedentary) activity (75-100%).". Specifically stated, she is "disabled from all duties" and again "I feel her medical issues are permanent". I do not think I can be any clearer. She can not perform any and all duties of her employment including sedentary activities and this disability is permanent.

Sincerely,

John A. Kallianos, MD-Internal Medicine/Pediatrics

LIN000908

**LINDA R. BELHORN, M.D.**
Phone: 919-220-5306
Fax:  919-220-2627

120 William Penn Plaza
Durham, NC 27704

---

September 10, 2012

RE: Rebecca Pifer (DOB: ███ 60)

The Liberty Life Assurance Company of Boston
Attn: Rose Raines
Group Benefits Disability Claims
PO Box 7207
Londn, KY 40742-7207

To whom it may concern:

My patient Rebecca Pifer is followed for generalized osteoarthritis and Ehlers-Danlos syndrome. She is permanently disabled and cannot return to work in a sedentary job, as previously suggested by your letter where her disability was denied. This letter is an appeal to overturn that decision and reinstate her disability. She has multiple musculoskeletal problems and cannot sit or stand for a prolonged period. She is permanently disabled from any job.

Please feel free to contact me if you have any questions.

Sincerely,

Linda R. Belhorn, M.D.

**LIN000909**

**TRIANGLE COMMUNITY PHYSICIANS, PA**

**Patient Name: REBECCA PIFER**　　　　　　　**Acct #: 11689E**

**Patient DOB:** ███1960　　　　　　　　　　**Age: 51 y**

**Date of Service: 03/13/2012**　　　**JOHN KALLIANOS MD**

CHIEF COMPLAINT:
HISTORY:
> She has had her right bunion corrected and in a cast.

> She has been out of work for the last year  She has been stressed dealing with her LTD through Liberty Mutual.
> 715.9-OSTEOARTHROSIS NOS The arthritis has worsened. The patient has moderate joint pain, has moderate stiffness, has mild swelling of the joints. No complications noted from the medication presently being used. The patient is being seen by a rheumatologist.
> 756.83-EHLERS-DANLOS SYNDROME   this underlying problem has been exacerbated by her progressive osteoarthritis as well as worsening neuropathy.
> 356.9-NEUROPATHY, IDIOPATHIC PERIPHERAL NOS The peripheral neuropathy is stable. The patient has tingling, has numbness. No complications noted from the medication presently being used.   she has seen neurology in the past and currently is on gabapentin. She has noted worsening problems particularly in her hands and feet. She is concerned about the possibility of multiple sclerosis

PAST MEDICAL HISTORY:
> MEDICAL:  osteopenia
> 2011 shingles
> SURGICAL:  8/11 left bunionectomy
> right shoulder surgery

CURRENT ALLERGIES:
> NO KNOWN DRUG ALLERGY

REVIEW OF SYSTEMS:
> GENERAL:  Normal activity and energy level, no change in appetite. No major weight gain or loss. No malaise, chills, fever. diaphoresis.

PHYSICAL EXAMINATION:
> CONSTITUTIONAL:
>> VITALS SIGNS:
>>> BLOOD PRESSURE:  138/76 Left Arm Sitting
>> GENERAL APPEARANCE:  Caucasian female, normal body habitus, in no acute distress.
> NECK AND THYROID:  Symmetrical with no elevation of the jugular venous pulsation. Trachea midline. No thyroid enlargement. tenderness, or mass.
> RESPIRATORY:  Clear to auscultation and percussion. Normal respiratory effort. No fremitus.
> CARDIOVASCULAR:
>> CARDIAC:  Regular rhythm. No murmurs, rubs, or gallops. PMI not displaced. No thrill.
>> EDEMA/VARICOSITIES OF EXTREMITIES:  No edema or varicosities.
> LYMPHATICS:  No lymphadenopathy in the neck, axillae, or groin.
> MUSCULOSKELETAL EXAM:
>> DIGITS/NAILS:  BOUCHARD'S NODES PRESENT, HEBERDEN'S NODES.
>> EXTREMITIES:
>>> LEFT UPPER:  mild swelling in wrist with stiffness and pain
>>> RIGHT UPPER:  mild swelling in wrist with stiffness and pain
>>> RIGHT LOWER:  right leg in a hard cast

ASSESSMENT/PLAN:

LIN000910

3E290120004
## TRIANGLE COMMUNITY PHYSICIANS, PA

**Patient Name: REBECCA PIFER**                    **Acct #: 11689E**

**Patient DOB:** ▮1960                    **Age: 51 y**

**Date of Service: 03/13/2012**          **JOHN KALLIANOS MD**

715.9-OSTEOARTHROSIS NOS
    STATUS: Worsening.
756.83-EHLERS-DANLOS SYNDROME
    STATUS: Worsening.
356.9-NEUROPATHY, IDIOPATHIC PERIPHERAL NOS
    STATUS: Worsening.
    REFERRALS: Neurology.
    LAB ORDERS: CBC w/diff/plat(85024), Basic chem(80049), TSH(84443), Free T4(84439),
    B12 (82607). MRI of the head.
RETURN VISIT:     Patient is to return after MRI has been completed.
VERIFICATION OF ANCILLARY DOCUMENTATION: The following portions of the chart were completed
    by ancillary personnel and reviewed by the physician:   Chief complaint, vital signs.

Electronically Signed by: John A. Kallianos, MD on Wednesday, March 14, 2012 8:01 am

LIN000911



search...

HOME    ABOUT EDNF    ABOUT EDS    MEDICAL PROFESSIONALS    SEARCH SITE    GLOSSARY





Home
About EDNF
About EDS
Medical
Professionals
Search Site
Glossary

**EDNF**

Vision and Mission
Frequently Asked
Questions
Upcoming Events
Radio PSAs
Vascular Urgent Info
Vascular Primer
Obituaries
About Memberships
Membership Center
EDNF Since 2006
TAD Coalition
Message Boards

**EDS Knowledge**

What is EDS?
What are EDS
types?
EDS diagnosis
EDS inheritance

## What are the types of EDS?

Ehlers-Danlos syndrome (EDS) is a heterogeneous group of heritable connective tissue disorders characterized by articular hypermobility, skin extensibility and tissue fragility. Individuals with EDS have a defect in their connective tissue. It is this tissue that provides support to many body parts such as the skin, muscles, ligaments and organs. The fragile skin and unstable joints found in EDS are due to faulty collagen. Collagen is a protein that acts like glue in the body adding strength and elasticity to connective tissue.

There are six major types of EDS. The different types of EDS are classified according to the signs and symptoms that are manifested. Each type of EDS is a distinct disorder that "runs true" in a family. This means that an individual with ⓘVascular Type EDS will not have a child with Classical Type EDS. More detailed information can be found in our Medical Professionals Section.

General Frequently Asked Questions

## Hypermobility (Formerly EDS Type III)

Joint hypermobility is the dominant clinical manifestation. Generalized joint hypermobility that affects large (elbows, knees)and small (fingers and toes) joints is evident in the Hypermobility Type. Recurring joint subluxations and dislocations are common occurrences. Certain joints, such as the shoulder, patella, and temporomandibular joint dislocate frequently. The skin involvement (hyperextensibility and/or smooth velvety skin) as well as bruising tendencies in the Hypermobility Type are present but variable in severity.

Chronic joint and limb pain is a common complaint amongst individuals with the Hypermobility Type. Skeletal X-rays are normal. Musculoskeletal pain is early onset, chronic and may be debilitating. The anatomical distribution is wide and tender points can sometimes be elicited.

To date, no distinctive biochemical collagen finding has been identified by researchers. The Hypermobility Type of EDS is inherited in an autosomal dominant manner.

Frequently Asked Questions about Hypermobility Type

## Classical (Formerly EDS Types I & II)

Marked skin hyperextensibility (stretchy) with widened atrophic scars and joint hypermobility are found in the Classical Type of EDS. The skin manifestations range in severity from mild to severe expression. The skin is smooth and velvety with the evidence of tissue fragility and easy bruisability. Examples of tissue extensibility and fragility include hiatal hernia, anal prolapse in childhood and cervical insufficiency. Hernias may be a post-operative complication. Scars are found mostly over pressure points such as the knees, elbows, forehead and chin. Molluscoid pseudo tumors (calcified hematomas) associated with scars are frequently found over pressure points such as the elbows, and spheroids (fat containing cysts) are usually found the on the forearms and shins.

Complications of joint hypermobility include sprains, dislocations/subluxations and pes planus (flat foot) to name a few. Recurrent joint subluxations are common in the shoulder, patella and temporomandibular joints. Muscle hypotonia and delayed gross motor development may also be evident.

Clinical Testing - Abnormal electrophoretic mobility of the proa1(V) or proa2(V) chains of collagen type V has been detected in several but not all families with the Classical Type. The Classical Type of EDS is inherited in an autosomal dominant manner.

Frequently Asked Questions about Classical Type

## Vascular (Formerly EDS Type IV)

This type is generally regarded as the most serious form of EDS due to the possibility of arterial or organ rupture. The skin is

LIN000912

usually thin and translucent with veins being seen through the skin. This is most apparent over the chest and abdomen. There are certain facial characteristics present in some affected individuals. These manifestations include large eyes, thin nose, lobeless ears, short stature and thin scalp hair. Also evident is a decrease in subcutaneous tissue, particularly in the face and extremities. Minor trauma can lead to extensive bruising.

Arterial/intestinal/uterine fragility or rupture commonly arise in this type of EDS. Spontaneous arterial rupture has a peak incidence in the third or fourth decade of life, but may occur earlier. Midsize arteries are commonly involved. Arterial rupture is the most common cause of sudden death. Acute diffuse or localized abdominal or flank pain is a common presentation of arterial or intestinal rupture. Life expectancy is shortened with a majority of individuals living only into their forties. Pregnancies maybe complicated by intra-partum uterine rupture and pre- and postpartum arterial bleeding.

Joint hypermobility is usually limited to the digits. Tendon and muscle rupture can occur. Tatipes equinovarus (clubfoot) is frequently seen at birth. Other manifestations that may be found in the Vascular Type include: acrogeria (premature aging of the skin of the hands and feet); early onset varicose veins; arteriovenousfistula (an opening between an artery and vein), carotid-cavernousfistula; pneumothorax (collapse of a lung) /pneumohemothorax (collapse of a lung with a collection of air or gas and blood); gingivalrecession and complications during and after surgery (i.e. wound dehiscence).

The Vascular Type of EDS is caused by structural defects in the proa1(III) chain of collagen type III encodes by COL3A1. This type of EDS is inherited in an autosomal dominant manner. A skin biopsy can diagnose this type of EDS.

Frequently Asked Questions about Vascular Type

## Kyphoscoliosis (Formerly EDS Type VI)

Generalized joint laxity and severe muscle hypotonia (weak muscle tone) at birth are seen in this type of EDS. The muscular hypotonia can be very pronounced and leads to delayed gross motor development. Individuals with the Kyphoscoliosis Type present with Scoliosis at birth that is progressive. The phenotype is most often severe, frequently resulting in the loss of ambulation in the second or third decade. Scleral fragility may lead to rupture of the ocular globe after minor trauma.

Tissue fragility including atrophic scars and easy bruising may be seen in the Kyphoscoliosis Type. Spontaneous arterial rupture can occur. Other findings may include: marfanoid habitus (Marfan like features); micro cornea (abnormally small cornea); and radiologically considerable osteopenia (diminished amount of bone tissue).

Kyphoscoliosis Type EDS is the result of a deficiency of lysylhydroxylase (PLOD), which is a collagen-modifying enzyme. This type of EDS is inherited in an autosomal recessive manner. Kyphoscoliosis Type can be diagnosed through a urine test.

## Arthrochalasia (Formerly EDS Type VII A&B)

Congenital hip dislocation has been present in all biochemically proven individuals with this type of EDS. Severe generalized joint hypermobility with recurrent subluxations are seen in individuals with this type of EDS. Other manifestations of this type may include: skin hyperextensibility with easy bruising; tissue fragility including atrophic scars; muscle hypotonia; Kyphoscoliosis and radiologically mild osteopenia.

The Arthrochalasia Type is caused by mutations leading to deficient processing of the amino-terminal end of proa1(I) [type A] or proa2(I)[type B] chains of collagen type I. It is inherited in an autosomal dominant manner. A skin biopsy can also diagnose this type of EDS.

## Dermatosparaxis (Formerly EDS Type VIIC)

Individuals with Dermatosparaxis Type EDS have severe skin fragility and substantial bruising. Wound healing is not impaired and the scars are not atrophic. The skin texture is soft and doughy. Sagging, redundant skin is evident. The redundancy of facial skin results in an appearance resembling cutis laxa. Large hernias (umbilical, inguinal) may also be seen. The number of patients reported with this type of EDS is small.

Dermatosparaxis Type EDS is caused by a deficiency of procollagenI N-terminal peptidase. It is inherited in an autosomal recessive manner. A skin biopsy can diagnose this type of EDS.

## Other

The current EDS type V (X-linked) has been described in a single family. It is a rare variant and the molecular basis of which remains unknown.

The current EDS type VIII is similar to the Classical Type except that in addition it presents with periodontal friability. This is a rare type of EDS. The existence of this syndrome as an autonomous entity is uncertain.

Why is it called EDS?
Vascular Urgent Info
FAQs
Ritter Rules
Living with EDS
Dealing with Doctors
Think You Have EDS?
2007 MRG
Image Gallery
Physicians Directory
Links

## EDS Change

Raise Awareness
Research
Advocacy Action
Requests

## Conference

2011 General Info
FAQs
Baltimore Tourism
Travel Info
Memorial Project
Partner Opportunities
Sponsor Listing

## Contact Us

Board of Directors
ProAdvisoryNetwork
Contact Us

LIN000913

Case 1:22-cv-00186-WO-JLW    Document 22    Filed 10/24/22    Page 150 of 538

The EDS type IX was previously redefined as "Occipital Horn syndrome", an X-linked recessive condition allelic to Menkes syndrome. This was previously removed from the EDS classification.

The current EDS type X has been described in only one family.

The EDS type XI termed "Familial Joint Hypermobility syndrome" was previously removed from the EDS classification. Its relationship to the EDS is not yet defined.

[ Back ]

DONATE    STORE    |    |    JOIN EDNF    LOG IN

Featured Partners



GenTAC



iGive.com®




© 2008-2012 TerranTribune Inc. All rights reserved.    RocketTheme

— COPY —


## Liberty Mutual.

Group Market Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

April 1, 2011

Rebecca Pifer
9 Seawell Court
Durham, NC 27703

RE:     Short Term Disability Benefits
        Blue Cross & Blue Shield of NC
        Claim #: 2979723

Dear Ms. Pifer:

We are writing in regard to your claim for disability benefits. We have completed a thorough review of your eligibility for disability benefits, and have determined that benefits are not payable beyond March 14, 2011. Blue Cross & Blue Shield of NC's Short Term Disability Plan requires that to receive benefits you must meet the following definition of total disability:

> *"Total Disability" means the covered person is unable to perform all of the material and substantial duties of his or her job because of an injury or sickness, accidental injury, or both, and they are not working for wage or profit or attending school.*

You have been receiving Short Term Disability benefits for your disability since February 14, 2011. Your claim was previously approved through March 14, 2011. In order to evaluate whether or not you continued to meet the above definition of total disability, we requested medical information from your physician(s), and then compared your restrictions and limitations to the requirements of your job with your current employer.

You submitted a claim for joint pain of the shoulder and lower leg. Your claim contains the following medical documentation: physical therapy notes from January 20, 2011 through March 18, 2011, office treatment notes from December 21, 2010 through March 14, 2011 from Dr. Wright, and an office treatment note dated March 16, 2011 from Dr. Belhorn.

In order to evaluate your restrictions and limitations with respect to your diagnoses, your claim was referred to and reviewed by a board-certified nurse. According to the nurse's review, you have a diagnosis of osteoarthritis and Ehlers-Danlos Syndrome (inherited disorders marked by extremely loose joints, hyper-elastic skin that bruises easily, and easily damaged blood vessels that can lead to early arthritis). You lost your balance in early December and had a twisting injury to your knees that caused a fall. You were reportedly in Cancun and your knee shifted going down stairs. Your knee was injected and aspirated. You reported in January that using the mouse is aggravating your shoulder. You have some fluid in the subacromial region of your shoulder and have 75% anterior and posterior slippage of the humeral head. You have decreased forward and lateral elevation. You also had an effusion (excess fluid from the joint) of the knee and laxity of the anterior cruciate ligament. You were seen in physical therapy in February and reported that if you had no improvement in four weeks the doctor would consider

**LIN000915**

surgery for your shoulder. Your knee was better but you were using a knee immobilizer. You reported that your knee wobbled and swelled a little in March. Your right shoulder was painful and popping and your right knee has 10 degrees of hyperextension and 150 degrees of flexion. You had an MRI of the shoulder in March and are awaiting results. Per Dr. Belhorn (rheumatology), you have trouble using a mouse and getting in and out of a chair. You have nodes on both thumbs from osteoarthritis. You have significant stiffness with range of motion of the shoulder and loss of motion of the cervical spine. You have fatigue, swelling of the knees and weakness, and were prescribed Celebrex (an anti-inflammatory) and Tramadol (pain medication). The review concludes that the medical information available supports restrictions and limitations from activities that involve reaching overhead, lifting/carrying more than 5 pounds, more than occasional use of the arm, more than occasional turning of the head or looking up or down, and any more than occasional standing and walking due to your Ehlers-Danlos Syndrome and osteoarthritis.

Your job as a Dental Analyst requires you to handle benefit and allowance determination on claims submitted for possible dental payment or other pricing responsibilities. According to your supervisor, your normal job does not require you to reach overhead, lift or carry more than 5 pounds, use your right arm more than occasionally, turn your head or look up and down more than occasionally, or stand and walk more than occasionally.

Based on the medical information in relation to your job requirements, you no longer meet your Plan's definition of total disability, and we must close your claim. Benefits will be paid through March 14, 2011 and your claim is closed as of March 15, 2011.

If you have a pending Social Security, Workers' Compensation or Pension benefit that is awarded retroactive to your period of disability with Liberty, someone from our Claims Recovery Unit will contact you shortly. Please be advised that you are expected to repay the amount of any disability benefit you received during the time periods that you received income from other sources, per the language of your disability Plan.

This claim determination reflects an evaluation of the claim facts and Plan provisions. We reserve the right to make a determination on any additional information that may be submitted.

You may request a review of this denial by writing to the address below:

The Liberty Life Assurance Company of Boston
Attn: Brendon Carey
Group Market Disability Claims
P.O. Box 7207
London, KY 40742-7207

The written request for review should be sent within 30 days of your receipt of this letter and state the reasons why you feel your claim should not have been denied. In your request for review, please include the following documentation: medical documentation from your providers, to include diagnostic tests with positive findings and office treatment records, to illustrate that you were unable to perform the normal requirements of your job beyond March 14, 2011; as well as any additional information which you feel will support your claim. You may request to receive, free of charge, copies of all documents relevant to your claim.

LIN000916

Under normal circumstances, you will be notified of the final decision within 45 days of the date that your request for review is received. If special circumstances cause a delay in our decision, you will be notified of the final decision within 90 days after your request for review is received.

Nothing in this letter should be construed as a waiver of any Blue Cross & Blue Shield of NC rights and defenses under the above captioned Plan, and all of these rights and defenses are reserved to the Plan Sponsor, whether or not they are specifically mentioned herein.

If you have any questions about this determination please call me.

Sincerely,

Brendon Carey
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 14262
Secure Fax No.: (603) 334-0380

LIN000917

April 30, 2011


The Liberty Life Assurance Company of Boston

Attn: Brendon Carey

Group Market Disability Claims

P.O. Box 7207

London, Kentucky 40742-7207

Fax Number: (603) 334-0380

RE: Denied Disability Claim #2979723


Dear Mr. Carey:

This letter is being addressed to you today to request an appeal of my denied disability claim. It was very disparaging to receive your denial letter dated Friday, April 1, 2011 ahead of my planned appointment with my orthopedic surgeon on Monday, April 4, 2011 to review the results of my MRI performed on March 24, 2011 which would determine the need for surgery. All of the events since my need for FMLA and these subsequent denials have been very stressful for me; stress that was indeed unnecessary and to an extreme.

I would like this opportunity to outline my over-all health and the events that lead up to my physical need to take FMLA and disability from my job position of professional dental analyst. I have been employed with Blue Cross Blue Shield of North Carolina since February 4, 1987. Since that time I have held the positions of Professional Dental Analyst, Dental Claims Supervisor and Dental Program Manager. At times, I have worked two or three of these job roles simultaneously. I have received many awards for my dedication to the company and the four million members whom we serve and was awarded the Champion of Excellence Award in the year 2000 for exemplary dedication. This award was in response to my service that exceeded managerial expectations. Given these facts, it is apparent that I have loved my work at BCBSNC and have taken that dedication to heart. In no way would I ever not work if at all possible.

Over the course of the year 2010, I noticed an increase lack of over-all usage in my right arm. In November of that same year, this became increasingly concerning to me, not only in my computer-based work position, but also in everyday personal usage and life routines. During that year, our department production standards were increased due to high claims volumes to a required level of 140% for staff who worked from home. I found this to be very physically demanding and was equivalent to that of a 6.62 workday schedule of someone who worked in the office setting. I was able to meet

LIN000918

these requirements up until the week of December 20, 2010 when I initially saw Dr. Paul Wright on December 21, 2010 for evaluation of my right knee and right shoulder.

As restated in your denial letter, I submitted a claim for joint pain of the shoulder and lower leg. More specifically, this was for my right knee. The claim was reviewed based on the following documentation: PT notes from Stewart Physical Therapy from January 20, 2011 through March 18, 2011, office treatment notes from December 21, 2010 through March 14, 2011 from Dr. Wright and an office treatment note from Dr. Linda Belhorn. In my initial FMLA form, Dr. Wright indicated that my conditions commenced on December 1, 2010. This was around the time that the condition in my right shoulder and arm considerably worsened. He also indicated that I was to start physical therapy for the duration of six (6) weeks and be seen to follow-up after that length of time. He again also stated that I was unable to perform the job function of using a computer terminal; something that I had been doing for 140% of the time during my job alone. Dr. Wright noted that he could not tell the probable duration of the condition and estimated the period of incapacity to be from 01/31/11 – 03/14/11 when he was to re-evaluate my progress with the physical therapy regimen. On February 16, 2011, he wrote he would need to consider surgery if no improvement over that timeframe. Also stated on that date was the fact that I would be incapacitated for a single continuous period of time due to my medical condition, including any time for treatment and recovery. On January 28, 2011, I acknowledged to the fact on both my FMLA Request form and Disability Benefit Request form that I was unable to perform the essential functions of my job because I have severe pain with limited to no function of my right arm due to extreme repetitive motion and further complications arising from my hereditary genetic disease Ehlers-Danlos Syndrome. This acknowledgement was stated in good faith to the best of my professional oath of integrity.

My family was diagnosed in the 1970's of having the inherited Ehlers- Danlos disease by a board certified specialist at Duke University Center. I thank you and the review nurse for your research of EDS but know that I have lived day end and day out with this condition and it's often-times limiting clinical indications. I do indeed have extremely loose joints, hyper-elastic skin that bruises and tears easily and the blood vessels are easily damaged with a tendency for aneurisms. I have never been told that my condition can lead to early arthritis but EDS can mimic arthritis In many ways. Not stated in your letter is the fact that it also causes early aging and poor, slow wound healing and residual poor scarring. I had an umbilical hernia repair as an infant and have significant scarring form childhood bumps and post-operatively from an appendectomy in 1981. Additionally, I have significant varicose veins in both legs. Also pertinent indications include chronic joint and limb pain with early on-set that is both chronic and may be debilitating. Generalized joint hyper-mobility usually manifests itself in both large and small joints. Recurring joint dislocations are frequent especially in the shoulder, patella, hips and the temporomandibular joints. These factors and facts will prove to be of importance as we proceed through this letter.

I feel it necessary to state at this time that I have been working on this letter for approximately 2 ½ hours and am now experiencing severe pain in my right shoulder and arm that extends into my hand as well. Given the urgency and importance of this letter, I will have to endure this pain without prescribed medication until finished. As restated in your denial letter, you mention that I lost my balance in early

LIN000919

December, 2010 that resulted in a fall. This actually occurred sometime in May, 2010 when my right ankle rolled off the edge of our driveway and I did twist my knee. Those with whom I come in contact with can attest to the fact that I was not ambulating as well as I had been. My shoulder was not injured in that fall and I did not seek medical assistance, assuming the knee sprain would resolve itself in time which was true. You are correct in the explanation of my right ACL which occurred while on vacation in Cancun, Mexico, when my knee shifted while going down a flight of stairs at the hotel. I was bed-ridden for two (2) days with extreme pain and swelling of the knee. My husband purchased a walker for me so I could move about our room and I was assisted by wheelchair upon our return home.

I was able to schedule an emergency appointment with Dr. Wright on Tuesday, December 21, 2010. He aspirated my knee joint, placed a cortisone injection, gave me post-operative instructions and scheduled me for follow-up and radiographs of the shoulder and knee. At that time, I attempted to continue working by keeping my leg elevated and using crutches to move to and from the bed to my home workstation. Just to make matters a bit worse, on Wednesday, December 22, 2010, I came down with shingles and was seen by my primary care doctor, Dr. John Kallianos, who issued the diagnosis and prescribed medication accordingly. With these emergency procedures, I was able to try and continue working as to not disrupt the production needs of my department, given the Christmas rush week. I then reported in January that using the computer keyboard and mouse repetitive motions were aggravating my shoulder. On January 20, 2011, Dr. Wright referred me to Stewart Physical Therapy for a rehabilitation Program for the right shoulder and right ACL tear that was started on January 24, 2011. The physical therapist stated to me that any progress we would make with PT would be undermined with the repetitive motions at the computer. I attempted to work through the last week of January until waking up on Friday, January 28th in severe pain.

Dr. Wright has subsequently seen me on the following dates: January 6, 2011, January 20, 2011 (as mentioned above), February 16, 2011, March 14, 2011 (when an MRI was ordered) for which your office already has records for and then again on April 4, 2011 and April 21, 2011. Dr. Wright verbally stated to me on March 14th that "the condition of your shoulder is due to repetitive motion that has just gone on too long and the physical therapy has not helped as hoped for". He then ordered an MRI of the right shoulder with contrast. A copy of the MRI report along with office notes for 04/04 and 04/21/11 are included with this letter. Per his notes, the MRI indicates "irregularity of the posterior labrum but no evidence of rotator cuff tear. There was  signal in the sub-scapularis, along with cyst in the humeral head and degenerative changes of the AC joint." During the April 4th appointment, he stated to me that my shoulder would require an open surgical procedure to recontour the joint and bones. On April 11th, I slipped getting out of the bathtub due the instable nature of my feet due to my having severe and significant bilateral bunions (that will require surgery), catching myself with both of my forearms and striking my nose on the faucet. This has further aggravated the condition in my right shoulder. During the appointment with Dr. Wright on April 21st, he checked my condition due to my fall and once again, he and I discussed at length the need for an open surgical procedure which he stated may also include the removal of the small shoulder joint.

LIN000920

3E290120004

I was initially seen by Dr. Linda Belhorn on March 16, 2011 on self-referral as she followed my medical care in 2000, of which, your office may be in possession of the prior case since Liberty Mutual handled that disability claim too. Given my over-all joint pain, I felt it best to be seen by her. At that time, as you note in your denial letter, I was diagnosed with generalized osteoarthritis. For notation here, this is defined as changes in the joint(s) that affects the lining, cartilage, bone and fluid of those joints. These changes lead to pain, stiffness, swelling and difficulty using the joints. OA can affect any joint but occurs most often in knees, hips, lower back and neck, small joints of the fingers and the base of the thumb and great toe, but the shoulders can also be affected. The timing and extent to which these changes occur is also influenced by heredity, trauma to the joint and aging factors all of which create limited mobility.

She ordered cervical spine and hand radiographs that were made at the same time as the MRI at Durham Diagnostic Imaging and a bone density study. While you did not indicate in your letter the findings of the films, I would assume they were included in your review. Moderate cervical osteoarthritis, consistent with my prior condition was noted, a worsened level since my last radiographs of that area. The films of my hands were normal for rheumatoid arthritis. She also stated on March 16th that "I would doubt that you would ever be able to return to your type of work given your current symptoms and family history." At that appointment, records support significant stiffness with range of motion of the shoulder and loss of motion of the cervical spine; general fatigue, swelling of the knees and weakness. She prescribed Celebrex (an anti-inflammatory) and Tramadol (a narcotic pain medication used for moderate to severe pain). The bone density study reviled that I have osteopenia and I was placed on calcium and vitamin D supplements. During the 04/13/11 appointment with her, I expressed concern over Dr. Wright's findings that an open surgical procedure was necessary and she referred me to Triangle Orthopedics, specifically Dr. William Mallon, who is "the shoulder guy".

Dr. Mallon could not see me on the first appointed time of April 18, 2011, due to an emergency surgery and I had to be rescheduled for April 28th and I was to bring a copy of my actual MRI and the written report for his review. The office notes from Dr. Mallon are included for your review. He has planned a scope procedure to recontour the joint, revise the soft tissue and remove the cystic lesions on a tentative date of May 11, 2011, with pre-op on May 9th and a post-surgical date of May 11th. A course of post-surgical physical therapy will be required.

Aside from the general shock that my claim for continued disability was denied and "closed" on April 1, 2011 ahead of my appointment on April 4th with Dr. Wright to determine my surgical medical necessity even though your office was fully aware of the fact; the perhaps most surprising verbiage was referenced in paragraph five (5) that directs attention to the requirements of my job role as a dental analyst. I would like to refer back to my opening statements regarding the current productivity requirements of Claims Review and Payment Integrity. According to the information I have on file, I was required to review eleven (11) claims per hour for a production level of 140%. I sit and have sat behind a computer terminal for twenty-four (24) years, have been in management and trained many staff members throughout the company with the Dental Product for BCBSNC. I also was selected to demonstrate the new paperless claims review system to the former North Carolina Insurance Commissioner. Logic would lead anyone to know that an employee in a production area is not only required to use their left arm for the keyboard/mouse function of the computer, but also their right arm

LIN000921

3E290120004

3E290120004

as well. I attest with clear knowledge that the statement someone has relayed to you in this regard; that I "do not use my right arm more than occasionally" is indeed false. In fact, since the mouse is used with the right arm, I actually use my right arm significantly more. How anyone, especially my supervisor who actually is my manager, could make such a statement is beyond comprehension. I am a left-handed person which would lead others to know that personal daily usage of my arms should then logically affect my left arm more than the right.

In our review processes in Claims Review and Payment Integrity, we bring up our work via the computer and go back and forth all the time (with the right hand) to the computer mouse. Any manual or books that I do not have access to on my office desk (which does happen to be above the head) is housed on the computer. If I was to type with only my left hand, I would probably be able to make a production score of 50% of the expected work. I cannot hold a cup of coffee in my right hand, let alone Dr. Wright's note of not lifting or carrying more than five (5) pounds. He is aware of this fact. I also frequently have to refer to processing notes that are on my desk-top and indeed have to turn my head, look up and down more than occasionally and would have to walk up and down stairs. I would also have to walk great distances to reach my desk. All of this would take place after having to ready myself for work and that too requires motions that create severe pain in my right shoulder. Driving any distance also still aggravates my right ACL.

So what we indeed have here is this; a fifty (50) year old female with a congenital/hereditary disease known as Ehlers-Danlos Syndrome with generalized osteoarthritis with progressed aging, osteopenia, with severe pain of the right shoulder which requires surgery, with a recovering right ACL tear of the right knee, who also has significant degenerative disease of the cervical spine, generalized joint pain, specified neuropathies, severe bilateral bunions that also will require surgery, fatigue, swelling of the joints, muscle weakness, who has trouble sitting, standing, getting in and out of a chair and difficulty walking. Who among us would think such a person would still be able to perform the substantial duties of the BCBSNC Professional Dental Analyst role or any other computer-based job? Furthermore, I could not return to my prior job as a board certified chair-side dental assistant for which I attended and graduated from the University of North Carolina Chapel Hill Dental School due to the fact that both arms are required.

As you have stated "Total Disability" means the covered person is unable to perform all of the material and substantial duties of his or her job because of an injury or sickness, accidental injury, or both and they are not working for wage or profit or attending school. I sincerely know that in my physical condition in reference to the contents and facts stated in this letter, the medical records and having been the BCBSNC Senior Dental Analyst for these past twenty-four (24) years; I am indeed NOT able to meet the requirements of my job and am disabled for still an unknown timeframe.

Please accept this formal request for an appeal of the denied claim. Per your process, I understand that I will be notified of the final decision within 45 days of the date that my request for appeal is received and that if special circumstances cause a delay in your decision, I will be notified of the final decision within 90 days after my request is received.

LIN000922

3E290120004

Sincerely,

Rebecca Lane Pifer, CDA, CPC

Attachments/23 pages

Cc: Ms. Cherie Stafford, RN, BSN

Legal file

LIN000923



**RALEIGH NEUROLOGY ASSOCIATES P.A.**

**Raleigh Neurology Associates, Durham**
4111 Ben Franklin Boulevard  Durham, NC 27704
(919) 719-8934  Fax: (919) 582-0528

October 3, 2012
Page 1
Chart Document

**Rebecca Pifer**
Female  DOB: ████ 1960
294598

Home: (919) 620-7789

**04/30/2012 - Office Visit: Neurology Visit - Adult**
Provider: Bradley J Robottom MD
Location of Care: Raleigh Neurology Associates, Durham

## Neurology Visit

REFERRAL SOURCE: Dr. Kallianos
PRIMARY MEDICAL DOCTOR: Dr. Kallianos

### History of Present Illness

Rebecca Pifer is a left hand dominant 51 year old caucasian female from Bahama, NC., who is referred for consultation by Dr. Kallianos for numbness/tingling in hands - radiating to face, bladder/bowel incontinence.  History is provided by the patient.  She's had neurologic symptoms for more than a decade.  She previously saw Dr.Poplawski who had diagnosed her with probable peripheral neuropathy. It is been a number of years since she last saw him. Symptoms started with vertigo as well as numbness and tingling. She is recently had a general medical problems including rotator cuff surgery as well as bilateral bunion surgeries. Over the last several months she's noticed increasing shakiness of her hands as well as numbness and tingling in her hands. She says the tingling is bothersome. She gained some relief from gabapentin 600 mg twice per day. She has been losing her balance more often. She reports that her legs are also now "going numb". Over the last 4 months or so she's noticed some difficulty swallowing, primarily liquids. She has not had any frank choking episodes.

Medications reviewed:
Medications Updated:
Allergies Reviewed:
The patient has no known allergies.

### Social History

Patient is married.  Patient has 2 children.  Patient is disabled.

### Risk Factors

Tobacco use: current every day smoker
 Comments: socially.

The patient does not use drugs.  The patient has 1 drink(s) of caffeine per day.

### Family History

Anxiety/Depression/Psych Problems in the patient's mother, brother.
Cancer in the patient's father.
Cardiovascular Disease in the patient's father.
High Blood Pressure in the patient's mother.
Migraine in the patient's mother.

mother has normal pressure hydrocephalus  - maternal grandfather had GB, both father and brother have ehler's-danlos

LIN000924



**Raleigh Neurology Associates, Durham**
4111 Ben Franklin Boulevard Durham, NC 27704
(919) 719-8834 Fax: (919) 582-0528

*October 3, 2012*
Page 2
Chart Document

**Rebecca Pfifer**
Female DOB: ████ 980
294538

Home: (919) 620-7799

## Medical History
The patient has had prior surgeries. bunionectomy both feet, rt shoulder arthroscopy, appendectomy, umbilical herniaThe patient also has a history of vertigo/dizziness, headaches, migraine, psychiatric disease, osteoarthritis, ehlers-danlos syndrome

## Review of Systems
General: Complains of night sweats, fatigue. Denies fevers, chills, weight change.
Eyes: Complains of blurring, diplopia. Denies vision loss, eye pain, photophobia.
Ears/Nose/Throat: Complains of tinnitus, trouble swallowing. Denies earache, hearing loss.
Cardiovascular: Denies chest pain or tightness, swelling in legs, dyspnea on exertion, edema, palpitations.
Respiratory: Complains of shortness of breath. Denies cough, wheezing, hemoptysis, difficulty breathing.
Gastrointestinal: Complains of nausea, diarrhea. Denies abdominal pain, heartburn.
Genitourinary: Complains of urinary frequency. Denies urinary hesitancy, dysuria, hematuria, sexual difficulty.
Comments: incontinence of Bowel and bladder
Musculoskeletal: Complains of joint pain, swelling, muscle stiffness, muscle cramps, decreased range of motion.
Skin: Complains of itching. Denies rash, hypo or hyper pigmentation, dryness, photosensitivity.
Psychiatric: Complains of depression. Denies homicidal ideation, suicidal ideation, hallucinations, paranoia, sleep disturbances.
Endocrine: Denies cold intolerance, heat intolerance, polydipsia, polyphagia.
Hemat/Lymphatic: Complains of abnormal bruising. Denies anemia, excessive bleeding, swollen lymph nodes.
Allergic/Immunologic: Denies urticaria, persistent infections, seasonal allergies.

## Vital Signs
Blood Pressure: 156/91mm Hg
Pulse: 77
RR: 18
Weight: 138 lbs
Height: 66 inches
BMI: 22.27

## General Appearance
The patient is normally developed, well nourished, and in no acute distress. The patient's affect is pleasant and cooperative. right foot in protective boot

## Cardiovascular
Patient's carotid arteries are normal to palpation with no carotid bruits.

## Ophthalmoscopic / Fund)-Disc

LIN000925



**RALEIGH NEUROLOGY ASSOCIATES, P.A.**

**Raleigh Neurology Associates, Durham**
4111 Ben Franklin Boulevard   Durham, NC  27704
(919) 719-8834  Fax: (919) 582-0526

October 3, 2012
Page 3
Chart Document

**Rebecca Pifer**
Female  DOB: ██████ 1960
294598

Home: (919) 520-7799

Examination of Fundi Disc shows no papilledema, hemorrhage, or exudate.

## Mental Status Exam
Patient is alert. Patient is oriented to time, place and person. Patient has normal attention and concentration. Patient's knowledge is intact for four well known facts. Patient has intact recent memory and normal remote memory. Patient has intact language.

## Cranial Nerves
Visual Fields are grossly intact by confrontation. Pupils are equal and reactive to light. EOM no abnormalities. Evaluation shows no abnormalities. Evaluation for Ptosis shows absent. Sensation is decreased sensation to all modalities bilaterally. Facial strength shows no weakness. Hearing is intact bilaterally. Palate is normal elevation in midline. Evaluation of the SCM shows no atrophy, normal strength bilaterally. Evaluation of the trapezius shows normal bulk, tone and strength 5/5. Tongue is midline with protrusion.

## Motor Strength
Strength in right upper extremities is normal strength, bulk and tone with no fasciculations. Strength in left upper extremities is decreased. Strength in right lower extremities is normal strength, bulk and tone with no fasciculations. Strength in left lower extremities is normal strength, bulk and tone with no fasciculations. question decreased finger abduction and extension in the left arm

## Motor – Other
Patient does not have atrophy.  Patient does not have fasciculations.  Patient does not have abnormal movements.  Patient has postural tremor. Patient does not have bradykinesia.  Patient does not have pronator drift.   mild relatively symmetric bilateral postural = action tremor

## Gait
Patient's gait is and station are normal. Negative Romberg.

## Sensory
Light touch hypesthesia. Temp/pinprick reduced. Vibration / JPS is normal in all extremities. reports decreased to temp/pp circumferentially in both arms as well as in the shoulders and scalp.

## Coordination
Finger-to-nose testing shows no abnormalities. Heel-to-shin testing shows no abnormalities.

## Reflexes & Signs
DTR shows 3+ throughout and bilaterally equal. Babinski test shows no abnormalities.

## Tests Reviewed

Lab Results normal. cbc, bmp, tsh, b12.
MRI Brain <images> abnormal. mild scattered white matter changes, c/w small vessel ischemic changes, not typical for demyelination.

  

LIN000926

3E290120004



**Raleigh Neurology Associates, Durham**
4111 Ben Franklin Boulevard  Durham, NC  27704
(919) 719-8834  Fax: (919) 582-0528

*October 3, 2012*
*Page 4*
*Chart Document*

**Rebecca Pifer**
Female  DOB: ████ 1960
294588

Home: (919) 620-7789

## Records Reviewed

Comments: Record from Dr Kallianos indicate that she has seen a neurologist in the past and was diagnosed with peripheral neuropathy and placed on gabapentin.  I do not have any additional records available.

## Assessment and Plan

**Impression:**

This 51-year-old woman with more than a decade of neurologic symptoms with recent worsening of numbness, paresthesias, tremor that are in a slightly unusual distribution. This could resemble be "cape" or "shawl" distribution that one can see with syringomyelia.  She does have fairly brisk reflexes as well though none that are pathologic. She has been told that she has cervical osteoarthritis. Taking all these things together, I think he would be reasonable to take a closer look at the cervical spine with an MRI. Additionally, I've asked her to have an EMG/NCS performed to further evaluate her loss of sensation. For control of symptoms of numbness, I've asked her to increase her gabapentin to 600 mg 3 times per day. I'll be seeing her back after her testing is performed.

Thank you for allowing me to participate in your patient's care,

Sincerely,

Bradley Robottom, M.D.
Raleigh Neurology Associates

I appreciate the opportunity to have consulted in Rebecca Pifer's care, and I look forward to collaborating care with you.

**New Problems:**
CERVICALGIA ICD-723.1
DISTURBANCE OF SKIN SENSATION ICD-782.0

**Updated Medication List:**
CELEBREX 200 MG CAPS (CELECOXIB) BID
EFFEXOR XR 75 MG XR24H-CAP (VENLAFAXINE HCL) q am
GABAPENTIN 600 MG TABS (GABAPENTIN) take 1 po tid
TRAMADOL HCL 50 MG TABS (TRAMADOL HCL) q 6 hrs PRN
TRAZODONE HCL TABS (TRAZODONE HCL TABS)

**New Orders:**
**Tests:**

LIN000927



**RALEIGH NEUROLOGY ASSOCIATES, P.A.**

**Raleigh Neurology Associates, Durham**
4111 Ben Franklin Boulevard  Durham, NC 27704
(919) 719-8834  Fax: (919) 582-0528

October 3, 2012
Page 5
Chart Document

**Rebecca Pfer**
Female  DOB: ███████ 1960
294598

Home: (919) 620-7799

1. NCS/EMG (NCS/EMG); By: (Neuro Lab); Instr: Lt Arm:   NCS: x           Rt Arm:   NCS: x
        EMG: x                    EMG:

Lt Leg:  NCS:            Rt Leg:   NCS: x
         EMG:                      EMG:

Blink:
Repetitive Stim:
R-R Interval:

Evaluate For:  neuropathy, radic.  sensory changes in both arms and face.  ?weakness in left arm;  Dx:
[ICD-723.1] CERVICALGIA; [ICD-782.0] DISTURBANCE OF SKIN SENSATION
2. Follow Up Visit [FUV]; By:  (RNA Physician); Instr: F/U after testing; Dx: [ICD-723.1] CERVICALGIA;
[ICD-782.0] DISTURBANCE OF SKIN SENSATION

Referrals:
1. MRI C-spine w/o contrast [MRI Cspine w_o]; Start: 05/09/2012; Dur: 1 week(s); Instr: Rule In/Out:
cervical stenosis, syrinx. sensory changes in cape distribution, brisk reflexes

Is patient Age >60 or 59< with these 2 DX- DM/Dialysis;smoker; DX HTN; chemo hx renal?: no

Were sedation/anti anxiety meds prescribed?: no

Additional Instructions:, Dx: [ICD-723.1] CERVICALGIA; [ICD-782.0] DISTURBANCE OF SKIN
SENSATION

Signed by Bradley J Robottom MD on 04/30/2012 at 2:36 PM

LIN000928

**LINDA R. BELHORN, M.D.**
Phone: 919-220-5306
Fax:   919-220-2627

120 William Penn Plaza
Durham, NC 27704

**PIFER, REBECCA**
DOB: ▮▮60

**SEPTEMBER 10, 2012**

**MEDICATIONS:** Celebrex 200 mg b.i.d., tramadol 50 mg q.d., trazodone 50 mg q.h.s., gabapentin 600 mg b.i.d., lithium 100 mg q.d.

**SUBJECTIVE:** The patient returns for followup of her generalized osteoarthritis and Ehlers-Danlos syndrome. Her symptoms have been reasonably stable since her last visit on March 26. Her disability claim was denied because they felt that she could perform a sedentary job. She previously worked as a claims examiner. She continues to feel that she has had benefit with her bunionectomies. She was seen by Dr. Alexander's regarding her shoulder recently and he did an intra-articular steroid injection on the right with minimal improvement of her symptoms. She has previously had an arthroscopy by Dr. Melin. She has had some weight gain because of her decreased activity level of 9 pounds since her last visit. She has had some increased migraines recently that tend to respond to going to bed. She denies any recent fevers, rash, alopecia, ocular inflammation, sicca symptoms, oral ulcers, dry mouth, chest pain, shortness of breath, indigestion, diarrhea, or constipation. She would like to have a letter of appeal written to her insurance company to reinstate her disability.

**FAMILY HISTORY:** Reviewed and no change noted

**SOCIAL HISTORY:** Reviewed and no change noted

**PHYSICAL EXAM:** The patient is a well-developed, well-nourished white female in no acute distress. Blood pressure 129/94; pulse 64; weight 147 pounds, increased 9 pounds. HEENT-PERRL, EOMI; oropharynx without erythema or exudate; Heart-S1 S2 RRR; Lungs-clear to auscultation: Extremities-no edema; Skin-no rash; Musculoskeletal-there were Heberden's nodes bilaterally. There was decreased range of motion in the cervical spine in all planes. There was mild loss of range of motion in the right shoulder.

**IMPRESSION:**

1. Generalized osteoarthritis-The patient is stable on Celebrex and tramadol. She has been seen by her orthopedic surgeon Dr. Almekinders and recently had a right shoulder steroid injection with minimal improvement of her symptoms. She will continue Celebrex and tramadol.
2. Osteopenia-The patient will continue calcium and vitamin D.
3. Ehlers-Danlos syndrome-The patient denies any problems from her recent bunionectomies.

**PLAN:**

1. Celebrex 200 mg #60 with 11 refills
2. A letter to appeal her disability denial will be written

**LINDA R. BELHORN, M.D.**

cc: Dr. Kallianos

LIN000929



# Social Security Administration
# **Retirement, Survivors, and Disability Insurance**
Notice of Disapproved Claim

Claim Number:  XXX-XX-8502
xxx-xx-8502

Date:  June 15, 2012

REBECCA LANE PIFER
9719 ROUGEMONT ROAD
BAHAMA NC 27503

We are writing about your claim for Social Security disability benefits. Based on a review of your health problems, you do not qualify for benefits on this claim. This is because you are not disabled under our rules. We have enclosed information about the disability rules and more details about the decision on your claim.

In deciding the claim, we considered evidence from:
DR LINDA BELHORN - report received 05/01/2012
PODIATRY ASSOCIATES - report received 04/30/2012
TRIANGLE COMMUNITY PHYSICIANS - report received 05/07/2012
TRIANGLE ORTHOPAEDIC ASSOCIATES PA - report received 05/03/2012
NC SPECIALTY HOSPITAL - report received 05/09/2012
RALEIGH NEUROLOGY - report received 05/03/2012
NORTH CAROLINA ORTHOPAEDIC - report received 06/05/2012

We have determined that the condition is not severe enough to preclude work. We considered the medical and other information, age, education, training, and work experience in determining how the condition affects the ability to work.

On your application you stated that you are disabled because of ehlers danlos syndrome, osteoarthritis, bunionectomy, depression, residual neuropathy, torn ACL, rotator cuff problems.
The medical evidence shows that your condition is not severe enough to be considered disabling. We realize that your condition keeps you from doing any of your past jobs, but it does not keep you from doing less demanding work. Based on your age, education, and past work experience, you can do other work. It has been decided, therefore, that you are not disabled according to the Social Security Act.
If the condition gets worse and precludes work, write, call or visit any Social Security office about filing another application.

(Continued)

XXX-XX-8502     PIFER, REBECCA LANE

**LIN000930**

## About the Decision

Doctors and other trained staff looked at this case and made these decisions. They work for the State but used our rules.

Please remember that there are many types of disability programs, both government and private, which use different rules. A person may be receiving benefits under another program and still not be entitled under our rules. This may be true in this case.

## Rules for Social Security Disability

**You must meet certain rules to qualify for Social Security Disability benefits:**

## For Disabled Worker's Benefits:

You must have the required work credits and your health problems must:

- keep you from doing any kind of substantial work (described below), **and**
- last, or be expected to last, for at least 12 months in a row, or result in death.

## For Disabled Child's Benefits:

You must be age 18 or older and your health problems must:

- have started before age 22 **or** you must have become disabled again within 7 years after the month that your earlier period of disability ended, **and**
- keep you from doing any kind of substantial gainful work (described below), **and**
- last, or be expected to last, for at least 12 months in a row, or result in death.

## For Disabled Widow(er)'s or Surviving Divorced Spouse Benefits

You must be at least age 50, and your health problems must:

- keep you from doing any kind of substantial gainful work (described below), **and**
- last, or be expected to last, for at least 12 months in a row, or result in death, **and**
- have started before the end of a special period.

The special period **starts** with the latest of:

- the month your spouse died, **or**
- the month your Social Security benefits as a parent ended, **or**
- the month your earlier period of widow(er)'s disability ended.

The special period **ends** at the close of the 84th month (7 years) after the month it started.

## Information About Substantial Work

Generally, substantial work is physical or mental work a person is paid to do. Work can be substantial even if it is part-time. To decide if a person's work is substantial, we consider the nature of the job duties, the skills and experience needed to do the job, and how much the person actually earns.

Usually, we find that work is substantial if gross earnings average over $1010 per month after we deduct allowable amounts.

This amount is higher for Social Security disability benefits due to blindness.

A person's work may be different than before his/her health problems began. It may not be as hard to do and the pay may be less. However, we may still find that the work is substantial under our rules.

If a person is self-employed, we consider the kind and value of his/her work, including his/her part in the management of the business, as well as income, to decide if the work is substantial.

## Information About Other Benefits

Based on the applications you filed, you are not entitled to any other benefits besides those you may already be getting. In the future, if you think you may be entitled to other benefits you will need to file again.

## If You Disagree With the Decisions

If you disagree with these decisions, you have the right to appeal. We will review your case and consider any new facts you have. A person who did not make the first decisions on your claims will decide your case.

- You have 60 days to ask for an appeal.
- The 60 days start the day you get this letter. We assume you got this letter 5 days after the date on it unless you show us that you did not get it within the 5-day period.
- You must have a good reason for waiting more than 60 days to ask for an appeal.
- You have to ask for an appeal in writing. We will ask you to complete a form SSA-561-U2, called "Request for Reconsideration." You may contact one of our offices or call 1-800-772-1213 to request this form. Or, you may complete this form online at http://www.socialsecurity.gov/disability/appeal. Contact one of our offices if you want help.
- In addition, you should complete a "Disability Report - Appeal" to tell us about your medical condition since you filed your claim. You may contact one of our offices or call 1-800-772-1213 to request this form. Or, you may complete this report online after you complete the online Request for Reconsideration.

Please read the enclosed pamphlet, "Your Right to Question the Decision Made on Your Social Security Claim." It contains more information about the appeal.

XXX-XX-8502     PIFER, REBECCA LANE

LIN000932

## New Application

You have the right to file a new application at any time, but filing a new application is not the same as appealing this decision. If you disagree with either of these decisions and you file a new application instead of appealing:

- you might lose some benefits, or not qualify for any benefits, **and**
- we could deny the new application using this decision, if the facts and issues are the same.

So, if you disagree with this decision, you should ask for an appeal within 60 days.

## If You Want Help With Your Appeal

You can have a friend, lawyer, or someone else help you. There are groups that can help you find a lawyer or give you free legal services if you qualify. There are also lawyers who do not charge unless you win your appeal. Your local Social Security office has a list of groups that can help you with your appeal.

If you get someone to help you, you should let us know. If you hire someone, we must approve the fee before he or she can collect it. And if you hire a lawyer, we will withhold up to 25 percent of any past due Social Security benefits to pay toward this fee.

## If You Have Any Questions

If you have any questions, you may call us toll-free at 1-800-772-1213, or contact your local Social Security office. We can answer most questions over the phone. You can also write or visit any Social Security office. The office that serves your area is located at:

3004 TOWER BLVD
DURHAM, NC 27707
1-888-759-3908

If you call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly.

Social Security Administration

cc: Danielle Eldred
Enclosure: SSA Pub. No. 05-10058

2181890/30/E382/9443/pc10

SSA-L443 (1/94)

**n0180992**

| | |
|---|---|
| **From:** | Carl Thomas |
| **Sent:** | Friday, June 29, 2012 4:59:08 PM |
| **To:** | Raines, Rose |
| **Cc:** | 'Danielle Eldred';   melissa thomas |
| **Subject:** | Bassett SSDI Claim Status Update for Rebecca Pifer 4087659 |
| **Attachments:** | Pifer Rebecca IC Denial dated 061512 061812.pdf |

Dear Rose,


Ms. Rebecca Pifer's Initial Application was denied on 06/15/2012, attached. The request for Reconsideration was submitted today, 06/29/2012. I will continue to monitor the receipt and processing of this claim and will contact you with any updates that may occur.


Should you have any questions concerning this matter, please do not hesitate to contact either Danielle or myself.


Thanks!


Carl


**Carl Thomas | Paralegal**

**Bassett Law Firm, LLC**
**P.O. Box 1226, Columbia, MO 65205**

**Toll-Free:** (800) 331-1127, Ext. 227 **| Fax:** (815) 927-0278
**Email:** cthomas@bassettlawyers.com **| Online:** http://www.bassettlawyers.com


**LIN000934**



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1748

June 15, 2012

Rebecca Pifer
9719 Rougemont Rd.
Bahama, NC 27503

RE:    Long Term Disability Benefits
        Blue Cross & Blue Shield of NC
        Claim #: 4087659

Dear Ms. Pifer:

Per your request please the following medical records are enclosed.

- Office visit notes from Dr. Paul Wright dated December 21, 2010 through April 21, 2011
- Office visit note from Dr. Linda Belhorn dated March 16, 2011 through March 26, 2012
- Office visit notes from Dr. Mallon dated April 28, 2011 through October 17, 2011
- Office visit notes form Dr. Johnson dated July 7, 2011 through March 20, 2012
- Office visit notes from Dr. Kallianos dated January 23, 2010 through March 13, 2012
- Progress notes from Stewart Physical Therapy dated January 20, 2011 through April 27, 2011
- Lab reports dated March 18, 2011 through March 13, 2012
- MRI right shoulder dated March 24, 2011
- MRI brain dated March 22, 2012
- April 13, 2011 bone density report
- April 13, 2011 lumbar spine, left hip and right hip scan
- Operative report dated May 27, 2011, August 24, 2011 and December 28, 2011
- Progress notes from Triangle Orthopaedic Associates, P.A. dated June 21, 2011 through August 23, 2011
- Attending Physicians Statement completed by Dr. Mallon on August 25, 2011 and November 21, 2011
- Attending physicians Statement completed by Dr. Johnson on October 12, 2011, February 8, 2012 and March 20, 2012
- Attending Physicians Statement completed by Dr. Belhorn dated March 29, 2012
- Attending Physicians Statement completed by Dr. Kallianos dated April 15, 2012

If you have any questions regarding this information please contact me at the number below.

**LIN000935**

Sincerely,

Rose Raines
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 14257
Secure Fax No.: (603) 430-1748

**LIN000936**



**FedEx Office**

FedEx Kinko's is now FedEx Office

# Fax Cover Sheet

Date  6|12|12

Number of pages  2  (including cover page)

## To:

Name  Rose Raines

Company  Liberty Mutual

Telephone _____

Fax  603-430-1748

## From:

Name  Rebecca Lane Pifer

Company _____

Telephone _____

Comments _____

_____

_____

Fax - Local Send

7  90363 00711 1

Fax - Domestic Send

7  90363 00714 2

Fax - International Send

7  90363 00720 3

**fedex.com** 1.800.GoFedEx 1.800.463.3339

© 2009 FedEx. All rights reserved. Products, services and hours vary by location. 810.0P00,000 .SSP09

22705

LIN000937

June 12, 2012

The Liberty Life Assurance Company of Boston
Attn: Rose Raines
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Fax: (603) 430-1748

RE: LTD Benefits Claim #4087659

Ms. Raines,

In accordance with Liberty Life Assurance Company of Boston's denial letter of my claim dated April 19, 2012 and according to my rights described within its context, the following document copies are hereby being requested:

- Office visit notes from Dr. Paul Wright dated December 21, 2010 through April 21, 2011
- Office visit notes from Dr. Linda Belhorn dated March 16, 2011 through March 26, 2012
- Office visit notes from Dr. William Mallon dated April 28, 2011 through October 17, 2011
- Office visit notes from Dr. J. Barry Johnson dated July 7, 2011 through March 13, 2012
- Office visit notes from Dr. John Kallianos dated January 23, 2010 through March 13, 2012
- Progress notes from Stewart Physical Therapy dated January 20, 2011 through April 27, 2011
- Lab reports dated March 18, 2011 through March 13, 2012
- MRI right shoulder dated March 24, 2011
- MRI brain dated March 22, 2012
- April 13, 2011 bone density report
- April 13, 2011 lumbar spine, left hip and right hip scan
- Operative report dated May 27, 2011 from Dr. Mallon, operative reports dated August 24, 2011 and December 28, 2011 from Dr. Johnson
- Progress notes from Triangle Orthopaedic Associates, P.A. Dated June 21, 2011 through August 23, 2011
- Attending Physicians Statement completed by Dr. Mallon on August 25, 2011 and November 21, 2011
- Attending Physicians Statement completed by Dr. Johnson on October 12, 2011, February 8, 2012 and March 20, 2012
- Attending Physicians Statement completed by Dr. Belhorn dated March 29, 2012
- Attending Physicians Statement completed by Dr. Kallianos dated April 15, 2012

These paper copies are request via mail as faxed handwritten copies are often illegible and should be mailed to my home address: 9719 Rougemont Road, Bahama, NC 27503 within ten (10) calendar days from this letter in order to promptly comply with the Appeals Process initiation which will be forthcoming.

Rebecca Lane Pifer

*Rebecca Lane Pifer*

LIN000938

**n0180992**

| | |
|---|---|
| **From:** | Carl Thomas |
| **Sent:** | Wednesday, May 09, 2012 12:51:01 PM |
| **To:** | Raines, Rose |
| **Cc:** | 'Danielle Eldred';   'Melissa Thomas' |
| **Subject:** | Bassett SSDI Claim Status Update for Rebecca Pifer 4087659 |

Dear Rose,


Ms. Rebecca Pifer's Social security claim was submitted on 04/05/2012 and currently at the Initial Claim Level.   The claim has been forwarded to DDS.   I  will keep you advised of developments as they occur.


Should you have any questions concerning this matter, please do not hesitate to contact either Danielle or myself.


Thanks!


Carl


**Carl Thomas | Paralegal**

**Bassett Law Firm, LLC**
**P.O. Box 1226, Columbia, MO 65205**

**Toll-Free:** (800) 331-1127, Ext. 227 **| Fax:** (815) 927-0278
**Email:** cthomas@bassettlawyers.com **| Online:** http://www.bassettlawyers.com

**LIN000939**

Social Security Administration
**Please read the instructions before completing this form.**

Form Approved
OMB No. 0960-0527

| Name (Claimant) (Print or Type)<br>**Rebecca Pifer** | Social Security Number<br>**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** |
|---|---|
| Wage Earner (If Different) | Social Security Number |

**Part I**         **APPOINTMENT OF REPRESENTATIVE**

I appoint this person,      **Danielle Eldred, Esq., of Bassett Law Firm, LLC, PO Box 1226, Columbia, MO 65205**

(Name and Address)

to act as my representative in connection with my claim(s) or asserted right(s) under:

☒ Title II      ☒ Title XVI      ☐ Title XVIII      ☐ Title VIII
(RSDI)      (SSI)      (Medicare Coverage)      (SVB)

This person may, entirely in my place, make any request or give any notice; give or draw out evidence or information; get information; and receive any notice in connection with my pending claim(s) or asserted right(s).

☒ I authorize the Social Security Administration to release information about my pending claim(s) or asserted right(s) to designated associates who perform administrative duties (e.g. clerks), partners, and/or parties under contractual arrangements (e.g. copying services) for or with my representative.

☐ I appoint, or I now have, more than one representative. My main representative is

_____
(Name of Principal Representative)

| Signature (Claimant) | Address<br>9719 Rougemont Rd., Bahama, NC 27503 | |
|---|---|---|
| Telephone Number (with Area Code)<br>(919)620-7799 | Fax Number (with Area Code) | Date<br>March 1 2012 |

**Part II**         **ACCEPTANCE OF APPOINTMENT**

I,    Danielle Eldred, Esq.         , hereby accept the above appointment. I certify that I have not been suspended or prohibited from practice before the Social Security Administration; that I am not disqualified from representing the claimant as a current or former officer or employee of the United States; and that I will not charge or collect any fee for the representation, even if a third party will pay the fee, unless it has been approved in accordance with the laws and rules referred to on the reverse side of the representative's copy of this form. If I decide not to charge or collect a fee for the representation, I will notify the Social Security Administration. (Completion of Part II satisfies this requirement.)

Check one:    ☒ I am an attorney.      ☐ I am a non-attorney eligible for direct payment under SSA law.
                                  ☐ I am a non-attorney not eligible for direct payment.

I am now or have previously been disbarred or suspended from a court or bar to which I was previously admitted to practice as an attorney. ☐ YES    ☒ NO

I am now or have previously been disqualified from participating in or appearing before a Federal program or agency.    ☐ Yes    ☒ No

**I declare under penalty of perjury that I have examined all the information on this form, and on any accompanying statements or forms, and it is true and correct to the best of my knowledge.**

| Signature (Representative) | Address<br>PO Box 1226, Columbia, MO 65205 | |
|---|---|---|
| Telephone Number (with Area Code)<br>**(800)331-1127** | Fax Number (with Area Code)<br>**(815)927-0278** | Date<br>4/3/2012 |

**Part III**         **FEE ARRANGEMENT**

☒ **Charging a fee and requesting direct payment** of the fee from withheld past-due benefits. (SSA must authorize the fee unless a regulatory exception applies)

☐ **Charging a fee but waiving direct payment** of the fee from withheld past-due benefits –I do not qualify for or do not request direct payment. (SSA must authorize the fee unless a regulatory exception applies.)

☐ **Waiving fees and expenses from the claimant and any auxiliary** beneficiaries –By checking this block I certify that my fee will be paid by a third-party, and that the claimant and any auxiliary beneficiaries are free of all liability, directly or indirectly, in whole or in part, to pay any fee or expenses to me or anyone as a result of their claim(s) or asserted right(s). (SSA does not need to authorize the fee if a third-party entity or a government agency will pay from its funds the fee and any expenses for this appointment. Do not check this block if a third-party individual will pay the fee.)

☐ **Waiving fees from any source** –I am waiving my right to charge and collect a fee under sections 206 and 1631(d)(2) of the Social Security Act. I release my client and any auxiliary beneficiaries from any obligations, contractual or otherwise, which may be owed to me for services I have provided in connection with my client's claim(s) or asserted right(s).

| Signature (Representative) | Date<br>4/3/2012 |
|---|---|

Form SSA-1696-U4 (06-2009) EF (06-2009) **TAKE OR SEND ORIGINAL TO SSA AND RETAIN A COPY FOR YOUR RECORDS**
Destroy Prior Editions            (4 copies: File, Claimant, Representative, ODAR)

**LIN000940**



## Client Overpayment Assistance Program Authorization

Client Name: Rebecca Pifer

Liberty Life Assurance Company of Boston - NC Claim Number: 4087659

I, Rebecca Pifer, hereby retain **Bassett Law Firm, LLC**, in the event that I am awarded Social Security Disability benefits, to assist me in meeting my contractual obligation to reimburse Liberty Life Assurance Company of Boston - NC under the terms of my Short Term and/or Long Term Disability Insurance Policy. Signing or refusing to sign this agreement has no impact on my eligibility for Social Security Disability benefits.

*I promise to undertake the following actions:*

- ✓ Notify Bassett Law Firm when I receive any monies from the Social Security Administration or the U.S. Treasury and the amount received.

- ✓ Forward a check made payable to Bassett Law Firm, LLC to be deposited in a trust account, for the total amount received for me and all eligible dependents.

*I authorize Bassett Law Firm to take the following actions on my behalf:*

- ✓ Verify the amount of my Short Term and/or Long Term Disability overpayment.

- ✓ Disburse funds to Liberty Life Assurance Company of Boston - NC for reimbursement of the STD and/or LTD overpayment.

- ✓ Disburse balance (if any) back to me.

A photocopy of this authorization is as valid as the original and I have a right to receive a copy upon request. I may revoke this authorization at any time by submitting a signed written request to Bassett Law Firm.

Signature: _Rebecca Lane Pifer_       Date: _March 1, 2012_
Rebecca Pifer

**LIN000941**



## Consent to Share Information Regarding Social Security
## Disability Claim with Liberty Life Assurance Company of Boston - NC

**Rebecca Pifer**
**DOB:** ███ 1960
**Claim #4087659**

I understand that by signing this form, I am authorizing **Bassett Law Firm, LLC**, to share information with my short-term and/or long-term insurance company (identified herein). Data to be shared may include any information about all of my Social Security claims and benefits, including but not limited to retirement, reduced retirement, disability, widows/survivors, and dependents. This includes claims and benefits past, present and ongoing. Information comprising these claims and benefits includes medical, vocational and award data. **Signing or refusing to sign this form has no impact on the Social Security disability benefits I may receive or am eligible to receive.**

I authorize Bassett Law Firm to release Social Security disability claim related information requested to:

Liberty Life Assurance Company of Boston - NC
Charlotte GM Disability Claims
P.O. Box 7207
London, KY 40742

I understand that the information relayed by use of this authorization may be used for the purpose of determining the amount of benefits payable under my long-term disability insurance policy and recovery of any overpayments accrued under my private claim. Resale or disclosure to other parties is not permitted except as required or permitted by law. A photocopy of this authorization is as valid as the original and my court appointed legal guardian or I have a right to receive a copy of this authorization upon request from Bassett Law Firm. I may revoke this authorization at any time by submitting a signed written request to Bassett Law Firm.

I am the individual to whom this authorization applies or that person's court appointed legal guardian.

Signature: _Rebecca Lone Pifer_     Date: _March 1, 2012_
      Rebecca Pifer

**LIN000942**

**n0180992**

| | |
|---|---|
| **From:** | Carl Thomas |
| **Sent:** | Thursday, April 05, 2012 6:27:46 PM |
| **To:** | Raines, Rose |
| **Cc:** | 'Danielle Eldred';   'Melissa Thomas' |
| **Subject:** | Bassett SSDI Claim Status Update for Rebecca Pifer 4087659 |
| **Attachments:** | Pifer Rebecca 1696 COAP 3rd Party.pdf |

Dear Rose,

Ms. Rebecca Pifer's Initial Application was submitted to SSA today, 04/05/2012.   I will continue to monitor the receipt and processing of this claim and will contact you with any updates that may occur.

Attached are the signed Consent to Disclose Information, the signed Client Overpayment Assistance Program Authorization (COAP), and the signed SSA-1696 Appointment of Representative form.

Should you have any questions concerning this matter, please do not hesitate to contact either Danielle or myself.

Thanks!

Carl

**Carl Thomas | Paralegal**

**Bassett Law Firm, LLC**
**P.O. Box 1226, Columbia, MO 65205**

**Toll-Free:** (800) 331-1127, Ext. 227 **| Fax:** (815) 927-0278
**Email:** cthomas@bassettlawyers.com **| Online:** http://www.bassettlawyers.com

**LIN000943**

**LIN000944**

# RETURN FAX COVERSHEET

## Please use this page as coversheet when responding to request

DATE:       April 25, 2012

TO:         Rebecca Pifer
ATTN:

SECURE FAX#: (919) 477-0377

RETURN TO:  Rose Raines
SECURE FAX#: (603) 430-1748
CLAIM #:    4087659



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1748

RE:         RE: Long Term Disability Benefits
            Blue Cross & Blue Shield of NC
            Claim #: 4087659

**THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU MAY HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.**
`<nocover>`

LIN000945



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1748

April 25, 2012

Rebecca Pifer
Attn: Dr. Mark Pifer
9719 Rougemont Rd.
Bahama, NC 27503

RE:    Long Term Disability Benefits
       Blue Cross & Blue Shield Of Nc
       Claim #: 4087659

Dear Ms. Pifer:

Per your request, please find a copy of the Attending Physicians Statements completed by Dr. Kallianos and Dr. Belhorn.

If you have any questions, please call me at the number below.

Sincerely,

Rose Raines
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 14257
Secure Fax No.: (603) 430-1748

**LIN000946**

# OVERPAYMENT REVIEW SHEET

## Social Security

### A. Customer/Claimant Information

| | | | | | | |
|---|---|---|---|---|---|---|
| Customer: | BLUE CROSS & BLUE SHIELD OF | ID: | 05-286395 | Sub: | | Loc: 00000000 |

| | | | | |
|---|---|---|---|---|
| Claimant: | REBECCA L PIFER | Social Security: | ***-**-8502 | Emp #: 3748050 |
| | 9719 ROUGEMONT RD | Dependents: | 2 | Claim #: 4087659 |
| | | Marital Status: | M | Product: LTD |
| | BAHAMA | Gender: | FEMALE | Funding: CON |
| | NC    27503-0000 | Claimant DOB: | ▮1960 | Status: CL |
| Tel: | (919) 620-7799 | Date of Disab: | 1/31/2011 | |

### B. Claims and Offset Provisions

| Claim | Status | Product | Funding | Ben End Date | Claim Offsets | Min Ben Amt | M/N Limit |
|---|---|---|---|---|---|---|---|
| 4087659 | CL | LTD | CON | 1/1/1900 | FSS | $100.00 | 24 |

### C. Status/Action Taken

| | | | |
|---|---|---|---|
| Status (OP Matrix): | B7 | Claim Note Entered? | Yes |
| Date Liberty Aware of OP: | 4/20/2012 | How were we made aware? | Other |
| Date Matrix Letter Sent: | 4/20/2012 | Date Clmt Verbally Advised: | 4/23/2012 |
| Is claimant receiving dependent benefits? | N/A | Offset in System One? | N/A |
| Retro/Lump Sum Received? | N/A | If Yes, Amount: $0 00 | Date Check Rec'd: 01/01/1900 |

| | |
|---|---|
| Summary: | Claim is closed effective 4/20/12. Please monitor claim for SSDI award and if awarded calculate OP due. Thanks! |

Number of Claim Files being forwarded (normally 1): 1

**Document Locations**
- ☑ Document List
- ☐ Correspondence
- ☐ Paper File

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Case Mgr: | Rose Megan Raines | Office: | 0587 | SDN: | 8*731-4257 | Date Sent: | 4/24/2012 |

LIN000947

# RETURN FAX COVERSHEET

## Please use this page as coversheet when responding to request

DATE:        April 25, 2012



TO:          Rebecca Pifer
ATTN:

SECURE FAX#: (919) 477-0377

RETURN TO:   Rose Raines
SECURE FAX#: (603) 430-1748
CLAIM #:      4087659

Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1748

RE:          RE: Long Term Disability Benefits
Blue Cross & Blue Shield of NC
Claim #: 4087659

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU MAY HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.
<nocover>

LIN000948



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1748

April 25, 2012

Rebecca Pifer
Attn: Dr. Mark Pifer
9719 Rougemont Rd.
Bahama, NC 27503

RE:  Long Term Disability Benefits
     Blue Cross & Blue Shield Of Nc
     Claim #: 4087659

Dear Ms. Pifer:

Per your request, please find a copy of the Attending Physicians Statements completed by Dr.
Kallianos and Dr. Belhorn.

If you have any questions, please call me at the number below.

Sincerely,

Rose Raines
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 14257
Secure Fax No.: (603) 430-1748

**LIN000949**



**Liberty Mutual.**

**Restrictions Form**

Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1748

| REBECCA PIFER | 960 | 4087659 | Rose Raines |
|---|---|---|---|
| Patient Name | Date of Birth | Claim Number | Case Manager |

To be completed by physician:

1. DATE FIRST TREATED — 8-11-1994  Ehlers-Danlos

   DATE LAST TREATED — 3-12-2012  Ehlers-Danlos, Peripheral Neuropathy, Osteoarthritis

   NEXT OFFICE VISIT — _____  **DIAGNOSIS(ES) WITH ASSOCIATED ICD-9 CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

   [X] **SEDENTARY** Lifting / carrying up to 10 pounds occasionally, sitting over 50% of the time and standing / walking occasionally.

   [ ] **LIGHT** Lifting / carrying up to 20 pounds occasionally, sitting at least occasionally and standing / walking frequently.

   [ ] **MEDIUM** Lifting / carrying up to 50 pounds occasionally; sitting, standing and / or walking constantly.

   [ ] **HEAVY** Lifting / carrying up to 100 pounds occasionally; sitting, standing and / or walking constantly.

   [ ] **VERY HEAVY** Lifting / carrying over 100 pounds occasionally; sitting, standing and / or walking constantly.

   | KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
   |---|---|---|---|
   | | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
   | | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE. 1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY)*. 2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.

   _Increased depression symptoms due to stress of dealing_ _c̄ her chronic illness and multiple stressors at multiple_ _stations c̄ worsening physical condition_

4. RESTRICTIONS IMPOSED FROM __1-28-11__ TO __present__

5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC)? WHAT IS THE ESTIMATED RETURN TO WORK DATE? _____

   _permanently disabled_

6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?

   _Progressive Neuropathy, uneven osteoarthritis; Chronic Ehlers_ _Danlos syndrome_

7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM __1-28-10__ TO __3-13-12__

   | John A. Kellyanis, MD | MD  Im/Ped | 56-1658415 |
   |---|---|---|
   | Provider's Name (Please Print) | Degree *AND* Area of Specialty | Social Security or Tax ID Number |
   | 4309 Medical Park Dr. | (919) 471-4714 | (919) 472-6131 |
   | Street Address | Telephone Number | Fax Number |
   | Durham NC 27704 | _[Signature]_ | 4-15-12 |
   | City, State & Zip Code | Signature | Date |

**LIN000950**



**Liberty Mutual.**

Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1748

**Restrictions Form**

| REBECCA PIFER | 1960 | 4087659 | Rose Raines |
|---|---|---|---|
| Patient Name | Date of Birth | Claim Number | Case Manager |

### To be completed by physician:

1. DATE FIRST TREATED — 3-16-11        Generalized osteoarthritis 715.09
   DATE LAST TREATED — 3-21-12        Ehlers-Danlos
   NEXT OFFICE VISIT — ~9-21-12        DIAGNOSIS(ES) WITH ASSOCIATED ICD-9 CODES

2. For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:

   ☑ SEDENTARY  Lifting / carrying up to 10 pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
   ☐ LIGHT      Lifting / carrying up to 20 pounds occasionally, sitting at least occasionally and standing / walking frequently.
   ☐ MEDIUM     Lifting / carrying up to 50 pounds occasionally; sitting, standing and / or walking constantly.
   ☐ HEAVY      Lifting / carrying up to 100 pounds occasionally; sitting, standing and / or walking constantly.
   ☐ VERY HEAVY Lifting / carrying over 100 pounds occasionally; sitting, standing and / or walking constantly.

   | KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
   |---|---|---|---|
   | | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
   | | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.
   1) For physical diagnoses, describe the type of task (hand, grasp, etc.) AND frequency (SEE KEY).
   2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.

   No prolonged sitting, standing, repetitive activity

4. RESTRICTIONS IMPOSED FROM ___permanent___ TO ___restrictions___.

5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?_____

   Permanent disability — ongoing medications only partially effective

6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?
   See attached note

7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM _____ TO _____.

| Linda Belhom | MD - Rheumatology | 56-1679264 |
|---|---|---|
| Provider's Name (Please Print) | Degree AND Area of Specialty | Social Security or Tax ID Number |
| 4464 Ben Franklin Blvd | 919-220-5304 | 919-226-2627 |
| Street Address | Telephone Number | Fax Number |
| Durham, NC 27704 | | 3-29-12 |
| City, State & Zip Code | Signature | Date |

**LIN000951**



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1748

April 19, 2012

Blue Cross & Blue Shield of NC
ATTN: Blue Cross & Blue Shield of NC
5901 Chapel Hill Road
Durham, NC 27707

RE:   Blue Cross & Blue Shield of Nc
      Long Term Disability (LTD)
      Employee Name: Rebecca Pifer
      Claim Number: 4087659

Dear Blue Cross & Blue Shield of NC:

Pursuant to our recent claims investigation regarding the above captioned disability claim, we have determined that Rebecca Pifer no longer meets the definition of Disabled as defined under Blue Cross & Blue Shield Of Nc's Long Term Disability (LTD) Policy. Therefore, no LTD benefits will be payable beyond April 19, 2012.

We have notified Ms. Pifer in a letter that was mailed on April 19, 2012, with a detailed explanation. We have also advised her of her right to appeal. Please do not hesitate to call me if you should have any questions.

Sincerely,

Rose Raines
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 14257
Secure Fax No.: (603) 430-1748

**LIN000952**



Group Benefits Disability Claims
Liberty Life AssuraNCe Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1748

April 19, 2012

Rebecca Pifer
9719 Rougemont Rd.
Bahama, NC 27503

RE:     Long Term Disability Benefits
        Blue Cross & Blue Shield Of Nc
        Claim #: 4087659

Dear Ms. Pifer:

We are writing in regard to your claim for disability benefits.  We have completed a thorough review of your eligibility for disability benefits, and have determined that benefits are not payable beyond April 19, 2012.  Blue Cross & Blue Shield Of Nc's Long Term Disability Policy requires that to receive benefits you must meet the following Definition of Disability:

***"Disability"*** *or* ***"Disabled"*** *means:*

1.   *For persons other than pilots, co-pilots, and crewmembers of an aircraft:*

     a.  *if the Covered Person is eligible for the Maximum Own Occupation benefit,* ***"Disability"*** *or* ***"Disabled"*** *means during the Elimination Period and until the Covered Person reaches the end of the Maximum Benefit Period, as a result of an Injury or Sickness, he is unable to perform the Material and Substantial Duties of his Own Occupation.*

     b.  i.  *if the Covered Person is eligible for the 24 Month Own Occupation benefit,* ***"Disability"*** *or* ***"Disabled"*** *means that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*

         ii. *thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*

2.   *With respect to Covered Persons employed as pilots, co-pilots and crewmembers of an aircraft:*

     ***"Disability"*** *or* ***"Disabled"*** *means as a result of Injury or Sickness the Covered Person is unable to perform the Material and Substantial Duties of Any Occupation.*

***"Material and Substantial Duties"*** *means responsibilities that are normally required to*

**LIN000953**

*perform the Covered Person's Own Occupation, or any other occupation, and cannot be reasonably eliminated or modified.*

*"**Own Occupation**" means the Covered Person's occupation that he was performing when his Disability or Partial Disability began. For the purposes of determining Disability under this policy, Liberty will consider the Covered Person's occupation as it is normally performed in the national economy.*

You have been receiving Long Term Disability benefits for your disability since July 30, 2011. In order to evaluate whether or not you continued to meet the above Definition of Disability, we requested medical information from your physicians, and then compared your restrictions and limitations to the requirements of your occupation.

You submitted a claim for rotator cuff repair, bunionectomy repair, Ehlers-Danlos disease and osteoarthritis. Your claim contains the following medical documentation:

- Office visit notes from Dr. Paul Wright dated December 21, 2010 through April 21, 2011
- Office visit note from Dr. Linda Belhorn dated March 16, 2011 through March 26, 2012
- Office visit notes from Dr. Mallon dated April 28, 2011 through October 17, 2011
- Office visit notes form Dr. Johnson dated July 7, 2011 through March 20, 2012
- Office visit notes from Dr. Kallianos dated January 23, 2010 through March 13, 2012
- Progress notes from Stewart Physical Therapy dated January 20, 2011 through April 27, 2011
- Lab reports dated March 18, 2011 through March 13, 2012
- MRI right shoulder dated March 24, 2011
- MRI brain dated March 22, 2012
- April 13, 2011 bone density report
- April 13, 2011 lumbar spine, left hip and right hip scan
- Operative report dated May 27, 2011, August 24, 2011 and December 28, 2011
- Progress notes from Triangle Orthopaedic Associates, P.A. dated June 21, 2011 through August 23, 2011
- Attending Physicians Statement completed by Dr. Mallon on August 25, 2011 and November 21, 2011
- Attending physicians Statement completed by Dr. Johnson on October 12, 2011, February 8, 2012 and March 20, 2012
- Attending Physicians Statement completed by Dr. Belhorn dated March 29, 2012
- Attending Physicians Statement completed by Dr. Kallianos dated April 15, 2012

We received completed Attending Physicians' Statements signed by Dr. Kallianos on April 15, 2012 and by Dr. Belhorn on March 29, 2012 which confirm you are capable of performing sedentary duties on a full time basis. We also received a completed Attending Physicians Statement dated March 20, 2012 signed by Dr. Johnson which confirms you are capable of performing light work on a full time basis.

**LIN000954**

To better understand the demands of your occupation, a Vocational Case Manager researched your occupation as a Dental Analyst which is often performed in a sedentary environment. The review indicates:

*The Occupational Outlook Handbook (OOH) provides information for this occupation under Claims Adjusters, Appraisers, Examiners, and Investigators.*

*"Working environments of claims adjusters, appraisers, examiners, and investigators vary greatly. Many claims adjusters and auto damage appraisers often work outside the office, inspecting damaged buildings and automobiles. Adjusters who inspect damaged buildings must be wary of potential hazards, such as collapsed roofs and floors, as well as weakened structures.*

*Some adjusters report to the office every morning to get their assignments, while others simply call in from home and spend their days traveling to claim sites. Occasionally, experienced adjusters must be away from home for days—for example, when they travel to the scene of a disaster such as a tornado, hurricane, or flood—to work with local adjusters and government officials.*

*Most claims examiners employed by life and health insurance companies work a standard 5-day, 40-hour week in a typical office environment. In contrast, adjusters often must arrange their work schedules to accommodate evening and weekend appointments with clients. This sometimes results in adjusters working irregular schedules, especially when they have a lot of claims to scrutinize. Adjusters are often called to work in the event of emergencies and may have to work 50 or 60 hours a week until all claims are resolved."*

*The Department of Labor defines sedentary work as,*

> **S-Sedentary Work -** *Exerting up to 10 pounds of force occasionally and/or a negligible amount of force frequently to move objects. Jobs are sedentary if walking and standing are required occasionally and all other sedentary criteria are met.*

Based on the medical information in relation to your occupation requirements, we do not have documents form a treating physician which confirms you are unable to perform the sedentary duties which are required in your own occupation; therefore, you no longer meet your Policy's Definition of Disability, and we must close your claim. Benefits will be paid through April 19, 2012 and your claim is closed as of April 20, 2012.

If you have a pending Social Security, Workers' Compensation or Pension benefit that is awarded retroactive to your period of disability with Liberty, someone from our Claims Recovery Unit will contact you shortly. Please be advised that you are expected to repay the amount of any disability benefit you received during the time periods that you received income from other sources, per the language of your disability Policy.

If you have an open FMLA or State Leave claim with Liberty Mutual, you will receive a separate notification regarding the status of your leave.

This claim determination reflects an evaluation of the claim facts and Policy provisions. We reserve the right to make a determination on any additional information that may be submitted.

**LIN000955**

Under the Employee Retirement Income Security Act of 1974 (ERISA), you may request a review of this denial by writing to the address below:

The Liberty Life Assurance Company of Boston
Attn: Rose Raines
Group Benefits Disability Claims
P.O. Box 7207
London, KY  40742-7207

The written request for review must be sent within 180 days of the receipt of this letter and state the reasons why you feel your claim should not have been denied.  In your request for review please include the following documentation: **clinical opinion(s) and supportive medical documentation from Dr. Kallianos, Dr. Mallon, Dr. Belhorn, and/or any other treating doctor, which indicate that you are unable to work in a sedentary environment as defined above**; as well as any additional information which you feel will support your claim.  You may request to review pertinent claim file documents upon which the denial of benefits was based.  If Liberty Life does not receive your written request for review within 180 days of your receipt of this notice, our claim decision will be final, your file will remain closed, and no further review of your claim will be conducted.  Under normal circumstances, you will be notified of the final decision within 45 days of the date that your request is received.  If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days after your request for review is received.

Nothing in this letter should be construed as a waiver of any Liberty Life Assurance Company of Boston rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved to the Company, whether or not they are specifically mentioned herein.

If you have any questions about this determination please call me.


SiNCerely,

Rose Raines
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 14257
Secure Fax No.: (603) 430-1748

**LIN000956**



# TRIANGLE COMMUNITY
## PHYSICIANS, P.A.

INTERNAL MEDICINE AND PEDIATRICS
4309 MEDICAL PARK DR., SUITE 200. DURHAM, NC 27704
Phone: 919-471-4484    Fax: 919-477-6131

Robert C. Pennington, MD        John A. Kallianos, MD        Kombiz P. Klein, DO

*Liberty Mutual*

To: *Rose Raines*                       From: *Sylvia / Dr. Kallianos*

Fax: *1-603-430-1748*        Pages: (Including cover sheet) *16*

Phone:                                  Date: *4-17-12*

Re: *Rebecca Rifee*                     cc:

☒ **Urgent**      ☐ **For Review**      ☐ **Please Comment**      ☐ **Please Reply**      ☐ **Please Recycle**

● Comments:    *See Attach records, Form, & Envoice*

**PRIVILEGED AND CONFIDENTIAL:** This document and the information contained herein are confidential and protected from disclosure pursuant to Federal law. This message is intended only for the use of the Addressee(s) and may contain information that is PRIVILEGED and CONFIDENTIAL. If you are not the intended recipient, you are here by notified that he use, dissemination or copying of this information is strictly prohibited. If you have received this communication In error, please erase all copies of the message and its attachments and notify the sender immediately.

LIN000957

**TRIANGLE COMMUNITY PHYSICIANS, PA**
4309 MEDICAL PARK DR., SUITE 200. DURHAM, NC 27704
Phone: 919-471-4484   Fax: 919-477-6131
TAX ID: 56-1698415
Robert C. Pennington, MD    John A. Kallianos, MD    Kombiz P. Klein, DO

INVOICE FOR MEDICAL RECORDS

DATE: 4-17-12

TO: Liberty mutual Insurance

Please find enclosed the medical records you requested. There is a charge of seventy-five (.75) cents per page for the first 25 pages, fifty (.50) cents for pages 26-100 and twenty-five (.25) cents for each page in excess of 100 pages.

Please pay $ 10.00  Flat fee

Make checks payable to Triangle Community Physicians, P.A.

Thank you.

Triangle Community Physicians, P.A.

pt. Rebecca Pifer # 11689E

LIN000958

## TRIANGLE COMMUNITY PHYSICIANS, PA

**Patient Name:  REBECCA LANE-BAGGETT**                              **Acct #: 11689E**

**Patient DOB:** ████1960                                    **Age:  49 y**

**Date of Service:  01/28/2010**        **JOHN KALLIANOS MD**

CHIEF COMPLAINT:  SINUS SX & DISCUSS MEDS
SYMPTOM HISTORY:
    UPPER RESPIRATORY ILLNESS:  Symptoms include nasal congestion with green nasal discharge.
        The symptoms began approximately 1 week ago.  The symptoms have been intermittent.
HISTORY:

    311-DEPRESSION The depression has improved.  The patient denies excessive crying, a persistent
        feeling of sadness and hopelessness, and fatigue.  No complications noted from the medication
        presently being used.
CURRENT ALLERGIES:
    NO KNOWN DRUG ALLERGY
CURRENT MEDICATIONS:
    TRAZODONE HCL ORAL TABLET 50 MG, 1 Every Day At Bedtime
    NEURONTIN ORAL CAPSULE CONVENTIONAL 100 MG, 1 Two Times A Day
    EFFEXOR XR ORAL CAPSULE 24 HR 75 MG, 1 Every Morning
REVIEW OF SYSTEMS:
    GENERAL:  Normal activity and energy level, no change in appetite.  No major weight gain or loss.  No
        malaise, chills, fever, diaphoresis.
    EARS/NOSE/MOUTH/THROAT:  See HISTORY OF PRESENT ILLNESS.
    RESPIRATORY:  See HISTORY OF PRESENT ILLNESS.
PHYSICAL EXAMINATION:
    CONSTITUTIONAL:
        VITALS SIGNS:
            BLOOD PRESSURE:  132/70 Left Arm Sitting
            WEIGHT:  125lbs
        GENERAL APPEARANCE:  Caucasian female, normal body habitus, in no acute distress.
    EARS, NOSE, MOUTH AND THROAT:
        NOSE (AND SINUS):  TURBINATES RED BILATERALLY, TURBINATES SWOLLEN
            BILATERALLY.
        ORAL:  ERYTHEMA NOTED ON THE POSTERIOR PHARYNX.
    RESPIRATORY:  Both lungs normal to auscultation.
    CARDIOVASCULAR:
ASSESSMENT/PLAN:
    461.9-SINUSITIS, ACUTE NOS
        STATUS: New.
        MEDICATIONS:
            AMOXICILLIN ORAL TABLET 875 MG, 1 Two Times A Day, 20 Dispensed, status:
            NEW PRESCRIPTION, 01/28/2010.
    311-DEPRESSION
        ASSESSMENT: The patient's depression has improved.
        MEDICATIONS:
            TRAZODONE HCL ORAL TABLET 50 MG, 1 Every Day At Bedtime, 30 Dispensed, 5
            Fills, status: CONTINUED, 01/28/2010.

            EFFEXOR XR ORAL CAPSULE 24 HR 75 MG, 1 Every Morning, 30 Dispensed, 5

LIN000959

## TRIANGLE COMMUNITY PHYSICIANS, PA

**Patient Name: REBECCA LANE-BAGGETT**                                **Acct #: 11689E**

**Patient DOB:** ▇▇▇1960                                              **Age:  49 y**

**Date of Service:  01/28/2010**          **JOHN KALLIANOS MD**

Fills, status: CONTINUED, 01/28/2010.

GABAPENTIN ORAL TABLET 600 MG, 1 Two Times A Day, 60 Dispensed, 5 Fills, status: NEW PRESCRIPTION, 01/28/2010.

RETURN VISIT:

VERIFICATION OF ANCILLARY DOCUMENTATION:  The following portions of the chart were completed by ancillary personnel and reviewed by the physician:   Chief complaint, vital signs.

Electronically Signed by: John A. Kallianos, MD on Thursday, January 28, 2010 9:04 am

Case 1:22-cv-00186-WO-JLW     Document 22     Filed 10/24/22     Page 197 of 538

## TRIANGLE COMMUNITY PHYSICIANS, PA

**Patient Name:  REBECCA PIFER**                          **Acct #: 11689E**

**Patient DOB:** ███1960                                      **Age:  50 y**

**Date of Service:  12/22/2010**        **JOHN KALLIANOS MD**

CHIEF COMPLAINT:  RASH
HISTORY:
  she developed a pruritic and slightly painful rash on the back of her neck which is now spread to the left
   shoulder and anterior chest about 3 days ago.
CURRENT ALLERGIES:
  NO KNOWN DRUG ALLERGY
CURRENT MEDICATIONS:
  TRAZODONE HCL ORAL TABLET 50 MG, 1 Every Day At Bedtime
  GABAPENTIN ORAL TABLET 600 MG, 1 Two Times A Day
  VENLAFAXINE HCL ORAL CAPSULE 24 HR 75 MG, 1 Every Morning
REVIEW OF SYSTEMS:
  GENERAL:   Normal activity and energy level, no change in appetite.  No major weight gain or loss.  No
   malaise, chills, fever, diaphoresis.
  SKIN/BREAST:   See HISTORY OF PRESENT ILLNESS.
PHYSICAL EXAMINATION:
  CONSTITUTIONAL:
   VITALS SIGNS:
    BLOOD PRESSURE:  134/84 Left Arm Sitting
    WEIGHT:  130lbs
   GENERAL APPEARANCE:   Caucasian female, normal body habitus, in no acute distress.
  SKIN:   VESICULAR RASH INVOLVING THE LEFT SIDE OF THE TRUNK.
ASSESSMENT/PLAN:
  053.9-HERPES ZOSTER, UNCOMPLICATED
   STATUS: New.
   MEDICATIONS:
    VALACYCLOVIR HCL ORAL TABLET 1 GM, 1 Three Times A Day, 21 Dispensed,
    status: NEW PRESCRIPTION, 12/22/2010.
RETURN VISIT:   Instructed to call if not improving.
VERIFICATION OF ANCILLARY DOCUMENTATION:  The following portions of the chart were completed
  by ancillary personnel and reviewed by the physician:   Chief complaint, vital signs.

Electronically Signed by: John A. Kallianos, MD on Thursday, December 23, 2010 8:02 am

Case 1:22-cv-00186-WO-JLW    Document 22    Filed 10/24/22    Page 198 of 538

## TRIANGLE COMMUNITY PHYSICIANS, PA

**Patient Name: REBECCA PIFER**                    **Acct #: 11689E**

**Patient DOB:** ▮▮▮▮1960                          **Age: 51 y**

**Date of Service: 03/13/2012**      **JOHN KALLIANOS MD**

CHIEF COMPLAINT:
HISTORY:

> She has had her right bunion corrected and in a cast.

> She has been out of work for the last year  She has been stressed dealing with her LTD through Liberty Mutual.

> 715.9-OSTEOARTHROSIS NOS The arthritis has worsened. The patient has moderate joint pain, has moderate stiffness, has mild swelling of the joints. No complications noted from the medication presently being used. The patient is being seen by a rheumatologist.

> 756.83-EHLERS-DANLOS SYNDROME   this underlying problem has been exacerbated by her progressive osteoarthritis as well as worsening neuropathy.

> 356.9-NEUROPATHY, IDIOPATHIC PERIPHERAL NOS The peripheral neuropathy is stable. The patient has tingling, has numbness. No complications noted from the medication presently being used.   she has seen neurology in the past and currently is on gabapentin. She has noted worsening problems particularly in her hands and feet. She is concerned about the possibility of multiple sclerosis

PAST MEDICAL HISTORY:

> MEDICAL:   osteopenia
> 2011 shingles
> SURGICAL:   8/11 left bunionectomy
> right shoulder surgery

CURRENT ALLERGIES:

> NO KNOWN DRUG ALLERGY

REVIEW OF SYSTEMS:

> GENERAL:  Normal activity and energy level, no change in appetite. No major weight gain or loss. No malaise, chills, fever, diaphoresis.

PHYSICAL EXAMINATION:

> CONSTITUTIONAL:
>> VITALS SIGNS:
>>> BLOOD PRESSURE:  138/76 Left Arm Sitting
>> GENERAL APPEARANCE:  Caucasian female, normal body habitus, in no acute distress.
> NECK AND THYROID:  Symmetrical with no elevation of the jugular venous pulsation. Trachea midline. No thyroid enlargement, tenderness, or mass.
> RESPIRATORY:  Clear to auscultation and percussion. Normal respiratory effort. No fremitus.
> CARDIOVASCULAR:
>> CARDIAC:  Regular rhythm. No murmurs, rubs, or gallops. PMI not displaced. No thrill.
>> EDEMA/VARICOSITIES OF EXTREMITIES:  No edema or varicosities.
> LYMPHATICS:  No lymphadenopathy in the neck, axillae, or groin.
> MUSCULOSKELETAL EXAM:
>> DIGITS/NAILS:  BOUCHARD'S NODES PRESENT, HEBERDEN'S NODES.
>> EXTREMITIES:
>>> LEFT UPPER:   mild swelling in wrist with stiffness and pain
>>> RIGHT UPPER:   mild swelling in wrist with stiffness and pain
>>> RIGHT LOWER:   right leg in a hard cast

ASSESSMENT/PLAN:

LIN000962

## TRIANGLE COMMUNITY PHYSICIANS, PA

**Patient Name:  REBECCA PIFER**                              **Acct #: 11689E**

**Patient DOB:** ▮▮1960                                      **Age:  51 y**

**Date of Service:  03/13/2012**        **JOHN KALLIANOS MD**

> 715.9-OSTEOARTHROSIS NOS
>> STATUS: Worsening.
> 756.83-EHLERS-DANLOS SYNDROME
>> STATUS: Worsening.
> 356.9-NEUROPATHY, IDIOPATHIC PERIPHERAL NOS
>> STATUS: Worsening.
>> REFERRALS: Neurology.
>> LAB ORDERS: CBC w/diff/plat(85024), Basic chem(80049), TSH(84443), Free T4(84439), B12 (82607).  MRI of the head.

RETURN VISIT:   Patient is to return after MRI has been completed.
VERIFICATION OF ANCILLARY DOCUMENTATION:  The following portions of the chart were completed
> by ancillary personnel and reviewed by the physician:  Chief complaint, vital signs.

Electronically Signed by: John A. Kallianos, MD on Wednesday, March 14, 2012 8:01 am

Case 1:22-cv-00186-WO-JLW    Document 22    Filed 10/24/22    Page 200 of 538

ꭡ ꝉₐᵧ @ 2³⁰

4-3

# DURHAM DIAGNOSTIC IMAGING

## INDEPENDENCE PARK

**PATIENT:** Pifer, Rebecca
**DOB:** ████1960
**PATIENT PHONE:** 919-597-0606 | 690-7799
**MRN:** 1200287153
**PHYSICIAN:** John Kallianos, MD
**DATE:** 3/22/2012

**EXAM:** MRI BRAIN WITHOUT CONTRAST

**HISTORY:** Tremors. Numbness in extremities x10 years. Symptoms have been worsening.

**TECHNIQUE:** MRI imaging of the brain performed using multiple pulse sequences with imaging obtained in multiple planes.

**COMPARISON:** None available at the time of dictation.

**FINDINGS:** Diffusion weighted images are within normal limits. Negative for acute cerebral infarction. Mild scattered T2 high signal foci involving periventricular and subcortical white matter which are nonspecific. Findings may relate to mild chronic microvascular ischemic changes. Additional differential considerations would include mild vasculitis, mild demyelinating disease, findings associated with migraines or possibly signal changes associated with Lyme disease in the appropriate clinical setting. Ventricles and basal cisterns appear unremarkable. Mild chronic ethmoid sinusitis. Orbital regions are unremarkable. Mild chronic left sphenoid sinusitis as well. Mild nasal septal deviation to the right. Low lying cerebellar tonsils. Negative for Chiari malformation.

**IMPRESSION:**
1. Mild nonspecific scattered T2 high signal foci involving periventricular white matter, likely related to mild chronic microvascular ischemic changes. Additional differential considerations as above.
2. Negative for acute cerebral infarction. Negative for discrete mass.
3. Low lying cerebellar tonsils.
4. Mild chronic paranasal sinusitis.

Randy Cruell, MD
RC / bm

DD: 3/22/2012
DT: 3/22/2012
Job: 14810901
This document has been electronically reviewed and signed.

*Randy A. Cruell, MD*

3/27/12    DOP
          4/8/12
          HO

**Independence Park**
4323 Ben Franklin Blvd.
Durham, North Carolina 27704
phone (919) 471-4840 fax (919) 471-9345

**Southpoint Diagnostic Imaging**
5107 South Park Drive - Suite 101
Durham, North Carolina 27713
phone (919) 544-7199 fax (919) 544-2621

LIN000964

# TRIANGLE COMMUNITY PHYSICIANS, PA

Final Copy

4309 MEDICAL PARK DRIVE SUITE 200
DURHAM, NC 27704
PHONE (919) 471-4484
FAX    (919) 477-6131

| Patient: | PIFER, REBECCA K | | Acc #: | 285376 |
|---|---|---|---|---|
| Patient #: | 11689 | Birth: ___960 | | |
| Doctor: | KALLIANOS, JOHN | Age: 51 years | Collection Date: | 3/13/2012 4:01 PM |
| | | Gender: Female | Received in Lab: | 3/13/2012 4:01 PM |

| Test Name | Result | | Units | Flag | Reference Range |
|---|---|---|---|---|---|
| **CBC** | | | | | Run By: SW on 3/13/2012 4:42 PM |
| WBC | 7.5 | | K/ul | | 4.0 - 10.5 |
| LYMP | 2.4 | | K/ul | | 0.7 - 4.5 |
| MID | 0.6 | | K/ul | | 0.1 - 0.6 |
| GRAN | 4.5 | | K/ul | | 1.8 - 7.8 |
| GRAN % | 59.7 | | % | | 37.0 - 92.0 |
| LYM% | 31.9 | | % | | 14.0 - 46.0 |
| MID% | 8.4 | | % | | 1.7 - 9.3 |
| RBC | 4.05 | I | M/ui | LOW | 4.10 - 5.60 |
| HGB | 12.6 | | g/dl | | 12.5 - 17.0 |
| HCT | 37.4 | | % | | 36.0 - 50.0 |
| MCV | 92.4 | | fL | | 80.0 - 98.0 |
| MCH | 31.1 | | pg | | 27.0 - 34.0 |
| MCHC | 33.7 | | g/dl | | 32.0 - 36.0 |
| RDW | 11.2 | J | % | LOW | 11.7 - 15.0 |
| PLT | 304.0 | | K/ul | | 140.0 - 415.0 |
| MPV | 9 | | fL | | 7 - 10 |
| **BASIC METABOLIC PANEL** | | | | | Run By: SW on 3/13/2012 4:43 PM |
| B_C RATIO | 20 | | | | |
| SODIUM | 145 | | mmol/L | | 135 - 148 |
| POTASSIUM | 4.0 | | mmol/L | | 3.5 - 5.5 |
| CHLORIDE | 105 | | mmol/L | | 96 - 109 |
| GLUCOSE | 86 | | mg/dl | | 65 - 100 |
| UREA NITROGEN | 12 | | mg/dl | | 5 - 25 |
| CREATININE | 0.6 | | mg/dl | | 0.5 - 1.3 |
| IDMS GFR | 105.4 | | ml/min | | >60.0 |
| CALCIUM | 9.4 | | mg/dl | | 8.5 - 10.6 |
| ECO2 | 25.0 | | mmol/L | | 20.0 - 32.0 |
| **TSH** | | | | | Run By: SW on 3/16/2012 10:28 AM |
| TSH | 1.84 | | mIU/L | | 0.35 - 5.50 |

*TSH, Third Generation Sensitivity, Serum < 0.03 L mcIU/ml*

| | | | | | |
|---|---|---|---|---|---|
| **FREE T4** | | | | | Run By: SW on 3/16/2012 10:28 AM |
| FREE T4 | 1.13 | | ng/dl | | 0.70 - 1.53 |
| **REFERENCE LABS** | | | | | Tests Sent Out: 3/13/2012 4:01 PM |

**Notes:** B12 TO LC

MAR

Reviewed By: _____    Date: MAR 1 8 2012 _____

**LIN000965**

Case 1:22-cv-00186-WO-JLW    Document 22    Filed 10/24/22    Page 202 of 538

**LabCorp** LabCorp Burlington
1447 York Court, Burlington, NC 27215-3361

Phone: 800-762-4344

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | | |
|----------|------|-------------|---------------|--|--|
| 073-197-4156-0 | S | BN | COMPLETE | Page #: | 1 |

ADDITIONAL INFORMATION          SS#: ***-**-8502

FASTING: N
DOB: 7/02/1960

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|--------------|-----|---------------|
| PIFER,REBECCA K | F | 51 / 8 |

PT. ADD.: 9 SEAWELL CT.
DURHAM          NC          27703-0000

CLINICAL INFORMATION
CD-20031688758

| PHYSICIAN ID. | NPI | PATIENT ID. |
|---------------|-----|-------------|
| KALLIANOSJ | 1245231588 | 11689 |

ACCOUNT: Triangle Community Physicians
x 248
4309 Medical Park Drive
DURHAM          NC   27704-0000
ACCOUNT NUMBER:   32412295

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|--------------------|------|---------------|---------------|------|--|
| 3/13/2012 | 16:49 | 3/13/2012 | 3/14/2012 | 5:37 | 6394 |

| TEST | RESULT | | LIMITS | LAB |
|------|--------|--|--------|-----|
| Vitamin B12 | 474 | pg/mL | 211 - 946 | 01 |

LAB: 01 BN    LabCorp Burlington          DIRECTOR: William F Hancock  MD
1447 York Court, Burlington,  NC 27215-3361

MAR 1 [illegible] 2012

| Pat Name: PIFER,REBECCA K | Pat ID: 11689 | Spec #: 073-197-4156-0 | Seq #: 6394 |
|---------------------------|---------------|------------------------|-------------|

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report                          LCM Version: 03.26.01

LIN000966





# RETURN FAX COVERSHEET

## Please use this page as coversheet when responding to request

DATE:         March 19, 2012

TO:           Dr. John Callianos
ATTN:

SECURE FAX#: (919) 477-6131

RETURN TO:    Rose Raines
SECURE FAX#:  (603) 430-1748
CLAIM #:      4087659

RE:           RE: Long Term Disability Benefits
              Patient: Rebecca Pifer
              DOB: July 02, 1960
              Claim Number: 4087659



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1748

**THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU MAY HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.**
<nocover>

LIN000967



**Liberty Mutual.**

Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1748

March 19, 2012

Dr. John Callianos
4309 Medical Park Drive
SUITE 100
Durham, NC 27704

RE:    Long Term Disability Benefits
       Patient:  Rebecca Pifer
       DOB: ████████1960
       Claim Number:  4087659

Dear Dr. Callianos:

We are the disability benefits carrier for your patient, Rebecca Pifer, and are requesting specific medical information in order to further evaluate Ms. Pifer's disability benefits.  Please provide the following:

- Completed Restrictions Form
- All treatment notes, diagnostic test results and procedure reports from March 13, 2012.

Please fax the information back to my attention at 1-603-430-1748 or mail to the above address by March 28, 2012.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to your patient, we have provided your office with a HIPAA compliant authorization signed by your patient allowing the release of information to our company.  This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Pifer's signature.  If you have any questions, please contact me directly.

Sincerely,

*Rose Raines*

Rose Raines
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 14257
Secure Fax No.: (603) 430-1748

**LIN000968**

# AUTHORIZATION TO OBTAIN AND RELE .SE INFORMATION

 **Liberty Mutual.**

Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London. KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:**   Rose Raines

EMPLOYEE/CLAIMANT NAME: REBECCA PIFER
CLAIM NO: 4087659
EMPLOYER/SPONSOR: BLUE CROSS & BLUE SHIELD OF NC          DATE OF BIRTH: ▮ 1960

I authorize any licensed physician, medical provider, hospital, medical facility, pharma y, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following ir ormation to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representat e, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1.  Medical information with respect to any physical or mental condition and/or treatme t of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and men I health.

2.  Information with respect to: job duties, earnings, employment applications, personne records, and other work related information; records and information related to any insurance coverage and claims filed; credit informatio including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of ederal and State tax returns; including attachments; and academic transcripts.

3.  Information concerning Social Security benefits, including, but not limited to, month y benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query and a y benefits to which my dependents may be eligible under my record. This information may also be released to my employer for administ ation of my employer sponsored benefits.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any i formation obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies i the Liberty Mutual Group of companies to which I am submitting a claim. Employee Assistance Programs (EAP) or other disease managem nt or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims m nagement and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purp ses of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit progr ms, persons or organizations providing medical treatment or services in connection with my claim, or as may be otherwise permitted or quired by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance compani or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure ir connection with insurance transactions.

If I receive a disability benefit greater than that which I should have been paid, I underst id that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, if any.

I understand that any person who knowingly, and with intent to injure, defraud, or dece e the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be g ilty of a criminal act punishable under law.

I know that I may request a copy of this Authorization. I agree that a photographic copy f this Authorization shall be as valid as the original. This Authorization shall become effective on the date appearing next to my signature bel w. I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to whic I submit a claim.

Rebecca Lane Pifer                   July 2, A60
**Print Name**                              Date of Birth

Rebecca Lane Pifer                   September 26, 2011
**Signature**                               Date

DP 432 Rev 02/09

LIN000969

Forms Attached:
  Restrictions

LIN000970



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1748

## RESPONSE COVERSHEET

In order to facilitate accurate and timely processing of this claim, please include this cover sheet along with your response to this request.

**PLEASE USE BLACK INK WHEN COMPLETING FORMS.**

**Document Type:** Medical

**Claim Number:** 4087659

**Employee/Claimant Name:** REBECCA PIFER

**Provider's Name:** Dr. John Callianos

**LIN000971**


**Liberty Mutual.**

Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1748

## Restrictions Form

| REBECCA PIFER | 1960 | 4087659 | Rose Raines |
|---|---|---|---|
| Patient Name | Date of Birth | Claim Number | Case Manager |

### To be completed by physician:

1. DATE FIRST TREATED — _8-11-1994_   _Ehlers-Danlos_
   DATE LAST TREATED — _3-12-2012_   _Ehlers-Danlos, Reflex Neuropathy, Osteoarth_
   NEXT OFFICE VISIT — _____   **DIAGNOSIS(ES) WITH ASSOCIATED ICD-9 CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

   [X] **SEDENTARY** — Lifting / carrying up to 10 pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
   [ ] **LIGHT** — Lifting / carrying up to 20 pounds occasionally, sitting at least occasionally and standing / walking frequently.
   [ ] **MEDIUM** — Lifting / carrying up to 50 pounds occasionally; sitting, standing and / or walking constantly.
   [ ] **HEAVY** — Lifting / carrying up to 100 pounds occasionally; sitting, standing and / or walking constantly.
   [ ] **VERY HEAVY** — Lifting / carrying over 100 pounds occasionally; sitting, standing and / or walking constantly.

   | KEY: | **OCCASIONALLY** Up to 20 Minutes / Hour Up to 2 ½ Hours / Day | **FREQUENTLY** Up to 40 Minutes / Hour Up to 5 ½ Hours / Day | **CONSTANTLY** Over 40 Minutes / Hour Over 5 ½ Hours / Day |
   |---|---|---|---|

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.**   1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).*
   2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.

   _Increased all pressure symptoms due to stress of dealing
   w/ her chronic illness w/ possible glaucoma at multiple
   stressors, worsening peripheral neuropathy_

4. **RESTRICTIONS IMPOSED FROM** _1-28-11_ **TO** _present_

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** _____
   _Permanently disabled_

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?** _Progressive Neuropathy,
   worsening osteoarthritis, Chronic Ehlers
   Danlos syndrome_

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** _1-28-10_ **TO** _3-13-12_.

---

| John A Kellyan Jr, MD | MD Im/Ped | 56-165PY15 |
|---|---|---|
| Provider's Name (Please Print) | Degree *AND* Area of Specialty | Social Security or Tax ID Number |
| 4309 Med... Park Dr. | (919) 471-4414 | (919) 477-6131 |
| Street Address | Telephone Number | Fax Number |
| Durham NC 27704 | | 4-15-12 |
| City, State & Zip Code | Signature | Date |

**LIN000972**

# RETURN FAX COVERSHEET

## Please use this page as coversheet when responding to request

DATE:        March 29, 2012

TO:          Dr. Linda Belhorn
ATTN:


**Liberty Mutual.**

SECURE FAX#: (919) 220-2627

RETURN TO:   Rose Raines
SECURE FAX#: (603) 430-1748
CLAIM #:     4087659

Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1748

RE:          RE: Long Term Disability Benefits
             Patient:  Rebecca Pifer
             DOB: July 02, 1960
             Claim Number:  4087659

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR
ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT
IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER
APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED
RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING
THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED
THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS
COMMUNICATION IS STRICTLY PROHIBITED. IF YOU MAY HAVE RECEIVED
THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY
TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE
ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.
<nocover>

LIN000973



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1748

March 29, 2012

Dr. Linda Belhorn
4004 Ben Franklin Blvd
Durham, NC 27704

RE:    Long Term Disability Benefits
       Patient:  Rebecca Pifer
       DOB:  ███████1960
       Claim Number:  4087659

Dear Dr. Belhorn:

We are the disability benefits carrier for your patient, Rebecca Pifer, and are requesting
specific medical information in order to further evaluate Ms. Pifer's disability benefits. Please
provide the following:

- Completed Restrictions Form
- All treatment notes, diagnostic test results and procedure reports from April 1, 2011 to
  March 26, 2012.
- Your treatment plan and an estimated return to work date.

Please fax the information back to my attention at 1-603-430-1748 or mail to the above address
by April 12, 2012.

Although HIPAA does not apply to disability insurance carriers, we understand your
responsibilities under HIPAA as a health care provider, and our associated responsibility of
ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits
coverage to your patient, we have provided your office with a HIPAA compliant authorization
signed by your patient allowing the release of information to our company. This authorization
specifically allows you to release medical information to us and is valid for two years from the
date of Ms. Pifer's signature. If you have any questions, please contact me directly.

Sincerely,

Rose Raines

Rose Raines
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 14257
Secure Fax No.: (603) 430-1748

**LIN000974**

## AUTHORIZATION TO OBTAIN AND RELE .SE INFORMATION



**Liberty Mutual.**

Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

Return To:   Rose Raines

EMPLOYEE/CLAIMANT NAME:  REBECCA PIFER
CLAIM NO:  4087659
EMPLOYER/SPONSOR: BLUE CROSS & BLUE SHIELD OF NC        DATE OF BIRTH: ███ 960

I authorize any licensed physician, medical provider, hospital, medical facility, pharma y, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following ir ormation to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representat c, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1.  Medical information with respect to any physical or mental condition and/or treatme t of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and men I health.

2.  Information with respect to: job duties, earnings, employment applications, personne records, and other work related information; records and information related to any insurance coverage and claims filed; credit informatio including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of ederal and State tax returns; including attachments; and academic transcripts.

3.  Information concerning Social Security benefits, including, but not limited to, month y benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query and a y benefits to which my dependents may be eligible under my record. This information may also be released to my employer for administ ation of my employer sponsored benefits.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any i formation obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies i the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease managem nt or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims m nagement and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purp ses of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit progr ms, persons or organizations providing medical treatment or services in connection with my claim, or as may be otherwise permitted or r quired by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance compani . or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure ir connection with insurance transactions.

If I receive a disability benefit greater than that which I should have been paid, I underst id that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, if any.

I understand that any person who knowingly, and with intent to injure, defraud, or dece e the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be g ilty of a criminal act punishable under law.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This Authorization shall become effective on the date appearing next to my signature bel w. I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right t revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to whic I submit a claim.

Rebecca Lane Pifer                July 2, 1960
Print Name                        Date of Birth

Rebecca Lane Pifer                September 26, 2011
Signature                         Date

DP 432 Rev 02/09

LIN000975

Forms Attached:
 Restrictions

LIN000976



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1748

## RESPONSE COVERSHEET

In order to facilitate accurate and timely processing of this claim, please include this cover sheet along with your response to this request.

PLEASE USE BLACK INK WHEN COMPLETING FORMS.

**Document Type:** Medical

**Claim Number:** 4087659

**Employee/Claimant Name:** REBECCA PIFER

**Provider's Name:** Dr. Linda Belhorn

**LIN000977**



**Liberty Mutual.**

Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1748

### Restrictions Form

| REBECCA PIFER | ███ 1960 | 4087659 | Rose Raines |
|---|---|---|---|
| Patient Name | Date of Birth | Claim Number | Case Manager |

**To be completed by physician:**

1. DATE FIRST TREATED — 3-16-11      Generalized osteoarthritis 715.09
   DATE LAST TREATED — 3-26-12       Ehlers-Danlos
   NEXT OFFICE VISIT — ~9-26-12      DIAGNOSIS(ES) WITH ASSOCIATED ICD-9 CODES

2. For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:

   ☑ **SEDENTARY** — Lifting / carrying up to 10 pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
   ☐ **LIGHT** — Lifting / carrying up to 20 pounds occasionally, sitting at least occasionally and standing / walking frequently.
   ☐ **MEDIUM** — Lifting / carrying up to 50 pounds occasionally; sitting, standing and / or walking constantly.
   ☐ **HEAVY** — Lifting / carrying up to 100 pounds occasionally; sitting, standing and / or walking constantly.
   ☐ **VERY HEAVY** — Lifting / carrying over 100 pounds occasionally; sitting, standing and / or walking constantly.

   | KEY: | **OCCASIONALLY** Up to 20 Minutes / Hour Up to 2 ½ Hours / Day | **FREQUENTLY** Up to 40 Minutes / Hour Up to 5 ½ Hours / Day | **CONSTANTLY** Over 40 Minutes / Hour Over 5 ½ Hours / Day |
   |---|---|---|---|

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.
   1) For physical diagnoses, describe the type of task (hand, grasp, etc.) *AND* frequency *(SEE KEY)*.
   2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.

   No prolonged sitting, standing, repetitive activity

4. RESTRICTIONS IMPOSED FROM ____permanent____ TO ____restrictions____.

5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?_____

   Permanent disability - ongoing medications only partially effective

6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?
   See attached note

7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM_____ TO_____.

| Linda Belhm | MD- Rheumatology | 56-109 9 264 |
|---|---|---|
| Provider's Name (Please Print) | Degree *AND* Area of Specialty | Social Security or Tax ID Number |
| 4464 Ben Franklin blvd | 919-220-5361 | 919-226-2627 |
| Street Address | Telephone Number | Fax Number |
| Durham, NC 27704 | [signature] | 3-29-12 |
| City, State & Zip Code | Signature | Date |

**LIN000978**



# *FAX COVER SHEET*

**Date:** Thursday, March 29, 2012

**To:**  Dr. Linda Belhorn

**Fax #:** 19192202627

**From:** Rose.Raines@LibertyMutual.com

**Phone #:**

**Fax #:**

**Pages
(including cover):**    08

**Notes:** Claim: 4087659 — PIFER — Fax: (919) 220-2627

**LIN000979**



Triangle
Orthopaedic
Associates, P.A.

Diplomats
American Board of Internal Medicine
Subspecialty Rheumatology

## Statement

Date: ___4-4-2012___

Patient Name and Address: ___Rebecca Pifer___ ( ███ 60 )
___9719 Rougemont Rd.___
___Bahama, NC    27503___
_____

Fee Charge $ ___50.00___ (for form and records)

Please remit fee to ___T O A___, at the address below.

Tax ID ___56- 1079264___

Note: This information contained in this facsimile may be privileged and confidential and protected from disclosure. If the reader of this facsimile is not the intended recipient, you are hereby notified that any reading dissemination, distribution, copying, or other use of this facsimile is strictly prohibited. If you received this facsimile in error, please notify the sender immediately by telephone (919)220-5306 and destroy this facsimile.

4004 Ben Franklin Blvd.
Durham, NC 27704
Office (919) 220-5306 Fax (919) 220-2627
www.durhamrheumatology.com

**LIN000980**

**LINDA R. BELHORN, M.D.**
Phone: 919-220-5306
Fax:    919-220-2627

4004 Ben Franklin Blvd.
Durham, NC  27704

---

**PIFER, REBECCA**
**DOB:** ███ 60

**MARCH 26, 2012**

**MEDICATIONS:** Celebrex 200 mg b.i.d., tramadol 50 mg q.d., trazodone 50 mg q.h.s., gabapentin 600 mg b.i.d., lithium 100 mg q.d.

**SUBJECTIVE:** The patient returns for followup of her generalized osteoarthritis and Ehlers-Danlos syndrome. She has had a left bunionectomy in August of 2011 and a right bunionectomy in December of 2011. She is continuing to wear a boot for the past 4 months on her right foot. She will hopefully be off of this within one more month. She has had to learn how to alter her gait because of her recent surgeries. She continues to recover from her right shoulder surgery by Dr. Mallon in May with partial subscapular repair and biceps tenotomy. She continues to apply for Social Security disability. She will be seeking the assistance of an attorney. She feels that she has some residual discomfort from her right shoulder surgery. Other complaints include fatigue, alopecia, tension headaches, dry eyes, blurry vision, and shortness of breath when she has panic attacks. She has also recently developed tremors of her hands. She was seen by Dr. Kallianos and had an MRI of her brain performed last week. She has also had some other neurologic symptoms including difficulty with her speech and intermittent numbness of her hands. She has seen a neurologist in the past for possible multiple sclerosis like symptoms. She will most likely be referred to Raleigh Neurology in the near future. She denies any indigestion, diarrhea, constipation, oral ulcers, dry mouth, or recent infections. She continues to feel that Celebrex and tramadol are controlling her symptoms reasonably well. She does awaken in pain every morning and takes tramadol in the morning with partial benefit of her symptoms.. Her review of systems is otherwise unremarkable.

**FAMILY HISTORY:** Reviewed and no change noted

**SOCIAL HISTORY:** Reviewed and no change noted

**PHYSICAL EXAM:** The patient is a well-developed well-nourished white female in no acute distress. Blood pressure 141/76; pulse 86; weight 138 pounds, increased 3 pounds.   HEENT-PERRL, EOMI; oropharynx without erythema or exudate; Heart-S1 S2 RRR; Lungs-clear to auscultation;   Extremities-no edema; Skin-no rash; Musculoskeletal-the right lower extremity was in a boot. There was mild loss of range of motion in the right shoulder. There was decreased range of motion in the cervical spine in all planes. There were Heberden's nodes of the interphalangeal joints of the thumbs.

**IMPRESSION:**

1. Generalized osteoarthritis-The patient is generally stable on Celebrex and tramadol. She remains significantly disabled because of her multiple problems including her previous right shoulder surgery, and her recent bunionectomies. She is tolerating her medications without side effects. A copy of her recent labs performed by Dr. Kallianos will be requested.

2. Osteopenia-The patient will continue calcium and vitamin D.

3. Ehlers-Danlos syndrome-The patient continues to recover from her recent bunionectomies.

4. Neurologic symptoms including tremors and paresthesias-The patient is being evaluated by Dr. Kallianos for an MRI and will most likely be referred to Raleigh Neurology in the near future.

**PLAN:**

1. Continue Celebrex and tramadol

LIN000981

2. Request recent labs from Dr. Kallianos
3. Return to clinic in 6 months


**LINDA R. BELHORN, M.D.**

cc: Dr. Kallianos        477-6131

LIN000982

# LINDA R. BELHORN, M.D.

Phone: 919-220-5306
Fax:    919-220-2627

4004 Ben Franklin Blvd.
Durham, NC  27704

---

## PIFER, REBECCA
DOB: ████60

## JULY 14, 2011

**MEDICATIONS:** Celebrex 200 mg b.i.d., tramadol 50 mg q.d., trazodone 50 mg q.h.s., gabapentin 600 mg b.i.d., lithium 100 mg q.d.

**SUBJECTIVE:** The patient returns for followup of her generalized osteoarthritis and Ehlers-Danlos syndrome. She underwent shoulder surgery by Dr. Mallon with an arthroscopic partial subscapular repair as well as biceps tenotomy. She is having minimal pain and has remained on Celebrex and tramadol. She will be continuing physical therapy until August. She also has very severe bunions and has had a rupture of the bursa of her left bunion. She is scheduled to have surgery by podiatry, Dr. Barry Johnson on August 10. She has had some pain involving her left arm related to overuse. She also continued to have significant fatigue. She has been out of work since February and will currently be on long-term disability. She has a policy that will go for the long-term but was encouraged to apply for SSI also. Other complaints include dry eye symptoms. She denies any chest pain, shortness of breath, indigestion, diarrhea, constipation, oral ulcers, sinus symptoms, weight gain, rash, alopecia, headache, or dizziness.

**FAMILY HISTORY:** Reviewed and no change noted

**SOCIAL HISTORY:** Reviewed and no change noted

**PHYSICAL EXAM:** The patient is a well-developed well-nourished white female in no acute distress. Blood pressure 120/70; pulse 72; weight 135 pounds, increased 1 pound. HEENT-PERRL, EOMI; oropharynx without erythema or exudate;  Heart-S1 S2 RRR;  Lungs-clear to auscultation;    Extremities-no edema; Skin-no rash; Musculoskeletal-there right arm was in a sling and was not evaluated. There was full range of motion in the left shoulder. There was loss of range of motion in the cervical spine in all planes. There was 1+ tenderness of the lumbar spine. There were Heberden's nodes of the interphalangeal joints of the thumbs.

**IMPRESSION:**

1. Generalized osteoarthritis-The patient  is reasonably stable on her current regimen of Celebrex and tramadol. She denies any significant side effects associated with her medications. She has undergone left shoulder surgery by Dr. Mallon in May with a partial subscapular repair and biceps tenotomy. She has continued to have physical therapy. She will continue her current regimen.
2. Osteopenia of the hips-The patient will continue calcium and vitamin D. Her last vitamin D level in April was normal.
3. Ehlers-Danlos syndrome-The patient has very significant bunions and will be having surgery on her left bunion in August because of a ruptured bursa. She will most likely have a sequential right bunionectomy at some point after she has recovered from her left bunionectomy.

**PLAN:**

1.  Continue Celebrex and tramadol
2.  Return to clinic in 6 months

LINDA R. BELHORN, M.D.

cc: Dr. Paul Wright 471-6524

LIN000983

**LINDA R. BELHORN, M.D.**
Phone: 919-220-5306                                                                    4004 Ben Franklin Blvd.
Fax:    919-220-2627                                                                    Durham, NC 27704

---

PIFER, REBECCA
DOB: ██████60

APRIL 13, 2011

**MEDICATIONS:** Celebrex 200 mg b.i.d., tramadol 50 mg q.d., trazodone 50 mg q.h.s., gabapentin 600 mg b.i.d., promethium 100 mg q.d.

**SUBJECTIVE:** The patient returns for followup of her generalized osteoarthritis and Ehlers-Danlos syndrome. She had x-rays performed at her last visit of her cervical spine and her hands. She had moderate osteoarthritis in her cervical spine but her hands were normal. Laboratory studies were unremarkable. She had an MRI of her right shoulder performed on March 24 that revealed a posterior labral tear with evidence of partial healing. There was no evidence of the rotator cuff tear. There was mild osteoarthritis of the glenohumeral and acromioclavicular joints. The patient continues to have very significant loss of range of motion in her right shoulder. She was seen by Dr. Wright, and the possibility of a cortisone injection or an open surgical procedure was discussed. The patient would like to get a second opinion. Her short-term disability was denied by her company and she is planning to appeal this. She does have a long-term policy through her company. She was started on Celebrex at her last visit and feels that this has improved her symptoms. She is tolerating it without dyspepsia. She was also started on tramadol and takes this primarily in the evening because she feels that it makes her a little bit drowsy. She also had a bone mineral density study performed on April 13, 2011. This revealed osteopenia of the hips with a T score of -1.7 on the right hip and -1.6 on the left. The density was normal in the lumbar spine with a T score of -1.0. She has come today to discuss recommendations for her osteopenia. Her review of systems is otherwise unremarkable.

**FAMILY HISTORY:** Reviewed and no change noted

**SOCIAL HISTORY:** Reviewed and no change noted

**PHYSICAL EXAM:** The patient is a well-developed, well-nourished white female in no acute distress. Blood pressure 152/87; pulse 71; weight 134 pounds. HEENT-PERRL, EOMI; oropharynx without erythema or exudate; Heart-SI S2 RRR; Lungs-clear to auscultation;  Extremities-no edema; Skin-no rash; Musculoskeletal-there was very significant loss of range of motion in the right shoulder in all planes. There was hallux valgus bilaterally. There were Heberden's of the interphalangeal joint pounds. There was 1+ tenderness of the shoulders bilaterally. There was decreased range of motion in the cervical spine in all planes. There was one to tenderness of the lumbar spine and paralumbar areas.

**IMPRESSION:**

1. Generalized osteoarthritis-The patient has radiographic evidence of osteoarthritis in her cervical spine. Her hand x-rays were read as normal but she does have evidence of Heberden's nodes in her hands. She has previously had x-rays of her knees and shoulders by Dr. Wright. The MRI of her right shoulder on March 24 revealed a posterior labral tear and mild degenerative change at the glenohumeral and acromioclavicular joints. Her right shoulder is clearly her worst area of involvement. She would like a second opinion regarding her labral tear, and will be referred to Dr. Mallon at Triangle Orthopedics. It is felt this is significantly contributing to her disability. She is planning to file an appeal for her short-term disability, which was recently denied. She also continues to recover from an ACL tear on the right in December of 2010.

2. Osteopenia of the hips-The patient has relatively mild osteopenia of her hips and it will be recommended that she begin calcium 500 mg b.i.d. and vitamin D supplementation 800- 1,000 units q.d. She will have a vitamin D level checked today for further evaluation.

3. Ehlers-Danlos syndrome-The patient has had improvement in her pain with the initiation of Celebrex and tramadol.

**LIN000984**

**PLAN:**

1. 25-hydroxy vitamin D level
2. Continue Celebrex and tramadol
3. Referral to Dr. Mallon at Triangle Orthopedics for right posterior labral tear
4. Return to clinic in 3 months

**LINDA R. BELHORN, M.D.**

cc: Dr. Paul Wright 471-6524

**LIN000985**



**LabCorp** LabCorp Burlington
Laboratory Corporation of America   1447 York Court, Burlington, NC 27215-3361

Phone: 800-762-4344

| SPECIMEN 103-197-4079-0 | TYPE S | PRIMARY LAB BN | REPORT STATUS COMPLETE | Page #: 1 |
|---|---|---|---|---|

| ADDITIONAL INFORMATION |
|---|
| FASTING: N |
| PHONE: 919-596-4264   DOB: 7/02/1960 |

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| PIFER,REBECCA | F | 50 / 9 |

PT. ADD.: 9 SEAWELL CT
DURHAM          NC          27703-0000

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 4/13/2011 | 11:17 | 4/13/2011 | 4/14/2011 | 5:36 | 4389 |

| CLINICAL INFORMATION |
|---|
| CD-20078953744 |

| PHYSICIAN ID. BELHORN L | NPI 1043201692 | PATIENT ID. 8249 |
|---|---|---|

ACCOUNT: Linda R Belhorn MD

4004 Ben Franklin Blvd
Durham          NC   27704-0000
ACCOUNT NUMBER:   32445905

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|

Vitamin D, 25-Hydroxy
   Vitamin D, 25-Hydroxy          44.9      ng/mL          32.0 - 100.0      01
   Recent studies consider the lower limit of 32.0 ng/mL to be a
   threshold for optimal health.
   Hollis BW. J Nutr. 2005 Feb;135(2):317-22.

LAB: 01 BN    LabCorp Burlington            DIRECTOR: William F Hancock  MD
1447 York Court, Burlington,  NC 27215-3361

| Pat Name: PIFER,REBECCA | Pat ID: 8249 | Spec #: 103-197-4079-0 | Seq #: 4389 |
|---|---|---|---|

**Results are Flagged in Accordance with Age Dependent Reference Ranges**
Last Page of Report                                    LCM Version: 03.25.00

4-14-11)
Vit D level is LowL ⟹ Low am

**LIN000986**

# RETURN FAX COVERSHEET
## Please use this page as coversheet when responding to request

DATE: March 29, 2012

TO: John Callianos
ATTN: Sylvia

SECURE FAX#: (919) 477-6131

RETURN TO: Rose Raines
SECURE FAX#: (603) 430-1748
CLAIM #:

RE: RE: Long Term Disability Benefits
Patient: Rebecca Pifer
DOB: July 02, 1960
Claim Number:



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1748

**THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU MAY HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.**
`<nocover>`

LIN000987



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1748

March 29, 2012

John Callianos
ATTN: Sylvia
4309 Medical Park Drive
Suite 100
Durham, NC 27704

RE:     Long Term Disability Benefits
        Patient:  Rebecca Pifer
        DOB: ███████ 1960
        Claim Number:  4087659

Dear Sylvia:

We are the disability benefits carrier for your patient, Rebecca Pifer, and are requesting specific medical information in order to further evaluate Ms. Pifer's disability benefits.  Please provide the following:

Completed Restrictions Form
All treatment notes, diagnostic test results and procedure reports from March 13, 2012.

Please fax the information back to my attention at 1-603-430-1748 or mail to the above address by April 9, 2012.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to your patient, we have provided your office with a HIPAA compliant authorization signed by your patient allowing the release of information to our company.  This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Pifer's signature.  If you have any questions, please contact me directly.

Sincerely,

Rose Raines
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 14257
Secure Fax No.: (603) 430-1748

**LIN000988**

Sincerely,

Rose Raines
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 14257
Secure Fax No.: (603) 430-1748

Forms Attached:
  Restrictions

**LIN000989**



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1748

## RESPONSE COVERSHEET

**In order to facilitate accurate and timely processing of this claim, please include this cover sheet along with your response to this request.**

**PLEASE USE BLACK INK WHEN COMPLETING FORMS.**

**Document Type:** Medical

**Claim Number:** 4087659

**Employee/Claimant Name:** REBECCA PIFER

**Provider's Name:** John Callianos

**LIN000990**



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1748

## Restrictions Form

| REBECCA PIFER | ■1960 | 4087659 | Rose Raines |
|---|---|---|---|
| **Patient Name** | **Date of Birth** | **Claim Number** | **Case Manager** |

**To be completed by physician:**

1. **DATE FIRST TREATED** – _____ _____

   **DATE LAST TREATED** – _____ _____

   **NEXT OFFICE VISIT** – _____

   **DIAGNOSIS(ES) WITH ASSOCIATED ICD-9 CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

   ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.

   ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.

   ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.

   ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.

   ☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

   | **KEY:** | **OCCASIONALLY** Up to 20 Minutes / Hour Up to 2 ½ Hours / Day | **FREQUENTLY** Up to 40 Minutes / Hour Up to 5 ½ Hours / Day | **CONSTANTLY** Over 40 Minutes / Hour Over 5 ½ Hours / Day |
   |---|---|---|---|

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.**
   1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY)*.
   2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.

   _____

   _____

   _____

   _____

4. **RESTRICTIONS IMPOSED FROM** _____ **TO** _____ .

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?**_____

   _____

   _____

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

   _____

   _____

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM**_____**TO**_____.

| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
|---|---|---|
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

**LIN000991**

# RETURN FAX COVERSHEET
## Please use this page as coversheet when responding to request

DATE: March 29, 2012

TO: Dr. Linda Belhorn
ATTN:

SECURE FAX#: (919) 220-2627

RETURN TO: Rose Raines
SECURE FAX#: (603) 430-1748
CLAIM #: 4087659



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1748

RE: RE: Long Term Disability Benefits
Patient: Rebecca Pifer
DOB: July 02, 1960
Claim Number: 4087659

**THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU MAY HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.**
`<nocover>`

LIN000992



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1748

March 29, 2012

Dr. Linda Belhorn
4004 Ben Franklin Blvd
Durham, NC 27704

RE:     Long Term Disability Benefits
        Patient:  Rebecca Pifer
        DOB: ████ 1960
        Claim Number:  4087659

Dear Dr. Belhorn:

We are the disability benefits carrier for your patient, Rebecca Pifer, and are requesting specific medical information in order to further evaluate Ms. Pifer's disability benefits.  Please provide the following:

- Completed Restrictions Form
- All treatment notes, diagnostic test results and procedure reports from April 1, 2011 to March 26, 2012.
- Your treatment plan and an estimated return to work date.

Please fax the information back to my attention at 1-603-430-1748 or mail to the above address by April 12, 2012.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to your patient, we have provided your office with a HIPAA compliant authorization signed by your patient allowing the release of information to our company.  This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Pifer's signature.  If you have any questions, please contact me directly.

Sincerely,

*Rose Raines*

Rose Raines
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 14257
Secure Fax No.: (603) 430-1748

**LIN000993**

## AUTHORIZATION TO OBTAIN AND RELE ASE INFORMATION

 **Liberty Mutual.**

Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:** Rose Raines

EMPLOYEE/CLAIMANT NAME: REBECCA PIFER
CLAIM NO: 4087659
EMPLOYER/SPONSOR: BLUE CROSS & BLUE SHIELD OF NC          DATE OF BIRTH: ■1960

I **authorize** any licensed physician, medical provider, hospital, medical facility, pharma y, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit c consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following ir ormation to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representat e, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1.  Medical information with respect to any physical or mental condition and/or treatme t of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and men l health.

2.  Information with respect to: job duties, earnings, employment applications, personne records, and other work related information; records and information related to any insurance coverage and claims filed; credit informatio including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of ederal and State tax returns; including attachments; and academic transcripts.

3.  Information concerning Social Security benefits, including, but not limited to, month y benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query and a y benefits to which my dependents may be eligible under my record. This information may also be released to my employer for administ ation of my employer sponsored benefits.

I **understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any i formation obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies i the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease managem nt or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims m nagement and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purp ses of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit progr ms, persons or organizations providing medical treatment or services in connection with my claim, or as may be otherwise permitted or i quired by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance compani or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure ir connection with insurance transactions.

If I receive a disability benefit greater than that which I should have been paid, I underst id that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, if any.

I **understand** that any person who knowingly, and with intent to injure, defraud, or dece e the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be g ilty of a criminal act punishable under law.

I **know** that I may request a copy of this Authorization. I agree that a photographic copy f this Authorization shall be as valid as the original. This Authorization shall become effective on the date appearing next to my signature bel w. I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right t revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to whic I submit a claim.

_Rebecca Lane Pifer_
Print Name

_July 2, 1960_
Date of Birth

_Rebecca Lane Pifer_
Signature

_September 26, 2011_
Date

DP 432 Rev 02/09

**LIN000994**

Case 1:22-cv-00186-WO-JLW   Document 22   Filed 10/24/22   Page 231 of 538

Forms Attached:
 Restrictions

LIN000995



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1748

## RESPONSE COVERSHEET

**In order to facilitate accurate and timely processing of this claim, please include this cover sheet along with your response to this request.**

**PLEASE USE BLACK INK WHEN COMPLETING FORMS.**

**Document Type:** Medical

**Claim Number:** 4087659

**Employee/Claimant Name:** REBECCA PIFER

**Provider's Name:** Dr. Linda Belhorn

**LIN000996**



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1748

## Restrictions Form

| REBECCA PIFER | ▮1960 | 4087659 | Rose Raines |
|---|---|---|---|
| **Patient Name** | **Date of Birth** | **Claim Number** | **Case Manager** |

**To be completed by physician:**

1. **DATE FIRST TREATED** – _____   _____

   **DATE LAST TREATED** – _____   _____

   **NEXT OFFICE VISIT** – _____   **DIAGNOSIS(ES) WITH ASSOCIATED ICD-9 CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

   ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.

   ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.

   ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.

   ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.

   ☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

   | **KEY:** | **OCCASIONALLY** Up to 20 Minutes / Hour Up to 2 ½ Hours / Day | **FREQUENTLY** Up to 40 Minutes / Hour Up to 5 ½ Hours / Day | **CONSTANTLY** Over 40 Minutes / Hour Over 5 ½ Hours / Day |
   |---|---|---|---|

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.**   1) **For physical diagnoses, describe the type of task (bend, grasp, etc.) _AND_ frequency _(SEE KEY)._**
   2) **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

   _____

   _____

   _____

   _____

4. **RESTRICTIONS IMPOSED FROM** _____ **TO** _____.

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?**_____

   _____

   _____

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

   _____

   _____

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM**_____**TO**_____.

| **Provider's Name (Please Print)** | **Degree _AND_ Area of Specialty** | **Social Security or Tax ID Number** |
|---|---|---|
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

**LIN000997**

# RETURN FAX COVERSHEET

## Please use this page as coversheet when responding to request

DATE:     March 29, 2012

TO:     Dr. John Callianos
ATTN:

SECURE FAX#: (919) 477-6131

RETURN TO:   Rose Raines
SECURE FAX#: (603) 430-1748
CLAIM #:

RE:     RE: Long Term Disability Benefits
      Patient:  Rebecca Pifer
      DOB: July 02, 1960
      Claim Number:  4087659



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1748

**THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU MAY HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.**
`<nocover>`

LIN000998



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1748

March 29, 2012

Dr. John Callianos
4309 Medical Park Drive
SUITE 100
Durham, NC 27704

RE:    Long Term Disability Benefits
       Patient:  Rebecca Pifer
       DOB: █████ 1960
       Claim Number:  4087659

Dear Dr. Callianos:

We are the disability benefits carrier for your patient, Rebecca Pifer, and are requesting specific medical information in order to further evaluate Ms. Pifer's disability benefits. Please provide the following:

- Completed Restrictions Form
- All treatment notes, diagnostic test results and procedure reports from March 13, 2012.

Please fax the information back to my attention at 1-603-430-1748 or mail to the above address by April 9, 2012.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to your patient, we have provided your office with a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Pifer's signature. If you have any questions, please contact me directly.

Sincerely,

*Rose Raines*

Rose Raines
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 14257
Secure Fax No.: (603) 430-1748

**LIN000999**

# AUTHORIZATION TO OBTAIN AND RELE SE INFORMATION


## Liberty Mutual.

Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:** ___Rose Raines___

EMPLOYEE/CLAIMANT NAME: REBECCA PIFER
CLAIM NO: 4087659
EMPLOYER/SPONSOR: BLUE CROSS & BLUE SHIELD OF NC          DATE OF BIRTH: ███/1960

**I authorize** any licensed physician, medical provider, hospital, medical facility, pharma y, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit ( consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following ir ormation to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representat e, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatme t of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and ment l health.

2. Information with respect to: job duties, earnings, employment applications, personne records, and other work related information; records and information related to any insurance coverage and claims filed; credit informatio including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of ederal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, month y benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query and a y benefits to which my dependents may be eligible under my record. This information may also be released to my employer for adminisl ation of my employer sponsored benefits.

**I understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any i formation obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies i the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease managem nt or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims m nagement and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purp ses of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit progr ms, persons or organizations providing medical treatment or services in connection with my claim, or as may be otherwise permitted or i quired by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance compani or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure ir connection with insurance transactions.

If I receive a disability benefit greater than that which I should have been paid, I underst d that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, if any.

**I understand** that any person who knowingly, and with intent to injure, defraud, or dece e the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be g ilty of a criminal act punishable under law.

**I know** that I may request a copy of this Authorization. I agree that a photographic copy f this Authorization shall be as valid as the original. This Authorization shall become effective on the date appearing next to my signature bel w. I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right t revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to whic I submit a claim.

_Rebecca Lane Pifer_
Print Name

_July 2, 1960_
Date of Birth

_Rebecca Lane Pifer_
Signature

_September 26, 2011_
Date

DP 432 Rev 02/09

**LIN001000**

Forms Attached:
 Restrictions

LIN001001



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1748

# RESPONSE COVERSHEET

**In order to facilitate accurate and timely processing of this claim, please include this cover sheet along with your response to this request.**

**PLEASE USE BLACK INK WHEN COMPLETING FORMS.**

**Document Type:** Medical

**Claim Number:** 4087659

**Employee/Claimant Name:** REBECCA PIFER

**Provider's Name:** Dr. John Callianos

LIN001002



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1748

# Restrictions Form

| REBECCA PIFER | ▮1960 | 4087659 | Rose Raines |
|---|---|---|---|
| **Patient Name** | **Date of Birth** | **Claim Number** | **Case Manager** |

## To be completed by physician:

1. **DATE FIRST TREATED** – _____  _____

   **DATE LAST TREATED** – _____  _____

   **NEXT OFFICE VISIT** – _____  **DIAGNOSIS(ES) WITH ASSOCIATED ICD-9 CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

   ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.

   ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.

   ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.

   ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.

   ☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

   | **KEY:** | **OCCASIONALLY** Up to 20 Minutes / Hour Up to 2 ½ Hours / Day | **FREQUENTLY** Up to 40 Minutes / Hour Up to 5 ½ Hours / Day | **CONSTANTLY** Over 40 Minutes / Hour Over 5 ½ Hours / Day |
   |---|---|---|---|

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.**
   1) **For physical diagnoses, describe the type of task (bend, grasp, etc.) _AND_ frequency _(SEE KEY)._**
   2) **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

   _____

   _____

   _____

   _____

4. **RESTRICTIONS IMPOSED FROM _____ TO _____.**

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?_____**

   _____

   _____

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

   _____

   _____

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM_____ TO_____.**

| **Provider's Name (Please Print)** | **Degree _AND_ Area of Specialty** | **Social Security or Tax ID Number** |
|---|---|---|
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

**LIN001003**

# PODIATRY ASSOCIATES OF WINSTON-SALEM, INC.
## J. BARRY JOHNSON, DPM
## DEEP PATEL, DPM
3314 Healy Drive, Suite 102
Winston-Salem, NC 27103
Telephone: (336) 768-1267
Fax: (336) 768-9336

## FACSIMILE TRANSMISSION

### ***CONFIDENTIALITY STATEMENT***

THE MATERIAL TRANSMITTED AND COMMUNICATED HEREIN IS INTENDED ONLY
FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED. IF YOU
ARE NOT THE INTENDED RECIPIENT OR THE INDIVIDUAL RESPONSIBLE FOR
DELIVERING THIS COMMUNICATION TO THE INTENDED RECIPIENT, YOU ARE
HEREBY NOTIFIED THAT ANY DISCLOSURE OF THE CONTENT OF THIS
COMMUNICATION IS STRICTLY PROHIBITED.

TO: Rose Raines

FAX NUMBER: 603 - 430 - 1748.

PHONE NUMBER:

DATE: 3/27/12    #OF PAGES (including cover page):

RE: Rebecca Pifer

FROM: Lori

MESSAGE:

Please call (336) 768-1267 if you do not receive the number of pages indicated above.

LIN001004


**Liberty Mutual.**

Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1748

March 22, 2012

Dr. J. Barry Johnson
3314 Healy Dr
SUITE 102
Winston-Salem, NC 27103

RE:   Long Term Disability Benefits
      Patient: Rebecca Pifer
      DOB: ████ 1960
      Claim Number: 4087659

Dear Dr. Johnson:

We are the disability benefits carrier for your patient, Rebecca Pifer, and are requesting specific medical information in order to further evaluate Ms. Pifer's disability benefits. Please provide the following:

- Completed Restrictions Form
- All treatment notes, diagnostic test results and procedure reports from March 20, 2012.
- Your treatment plan and an estimated return to work date.

Please fax the information back to my attention at 1-603-430-1748 or mail to the above address by April 5, 2012.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to your patient, we have provided your office with a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Pifer's signature. If you have any questions, please contact me directly.

Sincerely,

*Rose Raines*

Rose Raines
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 14257
Secure Fax No.: (603) 430-1748

LIN001005

## AUTHORIZATION TO OBTAIN AND RELE. SE INFORMATION



**Liberty Mutual.**

Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

Return To:   Rose Raines

| | |
|---|---|
| EMPLOYEE/CLAIMANT NAME: REBECCA PIFER | |
| CLAIM NO: 4087659 | |
| EMPLOYER/SPONSOR: BLUE CROSS & BLUE SHIELD OF NC | DATE OF BIRTH: ▉1960 |

I authorize any licensed physician, medical provider, hospital, medical facility, pharma y, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit ( consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following in ormation to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representat e, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatme t of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and men⁀ l health.

2. Information with respect to: job duties, earnings, employment applications, personne records, and other work related information; records and information related to any insurance coverage and claims filed; credit informatio including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of ederal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, month y benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query and a y benefits to which my dependents may be eligible under my record. This information may also be released to my employer for administ ation of my employer sponsored benefits.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any i formation obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies i the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease managen nt or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims m nagement and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purp ses of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit progr ms, persons or organizations providing medical treatment or services in connection with my claim, or as may be otherwise permitted or quired by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance compani or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

If I receive a disability benefit greater than that which I should have been paid, I underst nd that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, if any.

I understand that any person who knowingly, and with intent to injure, defraud, or dece e the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be g ilty of a criminal act punishable under law.

I know that I may request a copy of this Authorization. I agree that a photographic copy f this Authorization shall be as valid as the original. This Authorization shall become effective on the date appearing next to my signature bel w. I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right t revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to whic I submit a claim.

*Rebecca Lane Pifer*                              *July 2, 1960*
Print Name                                        Date of Birth

*Rebecca Lane Pifer*                              *September 26, 2011*
Signature                                         Date

DP 432 Rev 02/09

LIN001006

Forms Attached:
 Restrictions

LIN001007



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1748

## RESPONSE COVERSHEET

**In order to facilitate accurate and timely processing of this claim, please include this cover sheet along with your response to this request.**

**PLEASE USE BLACK INK WHEN COMPLETING FORMS.**

**Document Type:** Medical

**Claim Number:**    4087659

**Employee/Claimant Name:**  REBECCA PIFER

**Provider's Name:** Dr. J. Barry Johnson

LIN001008





# FAX COVER SHEET

**Date:** Thursday, March 22, 2012

**To:**  Dr. J. Barry Johnson

**Fax #:** 13367689336

**From:** Rose.Raines@LibertyMutual.com

**Phone #:**

**Fax #:**

**Pages
(including cover):**    08

**Notes:** Claim: 4087659 — PIFER — Fax: (336) 768-9336

LIN001009



## Liberty Mutual.

Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1748

### Restrictions Form

| REBECCA PIFER | 1960 | 4087659 | Rose Raines |
|---|---|---|---|
| Patient Name | Date of Birth | Claim Number | Case Manager |

#### To be completed by physician:

1. DATE FIRST TREATED — 7/7/2011

   DATE LAST TREATED — 3/20/2012

   NEXT OFFICE VISIT — _____

   Gastrocnemius equinus (722.81)
   Hallux Abducto Valgus (735.0)
   Tailors bunion (727.1)

   **DIAGNOSIS(ES) WITH ASSOCIATED ICD-9 CODES**

2. For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:

   ☐ **SEDENTARY** — Lifting / carrying up to 10 pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
   ☑ **LIGHT** — Lifting / carrying up to 20 pounds occasionally, sitting at least occasionally and standing / walking frequently.
   ☐ **MEDIUM** — Lifting / carrying up to 50 pounds occasionally; sitting, standing and / or walking constantly.
   ☐ **HEAVY** — Lifting / carrying up to 100 pounds occasionally; sitting, standing and / or walking constantly.
   ☐ **VERY HEAVY** — Lifting / carrying over 100 pounds occasionally; sitting, standing and / or walking constantly.

   | KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
   |---|---|---|---|
   | | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
   | | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.
   1) For physical diagnoses, describe the type of task (bend, grasp, etc.) AND frequency (SEE KEY).
   2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.

   _____

   _____

   _____

4. RESTRICTIONS IMPOSED FROM 8/24/2011 TO current.

5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?

   Follow up appointment 2 weeks from last ov.

6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?

   patient is limited weight bearing, wearing surgical shoe.

7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM _____ TO 3/20/2012.

| J. Barry Johnson | DPM | 566952278 |
|---|---|---|
| Provider's Name (Please Print) | Degree AND Area of Specialty | Social Security or Tax ID Number |
| 3314 Healy DR, Suite 102 | 336-768-1267 | 336-768-9336 |
| Street Address | Telephone Number | Fax Number |
| Winston Salem, NC 27103 | Signature | 3/23/2012 |
| City, State & Zip Code | | Date |

LIN001010

# RETURN FAX COVERSHEET

## Please use this page as coversheet when responding to request

DATE:          March 22, 2012


**Liberty Mutual.**

TO:            Dr. J. Barry Johnson
ATTN:

SECURE FAX#: (336) 768-9336

RETURN TO:    Rose Raines
SECURE FAX#: (603) 430-1748
CLAIM #:      4087659

Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, RY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1748

RE:            RE: Long Term Disability Benefits
               Patient: Rebecca Pifer
               DOB: July 02, 1960
               Claim Number: 4087659

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU MAY HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.
<nocover>

LIN001011

DOB: 07/02/1960

**12/28/11**: Outpatient Surgery right foot Piedmont Surgical Center.

**01/06/12**
**SUBJECTIVE:** Patient had to cancel

**02/07/12**
**SUBJECTIVE:** Patient states that this time she kept her right foot elevated a lot more and had no discomfort after two days. She is present with her husband Dr. Mark Pifer.

**OBJECTIVE:** The cast was intact and removed. The right foot looks very good with minimal edema present. Incisions are all dry and well healed. Patient is pulling up the hallux and lesser digits. The hallux is slightly cocked. There is pretty good motion in the 1st MTP joints with some limitation of plantar flexion. X-rays DP and Lateral right foot reveal the base wedge osteotomy is well aligned with some evidence of early healing. The 1st MTP joint is well aligned as well. The 5th metatarsal head has moved a little more medial but is still plantar positioned.

**ASSESSMENT:**
     1)  Excellent post op progress.

**PLAN:** Betadine and DSD bandage all digits down. Advised patient not to pull her toes up as this could cause dorsal contracture. Also advise patient to passively move the right hallux especially in plantar flexion. Reapply BK cast with walking heel just for touch down but no weight bearing. FOV in 2 weeks.

**3/20/2012**
**SUBJECTIVE:** Patient states that she has been moving her right big toe about 3x a day. She states that she has been putting some weight on her right foot.

**OBJECTIVE:** The B-K cast intact and removed. There is little or no edema present in the right foot today. The right hallux dorsiflexes well with a slight amount of limitation in plantar flexion. X-rays DP and lateral reveal the base wedge osteotomy is still not healed. There is some external bone callus present medially and laterally. Sagital plant alignment is excellent.

**ASSESSMENT:**
     1)  Delayed union 1st metatarsal base osteotomy
     2)  Some slight amount of limitation of plantar flexion 1st MTP joint right foot

**PLAN:** Patient is still wanting to extend her lesser digits right foot. Advised patient that she has to relax her toes or she will develop a contracture of the EDL tendons and may require surgery to get her toes down. Recommend immobilization in a UB to provide some support for her ankle and further control of her edema. Dispensed 1st ray splint for ambulation. Advised patient to continue with limited weight bearing with elevation when not up on her foot. FOV in 2 weeks for removal of UB. Recommend plantar flexion exercises to the right hallux 10X 4X a day.

**LIN001012**

Rebecca Pifer
DOB: ████/1960


J. Barry Johnson, DPM

JBJ:sgy

LIN001013

# RETURN FAX COVERSHEET
## Please use this page as coversheet when responding to request

DATE:       March 22, 2012

TO:        Rebecca Pifer
ATTN:

SECURE FAX#: (919) 477-0377

RETURN TO:  Rose Raines
SECURE FAX#: (603) 430-1748
CLAIM #:     4087659

RE:        RE: Long Term Disability Benefits
Blue Cross & Blue Shield of NC
Claim #: 4087659



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1748

**THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU MAY HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.**
`<nocover>`

LIN001014



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1748

March 22, 2012

Rebecca Pifer
9719 Rougemont Rd.
Bahama, NC 27503

RE:    Long Term Disability Benefits
       Blue Cross & Blue Shield of NC
       Claim #: 4087659

Dear Ms. Pifer:

Per your request, please find a copy of your Long Term Disability Policy with Blue Cross &
Blue Shield of NC.

If you have any questions, please call me at the number below.

Sincerely,

Rose Raines
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 14257
Secure Fax No.: (603) 430-1748

**LIN001015**

# RETURN FAX COVERSHEET

## Please use this page as coversheet when responding to request

DATE:   March 22, 2012

TO:    Dr. J. Barry Johnson
ATTN:

SECURE FAX#: (336) 768-9336

RETURN TO: Rose Raines
SECURE FAX#: (603) 430-1748
CLAIM #:   4087659



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1748

RE:    RE: Long Term Disability Benefits
     Patient:  Rebecca Pifer
     DOB: July 02, 1960
     Claim Number:  4087659

**THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU MAY HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.**
`<nocover>`

LIN001016



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1748

March 22, 2012

Dr. J. Barry Johnson
3314 Healy Dr
SUITE 102
Winston-Salem, NC 27103

RE:    Long Term Disability Benefits
       Patient:  Rebecca Pifer
       DOB: ▮▮▮▮ 1960
       Claim Number:  4087659

Dear Dr. Johnson:

We are the disability benefits carrier for your patient, Rebecca Pifer, and are requesting specific medical information in order to further evaluate Ms. Pifer's disability benefits.  Please provide the following:

- Completed Restrictions Form
- All treatment notes, diagnostic test results and procedure reports from March 20, 2012.
- Your treatment plan and an estimated return to work date.

Please fax the information back to my attention at 1-603-430-1748 or mail to the above address by April 5, 2012.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to your patient, we have provided your office with a HIPAA compliant authorization signed by your patient allowing the release of information to our company.  This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Pifer's signature.  If you have any questions, please contact me directly.

Sincerely,

Rose Raines

Rose Raines
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 14257
Secure Fax No.: (603) 430-1748

**LIN001017**

# AUTHORIZATION TO OBTAIN AND RELE SE INFORMATION


**Liberty Mutual.**

**Return To:** Rose Raines

Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

EMPLOYEE/CLAIMANT NAME: REBECCA PIFER
CLAIM NO: 4087659
EMPLOYER/SPONSOR: BLUE CROSS & BLUE SHIELD OF NC        DATE OF BIRTH: ▮1960

I **authorize** any licensed physician, medical provider, hospital, medical facility, pharma y, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following in ormation to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representat e, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatme t of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and men l health.

2. Information with respect to: job duties, earnings, employment applications, personne records, and other work related information; records and information related to any insurance coverage and claims filed; credit informatio including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of ederal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, month y benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query and a y benefits to which my dependents may be eligible under my record. This information may also be released to my employer for administ ation of my employer sponsored benefits.

I **understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any i formation obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies i the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease managem nt or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims m nagement and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purp ses of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit progr ms, persons or organizations providing medical treatment or services in connection with my claim, or as may be otherwise permitted or quired by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance compani or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure ir connection with insurance transactions.

If I receive a disability benefit greater than that which I should have been paid, I underst d that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, if any.

I **understand** that any person who knowingly, and with intent to injure, defraud, or dece e the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be g ilty of a criminal act punishable under law.

I **know** that I may request a copy of this Authorization. I agree that a photographic copy f this Authorization shall be as valid as the original. This Authorization shall become effective on the date appearing next to my signature bel w. I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right t revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to whic I submit a claim.

_Rebecca Lane Pifer_
Print Name

_July 2, 1960_
Date of Birth

_Rebecca Lane Pifer_
Signature

_September 26, 2011_
Date

DP 432 Rev 02/09

LIN001018

Forms Attached:
  Restrictions

**LIN001019**



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1748

## RESPONSE COVERSHEET

**In order to facilitate accurate and timely processing of this claim, please include this cover sheet along with your response to this request.**

**PLEASE USE BLACK INK WHEN COMPLETING FORMS.**

**Document Type:** Medical

**Claim Number:** 4087659

**Employee/Claimant Name:** REBECCA PIFER

**Provider's Name:** Dr. J. Barry Johnson

LIN001020



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1748

## Restrictions Form

| REBECCA PIFER | ███1960 | 4087659 | Rose Raines |
|---|---|---|---|
| **Patient Name** | **Date of Birth** | **Claim Number** | **Case Manager** |

### To be completed by physician:

1. **DATE FIRST TREATED** – _____  _____

    **DATE LAST TREATED** – _____  _____

    **NEXT OFFICE VISIT** – _____   **DIAGNOSIS(ES) WITH ASSOCIATED ICD-9 CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

    ☐ **SEDENTARY** — Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.

    ☐ **LIGHT** — Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.

    ☐ **MEDIUM** — Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.

    ☐ **HEAVY** — Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.

    ☐ **VERY HEAVY** — Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

    | KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
    |---|---|---|---|
    | | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
    | | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.**
    1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).*
    2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.

    _____

    _____

    _____

    _____

4. **RESTRICTIONS IMPOSED FROM** _____ **TO** _____ .

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** _____

    _____

    _____

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

    _____

    _____

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** _____ **TO** _____ .

| **Provider's Name (Please Print)** | **Degree _AND_ Area of Specialty** | **Social Security or Tax ID Number** |
|---|---|---|
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

**LIN001021**

# Payment Specialist Referral
**Payment Adjustment**



## Claimant Information

| | | |
|---|---|---|
| Claim #: | 4087659 | Claimant Name: REBECCA L PIFER |
| Product: | LTD | |
| Funding: | CON | |
| Date Sent: | 3/22/2012 | |

**Document Locations:**
- ☑ Document List
- ☐ Correspondence
- ☐ Paper File

## Customer Information

Div-Serial: 05 - 286395    Customer Name: BLUE CROSS & BLUE SHIELD OF NC

## Referring Case Manager

Case Mgr: Rose Megan Raines    Office: 0587

## Referral Details

Adj Reason: Change Benefit End Date or Suspend Benefits

Comments: Please change ben end date back to max own occ period of 7/29/2013. Thanks!

**LIN001022**

# PODIATRY ASSOCIATES OF WINSTON-SALEM, INC.
## J. BARRY JOHNSON, DPM
## DEEP PATEL, DPM
3314 Healy Drive, Suite 102
Winston-Salem, NC 27103
Telephone: (336) 768-1267
Fax: (336) 768-9336

## FACSIMILE TRANSMISSION

### ***CONFIDENTIALITY STATEMENT***

THE MATERIAL TRANSMITTED AND COMMUNICATED HEREIN IS INTENDED ONLY
FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED. IF YOU
ARE NOT THE INTENDED RECIPIENT OR THE INDIVIDUAL RESPONSIBLE FOR
DELIVERING THIS COMMUNICATION TO THE INTENDED RECIPIENT, YOU ARE
HEREBY NOTIFIED THAT ANY DISCLOSURE OF THE CONTENT OF THIS
COMMUNICATION IS STRICTLY PROHIBITED.

TO: Rose Raines

FAX NUMBER: 1-603-430-1748 | 603-334-0380

PHONE NUMBER:

DATE: 3/21/12   #OF PAGES (including cover page):

RE: Rebecca Pifer

FROM: Lori

MESSAGE:

Please call (336) 768-1267 if you do not receive the number of pages indicated above.

LIN001023



PIEDMONT SURGICAL CENTER
OPERATIVE NOTE

PATIENT: REBECCA PIFER                    DATE OF BIRTH: ████ 1960
SURGEON: J. BARRY JOHNSON, DPM            DATE OF SURGERY: 12/28/2011
ASSISTANT: DEEP PATEL, DPM                DATE & TIME DICTATED: 3/20/2012 6:45:52 PM

PRE-OPERATIVE DIAGNOSIS:
1. HAV deformity, right foot.
2. Metatarsus primus adductus.
3. Tailor's bunion deformity.
4. Gastrocnemius equinus of the right foot.

POST-OPERATIVE DIAGNOSIS:
1. HAV deformity, right foot.
2. Metatarsus primus adductus.
3. Tailor's bunion deformity.
4. Gastrocnemius equinus of the right foot.

PROCEDURE:
1. Gastroc recession in the prone position and then the patient was turned to the supine position.
2. McBride bunionectomy was performed.
3. Base wedge osteotomy of the first metatarsal of the right foot.
4. Distal oblique osteotomy of the fifth metatarsal right foot with 2.0 AO screw fixation.

HEMOSTASIS:
Accomplished by the use of 2% Lidocaine with Epinephrine 1:100,000.

ESTIMATED BLOOD LOSS:
Minimal

ANESTHESIA:
By local regional blocks with MAC.

SURGICAL INDICATIONS:
Painful HAV deformity of the right foot. Painful Tailor's bunion deformity of the right foot.

INTRAOPERATIVE FINDINGS:
The patient did have a significantly tight gastrocnemius muscle. There was also a significant HAV deformity with metatarsus primus adductus. There was also a significant Tailor's bunion deformity of the right foot.

Procedure #1:    Gastroc recession, right foot.

After the patient was prepped and draped in the usual aseptic manner, attention was brought to the gastrocnemius tendon just below the myotendinous junction of the right or left leg. A transverse skin incision was made measuring approximately 3 cm in length transversely just below the myotendinous junction. Dissection was carried down through the paratenon where a linear incision was made in the paratenon with the skin and subcutaneous tissues retracted dorsally and plantarly. The paratenon was then retracted medially and laterally with medial retraction. The medial 1/3 of the fibers of the gastrocnemius tendon were severed with the foot maximally dorsiflexed, then with lateral retraction and maximum dorsiflexion of the foot, the lateral 1/3 of the gastrocnemius tendon fibers were severed at this level. The foot was then maximally plantarflexed and the middle 1/3 of the gastrocnemius tendon fibers were severed at the most inferior exposed area of the tendon with the foot in maximum plantarflexion. Once this was accomplished, the knee was extended and the foot was forcefully dorsiflexed creating a tongue in groove type lengthening of the gastrocnemius tendon. The paratenon was then reapproximated and maintained by continuous suture utilizing 4-0 Dexon. The subcutaneous tissues were reapproximated and maintained by continuous suture utilizing 4-0 Dexon. Skin margins were placed in apposition and maintained by continuous intradermal suture utilizing 4-0 Dexon.

**LIN001024**

Rebecca Pifer
Operative Note
Continued
December 28, 2011
Page 2

Procedure #2:    McBride bunionectomy with base wedge osteotomy of the 1st metatarsal, left foot.

A dorsal curvilinear incision was made beginning at the dorsal aspect of the middle of the proximal phalanx, directed medially to the apex of the dorsomedial aspect of the bunion deformity and then curved laterally onto the dorsal aspect of the distal one-third of the metatarsal. This incision measured approximately 7 cm in length. This incision was carefully deepened; superficial vessels were clamped and ligated with 4-0 Dexon. Dissection was carried down to the 1st metatarsophalangeal joint capsule where the soft tissue was then reflected in a medial plantar direction off the metatarsal head and in a dorsal direction laterally. Two semi-elliptical incisions were made in the joint capsule beginning at the base of the proximal phalanx at the dorsal aspect of the medial side of the 1st metatarsophalangeal joint and ending at the capsular periosteal junction just behind the head of the metatarsal proximally. This ellipse of a capsule measured approximately 4- to 5-cm at its widest point. This ellipse was dissected free from the 1st metatarsal head and removed.

Attention was then brought to the dorsal aspect of the base of the 1st metatarsal. A curvilinear incision was made in this area measuring approximately 4 cm in length. This incision began just proximal to the metatarsocuneiform joint and terminated approximately 4 cm distally. This incision was carefully deepened. The subcutaneous tissues were carefully separated. Dissection was carried down to the base of the 1st metatarsal. The extensor hallucis longus tendon was retracted medially and exposure was given to the dorsal aspect of the proximal metaphysis. An oblique osteotomy was then performed through the dorsal, lateral and inferior cortices at an angle from slightly distal-lateral to inferior-medial and also on an angle from dorsal-lateral to inferior-medial on the sagittal plane. This osteotomy was to ben not through the medial cortex. A second osteotomy was then performed just distal to the first osteotomy on the same plane to the same point at the medial slightly superior cortex but not through the cortex. This resultant small wafer of bone was then removed and the margins of the osteotomy were feathered to allow for closure. Once sufficient bone was resected to bring the metatarsal to a rectus position, a 3.5 AO screw was then introduced obliquely from slightly dorsal distal medial aspect to the distal fragment and an inferior lateral and proximal direction to the inferior lateral corner of the base of the 1st metatarsal. This 3.5 AO screw was inserted utilizing standard AO technique. Attention was then brought to the 1st metatarsophalangeal joint where the capsule was re-approximated and maintained by continuous suture utilizing 2-0 Dexon. The subcutaneous tissues were reapproximated and maintained by continuous suture utilizing 4-0 Dexon. Skin margins were placed in apposition and maintained by continuous intradermal suture utilizing 4-0 Dexon. The proximal incision over the base of the metatarsal was closed in the same manner. The subcutaneous tissues were reapproximated and maintained by continuous suture utilizing 4-0 Dexon. Skin margins were placed in apposition and maintained by continuous intradermal suture utilizing 4-0 Dexon.

Procedure #3:    Distal oblique osteotomy of the fifth metatarsal right foot with 2.0 AO screw fixation.

Attention was then brought to the dorsal aspect of the fifth metatarsal head, where an oblique osteotomy was performed. Attention was then brought to the dorsal proximal portion of the incision where the incision was carried out in a posterior direction over the dorsal surface of the distal metaphysis of the fifth metatarsal. An oblique osteotomy was then created from just behind the articular cartilage on a dorsal surface of the metatarsal head directed posteriorly in an inferior direction at approximately 30 degrees. This was a complete osteotomy through the dorsal, medial, lateral and inferior cortices. The metatarsal was then shortened and the capital fragment moved dorsally. The level of the fifth metatarsal head was found to be in a good position and a 2-0 AO screw was then introduced obliquely through the dorsal proximal fragment into the dorsal fragment fairly perpendicular or slightly more horizontal to perpendicular with the capital fragment held in a corrected position. This was done utilizing standard AO technique. The capsule of the joint was then reapproximated with the toe held in a slightly plantarflexed position, and the capsule was reapproximated and maintained by continuous suture utilizing 4-0 Dexon. Subcutaneous tissues were then reapproximated and maintained by continuous suture using 4-0 Dexon. Skin margins were placed in apposition and maintained by continuous intradermal suture utilizing 4-0 Dexon.

Note: Throughout the above-mentioned procedures, 1% solution of gentamicin and saline was used as a surgical flush.

LIN001025

Rebecca Pifer
Operative Note
Continued
December 28, 2011
Page 3

Postoperatively 10 mL of Marcaine was used to block the surgical areas and 2 mL of Hexadrol. Steri-strips with Betadine, dry sterile dressing. The patient was transported to PACU where a BK cast was applied. Both written and oral instructions were given to the patient and her husband and she will be followed up in our office. Dr. Pifer will check her foot and she will be followed up in 4 weeks in our office for a cast change.

J. BARRY JOHNSON, DPM

JBJ/jd

D: 3/20/2012 6:45:52 PM
T: 3/21/2012

LIN001026

# RETURN FAX COVERSHEET

## Please use this page as coversheet when responding to request

DATE: March 19, 2012

TO: Dr. John Callianos
ATTN:

SECURE FAX#: (919) 477-6131

RETURN TO: Rose Raines
SECURE FAX#: (603) 430-1748
CLAIM #: 4087659



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1748

RE: RE: Long Term Disability Benefits
Patient: Rebecca Pifer
DOB: July 02, 1960
Claim Number: 4087659

**THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU MAY HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.**
`<nocover>`

LIN001027



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1748

March 19, 2012

Dr. John Callianos
4309 Medical Park Drive
SUITE 100
Durham, NC 27704

RE:    Long Term Disability Benefits
       Patient:  Rebecca Pifer
       DOB: ███████ 1960
       Claim Number:  4087659

Dear Dr. Callianos:

We are the disability benefits carrier for your patient, Rebecca Pifer, and are requesting specific medical information in order to further evaluate Ms. Pifer's disability benefits. Please provide the following:

- Completed Restrictions Form
- All treatment notes, diagnostic test results and procedure reports from March 13, 2012.

Please fax the information back to my attention at 1-603-430-1748 or mail to the above address by March 28, 2012.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to your patient, we have provided your office with a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Pifer's signature. If you have any questions, please contact me directly.

Sincerely,

*Rose Raines*

Rose Raines
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 14257
Secure Fax No.: (603) 430-1748

**LIN001028**

# AUTHORIZATION TO OBTAIN AND RELE SE INFORMATION



**Liberty Mutual.**

Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:**   Rose Raines

| |
|---|
| EMPLOYEE/CLAIMANT NAME: REBECCA PIFER |
| CLAIM NO: 4087659 |
| EMPLOYER/SPONSOR: BLUE CROSS & BLUE SHIELD OF NC      DATE OF BIRTH: ▉1960 |

I **authorize** any licensed physician, medical provider, hospital, medical facility, pharma y, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit ( consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following ir ormation to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representat e, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatme t of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and men I health.

2. Information with respect to: job duties, earnings, employment applications, personne records, and other work related information; records and information related to any insurance coverage and claims filed; credit informatio including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of ederal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, month y benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query and a y benefits to which my dependents may be eligible under my record. This information may also be released to my employer for adminis ation of my employer sponsored benefits.

I **understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any i formation obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies i the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease managem nt or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims m nagement and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purp ses of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit progr ms, persons or organizations providing medical treatment or services in connection with my claim, or as may be otherwise permitted or quired by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance compani or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure ir connection with insurance transactions.

If I receive a disability benefit greater than that which I should have been paid, I underst d that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, if any.

I **understand** that any person who knowingly, and with intent to injure, defraud, or dece e the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be g ilty of a criminal act punishable under law.

I **know** that I may request a copy of this Authorization. I agree that a photographic copy f this Authorization shall be as valid as the original. This Authorization shall become effective on the date appearing next to my signature bel w. I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right t revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to whic I submit a claim.

_Rebecca Lane Pifer_
Print Name

_Rebecca Lane Pifer_
Signature

_July 2, 1960_
Date of Birth

_September 26, 2011_
Date

DP 432 Rev 02/09

**LIN001029**

Forms Attached:
 Restrictions

LIN001030



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1748

# <u>RESPONSE COVERSHEET</u>

**In order to facilitate accurate and timely processing of this claim, please include this cover sheet along with your response to this request.**

**PLEASE USE BLACK INK WHEN COMPLETING FORMS.**

**Document Type:** Medical

**Claim Number:** 4087659

**Employee/Claimant Name:** REBECCA PIFER

**Provider's Name:** Dr. John Callianos

**LIN001031**



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1748

## Restrictions Form

| REBECCA PIFER | ▮1960 | 4087659 | Rose Raines |
|---|---|---|---|
| **Patient Name** | **Date of Birth** | **Claim Number** | **Case Manager** |

**To be completed by physician:**

1. **DATE FIRST TREATED** – _____  _____

    **DATE LAST TREATED** – _____  _____

    **NEXT OFFICE VISIT** – _____  **DIAGNOSIS(ES) WITH ASSOCIATED ICD-9 CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

    ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.

    ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.

    ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.

    ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.

    ☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| **KEY:** | **OCCASIONALLY** Up to 20 Minutes / Hour Up to 2 ½ Hours / Day | **FREQUENTLY** Up to 40 Minutes / Hour Up to 5 ½ Hours / Day | **CONSTANTLY** Over 40 Minutes / Hour Over 5 ½ Hours / Day |
|---|---|---|---|

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.**
    1) **For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
    2) **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

    _____

    _____

    _____

    _____

4. **RESTRICTIONS IMPOSED FROM** _____ **TO** _____.

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?**_____

    _____

    _____

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

    _____

    _____

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM**_____**TO**_____.

| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
|---|---|---|
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

**LIN001032**

# PODIATRY ASSOCIATES OF WINSTON-SALEM, INC.
## J. BARRY JOHNSON, DPM
### DEEP PATEL, DPM
3314 Healy Drive, Suite 102
Winston-Salem, NC 27103
Telephone: (336) 768-1267
Fax: (336) 768-9336

## FACSIMILE TRANSMISSION

### ***CONFIDENTIALITY STATEMENT***

THE MATERIAL TRANSMITTED AND COMMUNICATED HEREIN IS INTENDED ONLY
FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED. IF YOU
ARE NOT THE INTENDED RECIPIENT OR THE INDIVIDUAL RESPONSIBLE FOR
DELIVERING THIS COMMUNICATION TO THE INTENDED RECIPIENT, YOU ARE
HEREBY NOTIFIED THAT ANY DISCLOSURE OF THE CONTENT OF THIS
COMMUNICATION IS STRICTLY PROHIBITED.

TO: _Rose Raines - Liberty Mutual_

FAX NUMBER: _603 - 430 - 1748_

PHONE NUMBER: _____

DATE: _3/15/2_  #OF PAGES (including cover page): _5_

RE: _Dawn - Podiatry Associates_

FROM: _____

MESSAGE: _____

Please call (336) 768-1267 if you do not receive the number of pages indicated above.

LIN001033

**PODIATRY ASSOCIATES**
**OF WINSTON-SALEM, INC.**
**3314 Healy Drive, Suite 102**
**Winston-Salem, NC 27103**

**J. Barry Johnson, DPM**                           Telephone: (336) 768-1267
  Diplomate, American Board of Podiatric Surgery        Fax: (336) 768-9336
  Fellow, American College of Foot & Ankle Surgeons
  Fellow, American Academy of Podiatric Sports Medicine
**Deep Patel, DPM**

**REBECCA PIFER**
**OFFICE NOTES**

Date of Exam:   07/07/2011

**DOB:** ███ /1960

**HISTORY OF CHIEF COMPLAINT:**  This 51-year-old white female is complaining of her left greater than right bunion since 1980s but much worse in the past couple of years. She has had the bunions drained on the left foot about six weeks ago. She is referred here by her husband, Dr. Mark Pifer for our evaluation.

**PAST MEDICAL HISTORY:**  Positive for neck problems and arthritis.  Patient denies history of diabetes, thyroid or goiter disease, epilepsy, seizures, stroke, fainting, muscle weakness or paralysis, high blood pressure, low blood pressure, heart disease, abnormal heart beat, heart murmur, palpitations, chest pain, angina, rheumatic fever, lung disease, wheezing, asthma, TB, pneumonia, emphysema, shortness of breath, chronic cough, excessive sputum (spit), rapid loss/gain in weight, kidney disease, liver disease, cirrhosis, yellow jaundice, hepatitis, Gastroesophageal reflux (GERD), frequent indigestion, heart burn, herpes, positive TB skin test, sickle cell trait or disease, bleeding or blood clotting disorder, back problems, eye drops, glaucoma, contacts, family history of malignant hypothermia, phlebitis, or poor circulation.

**ALLERGIES:**  Positive for adhesives.

**PAST SURGICAL HISTORY:**  Right shoulder arthroscope May, 2011, and Appendectomy 1981.

**MEDICATIONS:**  Gabapentin 600mg (for numbness and tingling in her face), Effexor 75mg, Promethium 100mg, Trazodone 50mg, Tramadol 50mg.

**FAMILY HISTORY:** Negative for family history of diabetes or other systemic diseases.

**SOCIAL HISTORY:**  Positive for tobacco use (5 cigarettes per day), and the use of alcohol (2 drinks per weed).

**PE:  BP:** 118/76. Patient has significant left greater than right bunion deformities with a very large bursa over the 1st metatarsal head left foot. She is also complaining of a painful Tailor's bunion left foot as well with shoe wear.

**VASCULAR:**  Dorsalis pedis pulses are palpable bilaterally and posterior tibial pulses are weakly palpable in right foot and palpable in left foot.  Venous system reveals multiple varicosities present bilaterally.

**LIN001034**

Rebecca Filer
DOB: ████ 1960
Page Two

**DERMATOLOGICAL:** Skin color, temperature and texture of both feet are within normal limits. There is evidence of hypertrophic incurvated hallux nails bilaterally but no signs of infection present.

**NEUROLOGICAL:** Achilles tendon reflexes are within normal limits with no Babinski's sign present.

**MUSCULOSKELETAL:** Rearfoot ranges of motion are within normal limits. Patient does have less than 90 degrees of ankle joint dorsiflexion bilaterally with the knees extended and she has 10 degrees of ankle joint dorsiflexion with knees flexed bilaterally. There are no gross deformities or weaknesses appreciated except as noted above.

**ASSESSMENT:**
1) Ehlers-Danlos Syndrome.
2) HAV deformity left greater than right foot.
3) Tailor's bunions bilaterally.
4) Gastrocnemius Equinus bilaterally.

**PLAN:** Discussed treatment options and recommend a gastrocrecession, base wedge osteotomy with 3.5 AO screw fixation, McBride Bunionectomy and distal oblique osteotomy 5th metatarsal with 2.0 AO screw fixation, all left foot first. Explained procedures in detail with possible complications including infection, non healing, redeformity, no improvement in symptoms, the need for further surgery, RSD, etc. Also explained the post op course with a BK ambulatory cast for six weeks, then an Unna boot and 1st ray splint for two additional weeks, then gradually returning to normal foot gear.

**08/24/11**
Outpatient surgery, Piedmont Surgical Center

**09/20/11**
**SUBJECTIVE:** Patient says that she has really done well. She had a little discomfort at the top of the cast for which she placed some padding between the back top of the cast and her leg. She states she moved last week.

**OBJECTIVE:** The left foot cast is intact and removed. Incisions are dry and well healed. There is a small amount of edema present over the dorsum of the left foot. The left foot looks very good with a well aligned hallux and 5th digit left foot. There is excellent motion in the left 1st MTP joint and the 1st metatarsal head is down with no evidence of elevatus present.

**ASSESSMENT:**
1) Excellent post op progress.

**PLAN:** Betadine applied, sutures removed. Applied Betadine and dry sterile dressing with the hallux and 5th digit bandaged straight. BK cast applied, remain non-weight bearing for two weeks then may start weight bearing.

LIN001035

Rebecca Filer
DOB: ████ 1960
Page Three

**10/11/11**
**SUBJECTIVE:** August 24 Left base wedge bunion, still in cast touchdown weight bearing only.

**OBJECTIVE:** Slight callus around base wedge osteotomy. Alignment excellent.

**ASSESSMENT:** Left base wedge/ bunions.

**PLAN:** Reapplied B-K cast. can start weight bearing without assistance in 2 days.

**11/01/11**
**SUBJECTIVE:** Patient states that her left foot has been feeling fine with no symptoms.

**OBJECTIVE:** The left foot cast is intact and removed. There is excellent appearance of the left foot with little or no edema present. X-rays DP and Lateral left foot- reveal some additional healing but not stable enough for walking yet.

**ASSESSMENT:**
   1) Excellent Post Op progress
   2) Delayed union of the 1st metatarsal bone osteotomy left foot.

**PLAN:** Discussed treatment options and recommend another BK cast non weight bearing for 24 hours.

**11/29/11**
**SUBJECTIVE:** Patient states that her left foot has been feeling fine with no symptoms.

**OBJECTIVE:** The left foot cast is intact and removed. There is excellent appearance of the left foot with little or no edema present. There is excellent 1st MTP joint motion today. X-rays DP and Lateral and revealed some callus formation at the bone of the first metatarsal but still weak to bear weight.

**ASSESSMENT:**
   1) Delayed union 1st metatarsal osteotomy left foot.

**PLAN:** Discussed treatment options and recommend UB and 1st ray splint.

**12/19/11**
**SUBJECTIVE:** Has been in post op shoe for 3 weeks. Removed UB, yesterday can get wet, no other issues. Ready for surgery right foot. Impression left foot for custom molded orthothics taken last visit.

**OBJECTIVE:** Foot excellent alignment of 1st MTP joints, slight hallux valgus interphalageus and mallrt toe, little or no edema. X-rays look excellent.

**ASSESSMENT/PLAN:**
   1) Will continue post op shoe until right foot bunion surgery next Wednesday.

LIN001036

**DOB:** ▮▮▮/1960
**Page Four**

**12/28/11**: Outpatient Surgery right foot Piedmont Surgical Center.

**01/06/12**
**SUBJECTIVE:** Patient had to cancel

**02/07/12**
**SUBJECTIVE:** Patient states that this time she kept her right foot elevated a lot more and had no discomfort after two days. She is present with her husband Dr. Mark Pifer.

**OBJECTIVE:** The cast was intact and removed. The right foot looks very good with minimal edema present. Incisions are all dry and well healed. Patient is pulling up the hallux and lesser digits. The hallux is slightly cocked. There is pretty good motion in the 1st MTP joints with some limitation of plantar flexion. X-rays DP and Lateral right foot reveal the base wedge osteotomy is well aligned with some evidence of early healing. The 1st MTP joint is well aligned as well. The 5th metatarsal head has moved a little more medial but is still plantar positioned.

**ASSESSMENT:**
    **1)** Excellent post op progress.

**PLAN:** Betadine and DSD bandage all digits down. Advised patient not to pull her toes up as this could cause dorsal contracture. Also advise patient to passively move the right hallux especially in plantar flexion. Reapply BK cast with walking heel just for touch down but no weight bearing. FOV in 2 weeks.

J. Barry Johnson, DPM

JBJ:sgy

LIN001037



**OCCUPATIONAL ANALYSIS**

**Date:** **March 16, 2012**

**Claimant:** **Rebecca Pifer**
**DCM:** **Rose Raines**
**Claim #:** **4087659**

**FILE REVIEW/SUMMARY**

The file was referred for an Occupational Analysis. In completing this report, I have reviewed the claim file and Ms. Pifer's job description as provided by her employer; researched the Occupational Outlook Handbook, 2010-2011 edition (OOH), the Dictionary of Occupational Titles, 4th Edition, Revised 1991 (DOT) and O*NET on-line (O*NET). No contact was made with Ms. Pifer. Ms. Pifer has a diagnosis of bicep tendonitis, status post rotator cuff repair on 5/27/11. She underwent a bunionectomy with osteotomy on 8/24/11 and 12/28/11 (both feet). She has additional diagnoses of depression and osteopenia.

**ASSESSMENT/ANALYSIS**

**Job Description:**

A job description from BlueCross BlueShield of North Carolina with the job title noted as Dental Analyst is located in the claim file. The purpose of the job is described as follows:
"Responsible for benefit and allowance determination on claims submitted for possible dental payment or other pricing responsibilities. Analyst will provide educational consultation to other functional areas to all support the completion of their own deliverables. The Dental Analyst has a scope that supports the lines of business."

Major job functions include the following:
- Reviews complicated dental and oral claims to determine Plan liability under applicable certificate provisions and relevant pricing methodology.
- Responds to inquiries written or oral, including North Carolina Department of Insurance inquiries, regarding dental and oral surgery claims.
- Identifies, selects, and prepares individual case and dental guideline considerations for referral to dental/oral surgery consultants.
- Supports other BCBSNC functional areas with educational information sufficient to complete their deliverables. Examples include, but are not limited to, assisting Network Management with
- pricing database maintenance and assisting Medical Policy with research and application of medical policies related to dental/orthognathic treatments.

**LIN001038**

- Develops and recommends system revisions necessary to achieve dental/medical cost savings and to ensure consistency in claims processing with dental/medical policy guidelines.
- Identifies, analyzes, compiles and documents cases involving suspected fraud to support field investigations, administrative recovery and/or claims payment suspension.
- Prepares reports for corrective action by the Special Investigations Unit and/or the NC Board of Dental Examiners in an effort to identify and address fraudulent activity among dental providers.
- Assists Team Lead, CGO Medical Review in dental claims flow within the department to establish and meet dental/oral surgery claims turnaround goals.

The physical requirements of the job are not described in the job description.

## OCCUPATION

Based on a review of the job information provided, Employee's job tasks are best represented by the following occupational title: Claim Examiner/Adjuster/Investigator. This occupational title has four Dictionary of Occupational Titles (DOT) descriptions and two Standard Occupational Classification/Occupational Information Network (SOC/O*NET) descriptions that accurately reflect the totality of the occupation (please see reference codes at the bottom of this report for a list of them). The DOT descriptions range from a sedentary to light physical demand level. The DOT descriptions and tasks are substantially similar to the updated information in SOC/O*NET. It reads for both codes:

> "Investigate, analyze, and determine the extent of insurance company's liability concerning personal, casualty, or property loss or damages, and attempt to effect settlement with claimants. Correspond with or interview medical specialists, agents, witnesses, or claimants to compile information. Calculate benefit payments and approve payment of claims within a certain monetary limit.
>
> Review settled insurance claims to determine that payments and settlements have been made in accordance with company practices and procedures. Report overpayments, underpayments, and other irregularities. Confer with legal counsel on claims requiring litigation.
>
> Sample of reported job titles: Claims Representative, Claims Adjuster, Claims Examiner, Claims Analyst, Claims Specialist, Claim Representative, General Adjuster, Independent Insurance Adjuster, Litigation Claim Representative, Field Liability Generalist, Claims Manager, Claims Supervisor, Customer Care Specialist, Corporate Claims Examiner, Home Office Claim Specialist

- Examine claims forms and other records to determine insurance coverage.
- Investigate and assess damage to property and create or review property damage estimates.
- Interview or correspond with claimants, witnesses, police, physicians, or other relevant parties to determine claim settlement, denial, or review.

LIN001039

- Review police reports, medical treatment records, medical bills, or physical property damage to determine the extent of liability.
- Negotiate claim settlements and recommend litigation when settlement cannot be negotiated.
- Analyze information gathered by investigation, and report findings and recommendations.
- Interview or correspond with agents and claimants to correct errors or omissions and to investigate questionable claims.
- Prepare report of findings of investigation.
- Refer questionable claims to investigator or claims adjuster for investigation or settlement.
- Collect evidence to support contested claims in court.
- Investigate, evaluate and settle claims, applying technical knowledge and human relations skills to effect fair and prompt disposal of cases and to contribute to a reduced loss ratio.
- Adjust reserves or provide reserve recommendations to ensure that reserve activities are consistent with corporate policies.
- Resolve complex, severe exposure claims, using high service oriented file handling.
- Pay and process claims within designated authority level.
- Examine claims investigated by insurance adjusters, further investigating questionable claims to determine whether to authorize payments.
- Verify and analyze data used in settling claims to ensure that claims are valid and that settlements are made according to company practices and procedures.
- Enter claim payments, reserves and new claims on computer system, inputting concise yet sufficient file documentation.
- Confer with legal counsel on claims requiring litigation.
- Contact or interview claimants, doctors, medical specialists, or employers to get additional information.
- Maintain claim files such as records of settled claims and an inventory of claims requiring detailed analysis."

O*NET conducted surveys in 2009 and 2010.  Of note is the following:

- 90-100% reported **sitting** more than half the time to continually
- 92% reported **standing** less than half the time (data not available from 2010 survey)
- 64-71% reported **walking and running** less than half the time and 28-36% reported never
- 67% reported never **kneeling, crouching, stooping or crawling** and 33% reported less than half the time
- 60-86% reported **making repetitive motions** more than half the time to continually
- 59% reported never **working outdoors** (data not available from 2010 survey)
- 77-88% reported **working indoors** in environmentally controlled conditions daily

LIN001040

The Occupational Outlook Handbook (OOH) provides information for this occupation under Claims Adjusters, Appraisers, Examiners, and Investigators.

> "Working environments of claims adjusters, appraisers, examiners, and investigators vary greatly. Many claims adjusters and auto damage appraisers often work outside the office, inspecting damaged buildings and automobiles. Adjusters who inspect damaged buildings must be wary of potential hazards, such as collapsed roofs and floors, as well as weakened structures.
>
> Some adjusters report to the office every morning to get their assignments, while others simply call in from home and spend their days traveling to claim sites. Occasionally, experienced adjusters must be away from home for days—for example, when they travel to the scene of a disaster such as a tornado, hurricane, or flood—to work with local adjusters and government officials.
>
> Most claims examiners employed by life and health insurance companies work a standard 5-day, 40-hour week in a typical office environment. In contrast, adjusters often must arrange their work schedules to accommodate evening and weekend appointments with clients. This sometimes results in adjusters working irregular schedules, especially when they have a lot of claims to scrutinize. Adjusters are often called to work in the event of emergencies and may have to work 50 or 60 hours a week until all claims are resolved."

## PHYSICAL DEMANDS

Taking into consideration the nature of the work outlined above in the DOT, SOC/O*NET and OOH descriptions, this occupation is most often performed at the sedentary to light physical demand levels, with sufficient opportunities at both.

The Department of Labor defines sedentary work as,

> **S-Sedentary Work -** Exerting up to 10 pounds of force occasionally and/or a negligible amount of force frequently to move objects.  Jobs are sedentary if walking and standing are required occasionally and all other sedentary criteria are met.

Positional requirements in sedentary environments include:

- **Frequent to Constant** sitting
- **Frequent** handling and fingering
- **Occasional** standing and walking

The Department of Labor defines light work as,

> **L-Light Work -** Exerting up to 20 pounds of force occasionally, and /or up to 10 pounds of force frequently, and/or a negligible amount of force constantly to move objects.  Physical demand requirements are in excess of those for sedentary

**LIN001041**

work. Even though the weight lifted may be only a negligible amount, a job should be rated Light Work: (1) when it requires walking or standing to a significant degree; or (2) when it requires sitting most of the time but entails pushing and/or pulling of arm or leg controls; and/or (3) when the job requires working at a production rate pace entailing the constant pushing and/or pulling of materials even though the weight of those materials is negligible. NOTE: The constant stress and strain of maintaining a production rate pace, especially in an industrial setting, can be and is physically demanding of a worker even though the amount of force exerted is negligible."

Positional requirements in light environments include:

- **Frequent** sitting, standing, reaching, handling and fingering
- **Occasional** walking


## ACTION PLAN / OUTCOMES

## SUMMARY AND CONCLUSIONS

An occupational analysis was completed to verify the national data in regards to Ms. Pifer's occupation. Based on the above research, individuals employed within this occupation would be expected to perform work at the sedentary to light physical demand levels.

I have not met with Ms. Pifer for the purpose of this review. All opinions are based on a review of records and resources listed only. Thank you for the opportunity to review this file. Please contact me if you have any questions regarding this report or if I can be of further assistance with this file.

Monica Brooker, MS, CRC, QRP
Senior Vocational Rehabilitation Consultant
Cascade Disability Management, Inc.
PO Box 2117, Kernersville, NC 27285
Phone: (800) 234-8011 ext. 7385010
Fax: (888) 310-1448

**LIN001042**

# CASCADE



**DISABILITY MANAGEMENT, INC.**

## INVOICE

**TO:** Rose Raines
Liberty Mutual Insurance Co.
13830 Ballantyne Corporate Pl
Charlotte NC 28277

**Claimant:** Pifer, Rebecca
**Claim #:** 4087659
**Employer:** Blue Cross & Blue Shield of NC
**Date of Injury:** 01/31/2011

03/16/2012

| Date | Code | Nature of Service | Prof | TW | Miles | Misc |
|------|------|-------------------|------|-----|-------|------|
| 03/13/2012 | | File Review | 1.0 | | | |
| 03/16/2012 | | Occupational Analysis | 2.0 | | | |
| | | SUBTOTAL | 3.0 | 0.0 | 0.0 | $0.00 |

**Respectfully Submitted**

Monica Brooker

Reference Number: 5559414 / 1001630

**Remit To:**

Cascade Disability Management, Inc.
SDS-12-1831, PO Box 86
Minneapolis, MN 55486-1831
Fed ID: 91-1358276

| Rate Type | Rates | Quantity | Totals |
|-----------|-------|----------|--------|
| Professional | 83.0 | 3.0 | $249.00 |
| **PAY THIS AMOUNT** | | | $249.00 |

Invoice Generic Rev 2/2004

**LIN001043**

Case 1:22-cv-00186-WO-JLW    Document 22    Filed 10/24/22    Page 280 of 538

# VOCATIONAL CASE MANAGEMENT

## Occupational Analysis

---

**PLEASE HAVE THE FOLLOWING IN THE CLAIM FILE BEFORE REFERRING**

☑ JOB DESCRIPTION  (if cannot obtain in writing, must have phone doc from discussions with EE/ER detailing job duties)

☐ PHYSICAL JOB EVALUATION FORM (if available)

☐ UPDATED MEDICAL WITH CLEAR R&L'S  ☐ TRAINING-EDUCATION-EXPERIENCE FORM

☐ MANAGER APPROVAL (if required)  ☐ ATTORNEY INFO (if applicable)

---

FROM:  Rose Megan Raines      DATE:      Monday, March 12, 2012

## CLAIM BACKGROUND

---

Claimant Name:  REBECCA PIFER      Claim Number:      4087659

☐ STD  ☑ FULLY INSURED      ( THRESHOLD $ )

☑ LTD  ☐ ASO  ☐ LIFE      Has MDS worked the claim?  ☐ YES  ☑ NO

Employer:  BLUE CROSS & BLUE SHIELD OF NC

Change In DEF. Date:   07/29/2013

Pre-Disability Earnings:   $4,930.17   / M (mode)      Claim Service Type:    ADOP

---

**Document Locations**

☑ Document List  ☐ Correspondence  ☐ Paper File

---

**Case Manager's Recommendations / Reason For Referral:**

Please perform an OA1 on the above claim.  Thanks!

---

DP 512

LIN001044

# PODIATRY ASSOCIATES OF WINSTON-SALEM, INC.
## J. BARRY JOHNSON, DPM
## DEEP PATEL, DPM
### 3314 Healy Drive, Suite 102
### Winston-Salem, NC 27103
### Telephone: (336) 768-1267
### Fax: (336) 768-9336

## FACSIMILE TRANSMISSION

### ***CONFIDENTIALITY STATEMENT***

THE MATERIAL TRANSMITTED AND COMMUNICATED HEREIN IS INTENDED ONLY
FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED. IF YOU
ARE NOT THE INTENDED RECIPIENT OR THE INDIVIDUAL RESPONSIBLE FOR
DELIVERING THIS COMMUNICATION TO THE INTENDED RECIPIENT, YOU ARE
HEREBY NOTIFIED THAT ANY DISCLOSURE OF THE CONTENT OF THIS
COMMUNICATION IS STRICTLY PROHIBITED.

TO: Rose Raines

FAX NUMBER: 603-430-1748

PHONE NUMBER:

DATE: 3/9/12    #OF PAGES (including cover page):

RE: Rebecca Pifer

FROM: Lori

MESSAGE: Notes to Follow

Please call (336) 768-1267 if you do not receive the number of pages indicated above.

LIN001045


**Liberty Mutual.**

Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1748

February 7, 2012

Dr. J. Barry Johnson
3314 Healy Dr
SUITE 102
Winston-Salem, NC 27103

RE:    Long Term Disability Benefits
       Patient:  Rebecca Pifer
       DOB: ████ 1960
       Claim Number:  4087659

Dear Dr. Johnson:

We are the disability benefits carrier for your patient, Rebecca Pifer, and are requesting specific medical information in order to evaluate Ms. Pifer's disability benefits. Please provide the following:

- Completed Restrictions Form
- All treatment notes, diagnostic test results and procedure reports from December 28, 2011 to February 7, 2012.

Please fax the information back to my attention at 1-603-334-0380 or mail to the above address by February 21, 2012.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to your patient, we have provided your office with a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Pifer's signature. If you have any questions, please contact me directly.

Sincerely,

*Rose Raines*

Rose Raines
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 14257
Secure Fax No.: (603) 430-1748

**LIN001046**

## AUTHORIZATION TO OBTAIN AND RELEASE INFORMATION


**Liberty Mutual.**

Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

Return To:    Rose Raines

EMPLOYEE/CLAIMANT NAME:  REBECCA PIFER
CLAIM NO:  4087659
EMPLOYER/SPONSOR: BLUE CROSS & BLUE SHIELD OF NC            DATE OF BIRTH: ▮1960

I authorize any licensed physician, medical provider, hospital, medical facility, pharmacy, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health.

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query and any benefits to which my dependents may be eligible under my record. This information may also be released to my employer for administration of my employer sponsored benefits.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, if any.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This Authorization shall become effective on the date appearing next to my signature below. I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to which I submit a claim.

_Rebecca Lane Pifer_                _July 2, 1960_
Print Name                          Date of Birth

_Rebecca Lane Pifer_                _September 26, 2011_
Signature                           Date

DP 432 Rev 02/09

LIN001047

Forms Attached:
   Restrictions

LIN001048



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1748

## RESPONSE COVERSHEET

**In order to facilitate accurate and timely processing of this claim, please include this cover sheet along with your response to this request.**

**PLEASE USE BLACK INK WHEN COMPLETING FORMS.**

**Document Type:** Medical

**Claim Number:**   4087659

**Employee/Claimant Name:** REBECCA PIFER

**Provider's Name:** Dr. J. Barry Johnson

LIN001049



## Liberty Mutual.

**Group Benefits Disability Claims**
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1748

## Restrictions Form

| REBECCA PIFER | 960 | 4087659 | Rose Raines |
|---|---|---|---|
| **Patient Name** | **Date of Birth** | **Claim Number** | **Case Manager** |

### To be completed by physician:

1. DATE FIRST TREATED — 7/7/2011
   DATE LAST TREATED — 2/7/2012
   NEXT OFFICE VISIT — 2/21/2012

   Gastrocnemius equinus    727.81
   Hallux Abducto Valgus    735.0
   Tailors Bunion           727.1

   **DIAGNOSIS(ES) WITH ASSOCIATED ICD-9 CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

   ☒ **SEDENTARY** — Lifting / carrying up to 10 pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
   ☐ **LIGHT** — Lifting / carrying up to 20 pounds occasionally, sitting at least occasionally and standing / walking frequently.
   ☐ **MEDIUM** — Lifting / carrying up to 50 pounds occasionally; sitting, standing and / or walking constantly.
   ☐ **HEAVY** — Lifting / carrying up to 100 pounds occasionally; sitting, standing and / or walking constantly.
   ☐ **VERY HEAVY** — Lifting / carrying over 100 pounds occasionally; sitting, standing and / or walking constantly.

   | KEY: | **OCCASIONALLY** Up to 20 Minutes / Hour Up to 2 ½ Hours / Day | **FREQUENTLY** Up to 40 Minutes / Hour Up to 5 ½ Hours / Day | **CONSTANTLY** Over 40 Minutes / Hour Over 5 ½ Hours / Day |
   |---|---|---|---|

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.
   1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY)*.
   2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.

   NON weight bearing

4. RESTRICTIONS IMPOSED FROM 8/24/2011 TO current.

5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?
   unknown at this time. Follow up Apt. 2-21-12.

6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?
   NON weight bearing surgery done on right FOOT 12/28/11

7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM _____ TO _____.

J. Barry Johnson DPM          DPM.          5009 5278.
**Provider's Name (Please Print)** | **Degree AND Area of Specialty** | **Social Security or Tax ID Number**
3314 Healy Drive Suite 102    336-768-7267    336-768-9326.
**Street Address** | **Telephone Number** | **Fax Number**
Winston Salem, NC 27103.          2/8/2012.
**City, State & Zip Code** | **Signature** | **Date**

**LIN001050**

## PIEDMONT SURGICAL CENTER
### OPERATIVE NOTE

PATIENT: REBECCA PIFER
SURGEON: J. BARRY JOHNSON, DPM
ASSISTANT: DEEP PATEL, DPM

DATE OF BIRTH: ███ 960
DATE OF SURGERY: 8/24/2011
DATE & TIME DICTATED: 8/31/2011 1:19:59 AM

PRE-OPERATIVE DIAGNOSIS:
1. HAV deformity of left foot.
2. Metatarsus primus adductus of the left foot.
3. Talar's bunion deformity left foot.
4. Gastrocnemius equinus of the left foot.

POST-OPERATIVE DIAGNOSIS:
1. HAV deformity of left foot.
2. Metatarsus primus adductus of the left foot.
3. Talar's bunion deformity left foot.
4. Gastrocnemius equinus of the left foot.

PROCEDURE:
1. Gastroc recession of the left with the patient in the prone position. The patient was turned to a supine position.
2. McBride bunionectomy of the left foot with a base wedge osteotomy with 3.5 AO screw fixation, left foot.
3. Distal oblique osteotomy with 2.0 screw fixation fifth metatarsal left foot for Tailor's bunion deformity.

HEMOSTASIS:
Accomplished by the use of 2% Lidocaine with Epinephrine 1:100,000.

ESTIMATED BLOOD LOSS:
Minimal

ANESTHESIA:
By local regional blocks with MAC.

SURGICAL INDICATIONS:
Painful HAV deformity of the left foot. Also painful Talar's bunion deformity of the left foot with tight gastrocnemius muscle of the left side.

INTRAOPERATIVE FINDINGS:

Procedure #1:   Gastroc recession, left foot.

After the patient was prepped and draped in the usual aseptic manner, attention was brought to the gastrocnemius tendon just below the myotendinous junction of the right or left leg. A transverse skin incision was made measuring approximately 3 cm in length transversely just below the myotendinous junction. Dissection was carried down through the paratenon where a linear incision was made in the paratenon with the skin and subcutaneous tissues retracted dorsally and plantarly. The paratenon was then retracted medially and laterally with medial retraction. The medial 1/3 of the fibers of the gastrocnemius tendon were severed with the foot maximally dorsiflexed, then with lateral retraction and maximum dorsiflexion of the foot, the lateral 1/3 of the gastrocnemius tendon fibers were severed at this level. The foot was then maximally plantarflexed and the middle 1/3 of the gastrocnemius tendon fibers were severed at the most inferior exposed area of the tendon with the foot in maximum plantarflexion. Once this was accomplished, the knee was extended and the foot was forcefully dorsiflexed creating a tongue in groove type lengthening of the gastrocnemius tendon. The paratenon was then reapproximated and maintained by continuous suture utilizing 4-0 Dexon. The subcutaneous tissues were reapproximated and maintained by continuous suture utilizing 4-0 Dexon. Skin margins were placed in apposition and maintained by continuous intradermal suture utilizing 4-0 Dexon.

LIN001051

Rebecca Pifer
Operative Note
Continued
August 24, 2011
Page 2

Procedure #2:    McBride bunionectomy with base wedge osteotomy, left foot.

A dorsal curvilinear incision was made beginning at the dorsal aspect of the middle of the proximal phalanx, directed medially to the apex of the dorsomedial aspect of the bunion deformity and then curved laterally onto the dorsal aspect of the distal one-third of the metatarsal. This incision measured approximately 7 cm in length. This incision was carefully deepened; superficial vessels were clamped and ligated with 4-0 Dexon. Dissection was carried down to the 1st metatarsophalangeal joint capsule where the soft tissue was then reflected in a medial plantar direction off the metatarsal head and in a dorsal direction laterally. Two semi-elliptical incisions were made in the joint capsule beginning at the base of the proximal phalanx at the dorsal aspect of the medial side of the 1st metatarsophalangeal joint and ending at the capsular periosteal junction just behind the head of the metatarsal proximally. This ellipse of a capsule measured approximately 4- to 6-cm at its widest point. This ellipse was dissected free from the 1st metatarsal head and removed.

Attention was then brought to the dorsal aspect of the base of the 1st metatarsal. A curvilinear incision was made in this area measuring approximately 4 cm in length. This incision began just proximal to the metatarsocuneiform joint and terminated approximately 4 cm distally. This incision was carefully deepened. The subcutaneous tissues were carefully separated. Dissection was carried down to the base of the 1st metatarsal. The extensor hallucis longus tendon was retracted medially and exposure was given to the dorsal aspect of the proximal metaphysis. An oblique osteotomy was then performed through the dorsal, lateral and inferior cortices at an angle from slightly distal-lateral to inferior-medial and also on an angle from dorsal-lateral to inferior-medial on the sagittal plane. This osteotomy was to ben not through the medial cortex. A second osteotomy was then performed just distal to the first osteotomy on the same plane to the same point at the medial slightly-superior cortex but not through the cortex. This resultant small wafer of bone was then removed and the margins of the osteotomy were feathered to allow for closure. Once sufficient bone was resected to bring the metatarsal to a rectus position, a 3.5 AO screw was then introduced obliquely from slightly dorsal distal medial aspect to the distal fragment and an inferior lateral and proximal direction to the inferior lateral corner of the base of the 1st metatarsal. This 3.5 AO screw was inserted utilizing standard AO technique. Attention was then brought to the 1st metatarsophalangeal joint where the capsule was re-approximated and maintained by continuous suture utilizing 2-0 Dexon. The subcutaneous tissues were reapproximated and maintained by continuous suture utilizing 4-0 Dexon. Skin margins were placed in apposition and maintained by continuous intradermal suture utilizing 4-0 Dexon. The proximal incision over the base of the metatarsal was closed in the same manner. The subcutaneous tissues were reapproximated and maintained by continuous suture utilizing 4-0 Dexon. Skin margins were placed in apposition and maintained by continuous intradermal suture utilizing 4-0 Dexon.

Procedure #3:    Distal oblique osteotomy with 2.0 screw fixation, fifth metatarsal, left foot.

Attention was then brought to the dorsal aspect of the fifth metatarsal head, where an oblique osteotomy was performed. Attention was then brought to the dorsal proximal portion of the incision where the incision was carried out in a posterior direction over the dorsal surface of the distal metaphysis of the fifth metatarsal. An oblique osteotomy was then created from just behind the articular cartilage on a dorsal surface of the metatarsal head directed posteriorly in an inferior direction at approximately 30 degrees. This was a complete osteotomy through the dorsal, medial, lateral and inferior cortices. The metatarsal was then shortened and the capital fragment moved dorsally. The level of the fifth metatarsal head was found to be in a good position and a 2-0 AO screw was then introduced obliquely through the dorsal proximal fragment into the dorsal fragment fairly perpendicular or slightly more horizontal to perpendicular with the capital fragment held in a corrected position. This was done utilizing standard AO technique. The capsule of the joint was then reapproximated with the toe held in a slightly plantarflexed position, and the capsule was reapproximated and maintained by continuous suture utilizing 4-0 Dexon. Subcutaneous tissues were then reapproximated and maintained by continuous suture using 4-0 Dexon. Skin margins were placed in apposition and maintained by continuous intradermal suture utilizing 4-0 Dexon.

LIN001052

Rebecca Pifer
Operative Note
Continued
August 24, 2011
Page 3

Note: Throughout the above-mentioned procedured, a 1% solution of gentamicin and saline was used as a surgical flush.

Postoperatively, 10 mL of Marcaine was used to block the surgical area and 2 mL of Hexadrol was instilled in the operative areas. Steri-strips with Betadine, dry sterile dressing. The patient was transported to PACU where a BK ambulatory cast was applied with first ray pullout. Both written and oral instructions were given to the patient and her husband and she will be followed up in 3 weeks for cast change and Dr. Pifer will check her progress in the meantime.

JBJ/jd/ja

D: 8/31/2011 1:19:59 AM
T: 9/7/2011

J. BARRY JOHNSON, DPM

LIN001053



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1748

March 7, 2012

Rebecca Pifer
9719 Rougemont Rd.
Bahama, NC 27503

RE: Blue Cross & Blue Shield of NC
      Long Term Disability Benefits
      Claim #: 4087659

Dear Ms. Pifer:

We are writing with regard to your claim for Long Term Disability Benefits (LTD) under the Blue Cross & Blue Shield of NC (LTD) Policy. Your benefits have been suspended effective March 8, 2012.

Please refer to our prior letter dated February 7, 2012, which advised you benefits would discontinue if we did not receive the information requested from Dr. Barry Johnson. This documentation is necessary to assess your continued eligibility for benefits. Since we did not receive the requested information by March 7, 2012, your benefits are suspended.

Although benefit payments will not be issued, your file will remain open until 15 days from this letter. If you do not submit the requested information by March 22, 2012 your claim will be closed. Please encourage your physician to submit the information we previously requested as we will not be contacting Dr. Johnson with any additional requests.

If there are any other attending physicians or specialists, including physical therapy providers, please have them forward all of your medical records pertinent to this period of disability within the timeframe stated above.

If you have any questions about your disability benefits, please feel free to contact me.

Sincerely,

Rose Raines
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 14257
Secure Fax No.: (603) 430-1748

**LIN001054**

# Payment Specialist Referral
## Payment Adjustment



## Claimant Information

| | | | |
|---|---|---|---|
| Claim #: | 4087659 | Claimant Name: | REBECCA L PIFER |
| Product: | LTD | | |
| Funding: | CON | | |
| Date Sent: | 3/7/2012 | | |

**Document Locations:**
- ☑ Document List
- ☐ Correspondence
- ☐ Paper File

## Customer Information

| | | |
|---|---|---|
| Div-Serial: | 05 - 286395 | Customer Name: BLUE CROSS & BLUE SHIELD OF NC |

## Referring Case Manager

| | | |
|---|---|---|
| Case Mgr: | Rose Megan Raines | Office: 0587 |

## Referral Details

Adj Reason: Change Benefit End Date or Suspend Benefits

Comments: Please suspend benefits. Thanks!

**LIN001055**

**n0180992**

| From: | Danielle Eldred |
|---|---|
| Sent: | Tuesday, February 21, 2012 3:36:48 PM |
| To: | Raines, Rose |
| Subject: | Bassett SSDI claim status update for Rebecca Pifer claim 4087659 |

Dear Rose,

I spoke with Rebecca Pifer today and she verbally consented to our services. Her paperwork will go out in today's mail. If you have any questions, please feel free to contact me. Of course we'll continue to keep you updated as well.

Thanks again for this referral!

Danielle

**Danielle Eldred, Esq. |Attorney**

**Bassett Law Firm, LLC**
**P.O. Box 1226, Columbia, MO 65205**

**Toll-Free:** (800) 331-1127, Ext. 225**| Fax:** (815) 927-0278
**Email:** deldred@bassettlawyers.com **| Online:** http://www.bassettlawyers.com

**LIN001056**

**Liberty Mutual™**

Liberty Life Assurance Company of Boston
Disability Claims
P O Box 7207
London KY 40742-7207
Phone No : (800) 291-0112 x14257
Fax No : (603) 334-0380

## Social Security Assistance Program Vendor Referral

Vendor: Bassett Law Group

| | | | |
|---|---|---|---|
| Claim #: | 4087659 | Employer Name: | BLUE CROSS & BLUE SHIELD OF NC |
| Claimant Name: | REBECCA PIFER | Claimant SSN: | ***-**-8502 |
| Claimant Address: | 9719 ROUGEMONT RD | Claimant DOB: | ▮ 1960 |
| | | Claimant DOD: | 1/28/2011 |
| | | Claimant Tel #: | (919) 620-7799 |
| City: | BAHAMA | Marital Status: | M |
| State: | NC    Zip 27503-0000 | | |
| Diagnosis: | BUNIONECTOMY WITH SOFT TI | | |

| | | | |
|---|---|---|---|
| Spouse DOB: | 3/2/1955 | Funding: | FI: YES   ASO: NO |
| Number of Children < 19: | 2 | SS Offset: | Primary: NO   Family: YES |

| | | | |
|---|---|---|---|
| Level Of Last SS Denial: | None | Claim Status: | AP |
| Date of Last Denial: | | | |

**Documentation Submitted:**

| | | | |
|---|---|---|---|
| Job Description: | NO | Voc/Rehab Review: | NO |
| TE&E: | NO | Copies of SS decisions: | NO |
| Medical Evidence (hospital records, narratives, IME's, test results, etc ): | | | YES |

**Document Locations**
- ☑ Document List
- ☐ Correspondence
- ☐ Paper File

Instructions/Comments for Vendor:

Please contact Rebecca Pifer at (919) 620-7799 to offer assistance with the initial SSDi application Thanks! Medical evdence will be sent via e-mail

| | | | |
|---|---|---|---|
| Services Requested By: | Rose Megan Raines | Date: | Thursday, February 16, 2012 |

**LIN001057**



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1748

February 7, 2012

Rebecca Pifer
9719 Rougemont Rd.
Bahama, NC 27503

RE:    Blue Cross & Blue Shield Of NC
        Long Term Disability Benefits
        Claim #: 4087659

Dear Ms. Pifer:

We are writing with regard to your claim for Long Term Disability Benefits (LTD) under the Blue Cross & Blue Shield Of NC LTD Policy. We are reviewing your continued eligibility for disability benefits and are in need of additional medical information.

On February 7, 2012, we contacted Dr. Johnson requesting medical records from December 28, 2011 through the present and a completed Restrictions Form in order to support your claim for disability benefits. Please contact Dr. Johnson and request this information be sent to us within the timeframe specified below.

The Blue Cross & Blue Shield Of NC LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claims investigation. We ask that you provide us with this information no later than 45 days from the date of this letter, by March 22, 212, as required under the terms of your Policy.

If there are any other attending physicians or specialists, including physical therapy providers, please have them forward all of your medical records pertinent to this period of disability within the timeframe stated above.

If this information is not received by March 7, 2012, your disability benefits will be suspended.

If you have any questions about your disability benefits, please feel free to contact me.

Sincerely,

Rose Raines
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 14257
Secure Fax No.: (603) 430-1748

**LIN001058**

# RETURN FAX COVERSHEET
## Please use this page as coversheet when responding to request

DATE: February 7, 2012

TO: Dr. J. Barry Johnson
ATTN:

SECURE FAX#: (336) 768-9336

RETURN TO: Rose Raines
SECURE FAX#: (603) 430-1748
CLAIM #: 4087659



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1748

RE: RE: Long Term Disability Benefits
Patient: Rebecca Pifer
DOB: ███████1960
Claim Number: 4087659

**THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU MAY HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.**
`<nocover>`

LIN001059



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1748

February 7, 2012

Dr. J. Barry Johnson
3314 Healy Dr
SUITE 102
Winston-Salem, NC 27103

RE:    Long Term Disability Benefits
       Patient: Rebecca Pifer
       DOB: ▆▆▆▆ 1960
       Claim Number: 4087659

Dear Dr. Johnson:

We are the disability benefits carrier for your patient, Rebecca Pifer, and are requesting specific medical information in order to evaluate Ms. Pifer's disability benefits. Please provide the following:

- Completed Restrictions Form
- All treatment notes, diagnostic test results and procedure reports from December 28, 2011 to February 7, 2012.

Please fax the information back to my attention at 1-603-334-0380 or mail to the above address by February 21, 2012.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to your patient, we have provided your office with a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Pifer's signature. If you have any questions, please contact me directly.

Sincerely,

*Rose Raines*

Rose Raines
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 14257
Secure Fax No.: (603) 430-1748

**LIN001060**

# AUTHORIZATION TO OBTAIN AND RELE_SE INFORMATION

 **Liberty Mutual.**

Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:**   Rose Raines

EMPLOYEE/CLAIMANT NAME:  REBECCA PIFER
CLAIM NO:  4087659
EMPLOYER/SPONSOR: BLUE CROSS & BLUE SHIELD OF NC          DATE OF BIRTH: ▮▮1960

I **authorize** any licensed physician, medical provider, hospital, medical facility, pharmac y, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit c consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following in ormation to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representat e, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1.  Medical information with respect to any physical or mental condition and/or treatme t of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and men l health.

2.  Information with respect to: job duties, earnings, employment applications, personne records, and other work related information; records and information related to any insurance coverage and claims filed; credit informatio including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of ederal and State tax returns; including attachments; and academic transcripts.

3.  Information concerning Social Security benefits, including, but not limited to, month y benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query and a y benefits to which my dependents may be eligible under my record. This information may also be released to my employer for adminis ation of my employer sponsored benefits.

I **understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any i formation obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies i the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease managem nt or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims m nagement and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purp ses of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit progr ms, persons or organizations providing medical treatment or services in connection with my claim, or as may be otherwise permitted or quired by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance compani or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure ir connection with insurance transactions.

If I receive a disability benefit greater than that which I should have been paid, I underst d that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, if any.

I **understand** that any person who knowingly, and with intent to injure, defraud, or dece e the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be g ilty of a criminal act punishable under law.

I **know** that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This Authorization shall become effective on the date appearing next to my signature bel w. I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right t revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to whic I submit a claim.

*Rebecca Lane Pifer*
Print Name

*July 2, 1960*
Date of Birth

*Rebecca Lane Pifer*
Signature

*September 26, 2011*
Date

DP 432 Rev 02/09

**LIN001061**

Forms Attached:
 Restrictions

**LIN001062**



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1748

## RESPONSE COVERSHEET

**In order to facilitate accurate and timely processing of this claim, please include this cover sheet along with your response to this request.**

**PLEASE USE BLACK INK WHEN COMPLETING FORMS.**

**Document Type:** Medical

**Claim Number:** 4087659

**Employee/Claimant Name:** REBECCA PIFER

**Provider's Name:** Dr. J. Barry Johnson

LIN001063



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-1748

## Restrictions Form

| REBECCA PIFER | ▮1960 | 4087659 | Rose Raines |
|---|---|---|---|
| **Patient Name** | **Date of Birth** | **Claim Number** | **Case Manager** |

### To be completed by physician:

1. **DATE FIRST TREATED** – _____  _____

   **DATE LAST TREATED** – _____  _____

   **NEXT OFFICE VISIT** – _____  **DIAGNOSIS(ES) WITH ASSOCIATED ICD-9 CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

   ☐ **SEDENTARY** — Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.

   ☐ **LIGHT** — Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.

   ☐ **MEDIUM** — Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.

   ☐ **HEAVY** — Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.

   ☐ **VERY HEAVY** — Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

   | KEY: | **OCCASIONALLY** Up to 20 Minutes / Hour Up to 2 ½ Hours / Day | **FREQUENTLY** Up to 40 Minutes / Hour Up to 5 ½ Hours / Day | **CONSTANTLY** Over 40 Minutes / Hour Over 5 ½ Hours / Day |
   |---|---|---|---|

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.**
   1) For physical diagnoses, describe the type of task (bend, grasp, etc.) _AND_ frequency _(SEE KEY)._
   2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.

   _____

   _____

   _____

   _____

4. **RESTRICTIONS IMPOSED FROM** _____ **TO** _____.

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?**_____

   _____

   _____

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

   _____

   _____

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM**_____ **TO**_____.

| **Provider's Name (Please Print)** | **Degree _AND_ Area of Specialty** | **Social Security or Tax ID Number** |
|---|---|---|
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

**LIN001064**



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

January 26, 2012

Rebecca Pifer
9719 Rougemont Rd.
Bahama, NC 27503

RE:     Long Term Disability Benefits
        Blue Cross & Blue Shield Of NC
        Claim #: 4087659

Dear Ms. Pifer:

As we have discussed, in addition to your Long Term Disability benefit from Liberty Life Assurance Company of Boston, you may qualify for disability benefits from the Social Security Administration as well. The purpose of this letter is to help you apply for those benefits.

If you are approved for Social Security Disability Benefits, the disability benefits you receive from Liberty will be reduced by the amount you and any dependent) receive under Social Security. In other words, you will continue to receive the same amount of monthly benefits, but the money will come from two sources.

There are a number of advantages for you if you are approved for Social Security. These advantages are outlined in the attached pamphlet, and include:

- higher retirement benefits from Social Security
- Medicare eligibility after 24 months
- Cost of Living increases to the Social Security benefit

Part of my job is to help you obtain Social Security Disability benefits if you are entitled to them. We can offer you assistance with filing through a vendor we use called The Basset Law Firm. Should you decline our offer of vendor representation, you must initiate the process, either by calling SSA toll free at 1-800-772-1213 or by visiting your local Social Security office. As we discussed, under the terms of Blue Cross & Blue Shield of NC's disability contract, you must apply for Social Security benefits or we will reduce your LTD benefit by the amount you and your dependents may be eligible to receive from Social Security.

<u>Therefore, within 45 days (March 10, 2012), please initiate your application, complete the enclosed forms and return them to me, along with a copy of the receipt of application that you receive from Social Security.</u> It is important that you begin this process immediately because if we do not receive all of the enclosed items within 45 days of the date of this letter, we will reduce your long-term disability benefit by the amount you and your dependents may be

**LIN001065**

eligible to receive from Social Security. We estimate that you and your dependents would receive $1581.00 in Social Security Disability benefits. This estimate was determined by utilizing the benefit calculator provided by the Social Security Administration and is based on your most recent annual salary. If you fail to provide proof of filing as requested, your benefit from Liberty will be reduced from $2958.10 to $1377.10.

Please notify me immediately when you are awarded Social Security Disability Benefits. You may receive a significant retroactive payment from Social Security shortly thereafter. Much of this money is essentially money that Liberty advanced to you while you were waiting for Social Security's decision, and you must repay it to Liberty immediately upon our request per the terms of the disability Policy.

If you have any questions about applying for Social Security Disability Benefits or you need assistance completing the required forms, please call me.

Sincerely,

Rose Raines
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 14257
Secure Fax No.: (603) 334-0380

**LIN001066**

# PODIATRY ASSOCIATES OF WINSTON-SALEM, INC.
## J. BARRY JOHNSON, DPM
## DEEP PATEL, DPM
**3314 Healy Drive, Suite 102**
**Winston-Salem, NC 27103**
**Telephone: (336) 768-1267**
**Fax: (336) 768-9336**

## FACSIMILE TRANSMISSION

### ***CONFIDENTIALITY STATEMENT***

THE MATERIAL TRANSMITTED AND COMMUNICATED HEREIN IS INTENDED ONLY
FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED. IF YOU
ARE NOT THE INTENDED RECIPIENT OR THE INDIVIDUAL RESPONSIBLE FOR
DELIVERING THIS COMMUNICATION TO THE INTENDED RECIPIENT, YOU ARE
HEREBY NOTIFIED THAT ANY DISCLOSURE OF THE CONTENT OF THIS
COMMUNICATION IS STRICTLY PROHIBITED.

TO: _MLS Group._

FAX NUMBER: _248-356-6757_

PHONE NUMBER: _____

DATE: _12/19/11_  #OF PAGES (including cover page): _____

RE: _Rebecca Pifer_

FROM: _____

MESSAGE: _____

Please call (336) 768-1267 if you do not receive the number of pages indicated above.

LIN001067



**MLS Group of Companies, Inc.**



**MLS Peer Review Services**

Phone: 888.657.4634  |  Fax: 248.356.6757  |  www.mls-int.com

**DATE:**    12/16/2011

**TO:**    Dr. Johnson

**RE:**    Pifer, Rebecca

**FROM:**    Waltrip, Robert L. M.D.

**Attached, please find a brief synopsis letter that details the conversation that took place.**

Please review this letter, if you agree with the synopsis, please sign it at the bottom above your name and fax back to our office @ 248-356-6757.

**PLEASE NOTE:** If any of the conversation was misinterpreted or if anything was taken out of context, please make the necessary changes or comments directly on the document, **sign**, and fax back to us. **There is a 10-business day timeframe placed on receipt of this letter. Please return as soon as possible.**

If you have any questions, please do not hesitate to contact our office at 248-945-9001.

Thank you.

LIN001068



**MLS Group of Companies, Inc.**

**MLS Peer Review Services**

Phone: 888.657.4634 | Fax: 248.356.6757 | www.mls-inc.com



December 15, 2011

REGARDING: Rebecca Pifer

Independent Peer Review on behalf of MLS Group of Companies, Inc.

Dear Dr. Johnson,

As in our peer-to-peer discussion regarding Rebecca Pifer, on behalf of your patient's disability carrier, I was requested to contact you to obtain additional information in regard to this claimant's medical status. For the sake of accuracy and to ensure correct interpretation and meaning of our discussion, I have enclosed the portion of the report that outlines our discussion and ask that you please review it.

A call was placed to Dr. Johnson on 11/29/11 at 1:32 pm, EST and the number for call back and a message as to the nature of the call (seeking to obtain medical information) were left with Stacy Y. A call was placed on 12/02/11 at 10:34 am, EST and the number for call back and a message as to the nature of the call (seeking to obtain medical information) were left on office voice mail. A call was placed on 12/05/11 at 9:27 am, EST and the number for call back and a message as to the nature of the call (seeking to obtain medical information) were left with Jennifer B. A call was placed on 12/06/11 at 1:14 pm, EST and the number for call back and a message as to the nature of the call (seeking to obtain medical information) were left on the physician's cell phone voice mail. Discussion occurred with Dr. Johnson on 12/06/11 at 1:30 pm, EST.

The case was discussed with Dr. Johnson. Dr. Johnson indicates that this patient had a very large intermetatarsal angle requiring a very large osteotomy from the metatarsal. He reports that the claimant has comorbid factors of rheumatoid arthritis and significant osteopenia. He does not feel comfortable letting the claimant weight bear until the claimant has sufficient callus based on these comorbidities.

LIN001069

Rebecca Pifer
Synopsis
Page 2

If any of the above conversation was misinterpreted or if anything was taken out
of context, please make the necessary changes or comments directly to the
document, and fax back to 248-356-6757.  If the above synopsis is an accurate
reflection of our discussion, please sign and fax back to 248-356-6757.

Please return within 10 business days of receipt of this letter.

Respectfully submitted,

Robert L. Waltrip, M.D.

Dr. Johnson

LIN001070

# Invoice    210925

**Invoice Date  12/13/2011**

**MLS Group of Companies, Inc.**
29000 Inkster Road
Southfield, MI 48034
248-945-9001   Fax: 248-356-6757

| | |
|---|---|
| **Case ID** | 4087659 |
| **Referral ID** | 104229 |
| **Name** | Pifer, Rebecca |

Liberty Mutual Insurance Co. - NC1 (Disability)
P.O. Box 49470
Charlotte, NC 28277
**Attn:  Rose Megan Raines**

| | |
|---|---|
| **Employer** | Blue Cross & Blue Shied of |
| **Examiner** | Waltrip, Robert L. M.D. |
| **Svc Date** | 11/22/2011 |

| Item | Rate |
|---|---|
| PEER REVIEW | 558.13 |
| ATTENDING PHYSICIAN CONTACT | 58.75 |

| | |
|---|---|
| **Invoice Total** | 616.88 |
| **Receipt Total** | 0.00 |
| **Invoice Balanc** | **616.88** |

Please visit our new web-site address located at  www.mls-ime.com
Be sure to check out our new "Medical Reference Link" containing informative articles on all medical issues.

Thank You
MLS Tax ID # 38-3341904

Please make checks payable to
MLS Group of Companies, Inc

**LIN001071**

PDF created with pdfFactory trial version www.pdffactory.com

# Liberty Mutual - Independent Evaluation

## Peer Review

Requested By: Rose Megan Raines
Disability Claims
P O Box 7207
London, KY 40742-7207
(800) 831-0112 x14257
Fax: (603) 334-0380

Document Locations
- [✔] Document List
- [ ] Correspondence
- [ ] Paper File

| | | | |
|---|---|---|---|
| Customer Name: | BLUE CROSS & BLUE SHIELD OF NC | Date Sent: | 11/22/2011 |
| Funding type: | CON | Coverage Type: | LTD |
| Claimant Name: | REBECCA L PIFER | Claim #: | 4087659 |
| Claimant Address: | 9719 ROUGEMONT RD | Claimant SSN: | ***-**-8502 |
| | | Claimant DOB: | ▮1960 |
| City: | BAHAMA | Claimant Tel #: | (919) 620-7799 |
| State: | NC | Claimant DOD: | 1/31/2011 |
| Zip: | 27503-0000 | Primary Diagnosis: | ROTATOR CUFF TEAR (RUPTUR |
| Gender: | FEMALE | | |
| Specialist Type Requested: | Orthopedic Surgery - Joint | Att Physician: | J BARRY JOHNSON (podietry) (336) 768-1267 a |

Referral Questions: Vendor Chosen: MLS Group of Companies

1 When contacting the treating providers please clarify the information reviewed and discuss your opinion if it differs from that of the treating provider Indicate if you have reached a consensus with the treating provider If not, document your final assessment after the call
2 Based on the objective findings, please provide a description of the claimant's impairments, if any, and outline how any impairment translates to restrictions and limitations Please include the expected duration for any supported restrictions

Claimant Name: REBECCA L PIFER

**LIN001072**

# Liberty Mutual - Independent Evaluation
## Peer Review

Instructions For Vendor:

Attorney Information (if applicable):

n/a

Claimant Name:     REBECCA  L  PIFER

**LIN001073**



# TRIANGLE ORTHOPAEDIC ASSOCIATES, P.A.

TRIANGLE ORTHOPAEDICS, P.A.
120 WILLIAM PENN PLAZA
DURHAM, NC 27704

DATE: 11-21-11

TO: Liberty mutual
FAX NUMBER: 1-603-334-0380

FROM: Danniele Thompson (Disability)
PHONE NUMBER: 919-281-1834
FAX NUMBER: 919-313-5201

9 pages

COMMENTS: Re. Rebecca Pifer

If you did not receive all the pages or they are not legible, please call the above number.

The information contained in this facsimile is privileged and confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby, notified that any discrimination, distribution, or copying of this communication is wrongful and may subject you to civil liability. If you have received this information in error, please notify us immediately by telephone and return the original message to us at the address above.

LIN001074

# RETURN FAX COVERSHEET
## Please use this page as coversheet when responding to request

DATE:        October 31, 2011

TO:          William Mallon
ATTN:

SECURE FAX#: (919) 313-5201

RETURN TO:   Rose Raines
SECURE FAX#: (603) 334-0380
CLAIM #:

RE:          RE: Long Term Disability Benefits
             Patient:  Rebecca Pifer
             DOB: July 02, 1960
             Claim Number:  4087659



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR
ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT
IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER
APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED
RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING
THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED
THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS
COMMUNICATION IS STRICTLY PROHIBITED. IF YOU MAY HAVE RECEIVED
THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY
TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE
ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.
<nocover>

LIN001075



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

October 31, 2011

Dr. William Mallon
249 E. Hwy 54
Durham, NC 27713

RE:    Long Term Disability Benefits
       Patient:  Rebecca Pifer
       DOB: ████ 1960
       Claim Number:  4087659

Dear Dr. Mallon:

We are the disability benefits carrier for your patient, Rebecca Pifer, and are requesting specific medical information in order to further evaluate Ms. Pifer's disability benefits. Please provide the following:

- All treatment notes, diagnostic test results and procedure reports from October 17, 2011.

Please fax the information back to my attention at 1-603-334-0380 or mail to the above address by October 31, 2011.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to your patient, we have provided your office with a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Pifer's signature. If you have any questions, please contact me directly.

Sincerely,

*Rose Raines*

Rose Raines
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 14257
Secure Fax No.: (603) 334-0380

LIN001076

Sep-28-11 08:03A                                                        P.05

## AUTHORIZATION TO OBTAIN AND RELEASE INFORMATION


**Liberty Mutual.**

Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

Return To:    Rose Raines
_____

EMPLOYEE/CLAIMANT NAME: REBECCA PIFER
CLAIM NO: 4087659
EMPLOYER/SPONSOR: BLUE CROSS & BLUE SHIELD OF NC          DATE OF BIRTH: ███ 960

I authorize any licensed physician, medical provider, hospital, medical facility, pharmacy, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1.  Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health.

2.  Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of federal and State tax returns; including attachments; and academic transcripts.

3.  Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query and any benefits to which my dependents may be eligible under my record. This information may also be released to my employer for administration of my employer sponsored benefits.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies, or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, if any.

I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I know that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This Authorization shall become effective on the date appearing next to my signature below. I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to which I submit a claim.

Rebecca Lane Pifer                    July 2, 960
Print Name                            Date of Birth

Rebecca Lane Pifer                    September 26, 2011
Signature                             Date

DP 432 Rev 02/09

**LIN001077**



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207.
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

## RESPONSE COVERSHEET

In order to facilitate accurate and timely processing of this claim, please include this cover sheet along with your response to this request.

PLEASE USE BLACK INK WHEN COMPLETING FORMS.

Document Type:  Medical

Claim Number:    4087659

Employee/Claimant Name:  REBECCA PIFER

Provider's Name: William Mallon

LIN001078

From:                                                    11/15/2011 10:59      #137 P.005/005



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

## Restrictions Form

| REBECCA PIFER | 960 | 4087659 | Rose Raines |
|---|---|---|---|
| Patient Name | Date of Birth | Claim Number | Case Manager |

To be completed by physician:

1. DATE FIRST TREATED — *4-28-11*    *726·11 - Calcif. Ten Shldr*
   DATE LAST TREATED — *10-17-11*    *" " "*
   NEXT OFFICE VISIT —                DIAGNOSIS(ES) WITH ASSOCIATED ICD-9 CODES

2. For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:

   ☐ SEDENTARY    Lifting / carrying up to 10 pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
   ☐ LIGHT        Lifting / carrying up to 20 pounds occasionally, sitting at least occasionally and standing / walking frequently.
   ☐ MEDIUM       Lifting / carrying up to 50 pounds occasionally; sitting, standing and / or walking constantly.
   ☐ HEAVY        Lifting / carrying up to 100 pounds occasionally; sitting, standing and / or walking constantly.
   ☐ VERY HEAVY   Lifting / carrying over 100 pounds occasionally; sitting, standing and / or walking constantly. *no duty*

   | KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
   |---|---|---|---|
   | | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
   | | Up to 2 ½ Hours / Day | Up to 5 ⅓ Hours / Day | Over 5 ½ Hours / Day |

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES)
   LISTED ABOVE.    1) For physical diagnoses, describe the type of task (bend, grasp, etc.) AND frequency (SEE KEY).
                    2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.

   *activities as tolerated*

4. RESTRICTIONS IMPOSED FROM *5-27-11* TO *unknown*

5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO
   WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?_____

6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?

7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM_____ TO_____.

| *William Mallon* | *mD/orthopaedic* | *561079264* |
|---|---|---|
| Provider's Name (Please Print) | Degree AND Area of Specialty | Social Security or Tax ID Number |
| *120 William Penn Plaza* | *919-290-5255* | *919-313-5201* |
| Street Address | Telephone Number | Fax Number |
| *Durham NC 27704* | *William Mallon MD* | *11-21-11* |
| City, State & Zip Code | Signature | Date |

LIN001079



# TRIANGLE ORTHOPAEDIC ASSOCIATES, P.A.

WPP Ortho
120 William Penn Plaza
Durham, NC 27704
Phone: 9192205255   Fax: 9193135201

---

**PATIENT:**              **REBECCA PIFER**
**DATE OF BIRTH:**        ██ 1960
**DATE:**                 10/17/2011 10:20 AM
**VISIT TYPE:**           **Ortho Office Visit**
**PROVIDER:**             **William J. Mallon MD**
**REFERRING PROVIDER:**   **Linda Belhorn MD**
**DATE OF SURGERY:**      05/27/2011

---

**Patient Type:** Follow up patient

PATIENT NAME:  Rebecca Pifer

DATE OF BIRTH:  ██ 1960

DATE OF SERVICE:  11/17/2011

CHIEF COMPLAINT:   Right shoulder

HISTORY:  Rebecca Pifer is now five months out from the right shoulder arthroscopic subscap repair. She is doing well.

EXAMINATION:  She has full active ROM of her shoulder. She has no significant limitation of external rotation at the side. She has excellent strength on testing internal rotation with a negative belly press bear hug test.

IMPRESSION: Good result S/P right shoulder arthroscopic subscapularis repair

DISPOSITION:      She may resume activities as tolerated. She has reached MMI. She may return to me on a PRN basis. I think sh· has sustained a ten percent permanent partial impairment rating to her right upper extremity. This is based on the worker's compensation act as published by the North Carolina Industrial Commission.

cc: Linda Belhorn MD

Dictated by William J. Mallon, M.D./hlg

11/18/2011

**Chief Complaint/Reason for visit:**
This 51 year old female presents with shoulder.

**History of Present Illness**
1. shoulder

**Physical Exam**

LIN001080

## Past Medical History

| Disease | Year |
|---|---|
| Arthritis | |
| osteopenia | |
| Anxiety | |
| Ehlers-Sanlos Syndrome | |
| Depression | |

## Past Surgical History

| Procedure/Surgery | Side | Year |
|---|---|---|
| bunionectomy | LT | 2011 |
| umbilical hernia repair | | |
| appendectomy | | |

## Medication History

| Drug Name | Dose | Description |
|---|---|---|
| Percocet | 5mg-325mg | take 1 - 2 by Oral route  every 4 - 6 hours PRN Pain |
| Phenergan | 25mg | take 1 tablet (25MG)  by ORAL route  every 6 hours as needed |
| Gabapentin | 600 Mg | take 1 tablet (600MG)  by ORAL route 3 times every day |
| Promethazine Hcl | 12.5 Mg | take 1 tablet (12.5MG)  by ORAL route 4 times every day before meals and at bedtime |
| Celebrex | 200 Mg | take 1 capsule (200MG)  by ORAL route 2 times every day as needed |
| Trazodone Hcl | 50 Mg | take 1 tablet (50MG)  by ORAL route  every day at night |
| Tramadol Hcl | 50 Mg | take 1 tablet (50MG)  by ORAL route  every 6 hours as needed |

## Allergies

Reviewed, no changes.

| Allergy | Brand Name |
|---|---|
| Adhesive | |

## Family History

| Yes / No | Disease Detail | Family Member | Name | Age |
|---|---|---|---|---|
| Yes | Arthritis | Family h/o | | |
| Yes | Cancer | Family h/o | | |
| Yes | Heart disease | Family h/o | | |
| Yes | Hypertension | Family h/o | | |

## Social History

The patient is left-handed.

**Education / Employment / Occupation / Military Experience:**

| Employment | Occupation | Emp Status | Restrictions | Retire Date |
|---|---|---|---|---|
| | | disabled | out since Feb 1 | |

**Tobacco:**

Patient is a tobacco user.

**Alcohol:**

There is a history of alcohol use.

## Review of Systems

**Constitutional:**

Negative for fatigue, fever and night sweats.

**HEENT:**

Negative for vision loss.

**Respiratory:**

Negative for cough and dyspnea.

**Cardiovascular:**

Negative for chest pain, cyanosis and irregular heartbeat/palpitations.

**Gastrointestinal:**

Negative for constipation, diarrhea and vomiting.

LIN001081

**Genitourinary:**
Negative for dysuria and hematuria.

**Metabolic/Endocrine:**
Negative for cold intolerance and heat intolerance.

**Neuro/Psychiatric:**
Negative for anxiety and depression.
Negative for difficulty walking, dizziness and headache.

**Dermatologic:**
Negative for rash.

**Musculoskeletal:**
Negative for except as noted in hpi and chief complaint.

**Hematology:**
Negative for bleeding and bruising.

**Immunology:**
Negative for environmental allergies and food allergies.

**Vital Signs**
**Height**

| Time | Ft | In | Cm | Last Measured | Method | % |
|---|---|---|---|---|---|---|
| 2:49 PM | 5.0 | 6.00 | | | | |

**Weight / BSA / BMI**

| Time | Lb | Oz | Kg | Context | % | BMI | BSA |
|---|---|---|---|---|---|---|---|
| 2:49 PM | 130.00 | | | | | | |

Electronically signed by: William J. Mallon MD  11/18/2011

**LIN001082**



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

November 15, 2011

Rebecca Pifer
9719 Rougemont Rd.
Bahama, NC 27503

RE:     Blue Cross & Blue Shield of NC
        Long Term Disability Benefits
        Claim #: 4087659

Dear Ms. Pifer:

We are writing with regard to your claim for Long Term Disability Benefits (LTD) under the Blue Cross & Blue Shield of NC (LTD) Policy. Your benefits have been suspended effective December 1, 2011.

Please refer to our prior letter dated October 17, 2011, which advised you benefits would discontinue if we did not receive the information requested from Dr. Mallon and Dr. Johnson. On October 11, 2011, we requested all medical records form Dr. Johnson's office dated August 24, 2011 to the present and a completed Restrictions Form. On October 17, 2011, we requested medical records from October 17, 2011 to the present and a completed Restrictions Form. To date we have received a completed Restrictions Form and post-operative visit notes from Dr. Johnson, but we are still in need of your operative report. We have not received a response form Dr. Mallon and are still in need of a completed Restrictions Form and your medical records from October 17, 2011 to the present. This documentation is necessary to assess your continued eligibility for benefits. Since we did not receive all of the requested information by November 15, 2011, your benefits are suspended.

Although benefit payments will not be issued beyond November 30, 2011, your file will remain open until 15 days from this letter. If you do not submit the requested information by November 30, 2011 your claim will be closed. Please encourage your physicians to submit the information we previously requested as we will not be contacting Dr. Mallon and Dr. Johnson with any additional requests.

If there are any other attending physicians or specialists, including physical therapy providers, please have them forward all of your medical records pertinent to this period of disability within the timeframe stated above.

If you have any questions about your disability benefits, please feel free to contact me.

Sincerely,

Rose Raines
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 14257
Secure Fax No.: (603) 334-0380

**LIN001083**

# PODIATRY ASSOCIATES OF WINSTON-SALEM, INC.
## J. BARRY JOHNSON, DPM
## DEEP PATEL, DPM
3314 Healy Drive, Suite 102
Winston-Salem, NC 27103
Telephone: (336) 768-1267
Fax: (336) 768-9336

## FACSIMILE TRANSMISSION

### ***CONFIDENTIALITY STATEMENT***

THE MATERIAL TRANSMITTED AND COMMUNICATED HEREIN IS INTENDED ONLY
FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED. IF YOU
ARE NOT THE INTENDED RECIPIENT OR THE INDIVIDUAL RESPONSIBLE FOR
DELIVERING THIS COMMUNICATION TO THE INTENDED RECIPIENT, YOU ARE
HEREBY NOTIFIED THAT ANY DISCLOSURE OF THE CONTENT OF THIS
COMMUNICATION IS STRICTLY PROHIBITED.

TO: _Rose Raines_

FAX NUMBER: _____

PHONE NUMBER: _____

DATE: 11/1/11     #OF PAGES (including cover page): _____

RE: _Rebecca Pifer_

FROM: _____

MESSAGE: _____

Please call (336) 768-1267 if you do not receive the number of pages indicated above.

LIN001084



**Liberty Mutual.**

Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

## Restrictions Form

| REBECCA PIFER | 960 | 4087659 | Rose Raines |
|---|---|---|---|
| Patient Name | Date of Birth | Claim Number | Case Manager |

### To be completed by physician:

**1.** 
DATE FIRST TREATED — 7/7/2011
DATE LAST TREATED — 10/11/2011
NEXT OFFICE VISIT — 11/1/2011

Gastrocnemius equinus (727.81)
Hallux Abducto Valgus (735.0)
Tailors Bunion (727.1)

DIAGNOSIS(ES) WITH ASSOCIATED ICD-9 CODES

**2.** For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:

- ☐ **SEDENTARY** — Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☒ **LIGHT** — Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** — Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** — Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** — Lifting / carrying over **100** pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | **OCCASIONALLY** Up to 20 Minutes / Hour Up to 2 ½ Hours / Day | **FREQUENTLY** Up to 40 Minutes / Hour Up to 5 ½ Hours / Day | **CONSTANTLY** Over 40 Minutes / Hour Over 5 ½ Hours / Day |
|---|---|---|---|

**3.** DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.
    1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).*
    2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.

**4.** RESTRICTIONS IMPOSED FROM 8/24/2011 TO Current.

**5.** IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?
apt 11/1/2011 — Followup apt. 11/29/11

**6.** PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?
NON- Weight bearing Surgery Scheduled For Right Foot 12/28/11

**7.** PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM 8/24/2011 TO Present.

| J. Barry Johnson, DPM. | DPM | 5u0952278 |
|---|---|---|
| Provider's Name (Please Print) | Degree *AND* Area of Specialty | Social Security or Tax ID Number |
| 3314 Healy DR. Suite 102 | 336-768-1267 | 336-768-9336 |
| Street Address | Telephone Number | Fax Number |
| Winston Salem, NC 27103 | | 10/12/11 |
| City, State & Zip Code | Signature | Date |

**LIN001085**

**PODIATRY ASSOCIATES
OF WINSTON-SALEM, INC.**
3314 Healy Drive, Suite 102
Winston-Salem, NC 27103

J. Barry Johnson, DPM
  Diplomate, American Board of Podiatric Surgery
  Fellow, American College of Foot & Ankle Surgeons
  Fellow, American Academy of Podiatric Sports Medicine
Deep Patel, DPM

Telephone: (336) 768-1267
Fax: (336) 768-9336

**REBECCA PIFER
OFFICE NOTES**

**Date of Exam:   07/07/2011**

**DOB:** ███ 1960

**HISTORY OF CHIEF COMPLAINT:** This 51-year-old white female is complaining of her left greater than right bunion since 1980s but much worse in the past couple of years. She has had the bunions drained on the left foot about six weeks ago. She is referred here by her husband, Dr. Mark Pifer for our evaluation.

**PAST MEDICAL HISTORY:** Positive for neck problems and arthritis. Patient denies history of diabetes, thyroid or goiter disease, epilepsy, seizures, stroke, fainting, muscle weakness or paralysis, high blood pressure, low blood pressure, heart disease, abnormal heart beat, heart murmur, palpitations, chest pain, angina, rheumatic fever, lung disease, wheezing, asthma, TB, pneumonia, emphysema, shortness of breath, chronic cough, excessive sputum (spit), rapid loss/gain in weight, kidney disease, liver disease, cirrhosis, yellow jaundice, hepatitis, Gastroesophageal reflux (GERD), frequent indigestion, heart burn, herpes, positive TB skin test, sickle cell trait or disease, bleeding or blood clotting disorder, back problems, eye drops, glaucoma, contacts, family history of malignant hypothermia, phlebitis, or poor circulation.

**ALLERGIES:** Positive for adhesives.

**PAST SURGICAL HISTORY:** Right shoulder arthroscope May, 2011, and Appendectomy 1981.

**MEDICATIONS:** Gabapentin 600mg (for numbness and tingling in her face), Effexor 75mg, Promethium 100mg, Trazodone 50mg, Tramadol 50mg.

**FAMILY HISTORY:** Negative for family history of diabetes or other systemic diseases.

**SOCIAL HISTORY:** Positive for tobacco use (5 cigarettes per day), and the use of alcohol (2 drinks per weed).

**PE: BP:** 118/76. Patient has significant left greater than right bunion deformities with a very large bursa over the 1st metatarsal head left foot. She is also complaining of a painful Tailor's bunion left foot as well with shoe wear. The

**VASCULAR:** Dorsalis pedis pulses are palpable bilaterally and posterior tibial pulses are weakly palpable in right foot and palpable in left foot. Venous system reveals multiple varicosities present bilaterally.

**LIN001086**

**Rebecca Pifer**
DOB: ████ 1960
**Page Two**

**DERMATOLOGICAL:** Skin color, temperature and texture of both feet are within normal limits. There is evidence of hypertrophic incurvated hallux nails bilaterally but no signs of infection present.

**NEUROLOGICAL:** Achilles tendon reflexes are within normal limits with no Babinski's sign present.

**MUSCULOSKELETAL:** Rearfoot ranges of motion are within normal limits. Patient does have less than 90 degrees of ankle joint dorsiflexion bilaterally with the knees extended and she has 10 degrees of ankle joint dorsiflexion with knees flexed bilaterally. There are no gross deformities or weaknesses appreciated except as noted above.

**ASSESSMENT:**
1) Ehlers-Danlos Syndrome.
2) HAV deformity left greater than right foot.
3) Tailor's bunions bilaterally.
4) Gastrocnemius Equinus bilaterally.

**PLAN:** Discussed treatment options and recommend a gastrocrecession, bone wedge osteotomy with 3.5 AO screw fixation, McBride Bunionectomy and distal oblique osteotomy 5th metatarsal with 2.0 AO screw fixation, all left foot first. Explained procedures in detail with possible complications including infection, non healing, redeformity, no improvement in symptoms, the need for further surgery, RSD, etc. Also explained the post op course with a BK ambulatory cast for six weeks, then an Unna boot and 1st ray splint for two additional weeks, then gradually returning to normal foot gear.

**08/24/11**
Outpatient surgery, Piedmont Surgical Center

**09/20/11**
**SUBJECTIVE:** Patient says that she has really done well. She had a little discomfort at the top of the cast for which she placed some padding between the back top of the cast and her leg. She states she moved last week.

**OBJECTIVE:** The left foot cast is intact and removed. Incisions are dry and well healed. There is a small amount of edema present over the dorsum of the left foot. The left foot looks very good with a well aligned hallux and 5th digit left foot. There is excellent motion in the left 1st MTP joint and the 1st metatarsal head is down with no evidence of elevates present.

**ASSESSMENT:**
1) Excellent post op progress.

**PLAN:** Betadine applied, sutures removed. Applied Betadine and dry sterile dressing with the hallux and 5th digit bandaged straight. BK cast applied, remain non-weight bearing for two weeks then may start weight bearing.

LIN001087

**10/11/11**

**Subjective:**

Mrs. Pifer returns for post-operative evaluation. She had a left foot 1st metatarsal base wedge osteotomy, 5th metatarsal distal oblique osteotomy and gastrocnemius recession on 8/24/11. She has had no pain in the foot and has been touch down weight bearing only. She has had no issues with the cast or crutches.

**Objective:**

Left foot cast intact. No edema present. Left forefoot looks well aligned at the 1st and 5th mpj with excellent motion at the 1st mpj. 1st metatarsal is down with no evidence of elevatus.

Xrays: 1st metatarsal base osteotomy has intact fixation and alignment is maintained with interval healing. 1st mpj is well aligned. No 1st ray elevatus in lateral view. 5th metatarsal osteotomy shows interval healing with intact hardware, slight medial deviation at mpj. Disuse osteopenia evident on radiographs throughout.

**Assessment:**

Status post left foot 1st metatarsal base wedge osteotomy, 5th metatarsal distal oblique osteotomy and gastrocnemius recession on 8/24/11. Excellent post op progress, some disuse osteopenia

**Plan:**

I reapplied a dry sterile dressing on the left foot with attention on maintaining the 1st and 5th digits in a rectus alignment. BK cast applied and I instructed her to start weight bearing without assistance in 2 days to help strengthen bone stock. I will have her rtc on November 1st.

**LIN001088**

# RETURN FAX COVERSHEET

## Please use this page as coversheet when responding to request

DATE: October 31, 2011

TO: William Mallon
ATTN:

SECURE FAX#: (919) 313-5201

RETURN TO: Rose Raines
SECURE FAX#: (603) 334-0380
CLAIM #:

RE: RE: Long Term Disability Benefits
Patient: Rebecca Pifer
DOB: July 02, 1960
Claim Number: 4087659



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU MAY HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.**
`<nocover>`

LIN001089



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

October 31, 2011

Dr. William Mallon
249 E. Hwy 54
Durham, NC 27713

RE:     Long Term Disability Benefits
        Patient:  Rebecca Pifer
        DOB: ▮▮▮▮ 1960
        Claim Number:  4087659

Dear Dr. Mallon:

We are the disability benefits carrier for your patient, Rebecca Pifer, and are requesting specific medical information in order to further evaluate Ms. Pifer's disability benefits.  Please provide the following:

- All treatment notes, diagnostic test results and procedure reports from October 17, 2011.

Please fax the information back to my attention at 1-603-334-0380 or mail to the above address by October 31, 2011.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to your patient, we have provided your office with a HIPAA compliant authorization signed by your patient allowing the release of information to our company.  This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Pifer's signature.  If you have any questions, please contact me directly.

Sincerely,

*Rose Raines*

Rose Raines
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 14257
Secure Fax No.: (603) 334-0380

**LIN001090**

# AUTHORIZATION TO OBTAIN AND RELE. SE INFORMATION


**Liberty Mutual.**

Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:**   Rose Raines

EMPLOYEE/CLAIMANT NAME:  REBECCA PIFER

CLAIM NO:  4087659

EMPLOYER/SPONSOR: BLUE CROSS & BLUE SHIELD OF NC          DATE OF BIRTH: ███1960

**I authorize** any licensed physician, medical provider, hospital, medical facility, pharma y, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following ir ormation to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representat e, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1.  Medical information with respect to any physical or mental condition and/or treatme t of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and men l health.

2.  Information with respect to: job duties, earnings, employment applications, personne records, and other work related information; records and information related to any insurance coverage and claims filed; credit informatio including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of ederal and State tax returns; including attachments; and academic transcripts.

3.  Information concerning Social Security benefits, including, but not limited to, month y benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query and a y benefits to which my dependents may be eligible under my record. This information may also be released to my employer for administ ation of my employer sponsored benefits.

**I understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any i formation obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies i the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease managem nt or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims m nagement and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purp ses of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit progr ms, persons or organizations providing medical treatment or services in connection with my claim, or as may be otherwise permitted or quired by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance compani or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure ir connection with insurance transactions.

If I receive a disability benefit greater than that which I should have been paid, I underst id that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, if any.

**I understand** that any person who knowingly, and with intent to injure, defraud, or dece e the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be g ilty of a criminal act punishable under law.

**I know** that I may request a copy of this Authorization. I agree that a photographic copy f this Authorization shall be as valid as the original. This Authorization shall become effective on the date appearing next to my signature bel w. I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right t revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to whic I submit a claim.

*Rebecca Lane Pifer*                    *July 2, 1960*
Print Name                              Date of Birth

*Rebecca Lane Pifer*                    *September 26, 2011*
Signature                               Date

DP 432  Rev 02/09

**LIN001091**



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

## RESPONSE COVERSHEET

**In order to facilitate accurate and timely processing of this claim, please include this cover sheet along with your response to this request.**

**PLEASE USE BLACK INK WHEN COMPLETING FORMS.**

**Document Type:** Medical

**Claim Number:** 4087659

**Employee/Claimant Name:** REBECCA PIFER

**Provider's Name:** William Mallon

**LIN001092**



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

October 17, 2011

Rebecca Pifer
9719 Rougemont Rd.
Bahama, NC 27503

RE:     Blue Cross & Blue Shield Of NC
        Long Term Disability Benefits
        Claim #: 4087659

Dear Ms. Pifer:

We are writing with regard to your claim for Long Term Disability Benefits (LTD) under the Blue Cross & Blue Shield Of NC LTD Policy. We are reviewing your continued eligibility for disability benefits and are in need of additional medical information.

On October 11, 2011, we contacted Dr. Johnson requesting medical records from August 24, 2011 through October 11, 2011 and a completed Restrictions Form in order to support your claim for ongoing disability benefits. We also contacted Dr. Mallon on October 17, 2011, requesting your office visit note. Please contact Dr. Johnson and Dr. Mallon and request this information be sent to us within the timeframe specified below.

The Blue Cross & Blue Shield Of NC LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claims investigation. We ask that you provide us with this information no later than 30 days from the date of this letter, by November 15, 2011, as required under the terms of your Policy.

If there are any other attending physicians or specialists, including physical therapy providers, please have them forward all of your medical records pertinent to this period of disability within the timeframe stated above.

If this information is not received by November 30, 2011, your disability benefits will be suspended.

If you have any questions about your disability benefits, please feel free to contact me.

Sincerely,

Rose Raines

Rose Raines
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 14257
Secure Fax No.: (603) 334-0380

**LIN001093**

# RETURN FAX COVERSHEET
## Please use this page as coversheet when responding to request

DATE: October 17, 2011

TO: Dr. William Mallon
ATTN:

SECURE FAX#: (919) 544-7276

RETURN TO: Rose Raines
SECURE FAX#: (603) 334-0380
CLAIM #: 4087659

RE:

RE: Long Term Disability Benefits
Patient: Rebecca Pifer
DOB: July 02, 1960
Claim Number: 4087659



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU MAY HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.**
`<nocover>`

LIN001094



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

October 17, 2011

Dr. William Mallon
249 E. Hwy 54
Durham, NC 27713

RE:    Long Term Disability Benefits
       Patient: Rebecca Pifer
       DOB: ███████ 1960
       Claim Number: 4087659

Dear Dr. Mallon:

We are the disability benefits carrier for your patient, Rebecca Pifer, and are requesting specific medical information in order to further evaluate Ms. Pifer's disability benefits. Please provide the following:

- All treatment notes, diagnostic test results and procedure reports from October 17, 2011.

Please fax the information back to my attention at 1-603-334-0380 or mail to the above address by October 31, 2011.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to your patient, we have provided your office with a HIPAA compliant authorization signed by your patient allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Pifer's signature. If you have any questions, please contact me directly.

Sincerely,

*Rose Raines*

Rose Raines
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 14257
Secure Fax No.: (603) 334-0380

**LIN001095**

## AUTHORIZATION TO OBTAIN AND RELE.SE INFORMATION


**Liberty Mutual.**

Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:**   Rose Raines

EMPLOYEE/CLAIMANT NAME:  REBECCA PIFER

CLAIM NO:  4087659

EMPLOYER/SPONSOR: BLUE CROSS & BLUE SHIELD OF NC          DATE OF BIRTH: ▮1960

**I authorize** any licensed physician, medical provider, hospital, medical facility, pharma· y, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit · · consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following ir ormation to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to i:s legal representat ·e, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1.  Medical information with respect to any physical or mental condition and/or treatme t of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and men· .l health.

2.  Information with respect to: job duties, earnings, employment applications, personne records, and other work related information; records and information related to any insurance coverage and claims filed; credit informatio including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of· ederal and State tax returns; including attachments; and academic transcripts.

3.  Information concerning Social Security benefits, including, but not limited to, montl· y benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query and a y benefits to which my dependents may be eligible under my record. This information may also be released to my employer for administ ation of my employer sponsored benefits.

**I understand** the Company or Plan Sponsor will use the information obtained under thi: Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any i formation obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies i: the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease managem nt or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims m nagement and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purp· ses of auditing the Company's administration of claims under  the policy and/or assessing statistical claim data related to its benefit progr ms, persons or organizations providing medical treatment or services in connection with my claim, or as may be otherwise permitted or 1 quired by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance compani· · or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure ir connection with insurance transactions.

If I receive a disability benefit greater than that which I should have been paid, I underst: 1d that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, if any.

**I understand** that any person who knowingly, and with intent to injure, defraud, or dece ·e the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be g ilty of a criminal act punishable under law.

**I know** that I may request a copy of this Authorization. I agree that a photographic copy )f this Authorization shall be as valid as the original. This Authorization shall become effective on the date appearing next to my signature bel w. I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right t revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to whic I submit a claim.

*Rebecca Lane Pifer*
Print Name

*July 2, 1960*
Date of Birth

*Rebecca Lane Pifer*
Signature

*September 26, 2011*
Date

DP 432  Rev 02/09

**LIN001096**



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

## RESPONSE COVERSHEET

**In order to facilitate accurate and timely processing of this claim, please include this cover sheet along with your response to this request.**

**PLEASE USE BLACK INK WHEN COMPLETING FORMS.**

**Document Type:** Medical

**Claim Number:** 4087659

**Employee/Claimant Name:** REBECCA PIFER

**Provider's Name:** Dr. William Mallon

**LIN001097**

# RETURN FAX COVERSHEET

## Please use this page as coversheet when responding to request

DATE:        October 11, 2011

TO:         Dr. J. Barry Johnson
ATTN:

SECURE FAX#: (336) 768-9336

RETURN TO:  Rose Raines
SECURE FAX#: (603) 334-0380
CLAIM #:      4087659

RE:         RE: Long Term Disability Benefits
            Patient: Rebecca Pifer
            DOB: July 02, 1960
            Claim Number: 4087659



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU MAY HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.**
`<nocover>`

LIN001098



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

October 11, 2011

Dr. J. Barry Johnson
3314 Healy Dr
SUITE 102
Winston-salem, NC 27103

RE:     Long Term Disability Benefits
        Patient:  Rebecca Pifer
        DOB: ▮▮▮▮ 1960
        Claim Number:  4087659

Dear Dr. Johnson:

We are the disability benefits carrier for your patient, Rebecca Pifer, and are requesting specific medical information in order to further evaluate Ms. Pifer's disability benefits.  Please provide the following:

- Completed Restrictions Form
- All treatment notes, diagnostic test results and procedure reports from August 24, 2011 to the present.
- Your treatment plan and an estimated return to work date.

Please fax the information back to my attention at 1-603-334-0380 or mail to the above address by October 24, 2011.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to your patient, we have provided your office with a HIPAA compliant authorization signed by your patient allowing the release of information to our company.  This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Pifer's signature.  If you have any questions, please contact me directly.

Sincerely,

*Rose Raines*

Rose Raines
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 14257
Secure Fax No.: (603) 334-0380

**LIN001099**

LIN001100

# AUTHORIZATION TO OBTAIN AND RELE .SE INFORMATION


**Liberty Mutual.**

Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:**    Rose Raines

---

EMPLOYEE/CLAIMANT NAME:  REBECCA PIFER
CLAIM NO:  4087659
EMPLOYER/SPONSOR: BLUE CROSS & BLUE SHIELD OF NC          DATE OF BIRTH: ███ 1960

---

**I authorize** any licensed physician, medical provider, hospital, medical facility, pharma y, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit c consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following ir ormation to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representat e, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatme t of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and men I health.

2. Information with respect to: job duties, earnings, employment applications, personne records, and other work related information; records and information related to any insurance coverage and claims filed; credit informatio including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of ederal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, month y benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query and a y benefits to which my dependents may be eligible under my record. This information may also be released to my employer for adminisi ation of my employer sponsored benefits.

**I understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any i formation obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies i: the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease managerr nt or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims m nagement and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purp ses of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit progr ms, persons or organizations providing medical treatment or services in connection with my claim, or as may be otherwise permitted or i quired by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companie or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure ir connection with insurance transactions.

If I receive a disability benefit greater than that which I should have been paid, I underst id that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, if any.

**I understand** that any person who knowingly, and with intent to injure, defraud, or dece e the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be g ilty of a criminal act punishable under law.

**I know** that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This Authorization shall become effective on the date appearing next to my signature bel w. I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right t revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to whic I submit a claim.

*Rebecca Lane Pifer*
Print Name

*Rebecca Lane Pifer*
Signature

*July 2, 1960*
Date of Birth

*September 26, 2011*
Date

DP 432 Rev 02/09

**LIN001101**

Forms Attached:
 Restrictions

**LIN001102**



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

## RESPONSE COVERSHEET

**In order to facilitate accurate and timely processing of this claim, please include this cover sheet along with your response to this request.**

**PLEASE USE BLACK INK WHEN COMPLETING FORMS.**

**Document Type:** Medical

**Claim Number:** 4087659

**Employee/Claimant Name:** REBECCA PIFER

**Provider's Name:** Dr. J. Barry Johnson

**LIN001103**



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

## Restrictions Form

| REBECCA PIFER | ▉1960 | 4087659 | Rose Raines |
|---|---|---|---|
| **Patient Name** | **Date of Birth** | **Claim Number** | **Case Manager** |

### To be completed by physician:

1. **DATE FIRST TREATED** – _____  _____

   **DATE LAST TREATED** – _____  _____

   **NEXT OFFICE VISIT** – _____  **DIAGNOSIS(ES) WITH ASSOCIATED ICD-9 CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

   ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.

   ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.

   ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.

   ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.

   ☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

   | **KEY:** | **OCCASIONALLY** Up to 20 Minutes / Hour Up to 2 ½ Hours / Day | **FREQUENTLY** Up to 40 Minutes / Hour Up to 5 ½ Hours / Day | **CONSTANTLY** Over 40 Minutes / Hour Over 5 ½ Hours / Day |
   |---|---|---|---|

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.**
   1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).*
   2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.

   _____

   _____

   _____

   _____

4. **RESTRICTIONS IMPOSED FROM** _____ **TO** _____.

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** _____

   _____

   _____

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

   _____

   _____

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** _____ **TO** _____.

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

**LIN001104**


**Liberty Mutual.**

Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

September 14, 2011

Rebecca Pifer
9 Seawell Court
Durham, NC 27703

RE: Blue Cross & Blue Shield Of NcC
Long Term Disability Benefits
Claim #: 4087659

Dear Ms. Pifer:

We are writing with regard to your claim for Long Term Disability Benefits (LTD) under the Blue Cross & Blue Shield Of NcC (LTD) Policy.

Please refer to our prior letters dated July 6, 2011 and August 4, 2011, which advised you that the attached forms were due no later than August 19, 2011. This documentation is necessary to assess your continued eligibility for benefits, to determine whether you have any other treating providers, and whether or not you have any additional forms of income.

Additional Forms were also requested from you in the notification of you claim approval letter dated August 5, 2011. The forms pertaining to Social Security were due by September 4, 2011. These forms are also needed to complete your claim file. These forms are necessary to obtain your status with regards to any Social Security Disability claims.

Your file will remain open until 15 days from this letter. If you do not submit the requested information by September 28, 2011 your claim will be closed.

If there are any other attending physicians or specialists, including physical therapy providers, please have them forward all of your medical records pertinent to this period of disability within the timeframe stated above.

If you have any questions about your disability benefits, please feel free to contact me.

Sincerely,

Rose Raines

Rose Raines
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 14257
Secure Fax No.: (603) 334-0380

**LIN001105**

## ACTIVITIES QUESTIONNAIRE

**Liberty Mutual.**

Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:** Rose Raines

*page 1 of 3*

EMPLOYEE/CLAIMANT NAME: REBECCA PIFER
CLAIM NO: 4087659   S.S. NO: 242158502
EMPLOYER/SPONSOR: BLUE CROSS & BLUE SHIELD OF NC   DATE OF BIRTH: ███ 1960

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Liberty Life Assurance Company of Boston.

How long are you able to:
sit +14 hrs    stand 1 min.    walk 5 min

How many hours a day do you:
sit +14 hrs,    stand 0 min.    walk 5 min.

Do you take a nap during the day?
Yes ✓    No ___
If Yes, for how long? ~1 hr.    At what time of the day? ~1:00 pm

How many hours a day do you spend in bed? 10 hours (or 11 hours if able to take a nap.)

Do you require any assistive devices such as a:
cane ___    walker ✓    crutches ✓    wheelchair ✓    other ✓ rolling chair

How long are you able to sit in a car? 30 min.

Do you hold a valid driver's license?
Yes ✓    No ___
If No, please explain: ___
If Yes, how long are you able to drive a car? 30 min.
✗ **Please provide a copy of your driver's license when returning this form** ✗

How do you maintain contact with people or activities that matter most to you?
by phone

Do you have children?
Yes ✓    No ___    If Yes, what are their dates of birth 12/6/96, 11/27/99
Do you need help caring for your children?
Yes ✓    No ___

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?
Yes ___    No ✓    If Yes, please explain ___

How many times a day do you leave the house during the week? 5
On the weekends? 1 maybe
How often do you run errands? not physically able
Please describe what errands you most commonly run: if able, pick up youngest child from school - 30 min. trip.

LIN001106

Case 1:22-cv-00186-WO-JLW   Document 22   Filed 10/24/22   Page 343 of 538


**Liberty Mutual.**

How often do you get outdoors?  _Seldom - just to g t to car to pick up youngest child from school._

Are you left or right hand dominant?     Left __✓__     Right _____

Are you able to work in your garden?     Yes _____     No __✓__

Are you able to work on your house?     Yes _____     No __✓__

Are you able to wash your car?     Yes _____     No __✓__

How much time is spent daily on your home computer?
__✓__ None  _____ 0-1 hours  _____ 1-2 hours  _____ 2-3 hours  _____ 3+ hours
< 10 min.

How much time is spent weekly on your home computer?
_____ None  __✓__ 0-1 hours  _____ 1-2 hours  _____ 2-3 hours  _____ 3+ hours

What activities do you perform on your home computer.  Please check all that app :
__✓__ Pay bills  _____ Read news/articles  _____ Use search engines  _____ Send emails
_____ Visit chat rooms  _____ Photos  Other: _____

What computer software applications do you utilize.  Please check all that apply:
_____ Word processing (Word)  _____ Spreadsheets (Excel)  _____ Databa : (Access)  _____ Graphics
_____ Photo software (Photoshop)  _____ Programming  Other: _____

Do you have a working home copy machine/fax machine?  _____ Yes  __✓__ Io

If yes, please explain purpose and usage: _____

The following questions intend to identify whether or not you are able to <u>independe tly</u> conduct routine daily activities.  If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | husband, children | yes |
| Carrying groceries into the house | husband, children | yes |
| Cooking meals | husband, children | yes |
| Cleaning after meals | husband, children | yes |
| Cleaning bathrooms | children | yes |
| Vacuuming | children | yes |
| Doing the laundry | husband, children | yes |
| Opening and responding to mail | | no (someone else must get mail) |
| Managing your finances | husband | yes |
| Balancing your checkbook | husband | yes |
| Bathing yourself | husband | yes |
| Styling your own hair | | no (do not style hair) |
| Getting dressed | husband, children | yes |
| Going up and down stairs | husband, children | yes |

Have you been confined to a hospital within the last 12 months?     Yes _____     No __✓__

If Yes, please provide reason and hospital contact Information: _____

**LIN001107**


**Liberty Mutual.**

How often do you travel or take vacation? _not able to travel at this time._

Where do you go? How do you get there (transportation method)? _N/A_

---

Are you able to pursue your hobbies?        Yes ___   No ✓

If Yes, please describe

Do you participate in an exercise program?   Yes ___   No ✓

If Yes, please describe

Do you do any Volunteer work?                Yes ___   No ✓

If Yes:

    how many hours per day? _____

    how many hours per week? _____

    for whom?

Are you working for wages?                   Yes ___   No ✓

If Yes, please provide employer's name

---

**Describe in your own words, what prevents you from engaging in any gainful employment.**

As stated in my letter to you dated 4/30/11   I have an inherited disease. Ehlers-Danlos syndrome that has progressed to the point of debilitation. Additionally, I cannot use my arms/hands for any repetitive motion such as computer work- or 4 handed dentistry for chairside dental assisting - my background education and certification. Also, I have had expensive surgeries on my right shoulder and left foot. I presently cannot walk, nor can I use crutches much due to shoulder surgery and loose joints.

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

Awake, transfer to roller chair, dress while seated, roll about home to do mini nal tasks (brush hair, teeth) check mail, make/answer phone calls, make simple meals if able. Transfer to side of tub to wash if able, direct family for household chores. Transfer to toilet as needed, Transfer to bed.

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

H) 919-620-7799 ; c) 919-597-8606 = LEAVE MESSAGE IF I AM UNABLE TO GET TO THE PHONE IN TIME.

In the event we cannot reach you, please provide an alternate contact's name and tel phone number.

Dr. MARK A. PIFER   office 919-471-5000

---

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Liberty.

Name: _Rebecca Lane Pifer_        Date: _September 26, 2011_

Signature: _Rebecca Lane Pifer_

LIN001108

# AUTHORIZATION TO OBTAIN AND RELE␣SE INFORMATION


**Liberty Mutual.**

Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:**   Rose Raines

EMPLOYEE/CLAIMANT NAME:  REBECCA PIFER

CLAIM NO:  4087659

EMPLOYER/SPONSOR: BLUE CROSS & BLUE SHIELD OF NC          DATE OF BIRTH: ███ 1960

I **authorize** any licensed physician, medical provider, hospital, medical facility, pharma␣y, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit ␣ ·consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following ir␣ormation to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representat␣␣e, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1.  Medical information with respect to any physical or mental condition and/or treatme␣t of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and men␣␣l health.

2.  Information with respect to: job duties, earnings, employment applications, personn␣ records, and other work related information; records and information related to any insurance coverage and claims filed; credit informatio␣ including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of ␣ ederal and State tax returns; including attachments; and academic transcripts.

3.  Information concerning Social Security benefits, including, but not limited to, month␣y benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query and a␣y benefits to which my dependents may be eligible under my record. This information may also be released to my employer for adminis␣ation of my employer sponsored benefits.

I **understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any i␣formation obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies i␣ the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease managem␣nt or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims m␣nagement and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purp␣ses of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit progr␣ms, persons or organizations providing medical treatment or services in connection with my claim, or as may be otherwise permitted or␣quired by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance compani␣ or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure ir␣connection with insurance transactions.

If I receive a disability benefit greater than that which I should have been paid, I underst␣ ␣d that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, if any.

I **understand** that any person who knowingly, and with intent to injure, defraud, or dece␣␣e the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be g␣ilty of a criminal act punishable under law.

I **know** that I may request a copy of this Authorization. I agree that a photographic copy␣f this Authorization shall be as valid as the original. This Authorization shall become effective on the date appearing next to my signature bel␣w. I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right t␣ revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to whic␣ I submit a claim.

*Rebecca Lane Pifer*
Print Name

*Rebecca Lane Pifer*
Signature

*July 2, 1960*
Date of Birth

*September 26, 2011*
Date

DP 432  Rev 02/09

**LIN001109**

# CLAIMANT INFORMATION



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:** Rose Raines

| | |
|---|---|
| EMPLOYEE/CLAIMANT NAME:   REBECCA PIFER | |
| CLAIM NO:   4087659 | S.S. NO: 242158502 |
| EMPLOYER/SPONSOR:  BLUE CROSS & BLUE SHIELD OF NC | DATE OF BIRTH: ▓ 1960 |

## TO BE COMPLETED BY EMPLOYEE:

Please complete the following information. If additional space is needed, use the back or a separate sheet of paper.

### NAME OF TREATING HEALTH CARE PROVIDERS IN THE PAST TWO YEARS:

**Primary**
Name: John A. Kallianos MD    Specialty: General Medical
Address: 4309 Medical Pa KM, Ste 200
Durham, NC 27704
Telephone No: 919 471-4484    Fax No.: 919 477-6131
First Treatment Date: > 10 years   Thru on-going

**Specialist**
Name: Linda Belhorn, MD    Specialty: Rheumatology
Address: 4004 Ben Franklin Blvd.
Durham, NC 27704
Telephone No: 919 220-5306    Fax No.: 919 220-2627
First Treatment Date: 1/16/11   Thru on-going

**Other**
Name: William Mallon MD    Specialty: Orthopedics
Address: 120 William Penn - Plaza
Durham, NC 27704
Telephone No: 919 220-5255    Fax No.: 919 220-6971
First Treatment Date: 4/18/11   Thru on-going

*Additional "other" on separate page*

### NAME OF CURRENT HEALTH INSURANCE COMPANY:

Insurance Carrier: Blue Cross Blue Shield of North Carolina
Address:
on-file
Telephone No: (    )    Fax No.: (    )
Contact:

### NAME OF PHARMACY:

**Current**
Name: Krogers
Address: 1802 North Poi t Drive
Durham, NC 27705
Telephone No: 919) 220-6894    Fax No.: 919 220-6591

**Prior**
Name:
Address:
NA
Telephone No: (    )    Fax No.: (    )

SIGNATURE: Rebecca Lane Pifer    DATE: September 26, 2011

DP 421 Rev. 06/01

**LIN001110**

Rebecca Lane Pifer
Claim # 4087659

Claimant Information DP421
Treating Health Care Providers < Continued >

4) Triangle Orthopedic Physical Therapy         PT
120 William Penn Plaza
Durham, NC 27704
O (919)-220-5255    Fax (919)-220-5176
1st Tx date 4/21/11 thru on-going

5) Paul Wright, MD         Orthopedics
4125 Ben Franklin Blvd.
Durham, NC 27704
O (919)-471-9331    FAX (919)471-6524
1st Tx date 12/21/12 thru 4/17/11

6) Stewart Physical Therapy         PT
4125 Ben Franklin Blvd.
Durham NC 27704
O) (919)-479-8730    FAX (919)-479-8782
1st Tx date 1/24/11 thru 4/17/11

7) Dr. J. Barry Johnson         Podiatric Specialist/Surgeon
3314 Healy Drive
Winston-Salem, NC 27103
O (336)-768-1267    FAX (336)768-9336
1st Tx date 7/1/11 thru on-going

LIN001111

# CLAIMANT SUPPLEMENTARY STATEMENT



**Liberty Mutual.**

Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:** __Rose Raines__

EMPLOYEE/CLAIMANT NAME: __REBECCA PIFER__
CLAIM NO: __4087659__                                    S.S. NO: __242158502__
EMPLOYER/SPONSOR: BLUE CROSS & BLUE SHIELD OF NC         DATE OF BIRTH: ██ 1960

| 1. Full Name (Last, First, Middle Init.) | 2. Social Security Number | 3. Phone Number (include area code) |
|---|---|---|
| Pifer, Rebecca L. | 242158502 | 919-620-7749 |

| 4. Address | City | State | Zip Code |
|---|---|---|---|
| 9719 Rougemont Road | Bahama | NC | 27503 |

| 5. Marital Status | 6. Number of Dependents | 6a. Dates of Birth of Children |
|---|---|---|
| Married | 2 | 12/8/96 , 11/27/99 |

7. Have you returned to any type of employment? If yes, please describe.
No

8. Do you own your own business, or are you affiliated with a corporation, partnership, or sole proprietar? If yes, please explain.
No

9. Do you hold a tax identification number or EIN? If yes, please provide and explain purpose.
No

10. Do you hold a professional license? If yes, for what purpose.
No

11. Are you associated with an Internet affiliated business? Do you have a website? If yes, please provide address(es).
No

12. Are you currently involved in any pending litigation? If yes, please explain why and provide your attorney's information.
No

13. Are you pursuing moneys from a third party: Workers' Comp Carrier, Insurance Co., or Individual? If yes, please explain.
No

14. Identify other income you are receiving or for which you have applied from the point your disability began through the date you authorize this form.

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☒ | Wages, Salary, or Separation Pay | $ _____ | _____ | _____ | _____ |
| ☐ | ☒ | Social Security (disability or retirement) | $ _____ | _____ | _____ | _____ |
| ☐ | ☒ | Social Security (for your spouse/dependents) | $ _____ | _____ | _____ | _____ |
| ☐ | ☒ | State Disability | $ _____ | _____ | _____ | _____ |
| ☐ | ☒ | Retirement (normal, early, or disability) | $ _____ | _____ | _____ | _____ |
| ☐ | ☒ | Workers' Compensation | $ _____ | _____ | _____ | _____ |
| ☐ | ☒ | Other (please describe) _____ | $ _____ | _____ | _____ | _____ |

The above statements are true and complete to the best of my knowledge and I **understand** that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, complete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be as valid as the original.

DATE: September 26, 2011      EMPLOYEE SIGNATURE: Rebecca Jane Pifer

DP 409 04/04

**LIN001112**

# FAMILY INFORMATION QUESTIONNAIRE



**Liberty Mutual**

Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:** ___Rose Raines___

EMPLOYEE/CLAIMANT NAME: __REBECCA PIFER__

CLAIM NO: __4087659__                    S.S. NO: __242158502__

EMPLOYER/SPONSOR: __BLUE CROSS & BLUE SHIELD OF NC__    DATE OF BIRTH: __████ 960__

To document your Long Term Disability Claim file and properly administer benefits we need the following information. Please complete and return this form in the enclosed stamped self-addressed envelope. Thank you for your prompt attention to this request for information.

· What is your marital status?       Single _____       Married __✓__       Divorced _____

· If married, please indicate your spouse's name and date of birth:    Name: __Mark A. Pifer, DPM__ DOB: __3/2/55__

· Do you have children?       Yes __✓__       No _____

· If yes, please indicate their names and dates of birth below, using additional spaces needed.

Name: __Jenna Baggett__ DOB: __12/8/96__

Name: __Andrew Baggett__ DOB: __11/27/99__

Name: _____ DOB: _____

Name: _____ DOB: _____

· Is your spouse and/or children receiving Social Security Benefits?

Yes _____       No __✓__

· If yes, please complete the information below and include a copy of their Social Security Award Certificate(s) in the return envelope.

| Name | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|------|-------------------------------|--------------------------------|------------------------------------------|
|      |                               |                                |                                          |
|      |                               |                                |                                          |
|      |                               |                                |                                          |
|      |                               |                                |                                          |
|      |                               |                                |                                          |

Your Name: __Rebecca Lane Pifer__    SS #: __Same as above__    Date: __September 26, 2011__

**LIN001113**



**LIBERTY MUTUAL GROUP**
**LIBERTY LIFE ASSURANCE**
**COMPANY OF BOSTON**

## SOCIAL SECURITY/REIMBURSEMENT AGREEMENT

**INSTRUCTIONS:** The policy/plan under which you are covered provides that Short Term, Statutory and/or Long Term Disability benefits (herein referred to as "disability benefits") will be reduced by the amount of Social Security benefits which you and your dependents (if applicable) are eligible to receive. This may affect your future disability benefits as well as prior disability benefits which have been issued to you.

The policy/plan also provides that in the event you do not apply for Social Security Disability benefits, your disability benefits will be reduced by the amount of Social Security Disability benefits you and your dependents (if applicable) would be eligible to receive if application had been made. Please review, sign and return this form to our office. We recommend you maintain a copy for your records.

CLAIMANT: Rebecca Pifer_____    DATE OF BIRTH: ███████████ 960_____

POLICY/PLAN SPONSOR NO. _____    EMPLOYER: BLUE CROSS & BLUE SHIELD OF NC

A)  If disability benefits are approved I request that Liberty Life Assurance Company of Boston (Liberty Life) pay me my benefit with <u>no reduction</u> for estimated Social Security Disability benefits until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Liberty Life. In consideration of Liberty Life paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:

1)  I agree to apply for Social Security Benefits within 45 days of Liberty Life's written request and provide proof of such application.
2)  I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.
3)  I agree to notify Liberty Life immediately if awarded Social Security Benefits.
4)  I authorize Liberty Life to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.
5)  If Social Security awards benefits to me, I agree that Liberty Life has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Liberty Life until the amount of Liberty Life's overpayment has been repaid in full.
6)  I agree to repay Liberty Life in full within the time period specified in my policy/plan provision.

*I don't know what a "TRUST" is but I pay all my debts.*

B)  Social Security benefits <u>will be estimated</u> if:

1)  I do not sign and return this form and the enclosed Social Security Administration Consent for Release of Information to Liberty Life within 45 days of receipt.
2)  I do not apply for Social Security benefits within 45 days of Liberty Life's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.

If I do not repay any overpayment due to Liberty Life in full, I understand Liberty Life will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Liberty Life may withhold future disability benefits until the overpayment is recovered in full. In addition, Liberty Life may also pursue other means permitted by law to collect the overpayment amount owed.

(Insured/Employee signature) *Rebecca Lane Pifer*    (Witness signature) ___*no witness available*___

(Address) *9719 Rousemoot Road*        (Address) _____
*Bahama NC 27503*

(Date) *September 26, 2011*            (Date) _____

*Please retain a copy for your records or one can be provided upon request.*

**LIN001114**

Form Approved
OMB No. 0960-0566

## Social Security Administration
Consent for Release of Information
TO: Social Security Administration

Name REBECCA PIFER  Date of Birth ███1960  Social Security Nt nber xxx-xx-8502.

I authorize the Social Security Administration to release information c records about me to:

Group Benefits Disability Claims
Liberty Life Assurance Company of Bostc 1
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112

I want this information released because:

To Verify my current SS status, and if approved to verify my current : S benefit amounts from my date of entitlement to present.

(There may be a charge for releasing information.)

Please release the following information:

____   Social Security Number
____   Identifying information (includes date and place of birth, pare its' names)
X      Monthly Social Security benefit amount
____   Monthly Supplemental Security Income payment amount
X      Information about benefits/payments I received from DOE to 'resent
____   Information about my Medicare claim/coverage from _____ ) _____
       (specify) _____  _____
____   Medical records
____   Record(s) from my file (specify) _____  _____
X      Other (specify): FACT, Full Account Query: *I understand t e FACT query includes all personal and benefit information regarding myself and family members who applied for : )cial Security benefits on my record. The information contained on this record may include and is not limited to: elig. iility and entitlement to benefits on this or any other record, Social Security number, date of birth, address, telephi ne number, direct deposit banking data, monthly benefit amounts, benefit rate changes, worker's compensation, } iblic disability and annuity information, Medicare data, history of benefits payable and amounts paid, overpaym nt and underpayment of benefits on the record, work information, citizenship data, prisoner data, Supplementa Security Income data, tax withholding, garnishment of benefits, special payments and messages, and attorney fees.*

I am the individual to whom the information/record applies or that pe son's parent (if a minor) or legal guardian. I declare under penalty of perjury that I have examined all 1e information on this form and it is true and correct to the best of my knowledge. I understand that anyor : who knowingly gives a false or misleading statement about a material fact in this information, or caus :s someone else to do so, commits a crime and may be sent to prison or may face other penalties, or both.

Signature: _Rebecca Lane Pifer_    Date: _September 26, 2011_
(Show signatures, names, and addresses of two people if signed by m rk.)
Relationship: _Self_

SSA-3288 EF (3-1005)

LIN001115

# TRAINING-EDUCATION-EXPERIE NCE FORM


**Liberty Mutual.**

Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:** Rose Raines

EMPLOYEE/CLAIMANT NAME: REBECCA PIFER

CLAIM NO: 4087659

EMPLOYER/SPONSOR: BLUE CROSS & BLUE SHIELD OF NC

S.S. NO:

DATE OF BIRTH: ▮ 1960

## EDUCATIONAL BACKGROUND

T Be Completed by the Employee

Highest Grade Completed: _2 yn . college_ If less than 12, did you r ceive a GED? _____
Did you attend College/Technical School? _____ ✓ yes _____ r )
Degree(s)/Certificates(s) received: _Certified Dental Assistant_ F om/To: _UNC Chapel Hill Dental School._
Major Field(s) of study: _Dentistry_
Did you obtain an Advanced Degree (Master's, PhD, M.D., etc) _____ yes ✓ no _June 1978 - May 1979_
Degree(s)/Certificates(s) received: _N/A_ From/To: _N/A_

Did you serve in the Armed Forces? _____ yes ✓ no Fi om/To: _N/A_
Branch of Service _N/A_ Specialty _N/A_

## WORK EXPERIENCE

If you have a resume, please attach and use this form for additional experie ace. Please list chronologically (**starting with most recent**) all the jobs you have held. If necessary, please use reve se side.

1. Job Title: _Professional Dental Analyst_ Dates of Employment: F om: _2/1987_ To: _current_
Tasks/Duties (Please be specific) _Review dental accident, TMJ, Oral Surgery claims for_
Company: _BCBSNC_ Department: _Medical Review_ _benefit liability_

2. Job Title: _Clinic Coordinator_ Dates of Employment; F om: _12/84_ To: _12/86_
Tasks/Duties (Please be specific) _Chairside dental assistant, clinic coordinator_
Company: _ASAL International Inc_ Department: _Dental Clinic_
_Riyadh Saudi Arabia_

3. Job Title: _Orthodontic Dental Assistant_ Dates of Employment: F om: _2/83_ To: _12/84_
Tasks/Duties (Please be specific) _Orthodontic dental assistant, orthodontic lab work_
Company: _Dr. Gary Moskowitz_ Department: _private practice, William Davis_

4. Job Title: _Orthodontic Dental Assistant_ _5/19 to 2/83 Dr. William Davis_

**VOLUNTEER WORK/HOBBIES:** _none, gardening (which I can no longer do.)_

## COMPUTER UTILIZATION

Computer Training/Courses, Certification: _CPC_

**Home Computer Experience** ✓ yes _____ no **Work Compu er Experience:** ✓ yes _____ no
**Experience with Applications:** ✓ internet ✓ email ✓ word processing _____ spreadsheets
_____ photo software _____ systems testing ✓ keyboarding/ty ing ——— words per minute
_____ graphics _____ database _____ programming _____ project management
_____ hardware installation/repair _____ software installation/repai Other: _____

COMPLETED BY: _Rebecca Lane Pifer_ TITLE: _Mrs ., CDA_

SIGNATURE: _Rebecca Lane Pifer_ PHONE NO.: _919) 620-7799_

SSA-3288 EF (3-1005)

LIN001116



## STATE OF NORTH CAROLINA DMV



**DRIVER LICENSE** 5256174
Dup



REBECCA LANE PIFER
9 SEAWELL CT
DURHAM NC 27703-7999

class: C    endors: None    restr: 1
issued: 07-20-2011    expires: 07-02-2016
sex: F   ht: 5-08    eyes: GRN hair: BRO race:

birthdate:
960

**LIN001117**



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

September 19, 2011

Rebecca Pifer
9 Seawell Court
Durham, NC 27703

RE:     Long Term Disability Benefits
        Blue Cross & Blue Shield Of Nc
        Claim #: 4087659

Dear Ms. Pifer:

We are writing with regard to your claim for Long Term Disability Benefits (LTD) under the Blue Cross & Blue Shield Of Nc Group Disability Policy.

On September 19, 2011, we attempted to contact you at (919) 596-4264. However, your number was disconnected.

We need to speak with you about the status of your disability claim. Please call us by September 28, 2011 at the number below to discuss your claim.

Sincerely,

Rose Raines
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 14257
Secure Fax No.: (603) 334-0380

**LIN001118**



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

September 19, 2011

Rebecca Pifer
9 Seawell Court
Durham, NC 27703

RE:     Long Term Disability Benefits
        Blue Cross & Blue Shield Of Nc
        Claim #: 4087659

Dear Ms. Pifer:

We are writing with regard to your claim for Long Term Disability Benefits (LTD) under the Blue Cross & Blue Shield Of Nc Group Disability Policy.

On September 19, 2011, we attempted to contact you at (919) 596-4264.  However, your number was disconnected.

We need to speak with you about the status of your disability claim.  Please call us by September 28, 2011 at the number below to discuss your claim.

Sincerely,

Rose Raines
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 14257
Secure Fax No.: (603) 334-0380

**LIN001119**



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

September 14, 2011

Rebecca Pifer
9 Seawell Court
Durham, NC 27703

RE:     Blue Cross & Blue Shield Of NcC
        Long Term Disability Benefits
        Claim #: 4087659

Dear Ms. Pifer:

We are writing with regard to your claim for Long Term Disability Benefits (LTD) under the Blue Cross & Blue Shield Of NcC (LTD) Policy.

Please refer to our prior letters dated July 6, 2011 and August 4, 2011, which advised you that the attached forms were due no later than August 19, 2011.    This documentation is necessary to assess your continued eligibility for benefits, to determine whether you have any other treating providers, and whether or not you have any additional forms of income.

Additional Forms were also requested from you in the notification of you claim approval letter dated August 5, 2011.  The forms pertaining to Social Security were due by September 4, 2011.  These forms are also needed to complete your claim file.  These forms are necessary to obtain your status with regards to any Social Security Disability claims.

Your file will remain open until 15 days from this letter.  If you do not submit the requested information by September 28, 2011 your claim will be closed.

If there are any other attending physicians or specialists, including physical therapy providers, please have them forward all of your medical records pertinent to this period of disability within the timeframe stated above.

If you have any questions about your disability benefits, please feel free to contact me.

Sincerely,

Rose Raines
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 14257
Secure Fax No.: (603) 334-0380

**LIN001120**

Forms Attached:
 Activities Questionnaire
 Authorization
 Claimant Information
 Claimant Supplementary Statement
 Family Information Questionnaire
 SS Reimbursement Agreement
 SSA Authorization
 Training-Education Experience

**LIN001121**



# ACTIVITIES QUESTIONNAIRE

Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:** __Rose Raines__

*page 1 of 3*

EMPLOYEE/CLAIMANT NAME: __REBECCA PIFER__

CLAIM NO: __4087659__                                      S.S. NO: _____

EMPLOYER/SPONSOR: __BLUE CROSS & BLUE SHIELD OF NC__        DATE OF BIRTH: __■1960__

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Liberty Life Assurance Company of Boston.

How long are you able to:

sit _____     stand _____     walk _____

How many hours a day do you:

sit _____     stand _____     walk _____

Do you take a nap during the day?

Yes _____     No _____

If Yes, for how long? _____     At what time of the day? _____

How many hours a day do you spend in bed?     _____

Do you require any assistive devices such as a:

cane _____     walker _____     crutches _____     wheelchair _____     other _____

How long are you able to sit in a car?     _____

Do you hold a valid driver's license?

Yes _____     No _____

If No, please explan: _____

If Yes, how long are you able to drive a car? _____

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

_____

Do you have children?

Yes _____     No _____     If Yes, what are their dates of birth _____

Do you need help caring for your children?

Yes _____     No _____

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes _____     No _____     If Yes, please explain _____

How many times a day do you leave the house during the week?     _____

On the weekends? _____

How often do you run errands? _____

Please describe what errands you most commonly run: _____

**LIN001122**



How often do you get outdoors? _____

Are you left or right hand dominant?          Left _____          Right _____

Are you able to work in your garden?          Yes _____          No _____

Are you able to work on your house?          Yes _____          No _____

Are you able to wash your car?          Yes _____          No _____

How much time is spent daily on your home computer?
_____ None _____ 0-1 hours _____ 1-2 hours _____ 2-3 hours _____ 3+ hours

How much time is spent weekly on your home computer?
_____ None _____ 0-1 hours _____ 1-2 hours _____ 2-3 hours _____ 3+ hours

What activities do you perform on your home computer. Please check all that apply:
_____ Pay bills _____ Read news/articles _____ Use search engines _____ Send emails
_____ Visit chat rooms _____ Photos          Other:_____

What computer software applications do you utilize. Please check all that apply:
_____ Word processing (Word) _____ Spreadsheets (Excel) _____ Database (Access) _____ Graphics
_____ Photo software (Photoshop) _____ Programming          Other:_____

Do you have a working home copy machine/fax machine? _____ Yes _____ No

If yes, please explain purpose and usage:_____

The following questions intend to identify whether or not you are able to <u>independently</u> conduct routine daily activities. If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | _____ | _____ |
| Carrying groceries into the house | _____ | _____ |
| Cooking meals | _____ | _____ |
| Cleaning after meals | _____ | _____ |
| Cleaning bathrooms | _____ | _____ |
| Vacuuming | _____ | _____ |
| Doing the laundry | _____ | _____ |
| Opening and responding to mail | _____ | _____ |
| Managing your finances | _____ | _____ |
| Balancing your checkbook | _____ | _____ |
| Bathing yourself | _____ | _____ |
| Styling your own hair | _____ | _____ |
| Getting dressed | _____ | _____ |
| Going up and down stairs | _____ | _____ |

Have you been confined to a hospital within the last 12 months? Yes _____ No _____

If Yes, please provide reason and hospital contact Information:_____

_____

**LIN001123**



How often do you travel or take vacation? _____

Where do you go?  How do you get there (transportation method)? _____

_____

Are you able to pursue your hobbies?                    Yes _____    No _____
If Yes, please describe _____

Do you participate in an exercise program?              Yes _____    No _____
If Yes, please describe _____

Do you do any Volunteer work?                           Yes _____    No _____
If Yes:
    how many hours per day?         _____
    how many hours per week?        _____
    for whom?  _____

Are you working for wages?                              Yes _____    No _____
If Yes, please provide employer's name _____

**Describe in your own words, what prevents you from engaging in <u>any gainful employment</u>.**

_____

_____

_____

_____

_____

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

_____

_____

_____

_____

_____

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

_____

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

_____

\*\*Upon completion of this form, please sign and date below and return in the envelope provided to
you.  Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records.  A photo static copy of this form will be as valid as the original.  I understand that if this information changes at any time, I will contact Liberty.

Name: _____        Date: _____

Signature: _____

**LIN001124**

# AUTHORIZATION TO OBTAIN AND RELEASE INFORMATION



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:** Rose Raines

---

EMPLOYEE/CLAIMANT NAME: REBECCA PIFER
CLAIM NO: 4087659
EMPLOYER/SPONSOR: BLUE CROSS & BLUE SHIELD OF NC          DATE OF BIRTH: ███1960

---

I **authorize** any licensed physician, medical provider, hospital, medical facility, pharmacy, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1.  Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health.

2.  Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3.  Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query  and any benefits to which my dependents may be eligible under my record. This information may also be released to my employer for administration of my employer sponsored benefits.

I **understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment.  Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under  the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be otherwise permitted or required by law.  I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, if any.

I **understand** that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I **know** that I may request a copy of this Authorization.  I agree that a photographic copy of this Authorization shall be as valid as the original. This Authorization shall become effective on the date appearing next to my signature below.  I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to which I submit a claim.

_____          _____
Print Name                                              Date of Birth

_____          _____
Signature                                                Date

DP 432  Rev 02/09

**LIN001125**

# CLAIMANT INFORMATION



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:** _Rose Raines_

---

EMPLOYEE/CLAIMANT NAME: _REBECCA PIFER_

CLAIM NO: _4087659_  S.S. NO: _____

EMPLOYER/SPONSOR: _BLUE CROSS & BLUE SHIELD OF NC_  DATE OF BIRTH: ▮1960

---

**TO BE COMPLETED BY EMPLOYEE:**

Please complete the following information. If additional space is needed, use the back or a separate sheet of paper.

**NAME OF TREATING HEALTH CARE PROVIDERS IN THE PAST TWO YEARS:**

Primary  Name: _____  Specialty: _____
Address: _____

Telephone No: ( ) _____  Fax No.: ( ) _____
First Treatment Date: _____  Thru _____

Specialist  Name: _____  Specialty: _____
Address: _____

Telephone No: ( ) _____  Fax No.: ( ) _____
First Treatment Date: _____  Thru _____

Other  Name: _____  Specialty: _____
Address: _____

Telephone No: ( ) _____  Fax No.: ( ) _____
First Treatment Date: _____  Thru _____

**NAME OF CURRENT HEALTH INSURANCE COMPANY:**

Insurance Carrier: _____
Address: _____

Telephone No: ( ) _____  Fax No.: ( ) _____
Contact: _____

**NAME OF PHARMACY:**

Current  Name: _____
Address: _____

Telephone No: ( ) _____  Fax No.: ( ) _____

Prior  Name: _____
Address: _____

Telephone No: ( ) _____  Fax No.: ( ) _____

**SIGNATURE:** _____  **DATE:** _____

DP 421 Rev. 06/01

**LIN001126**

# CLAIMANT SUPPLEMENTARY STATEMENT

 **Liberty Mutual.**

Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:** Rose Raines

| | |
|---|---|
| EMPLOYEE/CLAIMANT NAME: REBECCA PIFER | |
| CLAIM NO: 4087659 | S.S. NO: |
| EMPLOYER/SPONSOR: BLUE CROSS & BLUE SHIELD OF NC | DATE OF BIRTH: ▮1960 |

| 1. Full Name (Last, First, Middle Init.) | 2. Social Security Number | 3. Phone Number (include area code) |
|---|---|---|
| | | |

| 4. Address | City | State | Zip Code |
|---|---|---|---|
| | | | |

| 5. Marital Status | 6. Number of Dependents | 6a. Dates of Birth of Children |
|---|---|---|
| | | |

7. Have you returned to any type of employment? If yes, please describe.

8. Do you own your own business, or are you affiliated with a corporation, partnership, or sole proprietary? If yes, please explain.

9. Do you hold a tax identification number or EIN? If yes, please provide and explain purpose.

10. Do you hold a professional license? If yes, for what purpose.

11. Are you associated with an Internet affiliated business? Do you have a website? If yes, please provide address(es).

12. Are you currently involved in any pending litigation? If yes, please explain why and provide your attorney's information.

13. Are you pursuing moneys from a third party: Workers' Comp Carrier, Insurance Co., or Individual? If yes, please explain.

14. Identify other income you are receiving or for which you have applied from the point your disability began through the date you authorize this form.

| Yes | No | Type | | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages, Salary, or Separation Pay | | $_____ | _____ | _____ | _____ |
| ☐ | ☐ | Social Security (disability or retirement) | | $_____ | _____ | _____ | _____ |
| ☐ | ☐ | Social Security (for your spouse/dependents) | | $_____ | _____ | _____ | _____ |
| ☐ | ☐ | State Disability | | $_____ | _____ | _____ | _____ |
| ☐ | ☐ | Retirement (normal, early, or disability) | | $_____ | _____ | _____ | _____ |
| ☐ | ☐ | Workers' Compensation | | $_____ | _____ | _____ | _____ |
| ☐ | ☐ | Other (please describe) _____ | | $_____ | _____ | _____ | _____ |

The above statements are true and complete to the best of my knowledge and I **understand** that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be as valid as the original.

DATE: _____  EMPLOYEE SIGNATURE: _____

DP 409 04/04

**LIN001127**

# FAMILY INFORMATION QUESTIONNAIRE


## Liberty Mutual®

Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:** ___Rose Raines___

---

EMPLOYEE/CLAIMANT NAME: ___REBECCA PIFER___

CLAIM NO: ___4087659___               S.S. NO: _____

EMPLOYER/SPONSOR: ___BLUE CROSS & BLUE SHIELD OF NC___     DATE OF BIRTH: ___███1960___

---

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the enclosed stamped self-addressed envelope. Thank you for your prompt attention to this request for information.

· What is your marital status?        Single _____        Married _____        Divorced _____

· If married, please indicate your spouse's name and date of birth:        Name: _____ DOB: _____

· Do you have children?        Yes _____        No _____

· If yes, please indicate their names and dates of birth below, using additional space as needed.

   Name: _____ DOB: _____

   Name: _____ DOB: _____

   Name: _____ DOB: _____

   Name: _____ DOB: _____

· Is your spouse and/or children receiving Social Security Benefits?

   Yes _____        No _____

· If yes, please complete the information below and include a copy of their Social Security Award Certificate(s) in the return envelope.

| Name | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Your Name: _____ SS #: _____ Date: _____

**LIN001128**



# LIBERTY MUTUAL GROUP
# LIBERTY LIFE ASSURANCE
# COMPANY OF BOSTON

## SOCIAL SECURITY/REIMBURSEMENT AGREEMENT

**INSTRUCTIONS:** The policy/plan under which you are covered provides that Short Term, Statutory and/or Long Term Disability benefits (herein referred to as "disability benefits") will be reduced by the amount of Social Security benefits which you and your dependents (if applicable) are eligible to receive. This may affect your future disability benefits as well as prior disability benefits which have been issued to you.

The policy/plan also provides that in the event you do not apply for Social Security Disability benefits, your disability benefits will be reduced by the amount of Social Security Disability benefits you and your dependents (if applicable) would be eligible to receive if application had been made. Please review, sign and return this form to our office. We recommend you maintain a copy for your records.

CLAIMANT: <u>Rebecca Pifer</u>          DATE OF BIRTH: _____

POLICY/PLAN SPONSOR NO. _____          EMPLOYER: <u>BLUE CROSS & BLUE SHIELD OF NC</u>

**A)** If disability benefits are approved I request that Liberty Life Assurance Company of Boston (Liberty Life) pay me my benefit with <u>no reduction</u> for estimated Social Security Disability benefits until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Liberty Life. In consideration of Liberty Life paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:

1) I agree to apply for Social Security Benefits within 45 days of Liberty Life's written request and provide proof of such application.
2) I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.
3) I agree to notify Liberty Life immediately if awarded Social Security Benefits.
4) I authorize Liberty Life to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.
5) If Social Security awards benefits to me, I agree that Liberty Life has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Liberty Life until the amount of Liberty Life's overpayment has been repaid in full.
6) I agree to repay Liberty Life in full within the time period specified in my policy/plan provision.

**B)** Social Security benefits <u>will be estimated</u> if:

1) I do not sign and return this form and the enclosed Social Security Administration Consent for Release of Information to Liberty Life within 45 days of receipt.
2) I do not apply for Social Security benefits within 45 days of Liberty Life's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.

If I do not repay any overpayment due to Liberty Life in full, I understand Liberty Life will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Liberty Life may withhold future disability benefits until the overpayment is recovered in full. In addition, Liberty Life may also pursue other means permitted by law to collect the overpayment amount owed.

(Insured/Employee signature) _____          (Witness signature) _____

(Address) _____          (Address) _____

(Date) _____          (Date) _____

*Please retain a copy for your records or one can be provided upon request.*

**LIN001129**

Case 1:22-cv-00186-WO-JLW     Document 22     Filed 10/24/22     Page 366 of 538

Form Approved
OMB No. 0960-0566

## Social Security Administration
## Consent for Release of Information
TO: Social Security Administration

Name <u>REBECCA PIFER</u> Date of Birth ▮▮1960 Social Security Number <u>xxx-xx-8502.</u>

I authorize the Social Security Administration to release information or records about me to:

> Group Benefits Disability Claims
> Liberty Life Assurance Company of Boston
> P.O. Box 7207
> London, KY 40742-7207
> Phone No.: (800) 291-0112

I want this information released because:

<u>To Verify my current SS status, and if approved to verify my current SS benefit amounts from my date of entitlement to present.</u>

(There may be a charge for releasing information.)

Please release the following information:

    Social Security Number
    Identifying information (includes date and place of birth, parents' names)
<u>X</u>  Monthly Social Security benefit amount
    Monthly Supplemental Security Income payment amount
<u>X</u>  Information about benefits/payments I received from <u>DOE</u> to <u>Present</u>
    Information about my Medicare claim/coverage from _____ to _____
    (specify) _____
    Medical records
    Record(s) from my file (specify) _____
<u>X</u>  Other (specify): <u>FACT, Full Account Query:</u> *I understand the FACT query includes all personal and benefit information regarding myself and family members who applied for Social Security benefits on my record. The information contained on this record may include and is not limited to: eligibility and entitlement to benefits on this or any other record, Social Security number, date of birth, address, telephone number, direct deposit banking data, monthly benefit amounts, benefit rate changes, worker's compensation, public disability and annuity information, Medicare data, history of benefits payable and amounts paid, overpayment and underpayment of benefits on the record, work information, citizenship data, prisoner data, Supplemental Security Income data, tax withholding, garnishment of benefits, special payments and messages, and attorney fees.*

I am the individual to whom the information/record applies or that person's parent (if a minor) or legal guardian. I declare under penalty of perjury that I have examined all the information on this form and it is true and correct to the best of my knowledge. I understand that anyone who knowingly gives a false or misleading statement about a material fact in this information, or causes someone else to do so, commits a crime and may be sent to prison or may face other penalties, or both.

Signature: _____ Date: _____
(Show signatures, names, and addresses of two people if signed by mark.)
Relationship: _____

SSA-3288 EF (3-1005)

**LIN001130**

# TRAINING-EDUCATION-EXPERIENCE FORM



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:** _____ Rose Raines _____

---

EMPLOYEE/CLAIMANT NAME: REBECCA PIFER

CLAIM NO: 4087659                                      S.S. NO: _____

EMPLOYER/SPONSOR: BLUE CROSS & BLUE SHIELD OF NC _____ DATE OF BIRTH: ■ 1960

---

## EDUCATIONAL BACKGROUND                    To Be Completed by the Employee

Highest Grade Completed: _____ If less than 12, did you receive a GED? _____
Did you attend College/Technical School? _____ yes _____ no
Degree(s)/Certificates(s) received: _____ From/To: _____
    Major Field(s) of study: _____
Did you obtain an Advanced Degree (Master's, PhD, M.D., etc) _____ yes _____ no
Degree(s)/Certificates(s) received: _____ From/To: _____

Did you serve in the Armed Forces? _____ yes _____ no From/To: _____
Branch of Service _____ Specialty _____

## WORK EXPERIENCE

If you have a resume, please attach and use this form for additional experience. Please list chronologically (**starting with most recent**) all the jobs you have held. If necessary, please use reverse side.

1. Job Title: _____ Dates of Employment: From: _____ To: _____
Tasks/Duties (Please be specific) _____
Company: _____ Department: _____

2. Job Title: _____ Dates of Employment: From: _____ To: _____
Tasks/Duties (Please be specific) _____
Company: _____ Department: _____

3. Job Title: _____ Dates of Employment: From: _____ To: _____
Tasks/Duties (Please be specific) _____
Company: _____ Department: _____

## VOLUNTEER WORK/HOBBIES: _____

## COMPUTER UTILIZATION

Computer Training/Courses, Certification: _____

**Home Computer Experience** _____ yes _____ no **Work Computer Experience:** _____ yes _____ no
**Experience with Applications:** _____ internet _____ email _____ word processing _____ spreadsheets
_____ photo software _____ systems testing _____ keyboarding/typing _____ words per minute
_____ graphics _____ database _____ programming _____ project management
_____ hardware installation/repair _____ software installation/repair _____ Other: _____

---

COMPLETED BY: _____ TITLE: _____

SIGNATURE: _____ PHONE NO.: ( _____ ) _____

**LIN001131**

SSA-3288 EF (3-1005)



# TRIANGLE ORTHOPAEDIC ASSOCIATES, P.A.

TRIANGLE ORTHOPAEDICS, P.A.
120 WILLIAM PENN PLAZA
DURHAM, NC 27704

DATE: _8-26-11_

TO: _Liberty Mutual_
FAX NUMBER: _1-603-334-0380_

FROM: Danniele Terry  (Disability)
PHONE NUMBER:919-281-1834          )) _pages_
FAX NUMBER: 919-313-5201

COMMENTS: _Re: Rebecca Pifer_

---

If you did not receive all the pages or they are not legible, please call the above number.

The information contained in this facsimile is privileged and confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby, notified that any discrimination, distribution, or copying of this communication is wrongful and may subject you to civil liability. If you have received this information in error, please notify us immediately by telephone and return the original message to us at the address above.

LIN001132

2811896

# RETURN FAX COVERSHEET

## Please use this page as coversheet when responding to request

DATE:        August 25, 2011

TO:          Dr. William Mallon
ATTN:

SECURE FAX#: (919) 544-7276

RETURN TO:   Rose Raines
SECURE FAX#: (603) 334-0380
CLAIM #:     4087659



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

RE:          RE: Long Term Disability Benefits
             Patient: Rebecca Pifer
             DOB:          1960
             Claim Number: 4087659

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR
ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT
IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER
APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED
RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING
THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED
THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS
COMMUNICATION IS STRICTLY PROHIBITED. IF YOU MAY HAVE RECEIVED
THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY
TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE
ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.
<nocover>

Case 1:22-cv-00186-WO-JLW   Document 22   Filed 10/24/22   Page 370 of 538



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

August 25, 2011

Dr. William Mallon
249 E. Hwy 54
Durham, NC 27713

RE:   Long Term Disability Benefits
      Patient:  Rebecca Pifer
      DOB:         960
      Claim Number:  4087659

Dear Dr. Mallon:

We are the disability benefits carrier for your patient, Rebecca Pifer, and are requesting specific medical information in order to further evaluate Ms. Pifer's disability benefits.  Please provide the following:

- Completed Restrictions Form
- All treatment notes, diagnostic test results and procedure reports from August 23, 2011 to the present.
- Your treatment plan and an estimated return to work date.

Please fax the information back to my attention at 1-603-334-0380 or mail to the above address by September 23, 2011.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to your patient, we have provided your office with a HIPAA compliant authorization signed by your patient allowing the release of information to our company.  This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Pifer's signature.  If you have any questions, please contact me directly.

Sincerely,

Rose Raines

Rose Raines
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 14257
Secure Fax No.: (603) 334-0380

Case 1:22-cv-00186-WO-JLW    Document 22    Filed 10/24/22    Page 371 of 538

Forms Attached:
 Restrictions



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0580

## RESPONSE COVERSHEET

In order to facilitate accurate and timely processing of this claim, please include this
cover sheet along with your response to this request.

**PLEASE USE BLACK INK WHEN COMPLETING FORMS.**

**Document Type:** Medical

**Claim Number:** 4087659

**Employee/Claimant Name:** REBECCA PIFER

**Provider's Name:** Dr. William Mallon

Case 1:22-cv-00186-WO-JLW    Document 22    Filed 10/24/22    Page 373 of 538


**Liberty Mutual.**

Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

## Restrictions Form

| REBECCA PIFER | 960 | 4087659 | Rose Raines |
|---|---|---|---|
| Patient Name | Date of Birth | Claim Number | Case Manager |

_To be completed by physician:_

**1.** DATE FIRST TREATED — 4-28-11   726.11- Calcf Ten. Shlder

DATE LAST TREATED — 8-23-11   "  "  "   "

NEXT OFFICE VISIT — 10-17-11   DIAGNOSIS(ES) WITH ASSOCIATED ICD-9 CODES

**2.** For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:

☐ **SEDENTARY** Lifting / carrying up to 10 pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
☐ **LIGHT** Lifting / carrying up to 20 pounds occasionally, sitting at least occasionally and standing / walking frequently.
☐ **MEDIUM** Lifting / carrying up to 50 pounds occasionally; sitting, standing and / or walking constantly.
☐ **HEAVY** Lifting / carrying up to 100 pounds occasionally; sitting, standing and / or walking constantly.
☐ **VERY HEAVY** Lifting / carrying over 100 pounds occasionally; sitting, standing and / or walking constantly.

*no duty*

| KEY: | **OCCASIONALLY** Up to 20 Minutes / Hour Up to 2 ½ Hours / Day | **FREQUENTLY** Up to 40 Minutes / Hour Up to 5 ½ Hours / Day | **CONSTANTLY** Over 40 Minutes / Hour Over 5 ½ Hours / Day |
|---|---|---|---|

**3.** DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.
  1) For physical diagnoses, describe the type of task (bend, grasp, etc.) _AND_ frequency _(SEE KEY)._
  2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.

**4.** RESTRICTIONS IMPOSED FROM 5-27-11 TO unknown- will be reevaluated next 9/21/11

**5.** IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?

**6.** PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?

**7.** PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM_____ TO_____.

William Mallon
Provider's Name (Please Print)

md/orthopaedic
Degree _AND_ Area of Specialty

561079264
Social Security or Tax ID Number

120 William Penn Plaza
Street Address

919-790-5255
Telephone Number

919-313-5201
Fax Number

Durham NC 27704
City, State & Zip Code

William Mallon MD/PA
Signature

8-25-11
Date

Case 1:22-cv-00186-WO-JLW Document 22 Filed 10/24/22 Page 374 of 538



# TRIANGLE ORTHOPAEDIC ASSOCIATES, P.A.

William Penn Plaza TOA
120 William Penn Plaza
Durham, NC 27704
Phone: 9192205255

---

| | |
|---|---|
| **PATIENT:** | **REBECCA PIFER** |
| **DATE OF BIRTH:** | ███1960 |
| **DATE:** | 08/23/2011 9:15 AM |
| **VISIT TYPE:** | Ortho Office Visit |
| **PROVIDER:** | Megan Howerter PA-C |
| **REFERRING PROVIDER:** | Linda Belhorn MD |
| **DATE OF SURGERY:** | 05/27/2011 |

---

Rebecca Pifer
DATE OF SURGERY: 05/27/11

CHIEF COMPLAINT: Ms. Pifer presents today for recheck of her right shoulder.

HISTORY: She is now three months status post arthroscopic subscapularis repair. She states she is doing well. She is actually going to have foot surgery tomorrow. She states that she will be able to continue doing home exercises while she is laid up with her foot. She denies any numbness or tingling.

EXAMINATION: Ms. Pifer is alert and oriented, in no acute distress. She has approximately 160 degrees of forward flexion. Distal neurovascular is intact.

IMPRESSION: Three months status post right shoulder arthroscopic subscapularis repair, doing very well.

DISPOSITION: Discussed the findings of physical exam with Ms. Pifer. At this point I would recommend continue physical therapy on her right shoulder. She now may begin lifting greater than 5 lb at her comfort level. She voices understanding of this. All of her questions were answered.

Dictated By Megan Howerter, PA-C/tlb/08-24-11

### Chief Complaint/Reason for visit:
This 51 year old female presents with right shoulder pain.

### History of Present Illness
1. right shoulder pain

### Physical Exam

### Past Medical History
| Disease | Year |
|---|---|
| osteopenia | |
| Anxiety | |
| Ehlers-Sanlos Syndrome | |
| Depression | |

### Past Surgical History
| Procedure/Surgery | Side | Year |
|---|---|---|

LIN001138

umbilical hernia repair
appendectomy

## Medication History

| Drug Name | Dose | Description |
|---|---|---|
| Percocet | 5mg-325mg | take 1 - 2 by Oral route every 4 - 6 hours PRN Pain |
| Phenergan | 25mg | take 1 tablet (25MG) by ORAL route every 6 hours as needed |
| Gabapentin | 600mg | take 1 tablet (600MG) by ORAL route 3 times every day |
| Promethazine Hcl | 12.5mg | take 1 tablet (12.5MG) by ORAL route 4 times every day before meals and at bedtime |
| Celebrex | 200mg | take 1 capsule (200MG) by ORAL route 2 times every day as needed |
| Trazodone Hcl | 50mg | take 1 tablet (50MG) by ORAL route every day at night |
| Tramadol Hcl | 50mg | take 1 tablet (50MG) by ORAL route every 6 hours as needed |

## Allergies

Reviewed, no changes.

| Allergy | Brand Name |
|---|---|
| Adhesive | |

## Family History

| Yes / No | Disease Detail | Family Member | Name | Age |
|---|---|---|---|---|
| Yes | Arthritis | Family h/o | | |
| Yes | Cancer | Family h/o | | |
| Yes | Heart disease | Family h/o | | |
| Yes | Hypertension | Family h/o | | |

## Social History

The patient is left-handed.

**Education / Employment / Occupation / Military Experience:**

| Employment | Occupation | Emp Status | Restrictions | Retire Date |
|---|---|---|---|---|
| | | disabled | out since Feb 1 | |

**Tobacco:**
Patient is a tobacco user.
**Alcohol:**
There is a history of alcohol use.

## Review of Systems

**Constitutional:**
Negative for chills and fever.

**HEENT:**
Negative for sore throat.
Negative for eye symptoms.

**Respiratory:**
Negative for cough and dyspnea.

**Cardiovascular:**
Negative for chest pain, irregular heartbeat/palpitations, leg swelling and varicose veins.

**Gastrointestinal:**
Negative for black tarry stools, blood in stool, constipation, diarrhea, nausea and vomiting.

**Genitourinary:**
Negative for dysuria and urinary incontinence.

**Metabolic/Endocrine:**
Negative for heat intolerance and weight loss.

**Neuro/Psychiatric:**
Negative for anxiety, depression and mood swings.
Negative for dizziness, numbness, paresthesia and seizures.

**Dermatologic:**
Negative for rash and ulcer.

**Musculoskeletal:**
Negative for joint pain, joint swelling and except as noted in hpi and chief complaint.

LIN001139

**Hematology:**
Negative for bleeding and easy bruising.

**Vital Signs**
**Height**

| Time | Ft | In | Cm | Last Measured | Method | % |
|------|-----|------|-----|---------------|--------|---|
| 2:49 PM | 5.0 | 6.00 | | | | |

**Weight / BSA / BMI**

| Time | Lb | Oz | Kg | Context | % | BMI | BSA |
|------|--------|-----|-----|---------|---|-----|-----|
| 2:49 PM | 130.00 | | | | | | |

Electronically signed by:  Megan  Howerter PA-C  08/24/2011

LIN001140



# TRIANGLE ORTHOPAEDIC ASSOCIATES, P.A.

120 William Penn Plaza
Durham, NC 27704
Phone: (919)220-5255

## SHOULDER PHYSICAL THERAPY

PATIENT: PIFER, REBECCA          PATIENT ID:
9 SEAWELL CT
                                 DATE OF BIRTH: ███████1960
DURHAM, NC 27703                 STATUS:    ROUTINE

HOME PHONE:    (919)596-4264
WORK PHONE:    Work #: (919)597-8606

| INSURANCE | POLICY # | GROUP # |
|---|---|---|
| BCBS-NC: NORTH CAROLINA | YPPW1353894401 | 008557 |
| PO BOX 35 | | |
| DURHAM, NC 27702 | | |

ORDERING LOCATION:    William Penn Plaza TOA

VISIT DATE:          08/23/2011 9:15 AM
SURGERY DATE:        05/27/2011

DIAGNOSIS:
726.11          Calcif Tendinitis Shlder
719.41          Joint Pain-shlder

**Primary Muscles for Rehabilitation:**
Internal Rotators: right
External Rotators: right
Flexors: right
Extensors: right
Posterior Capsular Stretch: right
Scapular Rotators: right

FREQUENCY: 1 - 2x week
DURATION: 4 - 6 weeks

**Location:**
**WPP PT/RM/OT -**        120 William Penn Plaza
                         Durham, NC 27704
                         919-220-255

**Dates to Begin Exercises:**
 PROM: now
 AAROM: now
 AROM: now
 Stretching: now

LIN001141

Modalities PRN for pain relief before or after exercise is OK at any time.

**ELECTRONICALLY SIGNED BY:**          Megan Howerter PA-C  Date: 08/23/2011

**LIN001142**

# RETURN FAX COVERSHEET

## Please use this page as coversheet when responding to request

DATE:        August 25, 2011

TO:          Dr. William Mallon
ATTN:

SECURE FAX#: (919) 544-7276

RETURN TO:   Rose Raines
SECURE FAX#: (603) 334-0380
CLAIM #:      4087659



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

RE:         RE: Long Term Disability Benefits
Patient: Rebecca Pifer
DOB: July 02, 1960
Claim Number: 4087659

**THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU MAY HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.**
`<nocover>`

LIN001143



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

August 25, 2011

Dr. William Mallon
249 E. Hwy 54
Durham, NC 27713

RE:     Long Term Disability Benefits
        Patient:  Rebecca Pifer
        DOB: ██████ 1960
        Claim Number:  4087659

Dear Dr. Mallon:

We are the disability benefits carrier for your patient, Rebecca Pifer, and are requesting specific medical information in order to further evaluate Ms. Pifer's disability benefits.  Please provide the following:

- Completed Restrictions Form
- All treatment notes, diagnostic test results and procedure reports from August 23, 2011 to the present.
- Your treatment plan and an estimated return to work date.

Please fax the information back to my attention at 1-603-334-0380 or mail to the above address by September 23, 2011.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability Benefits coverage to your patient, we have provided your office with a HIPAA compliant authorization signed by your patient allowing the release of information to our company.  This authorization specifically allows you to release medical information to us and is valid for two years from the date of Ms. Pifer's signature.  If you have any questions, please contact me directly.

Sincerely,

*Rose Raines*

Rose Raines
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 14257
Secure Fax No.: (603) 334-0380

**LIN001144**

Forms Attached:
 Restrictions

LIN001145



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

## RESPONSE COVERSHEET

**In order to facilitate accurate and timely processing of this claim, please include this cover sheet along with your response to this request.**

**PLEASE USE BLACK INK WHEN COMPLETING FORMS.**

**Document Type:** Medical

**Claim Number:** 4087659

**Employee/Claimant Name:** REBECCA PIFER

**Provider's Name:** Dr. William Mallon

LIN001146



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

# Restrictions Form

| REBECCA PIFER | ▉1960 | 4087659 | Rose Raines |
|---|---|---|---|
| **Patient Name** | **Date of Birth** | **Claim Number** | **Case Manager** |

## To be completed by physician:

1. **DATE FIRST TREATED** – _____    _____

   **DATE LAST TREATED** – _____    _____

   **NEXT OFFICE VISIT** – _____    **DIAGNOSIS(ES) WITH ASSOCIATED ICD-9 CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

   ☐ **SEDENTARY**    Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.

   ☐ **LIGHT**    Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.

   ☐ **MEDIUM**    Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.

   ☐ **HEAVY**    Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.

   ☐ **VERY HEAVY**    Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| **KEY:** | **OCCASIONALLY** Up to 20 Minutes / Hour Up to 2 ½ Hours / Day | **FREQUENTLY** Up to 40 Minutes / Hour Up to 5 ½ Hours / Day | **CONSTANTLY** Over 40 Minutes / Hour Over 5 ½ Hours / Day |
|---|---|---|---|

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.**
   1) **For physical diagnoses, describe the type of task (bend, grasp, etc.) _AND_ frequency _(SEE KEY)._**
   2) **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

   _____

   _____

   _____

   _____

4. **RESTRICTIONS IMPOSED FROM** _____ **TO** _____.

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** _____

   _____

   _____

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

   _____

   _____

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** _____ **TO** _____.

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree _AND_ Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

**LIN001147**



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

August 19, 2011

Rebecca Pifer
9 Seawell Court
Durham, NC 27703

RE:     Long Term Disability Benefits
        Blue Cross & Blue Shield of NC
        Claim #: 4087659

Dear Ms. Pifer:

We are writing with regard to your claim for Long Term Disability Benefits (LTD) under the
Blue Cross & Blue Shield of NC Group Disability Policy.

We are in need of additional information so that we may evaluate your continued eligibility for
benefits.  Please complete the forms indicated below and return them in the envelope provided
by September 17, 2011:

- Authorization to Release Information Form
- Claimant Information Form
- Activities Questionnaire
- Claimant's Supplementary Statement
- Training Education and Experience Form
- Family information Questionnaire
- Social Security Reimbursement Agreement
- Social Security Authorization Form

Please contact me if you have any questions about our need for this information.

Sincerely,

Rose Raines
Disability Case Manager II
Phone No.: (800) 291-0112 Ext. 14257
Secure Fax No.: (603) 334-0380

**LIN001148**

Forms Attached:
  Activities Questionnaire
  Authorization
  Claimant Information
  Claimant Supplementary Statement
  Family Information Questionnaire
  SS Reimbursement Agreement
  SSA Authorization
  Training-Education Experience

**LIN001149**



# ACTIVITIES QUESTIONNAIRE

Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:** ___Rose Raines_____

*page 1 of 3*

EMPLOYEE/CLAIMANT NAME: ___REBECCA PIFER_____

CLAIM NO: ___4087659_____                     S.S. NO: _____

EMPLOYER/SPONSOR: ___BLUE CROSS & BLUE SHIELD OF NC_____     DATE OF BIRTH: ___■1960_____

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Liberty Life Assurance Company of Boston.

How long are you able to:

  sit _____    stand _____    walk _____

How many hours a day do you:

  sit _____    stand _____    walk _____

Do you take a nap during the day?

  Yes _____    No _____

  If Yes, for how long? _____   At what time of the day? _____

How many hours a day do you spend in bed?   _____

Do you require any assistive devices such as a:

  cane _____   walker _____   crutches _____   wheelchair _____   other _____

How long are you able to sit in a car?   _____

Do you hold a valid driver's license?

  Yes _____    No _____

  If No, please explan: _____

  If Yes, how long are you able to drive a car? _____

  **Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

_____

Do you have children?

  Yes _____    No _____   If Yes, what are their dates of birth   _____

   Do you need help caring for your children?

  Yes _____    No _____

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

  Yes _____    No _____    If Yes, please explain   _____

How many times a day do you leave the house during the week?   _____

   On the weekends? _____

How often do you run errands? _____

Please describe what errands you most commonly run:   _____

**LIN001150**

 **Liberty Mutual®**

How often do you get outdoors? _____

Are you left or right hand dominant?          Left _____          Right _____

Are you able to work in your garden?          Yes _____          No _____

Are you able to work on your house?          Yes _____          No _____

Are you able to wash your car?          Yes _____          No _____

How much time is spent daily on your home computer?
_____ None _____ 0-1 hours _____ 1-2 hours _____ 2-3 hours _____ 3+ hours

How much time is spent weekly on your home computer?
_____ None _____ 0-1 hours _____ 1-2 hours _____ 2-3 hours _____ 3+ hours

What activities do you perform on your home computer.  Please check all that apply:
_____ Pay bills _____ Read news/articles _____ Use search engines _____ Send emails
_____ Visit chat rooms _____ Photos          Other:_____

What computer software applications do you utilize.  Please check all that apply:
_____ Word processing (Word) _____ Spreadsheets (Excel) _____ Database (Access) _____ Graphics
_____ Photo software (Photoshop) _____ Programming          Other:_____

Do you have a working home copy machine/fax machine? _____ Yes _____ No

If yes, please explain purpose and usage:_____

The following questions intend to identify whether or not you are able to <u>independently</u> conduct routine daily activities.  If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | _____ | _____ |
| Carrying groceries into the house | _____ | _____ |
| Cooking meals | _____ | _____ |
| Cleaning after meals | _____ | _____ |
| Cleaning bathrooms | _____ | _____ |
| Vacuuming | _____ | _____ |
| Doing the laundry | _____ | _____ |
| Opening and responding to mail | _____ | _____ |
| Managing your finances | _____ | _____ |
| Balancing your checkbook | _____ | _____ |
| Bathing yourself | _____ | _____ |
| Styling your own hair | _____ | _____ |
| Getting dressed | _____ | _____ |
| Going up and down stairs | _____ | _____ |

Have you been confined to a hospital within the last 12 months?          Yes _____          No _____

If Yes, please provide reason and hospital contact Information: _____

_____

**LIN001151**



How often do you travel or take vacation? _____

Where do you go?  How do you get there (transportation method)? _____
_____

Are you able to pursue your hobbies?                    Yes _____    No _____
If Yes, please describe _____

Do you participate in an exercise program?              Yes _____    No _____
If Yes, please describe _____

Do you do any Volunteer work?                           Yes _____    No _____
If Yes:
    how many hours per day?           _____
    how many hours per week?          _____
    for whom?                          _____

Are you working for wages?                              Yes _____    No _____
If Yes, please provide employer's name _____

**Describe in your own words, what prevents you from engaging in <u>any gainful employment</u>.**
_____
_____
_____
_____
_____

**Please describe your daily routine: (if more space is needed, please use the back of this form)**
_____
_____
_____
_____
_____

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?
_____

In the event we cannot reach you, please provide an alternate contact's name and telephone number.
_____

**Upon completion of this form, please sign and date below and return in the envelope provided to
you.  Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records.  A photo static copy of this form will be as valid as the original.  I understand that if this information changes at any time, I will contact Liberty.

Name: _____     Date: _____

Signature: _____

**LIN001152**

# AUTHORIZATION TO OBTAIN AND RELEASE INFORMATION



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:**  Rose Raines

EMPLOYEE/CLAIMANT NAME:  REBECCA PIFER

CLAIM NO:  4087659

EMPLOYER/SPONSOR: BLUE CROSS & BLUE SHIELD OF NC          DATE OF BIRTH: ███ 1960

I **authorize** any licensed physician, medical provider, hospital, medical facility, pharmacy, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1.  Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health.

2.  Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3.  Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query and any benefits to which my dependents may be eligible under my record. This information may also be released to my employer for administration of my employer sponsored benefits.

I **understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, if any.

I **understand** that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I **know** that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This Authorization shall become effective on the date appearing next to my signature below. I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to which I submit a claim.

_____           _____
Print Name                                                      Date of Birth

_____           _____
Signature                                                        Date

DP 432  Rev 02/09

**LIN001153**

# CLAIMANT INFORMATION



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:** Rose Raines

| | |
|---|---|
| EMPLOYEE/CLAIMANT NAME: REBECCA PIFER | |
| CLAIM NO: 4087659 | S.S. NO: |
| EMPLOYER/SPONSOR: BLUE CROSS & BLUE SHIELD OF NC | DATE OF BIRTH: ▉1960 |

## TO BE COMPLETED BY EMPLOYEE:

Please complete the following information. If additional space is needed, use the back or a separate sheet of paper.

### NAME OF TREATING HEALTH CARE PROVIDERS IN THE PAST TWO YEARS:

**Primary**
Name: _____ Specialty: _____
Address: _____
Telephone No: ( ) _____ Fax No.: ( ) _____
First Treatment Date: _____ Thru _____

**Specialist**
Name: _____ Specialty: _____
Address: _____
Telephone No: ( ) _____ Fax No.: ( ) _____
First Treatment Date: _____ Thru _____

**Other**
Name: _____ Specialty: _____
Address: _____
Telephone No: ( ) _____ Fax No.: ( ) _____
First Treatment Date: _____ Thru _____

### NAME OF CURRENT HEALTH INSURANCE COMPANY:

Insurance Carrier: _____
Address: _____
Telephone No: ( ) _____ Fax No.: ( ) _____
Contact: _____

### NAME OF PHARMACY:

**Current**
Name: _____
Address: _____
Telephone No: ( ) _____ Fax No.: ( ) _____

**Prior**
Name: _____
Address: _____
Telephone No: ( ) _____ Fax No.: ( ) _____

SIGNATURE: _____ DATE: _____

DP 421 Rev. 06/01

**LIN001154**

# CLAIMANT SUPPLEMENTARY STATEMENT

 **Liberty Mutual.**

Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:** Rose Raines

---

EMPLOYEE/CLAIMANT NAME: REBECCA PIFER

CLAIM NO: 4087659                    S.S. NO:

EMPLOYER/SPONSOR: BLUE CROSS & BLUE SHIELD OF NC      DATE OF BIRTH: ▮1960

---

| 1. Full Name (Last, First, Middle Init.) | 2. Social Security Number | 3. Phone Number (include area code) |
|---|---|---|

| 4. Address | City | State | Zip Code |
|---|---|---|---|

| 5. Marital Status | 6. Number of Dependents | 6a. Dates of Birth of Children |
|---|---|---|

7. Have you returned to any type of employment? If yes, please describe.

8. Do you own your own business, or are you affiliated with a corporation, partnership, or sole proprietary? If yes, please explain.

9. Do you hold a tax identification number or EIN? If yes, please provide and explain purpose.

10. Do you hold a professional license? If yes, for what purpose.

11. Are you associated with an Internet affiliated business? Do you have a website? If yes, please provide address(es).

12. Are you currently involved in any pending litigation? If yes, please explain why and provide your attorney's information.

13. Are you pursuing moneys from a third party: Workers' Comp Carrier, Insurance Co., or Individual? If yes, please explain.

14. Identify other income you are receiving or for which you have applied from the point your disability began through the date you authorize this form.

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages, Salary, or Separation Pay | $ | | | |
| ☐ | ☐ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☐ | State Disability | $ | | | |
| ☐ | ☐ | Retirement (normal, early, or disability) | $ | | | |
| ☐ | ☐ | Workers' Compensation | $ | | | |
| ☐ | ☐ | Other (please describe) _____ | $ | | | |

The above statements are true and complete to the best of my knowledge and I **understand** that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be as valid as the original.

DATE: _____      EMPLOYEE SIGNATURE: _____

DP 409 04/04

**LIN001155**

# FAMILY INFORMATION QUESTIONNAIRE



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:** ___Rose Raines___

EMPLOYEE/CLAIMANT NAME: ___REBECCA PIFER___

CLAIM NO: ___4087659___          S.S. NO: _____

EMPLOYER/SPONSOR: ___BLUE CROSS & BLUE SHIELD OF NC___     DATE OF BIRTH: ___████1960___

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the enclosed stamped self-addressed envelope. Thank you for your prompt attention to this request for information.

· What is your marital status?        Single _____        Married _____        Divorced _____

· If married, please indicate your spouse's name and date of birth:     Name: _____     DOB: _____

· Do you have children?     Yes _____     No _____

· If yes, please indicate their names and dates of birth below, using additional space as needed.

Name: _____     DOB: _____

Name: _____     DOB: _____

Name: _____     DOB: _____

Name: _____     DOB: _____

· Is your spouse and/or children receiving Social Security Benefits?

Yes _____          No _____

· If yes, please complete the information below and include a copy of their Social Security Award Certificate(s) in the return envelope.

| Name | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Your Name: _____     SS #: _____     Date: _____

**LIN001156**



**LIBERTY MUTUAL GROUP
LIBERTY LIFE ASSURANCE
COMPANY OF BOSTON**

## SOCIAL SECURITY/REIMBURSEMENT AGREEMENT

**INSTRUCTIONS:** The policy/plan under which you are covered provides that Short Term, Statutory and/or Long Term Disability benefits (herein referred to as "disability benefits") will be reduced by the amount of Social Security benefits which you and your dependents (if applicable) are eligible to receive. This may affect your future disability benefits as well as prior disability benefits which have been issued to you.

The policy/plan also provides that in the event you do not apply for Social Security Disability benefits, your disability benefits will be reduced by the amount of Social Security Disability benefits you and your dependents (if applicable) would be eligible to receive if application had been made. Please review, sign and return this form to our office. We recommend you maintain a copy for your records.

CLAIMANT: <u>Rebecca Pifer</u>                DATE OF BIRTH: _____

POLICY/PLAN SPONSOR NO. _____        EMPLOYER: <u>BLUE CROSS & BLUE SHIELD OF NC</u>

**A)** If disability benefits are approved I request that Liberty Life Assurance Company of Boston (Liberty Life) pay me my benefit with <u>no reduction</u> for estimated Social Security Disability benefits until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Liberty Life. In consideration of Liberty Life paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:

1) I agree to apply for Social Security Benefits within 45 days of Liberty Life's written request and provide proof of such application.
2) I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.
3) I agree to notify Liberty Life immediately if awarded Social Security Benefits.
4) I authorize Liberty Life to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.
5) If Social Security awards benefits to me, I agree that Liberty Life has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Liberty Life until the amount of Liberty Life's overpayment has been repaid in full.
6) I agree to repay Liberty Life in full within the time period specified in my policy/plan provision.

**B)** Social Security benefits <u>will be estimated</u> if:

1) I do not sign and return this form and the enclosed Social Security Administration Consent for Release of Information to Liberty Life within 45 days of receipt.
2) I do not apply for Social Security benefits within 45 days of Liberty Life's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.

If I do not repay any overpayment due to Liberty Life in full, I understand Liberty Life will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Liberty Life may withhold future disability benefits until the overpayment is recovered in full. In addition, Liberty Life may also pursue other means permitted by law to collect the overpayment amount owed.

(Insured/Employee signature) _____        (Witness signature) _____

(Address) _____        (Address) _____

(Date) _____        (Date) _____

*Please retain a copy for your records or one can be provided upon request.*

**LIN001157**

**Social Security Administration**

<u>Consent for Release of Information</u>

TO: Social Security Administration

Name <u>REBECCA PIFER</u>  Date of Birth █ 1960  Social Security Number xxx-xx-8502.

I authorize the Social Security Administration to release information or records about me to:

Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112

I want this information released because:

<u>To Verify my current SS status, and if approved to verify my current SS benefit amounts from my date of entitlement to present.</u>

(There may be a charge for releasing information.)

Please release the following information:

____ Social Security Number
____ Identifying information (includes date and place of birth, parents' names)
_X_ Monthly Social Security benefit amount
____ Monthly Supplemental Security Income payment amount
_X_ Information about benefits/payments I received from <u>DOE</u> to <u>Present</u>
____ Information about my Medicare claim/coverage from _____ to _____
        (specify) _____
____ Medical records
____ Record(s) from my file (specify) _____
_X_ Other (specify): <u>FACT, Full Account Query:</u>  *I understand the FACT query includes all personal and benefit information regarding myself and family members who applied for Social Security benefits on my record. The information contained on this record may include and is not limited to: eligibility and entitlement to benefits on this or any other record, Social Security number, date of birth, address, telephone number, direct deposit banking data, monthly benefit amounts, benefit rate changes, worker's compensation, public disability and annuity information, Medicare data, history of benefits payable and amounts paid, overpayment and underpayment of benefits on the record, work information, citizenship data, prisoner data, Supplemental Security Income data, tax withholding, garnishment of benefits, special payments and messages, and attorney fees.*

I am the individual to whom the information/record applies or that person's parent (if a minor) or legal guardian.  I declare under penalty of perjury that I have examined all the information on this form and it is true and correct to the best of my knowledge.  I understand that anyone who knowingly gives a false or misleading statement about a material fact in this information, or causes someone else to do so, commits a crime and may be sent to prison or may face other penalties, or both.

Signature: _____ Date: _____
(Show signatures, names, and addresses of two people if signed by mark.)
Relationship: _____

SSA-3288 EF (3-1005)

**LIN001158**

# TRAINING-EDUCATION-EXPERIENCE FORM



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:**  Rose Raines

EMPLOYEE/CLAIMANT NAME:  REBECCA PIFER

CLAIM NO:  4087659                                          S.S. NO:

EMPLOYER/SPONSOR:  BLUE CROSS & BLUE SHIELD OF NC        DATE OF BIRTH: ███ 1960

## EDUCATIONAL BACKGROUND                     To Be Completed by the Employee

Highest Grade Completed: _____  If less than 12, did you receive a GED? _____
Did you attend College/Technical School? _____ yes _____ no
Degree(s)/Certificates(s) received: _____  From/To: _____
    Major Field(s) of study: _____
Did you obtain an Advanced Degree (Master's, PhD, M.D., etc) _____ yes _____ no
Degree(s)/Certificates(s) received: _____  From/To: _____

Did you serve in the Armed Forces? _____ yes _____ no  From/To: _____
Branch of Service _____  Specialty _____

## WORK EXPERIENCE

If you have a resume, please attach and use this form for additional experience. Please list chronologically (**starting with most recent**) all the jobs you have held. If necessary, please use reverse side.

1. Job Title: _____  Dates of Employment:  From: _____  To: _____
Tasks/Duties (Please be specific) _____
Company: _____  Department: _____

2. Job Title: _____  Dates of Employment:  From: _____  To: _____
Tasks/Duties (Please be specific) _____
Company: _____  Department: _____

3. Job Title: _____  Dates of Employment:  From: _____  To: _____
Tasks/Duties (Please be specific) _____
Company: _____  Department: _____

## VOLUNTEER WORK/HOBBIES: _____

## COMPUTER UTILIZATION
Computer Training/Courses, Certification: _____

**Home Computer Experience** _____ yes _____ no  **Work Computer Experience:** _____ yes _____ no
**Experience with Applications**: _____ internet _____ email _____ word processing _____ spreadsheets
_____ photo software _____ systems testing _____ keyboarding/typing _____ words per minute
_____ graphics _____ database _____ programming _____ project management
_____ hardware installation/repair _____ software installation/repair  Other: _____

COMPLETED BY: _____         TITLE: _____

SIGNATURE: _____          PHONE NO.: ( ___ ) _____

**LIN001159**

SSA-3288 EF (3-1005)



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

August 5, 2011

Rebecca Pifer
9 Seawell Court
Durham, NC 27703

RE:     Blue Cross & Blue Shield of NC
        Long Term Disability Benefits
        Claim #: 4087659

Dear Ms. Pifer:

We are writing with regard to your claim for Long Term Disability Benefits (LTD) benefits under the Blue Cross & Blue Shield of NC Group Disability Policy.  The above Policy states that you must meet the following definition of disability:

***"Disability"* or *"Disabled"*** *means:*

1. *For persons other than pilots, co-pilots, and crewmembers of an aircraft:*

   a. *if the Covered Person is eligible for the Maximum Own Occupation benefit, **"Disability"** or **"Disabled"** means during the Elimination Period and until the Covered Person reaches the end of the Maximum Benefit Period, as a result of an Injury or Sickness, he is unable to perform the Material and Substantial Duties of his Own Occupation.*

   b. i. *if the Covered Person is eligible for the 24 Month Own Occupation benefit, **"Disability"** or **"Disabled"** means that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*

      ii. *thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*

2. *With respect to Covered Persons employed as pilots, co-pilots and crewmembers of an aircraft:*

   ***"Disability"* or *"Disabled"*** *means as a result of Injury or Sickness the Covered Person is unable to perform the Material and Substantial Duties of Any Occupation.*

**LIN001160**

Based on the above definition of disability and the medical and vocational information in your file, we have determined you are eligible to receive LTD benefits.

Your claim will be evaluated periodically to determine ongoing disability. Please note approval at this time does not guarantee payments through the maximum benefit duration.

Although you may currently meet the definition of disability, Liberty Life Assurance Company also has a staff specialized in Vocational Rehabilitation to assist in attaining skills and resources needed for a successful return to employment, if needed.

Your Long Term Disability Policy provides financial incentives for participation in a Vocational Rehabilitation Program. In addition, failure to comply with a program, or program planning, could result in terminated benefits. Your policy contains a Rehab Incentive provision as outlined below:

### *Rehabilitation Incentive Benefit*

*Liberty will pay an increased Monthly Benefit while a Covered Person is fully participating in a Rehabilitation Program. Liberty must first approve the Rehabilitation Program in writing before a Covered Person can be considered for this benefit. If Liberty does not approve a Rehabilitation Program, the regular Disability benefit will be payable provided the Covered Person is Disabled under the terms of this policy. To be eligible for a Rehabilitation Incentive Benefit, the Covered Person must:*

1. *be Disabled and receiving benefits under this policy; and*

2. *be fully participating in a Rehabilitation Program approved by Liberty.*

### *Increased Monthly Benefit*

*If the Covered Person is eligible for a Rehabilitation Incentive Benefit, the benefit percentage shown in the Schedule of Benefits, will be increased to 70%. The increased benefit will begin on the first day of the month after Liberty receives written Proof of the Covered Person's full participation in the Rehabilitation Program.*

### *Disability Benefits Termination*

*If the Covered Person, at any time, declines to fully participate in an approved Rehabilitation Program recommended by Liberty, his Disability benefits will terminate on the first day of the month following the Covered Person's declination to fully participate in the approved Rehabilitation Program. If Liberty recommends rehabilitation, no benefit will be paid from the date recommendation is made until Liberty receives the Covered Person's written agreement to fully participate in the Rehabilitation Program.*

### *Discontinuation of the Rehabilitation Incentive Benefit*

**LIN001161**

*The Rehabilitation Incentive Benefit will cease:*

1. *when the Covered Person is no longer fully participating in a Rehabilitation Program approved by Liberty;*

2. *in accordance with the provisions entitled "Discontinuation of the Long Term Disability Benefit"; or*

3. *when the Rehabilitation Program ends.*

*For the purpose of this provision,* **"Rehabilitation Program"** *means a comprehensive individually tailored, goal oriented program to return a Disabled Covered Person to gainful employment. The services offered may include, but are not limited to, the following:*

1. *physical therapy;*
2. *occupational therapy;*
3. *work hardening programs;*
4. *functional capacity evaluations;*
5. *psychological and vocational counseling;*
6. *rehabilitative employment; and*
7. *vocational rehabilitation services.*

If it is determined that you would be an appropriate candidate for Vocational Rehabilitational services you will be contacted. In addition, if you would like more information regarding our services, please contact me.

You must satisfy a 180 day elimination period before receiving benefits. We have determined your date of disability is January 31, 2011. Therefore, you are eligible to receive benefits as of July 30, 2011.

Your LTD Policy provides benefits at 60% of your pre-disability earnings less benefits from other income. These include, but are not limited to, benefits under the United States Social Security Act, the Public Employees' Retirement Fund, and Workers' Compensation benefits.

In addition to your LTD benefit from Liberty Life Assurance Company of Boston (Liberty Life), you may also qualify for disability benefits from the Social Security Administration. Your Policy requires that you apply for Social Security Benefits, should your disability be expected to extend for twelve months.

If your benefit is overpaid, Liberty Life has the right to recover the amount overpaid in full. To avoid an overpayment, please notify our office immediately if you return to work or begin receiving "other income benefits" as indicated in your Policy.

**LIN001162**

In addition, please complete the enclosed, Social Security Authorization Form, Social Security Reimbursement Agreement, and Family information Questionnaire and return them to our office by September 4, 2011.

As indicated earlier, we will continue to review your claim and request medical documentation to support your continued disability. We ask that you assist us with your claim to obtain the necessary information to continue benefits. Please notify our office immediately with any changes in your treatment.

If you have any questions regarding the above, please feel free to contact me.

Sincerely,

Rose Raines
Disability Case Manager II
Phone No.: (800) 291-0112 Ext. 14257
Secure Fax No.: (603) 334-0380

   Forms Attached:
    Direct Deposit Application
    Direct Deposit Q and A Sheet
    Family Information Questionnaire
    SS Reimbursement Agreement
    SSA Authorization

**LIN001163**

# PRE-AUTHORIZED DIRECT DEPOSIT APPLICATION

 **Liberty Mutual®**

Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:** Rose Raines

EMPLOYEE/CLAIMANT NAME: REBECCA PIFER

CLAIM NUMBER: 4087659          SOCIAL SECURITY NUMBER: _____

EMPLOYER/SPONSOR: BLUE CROSS & BLUE SHIELD OF NC          DATE OF BIRTH: ██1960

CHECK ONE: ☐ New ☐ Change

YOUR TELEPHONE NUMBER: ( ) _____

ADDRESS: _____ CITY: _____ STATE: ___ ZIP: _____

## AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS

I (We) hereby authorize and request Liberty Life Assurance Company of Boston, hereinafter called LIBERTY, to make payment of any Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by LIBERTY to such account and to enter the same to such account without responsibility for the correctness thereof.

## REQUIRED FIELDS ARE BOLDED BELOW
### ***All must be completed or your form will be rejected***

TYPE OF ACCOUNT: ☐ Checking ☐ Savings          BANK NAME: _____

9 DIGIT ABA ROUTING NUMBER: _____          BANK ADDRESS: _____

YOUR ACCOUNT NUMBER: _____          CITY: _____ STATE: ___ ZIP: _____

BANK PHONE: ( ) _____

### ***You must check yes or no to BOTH of the following two questions***

WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?          ☐ YES ☐ NO

DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?          ☐ YES ☐ NO

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to LIBERTY or BANK. Any such notification to LIBERTY shall be effective only with respect to entries initiated by LIBERTY after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it. I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signed: _____          Date: _____

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

**ATTACH VOIDED CHECK HERE**
**Your application will be rejected unless included with the form.**

DP481 DD APLICATION 01/10

**LIN001164**



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

Liberty Life Assurance Company of Boston is pleased to offer you the security and convenience of having your Long Term Disability Benefit check deposited electronically to your bank account. Direct Deposit, often referred to as electronic fund transfer (EFT), means no more mail delays or trips to the bank to cash your check.

**How does direct deposit work?**
Each month, Liberty's bank will transfer your benefit payment directly into your bank account. Liberty recommends this payment option because it is predictable, safe and convenient.

**How do I sign up?**
Complete the enclosed Pre-Authorized Direct Deposit Application. Fold it and insert it into the enclosed pre addressed and postage paid envelope along with the **necessary voided check or savings account deposit slip** and drop in the nearest mailbox. Be sure to print all the information clearly, and sign the application. Unfortunately, we cannot accept applications by phone.

**How soon can my direct deposits begin?**
To ensure accuracy, Direct Deposit will actually begin within 10 business days following successful notification to, and verification from your bank. Generally, this means you will receive one or possibly two monthly benefit checks by mail after you send in your direct deposit application.

**Can I sign up for Direct Deposit and forward my benefit payment to a foreign bank account**?
No, at this time Liberty Life Assurance Group Disability will not allow benefit payment to be paid via EFT if they are funded to a foreign bank or intended to be forwarded to a foreign bank account.

**What if I move to a non US State or territory and receiving Direct Deposit payments?**
You will receive a notification that your direct deposit is being deactivated and provided a new form to complete for consideration of ongoing direct deposit payments.

**Will I continue to receive an Explanation of Benefits (EOB) Statement in the mail?**
Yes. Each deposit will also be confirmed by your bank on your regular bank statement each month. Funds will be deposited to your account within 3 - 5 days after the payment date shown on the Explanation of Benefits (EOB) Statement.

**What happens if I am out of town when the payment is due?**
Your deposit is in your account. You may access it anytime after it is deposited.

**What if I change bank accounts?**
Notify your Disability Case Manager and a new form will be sent to you for completion with the information about your new account. We can continue the direct deposit process with your new bank following notification to and verification from your new bank. You may receive one or possibly two benefit checks by mail in the interim. Do not close your original bank account until you confirm that we have discontinued the Direct Deposit process to that account.

**Can I change my mind?**
Yes. You can start or stop Direct Deposit at any time. Just notify your Disability Case Manager.

**What if I have questions?**
Call your assigned Disability Case Manager. They are available Monday through Friday from 8:30 - 4:30 P.M EST.

**What happens if I fail to complete my direct deposit application?**
Incomplete applications will be mailed back to you along with a new application for you to complete.

Liberty Life Assurance Company of Boston
Group Disability
DP 480 DIRECT DEPOSIT 11/10

**LIN001165**

# FAMILY INFORMATION QUESTIONNAIRE



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:** ___Rose Raines_____

---

EMPLOYEE/CLAIMANT NAME: ___REBECCA PIFER_____

CLAIM NO: ___4087659_____          S.S. NO: _____

EMPLOYER/SPONSOR: __BLUE CROSS & BLUE SHIELD OF NC_____          DATE OF BIRTH: ██1960_____

---

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the enclosed stamped self-addressed envelope. Thank you for your prompt attention to this request for information.

· What is your marital status?          Single _____          Married _____          Divorced _____

· If married, please indicate your spouse's name and date of birth:          Name: _____ DOB: _____

· Do you have children?          Yes _____          No _____

· If yes, please indicate their names and dates of birth below, using additional space as needed.

Name: _____ DOB: _____

Name: _____ DOB: _____

Name: _____ DOB: _____

Name: _____ DOB: _____

· Is your spouse and/or children receiving Social Security Benefits?

Yes _____          No _____

· If yes, please complete the information below and include a copy of their Social Security Award Certificate(s) in the return envelope.

| Name | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Your Name: _____ SS #: _____ Date: _____

**LIN001166**



**LIBERTY MUTUAL GROUP**
**LIBERTY LIFE ASSURANCE**
**COMPANY OF BOSTON**

**SOCIAL SECURITY/REIMBURSEMENT AGREEMENT**

**INSTRUCTIONS:** The policy/plan under which you are covered provides that Short Term, Statutory and/or Long Term Disability benefits (herein referred to as "disability benefits") will be reduced by the amount of Social Security benefits which you and your dependents (if applicable) are eligible to receive. This may affect your future disability benefits as well as prior disability benefits which have been issued to you.

The policy/plan also provides that in the event you do not apply for Social Security Disability benefits, your disability benefits will be reduced by the amount of Social Security Disability benefits you and your dependents (if applicable) would be eligible to receive if application had been made. Please review, sign and return this form to our office. We recommend you maintain a copy for your records.

CLAIMANT: <u>Rebecca Pifer</u>　　　　DATE OF BIRTH: _____

POLICY/PLAN SPONSOR NO. _____　　EMPLOYER: <u>BLUE CROSS & BLUE SHIELD OF NC</u>

**A)** If disability benefits are approved I request that Liberty Life Assurance Company of Boston (Liberty Life) pay me my benefit with <u>no reduction</u> for estimated Social Security Disability benefits until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Liberty Life. In consideration of Liberty Life paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:

1) I agree to apply for Social Security Benefits within 45 days of Liberty Life's written request and provide proof of such application.
2) I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.
3) I agree to notify Liberty Life immediately if awarded Social Security Benefits.
4) I authorize Liberty Life to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.
5) If Social Security awards benefits to me, I agree that Liberty Life has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Liberty Life until the amount of Liberty Life's overpayment has been repaid in full.
6) I agree to repay Liberty Life in full within the time period specified in my policy/plan provision.

**B)** Social Security benefits <u>will be estimated</u> if:

1) I do not sign and return this form and the enclosed Social Security Administration Consent for Release of Information to Liberty Life within 45 days of receipt.
2) I do not apply for Social Security benefits within 45 days of Liberty Life's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.

If I do not repay any overpayment due to Liberty Life in full, I understand Liberty Life will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Liberty Life may withhold future disability benefits until the overpayment is recovered in full. In addition, Liberty Life may also pursue other means permitted by law to collect the overpayment amount owed.

(Insured/Employee signature) _____　　(Witness signature) _____

(Address) _____　　(Address) _____

(Date) _____　　(Date) _____

*Please retain a copy for your records or one can be provided upon request.*

**LIN001167**

Form Approved
OMB No. 0960-0566

# Social Security Administration
## Consent for Release of Information
TO: Social Security Administration

Name <u>REBECCA PIFER</u> Date of Birth ▮1960 Social Security Number <u>xxx-xx-8502</u>.

I authorize the Social Security Administration to release information or records about me to:

> Group Benefits Disability Claims
> Liberty Life Assurance Company of Boston
> P.O. Box 7207
> London, KY 40742-7207
> Phone No.: (800) 291-0112

I want this information released because:

<u>To Verify my current SS status, and if approved to verify my current SS benefit amounts from my date of entitlement to present.</u>

(There may be a charge for releasing information.)

Please release the following information:

|   |   |
|---|---|
| ___ | Social Security Number |
| ___ | Identifying information (includes date and place of birth, parents' names) |
| X | Monthly Social Security benefit amount |
| ___ | Monthly Supplemental Security Income payment amount |
| X | Information about benefits/payments I received from <u>DOE</u> to <u>Present</u> |
| ___ | Information about my Medicare claim/coverage from _____ to _____ (specify) _____ |
| ___ | Medical records |
| ___ | Record(s) from my file (specify) _____ |
| X | Other (specify): <u>FACT, Full Account Query:</u> *I understand the FACT query includes all personal and benefit information regarding myself and family members who applied for Social Security benefits on my record. The information contained on this record may include and is not limited to: eligibility and entitlement to benefits on this or any other record, Social Security number, date of birth, address, telephone number, direct deposit banking data, monthly benefit amounts, benefit rate changes, worker's compensation, public disability and annuity information, Medicare data, history of benefits payable and amounts paid, overpayment and underpayment of benefits on the record, work information, citizenship data, prisoner data, Supplemental Security Income data, tax withholding, garnishment of benefits, special payments and messages, and attorney fees.* |

I am the individual to whom the information/record applies or that person's parent (if a minor) or legal guardian. I declare under penalty of perjury that I have examined all the information on this form and it is true and correct to the best of my knowledge. I understand that anyone who knowingly gives a false or misleading statement about a material fact in this information, or causes someone else to do so, commits a crime and may be sent to prison or may face other penalties, or both.

Signature: _____ Date: _____
(Show signatures, names, and addresses of two people if signed by mark.)
Relationship: _____

SSA-3288 EF (3-1005)

**LIN001168**



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

August 5, 2011

Blue Cross & Blue Shield of NC
ATTN: Blue Cross & Blue Shield of NC
5901 Chapel Hill Road
Durham, NC 27707

RE:     Long Term Disability Benefits
        Claimant Name:  Rebecca Pifer
        Claim #: 4087659

Dear Blue Cross & Blue Shield of NC:

This letter is in regards to your employee Rebecca Pifer.  I have approved her claim for Long Term Disability benefits.  If there are any changes to the status of the claim, I will keep you informed.

If you have any questions, please do not hesitate to contact me.

Sincerely,

Rose Raines
Disability Case Manager II
Phone No.: (800) 291-0112 Ext. 14257
Secure Fax No.: (603) 334-0380

**LIN001169**

# RETURN FAX COVERSHEET

## Please use this page as coversheet when responding to request

DATE: August 4, 2011

TO: Triangle Orthopedic Rehabilitation
ATTN: Medical Records

SECURE FAX#: (919) 969-9131

RETURN TO: Rose Raines
SECURE FAX#: (603) 334-0380
CLAIM #: 4087659

RE: RE: Long Term Disability Benefits
Patient: Rebecca Pifer
DOB: July 02, 1960
Claim Number: 4087659



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU MAY HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.**
<nocover>

LIN001170



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

August 4, 2011

Triangle Orthopedic Rehabilitation
ATTN: Medical Records
100 Perkins Drive
Chapel Hill, NC 27514

RE:     Long Term Disability Benefits
        Patient:  Rebecca Pifer
        DOB: ██████ 1960
        Claim Number:  4087659

Dear Medical Records:

We are the disability benefits carrier for your patient, Rebecca Pifer, and are requesting specific medical information in order to further evaluate Ms. Pifer's disability benefits.  Please provide the following:

- All treatment notes, diagnostic test results and procedure reports from July 20, 2011 to the present.
- Your treatment plan and an estimated return to work date.

Please fax the information back to my attention at 1-603-334-0380 or mail to the above address by August 10, 2011.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

Sincerely,

Rose Raines
Disability Case Manager II
Phone No.: (800) 291-0112 Ext. 14257
Secure Fax No.: (603) 334-0380

**LIN001171**



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

## RESPONSE COVERSHEET

**In order to facilitate accurate and timely processing of this claim, please include this cover sheet along with your response to this request.**

**PLEASE USE BLACK INK WHEN COMPLETING FORMS.**

**Document Type:** Medical

**Claim Number:** 4087659

**Employee/Claimant Name:** REBECCA PIFER

**Provider's Name:** Triangle Orthopedic Rehabilitation

LIN001172



Group Market Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

August 04, 2011

Rebecca Pifer
9 Seawell Court
Durham, NC 27703

RE:     SECOND REQUEST
        Long Term Disability Benefits
        Blue Cross & Blue Shield Of Nc
        Claim #: 4087659

Dear Ms. Pifer:

We are writing in reference to the claim you submitted for Long Term Disability Benefits under Blue Cross & Blue Shield Of Nc's Group Disability Income Policy. Liberty Life Assurance Company of Boston (Liberty Life) received your claim on July 6, 2011. Your claim has been assigned and will be reviewed by your dedicated Disability Case Manager, Rose Raines. She can be reached at (800) 291-0112, ext. 14257.

In order to consider your application for disability benefits, we are requesting additional medical information. Please contact each of your medical providers and request they provide our office with the following medical information:

- A copy of all treatment notes, including diagnostic test results from July 5, 2011 through the present date.
- If surgery was performed, a copy of the Operative Report
- Restrictions form (based on the most recent evaluation)

In addition to the above medical information, we are also requesting you complete and return the following forms:

- Authorization
- Training, Education & Experience
- Claimant Information Form
- Activities Questionnaire
- Claimant's Supplemental Statement
- Copy of Photo ID or Driver's License

This information is needed in order to make an initial determination on your claim for benefits.

Blue Cross & Blue Shield Of Nc's Long Term Disability Benefits requires that you provide proof of disability in order to receive benefits. Proof must be provided by August 19, 2011. Without the information specified above, we will be unable to evaluate your eligibility for

**LIN001173**

Case 1:22-cv-00186-WO-JLW   Document 22   Filed 10/24/22   Page 410 of 538

benefits. Your cooperation in providing the requested information is essential to our claims investigation. We ask that you provide our office with this information no later than 45 days from the date of this letter.

In absence of this information, we will make a claim determination based on the information in our file, which may result in the denial of your claim.

If you should have any questions regarding your application for benefits, please do not hesitate to contact our office.

Sincerely,

Rose Raines
Disability Case Manager II
Phone No.: (800) 291-0112 Ext. 14257
Secure Fax No.: (603) 334-0380

    Forms Attached:
      Activities Questionnaire
      Authorization
      Claimant Information
      Claimant Supplementary Statement
      Training-Education Experience

**LIN001174**

# ACTIVITIES QUESTIONNAIRE

 **Liberty Mutual**®

Group Market Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:** ___Rose Raines_____

*page 1 of 3*

EMPLOYEE/CLAIMANT NAME: ___REBECCA PIFER_____

CLAIM NO: __4087659_____          S.S. NO: _____

EMPLOYER/SPONSOR: _BLUE CROSS & BLUE SHIELD OF NC_____          DATE OF BIRTH:___███1960_____

## TO BE COMPLETED BY THE CLAIMANT:

Please answer the following questions and return the form to Liberty Life Assurance Company of Boston.

How long are you able to:

   sit _____     stand _____     walk _____

How many hours a day do you:

   sit _____     stand _____     walk _____

Do you take a nap during the day?

   Yes _____     No _____

   If Yes, for how long? _____     At what time of the day? _____

How many hours a day do you spend in bed?          _____

Do you require any assistive devices such as a:

   cane _____     walker _____     crutches _____     wheelchair _____     other _____

How long are you able to sit in a car?          _____

Do you hold a valid driver's license?

   Yes _____     No _____

   If No, please explan: _____

   If Yes, how long are you able to drive a car? _____

   **Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

_____

Do you have children?

   Yes _____     No _____     If Yes, what are their dates of birth _____

      Do you need help caring for your children?

      Yes _____     No _____

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

   Yes _____     No _____     If Yes, please explain _____

How many times a day do you leave the house during the week?          _____

      On the weekends? _____

How often do you run errands? _____

Please describe what errands you most commonly run:          _____

**LIN001175**



How often do you get outdoors? _____

Are you left or right hand dominant?        Left _____        Right _____

Are you able to work in your garden?        Yes _____        No _____

Are you able to work on your house?        Yes _____        No _____

Are you able to wash your car?        Yes _____        No _____

How much time is spent daily on your home computer?
_____ None _____ 0-1 hours _____ 1-2 hours _____ 2-3 hours _____ 3+ hours

How much time is spent weekly on your home computer?
_____ None _____ 0-1 hours _____ 1-2 hours _____ 2-3 hours _____ 3+ hours

What activities do you perform on your home computer.  Please check all that apply:
_____ Pay bills _____ Read news/articles _____ Use search engines _____ Send emails
_____ Visit chat rooms _____ Photos        Other: _____

What computer software applications do you utilize.  Please check all that apply:
_____ Word processing (Word) _____ Spreadsheets (Excel) _____ Database (Access) _____ Graphics
_____ Photo software (Photoshop) _____ Programming        Other: _____

Do you have a working home copy machine/fax machine? _____ Yes _____ No

If yes, please explain purpose and usage: _____

The following questions intend to identify whether or not you are able to <u>independently</u> conduct routine daily activities.  If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | _____ | _____ |
| Carrying groceries into the house | _____ | _____ |
| Cooking meals | _____ | _____ |
| Cleaning after meals | _____ | _____ |
| Cleaning bathrooms | _____ | _____ |
| Vacuuming | _____ | _____ |
| Doing the laundry | _____ | _____ |
| Opening and responding to mail | _____ | _____ |
| Managing your finances | _____ | _____ |
| Balancing your checkbook | _____ | _____ |
| Bathing yourself | _____ | _____ |
| Styling your own hair | _____ | _____ |
| Getting dressed | _____ | _____ |
| Going up and down stairs | _____ | _____ |

Have you been confined to a hospital within the last 12 months?        Yes _____        No _____

If Yes, please provide reason and hospital contact Information: _____

_____

**LIN001176**

Case 1:22-cv-00186-WO-JLW     Document 22     Filed 10/24/22     Page 413 of 538

 

How often do you travel or take vacation? _____

Where do you go?  How do you get there (transportation method)? _____

_____

| | | |
|---|---|---|
| Are you able to pursue your hobbies? | Yes _____ | No _____ |

If Yes, please describe _____

| | | |
|---|---|---|
| Do you participate in an exercise program? | Yes _____ | No _____ |

If Yes, please describe _____

| | | |
|---|---|---|
| Do you do any Volunteer work? | Yes _____ | No _____ |

If Yes:

how many hours per day? _____

how many hours per week? _____

for whom? _____

| | | |
|---|---|---|
| Are you working for wages? | Yes _____ | No _____ |

If Yes, please provide employer's name _____

**Describe in your own words, what prevents you from engaging in <u>any gainful employment</u>.**

_____
_____
_____
_____
_____

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

_____
_____
_____
_____
_____

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

_____

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

_____

**Upon completion of this form, please sign and date below and return in the envelope provided to
 you.  Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records.  A photo static copy of this form will be as valid as the original.  I understand that if this information changes at any time, I will contact Liberty.

Name: _____     Date: _____

Signature: _____

**LIN001177**

# AUTHORIZATION TO OBTAIN AND RELEASE INFORMATION



Group Market Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:** Rose Raines

---

EMPLOYEE/CLAIMANT NAME: REBECCA PIFER

CLAIM NO: 4087659

EMPLOYER/SPONSOR: BLUE CROSS & BLUE SHIELD OF NC          DATE OF BIRTH: ▮1960

---

I **authorize** any licensed physician, medical provider, hospital, medical facility, pharmacy, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1.  Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health.

2.  Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3.  Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query and any benefits to which my dependents may be eligible under my record. This information may also be released to my employer for administration of my employer sponsored benefits.

I **understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, if any.

I **understand** that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I **know** that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This Authorization shall become effective on the date appearing next to my signature below. I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to which I submit a claim.

---

Print Name                                    Date of Birth

---

Signature                                      Date

DP 432  Rev 02/09

**LIN001178**

Case 1:22-cv-00186-WO-JLW     Document 22     Filed 10/24/22     Page 415 of 538

# CLAIMANT INFORMATION



Liberty Mutual®

Group Market Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:** ___Rose Raines___

EMPLOYEE/CLAIMANT NAME: ___REBECCA PIFER___

CLAIM NO: ___4087659___          S.S. NO: _____

EMPLOYER/SPONSOR: ___BLUE CROSS & BLUE SHIELD OF NC___          DATE OF BIRTH: ███1960

**TO BE COMPLETED BY EMPLOYEE:**

Please complete the following information. If additional space is needed, use the back or a separate sheet of paper.

**NAME OF TREATING HEALTH CARE PROVIDERS IN THE PAST TWO YEARS:**

| | | |
|---|---|---|
| Primary | Name: _____ | Specialty: _____ |
| | Address: _____ | |
| | Telephone No: ( ) _____ | Fax No.: ( ) _____ |
| | First Treatment Date: _____ Thru _____ | |
| Specialist | Name: _____ | Specialty: _____ |
| | Address: _____ | |
| | Telephone No: ( ) _____ | Fax No.: ( ) _____ |
| | First Treatment Date: _____ Thru _____ | |
| Other | Name: _____ | Specialty: _____ |
| | Address: _____ | |
| | Telephone No: ( ) _____ | Fax No.: ( ) _____ |
| | First Treatment Date: _____ Thru _____ | |

**NAME OF CURRENT HEALTH INSURANCE COMPANY:**

Insurance Carrier: _____

Address: _____

Telephone No: ( ) _____          Fax No.: ( ) _____

Contact: _____

**NAME OF PHARMACY:**

| | | |
|---|---|---|
| Current | Name: _____ | |
| | Address: _____ | |
| | Telephone No: ( ) _____ | Fax No.: ( ) _____ |
| Prior | Name: _____ | |
| | Address: _____ | |
| | Telephone No: ( ) _____ | Fax No.: ( ) _____ |

**SIGNATURE:** _____          **DATE:** _____

DP 421 Rev. 06/01

**LIN001179**

# CLAIMANT SUPPLEMENTARY STATEMENT

 **Liberty Mutual.**

Group Market Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:** Rose Raines

**EMPLOYEE/CLAIMANT NAME:** REBECCA PIFER

**CLAIM NO:** 4087659      **S.S. NO:** _____

**EMPLOYER/SPONSOR:** BLUE CROSS & BLUE SHIELD OF NC      **DATE OF BIRTH:** ▮ 1960

| 1. Full Name (Last, First, Middle Init.) | 2. Social Security Number | 3. Phone Number (include area code) |
|---|---|---|

| 4. Address | City | State | Zip Code |
|---|---|---|---|

| 5. Marital Status | 6. Number of Dependents | 6a. Dates of Birth of Children |
|---|---|---|

7. Have you returned to any type of employment? If yes, please describe.

8. Do you own your own business, or are you affiliated with a corporation, partnership, or sole proprietary? If yes, please explain.

9. Do you hold a tax identification number or EIN? If yes, please provide and explain purpose.

10. Do you hold a professional license? If yes, for what purpose.

11. Are you associated with an Internet affiliated business? Do you have a website? If yes, please provide address(es).

12. Are you currently involved in any pending litigation? If yes, please explain why and provide your attorney's information.

13. Are you pursuing moneys from a third party: Workers' Comp Carrier, Insurance Co., or Individual? If yes, please explain.

14. Identify other income you are receiving or for which you have applied from the point your disability began through the date you authorize this form.

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages, Salary, or Separation Pay | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Social Security (disability or retirement) | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | State Disability | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Retirement (normal, early, or disability) | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Workers' Compensation | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Other (please describe) _____ | $ _____ | _____ | _____ | _____ |

The above statements are true and complete to the best of my knowledge and I **understand** that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be as valid as the original.

DATE: _____ EMPLOYEE SIGNATURE: _____

DP 409 04/04

**LIN001180**

# TRAINING-EDUCATION-EXPERIENCE FORM



Group Market Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:** ___Rose Raines___

---

EMPLOYEE/CLAIMANT NAME: ___REBECCA PIFER___

CLAIM NO: ___4087659___      S.S. NO: ___

EMPLOYER/SPONSOR: ___BLUE CROSS & BLUE SHIELD OF NC___    DATE OF BIRTH: ██ 1960

---

## EDUCATIONAL BACKGROUND

**To Be Completed by the Employee**

Highest Grade Completed: _____ If less than 12, did you receive a GED? _____

Did you attend College/Technical School? _____ yes _____ no

Degree(s)/Certificates(s) received: _____ From/To: _____

     Major Field(s) of study: _____

Did you obtain an Advanced Degree (Master's, PhD, M.D., etc) _____ yes _____ no

Degree(s)/Certificates(s) received: _____ From/To: _____

Did you serve in the Armed Forces? _____ yes _____ no From/To: _____

Branch of Service _____ Specialty _____

## WORK EXPERIENCE

If you have a resume, please attach and use this form for additional experience. Please list chronologically (**starting with most recent**) all the jobs you have held. If necessary, please use reverse side.

1. Job Title: _____ Dates of Employment: From: _____ To: _____

Tasks/Duties (Please be specific) _____

Company: _____ Department: _____

2. Job Title: _____ Dates of Employment: From: _____ To: _____

Tasks/Duties (Please be specific) _____

Company: _____ Department: _____

3. Job Title: _____ Dates of Employment: From: _____ To: _____

Tasks/Duties (Please be specific) _____

Company: _____ Department: _____

## VOLUNTEER WORK/HOBBIES: _____

## COMPUTER UTILIZATION

Computer Training/Courses, Certification: _____

**Home Computer Experience** _____ yes _____ no **Work Computer Experience:** _____ yes _____ no

**Experience with Applications:** _____ internet _____ email _____ word processing _____ spreadsheets

_____ photo software _____ systems testing _____ keyboarding/typing _____ words per minute

_____ graphics _____ database _____ programming _____ project management

_____ hardware installation/repair _____ software installation/repair Other: _____

---

COMPLETED BY: _____      TITLE: _____

SIGNATURE: _____      PHONE NO.: ( )_____

---

**LIN001181**



## TRIANGLE ORTHOPAEDIC ASSOCIATES, P.A.

TRIANGLE ORTHOPAEDICS, P.A.
120 WILLIAM PENN PLAZA
DURHAM, NC 27704

DATE: _8-4-11_

TO: _Liberty Mutual_
FAX NUMBER: _1-603 334-0380_

FROM: Danniele Terry   (Disability)
PHONE NUMBER:919-281-1834
FAX NUMBER: 919-313-5201

_11 pages_

COMMENTS: _Re: Rebecca P. fer_

If you did not receive all the pages or they are not legible, please call the above number.

The information contained in this facsimile is privileged and confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby, notified that any discrimination, distribution, or copying of this communication is wrongful and may subject you to civil liability. If you have received this information in error, please notify us immediately by telephone and return the original message to us at the address above.

**LIN001182**

# RETURN FAX COVERSHEET

### Please use this page as coversheet when responding to request

DATE:          August 4, 2011

TO:            Triangle Orthopedic Rehabilitation
ATTN:          Medical Records



SECURE FAX#: (919) 969-9131

RETURN TO:    Rose Raines
SECURE FAX#: (603) 334-0380
CLAIM #:       4087659

Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

RE:           RE: Long Term Disability Benefits
              Patient:  Rebecca Pifer
              DOB: July 02, 1960
              Claim Number:  4087659

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU MAY HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.
<faxcover>

LIN001183

**Liberty Mutual.**

Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

August 4, 2011

Triangle Orthopedic Rehabilitation
ATTN: Medical Records
100 Perkins Drive
Chapel Hill, NC 27514

RE:    Long Term Disability Benefits
       Patient: Rebecca Pifer
       DOB: ████ 1960
       Claim Number: 4087659

Dear Medical Records:

We are the disability benefits carrier for your patient, Rebecca Pifer, and are requesting specific medical information in order to further evaluate Ms. Pifer's disability benefits. Please provide the following:

*   All treatment notes, diagnostic test results and procedure reports from July 20, 2011 to the present.
*   Your treatment plan and an estimated return to work date.

Please fax the information back to my attention at 1-603-334-0380 or mail to the above address by August 10, 2011.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

Sincerely,

*Rose Raines*

Rose Raines
Disability Case Manager II
Phone No.: (800) 291-0112 Ext. 14257
Secure Fax No.: (603) 334-0380

**LIN001184**



Group Benefits Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

## RESPONSE COVERSHEET

In order to facilitate accurate and timely processing of this claim, please include this cover sheet along with your response to this request.

**PLEASE USE BLACK INK WHEN COMPLETING FORMS.**

Document Type: Medical

Claim Number:   4087659

Employee/Claimant Name:  REBECCA PIFER

Provider's Name: Triangle Orthopedic Rehabilitation

LIN001185



# TRIANGLE ORTHOPAEDIC ASSOCIATES, P.A.

WPP Ortho
120 William Penn Plaza
Durham, NC 27704
Phone: 9192205255   Fax: 9193135201

---

**PATIENT:**              REBECCA PIFER
**DATE OF BIRTH:**        ████ 1960
**DATE:**                 07/19/2011 10:05 AM
**VISIT TYPE:**           Ortho Office Visit
**PROVIDER:**             William J. Mallon MD
**REFERRING PROVIDER:**   Linda Belhorn MD
**DATE OF SURGERY:**      05/27/2011

---

**Patient Type:** Follow up patient

Rebecca Pifer 7/2/1960
CHIEF COMPLAINT: Right shoulder.

HPI: Ms. Pifer presents for a check of her right shoulder. She is about two months out from arthroscopic subscapularis repair and biceps tenotomy. She is doing well. She is doing therapy.

EXAM: On exam today she has full passive range of motion. She can actively elevate to about 120 degrees.

DISPOSITION/PLAN: We are going to have her continue therapy and do more active motion. She has been in a sling a little bit too a I advised her she needs to get out of that and start moving this. We will see her back in one months' time.

Dictated by William J. Mallon, M.D./mdl/07-19-2011

cc: Dr. Belhorn

**Chief Complaint/Reason for visit:**
This 51 year old female presents with shoulder.

**History of Present Illness**
1. shoulder

**Physical Exam**

**Past Medical History**
| Disease | Year |
| --- | --- |
| osteopenia | |
| Anxiety | |
| Depression | |

**Past Surgical History**
| Procedure/Surgery | Side | Year |
| --- | --- | --- |

LIN001186

umbilical hernia repair
appendectomy

## Medication History

| Drug Name | Dose | Description |
|---|---|---|
| Percocet | 5mg-325mg | take 1 - 2 by Oral route every 4 - 6 hours PRN Pain |
| Phenergan | 25mg | take 1 tablet (25MG) by ORAL route every 6 hours as needed |
| Gabapentin | 600mg | take 1 tablet (600MG) by ORAL route 3 times every day |
| Promethazine Hcl | 12.5mg | take 1 tablet (12.5MG) by ORAL route 4 times every day before meals and at bedtime |
| Celebrex | 200mg | take 1 capsule (200MG) by ORAL route 2 times every day as needed |
| Trazodone Hcl | 50mg | take 1 tablet (50MG) by ORAL route every day at night |
| Tramadol Hcl | 50mg | take 1 tablet (50MG) by ORAL route every 6 hours as needed |

## Allergies

Reviewed, no changes.

| Allergy | Brand Name |
|---|---|
| Adhesive | |

## Family History

| Yes / No | Disease Detail | Family Member | Name | Age |
|---|---|---|---|---|
| Yes | Arthritis | Family h/o | | |
| Yes | Cancer | Family h/o | | |
| Yes | Heart disease | Family h/o | | |
| Yes | Hypertension | Family h/o | | |

## Social History

The patient is left-handed.

### Education / Employment / Occupation / Military Experience:

| Employment | Occupation | Emp Status | Restrictions | Retire Date |
|---|---|---|---|---|
| | | disabled | out since Feb 1 | |

**Tobacco:**
Patient is a tobacco user.
**Alcohol:**
There is a history of alcohol use.

## Review of Systems

**Constitutional:**
Negative for fatigue, fever and night sweats.

**HEENT:**
Negative for vision loss.

**Respiratory:**
Negative for cough and dyspnea.

**Cardiovascular:**
Negative for chest pain, cyanosis and irregular heartbeat/palpitations.

**Gastrointestinal:**
Negative for constipation, diarrhea and vomiting.

**Genitourinary:**
Negative for dysuria and hematuria.

**Metabolic/Endocrine:**
Negative for cold intolerance and heat intolerance.

**Neuro/Psychiatric:**
Negative for anxiety and depression.
Negative for difficulty walking, dizziness and headache.

**Dermatologic:**
Negative for rash.

**LIN001187**

**Musculoskeletal:**
Negative for except as noted in hpi and chief complaint.

**Hematology:**
Negative for bleeding and bruising.

**Immunology:**
Negative for environmental allergies and food allergies.

**Vital Signs**
**Height**

| Time | Ft | In | Cm | Last Measured | Method | % |
|------|-----|------|-----|---------------|--------|---|
| 2:49 PM | 5.0 | 6.00 | | | | |

**Weight / BSA / BMI**

| Time | Lb | Oz | Kg | Context | % | BMI | BSA |
|------|--------|-----|-----|---------|---|-----|-----|
| 2:49 PM | 130.00 | | | | | | |

Electronically signed by:  William J. Mallon MD  07/19/2011

**LIN001188**



# TRIANGLE ORTHOPAEDIC ASSOCIATES, P.A.

120 William Penn Plaza
Durham, NC 27704
Phone: (919)220-5255

## SHOULDER PHYSICAL THERAPY

PATIENT: PIFER, REBECCA
9 SEAWELL CT

DURHAM, NC  27703

PATIENT ID:

DATE OF BIRTH:  ███1960
STATUS:

HOME PHONE:    (919)596-4264
WORK PHONE:    Work #: (919)597-8606

| INSURANCE | POLICY # | GROUP # |
|---|---|---|
| BCBS-NC: NORTH CAROLINA | YPPW1353894401 | 008557 |
| PO BOX 35 | | |
| DURHAM, NC  27702 | | |

ORDERING LOCATION:     William Penn Plaza TOA

VISIT DATE:         07/19/2011 10:05 AM
SURGERY DATE:       05/27/2011

DIAGNOSIS:
719.41              Joint Pain-shlder

**Primary Muscles for Rehabilitation:**
Internal Rotators: right
External Rotators: right
Flexors: right
Extensors: right
Posterior Capsular Stretch: right
Scapular Rotators: right

FREQUENCY: 2x week
DURATION: 4 - 6 weeks

**Location:**
**WPP PT/RM/OT -**         120 William Penn Plaza
                          Durham, NC  27704
                          919-220-255

**Dates to Begin Exercises:**
PROM: now
AAROM: now
AROM: now
Stretching: now
RROM: now

LIN001189

Modalities PRN for pain relief before or after exercise is OK at any time.

**ELECTRONICALLY SIGNED BY:**           William J. Mallon MD   Date:  07/19/2011

LIN001190



## TRIANGLE ORTHOPAEDIC ASSOCIATES, P.A.

### THERAPY DAILY NOTE

**PATIENT:** REBECCA PIFER
9 SEAWELL CT
DURHAM, NC 27703

**DOB:** ▮▮▮1960
TELEPHONE: (919)596-4264

| | |
|---|---|
| Therapist: Laura A. Wendt, PTA | Date of referral: 06/21/2011 |
| Location: WPP PT/RM/OT | Referring MD: Howerter PA-C |
| Date of Service: 07/20/2011 | Date of Initial eval: 07/05/2011 |
| Date of Injury: | Date of Surgery: 05/27/2011 |

**Last physician visit:** 06/21/2011

**Diagnosis (es):**
Calcif Tendinitis Shlder 726.11
Joint Pain-shlder 719.41
Jt Stiffness Nec-shlder 719.51

SUBJECTIVE: Patient states she saw the MD yesterday who D/C'd her sling and wants to progress AROM->RROM.  She reports having a significant increase in pain last night and had to take a pain pill early this morning as a result.  She states she is surprised how "aggressively" the MD is progressing her with regards to PT.
Time in: 11:25 Time out: 12:10
  **Right::** Shoulder;
**Pain:**
   * Pain - Increase
   5/10

**Patient / Family Education:**
Reviewed HEP / Progressed to HEP
Added serratus punches, S/L ER, prone rows/ext

   * **Manual treatments** 1 unit(s) 10 min(s)
               * Increase joint/soft tissue mobilization;  * Increase ROM Flexibility
   * **Therapeutic exercise** 2 unit(s) 25 min(s)
               * Increase ROM
               * Increase strength * HEP education

   ****REFER TO GYM SHEET FOR SPECIFICS****
**Patient response to treatment:**
Increased ROM
Increase Strength
Increase Fatigue:
**Assessment:**
         Pt completed program with no complaints

**Impairment Required Continued Treatment to Attain Goals**

REBECCA PIFER, DOB: 07/02/1960                                    1 of 2

**LIN001191**

* Decrease ROM;  * Pain;  * Decrease Strength;

**Additional Comments:**

    Patient tolerated all exercises well but was fatigued by the end of the session.  ROM progressing well.  Advised patient to ice more frequently and use home TENS unit as needed.

**Plan:**

Continue plan of Care

Electronically signed by:  Laura A. Wendt, PTA  07/20/2011

*This document was generated electronically through NextGen EMR system.*

REBECCA PIFER, DOB: ███1960                                    2 of 2

LIN001192

**Initial Payment Set up Worksheet**

**Claimant's Name**   REBECCA PIFER   **DOB** ___■60

**Customer**   BLUE CROSS & BLUE SHIELD OF NC

**LTD Claim #**   4087659

**Associated Claims**   2979723  Type   STD   _____ Type _____

**Benefit End date of associated claims**   7/29/2011   _____

**Contractual EP**   > end of STD or 180 days

**LTD Benefit begin date**   7/30/2011   **DOD**   01/31/11

**Max Benefit date**   7/1/2027   to age 67

**BME Amount**   $4,930.17

**Sources used**
**to verify BME amount**   Screenshot doc list - $55034.51 base + screenshot of bonus %
7.5% of $55034.51 = $4127.59 bonus. $55034.51 + $4127.59 bonus = $59162.10 annual / 12 = $4930.17

**Benefit percentage**   60.00%   **Gross modal benefit**   $2,958.10

**Payee Info if other than EE**   _____

**Benefit Begin date**   7/30/2011

**Approved thru date**   7/29/2013   24 month own occ

**Offsets entered**   **Type**   **Amount**

n/a   _____

_____   _____

_____   _____

**Deductions entered**   **Type**   **Amount**   **Type**   **Amount**

n/a   _____   _____   _____

_____   _____   _____   _____

_____   _____   _____   _____

_____   _____   _____   _____

_____   _____   _____   _____

**Tax Withholding**   **Federal**   _____   **State**   _____

**Completed by**   Tim Prescott   **Approved by** _____

**LIN001193**

# Payment Specialist Referral
## Initial Payment Calculation



## Claimant Information

| | | | |
|---|---|---|---|
| Claim #: | 4087659 | Claimant Name: | REBECCA L PIFER |
| Product: | LTD | | |
| Funding: | CON | | |
| Date Sent: | 7/7/2011 | | |

Document Locations:
- ☑ Document List
- ☐ Correspondence
- ☐ Paper File

## Customer Information

Div-Serial: 05 - 286395    Customer Name: BLUE CROSS & BLUE SHIELD OF NC

## Referring Case Manager

Case Mgr: Rose Megan Raines    Office: 0587

## Referral Details

Comments: Initial payment calc needed. Dcm verified schedule and earnigs with ee. Er info via elig bility.

**LIN001194**

```
              Name: Pifer, Rebecca L.
      Salary Class: Hourly
     Pay Frequency: Biweekly
          Pay Rate:         26.4589              USD
          Prorated:      55034.5100                    Total:
55034.5100
 Schedule,Grade,Step:                  0
      Annual Hours: 2080     FTE: 1.000000     Total FTE:     1.000000
             Shift: Shift 1
Exempt from Overtime: Yes
          Pay Plan: BIWX
            Tipped: Not a Tipped Employee
  Automatic Deposit: Yes
   Auto Time Record: Yes
 Expense Account:    1 - 531            -   7098 -    0
          Activity:
```

**LIN001195**

```
Description: Dental Analyst
  Effective: 01/03/2010

       Status: Active
 Annual Hours: 2080
   Job Class: 206        Business Support Professional
    Currency:

    Schedule: A09
       Grade: D

 Market Date:
Market Salary:        0.0000
Evaluation Date:
      Points:     7.50
```

Records
1 - 9

**LIN001196**

**n0180992**

| | |
|---|---|
| **From:** | Cherie Stafford |
| **Sent:** | Wednesday, July 06, 2011 2:38:55 PM |
| **To:** | Raines, Rose |
| **Cc:** | Sandra Mears;   BeeBee Thomas |
| **Subject:** | RE: Rebecca Pifer 2175 Salary Verification |
| **Attachments:** | Pifer.LTD.docx; Pifer.LTD2.docx |

Rose,

Please see attached for Rebecca Pifer's Salary and Points for Bonus/Incentive.

Also, she has paid her LTD premiums.

Thanks,

Cherie

Cherie Stafford, RN, BSN  |  Occupational Case Manager, Employee Health Services

919.765.1727 | f. 919.765.1705 | cherie.stafford@bcbsnc.com

**From:** BeeBee Thomas
**Sent:** Wednesday, July 06, 2011 11:59 AM
**To:** Raines, Rose; Cherie Stafford
**Cc:** Sandra Mears
**Subject:** RE: Rebecca Pifer 2175 Salary Verification

Cherie,

See below:

**LIN001197**

**From:** Raines, Rose [mailto:Rose.Raines@LibertyMutual.com]
**Sent:** Wednesday, July 06, 2011 11:08 AM
**To:** BeeBee Thomas
**Cc:** Sandra Mears
**Subject:** Rebecca Pifer 2175 Salary Verification

Good morning,

I have received a LTD claim for Rebecca Pifer 4087659.   Please provide her correct salary and mode.

Thanks and have a great day!

Rose Raines
Disability Claims Case Manager
Liberty Life Assurance Company of Boston
Charlotte Disability Claims Office
(1-800-291-0112 ext 14257 sdn 873-14257
Fax: 1-603-334-0380
**Mailto:Rose.Raines@LibertyMutual.com**

Blue Cross and Blue Shield of North Carolina

Confidentiality Notice: This message is intended only for the use of the individual or entity to which it is addressed. This communication may contain individual protected health information ("PHI") that is subject to protection under state and federal laws, or other privileged, confidential or proprietary information of Blue Cross and Blue Shield of North Carolina that may not be further disclosed. If you are not the intended recipient, or the employee or agent responsible for delivering this communication to the intended recipient, you are hereby notified that any dissemination, distr bution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to this message and deleting it from your computer. Thank you.

**LIN001198**



**Liberty Mutual.**

Group Market Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

## RESPONSE COVERSHEET

In order to facilitate accurate and timely processing of this claim, please include this cover sheet along with your response to this request.

**PLEASE USE BLACK INK WHEN COMPLETING FORMS.**

Document Type: Medical

Claim Number:  2979723

Employee/Claimant Name: REBECCA PIFER

Provider's Name: Triangle Orthopedic Rehabilitation

**LIN001199**

Case 1:22-cv-00186-WO-JLW    Document 22    Filed 10/24/22    Page 436 of 538



**TRIANGLE ORTHOPAEDIC ASSOCIATES, P.A.**
**PT INITIAL EVALUATION NOTE**

PATIENT: REBECCA PIFER                    DOB: ████ 1960
9 SEAWELL CT                              TEL: (919)596-4264
DURHAM, NC 27703                          SS #
                                          CHART #:

---

**Therapist:** Kelly McLaughlin, PT        **Date of Referral:** 06/21/2011
**Visit Date:** 07/05/2011                 **Referring Physician:**
**Location:** WPP PT/RM/OT                 **Date of Injury:**
                                           **Date of Surgery:** 05/27/2011

---

Initial evaluation for
Diagnosis(es):  Calcif Tendinitis Shlder  726.11
                Joint Pain-shlder  719.41
                Jt Stiffness Nec-shlder  719.51

**HISTORY**
Patient is 51 year old female - lefthand dominant
**Medications**

|                   | Dose       |
|-------------------|------------|
| Percocet          | 5mg-325mg  |
| Phenergan         | 25mg       |
| Gabapentin        | 600mg      |
| Promethazine Hcl  | 12.5mg     |
| Celebrex          | 200mg      |
| Trazodone Hcl     | 50mg       |
| Tramadol Hcl      | 50mg       |

**Past Medical Hx**
osteopenia

Anxiety
Depression
**Surgical Hx**
    Previous Non-orthopaedic surgeries include:
                                ProcedureSide

        umbilical hernia repair
        appendectomy

**Social History**

| Employment Date | Occupation | Emp Status | Restrictions | Retire. |
|-----------------|------------|------------|--------------|---------|
|                 |            | disabled   | out since Feb 1 |        |

**SUBJECTIVE**
Date of problem onset: 06/27/2011
**Chief Complaint**
Shoulder:  right
    Symptoms:
    Shoulder pain: Reports
    Tingling: Reports
    Other Symptoms: tingling in R elbow and hand, ongoing since surgery, and no change since sugery

REBECCA PIFER, DOB: ████ 1960                                1 of 4

**LIN001200**

Case 1:22-cv-00186-WO-JLW   Document 22   Filed 10/24/22   Page 437 of 538

**Mechanism of Injury**
 *Insidious onset - Pt states that she has had R shoulder pain since about Feb. States that the pain was getting worse. She attempted to have some conservative PT which was unsuccessful. Reports that she then chose to have the surgery and is here in PT post-operatively.
- status post arthroscopic partial subscapularis repair as well as biceps tenotomy

**Prior Treatment:**
- Physical Therapy  - Outpatient PT     - prev PT Feb-April

**Diagnostics**
 No post-op x-rays

**Level of Functioning**
 Prior Level (before start of treatment)
  Comments: Prior to Feb 2011 of this year pt was independant with all ADLs, functional activities, and work duites
 Today's Visit  - Initial visit
  Comments: - any limitation on the use of the R UE, pt placed in sling for all duites

**Pain**

| Body Part | At Worst /10 | At Rest /10 | Side |
|---|---|---|---|
| shoulder | 6 | 3 | right |

Patient's personal goals for therapy: 1. play tennis again
2. house chores

## OBJECTIVE
**Contraindications:**
 **Related to Surgical Procedure/Trauma/Other Intervention:**
  * General precautions status post any surgical procedure/intervention.
  **Other:** PROM/AAROM/AROM begin now, Stretching starting 07.11.11, and RROM starting 08.25.11

   * None   PROM/AAROM/AROM begin now, Stretching starting 07.11.11, and RROM starting 08.25.11

**Mental Status:**
* Alert and oriented X 4
**Gait:**
 **Gait Pattern**
  R shoulder
**Incision:**
 - healed

**ROM**
**Shoulder:**
**TODAY's ROM**

| | Right | Left |
|---|---|---|
| Active elevation | 90 degrees | |
| Active ER w/ arm at side | 30 degrees | |
| Passive elevation | 150 degrees | |
| Passive ER w/ arm at side | 45 degrees | |

**Neurological**
 **Muscle Strength- Shoulder** not tested
**Palpation**
 Areas of tenderness noted on palpation of shoulder:
  Comments:  globally over the R shoulder

REBECCA PIFER, DOB: ███ 1960

LIN001201

**Treatment:** Plan of Care / Treatment plan reviewed and agreed upon with patient and/or patient representative/guardian.
Evaluation and treatment:
Start time: 10:30 Stop time: 11:05

**Evaluation:** Patient seen for a physical therapy evaluation.
**Procedures:**
Therapeutic exercises 1 units / 10 minutes
**Exercises** - Patient was instructed in the following exercises, including review of proper techniques and precautions.
*** Patient was instructed in Home Exercise Program including proper techniques and precautions and was given written home exercise program. ***


**REFER TO GYM SHEET FOR SPECIFICS**
**ASSESSMENT:**

Working diagnosis      Calcif Tendinitis Shlder 726.11
Joint Pain-shlder 719.41
Jt Stiffness Nec-shlder 719.51

Presenting Condition(s):
- Pain which limits function
- ROM deficit
- Decreased functional activity
- Decreased strength
- Decreased tolerance to recreational activity.

Rehab Potential: - good for full recovery
**Goals**
STG 3 weeks (07.26.11)
1. Increase AROM R shoulder elevation to 170
2. Increase AROM R shoulder ER to 60
3. Increase PROM R shoulder to WNL in all directions.

LTG 8 weeks (08.30.11)
1. Patient will demonstrate putting on a shirt over their head with full ROM and no c/o of pain 3 times during session.
2. Patient will reach above head to retrieve a 2 pound object and safely place it on the counter below 6 times during session with no c/o pain.
3. Pt will report being able to sleep through the night.


**PLAN:**
2 time(s) per week  for 6 week(s)
* Will taper frequency as the patient improves and if and when it is warranted.
Recommended treatment:
Modalities
*Manual therapy
*Flexibility exercises *Pt/Family/Caregiver Education
*Home Exercise Program *Neuromuscular re-education *Posture and body mechanics instruction
*Stretching* Strengthening *Progressive therapeutic exercises
*ROM:
* **Patient instructed to call with questions / problems.**
* **Therapy assistant may be utilized during course of treatment.**
* **Will monitor pain and change / progress direction and force based on patient's response.**
**D/C Planning:**
* Will plan on D/C to independent HEP/gym program when therapy completed.
REBECCA PIFER, DOB: ████ 1960           3 of 4

**LIN001202**

\* Will plan on return to previous activity level

Electronically signed by: Kelly L. McLaughlin PT
Date: 07/07/2011

*This document was generated electronically through NextGen EMR system.*

REBECCA PIFER, DOB: ████ 1960

LIN001203



Group Market Disability Claims
Liberty Life AssuraNCe Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

July 6, 2011

Rebecca Pifer
9 Seawell Court
Durham, NC 27703

RE:     Long Term Disability Benefits
        Blue Cross & Blue Shield Of Nc
        Claim #: 4087659

Dear Ms. Pifer:

We are writing in reference to the claim you submitted for Long Term Disability Benefits under Blue Cross & Blue Shield Of Nc's Group Disability Income Policy.  Liberty Life Assurance Company of Boston (Liberty Life) received your claim on July 6, 2011.  Your claim has been assigned and will be reviewed by your dedicated Disability Case Manager, Rose Raines.  She can be reached at (800) 291-0112, ext. 14257.

In order to consider your application for disability benefits, we are requesting additional medical information.  Please contact each of your medical providers and request they provide our office with the following medical information:

- A copy of all treatment notes, including diagnostic test results from July 5, 2011 through the present date.
- If surgery was performed, a copy of the Operative Report
- Restrictions form (based on the most recent evaluation)

In addition to the above medical information, we are also requesting you complete and return the following forms:

- Authorization
- Training, Education & Experience
- Claimant Information Form
- Activities Questionnaire
- Claimant's Supplemental Statement
- Copy of Photo ID or Driver's License

This information is needed in order to make an initial determination on your claim for benefits.

Blue Cross & Blue Shield Of Nc's Long Term Disability Benefits requires that you provide proof of disability in order to receive benefits.  Proof must be provided by August 19, 2011. Without the information specified above, we will be unable to evaluate your eligibility for benefits.  Your cooperation in providing the requested information is essential to our claims

**LIN001204**

investigation.  We ask that you provide our office with this information no later than 45 days from the date of this letter.

In absence of this information, we will make a claim determination based on the information in our file, which may result in the denial of your claim.

If you should have any questions regarding your application for benefits, please do not hesitate to contact our office.

Sincerely,

Rose Raines
Disability Case Manager II
Phone No.: (800) 291-0112 Ext. 14257
Secure Fax No.: (603) 334-0380

Forms Attached:
Activities Questionnaire
Authorization
Claimant Information
Claimant Supplementary Statement
Training-Education Experience

**LIN001205**



# ACTIVITIES QUESTIONNAIRE

Group Market Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:** ___Rose Raines___

*page 1 of 3*

EMPLOYEE/CLAIMANT NAME: ___REBECCA PIFER___

CLAIM NO: ___4087659___          S.S. NO: _____

EMPLOYER/SPONSOR: ___BLUE CROSS & BLUE SHIELD OF NC___          DATE OF BIRTH: ___█1960___

## TO BE COMPLETED BY THE CLAIMANT:

Please answer the following questions and return the form to Liberty Life Assurance Company of Boston.

How long are you able to:

   sit _____          stand _____          walk _____

How many hours a day do you:

   sit _____          stand _____          walk _____

Do you take a nap during the day?

   Yes _____          No _____

   If Yes, for how long? _____          At what time of the day? _____

How many hours a day do you spend in bed?          _____

Do you require any assistive devices such as a:

   cane _____          walker _____          crutches _____          wheelchair _____          other _____

How long are you able to sit in a car?          _____

Do you hold a valid driver's license?

   Yes _____          No _____

   If No, please explan: _____

   If Yes, how long are you able to drive a car? _____

   **Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

_____

Do you have children?

   Yes _____          No _____          If Yes, what are their dates of birth _____

      Do you need help caring for your children?

      Yes _____          No _____

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

   Yes _____          No _____          If Yes, please explain _____

How many times a day do you leave the house during the week?          _____

      On the weekends?          _____

How often do you run errands? _____

Please describe what errands you most commonly run:          _____

**LIN001206**



How often do you get outdoors?  _____

Are you left or right hand dominant?          Left  _____          Right  _____

Are you able to work in your garden?          Yes  _____          No  _____

Are you able to work on your house?          Yes  _____          No  _____

Are you able to wash your car?          Yes  _____          No  _____

How much time is spent daily on your home computer?
_____ None      _____ 0-1 hours      _____ 1-2 hours      _____ 2-3 hours      _____ 3+ hours

How much time is spent weekly on your home computer?
_____ None      _____ 0-1 hours      _____ 1-2 hours      _____ 2-3 hours      _____ 3+ hours

What activities do you perform on your home computer.  Please check all that apply:
_____ Pay bills      _____ Read news/articles      _____ Use search engines      _____ Send emails
_____ Visit chat rooms      _____ Photos      Other:_____

What computer software applications do you utilize.  Please check all that apply:
_____ Word processing (Word)      _____ Spreadsheets (Excel)      _____ Database (Access)      _____ Graphics
_____ Photo software (Photoshop)      _____ Programming      Other:_____

Do you have a working home copy machine/fax machine?  _____ Yes  _____ No

If yes, please explain purpose and usage:_____

The following questions intend to identify whether or not you are able to <u>independently</u> conduct routine daily activities.  If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | _____ | _____ |
| Carrying groceries into the house | _____ | _____ |
| Cooking meals | _____ | _____ |
| Cleaning after meals | _____ | _____ |
| Cleaning bathrooms | _____ | _____ |
| Vacuuming | _____ | _____ |
| Doing the laundry | _____ | _____ |
| Opening and responding to mail | _____ | _____ |
| Managing your finances | _____ | _____ |
| Balancing your checkbook | _____ | _____ |
| Bathing yourself | _____ | _____ |
| Styling your own hair | _____ | _____ |
| Getting dressed | _____ | _____ |
| Going up and down stairs | _____ | _____ |

Have you been confined to a hospital within the last 12 months?      Yes  _____      No  _____

If Yes, please provide reason and hospital contact Information:  _____

_____

**LIN001207**



How often do you travel or take vacation? _____

Where do you go?  How do you get there (transportation method)? _____
_____

| | | |
|---|---|---|
| Are you able to pursue your hobbies? | Yes _____ | No _____ |

If Yes, please describe _____

| | | |
|---|---|---|
| Do you participate in an exercise program? | Yes _____ | No _____ |

If Yes, please describe _____

| | | |
|---|---|---|
| Do you do any Volunteer work? | Yes _____ | No _____ |

If Yes:
    how many hours per day? _____
    how many hours per week? _____
    for whom? _____

| | | |
|---|---|---|
| Are you working for wages? | Yes _____ | No _____ |

If Yes, please provide employer's name _____

**Describe in your own words, what prevents you from engaging in <u>any gainful employment</u>.**

_____
_____
_____
_____
_____

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

_____
_____
_____
_____
_____

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

_____

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

_____

**\*\*Upon completion of this form, please sign and date below and return in the envelope provided to you.  Thank you for your cooperation.**

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records.  A photo static copy of this form will be as valid as the original.  I understand that if this information changes at any time, I will contact Liberty.

Name: _____    Date: _____

Signature: _____

**LIN001208**

# AUTHORIZATION TO OBTAIN AND RELEASE INFORMATION



Group Market Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:** Rose Raines

---

EMPLOYEE/CLAIMANT NAME: REBECCA PIFER

CLAIM NO: 4087659

EMPLOYER/SPONSOR: BLUE CROSS & BLUE SHIELD OF NC        DATE OF BIRTH: ██960

---

I **authorize** any licensed physician, medical provider, hospital, medical facility, pharmacy, government agency, including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its legal representative, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services:

1.  Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health.

2.  Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3.  Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query and any benefits to which my dependents may be eligible under my record. This information may also be released to my employer for administration of my employer sponsored benefits.

I **understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

If I receive a disability benefit greater than that which I should have been paid, I understand that the Company has the right to recover such overpayment from me, including the right to reduce future disability benefits, if any.

I **understand** that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.

I **know** that I may request a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. This Authorization shall become effective on the date appearing next to my signature below. I understand that this Authorization shall be valid for two years from the date appearing below with my signature and that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies to which I submit a claim.

---

Print Name                                    Date of Birth

---

Signature                                     Date

DP 432  Rev 02/09

**LIN001209**

# CLAIMANT INFORMATION



Group Market Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:**   Rose Raines

---

**EMPLOYEE/CLAIMANT NAME:**   REBECCA PIFER

**CLAIM NO:**   4087659                         **S.S. NO:** _____

**EMPLOYER/SPONSOR:**   BLUE CROSS & BLUE SHIELD OF NC          **DATE OF BIRTH:** ▆▆▆960

---

## TO BE COMPLETED BY EMPLOYEE:

Please complete the following information. If additional space is needed, use the back or a separate sheet of paper.

## NAME OF TREATING HEALTH CARE PROVIDERS IN THE PAST TWO YEARS:

**Primary**        Name: _____   Specialty: _____

                   Address: _____

                   Telephone No:  ( ) _____        Fax No.:  ( ) _____

                                First Treatment Date: _____   Thru _____

**Specialist**     Name: _____   Specialty: _____

                   Address: _____

                   Telephone No:  ( ) _____        Fax No.:  ( ) _____

                                First Treatment Date: _____   Thru _____

**Other**          Name: _____   Specialty: _____

                   Address: _____

                   Telephone No:  ( ) _____        Fax No.:  ( ) _____

                                First Treatment Date: _____   Thru _____

## NAME OF CURRENT HEALTH INSURANCE COMPANY:

                   Insurance Carrier: _____

                   Address: _____

                   Telephone No:  ( ) _____        Fax No.:  ( ) _____

                   Contact: _____

## NAME OF PHARMACY:

**Current**        Name: _____

                   Address: _____

                   Telephone No:  ( ) _____        Fax No.:  ( ) _____

**Prior**          Name: _____

                   Address: _____

                   Telephone No:  ( ) _____        Fax No.:  ( ) _____

---

**SIGNATURE:** _____   **DATE:** _____

DP 421 Rev. 06/01

**LIN001210**

# CLAIMANT SUPPLEMENTARY STATEMENT

 **Liberty Mutual.**

Group Market Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:** Rose Raines

EMPLOYEE/CLAIMANT NAME: REBECCA PIFER

CLAIM NO: 4087659     S.S. NO:

EMPLOYER/SPONSOR: BLUE CROSS & BLUE SHIELD OF NC     DATE OF BIRTH: ▮960

| | | |
|---|---|---|
| 1. Full Name (Last, First, Middle Init.) | 2. Social Security Number | 3. Phone Number (include area code) |

| 4. Address | City | State | Zip Code |
|---|---|---|---|

| 5. Marital Status | 6. Number of Dependents | 6a. Dates of Birth of Children |
|---|---|---|

7. Have you returned to any type of employment? If yes, please describe.

8. Do you own your own business, or are you affiliated with a corporation, partnership, or sole proprietary? If yes, please explain.

9. Do you hold a tax identification number or EIN? If yes, please provide and explain purpose.

10. Do you hold a professional license? If yes, for what purpose.

11. Are you associated with an Internet affiliated business? Do you have a website? If yes, please provide address(es).

12. Are you currently involved in any pending litigation? If yes, please explain why and provide your attorney's information.

13. Are you pursuing moneys from a third party: Workers' Comp Carrier, Insurance Co., or Individual? If yes, please explain.

14. Identify other income you are receiving or for which you have applied from the point your disability began through the date you authorize this form.

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages, Salary, or Separation Pay | $ | | | |
| ☐ | ☐ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☐ | State Disability | $ | | | |
| ☐ | ☐ | Retirement (normal, early, or disability) | $ | | | |
| ☐ | ☐ | Workers' Compensation | $ | | | |
| ☐ | ☐ | Other (please describe) _____ | $ | | | |

The above statements are true and complete to the best of my knowledge and I **understand** that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be as valid as the original.

DATE: _____     EMPLOYEE SIGNATURE: _____

DP 409 04/04

**LIN001211**

# TRAINING-EDUCATION-EXPERIENCE FORM



**Liberty Mutual®**

Group Market Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**Return To:**   Rose Raines

---

**EMPLOYEE/CLAIMANT NAME:**   REBECCA PIFER

**CLAIM NO:**   4087659                                    **S.S. NO:**

**EMPLOYER/SPONSOR:**   BLUE CROSS & BLUE SHIELD OF NC          **DATE OF BIRTH:** ▮ 1960

---

## EDUCATIONAL BACKGROUND                        To Be Completed by the Employee

Highest Grade Completed:_____   If less than 12, did you receive a GED?_____

Did you attend College/Technical School? _____ yes _____ no

Degree(s)/Certificates(s) received: _____   From/To: _____

    Major Field(s) of study: _____

Did you obtain an Advanced Degree (Master's, PhD, M.D., etc) _____ yes _____ no

Degree(s)/Certificates(s) received: _____   From/To: _____

Did you serve in the Armed Forces? _____ yes _____ no   From/To: _____

Branch of Service _____   Specialty _____

## WORK EXPERIENCE

If you have a resume, please attach and use this form for additional experience. Please list chronologically (**starting with most recent**) all the jobs you have held. If necessary, please use reverse side.

1. Job Title:_____   Dates of Employment:  From: _____   To: _____
Tasks/Duties (Please be specific) _____
Company: _____   Department: _____

2. Job Title:_____   Dates of Employment:  From: _____   To: _____
Tasks/Duties (Please be specific) _____
Company:_____   Department: _____

3. Job Title:_____   Dates of Employment:  From: _____   To: _____
Tasks/Duties (Please be specific) _____
Company: _____   Department: _____

## VOLUNTEER WORK/HOBBIES: _____

_____

## COMPUTER UTILIZATION

Computer Training/Courses, Certification: _____

**Home Computer Experience** _____ yes _____ no   **Work Computer Experience:** _____ yes _____ no

**Experience with Applications**: _____ internet _____ email _____ word processing _____ spreadsheets

_____ photo software _____ systems testing _____ keyboarding/typing _____ words per minute

_____ graphics _____ database _____ programming _____ project management

_____ hardware installation/repair _____ software installation/repair   Other:_____

---

COMPLETED BY: _____                    TITLE:_____

SIGNATURE: _____                    PHONE NO.: ( ___ ) _____

**LIN001212**

 **Liberty Mutual**

Group Market Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-0483

## RESPONSE COVERSHEET

In order to facilitate accurate and timely processing of this claim, please include this cover sheet along with your response to this request.

PLEASE USE BLACK INK WHEN COMPLETING FORMS.

Document Type: Medical

Claim Number:  2979723

Employee/Claimant Name:  REBECCA PIFER

Provider's Name: Dr. William Mallon

LIN001213



# TRIANGLE ORTHOPAEDIC ASSOCIATES, P.A.

WPP Ortho
120 William Penn Plaza
Durham, NC 27704
Phone: 9192205255   Fax: 9193135201

---

| | |
|---|---|
| **PATIENT:** | **REBECCA PIFER** |
| **DATE OF BIRTH:** | ▮▮▮1960 |
| **DATE:** | 06/21/2011 10:15 AM |
| **VISIT TYPE:** | Ortho Office Visit |
| **PROVIDER:** | Megan  Howerter PA-C |
| **REFERRING PROVIDER:** | Linda Belhorn MD |
| **DATE OF SURGERY:** | 05/27/2011 |

---

PATIENT NAME: Rebecca Pifer

DATE OF BIRTH: 07/02/60

DATE OF SERVICE: 06/21/11

REFERRING PHYSICIAN: Linda Belhorn MD

CHIEF COMPLAINT: Recheck

HISTORY:  She presents today for her one month post op appointment. She is one month status post arthroscopic partial sub
repair as well as biceps tenotomy. She states she is doing well. She is really having minimal discomfort at this point. She is res
started in physical therapy.

EXAMINATION:   She is alert, oriented and in no acute distress. Her incisions are very well healed without evidence of infectio
edema, erythema or ecchymosis noted. She has active elevation to 90 degrees. Distal neurovascular is intact.

IMPRESSION:  One month status post partial subscapularis repair with biceps tenotomy of the right shoulder.

DISPOSITION:  I discussed findings on physical with the patient. At this point I recommend getting her started in physical ther
did discuss she should not be lifting anything heavier than 5 pounds for another two months. She voices understanding of this.
follow up in one month with Dr. Mallon for recheck. All questions were answered.

Dictated by Megan Howerter, PA-C

JF 06/23/11

**Chief Complaint/Reason for visit:**
This 50 year old female presents with right shoulder post op follow up.

**History of Present Illness**
1. right shoulder post op follow up

**Physical Exam**

LIN001214

**Past Medical History**

| Disease | Year |
|---|---|
| osteopenia | |
| Anxiety | |
| Depression | |

**Past Surgical History**

| Procedure/Surgery | Side | Year |
|---|---|---|
| umbilical hernia repair | | |
| appendectomy | | |

**Medication History**

| Drug Name | Dose | Description |
|---|---|---|
| Percocet | 5mg-325mg | take 1 - 2 by Oral route  every 4 - 6 hours PRN Pain |
| Phenergan | 25mg | take 1 tablet (25MG)  by ORAL route  every 6 hours as needed |
| Gabapentin | 600mg | take 1 tablet (600MG)  by ORAL route 3 times every day |
| Promethazine Hcl | 12.5mg | take 1 tablet (12.5MG)  by ORAL route 4 times every day before |
| meals and at bedtime | | |
| Celebrex | 200mg | take 1 capsule (200MG)  by ORAL route 2 times every day as needed |
| Trazodone Hcl | 50mg | take 1 tablet (50MG)  by ORAL route  every day at night |
| Tramadol Hcl | 50mg | take 1 tablet (50MG)  by ORAL route  every 6 hours as needed |

**Allergies**

| Allergy | Brand Name |
|---|---|
| Adhesive | |

**Family History**

| Yes / No | Disease Detail | Family Member | Name | Age |
|---|---|---|---|---|
| Yes | Arthritis | Family h/o | | |
| Yes | Cancer | Family h/o | | |
| Yes | Heart disease | Family h/o | | |
| Yes | Hypertension | Family h/o | | |

**Social History**
The patient is left-handed.
**Tobacco:**
Patient is a tobacco user.
**Alcohol:**
There is a history of alcohol use.
**Review of Systems**
**Constitutional:**
Negative for fatigue, fever and night sweats.

**HEENT:**
Negative for vision loss.

**Respiratory:**
Negative for cough and dyspnea.

**Cardiovascular:**
Negative for chest pain, cyanosis and irregular heartbeat/palpitations.

**Gastrointestinal:**
Negative for constipation, diarrhea and vomiting.

**Genitourinary:**
Negative for dysuria and hematuria.

LIN001215

**Metabolic/Endocrine:**
Negative for cold intolerance and heat intolerance.

**Neuro/Psychiatric:**
Negative for anxiety and depression.
Negative for difficulty walking, dizziness and headache.

**Dermatologic:**
Negative for rash.

**Musculoskeletal:**
Negative for except as noted in hpi and chief complaint.

**Hematology:**
Negative for bleeding and bruising.

**Immunology:**
Negative for environmental allergies and food allergies.

**Vital Signs**
**Height**

| Time | Ft | In | Cm | Last Measured | Method | % |
|------|-----|------|-----|---------------|--------|---|
| 2:49 PM | 5.0 | 6.00 | | | | |

**Weight / BSA / BMI**

| Time | Lb | Oz | Kg | Context | % | BMI | BSA |
|------|-----|-----|-----|---------|---|-----|-----|
| 2:49 PM | 130.00 | | | | | | |

Electronically signed by:  Megan  Howerter PA-C  06/23/2011

**LIN001216**



## TRIANGLE ORTHOPAEDIC ASSOCIATES, P.A.

TRIANGLE ORTHOPAEDICS, P.A.
120 WILLIAM PENN PLAZA
DURHAM, NC 27704

DATE: _6-1-11_

TO: _Liberty Mutual_
FAX NUMBER: _1-603-334-0380_

FROM: Danniele Terry  (Disability)
PHONE NUMBER: 919-281-1834
FAX NUMBER: 919-313-5201                     _10 pages_

COMMENTS: _Re: Rebecca Pifer_

If you did not receive all the pages or they are not legible, please call the above number.

The information contained in this facsimile is privileged and confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby, notified that any discrimination, distribution, or copying of this communication is wrongful and may subject you to civil liability. If you have received this information in error, please notify us immediately by telephone and return the original message to us at the address above.

**LIN001217**

# RETURN FAX COVERSHEET

## Please use this page as coversheet when responding to request



DATE:        May 31, 2011

TO:          Dr. William Mallon
ATTN:

SECURE FAX#: (919) 544-7276

RETURN TO:   Brendon Carey
SECURE FAX#: (603) 334-0380
CLAIM #:     2979723

RE:          RE: Short Term Disability Benefits
             Patient Name: Rebecca Pifer
             Date of Birth: July 02, 1960
             Claim Number: 2979723

Liberty Mutual.

Group Market Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

5-31-note

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR
ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT
IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER
APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED
RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING
THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED
THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS
COMMUNICATION IS STRICTLY PROHIBITED. IF YOU MAY HAVE RECEIVED
THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY
TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE
ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.
<nocover>

**LIN001218**



Group Market Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

May 31, 2011

Dr. William Mallon
249 E. Hwy 54
Durham, NC 27713

RE:     Short Term Disability Benefits
        Patient Name: Rebecca Pifer
        Date of Birth: ████ 1960
        Claim Number: 2979723

Dear Dr. Mallon:

To evaluate Rebecca Pifer's eligibility for disability benefits, we need updated medical information for May 27, 2011 through the present, to include her May 31, 2011 office visit.

    X       **Operative Reports**
    X       **Office Notes**
    X       **Date of next office visit:** _6-- 21- 11_

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of employees or their family members. In order to comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

`Genetic information,' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

Please submit the information by return **fax** to my attention by **June 7, 2011.**

Sincerely,

Brendon Carey
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 14262
Secure Fax No.: (603) 334-0380

**LIN001219**



Group Market Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

## RESPONSE COVERSHEET

In order to facilitate accurate and timely processing of this claim, please include this cover sheet along with your response to this request.

PLEASE USE BLACK INK WHEN COMPLETING FORMS.

Document Type: Medical

Claim Number:   2979723

Employee/Claimant Name:  REBECCA PIFER

Provider's Name: Dr. William Mallon

LIN001220

# TRIANGLE ORTHOPAEDIC ASSOCIATES, P.A.

WPP Ortho
120 William Penn Plaza
Durham, NC 27704
Phone: 9192205255  Fax: 9193135201

PATIENT:                REBECCA PIFER
DATE OF BIRTH:          ███ 1960
DATE:                   05/31/2011 8:50 AM
VISIT TYPE:             Ortho Office Visit
PROVIDER:               William J. Mallon MD
REFERRING PROVIDER:     Linda Belhorn MD
DATE OF SURGERY:        05/27/2011

PATIENT NAME: Rebecca Pifer

DATE OF BIRTH: 7/2/1960

DATE OF VISIT: 5/31/2011

HISTORY: Ms. Pifer is status post arthroscopic partial subscapularis tear and repair as well as biceps tenotomy to the right shoulder

EXAMINATION: On examination, wounds look good, no evidence of infection.

DISPOSITION: Stitches were removed today. She will stay immobilized for three weeks. We will recheck her then and get her goin to some therapy. I reviewed the findings of surgery with her. Questions were solicited. She will return in three weeks time.

cc: Linda Belhorn, MD

Dictated by William Mallon, MD/app

APP/5/31/2011

### Chief Complaint/Reason for visit:
This 50 year old female presents with right shoulder post op follow up.

### History of Present Illness
1. right shoulder post op follow up

### Past Medical History
| Disease | Year |
|---|---|
| osteopenia | |
| Anxiety | |
| Depression | |

### Past Surgical History
| Procedure/Surgery | Side | Year |
|---|---|---|
| umbilical hernia repair | | |
| appendectomy | | |

### Medication History
| Drug Name | Dose | Description |
|---|---|---|
| Percocet | 5mg-325mg | take 1 - 2 by Oral route every 4 - 6 hours PRN Pain |

LIN001221

| | | |
|---|---|---|
| Phenergan | 25mg | take 1 tablet (25MG)  by ORAL route  every 6 hours as needed |
| Gabapentin | 600mg | take 1 tablet (600MG)  by ORAL route 3 times every day |
| Promethazine Hcl | 12.5mg | take 1 tablet (12.5MG)  by ORAL route 4 times every day before |
| meals and at bedtime | | |
| Celebrex | 200mg | take 1 capsule (200MG)  by ORAL route 2 times every day as needed |
| Trazodone Hcl | 50mg | take 1 tablet (50MG)  by ORAL route  every day at night |
| Tramadol Hcl | 50mg | take 1 tablet (50MG)  by ORAL route  every 6 hours as needed |

**Allergies**

| Allergy | Brand Name |
|---|---|
| Adhesive | |

## Family History

| Yes / No | Disease Detail | Family Member | Name | Age |
|---|---|---|---|---|
| Yes | Arthritis | Family h/o | | |
| Yes | Cancer | Family h/o | | |
| Yes | Heart disease | Family h/o | | |
| Yes | Hypertension | Family h/o | | |

**Social History**
The patient is left-handed.
**Tobacco:**
Patient is a tobacco user.
**Alcohol:**
There is a history of alcohol use.
**Review of Systems**
**Constitutional:**
Negative for fatigue, fever and night sweats.

**HEENT:**
Negative for vision loss.

**Respiratory:**
Negative for cough and dyspnea.

**Cardiovascular:**
Negative for chest pain, cyanosis and irregular heartbeat/palpitations.

**Gastrointestinal:**
Negative for constipation, diarrhea and vomiting.

**Genitourinary:**
Negative for dysuria and hematuria.

**Metabolic/Endocrine:**
Negative for cold intolerance and heat intolerance.

**Neuro/Psychiatric:**
Negative for anxiety and depression.
Negative for difficulty walking, dizziness and headache.

**Dermatologic:**
Negative for rash.

**Musculoskeletal:**
Negative for except as noted in hpi and chief complaint.

**Hematology:**
Negative for bleeding and bruising.

**Immunology:**
Negative for environmental allergies and food allergies.

LIN001222

**Vital Signs**

**Height**

| Time | Ft | In | Cm | Last Measured | Method | % |
|------|-----|------|-----|----------------|---------|----|
| 2:49 PM | 5.0 | 6.00 | | | | |

**Weight / BSA / BMI**

| Time | Lb | Oz | Kg | Context | % | BMI | BSA |
|------|--------|-----|-----|---------|-----|-----|-----|
| 2:49 PM | 130.00 | | | | | | |

Electronically signed by:   William J. Mallon MD  05/31/2011

LIN001223

PIFER, Rebecca                                    Surgery Date: 27 May 2011

# North Carolina Specialty Hospital
## OPERATIVE REPORT

**Hospital Medical Record #:** 69795
**Social Security #:** ###-##-####
**Date of Birth:** ▮1960

**Insurance Verification Data:** BCBS-NC: North Carolina (no pre-certification required)
**Hospital Stay:** Outpatient

**Pre-Operative Diagnosis:**   Rotator cuff rupture, right shoulder [727.61]
**Post-Operative Diagnosis:**  Rotator cuff rupture (subscapularis), right shoulder [727.61]; Bicipital tenosynovitis [726.12]
**Operation:**
1) Arthroscopy, right shoulder, surgical; with rotator cuff repair [29827]
2) Arthroscopy, shoulder, surgical; decompression of sub-acromial space, with partial acromioplasty, with coraco-acromial ligament release, right shoulder [29826]
3) Arthroscopic resection or transplantation of long tendon of biceps, right [29999]

**Surgeon(s):**          William J. Mallon, M.D.
**Assistant(s):**        none
**Anaesthesia:**         interscalene block
**Finding(s):**          Refer to body of operative note.
**Estimated Blood Loss:**  trace
**Drains:**              none
**Total Tourniquet Time:**  none
**Complications:**       None

**Note re -29999 Unlisted Code:** The 29999 code for unlisted arthroscopy, used here for arthroscopic biceps tenotomy, is precisely similar to 23440 – *Resection or transplantation of long tendon of biceps* – in terms of time, effort, and complexity, and should be compared to it for billing purposes.

---

Name: PIFER, REBECCA                    DOB:▮1960                                    Date:

**LIN001224**

**OPERATIVE NOTE:**        Prior to surgery, a frank and thorough discussion was held, reviewing the treatment options for this condition and the risks and benefits of this surgery. After obtaining an informed request for surgery from the patient, she was taken to the operating room where she underwent interscalene block anaesthetic induction. Patient identification, surgical site, and the surgical procedure were carefully confirmed prior to beginning the operation. She was then placed into a beachchair position on the shoulder table. The right upper extremity, shoulder, neck, and axilla was sterilely prepped and draped in the usual manner. Antibiotics: Ancef 2 gm.

After sterile prepping and draping, the arthroscope was placed into the gleno-humeral joint through a standard posterior portal. The gleno-humeral joint was examined in a systematic manner, looking at the undersurface of the rotator cuff, the biceps tendon, the glenoid labrum, the glenoid fossa, and the humeral head. A partial rotator cuff tear of the subscapularis measuring 0.5 x 0.5 cm. in size was noted just anterior to the exit of the biceps tendon. An anterior portal was created for introduction of instruments. The edge of the tear was débrided and a trough in the bone underlying the subscapularis, on the lesser tuberosity, was made using a motorized bur.

Also noted was a partial tear of the biceps tendon, which was confirmed with a probe. Using arthroscopic scissors, basket scissors, and a motorized shaver, an arthroscopic tenotomy of the biceps tendon and removal of the intra-articular portion of the biceps tendon was then performed. The biceps anchor at the superior labrum was débrided with a motorized shaver down to a stable rim.

The subscapularis tear was then repaired and imbricated down to the trough in bone. The repair was performed using one suture anchor (double-suture armed) placed into the trough that had been created in the greater tuberosity. Suture shuttle techniques were used to pass two sutures from the suture anchor through the edges of the rotator cuff, and arthroscopic knot-tying techniques were used to complete the repair, which was performed in a single-row manner. Excellent apposition of tear to the trough in bone was achieved.

The arthroscope was then re-directed into the sub-acromial bursa. An antero-lateral portal was made for introduction of instruments. Using a motorized shaver, motorized bur, and an arthroscopic electrocautery, an antero-inferior acromioplasty, sub-acromial bursectomy, and release of the coraco-acromial ligament was performed in the usual manner.

The arthroscopy portals were closed with interrupted 4-0 Prolene. Drains placed: none. Local

Name: PIFER, REBECCA                              DOB: ██ 1960                              Date:

**LIN001225**

William J. Mallon, M.D.
National Provider Identification # 1366437048
NC License # 39019
DEA # BM2277918
UPIN # E48542

Created and digitally signed by WJM using The OpNotarizer©; 27 May 2011; 08:09:56

April 30, 2011


The Liberty Life Assurance Company of Boston

Attn: Brendon Carey

Group Market Disability Claims

P.O. Box 7207

London, Kentucky 40742-7207

Fax Number: (603) 334-0380

RE: Denied Disability Claim #2979723


Dear Mr. Carey:

This letter is being addressed to you today to request an appeal of my denied disability claim. It was very disparaging to receive your denial letter dated Friday, April 1, 2011 ahead of my planned appointment with my orthopedic surgeon on Monday, April 4, 2011 to review the results of my MRI performed on March 24, 2011 which would determine the need for surgery. All of the events since my need for FMLA and these subsequent denials have been very stressful for me; stress that was indeed unnecessary and to an extreme.

I would like this opportunity to outline my over-all health and the events that lead up to my physical need to take FMLA and disability from my job position of professional dental analyst. I have been employed with Blue Cross Blue Shield of North Carolina since February 4, 1987. Since that time I have held the positions of Professional Dental Analyst, Dental Claims Supervisor and Dental Program Manager. At times, I have worked two or three of these job roles simultaneously. I have received many awards for my dedication to the company and the four million members whom we serve and was awarded the Champion of Excellence Award in the year 2000 for exemplary dedication. This award was in response to my service that exceeded managerial expectations. Given these facts, it is apparent that I have loved my work at BCBSNC and have taken that dedication to heart. In no way would I ever not work if at all possible.

Over the course of the year 2010, I noticed an increase lack of over-all usage in my right arm. In November of that same year, this became increasingly concerning to me, not only in my computer-based work position, but also in everyday personal usage and life routines. During that year, our department production standards were increased due to high claims volumes to a required level of 140% for staff who worked from home. I found this to be very physically demanding and was equivalent to that of a 6.62 workday schedule of someone who worked in the office setting. I was able to meet

LIN001227

these requirements up until the week of December 20, 2010 when I initially saw Dr. Paul Wright on December 21, 2010 for evaluation of my right knee and right shoulder.

As restated in your denial letter, I submitted a claim for joint pain of the shoulder and lower leg. More specifically, this was for my right knee. The claim was reviewed based on the following documentation: PT notes from Stewart Physical Therapy from January 20, 2011 through March 18, 2011, office treatment notes from December 21, 2010 through March 14, 2011 from Dr. Wright and an office treatment note from Dr. Linda Belhorn. In my initial FMLA form, Dr. Wright indicated that my conditions commenced on December 1, 2010. This was around the time that the condition in my right shoulder and arm considerably worsened. He also indicated that I was to start physical therapy for the duration of six (6) weeks and be seen to follow-up after that length of time. He again also stated that I was unable to perform the job function of using a computer terminal; something that I had been doing for 140% of the time during my job alone. Dr. Wright noted that he could not tell the probable duration of the condition and estimated the period of incapacity to be from 01/31/11 – 03/14/11 when he was to re-evaluate my progress with the physical therapy regimen. On February 16, 2011, he wrote he would need to consider surgery if no improvement over that timeframe. Also stated on that date was the fact that I would be incapacitated for a single continuous period of time due to my medical condition, including any time for treatment and recovery. On January 28, 2011, I acknowledged to the fact on both my FMLA Request form and Disability Benefit Request form that I was unable to perform the essential functions of my job because I have severe pain with limited to no function of my right arm due to extreme repetitive motion and further complications arising from my hereditary genetic disease Ehlers-Danlos Syndrome. This acknowledgement was stated in good faith to the best of my professional oath of integrity.

My family was diagnosed in the 1970's of having the inherited Ehlers- Danlos disease by a board certified specialist at Duke University Center. I thank you and the review nurse for your research of EDS but know that I have lived day end and day out with this condition and it's often-times limiting clinical indications. I do indeed have extremely loose joints, hyper-elastic skin that bruises and tears easily and the blood vessels are easily damaged with a tendency for aneurisms. I have never been told that my condition can lead to early arthritis but EDS can mimic arthritis in many ways. Not stated in your letter is the fact that it also causes early aging and poor, slow wound healing and residual poor scarring. I had an umbilical hernia repair as an infant and have significant scarring form childhood bumps and post-operatively from an appendectomy in 1981. Additionally, I have significant varicose veins in both legs. Also pertinent indications include chronic joint and limb pain with early on-set that is both chronic and may be debilitating. Generalized joint hyper-mobility usually manifests itself in both large and small joints. Recurring joint dislocations are frequent especially in the shoulder, patella, hips and the temporomandibular joints. These factors and facts will prove to be of importance as we proceed through this letter.

I feel it necessary to state at this time that I have been working on this letter for approximately 2 ½ hours and am now experiencing severe pain in my right shoulder and arm that extends into my hand as well. Given the urgency and importance of this letter, I will have to endure this pain without prescribed medication until finished. As restated in your denial letter, you mention that I lost my balance in early

LIN001228

December, 2010 that resulted in a fall. This actually occurred sometime in May, 2010 when my right ankle rolled off the edge of our driveway and I did twist my knee. Those with whom I come in contact with can attest to the fact that I was not ambulating as well as I had been. My shoulder was not injured in that fall and I did not seek medical assistance, assuming the knee sprain would resolve itself in time which was true. You are correct in the explanation of my right ACL which occurred while on vacation in Cancun, Mexico, when my knee shifted while going down a flight of stairs at the hotel. I was bed-ridden for two (2) days with extreme pain and swelling of the knee. My husband purchased a walker for me so I could move about our room and I was assisted by wheelchair upon our return home.

I was able to schedule an emergency appointment with Dr. Wright on Tuesday, December 21, 2010. He aspirated my knee joint, placed a cortisone injection, gave me post-operative instructions and scheduled me for follow-up and radiographs of the shoulder and knee. At that time, I attempted to continue working by keeping my leg elevated and using crutches to move to and from the bed to my home workstation. Just to make matters a bit worse, on Wednesday, December 22, 2010, I came down with shingles and was seen by my primary care doctor, Dr. John Kallianos, who issued the diagnosis and prescribed medication accordingly. With these emergency procedures, I was able to try and continue working as to not disrupt the production needs of my department, given the Christmas rush week. I then reported in January that using the computer keyboard and mouse repetitive motions were aggravating my shoulder. On January 20, 2011, Dr. Wright referred me to Stewart Physical Therapy for a rehabilitation Program for the right shoulder and right ACL tear that was started on January 24, 2011. The physical therapist stated to me that any progress we would make with PT would be undermined with the repetitive motions at the computer. I attempted to work through the last week of January until waking up on Friday, January 28th in severe pain.

Dr. Wright has subsequently seen me on the following dates: January 6, 2011, January 20, 2011 (as mentioned above), February 16, 2011, March 14, 2011 (when an MRI was ordered) for which your office already has records for and then again on April 4, 2011 and April 21, 2011. Dr. Wright verbally stated to me on March 14th that "the condition of your shoulder is due to repetitive motion that has just gone on too long and the physical therapy has not helped as hoped for". He then ordered an MRI of the right shoulder with contrast. A copy of the MRI report along with office notes for 04/04 and 04/21/11 are included with this letter. Per his notes, the MRI indicates "irregularity of the posterior labrum but no evidence of rotator cuff tear. There was   signal in the sub-scapularis, along with cyst in the humeral head and degenerative changes of the AC joint." During the April 4th appointment, he stated to me that my shoulder would require an open surgical procedure to recontour the joint and bones. On April 11th, I slipped getting out of the bathtub due the instable nature of my feet due to my having severe and significant bilateral bunions (that will require surgery), catching myself with both of my forearms and striking my nose on the faucet. This has further aggravated the condition in my right shoulder. During the appointment with Dr. Wright on April 21st, he checked my condition due to my fall and once again, he and I discussed at length the need for an open surgical procedure which he stated may also include the removal of the small shoulder joint.

LIN001229

I was initially seen by Dr. Linda Belhorn on March 16, 2011 on self-referral as she followed my medical care in 2000, of which, your office may be in possession of the prior case since Liberty Mutual handled that disability claim too. Given my over-all joint pain, I felt it best to be seen by her. At that time, as you note in your denial letter, I was diagnosed with generalized osteoarthritis. For notation here, this is defined as changes in the joint(s) that affects the lining, cartilage, bone and fluid of those joints. These changes lead to pain, stiffness, swelling and difficulty using the joints. OA can affect any joint but occurs most often in knees, hips, lower back and neck, small joints of the fingers and the base of the thumb and great toe, but the shoulders can also be affected. The timing and extent to which these changes occur is also influenced by heredity, trauma to the joint and aging factors all of which create limited mobility.

She ordered cervical spine and hand radiographs that were made at the same time as the MRI at Durham Diagnostic Imaging and a bone density study. While you did not indicate in your letter the findings of the films, I would assume they were included in your review. Moderate cervical osteoarthritis, consistent with my prior condition was noted, a worsened level since my last radiographs of that area. The films of my hands were normal for rheumatoid arthritis. She also stated on March 16th that "I would doubt that you would ever be able to return to your type of work given your current symptoms and family history." At that appointment, records support significant stiffness with range of motion of the shoulder and loss of motion of the cervical spine; general fatigue, swelling of the knees and weakness. She prescribed Celebrex (an anti-inflammatory) and Tramadol (a narcotic pain medication used for moderate to severe pain). The bone density study reviled that I have osteopenia and I was placed on calcium and vitamin D supplements. During the 04/13/11 appointment with her, I expressed concern over Dr. Wright's findings that an open surgical procedure was necessary and she referred me to Triangle Orthopedics, specifically Dr. William Mallon, who is "the shoulder guy".

Dr. Mallon could not see me on the first appointed time of April 18, 2011, due to an emergency surgery and I had to be rescheduled for April 28th and I was to bring a copy of my actual MRI and the written report for his review. The office notes from Dr. Mallon are included for your review. He has planned a scope procedure to recontour the joint, revise the soft tissue and remove the cystic lesions on a tentative date of May 11, 2011, with pre-op on May 9th and a post-surgical date of May 11th. A course of post-surgical physical therapy will be required.

Aside from the general shock that my claim for continued disability was denied and "closed" on April 1, 2011 ahead of my appointment on April 4th with Dr. Wright to determine my surgical medical necessity even though your office was fully aware of the fact; the perhaps most surprising verbiage was referenced in paragraph five (5) that directs attention to the requirements of my job role as a dental analyst. I would like to refer back to my opening statements regarding the current productivity requirements of Claims Review and Payment Integrity. According to the information I have on file, I was required to review eleven (11) claims per hour for a production level of 140%. I sit and have sat behind a computer terminal for twenty-four (24) years, have been in management and trained many staff members throughout the company with the Dental Product for BCBSNC. I also was selected to demonstrate the new paperless claims review system to the former North Carolina Insurance Commissioner. Logic would lead anyone to know that an employee in a production area is not only required to use their left arm for the keyboard/mouse function of the computer, but also their right arm

LIN001230

as well. I attest with clear knowledge that the statement someone has relayed to you in this regard; that I "do not use my right arm more than occasionally" is indeed false. In fact, since the mouse is used with the right arm, I actually use my right arm significantly more. How anyone, especially my supervisor who actually is my manager, could make such a statement is beyond comprehension. I am a left-handed person which would lead others to know that personal daily usage of my arms should then logically affect my left arm more than the right.

In our review processes in Claims Review and Payment Integrity, we bring up our work via the computer and go back and forth all the time (with the right hand) to the computer mouse. Any manual or books that I do not have access to on my office desk (which does happen to be above the head) is housed on the computer. If I was to type with only my left hand, I would probably be able to make a production score of 50% of the expected work. I cannot hold a cup of coffee in my right hand, let alone Dr. Wright's note of not lifting or carrying more than five (5) pounds. He is aware of this fact. I also frequently have to refer to processing notes that are on my desk-top and indeed have to turn my head, look up and down more than occasionally and would have to walk up and down stairs. I would also have to walk great distances to reach my desk. All of this would take place after having to ready myself for work and that too requires motions that create severe pain in my right shoulder. Driving any distance also still aggravates my right ACL.

So what we indeed have here is this; a fifty (50) year old female with a congenital/hereditary disease known as Ehlers-Danlos Syndrome with generalized osteoarthritis with progressed aging, osteopenia, with severe pain of the right shoulder which requires surgery, with a recovering right ACL tear of the right knee, who also has significant degenerative disease of the cervical spine, generalized joint pain, specified neuropathies, severe bilateral bunions that also will require surgery, fatigue, swelling of the joints, muscle weakness, who has trouble sitting, standing, getting in and out of a chair and difficulty walking. Who among us would think such a person would still be able to perform the substantial duties of the BCBSNC Professional Dental Analyst role or any other computer-based job? Furthermore, I could not return to my prior job as a board certified chair-side dental assistant for which I attended and graduated from the University of North Carolina Chapel Hill Dental School due to the fact that both arms are required.

As you have stated "Total Disability" means the covered person is unable to perform all of the material and substantial duties of his or her job because of an injury or sickness, accidental injury, or both and they are not working for wage or profit or attending school. I sincerely know that in my physical condition in reference to the contents and facts stated in this letter, the medical records and having been the BCBSNC Senior Dental Analyst for these past twenty-four (24) years; I am indeed NOT able to meet the requirements of my job and am disabled for still an unknown timeframe.

Please accept this formal request for an appeal of the denied claim. Per your process, I understand that I will be notified of the final decision within 45 days of the date that my request for appeal is received and that if special circumstances cause a delay in your decision, I will be notified of the final decision within 90 days after my request is received.

LIN001231

Sincerely,

Rebecca Lane Pifer, CDA, CPC

Attachments/23 pages

Cc:  Ms. Cherie Stafford, RN, BSN

Legal file

LIN001232

# Durham Orthopedic Clinic
4125 Ben Franklin Blvd., Suite 140, Durham, NC 27704 • (919) 471-9331

Paul H. Wright, M.D.



**PIFER, REBECCA**          **57-161**
**4/4/11**

**OFFICE NOTE:** 50 year old left handed lady comes for recheck of right shoulder and right knee.

Patient relates that overall she feels that the right knee has improved quite a bit. She thinks physical therapy has been helpful for the knee. However, the shoulder is not improving as much. She is now having pain that extends over into the neck area.

She relates that she saw Dr. Belhorn on 3/16/11. She had x-rays of the cervical spine and her hands, with a report of degenerative changes. She was started on Celebrex and Tramadol, which has been very helpful for her pain. She had the MRI of the right shoulder on 3/24/11.

**PHYSICAL EXAMINATION:** On physical examination today, she appears to be more comfortable than before. The right shoulder is tender over the anterior subacromial region. There is even more tenderness over the upper portion of the trapezius, more on the right than the left. There is marked tightness of the muscles. Both shoulders show about 50% posterior slip. Impingement maneuvers are quite painful on the right. Gentle isometric strength testing shows pain with internal rotation, but adequate strength. The right shoulder today has about 150 degrees forward elevation, 90 degrees lateral elevation, 60 degrees backward elevation, internal rotation to T8 and external rotation of 90 degrees. Her neck shows about 70 degrees forward bending, 60 degrees backward bending, 60 degrees rotation to the right, and 50 degrees left, 20 degrees bending right and 10 degrees left. DTRs are symmetric at the biceps and triceps. The right knee has no specific swelling or effusion today.

We reviewed the MRI report of 3/24/11. There was irregularity of the posterior labrum but no discrete evidence of rotator cuff tear. There was signal in the sub-scapularis, along with cyst in the humeral head and degenerative changes of the AC joint.

**IMPRESSION:**
1. Right shoulder impingement, with subacromial bursitis and degenerative arthritis of AC joint.
2. Cervical strain, with underlying degenerative changes.
3. ACL deficiency right knee.
4. History of Ehlers-Danlos syndrome.

**DISPOSITION:** We again discussed the overall situation and reviewed the management options. She was given another note for physical therapy recommending that they include cervical spine program and overall management for her shoulder and the knee. There are many issues going on in her life now. She indicates that she is not able to work because she cannot use a mouse with her right hand. This type motion causes the shoulder to hurt too much.

Her previous work restrictions will remain in effect until further notice. For her shoulder, she needs to avoid overhead activities, repetitive motion activities, and should not lift and carry more than 5 lbs in the right hand. If they are not able to make modifications in her workstation, she may not be able to use her right hand to work the mouse or keyboard.

**LIN001233**

# Durham Orthopedic Clinic



4125 Ben Franklin Blvd., Suite 140, Durham, NC 27704 • (919) 471-9331

Paul H. Wright, M.D.

**PIFER, REBECCA**                          **57-161**
**4/4/11**
**Page 2**

I suspect that the biggest problem with the shoulder is the impingement, which is likely also involving the sub-scapularis. She does have generalized laxity, but I suspect the labrum changes are not causing the pain. If there are problems, she will contact us promptly. Will otherwise plan on recheck in about one month.

Paul H. Wright, M.D.
PHW/mdw

Cc: Rebecca Pifer

**LIN001234**



### DURHAM DIAGNOSTIC IMAGING

*INDEPENDENCE PARK*

**PATIENT:**       Pifer, Rebecca
**DOB:**            ████960
**PATIENT PHONE:** 919-597-8606
**MRN:**           1200287153
**PHYSICIAN:**     Paul Wright, MD
**DATE:**          3/24/2011

**EXAM:  MRI RIGHT SHOULDER WITH CONTRAST**

**HISTORY:**  Right shoulder impingement.   Right shoulder pain.  Limited range of motion.

**TECHNIQUE:**  MRI imaging of the right shoulder performed using multiple pulse sequences with imaging obtained in multiple planes.   Imaging performed after intrathecal injection of contrast.   Procedure portion of exam dictated under separate cover.

**FINDINGS:**  Contrast noted in the shoulder joint consistent with pre-MRI arthrogram.   There is irregularity of the posterior glenoid labrum with labral morphology suggestive of posterior glenoid labral tear with partial healing.  Small adjacent cyst in the glenoid likely related to component of degenerative changes.   Anteriorly, there are findings suggestive of Buford's complex (normal labral variant).   Rotator cuff tendons appear intact.   Negative for rotator cuff tendon tear.   There is a small amount of signal in the subscapularis tendon which may relate to injection.   No definite subscapularis tendon tear.   Mild degenerative changes of the glenohumeral joint and the acromioclavicular joint.   Long head of biceps tendon is in its usual position along the bicipital groove.   Subchondral cyst in the humeral head, likely degenerative in nature.   Negative for fracture.   Negative for discrete mass.

**IMPRESSION:**
1.  Posterior labral tear with evidence of partial healing.
2.  Negative for rotator cuff tendon tear.
3.  Mild degenerative changes at the glenohumeral joint and acromioclavicular joint.

Study reviewed with Radiology colleague who concurs.

**Randy Cruell, MD**
RC / mc

DD:  3/24/2011
DT:  3/24/2011
Job: 12512913
This document has been electronically reviewed and signed.

*Randy A. Cruell, MD*

Independence Park
4323 Ben Franklin Blvd.
Durham, North Carolina  27704
phone (919) 471-4840 fax (919) 471-9345

Southpoint Diagnostic Imaging
5107 South Park Drive - Suite 101
Durham, North Carolina  27713
phone (919) 544-7199  fax (919) 544-2621

**LINDA R. BELHORN, M.D.**
Phone: 919-220-5306                                                    4004 Ben Franklin Blvd.
Fax:    919-220-2627                                                   Durham, NC 27704

---

PIFER, REBECCA
DOB: ████60

**APRIL 13, 2011**

**MEDICATIONS:** Celebrex 200 mg b.i.d., tramadol 50 mg q.d., trazodone 50 mg q.h.s., gabapentin 600 mg b.i.d., promethium 100 mg q.d.

**SUBJECTIVE:** The patient returns for followup of her generalized osteoarthritis and Ehlers-Danlos syndrome. She had x-rays performed at her last visit of her cervical spine and her hands. She had moderate osteoarthritis in her cervical spine but her hands were normal. Laboratory studies were unremarkable. She had an MRI of her right shoulder performed on March 24 that revealed a posterior labral tear with evidence of partial healing. There was no evidence of the rotator cuff tear. There was mild osteoarthritis of the glenohumeral and acromioclavicular joints. The patient continues to have very significant loss of range of motion in her right shoulder. She was seen by Dr. Wright, and the possibility of a cortisone injection or an open surgical procedure was discussed. The patient would like to get a second opinion. Her short-term disability was denied by her company and she is planning to appeal this. She does have a long-term policy through her company. She was started on Celebrex at her last visit and feels that this has improved her symptoms. She is tolerating it without dyspepsia. She was also started on tramadol and takes this primarily in the evening because she feels that it makes her a little bit drowsy. She also had a bone mineral density study performed on April 13, 2011. This revealed osteopenia of the hips with a T score of -1.7 on the right hip and -1.6 on the left. The density was normal in the lumbar spine with a T score of -1.0. She has come today to discuss recommendations for her osteopenia. Her review of systems is otherwise unremarkable.

**FAMILY HISTORY:** Reviewed and no change noted

**SOCIAL HISTORY:** Reviewed and no change noted

**PHYSICAL EXAM:** The patient is a well-developed, well-nourished white female in no acute distress. Blood pressure 152/87; pulse 71; weight 134 pounds. HEENT-PERRL, EOMI; oropharynx without erythema or exudate; Heart-S1 S2 RRR; Lungs-clear to auscultation; Extremities-no edema; Skin-no rash; Musculoskeletal-there was very significant loss of range of motion in the right shoulder in all planes. There was hallux valgus bilaterally. There were Heberden's of the interphalangeal joint pounds. There was 1+ tenderness of the shoulders bilaterally. There was decreased range of motion in the cervical spine in all planes. There was one to tenderness of the lumbar spine and paralumbar areas.

**IMPRESSION:**

1. Generalized osteoarthritis-The patient has radiographic evidence of osteoarthritis in her cervical spine. Her hand x-rays were read as normal but she does have evidence of Heberden's nodes in her hands. She has previously had x-rays of her knees and shoulders by Dr. Wright. The MRI of her right shoulder on March 24 revealed a posterior labral tear and mild degenerative change at the glenohumeral and acromioclavicular joints. Her right shoulder is clearly her worst area of involvement. She would like a second opinion regarding her labral tear, and will be referred to Dr. Mallon at Triangle Orthopedics. It is felt this is significantly contributing to her disability. She is planning to file an appeal for her short-term disability, which was recently denied. She also continues to recover from an ACL tear on the right in December of 2010.

2. Osteopenia of the hips-The patient has relatively mild osteopenia of her hips and it will be recommended that she begin calcium 500 mg b.i.d. and vitamin D supplementation 800-1,000 units q.d. She will have a vitamin D level checked today for further evaluation.

3. Ehlers-Danlos syndrome-The patient has had improvement in her pain with the initiation of Celebrex and tramadol.

**LIN001236**

**PLAN:**

1. 25-hydroxy vitamin D level
2. Continue Celebrex and tramadol
3. Referral to Dr. Mallon at Triangle Orthopedics for right posterior labral tear
4. Return to clinic in 3 months

**LINDA R. BELHORN, M.D.**

cc: Dr. Paul Wright 471-6524

**LIN001237**

# Bone Health/Durham Physicians, P.A.

**305 Brook Chase Lane**
**Durham, NC 27705**

Phone: 919-383-3388                                                Fax: 919-383-9140

# Bone Density Report

| | | | |
|---|---|---|---|
| Name: | PIFER, REBECCA | Sex: | Female |
| Patient ID: | | Ethnicity: | White |
| Age: | 50 | Date of Birth: | ████ 1960 |

**Indication:** 50-year-old female who is in menopause transition. She does take a female hormone (progesterone). She takes one multivitamin per day and they vitamin D supplements but she does not know the amount. She exercises three days a week. For exercise has been limited because of bunions.

Major risk factors: small frame, smoking

**Referring Physician:** BELHORN

**Study:** Bone densitometry was performed.

**Accession number:** 070260

**Bone Density:**

| Region | Exam Date | BMD (g/cm$^2$) | T-Score | Z-Score | Classification |
|---|---|---|---|---|---|
| AP Spine (L1-L4) | 04/13/2011 | 0.940 | -1.0 | -0.2 | Normal |
| Femoral Neck (Left) | 04/13/2011 | 0.696 | -1.4 | -0.6 | Osteopenic |
| Total Hip (Left) | 04/13/2011 | 0.752 | -1.6 | -1.1 | Osteopenic |
| Total Hip Bilateral Average | 04/13/2011 | 0.746 | -1.7 | -1.2 | Osteopenic |
| Femoral Neck (Right) | 04/13/2011 | 0.730 | -1.1 | -0.3 | Osteopenic |
| Total Hip (Right) | 04/13/2011 | 0.738 | -1.7 | -1.2 | Osteopenic |

*World Health Organization criteria for BMD interpretation classify patients as Normal (T-score at or above −1.0), Osteopenic (T-score between −1.0 and −2.5), or Osteoporotic (T-score at or below −2.5).*

**FRAX®**    WHO Fracture Risk Assessment Tool

**10-year Fracture Risk[1]:**

| | |
|---|---|
| Major Osteoporotic Fracture | 4.2% |
| Hip Fracture | 0.3% |

Reported Risk Factors:
US (Caucasian), Neck BMD=0.696, BMI=21.0

[1] *FRAX® Version 3.01. Fracture probability calculated for an untreated patient. Fracture probability may be lower if the patient has received treatment.*

4 - 19-11

BMD c mild osteopenic → Continue Care | Vit. D =) LMDM            **LIN001238**

# Bone Health/Durham Physicians, P.A.
## 305 Brook Chase Lane
## Durham, NC 27705

Phone: 919-383-3388                                                    Fax: 919-383-9140

# Bone Density Report

Name:     PIFER, REBECCA                    Sex:        Female
Patient ID:                                 Ethnicity:  White
Age:      50                                Date of Birth:    ████ 1960

**Interpretation:**

This patient is osteopenic. Based upon the FRAX database noted above, she is in a low risk category for fracture. As a study was ordered by Dr. Belhorn, further interpretation and treatment recommendations are deferred to her. Thank you very much for this referral.

Reported by: Robert D Stewart M.D.  on 04/13/2011 10:10:00 PM.

**LIN001239**

# Bone Health/Durham Physicians, P.A.
### 305 Brook Chase Lane
### Durham, NC 27705

Telephone: 919-383-3388                            Fax: 919-383-9140

| Name: PIFER, REBECCA | Sex: Female | Height: 66.0 in |
|---|---|---|
| Patient ID: | Ethnicity: White | Weight: 130.0 lb |
| DOB: ███ 1960 | | Age: 50 |

Referring Physician: BELHORN



Image not for diagnostic use
116 x 143

## Scan Information:

Scan Date: April 13, 2011      ID: A0413110O
Scan Type: x Lumbar Spine
Analysis: April 13, 2011 08:53 Version 13.2
          Spine
Operator:
Model: Discovery C (S/N 49278)
Comment:

## DXA Results Summary:

| Region | Area (cm²) | BMC (g) | BMD (g/cm²) | T-score | PR (%) | Z-score | AM (%) |
|---|---|---|---|---|---|---|---|
| L1 | 13.85 | 12.23 | 0.883 | -1.0 | 89 | -0.3 | 97 |
| L2 | 14.70 | 14.12 | 0.960 | -0.6 | 93 | 0.1 | 102 |
| L3 | 15.60 | 15.61 | 1.001 | -0.8 | 92 | 0.1 | 101 |
| L4 | 17.38 | 15.87 | 0.914 | -1.3 | 86 | -0.5 | 94 |
| Total | 61.52 | 57.84 | 0.940 | -1.0 | 90 | -0.2 | 98 |

Total BMD CV 1.0%
WHO Classification: Normal
Fracture Risk: Not Increased

### Total

Comment:

T-score vs. White Female; Z-score vs. White Female. Source:BMDCS/Hologic

**HOLOGIC®**

LIN001240

# Bone Health/Durham Physicians, P.A.
### 305 Brook Chase Lane
### Durham, NC 27705

Telephone: 919-383-3388                                    Fax: 919-383-9140

| Name: PIFER, REBECCA | Sex: Female | Height: 66.0 in |
|---|---|---|
| Patient ID: | Ethnicity: White | Weight: 130.0 lb |
| DOB: ▓▓▓▓1960 | | Age: 50 |

Referring Physician: BELHORN



Image not for diagnostic use
94 x 103
NECK: 49 x 15

## Scan Information:

Scan Date: April 13, 2011          ID: A0413110N
Scan Type: x Left Hip
Analysis:   April 13, 2011 08:52 Version 13.2
                  Hip
Operator:
Model:      Discovery C (S/N 49278)
Comment:

## DXA Results Summary:

| Region | Area (cm²) | BMC (g) | BMD (g/cm²) | T-score | PR (%) | Z-score | AM (%) |
|---|---|---|---|---|---|---|---|
| Neck | 5.12 | 3.57 | 0.696 | -1.4 | 82 | -0.6 | 91 |
| Total | 33.54 | 25.22 | 0.752 | -1.6 | 80 | -1.1 | 85 |

Total BMD CV 1.0%
WHO Classification: Osteopenia

### Total

(graph: BMD vs Age)

T-score vs. White Female; Z-score vs. White Female. Source:BMDCS/NHANES

**FRAX®   WHO Fracture Risk Assessment Tool**

### 10-year Fracture Risk[1]

| | |
|---|---|
| **Major Osteoporotic Fracture** | 4.2% |
| **Hip Fracture** | 0.3% |

Reported Risk Factors:
US (Caucasian), Neck BMD=0.696, BMI=21.0

[1] FRAX® Version 3.01. Fracture probability calculated for an untreated patient. Fracture probability may be lower if the patient has received treatment.

## Comment:

All treatment decisions require clinical judgment and consideration of individual patient factors, including patient preferences, comorbidities, previous drug use and risk factors not captured in the FRAX model (e.g. frailty, falls, vitamin D deficiency, increased bone turnover, interval significant decline in BMD).

**HOLOGIC®**

LIN001241

# Bone Health/Durham Physicians, P.A.
## 305 Brook Chase Lane
## Durham, NC 27705

Telephone: 919-383-3388                                          Fax: 919-383-9140

| | | |
|---|---|---|
| Name: PIFER, REBECCA | Sex: Female | Height: 66.0 in |
| Patient ID: | Ethnicity: White | Weight: 130.0 lb |
| DOB: ████ 1960 | | Age: 50 |

Referring Physician: BELHORN



Image not for diagnostic use
96 x 101
NECK: 49 x 15

## Scan Information:

Scan Date: April 13, 2011          ID: A0413110M
Scan Type: x Right Hip
Analysis:    April 13, 2011 08:51 Version 13.2
             Hip
Operator:
Model:       Discovery C (S/N 49278)
Comment:

## DXA Results Summary:

| Region | Area (cm²) | BMC (g) | BMD (g/cm²) | T-score | PR (%) | Z-score | AM (%) |
|---|---|---|---|---|---|---|---|
| Neck | 5.19 | 3.79 | 0.730 | -1.1 | 86 | -0.3 | 96 |
| Total | 35.94 | 26.51 | 0.738 | -1.7 | 78 | -1.2 | 84 |

Total BMD CV 1.0%
WHO Classification: Osteopenia

### Total



FRAX®     WHO Fracture Risk Assessment Tool

## 10-year Fracture Risk[1]

| | |
|---|---|
| **Major Osteoporotic Fracture** | **4.0%** |
| **Hip Fracture** | **0.2%** |

Reported Risk Factors:
US (Caucasian), Neck BMD=0.730, BMI=21.0

[1] FRAX® Version 3.01. Fracture probability calculated for an untreated patient.
Fracture probability may be lower if the patient has received treatment.

## Comment:

All treatment decisions require clinical judgment and consideration of individual patient factors, including patient preferences, comorbidities, previous drug use and risk factors not captured in the FRAX model (e.g. frailty, falls, vitamin D deficiency, increased bone turnover, interval significant decline in BMD).

T-score vs. White Female; Z-score vs. White Female. Source:BMDCS/NHANES

## HOLOGIC®

**LIN001242**

# Durham Orthopedic Clinic

4125 Ben Franklin Blvd., Suite 140, Durham, NC 27704 • (919) 471-9331

Paul H. Wright, M.D.



**PIFER, REBECCA**                                    57-161

4/21/11

**OFFICE NOTE:** 50 year old left handed lady comes for recheck, mainly of the right shoulder. She relates that the right knee is doing reasonably well.

Patient relates that she has trouble with both feet. She accidentally slipped and fell at home on 4/11/11. She fell forward and struck her nose on the bathtub. Her hands went out forward, but she does not think she sustained any other injured.

**PHYSICAL EXAMINATION:** On physical examination today, she does indeed have area of contusion of the nose and some ecchymosis under the eyes, more on the left than the right. She does indeed have very wide forefoot, with a rather severe bunion formation and severe hallux valgus of both feet, left more than the right. She also has a bunionette of both feet, right a little more than the left. The feet are quite flexible, with quite a bit of pronation with weight bearing.

The right shoulder today has about 25 % anterior and posterior slip of the humerus. She has pain with testing. There is no sulcus sign today. Gentle isometric strength testing causes pain in all planes, but strength appears to be intact. Impingement maneuvers are too painful to complete. The biceps appears to be intact, but has pain with testing. We are able to demonstrate about 60 degrees forward elevation, 45 degrees lateral elevation, 50 degrees backward elevation, internal rotation to the sciatic notch, and external rotation of 60 degrees. DTRs are quite brisk and symmetric at the biceps and triceps. There is some tenderness extending down the extensor aspect of the right forearm and over the dorsum of the right hand. Light touch sensation is intact.

Radiographs are not obtained.

**IMPRESSION:**

1. Right shoulder impingement, with subacromial bursitis.
2. ACL deficiency right knee.
3. Severe bunion formation both feet.

**DISPOSITION:** We discussed the overall situation and reviewed the management plan. She has made some progress with her right knee. She is not making much progress with her right shoulder. I suspect that she is going to require subacromial decompression. We discussed alternative of this, including arthroscopic technique vs open technique. I recommend consideration of open technique, with excision of the distal clavicle along with acromioplasty.

She will continue with the program for the knee and the shoulder. Her work restrictions have been outlined in previous notes, and will remain for her shoulder until further notice. She will consider her options and we will plan on recheck as needed.

Paul H. Wright, M.D.

PHW/mdw

**LIN001243**



# TRIANGLE ORTHOPAEDIC ASSOCIATES, P.A.

Southpoint TOA
249 E. Hwy 54
Durham, NC 27713
Phone: 9195447270  Fax: 9195447276

---

**PATIENT:** REBECCA PIFER
**DATE OF BIRTH:** ████ 1960
**DATE:** 04/28/2011 9:15 AM
**VISIT TYPE:** Ortho Office Visit
**PROVIDER:** William J. Mallon MD
**REFERRING PROVIDER:** Linda Belhorn MD
**DATE OF SURGERY:** 05/11/2011

---

Rebecca Pifer 07-02-60

CHIEF COMPLAINT: Rebecca Pifer is a 50-year-old female with a chief complaint of right shoulder pain.

HISTORY: She is referred by Dr. Linda Belhorn at Rheumatology Associates. She has had pain in it for a year now. She works at Blue Cross/Blue Shield. She tried physical therapy. She has seen Dr. Paul Rhett in the past who recommended an open surgery and she was looking for something arthroscopic if she needed to have surgery. She has had MRI.

EXAM: On exam, this is a pleasant, thin, healthy-appearing female in no acute distress. She has full active range of motion of the right shoulder. She has a positive Hawkins and Neer impingement sign. She has positive O'Brien test. She has about 2+ sulcus and anterior and posterior translation but that does not really recreate a lot of her symptoms. She has no weakness testing abduction or external rotation.

MRI: MRI shows a partial posterior superior labral tear but no other major abnormalities.

IMPRESSION: Possible biceps tendinopathy with labral tear, right shoulder.

DISPOSITION/PLAN: I discussed this with her and went over diagnosis, prognosis and treatment options. After discussion she opted to go ahead with arthroscopic labral debridement, possible biceps tenotomy and acromioplasty. We will set that up to be done in the next few weeks. We went over the surgery and recovery as well as risks, benefits and treatment options.

Dictated by William Mallon, M.D./lm/04-29-11

cc:    Linda Belhorn, M.D.

**Chief Complaint/Reason for visit:**
This 50 year old female presents with right shoulder pain.

**History of Present Illness**
1. right shoulder pain

**Physical Exam**




**Past Medical History**

| Disease | Year |
|---------|------|
| osteopenia | |

**LIN001244**

Anxiety
Depression
## Past Surgical History
Procedure/Surgery          Side          Year
umbilical hernia repair
appendectomy
## Allergies
Allergy                    Brand Name
Adhesive

## Family History

| Yes / No | Disease Detail | Family Member | Name | Age |
|----------|----------------|---------------|------|-----|
| Yes | Arthritis | Family h/o | | |
| Yes | Cancer | Family h/o | | |
| Yes | Heart disease | Family h/o | | |
| Yes | Hypertension | Family h/o | | |

## Social History
The patient is left-handed.
**Tobacco:**
Patient is a tobacco user.
**Alcohol:**
There is a history of alcohol use.
## Review of Systems
**Constitutional:**
Positive for:
- Chills.
- Fever.

**HEENT:**
Negative for sore throat.
Negative for eye symptoms.

**Respiratory:**
Positive for:
- Cough.
- Dyspnea.

**Cardiovascular:**
Positive for:
- Leg swelling.
- Varicose veins.

Negative for chest pain and irregular heartbeat/palpitations.

**Gastrointestinal:**
Positive for:
- Diarrhea.

Negative for black tarry stools, blood in stool, constipation, nausea and vomiting.

**Genitourinary:**
Positive for:
- Dysuria.

Negative for urinary incontinence.

**Metabolic/Endocrine:**
Positive for:
- Heat intolerance.
- Weight loss.

**Neuro/Psychiatric:**
Positive for:
- Anxiety.
- Depression.

LIN001245

- Mood swings.
- Numbness.

Negative for dizziness, paresthesia and seizures.

**Dermatologic:**
Negative for rash and ulcer.

**Musculoskeletal:**
Positive for:
- Joint pain.
- Joint swelling.

Negative for except as noted in hpi and chief complaint.

**Hematology:**
Positive for:
- Bleeding.
- Easy bruising.

**Vital Signs**
**Height**

| Time | Ft | In | Cm | Last Measured | Method | % |
|------|-----|------|-----|---------------|--------|---|
| 2:49 PM | 5.0 | 6.00 | | | | |

**Weight / BSA / BMI**

| Time | Lb | Oz | Kg | Context | % | BMI | BSA |
|------|-----|-----|-----|---------|---|-----|-----|
| 2:49 PM | 130.00 | | | | | 20.98 | |

**Measured By**

| Time | |
|------|---|
| 2:49 PM | Wendy N. Duke |

**Electronically signed by:   William J. Mallon MD  04/29/2011**

LIN001246

# Stewart Physical Therapy

4125 Ben Franklin Blvd., Ste 180
Durham, NC 277042167

Phone: (919) 479-8730
Fax: (919) 479-8782



Daily Chart Note for **Rebecca Pifer**                                      04/01/11

Diagnosis:Joint pain-shlder
Joint pain-l/leg
Case: R Shoulder/R Knee
Therapist: Joi Edwards DPT
Referred by: Paul Wright, MD
Fax:(919) 471-6524

**Procedures**

| | Minutes | Measure | Note | CPT | Mod |
|---|---|---|---|---|---|
| **LE Bike** | 8 | | | 97110 | |
| **IFC (Unattended Estim)** | 15 | | MH P/I FC (R) knee. MHP (R) shoulder | 97014 | |
| **Shoulder ER (RB)** | 3 | | | 97110 | |
| **Shoulder Extn (RB)** | 3 | | | 97110 | |
| **Shoulder Row (RB)** | 3 | | | 97110 | |
| **SAQ (Cuff Weights)** | 3 | | | 97110 | |
| **Hamstring Curls (Cuff Weights)** | 3 | | | 97110 | |
| **LAQ (Cuff Weights)** | 3 | | | 97110 | |
| **SLR 4 Direction (Cuff Weights)** | 5 | | | 97110 | |
| **Supine Hamstring Stretch** | 3 | | STANDING HAMSTRING STRETCH | 97110 | |
| **Shoulder Pec Stretch** | 3 | | | 97110 | |
| **Upper Trap Stretch** | 3 | | | 97110 | |

Daily Chart Note 04/01/11                                      Rebecca Pifer
1 of 2                                                        DOB:07/02/1969

LIN001247

## Subjective

I did a lot of driving yesterday. I also had some 2inch heels on but I was okay. It seems like when my Hamstrings are tight it makes me knee hurt worse. I go see Dr. Wright on Monday. I went to a concert last night and it seemed like when I was clapping I could feel it all the way up to my shoulder and my shoulder seemed to just "give out." SHoulder pain is 9/10.

## Assessment

No new complaints. No appreciable changes with PT thus far. Added HS stretch. No pain with hamstring stretch.

## Plan

Continue c PT POC

Joi Edwards
DPT
04/01/11
09:03 am

Daily Chart Note 04/01/11
2 of 2

Rebecca Pifer
DOB:07/02/N001248

# Stewart Physical Therapy

4125 Ben Franklin Blvd., Ste 180
Durham, NC 277042167

Phone: (919) 479-8730
Fax: (919) 479-8782



---

Daily Chart Note for **Rebecca Pifer**                    04/06/11

Diagnosis:Joint pain-shlder
Joint pain-l/leg
Case: R Shoulder/R Knee
Therapist: Joi Edwards DPT
Referred by: Paul Wright, MD
Fax:(919) 471-6524

## Procedures

| | Minutes | Measure | Note | CPT | Mod |
|---|---|---|---|---|---|
| **LE Bike** | 8 | | | 97110 | |
| **Ultrasound** | 8 | | Neck, Bilateral Trap | 97035 | |
| **IFC (Unattended Estim)** | 15 | | MHP/IFC (R) knee. MHP (R) shoulder MHP Neck | 97014 | |
| **Shoulder ER (RB)** | 3 | | | 97110 | |
| **Shoulder Extn (RB)** | 3 | | | 97110 | |
| **Shoulder Row (RB)** | 3 | | | 97110 | |
| **SAQ (Cuff Weights)** | 3 | | | 97110 | |
| **Hamstring Curls (Cuff Weights)** | 3 | | | 97110 | |
| **LAQ (Cuff Weights)** | 3 | | | 97110 | |
| **SLR 4 Direction (Cuff Weights)** | 5 | | | 97110 | |
| **Supine Hamstring Stretch** | 3 | | STANDING | 97110 | |

Daily Chart Note 04/06/11
1 of 2

Rebecca Pifer
DOB:07/02/1960

LIN001249

| | | | HAMSTRING STRETCH | | |
|---|---|---|---|---|---|
| Shoulder Pec Stretch | 3 | | | 97110 | |
| Upper Trap Stretch | 3 | | | 97110 | |

## Subjective

My knee feels better than it did before it was injured.  I'm having some neck pain to maybe related to my degenerative disk disease.

## Assessment

Improved function with knee past week.  SHoulder shows no functional of impairment level changes. Neck responded well to US and MHP.  Probable muscle tension from protective posturing and guarding of right UE.

## Plan

Continue c PT POC

Joi Edwards
DPT
04/06/11
10:15 am

Rebecca Pifer
DOB:07/02/1950 IN001250

# Stewart Physical Therapy

4125 Ben Franklin Blvd., Ste 180
Durham, NC 277042167

Phone: (919) 479-8730
Fax: (919) 479-8782



---

**Daily Chart Note for Rebecca Pifer**        04/21/11

Diagnosis: Joint pain-shlder
Joint pain-l/leg
Case: R Shoulder/R Knee
Therapist: Joi Edwards DPT
Referred by: Paul Wright, MD
Fax: (919) 471-6524

## Procedures

| | Minutes | Measure | Note | CPT | Mod |
|---|---|---|---|---|---|
| LE Bike | 8 | | | 97110 | |
| Heat/IFC | 15 | | Right shoulder | 97014 | |
| Shoulder ER (RB) | 3 | | | 97110 | |
| Shoulder Extn (RB) | 3 | | | 97110 | |
| Shoulder Row (RB) | 3 | | | 97110 | |
| Hamstring Curls (Cuff Weights) | 3 | | | 97110 | |
| LAQ (Cuff Weights) | 3 | | | 97110 | |
| SLR 4 Direction (Cuff Weights) | 5 | | | 97110 | |
| Supine Hamstring Stretch | 3 | | STANDING HAMSTRING STRETCH | 97110 | |
| Upper Trap Stretch | 3 | | | 97110 | |
| Knee HS Curl Machine | 3 | | Stool Scoots 50 ft 6x | 97110 | |

## Subjective

Rebecca Pifer
DOB 07/02/1960

LIN001251

Going to go see someone about my shoulder. I had another slip and I fell in the bathtub. It has my arm hurting constantly now. The knee is good. I can come downstairs now without much difficulty. I was able to walk around the zoo without any trouble. I just took my time and was careful. Patient reports that shoulder pain is a "12+."

**Objective**

See flow sheet for treatment details.

**Assessment**

Patient has a f/u appointment with referring doctor today at 1:00 pm. In general shoulder pain has increased with last fall. Added stool scoots. Good tolerance to treatment.

**Plan**

Continue c PT POC

---

Joi Edwards
DPT
04/25/11
08:30 am

Daily Chart Note 04/21/11
2 of 2

Rebecca Pifer
DOB:07/02/1951
L2N001252

# Stewart Physical Therapy

4125 Ben Franklin Blvd., Ste 180
Durham, NC 277042167

Phone: (919) 479-8730
Fax: (919) 479-8782



### Daily Chart Note for **Rebecca Pifer**          04/27/11

Diagnosis: Joint pain-shlder
Joint pain-l/leg
Case: R Shoulder/R Knee
Therapist: Joi Edwards DPT
Referred by: Paul Wright, MD
Fax:(919) 471-6524

## Procedures

| | Minutes | Measure | Note | CPT | Mod |
|---|---|---|---|---|---|
| LE Bike | 8 | | | 97110 | |
| Heat/IFC | 15 | | Right shoulder | 97014 | |
| Shoulder ER (RB) | 3 | | | 97110 | |
| Shoulder Extn (RB) | 3 | | | 97110 | |
| Shoulder Row (RB) | 3 | | | 97110 | |
| Hamstring Curls (Cuff Weights) | 3 | | | 97110 | |
| LAQ (Cuff Weights) | 3 | | | 97110 | |
| SLR 4 Direction (Cuff Weights) | 5 | | | 97110 | |
| Supine Hamstring Stretch | 3 | | STANDING HAMSTRING STRETCH | 97110 | |
| Upper Trap Stretch | 3 | | | 97110 | |
| Knee HS Curl Machine | 3 | | Stool Scoots 50 ft 6x | 97110 | |

## Subjective

Daily Chart Note 04/27/11
1 of 2

Rebecca Pifer
DOB:07/02/1960

LIN001253

"I sat and typed a letter yesterday and after it was finished I had severe pain in my shoulder." Patient adds that during transition from sitting to standing during which she used right leg to push up, she experienced medial knee pain and "wobbling."

**Objective**

See flow sheet for treatment details

**Assessment**

Shoulder pain levels increased with minimal demands. Increased shoulder pain with rows and increased medial knee pain with stool scoots after approximately 50 feet. No appreciable changes with shoulder impairments with PT. Patient may benefit from further assessment of shoulder by MD and/or physician for future interventions. Plateau with knee impairments. Patient should continue to maintain and/or increase function in regards to knee with continued diligence in HEP following D/C.

**Plan**

D/C PT

Joi Edwards
DPT
04/27/11
09:01 am

Daily Chart Note 04/27/11
2 of 2

Rebecca Pifer
DOB·07/02/1960
LIN001254

Case 1:22-cv-00186-WO-JLW    Document 22    Filed 10/24/22    Page 491 of 538

Stewart PT - Durham
4125 Ben Franklin Blvd., Ste
180
Durham, NC 277042167



Phone: (919) 479-8730
Fax: (919) 479-8782

# Progress Note

4/26/2011

Paul Wright, MD
4125 Ben Franklin Blvd
SUITE 140
Durham, NC 27704

Dear Wright,

Rebecca Pifer has been in our clinic for a total of 11 visits. The last visit was on 04/25/2011.

Rebecca has been having progressing well with regard to right knee impairments. Her knee right knee range of motion is WFL. the right LE strength is 4/5. Gait is WFL however during times of increased activity gait becomes slightly antalgic. Her knee pain average now is 3/10. She has been able to walk out in the community for greater than an hour with minimal to no exacerbation of pain. The right shoulder continues to have severe pain at rest which is increased with movement. Patient guards right shoulder and her willingess to move the right shoulder is limited. Right shoulder strength is 3/5 with severe pain being a contributing factor. With ADL's patient utilizes the left upper extremity 80% more than the right. Her AROM is limited to approximately 80-90 degrees of elevation in abduction and flexion. ER is limited to 45 degrees before severe onset of pain. Patient has difficulty driving, writing, with ADLs, personal hygiene, donning and doffing clothing. She has reached a plateau in progress and can benefit from 2-3 more visits to update HEP in preparation for D/C.

PT Recommendation  Continue c PT POC 2-3 more visits and D/C to updated HEP.

Treatment Modalities:  Ther Ex, Stretching, Strengthening, ROM, Stretching, Stabilization, MHP, CP, Ionto (Dexamethasome), IFC/MHP, Patient Education, Self Management of Symptoms

Thank you again for the opportunity of working with your patient. If you would like any more detailed information regarding Rebecca's status, we would be happy to forward that information on request.

Sincerely,

Joi Edwards DPT

LIN001255

**n0181002**

| | |
|---|---|
| **From:** | BeeBee Thomas |
| **Sent:** | Thursday, March 31, 2011 10:58:40 AM |
| **To:** | Carey, Brendon |
| **Subject:** | Answer |

Question to Ms. Pifer's sup: "Does her job as a dental analyst normally require her to do anything outside of the restrictions?"

Answer: "No. She works on the computer all day."

Please let me know if you have any other questions.

Thanks!

BeeBee Thomas, RN, BSN | Occupational Case Manager, Employee Health Services

919.765.1827 | f 919.765.1705 | beebee.thomas@bcbsnc.com

Blue Cross and Blue Shield of North Carolina

Confidentiality Notice: This message is intended only for the use of the individual or entity to which it is addressed. This communication may contain individual protected health information ("PHI") that is subject to protection under state and federal laws, or other privileged, confidential or proprietary information of Blue Cross and Blue Shield of North Carolina that may not be further disclosed. If you are not the intended recipient, or the employee or agent responsible for delivering this communication to the intended recipient, you are hereby notified that any dissemination, distr bution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to this message and deleting it from your computer. Thank you.

**LIN001256**

# RETURN FAX COVERSHEET
## Please use this page as coversheet when responding to request

DATE:       March 23, 2011

TO:         Dr. Linda Belhorn
ATTN:

SECURE FAX#: (919) 220-2627

RETURN TO:   Brendon Carey
SECURE FAX#: (603) 334-0380
CLAIM #:      2979723

RE:        RE: Short Term Disability Benefits
          Patient Name: Rebecca Pifer
          Date of Birth: July 02, 1960
          Claim Number: 2979723



Group Market Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU MAY HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.
<nocover>

LIN001257



Group Market Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

March 23, 2011

Dr. Linda Belhorn
4004 Ben Franklin Blvd
Durham, NC 27704

RE: Short Term Disability Benefits
Patient Name: Rebecca Pifer
Date of Birth: July 02, 1960
Claim Number: 2979723

Dear Dr. Belhorn:

To evaluate Rebecca Pifer's continued eligibility for disability benefits, we need updated medical information for **March 16, 2011 through the present.**

| | |
|---|---|
| **X** | **Diagnostic Tests** |
| **X** | **Office Notes** |
| **X** | **Date of next office visit:** _____ |

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of employees or their family members. In order to comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

`Genetic information,' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

Please submit the information by return **fax to my attention by March 30, 2011.**

Sincerely,

Brendon Carey
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 14262
Secure Fax No.: (603) 334-0380

**LIN001258**



Group Market Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

## RESPONSE COVERSHEET

In order to facilitate accurate and timely processing of this claim, please include this cover sheet along with your response to this request.

**PLEASE USE BLACK INK WHEN COMPLETING FORMS.**

**Document Type:** Medical

**Claim Number:** 2979723

**Employee/Claimant Name:** REBECCA PIFER

**Provider's Name:** Dr. Linda Belhorn

LIN001259

Case 1:22-cv-00186-WO-JLW    Document 22    Filed 10/24/22    Page 496 of 538

**FRANC A. BARADA, JR., M.D.**
**ROBERT A. HARRELL, III, M.D.**
**ANNE K. TOOHEY, M.D.**
**LINDA R. BELHORN, M.D.**
**NICOLE W. KLETT, M.D.**

RHEUMATOLOGY
4004 BEN FRANKLIN BOULEVARD
DURHAM, NORTH CAROLINA 27704

DIPLOMATES
AMERICAN BOARD OF INTERNAL MEDICINE
SUBSPECIALTY RHEUMATOLOGY

TELEPHONE (919) 220-5306
FAX (919) 220-2627

# Statement

Date  3-24-2011

Patient Name and Address  Rebecca Pifer
9 Seawell Ct.
Durham, NC  27703

Fee Charge $  25.00

Please remit fee to Dr.  Linda Belhorn
at the above address. Tax ID  56- 2135915

Note: The information contained in this facsimile may be privileged and confidential and protected from disclosure. If the reader of this facsimile is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this facsimile is strictly prohibited. If you received this facsimile in error, please notify the sender immediately by telephone (919) 220-5306 and destroy this facsimile.

LIN001260

**LINDA R. BELHORN, M.D.**
Phone: 919-220-5306
Fax:    919-220-2627

4004 Ben Franklin Blvd.
Durham, NC 27704

---

**PIFER, REBECCA**
**DOB: 07-02-60**

**MARCH 16, 2011**

**HPI:** Rebecca Pifer is a 50 year old white female who is referred by Dr. Paul Wright for evaluation of osteoarthritis and Ehlers-Danlos syndrome. The patient has a history of a fall one year ago in her yard where she twisted and injured her right shoulder and right knee. In December of 2010 she injured her right ACL joint and was seen by Dr. Paul Wright. She has been treated conservatively with physical therapy and Aleve. Surgery was not necessary. Dr. Wright is currently evaluating her right shoulder symptoms. She has recently had an MRI of the shoulder and is awaiting the results. He is apparently concerned about a bone spur. The patient has been on FMLA leave from her job since February 1. Although she is left-handed, she has used the mouse with her right hand for over 20 years with her job working on the computer at Blue Cross Blue Shield as a dental analyst. She has had difficulty walking and getting in and out of a chair. She has also had hand arthralgias and low back pain. In addition she has very significant hallux valgus and will require bunion surgery in the future. She has a history of Ehlers-Danlos syndrome. Her father and brother also had this disorder. Her father stopped working at age 52 because of chronic disability related to his arthritis symptoms. Her brother is 7 years older than her but has been on disability for several years because of back problems. The patient is concerned that she will not be able to return to work because of the severity of her symptoms. Since she has been off work, she has had difficulty doing tasks such as laundry or limited time on the computer. She also has questions about whether she has osteoporosis. She did not have milk when she grew up because her mother did not white male. She is perimenopausal and is concerned about the possibility of osteoporosis also. Other complaints include a recent weight gain of 10 pounds. She is aware that controlling her weight will help improve her Ehlers-Danlos syndrome. She has been very aggressive about losing weight in the past. She has also had fatigue, weakness, swelling of her knees, occasional palpitations, mild heartburn related to Aleve, easy bruising, mild Raynaud's phenomenon, headaches that have improved with a decreased work schedule, and occasional episodes of dizziness that have occurred since childhood. She has also had some depression and irritability related to her chronic pain. She denies any ocular inflammation, sicca symptoms, glaucoma, hearing loss, oral ulcers, sore throat, dysphagia, chest pain, shortness of breath, history of peptic ulcer disease, dysuria, rash, or alopecia.

**PAST MEDICAL HISTORY:** 1. Ehlers-Danlos syndrome   2. Fracture of left foot in 1978   3. Degenerative disc disease of the cervical spine by MRI in the past   4. Paresthesias of hands and face for which she has seen a neurologist in the past, Dr. Poplawski. She is on gabapentin with partial relief of her symptoms.   5. Insomnia been treated with trazodone

**PAST SURGICAL HISTORY:** 1. Appendectomy 1980

**MEDICATIONS:** Aleve 2 tablets t.i.d., trazodone 50 mg q.h.s., gabapentin 600 mg b.i.d., promethium 100 mg q.d.

**ALLERGIES:** No known drug allergies

**FAMILY HISTORY:** The patient's father died of congestive heart failure at age 82. He also had a history of a stroke, coronary artery disease, Ehlers-Danlos syndrome, osteoarthritis, rheumatoid arthritis, and prostate cancer. The patient's mother is age 79 and lives in a nursing home. She has hypertension and normal pressure hydrocephalus and has a shunt. The patient's brother has Ehlers-Danlos syndrome.

**SOCIAL HISTORY:** The patient has recently remarried in December of 2009. She has 2 biological children ages 11 and 14. She has worked long-term at Blue Cross Blue Shield as a dental analyst. She has been on FMLA leave since February 1. She gets some exercises by doing her physical therapy rehabilitation twice per week. She restarted smoking in August of 2010. She had previously stopped for 7 years. She drinks alcohol socially.

**REVIEW OF SYSTEMS:** As per history of present illness

**LIN001261**

Case 1:22-cv-00186-WO-JLW    Document 22    Filed 10/24/22    Page 498 of 538

**PHYSICAL EXAM:** The patient is a well-developed, well-nourished white female in no acute distress. Blood pressure 146/94; pulse 63; temperature 98.3; weight 134 pounds. HEENT-PERRL, EMOI; oropharynx without erythema or exudate; Neck-no lymphadenopathy or thyromegaly; Heart-S1 S2 RRR; Lungs-clear to auscultation; Abdomen-soft, nontender, bowel sounds positive, no organomegaly; Extremiteis-no edema; there were some varicose veins noted in the calves. Neurologic-Motor strength 5/5 in upper and lower extremities; Skin-no rash; there is hyperextensibility of the skin. Musculoskeletal-there was very significant hallux valgus bilaterally. There was no specific tenderness of the right knee. There was full range of motion in the hips. There were Heberden's nodes of the interphalangeal joints of the thumbs bilaterally. There was significant stiffness with range of motion testing of the shoulders with loss of internal rotation of the right shoulder. There was 1+ tenderness of the shoulders laterally bilaterally. There was loss of range of motion in the cervical spine in all planes. There was 1+ tenderness of the cervical spine and the trapezius muscles. There was 1+ tenderness of the lumbar spine and paralumbar areas. The patient was able to extend her thumb to the volar aspect of the forearm.

**IMPRESSION:**

1. Generalized osteoarthritis-The patient is felt to have a diagnosis of generalized osteoarthritis based on the physical findings in her hands. X-rays of her knees and shoulders will be requested from Dr. Wright. These have also been consistent with this diagnosis. The patient was made aware that she is at increased risk for the premature development of osteoarthritis because of her Ehlers-Danlos syndrome. She has also had significant repetitive use of her upper extremities with using the computer at her workplace. She has been off work since February 1 on FMLA leave. She was told that although her pain management may be improved, that it was unlikely that she would be able to return to work. She is making plans to file for long-term disability. She was told that I agreed with this decision. It is felt that she would benefit from the addition of Celebrex 200 mg b.i.d. She is getting minimal relief with Aleve. She has had benefit with Celebrex in the past. She will also be given a prescription for tramadol to use either scheduled or p.r.n. to help manage her pain. She will also continue physical therapy as ordered by Dr. Wright. Although a connective tissue disease is felt to be unlikely, she will have laboratory studies performed as below. She will also have x-rays of her cervical spine and hands performed for further evaluation.

2. Ehlers-Danlos syndrome-The patient was made aware that this has contributed to her premature osteoarthritis development. She is aware that there are no specific therapies for this disorder. She plans to keep her weight in check to avoid excessive stress and strain on the joints of her lower extremities.

3. Rule out osteoporosis-The patient has had a history of significant decreased dietary intake of calcium as she did not drink milk in childhood. She is also perimenopausal. A. bone mineral density study will be ordered for further evaluation.

**PLAN:**

1. CBC, health survey, ANA, rheumatoid factor, ESR, CCP, CRP, TSH
2. Bone mineral density study
3. X-ray of cervical spine and hands
4. Celebrex 200 mg #60 with 5 refills
5. Tramadol 50 mg #60 with 3 refills
6. Discontinue Aleve
7. Continue physical therapy
8. Return to clinic in one month

**LINDA R. BELHORN, M.D.**

cc: Dr. Paul Wright    471- 6524

**LIN001262**

**LabCorp** LabCorp Burlington
1447 York Court, Burlington, NC 27215-3361

Phone: 800-762-4344

| SPECIMEN 075-197-3831-0 | TYPE S | PRIMARY LAB BN | REPORT STATUS COMPLETE | Page #: 1 |
|---|---|---|---|---|

| ADDITIONAL INFORMATION | CLINICAL INFORMATION |
|---|---|
| FASTING: N PHONE: 919-596-4264 DOB: 7/02/1960 | CD- 20078953210 |

| PATIENT NAME | SEX | AGE(YR./MOS.) | PHYSICIAN ID. BELHORN L | NPI 1043201692 | PATIENT ID. 8249 |
|---|---|---|---|---|---|
| PIFER,REBECCA | F | 50 / 8 | | | |

PT. ADD.: 9 SEAWELL CT
DURHAM NC 27703-0000

ACCOUNT: Linda R Belhorn MD
4004 Ben Franklin Blvd
Durham NC 27704-0000
ACCOUNT NUMBER: 32445905

| DATE OF COLLECTION TIME | DATE RECEIVED | DATE REPORTED | TIME |
|---|---|---|---|
| 3/16/2011 11:40 | 3/16/2011 | 3/18/2011 | 5:36 | 3899 |

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|
| Alb+ALP+ALT+AST+BUN+Ca+Cl+C... | | | |
| Chemistries | | | 01 |
| Uric Acid, Serum | 4.3 mg/dL | 2.5 - 7.1 | 01 |
| | **Please note reference interval change** | | |
| Please Note: | | | 01 |
| Therapeutic target for gout patients: <6.0 | | | |
| **Please note reference interval change** | | | |
| BUN | 16 mg/dL | 6 - 24 | 01 |
| Creatinine, Serum | 0.77 mg/dL | 0.57 - 1.00 | 01 |
| eGFR | >59 mL/min/1.73 | >59 | |
| eGFR AfricanAmerican | >59 mL/min/1.73 | >59 | |
| Note: Persistent reduction for 3 months or more in an eGFR <60 mL/min/1.73 m2 defines CKD. Patients with eGFR values >/=60 mL/min/1.73 m2 may also have CKD if evidence of persistent proteinuria is present. Additional information may be found at www.kdoqi.org. | | | |
| BUN/Creatinine Ratio | 21 | 9 - 23 | |
| Sodium, Serum | 142 mmol/L | 135 - 145 | 01 |
| Potassium, Serum | 4.0 mmol/L | 3.5 - 5.2 | 01 |
| Chloride, Serum | 105 mmol/L | 97 - 108 | 01 |
| Calcium, Serum | 9.7 mg/dL | 8.7 - 10.2 | 01 |
| Protein, Total, Serum | 7.0 g/dL | 6.0 - 8.5 | 01 |
| Albumin, Serum | 4.4 g/dL | 3.5 - 5.5 | 01 |
| Globulin, Total | 2.6 g/dL | 1.5 - 4.5 | |
| A/G Ratio | 1.7 | 1.1 - 2.5 | |
| Bilirubin, Total | 0.5 mg/dL | 0.0 - 1.2 | 01 |
| Alkaline Phosphatase, S | 74 IU/L | 25 - 150 | 01 |
| AST (SGOT) | 28 IU/L | 0 - 40 | 01 |
| ALT (SGPT) | 31 IU/L | 0 - 40 | 01 |
| | | | 01 |
| CBC, Platelet Ct, and Diff | | | 01 |
| WBC | 6.6 x10E3/uL | 4.0 - 10.5 | 01 |
| RBC | 4.25 x10E6/uL | 3.80 - 5.10 | 01 |
| Hemoglobin | 13.6 g/dL | 11.5 - 15.0 | 01 |
| Hematocrit | 40.4 % | 34.0 - 44.0 | 01 |
| MCV | 95 fL | 80 - 98 | 01 |
| MCH | 32.0 pg | 27.0 - 34.0 | 01 |
| MCHC | 33.7 g/dL | 32.0 - 36.0 | 01 |
| RDW | 12.4 % | 11.7 - 15.0 | 01 |

| Pat Name: PIFER,REBECCA | Pat ID: 8249 | Spec #: 075-197-3831-0 | Seq #: 3899 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges

Continued on Next Page

LCM Version: 03.25.00

**LIN001263**

**LabCorp** LabCorp Burlington
1447 York Court, Burlington, NC 27215-3361

Phone: 800-762-4344

| SPECIMEN 075-197-3831-0 | TYPE S | PRIMARY LAB BN | REPORT STATUS COMPLETE | Page #: 2 |
|---|---|---|---|---|

| ADDITIONAL INFORMATION |
|---|
| FASTING: N |
| PHONE: 919-596-4264   DOB: 7/02/1960 |

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| PIFER,REBECCA | F | 50 / 8 |

PT. ADD.: 9 SEAWELL CT
DURHAM          NC          27703-0000

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 3/16/2011 | 11:40 | 3/16/2011 | 3/18/2011 | 5:36 | 3899 |

| CLINICAL INFORMATION |
|---|
| CD- 20078953210 |

| PHYSICIAN ID. | NPI | PATIENT ID. |
|---|---|---|
| BELHORN L | 1043201692 | 8249 |

ACCOUNT:  Linda R Belhorn MD

4004 Ben Franklin Blvd
Durham          NC   27704-0000

ACCOUNT NUMBER:   32445905

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| Platelets | 312 | x10E3/uL | 140 — 415 | 01 |
| Neutrophils | 72 | % | 40 — 74 | 01 |
| Lymphs | 21 | % | 14 — 46 | 01 |
| Monocytes | 7 | % | 4 — 13 | 01 |
| Eos | 0 | % | 0 — 7 | 01 |
| Basos | 0 | % | 0 — 3 | 01 |
| Neutrophils (Absolute) | 4.7 | x10E3/uL | 1.8 — 7.8 | 01 |
| Lymphs (Absolute) | 1.4 | x10E3/uL | 0.7 — 4.5 | 01 |
| Monocytes(Absolute) | 0.4 | x10E3/uL | 0.1 — 1.0 | 01 |
| Eos (Absolute) | 0.0 | x10E3/uL | 0.0 — 0.4 | 01 |
| Baso (Absolute) | 0.0 | x10E3/uL | 0.0 — 0.2 | 01 |
| Immature Granulocytes | 0 | % | 0 — 1 | 01 |
| Immature Grans (Abs) | 0.0 | x10E3/uL | 0.0 — 0.1 | 01 |
| TSH | | | | |
| TSH | 1.660 | uIU/mL | 0.450 — 4.500 | 01 |
| Rheumatoid Arthritis Factor | | | | |
| RA Latex Turbid. | 12.6 | IU/mL | 0.0 — 13.9 | 01 |
| CCP Antibodies IgG/IgA | | | | |
| CCP Antibodies IgG/IgA | 3 | units | 0 — 19 | 01 |
| | | Negative | <20 | |
| | | Weak positive | 20 — 39 | |
| | | Moderate positive | 40 — 59 | |
| | | Strong positive | >59 | |
| C-Reactive Protein, Quant | 0.3 | mg/L | 0.0 — 4.9 | 01 |
| Antinuclear Antibodies, IFA | Negative | | | 01 |
| | | Negative | <1:80 | |
| | | Borderline | 1:80 | |
| | | Positive | >1:80 | |

LAB: 01 BN    LabCorp Burlington          DIRECTOR: William F Hancock  MD
1447 York Court, Burlington,  NC 27215-3361

| Pat Name: PIFER,REBECCA | Pat ID: 8249 | Spec #: 075-197-3831-0 | Seq #: 3899 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report                    LCM Version:  03.25.00

**LIN001264**

Case 1:22-cv-00186-WO-JLW     Document 22     Filed 10/24/22     Page 501 of 538



Liberty
Mutual®

Group Market Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

March 14, 2011

Rebecca Pifer
9 Seawell Court
Durham, NC 27703

RE:    Blue Cross & Blue Shield of NC
       Short Term Disability Benefits
       Claim #: 2979723

Dear Ms. Pifer:

We are writing with regard to your claim for Short Term Disability Benefits (STD) under the Blue Cross & Blue Shield of NC Group STD Plan. Your disability claim is currently approved through March 14, 2011. In order to consider continued disability benefits beyond this date, we are in need of additional medical information.

On March 14, 2011, we contacted Dr. Wright and Stewart Physical Therapy requesting office notes, diagnostic tests, physical therapy notes, and a Restrictions Form in order to support your claim for ongoing disability benefits. Please contact your providers and request this information be sent to us within the timeframe specified below.

The Blue Cross & Blue Shield of NC STD Plan requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claims investigation. We ask that you provide us with this information no later than 14 days from the date of this letter, by March 27, 2011, as required under the terms of your Plan.

If there are any other attending physicians or specialists, including physical therapy providers, please have them forward all of your medical records pertinent to this period of disability within the timeframe stated above.

In the absence of this information, we will make a claim determination based on the information in our file.

If you have any questions about your disability benefits, please feel free to contact me.

Sincerely,

Brendon Carey
Disability Case Manager
Phone No.: (800) 291-0112 Ext. 14262
Secure Fax No.: (603) 334-0380

LIN001265

**FRANC A. BARADA, JR., M.D.**
**ROBERT A. HARRELL, III, M.D.**
**ANNE K. TOOHEY, M.D.**
**LINDA R. BELHORN, M.D.**
**NICOLE W. KLETT, M.D.**

RHEUMATOLOGY
4004 BEN FRANKLIN BOULEVARD
DURHAM, NORTH CAROLINA 27704

DIPLOMATES
AMERICAN BOARD OF INTERNAL MEDICINE
SUBSPECIALTY RHEUMATOLOGY

TELEPHONE (919) 220-5306
FAX (919) 220-2627

# Statement

Date 3-23-11

Patient Name and Address  Rebecca Pifer
9 Seawell court
Durham NC 27703

Fee Charge $ 25.00

Please remit fee to Dr. Belhorn
at the above address. Tax ID 56-2135925

Note: The information contained in this facsimile may be privileged and confidential and protected from disclosure. If the reader of this facsimile is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this facsimile is strictly prohibited. If you received this facsimile in error, please notify the sender immediately by telephone (919) 220-5306 and destroy this facsimile.

LIN001266

**LINDA R. BELHORN, M.D.**
Phone: 919-220-5306                                                   4004 Ben Franklin Blvd.
Fax:    919-220-2627                                                  Durham, NC  27704

---

**PIFER, REBECCA**
**DOB:** ███ 60

**MARCH 16, 2011**

**HPI:** Rebecca Pifer is a 50 year old white female who is referred by Dr. Paul Wright for evaluation of osteoarthritis and Ehlers-Danlos syndrome. The patient has a history of a fall one year ago in her yard where she twisted and injured her right shoulder and right knee. In December of 2010 she injured her right ACL joint and was seen by Dr. Paul Wright. She has been treated conservatively with physical therapy and Aleve. Surgery was not necessary. Dr. Wright is currently evaluating her right shoulder symptoms. She has recently had an MRI of the shoulder and is awaiting the results. He is apparently concerned about a bone spur. The patient has been on FMLA leave from her job since February 1. Although she is left-handed, she has used the mouse with her right hand for over 20 years with her job working on the computer at Blue Cross Blue Shield as a dental analyst. She has had difficulty walking and getting in and out of a chair. She has also had hand arthralgias and low back pain. In addition she has very significant hallux valgus and will require bunion surgery in the future. She has a history of Ehlers-Danlos syndrome. Her father and brother also had this disorder. Her father stopped working at age 52 because of chronic disability related to his arthritis symptoms. Her brother is 7 years older than her but has been on disability for several years because of back problems. The patient is concerned that she will not be able to return to work because of the severity of her symptoms. Since she has been off work, she has had difficulty doing tasks such as laundry or limited time on the computer. She also has questions about whether she has osteoporosis. She did not have milk when she grew up because her mother did not white male. She is perimenopausal and is concerned about the possibility of osteoporosis also. Other complaints include a recent weight gain of 10 pounds. She is aware that controlling her weight will help improve her Ehlers-Danlos syndrome. She has been very aggressive about losing weight in the past. She has also had fatigue, weakness, swelling of her knees, occasional palpitations, mild heartburn related to Aleve, easy bruising, mild Raynaud's phenomenon, headaches that have improved with a decreased work schedule, and occasional episodes of dizziness that have occurred since childhood. She has also had some depression and irritability related to her chronic pain. She denies any ocular inflammation, sicca symptoms, glaucoma, hearing loss, oral ulcers, sore throat, dysphagia, chest pain, shortness of breath, history of peptic ulcer disease, dysuria, rash, or alopecia.

**PAST MEDICAL HISTORY:** 1. Ehlers-Danlos syndrome  2. Fracture of left foot in 1978  3. Degenerative disc disease of the cervical spine by MRI in the past  4. Paresthesias of hands and face for which she has seen a neurologist in the past, Dr. Poplawski. She is on gabapentin with partial relief of her symptoms.  5. Insomnia been treated with trazodone

**PAST SURGICAL HISTORY:** 1. Appendectomy 1980

**MEDICATIONS:** Aleve 2 tablets t.i.d., trazodone 50 mg q.h.s., gabapentin 600 mg b.i.d., promethium 100 mg q.d.

**ALLERGIES:** No known drug allergies

**FAMILY HISTORY:** The patient's father died of congestive heart failure at age 82. He also had a history of a stroke, coronary artery disease, Ehlers-Danlos syndrome, osteoarthritis, rheumatoid arthritis, and prostate cancer. The patient's mother is age 79 and lives in a nursing home. She has hypertension and normal pressure hydrocephalus and has a shunt. The patient's brother has Ehlers-Danlos syndrome.

**SOCIAL HISTORY:** The patient has recently remarried in December of 2009. She has 2 biological children ages 11 and 14. She has worked long-term at Blue Cross Blue Shield as a dental analyst. She has been on FMLA leave since February 1. She gets some exercises by doing her physical therapy rehabilitation twice per week. She restarted smoking in August of 2010. She had previously stopped for 7 years. She drinks alcohol socially.

**REVIEW OF SYSTEMS:** As per history of present illness

**LIN001267**

**PHYSICAL EXAM:** The patient is a well-developed, well-nourished white female in no acute distress. Blood pressure 146/94; pulse 63; temperature 98.3; weight 134 pounds. HEENT-PERRL, EMOI; oropharynx without erythema or exudate; Neck-no lymphadenopathy or thyromegaly; Heart-S1 S2 RRR; Lungs-clear to auscultation; Abdomen-soft, nontender, bowel sounds positive, no organomegaly; Extremiteis-no edema; there were some varicose veins noted in the calves. Neurologic-Motor strength 5/5 in upper and lower extremities; Skin-no rash; there is hyperextensibility of the skin. Musculoskeletal-there was very significant hallux valgus bilaterally. There was no specific tenderness of the right knee. There was full range of motion in the hips. There were Heberden's nodes of the interphalangeal joints of the thumbs bilaterally. There was significant stiffness with range of motion testing of the shoulders with loss of internal rotation of the right shoulder. There was 1+ tenderness of the shoulders laterally bilaterally. There was loss of range of motion in the cervical spine in all planes. There was 1+ tenderness of the cervical spine and the trapezius muscles. There was 1+ tenderness of the lumbar spine and paralumbar areas. The patient was able to extend her thumb to the volar aspect of the forearm.

**IMPRESSION:**

1. Generalized osteoarthritis-The patient is felt to have a diagnosis of generalized osteoarthritis based on the physical findings in her hands. X-rays of her knees and shoulders will be requested from Dr. Wright. These have also been consistent with this diagnosis. The patient was made aware that she is at increased risk for the premature development of osteoarthritis because of her Ehlers-Danlos syndrome. She has also had significant repetitive use of her upper extremities with using the computer at her workplace. She has been off work since February 1 on FMLA leave. She was told that although her pain management may be improved, that it was unlikely that she would be able to return to work. She is making plans to file for long-term disability. She was told that I agreed with this decision. It is felt that she would benefit from the addition of Celebrex 200 mg b.i.d. She is getting minimal relief with Aleve. She has had benefit with Celebrex in the past. She will also be given a prescription for tramadol to use either scheduled or p.r.n. to help manage her pain. She will also continue physical therapy as ordered by Dr. Wright. Although a connective tissue disease is felt to be unlikely, she will have laboratory studies performed as below. She will also have x-rays of her cervical spine and hands performed for further evaluation.

2. Ehlers-Danlos syndrome-The patient was made aware that this has contributed to her premature osteoarthritis development. She is aware that there are no specific therapies for this disorder. She plans to keep her weight in check to avoid excessive stress and strain on the joints of her lower extremities.

3. Rule out osteoporosis-The patient has had a history of significant decreased dietary intake of calcium as she did not drink milk in childhood. She is also perimenopausal. A bone mineral density study will be ordered for further evaluation.

**PLAN:**

1. CBC, health survey, ANA, rheumatoid factor, ESR, CCP, CRP, TSH
2. Bone mineral density study
3. X-ray of cervical spine and hands
4. Celebrex 200 mg #60 with 5 refills
5. Tramadol 50 mg #60 with 3 refills
6. Discontinue Aleve
7. Continue physical therapy
8. Return to clinic in one month

**LINDA R. BELHORN, M.D.**

cc: Dr. Paul Wright    471-6524

LIN001268

**LabCorp**   LabCorp Burlington
Laboratory Corporation of America   1447 York Court, Burlington, NC 27215-3361                    Phone: 800-762-4344

| SPECIMEN 075-197-3831-0 | TYPE S | PRIMARY LAB BN | REPORT STATUS COMPLETE | Page #: 1 |
|---|---|---|---|---|

| ADDITIONAL INFORMATION |
|---|
| FASTING: N |
| PHONE: 919-596-4264   DOB: 7/02/1960 |

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| PIFER,REBECCA | F | 50 / 8 |

| PT. ADD.: 9 SEAWELL CT |  |  |
|---|---|---|
| DURHAM | NC | 27703-0000 |

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 3/16/2011 | 11:40 | 3/16/2011 | 3/18/2011 | 5:36 | 3899 |

| CLINICAL INFORMATION |
|---|
| CD- 20078953210 |

| PHYSICIAN ID. BELHORN L | NPI 1043201692 | PATIENT ID. 8249 |
|---|---|---|

ACCOUNT:  Linda R Belhorn MD

4004 Ben Franklin Blvd
Durham          NC   27704-0000

ACCOUNT NUMBER:   32445905

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|
| Alb+AlP+ALT+AST+BUN+Ca+Cl+C... | | | |
| Chemistries | | | 01 |
| Uric Acid, Serum | 4.3   mg/dL | 2.5 - 7.1 | 01 |
| **Please note reference interval change** | | | |
| Please Note: | | | 01 |
| Therapeutic target for gout patients: <6.0 | | | |
| **Please note reference interval change** | | | |
| BUN | 16   mg/dL | 6 - 24 | 01 |
| Creatinine, Serum | 0.77   mg/dL | 0.57 - 1.00 | 01 |
| eGFR | >59   mL/min/1.73 | >59 | |
| eGFR AfricanAmerican | >59   mL/min/1.73 | >59 | |

Note:  Persistent reduction for 3 months or more in an eGFR
<60 mL/min/1.73 m2 defines CKD.  Patients with eGFR values
>/=60 mL/min/1.73 m2 may also have CKD if evidence of persistent
proteinuria is present. Additional information may be found at
www.kdoqi.org.

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|
| BUN/Creatinine Ratio | 21 | 9 - 23 | |
| Sodium, Serum | 142   mmol/L | 135 - 145 | 01 |
| Potassium, Serum | 4.0   mmol/L | 3.5 - 5.2 | 01 |
| Chloride, Serum | 105   mmol/L | 97 - 108 | 01 |
| Calcium, Serum | 9.7   mg/dL | 8.7 - 10.2 | 01 |
| Protein, Total, Serum | 7.0   g/dL | 6.0 - 8.5 | 01 |
| Albumin, Serum | 4.4   g/dL | 3.5 - 5.5 | 01 |
| Globulin, Total | 2.6   g/dL | 1.5 - 4.5 | |
| A/G Ratio | 1.7 | 1.1 - 2.5 | |
| Bilirubin, Total | 0.5   mg/dL | 0.0 - 1.2 | 01 |
| Alkaline Phosphatase, S | 74   IU/L | 25 - 150 | 01 |
| AST (SGOT) | 28   IU/L | 0 - 40 | 01 |
| ALT (SGPT) | 31   IU/L | 0 - 40 | 01 |
| | | | 01 |
| CBC, Platelet Ct, and Diff | | | 01 |
| WBC | 6.6   x10E3/uL | 4.0 - 10.5 | 01 |
| RBC | 4.25   x10E6/uL | 3.80 - 5.10 | 01 |
| Hemoglobin | 13.6   g/dL | 11.5 - 15.0 | 01 |
| Hematocrit | 40.4   % | 34.0 - 44.0 | 01 |
| MCV | 95   fL | 80 - 98 | 01 |
| MCH | 32.0   pg | 27.0 - 34.0 | 01 |
| MCHC | 33.7   g/dL | 32.0 - 36.0 | 01 |
| RDW | 12.4   % | 11.7 - 15.0 | 01 |

| Pat Name: PIFER,REBECCA | Pat ID: 8249 | Spec #: 075-197-3831-0 | Seq #: 3899 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges

Continued on Next Page                    LCM Version: 03.25.00

LIN001269

**LabCorp** LabCorp Burlington
Laboratory Corporation of America    1447 York Court, Burlington, NC 27215-3361                    Phone: 800-762-4344

| SPECIMEN 075-197-3831-0 | TYPE S | PRIMARY LAB BN | REPORT STATUS COMPLETE | Page #: 2 |
|---|---|---|---|---|

| ADDITIONAL INFORMATION |
|---|
| FASTING: N |
| PHONE: 919-596-4264   DOB: 7/02/1960 |

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| PIFER,REBECCA | F | 50 / 8 |

| PT. ADD.: 9 SEAWELL CT |
|---|
| DURHAM                NC        27703-0000 |

| DATE OF COLLECTION | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 3/16/2011 | 11:40 | 3/16/2011 | 3/18/2011 | 5:36 | 3899 |

| CLINICAL INFORMATION |
|---|
| CD- 20078953210 |

| PHYSICIAN ID. BELHORN L | NPI 1043201692 | PATIENT ID. 8249 |
|---|---|---|

ACCOUNT: Linda R Belhorn MD

4004 Ben Franklin Blvd
Durham                NC   27704-0000
ACCOUNT NUMBER:    32445905

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| Platelets | 312 | x10E3/uL | 140  -  415 | 01 |
| Neutrophils | 72 | % | 40  -  74 | 01 |
| Lymphs | 21 | % | 14  -  46 | 01 |
| Monocytes | 7 | % | 4  -  13 | 01 |
| Eos | 0 | % | 0  -  7 | 01 |
| Basos | 0 | % | 0  -  3 | 01 |
| Neutrophils (Absolute) | 4.7 | x10E3/uL | 1.8  -  7.8 | 01 |
| Lymphs (Absolute) | 1.4 | x10E3/uL | 0.7  -  4.5 | 01 |
| Monocytes(Absolute) | 0.4 | x10E3/uL | 0.1  -  1.0 | 01 |
| Eos (Absolute) | 0.0 | x10E3/uL | 0.0  -  0.4 | 01 |
| Baso (Absolute) | 0.0 | x10E3/uL | 0.0  -  0.2 | 01 |
| Immature Granulocytes | 0 | % | 0  -  1 | 01 |
| Immature Grans (Abs) | 0.0 | x10E3/uL | 0.0  -  0.1 | 01 |
| TSH | | | | |
| TSH | 1.660 | uIU/mL | 0.450  -  4.500 | 01 |
| Rheumatoid Arthritis Factor | | | | |
| RA Latex Turbid. | 12.6 | IU/mL | 0.0  -  13.9 | 01 |
| CCP Antibodies IgG/IgA | | | | |
| CCP Antibodies IgG/IgA | 3 | units | 0  -  19 | 01 |
| | | Negative | <20 | |
| | | Weak positive | 20  -  39 | |
| | | Moderate positive | 40  -  59 | |
| | | Strong positive | >59 | |
| C-Reactive Protein, Quant | 0.3 | mg/L | 0.0  -  4.9 | 01 |
| Antinuclear Antibodies, IFA | Negative | | | 01 |
| | | Negative | <1:80 | |
| | | Borderline | 1:80 | |
| | | Positive | >1:80 | |

| LAB: 01 BN    LabCorp Burlington         DIRECTOR: William F Hancock  MD |
|---|
| 1447 York Court, Burlington,  NC 27215-3361 |

| Pat Name: PIFER,REBECCA | Pat ID: 8249 | Spec #: 075-197-3831-0 | Seq #: 3899 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges

Last Page of Report                                    LCM Version: 03.25.00

LIN001270

4125 Ben Franklin Blvd., Suite 140, Durham, NC 27704
Phone:  (919) 471-9331
Fax:    (919) 471-6524

Dr. Paul H. Wright, M.D.

**Durham Orthopedic Clinic**


# Fax

**TO:**

**Name:** Brendon Cacey          Date: 3/23/11

**Company:** Liberty Mutual

**Fax:**

**Phone:** 603-334-0380

**From:**

**Name:** Michelle          Number of pages: _____ (including cover sheet)

**Company:** Durham Orthopedic Clinic

**Fax:** (919) 471-6524

**Phone:** (919) 471-9331

☐ Urgent     ☐ For Review     ☐ Please Comment     ☐ Please Reply     ☐ Please Recycle

**Comments:** Rebecca Prfer- Office Notes # 2979723

<u>Important: Please Read the following</u>

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is wrongful and may subject you to civil liability. If you have received the communication in error, please notify us immediately by telephone, and return the original message to us at the above address by mail. Thank you.

LIN001271

# Durham Orthopedic Clinic   4125 Ben Franklin Blvd., Suite 140, Durham, NC 27704 • (919) 471-9331

Paul H. Wright, M.D.



**PIFER, REBECCA**        **57-161**
**3/14/11**

**OFFICE NOTE:** 50 year old left handed lady comes for recheck of right knee and right shoulder.

Patient relates that overall she feels she is doing somewhat better with the right knee. The knee immobilizer brace has been very helpful. However, the right shoulder remains very painful.

As she relates that, she was walking in her house last week when the right knee wobbled. She thinks it swelled a little. She has been going to physical therapy twice weekly, for the right knee as well as the right shoulder.

She relates that the right shoulder had a painful popping episode last week. She still cannot basically do anything with her right upper extremity due to shoulder pain. She states that she cannot do any type of work on the computer, including the keyboard and mouse because the right shoulder hurts too much.

**PHYSICAL EXAMINATION:** On physical examination today, the short knee immobilizer brace on the right knee appears to have a good fit. There is no apparent swelling or effusion to the right knee. She is quite tender over the distal pole of the patella as well as the pes tendons. There is increased generalized laxity of both knees, with 10 degrees hyperextension and flexion to 150 degrees. The right knee has about 10-12 mm anterior drawer on Lachman testing, while the left has about 6-8 mm. It feels like a very slight posterior drawer on the left knee that is not apparent on the right. There is no discrete meniscal click. Extensor mechanism is intact and the calf is soft and nontender.

The right shoulder is tender to palpation over the AC joint and the anterior and lateral subacromial region. There is about 75% anterior and posterior slip of the head of the humerus, but no sulcus sign. Impingement maneuvers are extremely painful. Strength is diminished in all planes. We are eventually able to demonstrate total motion of 150 degrees forward elevation, 135 degrees lateral elevation, 70 degrees backward elevation, internal rotation to T-8 on the right and T-1 on the left and external rotation of 90 degrees.

Radiographs are not obtained.

**IMPRESSION:**
1. Right shoulder impingement, with possible internal derangement.
2. Right knee ACL deficiency, with possible other internal derangement.
3. Generalized ligamentis laxity with Ehlers-Danlos.

**DISPOSITION:** We again discussed the overall situation and reviewed management options. She will try to continue with her physical therapy program for both the knee and the shoulder. Gentle range of motion should be helpful for the shoulder, but she should not try to routinely do overhead activities. She should not lift and carry more than 5 lbs in the right hand.

**LIN001272**

# Durham Orthopedic Clinic
4125 Ben Franklin Blvd., Suite 140, Durham, NC 27704 • (919) 471-9331

Paul H. Wright, M.D.



**PIFER, REBECCA L.**                57-161
2/16/11

**OFFICE NOTE:** 50 year old left handed lady comes for recheck of right shoulder and right knee.

Patient relates that overall she thinks she is getting better in regards to the right knee. However, the shoulder is not getting any better. In fact, the shoulder is so bad that she cannot do any type of computer work now. She indicates that she needs to stay out of work. On 1/29/11, the shoulder hurt quite a bit worse; she developed numbness down the right arm.

She relates that she has been going to physical therapy, which she thinks has been helping the knee. She still has a knee immobilizer brace. She relates that it is painful to do the exercises for her knee and shoulder.

She relates that she recalls having an MRI study of the cervical spine about 10 years ago. She was followed by Dr. Belhorn, and relates that she had physical therapy and Celebrex at that time.

At the present time, she is using Aleve and Trazodone.

**PHYSICAL EXAMINATION:** On physical examination today, the right shoulder is tender the palpation in the area over the anterior subacromial region. Impingement maneuvers are quite painful for the right shoulder. Gentle isometric strength testing shows the most pain with internal rotation. The right shoulder today shows about 130 degrees forward elevation, 80 degrees lateral elevation, 60 degrees backward elevation, internal rotation to L-2 and external rotation of 90 degrees.

The right knee has about 12 mm anterior drawer on Lachman testing today. There is a grade two pivot shift on the right knee. There is mild varus valgus laxity. There is no specific swelling or effusion. There is very minimal tenderness along the medial joint line. Motion is 0-145 degrees. Calf is soft and nontender and extensor mechanism is intact.

Radiographs were not obtained.

**IMPRESSION:**
1. Right shoulder impingement, with subacromial bursitis and generalized laxity.
2. Right knee internal derangement, with ACL laxity and possible tear medial meniscus.
3. History of Ehlers-Danlos syndrome.

**DISPOSITION:** Patient indicates that she is not able to work due to pain in her right shoulder. She has paperwork for FMLA. This was filled out recommending that she be out of work on the physical therapy rehab program for six weeks. I would recommend that she try to continue with the physical therapy program for both the shoulder and the knee. Will plan on recheck in about three weeks. If she does improve, we will need to consider MRI study, especially for the right shoulder.

Paul H. Wright, M.D.
PHW/mdw

Cc: John Kalianos, M.D.

**LIN001273**

# Durham Orthopedic Clinic
Paul H. Wright, M.D.

4125 Ben Franklin Blvd., Suite 140, Durham, NC 27704 • (919) 471-9331



**PIFER, REBECCA L.**                    57-161
1/20/11

**OFFICE NOTE:** 50 year old left handed lady comes for recheck of right knee and right shoulder.

Patient relates that overall she is not doing very well at all. The shoulder is hurting worse and worse. She also had what sounds like an episode of shingles that started just after her last visit. It sounds like this affected mainly the left side of her neck. She is being followed by Dr. Kalianos for this. She also had another accidental injury when she hit her head while on a trip to the Bahamas on 1/13/11. It sounds like she was bending over forward to reach into a cabinet when she accidentally bumped into the cabinet or cabinet door. She sustained a laceration and direct contusion.

She relates that she has been working for Blue Cross Blue Shield for 24 years. She has been working at home for the past 2 ½ years. However, she relates that she has now been advised that she will need to resume working in the office building.

**PHYSICAL EXAMINATION:** On physical examination today, she does not look very well at all, and she appears quite uncomfortable. There is no apparent swelling about the right shoulder. Range of motion remains painful, and we cannot do impingement maneuvers. Strength appears to be intact, but the hurts in all planes.

The right knee has no apparent swelling or effusion today, with no evidence of Baker's cyst. There is some mild tenderness along the medial joint line. Both knees show about 10 degrees hyperextension and flexion to 160 degrees. There is a good bit of patellofemoral crepitus of both knees, more on the right than the left. There is increased medial lateral laxity of the patella of both knees, with mildly increased varus valgus laxity of both knees. The right knee today has about 15 mm anterior drawer on Lachman testing, while the left has about 8-10 mm. Left knee has much better endpoint than the right. Right knee has a grade three-pivot shift, while the left has a grade two. Each calf is soft and nontender.

Radiographs obtained today include views of the right shoulder as well as the right knee. The shoulder films show what looks like a type three acromion, with some increased sharpness of the anterior edge. The right knee shows a very slight decrease in the medial most edge of the medial compartment of both knees. There is also lateral compression of the patella of both knees.

**IMPRESSION:**
1. Right shoulder impingement, with subacromial bursitis and likely overall laxity associated with Ehlers-Danlos.
2. Right knee internal derangement with ACL laxity and possible tear of medial meniscus.

**DISPOSITION:** We reviewed the radiographs and discussed the overall situation. She has a lot of things going on and overall she is not managing very well at the present. I recommend a physical therapy program for the right shoulder as well as the right knee. It would be best to use a knee immobilizer brace when up and about. It seems like she could use the mouse in the left hand. We will plan on recheck in about three weeks.

Paul H. Wright, M.D.
PHW/mdw

Cc: John Kalianos, M.D.

**LIN001274**



# Durham Orthopedic Clinic

4125 Ben Franklin Blvd., Suite 140, Durham, NC 27704 • (919) 471-9331

Paul H. Wright, M.D.

**PIFER, REBECCA L.**                    **57-161**
1/5/11

**OFFICE NOTE:** 50 year old left handed lady comes for recheck of right knee and right shoulder.

Patient relates that overall the right knee has been much more comfortable since the injection on 12/21/10. She was not aware of any problems with the injection. She has been using the knee immobilizer brace, which has also been helpful. She relates that the right shoulder continues to hurt, and in fact may be getting worse. She has been using a mouse with her computer, which she feels is aggravating the shoulder. She relates that even though she is left handed she has generally had fairly good strength in her right upper extremity. She was a majorette in high school, and was able to twirl the baton and do the tosses with her right arm.

**PHYSICAL EXAMINATION:** On physical examination today, it feels like some fluid in the subacromial region. There is about 75% anterior and posterior slip of the humeral head. There is sulcus sign. She does have crepitus with range of motion. We are able to demonstrate about 140 degrees forward elevation, 110 degrees lateral elevation, 70 degrees backward elevation, internal rotation to T-12, and external rotation of 70 degrees. Internal rotation on the left is to about T-6 and external rotation is about 90 degrees on the left. She has adequate strength in all planes of the right shoulder, but has the most pain with testing internal rotation. Impingement maneuvers are painful.

The right knee shows just a trace effusion, with a slight positive bulge sign. There is a slight rocker in full extension, consistent with ACL laxity. There is also mild varus valgus laxity on the right that is more than the left. There is a good bit of muscle guarding, with anterior drawer of about 10 ml. There is tenderness over the anterior medial joint line. Extensor mechanism has good strength and the calf is soft and nontender.

We were still not able to obtain radiographs because our technician was out sick.

**IMPRESSION:**
1. Right shoulder impingement, with subacromial bursitis.
2. Right knee internal derangement, with ACL laxity.

**DISPOSITION:** We again discussed the overall situation and reviewed management options. She will work on gentle range of motion and use heat on a regular basis for her shoulder. She will try to avoid routine overhead activities. For her knee, she will continue with straight leg raising and range of motion exercises. It would be a good idea to use the knee immobilizer brace when up and about. If there are problems, she will contact us promptly. Will otherwise plan on recheck in about two weeks.

Paul H. Wright, M.D.
PHW/mdw

**LIN001275**

# Durham Orthopedic Clinic   <span>4125 Ben Franklin Blvd., Suite 140, Durham, NC 27704 • (919) 471-9331</span>

Paul H. Wright, M.D.



**PIFER, REBECCA L.**          **57-161**
**12/21/10**

**OFFICE NOTE:** 50 year old left handed lady is self referred with a chief complaint of pain in the left knee. She has also had problems with the right shoulder.

Patient relates that she has a history of Ehlers-Danlos, which was diagnosed at the age of nine. She has had some problems off and on. She had a significant injury to the right knee in August of 2010. She lost her balance on the edge of the driveway at home, with a twisting injury to her knee that caused a fall. She hit directly on the knee as well as the right shoulder. She had some difficulties but was able to manage. About 1 ½ weeks ago, she was in Cancun Mexico when the knee shifted while she was going down stairs. She had quite a bit of pain and noticed swelling. The knee has continued to bother, and in fact is getting worse.

**PHYSICAL EXAMINATION:** On physical examination today, she is a slender well developed lady who has obvious effusion to the right knee. She is quite tender to palpation over the entire synovium. There is no discrete evidence of Baker's cyst. The calf is soft and nontender, but she is so uncomfortable, that we cannot fully evaluate the knee. The right shoulder is tender in the subacromial region.

We were not able to obtain radiographs because our technician had to leave due to medical condition.

**IMPRESSION:**
1. Synovitis right knee, with internal derangement.

**DISPOSITION:** We discussed the overall situation and reviewed management options. She agreed to aspiration and injection of the right knee. The knee was soaked with alcohol and 16 ml of clear orange tinted fluid removed without difficulty. The joint was injected with 8 ml Xylocaine mixed with 2 ml Kenalog 40. She had a good bit of relief within just a few minutes of the procedure, with no unusual problems.

She will knee use the knee immobilizer brace when up and about. She will need to be very careful with her physical activities in regards to both the knee and the shoulder. We are basically doing first aid today and plan on recheck in a week or two, when hopefully when can obtain radiographs of the right knee as well as the right shoulder.

*Paul Wright*

Paul H. Wright, M.D.
PHW/mdw

**LIN001276**

# Stewart
Physical Therapy Clinic, Inc.

## ENCOUNTER

Time In: 800  Time Out: 900

### EVALUATION

| | | |
|---|---|---|
| IEV | 97001 | New Evaluation |
| REEVAL | 97002 | Re-Evaluation |
| | 95831 | MMT |
| | 95851 | ROM |
| | 64550 | Tens Eval |

### TESTS & FITTING

| | | |
|---|---|---|
| KT | 97750 | KT 1000 |
| KIN | 97750 | Kin Com |
| KINR | 97750 | Kin Com Re-evaluation |
| LIDO | 97750 | Lido Isokinetic Testing |
| DRESS | 99070 | Dressing |
| Splinting materials | time | / hr |

### PROCEDURES

| | | | |
|---|---|---|---|
| THER | 3(45) | 97110 | Therapeutic Ex |
| NMRE | | 97112 | Neuromuscular Re-Education |
| MOBIL | | 97140 | Joint Mobilization/Myof. Release |
| EX | | 97530 | Therapeutic Activities |
| SCHM | | 97535 | Self Care Home Management |
| GAIT | | 97116 | Gait Training |
| MASS | | 97124 | Massage |
| ES | | 97032 | Electrostim, Attended |
| ION | | 97033 | Iontophoresis w/ Medication |
| IONPT | | 97033 | Iontophoresis-pat. supplies med. |
| CON | | 97034 | Contrast Bath |
| US | | 97035 | Ultrasound |

### MODALITIES

| | | |
|---|---|---|
| HP | 97010 | Hot Pack |
| ICE | 97010 | Cold Pack |
| TXMEC | 97012 | Traction (mechanical) |
| TENS | 97014/G0283 | Tens/Electrostim Unattended |
| CB | 97016 | Compression |
| PB | 97018 | Paraffin |
| WP | 97022 | Whirlpool |

### INDUSTRIAL

| | | |
|---|---|---|
| WC | 97545 | Work Conditioning, Initial 2 Hours |
| WC1 | 97546 | Each Additional Hour |
| FCE | 97750 | Functional Capacity Evaluation |
| | | Other |

### OCCUPATIONAL THERAPY

| | | |
|---|---|---|
| OSPLIS | 29125 | Short Arm Splint Static |
| OSPLID | 29126 | Short Arm Splint Dynamic |
| OFINGS | 29130 | Finger Splint Static |
| OFINGD | 29131 | Finger Splint Dynamic |
| OTEV | 97003 | Occupational Therapy Eval |
| OTREEVAL | 97004 | Occupational Therapy Re-Eval |
| OFT | 97760 | Orthotic Fitting and Training |
| | | Other |

### SUPPLIES

- Brace
- Shoulder Kit
- Theraband/Tubing
- Lifeline
- Other

Patient Discharged:
Notes: 7/6/1

## DAILY NOTES

**SUBJECTIVE:**
Patient Reports: follow up on 03/14/11 — 7/10 shoulder, knee 6/10

_____ No New Complaints

**OBJECTIVE:**
Area Treated ® Shoulder ® knee

**TREATMENT PROVIDED:** Ice/MHP ® knee, MHP ® R. shld.

- E Stim x ___ Min. for ___ Pain ___ Edema ___ NMES
- Ice/Heat ___ Massage/CMT ___ Min.
- Whirlpool x ___ Min. at ___ deg. F ___ Sterile
- Contrast Bath ___ Compression Device x ___ min. @ ___ mmHg
- Ultrasound Cont/Pulse ___ w/ cm² x ___ min. ___ ES Combo
- Iontophoresis ___ mA min x ___ mA
- Med. Admin ___
- Phonophoresis ___ w/cm2 x ___ min
- Traction Cervical/Pelvic ___ lbs. ___ min  Static  Intermittent
- Other

**EXERCISES - SEE FLOW SHEET:**

| | | |
|---|---|---|
| PRE's | Stretching | UBE / Bike |
| Isotonic Wts | Pullies | Treadmill |
| Isometrics | Repetitive Movement Therapies | Stair Climber |
| Life Line/Theraband | Rhythmic Stabilization | Gait / Balance |
| Isokinetics | Hand Therapy | Lumbar Stabilization |

**MANUAL SKILLS:**
- Joint Mobilization
- Proprioceptive
- Soft Tissue Mobilization
- Splinting/Bracing
- Rom Ex  Passive  Active  Active / Assist  Active / Resistive

**MEASUREMENTS:**
- ROM  Manual Muscle Test  Girth Measurement

**ASSESSMENT:** ___ Patient progressing, tolerating activities well
*[handwritten] A ambulatory with appropriate, tolerated activity logs. No appreciable change recently. See PN for details*

**PLAN:** ___ Upgrade activities per protocol, as tolerated
Other/Comments
Continue c PT Rx

PT/OT [signature] PT, DPT  Date 03/05/11

| DATE | TIME | PATIENT | REASON | PRIOR BALANCE | DIAGNOSIS: |
|---|---|---|---|---|---|
| 2.25.11 | 800 | Rebecca Piper | | | 711.46 |

| TICKET NO. | DR # DOCTOR | LOCATION | D.O.B. | TODAY'S CHARGE | |
|---|---|---|---|---|---|
| 276081 | | | | | |

PATIENT NO. 701070  RESPONSIBLE PARTY  PH#  REFERRING DR.

ADJUSTMENTS

**NEXT APPOINTMENT:**
Days ___ Weeks ___ Months ___

| SEX | M  F | ADDRESS | CITY/STATE | ZIP CODE |
|---|---|---|---|---|

RECAP: OVER 90  OVER 60  OVER 30  CURRENT  TOTAL DUE | PT | BC | CS | PAY CHOICE

TODAY'S PAYMENTS

INSURANCE COMPANY | BA | SCT | POLICY I.D.

RELATIONSHIP TO INSURED: SELF SPOUSE CHILD OTHER

**BALANCE DUE**

I hereby authorize my insurance benefits to be paid directly to the above signed physician, realizing I am responsible to pay non-covered services and I hereby authorize the release of pertinent medical information to insurance carriers.

[signature] Rebecca Lane Piper
Patient Signature

FORM #13A/10646-1  1315/07  MSYS HEALTHCARE SYSTEMS (888) 523-2675  JOB# 76714  PO# 847723  Copyright © 2005 Msys Healthcare Systems. All Rights Reserved.

**LIN001277**

*Stewart* Physical Therapy Clinic, Inc.

Patient Progress Note

Date: 9/21/11                                      Chart#: _____

Name: Rebecca Tyler                    Physician: Dr Wright

DOB: 9/6/1966            Onset: 8/24/10        Dx: (R) Shoulder skiing

Initial Eval Date: 6/21/11   # Visits [ 7 ]   Cancels [ 2 ]  No Shows [ 1 ]

Current Patient Status: No appreciable change ; PT thus far, but remains
unchanged rel (R) UE remains _____ but on ___ ___ to second
painful c all thou ex and ADLs

Updated Short Term Goals ( ___ Wks)          Updated Long Term Goals ( 3 Wks)
1) ___ ___                                   1) _____
2) Shoulder strength 4/5 continue No Change  2) Shoulder Pain elevation 90°, ___, 12, 15, N/A
3) _____                   3) Pain at shoulder 7/10, free 3 6/10 Analg. ___
Treatment Plan:                Frequency 1-2 x Wk      Duration 3 x Wk

Treatment Modalities: Ther Ex, PI Ed, HEP Cold/Hot ___ Pain, stretchly

Treatment Request or Recommendations: Please Advise ___ ___ for 5 wk

_____                        9/21/11
    PT / OT Signature                            Date

Physician Comments and Recommendations: _____

_____

[signature] Dr Wright                          3 /4 - 11
Physician Signature                             Date
I certify that Physical / Occupational Therapy
treatments are necessary for this patient

Date Faxed/Given: _____

LIN001278

# Stewart Physical Therapy

4125 Ben Franklin Blvd., Ste
180
Durham, NC 277042167

Phone: (919) 479-8730
Fax: (919) 479-8782



Daily Chart Note for **Rebecca Pifer**                                        03/09/11

Diagnosis:Joint pain-shlder
Joint pain-l/leg
Case: R Shoulder/R Knee
Therapist: Joi Edwards DPT
Referred by: Paul Wright, MD
Fax:(919) 471-6524

**Procedures**

| | Minutes | Measure | Note | CPT | Mod |
|---|---|---|---|---|---|
| **Shoulder Flexn Table Slides** | 3 | | (Ladder - 5x c 3 sec hold) | 97110 | |
| **Shoulder Abd with Theraball Standing AROM** | 3 | | (Ball Up Wall - 5x) | 97110 | |
| **Shoulder Flexn Overhead Pulley AROM** | 3 | | 30x | 97110 | |
| **Shoulder Abd Overhead Pulley AROM** | 3 | | (Ladder - 5x c 3 sec hold) | 97110 | |
| **Knee Bike AROM AROM** | 8 | | Level 2 | 97110 | |
| **SLR** | 3 | | | 97110 | |
| **Ankle DF PROM** | 3 | | (Sl ant Stretch - 10 sec hold d 3 reps) | 97110 | |

Daily Chart Note 03/09/11                                        Rebecca Pifer
1 of 2                                                           DOB:07/02/1960

LIN001279

| | | | | |
|---|---|---|---|---|
| Rows (Resist Bands) | 3 | | Pin k 20x | 97110 |
| Shld Extn (Resist Bands) | 3 | | Pin k 20x | 97110 |
| IFC (Unattended Estim) | 15 | | MH P/IFC (R) knee. MH P (R) shoulder | 97014 |
| SLR Abd (Cuff Weights) | 3 | | 2lb 15x | 97110 |
| SLR Flexn (Cuff Weights) | 3 | | 2lb 15x | 97110 |
| Hamstring Curls (Cuff Weights) | 3 | | 2lb 20x | 97110 |
| Ball Cirlces on Wall | 3 | | 10x c/c c | 97110 |

**Subjective**

My knee feels funny. I don't know how to explain it. It just feels different. Maybe that means its healing. My shoulder still feels the same. I see Dr. Wright on Monday. I drove around a lot yesterday, almost 3 hours so my knee is sore.

**Assessment**

Patient had to discontinue ball up wall secondary to mod increase in shoulder pain.

Joi Edwards
DPT
03/09/11
09:01 am

Daily Chart Note 03/09/11
2 of 2

Rebecca Pifer
DOB: ████ 1960

**LIN001280**

# Stewart Physical Therapy

4125 Ben Franklin Blvd., Ste 180
Durham, NC 277042167

Phone: (919) 479-8730
Fax: (919) 479-8782



Daily Chart Note for **Rebecca Pifer** 03/11/11

Diagnosis:Joint pain-shlder
Joint pain-l/leg
Case: R Shoulder/R Knee
Therapist: Joi Edwards DPT
Referred by: Paul Wright, MD
Fax:(919) 471-6524

**Procedures**

| | Minutes | Measure | Note | CPT | Mod |
|---|---|---|---|---|---|
| LE Bike | 8 | | | 97110 | |
| IFC (Unattended Estim) | 15 | | MH P/I FC (R) knee, MH P (R) shoulder | 97014 | |
| Shoulder Pec Stretch | 3 | | | 97110 | |
| Upper Trap Stretch | 3 | | | 97110 | |

**Subjective**

I was walking yesterday and I felt my knee crumble. Then I was attempting to sweep up and my shoulder started making this horrible noise. I am at 9's today in both places (9/10 pain). Patient adds that she goes to see the doctor on 03/14/11.

**Assessment**

Held most ther ex secondary to severe pain levels today and f/u visit on 03/14/11.

**Plan**

Continue c PT POC

Joi Edwards

Daily Chart Note 03/11/11
1 of 2

Rebecca Pifer
DOB████1960

**LIN001281**

DPT
03/11/11
08:33 am

Daily Chart Note 03/11/11
2 of 2

Rebecca Pifer
DOB: ████ 1960

**LIN001282**

# Stewart Physical Therapy

4125 Ben Franklin Blvd., Ste
180
Durham, NC 277042167

Phone: (919) 479-8730
Fax: (919) 479-8782



Daily Chart Note for **Rebecca Pifer**                                          03/18/11

Diagnosis:Joint pain-shlder
Joint pain-l/leg
Case: R Shoulder/R Knee
Therapist: Joi Edwards DPT
Referred by: Paul Wright, MD
Fax:(919) 471-6524

## Procedures

| | Minutes | Measure | Note | CPT | Mod |
|---|---|---|---|---|---|
| LE Bike | 8 | | | 97110 | |
| UBE | 5 | | | 97110 | |
| IFC (Unattended Estim) | 15 | | MH P/I FC (R) knee. MH P (R) shoulder | 97014 | |
| Shoulder ER (RB) | 3 | | | 97110 | |
| Shoulder Extn (RB) | 3 | | | 97110 | |
| Shoulder Row (RB) | 3 | | | 97110 | |
| Shoulder Pec Stretch | 3 | | | 97110 | |
| Upper Trap Stretch | 3 | | | 97110 | |

## Subjective

The doctor ordered a MRI with contrast for my shoulder. Everything is pretty much the same.

## Assessment

Patient with flat affect today. Non-talkative. Stated that the doctor told her that she has osteoarthritis in most of her joints and that she broke down in the office and cried.

## Plan

Continue c PT POC

Daily Chart Note 03/18/11                                          Rebecca Pifer
1 of 2                                                             DOB:07/02/1960

LIN001283

Joi Edwards
DPT
03/18/11
10:52 am

Daily Chart Note 03/18/11
2 of 2

Rebecca Pifer
DOB:07/02/1960

**LIN001284**



| Job Title: | Dental Analyst |
|---|---|
| Job Code: | EX0207 |
| Reports To: | Manager, Nursing |
| Date Written or Revised: | 6/2009 |

## Job Purpose

Responsible for benefit and allowance determination on claims submitted for possible dental payment or other pricing responsibilities.   Analyst will provide educational consultation to other functional areas to all support the completion of their own deliverables.  The Dental Analyst has a scope that supports the lines of business

## Major Job Functions/Components

- Reviews complicated dental and oral claims to determine Plan liability under applicable certificate provisions and relevant pricing methodology.
- Responds to inquiries written or oral, including North Carolina Department of Insurance inquiries, regarding dental and oral surgery claims.
- Identifies, selects, and prepares individual case and dental guideline considerations for referral to dental/oral surgery consultants.
- Supports other BCBSNC functional areas with educational information sufficient to complete their deliverables.  Examples include, but are not limited to, assisting Network Management with pricing database maintenance and assisting Medical Policy with research and application of medical policies related to dental/orthognathic treatments.
- Develops and recommends system revisions necessary to achieve dental/medical cost savings and to ensure consistency in claims processing with dental/medical policy guidelines.
- Identifies, analyzes, compiles and documents cases involving suspected fraud to support field investigations, administrative recovery and/or claims payment suspension.
- Prepares reports for corrective action by the Special Investigations Unit and/or the NC Board of Dental Examiners in an effort to identify and address fraudulent activity among dental providers.
- Assists Team Lead, CGO Medical Review in dental claims flow within the department to establish and meet dental/oral surgery claims turnaround goals.


*This job description is intended to describe the general responsibilities and type of work being performed by people assigned to this position.  The major job functions/components above are the typical functions of the job and are not an exhaustive or comprehensive list of all possible job responsibilities, tasks and duties.  Personnel in this position should be aware that the responsibilities, tasks, and duties of the jobholder may differ from those outlined in this job description and various other duties may be assigned as needed.*

## Hiring Requirements/Qualifications

| Education/Experience | <ul><li>High School Diploma.</li><li>Graduation from an Accredited Dental Assisting Program</li><li>3 years experience in a dental office and/or clinical setting</li></ul> |
|---|---|
| Professional Certification | <ul><li>Certified Dental Hygienist or Certified Dental Assistant</li></ul> |

LIN001285

Case 1:22-cv-00186-WO-JLW    Document 22    Filed 10/24/22    Page 522 of 538



## Hiring Preferences

| | |
|---|---|
| Additional Education/Experience Preferences | |
| Soft Skills/Abilities | • Knowledge of Microsoft Windows operating system.<br>• Excellent oral and written communications skills. Must communicate effectively with providers, patients, and Plan staff.<br>• Experience in staff training with ability to provide presentations to groups.<br>• Experience in the development and preparation of reference guidelines, benefits booklet /coverage certificate content, training materials and instructional manuals.<br>• Experience in reading and understanding laws and regulations and insurance plan terms and conditions and applying the information to dental/medical policy regarding coverage of dental/medical procedures.<br>• Experience reading operative notes and using insurance claims forms.<br>• Knowledge of claims coding and processing.<br>• Background in auditing dental/medical records<br>• Commitment to high quality customer service.<br>• Ability to prioritize work and manage time effectively.<br>• Strong analytical and problem-solving skills.<br>• Attention to detail and excellent organization skills, the ability to accept and deal with change and the ability to work independently as well as with interdisciplinary teams. |
| Professional Certification | |

## Working Conditions

## Physical Requirements

## Direct Reports

## Budget Responsibility

| | |
|---|---|
| **Compensation Reviewer:** | *Signature of the person with the authority to approve the job description* |
| **Date Approved:** | *Date upon which the job description was approved.* |
| **Director/VP Approval:** | *Date when the job description was approved and signed off by Director/VP.* |

LIN001286

# RETURN FAX COVERSHEET

## Please use this page as coversheet when responding to request

DATE:          February 18, 2011

TO:            Stewart Physical Therapy
ATTN:

SECURE FAX#: (919) 479-8782

RETURN TO:     Brendon Carey
SECURE FAX#: (603) 334-0380
CLAIM #:       2979723

RE:            RE: Short Term Disability Benefits
               Patient Name: Rebecca Pifer
               Date of Birth: July 02, 1960
               Claim Number: 2979723



Group Market Disability Claims
Liberty Life Assurance Company of Boston
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 334-0380

**THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU MAY HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.**

LIN001287

# *Stewart* Physical Therapy Clinic, Inc.

## ENCOUNTER

Time In: 8    Time Out: 9:15

| | EVALUATION | |
|---|---|---|
| ☐ IEV | 97001 | New Evaluation |
| ☐ REEVAL | 97002 | Re-Evaluation |
| ☐ | 95831 | MMT |
| ☐ | 95851 | ROM |
| ☐ | 64550 | Tens Eval. |

| | TESTS & FITTING | |
|---|---|---|
| ☐ KT | 97750 | KT 1000 |
| ☐ KIN | 97750 | Kin Com |
| ☐ KINR | 97750 | Kin Com Re-evaluation |
| ☐ LIDO | 97750 | Lido Isokinetic Testing |
| ☐ DRESS | 09070 | Dressing |
| ☐ Splinting materials | time | / hr |

| | PROCEDURES | |
|---|---|---|
| ☒ THER | 97110 | Therapeutic Ex |
| ☐ NMRE | 97112 | Neuromuscular Re-Education |
| ☐ MOBI | 97140 | Joint Mobilization/Myof. Release |
| ☐ EX | 97530 | Therapeutic Activities |
| ☐ SCHM | 97535 | Self Care Home Management |
| ☐ GAIT | 97116 | Gait Training |
| ☐ MASS | 97124 | Massage |
| ☐ ES | 97032 | Electrostim. Attended |
| ☒ ION | 97033 | Iontophoresis w/ Medication |
| ☐ IONPT | 97033 | Iontophoresis-pat. supplies med |
| ☐ CON | 97034 | Contrast Bath |
| ☐ US | 97035 | Ultrasound |

| | MODALITIES | |
|---|---|---|
| ☐ HP | 97010 | Hot Pack |
| ☐ ICE | 97010 | Cold Pack |
| ☐ TXMEC | 97012 | Traction (mechanical) |
| ☒ TENS | 97014/G0283 | Tens/Electrostim Unattended |
| ☐ CB | 97016 | Compression |
| ☐ PB | 97018 | Paraffin |
| ☐ WP | 97022 | Whirlpool |

| | INDUSTRIAL | |
|---|---|---|
| ☐ WC | 97545 | Work Conditioning, Initial 2 Hours |
| ☐ WC1 | 97546 | Each Additional Hour |
| ☐ FCE | 97750 | Functional Capacity Evaluation |
| | | Other |

| | OCCUPATIONAL THERAPY | |
|---|---|---|
| ☐ OSPLIS | 29125 | Short Arm Splint Static |
| ☐ OSPLID | 29126 | Short Arm Splint Dynamic |
| ☐ OFINGS | 29130 | Finger Splint Static |
| ☐ OFINGD | 29131 | Finger Splint Dynamic |
| ☐ OIEV | 97003 | Occupational Therapy Eval |
| ☐ OREEVAL | 97004 | Occupational Therapy Re-Eval |
| ☐ OFT | 97760 | Orthotic Fitting and Training |
| | | Other |

| SUPPLIES |
|---|
| ☐ Brace |
| ☐ Shoulder Kit |
| ☐ Theraband/Tubing |
| ☐ Lifeline |
| ☐ Other |
| Patient Discharged: |
| Notes: 6/0/1 |

## DAILY NOTES

**SUBJECTIVE:**
Patient Reports: Dr Wright says continue PT for a few more weeks and if it still doesn't get better then we will have to consider surgery on the shoulder. The knee feels stronger.

No New Complaints

**OBJECTIVE:**
Area Treated: ® Shoulder ® knee

**TREATMENT PROVIDED:**

☑ E Stim x ___ Min. for ___ Pain ___ Edema ___ NMES
☑ Ice/Heat ___ Massage/CMT ___ Min
☐ Whirlpool x ___ Min at ___ deg. F ___ Sterile
☐ Contrast Bath ___ Compression Device x ___ min @ ___ mmHg
☐ Ultrasound Cont/Pulse ___ w/ cm² x ___ min. ___ ES Combo

☑ Iontophoresis 2.0 mA min x 40 mA
☐ Med Admin
☐ Phonophoresis ___ w/cm2 x ___ min
☐ Traction Cervical/Pelvic ___ lbs ___ min Static Intermittent
☐ Other

**EXERCISES - SEE FLOW SHEET:**

| ☑ PRE's | ☑ Stretching | UBE / Bike |
| ☑ Isotonic Wts | Pullies | Treadmill |
| Isometrics | Repetitive Movement Therapies | Stair Climber |
| ☑ Life Line/Theraband | Rhythmic Stabilization | Gait / Balance |
| Isokinetics | Hand Therapy | Lumbar Stabilization |

**MANUAL SKILLS:**
Joint Mobilization
Proprioceptive
Soft Tissue Mobilization
Splinting/Bracing
Rom Ex ___ Passive ___ Active ___ Active / Assist ___ Active / Resistive

**MEASUREMENTS:**
ROM ___ Manual Muscle Test ___ Girth Measurement

**ASSESSMENT:** Patient progressing, tolerating activities well

**PLAN:** Upgrade activities per protocol, as tolerated
Other/Comments: Continue PT, Md sequats c VMO Thomasville

PT/OT ___ PT DPT    Date 2/18/11

| DATE | TIME | PATIENT | REASON | PRIOR BALANCE | DIAGNOSIS: |
|---|---|---|---|---|---|
| 02/18/11 | 8.00 | REBECCA PIFER | | PAT 120.00 | 719.41 |
| | | | | INS 439.00 | |

TICKET NO 274806   DR# 706   DOCTOR EDWARDS DPT   LOCATION STEWART PHYSICAL   D.O.B 07/02/60   TODAY'S CHARGE

PATIENT NO. 701070   RESPONSIBLE PARTY REBECCA PIFER   PH# 919 596 4264   REFERRING DR WRIGHT MD   ADJUSTMENTS

M ☐ F ☒   ADDRESS 9 SEAWELL COURT   CITY/STATE DURHAM   ZIP CODE NC 27703

OVER 90 0.00   OVER 60 0.00   OVER 30 0.00   CURRENT 319.00   TOTAL DUE 319.00   PT 5   BC 3   CS PAY CHOICE   TODAY'S PAYMENTS

INSURANCE COMPANY BCBS OF NC   RA Y   SCT I   POLICY I.D YPPW135389440 008557   RELATIONSHIP TO INSURED X

**NEXT APPOINTMENT:**
Days ___ Weeks ___ Months ___

I hereby authorize my insurance benefits to be paid directly the above signed physician, realizing I am responsible to pay non-covered services and I hereby authorize the release of pertinent medical information to insurance carriers

SSN # xxx xx xxxx   719.41   PAIN IN JOINT, SHOULDER REGION

BALANCE DUE

Patient Signature: Rebecca J Pifer

LIN001288

# Stewart
*Physical Therapy Clinic, Inc.*

**ENCOUNTER**

Time In: 10·30    Time Out: 11·30a

| EVALUATION | | | |
|---|---|---|---|
| ☐ EV | 97001 | New Evaluation | |
| ☐ REEVAL | 97002 | Re-Evaluation | |
| ☐ | 95831 | MMT | |
| ☐ | 95851 | ROM | |
| ☐ | 64550 | Tens Eval | |

| TESTS & FITTING | | |
|---|---|---|
| ☐ KT | 97750 | KT 1000 |
| ☐ KIN | 97750 | Kin Com |
| ☐ KINR | 97750 | Kin Com Re-evaluation |
| ☐ LIDO | 97750 | Lido Isokinetic Testing |
| ☐ DRESS | 89070 | Dressing |
| ☐ Splinting materials | time | / hr |

| PROCEDURES | | | |
|---|---|---|---|
| ☒ THER | 31(45) | 97110 | Therapeutic Ex |
| ☐ NMRE | | 97112 | Neuromuscular Re-Education |
| ☐ MOBIL | | 97140 | Joint Mobilization/Myof. Release |
| ☐ EX | | 97530 | Therapeutic Activities |
| ☐ SCHM | | 97535 | Self Care Home Management |
| ☐ GAIT | | 97116 | Gait Training |
| ☐ MASS | | 97124 | Massage |
| ☐ ES | | 97032 | Electrostim. Attended |
| ☐ ION | | 97033 | Iontophoresis w/ Medication |
| ☐ IONPT | | 97033 | Iontophoresis-pat. supplies med. |
| ☐ CON | | 97034 | Contrast Bath |
| ☐ US | | 97035 | Ultrasound |

| MODALITIES | | | |
|---|---|---|---|
| ☐ HP | 97010 | Hot Pack | |
| ☐ ICE | 97010 | Cold Pack | |
| ☐ TXMEC | 97012 | Traction (mechanical) | |
| ☒ TENS | 97014/G0283 | Tens/Electrostim Unattended | |
| ☐ CB | 97016 | Compression | |
| ☐ PB | 97018 | Paraffin | |
| ☐ WP | 97022 | Whirlpool | |

| INDUSTRIAL | | | |
|---|---|---|---|
| ☐ WC | 97545 | Work Conditioning. Initial 2 Hours | |
| ☐ WC1 | 97546 | Each Additional Hour | |
| ☐ FCE | 97750 | Functional Capacity Evaluation | |
| | | Other | |

| OCCUPATIONAL THERAPY | | | |
|---|---|---|---|
| ☐ OSPLIS | 29125 | Short Arm Splint Static | |
| ☐ OSPLID | 29126 | Short Arm Splint Dynamic | |
| ☐ OFINGS | 29130 | Finger Splint Static | |
| ☐ OFINGD | 29131 | Finger Splint Dynamic | |
| ☐ OIEV | 97003 | Occupational Therapy Eval | |
| ☐ OREEVAL | 97004 | Occupational Therapy Re-Eval | |
| ☐ OFT | 97760 | Orthotic Fitting and Training | |
| | | Other | |

| SUPPLIES |
|---|
| ☐ Brace |
| ☐ Shoulder Kit |
| ☐ Theraband/Tubing |
| ☐ Lifeline |
| ☐ Other: |

Patient Discharged:
Notes: 5/0/11

## DAILY NOTES

**SUBJECTIVE:**

Patient Reports: Shoulder and knee still feel the same

_____ No New Complaints

**OBJECTIVE:**

Area Treated: ® Shoulder ® knee

**TREATMENT PROVIDED:** MHP/IFC ® shoulder and MHP ® knee post activity

✓ E Stim x ⏀ Min. for ____ Pain ____ Edema ____ NMES
✓ Ice/Heat ____ Massage/CMT ____ Min
____ Whirlpool x ____ Min. at ____ deg. F ____ Sterile
____ Contrast Bath ____ Compression Device x ____ min. @ ____ mmHg
____ Ultrasound Cont/Pulse ____ w/ cm² x ____ min. ____ ES Combo

____ Iontophoresis ____ mA min x ____ m
____ Med. Admin.
____ Phonophoresis ____ w/cm2 x ____ min
____ Traction Cervical/Pelvic  Static / Intermitten
____ lbs ____ min
Other ____

**EXERCISES - SEE FLOW SHEET:**

| | | |
|---|---|---|
| ✓ PRE's | ✓ Stretching | ✓ UBE / Bike |
| Isotonic Wts | Pulleys | Treadmill |
| Isometrics | Repetitive Movement Therapies | Stair Climber |
| ✓ Life Line/Theraband | Rhythmic Stabilization | Gait / Balance |
| Isokinetics | Hand Therapy | Lumbar Stabilization |

**MANUAL SKILLS:**

____ Joint Mobilization
____ Proprioceptive
____ Soft Tissue Mobilization
____ Splinting/Bracing
____ Rom Ex ____ Passive ____ Active ____ Active / Assist ____ Active / Resistive

**MEASUREMENTS:**

____ ROM ____ Manual Muscle Test ____ Girth Measurement

**ASSESSMENT:** ____ Patient progressing, tolerating activities well

good tolerance to tx. Gait not as antalgic

**PLAN:** ____ Upgrade activities per protocol, as tolerated

____ Other/Comments

Continue c PT POC

PT/OT ____ SL — PT/MT    Date 2/15/11

---

| DATE | TIME | PATIENT | REASON | PRIOR BALANCE | DIAGNOSIS: |
|---|---|---|---|---|---|
| 2/15/11 | 1030 | Rebecca Pifer | | | 719.46 |

TICKET NO: 314363

PATIENT NO: 101010

| S | M | F | ADDRESS | CITY/STATE | ZIP CODE |

| DR # | DOCTOR | LOCATION | D.O.B | TODAY'S CHARGE |
| RESPONSIBLE PARTY | PH# | REFERRING DR. | ADJUSTMENTS |

| OVER 90 | OVER 60 | OVER 30 | CURRENT | TOTAL DUE | PT | BC | CS | PAY CHRGE |
| INSURANCE COMPANY | | BA | SCT | POLICY I.D | | RELATIONSHIP TO INSURED | BALANCE DUE |

**NEXT APPOINTMENT:**

Days ____ Weeks ____ Months ____

I hereby authorize my insurance benefits to be paid directly to the above signed physician, realizing I am responsible to pay non-covered services and I hereby authorize the release of pertinent medical information to insurance carriers.

TODAY'S PAYMENTS

Rebecca L. Pifer
Patient Signature

**LIN001289**

# Stewart
### Physical Therapy Clinic, Inc.
### ENCOUNTER

Time In: 8:00    Time Out: 9:00

## EVALUATION

| | | |
|---|---|---|
| ☐ IEV | 97001 | New Evaluation |
| ☐ REEVAL | 97002 | Re-Evaluation |
| ☐ | 95831 | MMT |
| ☐ | 95851 | ROM |
| ☐ | 64550 | Tens Eval |

## TESTS & FITTING

| | | |
|---|---|---|
| ☐ KT | 97750 | KT 1000 |
| ☐ KIN | 97750 | Kin Com |
| ☐ KINR | 97750 | Kin Com Re-evaluation |
| ☐ LIDO | 97750 | Lido Isokinetic Testing |
| ☐ DRESS | 99070 | Dressing |

☐ Splinting materials _____ time _____ / hr

## PROCEDURES

| | | | |
|---|---|---|---|
| ☑ THER | 2 (US) | 97110 | Therapeutic Ex |
| ☐ NMRE | | 97112 | Neuromuscular Re-Education |
| ☐ MOBL | | 97140 | Joint Mobilization/Myof. Release |
| ☐ EX | | 97530 | Therapeutic Activities |
| ☐ SCHM | | 97535 | Self Care Home Management |
| ☐ GAIT | | 97116 | Gait Training |
| ☐ MASS | | 97124 | Massage |
| ☐ ES | | 97032 | Electrostim. Attended |
| ☐ ION | | 97033 | Iontophoresis w/ Medication |
| ☐ IONPT | | 97033 | Iontophoresis-pat. supplies mod. |
| ☐ CON | | 97034 | Contrast Bath |
| ☐ US | | 97035 | Ultrasound |

## MODALITIES

| | | |
|---|---|---|
| ☐ HP | 97010 | Hot Pack |
| ☐ ICE | 97010 | Cold Pack |
| ☐ TXMEC | 97012 | Traction (mechanical) |
| ☐ TENS | 97014/G0283 | Tens/Electrostim Unattended |
| ☐ CB | 97016 | Compression |
| ☐ PB | 97018 | Paraffin |
| ☐ WP | 97022 | Whirlpool |

## INDUSTRIAL

| | | |
|---|---|---|
| ☐ WC | 97545 | Work Conditioning, Initial 2 Hours |
| ☐ WC1 | 97546 | Each Additional Hour |
| ☐ FCE | 97750 | Functional Capacity Evaluation |
| | | Other |

## OCCUPATIONAL THERAPY

| | | |
|---|---|---|
| ☐ OSPLIS | 29125 | Short Arm Splint Static |
| ☐ OSPLID | 29126 | Short Arm Splint Dynamic |
| ☐ OFINGS | 29130 | Finger Splint Static |
| ☐ OFINGD | 29131 | Finger Splint Dynamic |
| ☐ OIEV | 97003 | Occupational Therapy Eval |
| ☐ OREEVAL | 97004 | Occupational Therapy Re-Eval |
| ☐ OFT | 97760 | Orthotic Fitting and Training |
| | | Other |

## SUPPLIES

☐ Brace
☐ Shoulder Kit
☐ Theraband/tubing
☐ Lifeline
☐ Other: _____
Patient Discharged: _____
Notes: _____ 4/6/11

## DAILY NOTES

**SUBJECTIVE:**
Patient Reports _I tweaked my knee. I sit up and twisted it. I feel it today 4 or 5/10 (knee). My arm I still haven't been using._

☐ No New Complaints

**OBJECTIVE:**
Area Treated ® shoulder, ® knee

**TREATMENT PROVIDED:** MHP ® shoulder ® knee post activity 15 min

| | | | | |
|---|---|---|---|---|
| ☐ E Stim x ___ | Min. for ___ | Pain ___ | Edema ___ | NMES ___ |
| ☑ Ice/Heat ___ | Massage/CMT ___ | Min. ___ | | |
| ☐ Whirlpool x ___ | Min. at ___ deg. F ___ | Sterile ___ | | |
| ☐ Contrast Bath ___ | Compression Device x ___ min. @ ___ mmHg | | | |
| ☐ Ultrasound Cont/Pulse ___ w/ cm² x ___ min. ___ ES Combo ___ | | | | |

| | |
|---|---|
| Iontophoresis ___ mA ___ min ___ |
| Med. Admin. ___ |
| Phonophoresis ___ w/cm2 x ___ |
| Traction Cervical/Pelvic ___ lbs. ___ min. ___ |
| Other ___ |

**EXERCISES - SEE FLOW SHEET:**

| | | |
|---|---|---|
| ☑ PRE's | ☑ Stretching | ☑ UBE / Bike |
| ☑ Isotonic Wts | ___ Pullies | ___ Treadmill |
| ___ Isometrics | ___ Repetitive Movement Therapies | ___ Stair Climber |
| ☑ Life Line/Theraband | ___ Rhythmic Stabilization | ___ Gait / Balance |
| ___ Isokinetics | ___ Hand Therapy | ___ Lumbar Stabilization |

**MANUAL SKILLS:**
Joint Mobilization ___
Proprioceptive ___
Soft Tissue Mobilization ___
Splinting/Bracing ___
Rom Ex ___ Passive ___ Active ___ Active / Assist ___ Active / Resistive ___

**MEASUREMENTS:**
ROM ___ Manual Muscle Test ___ Girth Measurement ___

**ASSESSMENT:** Patient progressing, tolerating activities well
_Added ball up wall and MHP_

**PLAN:** Upgrade activities per protocol, as tolerated
Other/Comments
_Continue c PT POC_

PT/OT _____ PT, DPT    Date 6/11/11

| DATE | TIME | PATIENT | | REASON | PRIOR BALANCE | | DIAGNOSIS: |
|---|---|---|---|---|---|---|---|
| | | | | | PAT | 120.00 | 719 46 |
| /11/11 | 8:00 | REBECCA PIFER | | | INS | 528.00 | |

| TICKET NO. | DR.# | DOCTOR | LOCATION | D.O.B. | TODAY'S CHARGE |
|---|---|---|---|---|---|
| 274001 | 706 | EDWARDS DPT | STEWART PHYSICAL | 07/02/60 | |

| PATIENT NO. | RESPONSIBLE PARTY | PH# | REFERRING DR. | |
|---|---|---|---|---|
| 1070 | REBECCA PIFER | 919 596 4264 | WRIGHT MD | ADJUSTMENTS |

M F ADDRESS: 9 SEAWELL COURT    CITY/STATE: DURHAM    ZIP CODE: NC 27703

| OVER 90 | OVER 60 | OVER 30 | CURRENT | TOTAL DUE | PT | BC | CS | PAY CODE | TODAY'S PAYMENTS |
|---|---|---|---|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 408.00 | 408.00 | | | | | |

INSURANCE COMPANY: BS OF NC    BA SCT POLICY I.D.: YPPW135389440 008557

RELATIONSHIP TO INSURED: S F M Q O T H E R
BALANCE DUE

NEXT APPOINTMENT:
Days ___ Weeks ___ Months ___

I hereby authorize my insurance benefits to be paid directly to the above signed physician, realizing I am responsible to pay non-covered services and I hereby authorize the release of pertinent medical information to insurance carriers.

J # xxx xx xxxx    719.41    PAIN IN JOINT, SHOULDER REGION

Patient Signature _Rebecca J Pifer_

LIN001290

# Stewart
Physical Therapy Clinic, Inc

**ENCOUNTER**

Time In: 1:30  Time Out: 2:30

| | | EVALUATION |
|---|---|---|
| ☐ IE | 97001 | New Evaluation |
| ☐ REEVAL | 97002 | Re-Evaluation |
| ☐ | 95831 | MMT |
| ☐ | 95851 | ROM |
| ☐ | 64550 | Tens Eval |

### TESTS & FITTING
| | | |
|---|---|---|
| ☐ KT | 97750 | KT 1000 |
| ☐ KIN | 97750 | Kin Com |
| ☐ KINR | 97750 | Kin Com Re-evaluation |
| ☐ LIDO | 97750 | Lido Isokinetic Testing |
| ☐ DRESS | 99070 | Dressing |

☐ Splinting materials  time  / hr

### PROCEDURES
| | | |
|---|---|---|
| ☒ THER | 3 (US) 97110 | Therapeutic Ex |
| ☐ NMRE | 97112 | Neuromuscular Re-Education |
| ☐ MOBIL | 97140 | Joint Mobilization/Myof. Release |
| ☐ EX | 97530 | Therapeutic Activities |
| ☐ SCHM | 97535 | Self Care Home Management |
| ☐ GAIT | 97116 | Gait Training |
| ☐ MASS | 97124 | Massage |
| ☐ ES | 97032 | Electrostim. Attended |
| ☐ ION | 97033 | Iontophoresis w/ Medication |
| ☐ IONPT | 97033 | Iontophoresis-pat. supplies med |
| ☐ CO | 97034 | Contrast Bath |
| ☐ US | 97035 | Ultrasound |

### MODALITIES
| | | |
|---|---|---|
| ☐ HP | 97010 | Hot Pack |
| ☐ ICE | 97010 | Cold Pack |
| ☐ TxMEC | 97012 | Traction (mechanical) |
| ☐ TENS | 97014/G0283 | Tens/Electrostim Unattended |
| ☐ CO | 97016 | Compression |
| ☐ PB | 97018 | Paraffin |
| ☐ WP | 97022 | Whirlpool |

### INDUSTRIAL
| | | |
|---|---|---|
| ☐ WC | 97545 | Work Conditioning, Initial 2 Hours |
| ☐ WC | 97546 | Each Additional Hour |
| ☐ FCE | 97750 | Functional Capacity Evaluation |
| | | Other |

### OCCUPATIONAL THERAPY
| | | |
|---|---|---|
| ☐ OSPLIS | 29125 | Short Arm Splint Static |
| ☐ OSPLID | 29126 | Short Arm Splint Dynamic |
| ☐ OFINOS | 29130 | Finger Splint Static |
| ☐ OFINOD | 29131 | Finger Splint Dynamic |
| ☐ OIEV | 97003 | Occupational Therapy Eval |
| ☐ OREEVAL | 97004 | Occupational Therapy Re-Eval |
| ☐ OFT | 97760 | Orthotic Fitting and Training |
| | | Other |

### SUPPLIES
☐ Brace
☐ Shoulder Kit
☐ Theraband/Tubing
☐ Lidine
☐ Other
Patient Discharged:
Notes:  3/0/1

---

## DAILY NOTES

**SUBJECTIVE:**
Patient Reports knee is a little better, shoulder is a 10/10

No New Complaints

**OBJECTIVE:**
Area Treated (R) shoulder, (R) knee

**TREATMENT PROVIDED:** MHP post activity

| | | | | | | |
|---|---|---|---|---|---|---|
| E Stim x | Min. for | Pain | Edema | NMES | Iontophoresis | mA min x m. |
| ✓ Ice/Heat | Massage/OMT | Min. | | | Med. Admin. | |
| Whirlpool x | Min. at | deg. F | Sterile | | Phonophoresis | w/cm2 x min |
| Contrast Bath | Compression Device x | min @ mmHg | | | Traction Cervical/Pelvic | Static |
| Ultrasound Cont/Pulse | w/ cm2 x | min | ES Combo | | lbs min | Intermittion |
| | | | | | Other | |

**EXERCISES - SEE FLOW SHEET:**

| | | |
|---|---|---|
| ✓ PRE's | ✓ Stretching | ✓ UBE / Biko |
| ✓ Isotonic Wts | Pulleys | Treadmill |
| Isometrics | Repetitive Movement Therapies | Stair Climber |
| Life Line/Theraband | Rhythmic Stabilization | Gait / Balance |
| Isokinetics | Hand Therapy | Lumbar Stabilization |

**MANUAL SKILLS:**
Joint Mobilization
Proprioceptive
Soft Tissue Mobilization
Splinting/Bracing
Rom Ex  Passive  Active  Active / Assist  Active / Resistive

**MEASUREMENTS:**
ROM  Manual Muscle Test  Girth Measurement

**ASSESSMENT:** Patient progressing, tolerating activities well
Added HS Stretch. Increased HS Curls to 2lb weight. Pt less antalgic today. (R) UE in protective posturing

**PLAN:** Upgrade activities per protocol, as tolerated
Other/Comments  Continue c PT POC, MHP prn activity as able med. visit, bill

PT/OT ___ PT, NPT  Date 02/07/11

---

| DATE | TIME | PATIENT | REASON | PRIOR BALANCE | | DIAGNOSIS: |
|---|---|---|---|---|---|---|
| 2/07/11 | 1:30 | REBECCA PIPER | | PAT | 40.00 | |
| | | | | INS | 252.00 | |

TICKET NO. DR.# DOCTOR  LOCATION  D.O.B.  TODAY'S CHARGE
272997  706 EDWARDS DPT  STEWART PHYSICAL  07/02/60  138.00
PATIENT NO. RESPONSIBLE PARTY  PH#  REFERRING DR.
1070  REBECCA PIPER  919 596 4264  WRIGHT MD
M F ADDRESS  CITY/STATE  ZIP CODE  ADJUSTMENTS
X  9 SEAWELL COURT  DURHAM  NC 27703

NEXT APPOINTMENT:
Days  Weeks  Months

OVER 90  OVER 60  OVER 30  CURRENT  TOTAL DUE PT BC CS PAY choice  TODAY'S PAYMENTS
0.00  0.00  0.00  212.00  212.00  5  3  0

INSURANCE COMPANY  BA SCT POLICY I.D.  RELATIONSHIP TO INSURED
BS OF NC  Y  YPPW125389440 008557  X

BALANCE DUE

I hereby authorize my insurance benefits to be paid directly to the above signed physician, realizing I am responsible to pay non-covered services and I hereby authorize the release of pertinent medical information to insurance carriers.

N # xxx xx xxxx  719.41  PAIN IN JOINT, SHOULDER REGION

Patient Signature

LIN001291

# Stewart
Physical Therapy Clinic, Inc.

**ENCOUNTER**

Time In: _8:30_  Time Out: _9:15_

## EVALUATION

| | | |
|---|---|---|
| ☐ IE | 97001 | New Evaluation |
| ☐ REEVAL | 97002 | Re-Evaluation |
| ☐ | 95831 | MMT |
| ☐ | 95851 | ROM |
| ☐ | 64550 | Tens Eval |

## TESTS & FITTING

| | | |
|---|---|---|
| ☐ KT | 97750 | KT 1000 |
| ☐ KIN | 97750 | Kin Com |
| ☐ KINR | 97750 | Kin Com Re-evaluation |
| ☐ LIDO | 97750 | Lido Isokinetic Testing |
| ☐ DRESS | 99070 | Dressing |
| ☐ Splinting materials | | time _____ / hr |

## PROCEDURES

| | | |
|---|---|---|
| ☒ TXER 3(45) | 97110 | Therapeutic Ex |
| ☐ NMRE | 97112 | Neuromuscular Re-Education |
| ☐ MOBIL | 97140 | Joint Mobilization/Myof. Release |
| ☐ EX | 97530 | Therapeutic Activities |
| ☐ SCHM | 97535 | Self Care Home Management |
| ☐ GAIT | 97116 | Gait Training |
| ☐ MASS | 97124 | Massage |
| ☐ ES | 97032 | Electrostim. Attended |
| ☐ ION | 97033 | Iontophoresis w/ Medication |
| ☐ IONPT | 97033 | Iontophoresis-pat. supplies med. |
| ☐ CON | 97034 | Contrast Bath |
| ☐ US | 97035 | Ultrasound |

## MODALITIES

| | | |
|---|---|---|
| ☐ HP | 97010 | Hot Pack |
| ☐ ICE | 97010 | Cold Pack |
| ☐ TXMEC | 97012 | Traction (mechanical) |
| ☐ TENS | 97014/G0283 | Tens/Electrostim Unattended |
| ☐ CB | 97016 | Compression |
| ☐ PB | 97018 | Paraffin |
| ☐ WP | 97022 | Whirlpool |

## INDUSTRIAL

| | | |
|---|---|---|
| ☐ WC | 97545 | Work Conditioning, Initial 2 Hours |
| ☐ WC1 | 97546 | Each Additional Hour |
| ☐ FCE | 97750 | Functional Capacity Evaluation |
| | | Other |

## OCCUPATIONAL THERAPY

| | | |
|---|---|---|
| ☐ OSPLS | 29125 | Short Arm Splint Static |
| ☐ OSPLD | 29126 | Short Arm Splint Dynamic |
| ☐ OFINGS | 29130 | Finger Splint Static |
| ☐ OFINGD | 29131 | Finger Splint Dynamic |
| ☐ OIEV | 97003 | Occupational Therapy Eval |
| ☐ OREEVAL | 97004 | Occupational Therapy Re-Eval |
| ☐ OFT | 97760 | Orthotic Fitting and Training |
| | | Other |

## SUPPLIES

☐ Brace
☐ Shoulder Kit
☐ Theraband/Tubing
☐ Lifeline
☐ Other
Patient Discharged
Notes: _2/0/1_

## DAILY NOTES

**SUBJECTIVE:**
Patient Reports ® knee 2/10, shoulder 10/10. I can barely put the top blade on the mayonnaise.

_____ No New Complaints

**OBJECTIVE:**
Area Treated ® shoulder ® knee

**TREATMENT PROVIDED:**

| | | |
|---|---|---|
| E Stim x___ Min. for ___ Pain ___ Edema ___ NMES | | Iontophoresis ___ mA min x ___ m/ |
| Ice/Heat ___ Massage/CMT ___ Min. | | Med. Admin. |
| Whirlpool x ___ Min. at ___ deg. F ___ Sterile | | Phonophoresis ___ w/cm2 x ___ min |
| Contrast Bath ___ Compression Device x ___ min @ ___ mmHg | | Traction Cervical/Pelvic Static Intermittent |
| Ultrasound Cont/Pulse ___ w/cm² x ___ min. ___ ES Combo | | ___ lbs ___ min. |
| | | Other |

**EXERCISES - SEE FLOW SHEET:**

| | | |
|---|---|---|
| ✓ PRE's | ✓ Stretching | ✓ UBE / Bike |
| ✓ Isotonic Wts | ___ Pulleys | ___ Treadmill |
| ___ Isometrics | ___ Repetitive Movement Therapies | ___ Stair Climber |
| ✓ Life Line/Theraband | ___ Rhythmic Stabilization | ___ Gait / Balance |
| ___ Isokinetics | ___ Hand Therapy | ___ Lumbar Stabilization |

**MANUAL SKILLS:**

___ Joint Mobilization
___ Proprioceptive
___ Soft Tissue Mobilization
___ Splinting/Bracing
___ Rom Ex ___ Passive ___ Active ___ Active / Assist ___ Active / Resistive

**MEASUREMENTS:**
___ ROM ___ Manual Muscle Test ___ Girth Measurement

**ASSESSMENT:** Patient progressing, tolerating activities well
Added UES [Stretch] ® rotis, pulleys, and calf stretch –
ITS curls. Good tolerance to tx.

**PLAN:** ___ Upgrade activities per protocol, as tolerated
___ Other/Comments
Continue in PT

PT/OT: _____ PT, MPT   Date 6/04/11

---

| DATE | TIME | PATIENT | | REASON | PRIOR BALANCE | DIAGNOSIS: |
|---|---|---|---|---|---|---|
| **REPRINT ** REPRINT ** | | | | | PAT 40.00 | |
| 2/04/11 | 8:30 | REBECCA PIFER | | | INS 252.00 | 719.46 |

| TICKET NO. | DR.# | DOCTOR | LOCATION | D.O.B | TODAY'S CHARGE |
|---|---|---|---|---|---|
| 272899 | 706 | EDWARDS DPT | STEWART PHYSICAL | 07/02/60 | |

| PATIENT NO. | RESPONSIBLE PARTY | PH# | REFERRING DR. | ADJUSTMENTS | NEXT APPOINTMENT: |
|---|---|---|---|---|---|
| 01070 | REBECCA PIFER | 919 596 4264 | WRIGHT MD | | Days ___ Weeks ___ Months ___ |

| SEX | M | F | ADDRESS | CITY/STATE | ZIP CODE |
|---|---|---|---|---|---|
| | | x | 9 SEAWELL COURT | DURHAM | NC 27703 |

| | OVER 90 | OVER 60 | OVER 30 | CURRENT | TOTAL DUE | PT | BC | CS | PAY CHOICE | TODAY'S PAYMENTS |
|---|---|---|---|---|---|---|---|---|---|---|
| REC CAP | 0.00 | 0.00 | 0.00 | 212.00 | 232.00 | 5 | 3 | 0 | | |

INSURANCE COMPANY: BS OF NC   BA/SCT Y/Y   POLICY I.D. YPPW135389440 008557

RELATIONSHIP TO INSURED: X

| N # xxx xx xxxx | 719.41 | PATN IN JOINT, SHOULDER REGION |
|---|---|---|

BALANCE DUE

I hereby authorize my insurance benefits to be paid directly to the above signed physician, realizing I am responsible to pay non-covered services and I hereby authorize the release of pertinent medical information to insurance carriers.

Rebecca L. Pifer
Patient Signature

**LIN001292**

# Stewart
## Physical Therapy Clinic, Inc.

**ENCOUNTER**

Time In: _____     Time Out: _____

| EVALUATION | | |
|---|---|---|
| V | 97001 | New Evaluation |
| EEVAL | 97002 | Re-Evaluation |
| | 95831 | MMT |
| | 95851 | ROM |
| | 64550 | Tens Eval. |

| TESTS & FITTING | | |
|---|---|---|
| T | 97750 | KT 1000 |
| IN | 97750 | Kin Com |
| NR | 97750 | Kin Com Re-evaluation |
| DO | 97750 | Lido Isokinetic Testing |
| RESS | 09070 | Dressing |

Splinting materials _____ time _____ / hr

| PROCEDURES | | |
|---|---|---|
| HER | 97110 | Therapeutic Ex |
| MRE | 97112 | Neuromuscular Re-Education |
| OBIL | 97140 | Joint Mobilization/Myof. Release |
| | 97530 | Therapeutic Activities |
| CHM | 97535 | Self Care Home Management |
| AIT | 97116 | Gait Training |
| ASS | 97124 | Massage |
| | 97032 | Electrostim. Attended |
| N | 97035 | Iontophoresis w/ Medication |
| NPT | 97033 | Iontophoresis pat. supplies med. |
| ON | 97034 | Contrast Bath |
| | 97036 | Ultrasound |

| MODALITIES | | |
|---|---|---|
| | 97010 | Hot Pack |
| E | 97010 | Cold Pack |
| MEC | 97012 | Traction (mechanical) |
| NS | 97014/G0283 | Tens/Electrostim Unattended |
| S | 97016 | Compression |
| | 97018 | Paraffin |
| | 97022 | Whirlpool |

| INDUSTRIAL | | |
|---|---|---|
| C | 97545 | Work Conditioning. Initial 2 Hours |
| C1 | 97546 | Each Additional Hour |
| E | 97750 | Functional Capacity Evaluation |
| | | Other |

| OCCUPATIONAL THERAPY | | |
|---|---|---|
| SPLIS | 29125 | Short Arm Splint Static |
| SPLID | 29126 | Short Arm Splint Dynamic |
| FINGS | 29130 | Finger Splint Static |
| FINGD | 29131 | Finger Splint Dynamic |
| EV | 97003 | Occupational Therapy Eval |
| EEVAL | 97004 | Occupational Therapy Re-Eval |
| | 97760 | Orthotic Fitting and Training |
| | | Other |

| SUPPLIES |
|---|
| ee |
| oulder Kit |
| eraband/Tubing |
| line |
| her: |

Patient Discharged
Note: 1/6/1

### DAILY NOTES

**SUBJECTIVE:**

Patient Reports _____

No New Complaints

**OBJECTIVE:**

Area Treated _____

**TREATMENT PROVIDED:**

E. Stim x ____ Min. for ____ Pain ____ Edema ____ NMES

Ice/Heat ____ Massage/CMT ____ Min.

Whirlpool x ____ Min. at ____ deg. F ____ Sterile

Contrast Bath ____ Compression Device x ____ min. @ ____ mmHg

Ultrasound Cont/Pulse ____ w/ cm² x ____ min. ____ ES Combo

Iontophoresis ____ mA min x ____ m.

Mod. Admin. ____

Phonophoresis ____ w/cm2 x ____ min

Traction Cervical/Pelvic ____ lbs. ____ min.

Other _____

**EXERCISES - SEE FLOW SHEET:**

PRE's ____  Stretching ____  UBE / Bike ____

Isotonic Wts ____  Pullies ____  Treadmill ____

Isometrics ____  Repetitive Movement Therapies ____  Stair Climber ____

Life Line/Theraband ____  Rhythmic Stabilization ____  Gait / Balance ____

Isokinetics ____  Hand Therapy ____  Lumbar Stabilization ____

**MANUAL SKILLS:**

Joint Mobilization ____

Proprioceptive ____

Soft Tissue Mobilization ____

Splinting/Bracing ____

Rom Ex ____ Passive ____ Active ____ Active / Assist ____ Active / Resistive ____

**MEASUREMENTS:**

ROM ____  Manual Muscle Test ____  Girth Measurem ____

**ASSESSMENT:** Patient progressing. tolerating activities well

**PLAN:** Upgrade activities per protocol, as tolerated

Other/Comments _____

PT/OT _____     Date _____

| | TIME | PATIENT | REASON | PRIOR BALANCE | DIAGNOSIS: |
|---|---|---|---|---|---|
| | | | | PAT 40.00 | |
| /31/11 | 8.30 | REBECCA PIFER | | INS 252.00 | |

TICKET NO   DR.#   DOCTOR   LOCATION   D.O.B   TODAY'S CHARGE

272035   706 EDWARDS DPT   STEWART PHYSICAL   07/02/60

PATIENT NO   RESPONSIBLE PARTY   PH#   REFERRING DR   ADJUSTMENTS

01070   REBECCA PIFER   919 596 4264   WRIGHT MD

NEXT APPOINTMENT:

S M   F   ADDRESS   CITY/STATE   ZIP CODE
X   X   9 SEAWELL COURT   DURHAM   NC 27703

Days ____ Weeks ____ Months ____

| | OVER 90 | OVER 60 | OVER 30 | CURRENT | TOTAL DUE | PT | BC | CS | PAY CHOICE | TODAY'S PAYMENTS |
|---|---|---|---|---|---|---|---|---|---|---|
| | 0.00 | 0.00 | 0.00 | 212.00 | 212.00 | 5 | 3 | 0 | | |

INSURANCE COMPANY   8A SCT POLICY I.D.

BS OF NC   Y   I   YPLPWL35389440 008557

RELATIONSHIP TO INSURED
X
S E L F / S P O U S E / C H I L D / O T H E R

BALANCE DUE

SSN # xxx xx xxxx   719.41   PAIN IN JOINT, SHOULDER REGION

I hereby authorize my insurance benefits to be paid directly to the above signed physician, realizing I am responsible for pa non-covered services and I hereby authorize the release of pertinent medical information to insurance carriers.

Patient Signature

**LIN001293**

*Stewart* Physical Therapy Clinic, Inc.

## Plan of Care

Date: 01/22/11          Chart#: 201708

Name: Rebecca Pit___          Physician: Dr. Wright

DOB: 07/02/1966          Onset: 08/2010          Dx: (R) shoulder, knee

Summary / Assessment: Pt is a __ y/o M (E) c/o (R) knee and shoulder pain. _ fall at home in 08/2010 and again re-injury same (R) shoulder and knee in 12/2010. Pt reports (R) knee was drained and received cortisone injection. PMH: Ehlers-Danlos Syndrome

Problem List:
1) Pain (Shoulder & knee)
2) ↓ ROM (Shoulder)
3) Weakness
4) ↓ ADLs

Short Term Goals ( 3 Wks)
1) Establish initial HEP
2) ↓ pain ___ (shoulder) by
3) ___ in 2 weeks
4)

Long Term Goals ( 4 Wks)
1) Pt will be ① c updated HEP
2) Full shoulder ROM
3) ↓ pain levels by 2 levels
4) Pt will ambulate c antalgic gait

Treatment Plan:          Frequency ___ x Wk          Duration 4 x Wk

- ✓ Hot Pack          ✓ Ther Ex          _ Mobilization          _ E-Stim
- _ Cold Pack          _ Ther Activity          ✓ ROM/Stretching          _ TENS
- _ US          ✓ ADL Training          _ Massage          _ Ionto (Med Dexamethasone)
- _ WP/Fluido          _ Gait Training          _ Cerv Traction          _ Pelvic Traction
- ✓ Home Ex Program                    _ Self Treatment Plan

Other: Thank you for your referral!

_____ VPT                    02/22/11
PT / OT Signature                    Date

_____                    _____
Physician Signature                    Date

I certify that Physical / Occupational Therapy treatments are necessary for this patient

**LIN001294**

# Stewart
Physical Therapy Clinic, Inc.

**ENCOUNTER**

Time In: 8:30   Time Out: 9:12

## EVALUATION

| | | |
|---|---|---|
| EV | (97001) | New Evaluation |
| EEVAL | 97002 | Re-Evaluation |
| | 95831 | MMT |
| | 95851 | ROM |
| | 64550 | Tens Eval. |

## TESTS & FITTING

| | | |
|---|---|---|
| T | 97750 | KT 1000 |
| IN | 97750 | Kin Com |
| INR | 97750 | Kin Com Re-evaluation |
| IDO | 97750 | Lido Isokinetic Testing |
| RESS | 99070 | Dressing |

Splinting materials _____ time _____ / hr

## PROCEDURES

| | | |
|---|---|---|
| HER | 2(30) | 97110 Therapeutic Ex |
| MRE | | 97112 Neuromuscular Re-Education |
| OBIL | | 97140 Joint Mobilization/Myof. Release |
| X | | 97530 Therapeutic Activities |
| CHM | | 97535 Self Care Home Management |
| A/T | | 97116 Gait Training |
| ASS | | 97124 Massage |
| S | | 97032 Electrostim Attended |
| ON | | 97033 Iontophoresis w/ Medication |
| ONPT | | 97035 Iontophoresis-pat. supplies mat |
| ON | | 97034 Contrast Bath |
| S | | 97035 Ultrasound |

## MODALITIES

| | | |
|---|---|---|
| P | 97010 | Hot Pack |
| E | 97010 | Cold Pack |
| KMEC. | 97012 | Traction (mechanical) |
| ENS | 97014/G0283 | Trans/Electrostim Unattended |
| B | 97016 | Compression |
| B | 97018 | Paraffin |
| VP | 97022 | Whirlpool |

## INDUSTRIAL

| | | |
|---|---|---|
| C | 97545 | Work Conditioning, Initial 2 Hours |
| C1 | 97546 | Each Additional Hour |
| CE | 97750 | Functional Capacity Evaluation |
| | | Other |

## OCCUPATIONAL THERAPY

| | | |
|---|---|---|
| SPLIS | 29125 | Short Arm Splint Static |
| SPLID | 29126 | Short Arm Splint Dynamic |
| FINGS | 29130 | Finger Splint Static |
| FINGD | 29131 | Finger Splint Dynamic |
| EV | 97003 | Occupational Therapy Eval |
| REEVAL | 97004 | Occupational Therapy Re-Eval |
| FT | 97760 | Orthotic Fitting and Training |
| | | Other |

## SUPPLIES

ace
Shoulder Kit
Theraband/Tubing
Saline
Other
Pnt Discharged

1/6/6

## DAILY NOTES

**SUBJECTIVE:**
Patient Reports _Initial evaluation completed. Please see PLE for details_

No New Complaints

**OBJECTIVE:**
Area Treated _R shoulder, R knee_

**TREATMENT PROVIDED:**

E Stim x ___ Min for ___ Pain ___ Edema ___ NMES | Iontophoresis ___ mA min x
Ice/Heat ___ Massage/CMT ___ Min ___ | Med. Admin.
Whirlpool x ___ Min at ___ deg F ___ Sterile | Phonophoresis ___ w/cm2 x
Contrast Bath ___ Compression Device x ___ min @ ___ mmHg | Traction Cervical/Pelvic
Ultrasound Cont/Pulse ___ w/ cm² x ___ min ___ ES Combo | ___ lbs. ___ min
Other

**EXERCISES - SEE FLOW SHEET:**

| | | |
|---|---|---|
| PRE's | ✓ Stretching | ✓ UBE (Bike) |
| Isotonic Wts | Pullies | Treadmill |
| Isometrics | Repetitive Movement Therapies | Stair Climber |
| Life Line/Theraband | Rhythmic Stabilization | Gait / Balance |
| Isokinetics | Hand Therapy | Lumbar Stabilization |

**MANUAL SKILLS:**

Joint Mobilization
Proprioceptive
Soft Tissue Mobilization
Splinting/Bracing
Rom Ex ___ Passive ___ Active ___ Active / Assist ___ Active / Re

**MEASUREMENTS:**

ROM ___ Manual Muscle Test ___ Girth Measurement

**ASSESSMENT:** Patient progressing, tolerating activities well
_Pt instructed in initial HEP. Able to return demonstration properly_

**PLAN:** Upgrade activities per protocol, as tolerated

Other/Comments
_Pullies next visit, cont program, R bike, UBE, + stretch, cont stretch_

PT/OT _____ Date 01/24/11

| | | | |
|---|---|---|---|
| DATE | TIME | PATIENT | REASON |
| 1/24/11 | 8:30 | REBECCA PIPER | |

ET NO. DR # DOCTOR LOCATION D.O.B.
271032 706 EDWARDS DPT STEWART PHYSICAL

ENT NO. RESPONSIBLE PARTY PH# REFERRING DR.
PIPER REBECCA PIPER 000 0000

M F ADDRESS CITY/STATE ZIP CODE

| OVER 90 | OVER 60 | OVER 30 | CURRENT | TOTAL DUE | PT | BC | CS | PAY CHOICE |
|---|---|---|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5 | 1 | 0 | |

RANCE COMPANY BA SCT POLICY I.D.

RELATIONSHIP TO INSURED

| | PRIOR BALANCE | |
|---|---|---|
| PAT | 0.00 | |
| INS | 0.00 | |

TODAY'S CHARGE
252.00

ADJUSTMENTS

TODAY'S PAYMENTS

BALANCE DUE

**DIAGNOSIS:**
R shoulder Pain 719.41
R knee Pain 719.46

**NEXT APPOINTMENT:**
Days ___ Weeks ___ Months ___

I hereby authorize my insurance benefits to be paid dire___
the above signed physician, realizing I am responsible t___
non-covered services and I hereby authorize the relea___
pertinent medical information to insurance carriers.

Patient Signature

*Stewart* Physical Therapy Clinic, Inc.

## Shoulder Evaluation

Date: 01/20/11     Chart#: 20708

Name  Rebecca Rifey     Physician  Dr. Wright

DOB  07/02/1964     Onset  08/24/10     Dx _____

Work  12hrs at computer     Hobbies _____     Sport _____

### Subjective / History of Onset:

Fell in 08/2010 hurt knee. Got progressively worse. In December stepped down stairs hurt knee. Dec 21 drained fluid + got cortisone shot in knee

Ⓛ Hand Dominant

Pain Rating: (Min 0 - 10 Max) _____  Diagnostics: X-Ray + Ⓑ  MRI +  _ CT Scan + -  Numbers done

PMHx:  Shoulder 5/10  Worse 8/9/10     Pt. Goals: 1)_____

Knee 3/10

Meds:                                           2)_____

### Objective Findings / Exam

Observation / Posture: Bruise c̄ bandage (small) on forehead, Ⓡ held arm heavily protective UE posturing, antalgic gait, ↓ willingness to move

| Shld ROM: | Left | Right | Shld MMT: | Left | Right |
|---|---|---|---|---|---|
| Flex | WNL | 90 | Flex | 5 /5 | 2 /5 |
| ABD |  | 90 | Ext | /5 | /5 |
| Ext Rot |  | ↳ (apprehension) | ABD | /5 | /5 |
| Int Rot |  | L5 | Ext Rot | /5 | /5 |
|  |  |  | Int Rot | 2 /5 | 2 /5 |

Sensory: Derma numbness and tingly

Palpation: TTP Ⓡ shoulder, spasm c̄ HIP mus

Special Tests:

| Imping Flex / Neer's | Drop Arm | AC Jt Compr. |
| Horiz Add / Int Rot | Yergason | Apprehension Ⓣⓛ |
| Hawkin's / Kennedy Ⓣⓛ | Brachial Plexus | Supraspin/Empty Can |

Painful Arc

Cervical Screen: WNL / Limited _____

Functional: can't lift debris into bathtub p̄ rest c̄ stress

LIN001296

## PLEASE DRAW YOUR PAIN

| | | | |
|---|---|---|---|
| xxx | Burning | = = | Numbness |
| '' | Stabbing | * * | Cramping |
| OO | Aching | ## | Other |





PLEASE DRAW YOUR PAIN

**LIN001297**



| | |
|---|---|
| 4125 Ben Franklin Blvd., Ste. 180<br>Durham, NC 27704<br>Telephone: (919) 479-8730<br>FAX: (919) 479-8782 | 3320 Executive Drive, Ste. 210<br>Raleigh, NC 27609<br>Telephone: (919)872-3747<br>Fax: (919)872-3414 |

3948 Forest Oaks Lane, B#E
Mebane, NC 27302
Telephone: (919) 563-1133
FAX: (919) 304-9042

PATIENT'S NAME: _Rebecca Pifer_   DATE: _____

PATIENT'S PHONE #: _____

DIAGNOSIS: _laxity, impingement R shoulder; ACL sup_

EVALUATE AND TREAT AS NEEDED: _____ _R knee_

PHONE ME FOLLOWING INITIAL EXAM: ____ YES ____ NO

FREQUENCY: _____ DURATION: _____

| | |
|---|---|
| ✓ General Strengthening / Flexibility | ____ Neuroms E. Stim |
| ✓ Increase Range of Motion | ____ TENS/E. Stim. Set-up |
| ✓ Joint Mobilization | ____ Ultrasound |
| ____ Soft Tissue Mobilizations Including | ____ Edema Reduction |
| Trigger Point Release, | ____ Pelvic/Cervical Traction |
| Myofascial Release, etc. | ____ Back to Work Conditioning |
| ✓ Home Exercise Program | Job Simulation |
| ____ Interferential E. Stim | ____ Sport Specific Rehabilitation |

____ Iontophoresis (the following information is required)

UPIN # _____   DEA # _____

____ Rx Dexamethosone Sodium Phosphate

4mg/ml   30ml vial   Administer @ 40-80mA-Min

____ Other Compound

(Patient Still Needs Rx For Medication)

SPECIAL INSTRUCTIONS: _Rehab program R shoulder_
_& R knee_

By making this referral, I hereby certify that the treatment prescribed is medically necessary.

Does the above patient require Vocational or Social Services? ____ No ____ Yes

_Paul Wright_   _1-20-11_
Physician   Date

LIN001298

**CLAIMANT:  REBECCA L PIFER**

| clm_num | chk_num | ChkFromDate | ChkThruDate | ChkDate | ben_gross_amt | chk_total_ofst_amt | chk_adj_ben_gross_amt | chk_fed_tax_withd_amt | chk_fica_tax_withd_amt | chk_adj_amt | chk_total_dedn_amt | chk_state_tax_withd_amt | ben_net_amt | rcov_ben_net_amt | NetAfterOP | Total Of chk_ofst_dedn_amt | <> | SSDB | SSDP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4087659 | 28689335 | 07/30/11 | 07/31/11 | 08/05/11 | $197.21 | $0.00 | $197.21 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $197.21 | $127.40 | $69.81 | | | | |
| 4087659 | 28713472 | 08/01/11 | 08/31/11 | 08/25/11 | $2,958.10 | $0.00 | $2,958.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,958.10 | $2,561.00 | $397.10 | | | | |
| 4087659 | 28750099 | 09/01/11 | 09/30/11 | 09/26/11 | $2,958.10 | $0.00 | $2,958.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,958.10 | $2,561.00 | $397.10 | | | | |
| 4087659 | 28785723 | 10/01/11 | 10/31/11 | 10/25/11 | $2,958.10 | $0.00 | $2,958.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,958.10 | $2,561.00 | $397.10 | | | | |
| 4087659 | 28820952 | 11/01/11 | 11/30/11 | 11/24/11 | $2,958.10 | $0.00 | $2,958.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,958.10 | $2,561.00 | $397.10 | | | | |
| 4087659 | 28855024 | 12/01/11 | 12/31/11 | 12/26/11 | $2,958.10 | $0.00 | $2,958.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,958.10 | $2,561.00 | $397.10 | | | | |
| 4087659 | 28890207 | 01/01/12 | 01/31/12 | 01/25/12 | $2,958.10 | $0.00 | $2,958.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,958.10 | $2,561.00 | $397.10 | | | | |
| 4087659 | 28923762 | 02/01/12 | 02/29/12 | 02/23/12 | $2,958.10 | $0.00 | $2,958.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,958.10 | $2,561.00 | $397.10 | | | | |
| 4087659 | 28959023 | 03/01/12 | 03/31/12 | 03/26/12 | $2,958.10 | $0.00 | $2,958.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,958.10 | $2,561.00 | $397.10 | | | | |
| 4087659 | 28989229 | 04/01/12 | 04/19/12 | 04/19/12 | $1,873.46 | $0.00 | $1,873.46 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,873.46 | $1,585.30 | $288.16 | | | | |
| 4087659 | 29216845 | 04/20/12 | 10/19/12 | 10/26/12 | $17,748.60 | $0.00 | $17,748.60 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $17,748.60 | $12,416.00 | $5,332.60 | | | | |
| 4087659 | 29237164 | 10/20/12 | 11/19/12 | 11/13/12 | $2,958.10 | $1,774.00 | $1,184.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,184.10 | $887.00 | $297.10 | $1,774.00 | | $1,774.00 | |
| 4087659 | 29272246 | 11/20/12 | 12/19/12 | 12/13/12 | $2,958.10 | $1,774.00 | $1,184.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,184.10 | $887.00 | $297.10 | $1,774.00 | | $1,774.00 | |
| 4087659 | 29309313 | 12/20/12 | 01/19/13 | 01/14/13 | $2,958.10 | $2,661.00 | $297.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $297.10 | | $297.10 | $2,661.00 | | $1,774.00 | $887.00 |
| 4087659 | 29344457 | 01/20/13 | 02/19/13 | 02/13/13 | $2,958.10 | $2,661.00 | $297.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $297.10 | | $297.10 | $2,661.00 | | $1,774.00 | $887.00 |
| 4087659 | 29377866 | 02/20/13 | 03/19/13 | 03/13/13 | $2,958.10 | $2,661.00 | $297.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $297.10 | | $297.10 | $2,661.00 | | $1,774.00 | $887.00 |
| 4087659 | 29415410 | 03/20/13 | 04/19/13 | 04/15/13 | $2,958.10 | $2,661.00 | $297.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $297.10 | | $297.10 | $2,661.00 | | $1,774.00 | $887.00 |
| 4087659 | 29448515 | 04/20/13 | 05/19/13 | 05/13/13 | $2,958.10 | $2,661.00 | $297.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $297.10 | | $297.10 | $2,661.00 | | $1,774.00 | $887.00 |
| 4087659 | 29487149 | 05/20/13 | 06/19/13 | 06/13/13 | $2,958.10 | $2,661.00 | $297.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $297.10 | | $297.10 | $2,661.00 | | $1,774.00 | $887.00 |
| 4087659 | 29523551 | 06/20/13 | 07/19/13 | 07/15/13 | $2,958.10 | $2,661.00 | $297.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $297.10 | | $297.10 | $2,661.00 | | $1,774.00 | $887.00 |
| 4087659 | 29560538 | 07/20/13 | 08/19/13 | 08/13/13 | $2,958.10 | $2,661.00 | $297.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $297.10 | | $297.10 | $2,661.00 | | $1,774.00 | $887.00 |
| 4087659 | 29599128 | 08/20/13 | 09/19/13 | 09/13/13 | $2,958.10 | $2,661.00 | $297.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $297.10 | | $297.10 | $2,661.00 | | $1,774.00 | $887.00 |
| 4087659 | 29634766 | 09/20/13 | 10/19/13 | 10/14/13 | $2,958.10 | $2,661.00 | $297.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $297.10 | | $297.10 | $2,661.00 | | $1,774.00 | $887.00 |
| 4087659 | 29670889 | 10/20/13 | 11/19/13 | 11/13/13 | $2,958.10 | $2,661.00 | $297.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $297.10 | | $297.10 | $2,661.00 | | $1,774.00 | $887.00 |
| 4087659 | 29703193 | 11/20/13 | 12/19/13 | 12/13/13 | $2,958.10 | $2,661.00 | $297.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $297.10 | | $297.10 | $2,661.00 | | $1,774.00 | $887.00 |
| 4087659 | 29733355 | 12/20/13 | 01/19/14 | 01/13/14 | $2,958.10 | $2,661.00 | $297.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $297.10 | | $297.10 | $2,661.00 | | $1,774.00 | $887.00 |
| 4087659 | 29767658 | 01/20/14 | 02/19/14 | 02/13/14 | $2,958.10 | $2,661.00 | $297.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $297.10 | | $297.10 | $2,661.00 | | $1,774.00 | $887.00 |
| 4087659 | 29798441 | 02/20/14 | 03/19/14 | 03/13/14 | $2,958.10 | $2,661.00 | $297.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $297.10 | | $297.10 | $2,661.00 | | $1,774.00 | $887.00 |
| 4087659 | 29832225 | 03/20/14 | 04/19/14 | 04/14/14 | $2,958.10 | $2,661.00 | $297.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $297.10 | | $297.10 | $2,661.00 | | $1,774.00 | $887.00 |
| 4087659 | 29865578 | 04/20/14 | 05/19/14 | 05/13/14 | $2,958.10 | $2,661.00 | $297.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $297.10 | | $297.10 | $2,661.00 | | $1,774.00 | $887.00 |
| 4087659 | 29900052 | 05/20/14 | 06/19/14 | 06/13/14 | $2,958.10 | $2,661.00 | $297.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $297.10 | | $297.10 | $2,661.00 | | $1,774.00 | $887.00 |
| 4087659 | 29935196 | 06/20/14 | 07/19/14 | 07/14/14 | $2,958.10 | $2,661.00 | $297.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $297.10 | | $297.10 | $2,661.00 | | $1,774.00 | $887.00 |
| 4087659 | 29970742 | 07/20/14 | 08/19/14 | 08/13/14 | $2,958.10 | $2,661.00 | $297.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $297.10 | | $297.10 | $2,661.00 | | $1,774.00 | $887.00 |
| 4087659 | 30008357 | 08/20/14 | 09/19/14 | 09/15/14 | $2,958.10 | $2,661.00 | $297.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $297.10 | | $297.10 | $2,661.00 | | $1,774.00 | $887.00 |
| 4087659 | 30042379 | 09/20/14 | 10/19/14 | 10/13/14 | $2,958.10 | $2,661.00 | $297.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $297.10 | | $297.10 | $2,661.00 | | $1,774.00 | $887.00 |
| 4087659 | 30081628 | 10/20/14 | 11/19/14 | 11/13/14 | $2,958.10 | $2,661.00 | $297.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $297.10 | | $297.10 | $2,661.00 | | $1,774.00 | $887.00 |
| 4087659 | 30152938 | 12/20/14 | 01/19/15 | 01/13/15 | $2,958.10 | $2,661.00 | $297.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $297.10 | | $297.10 | $2,661.00 | | $1,774.00 | $887.00 |
| 4087659 | 30155352 | 01/14/15 | 01/14/15 | 01/14/15 | $297.10 | $0.00 | $297.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $297.10 | | $297.10 | | | | |
| 4087659 | 30189872 | 01/20/15 | 02/19/15 | 02/13/15 | $2,958.10 | $2,661.00 | $297.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $297.10 | | $297.10 | $2,661.00 | | $1,774.00 | $887.00 |
| 4087659 | 30262289 | 03/20/15 | 04/19/15 | 04/13/15 | $2,958.10 | $2,661.00 | $297.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $297.10 | | $297.10 | $2,661.00 | | $1,774.00 | $887.00 |
| 4087659 | 30287564 | 02/20/15 | 03/19/15 | 04/30/15 | $2,958.10 | $2,661.00 | $297.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $297.10 | | $297.10 | $2,661.00 | | $1,774.00 | $887.00 |
| 4087659 | 30302755 | 04/20/15 | 05/19/15 | 05/13/15 | $2,958.10 | $2,661.00 | $297.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $297.10 | | $297.10 | $2,661.00 | | $1,774.00 | $887.00 |
| 4087659 | 46877179 | 05/20/15 | 06/19/15 | 06/15/15 | $2,958.10 | $2,661.00 | $297.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $297.10 | | $297.10 | $2,661.00 | | $1,774.00 | $887.00 |
| 4087659 | 46895538 | 06/20/15 | 07/19/15 | 07/13/15 | $2,958.10 | $2,661.00 | $297.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $297.10 | | $297.10 | $2,661.00 | | $1,774.00 | $887.00 |
| 4087659 | 46916977 | 07/20/15 | 08/19/15 | 08/13/15 | $2,958.10 | $2,661.00 | $297.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $297.10 | | $297.10 | $2,661.00 | | $1,774.00 | $887.00 |
| 4087659 | 46937026 | 08/20/15 | 09/19/15 | 09/14/15 | $2,958.10 | $2,661.00 | $297.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $297.10 | | $297.10 | $2,661.00 | | $1,774.00 | $887.00 |
| 4087659 | 46957491 | 09/20/15 | 10/19/15 | 10/13/15 | $2,958.10 | $2,661.00 | $297.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $297.10 | | $297.10 | $2,661.00 | | $1,774.00 | $887.00 |
| 4087659 | 46978412 | 10/20/15 | 11/19/15 | 11/13/15 | $2,958.10 | $2,661.00 | $297.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $297.10 | | $297.10 | $2,661.00 | | $1,774.00 | $887.00 |
| 4087659 | 46998723 | 11/20/15 | 12/19/15 | 12/14/15 | $2,958.10 | $2,661.00 | $297.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $297.10 | | $297.10 | $2,661.00 | | $1,774.00 | $887.00 |
| 4087659 | 47020191 | 12/20/15 | 01/19/16 | 01/13/16 | $2,958.10 | $2,661.00 | $297.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $297.10 | | $297.10 | $2,661.00 | | $1,774.00 | $887.00 |
| 4087659 | 47041632 | 01/20/16 | 02/19/16 | 02/15/16 | $2,958.10 | $2,661.00 | $297.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $297.10 | | $297.10 | $2,661.00 | | $1,774.00 | $887.00 |
| 4087659 | 47062858 | 02/20/16 | 03/19/16 | 03/14/16 | $2,958.10 | $2,661.00 | $297.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $297.10 | | $297.10 | $2,661.00 | | $1,774.00 | $887.00 |

LIN001299

| clm_num | chk_num | ChkFromDate | ChkThruDate | ChkDate | ben_gross_amt | chk_total_ofst_amt | chk_adj_ben_gross_amt | chk_fed_tax_withd_amt | chk_fica_tax_withd_amt | chk_adj_amt | chk_state_total_dedn_amt | chk_state_tax_withd_amt | ben_net_amt | rcov_ben_net_amt | Total Of chk_ofst_de NetAfterOP | dn_amt | <> | SSDB | SSDP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4087659 | 47084165 | 03/20/16 | 04/19/16 | 04/13/16 | $2,958.10 | $2,661.00 | $297.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $297.10 | | $297.10 | $2,661.00 | | $1,774.00 | $887.00 |
| 4087659 | 47105790 | 04/20/16 | 05/19/16 | 05/13/16 | $2,958.10 | $2,661.00 | $297.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $297.10 | | $297.10 | $2,661.00 | | $1,774.00 | $887.00 |
| 4087659 | 47126982 | 05/20/16 | 06/19/16 | 06/13/16 | $2,958.10 | $2,661.00 | $297.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $297.10 | | $297.10 | $2,661.00 | | $1,774.00 | $887.00 |
| 4087659 | 47149776 | 06/20/16 | 07/19/16 | 07/13/16 | $2,958.10 | $2,661.00 | $297.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $297.10 | | $297.10 | $2,661.00 | | $1,774.00 | $887.00 |
| 4087659 | 47172556 | 07/20/16 | 08/19/16 | 08/15/16 | $2,958.10 | $2,661.00 | $297.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $297.10 | | $297.10 | $2,661.00 | | $1,774.00 | $887.00 |
| 4087659 | 47194235 | 08/20/16 | 09/19/16 | 09/13/16 | $2,958.10 | $2,661.00 | $297.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $297.10 | | $297.10 | $2,661.00 | | $1,774.00 | $887.00 |
| 4087659 | 47216665 | 09/20/16 | 10/19/16 | 10/13/16 | $2,958.10 | $2,661.00 | $297.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $297.10 | | $297.10 | $2,661.00 | | $1,774.00 | $887.00 |
| 4087659 | 47239973 | 10/20/16 | 11/19/16 | 11/14/16 | $2,958.10 | $2,661.00 | $297.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $297.10 | | $297.10 | $2,661.00 | | $1,774.00 | $887.00 |
| 4087659 | 47263209 | 11/20/16 | 12/19/16 | 12/13/16 | $2,958.10 | $2,661.00 | $297.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $297.10 | | $297.10 | $2,661.00 | | $1,774.00 | $887.00 |
| 4087659 | 47286391 | 12/20/16 | 01/19/17 | 01/13/17 | $2,958.10 | $2,661.00 | $297.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $297.10 | | $297.10 | $2,661.00 | | $1,774.00 | $887.00 |
| 4087659 | 47309610 | 01/20/17 | 02/19/17 | 02/13/17 | $2,958.10 | $2,661.00 | $297.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $297.10 | | $297.10 | $2,661.00 | | $1,774.00 | $887.00 |
| 4087659 | 47333802 | 02/20/17 | 03/19/17 | 03/13/17 | $2,958.10 | $2,661.00 | $297.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $297.10 | | $297.10 | $2,661.00 | | $1,774.00 | $887.00 |
| 4087659 | 47357781 | 03/20/17 | 04/19/17 | 04/13/17 | $2,958.10 | $2,661.00 | $297.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $297.10 | | $297.10 | $2,661.00 | | $1,774.00 | $887.00 |
| 4087659 | 47382068 | 04/20/17 | 05/19/17 | 05/15/17 | $2,958.10 | $2,661.00 | $297.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $297.10 | | $297.10 | $2,661.00 | | $1,774.00 | $887.00 |
| 4087659 | 47405068 | 05/20/17 | 06/19/17 | 06/13/17 | $2,958.10 | $2,661.00 | $297.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $297.10 | | $297.10 | $2,661.00 | | $1,774.00 | $887.00 |
| 4087659 | 47429518 | 06/20/17 | 07/19/17 | 07/13/17 | $2,958.10 | $2,661.00 | $297.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $297.10 | | $297.10 | $2,661.00 | | $1,774.00 | $887.00 |
| 4087659 | 47454071 | 07/20/17 | 08/19/17 | 08/14/17 | $2,958.10 | $2,661.00 | $297.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $297.10 | | $297.10 | $2,661.00 | | $1,774.00 | $887.00 |
| 4087659 | 47478801 | 08/20/17 | 09/19/17 | 09/13/17 | $2,958.10 | $2,661.00 | $297.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $297.10 | | $297.10 | $2,661.00 | | $1,774.00 | $887.00 |
| 4087659 | 47503998 | 09/20/17 | 10/19/17 | 10/13/17 | $2,958.10 | $2,661.00 | $297.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $297.10 | | $297.10 | $2,661.00 | | $1,774.00 | $887.00 |
| 4087659 | 47529316 | 10/20/17 | 11/19/17 | 11/13/17 | $2,958.10 | $2,661.00 | $297.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $297.10 | | $297.10 | $2,661.00 | | $1,774.00 | $887.00 |
| 4087659 | 47556255 | 11/20/17 | 12/19/17 | 12/13/17 | $2,958.10 | $2,661.00 | $297.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $297.10 | | $297.10 | $2,661.00 | | $1,774.00 | $887.00 |
| 4087659 | 47583658 | 12/20/17 | 01/19/18 | 01/15/18 | $2,958.10 | $2,661.00 | $297.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $297.10 | | $297.10 | $2,661.00 | | $1,774.00 | $887.00 |
| 4087659 | 47610895 | 01/20/18 | 02/19/18 | 02/13/18 | $2,958.10 | $2,661.00 | $297.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $297.10 | | $297.10 | $2,661.00 | | $1,774.00 | $887.00 |
| 4087659 | 47638722 | 02/20/18 | 03/19/18 | 03/13/18 | $2,958.10 | $2,661.00 | $297.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $297.10 | | $297.10 | $2,661.00 | | $1,774.00 | $887.00 |
| 4087659 | 47667693 | 03/20/18 | 04/19/18 | 04/13/18 | $2,958.10 | $2,661.00 | $297.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $297.10 | | $297.10 | $2,661.00 | | $1,774.00 | $887.00 |
| 4087659 | 47696370 | 04/20/18 | 05/19/18 | 05/14/18 | $2,958.10 | $2,661.00 | $297.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $297.10 | | $297.10 | $2,661.00 | | $1,774.00 | $887.00 |
| 4087659 | 47726204 | 05/20/18 | 06/19/18 | 06/13/18 | $2,958.10 | $2,661.00 | $297.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $297.10 | | $297.10 | $2,661.00 | | $1,774.00 | $887.00 |
| 4087659 | 47755431 | 06/20/18 | 07/19/18 | 07/13/18 | $2,958.10 | $2,661.00 | $297.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $297.10 | | $297.10 | $2,661.00 | | $1,774.00 | $887.00 |
| 4087659 | 47776469 | 07/01/18 | 07/19/18 | 08/01/18 | $561.77 | $0.00 | $561.77 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $561.77 | | $561.77 | | | | |
| 4087659 | 47784277 | 07/20/18 | 08/18/18 | 08/13/18 | $2,958.10 | $1,774.00 | $1,184.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,184.10 | | $1,184.10 | $1,774.00 | | $1,774.00 | |
| 4087659 | 47817218 | 08/20/18 | 09/18/18 | 09/13/18 | $2,958.10 | $1,774.00 | $1,184.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,184.10 | | $1,184.10 | $1,774.00 | | $1,774.00 | |
| 4087659 | 47849001 | 09/20/18 | 10/18/18 | 10/15/18 | $2,958.10 | $1,774.00 | $1,184.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,184.10 | | $1,184.10 | $1,774.00 | | $1,774.00 | |
| 4087659 | 47879401 | 10/20/18 | 11/18/18 | 11/13/18 | $2,958.10 | $1,774.00 | $1,184.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,184.10 | | $1,184.10 | $1,774.00 | | $1,774.00 | |
| 4087659 | 47911828 | 11/20/18 | 12/18/18 | 12/13/18 | $2,958.10 | $1,774.00 | $1,184.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,184.10 | | $1,184.10 | $1,774.00 | | $1,774.00 | |
| 4087659 | 47942641 | 12/20/18 | 01/18/19 | 01/14/19 | $2,958.10 | $1,774.00 | $1,184.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,184.10 | | $1,184.10 | $1,774.00 | | $1,774.00 | |
| 4087659 | 47974650 | 01/20/19 | 02/18/19 | 02/13/19 | $2,958.10 | $1,774.00 | $1,184.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,184.10 | | $1,184.10 | $1,774.00 | | $1,774.00 | |
| 4087659 | 48006733 | 02/20/19 | 03/18/19 | 03/13/19 | $2,958.10 | $1,774.00 | $1,184.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,184.10 | | $1,184.10 | $1,774.00 | | $1,774.00 | |
| 4087659 | 48038778 | 03/20/19 | 04/18/19 | 04/15/19 | $2,958.10 | $1,774.00 | $1,184.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,184.10 | | $1,184.10 | $1,774.00 | | $1,774.00 | |
| 4087659 | 48070560 | 04/20/19 | 05/18/19 | 05/13/19 | $2,958.10 | $1,774.00 | $1,184.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,184.10 | | $1,184.10 | $1,774.00 | | $1,774.00 | |
| 4087659 | 48106362 | 05/20/19 | 06/18/19 | 06/13/19 | $2,958.10 | $1,774.00 | $1,184.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,184.10 | | $1,184.10 | $1,774.00 | | $1,774.00 | |
| 4087659 | 48141392 | 06/20/19 | 07/18/19 | 07/15/19 | $2,958.10 | $1,774.00 | $1,184.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,184.10 | | $1,184.10 | $1,774.00 | | $1,774.00 | |
| 4087659 | 48174585 | 07/20/19 | 08/18/19 | 08/13/19 | $2,958.10 | $1,774.00 | $1,184.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,184.10 | | $1,184.10 | $1,774.00 | | $1,774.00 | |
| 4087659 | 48210090 | 08/20/19 | 09/18/19 | 09/13/19 | $2,958.10 | $1,774.00 | $1,184.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,184.10 | | $1,184.10 | $1,774.00 | | $1,774.00 | |
| 4087659 | 100000687 | 09/20/19 | 10/19/19 | 10/14/19 | $2,958.10 | $1,774.00 | $1,184.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,184.10 | | $1,184.10 | $1,774.00 | | $1,774.00 | |
| 4087659 | 100198428 | 10/20/19 | 11/19/19 | 11/13/19 | $2,958.10 | $1,774.00 | $1,184.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,184.10 | | $1,184.10 | $1,774.00 | | $1,774.00 | |
| 4087659 | 100398205 | 11/20/19 | 12/19/19 | 12/13/19 | $2,958.10 | $1,774.00 | $1,184.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,184.10 | | $1,184.10 | $1,774.00 | | $1,774.00 | |
| 4087659 | 100593461 | 12/20/19 | 01/19/20 | 01/13/20 | $2,958.10 | $1,774.00 | $1,184.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,184.10 | | $1,184.10 | $1,774.00 | | $1,774.00 | |
| 4087659 | 100802634 | 01/20/20 | 02/19/20 | 02/13/20 | $2,958.10 | $1,774.00 | $1,184.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,184.10 | | $1,184.10 | $1,774.00 | | $1,774.00 | |
| 4087659 | 101003649 | 02/20/20 | 03/19/20 | 03/13/20 | $2,958.10 | $1,774.00 | $1,184.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,184.10 | | $1,184.10 | $1,774.00 | | $1,774.00 | |
| 4087659 | 101196659 | 03/20/20 | 04/19/20 | 04/13/20 | $2,958.10 | $1,774.00 | $1,184.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,184.10 | | $1,184.10 | $1,774.00 | | $1,774.00 | |
| 4087659 | 101397345 | 04/20/20 | 05/19/20 | 05/13/20 | $2,958.10 | $1,774.00 | $1,184.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,184.10 | | $1,184.10 | $1,774.00 | | $1,774.00 | |
| 4087659 | 101593590 | 05/20/20 | 06/19/20 | 06/15/20 | $2,958.10 | $1,774.00 | $1,184.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,184.10 | | $1,184.10 | $1,774.00 | | $1,774.00 | |
| 4087659 | 101775770 | 06/20/20 | 07/19/20 | 07/13/20 | $2,958.10 | $1,774.00 | $1,184.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,184.10 | | $1,184.10 | $1,774.00 | | $1,774.00 | |

LIN001300

| clm_num | chk_num | ChkFromDate | ChkThruDate | ChkDate | ben_gross_amt | chk_total_ofst_amt | chk_adj_ben_gross_amt | chk_fed_tax_withd_amt | chk_fica_tax_withd_amt | chk_adj_amt | chk_total_dedn_amt | chk_state_tax_withd_amt | ben_net_amt | rcov_ben_net_amt | NetAfterOP | Total Of chk_ofst_dedn_amt | <> | SSDB | SSDP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4087659 | 101999358 | 07/20/20 | 08/19/20 | 08/13/20 | $2,958.10 | $1,774.00 | $1,184.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,184.10 | | $1,184.10 | $1,774.00 | | $1,774.00 | |
| 4087659 | 102223396 | 08/20/20 | 09/19/20 | 09/14/20 | $2,958.10 | $1,774.00 | $1,184.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,184.10 | | $1,184.10 | $1,774.00 | | $1,774.00 | |
| 4087659 | 102439122 | 09/20/20 | 10/19/20 | 10/13/20 | $2,958.10 | $1,774.00 | $1,184.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,184.10 | | $1,184.10 | $1,774.00 | | $1,774.00 | |
| 4087659 | 102666580 | 10/20/20 | 11/19/20 | 11/13/20 | $2,958.10 | $1,774.00 | $1,184.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,184.10 | | $1,184.10 | $1,774.00 | | $1,774.00 | |
| 4087659 | 102878041 | 11/20/20 | 12/19/20 | 12/14/20 | $2,958.10 | $1,774.00 | $1,184.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,184.10 | | $1,184.10 | $1,774.00 | | $1,774.00 | |
| 4087659 | 103098809 | 12/20/20 | 01/19/21 | 01/13/21 | $2,958.10 | $1,774.00 | $1,184.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,184.10 | | $1,184.10 | $1,774.00 | | $1,774.00 | |
| 4087659 | 103331472 | 01/20/21 | 02/19/21 | 02/15/21 | $2,958.10 | $1,774.00 | $1,184.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,184.10 | | $1,184.10 | $1,774.00 | | $1,774.00 | |
| 4087659 | 103533054 | 02/20/21 | 03/19/21 | 03/15/21 | $2,958.10 | $1,774.00 | $1,184.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,184.10 | | $1,184.10 | $1,774.00 | | $1,774.00 | |
| 4087659 | 103747947 | 03/20/21 | 04/19/21 | 04/13/21 | $2,958.10 | $1,774.00 | $1,184.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,184.10 | | $1,184.10 | $1,774.00 | | $1,774.00 | |
| 4087659 | 103972259 | 04/20/21 | 05/19/21 | 05/13/21 | $2,958.10 | $1,774.00 | $1,184.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,184.10 | | $1,184.10 | $1,774.00 | | $1,774.00 | |
| | | | | | $346,069.14 | $239,490.00 | $106,579.14 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $106,579.14 | $36,390.70 | $70,188.44 | $239,490.00 | | | |

LIN001301