IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No. 1:22-cv-00186-WO-JLW

| | |
|---|---|
| REBECCA PIFER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| LINCOLN LIFE ASSURANCE | ) |
| COMPANY OF BOSTON, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |
| | ) |

## **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56 and LR 56.1, Defendant Lincoln Life Assurance Company of Boston n/k/a The Lincoln National Life Insurance Company ("Lincoln") moves the Court for entry of summary judgment against Plaintiff Rebecca Pifer. The ground for this motion is that the evidence before the Court shows that there is no genuine dispute as to any material fact and Lincoln is entitled to judgement as a matter of law. Lincoln is filing a supporting brief with this motion.

Lincoln moves the Court to render summary judgment as to all claims alleged by Plaintiff in this action and to order that all such claims are dismissed with prejudice.

Respectfully submitted this the 31st day of October, 2022.

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

/s/ *Vanessa N. Garrido*
Vanessa N. Garrido (N.C. Bar No. 53470)
8529 Six Forks Road
Forum IV, Suite 600
Raleigh, North Carolina 27615
Telephone: 919-789-3194
Facsimile: 919-783-9412
Email: vanessa.garrido@ogletree.com

and

OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.
/s/ *W. Kyle Dillard*
W. Kyle Dillard (S.C. State Bar # 69408) *by Special Appearance*
300 North Main Street, Suite 500
Greenville, SC 29601
Telephone: 864-240-8317
Facsimile: 864-235-8806
kyle.dillard@ogletree.com
*Attorneys for Defendant*

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that on this date a copy of the foregoing **DEFENDANT'S MOTION FOR SUMMARY** was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Andrew Whiteman
Whiteman Law Firm
5400 Glenwood Avenue, Suite 225
Raleigh, NC 27612
aow@whiteman-law.com

This the 31st day of October, 2022.

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

/s/  *Vanessa N. Garrido*
Vanessa N. Garrido (N.C.  Bar No. 53470)
8529 Six Forks Road
Forum IV, Suite 600
Raleigh, North Carolina 27615
Telephone: 919-789-3194
Facsimile: 919-783-9412
Email: vanessa.garrido@ogletree.com

and

/s/  *W. Kyle Dillard*
W. Kyle Dillard (S.C. State Bar # 69408) *by Special Appearance*
300 North Main Street, Suite 500
Greenville, SC 29601
Telephone: 864-240-8317
Facsimile: 864-235-8806
kyle.dillard@ogletree.com
*Attorneys for Defendant*

53589545.v1-OGLETREE