IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No. 1:22-cv-00186-WO-JLW

| | | |
|---|---|---|
| REBECCA PIFER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LINCOLN LIFE ASSURANCE | ) | **MOTION FOR EXTENSION OF** |
| COMPANY OF BOSTON, | ) | **TIME** |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

Defendant Lincoln Life Assurance Company of Boston ("Defendant"), by and through counsel, and pursuant to LR 7.3 and 6.1, hereby moves the Court for an extension of time up to and including, Wednesday, November 30, 2022 for Defendant to respond to Plaintiff's Motion for Summary Judgment. In support of this Motion, Defendant respectfully states the following:

1. Plaintiff Rebecca Pifer ("Plaintiff") filed this action in the United States Court for the Middle District of North Carolina on March 9, 2022. [DE 1].

2. The Court established a joint deadline for the parties to file cross-motions for summary judgment on October 31, 2022. [DE 14].

3. On October 24, 2022, Plaintiff filed her Motion for Summary Judgment [DE 20] and Brief in support [DE 21].

1

4. On October 31, 2022, Defendant filed its Motion for Summary Judgment [DE 23] and Brief in Support [DE 24].

5. The docket currently states Defendant's deadline to respond to Plaintiff's Motion for Summary Judgment is November 14, 2022 (21 days from the filing of Plaintiff's Motion), whereas Plaintiff's deadline to respond to Defendant's Motion for Summary Judgment is November 30, 2022 (30 days from the filing of Defendant's Motion).

6. Pursuant to LR 56.1(d), responsive briefs are due "within 30 days after service of the summary judgment motion and brief." LR 56.1(d).

7. Therefore, if Defendant's deadline to respond to Plaintiff's Motion is to be calculated from the early filing of Plaintiff's Motion of October 24, 2022, then the docket should reflect a 30-day responsive deadline, up to and including, Wednesday, November 23, 2022 for Defendant to respond to Plaintiff's Motion for Summary Judgment.

8. Defendant avers that given the nature of proceeding on cross-motions for summary judgment in ERISA matters, the parties' respective responses should be due on the same day, 30 days from the Court's deadline for cross-motions, which is November 30, 2022. If one party is required to file its Response seven days before the other, then the latter receives the unfair advantage of being to permitted to file a Response Brief and Reply simultaneously. Defendant respectfully asserts that both parties' Responses should be due on the same day, as the Joint Rule 26(f) Conference Report

contemplates. Accordingly, Defendant moves the Court for an extension of time, up to and including, Wednesday, November 30, 2022 for Defendant to respond to Plaintiff's Motion for Summary Judgment.

9. The Motion is made for good cause and not for the purpose of undue delay and is being submitted before the expiration of the current deadline for Defendant to respond to Plaintiff's Motion for Summary Judgment.

10. Defendant has not previously filed a motion for extension of time to respond to Plaintiff's Motion for Summary Judgment.

11. Defendant's counsel has conferred with Plaintiff's counsel regarding the Motion. Plaintiff's counsel has given his consent to Defendant's request for an extension of time up to and including November 30, 2022.

12. A proposed orders are attached hereto.

WHEREFORE, Defendant respectfully requests an extension of time up to and including, Wednesday, November 30, 2022 for Defendant to respond to Plaintiff's Motion for Summary Judgment

Respectfully submitted this the 31st day of October, 2022.

> OGLETREE, DEAKINS, NASH,
>  SMOAK & STEWART, P.C.
>
> /s/  *Vanessa N. Garrido*
> Vanessa N. Garrido (N.C.  Bar No. 53470)
> 8529 Six Forks Road
> Forum IV, Suite 600
> Raleigh, North Carolina 27615
> Telephone: 919-789-3194
> Facsimile: 919-783-9412

3

Email: vanessa.garrido@ogletree.com

and

OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.

/s/  *W. Kyle Dillard*

W. Kyle Dillard (S.C. State Bar # 69408) *by Special Appearance*
300 North Main Street, Suite 500
Greenville, SC 29601
Telephone: 864-240-8317
Facsimile: 864-235-8806
kyle.dillard@ogletree.com
*Attorneys for Defendant*

4

# <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on this date a copy of the foregoing **MOTION FOR EXTENSION OF TIME** was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Andrew Whiteman
Whiteman Law Firm
5400 Glenwood Avenue, Suite 225
Raleigh, NC 27612
aow@whiteman-law.com

This the 31st day of October, 2022.

OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.

/s/ *Vanessa N. Garrido*
Vanessa N. Garrido (N.C. Bar No. 53470)
8529 Six Forks Road
Forum IV, Suite 600
Raleigh, North Carolina 27615
Telephone: 919-789-3194
Facsimile: 919-783-9412
Email: vanessa.garrido@ogletree.com

and

/s/ *W. Kyle Dillard*
W. Kyle Dillard (S.C. State Bar # 69408) *by Special Appearance*
300 North Main Street, Suite 500
Greenville, SC 29601
Telephone: 864-240-8317
Facsimile: 864-235-8806
kyle.dillard@ogletree.com
*Attorneys for Defendant*

5