IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No. 1:22-cv-00186-WO-JLW

| | | |
|---|---|---|
| REBECCA PIFER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **EXPEDITED MOTION FOR** |
| LINCOLN LIFE ASSURANCE | ) | **RULING ON CONSENT MOTION** |
| COMPANY OF BOSTON, | ) | **FOR EXTENSION OF TIME** |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

Defendant Lincoln Life Assurance Company of Boston ("Defendant"), by and through counsel, and pursuant to LR 7.3, hereby moves the Court for an Order ruling on the Consent Motion for Extension of Time to respond to Plaintiff's Motion for Summary Judgment. [DE 25]. In support of this Motion, Defendant respectfully states the following:

1. Plaintiff Rebecca Pifer ("Plaintiff") filed this action in the United States Court for the Middle District of North Carolina on March 9, 2022. [DE 1].

2. The Court established a joint deadline for the parties to file cross-motions for summary judgment on October 31, 2022. [DE 14].

3. On October 24, 2022, Plaintiff filed her Motion for Summary Judgment [DE 20] and Brief in support [DE 21].

4. On October 31, 2022, Defendant filed its Motion for Summary Judgment [DE 23] and Brief in Support [DE 24].

1

5. The docket currently states Defendant's deadline to respond to Plaintiff's Motion for Summary Judgment is today, November 14, 2022 (21 days from the filing of Plaintiff's Motion), whereas Plaintiff's deadline to respond to Defendant's Motion for Summary Judgment is November 30, 2022 (30 days from the filing of Defendant's Motion).

6. Pursuant to LR 56.1(d), responsive briefs are due "within 30 days after service of the summary judgment motion and brief." LR 56.1(d).

7. On October 31, 2022, Defendant filed a Consent Motion for Extension of Time to respond to Plaintiff's Motion for Summary Judgment. [DE 25].

8. Defendant's counsel conferred with Plaintiff's counsel regarding the Motion. Plaintiff's counsel consented to Defendant's request for an extension of time up to and including November 30, 2022.

9. Defendant had not previously filed a motion for extension of time to respond to Plaintiff's Motion for Summary Judgment.

10. The motion for extension of time was submitted before the expiration of the current deadline for Defendant to respond to Plaintiff's Motion for Summary Judgment.

11. On October 31, 2022, the Court entered a "Docket Text" stating the Consent Motion for Extension of Time was submitted to the Honorable Judge Osteen, Jr. [Docket Text entered on 10/31/2022].

12. As of the date of this filing, Defendant has not received a ruling on its Consent Motion for Extension of Time.

13. The Motion is made for good cause and not for the purpose of undue delay.

14. A proposed order is attached hereto.

WHEREFORE, Defendant respectfully requests an Order granting Defendant's Consent Motion for Extension of Time [DE 25] and including, Wednesday, November 30, 2022 for Defendant to respond to Plaintiff's Motion for Summary Judgment.

Respectfully submitted this the 14th day of November, 2022.

OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.

/s/ *Vanessa N. Garrido*
Vanessa N. Garrido (N.C. Bar No. 53470)
8529 Six Forks Road
Forum IV, Suite 600
Raleigh, North Carolina 27615
Telephone: 919-789-3194
Facsimile: 919-783-9412
Email: vanessa.garrido@ogletree.com

and

OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.
/s/ *W. Kyle Dillard*
W. Kyle Dillard (S.C. State Bar # 69408) *by Special Appearance*
300 North Main Street, Suite 500
Greenville, SC 29601
Telephone: 864-240-8317
Facsimile: 864-235-8806
kyle.dillard@ogletree.com
*Attorneys for Defendant*

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date a copy of the foregoing **EXPEDITED MOTION FOR RULING ON CONSENT MOTION FOR EXTENSION OF TIME** was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Andrew Whiteman
Whiteman Law Firm
5400 Glenwood Avenue, Suite 225
Raleigh, NC 27612
aow@whiteman-law.com

Respectfully submitted this the 14th day of November, 2022.

> OGLETREE, DEAKINS, NASH,
>  SMOAK & STEWART, P.C.
>
> /s/ *Vanessa N. Garrido*
> Vanessa N. Garrido (N.C.  Bar No. 53470)
> 8529 Six Forks Road
> Forum IV, Suite 600
> Raleigh, North Carolina 27615
> Telephone: 919-789-3194
> Facsimile: 919-783-9412
> Email: vanessa.garrido@ogletree.com
>
> and
>
> /s/ *W. Kyle Dillard*
> W. Kyle Dillard (S.C. State Bar # 69408) *by Special Appearance*
> 300 North Main Street, Suite 500
> Greenville, SC 29601
> Telephone: 864-240-8317
> Facsimile: 864-235-8806
> kyle.dillard@ogletree.com
> *Attorneys for Defendant*

4