IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No. 1:22-cv-00186-WO-JLW

REBECCA PIFER,                            )
                                          )
            Plaintiff,                    )
                                          )
v.                                        )
                                          )    **BRIEF IN SUPPORT OF**
LINCOLN LIFE ASSURANCE                    )    **EXPEDITED MOTION FOR**
COMPANY OF BOSTON,                        )    **RULING ON CONSENT MOTION**
                                          )    **FOR EXTENSION OF TIME**
            Defendants.                   )
                                          )
                                          )
                                          )
                                          )

NOW COMES Defendant Lincoln Life Assurance Company of Boston ("Defendant"), by and through counsel, in support of its Expedited Motion for Ruling on Consent Motion for Extension of Time to respond to Plaintiff's Motion for Summary Judgment.

## INTRODUCTION

Defendant respectfully seeks a ruling on its Consent Motion for an Extension of Time to respond to Plaintiff's Motion for Summary Judgment. [DE 25].

## STATEMENT OF THE FACTS

Plaintiff Rebecca Pifer ("Plaintiff") filed this action in the United States Court for the Middle District of North Carolina on March 9, 2022. [DE 1]. The Court established a joint deadline for the parties to file cross-motions for summary judgment on October 31, 2022. [DE 14].

1

On October 24, 2022, Plaintiff filed her Motion for Summary Judgment [DE 20] and Brief in support [DE 21]. On October 31, 2022, Defendant filed its Motion for Summary Judgment [DE 23] and Brief in Support [DE 24].

On October 31, 2022, Defendant filed a Consent Motion for Extension of Time to respond to Plaintiff's Motion for Summary Judgment. [DE 25]. Defendant's counsel conferred with Plaintiff's counsel regarding the Motion. Plaintiff's counsel consented to Defendant's request for an extension of time up to and including November 30, 2022.

Defendant had not previously filed a motion for extension of time to respond to Plaintiff's Motion for Summary Judgment. The motion for extension of time was submitted before the expiration of the current deadline for Defendant to respond to Plaintiff's Motion for Summary Judgment.

On October 31, 2022, the Court entered a "Docket Text" stating the Consent Motion for Extension of Time was submitted to the Judge. [Docket Text entered on 10/31/2022]. As of the date of this filing, Defendant has not received a ruling on its Consent Motion for Extension of Time.

## ISSUE

I.      Whether this Court should grant Defendant's Consent Motion for Extension of Time to respond to Plaintiff's Motion for Summary Judgment?

## ARGUMENT

The docket currently states Defendant's deadline to respond to Plaintiff's Motion for Summary Judgment is today, November 14, 2022 (21 days from the filing of Plaintiff's

2

Motion), whereas Plaintiff's deadline to respond to Defendant's Motion for Summary Judgment is November 30, 2022 (30 days from the filing of Defendant's Motion). Pursuant to LR 56.1(d), responsive briefs are due "within 30 days after service of the summary judgment motion and brief." LR 56.1(d).

If Defendant's deadline to respond to Plaintiff's Motion is to be calculated from the early filing of Plaintiff's Motion of October 24, 2022, then the docket should reflect a 30-day responsive deadline, up to and including, Wednesday, November 23, 2022 for Defendant to respond to Plaintiff's Motion for Summary Judgment.

Defendant avers that given the nature of proceeding on cross-motions for summary judgment in ERISA matters, the parties' respective responses should be due on the same day, 30 days from the Court's deadline for cross-motions, which is November 30, 2022. If one party is required to file its Response seven days before the other, then the latter receives the unfair advantage of being permitted to file a Response Brief and Reply simultaneously. Defendant respectfully asserts that both parties' Responses should be due on the same day, as the Joint Rule 26(f) Conference Report contemplates.

The Motion is made for good cause and not for the purpose of undue delay. Defendant's request will not interfere with the Rule 26(f) Report.

<strong><u>CONCLUSION</u></strong>

Defendant respectfully requests that the Court enter an Order granting Defendant's Motion for an Extension of Time [DE 25], up to and including, Wednesday, November 30, 2022 for Defendant to respond to Plaintiff's Motion for Summary Judgment.

Respectfully submitted this the 14th day of November, 2022.

OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.

/s/  *Vanessa N. Garrido*
Vanessa N. Garrido (N.C.  Bar No. 53470)
8529 Six Forks Road
Forum IV, Suite 600
Raleigh, North Carolina 27615
Telephone: 919-789-3194
Facsimile: 919-783-9412
Email: vanessa.garrido@ogletree.com

and

OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.
/s/  *W. Kyle Dillard*
W. Kyle Dillard (S.C. State Bar # 69408) *by
Special Appearance*
300 North Main Street, Suite 500
Greenville, SC 29601
Telephone: 864-240-8317
Facsimile: 864-235-8806
kyle.dillard@ogletree.com
*Attorneys for Defendant*

4

53774055.v1-OGLETREE

## CERTIFICATE OF WORD COUNT

I certify that Defendants' Brief In Support of Defendant's Expedited Motion for Ruling on Consent Motion for Extension of Time contains 605 words as counted by the word count feature of Microsoft Word 2010, and thereby complies with Local Rule 7.3(d)(1).

Respectfully submitted this the 14th day of November, 2022.

OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.

/s/ *Vanessa N. Garrido*
Vanessa N. Garrido (N.C.  Bar No. 53470)
8529 Six Forks Road
Forum IV, Suite 600
Raleigh, North Carolina 27615
Telephone: 919-789-3194
Facsimile: 919-783-9412
Email: vanessa.garrido@ogletree.com

and

/s/ *W. Kyle Dillard*
W. Kyle Dillard (S.C. State Bar # 69408) *by Special Appearance*
300 North Main Street, Suite 500
Greenville, SC 29601
Telephone: 864-240-8317
Facsimile: 864-235-8806
kyle.dillard@ogletree.com
*Attorneys for Defendant*

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that on this date a copy of the foregoing **EXPEDITED MOTION FOR RULING ON CONSENT MOTION FOR EXTENSION OF TIME** was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Andrew Whiteman
Whiteman Law Firm
5400 Glenwood Avenue, Suite 225
Raleigh, NC 27612
aow@whiteman-law.com

Respectfully submitted this the 14th day of November, 2022.

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

/s/  *Vanessa N. Garrido*
Vanessa N. Garrido (N.C.  Bar No. 53470)
8529 Six Forks Road
Forum IV, Suite 600
Raleigh, North Carolina 27615
Telephone: 919-789-3194
Facsimile: 919-783-9412
Email: vanessa.garrido@ogletree.com

and

/s/  *W. Kyle Dillard*
W. Kyle Dillard (S.C. State Bar # 69408) *by Special Appearance*
300 North Main Street, Suite 500
Greenville, SC 29601
Telephone: 864-240-8317
Facsimile: 864-235-8806
kyle.dillard@ogletree.com
*Attorneys for Defendant*

6