IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No. 1:22-cv-00186-WO-JLW

| | |
|---|---|
| REBECCA PIFER,<br><br>    Plaintiff,<br><br>v.<br><br>LINCOLN LIFE ASSURANCE<br>COMPANY OF BOSTON,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

<b><u>CONSENT MOTION FOR<br>EXTENSION OF TIME</u></b>

Defendant Lincoln Life Assurance Company of Boston ("Defendant"), by and through counsel, and pursuant to LR 7.3 and 6.1, hereby moves the Court for an extension of time up to and including, Wednesday, December 14, 2022 for Defendant to reply to Plaintiff's Response to Defendant's Motion for Summary Judgment. In support of this Motion, Defendant respectfully states the following:

1. Plaintiff Rebecca Pifer ("Plaintiff") filed this action in the United States Court for the Middle District of North Carolina on March 9, 2022. [DE 1].

2. The Court established a joint deadline for the parties to file cross-motions for summary judgment on October 31, 2022. [DE 14].

3. On October 24, 2022, Plaintiff filed her Motion for Summary Judgment [DE 20] and Brief in support [DE 21].

1

4. On October 31, 2022, Defendant filed its Motion for Summary Judgment [DE 23] and Brief in Support [DE 24].

5. On November 16, 2022, Plaintiff filed her Response to Defendant's Motion for Summary Judgment ("Plaintiff's Response"). [DE 28].

6. The current deadline for Defendant to reply to Plaintiff's Response is November 30, 2022. This deadline is the same deadline for Defendant to respond to Plaintiff's Motion for Summary Judgment. [*See* DE 29, Order granting Consent Motion for Extension of Time and holding "the deadline for filing a response to Plaintiff's motion for summary judgment is hereby extended up to and including November 30, 2022."].

7. Accordingly, Defendant moves the Court for an extension of time, up to and including, Wednesday, December 14, 2022 for Defendant to reply to Plaintiff's Response to Defendant's Motion for Summary Judgment.

8. The Motion is made for good cause and not for the purpose of undue delay and is being submitted before the expiration of the current deadline for Defendant to reply.

9. Defendant has not previously filed a motion for extension of time to reply to Plaintiff's Response to Defendant's Motion for Summary Judgment.

10. Defendant's counsel has conferred with Plaintiff's counsel regarding the Motion. Plaintiff's counsel has given his consent to Defendant's request for an extension of time up to and including December 14, 2022.

11. A proposed order is attached hereto.

WHEREFORE, Defendant respectfully requests an extension of time up to and including, Wednesday, December 14, 2022 for Defendant to reply to Plaintiff's Response to Defendants' Motion for Summary Judgment.

Respectfully submitted this the 18th day of November, 2022.

OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.

/s/  *Vanessa N. Garrido*
Vanessa N. Garrido (N.C.  Bar No. 53470)
8529 Six Forks Road
Forum IV, Suite 600
Raleigh, North Carolina 27615
Telephone: 919-789-3194
Facsimile: 919-783-9412
Email: vanessa.garrido@ogletree.com

and

OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.
/s/  *W. Kyle Dillard*
W. Kyle Dillard (S.C. State Bar # 69408) *by Special Appearance*
300 North Main Street, Suite 500
Greenville, SC 29601
Telephone: 864-240-8317
Facsimile: 864-235-8806
kyle.dillard@ogletree.com
*Attorneys for Defendant*

3

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that on this date a copy of the foregoing **CONSENT MOTION FOR EXTENSION OF TIME** was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Andrew Whiteman
Whiteman Law Firm
5400 Glenwood Avenue, Suite 225
Raleigh, NC 27612
aow@whiteman-law.com

Respectfully submitted this the 18th day of November, 2022.

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

/s/  *Vanessa N. Garrido*
Vanessa N. Garrido (N.C.  Bar No. 53470)
8529 Six Forks Road
Forum IV, Suite 600
Raleigh, North Carolina 27615
Telephone: 919-789-3194
Facsimile: 919-783-9412
Email: vanessa.garrido@ogletree.com

and

/s/  *W. Kyle Dillard*
W. Kyle Dillard (S.C. State Bar # 69408) *by Special Appearance*
300 North Main Street, Suite 500
Greenville, SC 29601
Telephone: 864-240-8317
Facsimile: 864-235-8806
kyle.dillard@ogletree.com
*Attorneys for Defendant*

4