IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA


REBECCA PIFER,                    )
                                  )
            Plaintiff,            )
                                  )
      v.                          )        1:22-cv-186
                                  )
LINCOLN LIFE ASSURANCE            )
COMPANY OF BOSTON,                )
                                  )
            Defendant.            )


**<u>ORDER</u>**

This matter comes before the court upon Defendant's Consent Motion for Extension of Time. (Doc. 30.) Defendant Lincoln Life Assurance Company of Boston moves the court for an extension of time up to and including December 14, 2022, within which to file a reply to Plaintiff's Response to Defendant's Motion for Summary Judgment. After careful consideration of Defendant's motion, this court finds the motion should be granted in part. This court is not able to determine any reason for the extension of time much less what constitutes good cause. (<u>See</u> Fed. R. Civ. P. 6(b).) Defendant states in the motion that it is made "for good cause," (Doc. 30 at 2), but Defendant offers no facts to explain what constitutes good cause. If, by good cause, Defendant is again referring to same day filings in ERISA cases, (<u>see</u> <u>e.g.</u>, Doc. 25 at 2-3), this court is not aware of any

reason for such a procedure, generally in an ERISA case or any other type of case. In the absence of a factual statement explaining some cause for the extension, the motion will be granted in part only.

Defendant filed its motion for extension of time on November 18, 2022 and recites that its deadline to file a reply runs on November 30, 2022. Because this order is entered on November 29, 2022, this court will grant the motion in part and extend the the deadline for filing a reply to December 2, 2022.

**IT IS THEREFORE ORDERED** that Defendant's Consent Motion for Extension of Time, (Doc. 30), is **GRANTED IN PART** and Defendant's deadline for filing a reply is extended to December 2, 2022.

This the 29th day of November, 2022.

_____
United States District Judge