UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF NORTH CAROLINA

**MASTER TRIAL CALENDAR**

HONORABLE WILLIAM L. OSTEEN, JR., UNITED STATES DISTRICT JUDGE
HONORABLE LORETTA C. BIGGS, UNITED STATES DISTRICT JUDGE
HONORABLE JOE L. WEBSTER, UNITED STATES MAGISTRATE JUDGE

**JULY 10, 2023**
9:30 a.m.

NOTICE TO COUNSEL

Said term will begin on **July 10, 2023. Counsel will be notified of a date certain for trial closer to the start of the term. Counsel in all cases shall be prepared to appear at any time during the Master Calendar term when notified to do so by the Court. Counsel will be notified of a date certain for trial closer to the start of the term.** Any case in which a jury is selected shall be prepared to commence on 24-hour notice.

For the purposes of compliance with Fed.R.Civ.P.26(a)(3) regarding final pretrial disclosure, including the time requirements set out therein, <u>all</u> cases listed below should consider the first date of the Master Calendar as their trial date. **Unless the court orders otherwise, pretrial disclosures must be made no later than June 9, 2023. Motions in limine must be filed no later than June 16, 2023. Any objections to pretrial disclosures and responses to motions in limine must be served and promptly filed no later than June 23, 2023.**

A settlement conference in each case will ordinarily be set approximately two weeks before commencement of the Master Calendar term. Counsel are directed to bring their clients and representatives from the corporations to the settlement conference.

Jury Selection for **Judge William Osteen, Jr., will take place in Courtroom No. 1, 324 W, Market St., Greensboro, NC, and Judge Loretta C. Biggs, will take place in Courtroom No. 4, 251 N. Main St., Winston Salem, NC.** Counsel shall remain in contact with the Clerk's Office as to the position of their case(s) on the trial list.

If you are contemplating using either the District Court's or your own Digital Evidence Presentation System, please visit the Court Technology section at our website, www.ncmd.uscourts.gov. If counsel choose to use their own system, they are to contact opposing counsel and the **Judge's Case Manager** at least one week prior to commencement of the trial.

As cases are resolved, counsel may be required to appear before a **different** judge for jury selection and/or trial. The tentative trial judge is listed in parenthesis beside each case.

1:20CV01150      JUDY ALLEN v. 3M COMPANY, ET AL.      (Osteen)
**JURY: DIVERSITY-ASBESTOS LITIGATION**

| | |
|---|---|
| Plaintiff: | David C. Humen |
| | Jessica M. Dean |
| | Kevin W. Paul |
| | William Graham |
| Defendant: | Jonathan Schulz |
| | Ashley Brathwaite |
| | Curtis J. Shipley |
| | Leslie C. Packer |
| | Scottie Lee |
| | Tracy Tomlin |
| | William Starr |
| | Joshua Bennett |
| | Keith Coltrain |
| ETT: | 10 days |

1:18CV00892      JAMES MEBANE, ET AL. v. GKN DRIVELINE      (Biggs)
NORTH AMERICA, INC., ET AL.
**JURY: FAIR LABOR STANDARDS ACT**

| | |
|---|---|
| Plaintiff: | Gilda A. Hernandez |
| | Matthew D. Wright |
| | Hannah Simmons |
| | Travis Gasper |
| Defendant: | Paul DeCamp |
| | Adriana S. Kosovych |
| | Amardeep K. Bharj |
| | James J. Oh |
| | Kevin Joyner |
| ETT: | 14 days |

1:21CV00322      STEPHANIE BOTTOM v. CITY OF SALISBURY,      (Osteen)
ET AL.
**JURY: QUESTION: CIVIL RIGHTS VIOLATION**

| | |
|---|---|
| Plaintiff: | Curtis S. Holmes |
| | Ian A. Mance |
| Defendant: | Scott D. Maclatchie |
| | Christian Ferlan |
| ETT: | 3 days |

1:19CV00360     MANUEL MORENO v. KIM RUSSELL,          (Biggs)
                ET AL.
                **JURY: PRISONER CIVIL RIGHTS**
                Plaintiff:     Kearns Davis
                               Sarah Saint
                               Agustin Martinez
                Defendant:     Alex R. Williams
                               Maria Wood
                               Elliott Andrews
                ETT:           5-10 days


1:21CV00698     KAREN A. BATTLE v. WAKE FOREST UNIVERSITY     (Osteen)
                BAPTIST MEDICAL CENTER
                **JURY: JOB DISCRIMINATION (RACE)**
                Plaintiff:     Geraldine Sumter
                Defendant:     Stephen D. Dellinger
                               Elizabeth H. Pratt
                               Jasmine Little
                ETT:           3-4 days


1:19CV01195     DARRELL TRISTIAN ANDERSON v. SGT. N. KEEGAN,     (Biggs)
                ET AL.
                **JURY: PRISONER CIVIL RIGHTS**
                Plaintiff:     Andrew G. Pinto
                               Aerin Hickey
                Defendant:     Alex R. Williams
                ETT:           ?


1:21CV00769     ULTIMATE TOWING & RECOVERY, INC.     (Osteen)
                v. TENNESEE COMMERCIAL WAREHOUSE, INC.
                **JURY: BREACH OF CONTRACT**
                Plaintiff:     Andrew Brown
                               Robert Laws
                Defendant:     William S. Jackson, IV
                               Casper F. Marcinak, III
                ETT:           5 days

1:21CV00744          KATHY BYRD HARRINGTON v. SOUTHERN          (Biggs)
                     HEALTH PARTNERS, INC., ET AL.
                     **JURY: CIVIL RIGHTS ACT**
                     Plaintiff:     F. William Devore
                                    Fred William Devore, III
                     Defendant:     Walter Merritt
                                    Christina J. Banfield
                     ETT:           5 days


1:21CV0953           EMILY BARTWELL v. GRIFOLS SHARED           (Osteen)
                     SERVICES, NA, INC., ET AL.
                     **JURY: AMERICANS WITH DISABILITIES ACT**
                     Plaintiff:     Holly A. Stiles
                                    Rebecca Taylor-Parker
                                    Elizabeth L. Myerholtz
                     Defendant:     Kevin Joyner
                                    Jefferson Whisenant
                     ETT:           4-5 days


1:22CV00186          REBECCA PIFER v. LINCOLN LIFE ASSURANCE    (Osteen)
                     COMPANY OF BOSTON
                     **NON-JURY: E.R.I.S.A.**
                     Plaintiff:     Andrew Whiteman
                     Defendant:     W. Kyle Dillard
                                    Vanessa N. Garrido
                     ETT:           ?


1:21CV00938          ALAN W. KITCHEL v. UNITED STATES OF        (Osteen)
                     AMERICA
                     **NON-JURY: FEDERAL TORT CLAIMS ACT**
                     Plaintiff:     Daniel W. Smith
                                    J. Bryan Boyd
                     Defendant:     Brandon D. Zeller
                     ETT:           2 days