# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

REBECCA PIFER

        v.                                     Case No.: 1:22CV186

LINCOLN LIFE ASSURANCE
COMPANY OF BOSTON

# NOTICE OF HEARING

Take notice that a proceeding in this case has been **set** as indicated below:

|  |  |
|---|---|
| **PLACE:** | L. Richardson Preyer Bldg., 324 W. Market St., Greensboro, N.C. |
| **COURTROOM NO.:** | 1 |
| **DATE AND TIME:** | June 21, 2023 at 11:00 a.m. |
| **PROCEEDING:** | Settlement Conference |

**\*All parties are instructed to have individuals having full settlement authority present**

---

John S. Brubaker, Clerk

By:     /s/ Joy Daniel, Deputy Clerk

Date:   May 23, 2023

To:    ALL COUNSEL AND/OR PARTIES OF RECORD