IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No. 1:22-cv-00186-WO-JLW

| | |
|---|---|
| REBECCA PIFER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| LINCOLN LIFE ASSURANCE COMPANY | ) |
| OF BOSTON, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |
| | ) |

## **NOTICE OF REQUEST FOR PROTECTION FROM COURT APPEARANCES**

W. Kyle Dillard of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., an attorney for

Defendants, moves this Court for an Order of Protection from being called to trial or having any

motions or other hearings scheduled before this Honorable Court for the following periods of time:

| W. Kyle Dillard | July 12 to July 13, 2023 | Previously scheduled family commitment |
|---|---|---|
| | July 21 to August 4, 2023 | Previously scheduled family vacation |
| | August 18, 2023 | Previously scheduled family commitment |

Respectfully submitted this 26th day of May, 2023.

## **[SIGNATURE BLOCK ON FOLLOWING PAGE]**

1

Respectfully submitted,

By:    s/W. Kyle Dillard

W. Kyle Dillard (Fed. ID No. 7941)
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
300 North Main Street (29601)
PO Box 2757
Greenville, SC 29602-2757
Phone:   864-271-1300
Fax:      864-235-8806
E-mail: kyle.dillard@ogletree.com

**Attorneys for Lincoln Life Assurance Company of Boston**

2

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **NOTICE OF REQUEST FOR PROTECTION FROM COURT APPEARANCES** was electronically filed with the Clerk of the Court, using the Court's CM/ECF electronic service system, which will send notification of such filing as follows:

Andrew O. Whiteman
aow@whiteman-law.com

Dated this the 26th day of May, 2023.

Respectfully submitted,


  s/W. Kyle Dillard

W. Kyle Dillard (Fed. ID No. 7941)
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
300 North Main Street (29601)
PO Box 2757
Greenville, SC 29602-2757
Phone: 864-271-1300
Fax:    864-235-8806
E-mail: kyle.dillard@ogletree.com

**Attorneys for Lincoln Life Assurance Company of Boston**

3