United States District Court
Middle District of North Carolina
Case No. 1:22-cv-00186

Rebecca Pifer,                            )
                                          )
        Plaintiff,                        )
                                          )
                v.                        )
                                          )
Lincoln Life Assurance Company of         )
Boston,                                   )
                                          )
        Defendant.                        )
                                          )

Plaintiff's Rule 26(a)(3) Disclosures

Rebecca Pifer makes the following disclosures pursuant to Fed. R. Civ. P. 26(a)(3) and Local Rule 40.1(c).

1.      Ms. Pifer expects to present no witnesses at trial.

2.      Ms. Pifer will introduce one exhibit at trial: Exhibit 1 - Lincoln's claim file, numbered LIN000001-1301. Exhibit 1 was produced by Lincoln pursuant to the parties' Joint Rule 26(f) Conference Report (DE 13) and was filed by Ms. Pifer on October 24, 2022 as Attachment 1 to her brief in support of her motion for summary judgment (DE 21).

May 30, 2023                      /s/ Andrew Whiteman
Date                              Andrew Whiteman
                                  N.C. State Bar Number 9523
                                  Whiteman Law Firm
                                  5400 Glenwood Ave., Suite 225
                                  Raleigh, North Carolina 27612
                                  Tel: (919) 571-8300

Fax: (919) 571-1004
aow@whiteman-law.com

Case 1:22-cv-00186-WO-JLW    Document 38    Filed 05/30/23    Page 2 of 3

<u>Certificate of Service</u>

The undersigned hereby certifies that a copy of the foregoing was filed

electronically with the United States District Court for the Middle District of North

Carolina, with notice of case activity to be generated and sent electronically to the

following attorneys of record registered to receive such service:

W. Kyle Dillard
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
300 North Main Street, Suite 500
Greenville, SC 29601
kyle.dillard@ogletree.com

Vanessa N. Garrido
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
8529 Six Forks Road
Forum IV, Suite 600
Raleigh, NC 27615
vanessa.garrido@ogletree.com

*Attorneys for Defendant*


May 30, 2023                                          /s/ Andrew Whiteman
Date                                                 Andrew Whiteman
                                                     N.C. State Bar number 9523
                                                     Whiteman Law Firm
                                                     5400 Glenwood Avenue, Suite 225
                                                     Raleigh, North Carolina 27612
                                                     (919) 571-8300 (Telephone)
                                                     (919) 571-1004 (Facsimile)
                                                     aow@whiteman-law.com

3