IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No. 1:22-cv-00186-WO-JLW

| | |
|---|---|
| REBECCA PIFER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |
| | ) |
| | ) |

## <u>NOTICE OF REQUEST FOR PROTECTION FROM COURT APPEARANCES</u>

Vanessa N. Garrido of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., an attorney for

Defendant, moves this Court for an Order of Protection from being called to trial or having any

motions or other hearings scheduled before this Honorable Court for the following periods of time:

| Vanessa N. Garrido | July 11 to July 14, 2023 | (Previously scheduled arbitration hearing) |
|---|---|---|
| | July 24 to July 28, 2023 | (Previously scheduled trial) |
| | August 14 to August 18, 2023 | (Previously scheduled vacation) |

Respectfully submitted this 7th day of June, 2023.


**[SIGNATURE BLOCK ON FOLLOWING PAGE]**

1

Respectfully submitted,

By:  /s/ Vanessa N. Garrido

Vanessa N. Garrido (N.C. Bar No. 53470)
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
8529 Six Forks Road
Forum IV, Suite 600
Raleigh, North Carolina  27615
Telephone:      919-789-3194
Facsimile:      919-783-3142
E-mail:   vanessa.garrido@ogletree.com

**Attorneys for Defendant Lincoln Life
Assurance Company of Boston**

2

56594540.v1-OGLETREE

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that the foregoing **NOTICE OF REQUEST FOR PROTECTION FROM COURT APPEARANCES** was electronically filed with the Clerk of Court, using the Court's CM/ECF electronic service system, which will send notification of such filing as follows:

Andrew O. Whiteman
Email: aow@whiteman-law.com
*Attorneys for Plaintiff*

Dated this the 7th day of June, 2023.

Respectfully submitted,

By: ___/s/ Vanessa N. Garrido___

Vanessa N. Garrido (N.C. Bar No. 53470)
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
8529 Six Forks Road
Forum IV, Suite 600
Raleigh, North Carolina 27615
Telephone: 919-789-3194
Facsimile: 919-783-3142
E-mail: vanessa.garrido@ogletree.com

**Attorneys for Defendant Lincoln Life Assurance Company of Boston**

3