United States District Court
Middle District of North Carolina
Case No. 1:22-cv-00186

| | |
|---|---|
| Rebecca Pifer, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Lincoln Life Assurance Company of Boston, | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |

Certificate of Word Count

Pursuant to LR 7.3 of the Rules of Practice and Procedure, the undersigned

certifies that the body of the brief, headings, and footnotes in Plaintiff's Trial Brief (DE

41), but excluding the caption, signature lines, and the certificate of service, and this

certificate of word count, contains 287 words. In making this certification, the

undersigned relies on the word count feature of Microsoft Word.


June 20, 2023
Date

/s/ Andrew Whiteman
Andrew Whiteman
N.C. State Bar number 9523
Whiteman Law Firm
5400 Glenwood Avenue, Suite 225
Raleigh, North Carolina 27612
(919) 571-8300 (Telephone)
(919) 571-1004 (Facsimile)
aow@whiteman-law.com

<u>Certificate of Service</u>

The undersigned hereby certifies that a copy of the foregoing was filed

electronically with the United States District Court for the Middle District of North

Carolina, with notice of case activity to be generated and sent electronically to the

following attorneys of record registered to receive such service:

W. Kyle Dillard
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
300 North Main Street, Suite 500
Greenville, SC 29601
kyle.dillard@ogletree.com

Vanessa N. Garrido
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
8529 Six Forks Road
Forum IV, Suite 600
Raleigh, NC 27615
vanessa.garrido@ogletree.com

*Attorneys for Defendant*


June 20, 2023                                /s/ Andrew Whiteman
Date                                               Andrew Whiteman
N.C. State Bar number 9523
Whiteman Law Firm
5400 Glenwood Avenue, Suite 225
Raleigh, North Carolina 27612
(919) 571-8300 (Telephone)
(919) 571-1004 (Facsimile)
aow@whiteman-law.com

2