IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No. 1:22-cv-00186-WO-JLW

| | |
|---|---|
| REBECCA PIFER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| LINCOLN LIFE ASSURANCE COMPANY | ) |
| OF BOSTON, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |
| | ) |

## Defendant's Trial Brief

Defendant Lincoln Life Assurance Company of Boston n/k/a The Lincoln National

Life Insurance Company ("Lincoln") submits this trial brief pursuant to Local Rule 40.1(c).

The parties have extensively briefed their cross-motions for summary judgment, and

there is no need to further address the merits of the case. This trial brief will provide

Lincoln's views on how a bench trial of this case should be conducted.

I.   The Parties Agree that the this Action Should Be Decided on Review of Lincoln's
     Claim File and Policy, Which Have Been Filed with the Court As the Administrative
     Record

The ERISA plan document is Lincoln's policy. It grants Lincoln discretionary

authority to construe policy terms and to determine eligibility for benefits. (LIN000431).

Therefore, the standard of review by this Court is abuse of discretion. Helton v. AT & T

Inc., 709 F.3d 343, 351 (4th Cir. 2013).  In such cases, evidence outside of the insurer's

claim file and the plan document is generally not admissible. Sheppard & Enoch Pratt

1

Hospital Inc. v. Travelers Insurance Co., 32 F.3d 120, 125 (4th Cir. 1994). There is a limited exception when evidence outside of the administrative record "is necessary to adequately assess the Booth factors and the evidence was known to the plan administrator when it rendered its benefits determination." Helton, 709 F.3d at 356. However, in this case, there is no dispute about the contents of Lincoln's claim file or policy, *compare* the parties' Rule 26(a)(3) disclosures, D.E. 38 and 40, and neither party is seeking to introduce evidence outside of the record that is before the Court.

II.     Trial Procedure

Lincoln agrees that the trial should consist of stipulating into evidence the Administrative Record (filed by Lincoln as D.E. 24-2 and 23-3), and then proceeding to closing arguments and responding to the Court's questions.

Lincoln further submits that the Court may properly consider the Declaration of Jordan Bennan (D.E. 24-1), offered by Lincoln for purposes of addressing the question of structural conflict of interest. *See,* Metropolitan Life Ins. Co. v. Glenn, 554 U.S. 105, 117-18 (2008); Denmark v. Liberty Life Assur. Co. of Boston, 566 F.3d 1, 9 (1st Cir. 2009).

Respectfully submitted this the 20th  day of June, 2023.

> OGLETREE, DEAKINS, NASH,
>  SMOAK & STEWART, P.C.
>
> /s/  *Vanessa N. Garrido*
> Vanessa N. Garrido (N.C.  Bar No. 53470)
> 8529 Six Forks Road
> Forum IV, Suite 600
> Raleigh, North Carolina 27615
> Telephone: 919-789-3194

2

Facsimile: 919-783-9412
Email: vanessa.garrido@ogletree.com

and

OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.
/s/  *W. Kyle Dillard*
W. Kyle Dillard (S.C. State Bar # 69408) *by Special Appearance*
300 North Main Street, Suite 500
Greenville, SC 29601
Telephone: 864-240-8317
Facsimile: 864-235-8806
kyle.dillard@ogletree.com
*Attorneys for Defendant*

3

56960520.v1-OGLETREE

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No. 1:22-cv-00186-WO-JLW

| | |
|---|---|
| REBECCA PIFER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| LINCOLN LIFE ASSURANCE | ) |
| COMPANY OF BOSTON, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |
| | ) |

## CERTIFICATE OF WORD COUNT

The undersigned certifies that Defendant's Trial Brief complies with LR 7.3(d)(1) concerning Limitations on Length of Briefs. As calculated by the word count feature on the word processing software used to prepare Defendant's Trial Brief, the document (exclusive of the case caption and counsel's signature block) consists of 359 words.

Respectfully submitted this the 20th day of June, 2023.

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

/s/ *Vanessa N. Garrido*
Vanessa N. Garrido (N.C. Bar No. 53470)
8529 Six Forks Road
Forum IV, Suite 600
Raleigh, North Carolina 27615
Telephone: 919-789-3194
Facsimile: 919-783-9412
Email: vanessa.garrido@ogletree.com

4

and

OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.
/s/  *W. Kyle Dillard*
W. Kyle Dillard (S.C. State Bar # 69408) *by*
*Special Appearance*
300 North Main Street, Suite 500
Greenville, SC 29601
Telephone: 864-240-8317
Facsimile: 864-235-8806
kyle.dillard@ogletree.com
*Attorneys for Defendant*

5

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on this date a copy of the foregoing DEFENDANT'S TRIAL BRIEF was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Andrew Whiteman
Whiteman Law Firm
5400 Glenwood Avenue, Suite 225
Raleigh, NC 27612
aow@whiteman-law.com

Respectfully submitted this the 20th day of June, 2023.

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

/s/ *Vanessa N. Garrido*
Vanessa N. Garrido (N.C. Bar No. 53470)
8529 Six Forks Road
Forum IV, Suite 600
Raleigh, North Carolina 27615
Telephone: 919-789-3194
Facsimile: 919-783-9412
Email: vanessa.garrido@ogletree.com

and

/s/ *W. Kyle Dillard*
W. Kyle Dillard (S.C. State Bar # 69408) *by Special Appearance*
300 North Main Street, Suite 500
Greenville, SC 29601
Telephone: 864-240-8317
Facsimile: 864-235-8806
kyle.dillard@ogletree.com
*Attorneys for Defendant*

6