IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

REBECCA PIFER,                      )
                                    )
        Plaintiff,                  )
                                    )
    v.                              )        1:22-cv-186
                                    )
LINCOLN LIFE ASSURANCE COMPANY      )
OF BOSTON,                          )
                                    )
        Defendant.                  )

## JUDGMENT

For the reasons set forth in the Memorandum Opinion and Order filed contemporaneously with this Judgment,

**IT IS ORDERED AND ADJUDGED** that Defendant's decision to deny long-term disability benefits to Plaintiff is **VACATED** and Plaintiff's claim for long-term disability benefits from May 18, 2021 is **REMANDED** to Defendant for further review and proceedings consistent with the Memorandum Opinion and Order. The Clerk shall administratively close the case.

This the 14th day of August, 2023.

_____
United States District Judge