United States District Court
Middle District of North Carolina
Case No. 1:22-cv-00186

| | |
|---|---|
| Rebecca Pifer, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Lincoln Life Assurance Company of Boston, | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |

### Plaintiff's Motion for an Award of Attorney's Fees and Costs

Pursuant to Fed. R. Civ. P. 54(d)(2) and Local Rule 54.2, Plaintiff Rebecca Pifer moves the Court for an award of attorney's fees and costs under 29 U.S.C. § 1132(g)(1). Ms Pifer is submitting a memorandum law and four declarations in support of this motion.

By this motion, Ms. Pifer is requesting that the court order defendant Lincoln Life Assurance Company of Boston to pay her $81,900 in attorney's fees and $412 in costs.

September 26, 2023
Date

/s/ Andrew Whiteman
Andrew Whiteman
N.C. State Bar number 9523
Whiteman Law Firm
1117 Carlow Court
Raleigh, North Carolina 27615
(919) 571-8300 (Telephone)
(919) 571-1004 (Facsimile)
aow@whiteman-law.com

<u>Certificate of Service</u>

The undersigned hereby certifies that a copy of the foregoing was filed electronically with the United States District Court for the Middle District of North Carolina, with notice of case activity to be generated and sent electronically to the following attorneys of record registered to receive such service:

W. Kyle Dillard
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
300 North Main Street, Suite 500
Greenville, SC 29601
kyle.dillard@ogletree.com

Vanessa N. Garrido
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
8529 Six Forks Road
Forum IV, Suite 600
Raleigh, NC 27615
vanessa.garrido@ogletree.com

*Attorneys for Defendant*


<u>September 26, 2023</u>                           /s/ Andrew Whiteman
Date                                            Andrew Whiteman
                                                N.C. State Bar number 9523
                                                Whiteman Law Firm
                                                1117 Carlow Court
                                                Raleigh, North Carolina 27615
                                                (919) 571-8300 (Telephone)
                                                (919) 571-1004 (Facsimile)
                                                aow@whiteman-law.com

2