DocuSign Envelope ID: 29936E3C-8EF8-47FE-BC2A-7C8C01AEBD82

United States District Court
Middle District of North Carolina
Case No. 1:22-cv-00186

| | |
|---|---|
| Rebecca Pifer, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Lincoln Life Assurance Company of | ) |
| Boston, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Declaration of Rebecca Pifer

1.      I am Rebecca Pifer, the plaintiff in this action. I reside at 3811 Zenith Place, Durham, NC 27705. I am 63 years old. I am making this declaration in support of my motion for attorney's fees and costs.

2.      My last day of work at Blue Cross Blue Shield of North Carolina was January 31, 2011. At that time, I was 51 years old. I was unable to continue working due to my multiple health conditions including Ehlers-Danlos syndrome, osteoarthritis of the right shoulder and bilateral knees, and cervical degenerative disc disease. At the time of my termination, my base monthly salary, which was used to compute my monthly long-term disability benefit, was $4,930.17.

3.      I received long-term disability benefits from Lincoln from July 31, 2011 through May 20, 2021. The gross amount of my monthly benefit payment, $2,958.10, was reduced by my initial monthly Social Security disability income payment of $1,774,

leaving me a net monthly benefit of $1,184.10 per month. Under Lincoln's policy, the maximum benefit period ends at age 67.

4. I am single. At the time my long-term disability was terminated, my only other source of income was my Social Security disability benefit. To replace the loss of my long-term disability payment, I supplemented my limited income by withdrawing money from my IRA account and borrowing on my credit cards. I had to pay taxes on my IRA withdrawals, whereas the Lincoln long-term disability payments were tax-free. I refinanced my house to pay off the credit care debt I incurred.

5. My assets are limited. The value of my house is around $325,000. My mortgage is around $202,000, leaving me home equity of around $125,000. The remainder of my IRA account is approximately $184,000, and I have personal savings of around $40,000. I estimate that my net worth is approximately $373,000.

6. I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing statements are true and correct based on my own personal knowledge.


9/13/2023

—————————
Date

DocuSigned by:

Rebecca Pifer

C59DE4DB08E04B3...
—————————————
Rebecca Pifer


2