United States District Court
Middle District of North Carolina
Case No. 1:22-cv-00186

| | |
|---|---|
| Rebecca Pifer, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Lincoln Life Assurance Company of | ) |
| Boston, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Declaration of Andrew Whiteman

1.      I am Andrew Whiteman. I am making this declaration in support of Ms.

Pifer's motion for attorney's fees and costs. Ms. Pifer is seeking an attorney's fee award

of $81,900 and costs of $412.

2.      Ms. Pifer's application is also supported by her declaration and declarations

prepared by attorneys Norris Adams and Bryan Tyson.

3.      I have practiced law in North Carolina since 1980. My practice consists of

civil litigation, including ERISA disability cases. I am a member in good standing of the

North Carolina State Bar and am admitted to practice before the federal and state courts

in North Carolina, the Fourth Circuit Court of Appeals, and the United States Supreme

Court.

4.      Since 2001, when I started taking ERISA disability cases, I have handled

over 375 ERISA disability cases. I have represented clients in 95 cases at the district

court level and six appellate cases. My appellate work in the Fourth Circuit resulted in the

following reported decisions: *Fortier v. Principal Life Insurance Co.,* 666 F.3d 231 (2012); *DuPerry v. Life Insurance Co. of North America,* 632 F.3d 860 (2011), *Leone v. Tyco Electronics Corp.,* 407 Fed.Appx. 749 (2011); *Williams v. Metropolitan Life Insurance Co.,* 609 F.3rd 622 (2010); *Gorski v. ITT Long Term Disability Plan for Salaried Employees,* 314 Fed.Appx 540 (2008), and *Guthrie v. National Rural Electric Cooperative Assoc. Long-Term Disability Plan,* 509 F.3rd 644 (2007).

5. My regular hourly billing rate for non-contingent civil litigation is $450. My hourly rate is typical of the rate charged by other North Carolina lawyers who have the same or similar experience as me.

6. I began my representation of Ms. Pifer shortly after Lincoln Life terminated her claim effective May 18, 2021. I submitted an administrative appeal to Lincoln on Ms. Pifer's behalf on November 11, 2021. Lincoln notified Ms. Pifer by a letter dated February 17, 2022, that it had denied her appeal, that she had exhausted her appeal rights, and had the right to file a civil action pursuant to Section 504 of ERISA (29 U.S.C. § 1132). The contents of the proceedings between Ms. Pifer and Lincoln are contained in Lincoln's claim file, a copy of which was submitted to the Court as Attachment 1 to Ms. Pifer's motion for summary judgment. (*See* DE 21-1 and DE 22).

7. My fee agreement with Ms. Pifer provides for a contingency fee. The fee is one-third of back long-term disability benefits paid to Ms. Pifer by Lincoln. The fee is based on the net benefit, i.e. Ms. Pifer's gross monthly benefit less the Social Security offset, multiplied by one-third. The agreement also provides that if a court orders Lincoln to pay an amount of an attorney's fee, the amount of the attorney's fee that is awarded by

2

the court will reduce the amount owed by Ms. Pifer on the calculation of the one-third fee, except that if the attorney's fee recovered exceeds one-third of back benefit payments, I will be entitled to retain the entire attorney's fee awarded and Ms. Pifer will receive the entire amount of the long-term disability back and future benefits paid by Lincoln. The agreement also provides that if the case is settled by payment of a lump sum that resolves all claims for back and future benefits owed by Lincoln, I will be entitled to one-third of the total amount recovered from Lincoln. Ms. Pifer is also responsible for all out-of-pocket expenses incurred by me in the prosecution of Ms. Pifer's lawsuit.

8.      The Fourth Circuit Court of Appeals has held that fee applications in ERISA cases are limited to the time expended in connection with the actual litigation of the claim. Time spent on administrative appeals is not compensable. Therefore, the time entries submitted to the Court begin with the receipt of Lincoln's final denial letter dated February 17, 2022.

9.      The time recorded by me from February 17, 2022 to the present is shown on the report attached as Exhibit 1. It shows that I spent 182.07 hours working on Ms. Pifer's lawsuit and includes time spent in the preparation of her motion for attorney's fees and costs. I believe that the time I expended on this case is reasonable and was necessary to prosecute Ms. Pifer's lawsuit.

10.     Ms. Pifer is submitting $412 of costs, consisting of the court filing fee of $402 and the $10 service fee charged by the North Carolina Department of Insurance. See Exhibit 2.

3

11.     ERISA law is a specialized legal practice area that requires knowledge of federal statutes, ERISA regulations, and case law. To handle an ERISA disability case the lawyer must develop an understanding of the claimant's medical condition and must become familiar with the claim administrator's record. The number of lawyers willing to take ERISA disability cases in North Carolina is not large.

12.     I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing statements are true and correct based on my own personal knowledge.


September 26, 2023                         /s/ Andrew Whiteman
Date                                        Andrew Whiteman
                                            N.C. State Bar number 9523
                                            Whiteman Law Firm
                                            5400 Glenwood Avenue, Suite 225
                                            Raleigh, North Carolina 27612
                                            (919) 571-8300 (Telephone)
                                            (919) 571-1004 (Facsimile)
                                            aow@whiteman-law.com

4

Exhibit 1

| Date | Name | Time | Notes |
|---|---|---|---|
| 02/17/2022 | Andrew Whiteman | 0:12 | Review denial letter and forward it to client. |
| 02/17/2022 | Andrew Whiteman | 0:01 | E-mail to client to set up conference call. |
| 02/25/2022 | Andrew Whiteman | 0:48 | Tc with client about lawsuit. |
| 03/01/2022 | Andrew Whiteman | 5:00 | Work on complaint. |
| 03/01/2022 | Andrew Whiteman | 0:24 | Tc with client. |
| 03/01/2022 | Andrew Whiteman | 0:01 | Review e-mail from client regarding monetary claim against Lincoln. |
| 03/01/2022 | Andrew Whiteman | 0:18 | Prepare legal services agreement for litigation. |
| 03/01/2022 | Andrew Whiteman | 0:06 | Send legal services agreement to client to sign via DocuSign. |
| 03/01/2022 | Andrew Whiteman | 0:01 | Send draft complaint to client. |
| 03/08/2022 | Andrew Whiteman | 1:00 | Finalize compliant, cover sheet, notice of appearance, and disclosure form for filing. |
| 03/08/2022 | Andrew Whiteman | 0:02 | Review client comments to complaint and incorporate changes into the draft. |
| 03/09/2022 | Andrew Whiteman | 0:42 | Finalize and file complaint, cover sheet, corporate affiliations form, and notice of appearance form. |
| 03/09/2022 | Andrew Whiteman | 0:01 | Send filed complaint and other papers to client. |
| 03/09/2022 | Andrew Whiteman | 0:01 | Review comments on filing from client. |
| 03/10/2022 | Andrew Whiteman | 0:42 | Service letter to NC DOI. |
| 03/10/2022 | Andrew Whiteman | 0:01 | Forward service letter to client. |
| 03/23/2022 | Andrew Whiteman | 0:01 | Respond to opposing counsel's request for an extension of time to respond to answer. |
| 03/23/2022 | Andrew Whiteman | 0:01 | E-mail to client about extension request from opposing counsel. |
| 04/01/2022 | Andrew Whiteman | 0:06 | Review notice of appearance, corporate disclosure, consent motion for extension of time, and proposed order. |
| 04/25/2022 | Andrew Whiteman | 0:18 | Review notice of appearance filed by Kyle Dillard and Lincoln's answer. |
| 04/25/2022 | Andrew Whiteman | 0:06 | Forward notice of appearance and answer to client with e-mail. |
| 04/26/2022 | Andrew Whiteman | 0:01 | Review e-mail requesting a settlement demand. |
| 04/26/2022 | Andrew Whiteman | 0:01 | Forward Kyle Dillard's e-mail to client. |
| 04/26/2022 | Andrew Whiteman | 0:01 | Request calculation of benefits from Lincoln. |
| 04/26/2022 | Andrew Whiteman | 0:01 | Review Lincoln's calculation of benefits received from opp. counsel. |
| 04/26/2022 | Andrew Whiteman | 0:01 | Respond to opposing counsel regarding benefit calculation and discount rate. |
| 04/26/2022 | Andrew Whiteman | 0:01 | Forward e-mails with opposing counsel to client. |
| 05/03/2022 | Andrew Whiteman | 0:09 | Tc with client about opening settlement offer. |
| 05/03/2022 | Andrew Whiteman | 0:01 | E-mails with client about settlement. |
| 05/06/2022 | Andrew Whiteman | 0:12 | E-mail to opp. counsel with opening settlement offer. |
| 05/06/2022 | Andrew Whiteman | 0:01 | Forward settlement offer e-mail to client. |

Case 1:22-cv-00186-WO-JLW    Document 49-2    Filed 09/26/23    Page 6 of 18

# Whiteman Law Firm
# Time by Job Detail

| Date | Name | Time | Notes |
|---|---|---|---|
| 05/09/2022 | Andrew Whiteman | 0:01 | Review response to settlement offer from opposing counsel. |
| 05/10/2022 | Andrew Whiteman | 0:01 | Forward response to client. |
| 05/15/2022 | Andrew Whiteman | 0:06 | Review response to settlement offer. |
| 05/17/2022 | Andrew Whiteman | 0:01 | Respond to Kyle Dillard re settlement offer. |
| 05/17/2022 | Andrew Whiteman | 0:01 | Forward response to client. |
| 05/18/2022 | Andrew Whiteman | 0:06 | Tc with client to discuss Lincoln's settlement offer and response. |
| 05/18/2022 | Andrew Whiteman | 0:15 | E-mail to Kyle Dillard with response to Lincoln's first settlement offer. |
| 05/25/2022 | Andrew Whiteman | 0:06 | E-mail to court clerk to request scheduling order. |
| 05/25/2022 | Andrew Whiteman | 0:06 | Review settlement e-mail from Kyle Dillard. |
| 05/25/2022 | Andrew Whiteman | 0:06 | Review court's hearing notice re 26(f) report. |
| 05/25/2022 | Andrew Whiteman | 0:02 | Forward Lincoln's settlement response and forward it to client with court's pre-trial conference notice. |
| 05/25/2022 | Andrew Whiteman | 0:01 | Review response from client to settlement offer from Lincoln. |
| 05/26/2022 | Andrew Whiteman | 0:30 | Draft Rule 26(f) conference report. |
| 05/26/2022 | Andrew Whiteman | 0:01 | Send draft Rule 26(f) report to opp. counsel. |
| 05/26/2022 | Andrew Whiteman | 0:01 | Forward Rule 26(f) e-mail to client. |
| 05/26/2022 | Andrew Whiteman | 0:01 | Exchange e-mails with Kyle Dillard about Rule 26(f) report draft. |
| 05/26/2022 | Andrew Whiteman | 0:01 | Exchange e-mails with opp. counsel about mediator Cal Bennett. |
| 05/27/2022 | Andrew Whiteman | 0:01 | Review e-mail from opp. counsel approving draft of Rule 26(f) report as modified. |
| 05/27/2022 | Andrew Whiteman | 0:01 | Review e-mails with Cal Bennett about mediation. |
| 05/31/2022 | Andrew Whiteman | 0:30 | Finalize and file Rule 26(f) report. |
| 05/31/2022 | Andrew Whiteman | 0:15 | E-mail to client regarding deadlines in joint Rule 26(f) report. |
| 06/08/2022 | Andrew Whiteman | 0:01 | Review order approving joint rule 26(f) report. |
| 06/08/2022 | Andrew Whiteman | 0:12 | Enter dates in system. |
| 06/08/2022 | Andrew Whiteman | 0:12 | E-mail to client about 26(f) approval, history of settlement offers and counters, and proposal for next move. |
| 06/08/2022 | Andrew Whiteman | 0:01 | review e-mails from opp. counsel re settlement conf. scheduling. |
| 06/08/2022 | Andrew Whiteman | 0:01 | Forward counsel's e-mails to client re scheduling. |
| 06/09/2022 | Andrew Whiteman | 0:01 | Review response from client regarding mediation scheduling. |
| 06/09/2022 | Andrew Whiteman | 0:01 | Review client response about settlement. |
| 06/09/2022 | Andrew Whiteman | 0:01 | Review exchange of e-mails between opp. counsel and mediator re scheduling. |
| 06/10/2022 | Andrew Whiteman | 0:01 | Review e-mail from opp. counsel to mediator forwarding complaint and answer. |
| 06/13/2022 | Andrew Whiteman | 0:01 | Review mediation scheduling order and order appointing mediator. |

| Date | Name | Time | Notes |
|---|---|---|---|
| 06/13/2022 | Andrew Whiteman | 0:01 | Respond to opp. counsel's 6/10/22 e-mail regarding 9/28/22 mediation date. |
| 06/13/2022 | Andrew Whiteman | 0:01 | Report to client about mediation date. |
| 06/13/2022 | Andrew Whiteman | 0:01 | Forward client's third settlement offer to opp. counsel. |
| 06/13/2022 | Andrew Whiteman | 0:01 | Forward settlement offer e-mail to client. |
| 07/15/2022 | Andrew Whiteman | 0:12 | Attempt to open link to administrative record sent by Lincoln. |
| 07/22/2022 | Andrew Whiteman | 0:15 | Open and save resent administrative record. |
| 09/15/2022 | Andrew Whiteman | 0:06 | Respond to client e-mail about upcoming settlement conference. |
| 09/16/2022 | Andrew Whiteman | 0:06 | Review and save the court's trial calendar notice. |
| 09/21/2022 | Andrew Whiteman | 0:06 | Review and save Zoom invitation for mediation and forward it to Ms. Pifer. |
| 09/21/2022 | Andrew Whiteman | 0:02 | Review and respond to two e-mails from client concerning mediation. |
| 09/22/2022 | Andrew Whiteman | 2:00 | Position statement letter to mediator. |
| 09/22/2022 | Andrew Whiteman | 0:01 | Sent e-mail to client with position statement sent to mediator. |
| 09/22/2022 | Andrew Whiteman | 0:01 | Review and respond to e-mails from client. |
| 09/22/2022 | Andrew Whiteman | 0:01 | Review responsive e-mail from mediator Cal Bennett. |
| 09/26/2022 | Andrew Whiteman | 1:00 | Prepare Rebecca Pifer for settlement conference. |
| 09/27/2022 | Andrew Whiteman | 0:15 | Send mediator's letter and cases to opposing counsel. |
| 09/27/2022 | Andrew Whiteman | 0:45 | Legal research into "same type of evidence" issue. |
| 09/27/2022 | Andrew Whiteman | 0:24 | Tc from mediator Cal Bennett. |
| 09/28/2022 | Andrew Whiteman | 3:00 | Settlement conference. |
| 09/29/2022 | Andrew Whiteman | 3:30 | Review claim file. |
| 09/29/2022 | Andrew Whiteman | 2:00 | Redact claim file |
| 09/30/2022 | Andrew Whiteman | 1:48 | Continue redaction of claim file. |
| 09/30/2022 | Andrew Whiteman | 1:06 | Work on summary judgment brief. |
| 09/30/2022 | Andrew Whiteman | 0:01 | Review mediation invoice from Cal Bennett. |
| 09/30/2022 | Andrew Whiteman | 0:01 | Send Cal Bennett's letter and invoice to client. |
| 10/03/2022 | Andrew Whiteman | 0:30 | Prepare and file notice of intention to file dispositive motion. |
| 10/03/2022 | Andrew Whiteman | 0:01 | Review e-mail from client regarding mediation fees, notification to the court, and failed settlement conference. |
| 10/03/2022 | Andrew Whiteman | 0:01 | Save defendant's notice of intention to file summary judgment motion and forward it to client. |
| 10/03/2022 | Andrew Whiteman | 0:01 | Review e-mail from client regarding settlement. |
| 10/03/2022 | Andrew Whiteman | 0:01 | Review e-mail from client concerning Dr. Vincent's report. |
| 10/04/2022 | Andrew Whiteman | 0:03 | Forward report of mediator to client. |

| Date | Name | Time | Notes |
|------|------|------|-------|
| 10/04/2022 | Andrew Whiteman | 1:45 | Work on summary judgment brief. |
| 10/04/2022 | Andrew Whiteman | 1:30 | Work on fact section of summary judgment brief. |
| 10/04/2022 | Andrew Whiteman | 0:01 | Review and save Cal Bennett's impasse filing and forward same to client. |
| 10/05/2022 | Andrew Whiteman | 5:12 | Work on fact section of summary judgment brief. |
| 10/05/2022 | Andrew Whiteman | 0:01 | Respond to client e-mail concerning evidence to be considered by the court. |
| 10/06/2022 | Andrew Whiteman | 4:42 | Work on fact section and hyperlink and compression issues. |
| 10/06/2022 | Andrew Whiteman | 0:12 | Tc with Kyle Dillard about settlement. |
| 10/07/2022 | Andrew Whiteman | 0:06 | Tc with client. |
| 10/07/2022 | Andrew Whiteman | 0:06 | Tc with Kyle Dillard. |
| 10/10/2022 | Andrew Whiteman | 6:30 | Work on summary judgment brief. |
| 10/11/2022 | Andrew Whiteman | 6:00 | Work on summary judgment brief. |
| 10/12/2022 | Andrew Whiteman | 5:45 | Work on summary judgment brief. |
| 10/13/2022 | Andrew Whiteman | 6:15 | Continue to work on summary judgment brief. |
| 10/14/2022 | Andrew Whiteman | 1:30 | Add hyperlinks to brief. |
| 10/14/2022 | Andrew Whiteman | 0:42 | Continue to add hyperlinks to brief. |
| 10/14/2022 | Andrew Whiteman | 0:01 | Respond to client e-mail about any response to her last settlement offer. |
| 10/14/2022 | Andrew Whiteman | 0:01 | Follow up to Kyle Dillard regarding any response to Ms. Pifer's last settlement offer. |
| 10/14/2022 | Andrew Whiteman | 0:01 | Review response from Kyle Dillard regarding settlement and forward it to client. |
| 10/14/2022 | Andrew Whiteman | 0:01 | Respond to client e-mail about Lincoln's non-response to her last offer. |
| 10/17/2022 | Andrew Whiteman | 3:12 | Work on summary judgment brief. |
| 10/17/2022 | Andrew Whiteman | 0:01 | E-mail to client regarding status of settlement discussions. |
| 10/18/2022 | Andrew Whiteman | 0:18 | Tc with client. |
| 10/18/2022 | Andrew Whiteman | 0:01 | Respond to client e-mail about settlement and upcoming summary judgment filing. |
| 10/19/2022 | Andrew Whiteman | 1:30 | Review of summary judgment brief. |
| 10/19/2022 | Andrew Whiteman | 0:45 | Solve technical issues regarding hyperlinks in brief. |
| 10/20/2022 | Andrew Whiteman | 4:30 | Work on brief. |
| 10/21/2022 | Andrew Whiteman | 6:42 | Work on brief. |
| 10/23/2022 | Andrew Whiteman | 4:12 | Work on summary judgment filing. |
| 10/24/2022 | Andrew Whiteman | 6:00 | Finalize filing, work on technical issues related to electronic filing, and file. |
| 10/24/2022 | Andrew Whiteman | 0:02 | Forward summary judgment motion and brief to client. |
| 10/24/2022 | Andrew Whiteman | 0:01 | E-mail to Kyle Dillard about settlement. |
| 10/24/2022 | Andrew Whiteman | 0:01 | E-mail to client about last e-mail to Kyle Dillard about settlement. |

Case 1:22-cv-00186-WO-JLW   Document 49-2   Filed 09/26/23   Page 9 of 18

| Date | Name | Time | Notes |
|---|---|---|---|
| 10/25/2022 | Andrew Whiteman | 0:01 | Review e-mail to client with her thoughts about the case. |
| 10/25/2022 | Andrew Whiteman | 0:01 | Respond to client e-mail. |
| 10/31/2022 | Andrew Whiteman | 1:00 | Review and save defendant's summary judgment papers. |
| 10/31/2022 | Andrew Whiteman | 0:06 | Forward defendant's summary judgment papers to client. |
| 10/31/2022 | Andrew Whiteman | 0:01 | Review consent motion for extension of time and proposed order. |
| 10/31/2022 | Andrew Whiteman | 0:01 | Review referral of consent motion to Judge Osteen. |
| 11/03/2022 | Andrew Whiteman | 5:00 | Work on response to motion for summary judgment. |
| 11/04/2022 | Andrew Whiteman | 2:30 | Work on response to motion for summary judgment. |
| 11/07/2022 | Andrew Whiteman | 3:30 | Work on response to summary judgment motion. |
| 11/08/2022 | Andrew Whiteman | 4:12 | Work on response to summary judgment motion. |
| 11/09/2022 | Andrew Whiteman | 3:12 | Work on response to summary judgment motion. |
| 11/14/2022 | Andrew Whiteman | 2:30 | Work on response to Lincoln's MSJ. |
| 11/14/2022 | Andrew Whiteman | 0:02 | Update e-mail to client. |
| 11/14/2022 | Andrew Whiteman | 0:01 | Send draft response to Lincoln's MSJ to client. |
| 11/15/2022 | Andrew Whiteman | 6:30 | Work on response to Lincoln's MSJ. |
| 11/15/2022 | Andrew Whiteman | 0:06 | Review Lincoln's emergency motion for extension of time. |
| 11/15/2022 | Andrew Whiteman | 0:30 | Review client comments to response to Lincoln's MSJ and respond. |
| 11/16/2022 | Andrew Whiteman | 1:00 | Finalize and file response to MSJ. |
| 11/16/2022 | Andrew Whiteman | 0:12 | Review Judge Osteen's order. |
| 11/16/2022 | Andrew Whiteman | 0:01 | Send response to MSJ to client. |
| 11/16/2022 | Andrew Whiteman | 0:01 | E-mail to opp. counsel regarding possible extension of time for Lincoln to file a reply. |
| 11/16/2022 | Andrew Whiteman | 0:01 | Forward Judge Osteen's order to client. |
| 11/18/2022 | Andrew Whiteman | 0:06 | Review motion for ext. of time. |
| 11/18/2022 | Andrew Whiteman | 0:01 | E-mail to opp. counsel with consent to request for extension of time to file a reply. |
| 11/29/2022 | Andrew Whiteman | 0:01 | Review Judge Osteen's order on Lincoln's request for extension of time. |
| 11/30/2022 | Andrew Whiteman | 0:30 | Review response to MSJ. |
| 11/30/2022 | Andrew Whiteman | 0:06 | E-mail to client sending her Judge Osteen's order. |
| 11/30/2022 | Andrew Whiteman | 0:01 | E-mail to client sending her Lincoln's response to her MSJ. |
| 12/01/2022 | Andrew Whiteman | 0:06 | Review local rules. |
| 12/01/2022 | Andrew Whiteman | 0:01 | Review response from client to my 11/30/22 e-mail. |
| 12/03/2022 | Andrew Whiteman | 0:01 | Send Lincoln's reply brief to client by e-mail. |
| 12/03/2022 | Andrew Whiteman | 0:30 | Review Lincoln's reply brief. |

| Date | Name | Time | Notes |
|---|---|---|---|
| 12/08/2022 | Andrew Whiteman | 4:30 | Work on reply brief. |
| 12/09/2022 | Andrew Whiteman | 5:00 | Work on reply brief. |
| 12/12/2022 | Andrew Whiteman | 1:30 | Finalize and file reply brief. |
| 12/12/2022 | Andrew Whiteman | 1:00 | Forward reply brief by e-mail to client. |
| 12/26/2022 | Andrew Whiteman | 0:01 | Respond to e-mail from client on article about Ehlers Danlos Syndrome. |
| 01/19/2023 | Andrew Whiteman | 0:01 | Forward motions submitted to Judge Osteen notice to client. |
| 04/17/2023 | Andrew Whiteman | 0:02 | Status update to client. |
| 05/15/2023 | Andrew Whiteman | 0:12 | Review notice of trial. |
| 05/15/2023 | Andrew Whiteman | 0:30 | E-mail to client regarding notice of trial. |
| 05/15/2023 | Andrew Whiteman | 0:12 | Check local rules and rules of civil procedure for pre-trial deadlines. |
| 05/15/2023 | Andrew Whiteman | 0:01 | Review response from client to my earlier e-mail. |
| 05/15/2023 | Andrew Whiteman | 0:02 | Respond to e-mail from Kyle Dillard regarding trial notice. |
| 05/16/2023 | Andrew Whiteman | 0:01 | Tc to Kyle Dillard, left message. |
| 05/17/2023 | Andrew Whiteman | 0:15 | Tc with Kyle Dillard about notice of bench trial. |
| 05/18/2023 | Andrew Whiteman | 0:02 | E-mail to client about tc with Kyle Dillard. |
| 05/18/2023 | Andrew Whiteman | 0:45 | Work on Rule 26(a)(3) disclosures. |
| 05/18/2023 | Andrew Whiteman | 0:42 | Work on trial brief. |
| 05/18/2023 | Andrew Whiteman | 0:18 | Review response from client regarding my tc with opp. counsel and respond. |
| 05/19/2023 | Andrew Whiteman | 0:30 | Respond to client e-mail with information about the total value of the claim. |
| 05/19/2023 | Andrew Whiteman | 0:12 | Review e-mail from client regarding possible settlement and respond. |
| 05/23/2023 | Andrew Whiteman | 0:01 | Review notice of settlement conference and forward it to client. |
| 05/24/2023 | Andrew Whiteman | 0:15 | Tc to client in response to her e-mail. |
| 05/24/2023 | Andrew Whiteman | 0:15 | Revise Rule 26(a)(3) disclosures. |
| 05/25/2023 | Andrew Whiteman | 0:02 | Review Notice of Request for Protection from Court Appearances and forward same to client. |
| 05/26/2023 | Andrew Whiteman | 0:12 | Review opp. counsel's motion for protection from hearing motion and forward it to the client. |
| 05/30/2023 | Andrew Whiteman | 0:30 | Finalize and file Rule 26(a)(3) disclosures. |
| 05/30/2023 | Andrew Whiteman | 0:06 | E-mail to client about Rule 26(a)(3) filing and settlement conference. |
| 06/05/2023 | Andrew Whiteman | 0:01 | Respond to e-mail from court. |
| 06/12/2023 | Andrew Whiteman | 1:00 | Work on trial brief. |
| 06/12/2023 | Andrew Whiteman | 0:03 | Locate and send to court a copy of the surveillance report with the hyperlinks active. |
| 06/12/2023 | Andrew Whiteman | 0:01 | E-mail to client with update on status. |
| 06/12/2023 | Andrew Whiteman | 1:00 | Work on proposed findings of fact and conclusions of law. |

| Date | Name | Time | Notes |
|---|---|---|---|
| 06/12/2023 | Andrew Whiteman | 0:01 | Review e-mail from client in response to my last e-mail. |
| 06/12/2023 | Andrew Whiteman | 1:00 | Review e-mail from the court re the surveillance video. |
| 06/12/2023 | Andrew Whiteman | 0:01 | Review e-mail from Kyle Dillard regarding contents of pre-trial briefs. |
| 06/12/2023 | Andrew Whiteman | 0:06 | Respond to Kyle Dillard e-mail regarding pre-trial briefs. |
| 06/13/2023 | Andrew Whiteman | 1:00 | Work on trial brief. |
| 06/13/2023 | Andrew Whiteman | 1:30 | Work on proposed findings of fact and conclusions of law. |
| 06/13/2023 | Andrew Whiteman | 0:02 | Respond to e-mail from Kyle Dillard about trial brief. |
| 06/13/2023 | Andrew Whiteman | 0:01 | Status report to client. |
| 06/13/2023 | Andrew Whiteman | 0:01 | Forward e-mail from Kyle Dillard about settlement to client. |
| 06/13/2023 | Andrew Whiteman | 0:01 | Review response from Kyle Dillard on pre-trial briefs. |
| 06/14/2023 | Andrew Whiteman | 0:01 | Review settlement e-mail from opp. counsel and forward it to Ms. Pifer. |
| 06/14/2023 | Andrew Whiteman | 0:24 | E-mails to client with information concerning possible settlement. |
| 06/15/2023 | Andrew Whiteman | 0:24 | Tc with Rebecca Pifer. |
| 06/15/2023 | Andrew Whiteman | 0:06 | E-mail to Kyle Dillard about possible settlement. |
| 06/15/2023 | Andrew Whiteman | 0:01 | Forward Kyle Dillard settlement e-mail to client. |
| 06/15/2023 | Andrew Whiteman | 0:01 | Review settlement e-mail response from client. |
| 06/16/2023 | Andrew Whiteman | 0:12 | Respond to e-mail from client about travel to Greensboro. |
| 06/16/2023 | Andrew Whiteman | 0:42 | Finalize and file trial brief. |
| 06/16/2023 | Andrew Whiteman | 0:54 | Finalize and file proposed findings and conclusions. |
| 06/16/2023 | Andrew Whiteman | 0:02 | Send Word version of proposed findings and conclusions to the court. |
| 06/20/2023 | Andrew Whiteman | 1:06 | Prepare for settlement conference. |
| 06/20/2023 | Andrew Whiteman | 0:06 | Review Lincoln's trial brief. |
| 06/20/2023 | Andrew Whiteman | 0:01 | Review deficiency notice from court. |
| 06/21/2023 | Andrew Whiteman | 4:30 | Settlement conference in Greensboro. |
| 06/21/2023 | Andrew Whiteman | 0:06 | Review Lincoln's proposed findings of fact and conclusions of law. |
| 06/21/2023 | Andrew Whiteman | 0:01 | Review court's docket entry about settlement conference. |
| 06/21/2023 | Andrew Whiteman | 0:01 | Forward docket entry to client. |
| 07/05/2023 | Andrew Whiteman | 0:02 | Review stand down notice from court and forward it to client with an explanation. |
| 08/14/2023 | Andrew Whiteman | 1:00 | Review order on motions for summary judgment. |
| 08/14/2023 | Andrew Whiteman | 0:24 | Review Fed. R. Civ.. P. 54 and local rules re attorney's fees and costs. |
| 08/14/2023 | Andrew Whiteman | 0:01 | Tc to client, left message. |

Case 1:22-cv-00186-WO-JLW    Document 49-2    Filed 09/26/23    Page 12 of 18

| Date | Name | Time | Notes |
|------|------|------|-------|
| 08/14/2023 | Andrew Whiteman | 0:15 | E-mail to client with decision. |
| 08/15/2023 | Andrew Whiteman | 0:02 | Exchange e-mails with client. |
| 08/15/2023 | Andrew Whiteman | 0:01 | E-mail to opp. counsel. |
| 08/16/2023 | Andrew Whiteman | 0:01 | Review and respond to e-mail from client. |
| 08/16/2023 | Andrew Whiteman | 0:01 | Tc to client, left message. |
| 08/17/2023 | Andrew Whiteman | 0:12 | Prepare e-mail to client about providers. |
| 08/17/2023 | Andrew Whiteman | 0:24 | Tc with client. |
| 08/21/2023 | Andrew Whiteman | 1:12 | Format time sheet for submission to the court. |
| 08/28/2023 | Andrew Whiteman | 0:30 | Exchange e-mails with counsel about providing evidence of appropriate attorney fee rate. |
| 09/07/2023 | Andrew Whiteman | 1:30 | Work on fee application. |
| 09/08/2023 | Andrew Whiteman | 3:30 | Work on fee application. |
| 09/11/2023 | Andrew Whiteman | 0:06 | Exchange e-mails with Kyle Dillard about fee petition. |
| 09/11/2023 | Andrew Whiteman | 0:01 | E-mail to client about status of receipt of medical records. |
| 09/11/2023 | Andrew Whiteman | 3:12 | Work on 1132(g)(1) brief. |
| 09/12/2023 | Andrew Whiteman | 0:42 | Tc with client about declaration. |
| 09/12/2023 | Andrew Whiteman | 0:30 | Prepare declaration for client. |
| 09/12/2023 | Andrew Whiteman | 2:00 | Work on attorney's fee brief. |
| 09/23/2023 | Andrew Whiteman | 2:18 | Work on motion and memorandum. |
| 09/25/2023 | Andrew Whiteman | 2:12 | Work on motion, memorandum, and supporting declaration. |
| 09/25/2023 | Andrew Whiteman | 0:06 | Exchange e-mails with Kyle Dillard about attorney fee motion. |
| 09/25/2023 | Andrew Whiteman | 0:25 | Add recent time to time sheet. |

Total     182:04

Exhibit 2

**Andy Whiteman**

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **Sent:** | Wednesday, March 9, 2022 10:38 AM |
| **To:** | Andy Whiteman |
| **Subject:** | Pay.gov Payment Confirmation: NORTH CAROLINA MIDDLE DISTRICT COURT |

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Gloria Powell at 3363326012.

Account Number: 2563864
Court: NORTH CAROLINA MIDDLE DISTRICT COURT
Amount: $402.00
Tracking Id: ANCMDC-3253581
Approval Code: 00543G
Card Number: ************1957
Date/Time: 03/09/2022 10:37:42 ET

NOTE: This is an automated message. Please do not reply

☐ Sign In



# A purchase was charged to your account.

About your Quicksilver Credit Card ending in 5327

As requested, we're notifying you that on March 09, 2022, at United States Courts, a pending authorization or purchase in the amount of $402.00 was placed or charged on your Quicksilver Credit Card.

Note: You'll receive this notification for both purchases and pending authorizations, such as car rentals, hotel reservations and gas purchases, even if an actual transaction hasn't taken place.

Please visit your account to view your pending and posted transactions.



Download the Capital One Mobile app.

About This Message

Please visit our Set Alerts page to modify your alerts subscription.

The site may be unavailable during normal maintenance or due to unforeseen circumstances.

Important information from Capital One

Contact us  |  Privacy  |  Help prevent fraud

To ensure delivery, add capitalone@notification.capitalone.com to your address book.

This email was sent to aow@whiteman-law.com and contains information directly related to your account with us, other services to which you have subscribed, and/or any application you may have submitted.

Capital One does not provide, endorse or guarantee any third-party product, service, information or recommendation listed above. The third parties listed are not affiliated with Capital One and are solely responsible for their products and services. All trademarks are the property of their respective owners.

Please do not reply to this message, as this email inbox is not monitored. To contact us, visit www.capitalone.com/support-center/contact-us.

Products and services are offered by Capital One Bank (USA), N.A., and Capital One, N.A.

© 2022 Capital One. Capital One is a federally registered service mark.

TRXABX 10003 867530 1057

**WHITEMAN LAW FIRM**
**OPERATING ACCOUNT**
5400 GLENWOOD AVENUE, SUITE 225
RALEIGH, NC 27612
919-571-8300

**TOWNE BANK**

1504

68-894/514

3/10/2022

PAY TO THE
ORDER OF     N.C. Department of Insurance

$ **10.00

Ten and 00/100*********************************************************************************************************** DOLLARS

N.C. Department of Insurance
1201 Mail Service Center
Raleigh, NC 27699-1201

MEMO     Rebecca Pifer v. Lincoln Life service fee

AUTHORIZED SIGNATURE

⑈"001504⑈" ⑈:051408949⑈: 235239262 4⑈"

WHITEMAN LAW FIRM
OPERATING ACCOUNT                                                  1504
        N.C. Department of Insurance                        3/10/2022
                        Rebecca Pifer v. Lincoln Life service fee          10.00

Paragon-TowneBank     Rebecca Pifer v. Lincoln Life service fee                    10.00

WHITEMAN LAW FIRM
OPERATING ACCOUNT                                                  1504
        N.C. Department of Insurance                        3/10/2022
                        Rebecca Pifer v. Lincoln Life service fee          10.00

Paragon-TowneBank     Rebecca Pifer v. Lincoln Life service fee                    10.00

SF5001NL-1   Safeguard   REORDER FROM YOUR LOCAL SAFEGUARD DISTRIBUTOR, IF UNKNOWN, CALL 800-523-2422   CCT6PZ0010000   B15SF000987
Safeguard LITHO USA SFSL1 CK7S06111L

D4SVFN STKDK07 12/30/2021 11:04 -24- PO