United States District Court
Middle District of North Carolina
Case No. 1:22-cv-00186

Rebecca Pifer,                                    )
                                                  )
         Plaintiff,                               )
                                                  )
              v.                                  )
                                                  )
Lincoln Life Assurance Company of                )
Boston,                                           )
                                                  )
         Defendant.                               )
                                                  )

<u>Plaintiff's Consent Motion for an Extension of Time</u>

Pursuant to Local Rules 7.3 and 6.1, plaintiff Rebecca Pifer moves the Court for an order extending the time through Friday, November 10, 2023, to file her reply in response to Lincoln's Memorandum in Opposition to Plaintiff's Motion for an Award of Attorney's Fees and Costs. (DE 50). In support of this motion, Ms. Pifer shows the Court the following:

1.      Ms. Pifer filed her Motion for an Award of Attorney's Fees and Costs on September 26, 2023. (DE 48).

2.      Lincoln filed its opposition to Ms. Pifer's motion on October 17, 2023. (DE 50).

3.      Ms. Pifer's reply to Lincoln's response is due on October 31, 2023.

4.      Due to out-of-town travel last week, Ms. Pifer's counsel needs additional time to prepare a reply to Lincoln's response.

5. Ms. Pifer has not previously filed a motion for extension of time to file her reply.

6. Ms. Pifer's counsel has conferred with Lincoln's counsel regarding this motion, and Lincoln's counsel indicated that Lincoln consents to Ms. Pifer's request.

7. This motion is made for good cause and not for the purpose of undue delay and is being submitted before the expiration of the current deadline for Ms. Pifer to file her reply to Lincoln's response.

Ms. Pifer requests that the Court extend the time within which she may file a reply to Lincoln's response to her motion for attorney's fees and costs through November 10, 2023. A proposed order is attached.

October 30, 2023
Date

/s/ Andrew Whiteman
Andrew Whiteman
N.C. State Bar number 9523
Whiteman Law Firm
1117 Carlow Court
Raleigh, North Carolina 27615
(919) 571-8300 (Telephone)
(919) 571-1004 (Facsimile)
aow@whiteman-law.com

<u>Certificate of Service</u>

The undersigned hereby certifies that a copy of the foregoing was filed

electronically with the United States District Court for the Middle District of North

Carolina, with notice of case activity to be generated and sent electronically to the

following attorneys of record registered to receive such service:

W. Kyle Dillard
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
300 North Main Street, Suite 500
Greenville, SC 29601
kyle.dillard@ogletree.com

Vanessa N. Garrido
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
8529 Six Forks Road
Forum IV, Suite 600
Raleigh, NC 27615
vanessa.garrido@ogletree.com

*Attorneys for Defendant*


October 30, 2023                      /s/ Andrew Whiteman
Date                                 Andrew Whiteman
                                     N.C. State Bar number 9523
                                     Whiteman Law Firm
                                     1117 Carlow Court
                                     Raleigh, North Carolina 27615
                                     (919) 571-8300 (Telephone)
                                     (919) 571-1004 (Facsimile)
                                     aow@whiteman-law.com

3