United States District Court
Middle District of North Carolina
Case No. 1:22-cv-00186

| | |
|---|---|
| Rebecca Pifer, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Lincoln Life Assurance Company of Boston, | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |

## Order

This matter came before the Court on Plaintiff's Consent Motion for an Extension of Time. By this motion, plaintiff seeks an order extending the time within which she may file a reply to defendant's Memorandum in Opposition to Plaintiff's Motion for an Award of Attorney's Fees and Costs (DE 50) for ten days, through Friday, November 10, 2023. The Court, having reviewing the motion, and noting that defendant has consented to it, has determined that good cause exists to allow the motion and that the motion should be allowed.

Now, therefore, the Court orders that the time within which plaintiff may file a reply to defendant's opposition to her motion for attorney's fees and costs is extended through November 10, 2023.

So ordered.

_____
Date

_____
United States District Judge