United States District Court
Middle District of North Carolina
Case No. 1:22-cv-00186

| | |
|---|---|
| Rebecca Pifer, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Lincoln Life Assurance Company of Boston, | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |

## Notice of Agreement in Principle to Settle the Case

Pursuant to Local Rule 83.3, the undersigned gives notice that the parties have

reached an agreement in principle to settle the remaining issues in this case. The parties

expect to enter into a final, written agreement shortly and will notify the Court when the

settlement has been completed.

November 7, 2023
Date

/s/ Andrew Whiteman
Andrew Whiteman
N.C. State Bar number 9523
Whiteman Law Firm
1117 Carlow Court
Raleigh, North Carolina 27615
(919) 571-8300 (Telephone)
(919) 571-1004 (Facsimile)
aow@whiteman-law.com

<u>Certificate of Service</u>

The undersigned hereby certifies that a copy of the foregoing was filed

electronically with the United States District Court for the Middle District of North

Carolina, with notice of case activity to be generated and sent electronically to the

following attorneys of record registered to receive such service:

W. Kyle Dillard
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
300 North Main Street, Suite 500
Greenville, SC 29601
kyle.dillard@ogletree.com

Vanessa N. Garrido
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
8529 Six Forks Road
Forum IV, Suite 600
Raleigh, NC 27615
vanessa.garrido@ogletree.com

*Attorneys for Defendant*


November 7, 2023                                   /s/ Andrew Whiteman
Date                                               Andrew Whiteman
                                                   N.C. State Bar number 9523
                                                   Whiteman Law Firm
                                                   1117 Carlow Court
                                                   Raleigh, North Carolina 27615
                                                   (919) 571-8300 (Telephone)
                                                   (919) 571-1004 (Facsimile)
                                                   aow@whiteman-law.com

2