United States District Court
Middle District of North Carolina
Case No. 1:22-cv-00186

| | |
|---|---|
| Rebecca Pifer, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | ) |
| | ) |
| Lincoln Life Assurance Company of Boston, | ) |
| | ) |
|     Defendant. | ) |

## Stipulation of Dismissal with Prejudice

Pursuant to Fed. R. Civ. P. 41(a)(1(A)(ii), the parties stipulate that this case is dismissed with prejudice, on terms to which the parties have agreed, with each side agreeing to bear their own costs including attorney's fees.

12/27/2023                                        /s/ Andrew Whiteman
Date                                              Andrew Whiteman
                                                       N.C. State Bar number 9523
                                                       Whiteman Law Firm
                                                       5400 Glenwood Ave., Suite 225
                                                       Raleigh, North Carolina 27612
                                                       919-571-8300 (Telephone)
                                                       919-571-1004 (Facsimile)
                                                       aow@whiteman-law.com

                                                       *Attorney for plaintiff*

| | |
|---|---|
| 12/27/2023 | /s/ Vanessa N. Garrido |
| Date | Vanessa N. Garrido (N.C. Bar No. 53470) |

<div style="margin-left: 40%;">

Vanessa N. Garrido (N.C. Bar No. 53470)
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
8529 Six Forks Road Forum IV, Suite 600
Raleigh, North Carolina 27615
Telephone: 919-789-3194
Facsimile: 919-783-9412
Email: vanessa.garrido@ogletree.com

W. Kyle Dillard *by Special Appearance*
S.C. State Bar number 69408
gletree, Deakins, Nash, Smoak & Stewart, P.C.
200 North Main Street, Suite 500
Greenville, SC 29601
Telephone: 865-240-8317
Facsimile: 865-235-8806
E-mail: kyle.dillard@ogletree.com

*Attorneys for defendant*

</div>

<div style="text-align: center;">Certificate of Service</div>

The undersigned hereby certifies that a copy of the foregoing was filed electronically with the United States District Court for the Middle District of North Carolina, with notice of case activity to be generated and sent electronically to the following attorney of record registered to receive such service:

W. Kyle Dillard
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
300 North Main Street, Suite 500
Greenville, SC 29601
kyle.dillard@ogletree.com

Vanessa N. Garrido
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
8529 Six Forks Road
Forum IV, Suite 600
Raleigh, NC 27615
vanessa.garrido@ogletree.com

*Attorneys for Defendant*

| | |
|---|---|
| 12/27/2023 | /s/ Andrew Whiteman |
| Date | Andrew Whiteman |
| | N.C. State Bar number 9523 |
| | Whiteman Law Firm |
| | Attorney for Plaintiff |
| | 5400 Glenwood Avenue, Suite 225 |
| | Raleigh, North Carolina 27612 |
| | (919) 571-8300 (Telephone) |
| | (919) 571-1004 (Facsimile) |
| | aow@whiteman-law.com |

3